# LIST OF CREDITORS

USA COMMERCIAL MORTGAGE COMPANY
4484 SOUTH PECOS ROAD
LAS VEGAS NV 89121

LENARD E. SCHWARTZER, ESQ.
SCHWARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BLVD.
SUITE 1
LAS VEGAS NV  89146

U.S. TRUSTEE
300 LAS VEGAS BLVD. SO.
SUITE 4300
LAS VEGAS NV  89101

DEPARTMENT OF EMPLOYMENT TRAINING
EMPLOYMENT SEC DIV, CONTRIBUTIONS SECTION
500 EAST THIRD STREET
CARSON CITY NV  89713-0030

DMV AND PUBLIC SAFETY
RECORDS SECTION
555 WRIGHT WAY
CARSON CITY NV  89711-0250

EMPLOYERS INSURANCE CO. OF NV
ATTN: BANKRUPTCY DESK
9790 GATEWAY DRIVE
RENO NV 89521-5906

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
555 EAST WASHINGTON, #1300
LAS VEGAS NV  89101

INTERNAL REVENUE SERVICE
ATTN:  BANKRUPTCY DEPT.
STOP 5028
110 CITY PARKWAY
LAS VEGAS NV  89106

SECRETARY OF STATE
STATE OF NEVADA
202 NORTH CARSON STREET
CARSON CITY NV  89701

A-1 SECURITY SYSTEMS LTD
917 SO. FIRST STREET

LAS VEGAS, NV 89101

ACE PEST CONTROL
P.O. BOX 30848
LAS VEGAS, NV 89173-0848

ADVANCED INFORMATION SYSTEMS
4270 CAMERON STREET, SUITE #1
LAS VEGAS, NV 89121

AMERICAN EXPRESS
P.O. BOX 360002
FORT LAUDERDALE, FL 33336-0002

ANNEE OF PARIS COIFFURES, INC.
8049 PINNCALE PEAK
LAS VEGAS, NV 89113

ARIZONA BUSINESS MAGAZINE
3101 N. CENTRAL AVE., SUITE 1070
PHOENIX, AZ 85012

BANK OF AMERICA
P.O. BOX 30750
LOS ANGELES, CA 90030-0750

BEADLE, MCBRIDE & REEVES, LLP
2285 RENAISSANCE DR. SUITE E
LAS VEGAS, NV 89119

BUNCH, DELL
1909 RED ROBIN COURT
LAS VEGAS, NV 89134

BURRELLE'S LUCE
75 EAST NORTHFIELD RD.
LIVINGSTON, NJ 07039

BUSINESS REAL ESTATE WEEKLY
P.O. BOX 15216
SCOTTSDALE, AZ 85267

CDW DIRECT LLC
P.O. BOX 75723
CHICAGO, IL 60675-5723

CITIBANK
P.O. BOX 26901
SAN FRANCISCO, CA 94126

CITICORP VENDOR FINANCE, INC.
P.O. BOX 7247-0322
PHILADELPHIA, PA 19170-0322

CORPORATE EXPRESS
P.O. BOX 71217
CHICAGO, IL 60694-1217

COX COMMUNICATIONS
P.O. BOX 6059
CYPRESS, CA 90630-0059

CRITTENDEN NATIONAL CONFERENCES, INC.
3990 OLD TOWN AVE., SUITE C300
SAN DIEGO, CA 92110

CRYSTAL SPRINGS
P.O. BOX 933
RENO, NV 89504-0933

DANIEL OBERLANDER
5532 SPEARFISH LAKE CT.
LAS VEGAS, NV 89121

DOWNEY BRAND ATTORNEYS LLP
555 CAPITOL MALL, 10TH FLOOR
SACRAMENTO, CA 95814-4686

FEDERAL EXPRESS
P.O. BOX 7221
PASADENA, CA 91109-7321

GOOLDE PATTERSON ALES & DAY
4496 SO. PECOS RD.
LAS VEGAS, NV 89121

GREENWALD, PAULY, FOSTER & MILLER
ATTN:  RICHARD FOSTER
1299 OCEAN AVE., SUITE 400
SANTA MONICA, CA 90401-1007

HASPINOV, LLC
4484 SOUTH PECOS RD.
LAS VEGAS, NV 89121

IDCSERVCO
P.O. BOX 1925
CULVER CITY, CA 90232

IKON FINANCIAL SERVICES
P.O. BOX 650073
DALLAS, TX 75265-0073

IOS CAPITAL
P.O. BOX 650073
DALLAS, TX 75265-0075

IRON MOUNTAIN RECORDS MANAGEMENT
P.O. BOX 601002
LOS ANGELES, CA 90060-1002

KEY EQUIPMENT FINANCE
SYSTEM OPS - NY
P.O. BOX 1865

ALBANY, NY 12201-1865

KLVX CHANNEL
4210 CHANNEL 10 DRIVE
LAS VEGAS, NV 89119

KUMMER KAEMPFER BONNER & RENSHAW
3800 HOWARD HUGHES PKWAY, 7TH FL
LAS VEGAS, NV 89109

LAS VEGAS COLOR GRAPHICS, INC.
4265 WEST SUNSET ROAD
LAS VEGAS, NV 89118

LAS VEGAS REVIEW-JOURNAL
P.O. BOX 920
LAS VEGAS, NV 89125-0920

LASER PRINTER SPECIALISTS, INC.
4625 WYNN ROAD, #104
LAS VEGAS, NV 89103

LAW OFFICE OF RICHARD MCKNIGHT, PC
330 SOUTH THIRD ST. SUITE 900
LAS VEGAS, NV 89101-6032

LINCOLN BENEFIT LIFE
P.O. BOX 3582
AKRON, OH 44309-3582

MARRON & ASSOCIATES
ATTN: KATHRYN TSCHOPIK
111 W. OCEAN BLVD.
LONG BEACH, CA 90802

MASSMEDIA, LLC
4065 E. POST ROAD
LAS VEGAS, NV 89120

MATS, INC.
1849 US HWY 41
CALHOUN, GA 30701

MONARCH INTERNATIONAL'S
SHOW CIRCUIT MAGAZINE
CHATSWORTH, CA 91311

N.E.T.T.
P.O. BOX 96042
LAS VEGAS, NV 89193

NATIONAL CREDIT CHECK
3840 YORK ST., SUITE 230-A
DENVER, CO 80205

NEVADA BUSINESS JOURNAL
4386 S. EASTERN AVE. SUITE #B

LAS VEGAS, NV 89119

NEVADA DEPARTMENT OF TAXATION
P.O. BOX 52674
PHOENIX, AZ 85072-2674

NEVADA STATE BANK
P.O. BOX 990
LAS VEGAS, NV 89125-0990

OFFICE DEPOT
P.O. BOX 70001
LOS ANGELES, CA 90074-0001

PARIS LINE LLC
4759 ILLUSTRIOUS STREET
LAS VEGAS, NV 89147

PECOS PROFESSIONAL PARK
4484 SOUTH PECOS PARK
LAS VEGAS, NV 89121

PETERSON, MICHAEL
C/O JOHN F. O'REILLY
O'REILLY LAW GROUP, LLC
325 SOUTH MARYLAND PARKWAY
LAS VEGAS, NV 89101

PRINCIPAL LIFE GROUP
GRAND ISLAND
DES MOINES, IA 50306-3513

PRO CLEAN MAINTENANCE, INC.
927 HASKELL ST.
RENO, NV 89509

PURDUE MARION & ASSOCIATES
3455 CLIFF SHADOWS PARKWAY
LAS VEGAS, NV 89129

RAMIREZ DESIGN GROUP
2016 ASPEN OAK STREET
LAS VEGAS, NV 89134

RD ADVERTISING
3230 E. FLAMINGO ROAD, #8-532
LAS VEGAS, NV 89121

REDWOOD PROPERTIES, LLC
ATTN:  ROBERT ZAMORANO
319 TYNEBRIDGE LANE
HOUSTON, TX 77024

REINK OF NEVADA
P.O. BOX 19543
RENO, NV 89511

RETIREMENT PLANNING CO,. INC.
2920 SOUTH JONES BLVD.
LAS VEGAS, NV 89146

RUPP AERIAL PHOTOGRAPHY, INC.
4340 S. VALLEY VIEW BLVD., #200
LAS VEGAS, NV 89103

RUSSELL AD DEVELOPMENT GROUP, LLC
P.O. BOX 28216
SCOTTSDALE, AZ 85255

SBC
PAYMENT CENTER
WEST SACRAMENTO, CA 95798-9045

SCOTSMAN PUBLISHING, INC.
P.O. BOX 692
BOTHELL, WA 98041-0692

SIERRA PACIFIC
P.O. BOX 10100
RENO, NV 89520

SIERRA SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579

SILVER STATE COMMUNICATIONS
1005 TERMINAL WAY
RENO, NV 89502

SPECIAL ORDER SYSTEMS
575 MENLO DRIVE, SUITE 4
ROCKLIN, CA 95765

STERLING NATIONAL BANK
500 SEVENTH AVENUE
11TH FLOOR
NEW YORK, NY 10018

SUMMIT ELECTRIC, INC.
6363 S. PECO RD. SUITE 104
LAS VEGAS, NV 89120

SUN CITY SUMMERLIN
9107 DEL WEBB BLVD.
LAS VEGAS, NV 89134

TEXAS REAL ESTATE BUSINESS
TWO SECURITIES CENTRE
ATLANTA, GA 30305

THE DESIGN FACTORY
3622 N. RANCHO DRIVE
LAS VEGAS, NV 89130

THE MOSER GROUP, INC.
4919 WEST UNIONVILLE
INDIAN TRAIL, NC 28079

THOMSON FINANCIAL
P.O. BOX 71601
CHICAGO, IL 60694-1601

TWELVE HORSES OF NORTH AMERICA
10315 PROFESSIONAL CIRCLE
RENO, NV 89521

U.S. BANK
P.O. BOX 790179
SAINT LOUIS, MO 63179-0179

U.S. BANK
ADVANTAGE LINES
SAINT LOUIS, MO 63179-0179

USA COMMERCIAL REAL ESTATE GROUP
4484 SOUTH PECOS RD
LAS VEGAS, NV 89121

WELLS FARGO BANK
MAC T5601-012
P.O. BOX 659700
SAN ANTONIO, TX 78286-0700

WEST COAST LIFE INSURANCE COMPANY
P.O. BOX 11407
BIRMINGHAM, AL 35246-0078

WINDER & HASLAM PC
175 WEST 200 SOUTH, #4000
SALT LAKE CITY, UT 84110-2668

XEROX CORPORATION
P.O. BOX 7405
PASADENA, CA 91109-7405

ZURICH NORTH AMERICA
8712 INNOVATION WAY
CHICAGO, IL 60682-0087

ABDO KENT HOLDINGS, LLC
ALTE LANDSTRASSE 39A
CH-8700 KUSNACHT
ZURICH,   0

CHARLES J. ABDO
2812 ASHBY AVE
LAS VEGAS, NV  89102

CHARLES J. ABDO, M.D. CHARTERED PST
C/O CHARLES J. ABDO, M.D. TRUSTEE
2812 ASHBY AVE

LAS VEGAS, NV  89102

PREMIERE HOLDINGS INC. DEFINED BENEFIT P
10120 W FLAMINGO RD STE 4-12
LAS VEGAS, NV  89147

JEFF ABODEELY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2257 SAPPHIRE RIDGE WAY
RENO, NV  89523

ABRAMS LIVING TRUST DTD 10/23/96
C/O ANNE E. ABRAMS TRUSTEE
10490 WILSHIRE BLVD # 703
LOS ANGELES, CA  90024

RONALD ABRAMS ENTERPRISES INC. EMPLOYEE
C/O RONALD ABRAMS & CLAIRE ABRAMS TRUSTE
9665 WILSHIRE BLVD STE 101
BEVERLY HILLS, CA  90212

ABYANE FAMILY TRUST DATED 2/7/92
C/O ALI M. ABYANE & SOHEILA M. ABYANE TR
1707 GREENBRIAR ROAD
GLENDALE, CA  91207

PAOLA ACCUSANI
2749 GLENBROOK WAY
BISHOP, CA  93514

LINDA S. ACKERMAN SEPARATE PROPERTY TRUS
C/O LINDA S. ACKERMAN TRUSTEE
158 INVERARAY COURT
HENDERSON, NV  89074

CELSO ACOSTA
9061 BLACK ELK AVE
LAS VEGAS, NV  89143

ACOSTA FAMILY TRUST DTD 02/06/1992
C/O JORGE M. ACOSTA & GIORGINA ACOSTA TR
8916 SILK BONNET COURT
LAS VEGAS, NV  89143

LIBERTY RESOURCE MANAGEMENT CORP.
P O BOX 7069
AUDUBON, PA  19407

WARA LP
2546 GENERAL ARMISTEAD AVE
VALLEY FORGE BUSINESS CENTER
NORRISTOWN, PA  19403

MARK S. ACRI & SHERRI L. ACRI
2022 MARCONI WAY
SOUTH LAKE TAHOE, CA  96150

AHA FAMILY LIMITED PARTNERSHIP
18321 VENTURA BLVD STE 920
TARZANA, CA  91356

ARTHUR V. ADAMS TRUST DATED 9/12/97
C/O ARTHUR V. ADAMS TRUSTEE
9519 CARTERWOOD ROAD
RICHMOND, VA  23229

ELLEN B. ADAMS
2876 FOREST GROVE DR
HENDERSON, NV  89052

GLORIA WEINER ADAMS REVOCABLE TRUST DATE
C/O GLORIA WEINER ADAMS, TRUSTEE
9519 CARTERWOOD RD
RICHMOND, VA  23229

HERMAN M. ADAMS, BRIAN M. ADAMS & ANTHON
1341 CASHMAN DRIVE
LAS VEGAS, NV  89102

JOHN F. ADAMS & JACKIE ADAMS
103  CARSON STREET
P O BOX 1294
ZEPHYR COVE, NV  89448

KAREN ADAMS
15026 STARBUCK STREET
WHITTIER, CA  90603

THE LEONARD ADAMS REVOCABLE TRUST UNDER
C/O LEONARD C. ADAMS AND DENISE M. ADAMS
9290 E THOMPSON PEAK PKWY # 491
SCOTTSDALE, AZ  85255

MICHAEL J. ADAMS
1730 WINTER MOON CT
RENO, NV  89523

RICHARD ADAMS REVOCABLE TRUST U/T/A DATE
C/O RICHARD G. ADAMS & JANET L. ADAMS TR
6990 E THIRSTY CACTUS LANE
SCOTTSDALE, AZ  85262

SIDNEY R. ADAMS AND LISA ADAMS INVESTMEN
5009 N TOMSIK ST.
LAS VEGAS, NV  89149

RICHARD G. ADAMS IRA
C/O SMITH BARNEY/CGM CUSTODIAN
6990 E THIRSTY CACTUS LANE
SCOTTSDALE, AZ  85262

KENNETH ADDES IRA
C/O FIRST SAVINGS BANK CUSTODIAN
100 W BROADWAY APT # 7V

LONG BEACH, NY  11561

ADDES TRUST
C/O KENNETH ADDES & VICTORIA ADDES CO-TR
100 W BROADWAY APT # 7V
LONG BEACH, NY  11561

RONALD M. ADDY & PRISCILLA K. ADDY
P. O. BOX 9550
BEND, OR  97708

ADER FAMILY TRUST
C/O HARVEY D. ADER & MARJORIE ADER TRUST
404 CROSS STREET
HENDERSON, NV  89015

GEORGE ADORNATO AND ARLENE ADORNATO
3712 LIBERATOR WAY
NORTH LAS VEGAS, NV  89031

THE 1991 AGLIOLO REVOCABLE LIVING TRUST
C/O JOSEPH R. AGLIOLO TRUSTEE
1309 PALM DRIVE
BURLINGAME, CA  94010

JAMES E. AHERN & MILDRED AHERN
3065 N 158TH AVE
GOODYEAR, AZ  85338

JAMES E. AHERN
6766 RUNNYMEDE DRIVE
SPARKS, NV  89436

MICHEL F. AIELLO AND PATRICIA A. AIELLO
C/O MICHEL F. AIELLO AND PATRICIA A. AIE
312 SKI WAY
INCLINE VILLAGE, NV  89451

CHARLES JEREMY AINSWORTH
607 B OLD STEEDE HWY APT 741
FAIRBANKS, AK  99701

AL-AWAR LIVING TRUST DATED 04/05/01
C/O ADIB M. AL-AWAR & ELLEN A. AL-AWAR T
1330 BURRO CT
GARDNERVILLE, NV  89410

ALAMO FAMILY TRUST DATED 12/30/86
C/O ANTONIO C. ALAMO TRUSTEE
85 VENTANA CANYON DR
LAS VEGAS, NV  89113

DAVID J. ALBIOL
P O BOX 22007
CARMEL, CA  93922

MARCIA C. ALBIOL & HENRY ALBIOL

```
P O BOX 221356
CARMEL, CA  93922

ALBRIGHT PERSING & ASSOCIATES PROFIT SHA
C/O DEANE ALBRIGHT & CASEY PERSING TRUST
1025 RIDGEVIEW DR
RENO, NV  89509

HARVEY ALDERSON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4941 E HARRIS AVENUE
LAS VEGAS, NV  89110

HARVEY ALDERSON
4941 EAST HARRIS AVENUE
LAS VEGAS, NV  89110

ALDRED LIVING TRUST 2002 U/A DATED 10/18
C/O PHILIP ALDRED & HEDWIG J ALDRED TRUS
2485 W. WIGWAM AVE. #86
LAS VEGAS, NV  89123

GEORGETTE ALDRICH IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
2117 LAS FLORES STREET
LAS VEGAS, NV  89102

STANLEY ALEXANDER TRUST
C/O DR. STANLEY ALEXANDER TRUSTEE
812 SWEETWATER CLUB BLVD
LONGWOOD, FL  32779

DRS. STANLEY ALEXANDER AND FLORENCE ALEX
812 SWEETWATER CLUB BLVD.
LONGWOOD, FL  32779

DRS. STANLEY ALEXANDER AND FLORENCE ALEX
812 SWEETWATER CLUB BLVD.
LONGWOOD, FL  32779

CONSUELO B. ALFONSO
953 BRIDGEPORT WAY
RIO VISTA, CA  94571

MICHAEL M. ALLDREDGE & ELLEN M. ALLDREDG
3270 SOCRATES DR
RENO, NV  89512

ALVIN L. ALLEN & VALERIE ALLEN
4798 DESERT VISTA ROAD
LAS VEGAS, NV  89121

R. L. ALLGEIER FAMILY TRUST DATED 10/4/9
C/O ROBERT L. ALLGEIER & DONNA L. ALLGEI
1767 SHAMROCK CIRCLE
MINDEN, NV  89423
```

KAREN R. ALLISON
2656 SEASHORE DR
LAS VEGAS, CA  89128

FRED G. ALTENBURG
2220 SCHROEDER WAY
SPARKS, NV  89431

ALTMAN LIVING TRUST DATED 11/4/04
C/O BARBARA A. ALTMAN, TRUSTEE
P O BOX 4134
INCLINE VILLAGE, NV  89450

ALTMAN LIVING TRUST DATED 11/4/04
C/O DANIEL C. ALTMAN & BARBARA A. ALTMAN
P O BOX 4134
INCLINE VILLAGE, NV  89450

STEVEN C. ALTMAN
2424 W 207TH ST
OLYMPIA FIELDS, IL  60461

ROSA A. ALVAREZ
P O BOX 2042
LAS VEGAS, NV  89125

AIG LIMITED
9904 VILLA GRANITO LN
GRANITE BAY, CA  95746

ALVES FAMILY TRUST DATED 10/27/89
C/O ARNOLD ALVES & AGNES ALVES TRUSTEES
9904 VILLA GRANITO LN
GRANITE BAY, CA  95746

AUGUST J. AMARAL, INC.
P O BOX 70097
RENO, NV  89570

GAETANO AMBROSINO & ORSOLA AMBROSINO
4872 KNOLLWOOD DRIVE
LAS VEGAS, NV  89147

KES G. ANDERSEN AND RUTH ANDERSEN
924 CAYO GRANDE CT
NEWBURY PARK, CA  91320

WENDELL ANDERSEN AND BARBARA ANDERSEN
626 SUGAR LEO CIRCLE
ST. GEORGE, UT  84790

CHARLES B. ANDERSON TRUST
C/O CHARLES B. ANDERSON TRUSTEE
211 COPPER RIDGE COURT
BOULDER CITY, NV  89005

DAVID S. ANDERSON AND SARAH BATTEY-KING

530 S. MAGNOLIA LN.
DENVER, CO  80224

LARRY H. ANDERSON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
13250 MAHGONY DR
RENO, NV  89511

ANDERSON FAMILY TRUST DATED 7/21/92
C/O GARY B. ANDERSON & BARBARA L. ANDERS
P O BOX 699
CARNELIAN BAY, CA  96140

FRED L. BAYBARZ AND CAROLYN C. BAYBARZ F
C/O LARRY H. ANDERSON AND FRANK CORNWELL
13250 MAHOGANY DR
RENO, NV  89511

LARRY & NANCY ANDERSON 2004 REVOCABLE LI
C/O LARRY H. ANDERSON AND NANCY A. ANDER
13250 MAHOGANY DR
RENO, NV  89511

LYNDA GAY ANDERSON TRUST DATED 7/7/04
C/O LYNDA GAY ANDERSON, TRUSTEE
802 SAN REMO WAY
BOULDER CITY, NV  89005

RDJ INVESTMENTS, LLC
7417 OAK GROVE
LAS VEGAS, NV  89117

RICHARD N. ANDERSON SEPARATE PROPERTY TR
C/O RICHARD N. ANDERSON TRUSTEE
7417 OAK GROVE
LAS VEGAS, NV  89117

RITA P. ANDERSON TRUST
C/O RITA P. ANDERSON TRUSTEE
211 COPPER RIDGE COURT
BOULDER CITY, NV  89005

ROBERT F. ANDERSON & ROBERTA J. ANDERSON
530 E. BONANZA DR
CARSON CITY, NV  89706

ROBERT P. ANDERSON REVOCABLE LIVING TRUS
C/O ROBERT P. ANDERSON, TRUSTEE
3363 ROLAN COURT
LAS VEGAS, NV  89121

ROGER SCOTT ANDERSON & TIFFINY LEIGH AND
116 NEWCASTLE DRIVE
JACKSONVILLE, NC  28540

STEVEN K. ANDERSON FAMILY TRUST DATED 6/
C/O STEVEN K. ANDERSON TRUSTEE

1024 NAWKEE DRIVE
N LAS VEGAS, NV  89031

THE BALTES COMPANY
211 COPPER RIDGE COURT
BOULDER CITY, NV  89005

PAUL E. ANDERSON, JR.
2559 PERRA CIRCLE
LAS VEGAS, NV  89121

ALBERT DANIEL ANDRADE
P. O. BOX 2122
OAKDALE, CA  95361

JOSEPH W. ANDRESKI & MARTHA ANDRESKI
3329 SPYGLASS COURT
FAIRFIELD, CA  94534

GERALD E. ANDREWS AND FRANCES A. ANDREWS
2505 MOUNTAIN RAIL DR
NORTH LAS VEGAS, NV  89084

LOWELL V. ANDREWS
9850 GARFIELD AVE SP #60
HUNTINGTON BEACH, CA  92646

ROBERT S. ANGEL IRA
C/O PENSCO TRUST COMPANY CUSTODIAN
13419 W. BALLARD DRIVE
SUN CITY WEST, AZ  85375

EMILIO J. ANGELI & CHRISTINE E. ANGELI
9675 IRVINE BAY CT
LAS VEGAS, NV  89147

PATRICK J. ANGLIN
5130 DUNN ROAD
EAST DUBUQUE, IL  61025

ANNIN FAMILY TRUST
C/O ELIZABETH J. ANNIN TRUSTEE
17430 PARTHENIA ST
NORTHRIDGE, CA  91325

PHILIP T. ANSUINI & CAROL J. ANSUINI
10716 CLEAR MEADOWS DR
LAS VEGAS, NV  89134

THE ANTHONY FAMILY LIVING TRUST
C/O RONALD J. ANTHONY & NADINE ANTHONY T
1717  PEPPER STREET
BURBANK, CA  91505

TONIA M. ANTONACCI FAMILY TRUST DATED 6/
631 N STEPHANIE #210
HENDERSON, NV  89014

```
LARRY APIGIAN & LEONA APIGIAN
172 WOODLAND ROAD
GOLDENDALE, WA  98620

SECURE RETIREMENT TRUST B
C/O LEONA APIGIAN TRUSTEE
172 WOODLAND ROAD
GOLDENDALE, WA  98620

JERRY APPELHANS AND DEBRA APPELHANS
10966 WILLOW VALLEY COURT
LAS VEGAS, NV  89135

CLINTON APPELT
11830 PEPPER WAY
RENO, NV  89506

JOHN P. AQUINO AND LISA AQUINO
2950 CABRILLO ST
SAN FRANCISCO, CA  94121

DIANE ARANSON
5041 SUFFOLK DRIVE
BOCA RATTON, FL  33496

ARBOGAST FAMILY TRUST
C/O RODNEY J. ARBOGAST & DONNA ARBOGAST
C/O OUTDOOR RESORTS
8175 ARVILLE ST # 166
LAS VEGAS, NV  89139

SUZANNE L. ARBOGAST
1005 W BUFFINGTON ST
UPLAND, CA  91784

SUZANNE L. ARBOGAST AND GREGORY R. THOMP
1005 W BUFFINGTON ST
UPLAND, CA  91784

GUY ARCHER
1725 FAIRFIELD AVE
RENO, NV  89509

SHERRY ARCHER
17401 SECO COURT
ROWLAND HEIGHTS, CA  91748

A  A SALAZAR MULTI SERVICES INC.
C/O ANNABELLE P. ARCILLA PRESIDENT
2961 EAST SERENE AVE
HENDERSON, NV  89074

ALBERT M. ARECHIGA
511 E SAN YSIDRO BLVD C-149
SAN YSIDRO, CA  92173
```

```
ARENDS FAMILY TRUST
C/O JOAN M. ARENDS TRUSTEE
2310 AQUA HILL ROAD
FALLBROOK, CA  92028

JOSEPH J. ARGIER & JANICE G. ARGIER
2166 MONTANA PINE DRIVE
HENDERSON, NV  89052

NANCY L. ARGIER
5260 LADYHAWK WAY
LAS VEGAS, NV  89118

WILLARD ARLEDGE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 657
MARCUS, WA  99151

ARMIJO FAMILY TRUST DATED 8/19/1999
C/O RICHARD ARMIJO & SANAYHA ARMIJO, TRU
24665 EL MANZANO
LAGUNA NIGUEL, CA  92677

B.E.A. FAMILY, INC.
82 INNISBROOK AVE
LAS VEGAS, NV  89113

BERT E. ARNLUND CHARITABLE REMAINDER UNI
C/O BERT E. ARNLUND TRUSTEE
82 INNISBROOK AVENUE
LAS VEGAS, NV  89113

DELANA D. ARNOLD
GENERAL DELIVERY
UTILA, BAY ISLANDS  0

EDWIN E. ARNOLD IRA
C/O FIRST SAVINGS BANK CUSTODIAN
20170 REDWOOD DRIVE
FORESTHILL, CA  95631

ARNOLD FAMILY TRUST DATED 12/27/95
C/O HANS ARNOLD AND HENDRIKA P. ARNOLD,
7844 TIBURON COURT
SPARKS, NV  89436

THOMAS A.C. ARNOTT REVOCABLE TRUST DATED
C/O THOMAS A. C. ARNOTT TRUSTEE
3839 MARIPOSA DRIVE
HONOLULU, HI  96816

LAWRENCE J ARONSON & HENRIETTA ARONSON
21150 POINT PLACE APT 606
AVENTURA, FL  33180

PAOLO M. ARROYO AND MARIO D. ARROYO
847 5TH ST APT 201
```

SANTA MONICA, CA  90403

X-FACTOR, INC.
4012 S RAINBOW STE D92
LAS VEGAS, NV  89103

DARLENE ASHDOWN & VINCENT N. GREENE
P O BOX 1144
SONORA, CA  95370

GARY K ASHWORTH & DAN SCHAPIRO
3232 SHORELINE DRIVE
LAS VEGAS, NV  89117

RAY ASSAR SEPARATE PROPERTY TRUST DATED
C/O RAY ASSAR, TRUSTEE
7 FECAM
NEWPORT COAST, CA  92657

1994 ROBERT ASSELIN & MARY ASSELIN FAMIL
C/O ROBERT J. ASSELIN & MARY E. ASSELIN
10305 BIGHORN DR
RENO, NV  89506

MICHAEL K. M. AU
850 E DESERT INN RD # PH3
LAS VEGAS, NV  89109

EUGENE AUFFERT AND MARIA TERESA AUFFERT
534 LAMBETH COURT
HENDERSON, NV  89014

WILLIAM P. AUSTIN & MARY LEE AUSTIN
453 HEAD STREET
VICTORIA, BC  0

CYNTHIA J. AVANZINO
14519 SE 13TH PLACE
BELLEVUE, WA  98007

DIANE S. AVANZINO
1116 CATHEDRAL RIDGE ST
HENDERSON, NV  89052

JAMES B. AVANZINO
4895 GOLDEN SPRINGS DRIVE
RENO, NV  89509

JAMES B. AVANZINO & BRUCE D. WALLACE
4895 GOLDEN SPRINGS DRIVE
RENO, NV  89509

LOUIS A. AVANZINO
14519 SE 13TH PLACE
BELLEVUE, WA  98007

LUI A. AVANZINO & AUDREY L. AVANZINO

744 JACKPINE COURT
SUNNYVALE, CA  94086

AVENA LIVING TRUST DATED 3/28/84
C/O LOIS J. AVENA, TRUSTEE
742 DIAMOND GLEN CIRCLE
FOLSOM, CA  95630

THOMAS AVENA & CINDY AVENA
235 MOUNTAIN VIEW DR
SWALL MEADOWSBISHOP, CA  93514

GEORGE MICHAEL AVERETT AND CLAIRE H. AVE
760 LITTLE SWEDEN RD
HEBER CITY, UT  84032

RUTH C. AX
4005 RADBOURNE AVENUE
LAS VEGAS, NV  89121

C. DONALD AYERS
P. O. BOX 605
ISLAMORADA, FL  33036

DR. HENRY C. AYOUB
1537 TONADA WAY
LAS VEGAS, NV  89117

DR. HENRY C. AYOUB
1537 TONADA WAY
LAS VEGAS, NV  89117

LAILA AZIZ
9785 ICE BOX CANYON CT
LAS VEGAS, NV  89117

KATHY  AZZINARO
1372 PUENTE ST
SAN DIMAS, CA  91773

BACKES FAMILY TRUST DATED 8/8/88
C/O PAUL P. BACKES & LORETTA D. BACKES C
1570 EAST LEVEL STREET
COVINA, CA  91724

PETER L. BACKES TRUST
C/O PETER L. BACKES TRUSTEE
9448 QUAIL RIDGE DRIVE
LAS VEGAS, NV  89134

JOHN BACON & SANDRA BACON
2001 FALLSBURG WAY
HENDERSON, NV  89015

HELEN T. BAHNEMAN
930 TAHOE BLVD 802
INCLINE VILLAGE, NV  89451

IONA PETE BAKAS HALLIDAY
P O BOX 39147
FT LAUDERDALE, FL  33339

LEONARD BAKER & BARBARA BAKER REVOCABLE
C/O LEONARD BAKER & BARBARA BAKER CO-TRU
8520 BAYLAND DRIVE
LAS VEGAS, NV  89134

LUANNE MARIE BAKER
2700 PRISM CAVERN CT
HENDERSON, NV  89052

ROBERT G. BAKER & MIRIAM D. BAKER
3951 S JEFFREYS ST
LAS VEGAS, NV  89119

SIGFRIED BAKER
8057 LANDS END
LAS VEGAS, NV  89117

PATRICIA MARIE BALDWIN
4435 TOPAZ STREET
LAS VEGAS, NV  89121

STANLEY J. BALDWIN & PATRICIA A. BALDWIN
44 INNISBROOK AVENUE
LAS VEGAS, NV  89113

ALTERIO A.G. BANKS LIVING TRUST DATED 2/
C/O ALTERIO A.G. BANKS TRUSTEE
5750 VIA REAL UNIT 308
CARPINTERIA, CA  93013

ALTERIO A.G. BANKS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
5750 VIA REAL UNIT 308
CARPINTERIA, CA  93013

KAMI BANOS & WILLIE BANOS
7431 DORIE DRIVE
WESTHILLS, CA  91307

WILLIAM A. BANOS & ANGEL J. BANOS
7431 DORIE DRIVE
WEST HILLS, CA  91307

THE EMERALD 18 TRUST
C/O AVI BARASHI, TRUSTEE
P O BOX 81191
LAS VEGAS, NV  89180

CHAI MILLER LLC
P O BOX 81191
LAS VEGAS, NV  89180

```
THE SAPPHIRE 18 TRUST
C/O NIMROD BARASHY, TRUSTEE
2868 REDWOOD STREET
LAS VEGAS, NV  89146

THE CHAI 18 TRUST
C/O SAM BARASHY AND SIMHA BARASHY, TRUST
7447 TAMARIND AVE
LAS VEGAS, NV  89147

RINA BARAZ & BORIS BARAZ
28955 BARDELL DRIVE
AGOURA HILLS, CA  91301

MARIAN D. BARBARIGOS
2675 DEL NORTE COURT
MINDEN, NV  89423

BARBELLA FAMILY TRUST DATED 6/20/80
C/O ANTHONY M. BARBELLA AND ROSE M. BARB
7075 ROYAL RIDGE DR.
SAN JOSE, CA  95120

BARBER FAMILY TRUST DATED 4/24/98
C/O JEFFREY E. BARBER & SUZANNE M. BARBE
9104 BLAZING FIRE CT
LAS VEGAS, NV  89117

GILBERT BARBIERI & ANNA-MARIA BARBIERI
5 VENTANA CANYON DRIVE
LAS VEGAS, NV  89113

DANIEL C. BARCIA
1600 PICKET COURT
RENO, NV  89521

CHET M. BARDO AND VALERIE MACIEJOWSKA
P. O. BOX 371105
MONTARA, CA  94037

SIMMTEX, INC.
2011 OAK STREET
SAN FRANCISCO, CA  94117

DANA N. BARKER & SONJA J. BARKER
4 HUNTER DRIVE
BOW, NH  3304

DAVID BARKER & LISA BARKER
9 SULLIVAN DRIVE
BOW, NH  3304

LOUISE M. BARKER
17 BIRCHDALE RD
BOW, NH  3304

STEVEN BARKER
```

496 BROCKWAY ROAD
HOPKINTON, NH  3229

DON L. BARNES AND MIRIAM M. TUCKER-BARNE
13725 CAYO CANTILES CT
CORPUS CHRISTIE, TX  78418

JWB TRUST AGREEMENT DATED 8/1/97
C/O JAMES W. BARNES TRUSTEE
2100 FREEDOM PLACE
FAYETTEVILLE, AR  72704

JOHN E. BARNES & GINGER M. BARNES
130 GARLAND BROOM RD.
PRENTISS, MS  39474

ROBERT M. BARNES & VIOLET M. BARNES
105 DEVERE WAY
SPARKS, NV  89431

BARNHART & ASSOCIATES
10311 SWEET FENNEL DRIVE
LAS VEGAS, NV  89135

BARNHART FAMILY TRUST DATED 10/2/92
C/O JAMES G. BARNHART & MARY ANN BARNHAR
10311 SWEET FENNEL DRIVE
LAS VEGAS, NV  89135

BARON FAMILY TRUST DATED 2-9-05
C/O CLARK REX BARON AND JOYCE PAYNE BARO
1183 W 1380 N
PROVO, UT  84604

LINDSAY BARRON
78 PURCHASE ST. #4
RYE, AK  10580

PEDRO L. & CAROL A. BARROSO TRUST DATED
C/O PEDRO LUIS BARROSO & CAROL ANN BARRO
3231 CAMBRIDGESHIRE ST
LAS VEGAS, NV  89146

LEN BARROW & MARTHA BARROW TRUST R-501
C/O LEN BARROW & MARTHA BARROW TRUSTEES
7845 RANCHO DESTINO ROAD
LAS VEGAS, NV  89123

BARTHOLOMEW FAMILY TRUST UNDER AGREEMENT
C/O LARRY B. BARTHOLOMEW & KAREN S. BART
P O BOX 521
AMERICAN FORK, UT  84043

BARTKOWSKI FAMILY TRUST DATED 8/25/1994
C/O CLARK R. BARTKOWSKI AND JEAN P. BART
P. O.BOX 1180
DARBY, MT  59829

```
BRUCE H. BARTLETT & FAY BARTLETT
1350 CENTERVILLE LN #29
GARDNERVILLE, NV  89410

KATHLEEN S. BARTLETT IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1725 HUNTER CREEK
RENO, NV  89509

KATHLEEN S. BARTLETT
1725 HUNTER CREEK
RENO, NV  89509

BARTON REVOCABLE TRUST
C/O BRUCE N. BARTON TRUSTEE
350 KACHINA CIRCLE
LAS VEGAS, NV  89123

GARY R. BARTON & MAVIS J. BARTON
4645 RIO ENCANTADO LN
RENO, NV  89502

DENISE L. BARZAN & BARBARA SNELSON
2508 VAN HOEKS CIRCLE
MODESTO, CA  95356

BARZAN FAMILY TRUST DATED 5/23/90
C/O JOHN C. BARZAN AND ROSEMARIE A. BARZ
1409 MORADA DR
MODESTO, CA  95350

RICHARD D. BARZAN AND LELIA J. BARZAN
7231 LANGWORTH RD
OAKDALE, CA  95361

BEATRICE BASKIN FAMILY TRUST DTD 6/1/91
C/O BEATRICE BASKIN TRUSTEE
2784 S OCEAN BLVD # 308 N
PALM BEACH, FL  33480

BASKO REVOCABLE TRUST UTD 7/21/93
C/O JOSEPH BASKO, TRUSTEE
1827 BATON ROUGE ST.
HENDERSON, NV  89052

LISA BASTIAN LIVING TRUST DATED AUGUST 3
C/O LISA ANN BASTIAN TRUSTEE
2004 SPRUCE BROOK DR
HENDERSON, NV  89074

JOSEPH N. BATHISH & RIINA BATHISH
800 OCEAN DRIVE 1102
JUNO BEACH, FL  33408

DIANA E. BATTLE
214 WAYLAND ST
```

```
SAN FRANCISCO, CA  94134

ANGELA BAUER & TIMOTHY JAMES BAUER
9008 TEETERING ROCK AVE
LAS VEGAS, NV  89143

JOHN BAUER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
40808 N. RIVERBEND
ANTHEM, AZ  85086

LORETO O. BAUTISTA & MYRNA R. BAUTISTA
2479 CITRUS GARDEN CIRCLE
HENDERSON, NV  89052

LIDIA BAZZOLI & DANIELA BAZZOLI-FERRARI
PMB 293 774 MAYS BLVD 10
INCLINE VILLAGE, NV  89451

ARLENE BEADLE
5990 SKYLINE BLVD
OAKLAND, CA  94611

WEBSTER I. BEADLE & SUSANNE BEADLE
4834 VENNER RD
MARTINEZ, CA  94553

WENDY BEADLE
1440 YOSEMITE AVE
SAN JOSE, CA  95126

EBLA LIVING TRUST DTD 01/15/2004
C/O MAHFOUD BEAJOW & APRIL L. BEAJOW TRU
1909 GINORI COURT
HENDERSON, NV  89014

ROBERT L. BEALL & VICKI E. BEALL
1802 EAST PARK AVENUE
GILBERT, AZ  85234

FUMIKO BEALS
33 TIDWELL LANE
HENDERSON, NV  89074

JACK J. BEAULIEU REVOCABLE LIVING TRUST
C/O JACK J. BEAULIEU TRUSTEE
2502 PALMA VISTA AVE
LAS VEGAS, NV  89121

KENNETH R. BECKER & JOANNE T. BECKER & G
920 SOUTH ELIZABETH STREET
DENVER, CO  80209

PAVEY FAMILY TRUST DATED 12/20/00
C/O SUSAN PAVEY-BECKER, TRUSTEE
10107 JUSTAMERE LN
ELK GROVE, CA  95624
```

CHRISTOPHER M. BEGNOCHE & FRANCIS R. BEG
685 MOONLIGHT MESA DR
HENDERSON, NV  89015

FRANCIS R. BEGNOCHE & CHRISTOPHER M. BEG
685 MOONLIGHT MESA DR
HENDERSON, NV  89015

B2PW
1050 WILLAGILLESPIE RD STE 4
EUGENE, OR  97401

BAY AREA CAPITAL, LLC
1050 WILLAGILLESPIE RD STE 4
EUGENE, OR  97401

BRYCE F. BELL
2570 S. DAYTON WAY #106
DENVER, CO  80231

LARRY E. BELL & GARNET F. BELL
2850 OLD PINTO CT
SPARKS, NV  89436

LARRY E. BELL 1998 IRREVOCABLE TRUST DAT
C/O LARRY E. BELL TRUSTEE
2850 OLD PINTO CT
SPARKS, NV  89436

MARY K. BELL
3196 LILLY AVENUE
LONG BEACH, CA  90808

RUBY BELL
9101 KINGS TOWN AVE
LAS VEGAS, NV  89145

TERESA ANNE BELL LIVING TRUST
C/O TERESA ANNE BELL TRUSTEE
1944 GREY EAGLE ST
HENDERSON, NV  89074

JOSEPH C. BELLAN & VERNA J. BELLAN REVOC
C/O JOSEPH C. BELLAN & VERNA J. BELLAN T
2466 23RD AVE.
SAN FRANCISCO, CA  94116

BELLAS 1996 FAMILY TRUST
C/O PETER BELLAS & JOYCE BELLAS TRUSTEES
3201 PLUMAS STREET #293
RENO, NV  89509

JOSEPH F. BELLESORTE
9953 N 101 STREET
SCOTTSDALE, AZ  85258

```
BELMONTE FAMILY TRUST
C/O FRANK J. BELMONTE TRUSTEE
3 DEERWOOD EAST
IRVINE, CA  92714

STANLEY BELNAP & GLORIA BELNAP
9900 FOX SPRINGS DRIVE
LAS VEGAS, NV  89117

TRACY BELNAP & STANLEY W. BELNAP & GLORI
4268 EAST CASSIA WAY
PHOENIX, AZ  85044

BELSKI 2003 REVOCABLE TRUST
C/O ANDRZEJ BELSKI AND KRYSTYNA T. BELSK
11413 VALLEY OAK DR
OAKDALE, CA  95361

PAULA S. BENDER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
733 CHAMPAGNE
INCLINE VILLAGE, NV  89451

ROBERT B. BENDER, IRA
C/O FIRST SAVINGS BANK CUSTODIAN
733 CHAMPAGNE
INCLINE VILLAGE, NV  89451

BENDER FAMILY TRUST DTD 7/30/92 SURVIVOR
C/O HARRIET BENDER TRUSTEE
5461A PASEO DEL LAGO EAST
LAGUNA WOODS, FL  92637

BENDER FAMILY TRUST, BY-PASS TRUST, DATE
C/O HARRIET BENDER TRUSTEE
5461A PASEO DEL LAGO EAST
LAGUNA WOODS, CA  92653

ROBERT B. BENDER & PAULA S. BENDER
733 CHAMPAGNE
INCLINE VILLAGE, NV  89451

MARIA BENITEZ
17544 UNDERHILL AVE
FRESH MEADOWS, NY  11365

PHILIP BENJAMIN AND MAUREEN BENJAMIN
P.O. BOX 376
INDIAN SPRINGS, NV  89018

RBR PARTNERSHIP
P O BOX 376
INDIAN SPRINGS, NV  89018

ALAN B. BENNETT
14225 S WISPERWOOD DR
RENO, NV  89511
```

DIANE L. BENNETT
1019 CROOKED CREEK DR.
LOS ALTOS, CA  94024

DUSK BENNETT & ALAN BENNETT
14225 S WHISPERWOOD DR
RENO, NV  89511

ROBERT BENNETT & MICHELE BENNETT
426 W ENGLEWOOD AVE
CHICAGO, IL  60621

ROBERT BENNETT & DOROTHY BENNETT
426 W ENGLEWOOD AVE
CHICAGO, IL  60621

JOSEPH J. BENOUALID & HELEN L. BENOUALID
C/O JOSEPH J. BENOUALID & HELEN BENOUALI
1852 BOGEY WAY
HENDERSON, NV  89074

ROBERT L. BENSON AND MONA L. BENSON
605 CENTENNIAL DRIVE
WHITEFISH, MT  59937

THE BENZ FAMILY TRUST DATED 7/14/95
C/O BERNARD D. BENZ & MARGARET W. BENZ T
1265 OLD FOOTHILLS RD
GARDNERVILLE, NV  89460

ANN MARIE BERGLUND IRA
C/O FIRST SAVINGS BANK CUSTODIAN
10400 LEAFGOLD DRIVE
LAS VEGAS, NV  89134

DAVID M. BERKOWITZ SEP/IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2013 OTTAWA DRIVE
LAS VEGAS, NV  89109

MARJORIE Y. BERLIN
3422 HOMESTEAD AVE
WANTAGH, NY  11793

STEVEN B. BERLIN
2510 BAYVIEW AVE
WANTAGH, NY  11793

DONALD M. & JANICE I. BERMAN 1996 REVOCA
C/O DONALD M. BERMAN & JANICE I. BERMAN
3775 CLOVER WAY
RENO, NV  89509

WILLIAM CHAD BERRY
11136 ACAMA ST # 312
STUDIO CITY, CA  91602

ROBERT G. BERRY JR. AND JEANNETTE K. BER
4460 MOUNTAINGATE DR.
RENO, NV  89509

BERTHELOT LIVING TRUST DATED 4/9/03
C/O JEAN JACQUES BERTHELOT TRUSTEE
9328 SIENNA VISTA DRIVE
LAS VEGAS, NV  89117

DONALD BESEMER
11417 RED DOG ROAD
NEVADA CITY, CA  95959

MARY K. BESSLER FAMILY TRUST OF 2001
C/O MARY K. BESSLER TRUSTEE
9756 AUTUMN LEAF WAY
RENO, NV  89506

WILLIAM M. BETTENCOURT, JR. IRA
C/O FIRST SAVINGS BANK CUSTODIAN
52 WILLIAMS DR.
MORAGA, CA  94556

CALVIN BETTENCOURT IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
1325 CINDER ROCK DR #201
LAS VEGAS, NV  89128

BETTENCOURT FAMILY LIVING TRUST DATED 9/
C/O WILLIAM M. BETTENCOURT, JR. AND JOAN
52 WILLIAMS DR.
MORAGA, CA  94556

DAVID P. BETTERIDGE
977 W HANO CIRCLE
IVINS, UT  84738

BETZ FAMILY TRUST
C/O JAY BETZ & JOY BETZ TRUSTEES
16716 OTTER ROAD
GRASS VALLEY, CA  95949

DONALD G. BEVAN AND BETTE COLEEN BEVAN
1553 W SPRINGWATER DR
OREM, UT  84058

JAMIE R. BIANCHINI
5111 GARDENA AVE
SAN DIEGO, CA  92110

JAMIE R. BIANCHINI ACCOUNT #2
5111 GARDENA AVE
SAN DIEGO, CA  92110

THE ANTHONY BILOTTO TRUST DATED 01/16/03
C/O ANTHONY BILOTTO TRUSTEE

```
2956 CRIB POINT DRIVE
LAS VEGAS, NV  89134

BIRGEN CHARITABLE TRUST DATED 8/1/90
C/O VIRGIL L. BIRGEN & LA DONNA F. BIRGE
2837 BLUFFPOINT DRIVE
LAS VEGAS, NV  89134

BIRGEN FAMILY TRUST
C/O VIRGIL LEO BIRGEN & LA DONNA FRANCES
2837 BLUFFPOINT DRIVE
LAS VEGAS, NV  89134

WAYNE K. BISBEE & MAE M. BISBEE
3020 ROSANNA STREET
LAS VEGAS, NV  89117

BETTY BISHOFBERGER
2176 TIGER WILLOW DRIVE
HENDERSON, NV  89012

BROOKS BISHOFBERGER
1727 GOLDEN HORIZON DRIVE
LAS VEGAS, NV  89123

KIP BISHOFBERGER & BETTY BISHOFBERGER
2148-B 33RD STREET
LOS ALAMOS, UT  87544

BISHOFBERGER CHAR. REM. TRUST UAD 11/3/9
C/O THOMAS E. BISHOFBERGER & BETTY BISHO
2176 TIGER WILLOW
HENDERSON, NV  89012

BISHOFBERGER RESTATED FAMILY TRUST U/A 9
C/O THOMAS E. BISHOFBERGER & BETTY T. BI
2176 TIGER WILLOW DRIVE
HENDERSON, NV  89012

VALON R. BISHOP TRUST DATED 5/7/03
C/O VALON R. BISHOP TRUSTEE
P.O. BOX 50041
RENO, NV  89513

GERALD L. BITTNER, JR. DDS PROFIT SHARIN
14309 CHESTER AVE
SARATOGA, CA  95070

GERALD L. BITTNER SR. DDS AND SUSAN I. B
14067 APRICOT HILL
SARATOGA, CA  95070

GERALD L. BITTNER, SR. DDS INC PROFIT SH
14067 APRICOT HILL
SARATOGA, CA  95070

KAREN G. BLACHLY
```

1003 E CALAVERAS ST
ALTADENA, CA  91001

JERRY L. BLACKMAN, SR. AND CAROLYN N. BL
P O BOX 228
LINCOLN CITY, OR  97367

RENE C. BLANCHARD CHARITABLE REMAINDER T
C/O RENE C. BLANCHARD TRUSTEE
3131 WEST MEADE AVE A1
LAS VEGAS, NV  89102

RENE C. BLANCHARD REVOCABLE LIVING TRUST
C/O RENE C. BLANCHARD TRUSTEE
3131 WEST MEAD AVE A1
LAS VEGAS, NV  89102

VALLEY INVESTMENTS CORP.
3131 WEST MEADE AVE A1
LAS VEGAS, NV  89102

DARYL BLANCK & YVONNE BLANCK TRUST DATED
C/O DARYL L. BLANCK & YVONNE M. BLANCK T
1243 COUNTRY CLUB DR
LAUGHLIN, NV  89029

GUY R. BLATT & CHERIE A. BLATT
2712 PEPPERWOOD PL
HAYWARD, CA  94541

MICHAEL S. BLAU AND SHAMIRAN BLAU
1204 PALOMAR DRIVE
TRACY, CA  95377

BRANDON R. BLEVANS
411 COUNTRYSIDE CIRCLE
SANTA ROSA, CA  95401

JOHN A. & APRIL D. BLEVINS
704 FIFE STREET
HENDERSON, NV  89015

PAUL BLOCH IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2111 STRADA MIA
LAS VEGAS, NV  89117

PAUL BLOCH LIVING TRUST UA 10/29/02
C/O PAUL BLOCH TRUSTEE
2111 STRADA MIA
LAS VEGAS, NV  89117

JEROME L. BLOCK & CHARMA N. BLOCK
201 S 18TH ST APT 2119
PHILADELPHIA, PA  19103

DAVID M. BLOOD

```
140 BROWNSTONE DRIVE
MOORESVILLE, NC  28117

BLOOD FAMILY TRUST DATED 5/18/99
C/O RUSSELL M. BLOOD & JUDY A. BLOOD TRU
140 BROWNSTONE DRIVE
MOORESVILLE, NC  28117

MONTE P. BLUE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
290 LIVERMORE DR
RENO, NV  89509

ALBERT BLUMENTHAL IRA
C/O FIRST SAVINGS BANK CUSTODIAN
6 HERITAGE COURT
ATHERTON, CA  94027

HARKLEY E. BOAK & CARRIE BOAK
2336 SUN CLIFF STREET
LAS VEGAS, NV  89134

MARTIN BOCK
6300 PARK AVENUE
WEST NEW YORK, NJ  7093

DENNIS W. BOEGEL AND CYNTHIA REED
113 SILVER ASPEN CRT
GALT, CA  95632

STEVEN & INGRID BOEHM TRUST DTD 3/29/89
C/O STEVEN D.A. BOEHM & INGRID S. BOEHM
665 COYOTE ROAD
SANTA BARBARA, CA, CA  93108

CHARLES J. BOERIO & PATRICIA N. BOERIO
1717 DAMON ROAD
CARSON CITY, NV  89701

WAYNE DOTSON CO.
P O BOX 3663
INCLINE VILLAGE, NV  89451

LAND EXCHANGE ACCOMMODATORS
2775 S RAINBOW BLVD #150
LAS VEGAS, NV  89146

CHARLES S. BOGGS LIVING TRUST, DATED 8/2
C/O CHARLES S. BOGGS, TRUSTEE
406 PEARL STREET
BOULDER, CO  80302

FLORENCE BOLATIN LIVING TRUST DATED 10/2
C/O FLORENCE BOLATIN TRUSTEE
2105 DIAMOND BROOK CT
LAS VEGAS, NV  89117
```

WILLIAM BOLDING & CAROLYN BOLDING
3961 ARIZONA AVE
LAS VEGAS, NV  89104

BOLINO FAMILY REVOCABLE TRUST DATED 3/6/
C/O PETER A. BOLINO & FABIOLA A. BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA  95037

CHARLES BOMBARD 1999 TRUST DATED 12/3/99
C/O CHARLES BOMBARD TRUSTEE
1076 MULLEN AVE
LAS VEGAS, NV  89124

JOYCE BOMBARD 2000 TRUST DATED 11/11/00
C/O JOYCE BOMBARD TRUSTEE
8122 DARK HOLLOW PLACE
LAS VEGAS, NV  89117

TERRY BOMBARD 1998 TRUST DATED 1/23/98
C/O TERRY BOMBARD TRUSTEE
3570 W POST ROAD
LAS VEGAS, NV  89118

ETHEL C. BONALDI-RAUSCH
10708 BRINKWOOD AVE
LAS VEGAS, NV  89134

BONFIGLIO & ASSOCIATES, LTD. PENSION PLA
8635 W. SAHARA AVE PMB 220
LAS VEGAS, NV  89117

BROADWALK INVESTMENTS LIMITED PARTNERSHI
C/O JAMES R. BONFIGLIO & DONNA M. BONFIG
8635 W. SAHARA AVE. PMB 220
LAS VEGAS, NV  89117

BONFIGLIO FAMILY LIMITED PARTNERSHIP
C/O JAMES R. BONFIGLIO & DONNA M. BONFIG
8635 W SAHARA AVE PMB 220
LAS VEGAS, NV  89117

CENTER STATE BEVERAGE, INC.
P O BOX 877
TEMPLETON, CA  93465

GARY L. BONNEMA
P. O. BOX 8649
HORSESHOE BAY, TX  78657

JUDY A. BONNET
11 ROSE LANE
FULTON, IL  61252

VIVIEN C. BONZO AND SONIA RODRIGUEZ
20760 E COVINA HILLS RD
COVINA, CA  91724

```
BOREN LIVING TRUST DATED 6/21/04.
C/O RICHARD D. BOREN & CONNIE L. BOREN T
7491 SW 86TH WAY
GAINESVILLE, FL  32608

GREGORY E. BORGEL
3747 HERITAGE AVE.
LAS VEGAS, NV  89121

BECHT BORGGREBE TRUST DATED 11/2/04
C/O RANDEE B. BORGGREBE, TRUSTEE
7126 KILTY AVE
WEST HILLS, CA  91307

JOHN S. BORKOSKI & KATHLEEN BORKOSKI
1110 ELO ROAD
MCCALL, ID  83638

PAYETTE LAKES CONSULTING LLC 401K FBO JO
C/O JOHN S. BORKOSKI TTEE
1110 ELO ROAD
MCCALL, ID  83638

AUSTIN JOHN BORKOSKI TRUST DATED 12/10/9
C/O KATHLEEN K. BORKOSKI TRUSTEE
1110 ELO ROAD
MCCALL, ID  83638

KALI GENE BORKOSKI TRUST DATED 12/21/89
C/O KATHLEEN K. BORKOSKI TRUSTEE
1110 ELO ROAD
MCCALL, ID  83638

JOSETTE BORNILLA AND ROGIE MADLAMBAYAN
29 OLIVE TREE COURT
HENDERSON, NV  89074

CHARLES E. BOROM & LANNA G. BOROM
6106 SISTER ELSIE DR
TUJUNGA, CA  91042

PATRICIA A. BOSCHETTO LIVING TRUST DTD 4
C/O PATRICIA A. BOSCHETTO, TRUSTEE
3010 FORT STANWIX RD
HENDERSON, NV  89052

BOTTON LIVING TRUST DATED 11/17/00
C/O WILLIAM D. BOTTON TRUSTEE
9815 SAM FURR RD # J115
HUNTERSVILLE, NC  28078

JANET F. BOURQUE
957 LA SENDA
SANTA BARBARA, CA  93105

HELENA A. BOVA
```

8137 REGIS WAY
LOS ANGELES, CA  90045

CHARLES W. BOWMAN
10881 VALLEY DRIVE
PLYMOUTH, CA  95669

THE BOWMAN 1989 REVOCABLE TRUST
C/O RICHARD L. BOWMAN TRUSTEE
10500 VALLEY DRIVE
PLYMOUTH, CA  95669

BOYCE 1989 TRUST DATED 6/12/89
C/O KATHLEEN A. BOYCE TRUSTEE
16865 RUE DU PARC
RENO, NV  89511

KASSU, LLC PROFIT SHARING PLAN DATED 1/1
C/O KATHLEEN A. BOYCE TRUSTEE
16865 RUE DU PARC
RENO, NV  89511

WILLIAM BOYCE II & ALICE D. BOYCE
3448 MONTE CARLO DRIVE
LAS VEGAS, NV  89121

BRADBURY FAMILY TRUST DATED 12/20/88
C/O JANICE W. BRADBURY TRUSTEE
P O BOX 1052
RANCHO SANTA FE, CA  92067

BRADBURY RETIREMENT PLAN AND TRUST DATED
C/O RICHARD A. BRADBURY AND SARAH S. BRA
1059 MARTIS LANDING
TRUCKEE, CA  96161

BRADISH FAMILY TRUST DATED 12/13/89
C/O GERALD W. BRADISH TRUSTEE
P O BOX 667
WINSTON, OR  97496

SUZANE M. BRADSHAW IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
1015 SUNDOWN COURT
GARDNERVILLE, NV  89410

BRADSHAW FAMILY TRUST DATED 8/18/99
C/O PAUL D. BRADSHAW TRUSTEE
1015 SUNDOWN CT
GARDNERVILLE, NV  89410

JAMES BRADY & EVELYN BRADY
10701 S E EVERGREEN HWY
VANCOUVER, WA  98664

RAYMOND BRAHY & RITA BRAHY
323 S ACADEMY

NEW BRAUNFELS, TX  78130

MICHAEL S. BRAIDA IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1168 DOVER LANE
FOSTER CITY, CA  94404

THE BRANDIN FAMILY TRUST DATED DECEMBER
C/O GREGORY M. BRANDIN AND ROBERT ERIC B
726 IDAHO AVE #305
SANTA MONICA, CA  90403

THE BRANDIN FAMILY TRUST DATED DECEMBER
C/O ROBERT ERIC BRANDIN AND EVELYN MARY
2 LA LOMITA STREET
NEWBURY PARK, CA  91320

RAYMOND F. BRANT AND ANN L. BRANT TRUST,
C/O RAYMOND F. BRANT AND ANN L. BRANT TR
P O BOX 728
DIABLO, CA  94528

ANNE E. BRANT SURVIVOR TRUST, DATED 5/22
C/O RAYMOND F. BRANT TRUSTEE
P.O. BOX 728
DIABLO, CA  94528

THE LARRY R. & SUSAN L. BRASUELL 1996 LI
C/O LARRY R. BRASUELL & SUSAN L. BRASUEL
P. O. BOX 6585
GARDNERVILLE, NV  89460

NANCY BRAUER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2222 ALBION STREET
DENVER, CO  80207

NANCY M. BRAUER
2222 ALBION STREET
DENVER, CO  80207

M & M IMPORTS RETIREMENT PLAN TRUST
1705 CALLE DE ESPANA
LAS VEGAS, NV  89102

MELANIE L. BRAZIL-WALTON
712 DESCARTES AVENUE
HENDERSON, NV  89015

GLEN J. BRECHT TRUST DATED 1/24/86
C/O GLEN J. BRECHT & JANINE K. BRECHT TR
630 WEST HERMOSA DRIVE
FULLERTON, CA  92835

MARSHALL J. BRECHT TRUST DATED 2/5/86
C/O MARSHALL J. BRECHT & JANET L. BRECHT
640 COLONIAL CIRCLE

FULLERTON, CA  92835

MARK BREDESEN & KATHARINE BREDESEN LIVIN
C/O MARK BREDESEN & KATHARINE BREDESEN T
PO BOX 3937
INCLINE VILLAGE, NV  89450

DONALD W. BREHM
16540 DAILY AVENUE
FOUNTAIN VALLEY, CA  92708

JUNE F. BREHM
103 MONTESOL DRIVE
HENDERSON, NV  89012

HANNAH BREHMER AND BILLY GATES
188 BEACON HILL LANE
ASHLAND, OR  97520

HANNAH BREHMER & MARTI MCALLISTER
188 BEACON HILL
ASHLAND, OR  97520

SUZANNE BREHMER
1235 WHITE AVENUE
GRAND JUNCTION, CO  81501

SUZANNE BREHMER IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
1235 WHITE AVENUE
GRAND JUNCTION, CO  81501

DAVID G. BREMNER LIVING TRUST DATED 8/18
C/O DAVID G. BREMNER TRUSTEE
2870 NW KLINE STREET
ROSEBURG, OR  97470

DAVID G. BREMNER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2870 NW KLINE STREET
ROSEBURG, OR  97470

RICHARD A. BRENING, SR. AND HELEN R. BRE
C/O RICHARD A. BRENING, SR. AND HELEN R.
656 GOLDSTRIKE COURT
LINCOLN, CA  95648

GARY R. BRENNAN
3496 PUEBLO WAY
LAS VEGAS, NV  89109

MICHAEL BRENNER AND MARILYN BRENNER
10317 SWEET FENNEL DRIVE
LAS VEGAS, NV  89135

JEROME BRESSON REVOCABLE TRUST DATED 12/
C/O JEROME BRESSON, TRUSTEE

P O BOX 186
NARBERTH, PA  19072

CHARLES R. BRICE AND JAYNETA L. BRICE
785 WINCHESTER DR.
RENO, NV  89506

JEFFREY D. BRICK
278 ROUTE 308
RHINEBECK, NY  12572

BRIDGES FAMILY TRUST
C/O MICHAEL T. BRIDGES, TRUSTEE
4235 CITRUS CIRCLE
YORBA LINDA, CA  92886

JOHN MCGARRY AND MAXINE MCGARRY 1990 TRU
C/O PATRICIA M. BRIGGS TRUSTEE
23301 ARMINTA ST
WEST HILLS, CA  91304

MICHAEL M. BRIGHT & ANNE E. BRIGHT
P. O. BOX 883
SANDWICH, MA  2563

AKITA BRIGHT-HOLLOWAY
1300 PRINCETON NE
ALBUQUERQUE, NM  87106

GARY S. BRILL LIVING TRUST DATED 9/21/83
C/O GARY S. BRILL TRUSTEE
16255 VENTURA BLVD
ENCINO, CA  91436

MICHAEL R. BRINES & CINDY G. BRINES REVO
C/O MICHAEL R. BRINES & CINDY G. BRINES
4935 EL SERENO AVE
LA CRESCENTA, CA  91214

BRINEY FAMILY TRUST
C/O DONALD BRINEY TRUSTEE
16757 HILLSIDE DRIVE
CHINO HILL, CA  91709

BRINEY FAMILY EXEMPTION TRUST DATED 11/5
C/O DONALD E. BRINEY TRUSTEE
16757 HILLSIDE DRIVE
CHINO HILL, CA  91709

HENRY C. BROCK, JR. & LORRAINE E. BROCK
C/O LORRAINE E. BROCK TRUSTEE
316 KIEL ST
HENDERSON, NV  89015

BROCK FAMILY TRUST DATED 5/25/95
C/O PENNY L. BROCK TRUSTEE
355 MUGO PINE CIRCLE

RENO, NV  89511

JOHN S. BRODERS
1372 PUENTE ST
SAN DIMAS, CA  91773

LINDA BRODERS
86 CORSICA DRIVE
NEWPORT BEACH, CA  92660

WILLIAM L. BROGAN & DYXEEN L. BROGAN
2892 EVERGOLD DRIVE
HENDERSON, NV  89074

CHARLES E. BROKOP
13835 N TATUM BLVD STE 9419
PHOENIX, AZ  85032

DOUGLAS L. BRONZIE
1325 SANTA CRUZ DR
MINDEN, NV  89423

DENA M. BROOK
7949 TERRACE ROCK WAY UNIT 201
LAS VEGAS, NV  89128

MARLO BROOKE
9171 WARFIELD DR
HUNTINGTON BEACH, CA  92646

ASHLEY BROOKS
25161 VIA AZUL
LAGUNA NIGUEL, CA  92677

CHARLES R. BROOKS AND WENDY S. BROOKS
1115 KENTFIELD DR.
SALINAS, CA  93901

DONNA J. BROOKS
5555 N OCEAN BLVD  # 12
FT  LAUDERDALE, FL  33308

BROOKS LIVING TRUST DATED 6/30/97
C/O HOWARD D. BROOKS & DOREEN C. BROOKS
1894 HWY 50 STE 4 # 344
CARSON CITY, NV  89701

ROBERT E. BROOKS
1405 14TH AVE SW
MINOT, ND  58701

ROBERT E. BROOKS AND CANDITH BROOKS
1405 14TH AVE SW
MINOT, ND  58701

JOHN W. BROUWERS MD SEP IRA
C/O FIRST SAVINGS BANK CUSTODIAN

2333 DOLPHIN COURT
HENDERSON, NV  89074

BROUWERS FAMILY TRUST DATED 1/11/1995
C/O JOHN P. BROUWERS TRUSTEE
8040 VISTA TWILIGHT DR.
LAS VEGAS, NV  89123

JWB INVESTMENTS, INC. PENSION PLAN
2333 DOLPHIN COURT
HENDERSON, NV  89074

RONALD GENE BROWN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 7006
MENLO PARK, CA  94026

FBO RAYMOND E. BROWN IRA
C/O FISERV ISS AND CO. TRUSTEE
24 DANBURY LANE
IRVINE, CA  92618

JACECK M. BROWN
2020 8TH AVE #176
WEST LINN, OR  97068

LARRY M. BROWN & MARIE S. BROWN
7020 EARLDOM AVENUE
PLAYA DEL REY, CA  90293

MARTIN E. BROWN EXEMPT TRUST DATED 3/21/
C/O MARTIN E. BROWN TRUSTEE
2315 WESTERN OAK DR
REDDING, CA  96002

RAYMOND E. BROWN
24 DANBURY LANE
IRVINE, CA  92618

RONALD GENE BROWN & JAGODA BROWN
P O BOX 7006
MENLO PARK, CA  94026

ZOE BROWN 1989 FAMILY TRUST
C/O ZOE BROWN TRUSTEE
2877 PARADISE ROAD 803
LAS VEGAS, NV  89109

BROWNE 1990 FAMILY TRUST DATED 6/11/90
C/O ROBERT W. BROWNE & MURIEL L. BROWNE
700 KEELE DRIVE
RENO, NV  89509

BRUCE LIVING TRUST DATED 9/27/01
C/O DON BRUCE & KIM BRUCE TRUSTEES
1761 MONTELENA COURT
CARSON CITY, NV  89703

ROGER C. BRUCE
7825 GEYSER HILL LANE
LAS VEGAS, NV  89147

VICTOR BRUCKNER & SALLY BRUCKNER
P O BOX 232
CALPINE, CA  96124

PAUL BRUGGEMANS
385 WEST TAHQUITZ CANYON WAY
PALM SPRINGS, CA  92262

VINCENT BRUNO
4961 E PATTERSON AVE
LAS VEGAS, NV  89104

VINCENT H. BRUNO AND CRISTINA J. BRUNO
9050 W WARM SPRINGS RD # 2075
LAS VEGAS, NV  89148

T & G BRUNTON TRUST DATED 7/30/97
C/O THOMAS A. BRUNTON & GRACE M. BRUNTON
P. O. BOX 11949
ZEPHYR COVE, NV  89448

THE BRYAN FAMILY TRUST DATED AUGUST 19,
C/O ROGER MARVIN BRYAN AND ANN T. BRYAN,
1644 N PALO VERDE DRIVE
ST GEORGE, UT  84770

LEE BRYANT & PATRICIA BRYANT
521 W PAINTED TRAILS RD
PAHRUMP, NV  89060

THE ROBERT ALAN BRYANT SR. REVOCABLE TRU
C/O ROBERT ALAN BRYANT SR. TRUSTEE
16247 W COTTONWOOD ST
SURPRISE, AZ  85374

BRUCE D. BRYEN
777 S FEDERAL HWY BLDG N-409
POMPANO BEACH, FL  33062

BRUCE BRYEN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
777 S FEDERAL HWY BLDG N-409
POMPANO BEACH, FL  33062

BRYMAN FAMILY TRUST
C/O MICHAEL BRYMAN & DOROTHEE BRYMAN TRU
19 WESLEY CROSSING
SAVANNAH, GA  31411

MIRIAM D. NELSON TRUST DATED 12/30/77
C/O MARY JEAN NELSON BUCK, TRUSTEE
P O BOX 5265

```
SUN CITY WEST, AZ  85376

SPANISH SPRINGS MINI-STORAGE
P.O. BOX 5127
RENO, NV  89513

SUNRISE MINI-STORAGE
P O BOX 5127
RENO, NV  89513

W.E. BUCK FAMILY TRUST DATED 7/2/87 & WI
C/O WILLIAM E. BUCK & ELEANOR F. BUCK CO
P. O. BOX 5127
RENO, NV  89513

W. E. BUCK FAMILY TRUST DATED 7/02/87
C/O WILLIAM E. BUCK & ELENOR F. BUCK TRU
PO BOX 5127
RENO, NV  89513

BUCK TRUST DATED 7/13/95
C/O FORREST WEST BUCK, JR. & MARY JEAN N
PO BOX 5265
SUN CITY WEST, AZ  85376

BUCKALEW TRUST
C/O JANET BUCKALEW TRUSTEE
5101 DESERT LILLY LANE
LAS VEGAS, NV  89130

BUCKWALD REVOCABLE TRUST DATED 2/11/92
C/O NEIL G. BUCKWALD TRUSTEE
5000 NORTH VALDEZ STREET
LAS VEGAS, NV  89149

C & B CATTLE COMPANY, LLC
P O BOX 460570
LEEDS, UT  84746

BUECHNER FAMILY TRUST DATED 3/30/99
C/O WILLIAM R. BUECHNER & NANCY A. BUECH
131 BASQUE DR
TRUCKEE, CA  96161

FERTITTA ENTERPRISES, INC.
2960 W SAHARA AVE SUITE 200
LAS VEGAS, NV  89102

BULLOCK FAMILY TRUST DATED 8/7/97 (KWA31
C/O GLENN BULLOCK & SHERRY BULLOCK TRUST
9811 W CHARLESTON BLVD STE 2429
LAS VEGAS, NV  89117

CYNTHIA D. BURDIGE TRUST U/A DATED 4/13/
C/O CYNTHIA D. BURDIGE TRUSTEE
100 NW 82 AVE STE #305
PLANTATION, FL  33324
```

```
BURGER 1981 TRUST
C/O DONALD DEAN BURGER & PEGGY T. BURGER
2790 S. TORREY PINES DRIVE
LAS VEGAS, NV  89146

EDWARD BURGESS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 422
ROYAL, AR  71968

DR. JOSELITO TAN BURGOS
30080 OAK AVE
AITKIN, MN  56431

MARK E. BURKE & JOYCE J. BURKE REVOCABLE
C/O MARK E. BURKE & JOYCE J. BURKE, TRUS
P O BOX 785
BEAVER DAM, AZ  86432

GREGORY C. BURKETT & KATHY BURKETT
P O BOX 67
GONZALES, LA  70707

BRYAN F. BURLEY
8345 CRETAN BLUE LANE
LAS VEGAS, NV  89128

JUNE Y. BURLINGAME & DAVID B. BURLINGAME
4465 BOCA WAY SP 215
RENO, NV  89502

ROBERT E. BURNETT JR.
PSC 2 BOX 6533
APO, AE  9012

KEVIN BURR, IRA
C/O FIRST SAVINGS BANK, CUSTODIAN
9900 WILBUR MAY PKWY #2405
RENO, NV  89521

TIMOTHY F. BURRUS & JOANN ORTIZ-BURRUS
3880 W HIDDEN VALLEY DR
RENO, NV  89502

BURT FAMILY TRUST
C/O DONALD E. BURT & CONNIE L. CEJMER TR
P O BOX 158
CAMPTONVILLE, CA  95922

BURT FAMILY TRUST #2
C/O DONALD E. BURT & CONNIE L. CEJMER TR
P O BOX 158
CAMPTONVILLE, CA  95922

LAWRENCE A. BUSH & MARY L. BUSH
HCR 79 BOX 64
```

CROWLEY LAKE, CA  93546

GRANT M. & J. LAUREL BUSHMAN FAMILY TRUS
C/O J. LAUREL BUSHMAN TRUSTEE
PO BOX 576
OVERTON, NV  89040

RONALD C. BUSK SEPARATE PROPERTY TRUST D
C/O RONALD C. BUSK TRUSTEE
10624 S EASTERN AVENUE A161
HENDERSON, NV  89052

BRIAN H. BUSSE & DAWN BUSSE
37 WILLOW WISP TERRACE
HENDERSON, NV  89074

SEPARATE PROPERTY SUBTRUST BUTCHER FAMIL
C/O QUEEN BUTCHER TRUSTEE
5555 MOUNT DIABLO DRIVE
LAS VEGAS, NV  89118

PLB ENTERPRISES, LLC
P  O BOX 67405
PHOENIX, AZ  85082

WARREN BUTTRAM
P. O. BOX 27
RENO, NV  89504

WILLIAM J. BUTTRAM
1929 DAVINA STREET
HENDERSON, NV  89074

CORNELIUS BUYS & HELEN BUYS
22 N LAKE CIRCLE
ANTIOCH, CA  94509

MICHELLE BUYS
P O BOX 3715
OLYMPIC VALLEY, CA  96146

H. GEORGE CABANTING & ANN T. CABANTING
2442 MELODY LANE
RENO, NV  89512

CLARA M. CADIEUX & RICHARD L. CADIEUX
1730 TERRACE HEIGHTS LN
RENO, NV  89523

CLARA M. CADIEUX
1730 TERRACE HEIGHTS LN
RENO, NV  89523

RICHARD L. CADIEUX IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1730 TERRACE HEIGHTS LN
RENO, NV  89523

```
RICHARD L. CADIEUX & CLARA M. CADIEUX
1730 TERRACE HEIGHTS LANE
RENO, NV  89523

CADWALLADER 2001 TRUST
C/O DAVID S. CADWALLADER & ALYCE E. CADW
14305 WINTU WAY
REDDING, CA  96003

EUGENE W. CADY & SANDRA L. CADY TRUST DA
C/O EUGENE W. CADY & SANDRA L. CADY TRUS
20 SKYLINE CIRCLE
RENO, NV  89509

MARY MONICA CADY IRA
C/O FIRST SAVINGS BANK, CUSTODIAN
3261 WATERVIEW CT
HAYWARD, CA  94542

MARY MONICA CADY
3261 WATERVIEW CT
HAYWARD, CA  94542

CAFERRO LIVING TRUST DATED 12/22/03
C/O JAY J. CAFERRO & JACQUELINE L. CAFER
3524 WEST EUCLID AVE.
SPOKANE, WA  99205

CALE FAMILY TRUST DATED 11/16/88
C/O KEITH J. CALE TRUSTEE
6070 INGLESTON DR UNIT #1111
SPARKS, NV  89436

ANITA J. CALHOUN
2026 BEL AIR AVENUE
SAN JOSE, CA  95128

EVELYN A. CALHOUN
369 FM 2848
VALLEY VIEW, TX  76272

ORVIN CALHOUN & ANITA J. CALHOUN
2026 BEL AIR AVE
SAN JOSE, CA  95128

JAMES CAMERON & KIRSTEN CAMERON
774 MAYS BLVD 10 PMB 313
INCLINE VILLAGE, NV  89451

CAMERON SURVIVORS TRUST DATED 12/22/97 F
C/O RALPH F. CAMERON TRUSTEE
25482 CADILLAC DR.
LAGUNA HILLS, CA  92653

AMANDA R. CAMPBELL
4455 GISELLE LN.
```

STOCKTON, CA  95206

DORIS MAE CAMPBELL REVOCABLE TRUST OF 19
C/O DORIS MAE CAMPBELL, TRUSTEE
34 BEAVER LAKE CIRCLE
ORMOND BEACH, FL  32174

LOIS M. CAMPBELL IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
1733 WARRINGTON DRIVE
HENDERSON, NV  89052

JILLIAN CAMPBELL & PATSY RIEGER
2024 DOUGLAS ROAD
STOCKTON, CA  95207

NOEL L. CAMPBELL
2640 N. AVE
CHICO, CA  95973

2001 CAMPBELL FAMILY TRUST DATED 10/03/0
C/O WILLIAM C. CAMPBELL & LOIS M. CAMPBE
1733 WARRINGTON DRIVE
HENDERSON, NV  89052

DENNIS G. CAMPTON, MD PSP DATED 3/16/72
C/O DENNIS G. CAMPTON TRUSTEE
5741 KEN'S PLACE
PAHRUMP, NV  89060

ROGER CANARY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
561 CALLE DE LA PLATA
SPARKS, NV  89436

PIERRE G. CANDAU
1550 APT A 20TH AVE
SAN FRANCISCO, CA  94122

JUDITH CANDELARIO
2575 KELLOGG LOOP
LIVERMORE, CA  94550

EVELYN G. CANEPA TRUST DATED 9/19/00
C/O EVELYN G. CANEPA & SCOTT KRUSEE CANE
4330 MT GATE DR
RENO, NV  89509

LOUIS CANEPA IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1395 HILLTOP RD
RENO, NV  89509

G. & L. TRUST DATED 11/25/91
C/O GARY T. CANEPA & LORI R. CANEPA TRUS
14170 POWDER RIVER DR.
RENO, NV  89511

```
LOUIS JOHN CANEPA REVOCABLE TRUST DATED
C/O LOUIS JOHN CANEPA TRUSTEE
1395 HILLTOP RD
RENO, NV  89509

SCOTT K CANEPA DEFINED BENEFIT PENSION P
851 S RAMPART BLVD STE 160
LAS VEGAS, NV  89145

SCOTT K. CANEPA
851 S RAMPART BLVD. STE 160
LAS VEGAS, NV  89145

SHAWNTELLE DAVIS-CANEPA
9704 HIGHRIDGE DR.
LAS VEGAS, NV  89134

BRANDON ARNER CANGELOSI & DONNA M. CANGE
5860 LAUSANNE DR.
RENO, NV  89511

DONNA M. CANGELOSI FAMILY TRUST
C/O DONNA M. CANGELOSI TRUSTEE
5860 LAUSANNE DRIVE
RENO, NV  89511

JOHN R. CANGELOSI & MARGARET M. CANGELOS
346 GRIGGS AVE
TEANECK, NJ  7666

MARGARET M. CANGELOSI
346 GRIGGS AVE.
TEANECK, NJ  7666

THE CANGIANO TRUST DATED 3/30/90
C/O LOUIS CANGIANO, JR. & NANCY E. CANGI
32085 VIA FLORES
SAN JUAN CAPISTRANO, CA  92675

FRANK & MARIE CAPODICI FAMILY TRUST DATE
C/O FRANK CAPODICI & MARIE CAPODICI TRUS
9025 ROCKVILLE AVE
LAS VEGAS, NV  89143

SALVATORE CAPODICI & MARY CAPODICI
792 MANCILL ROAD
WAYNE, PA  19087

PETER W. CAPONE & DEIDRE D. CAPONE
P O BOX 1470
GARDNERVILLE, NV  89410

KIRK CAPRA & MARY CAPRA
HC02 BOX 14404
VIEQUES,   765
```

CAPRA 1998 TRUST
C/O MERLE L. CAPRA & MARLYS J. CAPRA TRU
2538 MALABAR AVE
LAS VEGAS, NV  89121

MARIE K. CARANO
2780 LAKESIDE DRIVE
RENO, NV  89509

MATTHEW T. CARBONE AND ANGELA D. CARBONE
1012 ORCHARD LANE
BROADVIEW HEIGHTS, CO  44147

CARDWELL FAMILY TRUST
C/O JAMES B. CARDWELL & REBA JO CARDWELL
505 E WINDMILL LN 1-B-158
LAS VEGAS, NV  89123

CARDWELL CHARITABLE TRUST
C/O JAMES B. CARDWELL TRUSTEE
505 E WINDMILL LN 1-B-158
LAS VEGAS, NV  89123

REBA JO CARDWELL
505 E WINDMILL LANE 1-B-158
LAS VEGAS, NV  89123

DANIEL O. CARLTON & TAKEKO CARLTON REVOC
C/O DANIEL CARLTON & TAKEKO CARLTON TRUS
4697 HOOKTREE ROAD
TWENTYNINE PALMS, CA  92277

DANIEL CARLTON & ZORA N. CARLTON
390 CORVAIR DRIVE
LAKE HAVASU CITY, AZ  86406

MICHAEL W. CARLTON & HELEN I. CARLTON
416 NORTH 10TH
BLYTHE, CA  92225

EDWIN CARLTON LLL
1405 TUMBERRY STREET
LAS VEGAS, NV  89117

ROBERT CAROLLO & BEVERLY CAROLLO
5607 GATEWAY ROAD
LAS VEGAS, NV  89120

GERALD J. CARON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1956 BARRANCA DRIVE
HENDERSON, NV  89074

WILLIAM A. CARONE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3125 QUARRY ROAD
MANCHESTER, NJ  8759

MICHAEL R. CARPENTER & ANNE M. CARPENTER
687 W ELLA DRIVE
CORRALES, NM  87048

CARRIER FAMILY TRUST DATED 8/9/91
C/O DON F. CARRIER & SARA L. CARRIER TRU
3175 GREENSBURG CIR
RENO, NV  89509

RUTH D. CARRIERE FAMILY TRUST DATED 8/5/
C/O RUTH D. CARRIERE TRUSTEE
13147 PARKWAY RD
POUND, WI  54161

DOUGLAS W. CARSON TRUST
C/O DOUGLAS CARSON TRUSTEE
HC 34 BOX 34153
ELY, NV  89301

CARSON FAMILY TRUST DATED 11-19-04
C/O DOYNE J. CARSON & ELSIE L. CARSON TR
7820 SETTLERS RIDGE LANE
LAS VEGAS, NV  89145

WHITEHURST FUND LLC
C/O LINDA KELLY CARSON, MANAGER
P O BOX 8927
ASPEN, CO  81612

LINDA F. CARSTEN
2330 OVERLOOK CT.
RENO, NV  89509

THE ERIC NOEL CARTAGENA TRUST
C/O ERIC N. CARTAGENA, TRUSTEE,
P O BOX 60742
SAN DIEGO, CA  92166

DEETTE CARTER REVOCABLE TRUST DATED 1/3/
C/O DEETTE CARTER TRUSTEE
9232 SAILING WATER AVE
LAS VEGAS, NV  89147

CARTER FAMILY TRUST DATED 6/17/96
C/O JERRY W. CARTER & NANCY L. CARTER TR
4543 NORTHWIND COURT
SPARKS, NV  89436

JUANITA N. CARTER
C/O BRUCE H. CORUM
4442 VALMONTE DR
SACRAMENTO, CA  95864

RONALD R. CARTER & LESLIE A. CARTER REVO
C/O RONALD R. CARTER & LESLIE A. CARTER
6508 ANASAZI NE

ALBUQUERQUE, NM  87111

W D CARTER TRUST DATED 3/22/99
C/O WILLIAM DANIEL CARTER TRUSTEE
8170 54TH AVE EAST
BRADENTON, FL  34211

DELBERT C. CASE
P O BOX 4639
INCLINE VILLAGE, NV  89450

RICHARD CASE
3333 228TH ST SOUTHEAST 46
BOTHEL, WA  98021

CASEBOLT REVOCABLE TRUST DATED 2/30/94
C/O JOSEPHINE CASEBOLT TRUSTEE
201 ADA AVENUE 46
MOUNTAIN VIEW, CA  94043

CASEY FAMILY TRUST
C/O RICHARD F. CASEY, III & KATHRYN A. C
P O BOX 1578
LOS GATOS, CA  95031

RICHARD F. CASEY III, IRA #086082
C/O STERLING TRUST COMPANY CUSTODIAN
P O BOX 1578
LOS GATOS, CA  95031

CASTIGLIA FAMILY TRUST DATED 11-10-04
C/O PHILIP CASTIGLIA AND ALIS KURTLIYAN-
10115 LA TUNA CANYON ROAD
SUN VALLEY, CA  91352

TITO A. CASTILLO & JAIRO A. CASTILLO
13390 PARKSIDE TERRACE
COOPER CITY, FL  33330

ALTA FUNDING, INC.
2324 DEL NORTE
SOUTH LAKE TAHOE, CA  96150

CATALANELLO TRUST DATED 2/1/99
C/O RALPH F. CATALANELLO & MARY ANN CATA
10421 BUTTON WILLOW DR
LAS VEGAS, NV  89134

M & J CAUCHOIS FAMILY TRUST DATED 2/25/9
C/O MAURICE A. CAUCHOIS & JACQUELINE M.
697 BLUE LAKE DRIVE
BOULDER CITY, NV  89005

STEFAN R. CAVIN REVOCABLE LIVING TRUST D
C/O STEFAN R. CAVIN TRUSTEE
508 N CLEARPOINT
EAGLE, ID  83616

STEFAN R. CAVIN
508 N CLEARPOINT WAY
EAGLE, ID  83616

THE TRACY CAVIN FAMILY TRUST UTD 11/10/0
C/O TRACY CAVIN TRUSTEE
1424 W HEREFORD DR
EAGLE, ID  83616

RONALD NORMAN CAZIER & KAREN RAE CAZIER
C/O RONALD NORMAN CAZIER & KAREN RAE CAZ
3053 S SWEETGUM WAY
ST GEORGE, UT  84790

WALK THE LAND, LLC 401 K PLAN
C/O BARBARA A. CECIL TRUSTEE
899 TIMBERLAKE DRIVE
ASHLAND, OR  97520

BARBARA A. CECIL
899 TIMBERLAKE DRIVE
ASHLAND, OR  97520

BARBARA A. CECIL IRA
C/O FIRST SAVINGS BANK CUSTODIAN
899 TIMBERLAKE DRIVE
ASHLAND, OR  97520

MICHAEL W. CECIL
899 TIMBERLAKE DRIVE
ASHLAND, OR  97520

A. WILLIAM CEGLIA
3720 POCO LENA COURT
WASHOE VALLEY, NV  89704

LAUREN CEGLIA
P.O. BOX 3049
STATELINE, NV  89449

RANEE L. CEGLIA
3720 POCO LENA COURT
WASHOE VALLEY, NV  89704

ROBERT J. CENTANNI, SR. & SUSAN R. CENTA
P O BOX 458
GENOA, NV  89411

THE CERRONE FAMILY TRUST DATED 1/26/96
C/O FRANK A. CERRONE & SHARI L. CERRONE
1502 BIG VALLEY DRIVE
RENO, NV  89521

RONALD M. CETOVICK AND BARBARA CETOVICK
2410 SUNBURST VIEW ST
HENDERSON, NV  89052

```
DAVID B. & RENEE A. CHAFFIN FAMILY TRUST
C/O DAVID B. CHAFFIN, MD AND RENEE A. CH
1855 MANZANITA CIRCLE
RENO, NV  89509

CONSTANTYN CHALITSIOS
2450 LOUISIANA #400-110
HOUSTON, TX  77006

TONY CHAMOUN & CARMEN CHAMOUN
1935 PARKSIDE CIRCLE SOUTH
BOCA RATON, FL  33486

UNIQUE CONCEPT DESIGN, INC.
1134 BLITZEN DR
HENDERSON, NV  89012

EUNICE O. CHAPMAN
3201 PLUMAS ST APT 260
RENO, NV  89509

CHAPMAN TRUST #1015932
C/O LEONA M. CHAPMAN TRUSTEE
5362 WINDING CREEK DRIVE
ROCKFORD, IL  61114

NELSON & VIRGINIA CHARDOUL TRUST DATED 1
C/O NELSON CHARDOUL & VIRGINIA CHARDOUL
7013 HERSHBERGER COURT
CITRUS HEIGHTS, CA  95610

JOY INVESTMENT, INC.
14375 WHITE STAR LANE
VALLEY CENTER, CA  92082

UNIVERSAL MANAGEMENT, INC.
14375 WHITE STAR LANE
VALLEY CENTER, CA  92082

ALAN CHAULK & MARY CHAULK
2315 VIA CADIZ
ALBUQUERQUE, NM  87104

CHAVES GROUP LTD, LLC
20155 NE 38TH COURT #2401
AVENTURA, FL  33180

ROLAND CHAVEZ & ASSOC., INC. DEFINED BEN
C/O ROLAND CHAVEZ, ADMINISTRATOR
5 FALKNER DRIVE
LADERA RANCH, CA  92694

CHEGWIN 1989 REVOCABLE TRUST DATED 4/13/
C/O DENNIS M. CHEGWIN AND VICKI L. CHEGW
78530 ARAPAHOE DR.
INDIAN WELLS, CA  92210
```

PAUL G. CHELEW CHARITABLE REMAINDER UNIT
C/O ALTA BATES SUMMIT FOUNDATION, TRUSTE
2855 TELEGRAPH AVE STE 601
BERKELEY, CA  94705

PAUL G. CHELEW
P. O. BOX 370
DAYTON, NV  89403

GLORIA N. CHERRINGTON TRUST DATED 10/13/
C/O GLORIA N. CHERRINGTON TRUSTEE
350 E. DESERT INN RD #E-204
LAS VEGAS, NV  89109

KAR SEI CHEUNG
3200 W ALTA DRIVE
LAS VEGAS, NV  89107

THE CHIAPPE FAMILY TRUST DATED 1/22/96
C/O ELIO A. CHIAPPE AND GERALDINE N. CHI
P O BOX 7288
CARMEL, CA  93921

THE CHIAPPETTA TRUST DATED 4/1/03
C/O PAT M. CHIAPPETTA & JOANN CHIAPPETTA
7043 CINNAMON DRIVE
SPARKS, NV  89436

JILL CHIOINO & JOHN W. CHOE
901 HARBOR VIEW DR
MARTINEZ, CA  94553

JOHN T. CHIRGWIN
P O BOX 488
EDGARTOWN, MA  2539

ALICE CHOI
1804 PASEO OVERLOOK COURT
LAS VEGAS, NV  89128

MARY G. CHRIST
75-6060 KUAKINI HWY
B-3 KONA SEA VILLAS
KAILUA-KONA, HI  96740

LISA CHRISTENSEN TRUST DATED 1/9/06
C/O LISA CHRISTENSEN, TRUSTEE
33252 ASTORIA ST
DANA POINT, CA  92629

EARLY R. CHRISTIAN & PHYLLIS R. CHRISTIA
313 TORREY PINES DRIVE
DAYTON, NV  89403

ANTHONY CHRISTIAN IRA
C/O FIRST SAVINGS BANK CUSTODIAN

3369 SHALLOW POND
LAS VEGAS, NV  89117

CHRISTIANSON REVOCABLE FAMILY TRUST DATE
C/O ANGELINE M. CHRISTIANSON, TRUSTEE
2828 N HOUGHTON RD
TUCSON, AZ  85749

ARNOLD L. CHRISTIANSON & ANGELINE M. CHR
2828 N HOUGHTON ROAD
TUCSON, AZ  85749

DEAN CHRISTIANSON & KAREN CHRISTIANSON
11975 N LABYRINTH DRIVE
ORO VALLEY, AZ  85737

VERNON K. CHUN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
9 AUBURN CREST COURT
CHICO, CA  95973

JENNIFER A. CHUN
9 AUBURN CREST COURT
CHICO, CA  95973

JENNIFER A. CHUN & VERNON CHUN
9 AUBURN CREST CT
CHICO, CA  95973

CHUN LIVING TRUST DATED 2/17/98
C/O VERNON K. CHUN & KERRI J. CHUN TRUST
9 AUBURN CREST COURT
CHICO, CA  95973

1995 TOBE EUGENE STRICKLIN AND BARBARA S
C/O BARBARA M. CHYLAK, TRUSTEE
261 FREDRICKSBURG RD
GARDNERVILLE, NV  89460

ROBERT T CHYLAK & BARBARA M CHYLAK FAMIL
C/O ROBERT T. CHYLAK & BARBARA M CHYLAK
261 FREDRICKSBURG RD
GARDNERVILLE, NV  89460

CIADELLA LIVING TRUST DATED 2/8/99
C/O STELLA P. CIADELLA TRUSTEE
650 S TOWN CTR DR
BLDG 29 APT #1114
LAS VEGAS, NV  89144

THE LIVING TRUST OF SHER CIARAMITARO DAT
C/O SHER CIARAMITARO TRUSTEE
10 ROBINSDALE RD.
MARTINEZ, CA  94553

JAMES CIELEN
9775 S MARYLAND PKWY # F102

LAS VEGAS, NV  89123

JAMES CIELEN
9775 S MARYLAND PKWY # F102
LAS VEGAS, NV  89123

VINCENT ANTHONY CIMORELLI
2300 SILVERADO RANCH #1085
LAS VEGAS, NV  89123

BILLIE R. CISLAGHI TRUST
C/O BILLIE R. CISLAGHI TRUSTEE
14924 E MAYAN DR
FOUNTAIN HILLS, AZ  85268

DONALD P. CLARK FAMILY TRUST DATED 10/25
C/O DONALD P. CLARK TRUSTEE
305 W MOANA LANE
RENO, NV  89509

CURTIS CLARK IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
1403 PUEBLO DR
BOULDER CITY, NV  89005

HAROLD F. CLARK JR.
555 TWINING FLATS RD
ASPEN, CO  81611

JACK R. CLARK & LINDA C. REID
9900 WILBUR MAY PKWY #4701
RENO, NV  89521

ROSANNE L. CLARK
2350 HIGH TERRACE DR
RENO, NV  89509

CLARK 1998 TRUST
C/O TERRENCE R. CLARK & PHYLLIS L. CLARK
217 VIA LIDO NORD
NEWPORT BEACH, CA  92663

TIM J. CLARK & TRACY E. CLARK
1161 W. SUNRISE PLACE
CHANDLER, AZ  85248

THOMAS E. CLARKE
11316 EAST PERSIMMON AVENUE
MESA, AZ  85212

DRS. RAYMOND J. CLAY, JR. & JOAN MARIE C
2794 VISTA VIEW DRIVE
LEWISVILLE, TX  75067

SHANE W. CLAYTON AND JENNIFER C. CLAYTON
2816 AUTUMN HAZE LANE
LAS VEGAS, NV  89117

CLEARY FAMILY REVOCABLE LIVING TRUST
C/O PHILIP T. CLEARY AND KATHERINE CLEAR
9705 SHADOWSTONE CT.
RENO, NV  89521

JOHN P. CLENDENING & DOREEN S. CLENDENIN
1250 DAVIDSON WAY
RENO, NV  89509

CLENDENING FAMILY TRUST DATED 10/08/2004
C/O JOHN P. CLENDENING AND DOREEN CLENDE
1250 DAVIDSON WAY
RENO, NV  89509

GARTH NEAL CLIFFORD & ROSEMARY CLIFFORD
1648 WARRINGTON DR
HENDERSON, NV  89052

CLIFTON FAMILY TRUST
C/O HELEN CLIFTON TRUSTEE
10812 WINDROSE POINT
LAS VEGAS, NV  89144

CLIMO FAMILY TRUST DATED 2/6/92
C/O JAMES D. CLIMO AND DOLORES J. CLIMO,
985 BERNICE COURT
SPARKS, NV  89436

DE VERA CLINE
1860 PAPAGO LANE
LAS VEGAS, NV  89109

DEVERA CLINE IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
1860 PAPAGO LANE
LAS VEGAS, NV  89109

MARGO J. CLINE
956 AVALON DRIVE
STOCKTON, CA  95215

ROBERT B. COCKAYNE REVOCABLE TRUST DATED
C/O ROBERT B. COCKAYNE TRUSTEE
6501 RED HOOK PLAZA STE 201 PMB 7
ST. THOMAS, VI  802

RAY L. COFFIN & TONI H. COFFIN
4179 MENTONE AVENUE
CULVER CITY, CA  90232

RAY L. COFFIN
4179 MENTONE AVENUE
CULVER CITY, CA  90232

TERRY COFFING
10001 PARK RUN DR

LAS VEGAS, NV  89145

GEORGE S. COHAN & NATALIE H. COHAN FAMIL
C/O GEORGE S. COHAN TRUSTEE
2048 FOXFIRE COURT
HENDERSON, NV  89012

ALLEN COHEN
12 STARBROOK DR
HENDERSON, NV  89052

BERNARD COHEN TRUST DATED 3/24/88
C/O BERNARD COHEN AND ELAINE COHEN, TRUS
4533 WHITE CEDAR LN
DEL RAY BEACH, FL  33445

NELSON L. COHEN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
9004 ROCKVILLE AVE
LAS VEGAS, NV  89143

FREEDA COHEN TRUST DATED 7/11/04
C/O FREEDA COHEN TRUSTEE
10905 CLARION LANE
LAS VEGAS, NV  89134

COHEN LIVING TRUST DATED 3/6/90
C/O IRWIN COHEN & MARILYN T. COHEN TRUST
9004 ROCKVILLE AVE
LAS VEGAS, NV  89143

LAURA M. COHEN
3676 MILITARY AVE
LOS ANGELES, CA  90034

STEPHEN M. COHEN AND JAYNE B. COHEN
1011 VICTORIA AVENUE
CORONA, CA  92879

COHN FAMILY LIVING TRUST DATED 1/15/96
C/O JERRY COHN & GLORIA L. COHN TRUSTEES
6365 WETZEL COURT
RENO, NV  89511

PETER C. COHN & MARGARET H. COHN
260 MONARCH DR
CARSON CITY, NV  89704

L. KANANI COHUNE
3530 HACKBERRY STREET
SILVER SPRINGS, NV  89429

JULIE C. COIT
P. O. BOX 86
GENOA, NV  89411

NORRIS R. COIT FAMILY TRUST DATED 5/19/0

C/O NORRIS R. COIT TRUSTEE
P O BOX 86
GENOA, NV  89411

CURTIS R. COLAGROSS AND TERRI L. COLAGRO
16227 PASQUALE RD
NEVADA CITY, CA  95959

STEVE M. COLAMONICO & ANITA J. COLAMONIC
339 CINDY STREET
OLD BRIDGE, NJ  8857

COLBORN REVOCABLE LIVING TRUST DATED 8/6
C/O LARRY E. COLBORN & LORETTA A. COLBOR
38831 PARKER RIDGE WAY
PALM DESERT, CA  92260

MARY COLEMAN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2270 SILVER RIDGE CIRCLE
RENO, NV  89059

RAYMOND T. COLHOUER FOR THE BENEFIT OF G
4328 THREASHOLD CT
NORTH LAS VEGAS, NV  89032

GERALD E. COLLIGAN
P O BOX 5781
INCLINE VILLAGE, NV  89450

COLLINS FAMILY TRUST DATED 1/29/93
C/O SHIRLEY M. COLLINS TRUSTEE
1975 SNOWBERRY COURT
CARLSBAD, CA  92009

MONTANA SKIES RET TRUST DATED 1/1/99
C/O HOLLY COMBS TRUSTEE
INTERNATIONAL BUSINESS MANAGEMENT
9696 CULVER BLVD  SUITE 203
CULVER CITY, CA  90232

THE MARK COMBS PENSION & PROFIT SHARING
4790 CAUGHLIN PARKWAY
RENO, NV  89509

PENNY LEE COMSIA REVOCABLE TRUST UDT 4/1
C/O PENNY LEE COMSIA, TRUSTEE
53 ENCANTADO CANYON
RANCHO SANTA MARGARITA, CA  92688

JAMES A. CONBOY
1206 D. SOUTH BARRANCA AVENUE
GLENDORA, CA  91740

PAMELA M. CONBOY
2310 OAK PARK RD
GLENDORA, CA  91741

TERESA CONGER
13108 WOODSTOCK DRIVE
NEVADA CITY, CA  95959

DAVID J. CONKLIN
8883 RIO GRANDE FALLS AVE
LAS VEGAS, NV  89178

DACIAN CONNELL
13967 W 22ND AVE
GOLDEN, CO  80401

HOWARD CONNELL & LORENE CONNELL
1001 JENNIS SILVER STREET
LAS VEGAS, NV  89145

DANIEL O. CONNER, IRA
C/O FIRST SAVINGS BANK CUSTODIAN
5231 SUZY SALY PLACE
LAS VEGAS, NV  89122

TERRENCE D. CONRAD AND DOREEN C. CONRAD
8035 NORTH CASAS CARMEN
TUCSON, AZ  85742

THOMAS RAYMOND CONWAY & VICTORIA C. E. C
12835 RIDGE ROAD
GRASS VALLEY, CA  95945

ALDON G. COOK AND DEEDRA COOK
1435 E VENICE AVE #261
VENICE, FL  34292

DONALD W. COOK TRUST
C/O DONALD W. COOK TRUSTEE
2505 ANTHEM VILLAGE DR STE E-463
HENDERSON, NV  89052

FRANCES J. COOK & JOHN R. COOK
10400 SW COWAN RD
VASHON, WA  98070

ALVIN BROIDO MARITAL TRUST U/A DATED 4/2
C/O JUNE COOK TRUSTEE
7228 ESTRELLA DE MAR ROAD
CARLSBAD, CA  92009

JOHN COOKE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
9790 BRIGHTRIDGE DRIVE
RENO, NV  89506

LOIS R. COPPLE
393 HIGHLAND HILLS CT
LAS VEGAS, NV  89148

HAROLD CORCORAN & JOYCE CORCORAN
2200 N D'ANDREA PKWY #413
SPARKS, NV  89434

JAMES B. CORISON TRUST DATED 12/3/98
C/O JAMES B. CORISON TRUSTEE
P O BOX 21214
RIVERSIDE, CA  92516

JACQUELINE CORKILL & DAVID CORKILL
7057 LEXINGTON AVENUE 106
LOS ANGELES, CA  90038

APRIL CORLEY TRUST, DATED 4/25/05
C/O APRIL M.CORLEY TRUSTEE
1362 W 17TH STREET
SAN PEDRO, CA  90732

BILLY JAMES CORLEY REVOCABLE LIVING TRUS
C/O BILLY JAMES CORLEY TRUSTEE
508 DRIFTSTONE
LAS VEGAS, NV  89123

IRIS G. CORLEY TRUST DATED 9/19/84
C/O IRIS G. CORLEY TRUSTEE
1289 IRONWOOD ST
BOULDER CITY, NV  89005

CREDIT SHELTER TRUST
C/O BRUCE H. CORUM TRUSTEE
4442 VALMONTE DRIVE
SACRAMENTO, CA  95864

ROSE M. COSTA
101 SAN CARLOS AVE
SAUSALITO, CA  94965

COSTANZA 1987 SURVIVOR'S TRUST DATED 3/1
C/O SAM COSTANZA TRUSTEE
9809 CATEBURY ROSE LANE
LAS VEGAS, NV  89134

THE COSTANZA 1987 DECEDENT'S TRUST
C/O SAM COSTANZA, TRUSTEE
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV  89134

1823 CORPORATION
128 MISSION TERRACE
SONOMA, CA  95476

KEVON COTTRELL & KAREN COTTRELL
P O BOX 716
EL GRANADA, CA  94018

ELEANOR ADA COUCH TRUST DTD 12/29/2005
C/O ELEANOR A. COUCH TRUSTOR AND TRUSTEE

805 CLINE STREET
LAS VEGAS, NV  89128

DAVID C. COULSON & MARIA V. ARDILA-COULS
2050 BLUE SPRUCE RD
RENO, NV  89511

DAVID C. COULSON IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
2050 BLUE SPRUCE RD
RENO, NV  89511

MELANIE COWAN
10794 GRAND PALADIUM WAY
BOYNTON BEACH, FL  33436

ROBERT J. COWEN TRUST DATED 11/7/97
C/O ROBERT J. COWEN TRUSTEE
10403 SAWMILL AVENUE
LAS VEGAS, NV  89134

ROBERT A. COWMAN & SANDRA L. COWMAN
1525 WINTERWOOD AVE
SPARKS, NV  89434

CHARLES ROBERT COWMAN & GENEVA COWMAN JO
C/O ROBERT ALAN COWMAN & TERRY LEE COWMA
1525 WINTERWOOD AVE
SPARKS, NV  89434

WILLIAM G. A. COX, IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 461
STERLING, IL  61081

TROY ALLEN COX
6483 ROSEMOUNT AVE
LAS VEGAS, NV  89156

COXEY LIVING TRUST DATED 12/03/98
C/O KENNETH D. COXEY & VALERIE COXEY TRU
1945 HIDDEN MEADOW DR.
RENO, NV  89502

MARGARET COY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3333 ROYAL GLEN COURT
LAS VEGAS, NV  89117

JAMES A. COY &  MARGARET G. COY REVOCABL
C/O JAMES A. COY & MARGARET G. COY TRUST
3333 ROYAL GLEN COURT
LAS VEGAS, NV  89117

CRAIG LIVING TRUST DATED 08/10/00
C/O FRANKYE D. CRAIG, TRUSTEE
1735 CAUGHLIN CREEK RD

```
RENO, NV  89509

CRAIG LIVING TRUST DATED 08/10/00
C/O HOWARD L. CRAIG & FRANKYE D. CRAIG T
1735 CAUGHLIN CREEK ROAD
RENO, NV  89509

CRAIG LIVING TRUST UA DATED 8/10/00
C/O HOWARD L. CRAIG TRUSTEE
1735 CAUGHLIN CREEK ROAD
RENO, NV  89509

THE ROBERT L. CRANE LIVING TRUST
C/O ROBERT L. CRANE, TRUSTEE
2155 W 700 S UNIT 9
CEDAR CITY, UT  84720

CRANER FAMILY TRUST UNDER AGREEMENT DATE
C/O GARETH A. R. CRANER TRUSTEE
P O BOX 1284
MINDEN, NV  89423

THE GARETH A. R. CRANER TRUST DTD 6/01/0
C/O GARETH A. R. CRANER TRUSTEE
P O BOX 1284
MINDEN, NV  89423

THE S.W. CRANLEY REVOCABLE TRUST DATED 2
C/O SHELLEY WIKE CRANLEY TRUSTEE
174 MONT BLANC WAY
LAS VEGAS, NV  89124

WILLIAM K. CRANNEY
P.O. BOX 1957
MINDEN, NV  89423

PETER C. CRANSTON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
8709 LITCHFIELD AVENUE
LAS VEGAS, NV  89134

LEE CRAVEN AND CHRISTINE CRAVEN
4427 BLUE CREEK DRIVE
REDDING, CA  96002

SUSAN F. CRISTE & FRANCIS M. CRISTE
1406 PALM AVE.
SAN MATEO, CA  94412

JOAN M. CRITTENDEN
P O BOX 2577
OLYMPIC VALLEY, CA  96146

ARLINE L. CRONK & EDWARD H. DAVIES LIVIN
C/O ARLINE L. CRONK & EDWARD H. DAVIES T
1631 PICETTI WAY
FERNLEY, NV  89408
```

CHARLES S. CROPLEY & CHRISTINE WRZENSKI
21286 BERTRAM RD
SAN JOSE, CA  95120

GORDON CROSS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
5009 FOREST OAKS
LAS VEGAS, NV  89129

THE MARY H. CROSS TRUST DATED 12/29/88
C/O MARY H. CROSS TRUSTEE
1474 WESSEX CIRCLE
RENO, NV 89503

CHEVAL ENTERPRISES, LLC
2775 RAVAZZA RD
RENO, NV  89521

WEST PHILLY ENTERPRISES, INC.
595 N NOVA ROAD 113
ORMOND BEACH, FL  32174

CROWE 1989 FAMILY REVOCABLE TRUST DATED
C/O GARY W. CROWE & SUSAN R. CROWE TRUST
9132 GOLDEN EAGLE DRIVE
LAS VEGAS, NV  89134

JEAN C. CROWLEY
5724 S. E. HAZEL ROAD
BARTLESVILLE, OK  74006

LORA AND LOYAL CROWNOVER FAMILY TRUST
C/O LOYAL CROWNOVER, TRUSTEE
2213 PLAZA DEL PUERTO
LAS VEGAS, NV  89102

RICHARD CRUISE & MARGARET CRUISE
8021 DIVERNON AVENUE
LAS VEGAS, NV  89129

CHARLES DUKE CUMMINS & APRIL M. CUMMINS
483 MARINA COVE
BOULDER CITY, NV  89005

CHARLES D. CUNNINGHAM & SUSAN M. CUNNING
1964 OLIVER SPRINGS RD
HENDERSON, NV  89052

CHARLES D. CUNNINGHAM IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
1964 OLIVER SPRINGS STREET
HENDERSON, NV  89052

JOHN R. CUNNINGHAM & MARY ANN CUNNINGHAM
1899 REDWOOD VALLEY ST
HENDERSON, NV  89052

```
SEAN P. CUNNINGHAM & SHELLEY R. CUNNINGH
4616 PROVIDENCE LANE
LAS VEGAS, NV  89107

RONALD G. DOE MARITAL TRUST DTD 1-6-95
C/O SHIRLEY CUPP-DOE & CHARLES A. JENSEN
2345 VILLANDRY COURT
HENDERSON, NV  89074

THE LEPP TRUST
C/O PAMELA A.L. CURTIS TRUSTEE OF
1101 CAMBRIDGE MANOR DRIVE
SCOTIA, NY  12302

D & P CURTIS TRUST DATED 07/27/01
C/O PATRICIA M. CURTIS AND DAN L. CURTIS
404 CLUB COURT
LAS VEGAS, NV  89144

FERNANDO CUZA & KRISTI CUZA
426 E. MACEWEN DRIVE
OSPREY, FL  34229

HUMBERTO D'ELIA
72 PARADISE PKWAY
HENDERSON, NV  89074

ROBERT J. D'AMBROSIO CONTRIBUTORY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
14 MADRONO COURT
CORTE MADERA, CA  94925

ROBERT J. D'AMBROSIO IRA
C/O FIRST SAVINGS BANK CUSTODIAN
14 MADRONO COURT
CORTE MADERA, CA  94925

ROBERT J. D'AMBROSIO
14 MADRONO COURT
CORTE MADERA, CA  94925

LAURENCE A. DA COSTA, JR. & SYLVIA J. DA
1172 DEL MESA CT
MINDEN, NV  89423

MAUREEN DACOSTA
P O BOX I
ASPEN, CO  81612

CHRIS DAGIANTIS REVOCABLE INTER VIVOS TR
C/O CHRIS DAGIANTIS TRUSTEE
LEVIDI ARCADIAS
TK,   22002

RICHARD N. DAHLKE,
25 HARMONY LANE
```

WALNUT CREEK, CA  94596

WEN DAI & ZHIMIN CHEN
14840 REDMOND DRIVE
RENO, NV  89511

DENNIS J. DALTON & BARBARA DALTON
P O BOX 402
HATCH, UT  84735

DENNIS J. DALTON, IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 402
HATCH, UT  84735

DEBORAH A. DANIEL
248 S VISTA DEL MONTE
ANAHEIM HILLS, CA  92807

GREGORY SCOTT DANIEL
20 REDONDA
IRVINE, CA  92620

LESLIE SHANE DANIEL AND DENISE M. DANIEL
P O BOX 4
GENOA, NV  89411

DANIEL LIVING TRUST AS AMENDED DATED 1/9
C/O MARK A. DANIEL AND CATHY A. DANIEL,
20 REDONDA
IRVINE, CA  92620

DANIEL FAMILY REVOCABLE LIVING TRUST DAT
C/O WOLFGANG D. DANIEL & KATHLEEN K. DAN
P O BOX 3929
INCLINE VILLAGE, NV  89450

RANDALL B. DANIELSON & TERI D. NANKO
5 DEAUVILLE
NEWPORT COAST, CA  92657

DANNA TRUST AGREEMENT OF 1990
C/O KLINT THOMAS DANNA & PATRICIA ANNE D
4230 WAYMAR COURT
CARMICHAEL, CA  95608

KAREN R. DANNER
3214 LA MANCHA WAY
HENDERSON, NV  89014

JOSEPH G. DARASKEVIUS & ARDEE S. DARASKE
635 MEADOWS DR
LAKE HAVASU CITY, AZ  86404

JOSEPH G. DARASKEVIUS & ARDEE S. DARASKE
635 MEADOWS DR
LAKE HAVASU CITY, AZ  86404

PATRICIA DARNOLD IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
2061 SAPPHIRE VALLEY AVE
HENDERSON, NV  89074

LAURA DASHOSH
11333 MOORPARK #85
TOLUCA LAKE, CA  91602

MICHAEL DASHOSH & ELIZABETH DASHOSH
8019 160TH  AVENUE
HOWARD BEACH, NY  11414

DASHOSH FAMILY TRUST
C/O SAM DASHOSH & RUTH DASHOSH TRUSTEES
3113 SEA VIEW COURT
LAS VEGAS, NV  89117

LISA Y. DASKAS
3464 CARAWAY LANE
YORBA LINDA, CA  92886

ANDREW DAUSCHER & ELLEN DAUSCHER
P O BOX 10031
ZEPHYR COVE, NV  89448

ELLEN D. DAUSCHER IN TRUST FOR CARLEIGH
P. O. BOX 10031
ZEPHYR COVE, NV  89448

FRANK DAVENPORT
3372 NAROD STREET
LAS VEGAS, NV  89121

DAVENPORT REVOCABLE TRUST DATED 9/16/87
C/O O.H. DAVENPORT TRUSTEE
105 RED OAK CIRCLE
GEORGETOWN, TX  78628

CHESLEY R. DAVIES & MARY E. DAVIES
1086 STONE ARCHES DRIVE
HENDERSON, NV  89052

CHESLEY R. DAVIES, MD CHTD. PSP
C/O CHESLEY R. DAVIES TRUSTEE
1086 STONE ARCHES DRIVE
HENDERSON, NV  89052

CYNTHIA G. DAVIS LIVING TRUST
C/O CYNTHIA G. DAVIS TRUSTEE
2465 TELLURIDE DR
RENO, NV  89511

DAVIS INVESTMENTS
3100 ASHBY AVENUE
LAS VEGAS, NV  89102

```
ERIKA DAVIS
6201 E LAKE MEAD BLVD C111
LAS VEGAS, NV  89156

JOSEPH DAVIS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3100 ASHBY AVENUE
LAS VEGAS, NV  89102

PAT DAVIS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
104 VAN BUREN COURT
COLLEYVILLE, TX  76034

SUSAN DAVIS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
104 VAN BUREN COURT
COLLEYVILLE, TX  76034

FREDERICK J. DAVIS
14111 52ND AVE. NW
STANWOOD, WA  98292

DAVIS REVOCABLE LIVING TRUST UA 7/06/88
C/O GLENN B. DAVIS & BERNIE S. DAVIS TRU
1110 N HENNESS RD # 1856
CASA GRANDE, AZ  85222

THE IVAN NORMAN AND BEVERLY ANNE DAVIS F
C/O IVAN N. DAVIS & BEVERLY ANNE DAVIS,
5524 GRAHAM COURT
ROCKLIN, CA  95677

DAVIS FAMILY TRUST
C/O JOSEPH DAVIS & MARION SHARP CO-TRUST
3100 ASHBY AVENUE
LAS VEGAS, NV  89102

MARRICE L. DAVIS AND NANCI E. DAVIS
P O BOX 7290
TAHOE CITY, CA  96145

DAVIS FAMILY 2000 TRUST
C/O MARTIN A. DAVIS & VIRGINIA LEE DAVIS
3900 GALT OCEAN DRIVE
PLAYA DEL MAR 1701
FORT LAUDERDALE, FL  33308

NANCY R. DAVIS DEFINED BENEFIT PLAN
C/O NANCY R. DAVIS TRUSTEE
12261 PROSSER DAM ROAD
TRUCKEE, CA  96161

PATRICK DAVIS & SUSAN DAVIS
104 VAN BUREN COURT
COLLEYVILLE, TX  76034
```

```
S & P DAVIS LIMITED PARTNERSHIP
104 VAN BUREN COURT
COLLEYVILLE, TX  76034

TODD DAVIS
322 W 57TH ST APT 12R
NEW YORK, NY  10019

PETER DE LUCA
2316 HERMOSITA DR.
GLENDALE, CA  91208

DE RUFF 1988 TRUST DATED 4/25/88
C/O ROBERT L. DE RUFF TRUSTEE
8175 S VIRGINIA ST #850  PMB 221
RENO, NV  89511

MARIA Y. DE SILVA AND ILIANA SILVA-RUDBE
4212 HIGHVIEW DR.
SAN MATEO, CA  94403

PATRICIA B. DE SOTA
2381 JUNIPER RD
GARDNERVILLE, NV  89410

MARY ANN DEAL
1813 N CALIFORNIA ST
BURBANK, CA  91505

BRADEN G. DEAN
71 SILVERADO RANCH
LAS VEGAS, NV  89125

EVIE DEAN 2000 TRUST DATED 12/12/00
C/O EVIE DEAN TRUSTEE
29 PHEASANT RIDGE DR
HENDERSON, NV  89014

DEAN FAMILY TRUST DATED 12/26/84
C/O RICHMOND DEAN II & JEAN DEAN TRUSTEE
8730 PETITE CREEK DR
ORANGEVALE, CA  95662

TRACY A. DEBERRY
1616 SCOTT PLACE
ENCINITAS, CA  92024

DEBOLT LIVING TRUST DATED 7/30/01
C/O EDWARD S. DEBOLT & SHARRON DEBOLT TR
5650 FOREST CIRCLE
RENO, NV  89511

ANGELA JANE DEGLANDON
2442 NW MARKET ST #703
SEATTLE, WA  98107
```

```
JAMES N. DEGLANDON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 958
NORTH SAN JUAN, CA  95960

JAMES N. DEGLANDON & MAUREEN DETOY
P O BOX 958
NORTH SAN JUAN, CA  95960

LOUIS DEGRAVINA
1138 WEST SEA FOG DRIVE
GILBERT, AZ  85233

RENA DEHART IRA
C/O FIRST SAVINGS BANK CUSTODIAN
NULL
NULL
NULL, NULL  0

DEHART/HOOKS, LP
2737 BILLY CASPER DR
LAS VEGAS, NV  89134

A. ROBERT DE HART TRUST C DATED 1/21/93
C/O RENA F. DE HART TRUSTEE
2737 BILLY CASPER DRIVE
LAS VEGAS, NV  89134

MONICA J. DELLA
6061 BANKSIDE WAY
RENO, NV  89523

1996 SCAFIDI CHILDRENS TRUST DATED 6/27/
C/O KATHLEEN F. DELLARUSSO TRUSTEE
2897 RIO VISTA DRIVE
MINDEN, NV  89423

ROSS DELLER, SR.
1469 HARMONY HILL DRIVE
HENDERSON, NV  89014

GARY DEMAINE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
12602 JAMES CIRCLE
BROOMFIELD, CO  80020

M. GLENN DENNISON & SUSAN M. DENNISON
3345 MERIDIAN LANE
RENO, NV  89509

BILLY D. DENNY AND DONNA R. DENNY 2000 R
C/O BILLY D. DENNY AND DONNA R. DENNY, T
8209 SUNBONNET DR.
FAIR OAKS, CA  95628

THE DENNY 1983 MARITAL TRUST DATED 2/14/
C/O DONNA LOU  DENNY TRUSTEE
```

```
4350 SLEEPY HOLLOW DR
RENO, NV  89502

GARY DEPPE
5961 CROSS RD
SEGUIN, TX  78155

GARY DEPPE, IRA
C/O PENSCO TRUST COMPANY CUSTODIAN
5961 CROSS RD
SEGUIN, TX  78155

DAVID E. DERBY & PATRICIA J. DERBY
6223 BUFFALO RUN
LITTLETON, CO  80125

DERBY INVESTORS, LLC
6223 BUFFALO RUN
LITTLETON, CO  80125

GDSS INVESTORS LLC
6223 BUFFALO RUN
LITTLETON, CO  80125

TGBA PROPERTIES
6223 BUFFALO RUN
LITTLETON, CO  80125

ANN R. DERY AND JAMES D. DERY
P O BOX 775107
STEAM BOAT SPRINGS, CO  80477

JAMES D. DERY & ANN R. DERY
PO BOX 775107
STEAM BOAT SPRINGS, CO  80477

ANTHONY W. DESIO AND DELORES J. DESIO FO
5880 CHAMBREY CIRCLE
RENO, NV  89511

JOSEPH H. DEUERLING IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2602 W LAKERIDGE SHORES
RENO, NV  89509

NORMA M. DEULL
140 RIVERSIDE DR APT 8A
NEW YORK, NY  10024

DWAYNE H. DEUTSCHER AND MICHELLE T. DEUT
5430 FENTON WAY
GRANITE BAY, CA  95746

PATRICIA DEVERELL
9124 EAGLE RIDGE DR
LAS VEGAS, NV  89134
```

NEVADA FREEDOM CORP. PSP DATED 10/1/90 A
C/O DUANE U. DEVERILL TRUSTEE
774 MAYS BLVD #10 PMB 186
INCLINE VILLAGE, NV  89451

NEVADA FREEDOM CORP. PSP DATED 10/1/90 A
C/O DUANE U. DEVERILL TRUSTEE
774 MAYS BLVD #10 PMB 186
INCLINE VILLAGE, NV  89451

THE DUANE U. DEVERILL FAMILY TRUST DATED
C/O DUANE U. DEVERILL TRUSTEE,
774 MAYS BLVD #10 PMB 186
INCLINE VILLAGE, NV  89451

CYNTHIA DEVITO
1040 N LAKE SHORE DR UNIT #17B
CHICAGO, IL  60611

DENNIS A. DEVITO
17071 W DIXIE HWY
MIAMI, FL  33160

RICHARD HARRISON DEVOE
2708 OAK ROAD #42
WALNUT CREEK, CA  94597

DEWHURST FAMILY TRUST DATED 6/15/81
C/O MARY JANE DEWHURST TRUSTEE
PO BOX 6836
INCLINE VILLAGE, NV  89450

GEORGE A. DI GIOIA IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1843 BOUGAINVILLEA DR.
MINDEN, NV  89423

RICHARD E. DI JORIO
856 NONIE ST
SANTA ROSA, CA  95403

THOMAS DI JORIO & ANTONETTE DI JORIO
4220 EAST MAYA WAY
CAVE CREEK, AZ  85331

THOMAS DI JORIO
4220 EAST MAYA WAY
CAVE CREEK, AZ  85331

DI MEO FAMILY TRUST DATED 8/15/00
C/O ANTHONY DI MEO & SHANNON SMITH DI ME
4924 SAN SEBASTIAN
LAS VEGAS, NV  89121

ANNE F. DI SALVO
15520 FAWN LN
RENO, NV  89511

```
I. ANTHONY DI SILVESTRO 1991 TRUST DATED
C/O I. ANTHONY DI SILVESTRO TRUSTEE
344 ABIES ROAD
RENO, NV  89511

HELMS GRANDCHILDREN EDUCATIONAL TRUST FO
C/O TAMARA DIAS TRUSTEE
1316 SONIA COURT
VISTA, CA  92084

SEPARATE PROPERTY TRUST OF TAMARA DIAS D
C/O TAMARA DIAS TRUSTEE
1316 SONIA COURT
VISTA, CA  92084

MIGUEL DIAZ & CYNTHIA  DIAZ
1350 ATHENS POINT AVENUE
LAS VEGAS, NV  89123

LOUISE G. SHERK, MD, A MEDICAL CORPORATI
C/O ROBERT DIBIAS & LOUISE G. SHERK TRUS
3830 OCEAN BIRCH DRIVE
CORONA DEL MAR, CA  92625

CHRISTOPHER DICKINSON & PATRICIA DICKINS
2845 KLINGER CIRCLE # 1
LAS VEGAS, NV  89121

JANICE A. MAGRISI & PHILLIP W. DICKINSON
3725 DORRINGTON DRIVE
LAS VEGAS, NV  89129

PHILLIP W. DICKINSON LP
3725 DORRINGTON DRIVE
LAS VEGAS, NV  89129

REBECCA A. DICKSON FAMILY TRUST DATED 7/
C/O REBECCA A. DICKSON, TRUSTEE
1030 CAUGHLIN CROSSING
RENO, NV  89509

ROBERT T. DIETZ FAMILY TRUST OF 1997
C/O ROBERT T. DIETZ TRUSTEE
PO BOX 612599
SOUTH LAKE TAHOE, CA  96152

LORI DIETZMAN AND WILLIAM DIETZMAN
10374 SUMMER HOLLY CIRCLE
LOS ANGELES, CA  90077

PETER M. DIGRAZIA DMD LTD PSP
1625 LAKESIDE DR
RENO, NV  89509

JEFF P. DILLENBURG AND KAREN A. DILLENBU
OS135 FORBES DR
```

GENEVA, IL  60134

ERIC C. DISBROW MD INC. PROFIT SHARING P
C/O ERIC C. DISBROW TRUSTEE
3640 FAIRWAY DRIVE
CAMERON PARK, CA  95682

MARION B. DITTMAN
P O BOX 15187
KANSAS CITY, MO  64106

MARGARET PATTERSON LIVING TRUST DATED 11
C/O HEIDI R. DIXON, TRUSTEE
210 N MALL DR UNIT 78
ST GEORGE, UT  84790

RONALD O. DIXON & HEIDI R. DIXON
210 N. MALL DRIVE UNIT 78
ST. GEORGE, UT  84790

HELMUT R. DOBECK & ELOISE A. DOBECK
2411 SUNGOLD DRIVE
LAS VEGAS, NV  89134

LEAH K. DOBYNE IRA
C/O FIRST TRUST CO. ONAGA CUSTODIAN
3416 CANTURA BLUFF AVE
NORTH LAS VEGAS, NV  89031

DOBYNE LIVING TRUST
C/O ROBERT S. DOBYNE & LEAH K. DOBYNE TR
3416 CANTURA BLUFF AVE.
NORTH LAS VEGAS, NV  89031

DOERR FAMILY TRUST DATED 9/12/02
C/O LINDA PATRUCCO DOERR TRUSTEE
690 W. RIVERVIEW CIRCLE
RENO, NV  89509

FRANZ J. DOERR SHELTER TRUST DOERR FAMIL
C/O LINDA PATRUCCO DOERR, TRUSTEE
690 W RIVERVIEW CR.
RENO, NV  89509

SHIRLEY DOERR
5200 SUMMIT RIDGE DR  APT # 511
RENO, NV  89523

ELIZABETH P. DOKKEN TRUST DATED 1/27/93
C/O ELIZABETH P. DOKKEN-BAXTER TRUSTEE
386 MARSH ROAD
CARSON CITY, NV  89701

PAT A DOLCE & LORA DEAN DOLCE
4410 W JEFFERSON BLVD
LOS ANGELES, CA  90016

PAULINE DOLCE TRUST DTD MAY 9, 1996
C/O PAT DOLCE & FRANK DOLCE CO-TRUSTEES
4410 W JEFFERSON BLVD
LOS ANGELES, CA  90016

MARK A. DOLGINOFF SEPARATE PROPERTY TRUS
C/O MARK A. DOLGINOFF TRUSTEE
2003 SILVERTON DRIVE
HENDERSON, NV  89074

THE DOLLAR FAMILY TRUST  DATED 3/16/01
C/O ROBERT DOLLAR & BARBARA DOLLAR TRUST
8 TETHER MOON LANE
LADERA RANCH, CA  92694

RAUL A. DOMIGUEZ
P O BOX 1531
LOVELOCK, NV  89419

GLENN & CARRIE DONAHUE LIVING TRUST DATE
C/O GLENN M. DONAHUE AND CARRIE DONAHUE,
39 BRIDGEPORT RD
NEWPORT BEACH, CA  92657

MICHAEL DONAHUE
1795 NEWHALL AVENUE
CAMBRIA, CA  93428

ARTHUR T. DONALDSON
P O BOX 307
JANESVILLE, WI  53547

ALAN G. & PATTY J. DONDERO 1992 REVOCABL
C/O ALAN G. DONDERO & PATTY J. DONDERO T
2301 ALCOVA RIDGE DR.
LAS VEGAS, NV  89135

DONNOLO FAMILY TRUST DATED 8/24/88
C/O JOSEPH DONNOLO & LORETTA DONNOLO TRU
3120 HIGHLAND FALLS DRIVE
LAS VEGAS, NV  89134

MARK DANIEL DONNOLO
6413 HILLSIDE BROOK AVE
LAS VEGAS, NV  89130

MIEKO DONOVAN & RICHARD DONOVAN
3603 HERRING GULL LANE
NORTH LAS VEGAS, NV  89084

D. JOSEPH & LOUISE M. DOUCET 1989 TRUST
C/O D. JOSEPH DOUCET & LOUISE M. DOUCET
3301 SKYLINE BLVD
RENO, NV  89509

JOHN J. DOUGLASS
1951 QUAIL CREEK COURT

RENO, NV  89509

LAWRENCE G. DOULL II LIVING TRUST DATED
C/O LAWRENCE G. DOULL II & JANET K. DOUL
2766 WESTWIND ROAD
LAS VEGAS, NV  89146

DAVID B. DOUTT SR. AND JOHNINE M. DOUTT
1121 COLUMBIA STREET
HOUSTON, TX  77008

PANAGIOTIS DOVANIDIS AND AIKATERINI GIAN
14, MIKINON STREET
166 74 GLYFADA, ATHENS HELLAS  0

PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU
14 MIKINON STREET
16675 GLYFADA, ATHENS  0

WILLIAM A. DOWNEY
3637 LARCH AVE SUITE 3
SOUTH TAHOE, CA  96150

ERNEST W. DOWNING & EVA M. DOWNING
811 NE 157TH AVENUE
PORTLAND, OR  97230

DOYLE FAMILY TRUST DATED 9/23/1999
C/O PATRICK J. DOYLE AND JILL M. DOYLE T
10770 OSAGE RD
RENO, NV  89506

WILLIAM A. DRAGO & LORAINE A. DRAGO
645 SAGE BRUSH ST
PORTOLA, CA  96122

DRAPER FAMILY LLLP
C/O DOUGLAS W. DRAPER AND LEANN T. DRAPE
53 MOSS WAY
GOLDEN, CO  80401

DREIKOSEN REVOCABLE TRUST DATED 9/25/97
C/O PATRICK J. DREIKOSEN & MARION T. DRE
9321 QUEEN CHARLOTTE DRIVE
LAS VEGAS, NV  89145

DRISCOLL FAMILY TRUST AGREEMENT DATED MA
C/O DONALD M. DRISCOLL AND NIKKI M. DRIS
2928 AQUALINE COURT
LAS VEGAS, NV  89117

DANIEL T. DRUBIN & LAURA DRUBIN
1363 W STONY RUN PL
ORO VALLEY, AZ  85755

DANIEL T. DRUBIN IRA
C/O FIRST SAVINGS BANK CUSTODIAN

1363 W STONY RUN PL
ORO VALLEY, AZ  85755

DANIEL T. DRUBIN SEP IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1363 W STONY RUN PL
ORO VALLEY, AZ  85755

SUZANNE DUBARY
9 LEVAN HILLS TRAIL
HENDERSON, NV  89052

JOHN H. DUBERG
4455 VISTA CORONADO DRIVE
CHULA VISTA, CA  91910

DUBOFSKY & SON INC. PENSION PLAN AND TRU
C/O ROBERT DUBOFSKY, TRUSTEE
C/O  BWD GROUP
113 S SERVICE RD
JERICHO, NY  11753

RICHARD R. DUBOVICK & JOAN M. DUBOVICK T
C/O RICHARD R. DUBOVICK & JOAN M. DUBOVI
3670 CHAMA AVENUE
LAS VEGAS, NV  89121

DUESING 1994 TRUST
C/O DENNIS DUESING & CHERIE DUESING TRUS
P O BOX 2898
PAHRUMP, NV  89041

1989 DUESING FAMILY TRUST DATED 1/31/89
C/O STEVEN J. DUESING AND DEBORAH P. DUE
1701 GOLDEN OAK DRIVE
LAS VEGAS, NV  89117

DUFFY 1986 TRUST DATED 6/18/86
C/O JAMES J. DUFFY JR. TRUSTEE
4569 SOUTH SACKS DRIVE
LAS VEGAS, NV  89122

LYLE J. DUFFY TRUST DATED 4/12/99
C/O LYLE J. DUFFY TRUSTEE
5203 CLOUDCRAFT COURT
KATY, TX  77494

DUNBAR REVOCABLE LIVING TRUST DATED  11/
C/O DONALD C. DUNBAR AND WANDA DUNBAR TR
18124 WEDGE PKWY #153
RENO, NV  89511

DONALD C. DUNBAR IRA
C/O FIRST SAVINGS BANK CUSTODIAN
18124 WEDGE PKWY # 153
RENO, NV  89511

```
ALAN S. & CAROLYN A. DUNCAN DECLARATION
C/O ALAN S. DUNCAN & CAROLYN A. DUNCAN T
2316 GRANDVIEW AVE
MANHATTAN BEACH, CA  90266

DUNCAN FAMILY TRUST DATED 4/21/99
C/O DANNY R. DUNCAN & FUMIKO J. DUNCAN T
2716 WOODFLOWER AVE
HENDERSON, NV  89052

JOHN C. DUNKLEE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
700 FLANDERS ROAD
RENO, NV  89511

MARY E. DUNLOP 1992 TRUST DATED 7/29/03
C/O MARY E. DUNLOP TRUSTEE
419 SIERRA LEAF CIRCLE
RENO, NV  89511

ALLEN W. DUNN FAMILY TRUST
C/O ALLEN W. DUNN TRUSTEE
430 ANGELA PL
RENO, NV  89509

DUNN FAMILY DECEDENTS TRUST DATED 8/11/1
C/O ALLEN W. DUNN TRUSTEE
430 ANGELA PL
RENO, NV  89509

DONNA DUNN TRUST DATED 08/12/05
C/O DONNA DUNN TRUSTEE
17042 NORLENE WAY
GRASS VALLEY, CA  95949

CHARLES B. DUNN, IV TRUST DATED 8/12/05
C/O CHARLES B. DUNN, IV TRUSTEE
17042 NORLENE WAY
GRASS VALLEY, CA  95949

JACK M. DUNPHY
3898 CHASE GLEN CIRCLE
LAS VEGAS, NV  89121

CAROL SUE DUNTON
75414 RIVIERA
INDIAN WELLS, CA  92210

FORD S. DUNTON
1119 IRONWOOD PKWY
COEUR D'ALENE, ID  83814

WILLIAM DUPIN & PENNY DUPIN
545 COLE CIRCLE
INCLINE VILLAGE, NV  89451

SIERRA EYE ASSOCIATES PROFIT SHARING PLA
```

```
950 RYLAND ST
RENO, NV  89502

LESLIE E. DURHAM AND BRANDON A. DURHAM
9505 RUSTY NAIL DR.
RENO, NV  89521

ELLEN V. DUSTMAN AND OLIVER HENRY
440 CALHOUN STREET
PORT TOWNSAND, WA  98368

JOHN DUTKIN REVOCABLE LIVING TRUST DATED
C/O JOHN DUTKIN TRUSTEE
4635 ROSE DR
EMMAUS, PA  18049

C. DEANN DUTT TRUST
C/O CYNTHIA DEANN DUTT & WAYNE A. DUTT T
2929 HARBOR COVE DR
LAS VEGAS, NV  89128

WAYNE A. DUTT TRUST
C/O WAYNE A. DUTT & CYNTHIA DEANN DUTT T
2929 HARBOR COVE DR
LAS VEGAS, NV  89128

JACK L. DYSART
P.O. BOX 776149
STEAMBOAT SPRINGS, CO  80477

MARK L. EAMES & SANDRA K. EAMES
7849 S VALENTIA ST
ENGLEWOOD, CO  80112

EDWARD D. EARL AND MARCELINE EARL
121 W HIGHLAND DR
HENDERSON, NV  89015

EDWARD D. EARL
121 W HIGHLAND DR
HENDERSON, NV  89015

EDWARD D. EARL & MARCI MAXWELL
121 W HIGHLAND DR
HENDERSON, NV  89015

MARY H. EARP IRA
C/O FIRST SAVINGS BANK CUSTODIAN
700 POST OAK COURT
EL PASO, TX  79932

ROBERT D. EARP IRA
C/O FIRST SAVINGS BANK CUSTODIAN
609 NORTH LAUREL
EL PASO, TX  79903

MARY ANN EARP & MARY H. EARP
```

700 POST OAK COURT
EL PASO, TX  79932

MARY H. EARP
700 POST OAK COURT
EL PASO, TX  79932

ROBERT D. EARP
609 NORTH LAUREL
EL PASO, TX  79903

SCHWARTZ & EARP JOINT VENTURE
609 NORTH LAUREL
EL PASO, TX  79903

EASTLAND JOINT LIVING TRUST DATED 10/8/0
C/O THOMAS C. EASTLAND AND CHRISTIANA EA
172 BELLE AVE.
PLEASANT HILL, CA  94523

EASTLAND FAMILY JOINT LIVING TRUST DATED
C/O WILLIAM C. EASTLAND & CAROL A. EASTL
2100 MULBERRY LANE
PLACERVILLE, CA  95667

DAVID M. & ANN D. EASTMAN FAMILY LIVING
C/O DAVID M. EASTMAN & ANN D. EASTMAN TR
474 BEARDSLEY CIRCLE
HENDERSON, NV  89052

JUDITH EATON & DIXIE B. GROSS
1333 KEENE ROAD RTE 3
LADYSMITH, BC  0

MONICA C. EBAUGH
412 ELK CIRCLE
BASALT, CO  81621

RAYMOND J. EBERLIN & KAREN EBERLIN
P O BOX 6795
STATELINE, NV  89449

GALE EBERT
336 S SPALDING DR # 201
BEVERLY HILLS, CA  90212

ROBERT M. EBINGER
812 SOUTH 6TH STREET
LAS VEGAS, NV  89101

DAVID M. EBY AND PATRICIA D. EBY
3358 OLD HWY #191
ISLAND PARK, ID  83429

ROBERT ROY ECKER
RR 1 BOX 4482
KOOSKIA, ID  83539

```
TREVIN B. ECKERSLEY & CYNTHIA L. ECKERSL
14710 LIDO PARK CT
HUMBLE, TX  77396

KENNETH S. ECKSTEIN & JUDY A. ECKSTEIN
377 PREWETT DR
FOLSOM, CA  95630

AMERICAN PROFESSIONAL VALUATION, LLC
P O BOX 947
ZEPHYR COVE, NV  89413

AURORA INVESTMENTS LIMITED PARTNERSHIP
2710 HARBOR HILLS LANE
LAS VEGAS, NV  89117

DAVID M. & MARCY P. EDWARDS FAMILY TRUST
C/O DAVID M. EDWARDS AND MARCY P. EDWARD
9528 YUCCA BLOSSOM DRIVE
LAS VEGAS, NV  89134

JEFFREY L. EDWARDS & KATHLEEN M. EDWARDS
1525 CEDAR COURT
SOUTHLAKE, TX  76092

MARIE L. EHLERS
7265 SHADY LANE WAY
ROSEVILLE, CA  95747

JOHN D. EICHHORN & JILL A. EICHHORN
2259 GREEN MOUNTAIN COURT
LAS VEGAS, NV  89135

RUDI EICHLER
1912 DE OSMA ST
LAS VEGAS, NV  89102

DEBORAH F. EIFERT AND KIMBERLY M. KULASA
3889 EAGLE POINT DRIVE
BEAVERCREEK, OH  45430

KARL EISELE & MARGARET EISELE
1557 SUNNYSLOPE AVE.
BELMONT, CA  94002

ALLAN R. EISENBACH & JAYNE M. EISENBACH
2418 TOPSAIL CIRCLE
WESTLAKE VILLAGE, CA  91361

PIONEER ACCOUNTING & INVESTMENTS, LLC
C/O CHRISTIAN ELBERT MANAGER
10333 FAIRLAWN TRAIL
HIGHLANDS RANCH, CO  80130

DAVID F. ELDRIDGE AND ELFRIEDE R. FUJITA
P O BOX 946
```

CRYSTAL BAY, NV  89402

ELLIS L. ELGART REVOCABLE LIVING TRUST D
C/O ELLIS L. ELGART AND SIVIA V. ELGART,
4534 WHITE CEDAR LANE
DELRAY BEACH, FL  33445

ELLIS L. ELGART IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4534 WHITE CEDAR LANE
DELRAY BEACH, FL  33445

BENJAMIN F. ELIAS & SOPHIE ELIAS LIVING
C/O BENJAMIN F. ELIAS & SOPHIE ELIAS TRU
520 N MARTEL AVE
LOS ANGELES, CA  90036

ELIAS FAMILY TRUST DATED 5/19/04
C/O DONNA M. ELIAS SUCCESSOR TRUSTEE
900 WILBUR MAY PKWY #1401
RENO, NV  89521

JONATHAN M. ELLER & CAROL A. ELLER
P O BOX 1614
MAMMOTH LAKES, CA  93546

JONATHAN M. ELLER, INC.
P O BOX 1614
MAMMOTH LAKES, CA  93546

DOROTHY ELLIS
2700 OTTER CREEK CT #102
LAS VEGAS, NV  89117

SCOTT J. ELOWITZ & CYNTHIA ELOWITZ
200 DANIELS WAY STE 210
FREEHOLD, NJ  7728

SCOTT J. ELOWITZ
200 DANIELS WAY, STE 210
FREEHOLD, NJ  7728

EMERY LIVING TRUST DATED 6/04/91
C/O JOHN R. EMERY & SANDRA KIPP EMERY TR
PO BOX 155
21460 NATIONAL STREET
VOLCANO, CA  95689

PRINCE EMMANUEL
643 WOODSIDE SIERRA #2
SACRAMENTO, CA  95825

MARIA ENAMORADO
955 TEMPLE VIEW DRIVE
LAS VEGAS, NV  89110

RICHARD L. ENGLISH

6727 EAST SWARTHMORE DRIVE
ANAHEIM, CA  92807

DR. DAVID R. ENRICO & DR. BONNY K. ENRIC
2072 ALMYRA ROAD
SPARTA, TN  38583

FRANK E. ENSIGN
P O BOX 61770
BOULDER CITY, NV  89006

HAROLD EPSTEIN REVOCABLE LIVING TRUST DA
C/O HAROLD EPSTEIN TRUSTEE
40 W 3RD AVE APT 703
SAN MATEO, CA  94402

ERIC T. ERICKSON & DOLORES Y. ERICKSON
PO BOX 5130
RENO, NV  89513

RUTH A. ERRINGTON LIVING TRUST DATED 11/
C/O RUTH A. ERRINGTON TRUSTEE
1146 BUCKBRUSH RD
MINDEN, NV  89423

WILLIAM F. ERRINGTON
1335 SOUTH SANTA BARBARA
MINDEN, NV  89423

CASPAR H. ESCHER, JR.
1800 WHITEHALL LANE
ST. HELENA, CA  94574

ESPERANCE FAMILY TRUST DATED DECEMBER 9,
C/O ROBERT J. ESPERANCE & MARY A. ESPERA
904 DOLCE DRIVE
SPARKS, NV  89434

ESSAFF FAMILY TRUST DATED 6/18/02
C/O ROBERT ESSAFF & CINDY H. ESSAFF TRUS
2860 HEYBOURNE ROAD
MINDEN, NV  89423

UNA B. ESSAFF TRUST DATED 10/23/96
C/O UNA B. ESSAFF TRUSTEE
269 CASTENADA DRIVE
MILLBRAE, CA  94030

J. JARRELL ESTES & SARAH S. ESTES
3557 BROOKWOOD ROAD
BIRMINGHAM, AL  35223

MELINDA ESTEVEZ & RICHARD DAVID ESTEVEZ
8916 BALBOA BLVD
NORTHRIDGE, CA  91325

MELINDA ESTEVEZ & RICHARD DAVID ESTEVEZ

8916 BALBOA BLVD.
NORTHRIDGE, CA  91325

MELINDA ESTEVEZ & RICHARD DAVID ESTEVEZ
8916 BALBOA BLVD.
NORTHRIDGE, CA  91325

BEATRICE ETTERMAN
15496 LAKES OF DELRAY BLVD.#105
DELRAY BEACH, FL  33484

MARC SCOT ETTERMAN LIVING TRUST DATED 2/
C/O MARC SCOT ETTERMAN TRUSTEE
P O BOX 492546
LOS ANGELES, CA  90049

LAMBERTO EUGENIO IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3012 CRIB POINT DRIVE
LAS VEGAS, NV  89134

EVANGELHO FAMILY REVOCABLE TRUST DATED 1
C/O FRANK J. EVANGELHO & DIANA L EVANGEL
867 ORANGE AVE.
SAN CARLOS, CA  94070

RICHARD G. EVANS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
7143 VIA SOLANA
SAN JOSE, CA  95135

THE RICHARD G. EVANS AND DOROTHY D. EVAN
C/O RICHARD G. EVANS AND DOROTHY D. EVAN
7143 VIA SOLANA
SAN JOSE, CA  95135

RICHARD Z. EVANS
10409 SUMMERSHADE LANE
RENO, NV  89521

SAMUEL & BEVERLY EVANS LIVING TRUST
C/O SAMUEL EVANS & BEVERLY EVANS TRUSTEE
P O BOX 714
LOGANDALE, NV  89021

DANIEL L. EVERETT & SANDRA M. EVERETT
921 CRYSTAL COURT
FOSTER CITY, CA  94404

JOHN P. EVERETT
HEART CLINICS NORTHEAST
6002 N. MAYFAIR ST. 2ND FLOOR
SPOKANE, WA  99208

SAGRARIO T. EVERS LIVING TRUST DATED 5/1
C/O SAGRARIO T. EVERS TRUSTEE
9101 KINGS TOWN AVE

LAS VEGAS, NV  89145

JAMES F. EVES IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 6860
INCLINE VILLAGE, NV  89450

TRUST A 1983 LIVING TRUST AGREEMENT DATE
C/O CAROL C. EYRE & EDWARD E. EYRE, JR.
7456 BROTHERS LANE
WASHOE VALLEY, NV  89704

EDWARD E. EYRE, JR. 1998 TRUST DATED 12/
C/O EDWARD E. EYRE, JR. & CAROL C. EYRE
7456 BROTHERS LANE
WASHOE VALLEY, NV  89704

RONALD W. EZRA LIVING TRUST
C/O RONALD W. EZRA TRUSTEE
1944 GREY EAGLE STREET
HENDERSON, NV  89014

DENISE F. FAGER REVOCABLE TRUST UNDER AG
C/O DENISE F. FAGER TRUSTEE
5 SALVATORE
LADERA RANCH, CA  92694

IAN A. FALCONER
PO BOX 48447 BENTALL CENTER
VANCOUVER, BC  0

JANE FALKE LIVING TRUST DATED 10/16/01
C/O JANE FALKE, TRUSTEE
P O BOX 3774
INCLINE VILLAGE, NV  89450

BYRNE E. FALKE LIVING TRUST DATED 6/3/03
C/O BYRNE E. FALKE JR. TRUSTEE
P O BOX 5676
INCLINE VILLAGE, NV  89452

BYRNE FALKE LIVING TRUST
C/O BYRNE E. FALKE SR. TRUSTEE
P O BOX 3774
INCLINE VILLAGE, NV  89450

VILLAGE HARDWARE PENSION TRUST
C/O BYRNE E. FALKE SR. TRUSTEE
P O BOX 3774
INCLINE VILLAGE, NV  89450

FALKE FAMILY TRUST DTD 8/22/89
C/O BYRNE E. FALKE TRUSTEE
P O BOX 3774
INCLINE VILLAGE, NV  89450

FALKENBORG FAMILY LLC

```
727 THIRD AVE
CHULA VISTA, CA  91910

MARGUERITE FALKENBORG 2000 TRUST DATED 6
C/O MARGUERITE FALKENBORG TRUSTEE
727 THIRD AVE
CHULA VISTA, CA  91910

SIERRA WEST, INC.
P O BOX 8346
INCLINE VILLAGE, NV  89452

THOMAS F. FALLON
USAID/JORDAN  UNIT 70206
APO, AE  0

BRENDA FALVAI
252 PASEO DE JUAN
ANAHEIM, CA  92807

BRENDA FALVAI
252 PASEO DE JUAN
ANAHEIM, CA  92807

JOHN FANELLI & JODI FANELLI
47 BARRETT ROAD
GREENVILLE, NH  3048

JOHN J. & GINA A. FANELLI
27 LARCH ST.
FITCHBURG, MA  1420

MARK FANELLI
244 PROSPECT STREET
LEOMINSTER, MA  1453

JACK FARADJOLLAH & SHARON FARADJOLLAH
10851 FURLONG DRIVE
SANTA ANA, CA  92705

THOMAS JOHN FARANO
24 VAN KEUREN AVE
BOUND BROOK, NJ  8805

FARRAH FAMILY TRUST DATED 9/18/03
C/O JOSEPH A. FARRAH & EMILY T. FARRAH T
1410 MURCHISON DRIVE
MILLBRAE, CA  94030

JULIA FARRAH REVOCABLE LIVING TRUST DATE
C/O JULIA FARRAH TRUSTEE
788 ULLOA STREET
SAN FRANCISCO, CA  94127

THERESA M. FARRAH
1410 MURCHISON DRIVE
MILLBRAE, CA  94030
```

```
LUCILLE FARRLOW TRUST 2000
7821 SAILBOAT LANE
LAS VEGAS, NV  89145

FAVRO TRUST DATED 9/14/00
C/O WILLIAM H. FAVRO & CAROL M. FAVRO TR
8909 W ROCKY SHORE DRIVE
LAS VEGAS, NV  89117

PAUL FEDRIZZI & JANE E. FEDRIZZI
11005 S E 18TH STREET
VANCOUVER, WA  98664

PAUL FEDRIZZI
11005 SE 18TH STREET
VANCOUVER, WA  98664

E & M HARDWARE PROFIT SHARING PLAN
C/O JAMES FEENEY TRUSTEE
P O BOX 19122
RENO, NV  89511

RANDALL L. FELA & ROBERTA L. FELA
3661 E ELDERBERRY STREET
PAHRUMP, NV  89048

THE FELDMAN FAMILY TRUST DATED  01/01/93
C/O BENJAMIN J. FELDMAN & EVELYN FELDMAN
1 ST MARYS COURT
RANCHO MIRAGE, CA  92270

THE FELDMAN FAMILY REVOCABLE TRUST DATED
C/O ROBERT S. FELDMAN & JOAN FELDMAN, TR
10107 LAKEVIEW DRIVE
RANCHO MIRAGE, CA  92270

PATRICK F. FENLON AND ANGELA B. FENLON
121 W. HARMONT DRIVE
PHOENIX, AK  85021

FERGUSON LIVING TRUST DATED 6/28/00
C/O PATRICIA FERGUSON TRUSTEE
3985 LAKE PLACID DRIVE
RENO, NV  89511

ALLERGY CONSULTANTS MEDICAL GROUP, INC.
C/O DIONISIO FERNANDES, TRUSTEE
4001 OAK MANOR CT
HAYWARD, CA  94542

CHRISTOPHER J. FERNANDES AND DIONISIO A.
4001 OAK MANOR CT
HAYWARD, CA  94542

DIONISIO A. FERNANDES, MD AND FIOLA FERN
4001 OAK MANOR CT.
```

```
HAYWARD, CA  94542

JASON D. FERNANDES AND FIOLA FERNANDES
4001 OAK MANOR CT
HAYWARD, CA  94542

MELISSA A. FERNANDES AND DIONISIO FERNAN
4001 OAK MANOR CT
HAYWARD, CA  94542

FIOLA FERNANDES IRA
C/O STERLING TRUST COMPANY CUSTODIAN
4001 OAK MANOR CT.
HAYWARD, CA  94542

FERNANDEZ FAMILY TRUST DATED 6/20/84
C/O LARRY FERNANDEZ TRUSTEE
3312 PLAZA DEL PAZ
LAS VEGAS, NV  89102

GILDA FERRARA
36 PINE STREET
TRUMBULL, CT  6611

STANLEY FERRARO & FLORENCE FERRARO AND M
2300 AIRLANDS STREET
LAS VEGAS, NV  89134

R. DAVID FERRERA IRA
C/O FIRST SAVINGS BANK CUSTODIAN
621 MILLS ROAD
SACRAMENTO, CA  95864

R. DAVID FERRERA & EVELYN C. FERRERA
621 MILLS ROAD
SACRAMENTO, CA  95864

SACRAMENTO RESEARCH MEDICAL GROUP DEFINE
C/O R. DAVID FERRERA TRUSTEE
621 MILLS ROAD
SACRAMENTO, CA  95864

ADAM L. FETTERLY
P O BOX 5986
INCLINE VILLAGE, NV  89450

LYNN FETTERLY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 5986
INCLINE VILLAGE, NV  89451

FETTERLY FAMILY TRUST DATED 6/30/89
C/O LYNN L FETTERLY & MELODY A. FETTERLY
P O BOX 5986
INCLINE VILLAGE, NV  89450

R&D FILKIN TRUST DATED 9/26/90
```

```
C/O ROY FILKIN & DIANNA L. FILKIN TRUSTE
2340 WATT STREET
RENO, NV  89509


ARLENE J. FINE IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
P O BOX 487
OAKLEY, UT  84055


LEWIS H. FINE IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
P O BOX 487
OAKLEY, UT  84055


LEWIS H. FINE & ARLENE J. FINE
P O BOX 487
OAKLEY, UT  84055


MAURICE FINK TRUST
C/O MAURICE FINK TRUSTEE
3111 BEL AIR DR UNIT 15G
LAS VEGAS, NV  89109


RONALD G. FINKEL & KAREN B. FINKEL
32158 BEACHLAKE LANE
WESTLAKE VILLAGE, CA  91361


FINKEL FAMILY TRUST DTD 7/26/05
C/O RONALD G. FINKEL & KAREN FINKEL, TRU
32158 BEACHLAKE LANE
WESTLAKE VILLAGE, CA  91361


SHIRLEY J. FINLAY
24 CARRINGTON WAY
RENO, NV  89506


FINLAYSON 1991 FAMILY TRUST
C/O IAIN B. FINLAYSON TRUSTEE
7330 EDNA AVENUE
LAS VEGAS, NV  89117


2003 KARYN Y. FINLAYSON TRUST DATED 12/2
C/O KARYN Y. FINLAYSON TRUSTEE
9768 DERBYHILL CIRCLE
LAS VEGAS, NV  89117


BERNARD L. FINLEY AND JACKLYN FINLEY
3850 RIO RD UNIT #42
CARMEL, CA  93923


EVELYN FINNEGAN REVOCABLE TRUST DATED 6/
C/O EVELYN FINNEGAN TRUSTEE
5525 W 82ND STREET
BURBANK, IL  60459


FINNEGAN FAMILY TRUST
C/O JAMES E. FINNEGAN & NANCY FINNEGAN T
```

P. O. BOX 19131
RENO, NV  89511

FINNMAN FAMILY TRUST DATED 4/4/94
C/O ROBERT E. FINNMAN TRUSTEE
4538 SILVER BERRY COURT
JACKSONVILLE, FL  32224

RICHARD T. FIORY REVOCABLE TRUST DATED 0
C/O RICHARD T. FIORY TRUSTEE
55 NEW MONTGOMERY BLVD #805
SAN FRANCISCO, CA  94105

TOPFLIGHT SPECS PROFIT SHARING PLAN
C/O RICHARD T. FIORY TRUSTEE
55 NEW MONTGOMERY ST. #805
SAN FRANCISCO, CA  94105

THE FISCHER FAMILY TRUST DATED 6/9/95
C/O ALOYS FISCHER AND JOYCE FISCHER, TRU
P O BOX 579901
MODESTO, CA  95357

CAROL A. FISCHER TRUST DATED 8/5/05
C/O CAROL A. FISCHER TRUSTEE
6070 EAGLE MEADOWS CR
RENO, NV  89509

DAVID E. FISCHER
2857 PARADISE ROAD #1004
LAS VEGAS, NV  89109

G. J. FISCHER TRUST DATED 11/9/92
C/O GRANT J. FISCHER TRUSTEE
813 WILLIAMS PLACE
OJAI, CA  93023

JOHN L. FISHER
8340 DESERT WAY
RENO, NV  89521

THE M. EVELYN FISHER REVOCABLE TRUST DAT
C/O M. EVELYN FISHER, AND/OR SUCCESSOR(S
3406 S FELDSPAR AVE
TUCSON, AZ  85735

MICHAEL A. FISHER
P O BOX 308
CRYSTAL BAY, NV  89402

WM. PENN FISHER FAMILY REVOCABLE LIVING
C/O WM. PENN FISHER & MARY DAE FISHER TR
309 FRUITLAND AVENUE N.
BUHL, ID  83316

SHARON R. FITZGERALD
24 CARRINGTON WAY

RENO, NV  89506

WILLIAM B. FITZGERALD & SHARON R. FITZGE
24 CARRINGTON WAY
RENO, NV  89506

WILLIAM B. FITZGERALD
24 CARRINGTON WAY
RENO, NV  89506

EARLENE E FITZNER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
7456 W MULFORD STREET
NILES, IL  60714

DANIEL K. FIX & BARBARA J. FIX FAMILY TR
C/O DANIEL K. FIX & BARBARA J. FIX TRUST
113 PEBBLE BEACH DRIVE
TROPHY CLUB, TX  76262

GRAYDON L. FLADAGER AND CYNTHIA A. FLADA
2235 LONGWOOD DRIVE
RENO, NV  89509

GLADYS FLANDERS
P O BOX 8926
INCLINE VILLAGE, NV  89451

ANNE FLANNERY
723 HILLVIEW DR
ARLINGTON, TX  76011

ANNE FLANNERY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
723 HILLVIEW DRIVE
ARLINGTON, TX  76011

JOHN R. & KAREN M. FLEINER FAMILY TRUST
C/O JOHN R. FLEINER AND KAREN M. FLEINER
7825 LAS PLUMAS DR
SPARKS, NV  89436

MARY ELIZABETH FLEMING
HC 79 BOX 1033
CROWLEY LAKE, CA  93546

WILLIAM E. FLETCHER AND PATRICIA C. FLET
6020 W HIDDEN VALLEY DR
RENO, NV  89502

CAROL FLIER
20155 PORTO VITA WAY 1803
AVENTURA, FL  33180

FLIER FAMILY TRUST DATED 1/21/98
C/O DENNIS FLIER & CAROL FLIER TRUSTEES
20155 NE 38TH CT APT #1803

AVENTURA, FL  33180

DENNIS FLIER, INC. DEFINED BENEFIT TRUST
C/O DENNIS FLIER TRUSTEE
20155 PORTO VITA WAY 1803
AVENTURA, FL  33180

DENNIS FLIER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
20155 PORTO VITA WAY 1803
AVENTURA, FL  33180

NICOLE DANA FLIER
21574 ST ANDREWS GRAND CIRCLE
BOCA RATON, FL  33486

FLOOD FAMILY TRUST DATED 12/24/85
C/O DONALD T. FLOOD & BETTY R. FLOOD TRU
3312 S MCCARRAN BLVD. STE 276
RENO, NV  89502

TAD FOLENDORF
P O BOX 1
ANGELS CAMP, CA  95222

TIMOTHY FOLENDORF TRUST DATED 3/21/00
C/O TIMOTHY FOLENDORF, TRUSTEE
P O BOX 2
ANGELS CAMP, CA  95222

SARAH A FOLEY & BERNADETTE FOLEY
27 E HATTENDORF AVE # 217
ROSELLE, IL  60172

STEFFI FONTANA
16400 SAYBROOK LANE # 111
HUNTINGTON BEACH, NV  92649

STEVEN ANTHONY FONTANA TRUST, DTD 6/28/0
C/O STEVEN ANTHONY FONTANA, TRUSTEE
262 VIOLET NOTE STREET
HENDERSON, NV  89074

ALLEN K. FORBES
335 BRANDE WAY
CARSON CITY, NV  89704

FORBES REVOCABLE TRUST DATED 9/18/03
C/O DONALD H. FORBES & RAQUEL R. FORBES
2199 TIGER WILLOW DRIVE
HENDERSON, NV  89012

TOMIE S. FORD
335 DESERT MEADOW CT.
RENO, NV  89502

MICHELLE REVOCABLE TRUST DATED 05/03/02

```
C/O DIANA FORDE, TTEE
4956 RIDGE DRIVE #83
LAS VEGAS, NV  89103

THE EDWIN AND DIANNE FOREMAN TRUST
C/O EDWIN L. FOREMAN AND DIANNE E. FOREM
10109 SHENANDOAH DRIVE
SANTEE, CA  92071

JAMES W. FORSYTHE & EARLENE M. FORSYTHE
2660 LAKE RIDGE SHORES WEST
RENO, NV  89509

FORT LIVING TRUST, DATED 5/17/04
C/O ROBERT T. FORT AND JULIE A. FORT, TR
7931 E CORONADO RD
SCOTTSDALE, AZ  85257

JANICE FORTUNE LIVING TRUST DATED 10/8/9
C/O JANICE FORTUNE TRUSTEE
6460 MONTREUX LANE
RENO, NV  89511

DAVID FOSSATI
P O BOX 1435
LONGVIEW, WA  98632

KEVIN & ALLISON FOSTER FAMILY TRUST DATE
C/O KEVIN L. FOSTER & ALLISON J. FOSTER
1354 HOWARD ROAD
MARION, IL  62959

JUDITH L. FOUNTAIN IRREVOCABLE TRUST DAT
C/O JUDITH L. FOUNTAIN TRUSTEE
9808 BRIDGEVIEW DR.
RENO, NV  89521

CHARLES & ENID FOX LIVING TRUST DATED 8/
C/O CHARLES FOX & ENID FOX TRUSTEES
2163 THREE WOOD LN
RENO, NV  89523

DAVID FOXCROFT IRA
C/O FIRST SAVINGS BANK CUSTODIAN
25 KILLISTON CT
RENO, NV  89511

FOXCROFT LIVING TRUST DATED 1/10/02
C/O FRED J. FOXCROFT & ROBERTA FOXCROFT
BOX 362
CARNELIAN BAY, CA  96140

JOHN V. FRAGOLA
P.O. BOX 10172
ZEPHYR COVE, NV  89448

BETTY A. FRALEY
```

```
3175 SOLAR BLVD 18
BILLINGS, MT  59102

FRALEY LIMITED PARTNERSHIP
9030 W SAHARA AVE #240
LAS VEGAS, NV  89117

RICHARD LEON FRANCE
46 NELSON COURT
DALY CITY, CA  94015

FRANCIS FAMILY TRUST DTD 11/10/98
C/O BRUCE FRANCIS AND TAMARA FRANCIS, TR
2360 E MALLORY CIRCLE
MESA, AZ  85213

SEYMOUR FRANK
5000 BOARDWALK APT 1404
VENTNOR, NJ  8406

STEPHEN FRANKEL & KAREN FRANKEL
129 ARTHUR STREET
GARDEN CITY, NY  11530

THE LEVY FAMILY TRUST DATED 5/5/94
C/O MIRIAM FRANKLIN TRUSTEE
2550 DANA STREET   APT 8D
BERKELEY, CA  94704

FRASER REVOCABLE INTER VIVOS TRUST DATED
C/O EDWARD C. FRASER & MARJORIE E. FRASE
14220 SORREL LANE
RENO, NV  89511

EDWARD C. FRASER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
14220 SORREL LANE
RENO, NV  89511

FRASER ATWATER PROPERTIES, LLC
14220 SORREL LANE
RENO, NV  89511

WILLIAM B. FRASER AND JUDY A. GARRETT
1250 E. AVE J-2
LANCASTER, CA  93535

FREDERICKSON TRUST DATED  10/02/03
C/O JOHN R. FREDERICKSON AND MICHELE L.
P O BOX 26
JUNE LAKE, CA  93529

ERIC B. FREEDUS AND LINDA P. FREEDUS
5008 NIGHTHAWK WAY
OCEANSIDE, CA  92056

MICHAEL S. FREEDUS & HELEN C. FREEDUS
```

2535 LAKE ROAD
DELANSON, NY  12053

MICHAEL S. FREEDUS, DDS, PC DEFINED BENE
2535 LAKE ROAD
DELANSON, NY  12053

LILLIAN M. FREEMAN TRUST DATED 5/31/85
C/O GREGORY L. FREEMAN TRUSTEE
32 CROSS RIDGE STREET
LAS VEGAS, NV  89135

GREGORY L. FREEMAN
32 CROSS RIDGE STREET
LAS VEGAS, NV  89135

GAIL A. FREITAS REVOCABLE TRUST DATED 6/
C/O GAIL A. FREITAS TRUSTEE
4572 TELEPHONE RD # 912
VENTURA, CA  93003

MARY BETTY FRENCH
4206 FLAMINGO CREST DRIVE
LAS VEGAS, NV  89121

THE FREY FAMILY TRUST
C/O DONALD FREY & BARBARA FREY TRUSTEES
926 W 3450 S
HURRICANE, UT  84737

LLOYD FREY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
16 MEREDITH DRIVE
NASHUA, NH  3063

1995 MARKUS FRIEDLIN AND ANTOINETTE FRIE
C/O MARKUS FRIEDLIN AND ANTOINETTE FRIED
52 MIDDLEFIELD RD.
ATHERTON, CA  94027

ALAN B. FRIEDMAN
P O BOX 1713
BODEGA BAY, CA  94923

THE FRIEDMUTTER FAMILY TRUST
C/O BRAD H. FRIEDMUTTER TRUSTEE
4022 DEAN MARTIN DR
LAS VEGAS, NV  89103

HARRY G. FRITZ & BEVERLY C. FRITZ FAMILY
C/O BEVERLY C. FRITZ TRUSTEE
3242 BROOKFIELD DRIVE
LAS VEGAS, NV  89120

HARRY G. FRITZ & MARGERET A. FRITZ
29 BUCKINGHAM WAY
RANCHO MIRAGE, CA  92270

THE FRUSCIONE FAMILY TRUST DATED11/21/20
C/O ANTHONY FRUSCIONE AND LYDA FRUSCIONE
2385 AUDUBON WAY
RENO, NV  89509

DIANE M. FRUTH REVOCABLE LIVING TRUST DA
C/O DIANE M. FRUTH, TRUSTEE
3363 ROLAN COURT
LAS VEGAS, NV  89121

STEPHEN J. FUCHS
117 29TH AVE N
ST. CLOUD, MN  56303

DAVID R. FULLER & MONICA D. FULLER TRUST
C/O DAVID R. FULLER & MONICA FULLER TRUS
955 MULLEN
LAS VEGAS, NV  89124

ROBERT G. FULLER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
5172 ENGLISH DAISY WAY
LAS VEGAS, NV  89142

RGF REVOCABLE TRUST
C/O ROBERT G. FULLER TRUSTEE
5172 ENGLISH DAISY WAY
LAS VEGAS, NV  89142

FULLER FAMILY TRUST DATED 5/29/97
C/O THEODORE J. FULLER AND JOAN L. FULLE
C/O ASHLEY QUINN CPA'S
P O BOX 7800
INCLINE VILLAGE, NV  89452

FULLER FAMILY FOUNDATION
C/O THEODORE J. FULLER, PRESIDENT
P. O. BOX 7800
INCLINE VILLAGE, NV  89452

SMA LLC FUND
4484 S. PECOS ROAD
LAS VEGAS, NV  89121

GLENN W. GABOURY AND SHARON M. GABOURY
1751 S.W. 18TH STREET
PENDLETON, OR  97801

DAVID E. GACKENBACH IRA
C/O CALIFORNIA NATIONAL BANK, CUSTODIAN
12240 N 128TH PLACE
SCOTTSDALE, AZ  85259

SUSAN F. GACKENBACH IRA
C/O CALIFORNIA NATIONAL BANK, CUSTODIAN
P O BOX 5339

SANTA BARBARA, CA  93150

DAVID E. GACKENBACH REVOCABLE TRUST DATE
C/O DAVID E. GACKENBACH, TRUSTEE
12240 N 128TH PLACE
SCOTTSDALE, AZ  85259

SUSAN F. STEIN TRUST DATED 2/12/00
C/O SUSAN F. GACKENBACH, TRUSTEE
P O BOX 5339
SANTA BARBARA, CA  93150

PETER T. GACS & UTE D. GACS
P O BOX 6268
INCLINE VILLAGE, NV  89450

GEORGE GAGE TRUST DATED 10/8/99
C/O GEORGE J. GAGE & MIRIAM B. GAGE CO-T
10813 BRINKWOOD AVE
LAS VEGAS, NV  89134

GEORGE J. GAGE TRUST DATED 10/8/99
C/O GEORGE J. GAGE & MIRIAM B. GAGE CO-T
10813 BRINKWOOD AVENUE
LAS VEGAS, NV  89134

DAKOTA TRUST DATED 9/16/96
C/O JERRY L. GAGE & DARLENE C. GAGE TRUS
185 GYMKHANA LN
RENO, NV  89506

NORSCOT FINANCIAL CORP.
185 GYMKHANA LN
RENO, NV  89506

JEANNINE M. GAHRING REVOCABLE TRUST  DAT
C/O JEANNINE M. GAHRING TRUSTEE
17282 CANDLEBERRY
IRVINE, CA  92612

MAXINE GAINES REVOCABLE TRUST DATED 07/1
C/O MAXINE GAINES TRUSTEE
511 W BLACKHAWK DR # 5
PHOENIX, AZ  85027

BRIAN K. GALLAGHER & MARIATERESA GALLAGH
2761 SHAUNA DRIVE
GOLDEN VALLEY, AZ  86413

ELLYSON J. GALLOWAY
2053 COLUMBUS WAY
VISTA, CA  92081

EDWARD GALVIN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3970 SADDLEWOOD COURT
LAS VEGAS, NV  89121

BARRY GAMBARANA
2761 CARNATION LANE
HENDERSON, NV  89104

THE GAMBELLO TRUST
C/O ANTHONY V. GAMBELLO & ELIZABETH GAMB
2220 HOT OAK RIDGE ST
LAS VEGAS, NV  89134

MARY GAMBOSH IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
14669 PENMORE LANE
CHARLOTTE, NC  28269

MARY F. GAMBOSH
14669 PENMORE LANE
CHARLOTTE, NC  28269

NILA GANAHL SEP IRA
C/O FIRST SAVINGS BANK CUSTODIAN
522 S SAN VICENTE LN
ANAHEIM, CA  92807

DONALD A. GANDOLFO & MARGARET D. GANDOLF
1724 ARROW WOOD DRIVE
RENO, NV  89521

PAUL L. GARCELL & PAMELA HERTZ REVOCABLE
C/O PAUL L. GARCELL TRUSTEE
2013 GROUSE STREET
LAS VEGAS, NV  89134

WHAT'S ON LP
4425 DEAN MARTIN DR
LAS VEGAS, NV  89103

RONALD G. GARDNER TRUST
C/O RONALD G. GARDNER TRUSTEE
430 BAVARIAN DRIVE
CARSON CITY, NV  89705

WILLIAM D. GARDNER AND PATRICIA A. GARDN
42760 GLASS DRIVE
BERMUDA DUNES, CA  92203

CATHERINE GARLAND
318 MCSKIMMING ROAD
ASPEN, CO  81611

FREDERICK D. GARTH AND BLAIR F. GARTH
7166 SHARP REEF RD
PENSACOLA, FL  32507

THORNTON GARTH AND SHARON R. GARTH
P O BOX 424
LILLIAN, AL  36549

```
KEELEY N. GASPARRO AND NICOLAS S. GASPAR
8919 CHALLIS HILL LANE
CHARLOTTE, NC  28226

WALTER L. GASPER, JR.
2140 BUSH ST. #1A
SAN FRANCISCO, CA  94115

APG TRUST DATED 7/5/00
C/O ALEX G. GASSIOT TRUSTEE
3710 CLOVER WAY
RENO, NV  89509

JOAN B. GASSIOT IRA
C/O AMERICAN PENSION SERVICES, INC. CUST
11027 SOUTH STATE
SANDY, UT  84070

JOAN B. GASSIOT 1987 TRUST DATED 8/7/87
C/O JOAN B. GASSIOT TRUSTEE
4050 BITTER CREEK CT.
RENO, NV  89509

GATES FAMILY TRUST DATED 6/16/00
C/O ELWYN G. GATES & MILDRED ANN GATES T
387 1/2 OCEAN VIEW AVE
ENCINITAS, CA  92024

JAMES GAY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3933 OCEAN DRIVE
OXNARD, CA  93035

JOHN W. & BARBARA S. GAY TRUST DATED 10/
C/O JOHN W. GAY & BARBARA S. GAY, TRUSTE
P O BOX 974 54 HOFF RD
KENWOOD, CA  95452

EDMUND G. GAYLORD AND BETTY BOESE
4202 HARBOR BLVD
PORT CHARLOTTE, FL  33952

NOGAH GAYNOR, LAURIE MERLIS & STEVEN ELS
110 SCOTER LANE
HICKSVILLE, NY  11801

EVA M. GEHLE ROTH IRA
C/O FIRST SAVINGS BANK CUSTODIAN
9123 GARDEN VIEW DRIVE
LAS VEGAS, NV  89134

ROBERT GEIGER & RUTH GEIGER
1352 MT HOOD STREET
LAS VEGAS, NV  89110

CHRISTIAN GEISSER & HILDEGARD GEISSER
```

```
6307 RHEA AVENUE
TARZANA, CA  91335

GEORGES 1987 TRUST DATED 12/23/87
C/O LEONARD J. GEORGES & JEAN GEORGES CO
701 RANCHO CIRCLE
LAS VEGAS, NV  89107

AYLENE GERINGER AND MARK ZIPKIN
4321 CHERRY HILLS LANE
TARZANA, CA  91356

STANLEY C. GERMAIN & DOROTHY GERMAIN
P O BOX 307
MONTROSE, CA  91021

CAROLINE GERWIN FAMILY TRUST DATED 11/2/
C/O CAROLINE M. GERWIN TRUSTEE
1520 SKY VALLEY DR #207
RENO, NV  89523

GGEM FAMILY TRUST DATED 1/23/03
C/O PAUL GGEM & EVE SYLVIE GGEM TRUSTEES
17950 LAZY DOG RD
NEVADA CITY, CA  95959

WILLIAM L. GHIDOSSI
197 RIVERSIDE AVE
PORTOLA, CA  91622

ROGER L. GHORMLEY & FRANCES L. GHORMLEY
2770 HARBOR HILLS LANE
LAS VEGAS, NV  89117

RICARDO & ROSE GIANNETTI TRUST
C/O RICARDO GIANNETTI & ROSE GIANNETTI T
5295 VIA ANDALUSIA
YORBA LINDA, CA  92886

TODD & E. JUNE SMITH FAMILY TRUST
C/O E. JUNE SMITH TRUSTEE
2796 MISTY VIEW WAY
SIERRA VISTA, AZ  85650

JUNE GIBSON
2796 MISTY VIEW WAY
SIERRA VISTA, AZ  85650

L. DEAN GIBSON REVOCABLE TRUST OF 2003
C/O L. DEAN GIBSON TRUSTEE
2796 MISTY VIEW WAY
SIERRA VISTA, AZ  85650

ELMER EUGENE GILBERT, JR.
81590 CHENEL ROAD
FOLSOM, LA  70437
```

```
LAUREN J. GILBERT & ERIN M. GILBERT
C/O MICHELE GILBERT CUSTODIAN
3331 S. PARK STREET
LAS VEGAS, NV  89117

LAUREN J. GILBERT
C/O MICHELE GILBERT CUSTODIAN
3331 S. PARK STREET
LAS VEGAS, NV  89117

HENRY HERR GILL & MARY JANE GILL
1904 SCENIC SUNRISE DRIVE
LAS VEGAS, NV  89117

JAMES D. GILLMORE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
17502 N RAINBOW BLVD
SURPRISE, AZ  85734

JAMES D. GILLMORE & LYNN M. GILLMORE LIV
C/O JAMES D. GILLMORE & LYNN M. GILLMORE
17502 N RAINBOW BLVD
SURPRISE, AZ  85734

LYNN M. GILLMORE & JAMES D. GILLMORE
NULL
NULL
NULL, NULL  0

NANCY R. GILMOUR IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 1241
CAMANO ISLAND, WA  98282

RICHARD W. GILMOUR IRA
C/O FIRST SAVINGS BANK CUSTODIAN
PO BOX 1241
CAMANO ISLAND, WA  98282

GISH FAMILY TRUST DTD 6/25/89
C/O GEORGE J. GISH & DEANNA K. GISH TRUS
2104 RED DAWN SKY ST.
LAS VEGAS, NV  89134

MARVIN W. GITTELMAN & TOBY E. GITTELMAN
645 HIGHLANDS HAMMOCK DR
POINCIANA, FL  34759

MARTIN GITTLEMAN
3375 E. TOMPKINS AVE. UNIT 147
LAS VEGAS, NV  89121

GALE GLADSTONE-KATZ REVOCABLE LIVING TRU
C/O GALE GLADSTONE-KATZ TRUSTEE
1320 NORTH STREET 29
SANTA ROSA, CA  95404
```

```
GLEDHILL REVOCABLE FAMILY TRUST
C/O JO M. GLEDHILL TRUSTEE
10500 VALLEY DRIVE
PLYMOUTH, CA  95669

THOMAS H. GLOY
P. O. BOX 4497
INCLINE VILLAGE, NV  89450

MARC A. GODDARD AND DAMARA R. STONE-GODD
P. O. BOX 2028
TRUCKEE, CA  96160

JOHN A. GODFREY
PINNACLE ENTERTAINMENT, INC.
3800 HOWARD HUGHES PKWY STE 1800
LAS VEGAS, NV  89109

WILLIAM R. GODFREY & CYNTHIA GODFREY
9520 CORAL WAY
LAS VEGAS, NV  89117

WILLIAM R. AND CYNTHIA J. GODFREY LIVING
C/O WILLIAM R. GODFREY AND CYNTHIA J. GO
9520 CORAL WAY
LAS VEGAS, NV  89117

GINA M. GOEHNER
255 VERONICA AVE
SPARKS, NV  89436

GOERTZ FAMILY TRUST DATED 1/31/03
C/O JAMES J. GOERTZ & PHYLLIS A. GOERTZ
5210 MOUNTCREST LANE
RENO, NV  89523

DAVID C. GOETSCH AND BARBARA L. GOETSCH
1616 JONES ST.
MINDEN, NV  89423

ROBERT & ALICIA GOFFSTEIN TRUST DATED 2/
C/O ROBERT GOFFSTEIN TRUSTEE
1440 MCDONALD RANCH DR
HENDERSON, NV  89012

PHILLIP DARIN GOFORTH & FRANCESCA M. GOF
13301 SILVER PEAK PLACE NE
ALBUQUERQUE, NM  87111

JOSEPH GOLDEN & LORRAINE GOLDEN
144 DAWN COURT
OLD BRIDGE, NJ  8857

NANCY GOLDEN
3456 RIDGECREST DRIVE
RENO, NV  89512
```

JACK GOLDENTHAL & SYLVIA GOLDENTHAL
20155 NE 38TH CT  UNIT 1603
AVENTURA, FL  33180

SYLVIA GOLDENTHAL & JACK GOLDENTHAL
20155 NE 38TH CT UNIT 1603
AVENTURA, FL  33180

JOYCE E. GOLDMAN
13572 LORETTA DRIVE
TUSTIN, CA  92780

GOLDMAN FAMILY TRUST DATED 10/29/93
C/O RONALD GOLDMAN & BARBARA GOLDMAN, TR
1717 MONTANA AVENUE
SANTA MONICA, CA  90403

SUMNER R. GOLDMAN
7294 KAHANA DR.
BOYNTON BEACH, FL  33437

BARRY J. GOLDSTEIN & PATRICIA B. GOLDSTE
19955 NE 38TH CT APT #2604
AVENTURA, FL  33180

MARILYN E. GOLDSTEIN LIVING TRUST DATED
C/O MARILYN E. GOLDSTEIN, TRUSTEE
37 LINWOOD RD SOUTH
PORT WASHINGTON, NY  11050

JAY F GOLIDA
16 COVERED WAGON LANE
ROLLING HILLS ESTATES, CA  90275

GONSKA FOUNDATION, LLC
7520 BRIDLEHORNE AVE
LAS VEGAS, NV  89131

PATRICK GONZALES AND ROSEMARY GONZALES
5114 E KINGSGROVE DRIVE
SOMIS, CA  93066

RANDALL S. GONZALES AND CARISSA L. CHAPM
4112 BOSTON BELL COURT
NORTH LAS VEGAS, NV  89031

SYLVIA M. GOOD SURVIVOR'S  TRUST ESTABLI
C/O SYLVIA M. GOOD SUCCESSOR TRUSTEE
610 COLE PLACE
BEVERLY HILLS, CA  90210

JAMES PAUL GOODE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
300 JOHN THOMAS LN
RENO, NV  89506

JAMES PAUL GOODE

300 JOHN THOMAS LANE
RENO, NV  89506

JOHN GOODE
5150 S OAKRIDGE  BOX 126
PAHRUMP, NV  89048

DR. STANLEY L. GOODMAN, MD
27975 RED PINE COURT
VALENCIA, CA  91354

GOODNESS LIVING TRUST DATED 6/28/00
C/O RACHELLE A. GOODNESS TRUSTEE
3985 LAKE PLACID DRIVE
RENO, NV  89511

LYNELLE L. GOODREAU AND DAVID M. BAILEY
19120 VICTORY BLVD
TARZANA, CA  91335

LYNELLE L. GOODREAU
19120 VICTORY BLVD
TARZANA, CA  91335

DONALD E. GOODSELL
10308 WILLAMETTE PLACE
LAS VEGAS, NV  89134

THE LYNA YOUNG GOODSON LP
C/O GORDON RAY PHILLIPS, TRUSTEE
4906 E DESERT INN RD
LAS VEGAS, NV  89121

MICHAEL JOHN GOODWIN
555 YELLOW PINE RD
RENO, NV  89511

ELAN RAEL GORDON
80 CARLTON PARK AVE
LONDON,   0

ANN GORDON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
119 THORNBERRY DRIVE
PITTSBURG, PA  15237

KGG LIVING TRUST DATED 7/29/96
C/O KAREN GORDON TRUSTEE
2305 PLAZA DEL PRADA
LAS VEGAS, NV  89102

WILLIAM H. GORDON & ELAINE GORDON
2710 FRANGIPANI COURT
NORTH LAS VEGAS, NV  89031

GEORGE C. GORMAN
952 THE ALAMEDA

BERKELEY, CA  94707

M. W. GORTS & COMPANY
7820 EMERALD HARBOR CT
LAS VEGAS, NV  89128

THEODORA GOTTWALD
P O BOX 16532
SAN FRANCISCO, CA  94116

HORIZON INVESTMENT MANAGEMENT, LLC
P O  BOX 8173
TRUCKEE, CA  96162

KENNETH JERRY GOULDING & FLORIE GOULDING
P O BOX 8173
TRUCKEE, CA  96162

WILLIAM HARRISON GOULDING AND ELIZABETH
5444 CLOVERCREST DRIVE
SAN JOSE, CA  95118

NANCY L. GOUVEIA TRUST DATED 10/23/98
C/O NANCY L. GOUVEIA TRUSTEE
1543 ALISAL AVENUE
SAN JOSE, CA  95125

NOEL S. GOUVEIA
1543 ALISAL AVE
SAN JOSE, CA  95125

DAVID W. GRACE & DENISE GRACE FAMILY TRU
C/O DAVID W. GRACE & DENISE GRACE TRUSTE
2301 COOPER CREST ST NW
OLYMPIA, WA  98502

HELEN N. GRAEBER
P O BOX 48
YAZOO CITY, MS  39194

GRAF FAMILY TRUST DATED 2/7/77
C/O GLENN W. GRAF TRUSTEE
2613 WHITE PINES DRIVE
HENDERSON, NV  89074

MONTGOMERY A. GRAF AND MALLORY SALMERO-G
1112 NORIEGA ST.
SAN FRANCISCO, CA  94122

PAUL D. GRAF AND MARGARET A. GRAF
2530 GREAT HIGHWAY
SAN FRANCISCO, CA  94116

DOUGLAS S. GRAHAM AND VALERIE L. GRAHAM
P O BOX 276
CAMBRIA, CA  93428

NANCI GRAHAM
240 UPPER TERRACE NO. 3
SAN FRANCISCO, CA  94117

GRAHAM FAMILY TRUST DATED 10/26/78
C/O ROBIN B. GRAHAM & CELIA ALLEN-GRAHAM
1460 TWINRIDGE ROAD
SANTA BARBARA, CA  93111

GRAHAM FAMILY MARITAL TRUST B DATED 2/13
C/O ROBIN B. GRAHAM TRUSTEE
1460 TWINRIDGE ROAD
SANTA BARBARA, CA  93111

WILLIAM L. GRAHAM AND WILTA L. GRAHAM
3124 QUEENSGATE LANE
MODESTO, CA  95355

THE ESTHER & RICHARD GRALINSKI FAMILY TR
C/O RICHARD GRALINSKI TRUSTEE
7825 GEYSER HILL LANE
LAS VEGAS, NV  89147

THE GRAMS 1999 FAMILY TRUST
C/O JEROME GRAMS & BERNICE GRAMS TRUSTEE
10681 HAWES END COURT
LAS VEGAS, NV  89123

ARTHUR G. GRANT & JEAN M. GRANT
1136 RALSTON DRIVE
LAS VEGAS, NV  89106

THE STACY GRANT REVOCABLE TRUST
C/O STACY GRANT TRUSTEE OF
934 E GRANDVIEW RD
PHOENIX, AZ  85022

KIT GRASKI & KAREN GRASKI
4442 AMBER CANYON DRIVE
LAS VEGAS, NV  89129

GRAUBERGER FAMILY TRUST DATED 5/20/00
C/O VERLE R. GRAUBERGER & DARLA KAY GRAU
1533 MERIALDO LANE
LAS VEGAS, NV  89117

THOMAS C. GRAY IRA
C/O FIRST TRUST CO. ONAGA CUSTODIAN
31672 SCENIC DRIVE
LAGUNA BEACH, CA  92651

ROBERT W. & GAIL A. GRAY REVOCABLE TRUST
C/O GAIL A. GRAY AND ROBERT W. GRAY, TRU
4572 TELEPHONE RD #912
VENTURA, CA  93003

DECLARATION OF TRUST DATED 7/19/79

```
C/O GERALD W. GRAY & SHERRY A. GRAY CO-T
P O BOX 8351
INCLINE VILLAGE, NV  89452

HELEN R. GRAY REVOCABLE TRUST DATED 1/17
C/O HELEN R. GRAY TRUSTEE
118 S 1470 W
PROVO, UT  84601

DENNIS M. GRECO & GLORIA J. GRECO
2515 PERRYVILLE DR
RENO, NV  89521

JEAN V. GRECO LIVING TRUST DATED 1/22/02
C/O JEAN GRECO TRUSTEE
2301 SOUTH GUNDERSON AVENUE
BERWYN, IL  60402

MICHAEL H. GREELEY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
5631 GRANARY WAY
ATHENS, AL  35611

MICHAEL GREELEY TRUST DATED 7/27/00
C/O MICHAEL H. GREELEY TRUSTEE
5631 GRANARY WAY
ATHENS, AL  35611

JOHN R. GREEN AND LORETTA GREEN
433 VENTURA PL
SAN RAMON, CA  94583

D.B. GREENBERG TRUST U/D/T 7/20/98
C/O DAVID B. GREENBERG TRUSTEE
4867 ELKCREEK TRAIL
RENO, NV  89509

GLENN GREENBERG AND DENISE M. GREENBERG
2088 CHESTNUT ST.
SAN FRANCISCO, CA  94123

BERNARD GREENBLATT LIVING TRUST UA DATED
C/O BERNARD GREENBLATT TRUSTEE
880 BUFFWOOD AVE
LAS VEGAS, NV  89123

DAVID M. GREENBLATT
880 BUFFWOOD AVE
LAS VEGAS, NV  89123

SANDRA D. GREENBLATT AND MICHAEL A. GREE
1243 RIDGE RD
HIGHLAND PARK, IL  60035

KENNETH R. GREENE & N. DEAN GREENE
821 6TH ST. NE
ARAB, AL  35016
```

```
GREENE FAMILY TRUST DATED 4/25/91
C/O NELSON R. GREENE & EUNICE A. GREENE
PO BOX 62328
BOULDER CITY, NV  89006

GREENWALD LIVING TRUST DATED 5/8/90
C/O CLARENCE J. GREENWALD & GERTRUDE R.
1608 CAMINITO ASTERISCO
LA JOLLA, CA  92037

CLARENCE J. GREENWALD IRA #69003263337
C/O FIRST REGIONAL BANK CUSTODIAN
1608 CAMINITO ASTERISCO
LA JOLLA, CA  92037

URSULA R. GREGER AND STEPHANIE CURRAN
95703 KITTERY RD
BROOKINGS, OR  97415

BERNARDO G. GREGORIO & CORAZON S. M. GRE
7195 IRON OAK AVE
LAS VEGAS, NV  89113

KIM GREGORY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
6242 W COLEY AVE
LAS VEGAS, NV  89102

GREGORY FAMILY TRUST OF 1988
C/O KIM W. GREGORY & DEBBIE R. GREGORY T
6242 W COLEY AVENUE
LAS VEGAS, NV  89102

GREGORY FAMILY TRUST UAD 5/25/93
C/O MARJORIE C. GREGORY TRUSTEE
32016 CRYSTALAIRE DRIVE
LLANO, CA  93544

RAYMOND T. GRENIER, JR. TRUST DATED 2/10
C/O RAYMOND T. GRENIER JR.TRUSTEE
450 LA COSTA CIRCLE
DAYTON, NV  89403

CARTER L. GRENZ
925 MARION COUNTY 7002
FLIPPIN, AR  72634

GRESHER FAMILY TRUST DATED 10/18/02
C/O WILLIAM R. GRESHER & SANDRA C. GRESH
5705 CAMINO DE BRYANT
YORBA LINDA, CA  92887

EGILS N. GRIEZE
10811 ZOELLER CT.
RENO, NV  89511
```

NANCY L. GRIFFIN, AND KAREN L. CECCHI
6025 PINTAIL LANE
CITRUS HEIGHTS, CA  95621

GRIFFITH FAMILY TRUST DATED 4/30/92
C/O DAVID L. GRIFFITH AND DIANNE R. GRIF
561 KEYSTONE AVE PMB# 211
RENO, NV  89503

INGE GRIST
AVE. PASEO DE LA MARINA NORTE 535
APARTAMENTO # 504
PUERTO VALLARTA, JALISCO  48300

ALAN GROH IRA
C/O FIRST SAVINGS BANK CUSTODIAN
12613 ALCACER DEL SOL
SAN DIEGO, CA  92128

DAVID L. GROSS FAMILY TRUST DATED 12/4/9
C/O DAVID L. GROSS TRUSTEE
895 ON THE GREEN
BILOXI, MS  39532

DIXIE B. GROSS REVOCABLE TRUST
C/O DIXIE B. GROSS TRUSTEE
1333 KEENE RD RTE 3
LADYSMITH, BC  0

MARY MARGARET GROSS
717 MERIALDO LANE
LAS VEGAS, NV  89145

EVERETT F. GROTZINGER & FRANCES E. GROTZ
3105 CASTLEWOOD DRIVE
LAS VEGAS, NV  89102

MARY E. GROVES TRUST DATED 9/11/03
C/O MARY E. GROVES TRUSTEE
2328 AIRLANDS ST
LAS VEGAS, NV  89134

TROY C. GROVES TRUST
C/O TROY C. GROVES TRUSTEE
2328 AIRLANDS ST
LAS VEGAS, NV  89134

JOANNE M. GRUNDMAN
1608 BROWN ST
CARSON CITY, NV  89701

SUSAN C. GRUSH
24402 LA HERMOSA
LAGUNA NIGUEL, CA  92677

DEXTER AND BETTY JEAN GUIO TRUST DATED 4
C/O BETTY J. GUIO, TRUSTEE

3201 PLUMAS ST #183
RENO, NV  89509

WYNN A. GUNDERSON & LORRAINE J. GUNDERSO
33941 N 67TH STREET
SCOTTSDALE, AZ  85262

ROBERT C. GUNNING & NANCY R. GUNNING
6627 LONG LAKE DRIVE
NINE MILE FALLS, WA  99026

TOBY A. GUNNING
7245 BROCKWAY COURT
RENO, NV  89523

BARBARA L. GUNTHER
P O BOX 614
VERDI, NV  89439

MING GUO & ZHI LING MAO
824 PAT LANE
CARSON CITY, NV  89701

PRISCILLA M. GUPTAIL
P O BOX 9550
BEND, OR  97708

PRISCILLA M. GUPTAIL AND PRISCILLA K. AD
P O BOX 9550
BEND, OR  97708

NANCY GUYER & TODD BARRETT
455 ENTERPRISE COURT
BOULDER CITY, NV  89005

PHILIP L. HAAGENSON & CAROL H. HAAGENSON
597 MAXWELL DR
GRAND JUNCTION, CO  81504

MARTIN N. HAAS LIVING TRUST DTD 8/7/03
C/O MARTIN N. HAAS TRUSTEE
2448 DESERT GLEN DRIVE
LAS VEGAS, NV  89134

JEFF HACKER
3815 MAGNOLIA DR.
PALO ALTO, CA  94306

MICHAEL HADJIGEORGALIS AND BRENDA G. HAD
1 COUNCILMAN AVENUE
BALTIMORE, MD  21206

KELLY L. HADLAND AND KAREN J. HADLAND
1235 E PALO VERDO
GILBERT, AZ  85296

CLIFFORD D. HAGBERG & CLAIRE F. HAGBERG

```
9601 LAZY RIVER DRIVE
LAS VEGAS, NV  89117

ESTATE OF FLORENCE L. HAGBERG
C/O CLIFFORD D. HAGBERG AS PERSONAL REPR
9601 LAZY RIVER DRIVE
LAS VEGAS, NV  89117

CARL C. HAGEN
P O BOX 1267
FALLON, NV  89407

GARY HAIDER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
9286 EDGEWATER CIRCLE
PEQUOT LAKES, MN  56472

KELLEY M. HAINS & JAMIE K. HAINS
5349 MIRA LOMA DR
RENO, NV  89502

JAMES W. HALE, SR.
6139 TIGERTAIL DRIVE SW
OLYMPIA, WA  98512

LARRY D. HALE & VERONICA S. HALE
621 E. CHESTNUT
GOLDSBY, OK  73093

STANLEY HALFTER & DOLORES HALFTER
P O BOX 34054
LAS VEGAS, NV  89133

STANLEY HALFTER
P O BOX 34054
LAS VEGAS, NV  89133

BRYAN K. HALL
300 W BEECH ST UNIT #1506
SAN DIEGO, CA  92101

GAYLE D. HALL
2530 PACIFIC HEIGHTS RD
HONOLULU, HI  96813

LPGE CORP.
2530 PACIFIC HEIGHTS RD
HONOLULU, HI  96813

NASH IRREVOCABLE TRUST
C/O REVEREND TIMOTHY HALL TRUSTEE
75 PROSPECT STREET
NANTICOKE, PA  18634

GEORGE W. HALL & SUSAN P. HALL REVOCABLE
C/O SUSAN P. HALL TRUSTEE
224 STONE QUARRY ROAD
```

WESTFIELD, PA  16950

HALSETH FAMILY TRUST RESTATED 4/21/00
C/O DANIEL R. HALSETH & SANDRA K HALSETH
23 MOLAS DRIVE
DURANGO, CO  81301

DAWN L. HALVORSON
15625 64TH AVE SE
SNOHOMISH, WA  98296

JOANNE A. HALVORSON
3295 PALM GROVE DR
LAKE HAVASU, AZ  86404

SUZANNE M. HALVORSON TRUST DATED 3/21/03
C/O SUZANNE M. HALVORSON TRUSTEE
21820 QUARTZ WAY
WILDOMAR, CA  92595

THOMAS L. HALVORSON & JOANNE HALVORSON
3295 PALM GROVE DR
LAKE HAVASU, AZ  86404

CHARLES T. HAMM & SANDRA L. HAMM
P O BOX 14098
SOUTH LAKE TAHOE, CA  96151

HAMM TRUST DATED 3/17/05
C/O CHARLES T. HAMM AND SANDRA L. HAMM,
P O BOX 14098
SOUTH LAKE TAHOE, CA  96151

CHRIS J. HAMMOND & TARA M. HAMMOND
619 S E DIVISION PLACE
PORTLAND, OR  97202

DAR LIVING TRUST DATED 2/12/03
C/O DARLENE HAMMOND TRUSTEE
308 LA RUE COURT
LAS VEGAS, NV  89145

KRIS J. HAMPER
16463 SW SNOWY OWL LANE
BEAVERTON, OR  97007

LARRY E. HANAN REVOCABLE TRUST DATED 5/2
C/O LARRY E. HANAN TRUSTEE
4410 ENDICOTT PLACE
TAMPA, FL  33624

JOHN A. M. HANDAL IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3575 SISKIYOU COURT
HAYWARD, CA  94542

JOHN A. M. HANDAL

```
3575 SISKIYOU COURT
HAYWARD, CA  94542

GLORIA W. HANDELMAN AND JIM HANDELMAN
2324 CASERTA CT
HENDERSON, NV  89074

HANDELMAN CHARITABLE REMAINDER UNITRUST,
C/O GLORIA W. HANDELMAN, TRUSTEE
2324 CASERTA CT
HENDERSON, NV  89074

HANDLIN FAMILY TRUST DATED 4/16/2004
C/O SHIRLEY M. HANDLIN TRUSTEE
8855 LEROY ST
RENO, NV  89523

MESA LLC
P O BOX 31450
MESA, AZ  85275

WILLIAM L. HANE FAMILY TRUST DATED 9/1/9
C/O WILLIAM L. HANE & MARCIA L. HANE TRU
P O BOX 31450
MESA, AZ  85275

S.A. HANES PROFIT SHARING PLAN
C/O S. A. HANES TRUSTEE
P. O. BOX 10054
ZEPHYR COVE, NV  89448

STAN A. HANES & VICKI M. HANES REVOCABLE
C/O  STAN A. HANES & VICKI M. HANES TTEE
P O BOX 10054
ZEPHYR COVE, NV  89448

GEORGE R. HANEY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2640 GALLERY COURT
CAMERON PARK, CA  95682

CHRISTIAN HANSEN
1466 WESTWIND ROAD
LAS VEGAS, NV  89146

EDWIN C. HANSEN & RACHEL M. HANSEN
2549 SHETTLER ROAD
MUSKEGON, MI  49444

CHRISTIAN HANSEN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1466 WESTWIND ROAD
LAS VEGAS, NV  89146

HANSEN FAMILY TRUST DATED 6/6/89
C/O KENNETH L. HANSEN & DONNA J. HANSEN
13287 RATTLESNAKE RD
```

GRASS VALLEY, CA  95945

REYNOLD E. PALESH TRUST DATED 6/17/01
C/O LYNN J. HANSEN TRUSTEE
8912 E PINNACLE PEAK RD  F9-602
SCOTTSDALE, AZ  85255

MLH FAMILY INVESTMENT LIMITED
8912 E PINNACLE PEAK RD F9-602
SCOTTSDALE, AZ  85255

ROBERT L. HANSEN & PATRICIA S. HANSEN
PO BOX 110
CLIO, CA  96106

STEPHEN P. HANSEN AND SANDRA M. HANSEN
1014 APPLETON RD
SIMI VALLEY, CA  93065

TERRY L. HANSEN REVOCABLE LIVING TRUST D
C/O TERRY L. HANSEN TRUSTEE
P O BOX 458
SPARKS, NV  89432

VIRGINIA M. HANSEN
10403 SAWMILL AVE
LAS VEGAS, NV  89134

WILLIAM E. HANSEN & KATHLEEN HANSEN
217 N. LINDEBLAD LN
LIBERTY LAKE, WA  99019

HANSLIK FAMILY TRUST DATED 12/23/91
C/O WALDEMAR HANSLIK & KATHARINA HANSLIK
10420 MARYMONT PLACE
LAS VEGAS, NV  89134

HANSON FAMILY TRUST 06/01/2001
C/O KENNETH D. HANSON AND JAMIE L. HANSO
10269 COPPER CLOUD DR
RENO, NV  89511

KENNETH H. HANSON & BERNETTA HANSON
P O BOX 731
ASHTON, ID  83420

NEMO HARDING & ERIN HARDING
419A ATKINSON DRIVE 504
HONOLULU, HI  96814

HARFORD FAMILY TRUST DATED 10/15/1993
C/O RONALD W. HARFORD AND DORA D. HARFOR
1894 HWY 50 E #4 PMB 502
CARSON CITY, NV  89701

PAUL HARGIS & SUSAN GAIL HARGIS
6950 DARBY AVENUE

LAS VEGAS, NV  89117

BLAKES HOUSE FLORAL & BALLOON CO.
1204 CAMBALLERIA DRIVE
CARSON CITY, NV  89701

GAYLE HARKINS
1204 CAMBALLERIA DRIVE
CARSON CITY, NV  89701

HARKINS 2001 REVOCABLE TRUST DATED 8/23/
C/O LESLIE HARKINS & LINDA HARKINS TRUST
5406 HIDDEN VALLEY COURT
RENO, NV  89502

COUSINS FAMILY TRUST DATED 11/21/94
C/O SUSAN COUSINS HARLEY TRUSTEE
6554 COTSFIELD AVE
LAS VEGAS, NV  89139

JENNIFER J. HARMON AND CHERYL HOFF
3368 SHORE ACRES NW
LONGVILLE, MN  56655

JENNIFER J. HARMON, CHERYL HOFF, AND RIC
3368 SHORE ACRES RD NW
LONGVILLE, MN  56655

KURT HARMS & SANDRA HARMS
5513 INDIAN HILLS AVENUE
LAS VEGAS, NV  89130

HAROUFF CHARITABLE REMAINDER TRUST 9/5/9
C/O DWIGHT W. HAROUFF & MARY ANN HAROUFF
5680 RUFFIAN ROAD
LAS VEGAS, NV  89149

DWIGHT W. HAROUFF & MARY ANN HAROUFF
5680 RUFFIAN ROAD
LAS VEGAS, NV  89149

GOLD PLATED LLC
C/O DWIGHT W. HAROUFF, MANAGER
5680 RUFFIAN ROAD
LAS VEGAS, NV  89149

SKIP AND MARY HAROUFF TRUST DATED 12/5/9
C/O MARY ANN HAROUFF AND DWIGHT W. HAROU
5680 RUFFIAN ROAD
LAS VEGAS, NV  89149

THIRD PARTY NEVADA SERVICES
6825 ANTLER COURT
LAS VEGAS, NV  89149

CHARLES HARPER & EVANGELINE HARPER
360 BRET HARTE AVE

RENO, NV  89509

HARPER FAMILY TRUST DATED 2/28/84
C/O T. CLAIRE HARPER TRUSTEE
541 WEST 2ND ST
RENO, NV  89503

WILLIAM L. HARPER
375 RIVER FLOW DRIVE
RENO, NV  89523

SUZE HARRINGTON
2131 CONNOR PARK COVE
SALT LAKE CITY, UT  84109

THOMAS T. HARRINGTON AND BEVERLY J. HARR
160 NORWEGIAN AVE  APT B
MODESTO, CA  95350

THOMAS T. HARRINGTON
160 NORWEGIAN AVE. APT B
MODESTO, CA  95350

RICHARD J. HARRIS TRUST DATED 1/6/95
C/O RICHARD J. HARRIS TRUSTEE
2400 WEST COAST HWY SUITE K
NEWPORT BEACH, CA  92663

MARGUERITE F. HARRISON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
930 DORCEY DRIVE
INCLINE VILLAGE, NV  89451

RICHARD K. HARRISON
5463 SIERRA BROOK COURT
LAS VEGAS, NV  89129

HARRISON FAMILY TRUST DATED 7/27/99
C/O THOMAS B. HARRISON & MARGUERITE F. H
930 DORCEY DRIVE
INCLINE VILLAGE, NV  89451

RAYMOND E. & MARGARET ELISE HARSHMAN FAM
C/O RAYMOND E. HARSHMAN & MARGARET E. HA
PO BOX 716
OCEANSIDE, CA  92049

HART FAMILY TRUST DATED 8/30/99
C/O DOLORES M. HART, TRUSTEE
P. O. BOX 442
GENOA, NV  89411

KAY J. HART
2240 PARK NEWPORT APT. 312
NEWPORT BEACH, CA  92660

KAY M. CANTRELL, AND KAY J. HART

455 MAGNOLIA AVE.
FAIRHOPE, AL  36532

MICHAEL E. HARTLEY & JULEE HILLENBRAND
P.O. BOX 11253
ZEPHYR COVE, NV  89448

HARTMANN 1997 TRUST U/A DATED 1/29/97
C/O CHRISTIAN K. HARTMANN & KATHARINA HA
2400 OCEAN EDGE CT
LAS VEGAS, NV  89134

HAROLD G. HARTWELL
3424 E TONOPAH AVE
N LAS VEGAS, NV  89030

JEROME L. HARVEY JR. AND MARISA DEVILLE
2850 GARDENSIDE CT
BRENTWOOD, CA  94513

MARISA DEVILLE HARVEY
2850 GARDENSIDE CT
BRENTWOOD, CA  94513

HARVEY FAMILY TRUST, DATED 4/13/87
C/O RODERICK J. HARVEY, SR. AND PAULINE
2932 EAGLESTONE CIRCLE
LAS VEGAS, NV  89128

WILLIAM F. HARVEY OD, LTD PSP
C/O WILLIAM HARVEY TRUSTEE
815 SOUTH 7TH
LAS VEGAS, NV  89101

KEVIN J. HASELHORST
5777 N 78TH PL
SCOTTSDALE, AZ  85250

THE 2001 R.K. HATFIELD FAMILY TRUST DATE
C/O ROBERTA K. HATFIELD TRUSTEE
2747 CROWN RIDGE DRIVE
LAS VEGAS, NV  89134

EDWIN E. SCOTT 1996 REVOCABLE TRUST
C/O LOIS E. HATH & BRENDA C. MASNACK, SU
3540 W SAHARA AVE BOX 590
LAS VEGAS, NV  89102

JOHN D. HATHCOCK AND SUSAN K. HATHCOCK
3016 PISMO BEACH DR.
LAS VEGAS, NV  89128

CURTIS HATTSTROM & VIRGINIA HATTSTROM
14222 W VIA MONTOYA
SUN CITY WEST, AZ  85375

CURTIS HATTSROM IRA

```
C/O FIRST SAVINGS BANK CUSTODIAN
14222 W VIA MONTOYA
SUN CITY WEST, AZ  85375

DUANE R. HAUGARTH & NANCY K. HAUGARTH
20010 N ALTA LOMA DR
SUN CITY WEST, AZ  85375

NANCY K. HAUGARTH REVOCABLE TRUST
C/O NANCY K. HAUGARTH TRUSTEE
20010 N ALTA LOMA DR
SUN CITY WEST, AZ  85375

SUSAN HAUSER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3635 BRIGHTON WAY
RENO, NV  89509

EARL HAUSERMAN & BETTE HAUSERMAN
201 INTERNATIONAL DR #752
CAPE CANAVERAL, FL  32920

EARL HAUSERMAN, IRA
C/O FIRST SAVINGS BANK CUSTODIAN
201 INTERNATIONAL DR # 752
CAPE CANAVERAL, FL  32920

EDWIN LOWELL HAUSLER, JR. LIVING TRUST D
C/O EDWIN L. HAUSLER, JR., TRUSTEE
4521 PISA DR
RENO, NV  89509

ROGER N. HAVEKOST
204 N BLUE RIDGE TRAIL
HORSESHOE BAY, TX  78657

HAVERS FAMILY TRUST
C/O FRANKLIN J. & ROXANNE HAVERS, TRUSTE
2738 CHOKECHERRY AVE
HENDERSON, NV  89074

PAEPAE ESTATE TRUST DATED 05/01/00
C/O KIMBERLY HAVINS TRUSTEE
3125 SHADOWLEAF COURT
LAS VEGAS, NV  89117

RAYMOND G. HAWKINS
940 VENETIAN SHORES BLVD.
ISLAMORADA, FL  33036

ROBERT G. HAWKINS & DEBRA B. HAWKINS REV
C/O ROBERT G. HAWKINS & DEBRA B. HAWKINS
33416 OVERLAND TRAIL
AGUA DULCE, CA  91390

AARON HAWLEY
4075 LOSEE ROAD
```

NORTH LAS VEGAS, NV  89030

BROOKE ANN HAWLEY & STEPHEN HAWLEY
4075 LOSEE ROAD
NORTH LAS VEGAS, NV  89030

CLASSIC LAND, LLC
C/O STEPHEN HAWLEY MANAGER
4075 LOSEE ROAD
NORTH LAS VEGAS, NV  89030

CLASSIC PLUMBING
4075 LOSEE ROAD
N LAS VEGAS, NV  89030

KELLI A. GARVEY
5405 IRELAND ST
LAS VEGAS, NV  89149

HAWLEY FAMILY TRUST DATED 8/15/96
C/O STEPHEN L. HAWLEY & SIDNEY A. HAWLEY
4075 LOSEE ROAD
N. LAS VEGAS, NV  89030

BEVERLY J. HAYES & CHARLES HAYES
6760 KILLDEER LANE
CRESTON, CA  93432

MICHAEL A. & MARSHA M. HAYES FAMILY TRUS
C/O MICHAEL A. HAYES & MARSHA M. HAYES T
109 SO ROYAL ASCOT DR
LAS VEGAS, NV  89144

LEO L. HAYNES AND GLENDA G. HAYNES
2118 S NOCHE DE PAZ
MESA, AZ  85202

HAYS REVOCABLE TRUST
C/O DAVID R. HAYS AND SUE HAYS, TRUSTEES
361 E DELAMAR DRIVE
HENDERSON, NV  89015

1985 HAYWARD LIVING TRUST DATED 7/06/198
C/O JOYCE A. HAYWARD TRUSTEE
10811 ZOELOER CT
RENO, NV  89511

RAYMOND J. HEALEY
330 S. DECATUR BLVD #360
LAS VEGAS, NV  89107

ROLAND J. HEARN & RISA V.S. HEARN LIVING
C/O ROLAND J. HEARN & RISA V.S. HEARN TR
3080 S NEEDLES HWY STE 2700-80
LAUGHLIN, NV  89029

THE HEATON FAMILY TRUST DATED DECEMBER 4

```
C/O JAMES F. HEATON AND NADINE B. HEATON
P O BOX 120
GUNLOCK, UT  84733

MORNINGSTAR LIMITED PARTNERSHIP
11271 VENTURA BLVD SUITE 326
STUDIO CITY, CA  91604

ROSE O. HECKER & ANITA ROSENFIELD
250 RAIN TRAIL RD.
SEDONA, AZ  86351

MICHAEL HEDLUND & CAROL HEDLUND
130 EAST ADAMS  PO BOX 823
O'NEILL, NE  68763

HEFFNER FAMILY TRUST DATED 9/10/02
C/O MICHAEL T. HEFFNER & BARBARA C. HEFF
1705 CAUGHLIN CREEK ROAD
RENO, NV  89509

HERBERT R. HEIDER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
9721 SW 192 CT RD
DUNNELLON, FL  34432

JUDITH ANN HEINBAUGH LIVING TRUST DATED
C/O JUDITH A. HEINBAUGH, TRUSTEE
P O BOX 8537
INCLINE VILLAGE, NV  89452

RICHARD M. HEINEN
P O BOX 401
WINDERMERE, FL  34786

ROBERT W. HEINSOHN & PHYLLIS A. HEINSOHN
C/O ROBERT W. HEINSOHN & PHYLLIS A. HEIN
546 WEDGE LANE
FERNLEY, NV  89408

HEINTZELMAN REV LIVING TRUST DTD 8/15/94
C/O RICHARD HEINTZELMAN & ROBERTA HEINTZ
664 PINNACLE COURT
MESQUITE, NV  89027

HELLER TRUST DATED 4/30/90
C/O ROBERT E. HELLER & EDNA W. HELLER, T
152 AV BLEU DE CLAIR
SPARKS, NV  89434

DON & HELEN HELLINGS FAMILY TRUST
C/O DON HELLINGS TRUSTEE
331 GLENNORA WAY
BUELLTON, CA  93427

CAPITAL MORTGAGE INVESTORS, INC.
2999 NE 191 ST STE 905
```

```
AVENTURA, FL  33180

DONNA J. HELLWINKEL
4555 SADDLEHORN DRIVE
RENO, NV  89511

RICHARD A HELMBERGER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
39080 SANTA ROSA CT
MURRIETA, CA  92563

RICHARD A. HELMBERGER
2300 ROCK SPRINGS DR # 2044
LAS VEGAS, NV  89125

RICHARD A. HELMBERGER & GENENE M. HELMBE
2300 ROCK SPRINGS DR # 2044
LAS VEGAS, NV  89125

FIRST AMERICAN TITLE INSURANCE COMPANY
FIRST AMERICAN TITLE
3960 HOWARD HUGHES #380
LAS VEGAS, NV  89109

HELMS HOMES, LLC
809 UPLAND BOULEVARD
LAS VEGAS, NV  89107

TERRY HELMS LIVING TRUST DATED 11/11/94
C/O TERRY HELMS TRUSTEE
809 UPLAND BLVD
LAS VEGAS, NV  89107

JOCELYNE HELZER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
115 SOUTH DEER RUN
CARSON CITY, NV  89701

JOCELYNE HELZER
115 S DEER RUN RD
CARSON CITY, NV  89701

JOCELYNE HELZER & EDDIE MAYO
115 S S DEER RUN RD
CARSON CITY, NV  89701

JANE HENDLER
4154 ST. CLAIR AVENUE
STUDIO CITY, CA  91604

CHRIS HENDRICKSON
P O BOX 6802
INCLINE VILLAGE, NV  89450

JAY E. HENMAN RETIREMENT PLAN
C/O JAY E. HENMAN TRUSTEE
1023 RIDGEVIEW CT
```

CARSON CITY, NV  89705

JAY E. HENMAN
1023 RIDGEVIEW CT
CARSON CITY, NV  89705

VIRGIL P. HENNEN & JUDITH J. HENNEN
P O BOX 1416
FRIDAY HARBOR, WA  98250

WALTER F. HENNINGSEN REVOCABLE TRUST DAT
C/O WALTER F. HENNINGSEN TRUSTEE
5470 S W SPRUCE AVE
BEAVERTON, OR  97005

JAMES MICHAEL HENRY
629 BACKBONE MOUNTAIN DRIVE
HENDERSON, NV  89012

PATRICK HENRY & CYNTHIA B. HENRY
P O BOX 181
ANATONE, WA  99401

HERD FAMILY TRUST DATED 4/23/90
C/O ALLEN HERD AND MARILYN HERD, TRUSTEE
598 ALAWA PL
ANGELS CAMP, CA  95222

LINDA M. HERDMAN FAMILY TRUST DATED 12/1
C/O LINDA M. HERDMAN TRUSTEE
3709 LAKE AVENUE
NEWPORT BEACH, CA  92663

JANICE J. HERGERT REVOCABLE LIVING TRUST
C/O JANICE J. HERGERT TRUSTEE
4865 W LAKERIDGE TERRACE
RENO, NV  89509

BRAD HERING
62929 GOLDEN STREET
JOSHUA TREE, CA  92252

HERMAN, INC.
4590 EUCALYPTUS AVE STE A
CHINO, CA  91710

LRD LENDING
4590 EUCALYPTUS AVE STE A
CHINO, CA  91710

MEL HERMAN & EMMA HERMAN
4590 EUCALYPTUS AVE STE A
CHINO, CA  91710

MARIE D. HERNANDEZ
915 DERRINGER LANE
HENDERSON, NV  89014

DR. ALLAN R. HERNDOBLER & SUE HERNDOBLER
12910 SW GLACIER LILY CIRCLE
TIGARD, OR  97223

HERNDON FAMILY TRUST DATED 05/29/1997
C/O BRIAN K. HERNDON AND SHARON L. HERND
5450 IDLEWOOD RD
SANTA ROSA, CA  95404

HERPST FAMILY TRUST DATED 8/16/90
C/O ROBERT L. HERPST TRUSTEE
1805 ROYAL BIRKDALE DRIVE
BOULDER CITY, NV  89005

PATRICIA A. HERRIN & TERRY W. ROYDER
9404 MOUNTAINAIR AVE
LAS VEGAS, NV  89134

DONALD A. HERRMANN & NANCY E. HERRMANN
15212 STINSON DR
GRASS VALLEY, CA  95949

MURRAY HERTZ
4425 DEAN MARTIN DR
LAS VEGAS, NV  89103

CHRISTINA L. HESS AND DONALD L. HESS
914 SHORE CREST RD
CARLSBAD, CA  92009

DONALD L. HESS
914 SHORE CREST RD
CARLSBAD, CA  92009

DONALD L. HESS & KAY J. HART
914 SHORE CREST RD
CARLSBAD, CA  92009

KAY M. CANTRELL, AND DONALD L. HESS
914 SHORE CREST RD.
CARLSBAD, CA  92009

HEWITT FAMILY TRUST DATED 5/1/96
C/O CONNIE J. HEWITT TRUSTEE
4017 VISTA DRIVE
ERIE, PA  16506

JUDY HEYBOER
1150 HIDDEN OAKS DRIVE
MENLO PARK, CA  94025

ROY H. HIBDON & OMA C. HIBDON
4860 HILTON CT
RENO, NV  89509

THE PHILIP HIGERD FAMILY TRUST DATED 5-3

```
C/O PHILIP C. HIGERD, TRUSTEE
P O BOX 2535
MAMMOTH LAKE, CA  93546

DIANE H. HIGGINS
571 ALDEN LN
INCLINE VILLAGE, NV  89451

KEVIN J. HIGGINS & ANA MARIE HIGGINS FAM
C/O KEVIN J. HIGGINS & ANA MARIE HIGGINS
10413 MANSION HILLS AVENUE
LAS VEGAS, NV  89144

LARRY D. HIGGINS
571 ALDEN
INCLINE VILLAGE, NV  89451

EDWARD O. HIGH
1413 PELICAN BAY TRAIL
WINTER PARK, FL  32792

BRENDA J. HIGH IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
2884 E POINT DR
CHESAPEAKE, VA  23321

HAMILTON M. HIGH IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
2884 EAST POINT DRIVE
CHESAPEAKE, VA  23321

HAMILTON M. HIGH & BRENDA J. HIGH
2884 E POINT DR
CHESAPEAKE, VA  23321

INDIA C. HIGH
1 BON SECOUR WAY STE 135
PORTSMOUTH, VA  23703

MARILYN HILBORN TRUST DATED 11/18/93
C/O MARILYN HILBORN TRUSTEE
102 TOPSAIL
BOULDER CITY, NV  89005

SHELLIE HILGENBERG IRA
C/O FIRST SAVINGS BANK CUSTODIAN
370 PINECREST DR
LAGUNA BEACH, CA  92651

JUDITH HILGENBERG TRUST DATED 1/26/06
C/O JUDITH W. HILGENBERG TRUSTEE
1840 CANAL ST
AUBURN, CA  95603

MICHAEL HILGENBERG & SHELLIE HILGENBERG
370 PINECREST DR
LAGUNA BEACH, CA  92651
```

JAMES E. HILL
7855 N PERSHING AVE
STOCKTON, CA  95207

ROBERT W. HILL
4900 SAN TIMOTEO AVE NW
ALBUQUERQUE, NM  87114

THE RUBY M. HILL FAMILY TRUST DATED DECE
C/O RUBY M. HILL, TRUSTEE
877 E MARCH LN #377
STOCKTON, CA  95207

OLIVER C. HILSON & BETTE A. HILSON FAMIL
C/O BETTE A. HILSON TRUSTEE
2549 BIG TIMBER DRIVE
LAS VEGAS, NV  89134

HERMAINE & SEYMOUR HINDEN LIVING TRUST D
C/O HERMAINE HINDEN & SEYMOUR HINDEN TRU
2721 ORCHID VALLEY DRIVE
LAS VEGAS, NV  89134

THOMAS A. HINDS
1000 LAKESHORE BLVD 11
INCLINE VILLAGE, NV  89451

HINE FAMILY TRUST
C/O CHRISTOPHER HINE & NANCY D. HINE TRU
13814 CEDAR CREEK AVE
BAKERSFIELD, CA  93314

JAY P. HINGST IRA
C/O FIRST SAVINGS BANK CUSTODIAN
7287 E. MINGUS TRAIL
PRESCOTT VALLEY, AZ  86314

WILLIAM J. HINSON, JR.
13305 WOODSTOCK DRIVE
NEVADA CITY, CA  95959

ALFRED C. HIPP AND HELEN M. FUJIWARA
P O BOX 82
CRYSTAL BAY, NV  89402

BRENDA L. HITCHINS TRUST DATED 8/22/05
C/O BRENDA L. HITCHINS TRUSTEE
1970 PAPAGO LANE
LAS VEGAS, NV  89109

ROBERT HITCHINS
5935 30TH AVE APT 214
GULFPORT, FL  33707

MAUREEN A. HJELTE & G. CRAIG HJELTE
P O BOX 1462

```
TAHOE CITY, CA  96145

DOUGLAS HO GST EXEMPT TRUST
C/O DOUGLAS HO TRUSTEE
PO BOX 9025
INCLINE VILLAGE, NV  89452

FARRAH M. HOBBS REVOCABLE TRUST DATED 3/
C/O FARRAH M. HOBBS TRUSTEE
3010 PARCHMENT COURT
LAS VEGAS, NV  89117

GAIL M. HOCK,
2881 SAGITTARIUS DRIVE
RENO, NV  89509

GAIL HODES LIVING TRUST DATED 9/10/03
C/O GAIL R. HODES TRUSTEE
16872 BARUNA LANE
HUNTINGTON BEACH, CA  92649

HODGSON LIVING TRUST DATED 1/12/90
C/O JAMES A. HODGSON & CYNTHIA H. HODGSO
20758 N ENCHANTMENT DR
SURPRISE, AZ  85387

HOFFMAN FAMILY INVESTMENTS LP
5764 FLINTCREST DRIVE
BURLINGTON, IA  52601

GARY M. HOGAN
9900 WILBUR MAY PKWY # 1604
RENO, NV  89521

GARY HOGAN IRA H01BD
C/O PENSCO TRUST COMPANY CUSTODIAN
9900 WILBUR MAY PKWY #1604
RENO, NV  89521

JOHN A. HOGLUND IRA
C/O FIRST SAVINGS BANK CUSTODIAN
7574 E GREEN LAKE DRIVE NORTH
SEATTLE, WA  98103

PATRICIA O. HOGLUND IRA
C/O FIRST SAVINGS BANK CUSTODIAN
7574 E GREEN LAKE DR N
SEATTLE, WA  98103

JOHN A. HOGLUND & PATRICIA O. HOGLUND
7574 E GREEN LAKE DR N
SEATTLE, WA  98103

RALPH V. HOGUE
1367 E ROSEMARY TRAIL
CASA GRANDE, AZ  85222
```

HOLDER REVOCABLE TRUST DATED 10/21/91
C/O RALPH C. HOLDER & NAOMI S. HOLDER TR
526 GREENBRIAR DR
CARSON CITY, NV  89701

HOLEYFIELD FAMILY TRUST DATED 01/12/01
C/O RICHARD HOLEYFIELD AND MARSHA HOLEYF
1103 W RED OAK RD
P O BOX 538
WAXAHACHIE, TX  75168

THE HOLLAND FAMILY TRUST DATED 1993
C/O FRED HOLLAND & MARJORIE HOLLAND TRUS
606 BRYANT COURT
BOULDER CITY, NV  89005

SANDRA I.  HOLLANDER REVOCABLE TRUST
C/O SANDRA HOLLANDER TRUSTEE
10533 SANTO MARCO CT
LAS VEGAS, NV  89135

P & W TRUST DATED 8/19/93
C/O WALLACE HOLLANDER TRUSTEE
2728 HOPE FOREST DR
LAS VEGAS, NV  89134

MARJORIE ANNE HOLLER AND DEBRA UNDERWOOD
3632 MADRID STREET
LAS VEGAS, NV  89121

DELWIN C. HOLT
6606 EVERGREEN AVE
OAKLAND, CA  94611

JASON L. HOLT & SALLY A. HOLT
806 BUCHANAN BLVD # 115 PMB 248
BOULDER CITY, NV  89005

JASON L. HOLT
806 BUCHANAN BLVD # 115 PMB 248
BOULDER CITY, NV  89005

WILLIAM G. HOMER
648 PINNACLE COURT
MESQUITE, NV  89027

EDWARD W. HOMFELD
2515 N ATLANTIC BLVD
FT LAUDERDALE, FL  33305

HOMFELD II, LLC
2515 N ATLANTIC BLVD
FORT LAUDERDALE, FL  33305

HONIKMAN 1993 TRUST DATED 2/19/93
C/O ALFRED HAROLD HONIKMAN, TRUSTEE
927 N KELLOGG AVE

SANTA BARBARA, CA  93111

BASIL HONIKMAN & LINDA HONIKMAN
638 CHARLESTON PLACE
VENTURA, CA  93004

HONIKMAN 1992 TRUST DATED 12/28/92
C/O TERENCE C. HONIKMAN & JANE I HONIKMA
927 N KELLOGG AVE.
SANTA BARBARA, CA  93111

SYLVIA HOOKS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2737 BILLY CASPER DRIVE
LAS VEGAS, NV  89134

HOOVER FAMILY 1985 TRUST DATED 4/3/85
C/O JOHN M. HOOVER & SUZANNE J. HOOVER,
2443 GARZONI DRIVE
SPARKS, NV  89434

WILLIAM T. HOOVER
1340 N. DESOTO ST
CHANDLER, AZ  85224

JAMES B. HOPPER
P O BOX 9051
RENO, NV  89507

CHARLES D. HOPSON LIVING TRUST DATED 2/2
C/O CHARLES D. HOPSON TRUSTEE
3009 CRADLE MOUNTAIN
LAS VEGAS, NV  89134

MILA HORAK
2319 MEADOWLAND CT
WESTLAKE VILLAGE, CA  91361

PATRICK J. HORGAN
1560 KESTREL COURT
RENO, NV  89509

HORNBERGER FAMILY TRUST DATED 1/14/03
C/O RAYMOND HORNBERGER & FLORENCE HORNBE
1834 SCARBOROUGH DRIVE
COLUMBIA, MO  65201

ROCHELLE HORNSBY TRUST DATED 1/92
C/O ROCHELLE HORNSBY TRUSTEE
3959 PEMBRIDGE CT
LAS VEGAS, NV  89121

HOUGHTON DENTAL CORP PROFIT SHARING PLAN
2871 PINTA
PERRIS, CA  92571

RICHARD HOULIHAN

```
P.O. BOX 18977
RENO, NV  89511

JAN HOUSTON PROPERTIES INC.
MONTREUX RE SALES ATT: JAN HOUSTON
16475 BORDEAUX DRIVE
RENO, NV  89511

WILLIAM H. HOUSTON AND SUSAN N. HOUSTON
C/O SUSAN N. HOUSTON & WILLIAM H. HOUSTO
7737 SPANISH BAY DRIVE
LAS VEGAS, NV  89113

JAIME KEFALAS TRUST
C/O FRANCIS HOWARD TRUSTEE
7 COMMERCE CENTER DRIVE #A
HENDERSON, NV  89014

JASON A. KEFALAS TRUST
C/O FRANCIS HOWARD TRUSTEE
7 COMMERCE CENTER DR # A
HENDERSON, NV  89001

THE 2001 ROBERT D. HOWARD SR. TRUST
C/O ROBERT D. HOWARD SR. TRUSTEE
2361 ZUNI AVENUE
PAHRUMP, NV  89048

MARJORIE HOWARTH
30116 CORTE SAN LUIS
TEMECULA, CA  92591

PHILIP STEPHEN HOWELL AND LISA BETH HOWE
15 EASTRIDGE
COTO DE CAZA, CA  92679

EARL HOWSLEY, JR.
P O BOX 11044
RENO, NV  89510

MONICA M. HRUBY
P O BOX 3191
INCLINE VILLAGE, NV  89450

GEORGE W. HUBBARD ROTH IRA
C/O FIRST SAVINGS BANK CUSTODIAN
6340 N CALLE TREGUA SERENA
TUCSON, AZ  85750

HUBBARD TRUST DATED 7/29/1998
C/O GEORGE W. HUBBARD AND CAROL N. HUBBA
6340 N CALLE TREGUA SERENA
TUCSON, AZ  85750

DENNIS R. HUBER SR. AND CAROL J. HUBER
6558 ORANGE AVE
LONG BEACH, CA  90805
```

MARY J. HUBERT
2709 CRICKET HOLLOW COURT
HENDERSON, NV  89074

SUZANNE L. HUDSON, AND CAROLYN J. CHRZAS
1540 CANDELERO DR.
WALNUT CREEK, CA  94598

CHARLES E. HUFF & VANA J. HUFF
3426 PINO CIRCLE
LAS VEGAS, NV  89121

HUFFMAN FAMILY TRUST DATED 5/28/98
C/O HILARY A. HUFFMAN & CYNTHIA L. HUFFM
140 GAZELLE RD
RENO, NV  89511

ROBERT E. HUGHES
3465 BRITTLEWOOD AVENUE
LAS VEGAS, NV  89120

JAMIE HUISH & MARGO HUISH
2013 MADAGASCAR LANE
LAS VEGAS, NV  89117

HULSE FAMILY TRUST
C/O RODNEY C. HULSE AND CATHRYN J. HULSE
355 EAST 1100 SOUTH
MAPLETON, UT  84664

DIANNE HUMBLE
991 HILLTOP DR.
CARSON CITY, NV  89705

UNCNU C. HUMMEL AND ROBERT W. HUMMEL
9045 JERLYN ST.
LAS VEGAS, NV  89113

LAENA EMMERICH SURVIVORS TRUST DATED 5/1
C/O TODD A. HUMPHREY, TRUSTEE
18665 MEADOWLARK CT
PENN VALLEY, CA  95946

ALICE HUMPHRY & VALERIE JAEGER
3825 CHAMPAGNE WOOD DR
NORTH LAS VEGAS, NV  89031

HUMPHRY 1999 TRUST
C/O JACK HUMPHRY & ALICE HUMPHRY TRUSTEE
3825 CHAMPAGNE WOOD DRIVE
NORTH LAS VEGAS, NV  89031

J. & S. BLISS/HUNEWILL 2004 TRUST DATED
C/O STANLEY L HUNEWILL AND JANET BLISS H
200 HUNEWILL LANE
WELLINGTON, NV  89444

```
MONICA L. HUNT
33 N CRESTWOOD DR
BILLINGS, MT  59102

HUPPI TRUST DATED 1/30/92
C/O RODNEY G. HUPPI & VIRGINIA M. HUPPI
378 ODIN PLACE
PLEASANT HILL, CA  94523

LLOYD R. HURST JR. & JUDITH G. HURST
11885 LONE DESERT DR
RENO, NV  89506

PORTER A. HURT
4833 N HIDDEN TERRACE
LITCHFIELD PARK, AZ  85340

KAYE HUTCHISON
100 HANSEN DR  P O BOX 1022
VERDI, NV  89439

LORAYNE J. HUTCHISON & JAMES H. HUTCHISO
702 W MCARTHUR AVE # 68
WINNEMUCCA, NV  89445

LORAYNE J. HUTCHISON & JAMES H. HUTCHISO
702 W MCARTHUR AVE # 68
WINNEMUCCA, NV  89445

JAMES F. HUTHERT & ELIZABETH A. HUTHERT
487 SUDDEN VALLEY
BELLINGHAM, WA  98229

RICHARD IANNI
2840 N OCEAN BLVD #1004
FORT LAUDERDALE, FL  33308

JONATHAN R. IGER
1708 E. SHEENA DRIVE
PHOENIX, AZ  85022

MJI TRUST DTD
C/O MARY JEAN IGNACIO TRUSTEE
1816 RIDGEFIELD DRIVE
LAS VEGAS, NV  89108

ROBERT W. INCH IRA
C/O FIRST SAVINGS BANK CUSTODIAN
73487 PURSELANE
PALM DESERT, CA  92260

INCH FAMILY TRUST DTD 04/19/95
C/O ROBERT W. INCH AND JENNIE R. INCH TR
73487 PURSLANE
PALM DESERT, CA  92260
```

```
EMIL D. INCROCCI & THERESE A. INCROCCI
1065 W BARRYMORE DR
MERIDIAN, ID  83642

MARC M. INGMAN
1923 LA MESA DRIVE
SANTA MONICA, CA  90402

ATHANASIOS N. IORDANOU & REBECCA IORDANO
15 VAN BUREN AVE
PORTSMOUTH, NH  3801

IPPOLITO FAMILY TRUST DATED 8/31/89
C/O JOHN A. IPPOLITO & PATRICIA M. IPPOL
5527 VISTA TERRACE LN
SPARKS, NV  89436

LESLIE IRWIN
P. O. BOX 22342
CARSON CITY, NV  89721

STEPHEN C. IRWIN
P. O. BOX 7885
MAMMOTH LAKES, CA  93546

CHRISTOPHER R. ISAAK
27468 BRIARS PLACE
VALENCIA, CA  91354

EDWIN ISENBERG
952 LAS LOMAS AVENUE
PACIFIC PALISADES, CA  90272

IVERSON FAMILY TRUST DATED 5/14/01
C/O DARIN B. IVERSON & TAMARA C. IVERSON
9811 W CHARLESTON BLVD #2-534
LAS VEGAS, NV  89117

MELVIN J. IVES & EVELYN A. IVES BYPASS T
C/O EVELYN A. IVES TRUSTEE
220 FIRST STREET #3
SEAL BEACH, CA  90740

MEVIN J. IVES & EVELYN A. IVES QTIP TRUS
C/O EVELYN A. IVES TRUSTEE
220 FIRST STREET #3
SEAL BEACH, CA  90740

JOY M. JACKSON REVOCABLE LIVING TRUST
C/O JOY M. JACKSON TRUSTEE
827 UNION PACIFIC BLVD.
PMB 71175
LAREDO, TX  78045

BARBARA L. JACOBS
300 JOHN THOMAS LN
RENO, NV  89506
```

JENIFER JACOBS
1267 AVIS DR
SAN JOSE, CA  95126

JENIFER JACOBS AND ROBERT FURTON
1267 AVIS DRIVE
SAN JOSE, CA  95126

WILLIAM H. JACOBSEN, JR.
1411 SAMUEL WAY
RENO, NV  89509

JACOBSON FAMILY TRUST DATED 2/13/97
C/O DAVID M. JACOBSON & CRISTINA JACOBSO
12219 OAKVIEW WAY
SAN DIEGO, CA  92128

JOHN B. JAEGER & PRISCILLA J. JAEGER FAM
C/O JOHN B. JAEGER & PRISCILLA J. JAEGER
2256 HOT OAK RIDGE STREET
LAS VEGAS, NV  89134

AMIR HOSSEIN JAFARPOUR AND LECIA RENEE P
3951 BLACOW CT
PLEASANTON, CA  94566

KEN M. JAFFE & AMY JAFFE-ROSEN
C/O CAROLE JAFFE IN TRUST
3675 N COUNTRY CLUB DR # 2102
AVENTURA, FL  33180

RICHARD L. JAGODZINSKI TRUST DATED 4/8/9
C/O RICHARD L. JAGODZINSKI TRUSTEE
4615 MONTEREY CIRCLE # 2
LAS VEGAS, NV  89109

WALTER JAGODZINSKI FAMILY TRUST DATED 10
C/O WALTER M. JAGODZINSKI & JACQUELINE F
2000 S TENAYA WAY
LAS VEGAS, NV  89117

DONALD E. JAMES
2038 PALM STREET #438
LAS VEGAS, NV  89104

JANICE JANIS AND CHRISTINE BRAGER
406 PEARL STREET
BOULDER, CO  80302

JANICE JANIS LIVING TRUST DATED 2/3/99
C/O JANICE JANIS TRUSTEE
406 PEARL STREET
BOULDER, CO  80302

ROGER L. JANSSEN
16600 92ND AVE. N, #324

MAPLE GROVE, MN  55311

REF!
C/O DR. LAWRENCE M. JANUS, MD & NANCY JA
1950 HIDDEN MEADOWS DR
RENO, NV  89502

JEFFREY JANUS
C/O LINCOLN TRUST COMPANY TRUSTEE
8013 GLENDALE DRIVE
FREDERICK, MD  21702

JEAN B. JAUREGUY
1345 SANTA CRUZ DR
MINDEN, NV  89423

JAMES W. JELF & KARENE K. JELF
550 N. MCCARRAN #303
SPARKS, NV  89431

MARY JELLISON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1415 LAKEVIEW AVE SOUTH
MINNEAPOLIS, MN  55416

MARY JEAN JELLISON
1415 LAKEVIEW AVENUE SOUTH
MINNEAPOLIS, MN  55416

MJ JELLISON, INC
1415 LAKEVIEW AVENUE SOUTH
MINNEAPOLIS, MN  55416

ALICIA JENKINS
211 S JEFFERSON
FRONTENAK, KS  66763

DANIEL JENKINS AND LORI J. JENKINS
1071 S CARSON ST.
CARSON CITY, NV  89701

EVELYN W. JENKINS TRUST
C/O DANIEL R. JENKINS TRUSTEE
1692 COUNTY RD STE C
MINDEN, NV  89423

ROYCE G.  JENKINS
2021 FRESNO ROAD
PLANO, TX  75074

RONALD G DOE GST DTD 1/6/95
C/O CHARLES A JENSEN & SHIRLEY CUPP-DOE,
2345 VILLANDRY COURT
HENDERSON, NV  89074

CHARLES A. JENSEN & FRANCES JENSEN
2277 BUCKINGHAM COURT

HENDERSON, NV  89074

DURAND  JENSEN FAMILY LTD PARTNERSHIP
C/O HAROLD E JENSEN & NORMA LEA JENSEN C
P O BOX 420161
KANARRAVILLE, UT  84742

JON PAUL JENSEN & TAMARA LEE JENSEN
3777 N 161ST  AVE
GOODYEAR, AZ  85338

THE DURAND JENSEN LTD FAMILY PARTNERSHIP
PO BOX 420161
KANARRAVILLE, UT  84742

DAVID C. JESSE
113 PLYMOUTH AVE
SAN CARLOS, CA  94070

A & D 1999 REVOCABLE TRUST
C/O ATTILA JESZENSZKY TRUSTEE
1720 COLAVITA WAY
RENO, NV  89521

ALBERTA J. JETT
2891 PRISCILLA AVE
AKRON, OH  44312

THE JOHANSEN FAMILY TRUST DATED 10/23/87
C/O LEIF A. JOHANSEN & ROBERTA K. JOHANS
P O BOX 2773
TRUCKEE, CA  96160

KATHY JOHN & TINA EDEN
57 POINSETTIA DR
ORMOND BEACH, FL  32176

JOHNSON FAMILY TRUST DATED 2/18/04
C/O ARTHUR V. JOHNSON & SUSAN A. JOHNSON
991 PETE'S WAY
SPARKS, NV  89434

THE BEULAH J. JOHNSON LIVING TRUST DATED
C/O BEULAH J. JOHNSON TRUSTEE
8122 W FLAMINGO RD #160
LAS VEGAS, NV  89147

CHARLES E. JOHNSON & JANET P. JOHNSON
17 FRONT STREET
PALM COAST, FL  32137

DAVID JOHNSON & SUE JOHNSON
7503 N MOORE ROAD
LITTLETON, CO  80215

JERRY R. JOHNSON IRA
C/O FIRST REGIONAL BANK CUSTODIAN

```
5950 LA PLACE CT STE 160
CARLSBAD, CA  92008

JAMES E. JOHNSON
900 US HWY 1 SUITE 210
LAKE PARK, FL  33403

JANET P. JOHNSON LIVING TRUST DATED 7/15
C/O JANET P. JOHNSON & CHARLES E. JOHNSO
17 FRONT STREET
PALM COAST, FL  32137

LARRY W. JOHNSON AND LYN OWEN
6424 ORANGE TREE AVENUE
LAS VEGAS, NV  89142

MARILYN JOHNSON LIVING TRUST DATED 10/5/
C/O MARILYN JOHNSON TRUSTEE
1010 LARUE AVE
RENO, NV  89509

PHYLLIS JOHNSON
2270 WATT ST.
RENO, NV  89509

RICHARD A. JOHNSON
PO BOX 1844
ZEPHYR COVE, NV  89448

RONALD A. JOHNSON & MARILYN JOHNSON
50 SNYDER WAY
SPARKS, NV  89431

JEFFREY S. JOHNSON TRUST DATED 1/10/1993
C/O RONALD A. JOHNSON AND JANICE BURGARE
50 SNYDER WAY
SPARKS, NV  89431

BURGARELLO, INC. PROFIT SHARING PLAN
C/O RONALD A. JOHNSON TRUSTEE
50 SNYDER WAY
SPARKS, NV  89431

C. I. B. B., INC. PENSION PLAN
C/O RONALD A. JOHNSON TRUSTEE
50 SNYDER WAY
SPARKS, NV  89431

TAMARA M. JOHNSON
310 PARKHURST DR
CALDWELL, ID  83605

TERRENCE JOHNSON
1739 SAND STORM DRIVE
HENDERSON, NV  89074

JOHNSON FAMILY TRUST DATED 2/17/98
```

```
C/O ALBERT G. JOHNSON JR. & NORMA J. JOH
20802 N GRAYHAWK DR UNIT 1035
SCOTTSDALE, AZ  85255

JOHNSTON ESTATE REVOCABLE TRUST DATED 5/
C/O DELBERT T. JOHNSTON, JR. & REBECCA J
8027 EAST WILLIAMS DRIVE
SCOTTSDALE, AZ  85255

EDITH A. JOHNSTON
P O BOX 6447
KANEOHE, HI  96744

EVERETT H. JOHNSTON FAMILY TRUST DATED 1
C/O EVERETT H. JOHNSTON TRUSTEE
P O BOX 3605
INCLINE VILLAGE, NV  89450

JOHNSTON TRUST DATED 9/7/85
C/O RODNEY L. JOHNSTON AND DIANE E. JOHN
4326 ARCADIAN DR
CASTRO VALLEY, CA  94546

JACK L. JONES
40217 N LYTHAM WY
ANTHEM, AZ  85086

JONES FAMILY TRUST DATED 9/3/98
C/O MAURICE JONES & MARLENE Y. JONES TRU
P O BOX 9610
SANTA ROSA, CA  95405

CADD FAMILY LIVING TRUST DATED 8/20/1996
C/O SUSAN M. JONES TRUSTEE
2116 SAND POINT RD
DISCOVERY BAY, CA  94514

FISKO VENTURES, LLC.
1906 CATHERINE COURT
GARDNERVILLE, NV  89410

JOSIFKO FAMILY LIVING TRUST U/T/D 9/21/9
C/O MARK R. JOSIFKO & DEBORAH F. JOSIFKO
1906 CATHERINE COURT
GARDNERVILLE, NV  89410

JULIA B. JOSLYN
2388 LILLIE DRIVE
SANTA ROSA, CO  95403

DAVID JOYCE
7465 SILVER KING DRIVE
SPARKS, NV  89436

EDMOUND J. JOYCE & ROBIN JOYCE
316 STELLARS JAY DRIVE
HIGHLANDS RANCH, CO  80129
```

1988 JOYNER FAMILY TRUST DTD 12-29-88
C/O MICHAEL E. JOYNER & STEPHANIE M. JOY
PO BOX 110
GUNLOCK, UT  84733

MARGARITA JUNG
1405 VEGAS VALLEY DRIVE 317
LAS VEGAS, NV  89109

SHARON JUNO
27139 STRATFORD GLEN DRIVE
DAPHNE, AL  36526

KAAIAKAMANU FAMILY TRUST DATED 6/25/98
C/O MARVELEN KAAIAKAMANU TRUSTEE
7871 LOCKE HAVEN DR
LAS VEGAS, NV  89123

MASARU KAGAWA & MITZI KAGAWA
2701 ECHO MESA DRIVE
LAS VEGAS, NV  89134

STACI KAISER
2348 PICKWICK DR
HENDERSON, NV  89014

RICHARD J. KANE & DIANNE M. KANE
2525 GREENSBORO POINT
RENO, NV  89509

KANEDA LIVING TRUST DATED 5/30/02
C/O K. KEN KANEDA & BRIGITTE AREND-KANED
P O BOX 485
TRUCKEE, CA  96160

DANA MCDANIEL KANNE SEPARATE PROPERTY TR
C/O DANA MCDANIEL KANNE TRUSTEE
1704 WINCANTON DRIVE
LAS VEGAS, NV  89134

DR. GARY KANTOR
2816 VISTA DEL SOL
LAS VEGAS, NV  89120

DR. GARY KANTOR
2816 VISTA DEL SOL
LAS VEGAS, NV  89120

KANTOR NEPHROLOGY CONSULTANTS LTD. 401 (
C/O GARY L. KANTOR TRUSTEE
1750 E DESERT INN RD #200
LAS VEGAS, NV  89109

LYNN M. KANTOR
2816 VISTA DEL SOL
LAS VEGAS, NV  89120

LYNN M. MAGUIRE
2816 VISTA DEL SOL
LAS VEGAS, NV  89120

KANTOR FAMILY TRUST, DATED 5/6/82
C/O RONALD A. KANTOR AND RUTH E. KANTOR,
1921 N BEVERLY DRIVE
BEVERLY HILLS, CA  90210

BERNARD KAPLAN TRUST UTD 4/11/91
C/O BERNARD KAPLAN TRUSTEE
7648 GRANVILLE DRIVE
TAMARACK, AK  33321

MILTON P KAPLAN PROFIT SHARING PLAN DTD
C/O MILTON P KAPLAN, MD, TTEE
18370 BURBANK BLVD, STE 501
TARZANA, CA  91356

STEVEN B. KAPLAN
1800 GLEN VIEW DRIVE
LAS VEGAS, NV  89134

T. & C. KAPP FAMILY TRUST
C/O THOMAS J. KAPP & CYNTHIA S. ROHER TR
3861 HILDEBRAND LANE
LAS VEGAS, NV  89121

ELLEN KARATZAFERIS
3748 COLONIAL DRIVE
LAS VEGAS, NV  89121

CLAS G. KARLBERG & ULLA G. KARLBERG
P O BOX 7388
INCLINE VILLAGE, NV  89451

KARLIN TRUST DATED 3/3/89
C/O FRANCIS J. KARLIN TRUSTEE
4009 CUTTING HORSE STREET
N LAS VEGAS, NV  89032

STEWART S. KARLINSKY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
55 HALLMARK CIRCLE
MENLO PARK, CA  94025

STEWART KARLINSKY & MARK WEISSMAN
55 HALLMARK CIRCLE
MENLO PARK, CA  94025

STEWART KARLINSKY AND LEE KATZ
55 HALLMARK CIRCLE
MENLO PARK, CA  94025

STEWART KARLINSKY AND HILARY KARLINSKY
55 HALLMARK CIRCLE

MENLO PARK, CA  94025

MARGE KARNEY
8445 ALLENWOOD ROAD
LOS ANGELES, CA  90046

PHYLLIS MARINA KARR LIVING TRUST DTD 8/8
C/O PHYLLIS MARINA KARR AND JEFFREY CRAI
825 COPPER BASIN ROAD
PRESCOTT, AZ  86303

THOMAS J. KARREN LIVING TRUST
C/O THOMAS J. KARREN, SOLE TRUSTEE
20483 POWDER MOUNTAIN COURT
BEND, OR  97702

KARSTEN 1987 TRUST
C/O RUSSELL E. KARSTEN TRUSTEE
6325 SOUTH VALLEY VIEW BLVD
LAS VEGAS, NV  89118

KASSEL 1988 TRUST
C/O WILLIAM J. KASSEL TRUSTEE
4533 PONY EXPRESS ST
NORTH LAS VEGAS, NV  89031

CURTIS G. KASTLER
1082 HACIENDA DR
SIMI VALLEY, CA  93065

CHARLES KASTLER III & MARGARET L. KASTLE
C/O CHARLES KASTLER III & MARGARET L. KA
9170 HERITAGE RIDGE CT
RENO, NV  89523

CHARLES KASTLER, III IRA
C/O FIRST SAVINGS BANK CUSTODIAN FOR
9170 HERITAGE RIDGE CT
RENO, NV  89523

KATZ FAMILY LIMITED PARTNERSHIP
C/O JERRY M. KATZ & LISA A. KATZ, GENERA
716 SEA PINES LANE
LAS VEGAS, NV  89107

JONATHAN D. KATZ
4820 W SAN JOSE ST
TAMPA, FL  33629

KATZMAN FAMILY TRUST DATED 4/3/87
C/O HAROLD KATZMAN TRUSTEE
5 TORREY PINE DRIVE
NEWPORT COAST, CA  92657

KAUFMAN REVOCABLE LIVING TRUST DATED 4/1
C/O HERBERT C. KAUFMAN, JR. AND HANNAH K
472 PACHECO STREET

SAN FRANCISCO, CA  94116

KRISTIE A. KAYSER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
8647 SOLERA DRIVE
SAN JOSE, CA  95135

WILLIAM A. KAYSER & KRISTIE KAYSER
8647 SOLERA DRIVE
SAN JOSE, CA  95135

MURRAY TRUST
C/O AIMEE E. KEARNS TRUSTEE
5886 N. BONITA VISTA ST.
LAS VEGAS, NV  89149

KM TRUST
C/O AIMEE E. KEARNS, TRUSTEE
5886 N. BONITA VISTA ST.
LAS VEGAS, NV  89149

KM GROUP
5886 BONITA VISTA ST
LAS VEGAS, NV  89149

ARTHUR E. KEBBLE & THELMA M. KEBBLE FAMI
C/O ARTHUR E. KEBBLE & THELMA M. KEBBLE
9512 SALEM HILLS CT
LAS VEGAS, NV  89134

GEORGE KECHEJIAN & ROSALIE L. KECHEJIAN
118 WINDSHIRE DR
SOUTH WINDSOR, CT  6074

DENNIS M. KEEGAN AND GWEN M. KEEGAN
5024 GARLENDA DR
EL DORADO HILLS, CA  95762

DOROTHY J. KEETH BY GARY KEETH WITH POWE
7492 MIDFIELD COURT
LAS VEGAS, NV  89120

CHRIS KEFALAS & KATHY KEFALAS
2050 S ROBB WAY
LAKEWOOD, CO  80227

F.R. INC. DBA BOMBARD ELECTRIC
3570 W POST RD
LAS VEGAS, NV  89118

KEFALAS TRUST DATED 7/3/97
C/O KENNETH KEFALAS & DEBBIE KEFALAS TRU
2742 CARINA WAY
HENDERSON, NV  89052

CHRISTINA M. KEHL
5130 DUNN ROAD

EAST DUBUQUE, IL  61025

DANIEL J. KEHL
421 SOUTH LUMINA
WRIGHTSVILLE BEACH, NC  28480

KEHL DEVELOPMENT
4963 MESA CAPELLA DRIVE
LAS VEGAS, NV  89148

ANDREW R. KEHL UNVUTMA
C/O KEVIN KEHL CUSTODIAN
1770 DOVER COURT
DUBUQUE, IA  52003

SUSAN L. KEHL UIAUTMA
C/O KEVIN KEHL CUSTODIAN
1770 DOVER COURT
DUBUQUE, IA  52003

KEVIN KEHL
1770 DOVER COURT
DUBUQUE, IA  52003

KRYSTINA A. KEHL
9001 LINCOLN RD
FULTON, IL  61252

ROBERT A. KEHL & TINA M. KEHL
9001 LINCOLN ROAD
FULTON, IL  61252

ROBERT J. KEHL & RUTH ANN KEHL
4963 MESA CAPELLA DR
LAS VEGAS, NV  89148

DR. DANA D. KEITH, DDS
6603 RANNOCH RD
BETHESDA, MD  20817

JOHN & KATHLEEN KEITH LIVING TRUST DATED
C/O JOHN W. KEITH & KATHLEEN B. KEITH TR
10550 REALM WAY
LAS VEGAS, NV  89135

LYNNE KELLER
2375 RANGE VIEW DR
RENO, NV  89509

KELLER FAMILY TRUST UDT 3/4/98
C/O PETER KELLER & VICKI L. KELLER TRUST
640 VALENCIA DRIVE
BOULDER CITY, NV  89005

KELLER FAMILY TRUST DATED 9/16/05
C/O ERNEST J. KELLER, JR. AND HELEN KELL
15265 ROSINA PL

WALDORF, MD  20601

KELLEY FAMILY TRUST UAD 10/10/91
C/O DAVID G. KELLEY & ANA W. KELLEY TRUS
633 HAVERKAMP DRIVE
GLENDALE, CA  91206

J. KORD KELLEY
21 WILCOX ST UNIT C
CASTLE ROCK, CO  80104

PALMS & PINES, LLC
202 N CURRY ST STE 100
CARSON CITY, NV  89703

CAROL A. KELLY
6323 STATE HWY 84 NE
LONGVILLE, MN  56655

TIMOTHY T. KELLY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
155 GARDNER STREET
RENO, NV  89503

TIMOTHY T. KELLY AND P. MICHAEL KELLY
155 GARDNER ST APT #12
RENO, NV  89503

THE JESSE J. KELSEY REVOCABLE LIVING TRU
C/O MICHAEL D. KELSEY, TRUSTEE
4910 ELLICOTT HWY
CALHAN, CO  80808

FRED & KELLEE KEMPF TRUST
C/O MARIUS KEMPF & MARY A. KEMPF TRUSTEE
2560 FOREST CITY DRIVE
HENDERSON, NV  89052

DAVID A. GEAN REVOCABLE TRUST DATED 4/3/
C/O MARSHA KENDALL TRUSTEE
6615 E. PACIFIC COAST HWY.#260
LONG BEACH, CA  92614

FRANK C. KENDRICK IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3140 SCARLET OAKS COURT
SPARKS, NV  89436

VALDA L. KENNEDY
P. O. BOX 2845
RENO, NV  89505

WILLIAM P. KENNY AND NANCY J. COSTELLO
P O BOX 4242
TRUCKEE, CA  96160

FRANK KERN

```
1060 COUNTRY RIDGE DRIVE
SPARKS, NV  89434

KERNER REVOCABLE TRUST B DATED 3/16/81
C/O MELVIN W. KERNER TRUSTEE
15758 SUNSET DRIVE
POWAY, CA  92064

EUGENE H. & NORMA M. STOKES TRUST DATED
C/O NORMA M. KERNER TRUSTEE
15758 SUNSET DRIVE
POWAY, CA  92064

LESLIE F. KERNS & ALMA D. KERNS
4465 BOCA WY 193
RENO, NV  89502

LINDSEY H. KESLER JR. IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4847 DAMON CIRCLE
SALT LAKE CITY, UT  84117

LINDSEY H. KESLER FAMILY REVOCABLE TRUST
C/O MILDRED P. KESLER TRUSTEE
4847 DAMON CIRCLE
SALT LAKE CITY, UT  84117

CLAWITER ASSOCIATES, LLC
2013 CAMINO RAMON PL
DANVILLE, CA  94526

FREDERICK W. KEWELL IRA
C/O DUNHAM TRUST COMPANY TRUSTEE
5426 HIDDEN VALLEY CT
RENO, NV  89502

BARBARA J. KEWELL TRUST DATED 7/18/89
C/O FREDERICK W. KEWELL II, TRUSTEE
5426 HIDDEN VALLEY CT
RENO, NV  89502

KEWELL LIVING TRUST DATED 7/18/89
C/O FREDERICK W. KEWELL, II TRUSTEE
5426 HIDDEN VALLEY CT
RENO, NV  89502

LYLE O. KEYS AND MELISSA W. KEYS
432 VIA VENTANA DRIVE
MESQUITE, NV  89027

C. K. KHURY AND IRENE K. BASS FAMILY TRU
C/O C. K. KHURY AND IRENE K. BASS, TRUST
1930 VILLAGE CENTER CIRCLE PMB 3-387
LAS VEGAS, NV  89134

MOHAMMAD KIANJAH
P O BOX 3412
```

CEDAR CITY, UT  84721

LINDA KIEL
12001 CLOVER AVENUE
LOS ANGELES, CA  90066

RONALD D. KIEL TRUST DATED 6/2/93
C/O RONALD D. KIEL, TRUSTEE
700 MARKER LN
LOVELOCK, NV  89419

TALLY-HO FUND
809 TALLYHO LANE
CHESTER SPRINGS, PA  19425

CAROL KILAND IRA
C/O FIRST SAVINGS BANK CUSTODIAN
20 VIA POTENZA COURT
HENDERSON, NV  89011

TRAVIS L. KILLEBREW & LORNA F. KILLEBREW
1520 PALOMINO DRIVE
HENDERSON, NV  89015

EDWARD H. KIM
2101 W. WARM SPRINGS #3814
HENDERSON, NV  89014

RICHARD KIM
139 SKYVIEW WAY
SAN FRANCISCO, CA  94131

KINDRED FAMILY TRUST DATED 9/19/96
C/O DAVIS KINDRED & KATHLEEN KINDRED TRU
1203 S MARSH AVENUE
RENO, NV  89509

KINDRED FAMILY TRUST DATED 3/17/97
C/O G. R.  & F. A. KINDRED TRUSTEES
2155 SKYLINE BOULEVARD
RENO, NV  89509

JOE H. KING & TONI J. KING
411 WALNUT ST 2239
GREEN COVE SPRINGS, FL  32043

DAVID A. KINGMAN  ACCT # 1
P O BOX 209
GLENBROOK, NV  89413

DAVID A. KINGMAN  ACCT # 2
P O BOX 209
GLENBROOK, NV  89413

DAVID A. KINGMAN  ACCT # 3
P O BOX 209
GLENBROOK, NV  89413

MARY JANE KINGMAN
P. O. BOX 209
GLENBROOK, NV  89413

ALEXANDRA KINGZETT
310 FOOTHILL ROAD
GARDNERVILLE, NV  89460

KIRK FAMILY TRUST DATED 8/24/99
C/O J. DOUGLAS KIRK AND CATHERINE KIRK,
8 BELCANTO
IRVINE, CA  92614

KIRK REVOCABLE TRUST DATED 2/10/84
C/O JERRY KIRK AND LUCI KIRK, TRUSTEES
P. O. BOX 26832
SANTA ANA, CA  92799

KIRKHAM & SANGINITI TRUST DATED 2/29/96
C/O LAWRENCE A. KIRKHAM & KATHLEEN B. SA
2350 HIGH TERRACE DR
RENO, NV  89509

KENNETH KISTINGER & TINA KISTINGER
839 LYNDON STREET
SOUTH PASADENA, CA  91030

EVELYN KITT
2128 EAGLEPATH CIRCLE
HENDERSON, NV  89074

CHARLES M. KIVEN REVOCABLE TRUST U/A/D 0
C/O CHARLES M. KIVEN, TRUSTEE
300 KEYSTONE COURT
GLENCOE, IL  60022

NORMAN KIVEN
5 BARNARD CT
RANCHO MIRAGE, CA  92270

FREEDOM PROPERTIES, INC.
1820 STAR PINE CT
RENO, NV  89523

KLAY LIVING TRUST DATED 7/11/90
C/O OTHMAR KLAY AND CHRISTINE KLAY, TRUS
5530 LAUSANNE DR
RENO, NV  89511

JAMES & SHIRLEY KLEGA TRUST DATED 06/22/
C/O JAMES KLEGA & SHIRLEY KLEGA TRUSTEES
6805 ANTEUS COURT
LAS VEGAS, NV  89131

RICHARD KLEINBAUM & JENNIFER KLEINBAUM
419 INDIGO SPRINGS

HENDERSON, NV  89014

GAIL KLEVAY
818 N VICTORIA PARK RD
FT. LAUDERDALE, FL  33304

WALTER KLEVAY & GAIL KLEVAY
818 N VICTORIA PARK RD
FORT LAUDERDALE, FL  33304

EDWARD KLINE & LEAH KLINE FAMILY TRUST D
C/O EDWARD KLINE AND  LEAH KLINE TRUSTEE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV  89134

BERNARD KLOENNE LIVING TRUST DATED 10/10
C/O BERNARD A. KLOENNE TRUSTEE
1646 AVENIDA VERDE VISTA
SAN DIMAS, CA  91773

KLOENNE LIVING TRUST DATED 3/11/87
C/O GREGOR KLOENNE & OTILLA M. KLOENNE T
P O BOX 661
KAILUA, HI  96734

KLOEPFER TRUST DATED 11/27/00
C/O JAMES R. KLOEPFER & NANCY ANN KLOEPF
225 SHADOWMERE WAY
APTOS, CA  95003

LLOYD A. KNAUSS REVOCABLE LIVING TRUST
C/O LLOYD A. KNAUSS TRUSTEE
1968 LAS PALMAS LANE #145
LAUGHLIN, NV  89029

L. V. KNIGHT & MARGARET E. KNIGHT
529 SHASTA AVE
OROVILLE, CA  95965

1996 KNOBEL TRUST DATED 9/5/96
C/O ANNA S. KNOBEL TRUSTEE
8919 CHALLIS HILL LANE
CHARLOTTE, NC  28226

ROBERT H. KNOBEL II, AND MATTHEW S. KNOB
225 RIVERTON RD
WEDDINGTON, NC  28104

G. ROBERT KNOLES AND CHRISTINA G. KNOLES
85 WOLF ROCK ROAD
KEYSTONE, CO  80435

MARCIA J. KNOX LIVING TRUST DATED 8/16/0
C/O MARCIA J. KNOX TRUSTEE
1885 VINTNERS PLACE
RENO, NV  89509

KENNETH W. KOERWITZ & JAN CASE KOERWITZ
C/O KENNETH W. KOERWITZ & JAN CASE KOERW
411 WALNUT ST PMB298
GREEN COVE SPRINGS, FL  32043

1989 KOHLER LIVING TRUST DATED 6/13/89
C/O GUENTHER A. KOHLER & ELFRIEDE KOHLER
842 OVERLOOK COURT
SAN MATEO, CA  94403

CHRISTINA KOKKINOS
2059 32ND STREET
ASTORIA, NY  11105

LOUISE ALPORT KOLBERG REVOCABLE TRUST
C/O LOUISE ALPORT KOLBERG, TRUSTEE
5914 ONONDAGA RD
BETHESDA, MD  20816

KOLBERT FAMILY TRUST DATED 4/3/03
C/O CARL A. KOLBERT & CLAUDIA C. KOLBERT
11200 BONDSHIRE DRIVE
RENO, NV  89511

HOWARD KOLODNY TRUST DATED 3/22/99
C/O HOWARD KOLODNY TRUSTEE
4404 PORTICO PLACE
ENCINO, CA  91316

BETTY KOLSTRUP
1830 BALBOA DR
RENO, NV  89503

KLAUS KOPF & COLETTE KOPF
8096 MERLEWOOD AVENUE
LAS VEGAS, NV  89117

HARVEY A. KORNHABER
P O BOX 10376
TRUCKEE, CA  96162

THE WILLIAM KOSTECHKO REVOCABLE TRUST DA
C/O WILLIAM KOSTECHKO, TRUSTEE
5415 W HARMON AVE #1035
LAS VEGAS, NV  89103

JOHANNA B. KOVACS
P. O. BOX 275
UPPER LAKE, CA  95485

STEPHEN V. KOWALSKI IRA
C/O FIRST SAVINGS BANK CUSTODIAN
29202 POSEY WAY
RANCHO PALOS VERDES, CA  90275

STEPHEN V. KOWALSKI & MARIA T. SUTHERLAN
29202 POSEY WAY

RANCHO PALOS VERDES, CA  90275

CARMEN KOZLOWSKI TRUST DATED 5/12/94
C/O CARMEN KOZLOWSKI TRUSTEE
5566 HIGHWAY 116
FORESTVILLE, CA  95436

DOROTHEA K KRAFT
1010 BARNEGAT LANE
MANTOLOKING, NJ  8738

AL KRAUS & KATRINA KRAUS
7800 CANTERBERRY RD
RAPID CITY, SD  57702

KRAVITZ FAMILY REVOCABLE TRUST UNDER AGR
C/O DAVID KRAVITZ & MABLE R. KRAVITZ TRU
19223 N 132ND AVE
SUN CITY WEST, AZ  85375

JOHN KREBBS & ELIZABETH LUNDY
7200 HWY 50 E
P O BOX 22030
CARSON CITY, NV  89701

KREISER LIVING TRUST DATED 9/10/95
C/O JOHN G. KREISER & PAULA KREISER TRUS
10 CLOVER LANE
SAN CARLOS, CA  94070

RONALD KREYKES & LINDA KREYKES
4928 WIND HILL COURT WEST
FT WORTH, TX  76179

CROSSTOWN LIVING TRUST DATED 11/12/98 (#
C/O JACK A. KRIETZBURG & SHARON M. KRIET
214 CALLE GALISTEO
SANTE FE, NM  87505

ARTHUR I. KRISS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2398 WEST 1050 NORTH
HURRICANE, UT  84737

ARTHUR I. KRISS IRA
C/O TRUST COMPANY  PACIFIC CUSTODIAN
2398 W 1050 NORTH
HURRICANE, UT  84737

PAUL KRON ESTATE TRUST DTD 06/12/90
C/O PAUL N. KRON TRUSTEE
1108 VILLEROY DRIVE
SUN CITY CENTER, FL  33573

BERNARD KRUGER
115 CENTRAL PARK WEST APT 12G
NEW YORK, NY  10023

RICHARD N. KRUPP
101 STATE PLACE STE. I
ESCONDIDO, CA  92029

KERMIT KRUSE
2710 ALBANY AVE
DAVIS, CA  95831

WALLACE L. KRUSE
1970 N LESLIE ST #3195
PAHRUMP, NV  89060

DAVID KRYNZEL
357 EVENING SIDE AVE
HENDERSON, NV  89012

GOLD RUNNER, LLC,
C/O DAVID KRYNZEL MANAGING PARTNER
357 EVENING SIDE AVE
HENDERSON, NV  89012

JENNIE KRYNZEL
138 MAUVE ST
HENDERSON, NV  89101

KATHLEEN KUBLY & MARSHALL D. KUBLY
4687 BRADFORD LANE
RENO, NV  89509

MARSHALL D. KUBLY & KATHLEEN KUBLY
4687 BRADFORD LANE
RENO, NV  89509

RICHARD F. KUDRNA JR.
P O BOX 2846
GARDNERVILLE, NV  89410

RUTH A. KUESTER TRUST DATED 1/29/91
C/O RUTH A. KUESTER TRUSTEE
1013 ANITA AVE
BIG BEAR CITY, CA  92314

GERTRUDE KUHNY TRUST DATED 8/1/95
C/O GERTRUDE J. KUHNY, TRUSTEE
2824 LINK VIEW DRIVE
LAS VEGAS, NV  89134

KUIPER TRUST
C/O LAMMERT KUIPER, JR. & AUDREY H. KUIP
1120 BROKEN HILLS DRIVE
HENDERSON, NV  89015

LAMMERT KUIPER, JR. & AUDREY KUIPER
1120 BROKEN HILLS DRIVE
HENDERSON, NV  89015

DESERT ROSE ESTATE TRUST DATED 12/01/04
C/O MARY F. KUNIS-BIDEGARY TRUSTEE
3125 SHADOWLEAF COURT
LAS VEGAS, NV  89117

JOHN PARKER KURLINSKI & CLAIRE SAWYER KU
C/O JOHN PARKER KURLINSKI & CLAIRE S. KU
3322 BEAM
LAS VEGAS, NV  89118

RYAN E. KURLINSKI
4335 GLEN LYTLE ROAD
PITTSBURGH, PA  15217

SCOTT A. KUSICH
2720 PRESTON CT
MOUNTAIN VIEW, CA  94040

HARRIET KUTZMAN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2529 HIGH RANGE DRIVE
LAS VEGAS, NV  89134

COLITA KWIATKOWSKI & PAUL KWIATKOWSKI
15380 HAMILTON STREET
OMAHA, NE  68154

DONALD H. KWIATKOWSKI & SANDRA L. KWIATK
15710 DAWSON CREEK DRIVE
MONUMENT, CO  80132

KWIATKOWSKI REVOCABLE TRUST, DATED 12/17
C/O PAUL L. KWIATKOWSKI AND COLITA JO KW
15380 HAMILTON STREET
OMAHA, NE  68154

WENDY KWONG
1817 CALIFORNIA ST UNIT # 211
SAN FRANCISCO, CA  94109

MICHAEL R. LA BAR AND HEIDI LA BAR
2400 TYNESIDE
HENDERSON, NV  89044

MICHAEL R. LABAR
2400 TYNESIDE
HENDERSON, NV  89044

MICHAEL LATORRA & JOAN LATORRA
42226 N. 10TH AVENUE
PHOENIX, AZ  85086

PETER LABADIA AND BEVERLY LABADIA
1604 WANDERING WINDS WAY
LAS VEGAS, NV  89128

LABOSSIERE FAMILY TRUST DATED 3/20/1987

C/O GERARD A. LABOSSIERE & LUCILLE LABOS
1271 SKYLARK ST
SPARKS, NV  89434

PATRICE A. LABOSSIERE
745 MATTERHORN BLVD
RENO, NV  89506

ANNA LACERTOSA & MARIE LACERTOSA
49 ELM STREET
VALLEY STREAM, NY  11580

THE DENNIS & LINDA LACK FAMILY TRUST DAT
C/O DENNIS G. LACK & LINDA J. LACK CO-TR
17654 YELLOW PINE AVE
SHASTA LAKE, CA  96019

PHILLIP LACKMAN & TILLIE LACKMAN
1350 TOWN CENTER DR UNIT 2023
LAS VEGAS, NV  89134

DINA LADD
355 MOGUL MOUNTAIN DRIVE
RENO, NV  89523

JOHN LAFAYETTE & MARINA LAFAYETTE
3600 RIVIERA AVE
LAS VEGAS, NV  89107

JOSEPH B. LAFAYETTE & CATHERINE D. LAFAY
9030 JUNIPRO AVE
ATASCADERO, CA  93422

JACK D. LAFLESCH IRA
C/O FIRST SAVINGS BANK CUSTODIAN
8414 W FARM RD #180-255
LAS VEGAS, NV  89131

JDL TRUST, DATED 1/27/04
C/O JACK D. LAFLESCH, TRUSTEE
8414 WEST FARM ROAD #180-255
LAS VEGAS, NV  89131

NANCY N. LAFLEUR
9508 GRENVILLE AVE
LAS VEGAS, NV  89134

MILTON W. LAIRD & BEVERLY J. LAIRD
712 PINNACLE COURT
MESQUITE, NV  89027

EILEEN MARIE LAKIN IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIA
2727 AMY COURT
MOUNT SHASTA, CA  96067

NORMA LAMB-GROVES TRUST DATED 2/18/03

```
C/O NORMA LAMB-GROVES TRUSTEE
1355 PLAYER CIRCLE
ST GEORGE, UT  84790

LORETTA A. LAMONT
6870 FOLSOM OAKS CT
GRANITE BAY, CA  95746

JESTER, LP
2024 WINTER WIND
LAS VEGAS, NV  89134

PULMONARY ASSOCIATES PROFIT SHARING PLAN
C/O ROBERT M. LAMPERT TRUSTEE
2024 WINTER WIND
LAS VEGAS, NV  89134

MELVIN LAMPH TRUST DATED 2/19/87
C/O MELVIN LAMPH TRUSTEE
9700 VERLAINE COURT
LAS VEGAS, NV  89145

MATTHEW K. LAMPH ACCOUNT
C/O PREMIER TRUST INC., AS AGENT
2980 S MONTE CRISTO WAY
LAS VEGAS, NV  89117

SHERRY LAMPH
9700 VERLAINE COURT
LAS VEGAS, NV  89145

LUCAS W. LANDAU
10582 EAGLE FALL WAY
RENO, NV  89521

FLOYD H. LANDER LIVING TRUST U-A 4/23/99
C/O FLOYD H. LANDER TRUSTEE
2043 SUNBURST WAY
RENO, NV  89509

TRACI LANDIG & JACQUELINE THURMOND
654 MOONLIGHT STROLL ST
HENDERSON, NV  89015

JOHN D. LANE & LAURA JANE LANE REVOCABLE
C/O JOHN D. LANE & LAURA JANE LANE TRUST
9404 OLYMPIA FIELDS DRIVE
SAN RAMON, CA  94583

JOHN D. LANE, IV
9404 OLYMPIA FIELDS DR
SAN RAMON, CA  94583

CAPSTONE ASSET MANAGEMENT
1390 FRANK HILL ROAD
ASHLAND, OR  97520
```

LESLIE S. LANES
1390 FRANK HILL ROAD
ASHLAND, OR  97520

ROBERT RICHARD LANGE FAMILY TRUST
C/O ROBERT RICHARD LANGE, TRUSTEE
774 SILVER WELLS RD
LAS VEGAS, NV  89149

EUGENE AND MARIA LANGWORTHY REVOCABLE LI
C/O EUGENE M. LANGWORTHY AND MARIA C. LA
1482 RESIDENCE CLUB CT.
REDMOND, OR  97756

JOSE M. LANZAS & GLADYS LANZAS
3345 SPOTTED FAWN DR.
ORLANDO, FL  32817

CHRIS F. LAPACIK AND ROSEMARY D. LAPACIK
562 LOS ALTOS DRIVE
CHULA VISTA, CA  91914

CHRIS F. LAPACIK
562 LOS ALTOS DRIVE
CHULA VISTA, CA  91914

THE HAROLD LARRAGUETA FAMILY TRUST DATED
C/O DOLORES LARRAGUETA TRUSTEE
244 CASTELLANA SOUTH
PALM DESERT, CA  92260

BRAD L. LARSON
1852 INVERNESS DRIVE
YARDLEY, PA  19067

GARY LARSON & DOLORES LARSON
544 ROLLING HILLS DR
MESQUITE, NV  89027

KARL LARSON
P O BOX 402
SILVER CITY, NV  89428

LARRY D. LARSON & SOBEYDA LARSON
58 SOUTH 3430 EAST
NEW HARMONY, UT  84757

LARSON FAMILY TRUST DATED 6/19/94
C/O SIDNEY L. LARSON & RUTH ANN LARSON T
5613 N. 133RD AVE
LITCHFIELD PARK, AZ  85340

RUTH M. LATAILLE
543  GRANVILLE ROAD
HARTLAND, CT  6027

LARRY LAUB & BETTY MORRIS-LAUB

```
18532 SPICER LAKE COURT
RENO, NV  89506

LARRY E. LAUB IRA
C/O STERLING TRUST COMPANY CUSTODIAN
18532 SPICER LAKE COURT
RENO, NV  89506

WHITNEY H. LAUREN FAMILY TRUST DATED 3/5
C/O WHITNEY H. LAUREN TRUSTEE
2581 RAMPART TERRACE
RENO, NV  89509

JOR LAW
5196 N PKWY CALABASAS
CALABASAS, CA  91302

THE JAMES F. LAWRENCE AND ARLA LAWRENCE
C/O JAMES F. LAWRENCE AND ARLA M. LAWREN
14412 N. GIANT SAGUARO PLACE
TUCSON, AZ  85737

ROBERT B. LAWRENCE AND PATRICIA A. LAWRE
44560 COUNTRY CLUB DR
EL MACERO, CA  95618

PAULA M. LAWSON
P O BOX 18652
RENO, NV  89511

THE RAYMOND & SANDRA NUNEZ FAMILY TRUST
C/O RAYMOND NUNEZ & SANDRA L. LAWSON TRU
4238 CURRAGH OAKS LANE
FAIR OAKS, CA  95628

LAYNE FAMILY TRUST
C/O BRUCE LAYNE AND SHERRY LANE, TRUSTEE
26 CLUB VISTA DRIVE
HENDERSON, NV  89052

SHARON S. LAZAR
705 KENDALL LANE
BOULDER CITY, NV  89005

GARY LEACH & STACIE LEACH
23 MILROSE
IRVINE, CA  92603

MARTIN N. LEAF
71 PIERCE ROAD BOX 142
WINDSOR, MA  1270

JEAN-JACQUES LEBLANC IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
P O BOX 6434
INCLINE VILLAGE, NV  89450
```

JOAN M. LEBLANC
P. O. BOX 6434
INCLINE VILLAGE, NV  89450

GENE & LINDA LEBLANC FAMILY TRUST DATED
C/O LINDA LEBLANC AND GENE A. LEBLANC, T
4013 CLOVER CREEK CRT
RENO, NV  89509

DONALD LECHMAN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2561 DATE CIRCLE
TORRANCE, CA  90505

LESTER LECKENBY & BARBARA LECKENBY
1699 BRIDGEVIEW CT
RENO, NV  89521

JAMES H. LECOURT AND LOUISE M. LECOURT
32061 VIA FLORES
SAN JUAN CAPISTRANO, CA  92675

MICHAEL LEDBETTER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 2246
ROSEBURG, OR  97470

EMILY P. LEE
2223 25TH AVE
SAN FRANCISCO, CA  94116

HAN K. LEE & CAROL L. LEE
2910 SARINA AVENUE
HENDERSON, NV  89014

JON J.LEE & TRACY LEE
1820 N PRINCETON WAY
EAGLE, ID  83616

HOCK YEN LEE MARITAL QTIP TRUST
C/O MARILYN LEE, TRUSTEE
7321 W. CARIBBEAN LANE
PEORIA, AZ  85381

RICHARD C. L. LEE & ESTELLA W. Y. LEE
1446 35TH AVENUE
SAN FRANCISCO, CA  94122

WILLIAM W. LEE & TERESA H. LEE 2003 FAMI
C/O TERESA H. LEE, TRUSTEE
9050 DOUBLE R  BLVD  UNIT 421
RENO, NV  89521

THE JANET L. LEEDHAM REVOCABLE TRUST, DT
C/O JANET L. LEEDHAM, TTEE
REALTY EXECUTIVES, ATTN:  JANET LEEDHAM
10750 W CHARLESTON BLVD, STE 180

LAS VEGAS, NV  89135

HANS J. LEER & CAROLYN F. LEER
2024 GENTRY LN
CARSON CITY, NV  89701

MILTON H. LEES III
P. O. BOX 315
TAHOE VISTA, CA  96148

CAROL EDWARD ASSOCIATES
P O BOX 8543
INCLINE VILLAGE, NV  89452

CAROL LEFCOURT
P O BOX 8543
INCLINE VILLAGE, NV  89452

RENEE LEFF-KAPLAN
4330 ROMERO DRIVE
TARZANA, CA  91356

MILTON J. LEHART
184 BUCKLAND DR.
RENO, NV  89511

JAMES W. LEHR & JULIE ANNE LEHR
624 E COZZA DR
SPOKANE, WA  99208

LEHRER FAMILY TRUST DATED 2/3/04
C/O BERNARD LEHRER, TRUSTEE
350 PASEO DE PLAYA UNIT 319
VENTURA, CA  93001

ELLA M. LEHRER
350 PASEO DE PLAYA UNIT 319
VENTURA, CA  93001

LEHRMANN FAMILY TRUST DATED 4/19/96
C/O LARRY D. LEHRMANN & KATHLEEN F. LEHR
204 W. MILL VALLEY DRIVE
COLLEYVILLE, TX  76034

THE LEIBY FAMILY 1992 TRUST DTD 7/8/92
C/O RICHARD AND CAROL K. LEIBY, TRUSTEES
3101 BROWN BIRDS NEST DR
HENDERSON, NV  89052

LEIBY FAMILY 1992 TRUST DATED 7/8/92
C/O RICHARD GLENN LEIBY & CAROL K. LEIBY
3101 BROWNBIRDS NEST DR
HENDERSON, NV  89052

ELAINE M. LEITNER AND CRAIG A. LEITNER
7226 HEATHERWOOD DR.
RENO, NV  89523

```
GERNOT LEITZINGER & ROSEMARIE LEITZINGER
2857 SLOAT RD
PEBBLE BEACH, CA  93953

NIENKE A. LELS-HOHMANN REVOCABLE TRUST A
C/O NIENKE A. LELS-HOHMANN, TRUSTEE
1559 FRANCISCO ST.
SAN FRANCISCO, CA  94123

BRUCE R. LEMAR
4009 GRAND AVE
WESTERN SPRINGS, IL  60558

ANDREW J. LEMBERSKY
3928 PLACITA DEL LAZO
LAS VEGAS, NV  89120

F. TED LEMONS
2930 MARKRIDGE DRIVE
RENO, NV  89509

HOWIE'S CIGARS, LLC
9900 WILBUR MAY PKWY 2702
RENO, NV  89521

WILLIAM H. LENHART LIVING TRUST
C/O WILLIAM H. LENHART TRUSTEE
1209 WILSHIRE ST
LAS VEGAS, NV  89146

JORG U. LENK IRA
C/O FIRST SAVINGS BANK CUSTODIAN
10636 BARDILINO STREET
LAS VEGAS, NV  89141

JORG U. LENK
10636 BARDILINO ST
LAS VEGAS, NV  89141

GUENTHER & ADELLE LEOPOLD FAMILY TRUST D
C/O GUENTHER LEOPOLD & ADELLE LEOPOLD TR
3080 ARGUELLO DR
BURLINGAME, CA  94010

LEOPOLD FAMILY TRUST DATED 9/18/04
C/O JEFFREY S. LEOPOLD & MICHELLE R. LEO
70 CORTE AMADO
GREENBRAE, CA  94904

ERIC LYNN LESTER AND CASSIE LESTER
500 W GOLDFIELD AVE
YERINGTON, NV  89447

HENRY L. LETZERICH AND NORMA W. LETZERIC
2322 JOSHUA CIRCLE
SANTA CLARA, UT  84765
```

```
JORDAN LEVENSON
P O BOX 19606
LOS ANGELES, CA  90019

JOHN-ERIC M. LEVIN & KIMBERLY A LEVIN
12417 SW SHELDRAKE WAY
BEAVERTON, OR  97007

LINDA LEVIN
8000 CASTLE PINES AVE
LAS VEGAS, NV  89113

SVEN-ERIC & LINDA LEVIN 1994 TRUST DATED
C/O SVEN-ERIC LEVIN & LINDA LEVIN CO-TRU
8000 CASTLE PINES AVENUE
LAS VEGAS, NV  89113

IRWIN LEVINE IRA C/O POLLYCOMP
C/O FIRST REGIONAL BANK CUSTODIAN
10024 BUTTON WILLOW
LAS VEGAS, NV  89134

RNR LIVING TRUST DATED 10/1/04
C/O ROBERT LEVY & RENEE LEVY TRUSTEES
2115 BENSLEY ST
HENDERSON, NV  89044

GERALD LEWIS & JUDITH J. LEWIS,
4196 KINGSVIEW RD
MOORPARK, CA  93021

GERALD LEWIS & JUDITH J. LEWIS
10524 COURTNEY COVE
LAS VEGAS, NV  89134

ERNEST W. LIBMAN & CLEONE LIBMAN FAMILY
C/O ERNEST W. LIBMAN TRUSTEE
1709 GLENVIEW DR
LAS VEGAS, NV  89134

ERNEST W. LIBMAN, IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1709 GLENVIEW DRIVE
LAS VEGAS, NV  89134

ERNEST W. LIBMAN IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
1709 GLENVIEW DRIVE
LAS VEGAS, NV  89134

JAMES H. LIDSTER FAMILY TRUST DATED 1/20
C/O JAMES H. LIDSTER & PHYLLUS M. LIDSTE
P O BOX 2577
MINDEN, NV  89423

ANNA LIEBLEIN & JOHN DRAKOULES
```

1122 DOUGLAS DR
LAS VEGAS, NV  89102

LIEM FAMILY TRUST
C/O JAMES LIEM TRUSTEE
3324 EAST VALLEY VISTA
PARADISE VALLEY, AZ  85253

PATRICIA R. LIETZ
3676 WOODHURST DRIVE
COVINA, CA  91724

SUZANNE LIEWER 2000 REVOCABLE TRUST DATE
C/O SUZANNE LIEWER TRUSTEE
6 EDDYSTONE CT
REDWOOD CITY, CA  94065

LIFTON TRUST DATED 2/9/99
C/O RON LIFTON & LEONORA LIFTON TRUSTEES
5706 MEADOWS DEL MAR
SAN DIEGO, CA  92130

STEVE LIKOURINOU & JUNE M. LIKOURINOU
38 CHALET HILLS TERRACE
HENDERSON, NV  89052

JAY LIM & KIM M. LIM
208 CLARENCE WAY
FREMONT, CA  94539

VERUSIO SOLUTIONS, LLC
208 CLARENCE WAY
FREMONT, CA  94539

STEPHEN R. LIMA AND PAULETTE C. LIMA
460 WISKEY HILL RD
WATSONVILLE, CA  95076

STEPHEN & PATRICIA LINCOLN TRUST DATED 8
C/O STEPHEN LINCOLN & PATRICIA LINCOLN T
P. O. BOX 2441
CARSON CITY, NV  89702

STEVE LINDQUIST CHARITABLE REMAINDER UNI
C/O STEVE LINDQUIST TRUSTEE
43-524 CALLE ESPADA
LA QUINTA, CA  92253

PAUL L. & MARIE LINNEY TRUST DATED 10/25
C/O PAUL L. LINNEY TRUSTEE
2079 MERITAGE DR
SPARKS, NV  89434

RODERICK W. LINS
1502 STANFORD DRIVE
CARSON CITY, NV  89701

LINTHICUM REVOCABLE TRUST, DATED 1/14/80
C/O JAMES ALLEN LINTHICUM AND CAROL DIAN
21886 WILSON COURT
CUPERTINO, CA  95014

JEFFREY LIPSHITZ IRA
C/O FIRST REGIONAL BANK CUSTODIAN
1489 CANTERA AVE
SANTA BARBARA, CA  93110

LISEK FAMILY TRUST DATED 1/29/92
C/O DANIEL B. LISEK, CLAIRE LISEK & GAYL
729 GARYS WAY
CARSON CITY, NV  89701

DOUGLAS LITTRELL & JOANI LITTRELL
953 BRIDGEPORT WAY
RIO VISTA, CA  94571

PORTAL VENTURE, LLC
728 N ROCKBURY DR
BEVERLY HILLS, CA  90210

DAVID G. LIVINGSTON & ERLINDA M. LIVINGS
1673 KEY COLONY DRIVE
LAS VEGAS, NV  89156

CORNERSTONE CAPITAL INVESTMENTS, LLC
6050 GLOWING COTTAGE CT
LAS VEGAS, NV  89139

JOHN LLOYD IRA
C/O FIRST SAVINGS BANK CUSTODIAN
6050 GLOWING COTTAGE CT
LAS VEGAS, NV  89139

VENTURA TRUST DATED 11/14/03
C/O KAREN LLOYD TRUSTEE
3700 DIX LANE
MODESTO, CA  95356

LEO W. LLOYD  IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 347 379 E LAKESIDE
BAYFIELD, CO  81122

NICHOLAS LOADER TRUST U/A
C/O NICHOLAS LOADER TRUSTEE
101425 OVERSEAS HWY PMB 706
KEY LARGO, FL  33037

RANDALL LOCOCO & ALLISON LOCOCO
3001 SAN LUIS COURT
FORT COLLINS, CO  80525

IVAN LOEBS
236 GARRETT AVENUE

CHULA VISTA, CA  91910

BEN LOFGREN & DANA LOFGREN,
28292 PINEBROOK
MISSION VIEJO, CA  92692

LOFTFIELD REVOCABLE LIVING TRUST
C/O JAMES RONALD LOFTFIELD & CATHERINE P
1532 BEECH GROVE DRIVE
LAS VEGAS, NV  89119

JAMES E. LOFTON & DENISE G. LOFTON
1573 DIAMOND COUNTY DR
RENO, NV  89521

LOKSHIN FAMILY TRUST DATED 6/3/96
C/O BORIS M. LOKSHIN & MINDY F. LOKSHIN
4208 PINTO DR
RENO, NV  89509

BORIS M. LOKSHIN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4208 PINTO DRIVE
RENO, NV  89509

AREA 2 LLC,
2715 EVERGREEN OAKS DR
HENDERSON, NV  89052

POMPEO J. LOMBARDI
572 SUGARPINE DRIVE
INCLINE VILLAGE, NV  89451

POMPEO J. LOMBARDI AND SARAH A. GRANT
2660 W LAKERIDGE SHORES
RENO, NV  89509

LOMMORI FAMILY TRUST DATED 4/12/93
C/O MARIO M. LOMMORI & CLARICE E. LOMMOR
20 SOUTH WEST ST.
YERRINGTON, NV  89447

LONDON TRUST DATED 9/20/99
C/O DENNIS L. LONDON TRUSTEE
301 W LESLIE ST # 58
PAHRUMP, NV  89060

WILLIAM R. LONG
93 BROKEN ROCK DRIVE
HENDERSON, NV  89074

WILLIAM R. LONG
93 BROKEN ROCK DRIVE
HENDERSON, NV  89074

KEITH LOPEMAN & LA CRETA LOPEMAN
260 E. COUNTRY CLUB DRIVE

HENDERSON, NV  89015

ANN M. LORENZO
3361 SKYLINE BLVD
RENO, NV  89509

LOSCHIAVO FAMILY TRUST DATED 3/20/96
C/O GIOVANNI LOSCHIAVO & ELIZABETH LOSCH
702 NICKLEBY AVE
LAS VEGAS, NV  89123

EDWARD G. LOUGHLIN
2636 GOLDEN SANDS DR
LAS VEGAS, NV  89128

EDWARD G. LOUGHLIN & THELMA E. GUEVARA
2636 GOLDEN SANDS DRIVE
LAS VEGAS, NV  89128

LORIN LOUGHLIN AND RAND YAZZOLINO
1259 BAGS BLVD
SONOMA, CA  95476

R. LANCE LOUGHLIN
12286 CLIPPER CREEK ROAD
NEVADA CITY, CA  95959

LOUGHLIN FAMILY TRUST
C/O RICHARD J. LOUGHLIN & ROBERTA L. LOU
50 GREENBRIAR CIRCLE
NAPA, CA  94558

THE ROBERT S. LOUIS AND ROSE M. LOUIS FA
C/O ROBERT S. LOUIS AND ROSE M. LOUIS, T
5814 ENGSTROM DR
RIVERBANK, CA  95367

HENRI L. LOUVIGNY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2648 ASPEN VALLEY LN.
SACRAMENTO, CA  95835

MARCELLE A. LOUVIGNY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2648 ASPEN VALLEY LANE
SACRAMENTO, CA  95835

THE HENRY L. LOUVIGNY & MARCELLE A. LOUV
C/O HENRI L. LOUVIGNY & MARCELLE A. LOUV
2648 ASPEN VALLEY LN
SACRAMENTO, CA  95835

LOWE FAMILY TRUST
C/O ROBERT L. LOWE & MARY M. LOWE TRUSTE
225 GARFIELD DRIVE
HENDERSON, NV  89074

LEONA LUBLINER LIVING TRUST U/A DATED 7/
C/O LEONA LUBLINER TRUSTEE
880 BUFFWOOD AVENUE
LAS VEGAS, NV  89123

MADALENE LUCA
1398 MINUET STREET
HENDERSON, NV  89052

JANICE A. LUCAS, IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1310 SECRET LAKE LOOP
LINCOLN, CA  95648

LEO & MARY LUCAS FAMILY REVOCABLE TRUST
C/O LEO LUCAS & MARY LUCAS TRUSTEES
6121 WEST EUGENE
LAS VEGAS, NV  89108

WILLIAM LUKASAVAGE & JOANNE LUKASAVAGE
8641 CASTLE HILL AVE
LAS VEGAS, NV  89129

HENDARSIN LUKITO & SHU S. LUKITO
3009 BEAVERWOOD LN
SILVER SPRINGS, MD  20906

HERBERT LUM TRUST DATED 11/27/96
C/O HERBERT LUM TRUSTEE
5783 BALLENGER DRIVE
LAS VEGAS, NV  89122

ROBERT B. LUNDBERG
340 E 300 N
MANTI, UT  84642

RONNY K. LUNDIN
P O BOX 18331
FOUNTAIN HILLS, AZ  85268

JOHN M. LUONGO & GLORIA LUONGO
965 LEAH CIRCLE
RENO, NV  89511

CHURCH OF THE MOVEMENT OF SPIRITUAL INNE
3500 W ADAMS BLVD
LOS ANGELES, CA  90018

ROBERT D. LURIE AND LOIS J. SWANSON
11812 MARBLE ARCH DRIVE
NORTH TUSTIN, CA  92705

SUSIE & WILLIAM LURTZ 1991 TRUST DATED 3
C/O WILLIAM OTTO LURTZ & SUSIE ALICE BYR
P.O. BOX 49
GLENBROOK, NV  89413

```
BARBARA SUE LUTHI TRUST DATED 7/9/97
C/O BARBARA SUE LUTHI TRUSTEE
4908 WOMACK CIRCLE
THE COLONY, TX  75056

BARBARA SUE LUTHI IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4908 WOMACK CIRCLE
THE COLONY, TX  75056

RICHARD D. LUTHI TRUST DATED 5/20/93
C/O RICHARD D. LUTHI TRUSTEE
4908 WOMACK CIRCLE
THE COLONY, TX  75056

DONNA C. LUTTEL, GERHARD LUTTEL AND GWEN
390 PEACEFUL STREET
LAS VEGAS, NV  89110

BRANT C. LYALL AND KATHY J. LYALL
1956 TWIN SUN CIRCLE
WALLED LAKE, MI  48390

ROBERTA J. LYCETT
2806 OTSEGO DRIVE
OAK HILL, VA  20171

B & W PRECAST CONSTRUCTION, INC.
2511 HARMONY GROVE RD
ESCONDITO, CA  92029

EDWARD D. LYNCH
3917 PARKVIEW TERRACE
RIVERSIDE, CA  92501

ELLEN MARY LYNCH TRUST DATED 7/6/1998
C/O ELLEN MARY LYNCH TRUSTEE
69-411 RAMON RD #223
CATHEDRAL CITY, CA  92234

PATRICK P. LYNCH
25130 GENUINE RISK RD
MONTEREY, CA  93940

PHILIP H. LYNCH
410 EAST 17TH STREET
ESCONDIDO, CA  92025

THE THOMAS D. LYNCH FAMILY FOUNDATION
C/O THOMAS D. LYNCH PRESIDENT
1011 ARMADILLO COURT
HENDERSON, NV  89015

THE THOMAS D. LYNCH 1995 REVOCABLE LIVIN
C/O THOMAS D. LYNCH TRUSTEE
1011 ARMADILLO CT.
HENDERSON, NV  89015
```

```
ERIKA G. LYNN
PO BOX 458
KINGS BEACH, CA  96143

SHERRY LYNNE
29657 STRAWBERRY HILL DRIVE
AGOURA HILLS, CA  91301

PHILIP & DORA LYONS TRUST UA 8/9/99
C/O PHILIP LYONS & DORA LYONS TRUSTEES
2008 MARBLE GORGE DRIVE
LAS VEGAS, NV  89117

ERIN E. MACDONALD REVOCABLE LIVING TRUST
C/O ERIN E. MACDONALD TRUSTEE
9521 TOURNAMENT CANYON DR
LAS VEGAS, NV  89144

MACDONALD CENTER FOR THE ARTS AND HUMANI
1730 HORIZON RIDGE PKWY
HENDERSON, NV  89012

92173 FAMILY TRUST (1)
C/O RICHARD C. MACDONALD AND CLAIRE MACD
1730 HORIZON RIDGE PKWY
HENDERSON, NV  89012

42145 TRUST
C/O RICHARD C. MACDONALD TRUSTEE
1730 HORIZON RIDGE PKWY
HENDERSON, NV  89012

TONY T. MACEY
18055 NW TILLAMOOK
PORTLAND, OR  97229

BARBARA MACFARLANE LIVING TRUST AGREEMEN
C/O BARBARA MACFARLANE TRUSTEE
P O BOX 3930
SPARKS, NV  89432

JAMES GARY MACHETTA TRUST DATED 7/9/02
C/O JAMES GARY MACHETTATRUSTEE
P O BOX 2242
DENVER, CO  80201

JOSEPH J. MACHETTA TRUST DATED 8/25/04
C/O JOSEPH J. MACHETTA, TRUSTEE
P O BOX 187
BRUSH, CO  80723

JOSEPH MACHETTA
PO BOX 187
BRUSH, CO  80723

EUGENE B. MACHOCK & DIANNE D. MACHOCK FA
```

C/O EUGENE B. MACHOCK, TRUSTEE
857 E CHENNAULT AVE
FRESNO, CA  93720

HEIDI MACHOCK IRA
C/O FISERV ISS & CO. CUSTODIAN
32792 ROSEMONT DRIVE
TRABUCO CANYON, CA  92679

SCOTT MACHOCK & HEIDI MACHOCK
32792 ROSEMONT DRIVE
TRABUCO CANYON, CA  92679

SUSAN M. MACK & KELLY COOPER
P O BOX 123
UNDERWOOD, WA  98651

GREAT BASIN FOUNDATION FOR BIOMEDICAL RE
C/O F. ROY  MACKINTOSH TRUSTEE
7350 LAKESIDE DR
RENO, NV  89511

ROGIE C. MADLAMBAYAN
29 OLIVE TREE COURT
HENDERSON, NV  89074

ROGIE MADLAMBAYAN TRUST DATED 2/22/05
C/O ROGIE MADLAMBYAN TRUSTEE
29 OLIVE TREE COURT
HENDERSON, NV  89074

EVAN J. MADOW D.C. TRUST
C/O EVAN J. MADOW D.C. TRUSTEE
7500 BRYAN DAIRY RD STE A
LARGO, FL  33777

STUART J. MADSEN TRUST DATED 9/7/00
C/O STUART J. MADSEN TRUSTEE
5843 VALLE VISTA COURT
GRANITE BAY, CA  95746

FREDERICK J. MAFFEO & ALICE MAFFEO
4557 EDDIE WARD WAY
SILVER CITY, NM  88061

JAMES W. MAGNE & JOSEPH P. MAGNER
9312 E JEWEL CIRCLE
DENVER, CO  80231

JOHN J. MAGUIRE & DIANE M. MAGUIRE LIVIN
C/O JOHN J. MAGUIRE & DIANE M. MAGUIRE T
5590 SAN PALAZZO COURT
LAS VEGAS, NV  89141

RABINDER MAHESHWARI AND USHA MAHESHWARI
101 UTAH ST  ROOM 130
SAN FRANCISCO, CA  94103

HELEN C. MAKEPEACE SURVIVOR'S TRUST UAD
C/O HELEN C. MAKEPEACE TRUSTEE
2445 HARDEN RIDGE DRIVE
HENDERSON, NV  89052

MARIE A. MAKI & RAYMOND E. MAKI
9024 COLUMBIA STREET
SAINT JOHN, IN  46373

MALDONADO TRUST UNDER AGREEMENT DATED 10
C/O LOU O. MALDONADO TRUSTEE
303 E. WILDWOOD DRIVE
PHOENIX, AZ  85048

RITA K. MALKIN TRUST DATED 7/26/2002
C/O RITA K. MALKIN TRUSTEE
1705 BURWOOD CIRCLE
RENO, NV  89521

BARBARA SUSAN MALKOFF
16 REDWOOD DRIVE
PLAINVIEW, NY  11803

MALLIN FAMILY TRUST DATED 7/12/99
C/O JOHN ROBERT MALLIN, JR. & MARIE THER
9809 PINNACLE PASS DRIVE
LAS VEGAS, NV  89117

MICHAEL J. MALONEY & JO ANN L. MALONEY R
C/O MICHAEL J. MALONEY & JO ANN L. MALON
2198 PEYTEN PARK ST
HENDERSON, NV  89052

LUCINDA MALOTT
957 LA SENDA
SANTA BARBARA, CA  93105

SAMUEL A. MAMMANO AND KAREN M. MAMMANO
1490 RIDGE RD
WEBSTER, NY  14580

TAMRA A. MAMUAD
7935 PLACID STREET
LAS VEGAS, NV  89123

MELISSA MAMULA
3318 TRICKLING STREAM CL
LAS VEGAS, NV  89117

ANDREA T. MANCUSO FAMILY LIMITED PARTNER
C/O  ANDREA MANCUSO GENERAL PARTNER
P O BOX 981840
PARK CITY, UT  84098

ANDREA T. MANCUSO LIVING TRUST DATED 5/3
C/O ANDREA T. MANCUSO TRUSTEE

```
P O BOX 981840
PARK CITY, UT  84098

GUIDO MANDARINO POD MARIA ROCCO
7951 AVALON ISLAND STREET
LAS VEGAS, NV  89139

JOHN A. MANNEY & KATHRYN B. MANNEY
P O BOX 370354
LAS VEGAS, NV  89137

MARTIN L. MANNING
PO BOX 426
GENOA, NV  89411

MANSDORF 1993 TRUST
C/O ZEEV MANSDORF & CILA MANSDORF TRUSTE
2816 BRIANWOOD COURT
LAS VEGAS, NV  89134

MORRIS MANSELL IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
2578 HIGHMORE AVENUE
HENDERSON, NV  89052

TIKI INVESTMENT ENTERPRISES LP
2578 HIGHMORE AVE
HENDERSON, NV  89052

GASTON TRUST DATED 12/31/02
C/O TITAN MANAGEMENT, LTD TRUSTEE
2578 HIGHMORE
HENDERSON, NV  89052

LEO G. MANTAS
2053 COLUMBUS WAY
VISTA, CA  92081

WORLD LINKS GROUP, LLC
2053 COLUMBUS WAY
VISTA, CA  92081

JOHN MANTER
1449 TIROL DR
INCLINE VILLAGE, NV  89451

JOHN P. MANTER & NANCY K. MANTER LIVING
C/O JOHN P. MANTER & NANCY K. MANTER TRU
1449 TIROL DR
INCLINE VILLAGE, NV  89451

GILBERT MANUEL LIVING TRUST DATED 1/3/92
C/O GILBERT MANUEL, TRUSTEE
4521 PISA DR
RENO, NV  89509

CHARLES & JEAN MARADEN FAMILY TRUST DATE
```

C/O CHARLES R. MARADEN & JEAN MARADEN TR
10170 ROBILEE CT
RENO, NV  89521

VALERIE CALLAHAN, & CHARLES R. MARADEN
12585 CREEK CREST DRIVE
RENO, NV  89511

CHRISTOPHER A. MARANDO AND NOREEN E. MAR
385 MAPLE ST
GLEN ELLYN, IL  60137

ROBERT J. MARCH
5305 TANNERWOOD DR
RENO, NV  89511

THE ROBERT J. MARCH FAMILY TRUST DATED 1
C/O ROBERT J. MARCH, TRUSTEE
5305 TANNERWOOD DR
RENO, NV  89511

GILLES MARCHAND
512 SUMMER MESA DR
LAS VEGAS, NV  89144

ALEXANDER W. MARCHUK & DOREEN W. MARCHUK
325 MARCHE CHASE DR APT 138
EUGENE, OR  97401

CAROL A. MARCONI
3731 SARASOTA SQ BLVD #307
SARASOTA, FL  34238

MURRAY MARCUS
545 CANOSA AVENUE
LAS VEGAS, NV  89104

MICHAEL MARINCHAK AND JENNIFER MARINCHAK
967 WILLOW GLEN WAY
SAN JOSE, CA  95125

LIBRADEAUX LLC
3455 CLIFF SHADOWS PKWY STE 190
LAS VEGAS, NV  89129

SALLY MARK
7673 GRANVILLE DRIVE
TAMARACK, FL  33321

LILY MARKHAM & IRENE ANNE MARKHAM-TAFOYA
7746 FOREDAWN DR
LAS VEGAS, NV  89123

ALAN M. MARKUS & TRENA L. MARKUS
22145 TIMBERLINE
LAKE FOREST, CA  92630

MONIQUE A. MARKWELL
100 N. ARLINGTON AVE APT # 9-H
RENO, NV  89501

MARKWELL FAMILY TRUST
C/O TERRY MARKWELL & CHRISTIANE MARKWELL
12765 SILVER WOLF RD
RENO, NV  89511

TERRY MARKWELL PROFIT SHARING PLAN & TRU
C/O TERRY MARKWELL TRUSTEE
12765 SILVER WOLF RD
RENO, NV  89511

MICHAEL C MAROKO & HAVIVA MAROKO 2001 RE
C/O MICHAEL C MAROKO & HAVIVA MAROKO TRU
2395 BUCKINGHAM LANE
BEL AIR, CA  90077

THE J V MARRONE REVOCABLE TRUST DATED 12
C/O J V MARRONE TRUSTEE
55 COLONIAL DRIVE
RANCHO MIRAGE, CA  92270

V. R. & REBA F. MARRONE TRUST DATED 10/2
C/O V. R. MARRONE & REBA F. MARRONE TRUS
8975 430 LAWRENCE WELK DR
ESCONDIDO, CA  92026

BOBBIE MARRS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
5753 BEDROCK SPRINGS AVE
LAS VEGAS, NV  89131

DON P. MARSHALL TRUST DATED 7/18/95
C/O DON P. MARSHALL TRUSTEE
221 CHIQUITA ROAD
HEALDSBURG, CA  95448

JEROME MARSHALL & ROCHELLE MARSHALL
3175 LA MANCHA WAY
HENDERSON, NV  89014

MARSON FAMILY TRUST DATED 1/18/95
C/O JOSEPH V. MARSON & VERONICA M. MARSO
5974 BLUE HILLS CT
RENO, NV  89502

MARSON FAMILY TRUST DATED 6/9/86
C/O RICHARD P. MARSON & MARY I. MARSON T
2046 CASCADE CANYON DR
SAINT GEORGE, UT  84770

MICHELE L. MARSON-RUIZ & PHILLIP J. RUIZ
1890 HIDDEN MEADOWS DR
RENO, NV  89502

MARSTON FAMILY TRUST DATED 8/13/93
C/O E. GRACE MARSTON TRUSTEE
12441 ROAD 44
MANCOS, CO  81328

JOHN M. MARSTON & LINDA S. MARSTON
12441 COUNTY RD 44
MANCOS, CO  81328

JERRY W. MARTAK
270 HERCULES DRIVE
SPARKS, NV  89436

GERALDINE E. MARTIN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4786 VILLAGE GREEN PKWY
RENO, NV  89509

JERROLD T. MARTIN & JAMES T. MARTIN
8423 PASO ROBLES
NORTHRIDGE, CA  91325

NORMAN MARTINEAU & KATHRYN J. MARTINEAU
P O BOX 575
VALLEY CENTER, CA  92082

CASTULO O. MARTINEZ
2208 HOT OAK RIDGE
LAS VEGAS, NV  89134

GGRM PENSION PROFIT SHARING PLAN
C/O GABRIEL A. MARTINEZ TRUSTEE
601 S 9TH STREET
LAS VEGAS, NV  89101

LEONARD MARTINEZ &TARA MARTINEZ
6297 ELVIDO AVE
LAS VEGAS, NV  89122

MARTINEZ FAMILY TRUST DATED 2/24/97
C/O MARCELLA MARTINEZ & ROSS MARTINEZ TR
2283 VEGAS VALLEY DR
LAS VEGAS, NV  89109

MARTY A. MARTINEZ, & ANTONIO SOLTERO
4051 FURNACE CREEK RD
CARSON CITY, NV  89706

PAMELA JEAN MARTON
2652 1/2 LAKE VIEW TERRACE EAST
LOS ANGELES, CA  90039

GERALD MARTS & LINDA R. MARTS
3181 KIPS KORNER ROAD
NORCO, CA  92860

THOMAS MARUNA AND SAYURI MARUNA

7 CALLE ALAMITOS
RANCHO SANTA MARGARITA, CA  92688

GORDON MARX
2620 WESTERN AVE
LAS VEGAS, NV  89109

MARX FAMILY TRUST
C/O STEVEN MARX & SHAUNA M. MARX TRUSTEE
5990 THIROS CIRCLE
LAS VEGAS, NV  89146

GENTLE BAY 1997 TRUST
C/O JACQUES M. MASSA TTEE
7 PARADISE VALLEY CT
HENDERSON, NV  89052

JAYEM FAMILY LP
7 PARADISE VALLEY CT
HENDERSON, NV  89052

DIANE MASSRY, AKA DENISE D. AZRAK-MASSRY
62 BRIGHTON AVE
DEAL, NJ  7723

LOUIS E MASSRY
62 BRIGHTON AVE
DEAL, NJ  7723

MORRIS MASSRY
255 WASHINGTON  AVE EXTENSION
ALBANY, NY  12205

LELA F. MASTERS
305 WASHINGTON AVE
GULF BREEZE, FL  32561

CHARLES T. MASTERS & SANDRA O. MASTERS F
C/O SANDRA O. MASTERS TRUSTEE
18124 WEDGE PKWY # 550
RENO, NV  89511

GLADYS MATHERS, & JOANN NUNES
1741 LAVENDER COURT
MINDEN, NV  89423

ALEXANDER MATHES
2232 SPRINGWATER
LAS VEGAS, NV  89134

FRIEDA MATHES
2232 SPRING WATER DR
LAS VEGAS, NV  89134

MAX MATHEWS
1351 POPLAR AVENUE
TWIN FALLS, ID  83301

```
MAX MATHEWS AS TO AN UNDIVIDED ONE-HALF
1351 POPLAR AVENUE
TWIN FALLS, ID  83301

JAMES E. MATHIESON & DORIS R. MATHIESON
5100 JORDAN FREY UNIT 101
LAS VEGAS, NV  89130

MARIA I. MATHIEU
2623 ALBANO VILLA COURT
LAS VEGAS, NV  89121

MATONOVICH FAMILY TRUST DATED 5/16/73 (K
C/O EVELYN MATONOVICH TRUSTEE
LINSCO/PRIVATE LEDGER ACCT # 6906-6529
9785 TOWNE CENTRE DRIVE
SAN DIEGO, CA  92121

MATONOVICH MARITAL TRUST UAD 1/25/77
C/O EVELYN MATONOVICH TRUSTEE
29 PHEASANT RIDGE DR
HENDERSON, NV  89014

YUKIYO MATSUMURA AND MACHI LIU
728 N ROCKBURY DRIVE
BEVERLY HILLS, CA  90210

THE VINCENT J MATTHEWS LLC
5459 PINE RANCH STREET
LAS VEGAS, NV  89113

THE MAULT FAMILY TRUST
C/O ALLEN J. MAULT AND MARITA MAULT, TRU
2422 AQUASANTA
TUSTIN, CA  92782

TODD C. MAURER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3100 CHINO HILLS PKWY APT 1411
CHINO HILLS, CA  91709

TODD CHARLES MAURER
3100 CHINO HILLS PKWY APT 1411
CHINO HILLS, CA  91709

PASQUALE C. MAURO FAMILY TRUST DATED 4/1
C/O PASQUALE C. MAURO TRUSTEE
7768 PAINTED SUNSET DRIVE
LAS VEGAS, NV  89149

MARCELINE MAXWELL & EDWARD D. EARL
121 W HIGHLAND DR
HENDERSON, NV  89015

MARCI MAXWELL & EDWARD D. EARL
121 W HIGHLAND DR
```

HENDERSON, NV  89015

MARY COUNCIL MAYFIELD
1134 LA MESA DR.
RICHARDSON, TX  75080

HAZEL R. COUNCIL TRUST DATED 9/23/05
C/O MARY COUNCIL MAYFIELD, TRUSTEE
1134 LA MESA DR
RICHARDSON, TX  75080

MARY COUNSIL MAYFIELD AND MORRIS L. MAYF
1134 LA MESA DR
RICHARDSON, TX  75080

EDDIE MAYO & JOCELYNE HELZER
115 S DEER RUN ROAD
CARSON CITY, NV  89701

MAYO FAMILY TRUST
C/O MONROE MAYO & LOUISE MAYO TRUSTEES
8635 W SAHARA AVE # 532
LAS VEGAS, NV  89117

CHARLES T. MAZZA
634 MARRACCO DRIVE
SPARKS, NV  89434

1997 MAZZA FAMILY TRUST DATED 7/23/97
C/O TOM MAZZA & MARIE MAZZA TRUSTEES
634 MARRACCO DRIVE
SPARKS, NV  89431

JOHN A. MCAFEE AND JENNIFER A. MCAFEE
2506 S 24TH ST
LEAVENWORTH, KS  66048

PAUL M. MCAFFEE
P. O. BOX 2580
CARSON CITY, NV  89702

BRANDON L. MCBRAYER & JENNIFER J. MCBRAY
PSC 3 BOX 967
APO, AP  0

ALICIA MCBRIDE & MARLON MCBRIDE
2535 FENTON PKWY # 110
SAN DIEGO, CA  92108

MICHAEL R. MCCARTNEY & TERESA R. MCCARTN
7678 EAST WINDROSE DR
SCOTTSDALE, AZ  85260

REVOCABLE LIVING TRUST AGREEMENT OF BARB
C/O BARBARA MCCLAFLIN TRUSTEE
1472 THURSTON AVE #201
HONOLULU, HI  96822

```
DOLORES MCCLINTOCK
18300 MEADOW SONG WAY
SALINAS, CA  93908

JAMES W. MCCOLLUM & PAMELA P. MCCOLLUM
1011 F AVE
CORONADO, CA  92118

CARMEN G. MCCOLLY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1009 DOMNUS LANE #102
LAS VEGAS, NV  89144

MARTIN W. MCCOLLY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1009 DOMNUS LANE #102
LAS VEGAS, NV  89144

MARTIN W. MCCOLLY & CARMEN GARCIA MCCOLL
C/O MARTIN W. MCCOLLY & CARMEN GARCIA MC
1009 DOMNUS LANE #102
LAS VEGAS, NV  89144

JAMES M. MCCONNELL IRA
C/O FIRST SAVINGS BANK CUSTODIAN
970 FAIRWAY BLVD
INCLINE VILLAGE, NV  89451

MCCONNELL FAMILY TRUST DATED 12/3/81
C/O JAMES M. MCCONNELL AND MAUDRENE F. M
970 FAIRWAY BLVD.
INCLINE VILLAGE, NV  89451

DONALD N. MCCORD
2713 HOPE FOREST DRIVE
LAS VEGAS, NV  89134

BONES MCCOY, LLC
C/O AARON MCCOY MANAGER
7258 LOMA ALTA CIRCLE
LAS VEGAS, NV  89120

AARON MCCOY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
7258 LOMA ALTA CIRCLE
LAS VEGAS, NV  89120

GARY L. MCDANIEL & VIRGINIA L. MCDANIEL
C/O GARY L. MCDANIEL & VIRGINIA L. MCDAN
2100 LOOKOUT POINT CIRCLE
LAS VEGAS, NV  89117

RICHARD S. MCDONOUGH
6912 SOUTH 125 EAST
MIDVALE, UT  84047
```

DAVID B. MCDOUGALL & BARBARA K. MCDOUGAL
13095 HILLSIDE DR
TRUCKEE, CA  96161

C. D. R. ENTERPRISES
2574 S CHERRY
FRESNO, CA  93706

CHESTER R. MCDOWELL.
2715 EAST AVENUE Q-6
PALMDALE, CA  93550

TK & ASSOCIATES
31140 361 LANE
LE SUEUR, MN  56058

2001 MICHAEL T. MCGRATH REVOCABLE TRUST
C/O MICHAEL T. MCGRATH TRUSTEE
66 SCHANDA DR
NEW MARKET, NH  3857

HARRY B. MCHUGH REVOCABLE TRUST DATED 3/
C/O HARRY B. MCHUGH TRUSTEE
525 COURT ST.
RENO, NV  89501

RANDI E. MCHUGH
4790 CAUGHLIN PKWY #239
RENO, NV  89509

WILLIAM T. MCHUGH
335 DESERT MEADOW COURT
RENO, NV  89502

KEVIN A. MCKEE AND PAMELA J. MCKEE
3414 34TH AVE  NORTH COURT
CLINTON, IA  52732

JOHN E. MCKENNON AND SHARON M. MCKENNON
1017 LONG POINT DR
GRASONVILLE, MD  21638

RICHARD MCKNIGHT IRA
C/O FIRST SAVINGS BANK CUSTODIAN
330 SOUTH THIRD STREET
LAS VEGAS, NV  89101

JAMES E. MCKNIGHT
233 BRANCH AVE
FREEPORT, NY  11520

MCKNIGHT 2000 FAMILY TRUST, DATED 4/20/0
C/O RICHARD MCKNIGHT AND SHEILA J. MCKNI
330 S. THIRD STREET
LAS VEGAS, NV  89101

MICHAEL J. MCLAWS IRA

```
C/O FIRST SAVINGS BANK CUSTODIAN
755 KEOKUK LANE
MENDOTA HEIGHTS, MN  55120

MICHAEL J. MCLAWS
755 KEOKUK LANE
MENDOTA HEIGHTS, MN  55120

RONNIE MCLEMORE & PEGGY MCLEMORE
307 WIND RIDGE ROAD
PALESTINE, TX  75801

GARY MCMAHON SEP IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2921 GRANITE POINT DR
RENO, NV  89511

MCMICHAEL LIVING TRUST DATED 12/16/88
C/O J. RICHARD MCMICHAEL & KAREN L. MCMI
13840 18TH AVE SW
SEATTLE, WA  98166

MCMULLAN LIVING TRUST DATED 8/19/94
C/O DALE J. MCMULLAN TRUSTEE
2605 YOUNGDALE DRIVE
LAS VEGAS, NV  89134

BRADFORD A. MCMULLIN
1965 GENEVA STREET
SAN JOSE, CA  95124

JOSEPH F. MCMULLIN & PEARL A. MCMULLIN
1887 N WASHINGTON ST
TWIN FALLS, ID  83301

PHILLIP E. MCMULLIN & ROSEMARIE L. MCMUL
C/O PHILLIP E. MCMULLIN & ROSEMARIE L. M
578 SUTTON WAY PMB 223
GRASS VALLEY, CA  95945

PHILLIP E. MCMULLIN & ROSEMARIE L. MCMUL
C/O PHILLIP E. MCMULLIN TRUSTEE
578 SUTTON WAY PMB 223
GRASS VALLEY, CA  95945

PHILLIP E. MCMULLIN
578 SUTTON WAY PMB 223
GRASS VALLEY, CA  95945

ROSEMARIE L. MCMULLIN, AS HER SEPARATE P
578 SUTTON WAY PMB 223
GRASS VALLEY, CA  95945

WILLIAM G. MCMURTREY AND JANET L. MCMURT
79920 KINGSTON DRIVE
BERMUDA DUNES, CA  92203
```

DAVID R. MCPHERSON & SUSAN MCPHERSON
P O BOX 126
STURGIS, SD  57785

MCQUERRY FAMILY PARTNERSHIP
C/O JOANN L. MCQUERRY TRUSTEE
318 SINGING BROOK CIRCLE
SANTA ROSA, CA  95409

MCQUERRY FAMILY TRUST DATED 1/25/80
C/O WILLIAM L. MCQUERRY, TRUSTEE
318 SINGING BROOK CIRCLE
SANTA ROSA, CA  95409

ROBIN E. MCQUOWN AND BRIAN C. MCQUOWN
2399 BROCKTON WAY
HENDERSON, NV  89074

MCSHAFFREY LIVING TRUST DATED 3/27/81
C/O HARVEY J. MCSHAFFREY & CHRISTINA F.
PO BOX 560
BIG BEAR, CA  92315

R & S MCTEE 1995 TRUST DATED 4/20/95
C/O RUDY LEROY MCTEE & SHARON KAYE MCTEE
P O BOX 2480
GARDNERVILLE, NV  89410

BARRY D. MCWATERS
P O BOX 1807
ZEPHYR COVE, NV  89448

MCWATERS LIVING TRUST DATED 9/03/2005
C/O BARRY D. MCWATERS TRUSTEE
P O BOX 1807
ZEPHYR COVE, NV  89448

BYRAN J. MCWATERS & LISA J. MCWATERS
P O BOX 148
FERNDALE, CA  95536

A-1 PROPERTIES, LLC
640 N. RACETRACK ROAD
HENDERSON, NV  89015

D. NATHAN MEEHAN
450 GEARS RD STE 860
HOUSTON, TX  77067

THE VERENA MEHLER FAMILY TRUST DATED 1/1
C/O VERENA MEHLER TRUSTEE
3913 OAKHILL AVENUE
LAS VEGAS, NV  89121

CLIFFORD J. MEHLING II TRUST DATED 7/22/
C/O CLIFFORD J. MEHLING II, TRUSTEE
2469 RAM CROSSING WAY

HENDERSON, NV  89074

MARINA MEHLMAN, IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
2027 HATHAWAY AVE
WESTLAKE VILLAGE, CA  91362

ROBERT E. MELDRUM
7077 HEATHERWOOD DRIVE
RENO, NV  89523

JOSEPH E. MELE
16882 ROSE APPLE DR
DELRAY BEACH, FL  33445

TERI L. MELVIN
2704 CHOKECHERRY WAY
HENDERSON, NV  89014

JOSEPH J. MELZ AND LINDA M. MELZ
10947 PHOENIX WAY
NAPLES, FL  34119

JOSEPH L. MELZ AND SANDRA L. MELZ
1025 CARLISLE LN
FRANKLIN, TN  37064

SHAHNAZ I. MEMON AND MOHAMMED I. MEMON
7210 NATIVE DANCER DR.
RENO, NV  89502

D. G. MENCHETTI LTD PENSION PLAN
C/O D. G. MENCHETTI TRUSTEE
P O BOX 7100
INCLINE VILLAGE, NV  89452

D. G. MENCHETTI
P. O. BOX 7100
INCLINE VILLAGE, NV  89452

CHRISTIANE MENCINI-BAKER REVOCABLE TRUST
C/O CHRISTIANE MENCINI-BAKER TRUSTEE
P O BOX 492546
LOS ANGELES, CA  90049

JACK MENNIS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4074 LITTLE SPRING DRIVE
ALLISON PARK, PA  15101

JACK R. MENNIS & SUSAN A. MENNIS
4074 LITTLE SPRING DRIVE
ALLISON PARK, PA  15101

DARLENE K. MEREDITH
10805 BIGHORN DRIVE
RENO, NV  89506

```
LINDA MERIALDO LIVING TRUST DATED 8/6/02
C/O LINDA MERIALDO TRUSTEE
9550 WEST SAHARA AVE. #1044
LAS VEGAS, NV  89117

ACS PROPERTIES, INC.
4417 48TH AVE SOUTH
ST. PETERSBURG, FL  33711

ACTION SPORTS ALLIANCE USA INC.
311 W THIRD ST STE C
CARSON CITY, NV  89703

GERALD B. MERZ & NANCY J. MERZ
2839 SCOTTS VALLEY DR
HENDERSON, NV  89052

MERZ FAMILY LIVING TRUST DATED 10/26/05
C/O GERALD B. MERZ AND NANCY J. MERZ, TR
2839 SCOTTS VALLEY DR
HENDERSON, NV  89052

DAVID J. MERZANIS & ROBERTA JUNE MERZANI
124 S ROYAL ASCOT DR
LAS VEGAS, NV  89144

LA PLAYA TRUST DATED 1/9/02
C/O JUANITA MESA TRUSTEE
212 RED CLOUD TERRANCE
HENDERSON, NV  89015

MICHAEL J. MESSER AND LISA K. REDFERN
523 HOWARD STREET
SANTA ROSA, CA  95404

R. G. MESSERSMITH & DEAUN MESSERSMITH
2705 SUN MEADOW DR
TWIN FALLS, ID  83301

THE DIXIE F. MEYER TRUST DATED MARCH 23,
C/O DIXIE F. MEYER, TRUSTEE
8420 CINNAMON HILL AVENUE
LAS VEGAS, NV  89129

DON D. MEYER & DENNIS E. HEIN
3425 E RUSSELL ROAD 247
LAS VEGAS, NV  89120

S. J. MEYER CO.
2660 S. RAINBOW BLVD SUITE H-108
LAS VEGAS, NV  89146

DANIEL MEYERS
3800 S DECATUR BLVD # 71
LAS VEGAS, NV  89103
```

MICHAEL FAMILY TRUST DATED 12/4/03
C/O ALAIN MICHAEL & DAWN LEVY MICHAEL TR
2984 EAGLES CLAW AVE
THOUSAND OAKS, CA  91362

GEORGE H. MICHAEL FAMILY TRUST AGREEMENT
C/O GEORGE H. MICHAEL & DORAMAE MICHAEL
999 E ELIASON AVE
BRIGHAM CITY, UT  84302

MICHAELIAN HOLDINGS, LLC
413 CANYON GREENS DRIVE
LAS VEGAS, NV  89144

GARY A. MICHELSEN
P  BOX 2010
STATELINE, NV  89449

JOHN E. MICHELSEN FAMILY TRUST DATED 11/
C/O JOHN E. MICHELSEN TRUSTEE
P O BOX 646
ZEPHYR COVE, NV  89448

MIERAU LIVING TRUST DATED 9/14/98
C/O ROBERT D. MIERAU & SANDRA J. MIERAU
P O BOX 562
GLENBROOK, NV  89413

CONNIE MIHOS & IVAN LOEBS
236 GARRETT AVE
CHULA VISTA, CA  91910

BRIDGETT A. MILANO
1040 COUNTRY HWY 126
AMSTERDAM, NY  12010

GREG MILANO & JANE MILANO
1105 CAROUSEL
BEDFORD, TX  76021

CYNTHIA MILANOWSKI TRUST
C/O CYNTHIA MILANOWSKI TRUSTEE
4484 S PECOS RD
LAS VEGAS, NV  89121

N.V. MILANOWSKI & J. MARLENE MILANOWSKI
1004 HALEY PLACE
DELTA, CO  81416

SOUTH MEADOWS OPERATIONS
4484 SOUTH PECOS ROAD
LAS VEGAS, NV  89121

R.G.T. MILLAR TRUST DATED 6-28-1988
C/O DR. RUSSELL GORDON TILLEY MILLAR TRU
923 CERES ROAD
PALM SPRINGS, CA  92262

```
BARBARA REISS MILLER REVOCABLE LIVING TR
C/O BARBARA REISS MILLER TRUSTEE
2652 CROWN RIDGE DRIVE
LAS VEGAS, NV  89134

BRIAN J. MILLER AND PENNY MILLER
P O BOX 495
ZEPHYR COVE, NV  89448

CHRISTINE E MILLER REVOCABLE TRUST DATED
C/O CHRISTINE E MILLER TRUSTEE
CROWN COURT 2
ORINDA, CA  94563

GARY I. & BARBARA L. MILLER TRUST DATED
C/O GARY I. MILLER & BARBARA L. MILLER T
2832 TILDEN AVENUE
LOS ANGELES, CA  90064

1994 MILLER FAMILY TRUST
C/O HAROLD B. MILLER TRUSTEE
8800 KINGSMILL DR
LAS VEGAS, NV  89134

ART-KAY FAMILY TRUST
C/O HAROLD L. MILLER TRUSTEE
55 S VALLE VERDE  235
HENDERSON, NV  89012

IRENE M. MILLER REVOCABLE TRUST DATED 12
C/O IRENE M. MILLER TRUSTEE
617 SYCAMORE AVE
S. MILWAUKEE, WI  53172

MELISSA F. MILLER
1553 SOUTH LIVONIA
LOS ANGELES, CA  90035

MILLER PROPERTIES
P O BOX 495
ZEPHYR COVE, NV  89448

PENNY MILLER AND BRIAN J. MILLER
P O BOX 495
ZEPHYR COVE, NV  89448

MILLER FAMILY TRUST DATED 7/30/2001
C/O SARAH E. MILLER, TRUSTEE
P O BOX 5738
INCLINE VILLAGE, NV  89450

STEVE H. MILLER & KAREN L. MILLER
7527 E PASSARO
SCOTTSDALE, AZ  85262

WAYNE S. MILLER AND KATHRYN A. MILLER
```

```
1237 COUNTY ROAD TT
ROBERTS, WI  54023

KAREN MILLER-REGNIER AND YVES REGNIER
4365 GANDER LN
CARSON CITY, NV  89704

JANICE MILLS IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
1103 SUNSHINE RUN
ARNOLDS PARK, IA  51331

JAN MILLS
1103 SUNSHINE RUN
ARNOLDS PARK, IA  51331

RUSSELL E. MILLS AND SHIRLEY A. MILLS
120 SPYGLASS LN
HALF MOON BAY, CA  94019

ANDREW MILSTEAD & SUZANNE MILSTEAD
2923 WOODWARDIA DR
LOS ANGELES, CA  90077

MINAMI REVOCABLE TRUST DATED 1/07/2005
C/O JIMMY MINAMI AND MARYDIANNE M. MINAM
22770 S HWY 125
FAIRLAND, OK  74343

THE VIRGINIA & GEORGE MINAR LIVING TRUST
C/O GEORGE MINAR & VIRGINIA MINAR TRUSTE
10800 CLARION LANE
LAS VEGAS, NV  89134

ALBERT J. MINECONZO LIVING TRUST DATED 1
C/O ALBERT J. MINECONZO TRUSTEE
2184 EAGLE WATCH DRIVE
HENDERSON, NV  89012

JOSEPH C. MINEO, MARY LYNN DENTON WITH P
4734 COLUMBINE DRIVE
REDDING, CA  96002

MAE MINEO TRUST DATED 3/23/00
C/O MAE MINEO TRUSTEE
2287 WESTERN OAK DRIVE
REDDING, CA  96002

MINERVA FAMILY TRUST DATED 11/14/96
C/O VITO  P. MINERVA TRUSTEE
P O BOX 8973
INCLINE VILLAGE, NV  89452

MINTER FAMILY 1994 TRUST
C/O DOUGLAS MINTER & ELIZABETH F. MINTER
5389 CONTE DRIVE
CARSON CITY, NV  89701
```

MINTER INVESTMENTS LP
1990 S ROOP ST
CARSON CITY, NV  89701

KATRINE MIRZAIAN
708 PROSPECT DRIVE
GLENDALE, CA  91205

TODD O. MITCHELL & MICHELLE L. MITCHELL
4596 CREEPING FIG COURT
LAS VEGAS, NV  89129

GARY MOBERLY BENEFICIARY IRA OF CHARLES
C/O EQUITY TRUST COMPANY CUSTODIAN
420 WARREN TERRANCE
HINSDALE, IL  60521

GARY MOBERLY IRA
C/O EQUITY TRUST COMPANY CUSTODIAN
420 WARREN TERRACE
HINSDALE, IL  60521

KAREN S. MOBERLY IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
420 WARREN TERRACE
HINSDALE, IL  60521

GARY MOBERLY & KAREN MOBERLY
420 WARREN TERRACE
HINSDALE, IL  60521

FELIX N. MOCCIA TRUST DATED 4/11/94
C/O FELIX N. MOCCIA TRUSTEE
3037 CONQUISTA COURT
LAS VEGAS, NV  89121

MAHENDRA C. MODY
100 N ARLINGTON AVE #7-A
RENO, NV 89501

MOEN TRUST DATED 05/12/1997
C/O LLOYD F. MOEN AND ROSEMARIE M. MOEN
2215 SPRINGDALE CT.
RENO, NV  89523

SANDRA M. MOGG REVOCABLE LIVING TRUST DA
C/O SANDRA M. MOGG TRUSTEE
485 ANNET ST
HENDERSON, NV  89052

SERGIO MOLINA AND IRENE SCHMUKER
12150 S DART RD
P O BOX 859
MOLALLA, OR  97038

HOWARD MOLITCH IRA

C/O FIRST SAVINGS BANK CUSTODIAN
4448 NW CRESCENT VALLEY DR
CORVALLIS, OR  97330

MATTHEW MOLITCH IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2251 N. RAMPART #185
LAS VEGAS, NV  89128

MARILYN MOLITCH & MATTHEW MOLITCH
2251 N. RAMPART DRIVE #185
LAS VEGAS, NV  89128

MOLITCH 1997 TRUST
C/O MATTHEW MOLITCH TRUSTEE
2251 N RAMPART #185
LAS VEGAS, NV  89128

TINO J. MOLOSSI AND MONICA A. SHAH-MOLOS
P.O. BOX 1657
EL GRANADA, CA  94018

MOLSBERRY TRUST DATED 7/10/79
C/O MERRILL MOLSBERRY TRUSTEE
8144 MADDINGLEY AVE
LAS VEGAS, NV  89117

MONIGHETTI, INC.
6515 FRANKIE LANE
PRUNEDALE, CA  93907

JEANNIE M. MONROE
510 E JACKPINE CT
SPOKANE, WA  99208

WESLEY L. MONROE & JEANNIE M. MONROE
510 EAST JACKPINE CT
SPOKANE, WA  99208

WESLEY L. MONROE
510 E. JACKPINE CT
SPOKANE, WA  99208

ROBERT T. MONSEN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
711 ANREY CT
MURPHYS, CA  95247

THE MONSEN 2005 REVOCABLE TRUST DATED 6/
C/O ROBERT T. MONSEN AND AMELIA A. MONSE
711 ANREY CT
MURPHYS, CA  95247

ALBERT MONTERO FAMILY TRUST U/A DATED 11
C/O ALBERT MONTERO TRUSTEE
P O BOX 325
GENOA, NV  89411

```
THE UNDERPASS TRUST
C/O RONALD K. MONTESANO TRUSTEE
5121 BIG RIVER AVE
LAS VEGAS, NV  89130

WILLIAM L. MONTGOMERY JR. IRA
C/O FIRST SAVINGS BANK CUSTODIAN
630 GARFIELD ST
DENVER, CO  80206

WILLIAM L. MONTGOMERY, JR. GUARANTY LOAN
630 GARFIELD ST
DENVER, CO  80206

WILLIAM L. MONTGOMERY, JR.
630 GARFIELD
DENVER, CO  80206

GENE MONTOYA AND ANGELA J. HOWARD
2700 PRISM CAVERN CT
HENDERSON, AK  89052

MOODY FAMILY TRUST
C/O HAROLD G. MOODY & MARY J. MOODY TRUS
2225 TRENTHAM WAY
RENO, NV  89509

THE DECEDENT'S TRUST RESTATED MOON 1987
C/O FRIEDA MOON TRUSTEE
2504 CALLITA COURT
LAS VEGAS, NV  89102

FRIEDA MOON & SHARON C. VAN ERT
2504 CALLITA COURT
LAS VEGAS, NV  89102

ALMA B. MOORE
994 LILAC CT
MINDEN, NV  89423

ARTHUR B. MOORE
994 LILAC CT
MINDEN, NV  89423

ARTHUR B. MOOREAND ALMA B. MOORE
994 LILAC CT
MINDEN, NV  89423

ERNEST J. MOORE
2028 I ST
SPARKS, NV  89431

JAMES MICHAEL MOORE & JODY C. MOORE
2009 WILLOW TREE CT
THOUSAND OAKS, CA  91362
```

```
MUKS REALTY, LLC
77-251 IROQUOIS DR
INDIAN WELLS, CA  92210

PATRICK B. MOORE
2995 WOODSIDE RD. STE 400
WOODSIDE, CA  94062

RAYMOND C. MOORE & ROSE MOORE
902 UNIVERSITY RIDGE DR
RENO, NV  89512

MOORE FAMILY TRUST DATED 9/5/96
C/O WILLIAM MOORE & JUDY MOORE TRUSTEES
1626 INDIAN WELLS
BOULDER CITY, NV  89005

M & R M, LLC
2877 PARADISE RD STE 1004
LAS VEGAS, NV  89109

RUDOLPH W. MORENO & BEATRIZ MORENO
7951 MONACO BAY COURT
LAS VEGAS, NV  89117

WILLIAM RICHARD MORENO
10016 ROLLING GLEN COURT
LAS VEGAS, NV  89117

JERRY MOREO
485 ANNET ST
HENDERSON, NV  89052

SHARON T. MORET
3755 PACIFIC STREET
LAS VEGAS, NV  89121

MORETTO FAMILY LIVING TRUST DATED 9/19/9
C/O ROBERT J. MORETTO & JOSEPHINE MORETT
3211 BAKER STREET
SAN FRANCISCO, CA  94123

MICHAEL A. MORGAN SEP IRA
C/O FIRST SAVINGS BANK CUSTODIAN
465 S. MEADOWS PARKWAY
SUITE 8
RENO, NV  89521

ROSALIE A. MORGAN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
6869 EAGLE WING CIRCLE
SPARKS, NV  89436

THE KENNETH GRIFFYN MORGAN LIVING TRUST
C/O KENNETH G. MORGAN, TRUSTEE
2147 ALISA MARIA WAY
LAS VEGAS, NV  89104
```

MICHAEL A. MORGAN & ROSALIE A. MORGAN
465 S MEADOWS PKWY STE # 8
RENO, NV  89521

P. MORGAN TRUST DATED 7/1/88
C/O PAULA A. MORGAN TRUSTEE
1005 WINDFAIR VILLAGE ST
LAS VEGAS, NV  89145

ROSALIE ALLEN MORGAN TRUST DATED 1/31/03
C/O ROSALIE ALLEN MORGAN TRUSTEE
6869 EAGLE WING CIRCLE
SPARKS, NV  89436

WILLIAM H. AND DONNA R. MORGAN LIVING TR
C/O WILLIAM H. MORGAN AND DONNA R. MORGA
3818 JOY LN
RENO, NV  89512

BETTY R. MORRIS IRA
C/O STERLING TRUST COMPANY CUSTODIAN
18532 SPICER LAKE COURT
RENO, NV  89506

DWIGHT E. MORROW
18334 GAULT ST
RESEDA, CA  91335

CAROL MORTENSEN FAMILY TRUST DATED 9/9/9
C/O CAROL MORTENSEN TRUSTEE
4847 DAMON CIRCLE
SALT LAKE CITY, UT  84117

KM FINANCIALS, LLC.
4847 DAMON CIRCLE
SALT LAKE CITY, UT  84117

JACK B MORTON & JOY N MORTON
6921 HIGHWAY 67 EAST
ALVARADO, TX  76009

NADINE MORTON
2708 LA SOLANA WAY
LAS VEGAS, NV  89102

AL MOSCHOGIANIS REVOCABLE TRUST DATED 11
C/O ADELAIDE L. MOSCHOGIANIS & CHRISTINE
2916 GILLIS WAY
CARSON CITY, NV  89701

ADELAIDE L. MOSCHOGIANIS & CHRISTINE MOS
2916 GILLIS WAY
CARSON CITY, NV  89701

AMELIA MOSCIANESE
1306 W SHELLFISH DRIVE

GILBERT, AZ  85233

LORRAINE MOSCIANESE
1306 WEST SHELLFISH DRIVE
GILBERT, AZ  85233

ANGELA G. MOSINSKIS FAMILY TRUST DATED 1
C/O ANGELA MOSINSKIS TRUSTEE
7563 MCCONNELL AVE
LOS ANGELES, CA  90045

PAULIUS MOSINSKIS
1545 GRUVERSVILE ROAD
RICHLAND TOWN, PA  18955

ROBERT D. MOSKOWITZ
387 JALISCO COURT
CAMARILLO, CA  93010

RON L. MOSKOWITZ
4724 MASCAGNI ST
VENTURA, CA  93003

GEOFFREY MOTT & MARYANN MOTT
310 N GRAPEVINE DR
PAYSON, AZ  85541

GSL INVESTMENTS LLC
310 N GRAPEVINE DR
PAYSON, AZ  85541

STSK INVESTMENTS, LLC
310 N GRAPEVINE DR
PAYSON, AZ  85541

GEORGE J. MOTTO IRA
C/O FIRST SAVINGS BANK CUSTODIAN
17212 SPATES HILL RD
POOLESVILLE, MD  20837

GEORGE MOTTO & JANE R. MOTTO
17212 SPATES HILL ROAD
POOLESVILLE, MD  20837

JOHN & KAY MOUNT LIVING TRUST DATED 9/25
C/O JOHN F. MOUNT & L. KAY SCHULTZ MOUNT
316 CALIFORNIA AVE # 312
RENO, NV  89509

JOHN & JANET MRASZ TRUST DATED 12/2/04
C/O JOHN T. MRASZ & JANET F. MRASZ TRUST
10015 BARLING STREET
SHADOW HILL, CA  91040

JOHN T. MRASZ ENTERPRISES, INC. DEFINED
C/O JOHN T. MRASZ & JANET MRASZ TRUSTEES
10015 BARLING STREET

SHADOW HILL, CA  91040

JOHN T. MRASZ & JANET MRASZ
10015 BARLING STREET
SHADOW HILL, CA  91040

ERIKA MUCHENBERGER REVOCABLE TRUST DATED
C/O ERIKA MUCHENBERGER TRUSTEE
8121 RETRIEVER AVE.
LAS VEGAS, NV  89147

MARKUS MUCHENBERGER REVOCABLE TRUST DATE
C/O MARKUS MUCHENBERGER TRUSTEE
617 EFFORT DRIVE
LAS VEGAS, NV  89145

ANNE MARIE MUELLER & CHARLES POLLARD, JR
31302 MULHOLLAND HWY
MALIBU, CA  90265

ANNE MARIE MUELLER TRUST
C/O ANNE MARIE MUELLER TRUSTEE
31302 MULHOLLAND HWY
MALIBU, CA  90265

HERBERT W. MUELLER IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
2479 SAN SEBASTIAN
LOS OSOS, CA  93402

HERBERT W. MUELLER IRA
C/O FIRST TRUST COMPANY OF ONAGA CUSTODI
NULL
NULL
NULL, NULL  0

HERBERT & LINDA MUELLER TRUST DATED 2/10
C/O HERBERT W. MUELLER & LINDA MUELLER,
2479 SAN SEBASTIAN
LOS OSOS, CA  93402

TOM MUELLER
8591 FAIRFIELD AVE
LAS VEGAS, NV  89123

CHRISTOPHER L. MULKEY 1998 IRREVOCABLE T
C/O DAVID A. MULKEY TRUSTEE
2860 AUGUSTA DRIVE
LAS VEGAS, NV  89109

DAVID A. MULKEY LIVING TRUST DATED 4/22/
C/O DAVID A. MULKEY TRUSTEE
2860 AUGUSTA DRIVE
LAS VEGAS, NV  89109

JOHN D. MULKEY 1998 IRREVOCABLE TRUST
C/O DAVID MULKEY TRUSTEE

2860 AUGUSTA DRIVE
LAS VEGAS, NV  89109

LAURA ANNE TAYLOR MULKEY
2860 AUGUSTA DRIVE
LAS VEGAS, NV  89109

ELAINE P. MULLIN TRUST DATED 8/6/90
C/O ELAINE MULLIN TRUSTEE
3115 MERRILL DR #37
TORRANCE, CA  90503

GREATER AMERICAN WAREHOUSE
9 CHATEAU WHISTLER COURT
LAS VEGAS, NV  89148

WALTER MUMM & ARLYS MUMM
8055 50TH AVE. NW
MONTEVIDEO, MN  56265

DENISE A. MURPHY
410 E 17TH AVENUE
ESCONDIDO, CA  92025

THE MURPHY FAMILY TRUST
C/O DR. JAMES & TRACY MURPHY, TRUSTEES
13005 THUNDERBOLT DR
RENO, NV  89551

ELIZABETH R. MURPHY
320 HIDDEN TRAILS RD
ESCONDIDO, CA  92027

FRANK J. MURPHY AND MARGARET F. MURPHY
4945 SAN PABLO COURT
NAPLES, FL  34109

PATRICK J. MURPHY & PENNY E. MURPHY
20 LACROSSE COURT
HENDERSON, NV  89052

RICHARD W. MURPHY & VIRGNIA E. MURPHY RE
C/O RICHARD W. MURPHY & VIRGNIA E. MURPH
255 STAGS LEAP CIRCLE
SPARKS, NV  89436

GORDON MURRAY & SHIRLEY MURRAY
8100 SUNSET  COVE DR
LAS VEGAS, NV  89128

JEAN H. MURRAY SEPARATE PROPERTY TRUST D
C/O JEAN H. MURRAY TRUSTEE
865 COLOMA DR
CARSON CITY, NV  89705

LAMOINE MURRAY & LOIS H. MURRAY
4934 LARKSPUR LANE

OGDEN, UT  84403

MUSSO LIVING TRUST DATED 11/30/92
C/O WALTER MUSSO & BARBARA MUSSO TRUSTEE
2535 LUPINE CANYON RD
P O BOX 2566
AVILA BEACH, CA  93424

MARVIN & VALLIERA MYERS TRUST
C/O MARVIN MYERS & VALLIERA MYERS TRUSTE
6822 BAILE ROAD
LAS VEGAS, NV  89146

NACHT FAMILY TRUST DTD 6/4/99
C/O STEVE J. NACHT & PATRICIA K. NACHT T
4184 DEL ROSA COURT
LAS VEGAS, NV  89121

JAMES D. NAFZIGER
116 COUNTRY CLUB DRIVE
JEROME, ID  83338

THE NAJARIAN FAMILY REVOCABLE LIVING TRU
C/O ROGER NAJARIAN & JANICE NAJARIAN TRU
8320 SEDONA SUNRISE DR
LAS  VEGAS, NV  89128

VICKY L. NAKASHIMA
1681 FAIRBURN AVE
LOS ANGELES, CA  90024

D & K PARTNERS INC.
7293 W MARIPOSA GRANDE LN
PEORIA, AZ  85383

DOMINIQUE NAYLON
P O BOX 2
TOPAZ, CA  96133

NBNA UNIQUE PROPERTIES, LLC
74478 HIGHWAY 111 #342
PALM DESERT, CA  92260

KELLY F. NEAL
4632 MARBELLA COURT
SAN JOSE, CA  95124

RONALD DOUGLAS NEAL
22853 BOXWOOD LANE
SAUGUS, CA  91390

TROY A. NEARPASS AND BRENDA L. NEARPASS
4024 PALISADES PARK DR
BILLINGS, MT  59106

NEEDENS 1997 LIVING TRUST
C/O LELIA YVONNE NEEDENS TRUSTEE

1329 HWY 395 10130
GARDNERVILLE, NV  89410

KYLE NEHDAR, UGMA
C/O HOWARD NEHDAR CUSTODIAN
28955 BARDELL DR
AGOURA HILLS, CA  91301

OAKWOOD FINANCIAL, LLC
5737 KANAN RD # 125
AGOURA HILLS, CA  91301

CARMEN NEIDIG
3003 LODGEPOLE TRAIL
SOUTH LAKE TAHOE, CA  96150

NEILAN LIVING TRUST DATED 01/02/04
C/O CARLA D. NEILAN TRUSTEE
6298 CANYON PARK LANE
RENO, NV  89523

HUIYON NEILAN & JENNIFER NEILAN
P O BOX 96001
LAS VEGAS, NV  89193

DAN NELSON & TERI NELSON
172 W 1720 N
OREM, UT  84057

THE REVA H. NELSON FAMILY TRUST
C/O E. CHRISTIAN NELSON & DAN F. NELSON
172 WEST 1720 NORTH
OREM, UT  84057

ERVEN J. NELSON & FRANKIE J. NELSON TRUS
C/O ERVEN J. NELSON & FRANKIE J. NELSON
9032 N. CHEYENNE WAY
PARK CITY, UT  84098

ERVEN J. NELSON LTD PSP DATED 10/31/72
C/O ERVEN J. NELSON TRUSTEE
9032 N. CHEYENNE WAY
PARK CITY, UT  84098

FUSAYO NELSON
2005 FIFE DRIVE
RENO, NV  89512

G & L NELSON LIMITED PARTNERSHIP
900 S MEADOWS PKWY # 4821
RENO, NV  89521

GLORIA J. NELSON
408 N. BERRY PINE ROAD
RAPID CITY, SD  57702

JAMES S. NELSON

408 N BERRY PINE RD
RAPID CITY, SD  57702

TERI E. NELSON
465 PUESTA DEL SOL
ARROYO GRANDE, CA  93420

JAMES S. NELSON, IV & DELANA D. NELSON
13555 BITTERSWEET ROAD
RAPID CITY, SD  57702

KEVIN NESS AND KAREN NESS
P O BOX 270447
SUSANVILLE, CA  96127

FRED G. NEUFELD IRA
C/O EQUITY TRUST COMPANY CUSTODIAN
4014   45TH ST CT  NW
GIG HARBOR, WA  98335

NEVINS FAMILY TRUST DATED 6/9/00
C/O LEONARD JAY NEVINS & RUTH NEVINS TRU
3027 BIG GREEN LANE
LAS VEGAS, NV  89134

RICHARD NEVINS & MICHELE NEVINS
1547 BOB GOALBY
EL PASO, TX  79935

NEWBY 1984 FAMILY TRUST DATED 3/19/84
C/O C. E. NEWBY & CAROLE NEWBY TRUSTEES
5209 ELM GROVE DRIVE
LAS VEGAS, NV  89130

ALAN NEWMAN & JUDITH WOLFE-NEWMAN FAMILY
C/O ALAN B. NEWMAN & JUDITH WOLFE-NEWMAN
3314 PURDUE AVENUE
LOS ANGELES, CA  90066

DANIEL D. NEWMAN TRUST DATED 11/1/92
C/O DANIEL D. NEWMAN TRUSTEE
125 ELYSIAN DRIVE
SEDONA, AZ  86336

NEWMAN TRUST DATED 1/26/94
C/O DAVID R. NEWMAN AND SANDRA L. NEWMAN
2207 MERINO CRT
ROCKLIN, CA  95765

FREDA NEWMAN TRUST DATED 7/26/84
C/O FREDA NEWMAN TRUSTEE
189 INTERNATIONAL BLVD
RANCHO MIRAGE, CA  92270

THE NEWMAN FAMILY TRUST 07/18/1997
C/O JERROLD B. NEWMAN AND RUTH C. NEWMAN
35 BUCKINGHAM CT.

HILLSBOROUGH, CA  94010

NEWMAN FAMILY TRUST DATED 9/30/97
C/O LARRY J. NEWMAN & ELSIE D. NEWMAN TR
1150  MONROE COURT
RENO, NV  89509

LEONARD NEWMAN TRUST DATED 10/11/05
C/O LEONARD NEWMAN, TRUSTEE
1597 SANTA ANITA DRIVE
LAS VEGAS, NV  89119

THE ELEANOR A. NEWTON FAMILY TRUST  DTD
C/O ELEANOR NEWTON, TTEE,
3320 THORNDALE ROAD
PASADENA, CA  91107

G. WARREN NEWTON
25105 CARANCHO RD
TEMECULA, CA  92590

CHARLES WILSON NIBLEY IV AND NANCY ANN N
2106 LATHAM ST
SIMI VALLEY, CA  93065

SUZANNE NICHOLS
2561 SEASCAPE DRIVE
LAS VEGAS, NV  89123

NICKSICK FAMILY TRUST DTD 3/19/98
C/O JAMES N. NICKSICK & Z. KAY NICKSICK
4337 FANUEL STREET
SAN DIEGO, CA  92109

MARVIN NICOLA, IRA
C/O FIRST SAVINGS BANK CUSTODIAN
10447 CHEVY LANE
LA MESA, CA  91941

MARVIN LYNN NICOLA FAMILY TRUST DATED 6/
C/O MARVIN L NICOLA TRUSTEE
10447 CHEVY LANE
LA MESA, CA  91941

BENJAMIN & ALEATH NICOSIA FAMILY TRUST D
C/O BENJAMIN NICOSIA & ALEATH NICOSIA TR
15775 W VERDE LANE
GOODYEAR, AZ  85338

RICHARD A. NIELSEN INC.
1305 BONNIE COVE AVE
GLENDORA, CA  91740

RICHARD A. NIELSEN INCORPORATED PROFIT S
1305 BONNIE COVE AVE
GLENDORA, CA  91740

```
NIELSON FAMILY TRUST DATED 3/9/78
C/O DELL R. NIELSON AND PENNY NIELSON TR
BOX 281145 DYSART RANCH
LAMOILLE, NV  89828

JAMES NIKOLOVSKI & NATALIJA NIKOLOVSKI
6529 CREST TOP DRIVE
WEST BLOOMFIELD, MI  48322

ALLEN M. NIRENSTEIN & DOROTHY H. NIRENST
C/O ALLEN M. NIRENSTEIN & DOROTHY H. NIR
403 WOODLAND RD.
KENTFIELD, CA  94904

JOHN NIX & LISA NIX
836 TEMPLE ROCK CT
BOULDER CITY, NV  89005

ARTHUR J. NOEL TRUST DATED 2/10/97
C/O ARTHUR NOEL TRUSTEE
3400 CABANA DR #1068
LAS VEGAS, NV  89122

RONALD NOEL
7 RED FOX LANE
FLAGLER BEACH, FL  32136

DEBORAH H. NOGAIM
1149 PINCAY DRIVE
HENDERSON, NV  89015

ALAN AND GRETCHEN NONNENBERG LIVING TRUS
C/O ALAN NONNENBERG AND GRETCHEN NONNENB
19589 NORTHAMPTON DR
SARATOGA, CA  95070

ALAN R. NONNENBERG IRA
C/O MILLENIUM TRUST COMPANY CUSTODIAN
19589 NORTH HAMPTON DR
SARATOGA, CA  95070

ROGER NOORTHOEK
13910 NORTHWEST PASSAGE #106
MARINA DEL REY, CA  90292

THE PAULA NORDWIND 2001 REVOCABLE TRUST
C/O AARON NORDWIND AND PAULA NORDWIND TR
1840 VETERAN AVE 302
LOS ANGELES, CA  90025

ANNEE NOUNNA FAMILY TRUST
C/O ANNEE NOUNNA TRUSTEE
8057 LANDS END
LAS VEGAS, NV  89117

NOUNNA FAMILY PARTNERSHIP
C/O ANNEE NOUNNA, GENERAL PARTNER
```

8057 LANDS END
LAS VEGAS, NV  89117

CREATING MOVING EXPERIENCES
503 KIEL STREET
HENDERSON, NV  89015

FRANK T. NOVAK IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2593 SUMTER STREET
HENDERSON, NV  89052

NOVAK LIVING TRUST DTD 10/21/97
C/O FRANK T. NOVAK & PATRICIA A. NOVAK T
2593 SUMTER STREET
HENDERSON, NV  89052

THE STANLEY M NOVARA FAMILY TRUST DATED
C/O STANLEY M. NOVARA TRUSTEE
1010 INDUSTRIAL ROAD SPACE 60
BOULDER CITY, NV  89005

THE NOXON FAMILY TRUST
C/O ARTHUR G. NOXON & JOAN NOXON TRUSTEE
2657 WINDMILL PKWY # 197
HENDERSON, NV  89074

NUCKOLS 2004 REVOCABLE TRUST U/D/T 10/4/
C/O THOMAS E. NUCKOLS AND JOANNE M. NUCK
1531 RAMONA AVE.
SOUTH PASADENA, CA  91030

JOANN B. NUNES & GLADYS MATHERS
1741 LAVENDER COURT
MINDEN, NV  89423

OLGA O'BUCH TRUST DATED 5/28/98
C/O OLGA O'BUCH TRUSTEE
140 GAZELLE RD
RENO, NV  89511

O'CONNOR REVOCABLE TRUST UTD 9/17/97
C/O ROBERT H. O'CONNOR & CATHLEEN B. O'C
200 RAINBOW DR #10236
LIVINGSTON, TX  77399

BOB O'CONNOR SELF EMPLOYED RETIREMENT AC
C/O ROBERT O'CONNOR SR. ADMINISTRATOR
200 RAINBOW DR #10236
LIVINGSTON, TX  77399

O'HARA FAMILTY TRUST DATED 2/26/93
C/O GARY J. O'HARA & JANICE D. O'HARA CO
18310 CALLE LA SERRA
RANCHO SANTA FE, CA  92091

IRENE R. O'HARE TRUST DATED 7/28/88

```
C/O DENNIS J. O'HARE & IRENE R. O'HARE T
4844 EAST EDEN DRIVE
CAVE CREEK, AZ  85331

DOUGLAS & NANCY O'HERRON REVOCABLE TRUST
C/O DOUGLAS O'HERRON & NANCY O'HERRON TR
5316 BYRON NELSON LANE
LAS VEGAS, NV  89149

CHARLES E. O'NEILL AND LOIS O'NEILL
2340 ARMSTRONG LN
RENO, NV  89509

JOHN E. O'RIORDAN & SONHILD A. O'RIORDAN
2745 HARTWICK PINES DR
HENDERSON, NV  89052

TERRY P. O'ROURKE & NETTIE JO O'ROURKE
4308 CICADA WAY
LAS VEGAS, NV  89121

EILEEN V. O'SULLIVAN
730 E PROBERT RD
SHELTON, WA  98584

JOHN O'SULLIVAN & PATRICIA O'SULLIVAN
730 E PROBERT RD
SHELTON, WA  98584

PATRICK EDWARD O'SULLIVAN & SOON YOUNG O
7328 GENTLE VALLEY ST.
LAS VEGAS, NV  89149

WILLIAM J. OAKEY & MARY JANE OAKEY
21120 W BRAXTON LANE
PLAINFIELD, IL  60544

MARY ESTHER OATES
8400 WESTWOLD AVENUE #106
BAKERSFIELD, CA  91311

HENRY & MENGIA OBERMULLER TRUST DATED 9/
C/O HENRY J. OBERMULLER & MENGIA K. OBER
P O BOX 1161
TAHOE CITY, CA  96145

LELAND L. ORVIS 2005 REVOCABLE TRUST DAT
C/O ROXANNA L. OCHOA AND LELAND L. ORVIS
382 KERN STREET
VENTURA, CA  93003

ROBERT L. OGREN TRUST DATED 6/30/92
C/O ROBERT L. OGREN TRUSTEE
3768 RICK STRATTON DRIVE
LAS VEGAS, NV  89120

ROBERT L. OGREN TRUST DATED 6/30/92 (ACC
```

C/O ROBERT L. OGREN TRUSTEE
3768 RICK STRATTON DRIVE
LAS VEGAS, NV  89120

WILLIAM W. OGREN & BETTY R. OGREN
421 SCHOOLHOUSE LANE
DEVON, PA  19333

SANDRA T. OHMS AND PAUL OHMS
38120 LANSING CT.
FREMONT, CA  94536

JOHN F. OKITA & MICHIKO M. YAMAMOTO
9036 ALPINE PEAKS AVENUE
LAS VEGAS, NV  89147

DIANA A. OLDHAM
C/O WINX OSBORNE
1116 CEDAR CREST DR
MINDEN, NV  89423

DAVID M. OLDS & SALLY W. OLDS
25 N WASHINGTON ST
PORT WASHINGTON, NY  11050

KRISTIN A. OLIVAS
3909 NE 89TH WAY
VANCOVER, WA  98665

DONALD OLSEN IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
8728 CASTLEVIEW AVE
LAS VEGAS, NV  89129

ALFRED OLSEN, JR. & GAIL B. OLSEN
11911 66TH ST LOT 605
LARGO, FL  33773

DEAN D. OLSON
6760 CHESTERFIELD LN
RENO, NV  89523

VERNON  OLSON
9628 BLUE BELL DRIVE
LAS VEGAS, NV  89134

OMAYE 1990 TRUST
C/O ANNIE OMAYE & STANLEY OMAYE TRUSTEES
1846 THREE MILE DRIVE
RENO, NV  89509

KENJI OMOTO REVOCABLE TRUST DATED 6/2/93
C/O KENJI OMOTO TRUSTEE
6301 CHIMNEY WOOD CT
LAS VEGAS, NV  89130

ADRIAN J.R. OOSTHUIZEN

5860 LAUSANNE DR
RENO, NV  89511

CATHERINE D. OPPIO TRUST DATED 2/11/04
C/O CATHERINE D. OPPIO TRUSTEE
P O BOX 15
CRYSTAL BAY, NV  89402

ORLOFF IRA
C/O FIRST SAVINGS BANK CUSTODIAN
275 SNOWY RIVER CIRCLE
HENDERSON, NV  89074

PHILIP L ORNDOFF & MARY ORNDOFF 1977 FAM
C/O MARY ORNDOFF & LEWIS ORNDOFF AS CO-T
604 CAMEO CIRCLE
HENDERSON, NV  89015

VESLAV ORVIN & YELENA V. ILCHUK
5817 OAK PLACE COURT
FAIR OAKS, CA  95628

OSHEROW TRUST DATED 9/11/89
C/O AARON I. OSHEROW, TRUSTEE
200 S BRENTWOOD BLVD. #9D
ST. LOUIS, MO  63105

THE PATTI OSSEN 1999 REVOCABLE TRUST
C/O PATTI OSSEN TRUSTEE OF
7841 E. BERNER ST.
LONG  BEACH, CA  90808

PAUL OSTER
P.O. BOX 2618
MAMMOTH LAKES, CA  93546

ARADA INVESTMENTS, LLC
7121 N PLACITA SIN CODICIA
TUCSON, AZ  85718

OTT FAMILY REVOCABLE TRUST DATED 4/29/98
C/O FRANKLIN D. OTT AND KATHRYN R. OTT,
5832 N MISTY RIDGE DR
TUCSON, AZ  85718

OURDOUNE LIVING TRUST DATED 1/16/98
C/O JEAN A. OURDOUNE TRUSTEE
3029 LOTUS HILL DR
LAS VEGAS, NV  89134

OVCA ASSOCIATES, INC. DEFINED PENSION PL
C/O WILLIAM J. OVCA, JR. TRUSTEE
16872 BARUNA LANE
HUNTINGTON BEACH, CA  92649

MILTON LEROY OWENS, M. D., INC. DEFINED
C/O MILTON LEROY OWENS, TRUSTEE

1094 7TH ST
SAN PEDRO, CA  90731

WALTER WARREN OWENS
1501 S WEST TEMPLE
SALT LAKE CITY, UT  84115

ROBERT OXENDORF TRUST DATED 3/27/90
C/O ROBERT OXENDORF & GARY C. MEHLBERG T
6902 W OKLAHOMA AVE
MILWAUKEE, WI  53219

LORI E. OXX
6501 DUME DRIVE
MALIBU, CA  90265

PADGETT FAMILY TRUST DATED 3/25/03
C/O VARNELL O. PADGETT & DOROTHY A. PADG
1520 SKY VALLEY DR #106
RENO, NV  89523

PATTI PAGE
1225 TRIUMPH COURT
LAS VEGAS, NV  89117

THOMAS E. PAGE
7888 RYE CANYON DR.
LAS VEGAS, NV  89123

THE PALMER FAMILY TRUST
C/O DAVID A. PALMER TRUSTEE UA 2/13/90
1601 BENCHLEY COURT
HENDERSON, NV  89052

SIERRA HEALTH SERVICES, INC.
ATTN: TIM COULTER/TREASURY DEPT
PO BOX #14189
LAS VEGAS, NV  89114

PALMINTERE REVOCABLE TRUST DATED 6/19/98
C/O PHILIP A. PALMINTERE & NANCI S. PALM
11219 STAUFFER LANE
CUPERTINO, CA  95014

SALVATORE J. PALMISANO AND MARYANN PALMI
4022 W RAVENNA COURT
MEQUON, WI  53092

HAROLD E. PALS IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
226-2 MORGYN LANE
BOULDER CITY, NV  89005

CLAIRE H. PALS REVOCABLE LIVING TRUST U/
C/O HAROLD PALS TRUSTEE
226 - 2 MORGYN LANE
BOULDER CITY, NV  89005

JINGXIU JASON PAN
4296 DESERT HIGHLANDS DR
SPARKS, NV  89436

JAY A. PANDALEON PROFIT SHARING TRUST UN
C/O JAY A. PANDALEON & LEIGH B. PANDALEO
142 BRIGHTON CLOSE
NASHVILLE, TN  37205

JAY A. PANDALEON & LEIGH B. PANDALEON
142 BRIGHTON CLOSE
NASHVILLE, TN  37205

LEIGH B. PANDALEON IRA
C/O NATIONAL INVESTOR SERVICES CORP. INC
142 BRIGHTON CLOSE
NASHVILLE, TN  37205

EDWARD & JOAN PANYREK TRUST DATED AUGUST
C/O EDWARD J. PANYREK & JOAN PANYREK, GR
1636 KREGEL AVE
MUSKEGON, MI  49442

LOU CHRISTIAN TRUST
C/O PETER PAPAS & RITA PAPAS TRUSTEES
2060 DIAMOND BAR DRIVE
LAS VEGAS, NV  89117

CARLO J. PARADISO
10005 VILLA RIDGE DR
LAS VEGAS, NV  89134

CYNTHIA ANN PARDEE TRUST DATED 6/20/03
C/O CYNTHIA ANN PARDEE TRUSTEE
3395 DOVE CANYON DR
OXNARD, CA  93036

PARDO FAMILY TRUST DATED 4/13/90
C/O BETTY R. PARDO TRUSTEE
10932 MILL COVE AVE
LAS VEGAS, NV  89134

BETTY R. PARDO IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
10932 MILL COVE AVE
LAS VEGAS, NV  89134

YOUNG JIN PARK AND SEJIN PARK
4417 LOS REYES COURT
LAS VEGAS, NV  89121

CHARLES LEBRON PARKER & MARY JANE PARKER
14470 EMERALD PATH
APPLE VALLEY, MN  55124

LEXEY S. PARKER

```
4005 PLATEAU ROAD
RENO, NV  89509

OLYNNDA LONG LIVING TRUST DATED 1/18/80
C/O OLYNNDA PARMER TRUSTEE
P O BOX 62404
BOULDER CITY, NV  89006

RICHARD A. PAROLI AND NANCY C. PAROLI
522 BARKENTINE LANE
REDWOOD CITY, CA  94065

MOJAVE CANYON, INC.,
C/O J.B. PARTAIN, PRESIDENT
1400 COLORADO ST #C
BOULDER CITY, NV  89005

TIM S. PARTCH & KATHLEEN L. PARTCH
41536 CHILTERN DRIVE
FREMONT, CA  94539

ANTHONY PASQUALOTTO & ALICIA PASQUALOTTO
C/O ANTHONY PASQUALOTTO & ALICIA PASQUAL
5775 S DUNEVILLE
LAS VEGAS, NV  89118

AMPELIO O. & GLORIA T. PASQUALOTTO LIVIN
C/O GLORIA T. PASQUALOTTO TRUSTEE
5755 S DUNEVILLE
LAS VEGAS, NV  89118

JOHN PASQUALOTTO
5950 W QUAIL AVE
LAS VEGAS, NV  89118

CONSTANTINE PATARIASTRUST DTD 9/04/2004
C/O CONSTANTINE PATARIAS, TRUSTEE
4545 DUNDEE DRIVE
LOS ANGELES, CA  90027

LANCE M. PATRICK IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4122 E MCLELLAN # 3
MESA, AZ  85205

LANCE M. PATRICK & MICHELE L. PATRICK
4122 E MC LELLAN RD UNIT 3
MESA, AZ  85205

PATTERSON-ROGERS FAMILY 2001 TRUST, DATE
C/O ROBERT C. PATTERSON-ROGERS AND JOYCE
P O BOX 60175
LAS VEGAS, NV  89160

HENRY E. PATTISON & RUTH V. PATTISON
5219 WEST AVE L14
QUARTZ HILL, CA  93536
```

THE PAULSEN FAMILY TRUST UNDER AGREEMENT
C/O LOWELL ARTHUR PAULSEN AND SHERRI LYN
47557 RD 630
OAKHURST, CA  93644

CHARLETTE A. PAYNE
8515 COSTA VERDE BLVD UNIT 610
SAN DIEGO, CA  92122

SHIRLEY PAYNE
P O BOX 208
GRASS VALLEY, CA  95945

RAMON PAZOS AND MARIA V. PAZOS
7653 NW 88TH LANE
TAMARAC, FL  33321

LELAND T. PEARCE & ISABELLE J. PEARCE
3160 EAGLEWOOD DRIVE
RENO, NV  89502

KAREN L. PEARL IRA
C/O FIRST SAVINGS BANK CUSTODIAN
8760 WHITE FIR ST
RENO, NV  89523

JUDITH G. PECH, IRA
C/O FIRST SAVINGS BANK CUSTODIAN
80382 GREEN HILLS DRIVE
INDIO, CA  92201

ROBERT L. PECH, IRA
C/O FIRST SAVINGS BANK CUSTODIAN
80382 GREEN HILLS DR
INDIO, CA  92201

ROBERT L. PECH & JUDITH G. PECH FAMILY T
C/O ROBERT L. PECH & JUDITH G. PECH TRUS
80382 GREEN HILLS DRIVE
INDIO, CA  92201

ANDREW E. PEEK & TINA M. PEEK
P O BOX 897
TRUCKEE, CA  96160

PEELE SPOUSAL TRUST DATED 2/10/87
C/O JENNEFER C. PEELE TRUSTEE
2581 RAMPART TERRACE
RENO, NV  89509

PEELE BYPASS TRUST DATED 2/10/87
C/O JENNEFER COLE PEELE TRUSTEE
2581 RAMPART TERRACE
RENO, NV  89509

MICHAEL PELCZAR, M.D.

133 RIVER RUN
QUEENSTOWN, MD  21658

DCGT FBO CLAUDE M. PENCHINA ROTH IRA, AC
74 RUE DE SEVRES
PARIS, FRANCE  75007

JAMES W. PENGILLY AND AMANDA M. PENGILLY
232 MULDOWNEY LANE
LAS VEGAS, NV  89138

PENN FAMILY TRUST DATED 1/20/90
C/O BILL PENN & ISA PENN TRUSTEES
7800 TOPANGA CANYON BLVD #301
CANOGA PARK, CA  91304

ALAN L. PEPPER & TOBI PEPPER
5429 OAK PARK AVE
ENCINO, CA  91316

MOLLIE PEPPER
5429 OAK PARK AVE
ENCINO, CA  91316

TOBI S. PEPPER INTER VIVOS TRUST DATED 7
C/O TOBI S. PEPPER, TRUSTEE,
5429 OAK PARK AVE
ENCINO, CA  91316

PERCY FAMILY TRUST U/A 9/28/99
C/O MICHAEL PERCY & CAROL PERCY TRUSTEES
1902 DEEP SPRINGS LANE
LINCOLN, CA  95648

C. NICHOLAS PEREOS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1610 MEADOW WOOD LANE
RENO, NV  89502

DANIEL L. PERESLETE TRUST DATED 8/4/04
C/O DANIEL L. PERESLETE TRUSTEE
805 CLINE STREET
LAS VEGAS, NV  89145

SHIMON PERESS & HANNAH K. PERESS TRUST D
C/O SHIMON PERESS & HANNAH PERESS TRUSTE
8109 SAPPHIRE BAY
LAS VEGAS, NV  89128

ALVARO V. PEREZ & HEIDI L. PEREZ
870 NW 99TH AVE
PLANTATION, FL  33324

EDWIN L. PEREZ
806 N HUDSON AVENUE
LOS ANGELES, CA  90038

```
EDWIN PEREZ & ANTONIA PEREZ
806 N. HUDSON AVE
HOLLYWOOD, CA  90038

ERIC S. PERLMAN
P O BOX 8636
TRUCKEE, CA  96162

KATHERINE S. PERLMAN
218 KENNETH DR
APTOS, CA  95003

TAMARA J. PERLMAN IRA
C/O PENSCO TRUST COMPANY CUSTODIAN
P O BOX 10672
TRUCKEE, CA  96162

PERLMAN INVESTMENT PARTNERS, L.P.
P O BOX 8636
TRUCKEE, CA  96162

ROBERT H. PERLMAN & LYNN R. PERLMAN TRUS
C/O ROBERT H. PERLMAN & LYNN R. PERLMAN
2877 PARADISE ROAD 3501
LAS VEGAS, NV  89109

THE PERNICANO FAMILY LIVING TRUST
C/O ANGELO PERNICANO & BARBARA PERNICANO
6212 NAHA PORT AVE
LAS VEGAS, NV  89110

CATHERINE PERRONE
923 CROTON ROAD
CELEBRATION, FL  34747

NICHOLAS PERRONE TRUST DATED 7/12/99
C/O NICHOLAS PERRONE TRUSTEE
5112 SAN ANSELMO ST
LAS VEGAS, NV  89120

LARRY PESCHKE & SUSAN PESCHKE
24215 FALCON POINT
KATY, TX  77494

HENRY A. PETERS AND DONNA M. PETERS
2954 DENISE COURT
WEST SACRAMENTO, CA  95691

PETERS FAMILY TRUST DATED 7/22/00
C/O RONALD K. PETERS TRUSTEE
531 CAMBRIAN WAY
DANVILLE, CA  94526

RONALD K. PETERS AND SUSAN A. JOHNSON
531 CAMBRIAN WAY
DANVILLE, CA  94526
```

```
CHRISTINE A. PETERSEN TRUST
C/O CHRISTINE A. PETERSEN TRUSTEE
1829 GLENVIEW
LAS VEGAS, NV  89134

MARY PETERSEN
9021 GROVE CREST LANE
LAS VEGAS, NV  89134

KAREN PETERSEN TYNDALL TRUST DATED 3/9/9
C/O KAREN PETERSEN TYNDALL TRUSTEE
1012 GREYSTOKE ACRES
LAS VEGAS, NV  89145

KPT IRREVOCABLE TRUST DATED 7/16/99
C/O KAREN PETERSEN TYNDALL TRUSTEE
1012 GREYSTOKE ACRES
LAS VEGAS, NV  89145

ANDREW R. PETERSON & SHARON PETERSON 199
C/O ANDREW PETERSON & SHARON PETERSON TR
798 SAN REMO WAY
BOULDER CITY, NV  89005

DREW PETERSON & AMY PETERSON
802 LOS TAVIS WAY
BOULDER CITY, NV  89005

MARY DIANE PETERSON
65 MORITZ WAY
MT. CHARLESTON, NV  89124

SHARON PETERSON FOR BENEFIT PETERSON FAM
798 SAN REMO WAY
BOULDER CITY, NV  89005

ALEKO PETRO
6224 LONE CYPRESS COURT
LAS VEGAS, NV  89141

DOLORES A. PETRO
14242 RIVERSIDE DRIVE 103
SHERMAN OAKS, CA  91423

PETUCK CAPITAL CORPORATION
80 DOUBLING RD
GREENWICH, CT  6830

MICHAEL PEZZANO & LISA PEZZANO
2216 HARRISON AVE
MEDFORD, OR  97504

PHIL L. PFEILER & LOY E. PFEILER
806 BUCHANAN BLVD #115 PMB #249
BOULDER CITY, NV  89005

DR. MELODY A. PFINGSTEN AND CRYSTAL WITT
```

43613 SOUTHERLAND WAY
FREMONT, CA  94539

RONALD C. PHELPS TRUST, DATED 10/19/01
C/O RONALD C. PHELPS TRUSTEE
, MT  0

BETTY J. PHENIX
P. O. BOX 982
MINDEN, NV  89423

PHILLIPS FAMILY TRUST DATED 10/24/89
C/O A. STEPHEN PHILLIPS & FRANCES E. PHI
2275 SCHOONER CIRCLE
RENO, NV  89509

PHILLIPS FAMILY TRUST DATED 10/24/89
C/O FRANCES E. PHILLIPS, TRUSTEE
2275 SCHOONER CIRCLE
RENO, NV  89509

THE GORDON RAY AND NANCY S. PHILLIPS LIV
C/O GORDON RAY PHILLIPS, TRUSTEE
4906 E DESERT INN RD
LAS VEGAS, NV  89121

MARY P. PHILLIPS TRUST DATED 7/26/01
C/O MARY P. PHILLIPS TRUSTEE
2934 N HARTWICK AVE
TUCSON, AZ  85715

PS II MANAGEMENT, LLC
1800 VALLEY VIEW LN STE 300
DALLAS, TX  75234

ROBERT D. PHILLIPS
5382 EDINGER AVENUE
HUNTINGTON BEACH, CA  92649

THE ROGER AND JOANN PHILLIPS REVOCABLE 2
C/O ROGER C. PHILLIPS AND JOANN PHILLIPS
7132 OAKCREEK DRIVE
STOCKTON, CA  95207

CESARI PIAZZA IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1401 MONTEREY DRIVE
BOULDER CITY, NV  89005

HOLLY J. PICKEREL
3415 COOPER STREET
SAN DIEGO, CA  92104

KAREN L. PIDGEON 2006 LIVING TRUST DATED
C/O KAREN L. PIDGEON TRUSTEE
P O BOX 41619
SACRAMENTO, CA  95841

VICKIE PIEPER LIVING TRUST DATED SEPT 16
C/O VICKIE PIEPER TRUSTEE
2664 SAN LAGO COURT
LAS VEGAS, NV  89121

VICKIE PIEPER
2664 SAN LAGO COURT
LAS VEGAS, NV  89121

JERRY PIETRYK AND LEEANN PIETRYK
12811 STELLAR LN
PLAINFIELD, IL  60544

APRILLE J. PIHL
1942 SUTTER ST. APT B
SAN FRANCISCO, CA  94115

HELEN R. PILE & WILLIAM E. PILE
5118 RANGE VIEW AVE
LOS ANGELES, CA  90042

MICHAEL E. PILE
10225 COYOTE CREEK DRIVE
RENO, NV  89521

LYNDA L. PINNELL IRA
C/O FIRST SAVINGS BANK CUSTODIAN
9915 SADDLEBACK DRIVE
LAKESIDE, CA  92040

LYNDA L. PINNELL LIVING TRUST DATED 7/24
C/O LYNDA L. PINNELL TRUSTEE
9915 SADDLEBACK DRIVE
LAKESIDE, CA  92040

MICHAEL EUGENE PINNEY
1122 WASHINGTON AVE.
GREENVILLE, OH  45331

DONALD H. PINSKER
8650 W  VERDE WAY
LAS VEGAS, NV  89149

ALI PIRANI AND ANISHA PIRANI
13174 N 100TH PLACE
SCOTTSDALE, AZ  85260

ALI PIRANI
13174 N 100TH PLACE
SCOTTSDALE, AZ  85260

APRIL L. PLACE
496 BROCKWAY ROAD
HOPKINTON, NH  3229

THE ALOIS PLAINER REVOCABLE LIVING TRUST

```
C/O ALOIS PLAINER, TRUSTEE
698 MT. BONA WAY
BOULDER CITY, NV  89015

WILLIAM PLATT AND SONDRA B. PLATT
501 TAXON HALLOW
BROOMALL, PA  19088

PLESER FAMILY TRUST DATED 1/28/00
C/O NELLIE PLESER TRUSTEE
2836 MEADOW PARK AVENUE
HENDERSON, NV  89052

SONJA PLESKO
6301 BRUMA AVENUE
LAS VEGAS, NV  89122

THE CHARLES B. PLUNKETT REVOCABLE TRUST
C/O CHARLES B. PLUNKETT TRUSTEE
142 CODY ERIN DRIVE
HENDERSON, NV  89074

RICHARD POCOCK & CATHY POCOCK
1101 WEST BROADWAY
NEEDLES, CA  92363

JANET K. POHL TRUST DATED 6/24/94
C/O JANET K. POHL & RONALD L. POHL TRUST
14070 BOXFORD COURT
CHESTERFIELD, MO  63017

COLLEEN POINDEXTER
60 JOANN CT.
WALNUT CREEK, CA  94597

ARTHUR POLACHECK AND GLORIANNE POLACHECK
2056 WOODLAKE CIRCLE
DEERFIELD BEACH, FL  33442

POLACHECK & ASSOCIATES, INC. PROFIT SHAR
C/O STEPHEN B. POLACHECK TRUSTEE
4719 COMMONS WAY STE E
CALABASAS, CA  91302

JACK & GLADYS POLEN FAMILY TRUST DATED 6
C/O JACK POLEN TRUSTEE
3150 E TROPICANA #234
LAS VEGAS, NV  89121

CHARLES POLLARD JR.
31302 MULHOLLAND HWY
MALIBU, CA  90265

BEAUX PONTAK AND DENISE PONTAK
249 N BRAND BLVD # 494
GLENDALE, CA  91203
```

PONTAK WONG REVOCABLE TRUST DATED JAN 19
C/O PATRICIA A. PONTAK AND DARRELL M. WO
130 SCOTT ROAD
BISHOP, CA  93514

MORTON J. PORT
P O BOX 7724
INCLINE VILLAGE, NV  89452

PATRICIA L. PORT TRUST DATED 1/28/04
C/O PATRICIA L. PORT TRUSTEE
PO BOX 7724
INCLINE VILLAGE, NV  89452

TIMOTHY J. PORTER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
8970 S BANK DR
ROSEBURG, CA  97470

SHELDON & MARION G. PORTMAN TRUST DATED
C/O SHELDON PORTMAN & MARION G. PORTMAN
9505 CITY HILL COURT
LAS VEGAS, NV  89134

PORTNOFF BUILDING
P O BOX 97593
LAS VEGAS, NV  89193

SUSAN POSTIGO
160 KANE DR
HOLLISTER, CA  95023

CLAIR W. POTTER TRUST
C/O CLAIR W. POTTER TRUSTEE
2643 RICHMAR DRIVE
BEAVERCREEK, OH  45434

MARTHA W. POTTER REVOCABLE TRUST
C/O MARTHA W. POTTER TRUSTEE
2643 RICHMAR DRIVE
BEAVERCREEK, OH  45434

POWELL FAMILY TRUST DATED 09/01/05
C/O RONALD D. POWELL AND JANE A. POWELL,
4820 W HIDDEN VALLEY DR
RENO, NV  89502

HANS J. PRAKELT
2401-A WATERMAN BLVD SUITE 4-230
FAIRFIELD, CA  94534

PRESCIA INVESTMENTS,  ANTHONY PRESCIA AN
5475 W TECO AVE
LAS VEGAS, NV  89118

JAMES C. PRESSWOOD IRA
C/O FIRST SAVINGS BANK CUSTODIAN

```
9227 ARBOR TRAIL DRIVE
DALLAS, TX  75243

SHARON E. PRESSWOOD IRA
C/O FIRST SAVINGS BANK CUSTODIAN
9227 ARBOR TRAIL DRIVE
DALLAS, TX  75243

PRESSWOOD LIVING TRUST DATED 12/18/02
C/O JAMES COLUMBUS PRESSWOOD & SHARON EL
9227 ARBOR TRAIL DRIVE
DALLAS, TX  75243

MICHAEL L. PRICE AND SUSAN M. PRICE
P. O. BOX 5322
KENT, WA  98064

NORMAN & CHARLENE PRINS REVOCABLE LIVING
C/O NORMAN D. PRINS & CHARLENE J. PRINS
7425 W 104TH ST
BLOOMINGTON, MN  55438

DAVID R. PRITCHETT AND DONNA J. PRITCHET
15613 N. GREENWAY HAYDEN LOOP
SCOTTSDALE, AZ  85260

LP TRUST DTD 3/1/06
C/O LORE PROBST, TRUSTEE
2057 FOUNTAIN CITY ST
HENDERSON, NV  89052

LORI A. PROCTER
2178 VIZCAYA CIRCLE
CAMPBELL, CA  95008

CAROL J. PRUNER TRUST
C/O CAROL J. PRUNER TRUSTEE
7350 SILVER LAKE RD APT # 11A
RENO, NV  89506

HELMUT O. PRZYSTAW & ERIKA L. PRZYSTAW
1609 WHEATGRASS DR
RENO, NV  89509

OLIVER PUHR
1696 HEARTHSTONE COURT
RENO, NV  89521

PULLEY REVOCABLE TRUST DATED 12/20/00
C/O EVELYN E. PULLEY TRUSTEE
404 PARAMOUNT LANE
BIRMINGHAM, AL  35226

PULLEY LIVING TRUST DATED 4/30/01
C/O MICHAEL J. PULLEY & DEBORAH A. PULLE
2708 N. PENNINGTON DR
CHANDLER, AZ  85224
```

PUMPHREY FAMILY TRUST DATED 11/8/89
C/O DAVID PUMPHREY & PATRICIA PUMPHREY T
10800 SAND HOLLOW CT
RENO, NV  89521

EMMELINE PUNSALAN
553 EAGLE PERCH PLACE
HENDERSON, NV  89012

QUINN LIVING TRUST DATED 8/26/04
C/O CHRISTINE M. QUINN TRUSTEE
13435 MAHOGANY DRIVE
RENO, NV  89511

EDWARD J. QUINN & DARLENE A. QUINN
660 NW BROOKHAVEN DR
LEE'S SUMMIT, MO  64081

QUINN FAMILY TRUST DATED 1/11/00
C/O RUSSELL S. QUINN & MARION M. QUINN T
2293 SUTTER VIEW LANE
LINCOLN, CA  95648

SYDNEY QUINN
P O BOX 340
BIG PINE, CA  93513

THE LEWIS/RAFFERTY FAMILY TRUST DATED 6/
C/O JUSTIN D. RAFFERTY & PATRICIA L. LEW
625 WEST SILVER CREEK ROAD
GILBERT, AZ  85233

HARRY J. RAFFERTY & LAVERNE F. RAFFERTY
C/O LAVERNE F. RAFFERTY TRUSTEE
2083 LEISURE WORLD
MESA, AZ  85208

DENNIS RAGGI
PO BOX 10475
ZEPHYR COVE, NV  89448

MICHAEL RAICHBART AND IRIT RAICHBART
4450 ENTERPRISE ST STE #107
FREMONT, CA  94538

RAINS PROPERTIES, LP
P O BOX 12088
LAS VEGAS, NV  89112

RICHARD M. RAKER LIVING TRUST DATED 3/18
C/O RICHARD M. RAKER, TRUSTEE
982 SHORELINE DR
SAN MATEO, CA  94404

DANIEL RAKICH IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN

2613 SILVERTON DRIVE
LAS VEGAS, NV  89134

RALSTON FAMILY TRUST, DATED 5/16/00
C/O PHILLIP N. RALSTON AND BENITA M. RAL
28 HASSAYAMPA TRAIL
HENDERSON, NV  89052

BARBARA RAM & ILANA YAKUEL
8063 ALPINE FIR AVE
LAS VEGAS, NV  89117

THE RAM FAMILY TRUST DATED 6/22/01
C/O MOSHE RAM & BARBARA RAM TRUSTEES
8063 ALPINE FIR AVENUE
LAS VEGAS, NV  89117

CHRISTINE HUGHES RAMBERG IRA
C/O PENSCO TRUST COMPANY CUSTODIAN
15 CARRERA CT
RANCHO MIRAGE, AK  92270

ALICIA RAMIREZ & CLAUDIA MARTINEZ
4162 JACQUELINE WAY
LAS VEGAS, NV  89115

EDWARD & JACQUELINE RAMOS FAMILY TRUST D
C/O EDWARD RAMOS & JACQUELINE RAMOS TRUS
2330 RIDGE FIELD TRAIL
RENO, NV  89523

RAMOS FAMILY TRUST DATED 8/27/97
C/O LEONARD J. RAMOS & CLAUDIA C. RAMOS
115 MIA VISTA COURT
RENO, NV  89502

AARON S. RAMSEY AND LARA RAMSEY
7713 N. 41ST ST.
NIWOT, CO  80503

CAROLYN RAND SAMUELSON REVOCABLE TRUST D
C/O CAROLYN RAND SAMUELSON TRUSTEE
3933 OCEAN DRIVE
OXNARD, CA  93035

CAROLYN RAND SAMUELSON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3933 OCEAN DRIVE
OXNARD, CA  93035

RANDALL REVOCABLE LIVING TRUST DATED 05/
C/O JOHN M. RANDALL & SHIRLEY A. RANDALL
11761 VIEW DR
GRASS VALLEY, CA  95945

JAMES P. RANDISI AND MARY M. RANDISI
806 CHESTNUT GLEN GARTH

TOWSON, MD  21204

JACK L. RANKIN
2128 RAINBOW FALLS
LAS VEGAS, NV  89134

JAMES R. RAPPAPORT & MARILYN R. RAPPAPOR
3356 NAMBE DR
RENO, NV  89511

BENITA M. RASHALL
216 EDGE HILL DRIVE
SAN CARLOS, CA  94020

CHARLES P. RASHALL LIVING TRUST DTD 4/14
C/O CHARLES P. RASHALL TRUSTEE
1918 CHATWIN AVE
LONG BEACH, CA  90815

LAWRENCE RAUSCH
10708 BRINKWOOD AVENUE
LAS VEGAS, NV  89134

JEANNE RAWDIN
4974 VIA CINTA
SAN DIEGO, CA  92122

ROBERT E. RAY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1202 JESSIE RD
HENDERSON, NV  89015

RAY FAMILY TRUST DATED 6/28/89
C/O ROBERT E. RAY & PEGGIE RAY TRUSTEES
1202 JESSIE RD
HENDERSON, NV  89015

RAY PROPERTIES, LLC
1202 JESSIE RD
HENDERSON, NV  89015

ALEXANDER P. RAYMENT & MARIA A. RAYMENT
IMPASSE HAUTS DE BAYLE 9
MARMANDE 47200
MAGDELAINE,   0

MARIA ADELAIDE RAYMENT
7662 VILLA DEL MAR AVENUE
LAS VEGAS, NV  89131

CHRISTINA REALE
604 BIANCA LANE
HEALDSBURG, CA  95448

FRANK REALE
6908 EMERALD SPRINGS
LAS VEGAS, NV  89113

```
LAUREN REALE
211 CHERRY ST.
PETALUMA, CA  94952

JAMES E. REARDON IRA
C/O PENSCO TRUST COMPANY CUSTODIAN
120 S MAIN STREET
MANSFIELD, MA  2048

TERRANCE E. REAY AND DEBRA L. BARNES REA
25 MAINSAIL DRIVE
CORONA DEL MAR, CA  92625

REBER FAMILY TRUST DATED 01/18/99
C/O JOHN J. REBER TRUSTEE
P O BOX 570032
LAS VEGAS, NV  89157

ELAN REDDELL REVOCABLE LIVING TRUST DATE
C/O ELAN REDDELL TRUSTEE
6770 HAWAII KAI DR #1006
HONOLULU, HI  96825

DONALD E. REDMON & JAYLYLE REDMON FAMILY
C/O DONALD E. REDMON & JAYLYLE REDMON TR
51 SANLO LANE
MOUNTAIN HOME, AR  72635

DONALD E. REDMON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
51 SANLO LANE
MOUNTAIN HOME, AR  72653

THE BUSHMAN-ELIAS FAMILY TRUST DATED 9/5
C/O COREY J. REED, TRUSTEE
25 FRANCESCA AVE
SOMERVILLE, MA  2144

LINDA S. REED IRA
C/O FIRST SAVINGS BANK CUSTODIAN
259 OVERLOOK DRIVE
CADIZ, KY  42211

MICHAEL REED IRA
C/O FIRST SAVINGS BANK CUSTODIAN
259 OVERLOOK DRIVE
CADIZ, KY  42211

MARY ANN REES IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2304 SUN CLIFFS STREET
LAS VEGAS, NV  89134

NOEL E. REES IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2304 SUN CLIFFS STREET
```

LAS VEGAS, NV  89134

NOEL AND MARY ANN REES FAMILY TRUST
C/O NOEL E. REES AND MARY ANN REES TRUST
2304 SUN CLIFF ST
LAS VEGAS, NV  89134

WILLIAM LEE REEVES
P O BOX 3933
CARSON CITY, NV  89702

WILLIAM S. REEVES
2930 SERENE ST
HENDERSON, NV  89074

ACRES CORPORATION DEFINED BENEFIT PENSIO
P O BOX 3651
INCLINE VILLAGE, NV  89450

ACRES CORPORATION DEFINED BENEFIT PENSIO
C/O ANNEMARIE REHBERGER TRUSTEE
P O BOX 3651
INCLINE VILLAGE, NV  89450

ACRES PROFIT SHARING PLAN
C/O ANNEMARIE REHBERGER, TRUSTEE
P O BOX 3651
INCLINE VILLAGE, NV  89450

REHBERGER FAMILY TRUST DATED 6/17/92
C/O ANNEMARIE REHBERGER, TRUSTEE
P O BOX 3651
INCLINE VILLAGE, NV  89450

MICHAEL C. REHBERGER AND JEANA L. REHBER
688 BRIDGER CT
P O BOX 3813
INCLINE VILLAGE, NV  89451

THOMAS REHN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
15405 ROBERTSON DR.
SUN CITY WEST, AZ  85375

ORBAN H. REICH TRUST DATED 12/27/00
C/O ORBAN H. REICH TRUSTEE
P O BOX 1844
RENO, NV  89505

DAVID REICHEL
21191 JASMINES WAY # 111
LAKE FOREST, CA  92630

ALAN W. REID & MERIAM A. REID
935 FESTA WAY
SPARKS, NV  89434

ROBERT J. REINER ROTH IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
4643 CORDOBA WAY
OCEANSIDE, CA  92056

SHIRLEY M. REINESCH REVOCABLE LIVING TRU
C/O SHIRLEY M. REINESCH TRUSTEE
P O BOX 582
SISTERS, OR  97759

CHARLES W. & KRISTEN J. REMSEN REVOCABLE
C/O CHARLES W. REMSEN & KRISTEN J. REMSE
9750 BROOKS RD
WINDSOR, CA  95492

MANUEL F. RENDON & CONSTANCE M. RENDON
9900 WILBUR MAY PKWY #1206
RENO, NV  89521

STELLAR INNOVATIONS, INC.
P O BOX 292
BELTON, TX  76513

STEPHANIE K. RESLEY
821 VALLEY DRIVE
MANHATTAN BEACH, CA  90266

RICHARD RETIN
1755 ROCKHAVEN DRIVE
RENO, NV  89511

BENNIE N. REVELLO, IRA
9728 TERRACE GREEN AVE
LAS VEGAS, NV  89117

GREG REVERS
11055 SLATER AVE
FOUNTAIN VALLEY, CA  92708

EMIL REYNOLDS & ANNA REYNOLDS
982 EAST COUNTY RD 350 SOUTH
GREENCASTLE, IN  46135

LAWRENCE H. REYNOLDS & JAYNE L. REYNOLDS
650 W NATIONAL AVE
WINNEMUCCA, NV  89445

LINDA E. REYNOLDS
337 WESTMINSTER AVENUE
SALT LAKE CITY, UT  84115

MICHAEL E. REYNOLDS AND TERESA REYNOLDS
8119 PINNACLE PEAK
LAS VEGAS, NV  89113

SUSAN F. REYNOLDS
1619 PRESTON PARK DRIVE

HENDERSON, NV  89052

RHOADES PASSIVE INVESTMENTS, LLC
3385 MERIDIAN LANE
RENO, NV  89509

RUBY C. RHOADS & NANCY R. DAVIS
3249 SAN AMADEO APT. O
LAGUNA WOODS, CA  92637

MICHAEL H. RICCI
1204 CAMBALLERIA DRIVE
CARSON CITY, NV  89701

M. ANNE RICCIO
5 OAK BROOK CLUB DR APT P4N
OAK BROOK, IL  60523

MANUEL G. RICE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2061 SEA COVE LANE
COSTA MESA, CA  92627

1993 MANUEL G. RICE REVOCABLE TRUST DATE
C/O MANUEL G. RICE TRUSTEE
2061 SEA COVE LANE
COSTA MESA, CA  92627

RICH FAMILY TRUST DATED 12/1/95
C/O CURTIS L. RICH & DEBORAH N. RICH TRU
P O BOX 2884
TRUCKEE, CA  96160

PATRICK M. RICH TRUST UAD 4/4/01
C/O PATRICK M. RICH, TRUSTEE
27810 FORESTER DR
BONITA SPRINGS, FL  34134

JEAN G. RICHARDS TRUST DATED 9/30/1999
C/O JEAN G. RICHARDS TRUSTEE
1160 MAGNOLIA LN
LINCOLN, CA  95648

WILSON J. RICHARDS & VIRGINIA F. RICHARD
20075 BLACK BUTTE ROAD
LEWISTOWN, MT  59457

RICHARDSON FAMILY TRUST UNDER AGREEMENT
C/O FRANK W. RICHARDSON & MARGARET S. RI
8 CORTE LADINO
SAN CLEMENTE, CA  92673

RICKLING FAMILY TRUST
C/O MARVIN RICKLING & ROSEMARY RICKLING
3017 HADDON DRIVE
LAS VEGAS, NV  89134

THOMAS T. RIEDMAN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
995 PUTNAM AVE
NORTH MERRICK, NY  11566

THOMAS T. RIEDMAN
995 PUTNAM AVE
NORTH MERRICK, NY  11566

LARRY L. RIEGER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2615 GLEN EAGLES DR
RENO, NV  89523

PATSY R. RIEGER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2615 GLEN EAGLES DRIVE
RENO, NV  89523

LARRY L. RIEGER & PATSY R. RIEGER REVOCA
C/O LARRY L. RIEGER & PATSY R. RIEGER TR
2615 GLEN EAGLES DRIVE
RENO, NV  89523

RACHEL RIEHLE
9962 WESTHAVEN CIRCLE
WESTMINSTER, CA  92683

RIFKIN 2000 TRUST
C/O ALLEN RIFKIN & ROSALYN RIFKIN TRUSTE
10024 PINNACLE VIEW PLACE
LAS VEGAS, NV  89134

BRIAN L. RILEY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2710 CRESTWOOD LANE
HIGHLAND VILLAGE, TX  75077

MARY A. RILEY AND BRIAN L. RILEY
2710 CRESTWOOD LN
HIGHLAND VILLAGE, TX  75077

RILEY FAMILY TRUST DATED 8/12/04
C/O MICHAEL R. RILEY AND CAROL M. RILEY
2025 HOT OAK RIDGE
LAS VEGAS, NV  89134

SUZANNE S. RILEY
1683 MAR WEST
TIBURON, CA  94920

JOSEPH R. RINALDI & GLORIA E. RINALDI RE
C/O JOSEPH R. RINALDI & GLORIA E. RINALD
1069 VANLIER
HENDERSON, NV  89015

HARVEY ANDREW RINEER III TRUST UTA DATED

```
C/O HARVEY ANDREW RINEER III TRUSTEE
3756 SAUCEDA LANE
LAS VEGAS, NV  89103

CECIL E. RIORDAN & BARBARA RIORDAN
2370 OVERLOOK COURT
RENO, NV  89509

NANCY KATHRYN RIVARD & DAVID LEE OLDEN T
C/O NANCY K. RIVARD & DAVID L. OLDEN TRU
P O BOX 31257
LAS VEGAS, NV  89173

WILLIAM RIZZO
146 TRIBERG COURT
HENDERSON, NV  89014

JOSEPH N. RIZZUTO FAMILY TRUST DATED 4/2
C/O JOSEPH N. RIZZUTO & DOROTHY RIZZUTO
5655 MONTEREY ROAD
GILROY, CA  95020

BLAIR E. ROACH & BARBARA K. ROACH
P O BOX 1238
ZEPHYR COVE, NV  89448

JOHN ROACH & MARY ANN ROACH
35 ALDER COURT
BLAIRSDEN, CA  96103

EDA ROBBIE SURVIVOR TRUST DATED 5/22/03
C/O AGUEDA R. ROBBIE AKA EDA ROBBIE TRUS
110 LONDONDERRY CT
RENO, NV  89511

CASSANDRA J. ROBBINS
57 TOPPLER DRIVE
CASTLE ROCK, CO  80108

TESSERACT TRUST DATED 3/31/04
C/O JUDD ROBBINS & LIN VAN HEUIT-ROBBINS
1340 ANDERSON CREEK RD
TALENT, OR  97540

RETIREMENT ACCOUNTS INC.  CFBO JUDD ROBB
1340 ANDERSON CREEK RD
TALENT, OR  97540

DUANE B. ROBERTS
1200 LAKESHORE AVE  APT 4F
OAKLAND, CA  94606

Q ROBERTS TRUST DATED 3/11/03
C/O GEORGE A. ROBERTS & SHARON D. ROBERT
2415 HIGH VISTA DRIVE
HENDERSON, NV  89014
```

JERRY ROBERTS & BARBARA ROBERTS
7614 SPANISH BAY DRIVE
LAS VEGAS, NV  89113

ROBERT W. ROBERTS & DONNA R. ROBERTS
4708 NE. 199TH AVE
VANCOUVER, WA  98682

ROBERTS FAMILY TRUST DATED 4/28/04
C/O SARAH R. ROBERTS TRUSTEE
520 CLEARVIEW DR
LOS GATOS, CA  95032

SARAH R. ROBERTS
520 CLEARVIEW DR
LOS GATOS, CA  95032

ALFRED J. ROBERTSON & SUE E. ROBERTSON
2515  109TH AVE SE
BELLEVUE, WA  98004

STEVAN S. ROBERTSON JR. AND MARSHA T. RO
12080 KATE DR
LOS ALTOS HILLS, CA  94022

ALAN ROBINSON & GAIL ROBINSON
4919 N MILDRED
TACOMA, WA  98407

BROOKS H. & DEE DEE ROBINSON
P O BOX 445
GLENBROOK, NV  89413

CARL L. ROBINSON & KATHRYN S. ROBINSON
5951 SADDLE HORSE AVE
LAS VEGAS, NV  89122

GAYLE L. ROBINSON
P.O. BOX 20963
RENO, NV  89515

JUDITH A. ROBINSON REVOCABLE LIVING TRUS
C/O JUDITH A. ROBINSON, TRUSTEE
10830 E OAK CREEK VALLEY DR
CORNVILLE, AZ  86325

RULON D. ROBISON PROFIT SHARING PLAN
C/O RULON D. ROBISON TRUSTEE
9100 EAGLE HILLS DR
LAS VEGAS, NV  89134

ROBERT R. RODRIGUEZ
2809 EASY ST
PLACERVILLE, CA  95667

THE ROBERT R. RODRIGUEZ REVOCABLE TRUST
C/O ROBERT R. RODRIGUEZ, TRUSTEE

2809 EASY ST
PLACERVILLE, CA  95667

THE ROE LIVING TRUST DATED 2/14/95
C/O AUDREY A. ROE TRUSTEE OF
2211 LOUISETOWN RD
RENO, NV  89521

ROBERT ROEDER & PATRICIA ROEDER
728 CARPENTER DRIVE
LAS VEGAS, NV  89107

MICHAEL G. ROGAL AND ELISABETH ROGAL
9529 CHASEWOOD BLVD
CONROE, TX  77304

PAUL ROGAN & MAUREEN ROGAN
P O BOX 1687
CRYSTAL BAY, NV  89402

PAUL ROGAN
P.O. BOX 1687
CRYSTAL BAY, NV  89402

ROGERS REVOCABLE LIVING TRUST  DATED 04/
C/O DARRELL ROGERS & PATRICIA ROGERS TRU
2869 DEL MAR DR.
MINDEN, NV  89423

ELEANOR L. ROGERS 1991 REVOCABLE LIVING
C/O ELEANOR L. ROGERS TRUSTEE
22 LOPEZ AVENUE
SAN FRANCISCO, CA  94116

DARRELL ROGERS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2869 DELMAR DRIVE
MINDEN, NV  89423

JAMES WILLIAM ROGERS
22 LOPEZ AVENUE
SAN FRANCISCO, CA  94116

JAMES ROGERS IRA
C/O PENSCO TRUST COMPANY CUSTODIAN
22 LOPEZ AVENUE
SAN FRANCISCO, CA  94116

REBECCA A. ROGERS TRUST DATED 9/18/96
C/O REBECCA A. ROGERS TRUSTEE
2309 SIERRA HEIGHTS DR
LAS VEGAS, NV  89134

ROISENTUL FAMILY TRUST
C/O SAUL ROISENTUL & ILENE ROISENTUL TRU
74075 KOKOPELLI CIRCLE
PALM DESERT, CA  92260

EDWARD ROLDAN AND STEPHANIE K. ROLDAN
1128 BROOKLINE CIRCLE
ROSEVILLE, CA  95747

R & S ROLOFF TRUST DATED 9/20/03
C/O RODNEY L. ROLOFF & SHARYN A. ROLOFF
1319 STONY BROOK LANE
PLEASANTON, CA  94566

L. EARLE ROMAK IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 6185
INCLINE VILLAGE, NV  89450

CRAIG L. ROMMEL & ANN MARIE ROMMEL
8 FRESIAN
COTO DE CAZA, CA  92679

ROMMEL FAMILY TRUST DATED 10/6/78
C/O NANCY E. ROMMEL TRUSTEE
1980 SILVERLEAF CIRCLE, #M308
CARLSBAD, CA  92009

MARIO WEST ROMO, A MINOR UNDER UTMA
C/O JANIS N. ROMO, THE CUSTODIAN
P O BOX  50522
HENDERSON, NV  89016

MAURY R. ROMONOSKI
4429 PEACEFUL MORNING LN
LAS VEGAS, NV  89129

RONK TRUST DATED 05/18/00
C/O MURLYN F. RONK & PENNY RONK TRUSTEES
1413 CLOVER HILLS DRIVE
ELKO, NV  89801

CROSBIE B. RONNING
P O BOX 7804
INCLINE VILLAGE, NV  89452

BOSWORTH 1988 FAMILY TRUST FOR THE BENEF
C/O GRABLE B. RONNING TRUSTEE
P. O. BOX 7804
INCLINE VILLAGE, NV  89452

GRABLE B. RONNING
P O BOX 7804
INCLINE VILLAGE, NV  89452

THE WILD WATER LIMITED PARTNERSHIP
P O BOX 9288
INCLINE VILLAGE, NV  89452

MYRTLE C. ROSCELLI AND GEORGETTE M. CHIA
1671 NORTHWOOD DR

HAYDEN, ID  83835

FREEMAN ROSEBROOKS
2008 MARCONI WAY
SOUTH LAKE TAHOE, CA  96150

SEYMOUR H. ROSENBERG REVOCABLE TRUST DAT
C/O SEYMOUR H. ROSENBERG, TRUSTEE
15322 STRATHEARN DR APT 11801
DELRAY BEACH, FL  33446

TOBY LEE ROSENBLUM TRUST DATED 9/11/95
C/O TOBY LEE ROSENBLUM TRUSTEE
1882 COLVIN AVENUE
ST PAUL, MN  55116

STUART M. ROSENSTEIN & DEBORAH H. ROSENS
10 HEATHROW COURT
MARLBORO, NJ  7746

ARNOLD ROSENTHAL
6059 WOODMAN AVE
VAN NUYS, CA  91401

DAVID ROSNER REVOCABLE TRUST DATED 01/05
C/O DAVID ROSNER TRUSTEE
71 TRINIDAD DRIVE
TIBURON, CA  94920

JOHN ROSS ENTERPRISES, INC.
P O BOX 862
MAMMOTH LAKES, CA  93546

ROSS FAMILY TRUST DATED 6/12/03
C/O MICHAEL C. ROSS & GAYLE G. ROSS TRUS
276 TRAM WAY ROAD
INCLINE VILLAGE, NV  89451

THE RICHARD & LYNDA ROSS FAMILY TRUST DA
C/O RICHARD K. ROSS AND LYNDA J. ROSS, T
386 QUESTA CT
RENO, NV  89511

STUART J. ROSS HEATHER GOOLSBY
8512 TUSCANY AVE #310
PLAYA DEL REY, CA  90293

ROBERT J. ROSSETTER & JANE L. ROSSETTER
1090 S E SHADOWOOD DR
BEND, OR  97702

LEE ROTCHY TRUST DATED 12/5/00
C/O LEE ROTCHY TRUSTEE
338 OMNI DR
SPARKS, NV  89436

SHEILA E. ROTHBERG

```
21 RANDOLPH DRIVE
DIX HILLS, NY  11746

DR. LOUIS ROTOLA & BRIDGET ROTOLA
5569 NORTH COUNTRY ROAD 29
LOVELAND, CO  80538

THALIA ROUTSIS FAMILY TRUST DATED 7/24/9
C/O THALIA NICHOLAS ROUTSIS TRUSTEE
P O BOX 4311
INCLINE VILLAGE, NV  89450

THE ROBERT J. ROWLEY AND KATHLEEN M. ROW
C/O ROBERT J. ROWLEY AND KATHLEEN M. ROW
398 ARBOLEDA RD.
SANTA BARBARA, CA  93110

WILLIAM J. ROZAK, JR.
3928 PLACITA DEL LAZO STREET
LAS VEGAS, NV  89120

DAVID RUBIO & PATRICIA L. RUBIO
870 LOCUST AVENUE
BOULDER, CO  80304

RUTH E. RUDD REVOCABLE TRUST DATED 11/11
C/O RUTH E. RUDD TRUSTEE
1519 DEERFORD CIRCLE
LAS VEGAS, NV  89110

THE RUEGG LIVING TRUST DATED 11/28/94
C/O FRANK CHARLES RUEGG, JR. & MARGARET
107 NAVIGATOR LANE
FRIDAY HARBOR, WA  98250

PHILIP RUFFINO & GRACE RUFFINO
3047 VAN BUSKIRK
LAS VEGAS, NV  89121

PETER VALVE COMPANY, INC.
2800 A WRONDEL WAY
RENO, NV  89502

PHILLIP M. RULON & SHIRLEY S. RULON
2800  A WRONDEL WAY
RENO, NV  89502

RUSSELL REVOCABLE TRUST DATED 9/21/93
C/O MARY E. RUSSELL TRUSTEE
9543 BROADWAY #7
TEMPLE CITY, CA  91780

FRANK RUSSELL, JR.
3314 PACES FERRY AVE SE
ATLANTA, GA  30339

INGRID A. RUTHERFORD FAMILY TRUST DATED
```

```
C/O INGRID A. RUTHERFORD, TRUSTEE
P.O.  BOX  L4L6
SAN ANDREAS, CA  95249

RYAN 1999 REVOCABLE LIVING TRUST DATED 1
C/O RICHARD J. RYAN TRUSTEE
9072 SUNDIAL DRIVE
LAS VEGAS, NV  89134

RONALD F. RYAN AND MARY A. RYAN
217 PANCHO VIA DR
HENDERSON, NV  89012

JOAN RYBA
3509 ROBINHOOD ST
HOUSTON, TX  77005

ANITA SABALA
1832 S. SIERRA VISTA
ALHAMBRA, CA  91801

JOSEPH W. SABIA & VICTORIA L. SABIA
2720 E QUAIL AVE
LAS VEGAS, NV  89120

BRIAN M. SACK
201 W 17TH ST # 3B
NEW YORK, NY  10011

DAVID A SACK IRREVOCABLE TRUST DATED 3/2
C/O BURTON M SACK TRUSTEE
415 L'AMBIANCE DR PH-D
LONGBOAT KEY, FL  34228

SCOTT A SACK IRREVOCABLE TRUST DATED 3/1
C/O BURTON M SACK TRUSTEE
415 L'AMBIANCE DR PH-D
LONGBOAT KEY, FL  34228

BURTON M. SACK
415 L'AMBIANCE DR PH-D
LONGBOAT KEY, FL  34228

SACK FAMILY PARTNERS, LP
415 L'AMBIANCE DRIVE  PH-D
LONGBOAT KEY, FL  34228

L AND R  SAENZ FAMILY TRUST
C/O LIONEL SAENZ AND ROSARIO D. SAENZ, T
281 ANDOVER RIDGE CT
HENDERSON, NV  89012

DAVID SAILON & JOAN SAILON
2436 CLIFFWOOD DR
HENDERSON, NV  89074

JOAN SAILON IRA
```

```
C/O FIRST SAVINGS BANK CUSTODIAN FOR
2436 CLIFFWOOD DRIVE
HENDERSON, NV  89074

THE SAK FAMILY TRUST DATED 12-17-04
C/O GREGORY V. SAK AND JANA L. SAK, TRUS
2512  SKIPPERS COVE AVE
HENDERSON, NV  89052

ALBERT J. SALAS
2456 DESERT BUTTE DR
LAS VEGAS, NV  89134

DANIEL & VIRGINIA SALERNO FAMILY TRUST D
C/O DANIEL N. SALERNO & VIRGINIA P. SALE
P O BOX 7869
INCLINE VILLAGE, NV  89452

DNS SECOND FAMILY LIMITED PARTNERSHIP
P O BOX 7869
INCLINE VILLAGE, NV  89452

YANKEE HOLDINGS, LLC
455 MONTAZONA TRAIL
SEDONA, AZ  86351

MARION L. SAMPLE AND VERNON OLSON
3748 CLEARWATER DRIVE
LAKE HAVASU CITY, AZ  86406

HOWARD SAMSEN & VERA SAMSEN
9948 ARBUCKLE DRIVE
LAS VEGAS, NV  89134

ROBERT F. SAMUELS & LINDA M. SAMUELS
5324 BOCA MARINA CIRCLE NORTH
BOCA RATON, FL  33487

SAMUELS FOUNDATION, INC.
198 CONCHO DRIVE
RENO, NV  89521

SAMUELS 1999 TRUST
C/O TAYLOR SAMUELS TRUSTEE
198 CONCHO DRIVE
RENO, NV  89521

THE BARBARA M. SANCHEZ 2002 REVOCABLE LI
C/O BARBARA M. SANCHEZ TRUSTEE
P O BOX 90528
SANTA BARBARA, CA  93190

RANDY SANCHEZ IRA
C/O FIRST SAVINGS BANK CUSTODIAN
5713 N WHITE SANDS RD
RENO, NV  89511
```

```
SANCHEZ LIVING TRUST DATED 10/13/03
C/O RANDY M. SANCHEZ & SHARON SANCHEZ TR
5713 N WHITE SANDS RD
RENO, NV  89511

WILLIAM J. SANDBERG & SHANG'LING J. TSAI
9588 VERVAIN STREET
SAN DIEGO, CA  92129

RUTH SANDERS
7362 OFFENHAUSER DR.
RENO, NV  89511

CHAD R. SANDHAS
10121 TABOR ST. APT # 14
LOS ANGELES, CA  90034

THE BERNARD SANDLER AND LINDA MARIE SAND
C/O BERNARD SANDLER AND LINDA MARIE SAND
C/O RIDGEWAY & WARNER
735 STATE ST STE 250
SANTA BARBARA, CA  93101

SANDLER LIVING TRUST DATED AUGUST 29, 20
C/O ROBERT B. SANDLER & PATRICIA D. SAND
8912 E PINNACLE RD BOX 591
SCOTTSDALE, AZ  85255

THOMAS R. SANFORD & ANNE H. SANFORD
22225 MISNER ROAD
LAPWAI, ID  83540

VICTOR SANTIAGO - ROTH IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
4604 GRETEL CIRCLE
LAS VEGAS, NV  89102

VICTOR SANTIAGO
4604 GRETEL CIRCLE
LAS VEGAS, NV  89102

SANTORO FAMILY TRUST U/T/D 4/29/02
C/O NICHOLAS J. SANTORO AND JUANITA SANT
2312 PEARL CREST STREET
LAS VEGAS, NV  89134

PAUL J. SAPOURN GRANTOR RETAINED ANNUITY
C/O MICHAEL P. SAPOURN, TRUSTEE
286 LANSING ISLAND DRIVE
SATELLITE BEACH, FL  32937

RUGBY ASSOCIATES, LLLP
100 RIALTO PLACE # 721
MELBOURNE, FL  32901

SAPOURN LEGACY, LLC
286 LANSING ISLAND DRIVE
```

SATELLITE BEACH, FL  32937

STEVEN G. SAPOURN & VALERIE K. SAPOURN
774 MAYS BLVD STE #10 PMB 295
INCLINE VILLAGE, NV  89451

STEVEN G. SAPOURN
774 MAYS BLVD STE #10 PMB 295
INCLINE VILLAGE, NV  89451

UNIVERSE PARTNERS, LLC
774 MAYS BLVD #10-295
INCLINE VILLAGE, NV  89451

LARRY D. SARGENT & MARJEAN SARGENT
26813 OAK BRANCH CIRCLE
NEWHALL, CA  91321

PETER SARMANIAN & HELENA SARMANIAN
14 CUSHING ROAD
WELLESLEY, MA  2481

DINO SARNO & DONNA SARNO
4054 ELLENITA AVENUE
TARZANA, CA  91356

CHARLES O. SASS
250 RIVER FRONT DR
RENO, NV  89523

KAREN E. SASS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
250 RIVER FRONT DRIVE
RENO, NV  89523

MARK A. SAUCEDA & LISA A. SAUCEDA
P.O. BOX 736
BURBANK, CA  91510

MARK A. SAUCEDA
P.O. BOX 736
BURBANK, CA  91510

THEODORE S. SAULINO AND ALICIA SAULINO
11720 CAPRI DRIVE
WHITTIER, CA  90601

SAULSBERRY REVOCABLE INTER-VIVOS TRUST D
C/O HOLLIS LEE SAULSBERRY, TRUSTEE
13600 MARINA POINT DR UNIT 801
MARINA DEL RAY, CA  90292

JOHN H. SAUNDERS & ANITA SAUNDERS
3665 BRIGHTON WAY
RENO, NV  89509

KENNETH D. SAWYER

```
15227 NE 6TH STREET
BELLEVUE, WA  98007

MYRON G. SAYAN
101 WINTERS CREEK LN
CARSON CITY, NV  89704

MYRON G. SAYAN IRA
C/O WESTERN SIERRA BANK CUSTODIAN FOR
101 WINTERS CREEK LN
CARSON CITY, NV  89704

SAYLER FAMILY TRUST DATED 9/2/98
C/O HOWARD C. SAYLER & PHYLLIS L. SAYLER
P O BOX 1311
KINGS BEACH, CA  96143

DARIO R. SCAFIDI & WENDY SCAFIDI
7205 IRON MOUNTAIN BLVD
STAGE COACH, NV  89429

SCATENA
34 W 9TH
RENO, NV  89503

RHODA DYBVIG SCHAEFER REVOCABLE LIVING T
C/O RHODA DYBVIG SCHAEFER TRUSTEE
2173 BURRIS HILL DRIVE
HENDERSON, NV  89052

WILBUR A. SCHAFF AND JUDY K. SCHAFF
1330 ATHENS POINT
LAS VEGAS, NV  89123

WILMER H. SCHARF LIVING TRUST DATED 3/10
C/O WILMER H. SCHARF TRUSTEE
517 CYPRESS LINKS AVE
HENDERSON, NV  89012

THE WILLIAM L. SCHEER AND MARY L. SCHEER
C/O DR. WILLIAM L. SCHEER AND MARY L. SC
206 RAINBOW CANYON BLVD
LAS VEGAS, NV  89124

SCHEIDEGGER FAMILY TRUST DATED 12/26/01
C/O EDWARD J. SCHEIDEGGER, TRUSTEE
5101 CASHMERE COURT
FAIR OAKS, CA  95628

MARK SCHEINER LIVING TRUST
C/O MARK SCHEINER TRUSTEE
1900 PLANTEA COURT
LAS VEGAS, NV  89117

ROBERT A. SCHELL IRA
C/O FIRST SAVINGS BANK CUSTODIAN FOR
855 BLUE SPRUCE RD
```

```
RENO, NV  89511

SCHELL FAMILY TRUST DATED 8/21/92
C/O ROBERT A. SCHELL & RUTH M SCHELL TRU
855 BLUE SPRUCE RD
RENO, NV  89511

KARL O. SCHELLING
4848 MCCAIN ROAD
JACKSON, MI  49201

JOHN G. SCHLICHTING AND ELIZABETH A. SCH
10653 EDGEMONT PL.
HIGHLAND RANCH, CO  80129

GERRY SCHLOSS IRA
C/O FIRST SAVINGS BANK CUSTODIAN FOR
SPRINGS CLUB
12 DUKE DRIVE
RANCHO MIRAGE, CA  92270

SCHMIDT FAMILY TRUST
C/O JULIUS SCHMIDT TRUSTEE
2759 DARBY FALLS DRIVE
LAS VEGAS, NV  89134

THE SCHMITT TRUST
C/O ERIC J. SCHMITT AND VALERIE L. SCHMI
5941 BRASSIE CIRCLE
HUNTINGTON BEACH, CA  92649

SCHNADT TRUST DATED 6/18/93
C/O WILLIAM E. SCHNADT & JANET E. SCHNAD
1471 BEAR CREEK DRIVE
BISHOP, CA  93514

IRWIN SCHNEIDER & URSULA SCHNEIDER
25A EASTGATE DRIVE
BOYNTON BEACH, FL  33436

RICHARD E. SCHNEIDER & PHYLLIS I. PRATT
C/O RICHARD E. SCHNEIDER & PHYLLIS I. PR
3424 HERRING GULL LANE
NORTH LAS VEGAS, NV  89084

WILLIAM & WALTRUUD SCHNEIDER FAMILY TRUS
135 CLEARVIEW DRIVE
CARSON CITY, NV  89701

SCHNITZER LIVING TRUST DATED 10/29/91
C/O ARTHUR P. SCHNITZER & LYNN S. SCHNIT
20155  N E 38TH COURT #1604
AVENTURA, FL  33180

WILLIAMS TRUST
C/O FREDERICK WILLIAM SCHOLEM LL TRUSTEE
9075 SAN DIEGO AVE NE
```

ALBUQUERQUE, NM  87122

EVELYN M. SCHOLL & VICTOR M. SHAPPELL
P. O. BOX 54309
PHOENIX, AZ  85078

THE SCHOONOVER FAMILY TRUST DATED 2/23/0
C/O EDWARD L. SCHOONOVER & SUSAN A. SCHO
164 SHORETT DRIVE
FRIDAY HARBOR, WA  98250

REVOCABLE LIVING TRUST DTD 12/22/98
C/O MARC D. & JANE R. SCHORR TRUSTEES
P O BOX 15107
LAS VEGAS, NV  89114

SCHREIBER FAMILY TRUST
C/O EDWARD SCHREIBER & SALLY SCHREIBER T
9713 GEIGER PEAK COURT
LAS VEGAS, NV  89148

HOWARD G. SCHROCK & JUNE SCHROCK
5571 BARCELONA CT
SPARKS, NV  89436

DAVID W. SCHROEDER
864 GRANVILLE AVE 1
LOS ANGELES, CA  90049

JAMES B. SCHRYVER 1990 TRUST DATED 12/6/
C/O JAMES B. SCHRYVER TRUSTEE
41880 CREIGHTON RD
FALL RIVER MILLS, CA  96028

MARGARET E. SCHRYVER TRUST DATED 12/6/90
C/O MARGARET E. SCHRYVER TRUSTEE
41880 CREIGHTON RD
FALL RIVER MILLS, CA  96028

JAMES L. SCHULTE AND CYNTHIA L. SCHULTE
1973 N. NELLIS #180
LAS VEGAS, NV  89115

SCHULTZ LIVING TRUST DATED 5/2/02
C/O BEATRICE L. SCHULTZ TRUSTEE
1840 ARBOLEDA CT
RENO, NV  89521

ROBERT H. SCHULTZ & SHARON L. SCHULTZ LI
C/O ROBERT H. SCHULTZ & SHARON L. SCHULT
P.O. BOX 8648
SOUTH LAKE TAHOE, CA  96158

KENNETH B. SCHULZ & MARY KAY BRYAN-SCHUL
525 JONES DRIVE
LAKE HAVASU CITY, AZ  86406

DOUGLAS GREGG SCHULZE & DOREEN L. SCHULZ
P O BOX 788
PIPESTONE, MN  56164

KENNETH L. SCHUMANN LIVING TRUST DATED 7
C/O KENNETH L. SCHUMANN TRUSTEE
10 TOWN PLAZA #99
DURANGO, CO  81301

DORA R. SCHUTTE
116 COUNTRY CLUB DRIVE
JEROME, ID  83338

NMS LIVING TRUST DATED 12/27/01
C/O NINA M. SCHWARTZ TRUSTEE
2112 PLAZA DEL FUENTES
LAS VEGAS, NV  89102

SHIRLEY E. SCHWARTZ REVOCABLE LIVING TRU
C/O SHIRLEY E. SCHWARTZ, TRUSTEE
20155 NE 38TH CT  APT 3104
AVENTURA, FL  33180

A. ANDREW SCHWARZMAN & MARIA T. COTCH
22395 RANCHO DEEP CLIFF DRIVE
CUPERTINO, CA  95014

A. ANDREW SCHWARZMAN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
22395 RANCHO DEEP CLIFF DRIVE
CUPERTINO, CA  95014

DAVID D. SCILLIAN
4240 ARNOLD WAY
MATHER, CA  95655

DAVID D. SCILLIAN ROTH IRA
C/O FIRST SAVINGS BANK CUSTODIAN FOR
4240 ARNOLD WAY
MATHER, CA  95655

JOAN SCIONTI IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN F
P O BOX 29974
LAUGHLIN, NV  89028

JOHN W. SCIONTI IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN F
P O BOX 29974
LAUGHLIN, NV  89028

ARDEN P. SCOTT
12995 THOMAS CREEK RD
RENO, NV  89511

JACQUELINE L. SCOTT
306 TORREY PINES

DAYTON, NV  89403

RARE EARTH REAL ESTATE
3885 SLEEPY HOLLOW DR
RENO, NV  89502

ROBERT J. SCOTT & LOIS MAE SCOTT
2100 PLAZA WAY APT 101
WALLA WALLA, WA  99362

ROBERT W. & JOAN H. SCOTT TRUST DATED 3/
C/O ROBERT W. SCOTT & JOAN H. SCOTT TRUS
P O BOX 33014
LAS VEGAS, NV  89133

ALVINA AGATHA SEDLAK LIVING TRUST DATED
C/O ALVINA AGATHA SEDLAK TRUSTEE
7840 E CAMELBACK RD #203
SCOTTSDALE, AZ  85251

WALTER E. SEEBACH LIVING TRUST DATED 11/
C/O WALTER E. SEEBACH TRUSTEE
P O BOX 6912
SAN JOSE, CA  95150

SEYMORE J. SEINFELD & HELENE SEINFELD
2277 RAMSGATE DR
HENDERSON, NV  89074

MILTON B. SENFELD & BARBARA A. SENFELD
12422 CRYSTAL POINTE DR 201
BOYTON BEACH, FL  33437

STEPHEN S. SENFELD LIVING TRUST DATED 12
C/O STEPHEN S. SENFELD TRUSTEE
16300 GOLF CLUB RD #807
WESTON, FL  33326

NANCY C. SERINO IRA
C/O FIRST SAVINGS BANK CUSTODIAN FOR
177 RAINBOW DR #7730
LIVINGSTON, TX  77399

ABRAHAM SEROUYA
8 CUBERO COURT
WEST LONG BRANCH, NJ  7764

JOE M. SERPA
PO BOX 144
VERDI, NV  89439

LYNDA M. SETTLE IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN F
1001 S 9TH STREET
MENA, AR  71953

DAVID W. SEXTON & PAMELA K. SEXTON

```
21929 N. 79TH PLACE
SCOTTSDALE, AZ  85255

THOMAS R. SEXTON
450 WAYCLIFFE AVE N
WAYZATA, MN  55391

PAUL SEYB & WENDY M. SEYB
9250 BRECKENRIDGE LANE
EDEN PRAIRIE, MN  55347

FRANCES SGRO
8635 W SAHARA AVE #599
LAS VEGAS, NV  89117

SHACKELFORD FAMILY TRUST DATED 9/21/04
C/O RONALD C. SHACKELFORD, TRUSTEE
23381 ST ANDREWS ST
MISSION VIEJO, CA  92692

ROBERT A. SHADDY
7968 MARBELLA CIRCLE
LAS VEGAS, NV  89128

CITIZEN PRINTING COMPANY INC CITIZEN INV
1309 WEBSTER AVE
FORT COLLINS, CO  80524

MARTIN SHAFRON & MARGARET SHAFRON REVOCA
C/O MARTIN H. SHAFRON TRUSTEE
2708 VISTA BUTTE DRIVE
LAS VEGAS, NV  89134

VIJAY SHAH & BINA SHAH
18539 DELOISE AVENUE
CERRITOS, CA  90703

THE ANDREW H. SHAHIN TRUST DATED 6/6/94
C/O ANDREW H. SHAHIN TRUSTOR & TRUSTEE
17158 FOREST HILLS DRIVE
VICTORVILLE, CA  92395

THE LOUIS H. SHAHIN TRUST DATED 6/9/94
C/O LOUIS H. SHAHIN TRUSTOR & TRUSTEE
19211 CHOLE RD.
APPLE VALLEY, CA  92307

THE RIFQA SHAHIN TRUST DATED 6/8/94
C/O RIFQA SHAHIN TRUSTOR & TRUSTEE
19211 CHOLE RD
APPLE VALLEY, CA  92307

THE SUHAYLA SHAHIN LIVING TRUST DATED 7-
C/O SUHAYLA SHAHIN, TRUSTEE
19211 CHOLE ROAD
APPLE VALLEY, CA  92307
```

STEVEN A. SHANE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1810 LAKELAND HILLS DR
RENO, NV  89523

RYAN S. SHANE
P O BOX 1078
DAYTON, NV  89403

RYAN S. SHANE AND TRACY BENSON
P O BOX 1078
DAYTON, NV  89403

SANDRA A. SHANKLE
1095 FLAMINGO RD.
LAGUNA BEACH, CA  92651

H. LEE SHAPIRO
777 S. KIHEI ROAD #212
KIHEI, HI  96753

IRA JAY SHAPIRO AND ANTON TRAPMAN
82-41 257TH STREET
FLORAL PARK, NY  11004

IRA JAY SHAPIRO & BLANCHE SHAPIRO
82-41 257TH STREET
FLORAL PARK, NY  11004

ROBERT SHAPIRO & BETTY GRANT
139 WEATHERSTONE DRIVE
HENDERSON, NV  89011

VICTOR M. SHAPPELL & EVELYN M. SCHOLL
P. O. BOX 54309
PHOENIX, AZ  85078

CHRIS SHARP & TERRI SHARP
29276 WHITEGATE LN
HIGHLAND, CA  92346

DOUGLAS C. SHARP AND MARGARET SHARP
3128 E UNIVERSITY AVE
LAS VEGAS, NV  89121

GARY O. SHARP IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1411 FOSTER DRIVE
RENO, NV  89509

MARION C.SHARP IRA
C/O FIRST SAVINGS BANK CUSTODIAN
20 LEROY TERRACE
NEW HAVEN, CT  6512

MARION C. SHARP TRUST
C/O MARION C. SHARP TRUSTEE

20 LEROY TERRACE
NEW HAVEN, CT  6512

RONALD SHARPE
3150 S. ARVILLE ST. #52
LAS VEGAS, NV  89102

JAMES W. SHAW IRA
C/O FIRST SAVINGS BANK CUSTODIAN
14225 PRAIRIE FLOWER CT
RENO, NV  89511

THE CHRIS H. SHEEIN (DECEASED) & EVELYN
C/O EVELYN ASHER SHEERIN TRUSTEE
549 RUBY LANE
CARSON CITY, NV  89706

CHRIS AND EVELYN SHEERIN 1990 TRUST
C/O EVELYN ASHER SHEERIN TRUSTEE
549 RUBY LANE
CARSON CITY, NV  89706

SHEERINS INC., JOANN SHEERIN PRESIDENT
177 WEST. PROCTER ST.
CARSON CITY, NV  89703

ALTHEA F. SHEF LIVING TRUST DATED 5/1/03
C/O ALTHEA F. SHEF, TRUSTEE
56 CALLE CADIZ APT G
LAGUNA WOODS, CA  92637

KENNETH O. SHELLEY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4334 DESERT HILLS DR
SPARKS, NV  89436

SHELLEY FAMILY TRUST DATED 3/7/03
C/O KENNETH O. SHELLEY & DAGMAR K. SHELL
4334 DESERT HILLS DR
SPARKS, NV  89436

RESTATED SHELTON REVOCABLE TRUST DATED 1
C/O PHILLIP EUGENE SHELTON, TRUSTEE
75653 CAMINO DE PACO
INDIAN WELLS, CA  92210

ALICE SHEPHERD
14758 CALLA LILY COURT
CANYON COUNTRY, CA  91387

SHEPHERD TRUST DATED 6/28/05
C/O ALICE SHEPHERD, TRUSTEE
14758 CALLA LILY COURT
CANYON COUNTRY, CA  91387

JEANNE HEATER TRUST II
C/O KARRYN RAE SHERMAN TRUSTEE

```
UBS FINANCIAL-ERIC KIRSHNER #KV64541EK
3800 HOWARD HUGHES PKWY STE 1200
LAS VEGAS, NV  89109

THE SHERRIFF FAMILY, LLC
774 MAYS BLVD 10 PMB 313
INCLINE VILLAGE, NV  89451

GERALD A. SHERWIN
1195 81ST SOUTH
ST. PETERSBURG, FL  33707

ANDREW SHIER & PERI CHICKERING
38 PROSPECT HILL ROAD
HANCOCK, NH  3449

PERRY BECKER SHIRLEY & SUSAN A. SHIRLEY
C/O PERRY BECKER SHIRLEY & SUSAN A. SHIR
3634 DARREN THORNTON WAY
LAS VEGAS, NV  89120

PERRY AND MARGARET SHIRLEY LIVING TRUST
C/O PERRY BECKER SHIRLEY JR. POWER OF AT
3634 DARREN THORNTON WAY
LAS VEGAS, NV  89120

RALPH  A. SHIVELY
1100 COTTONWOOD ROAD
RENO, NV  89511

MOLLIE SHOICHET & HENRIETTA ARONSON
21150 POINT PLACE  APT 606
AVENTURA, FL  33180

JOAN L. SHOOP AND KENNETH D. SHOOP
10050 ANIANE ST.
RENO, NV  89521

BILLY SHOPE, JR. FAMILY, LP
2833 MARYLAND HILLS DR
HENDERSON, NV  89052

DOROTHY J. SHOPE
2833 MARYLAND HILLS DR
HENDERSON, NV  89052

DONALD E. SHOUP & SHARON K. SHOUP
417 WEST ST
WELLSVILLE, MO  63384

MICHAEL SHUBIC IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
750 CHIMNEY CREEK DR
GOLDEN, CO  80401

MICHAEL SHUBIC
750 CHIMNEY CREEK DR
```

```
GOLDEN, CO  80401

SHULER REVOCABLE TRUST
C/O MICHAEL R. SHULER TRUSTEE
201 VALHALLA
SOLVANG, CA  93463

ROBERT L. SHURLEY IRA
C/O FIRST SAVINGS BANK CUSTODIAN FOR
4501 GUN SMOKE CIRCLE
NORTH LAS VEGAS, NV  89031

SIBLEY FAMILY TRUST DATED 3/7/01
C/O BURTON D. SIBLEY & GLENDA LAMBERT SI
16326 W WILLOW CREEK LANE
SURPRISE, AZ  85374

GLENDA LAMBERT SIBLEY IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
16326 W WILLOW CREEK LANE
SURPRISE, AZ  85374

GREGORY R. SIBLEY
4759 LAUREL CANYON ST
LAS VEGAS, NV  89129

SIBRAVA-RAPP TRUST DATED 1/2/97
C/O JOAN F. SIBRAVA & HOWARD D. RAPP TRU
1077 WASHINGTON ST
RENO, NV  89053

SALVATORE SICILIANO
2711 BRIGGS AVENUE
BRONX, NY  10458

SALVATORE SICILIANO
2711 BRIGGS AVENUE
BRONX, NY  10458

SYDNEY J. SIEMENS 1997 REVOCABLE TRUST D
C/O SYDNEY J. SIEMENS TRUSTEE
652 E VALERIO STREET
SANTA BARBARA, CA  93103

DEBRA A. SIERRA
42866 FONTAINEBLEAU PARK LN
FREMONT, CA  94538

LESLIE P. SIGGS
2122 143RD PLACE SE
MILL CREEK, WA  98012

THE CAREY B. SIGMEN & LISA K. SIGMEN TRU
C/O CAREY B. SIGMEN & LISA K. SIGMEN TRU
P. O. BOX 1554
MAMMOTH LAKES, CA  93546
```

ROBERT G. SIKORSKI
2877 PARADISE ROAD 2702
LAS VEGAS, NV  89109

SILVIO SILVESTRI AND KATHRYN SILVESTRI
13621 WOLF RD
GRASS VALLEY, CA  95949

GEORGE F. SIMAO & LEONARD NEWMAN
1597 SANTA ANITA DRIVE
LAS VEGAS, NV  89119

SIMARI REVOCABLE TRUST DATED 4/25/96
C/O BARTOLO F. SIMARI & SANDRA K. SIMARI
17650 PEACOCK LANE
TINLEY PARK, IL  60477

CAROL J. SIMCOCK
P O BOX 2932
SUNNYVALE, CA  94087

CAROL J. SIMCOCK IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 2932
SUNNYVALE, CA  94087

MICHAEL S. SIMCOCK IRA
C/O FIRST SAVINGS BANK CUSTODIAN
7601 KILLLDEER WAY
ELK GROVE, CA  95758

MICHAEL S. SIMCOCK & DINA M. SIMCOCK
7601 KILLDEER WAY
ELK GROVE, CA  95758

ALAN R. SIMMONS & JUDITH B. SIMMONS
P O BOX 13296
SOUTH LAKE TAHOE, CA  96151

1998 SIMMONS FAMILY REVOCABLE TRUST DATE
C/O JAMES R. SIMMONS, JR. & PATSY K. SIM
1805 N CARSON ST BOX 316
CARSON CITY, NV  89701

SIMON FAMILY TRUST 2000
C/O ALAN SIMON & CAROL SIMON TRUSTEES
1800 WALDMAN AVE
LAS VEGAS, NV  89102

EVIE SIMON & RUBY SIMON
8728 CASTLE VIEW AVENUE
LAS VEGAS, NV  89129

RUBY SIMON, IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
8728 CASTLE VIEW AVE
LAS VEGAS, NV  89129

SIMON FAMILY TRUST
C/O LARRY SIMON & LORI SIMON TRUSTEES
15517 OAKSTAND COURT
POWAY, CA  92064

RUBY SIMON & EVIE SIMON
8728 CASTLE VIEW AVE
LAS VEGAS, NV  89129

RUBY SIMON
8728 CASTLE VIEW AVE
LAS VEGAS, NV  89129

KATHRYN SIMON-BLOCK TRUST DATED 2/1/2006
C/O KATHRYN SIMON-BLOCK TRUSTEE
9900 WILBUR MAY PKWY #3202
RENO, NV  89521

SIMPSON FAMILY TRUST DATED 1/13/04
C/O JAMES B. SIMPSON & JANET D. SIMPSON
4090 PARTRIDGE LANE
CARSON CITY, NV  89704

B S LIVING TRUST
C/O BERNARD SINDLER TRUSTEE
2112 PLAZA DEL FUENTES
LAS VEGAS, NV  89102

TS IRREVOCABLE TRUST
C/O BERNARD SINDLER TRUSTEE
2112 PLAZA DEL FUENTES
LAS VEGAS, NV  89102

BERNARD SINDLER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2112 PLAZA DEL FUENTES
LAS VEGAS, NV  89102

TARA SINDLER
2112 PLAZA DEL FUENTES
LAS VEGAS, NV  89102

SHELDON SINETT & ANNETTE SINETT
239 HARBOR VIEW DRIVE
PORT WASHINGTON, NY  11050

TODD SINETT & WENDY SINETT
11 CEDAR LANE
SANDS POINT, NY  11050

BERTA N. SINGER
2613 BYRON DRIVE
LAS VEGAS, NV  89134

LEON E. SINGER & SUZY SINGER REVOCABLE T
C/O LEON E. SINGER & SUZY SINGER TRUSTEE

2601 BYRON DRIVE
LAS VEGAS, NV  89134

ALBERT V. SINISCAL LIVING TRUST
C/O ALBERT V. SINISCAL TRUSTEE
93 QUAIL RUN RD
HENDERSON, NV  89014

DENNIS SIPIORSKI & DONNA SIPIORSKI
1312 JACKIE LN
MINDEN, NV  89423

SIRRINE TRUST DATED 1/28/93
C/O JON RENO SIRRINE TRUSTEE
PO BOX 785
MT. JULIET, TN  37121

THE SISK FAMILY FOUNDATION
C/O DARYL B. SISK, TRUSTEE
1813 E CRANBERRY WAY
SPRINGVILLE, UT  84663

THE SISK FAMILY FOUNDATION
C/O TOMMIE W. SISK TRUSTEE
164 E 4635 N
PROVO, UT  84604

TOMMIE W. SISK
164 EAST 4635 NORTH
PROVO, UT  84604

SISTEK FAMILY TRUST DATED 10/3/02
C/O WILLIAM L. SISTEK, III & CAROLE A. S
3495 SOUTH HAMPTON DR.
RENO, NV  89509

PATRICK M. SKAIN AND SAW LIM-SKAIN
300 CRESTLAKE DR
SAN FRANCISCO, CA  94132

CHRISTIANE SKARICH
2448 ARIZONA AVE #3
SANTA MONICA, CA  90404

SONDRA SKIPWORTH REVOCABLE TRUST DATED 1
C/O SONDRA SKIPWORTH, TRUSTEE
3033 VIA VENEZIA
HENDERSON, NV  89052

BARBARA SKLAR REVOCABLE LIVING TRUST DAT
C/O BARBARA SKLAR TRUSTEE
2429 BRYAN AVE
VENICE BEACH, CA  90291

SUSAN M. SLATER
1224 CAROLINA DR
MERCED, CA  95340

BEVERLY FABRICS INC.
100 COTTON LANE
SOQUEL, CA  95073

ROBERT & MARY SLEEPER FAMILY TRUST DATED
C/O ROBERT D. SLEEPER & MARY A. SLEEPER
4340 JOHANNA ROAD
APTOS, CA  95003

HERBERT SLOVIS & JULIE B. SLOVIS
50 NOTTINGHAM DRIVE
OLD BRIDGE, NJ  8857

CHARLES HENRY SMALL REVOCABLE LIVING TRU
C/O CHARLES H SMALL TRUSTEE
12754 JOLEANE AVE
YUMA, AZ  85367

RICHARD SMALL IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4801 CALLE SANTA CRUZ
PRESCOTT VALLEY, AZ  86314

SMALL FAMILY TRUST
C/O RICHARD SMALL & JACQUELINE SMALL TRU
4801 N CALLE SANTA CRUZ
PRESCOTT VALLEY, AZ  86314

LISELOTTE SMIKA
117 LILAC LANE
RENO, NV  89512

BARBARA C. SMITH
1104 NE LITTLE HARBOR DRIVE
DEERFIELD BEACH, FL  33441

BRADFORD H. SMITH & MAGGIE SMITH
P O BOX 1455
FELTON, CA  95018

BRUCE A. SMITH & ANNINA M. SMITH
7736 VILLA ANDRADE AVE
LAS VEGAS, NV  89131

COLE S. SMITH
P O BOX 2410
MINDEN, NV  89423

DANIEL R. SMITH & DIANN L. SMITH
3531 CANTER DRIVE
N LAS VEGAS, NV  89032

DONALD J. SMITH & SHIRLEY M. SMITH TRUST
C/O DONALD J. SMITH & SHIRLEY M. SMITH T
268 ROBINDALE
LAS VEGAS, NV  89123

```
DONALD M. SMITH & FRANCES L. SMITH REVOC
C/O DONALD M. SMITH & FRANCES L. SMITH T
18875 LIVE OAK ROAD
RED BLUFF, CA  96080

ELDON AND CAROLY SMITH TRUST DATED THE 7
C/O ELDON N. SMITH OR HIS SUCCESSOR AS T
370 N PFEIFFERHORN DRIVE
ALPINE, UT  84004

EMERY T. SMITH & MARY C. SMITH
2899 HATTERAS WAY
NAPLES, FL  34119

WINDSCAPE R.E.
C/O FRASER SMITH TRUSTEE
2620 WESTERN AVENUE
LAS VEGAS, NV  89109

GARY R. SMITH AND SHERRY R. SMITH
24427 145TH PLACE SE
KENT, WA  98042

GENE SMITH & EMILY SMITH  PATRICIA GUNN
419 SHIPLEY DRIVE
YERINGTON, NV  89447

GENE SMITH & EMILY SMITH
419 SHIPLEY DRIVE
YERRINGTON, NV  89447

SMITH FAMILY LIVING TRUST
C/O HOWARD S. SMITH & LOUISE T. SMITH TR
2299 PEBBLESTONE LANE
LINCOLN, CA  95648

JOYCE E. SMITH TRUST DATED 11/3/99
C/O JOYCE E. SMITH TRUSTEE
3080 RED SPRINGS DRIVE
LAS VEGAS, NV  89135

M. L. AND PAULINE SMITH FAMILY LIVING TR
C/O M. L. SMITH AND PAULINE SMITH, TRUST
3108 N MINERSVILLE HWY
CEDAR CITY, UT  84720

OLIVER F. SMITH INCORPORATED PROFIT SHAR
C/O OLIVER F. SMITH TRUSTEE
2871 JOSEPH AVE
SACRAMENTO, CA  95864

RAYMOND M. SMITH REVOCABLE TRUST DATED 3
C/O RAYMOND M. SMITH & MARGARET M. SMITH
P O BOX 1195
MINDEN, NV  89423
```

```
ROBERT F. AND TERRYLIN W. SMITH TRUST DA
C/O ROBERT F. SMITH AND TERRYLIN W. SMIT
P O BOX 40072
RENO, NV  89504


TERRANCE H. SMITH
22 PELICAN PLACE
BELLE AIR, FL  33756


THOMAS N. SMITH & DEBORAH L. BERTOSSA
P O BOX 589
NEW MEADOWS, ID  83654


VICTORIA L. SMITH
2016 WILDWOOD DR.
MODESTO, CA  95350


WOODROW SMITH & MARY ALYCE SMITH
6847 W TREE HAVEN COURT
LAS VEGAS, NV  89146


WORMACK E SMITH III & CHRISTINA C SMITH
700 WASHINGTON ST APT 910
DENVER, CO  80203


ARTHUR A. SNEDEKER
2425 W 11TH ST
CLEVELAND, OH  44113


EDWIN L. SNELSON & BARBARA SNELSON
2601 KONYNENBURG LANE
MODESTO, CA  95356


CHARLOTTE SNOPKO MARITAL TRUST DATED 8/3
C/O FRANK SNOPKO TRUSTEE
278 SUSSEX PL
CARSON CITY, NV  89701


CHARLOTTE SNOPKO RESIDUAL TRUST DATED 8/
C/O FRANK SNOPKO TRUSTEE
278 SUSSEX PL
CARSON CITY, NV  89703


SNOPKO 1981 TRUST DATED 10/27/81
C/O FRANK SNOPKO TRUSTEE
278 SUSSEX  PL
CARSON CITY, NV  89703


ROCKLIN/REDDING LLC
278 SUSSEX ST
CARSON CITY, NV  89702


JACK SNOW & HEIDI SNOW
P.O. BOX 67
ZEPHYR, NV  89448


ANGELA S. SNYDER
```

2551 GRACEPOINT CT
CALEDONIA, MI  49316

RAMON L. SNYDER & LINDA L. SNYDER FAMILY
C/O RAMON L. SNYDER & LINDA L. SNYDER TR
405 GRAEAGLE COURT
LINCOLN, CA  95648

R.S. & S. L. SNYDER FAMILY TRUST DTD 10/
C/O ROBERT A. SNYDER & SUZANNE L SNYDER,
5127 SOMERSET DRIVE
LAS VEGAS, NV  89120

STEPHANIE J. SNYDER
P O BOX 11707
ZEPHYR COVE, NV  89448

STEPHEN F. SOBESKY
1118 OLMO
BOULDER CITY, NV  89005

THE SOLDO FAMILY LIMITED PARTNERSHIP
1905 DAVINA STREET
HENDERSON, NV  89074

SOLOMON FAMILY LIVING TRUST DATED 3/12/9
C/O BENJAMIN J. SOLOMON & MARGARET C. SO
P O BOX 3303
INCLINE VILLAGE, NV  89450

BRUCE SONNENBERG & ROSEMARY SONNENBERG
113 ROSEWOOD LANE
CHICAGO HEIGHTS, IL  60411

BRUCE SONNENBERG IRA
C/O FIRST SAVINGS BANK CUSTODIAN
113 ROSEWOOD LANE
CHICAGO HEIGHTS, IL  60411

HERBERT SONNENKLAR & NORMA R. SONNENKLAR
2501 POINCIANA DRIVE
WESTON, FL  33327

LISA SOOY
1925 ANAHEIM AVENUE A3
COSTA MESA, CA  92627

ALICE I. SORENSEN
1625 SUNSET DR.
PACIFIC GROVE, CA  93950

FRANCESCO SORO
P O BOX 34602
LAS VEGAS, NV  89133

FRANCESCO SORO RETIREMENT PLAN DATED 1/1
C/O FRANCESCO SORO, TRUSTEE

```
PO BOX 34602
LAS VEGAS, NV  89133

DAVID A. SOUZA & ELIZABETH M. SOUZA
542 SOCORRO CT
RENO, NV  89511

WILLIAM M. SPANGLER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
711 GORDON AVE
RENO, NV  89509

WILLIAM M. SPANGLER & JEAN A. SPANGLER
711 GORDON AVE
RENO, NV  89509

THE JOSEPH F. AND MARCIA A. SPARKS REVOC
C/O JOSEPH F. SPARKS AND MARCIA A. SPARK
10401 W CHARLESTON BLVD UNIT A210
LAS VEGAS, NV  89135

LUCRECIA SPARKS LIVING TRUST DATED 3/29/
C/O LUCRECIA SPARKS TRUSTEE
868 VEGAS VALLEY DRIVE
LAS VEGAS, NV  89108

SPARKS FAMILY TRUST DATED 2/26/93
C/O MICHAEL R. SPARKS & MURIEL S. SPARKS
1812 CYPRESS GREEN AVENUE
HENDERSON, NV  89012

CARALLAS HOLDINGS, INC.
6205 AIRPORT ROAD B  5TH FLOOR
MISSISSAUGA, ONTARIO  0

DERRICK SPATORICO & LAURIE SPATORICO
47 VINEYARD HILL
FAIRPORT, NY  14450

BARBARA J. SPECKERT REVOCABLE LIVING TRU
C/O BARBARA J. SPECKERT TRUSTEE
2128 RED DAWN SKY STREET
LAS VEGAS, NV  89134

ROBERT SPECKERT IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
2128 RED DAWN SKY ST
LAS VEGAS, NV  89134

ROBERT S. SPECKERT REV. LIVING TRUST DAT
C/O ROBERT S. SPECKERT TRUSTEE
2128 RED DAWN SKY ST
LAS VEGAS, NV  89134

STEVE SPECTOR
458 B EAST 7TH STREET
RENO, NV  89512
```

CHARLES A. SPENCER
4850 CANYON RUN DRIVE
SPARKS, NV  89436

T.D.S. REVOCABLE FAMILY TRUST DATED 9/29
C/O T. DWIGHT SPER & BONNIE J. SPER TRUS
1005 CYPRESS RIDGE LANE
LAS VEGAS, NV  89144

BRETT W. SPERRY
7824 BLUEWATER DR
LAS VEGAS, NV  89128

SPERRY FAMILY TRUST UDO 4/15/97
C/O GILBERT L. SPERRY TRUSTEE
SUITE 623 PO BOX 439060
SAN DIEGO, CA  921439060

SPINA FAMILY TRUST DATED 3/8/01
C/O CHARLES J. SPINA & NANCY HOWELL SPIN
960 WALKER AVENUE
RENO, NV  89509

MANFRED S. SPINDEL & CHRISTINE L. SPINDE
299 N HOLLYWOOD BLVD
LAS VEGAS, NV  89110

CLIFTON H. SPINDLE & VERNA R. SPINDLE
1332 LONE OAK ROAD
VALLEY VIEW, TX  76276

FLOYD M. SPINDLE
706 N E 22ND STREET
GRAND PRAIRIE, TX  75050

FLOYD M. SPINDLE
706 NE 22ND STREET
GRAND PRAIRE, TX  75050

CARMINE SPINELLI & ANNA SPINELLI
6200 FORESTVIEW DRIVE
OAK FOREST, IL  60452

GOLD RUSH LOUNGE, INC.
16636 FAIRFAX COURT
TINLEY PARK, IL  60477

MARIA SPINELLI
16636 FAIRFAX COURT
TINLEY PARK, IL  60477

MARY T. SPINELLI
16636 FAIRFAX COURT
TINLEY PARK, IL  60477

MICHAEL SPINELLI

16636 FAIRFAX COURT
TINLEY PARK, IL  60477

GIOVANNI SPINELLI TRUST
C/O MICHELE SPINELLI TRUSTEE
16636 FAIRFAX COURT
TINLEY PARK, IL  60477

WILLIAM SPITZNER & KATHLEEN SPITZNER
9900 WILBUR MAY PKWY #3405
RENO, NV  89521

DONALD W. SPRING AND EVELYN MAE SPRING
3153 CANYON OAKS TERRACE
CHICO, CA  95928

NICK SPRINGER
GENERAL DELIVERY
ELWOOD, IN  46036

PETER E. SPROCK 2001 TRUST
C/O PETER E. SPROCK TRUSTEE
P O BOX 4517
STATELINE, NV  89449

CAROL A. SQUICCI REVOCABLE TRUST DATED 5
C/O CAROL A. SQUICCI TRUSTEE
2067 CENTRAL AVE
ALAMEDA, CA  94501

STAGG FAMILY TRUST DATED 1985
C/O SHIRLEY STAGG TRUSTEE
1409 PARKLAND AVE
CARSON CITY, NV  89701

ARNOLD STAIRMAN PROFIT SHARING PLAN
C/O ARNOLD STAIRMAN TRUSTEE
800 OCEAN DRIVE APT 203
JUNO BEACH, FL  33408

CHONG CHU STALDER TRUST DATED 4/19/90
C/O JENNIFER CHONG STALDER TRUSTEE
2052 COLVIN RUN DRIVE
HENDERSON, NV  89052

STAMPFLI FAMILY DECEDENT'S TRUST DATED 1
C/O PATRICIA L. STAMPFLI TRUSTEE
1270 GREENWICH
RENO, NV  89509

PENNY STANARD
16004-D VILLAGE GREEN DR
MILL CREEK, WA  98012

DENNIS STANEK
8456 PACIFIC SPRINGS AVENUE
LAS VEGAS, NV  89117

```
THE STANGE TRUST DATED 8/8/02
C/O BRIAN R. STANGE & AMY M. STANGE TRUS
746 ROME DRIVE
BISHOP, CA  93514

STARK FAMILY TRUST DATED 4/2/84
C/O ROSALIND L. STARK TRUSTEE
10905 CLARION LANE
LAS VEGAS, NV  89134

STARR FAMILY TRUST DATED 9/6/96
C/O JAMES STARR & SALLY STARR TRUSTEES
251 HUNTING RIDGE ROAD
STAMFORD, CT  6903

CHARLES A. STARR CO. DEFINED BENEFIT PEN
C/O RONALD STARR & GLORIA J. STARR TRUST
5401 LONGLEY LN 45
RENO, NV  89511

STATER FAMILY LTD PARTNERSHIP
5760 TOPAZ STREET
LAS VEGAS, NV  89120

STATES LIVING TRUST DATED 9/29/03
C/O JUSTIN W. STATES AND GIA M. STATES,
14560 E. REED AVE.
TRUCKEE, CA  96161

NAOMI F. STEARNS TRUST DATED 8/9/1985
C/O NAOMI F. STEARNS TRUSTEE
3200 PORT ROYALE DR N APT 412
FT. LAUDERDALE, FL  33308

NEAL & KAM STEHLY  FAMILY TRUST DATED 1/
C/O NEAL J. STEHLY & KAM E. STEHLY TRUST
6586 WINDFLOWER DRIVE
CARLSBAD, CA  92009

ATHANASIA T. STEIN
12626 HUNTERS CHASE
SAN ANTONIO, TX  78230

JAY S. STEIN IRA
C/O CALIFORNIA NATIONAL BANK CUSTODIAN
P O BOX 188
SUMMERLAND, CA  93067

DEANNA STEIN AND DONALD P. STEIN
1426 HOMETOWN AVE
HENDERSON, NV  89074

DEANNA STEIN
1426 HOMETOWN AVE
HENDERSON, NV  89074
```

```
JAY S. STEIN 2000 TRUST DATED 12/12/00
C/O JAY S. STEIN TRUSTEE
P O BOX 188
SUMMERLAND, CA  93067

JAY S. STEIN CHARITABLE REMAINDER UNITRU
C/O JAY S. STEIN, TRUSTEE
P O BOX 188
SUMMERLAND, CA  93067

CALBRIT RETIREMENT TRUST DATED 8/1/81
C/O JOHN J. STEIN TRUSTEE
4309 HALE RANCH LANE
FAIR OAKS, CA  95628

2001 STEINMETZ FAMILY TRUST
C/O NICHOLAS A. STEINMETZ & CYNTHIA M. S
2006 MARCONI WAY
SOUTH LAKE TAHOE, CA  96150

VANGUARD FINANCIAL, LTD
1390 WILLOW PASS RD STE #190
CONCORD, CA  94520

STEPHEN FAMILY TRUST DATED 3/22/84
C/O ROY M. STEPHEN & CAROL J. STEPHEN TR
1214 W YUCCA CIRCLE
ST GEORGE, UT  84790

TAD STEPHEN & DIANE STEPHEN
120 E SOUTH AVE
REDLANDS, CA  92373

MARK A. STEPHENS
9729 FAST ELK ST
LAS VEGAS, NV  89143

AMBERWAY EQUITIES, LLC
14400 MORNING MOUNTAIN WAY
ALPHARETTA, GA  30004

STERLING LIVING TRUST DATED 02/02/00
C/O DAVID GRAY STERLING & MARY JANE STER
8170 S EASTERN AVE BOX #4-44
LAS VEGAS, NV  89123

STERLING FAMILY TRUST DATED 6/14/02
C/O JOSEPH STERLING & THERESA STERLING T
25236 VIA ENTRADA
LAGUNA NIGUEL, CA  92677

MS TRUST, DATED 3/2/05
C/O MIKLOS STEUER TRUSTEE
P O BOX 60267
LAS VEGAS, NV  89160

ANGELA A. STEVENS, CHAD A. STEVENS, AND
```

284 MERRICK WAY
HENDERSON, NV  89014

AMANDA STEVENS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
256 REDWING VILLAGE COURT
HENDERSON, NV  89012

FRED A. STEVENS AND MARLYS A. STEVENS
284 MERRICK WAY
HENDERSON, NV  89014

DALTON TRUST DATED 1/7/94
C/O BERT A. STEVENSON TRUSTEE
500 N ESTRELLA PKWY STE B2-405
GOODYEAR, AZ  85338

STEVENSON PENSION TRUST DATED 1/7/94
C/O BERT A. STEVENSON TRUSTEE
10 PINE LANE
LAKESIDE, OR  97449

STEVENSON FAMILY TRUST
C/O RICHARD STEVENSON & DORIS STEVENSON
2051 HIGH MESA DR
HENDERSON, NV  89012

DUANE STEWARD AND DIANE J. STEWARD
600 MUIRFIELD COURT
MODESTO, CA  95356

BRIDGET STEWART
7407 S. CATAWEA WAY
AURORA, CO  80016

CHRISTOPHER G. STEWART & CHRISTINE STEWA
734 BRICK DRIVE
HENDERSON, NV  89015

JOHN W. STEWART
UNIT 7-8/10 MARSHALL WAY
NAMBUCCA HEADS AUSTRALIA, NSW  2448

STEWART FAMILY TRUST DATED 1/15/98
C/O MICHAEL D. STEWART & MARY JUDE STEWA
15 VISTA MIRAGE WAY
RANCHO MIRAGE, CA  92270

THOMAS A. STEWART & TIFFANI J. STEWART
330 GLISTENING CLOUD DRIVE
HENDERSON, NV  89012

PHILIP STIDHAM IRA
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
1930 VILLAGE CENTER CIRCLE 3326
LAS VEGAS, NV  89134

STIDHAM REVOCABLE TRUST DATED 5/15/02
C/O PHILIP J. STIDHAM & MARTHA L. STIDHA
1930 VILLAGE CENTER CIRCLE 3326
LAS VEGAS, NV  89134

TANA STIGILE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4110 SANTA FE DRIVE
FALLON, NV  89406

STILES TRUST DATED 4/2/96
C/O DON A. STILES TRUSTEE
1708 ARROW WOOD DRIVE
RENO, NV  89521

JAMES C. STILL
25 TOWNHOUSE LN
CORPUS CHRISTI, TX  78412

THE STIMPSON FAMILY TRUST DATED 5/9/00
C/O GORDON N. STIMPSON & MARJORIE I. STI
728 PINNACLE COURT
MESQUITE, NV  89027

GREGORY W. STIMPSON & CARRIE M. STIMPSON
2665 FIRENZE DRIVE
SPARKS, NV  89434

SHAWN A. STIMPSON
5799 CATHEDRAL PEAK DR
SPARKS, NV  89436

STOEBLING FAMILY TRUST 075400958
C/O DAVID STOEBLING TRUSTEE
3568 E RUSSELL RD STE D
LAS VEGAS, NV  89120

DAVID STOEBLING IRA
C/O FIRST SAVINGS BANK CUSTODIAN
3568 E RUSSELL RD STE D
LAS VEGAS, NV  89120

GEORGE F. STONE AND MARGARET A. STONE
4366 WENDY WAY
SCHWENKSVILLE, PA  19473

STONIER FAMILY 1994 LIVING TRUST DATED 1
C/O REA CHARLES STONIER AND CAROL STONIE
H C 60 BOX 52504
ROUND MOUNTAIN, NV  89045

RALPH RAYMOND STORCH IRA
C/O FIRST SAVINGS BANK CUSTODIAN
13424 LARK COURT
REDDING, CA  96003

STORCH FAMILY TRUST, DATED 5/3/04

```
C/O RALPH RAYMOND STORCH AND DENISE ROSE
13424 LARK COURT
REDDING, CA  96003


BERTHA M. STRAUSS
2099 WESTGLEN CT
RENO, NV  89523


NETTESHEIM-STREBY FAMILY TRUST DTD 6/2/9
C/O WILLIAM J. STREBY & JANE NETTESHEIM,
860 CALIFORNIA WAY
EMERALD HILLS, CA  94062


CATHERINE B. STRETMATER REVOCABLE TRUST
C/O CATHERINE B. STRETMATER TRUSTEE
12000  N 90TH ST #2006
SCOTTSDALE, AZ  85260


LESLEY STRICKER
4 STANLEY STREET
PLEASANTVILLE, NY  10570


BARBARA STRICKLIN & ROBERT T. CHYLAK
261 FREDRICKSBURG RD
GARDNERVILLE, NV  89460


1992 HOWARD G. STRINGER TRUST
C/O HOWARD G. STRINGER TRUSTEE
3150 E TROPICANA AVE #E-301
LAS VEGAS, NV  89121


JACQUELINE S. STROEHMANN
349  LINCOLN AVE.
WILLIAMSPORT, PA  17701


ALLEN D. STRUNK TRUST UDT 16 NOVEMBER 19
C/O ALLEN D. STRUNK, TRUSTEE
2762 DARBY FALLS DRIVE
LAS VEGAS, NV  89134


ELIZABETH STRYKS SHAW
1545 BROADWAY 308
SAN FRANCISCO, CA  94109


HAROLD STURZA
2705 ORCHID VALLEY DRIVE
LAS VEGAS, NV  89134


TONY SUAREZ
16 BLAND STREET
EMERSON, NJ  7630


SUGAR 1990 LIVING REVOCABLE TRUST DATED
C/O WILLIAM SUGAR & MARILYN R. SUGAR TRU
4 STERN GROVE COURT
SAN FRANCISCO, CA  94132
```

```
ERIN SULLIVAN & JEAN SULLIVAN
30 PALM SPRINGS COURT
SPARKS, NV  89436

ALLISON SULLIVAN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
21005 RIOS ST
WOODLAND HILLS, CA  91364

ROBERT SULLIVAN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
21005 RIOS STREET
WOODLAND HILLS, CA  91364

RAND SULLIVAN
215 STAGS LEAP CIRCLE
SPARKS, NV  89436

SUMPOLEC 1989 TRUST DATED 4/13/89
C/O JOHN SUMPOLEC, JR. TRUSTEE
2405 HOWARD
LAS VEGAS, NV  89104

SHIQI CHARLIE SUN & JIANZHEN JEAN SUN
6649 RAINBOW DRIVE
SAN JOSE, CA  95129

JAMES SUPPLE
P O BOX 29
FALLON, NV  89407

HANS - UELI SURBER
2 SATURN ST
SAN FRANCISCO, CA  94114

ROBERT A. SUSSKIND
9900 WILBUR MAY PKWY #206
RENO, NV  89521

BUNNY SUTTLE
1904 SOUTH 17TH STREET
LAS VEGAS, NV  89104

SHIRLEY J. SUTTON TRUST
C/O SHIRLEY J. SUTTON TRUSTEE
1477 BEAR CREEK DRIVE
BISHOP, CA  93514

SWANSON FAMILY TRUST DATED 9/14/94
C/O LELAND K. SWANSON & LENA M. SWANSON
212 GREENBRIAR LANE
BUFFALO, MN  55313

ALVIN M. SWANSON & GRACE E. SWANSON LIVI
C/O LELAND K. SWANSON TRUSTEE
212 GREENBRIAR LANE
BUFFALO, MN  55313
```

```
ALVIN M. SWANSON & GRACE E. SWANSON LIVI
C/O LELAND K. SWANSON TRUSTEE
212 GREENBRIAR LANE
BUFFALO, MN  55313

ROSE F. SWAYZE AND ELFRIEDE R. FUJITANI
P O BOX 946
CRYSTAL BAY, NV  89402

MARCIA SWEANY-VOLPE
33766 SE TERRA CIRCLE
CORVALLIS, OR  97333

SWEDELSON FAMILY TRUST DATED 12/23/92
C/O ROBERT SWEDELSON TRUSTEE
2086 KING MESA
HENDERSON, NV  89012

GLORIA M. SWETT
3635 JEWEL CAVE DRIVE
LAS VEGAS, NV  89122

GLORIA M. SWETT AND DEBORAH H. NOGAIM
3635 JEWEL CAVE DRIVE
LAS VEGAS, NV  89122

DONALD SWEZEY & BEVERLY W. SWEZEY TRUST
C/O DONALD  SWEZEY & BEVERLY W. SWEZEY T
3666 CHEROKEE DRIVE
CARSON CITY, NV  89705

LAGUNA PALOMA INC., VIRGINIA SWILLEY PRE
210 KAMEHA STREET
GALVESTON, TX  77554

LOUIS C. SWILLEY
4314 DICKSON STREET
HOUSTON, TX  77007

SYFERT TRUST DATED 3/90
C/O RAY SYFERT TRUSTEE
5234 BLUE GUM COURT
LAS VEGAS, NV  89148

NICHOLAS RANDAZZO, LINDA TABAS STEMPEL &
915 DELAWARE AVENUE
PHILADELPHIA, PA  19123

CHI LAP TAI & JENNY H. LO
28 LANGON HOLLOW RD
BRIDGEWATER, NJ  8807

DR. CAROLE TALAN
1299 KINGSBURY GRADE
GARDNERVILLE, NV  89460
```

```
MARJORIE DODGE TAMBELLINI TRUST DATED 12
C/O MARJORIE DODGE TAMBELLINI TRUSTEE
1106 VANNESSA DRIVE
SAN JOSE, CA  95126


DAVID J. TAMMADGE
7292 HORNER STREET
SAN DIEGO, CA  92120


JANIE C. TAMMADGE
1400 COLORADO ST STE C
BOULDER CITY, NV  89005


PRESWICK CORP.
1400 COLORADO S STE C
BOULDER CITY, NV  89005


W & W TAO FAMILY TRUST DATED 10/30/97
C/O WILLIAM CHARLES TAO TRUSTEE
3135 VILLA MARBELLA CIRCLE
RENO, NV  89509


SOVEREIGN CAPITAL ADVISORS, LLC
930 TAHOE BLVD STE 802-550
INCLINE VILLAGE, NV  89451


FRANK J. TARANTINO
3495 LAKESIDE DR. BOX 146
RENO, NV  89509


JEANETTE D. TARANTINO
P. O. BOX 2076
CARMEL, CA  93921


SHARON D. TARPINIAN REVOCABLE LIVING TRU
C/O SHARON D. TARPINIAN TRUSTEE
327 JACARANDA DR
DANVILLE, CA  94506


MICHAEL TARR
2812 TORONJA WAY
SACRAMENTO, CA  95833


WAYNE P. TARR & ELIZABETH G. TARR
251 WESTERN DRIVE
POINT RICHMOND, CA  94801


LUTHER E. TATE
678 WELLS ROAD
BOULDER CITY, NV  89005


SARA'S HOPE "IT'S A WONDERFUL WORLD" CHA
12839 TRITON LANE
VICTORVILLE, CA  92392


ALFRED C. TAYLOR & RACHEL B. TAYLOR TRUS
C/O ALFRED C. TAYLOR & RACHEL B. TAYLOR
```

```
5405 INDIAN HILLS AVE
LAS VEGAS, NV  89130

ANNABELLE E. TAYLOR FAMILY TRUST DATED 5
C/O ANNABELLE E. TAYLOR TTEE
532 OAKBROOK LANE
LAS VEGAS, NV  89109

CITRUS GROVE APARTMENTS, LLC
13658 LA JOLLA CIRCLE UNIT 8-B
LA MIRADA, CA  90638

EVALYN C. TAYLOR SEPARATE PROPERTY TRUST
C/O EVALYN C. TAYLOR TRUSTEE
1908 ROLLING DUNES CT
LAS VEGAS, NV  89117

KEVIN TAYLOR IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 911209
ST. GEORGE, UT  84791

ROBERT TAYLOR IRA
C/O FIRST SAVINGS BANK CUSTODIAN
275 LA CUENTA CIRCLE
HENDERSON, NV  89014

GARY N. TAYLOR PSP
C/O GARY N. TAYLOR TRUSTEE
532 COLLEGE DRIVE #313
HENDERSON, NV  89015

JAMES W. TAYLOR & MAXINE D. TAYLOR
2394 W 1050 N
HURRICANE, UT  84737

TAYLOR FAMILY TRUST DATED 6/18/97
C/O JOHN COLIN TAYLOR & JOY DORINE TAYLO
13658 LA JOLLA CIRCLE UNIT 8 B
LA MIRADA, CA  90638

JOY DORINE TAYLOR
13658 LA JOLLA CIRCLE UNIT 8 B
LA MIRADA, CA  90638

TAYLOR LIVING TRUST DATED 2/27/98
C/O KERRY S. TAYLOR & JOYCE L. TAYLOR TR
4275 SETTLER DR
RENO, NV  89502

KIMBERLY TAYLOR
17324 ROSALLA DRIVE
EDEN PRAIRIE, MN  55346

KTAYLORGO INVESTMENTS, LTD
P. O. BOX 911209
ST. GEORGE, UT  84791
```

```
RITA B. TAYLOR REVOCABLE LIVING TRUST DA
C/O RITA B. TAYLOR TRUSTEE
P O BOX 81
MCARTHUR, CA  96056

ROBERT M. TAYLOR & LETTIE LADELLE TAYLOR
275 LA CUENTA CIRCLE
HENDERSON, NV  89014

SUKSAMARN C. TAYLOR
4602 NEIL RD # 94
RENO, NV  89502

TAYLOR FAMILY TRUST DATED 12/23/86
C/O WILLIAM TAYLOR & LYLA TAYLOR TRUSTEE
8604 SONETO LANE
LAS VEGAS, NV  89117

LEONARD AND THERESE TEACHENOR TRUST DATE
C/O LEONARD L. TEACHENOR & THERESE M. TE
P O BOX 399
SPARKS, NV  89432

GAZELLA TEAGUE LIVING TRUST
C/O GAZELLA TEAGUE TRUSTEE
1183 LANAIAS WAY
ROSEBURG, OR  97470

GARY TEBBUTT
3723 VANCOUVER DRIVE
RENO, NV  89511

RESIDENT AGENTS OF NEVADA, INC.
711 S CARSON ST STE #4
CARSON CITY, NV  89701

LOUISE TEETER IRA ROLLOVER
C/O FIRST SAVINGS BANK CUSTODIAN
4201 VIA MARINA 300
MARINA DEL REY, CA  90292

LOUISE TEETER & NORMAN TEETER
4201 VIA MARINA #300
MARINA DEL REY, CA  90292

NORMAN TEETER
4201 VIA MARINA 300
MARINA DEL REY, CA  90292

ROBERT G. TEETER
4201 VIA MARINA SUITE 300
MARINA DEL REY, CA  90292

MALCOLM TELLOIAN JR. AND JOAN B. TELLOIA
7806 BROADWING DRIVE
NORTH LAS VEGAS, NV  89084
```

```
EDMUND T. TEMPLE
P O BOX 733
JANESVILLE, CA  96114

LAWRENCE H. TENGAN & LORRAINE K. TENGAN
C/O LAWRENCE H. TENGAN & LORRAINE K. TEN
504 EDGEFIELD RIDGE PLACE
HENDERSON, NV  89012

TENNARIELLO REVOCABLE TRUST DATED 7/10/9
C/O ALFONSO TENNARIELLO & JEAN TENNARIEL
2617 SPALDING DRIVE
LAS VEGAS, NV  89134

PHIL TERI
PO BOX 96331
LAS VEGAS, NV  89193

FRED TERIANO
P O BOX 96331
LAS VEGAS, NV  89193

THOMAS L. TERRELL & JUDITH J. TERRELL
40 CHURCHILL DR
BELLA VISTA, AR  72714

TERRILL FAMILY REVOCABLE LIVING TRUST DA
C/O CAL TERRILL & JUDY TERRILL TRUSTEES
6149 ARAGON AVE
NEW PORT RICHEY, FL  34653

MARGARET W. TERRY IRA
C/O FIRST SAVINGS BANK CUSTODIAN FOR
113 WORTHEN CIRCLE
LAS VEGAS, NV  89145

STEVEN M. TERRY IRA
C/O FIRST SAVINGS BANK CUSTODIAN FOR
113 WORTHEN CIRCLE
LAS VEGAS, NV  89145

JOSEPH TERRY AND LESLIE TERRY
113 WORTHEN CIRCLE
LAS VEGAS, NV  89145

MELBA L.TERRY
2236 CLINTON LANE
LAS VEGAS, NV  89115

STEVEN M. & MARGARET W. TERRY TRUST DATE
C/O STEVEN MELVIN TERRY AND MARGARET WOR
113 WORTHEN CIRCLE
LAS VEGAS, NV  89145

MICHEL TESSEL.  JEAN-JACQUES BERTHELOT W
9328 SIENNA VISTA DRIVE
```

```
LAS VEGAS, NV  89117

BASIL THACKER & JILL M. THACKER
7349 RIETZ CANYON RD
LAS VEGAS, NV  89131

DAVID M. THATCHER
P O BOX 37
SEDALIA, CO  80135

DORIS D. THATCHER
508 EASTGATE CT
GRAND JUNCTION, CO  81501

JOHN G. THERIAULT AND PAMALA J. THERIAUL
11209 SW 238TH ST
VASHON, WA  98070

GARY A. THIBAULT & SANDRA C. THIBAULT
4525 DAWN PEAK STREET
LAS VEGAS, NV  89129

THE THIEL LIVING TRUST DATED 2/13/99
C/O BETH M. & DANIEL E. THIEL TRUSTEES,
1008 MALAGA CT.
PLEASANTON, CA  94566

BRYAN M. THOMAS AND LORI M. THOMAS
2201 DUPONT DRIVE STE #820
IRVINE, CA  92612

STEVEN M. THOMAS & JOYCE A. THOMAS REVOC
C/O STEVEN M. THOMAS & JOYCE A. THOMAS T
242 RIVER FRONT DR.
RENO, NV  89523

THOMAS FAMILY TRUST DATED 4/13/00
C/O WILLIAM E. THOMAS, JR. & INGEBORG TH
P O BOX 323
GENOA, NV  89411

THOMPSON FAMILY TRUST, DTD 8/20/04
C/O ALBERT THOMPSON AND DERWEN THOMPSON,
2505 ANTHEM VILLAGE DR
SUITE E BOX 595
HENDERSON, NV  89052

THOMPSON 1993 TRUST DATED 1/26/93
C/O DARYL D. THOMPSON TRUSTEE
2204 POINT ROCK LANE
LAS VEGAS, NV  89134

THOMPSON FAMILY TRUST DATED 5/21/92
C/O DAVID H. THOMPSON & KATHRYN THOMPSON
3145 W TORINO AVE
LAS VEGAS, NV  89139
```

GARY E. THOMPSON
640 N RACE TRACK RD
HENDERSON, NV  89015

GREGORY R. THOMPSON
1005 W BUFFINGTON ST
UPLAND, CA  91784

HAROLD A. THOMPSON & DIANA C. THOMPSON R
C/O HAROLD A. THOMPSON & DIANA C. THOMPS
973 PETE'S WAY
SPARKS, NV  89434

WILMA JEAN THOMPSON
12 BREWSTER WAY
REDLANDS, CA  92373

CLARA THREET LIVING TRUST
C/O CLARA THREET TRUSTEE
1508 FLAG CIRCLE
LAS VEGAS, NV  89102

JERRY A. THREET FAMILY TRUST DATED 9/23/
C/O JERRY A. THREET TRUSTEE
9665 W REGENA AVE
LAS VEGAS, NV  89149

RONDA L. THRELFALL
9915 SADDLEBACK DRIVE
LAKESIDE, CA  92040

BOB G. THROWER AND DEBRA A. THROWER
1896 RANKIN DR.
CARSON CITY, NV  89701

LYNNETTE S. THURMAN AND JOHN H. THURMAN
1635 GREYCREST WAY
RENO, NV  89521

JACQUELINE THURMOND IRA
C/O FIRST SAVINGS BANK CUSTODIAN
347 MARLIN COVE ROAD
HENDERSON, NV  89012

JACQUELINE THURMOND & TRACI LANDIG
1512 MACDONALD RANCH DR
HENDERSON, NV  89012

JACQUELINE THURMOND WITH TRACI LANDIG AS
1512 MACDONALD RANCH DR
HENDERSON, NV  89012

RICHARD E. THURMOND LIMITED PARTNERSHIP
749 WILLOW AVE
HENDERSON, NV  89015

AN ACCOUNTANCY CORPORATION PROFIT SHARIN

```
C/O JACK S. TIANO, TRUSTEE
116 W EL PORTAL STE 103
SAN CLEMENTE, CA  92672


NORMAN TIANO
7070 ROCK DOVE ST
CARLSBAD, CA  92011


DOUGLAS TICHENOR & SUSAN TICHENOR
6190 JENSEN STREET
LAS VEGAS, NV  89149


PATRICIA L. TIEDE
5225 POOKS HILL RD #1520-N
BETHESDA, MD  20814


HILLARI TISCHLER
7408 DOE AVENUE
LAS VEGAS, NV  89117


YIT TISONI
2485 FIRENZE DRIVE
SPARKS, NV  89434


ALNEIL ASSOCIATES
C/O NEIL TOBIAS GENERAL PARTNER
1140 6TH AVE STE M01
NEW YORK, NY  10036


ALNEIL LIPP, LLC
C/O NEIL TOBIAS, MANAGER
1140 6TH AVE STE M-01
NEW YORK, NY  10036


DEAL INVESTMENT CLUB, LLC
C/O VIVIAN TOBIAS, MANAGER
1090 ELBERON AVENUE
LONG BRANCH, NJ  7740


JOSEPH TOBIAS
1140 6TH AVE STE M-01
NEW YORK, NY  10036


NEIL TOBIAS
1994 EAST 4TH STREET
BROOKLYN, NY  11223


TODD FAMILY LIVING TRUST AGREEMENT DATED
C/O RICHARD T. TODD & VALERE J. TODD TRU
5961 SADDLE TREE RD
PAHRUMP, NV  89061


RONALD M. TOFT
P. O. BOX 1474
CARSON CITY, NV  89702


SHANNON TOKUDA-LABRIE & SUSAN L. TOKUDA
```

593 PONDEROSA AVE.
INCLINE VILLAGE, NV  89451

LESLEIGH J. TOLIN
5950 CANTERBURY DR C-210
CULVER CITY, CA  90230

DAVID W. TOLL
P O DRAWER F
VIRGINIA CITY, NV  89440

TOM TRUST
C/O STERLING TOM TRUSTEE
213 ROYAL ABERDEEN WAY
LAS VEGAS, NV  89144

STEVEN B. TOMAC & LAURA J. TOMAC
37 PANAVISTA CIRCLE
YERRINGTON, NV  89447

LAWRENCE P. TOMBARI
8420 O'HARE ROAD
LAS VEGAS, NV  89143

TOMCZAK FAMILY TRUST DATED 4/25/83
C/O SIGMUND L. TOMCZAK & DIANA TOMCZAK T
8507 S HARMON EXTENSION RD
SPOKANE, WA  99223

DONALD S. TOMLIN & DOROTHY R. TOMLIN REV
C/O DONALD S. TOMLIN & DOROTHY R. TOMLIN
7145 BEVERLY GLEN AVE
LAS VEGAS, NV  89110

TON 1998 REVOCABLE TRUST
C/O JAMES GEE TON & DOROTHY TON TRUSTEES
10405 TRENTON PLACE
LAS VEGAS, NV  89134

ROBERT C. TOOMBES AND PATSY G. TOOMBES
P. O. BOX 11665
ZEPHYR COVE, NV  89448

GARY E. TOPP
P O BOX 3008
GRASS VALLEY, CA  95945

GERRY TOPP
10745 W RIVER ST
TRUCKEE, CA  96161

B. A. TOWLE & DEBORAH R. TOWLE
1120 DONNER PASS RD #142
TRUCKEE, CA  96161

RICHARD R. TRACY & URSULA W. TRACY
P. O. BOX 1404

CARSON CITY, NV  89702

RENO AERONAUTICAL CORPORATION DEFINED BE
C/O RICHARD R. TRACY TRUSTEE
P O BOX 1404
CARSON CITY, NV  89702

JANE P. TRADER
20 CROSS RIDGE STREET
LAS VEGAS, NV  89135

STEPHANIE TRAGER & LAWRENCE B. TRAGER
4027 LA COLINA RD
SANTA BARBARA, CA  93110

ANTON TRAPMAN
8630 ST. JAMES AVE. APT E21
ELMHURST, NY  11373

ANTON TRAPMAN IRA
C/O FIRST SAVINGS BANK CUSTODIAN
8630 ST. JAMES AVE # E21
ELMHURST, NY  11373

ANTON TRAPMAN ROTH IRA
C/O FIRST SAVINGS BANK CUSTODIAN
8630 ST. JAMES AVE # E21
ELMHURST, NY  11373

IRENE TRAPMAN & ANTON TRAPMAN
67 25 CLYDE ST APT # 2E
FOREST HILLS, NY  11375

WILLIAM E. TRAPPMAN AND CAROL B. TRAPPMA
125  34TH AVE N
ST PETERSBURG, FL  33704

L. RONALD TREPP IRA
C/O FIRST SAVINGS BANK CUSTODIAN
13829 JOLLY ROGER ST
CORPUS CHRISI, TX  78418

L. RONALD TREPP & JACQUELINE P. TREPP FA
C/O L. RONALD TREPP & JACQUELINE P. TREP
13829 JOLLY ROGER STREET
CORPUS CHRISI, TX  78418

RORY L. TRIANTOS
13842 MALCOLM AVE
SARATOGA, CA  95070

LOUISA M. TRIFILETTI
1306 W SHELLFISH DRIVE
GILBERT, AZ  85233

CHARMAINE TRIMBLE EXEMPTION TRUST
C/O THOMAS H. TRIMBLE, JR. TRUSTEE

```
P O BOX 12340
RENO, NV  89510

CAROL A.TRIPP
2185 KLINNEY LN
RENO, NV  89511

TRIPP FAMILY TRUST 1997
C/O JOHN M. TRIPP TRUSTEE
6550 VIEWPOINT DRIVE
LAS VEGAS, NV  89156

T-2 ENTERPRISES, LLC.
C/O MANAGER,  WARREN W. TRIPP
250 GREG STREET
SPARKS, NV  89431

T-3 ENTERPRISES, LLC.
C/O MANAGER, WARREN W. TRIPP
250 GREG STREET
SPARKS, NV  89431

TRIPP ENTERPRISES INC.
250 GREG STREET
SPARKS, NV  89431

THE TRIPP FAMILY TRUST
C/O WALTER C. TRIPP TRUSTEE
5590 BRIARHILLS LANE
RENO, NV  89502

WALTER C. TRIPP
5590 BRIARHILL LN
RENO, NV  89502

TRIPP ENTERPRISES, INC. RESTATED PROFIT
C/O WARREN W. TRIPP TRUSTEE
250 GREG STREET
SPARKS, NV  89431

WARREN W. TRIPP
250 GREG STREET
SPARKS, NV  89431

RAYMOND TROLL TRUST
C/O RAYMOND TROLL TRUSTEE
77-420- SKY MESA LANE
INDIAN WELLS, CA  92210

CARLOS A. TRUJILLO
2818 HORSESHOE DR
LAS VEGAS, NV  89120

A'CHUN LIN TSAI
9588 VERVAIN STREET
SAN DIEGO, CA  92129
```

FU-MEI TSAI
1716 S. MONTEREY STREET
ALHAMBRA, CA  91801

KURT TSAI
1716 S. MONTEREY STREET
ALHAMBRA, CA  91801

SHU-CHIH TSAI
1716 S MONTEREY STREET
ALHAMBRA, CA  91801

ROLF TSCHUDI AND LOUISE TSCHUDI 1989 REV
C/O ROLF TSCHUDI AND LOUISE TSCHUDI, TRU
2320 15TH AVE.
SAN FRANCISCO, CA  94116

CARY TUCH & CAROL TUCH
11445 GERALD
GRANADA HILLS, CA  91344

GARY E. TUCKER & LINDA L. TUCKER
388 RIESLING COURT
FREMONT, CA  94539

AUGUSTINE TUFFANELLI FAMILY TRUST DATED
C/O AUGUSTINE TUFFANELLI TRUSTEE
2260 MOHIGAN WAY
LAS VEGAS, NV  89109

SHIRLEY JEAN TUFFANELLI TRUST DATED 6/18
C/O SHIRLEY JEAN TUFFANELLI TRUSTEE
2260 MOHIGAN WAY
LAS VEGAS, NV  89109

BARBARA C. TUNE
6335 W NORTHWEST HWY APT 1914
DALLAS, TX  75225

DARLENE M. TURNER
2028 1/2  " I " STREET
SPARKS, NV  89431

GEORGE TURNER
3013 WEST OAKEY
LAS VEGAS, NV  89102

LOUIS H. & SHIRLEY M. TURNER FAMILY TRUS
C/O LOUIS H. TURNER & SHIRLEY M. TURNER
9558 MAMMOTH COURT
RENO, NV  89521

TURNER FAMILY TRUST DATED 12/15/00
C/O PAUL M. TURNER & CAROL I. TURNER, TR
106 S CEDAR CIRCLE
SNOWFLAKE, AZ  85937

```
1994 TURNER FAMILY TRUST DATED 9/23/94
C/O ROBERT H. TURNER & NANCY A. TURNER T
60354 WOODSIDE LOOP
BEND, OR  97702

THOMAS G. TURNER & DIANE M. TURNER
5686 CHURCH HILL GREEN DR
SPARKS, NV  89436

T.J. TRUST DATED 7/24/97
C/O THOMAS TURNER & JUDY K. TURNER TRUST
6425 MEADOW COUNTRY DR
RENO, NV  89509

TURNER DEVELOPMENT, LLC
461 N. CARLISLE PL.
ORANGE, CA  92869

NOEMI N. TUROK
8808 RAINBOW RIDGE DR
LAS VEGAS, NV  89117

DALE L. TUTTLE
6252 CHINOOK WAY
LAS VEGAS, NV  89108

NORMAN J. TWEITEN & TERRI ANN WILSON
P O BOX 846
LILLIAN, AL  36549

DONALD V. TWICHELL AND MICHELLE TWICHELL
5385 CROSS CREEK LN
RENO, NV  89511

THE ROBERT A. TYNDALL & SYDNEY N. TYNDAL
C/O ROBERT A. TYNDALL & SYDNEY N. TYNDAL
9508 BALATTA CANYON CT
LAS VEGAS, NV  89134

MARK TYSSELING & SHARON VEY-TYSSELING
210 ONEIDA STREET
ST PAUL, MN  55102

ANN ULFELDER & LEONARD ULFELDER
630 BLUE SPRUCE DR
DANVILLE, CA  94506

ROBERT WILLIAM ULM IRA
C/O PENSCO TRUST COMPANY CUSTODIAN
414 MORNING GLORY RD
ST MARYS, GA  31558

ROBERT W. ULM LIVING TRUST DATED 4/11/05
C/O ROBERT W. ULM TRUSTEE
414 MORNING GLORY RD
ST MARYS, GA  31558
```

DAVID P. ULRICH
8015 208TH STR COURT EAST
SPANAWAY, WA  98387

JOHN P. ULRICH
308 NE 17TH AVE APT 1
BOYNTON BEACH, FL  33435

RICHARD F. ULRICH
1849 AMSTERDAM
SCOTIA, NY  12302

JOHN A. UNLAND & JANE E. UNLAND
2105 LILAC LANE
MORGAN HILL, CA  95037

THE BENEDICT E. URBAN & ROSELYN N. URBAN
C/O BENEDICT E. URBAN & ROSELYN N. URBAN
2691 EVERGREEN OAKS DR
HENDERSON, NV  89052

GEORGE W. URDA
440 CORTE SUR STE 200
IGNACIO, CA  94949

CAL-MARK BEVERAGE COMPANY DEFINED BENEFI
C/O NEVADA TRUST COMPANY CUSTODIAN FOR
440 CORTE SUR SUITE 200
IGNACIO, CA  94949

DANIEL URIARTE FAMILY TRUST DATED 10/9/9
C/O DANIEL URIARTE & ALICE URIARTE TRUST
2049  AVELLA DR
SPARKS, NV  89434

USA CAPITAL FIRST TRUST DEED FUND
4484 S PECOS RD
LAS VEGAS, NV  89121

USA COMMERCIAL MORTGAGE COMPANY
4484 S PECOS RD
LAS VEGAS, NV  89121

USA COMMERCIAL REAL ESTATE GROUP
4484 S PECOS RD
LAS VEGAS, NV  89121

USA CAPITAL DIVERSIFIED TRUST DEED FUND
4484 S PECOS RD
LAS VEGAS, NV  89121

USA INVESTMENT PARTNERS
4484 S PECOS RD
LAS VEGAS, NV  89121

GLORIA VALAIR
3524 WEBSTER STREET

```
SAN FRANCISCO, CA  94123

DEAN VALENTINO & NORA VALENTINO
15445 VENTURA BLVD STE 364
SHERMAN OAKS, CA  91403

FRANK VALENTINO & STELLA VALENTINO
15335 DEL GADO DRIVE
SHERMAN OAKS, CA  91403

JACQUELINE BARBARA VALIENTE REVOCABLE LI
C/O JACQUELINE BARBARA VALIENTE TRUSTEE
8804 RIO GRANDE FALLS
LAS VEGAS, NV  89178

PEGGY ANN VALLEY IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1952 DOLPHIN PLACE
DISCOVERY BAY, CA  94514

MCLAUGHLIN-VALLEY TRUST DATED 2/24/97
C/O JAY C. MCLAUGHLIN & PEGGY ANN VALLEY
1952 DOLPHIN PLACE
DISCOVERY BAY, CA  94514

MCLAUGHLIN-VALLEY TRUST DATED 2/24/97
C/O PEGGY ANN VALLEY TRUSTEE
1952 DOLPHIN PLACE
DISCOVERY BAY, CA  94514

VAN DAMME FAMILY TRUST
C/O GILBERT VAN DAMME TRUSTEE
69 AVE  ALPHONSE XIII
BRUSSELS, BELGIUM  1180

THE VAN SICKLE FAMILY TRUST DATED 5/20/9
C/O LLOYD F. VAN SICKLE TRUSTEE
5626 E EDGEMONT AVENUE
SCOTTSDALE, AZ  85257

K. VAN UMMERSEN
P O BOX 33
RENO, NV 89504

JUDY A. VAN WINKLE 1994 TRUST DATED 3/25
C/O JUDY A. VAN WINKLE TRUSTEE
P. O. BOX 195
MIDPINES, CA  95345

SHEEHAN VAN WOERT BIGOTTI ARCHITECTS 401
C/O KENNETH B. VAN WOERT TRUSTEE
300 S WELLS AVE STE ONE
RENO, NV  89502

LHV LIVING TRUST DATED 10/31/01
C/O LEONARD VANDERGAAG & HILLEGONDA VAND
7242 EVENING HILLS AVENUE
```

LAS VEGAS, NV  89113

VANDERSLICE TRUST DATED 6/1/96
C/O JOHN D. VANDERSLICE & NANCY C. VANDE
PO BOX 5354
MOHAVE VALLEY, AZ  86446

CMCM INVESTMENTS, LLC
1322 COMSTOCK DRIVE
LAS VEGAS, NV  89106

EULALIA M. VANICEK AND RAY M. VANICEK
1322 COMSTOCK DR
LAS VEGAS, NV  89106

ELEANOR VARELLI
1212 N LAKE SHORE DR APT 23CN
CHICAGO, IL  60610

KATHERINE VAUGHAN
PO BOX 2018
GARDNERVILLE, NV  89410

ROY R. VENTURA, JR. & NANCY B. VENTURA
AMERICAN EMBASSY- JAKARTA
UNIT 8135 - USAID
FPO, AP  96520

MALDEN VENTURES LTD.
400 DORLA CT STE 171 PMB 10162
ZEPHYR COVE, NV  89448

MALDEN VENTURES LTD. DEFINED BENEFIT PEN
400 DORLA CT STE #173 PMB 10162
ZEPHYR COVE, NV  89448

R & N REAL ESTATE INVESTMENTS LP
C/O ROBERT J. VERCHOTA, GENERAL PARTNER
8365 SO BONITA VISTA
LAS VEGAS, NV  89148

NICKOLAS VERLINICH & BEVERLY VERLINICH
3749 S 4TH AVE UNIT 209
YUMA, AZ  85365

KEITH W. VESCIAL AND KAREN A. ROTH
3612 E VERMONT ST
LONG BEACH, CA  90814

MARSHA G. VIEIRA
110 EGRET PLACE
GRASS VALLEY, CA  95945

YADIRA C. VIGIL REVOCABLE TRUST DATED 5/
C/O YADIRA C. VIGIL TRUSTEE
298 SAN FELIPE WAY
NOVATO, CA  94945

MELODY J. VIOLET
P O BOX 2201
VISTA, CA  92085

ARIF VIRANI AND SALIMA VIRANI
6926 ADOBE VILLLA AVENUE
LAS VEGAS, NV  89122

JULIE A. VIRGA
2567 HARKNESS ST
SACRAMENTO, CA  95818

BRENT E. VIRTS
4381 W HIDDEN VALLEY
RENO, NV  89502

VIRTS REVOCABLE LIVING TRUST
C/O DONALD E. VIRTS & PATRICIA VIRTS TRU
4381 W HIDDEN VALLEY
RENO, NV  89502

KIP E. VIRTS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
5925 BAR HARBOR CRT
ELK GROVE, CA  95758

MELISSA A. VIRTS IRA
C/O FIRST SAVINGS BANK CUSTODIAN
5925 BAR HARBOR CRT
ELK GROVE, CA  95758

KIP E. VIRTS & MELISSA A. VIRTS
5925 BAR HARBOR CT
ELK GROVE, CA  95758

BARBARA J. VIVERO REVOCABLE TRUST
C/O BARBARA J. VIVERO TRUSTEE
P O BOX 30295
LAS VEGAS, NV  89173

LINDA C. VLAUTIN TRUST DATED 10/31/01
C/O LINDA C. VLAUTIN TRUSTEE
6152 WYCLIFFE CIRCLE
RENO, NV  89509

FRED VOGEL & JANIS MOORE VOGEL
1710 CEDAR STREET
CALISTOGA, CA  94515

MARIETTA VOGLIS
201 E 79 ST APT 17A
NEW YORK, NY  10021

JACKIE VOHS
1202 JESSIE ROAD
HENDERSON, NV  89015

VOLPEL TRUST DATED 2/2/96
C/O GUNTER VOLPEL AND CHRISTIANE VOLPEL,
90876 LIBBY LANE
COOS BAY, OR  97420

PATRICIA E. VON EUW REVOCABLE TRUST DATE
C/O PATRICIA E. VON EUW, TRUSTEE
10405 SHOALHAVEN DR
LAS VEGAS, NV  89134

TOBIAS VON EUW REVOCABLE TRUST DATED 11/
C/O TOBIAS VON EUW TRUSTEE
10405 SHOALHAVEN DR
LAS VEGAS, NV  89134

VON TAGEN TRUST DATED 5/2/96
C/O MADELINE P. VON TAGEN TRUSTEE
8557 LITTLE FOX ST
LAS VEGAS, NV  89123

THE VOSS FAMILY TRUST UNDER TRUST DATED
C/O WOLF DIETER VOSS & CLAUDIA VOSS TRUS
14 VIA AMBRA
NEWPORT BEACH, CA  92657

RICHARD G. VRBANCIC
103 WILLOWBROOK DR
WAREN, OH  44483

BUNNY C. VREELAND
2334 EAGLE CREEK LANE
OXNARD, CA  93036

JENNIFER A. WADE
UNIVERSITY HALL LMU
1LMU DRIVE MSB 5913
LOS ANGELES, CA  90045

JOHN L. WADE TRUST DATED 5/8/01
C/O JOHN L. WADE, TRUSTEE
881 LAKE COUNTRY DRIVE
INCLINE VILLAGE, NV  89451

MARLENE C. WADE
2314 TALL TIMBERS LANE
MARIETTA, GA  30066

ROBERT R. WADE & SHIRLEY E. WADE
P.O. BOX 911209
ST GEORGE, UT  84791

ROBERT R. WADE REVOCABLE TRUST DATED 5/2
C/O ROBERT R. WADE TRUSTEE
P.O. BOX 911209
ST. GEORGE, UT  84791

```
WAGMAN FAMILY TRUST DATED 8/13/93
C/O NORMA WAGMAN TRUSTEE
4436 COVENTRY CIRCLE
LAS VEGAS, NV  89121

KIRSTEN WAGNER
P O BOX 523
CUMBERLAND, WI  54829

SCOTT E. WAGNER
P O BOX 523
CUMBERLAND, WI  54829

MIKE WAGNON
1613 LASKIN RD.
VIRGINIA BEACH, VA  23451

DAVID C. WAHL AND MARGARET A. WAHL
P O BOX 8012
MAMMOTH LAKES, CA  93546

DAVID C. WAHL
P O BOX 8012
MAMMOTH LAKES, CA  93546

GREGORY J. WALCH AND SHAUNA M. WALCH FAM
C/O GREGORY J. WALCH TRUSTEE
344 DOE RUN CIRCLE
HENDERSON, NV  89012

WALD FINANCIAL GROUP INC. DEFINED BENEFI
249 MARGO WAY P O BOX 307
PISMO BEACH, CA  93449

WALD FINANCIAL GROUP INC. DEFINED BENEFI
249 MARGO WAY P O BOX 307
PISMO BEACH, CA  93449

WALD FINANCIAL GROUP, INC.
249 MARGO WAY
PISMO BEACH, CA  93449

ADAM WALKER AND RACHEL WALKER
485 S STATE ST # 306
PROVO, UT  84606

LINDA M. WALKER
3710 CLOVER WAY
RENO, NV  89509

B.D.W. 1987 TRUST DATED 9/29/87
C/O BRUCE D. WALLACE TRUSTEE
4895 GOLDEN SPRINGS DR
RENO, NV  89509

BRUCE D. WALLACE & JAMES B. AVANZINO
4895 GOLDEN SPRINGS DR
```

```
RENO, NV  89509

DESERT COMMERCIAL SWEEPING INC.
5620 MADRAS STREET
CARSON CITY, NV  89704

WILLIAM C. WALLACE II & PATRICIA M. WALL
3851 CANYON COVE DR.
LAKE HAVASU CITY, AZ  86404

WILLIAM CLYDE WALLACE AND PATRICA MAXINE
C/O WILLIAM C. WALLACE II AND PATRCIA M.
3851 CANYON COVE DR.
LAKE HAVASU, AZ  86404

WILLIAM C. WALLACE, III & ANNA MARIE K.
5620 MADRAS STREET
CARSON CITY, NV  89704

WALLS FAMILY TRUST DATED 12/10/97
C/O JOSEPH P. WALLS & ELLEN WALLS TRUSTE
2778 BEDFORD WAY
CARSON CITY, NV  89703

WALLS LIVING TRUST DATED 7/7/03
C/O SAMUEL P. WALLS & NANCY A. WALLS TRU
2443 KLEIN ROAD
SAN JOSE, CA  95148

MICHAEL J. WALTER & DIANE J. WALTER
3 MALACHITE ROAD
YERINGTON, NV  89447

ACS NEVADA, INC.
7990 CASTLE PINES
LAS VEGAS, NV  89113

STEPHEN G. WALTHER & SONJA WALTHER
7990 CASTLE PINES
LAS VEGAS, NV  89113

ADRIAN P. WALTON & AMY J. WALTON
31 COTTONWOOD DRIVE
CARLINVILLE, IL  62626

DR. DAMON PAUL WALTON & REBECCA JEAN WAL
19901 TIMBERED ESTATES LANE
CARLINVILLE, IL  62626

ADRIAN P. WALTON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
31 COTTONWOOD DRIVE
CARLINVILLE, IL  62626

DR. DAMON PAUL WALTON IRA
C/O FIRST SAVINGS BANK CUSTODIAN
19901 TIMBERED ESTATES LANE
```

CARLINVILLE, IL  62626

WARD TRUST DATED 5/21/96
C/O DENNIS J. WARD & PATRICIA A. WARD TR
1928 WINDWARD PT
BYRON, CA  94514

GARY D. WARD IRA
C/O FIRST SAVINGS BANK CUSTODIAN
26077 CHARING CROSS RD
VALENCIA, CA  91355

SUSAN J. WARD IRA
C/O FIRST SAVINGS BANK CUSTODIAN
26077 CHARING CROSS RD
VALENCIA, CA  91355

CARL M. WARFIELD & LAURA W. WARFIELD
2111 E 66TH AVE
ANCHORAGE, AK  99507

LARRY WARNER REVOCABLE TRUST DATED 5/20/
C/O LARRY WARNER, TRUSTEE
27701 FORESTER
BONITA SPRINGS, FL  34134

THE WARNER FAMILY TRUST DATED 3/17/00
C/O JOHN H. WARNER, JR. & LINDA M. WARNE
2048 N CHETTRO TRAIL
ST GEORGE, UT  84770

WILLIAM G. WARWICK & VIRGINIA B. WARWICK
170 DAYTON STREET
DANVERS, MA  1923

FRANK WASKO AS BENEFICIARY STEPHANIE WAS
C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
6222 W. WICKIEUP
GLENDALE, AZ  85308

FRANK S. WASKO REVOCABLE TRUST DATED 5-2
C/O FRANK S. WASKO, TRUSTEE
6222 W. WICKIEUP LN
GLENDALE, AZ  85308

FRANK WASKO
6222 W. WICKIEUP
GLENDALE, AZ  85308

LINDA D. WATERHOUSE
2000 WHISKEY SPRINGS ROAD
RENO, NV  89510

THOMAS G. WATERS AND ANNE M. WATERS
13906 MAN OF WAR CT
CORPUS CHRISTI, TX  78418

```
WATKINS FAMILY TRUST DATED 7/24/92
C/O DELBERT WATKINS & MARY ANN WATKINS T
265 E FARRIS AVENUE
LAS VEGAS, NV  89123

ANITA WATSON LIVING TRUST DATED 4/8/03
C/O ANITA WATSON TRUSTEE
5309 PARSONAGE
VIRGINIA BEACH, VA  23455

DARREN E. WATSON
1465 C ST # 3208
SAN DIEGO, CA  92101

DARREN E. WATSON
P O BOX 2690
FORT BRAGG, CA  95437

ROBERT S. WATSON & JOYCE A. WATSON
2903 WIMPOLE COURT
LOUISVILLE, KY  40218

DAVID A. WEAVER
30 PALM SPRINGS COURT
SPARKS, NV  89436

JOHN WEAVER & COLLEEN WEAVER
9225 CORDOBA BLVD
SPARKS, NV  89436

DONNA WEBB
500 N ESTRELLA PKWY STE B2-405
GOODYEAR, AZ  85338

WEBBER FAMILY TRUST DATED 10/31/89
C/O PATRICIA ANN WEBBER TRUSTEE
9157 SHADOW GLEN WAY
FORT MYERS, FL  33913

HEINRICH RICHARD WEBER & BRIGITTE S. WEB
2099 WESTGLEN CT
RENO, NV  89523

JASON C. WEBER
226 W J ST
ENCINITAS, CA  92024

KURT WEBER & PATRICIA WEBER
33 TREADWELL AVE
WESTPORT, CT  6880

NORM WEBSTER
2219 E THOUSAND OAKS STE 277
THOUSAND OAKS, CA  91362

DAVID L. WEEKS AND JANELLE WEEKS
4400 CLYDE
```

CASPER, WY  82609

CORAZON WEHRLIN
161 ORCHID WAY
RENO, NV  89512

WEIBLE 1981 TRUST DATED 6/30/81
C/O ARDIS WEIBLE & DEAN F. WEIBLE CO-TRU
6314 W TARA AVE
LAS VEGAS, NV  89146

WEIBLE 1981 TRUST DATED 6/30/81
C/O DEAN F. WEIBLE & ARDIS WEIBLE CO-TTE
6314 W TARA AVE
LAS VEGAS, NV  89146

GARY S. WEICHERDING AND YVONNE STROMMEN
4960 HARRISON DRIVE UNIT #107
LAS VEGAS, NV  89120

GERALD R. WEILAND & DIANA F. WEILAND TRU
C/O DIANA F. WEILAND TRUSTEE
977 W HANO CIRCLE
IVINS, UT  84738

NILI WEINGART
1406 CAMDEN AVENUE 201
LOS ANGELES, CA  90025

WEINMAN FAMILY TRUST DATED 9/6/96
C/O FRANK WEINMAN TRUSTEE
2947 PINEHURST DRIVE
LAS VEGAS, NV  89109

JERROLD WEINSTEIN SELF DECLARATION TRUST
C/O JERROLD WEINSTEIN TRUSTEE
10524 BACK PLAINS
LAS VEGAS, NV  89134

GREGORY E. WEIR
1901 VALLEJO ST APT 8
SAN FRANCISCO, CA  94123

HOWARD P. WEISS & CURTIS WEISS
2871 SAN LAGO COURT
LAS VEGAS, NV  89121

THE WELCHER FAMILY TRUST DATED 7/13/99
C/O ANDREW A. WELCHER & ROSANNE WELCHER
1175 CHURCH STREET
VENTURA, CA  93001

TINA M. WENER IRA
C/O FIRST SAVINGS BANK CUSTODIAN FOR
226 CALIFORNIA AVE
RENO, NV  89509

KAREN K. WENER AND KENNETH A. WENER
1138 HUNTSMAN LN
MEMPHIS, TN 38120

WENGERT FAMILY TRUST DATED 2/20/98
C/O LAWRENCE D. WENGERT & DAWN M. WENGER
868 JUDI PLACE
BOULDER CITY, NV  89005

KENNETH A. WENER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
226 CALIFORNIA AVE.
RENO, NV 89509

THE WERTHING SENIOR FAMILY TRUST DATED 1
C/O JOHN AUSTIN WERTHING, SR. & SALLIE M
56 COUNTRY CLUB COVE
JACKSON, TN  38305

CONNIE WESTBROOK
14320 GHOST RIDER DR
RENO, NV 89511

DALE L. WESTERHOUT, DDS, LIVING TRUST
C/O DR. DALE L. WESTERHOUT, DDS, TRUSTEE
1 CHARMAINE CT
NOVATO, CA  94949

DALE WESTERHOUT IRA
C/O IRA SERVICES/FIRST REGIONAL BANK
1 CHARMAINE COURT
NOVATO, CA  94949

RACHEL WHEELER TRUST
C/O RACHEL WHEELER, TRUSTEE
739 W WINDSOR DRIVE
ST GEORGE, UT  84770

AUDREY M. WHIGHTSIL REVOCABLE LIVING TRU
C/O AUDREY M. WHIGHTSIL TRUSTEE
12754 JOLEANE AVE
YUMA, AZ  85367

CARALEE C. WHITE
P O BOX 1565
MINDEN, NV  89423

WALTER E. WHITE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2101 CALLE DE ESPANA
LAS VEGAS, NV  89146

RALPH M. WHITE
426 WHITEWATER DRIVE
BULLHEAD CITY, AZ  86442

ROBERT WHITE & MARY ETTA WHITE

982 E 5575 S
OGDEN, UT  84405

WHITMAN TRUST DATED 12/1/04
C/O H. DANIEL WHITMAN TRUSTEE
P O BOX 10200
ZEPHYR COVE, NV  89448

H. DANIEL WHITMAN
P O BOX 10200
ZEPHYR COVE, NV  89448

WICKLAND FAMILY TRUST DATED 2/10/81
C/O GERALD W. WICKLAND & IRENE F. WICKLA
P O BOX 8465
6062 VIA POSADA DEL NORTE
RANCHO SANTA FE, CA  92067

WILLIAM D. WICKLAND & VICTORIA R. WICKLA
P O BOX 283
TAHOE VISTA, CA  96148

WIECHERS FAMILY TRUST
C/O DICK WIECHERS TRUSTEE
136 BERNOULLI STREET
RENO, NV  89506

EUGENE C. WIEHE TRUST DATED 10/31/85
C/O EUGENE C. WIEHE TRUSTEE
17031 CERISE AVENUE
TORRANCE, CA  90504

THE EARL WIGERT & DOROTHY WIGERT 1994 RE
C/O EARL WIGERT TRUSTEE
3115 MERRILL DRIVE
TORRANCE, CA  90503

LOREN J. WILCOX
3361 SKYLINE BLVD
RENO, NV  89509

STEPHEN L. WILCOX AND GAIL M. WILCOX
P O BOX 1051
MINDEN, NV  89423

SCOTT WILGAR & GAIL WILGAR
9585 STANGE AVENUE
LAS VEGAS, NV  89129

LYNN WILKELIS & ANN MARSDEN
PO BOX 642
BUELLTON, CA  93427

LYNN WILKELIS, JEWELL NOWAK, & DR. JANA
PO BOX 642
BUELLTON, CA  93427

```
BARTON R. WILKINSON & DIANNA J. WILKINSO
RR1 BOX 55E
KOOSKIA, ID  83539

CRAIG C. WILKINSON
789 VORTEX AVE
HENDERSON, NV  89015

DIANNA WILKINSON, IRA
C/O FIRST SAVINGS BANK CUSTODIAN
RR1 BOX 55E
KOOSKIA, ID  83539

THOMAS H. WILKINSON LIVING TRUST DATED 5
C/O THOMAS H. WILKINSON & SUSAN L. WILKI
173 MANDARIN DR
MOORESVILLE, NC  28117

HAROLD WILLARD AND BEVERLY WILLARD 1980
C/O HAROLD WILLARD & BEVERLY WILLARD, TR
400 BAVARIAN DRIVE
CARSON CITY, NV  89705

WILLARD FAMILY TRUST
C/O SHIRLEY MAE WILLARD TRUSTEE
NULL
NULL, NULL  0

GEORGE S. WILLETT AND LAURENE WILLETT
405 EL CAMINO REAL # 417
MENLO PARK, CA  94025

JOY C. WILLIAMS
6014 BLUE MIST LANE
DALLAS, AK  75248

LARRY G. WILLIAMS AND MARY LOU WILLIAMS
2525 WILLOW RIDGE CT
FLORENCE, OR  97439

THE RICHARD J. WILLIAMS LIVING TRUST DAT
C/O RICHARD J. WILLIAMS, TRUSTEE
1282 CONESTOGA DR
MINDEN, NV  89423

SUSAN M. WILLIAMS
P O BOX 9270
TRUCKEE, CA  96162

JOHN L. WILLIS, JR.
1307 W LAKE ST UNIT #304
ADDISON, IL  60101

ARTHUR WILSON & MARIA WILSON
4800 MORGAN MILL ROAD
CARSON CITY, NV  89701
```

```
DAVID R. WILSON
320 SUNSET DR
RENO, NV  89509

EDNA P. WILSON & SLOAN D. WILSON
512 LINDEN AVE
GRASS VALLEY, CA  95945

KATHY A. WILSON SEPARATE PROPERTY TRUST
C/O KATHY A. WILSON, TRUSTEE
3581 BIRTCHER DR
LAS VEGAS, NV  89118

NORMA WILSON
P O BOX 248
GRIZZLY FLATS, CA  95636

SAMUEL C. WILSON
6661 SILVERSTREAM ST APT 1046
LAS VEGAS, NV  89107

SLOAN D. WILSON & EDNA P. WILSON
2655 POLK ST 404
SAN FRANCISCO, CA  94109

STANLEY R. WILSON & CAMILLA M. WILSON RE
C/O STANLEY WILSON & CAMILLA WILSON TRUS
5909 BARTLETT AVENUE
LAS VEGAS, NV  89108

WILSON INVESTMENTS
5909 BARTLETT AVENUE
LAS VEGAS, NV  89108

WIMSATT TRUST DATED OCTOBER 19, 2004
C/O LINDA J. WIMSATT, TRUSTEE
4920 AMADOR DR
OCEANSIDE, CA  92056

MARC & ANN WINARD FAMILY TRUST DATED 6/2
C/O MARC WINARD & ANN WINARD TRUSTEES
712 CANYON GREENS ST
LAS VEGAS, NV  89144

PAUL WINARD REVOCABLE TRUST DATED 1/27/9
C/O PAUL WINARD TRUSTEE
4200 SPRING MOUNTAIN RD
LAS VEGAS, NV  89102

HEATHER WINCHESTER & WILLIAM WINCHESTER
2215 STOWE DRIVE
RENO, NV  89511

WINDISCH 1998 LIVING TRUST
C/O FREDERICK P. WINDISCH TRUSTEE
P O BOX 626
LAKE HAVASU CITY, AZ  86405
```

```
FREDERICK PAUL WINDISCH
2004 S. FEDERAL HWY., #402
BOYNTON BEACH, FL  33435

ALBERT WINEMILLER & DEBRA WINEMILLER
P O BOX 66157
HOUSTON, TX  77266

ALBERT WINEMILLER INC.
P O BOX 66157
HOUSTON, TX  77266

ALBERT WINEMILLER LIMITED PARTNERSHIP
P O BOX 66157
HOUSTON, TX  77266

THE ALBERT WINEMILLER TRUST
C/O ALBERT WINEMILLER, TRUSTEE
P O BOX 66157
HOUSTON, TX  77066

DEBRA ANN WINEMILLER
P O BOX 66157
HOUSTON, TX  77266

BERYL WINER FAMILY TRUST
C/O BERYL G. WINER TRUSTEE
776 BIRD BAY WAY
VENICE, FL  34285

DAVID KENNEDY WINGO
8003 S 19TH WAY
PHOENIX, AZ  85042

DAVID K. WINGO IRA
C/O FIRST SAVINGS BANK CUSTODIAN
4602 N 5TH STREET
PHOENIX,, AZ  85203

WINKLER FAMILY TRUST UTD 3/13/86
C/O CARMEL WINKLER TRUSTEE
10000 ROSSBURY PLACE
LOS ANGELES, CA  90064

RUDOLF WINKLER IRA
C/O FIRST SAVINGS BANK CUSTODIAN
10000 ROSSBURY PLACE
LOS ANGELES, CA  90064

WINKLER FAMILY TRUST DATED 3/13/86
C/O RUDOLF WINKLER & CARMEL WINKLER TRUS
10000 ROSSBURY PLACE
LOS ANGELES, CA  90064

CYNTHIA A. WINTER
618  34TH AVE NORTH
```

```
CLINTON, IA  52732

THE DORIS E. WINTER TRUST
C/O DORIS E. WINTER, TRUSTEE
2855 OLIE ANN PLACE
ENUMCLAW, WA  98022

CRAIG WISCH
210 ANDREW AVENUE
NAUGATUCK, CT  6770

KAMELOT TRUST DATED 3/9/99
C/O ARTHUR WITHOP & THELMA WITHOP TRUSTE
8115 W LA MADRE WAY
LAS VEGAS, NV  89149

STANLEY C. WITT & LOIS J. WITT REVOCABLE
C/O STANLEY C. WITT & LOIS J. WITT TRUST
3642 BROADWATER AVE
BILLINGS, MT  59102

JERRY WOLDORSKY
1415 LAKEVIEW AVENUE SOUTH
MINNEAPOLIS, MN  55416

RICHARD WOLDORSKY
2517 LYNN AVENUE SOUTH
ST. LOUIS PARK, MN  55416

EDGAR H. WOLF
3868 CARLTON DR
ATLANTA, GA  30341

LK WOLFE FAMILY, LP
5035 LANDY BANK COURT
RENO, NV  89509

STAN C. WOLKEN
598 LARIAT CIRCLE
INCLINE VILLAGE, NV  89451

WENDY E. WOLKENSTEIN TRUST
C/O WENDY E. WOLKENSTEIN TRUSTEE
2778 -J SWEETWATER SPRINGS BLVD # 103
SPRING VALLEY, CA  91977

CHERYL LYN WOLLARD
3060 SPOKANE DR
LAS VEGAS, NV  89121

DAVID W. WOMACK & NELLENE WOMACK
P O BOX 806
GREENVILLE, CA  95947

WOMBLE LIVING TRUST DTD 2/3/98
C/O BRUCE H. WOMBLE & R. JOANNE WOMBLE T
2734 RICEVILLE DRIVE
```

HENDERSON, NV  89052

MARLIN L. WONDERS & R. YVONNE WONDERS
PO BOX 2262
OVERGAARD, AZ  85933

JULIET WONG
2223 25TH AVENUE
SAN FRANCISCO, CA  94116

RAUL A. WOOD
5211 N LISA LANE
LAS VEGAS, NV  89149

WOOD LIVING TRUST DATED 10/1/99
C/O RICHARD D. WOOD TRUSTEE
1075 LA GUARDIA LANE
RENO, NV  89511

ROBERT T. WOOD
774 MAYS BLVD #10-191
INCLINE VILLAGE, NV  89451

WOOD FAMILY TRUST DATED 9/29/98
C/O TINA K.L. LOW WOOD TRUSTEE
7195 LIGHTHOUSE LN
RENO, NV  89511

WOODS FAMILY TRUST,
C/O  ROBERT D. WOODS, TRUSTEE
1032 PAISLEY CT
SPARKS, NV  89434

WOODY CONTRACTING, INC.
63210 MCKENZIE LN
SUMMERVILLE, OR  97876

MICHAEL WOOLARD, VICE PRESIDENT OF SPINA
90 ADAR AVE
CLAYTON, IN  46118

MICHAEL D. WORK AND STACY SNYDER
1406 RIVER ROAD
SELKIRK, NY  12158

WORK HOLDINGS INC.
317 E. WILDWOOD DRIVE
PHOENIX, AZ  85048

RICHARD G. WORTHEN FAMILY TRUST
C/O RICHARD G. WORTHEN AND LA RUE S. WOR
125 WORTHEN CIRCLE
LAS VEGAS, NV  89145

RICHARD S. WORTHEN FAMILY TRUST DATED 5/
C/O RICHARD S. WORTHEN AND STEPHANY WORT
117 WORTHEN CIRCLE

LAS VEGAS, NV  89145

RALPH E. WORTHING & MARYANNE H. WORTHING
443 ARBOLES RR2
BISHOP, CA  93514

KAMI D. WRIGHT AND DAVID M. WRIGHT
1205 CAMBRIA TERRACE NE
LEESBURG, VA  20176

S.B. WRIGHT FAMILY TRUST DATED 12/28/94
C/O MELVIN B. WRIGHT & SUSAN D. WRIGHT T
3983 S MCCARRAN BLVD
RENO, NV  89502

WRIGHT TRUST
C/O ROBERT R. WRIGHT & BETTY M. WRIGHT T
1258 DOTTA DRIVE
ELKO, NV  89801

THE WANDA WRIGHT REVOCABLE LIVING TRUST
C/O WANDA C. WRIGHT, TRUSTEE
16500 PYRAMID HWY
RENO, NV  89510

WU FAMILY TRUST DATED 06/19/91
C/O JAMES C. WU & JEANNE K. WU TRUSTEES
67 MARSH ROAD
ATHERTON, CA  94027

BERNICE L. WUYTS
1299 BRENALEE AVE
HENDERSON, NV  89015

KENNETH H. WYATT IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 370400
LAS VEGAS, NV  89137

PHYLLIS P. WYATT IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 370400
LAS VEGAS, NV  89137

KEN WYATT ENTERPRISES, INC.
P.O. BOX 370400
LAS VEGAS, NV  89137

THE KENNETH H. & PHYLLIS P. WYATT FAMILY
C/O KENNETH H. WYATT & PHYLLIS P. WYATT
P .O. BOX 370400
LAS VEGAS, NV  89137

KIWI-NEVADA LP
P. O. BOX 370400
LAS VEGAS, NV  89137

ANTHONY P. WYNN & SHERI J. WYNN
2675 FRIESIAN COURT
RENO, NV  89521

NEIL A. XAVIER AND JOSEPHINE E. XAVIER
2506 LIBRETTO AVE
HENDERSON, NV  89052

IAN YAMANE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
2304 SILVER BLUFF CT
LAS VEGAS, NV  89134

KEM YEE AND EMMELENE YEE
2100 WILBEAM AVE # 313
CASTRO VALLEY, CA  94549

E. C. YEGEN
P. O. BOX 4900
CASPER, WY  82604

MAZAL YERUSHALMI
8904 GREENSBORO LANE
LAS VEGAS, NV  89134

ANGIE YI
12532 OAK KNOLL RD  APT  A-14
POWAY, CA  92064

YODER LIVING TRUST DATED 10/11/96
C/O DENNIS G. YODER & JANICE L. YODER TR
P O BOX 19219
RENO, NV  89511

YODER FAMILY TRUST DATED 10/25/00
C/O DWIGHT J. YODER & NANCY E. YODER TRU
24 SANTA CATALINA DRIVE
RANCHO PALOS VERDES, CA  90275

DAVIS YODER TRUST DATED 2/16/00
C/O ROBERT J. YODER & NANCY R. DAVIS TRU
12261 PROSSER DAM ROAD
TRUCKEE, CA  96161

ROBERT J. YODER DEFINED BENEFIT PLAN
C/O ROBERT J. YODER TRUSTEE
12261 PROSSER DAM RD
TRUCKEE, CA  96161

GREGORY YONAI IRA
C/O FIRST SAVINGS BANK CUSTODIAN
1982 COUNTRY COVE CT.
LAS VEGAS, NV  89135

GREGORY D. YONAI FAMILY TRUST
C/O GREGORY D. YONAI TRUSTEE
1982 COUNTRY COVE CT

LAS VEGAS, NV  89135

MITOSE CATHERINE YONAI TRUST
C/O MITOSE CATHERINE YONAI TRUSTEE
2316 BLEAKWOOD DRIVE
MONTEREY PARK, CA  91754

ANITA A. YORK
1237 GOLD RUSH LN
PLACERVILLE, CA  95667

TONI A. YORK IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 1957
MINDEN, NV  89423

TONI A. YORK FAMILY TRUST DATED 10/4/05
C/O TONI A. YORK, TRUSTEE
P O BOX 1957
MINDEN, NV  89423

THE ERNIE C. YOUNG LIVING TRUST DATED 9/
C/O ERNIE C. YOUNG TRUSTEE
P.O. BOX  19035
JEAN, NV  89019

JUDY S. YOUNG
13825 VIRGINIA FOOTHILLS DRIVE
RENO, NV  89521

PERCY YOUNG & RUTH YOUNG
1814 W.OLNEY AVE.
PHOENIX, AZ  85041

ROGER L. YOUNG
P.O. BOX 18797
RENO, NV  89511

TERRY THOMAS YOUNG
648 CLEMENT ST
SAN FRANCISCO, CA  94118

RICHARD L. YOUNGE IRA
C/O FIRST SAVINGS BANK CUSTODIAN
6131 SW LURADEL ST
PORTLAND, OR  97219

WILLIAM THOMAS YOUNGER & LISA K. YOUNGER
1746 LAKE STREET
HUNTINGTON BEACH, CA  92648

SPECTRUM CAPITAL, LLC
6167 JARVIS AVE 304
NEWARK, CA  94560

WILLIAM A. ZADEL REVOCABLE FAMILY TRUST
C/O WILLIAM A. ZADEL TRUSTEE

P O BOX 1817
PAROWAN, UT  84761

CRAIG ZAGER SEP IRA
C/O FIRST SAVINGS BANK CUSTODIAN
P O BOX 10051
ZEPHYR COVE, NV  89448

JANET E. ZAK
9720 VERLAINE COURT
LAS VEGAS, NV  89145

ALLEN ZALKIND & SANDRA ZALKIND
684 NAHANE DR
SOUTH LAKE TAHOE, CA  96150

JOSEPH G. ZAPPULLA & CAROL A. ZAPPULLA
2482 PROVENCE PLACE
BILOXI, MS  39531

ZEPUR ZARIKIAN AND AZNIF ZARIKIAN
1912 SCENIC SUNRISE DR
LAS VEGAS, NV  89117

MURRAY AND MARLENE ZAROFF REV TRUST DTD
C/O MURRAY ZAROFF AND MARLENE C. ZAROFF,
5957 ROD AVENUE
WOODLAND HILLS, CA  91367

SHAHRIAR ZAVOSH
3800 S CANTABRIA CIRCLE #1042
CHANDLER, AZ  85248

ZAWACKI, A CALIFORNIA LLC
P.O. BOX 5156
BEAR VALLEY, CA  95223

TERESA G. ZELLER TRUST
C/O TERESA G. ZELLER TRUSTEE
2920 WHALERS COVE CIRCLE
LAS VEGAS, NV  89117

ERIN BELLE ZENOR 1994 TRUST DATED 4/13/9
C/O ERIN BELLE ZENOR, TRUSTEE
P. O. BOX 189
WOODHULL, IL  61490

THE EVO E. ZEPPONI AND BILLIE D. ZEPPONI
C/O EVO ZEPPONI AND BILLIE ZEPPONI, TRUS
14385 W. MORNING STAR TRAIL
SURPRISE, AZ  85374

ANTHONY J. ZERBO
780 SARATOGA AVE  APT S107
SAN JOSE, CA  95129

MARSHALL R. ZERBO

250 W EL CAMINO REAL #5100
SUNNYVALE, CA  94087

FRANZ J. ZIMMER REVOCABLE TRUST DATED 02
C/O FRANZ J. ZIMMER TRUSTEE
900 SPRING LAKE COURT
ST AUGUSTINE, FL  32080

RUTH ZIMMERMAN AND MOSHE KIRSH
15721 MILBANK STREET
ENCINO, CA  91436

TERRY AUDBREY  ZIMMERMAN LIVING TRUST DA
C/O TERRY A. ZIMMERMAN TRUSTEE
2274 TRAFALGAR COURT
HENDERSON, NV  89014

STANLEY ZISKIN & MARY C. ZISKIN
5258 EUROPA DRIVE APT F
BOYNTON BEACH, FL  33437

ZOOK REVOCABLE LIVING TRUST FOR THE BENE
C/O DAVID A. ZOOK TRUSTEE
911 S ANDREASEN DR
ESCONDIDO, CA  92029

ZOOK REVOCABLE LIVING TRUST FOR THE BENE
C/O DAVID A. ZOOK TRUSTEE
911 S ANDREASEN DR
ESCONDIDO, CA  92029

C. ZRUDSKY, INC.
106 E VICTORIAN AVE # 35
SPARKS, NV  89431

RUSSELL J. ZUARDO & BETTY J.  ZUARDO COM
C/O RUSSELL J. ZUARDO & BETTY J. ZUARDO
1296 HIGHFOREST AVENUE
LAS VEGAS, NV  89123

OSVALDO ZUNINO LIVING TRUST DATED 12/18/
C/O OSVALDO ZUNINO TRUSTEE
3575 TIOGA WAY
LAS VEGAS, NV  89109

RAYMOND J. ZURFLUH, JR. & SHIRLEY J. ZUR
120 DANBURY DR
REDDING, CA  96003

DAVID L. ZWARG & CARA D. ZWARG
1391 NEWPORT AVE
ARROYO GRANDE, CA  93420