E-FILED 4/14/06

Kelly J. Brinkman, Esq.
Nevada Bar Number 6238
Goold Patterson Ales & Day
4496 South Pecos Road
Las Vegas, Nevada 89121
(702) 436-2600/Facsimile (702) 436-2650
Attorneys for Goold Patterson Ales & Day

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY

Debtor.

Case No. 06-10725 LBR
Chapter 11

**REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that the law firm of Goold Patterson Ales & Day, creditor, hereby requests special notice of any and all matters pertaining to or served upon the above-referenced bankruptcy case that must be noticed to secured creditors, unsecured creditors, the United States Trustee, any Chapter 11 trustee, and any other parties in interest. It is further requested that for all notice purposes, the following address be used:

> Kelly J. Brinkman, Esq.
> Goold Patterson Ales & Day
> 4496 South Pecos Road
> Las Vegas, Nevada 89121
> kbrinkman@gooldpatterson.com
> (702) 436-2600/Facsimile (702) 436-2650

DATED this 14th day of April, 2006.

GOOLD PATTERSON ALES & DAY

By:  /s/ *Kelly J. Brinkman*
Kelly J. Brinkman, Esq.
4496 South Pecos Road
Las Vegas, Nevada 89121

# CERTIFICATE OF SERVICE

I, Lisa Risco-Hoen, hereby certify that a true and correct copy of aforegoing was forwarded to the following:

<u>Via Electronic Mail</u>

U.S. Trustee				USTPRegion17.lv.ecf@usdoj.gov

Lenard E. Schwartzer			bkfilings@s-mlaw.com

by electronic service on the 14th day of April, 2006.

GOOLD PATTERSON ALES & DAY

_/s/  Lisa Risco_____
Lisa Risco