Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

E-FILED ON APRIL 14, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                      Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                      Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                      Debtor. | **EX PARTE MOTION FOR ORDER GRANTING EXPEDITED AND EMERGENCY HEARINGS ON CERTAIN FIRST-DAY MOTIONS AND LIMITING NOTICE OF SUCH MOTIONS** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                      Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                      Debtor. | |
| Affects:<br>  ☒ All Debtors<br>  ☐ USA Commercial Mortgage Company<br>  ☐ USA Securities, LLC<br>  ☐ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Deed Fund, LLC<br>  ☐ USA First Trust Deed Fund, LLC | Date:<br>Time: |

USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Securities, LLC, USA Capital First Trust Deed Fund, LLC and USA Capital Diversified Trust Deed Fund, Debtors-in-Possession (collectively referred to as the "Debtors"), have filed certain motions ("First Day Motions") set forth below with the Court and move the Court for the entry of an order setting expedited hearings and limiting notice for such motions as requested below:

1. On the date hereof (the "Petition Date"), the Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Code and each continues as a Debtor-in-Possession herein.

2. The Debtors have filed the following First-Day Motions:

   a. Motion for Joint Administration of the Debtors;

   b. Motion for Entry of Cash Management Order ("Cash Management Motion");

   c. Motion of the Debtors Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code for Authorization to Pay Prepetition Wages, Compensation and Employee Benefits. ("Employee Motion"); and

   d. Application for Employment of Mesirow Financial to Manage the Debtors ("Employment Motion");

3. The Debtors believe that the Joint Administration of their cases is in the best interest of creditors and their estates. It will simplify the cases and save expense and costs. Thus, the Debtors request that the Court set a hearing on the Joint Administration Motion at the earliest possible time but no later than the first three days of the case.

4. The Debtors assert that it is critical to hear the Employee Motion on an expedited and emergency basis. As explained in the Employee Motion, the Debtors fear that without approval of their request to pay their employees pre-petition amounts and continue benefits that they will suffer irreparable harm from employee attrition. Thus, the Debtors request a hearing as soon as possible but no later than the first three days of the case.

5. The Debtors' have historically used the consolidated cash management system explained in the Cash Management Motion. Because this cash management system is essential to

C:\temp\OLK27\OST and Limit Notice Application.doc

the Debtors' operations, the Debtors request that the Cash Management Motion be heard as soon as possible but no later than the first three days of the case.

6. The Employment Motion seeks to approve the employment of Mesirow Interim Management and the appointment of Thomas J. Allsion as the Debtors' Chief Restructuring Officer. The Debtors request that the Court set a hearing on this Motion at the earliest possible time but no later than the first three days of the case.

7. The combined mailing matrices for the Debtors set forth approximately 6,900 creditors, equity security holders and other parties in interest.

8. In order to avoid unnecessary expense at this stage of the case by providing notice to all creditors, equity security holders and other parties in interest, the Debtors have compiled a service list which includes the twenty largest creditors from each of their cases, the twenty largest equity security holders from the three Debtors who have equity security holders, and the United States Trustee.  The Debtors request that the Court approve these persons and entities as the persons and entities to receive **notice** but not a copy of the First-Day Motions and that service may be made on them by facsimile to those parties for which the Debtors have facsimile numbers or overnight mail to those parties for which the Debtors have street addresses (because Federal Express will not deliver to post office boxes).

WHEREFORE, the Debtors pray that the Court order expedited hearings and set notice as set forth above.

Dated: April 14, 2006

_____
Annette W. Jarvis, Esq.
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308

3

C:\temp\OLK27\OST and Limit Notice Application.doc

Attorneys for Debtors

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122