Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors

**E-FILED ON APRIL 14, 2006**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725  LBR<br>Case No. BK-S-06-10726  LBR<br>Case No. BK-S-06-10727  LBR<br>Case No. BK-S-06-10728  LBR<br>Case No. BK-S-06-10729  LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>Debtor. | |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **ATTORNEY INFORMATION SHEET** |
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>&#x2612; All Debtors<br>&#x2610; USA Commercial Mortgage Company<br>&#x2610; USA Securities, LLC<br>&#x2610; USA Capital Realty Advisors, LLC<br>&#x2610; USA Capital Diversified Trust Deed Fund, LLC<br>&#x2610; USA First Trust Deed Fund, LLC | Date:    OST Requested<br>Time: |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    As required by the Court, I have contacted the parties listed below regarding the proposed

2    Order Shortening Time.  They agree or disagree to the time being shortened, as indicated below:

3    NAME                    DATE CONTACTED          AGREE          DISAGREE

4    August B. Landis            April 14, 2006              X
     Assistant U.S. Trustee

5

6

7                                                    Lenard E. Schwartzer, Esq.

8                                                    Schwartzer & McPherson Law Firm
                                                     2850 South Jones Blvd.
9                                                    Suite 1
                                                     Las Vegas NV  89146
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2