Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

*E-Filed on April 14, 2006*

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                        Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                        Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                        Debtor. | **NOTICE OF EMERGENCY HEARING ON CERTAIN FIRST-DAY MOTIONS** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                        Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                        Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date:    April 17, 2006<br>Time:    1:30 p.m. |

1

NOTICE IS HEREBY GIVEN that the Debtors have filed certain first day motions as hereinafter set forth:

    1.    Motion for Joint Administration of the Debtors. The Debtors believe that the Joint Administration of their cases is in the best interest of creditors and their estates. It will simplify the cases and save expense and costs.

    2.    Motion for Entry of Cash Management Order. The Debtors' have historically used the consolidated cash management system explained in the Cash Management Motion and this cash management system is essential to the Debtors' operations.

    3.    Motion of the Debtors Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code for Authorization to Pay Prepetition Wages, Compensation and Employee Benefits. The Debtors fear that without approval of their request to pay their employees prepetition amounts and continue benefits that they will suffer irreparable harm from employee attrition.

    4.    Application for Employment of Mesirow Financial to Manage the Debtors;

A copy of the Motions may be obtained by contacting the office of the Debtors' counsel, Ray Quinney & Nebeker P.C., telephone: (801) 532-1500 or fax: (801) 532-7543 or by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov.

NOTICE IS FURTHER GIVEN that the hearing on the Motions may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motions will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on Monday, April 17, 2006 at 1:30 p.m.

DATED: April _____, 2006.

/s/ ANNETTE W. JARVIS_____
Annette W. Jarvis, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Post Office Box 45385
Salt Lake City UT 84145-0385

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122