

**Entered on Docket
April 17, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                              Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                              Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                              Debtor. | **ORDER GRANTING EX PARTE MOTION FOR ORDER GRANTING EXPEDITED AND EMERGENCY HEARINGS ON CERTAIN FIRST-DAY MOTIONS AND LIMITING NOTICE OF SUCH MOTIONS** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                              Debtor. | Date: April 17, 2006<br>Time: 1:30 PM |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

|   |   |
|---|---|
| In re:<br>USA SECURITIES, LLC,<br>                                                    Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

THE COURT having considered the Ex Parte Motion of the Debtors and Debtors in possession in these cases for an order setting a hearing and notice on certain first-day motions described below, now therefore, for good cause appearing, it is hereby

ORDERED that the Motion for Joint Administration of the Debtors, the Motion for Entry of Cash Management Order, the Motion of the Debtors Pursuant to Sections 363(b) and 105(a) of The Bankruptcy Code For Authorization to Pay Prepetition Wages, Compensation and Employee Benefits, and the Debtors' Motion for Order Authorizing the Employment of Thomas J. Allsion of Mesirow Financial Interim Management, LLC as Chief Restructuring Officer for the debtors and Debtors in Possession are is set for hearing on **April 17, 2006 at 1:30 p.m. in Courtroom 1 of the United States Bankruptcy Court for the District of Nevada.** Notice of this hearing shall be given, by facsimile to those parties for which the Debtors have facsimile numbers or overnight mail to those persons for which the Debtors have street addresses, to the persons set forth in the Ex Parte Motion including the list of twenty largest creditors of each of the Debtors, the list of twenty largest creditors of the three Debtors who have equity security holders and the United States Trustee (the "Initial Service Lists").

A copy of this order shall be entered on the docket of each case listed in the caption and shall be deemed to be an original document.

///

///

///

C:\temp\OLK27\OST and Limit Notice Order.doc

**ORDER GRANTING EX PARTE MOTION FOR ORDER GRANTING EXPEDITED AND EMERGENCY HEARINGS ON CERTAIN FIRST-DAY MOTIONS AND LIMITING NOTICE OF SUCH MOTIONS**

Submitted by:

*/s/ Annette W. Jarvis*
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

Attorneys for Debtors

###

C:\temp\OLK27\OST and Limit Notice Order.doc