Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

E-FILED ON APRIL 17, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE ON NOTICE OF EMERGENCY HEARING ON CERTAIN FIRST-DAY MOTIONS** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

I hereby certify that on April 14, 2006, I caused a copy of the Notice of Hearing on the first day motions to be served on the United States Trustee, on those parties listed on the lists of twenty largest creditors for the three Debtors who have creditors, and on those parties listed on the lists of twenty largest equity security holders for the three Debtors who have equity security holders. Service was made by e-mail to the United States Trustee, by overnight mail to all parties with known street addresses, and by first class mail, postage prepaid, to all parties with known P.O. Box addresses. Copies of the address lists of the twenty largest creditors for each Debtor having such creditors are attached hereto as Exhibit A, and copies of the address lists of twenty largest equity security holders for each Debtor having such equity security holders are attached hereto as Exhibit B.

DATED:      April _____, 2006.

/s/ ANNETTE W. JARVIS
Annette W. Jarvis, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Post Office Box 45385
Salt Lake City UT  84145-0385

870696

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax (702) 892-0122

# EXHIBIT A

## USA Commercial Mortgage Company
## 20 largest unsecured creditors

**(Parties with known street addresses):**

Bunch, Dell
1909 Red Robin Court
Las Vegas, NV 89134

Special Order Systems
575 Menlo Drive, Suite 4
Rocklin, CA 95765

Peterson, Michael
c/o John F. O'Reilly
O'Reilly Law Group, LLC
325 South Maryland Parkway
Las Vegas, NV 89101

Goolde Patterson Ales & Day
4496 So. Pecos Rd.
Las Vegas, NV 89121

Advanced Information Systems
4270 Cameron Street, Suite #1
Las Vegas, NV 89121

Paris Line LLC
4759 Illustrious Street
Las Vegas, NV 89147

Pecos Professional Park
4484 South Pecos Park
Las Vegas, NV 89121

RD Advertising
3230 E. Flamingo Road, #8-532
Las Vegas, NV 89121

Annee of Paris Coiffures, Inc.
8049 Pinncale Peak
Las Vegas, NV 89113

Haspinov, LLC
4484 South Pecos Rd.
Las Vegas, NV 89121

USA Commercial Real Estate Group
4484 South Pecos Rd
Las Vegas, NV 89121

**(Parties with P.O. Box addresses):**

Bank of America
P.O. Box 30750
Los Angeles, CA 90030-0750

Citibank
P.O. Box 26901
San Francisco, CA 94126

West Coast Life Insurance Company
P.O. Box 11407
Birmingham, AL 35246-0078

Wells Fargo Bank
MAC T5601-012
P.O. Box 659700
San Antonio, TX 78286-0700

870684

**USA Commercial Mortgage Co. 20 largest unsecured creditors cont.**

Russell AD Development Group, LLC
P.O. Box 28216
Scottsdale, AZ 85255

Scotsman Publishing, Inc.
P.O. Box 692
Bothell, WA 98041-0692

Nevada State Bank
P.O. Box 990
Las Vegas, NV 89125-0990

Nevada Department of Taxation
P.O. Box 52674
Phoenix, AZ 85072-2674

U.S. Bank
P.O. Box 790179
Saint Louis, MO 63179-0179

870684

## USA Capital Realty Advisors, LLC
## 20 Largest unsecured creditors

Kummer, Kaempfer, Bonner & Renshaw
3800 Howard Hughes Pkwy., 7th Floor
Las Vegas, NV 89109

InterShow
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

870684

## USA Securities, LLC
## 20 Largest unsecured creditors

James Hull
c/o Signature Financial
2601 Airport Drive
Torrance, CA  90505

R. Hagmaier
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA  91362

George Gorman
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA  91362

Tim Rich
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA  91362

870684

# EXHIBIT B

## USA Commercial Mortgage Co.
## 20 largest Equity Security Holders

**(Parties with known street addresses):**

USA Capital Diversified Trust Deed Fund
4484 S. Pecos Rd.
Las Vegas, NV 89121

USA Capital First Trust Deed Fund
4484 S. Pecos Rd.
Las Vegas, NV 89121

Fertitta Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Robert J. Kehl & Ruth Ann Kehl
4963 Mesa Capella Dr.
Las Vegas, NV 89148

Helms Homes, LLC
809 Upland Blvd.
Las Vegas NV 89107

Terry Helms Living Trust
809 Upland Blvd.
Las Vegas NV 89107

Rocklin/Redding LLC
278 Sussex St.
Carson City, NV 89702

Arthur Polacheck and Glorianne Polacheck
2056 Woodlake Cir.
Deerfield Beach FL 33442

Homfeld II, LLC
2515 N. Atlantic Blvd.
Ft. Lauderdale, FL 33305

Larry L. Rieger & Patsy R. Rieger Revocable Trust
2615 Glen Eagles Dr.
Reno, NV 89523

Charles B. Anderson Trust
211 Copper Ridge Court
Boulder City, NV 89005

James W. McCollum & Pamela P. McCollum
1011 F. Avenue
Coronado, CA 92118

Cardwell Family Trust
505 East Windmill Ln. 1-B-158
Las Vegas, NV 89123

Dennis Flier, Inc. Defined Benefit Trust
20155 Porto Vita Way 1803
Aventura, FL 33180

MLH Family Investment Limited
8912 E. Pinnacle Peak Rd. F9-602
Scottsdale, AZ 85255

Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust
7145 Beverly Glen Ave.
Las Vegas, NV 89110

USA Commercial Mortgage Company
4484 S. Pecos Rd.
Las Vegas, NV 89121

Eric Lynn Lester and Cassie Lester
500 W. Goldfield Ave.
Yerington, NV 89447

870684

## USA Commercial Mortgage Co.
## 20 largest Equity Security Holders cont.

**(Parties with P.O. Box addresses):**

Dennis Raggi
P.O. Box 10475
Zephyr Cove, NV  89448

August J. Amaral, Inc.
P.O. Box 70097
Reno, NV  89570

870684

## USA Capital First Trust Deed Fund
## 20 Largest Equity Security Holders

**(Parties with known street addresses)**

R.T. Enterprises, Robert E. Taylor, GP
1535 Flynn Road
Camarillo, CA  93012

Robert E. Taylor, President
1535 Flynn Road
Camarillo, CA  93012

Robert G. Berry Jr. And Jeannette K. Berry
4460 Mountaingate Dr.
Reno, NV  89509

Katz 2000
Sara M. Katz and Jack Katz TTEE
4484 S. Pecos Rd.
Las Vegas, NV  89121

Mary E. And Matthew J. Moro, JTWROS
1009 8th ST
Manhattan Beach, CA  90266

Gwen Melonas Family Trust
10633 Paradise Point
Las Vegas, NV  89134

Aristotle S. Melonas
7240 Night Heron Way
North Las Vegas, NV  89084

Steven M. And Margaret W. Terry Trust
113 Worthen Circle
Las Vegas, NV  89145

Robert E. Taylor
1535 Flynn Road
Camarillo, CA  93012

William Edwards
12550 5th St. East
Treasure Island, FL  33706

The Toni Antonacci Trust
6341 N. Stephanie #210
Henderson, NV  89014

Jack And Sylvia Goldenthal
20155 NE  38th Ct. Unit 1603
Aventura, FL  33180

Wen Baldwin Separate Property Trust
365 Dooley Drive
Henderson, NV  89015

Kohler Living Trust
Guenther A. and Elfriede Kohler
842 Overlook Court
San Mateo, CA  94403

John Warner Jr., IRA
c/o First Savings Bank
2605 East Flamingo RD
Las Vegas, NV  89121

870684

## USA Capital First Trust Deed Fund
## 20 Largest Equity Security Holders cont.

**(Parties with P.O. Box addresses):**

William W. Miller
P.O. Box 247
St. George, UT 84771

James J. Tanaka, IRA
Retirement Accounts, Inc.
P.O. Box 173785
Denver, CO 80217-3785

Richard G. Woudstra Revocable Trust
Richard G. Woudstra, TTEE
P.O. Box 530025
Henderson, NV 89053

Donna Luttel And Gerhard Luttel And
Gwendolyn Allred
P.O. Box 35425
Las Vegas, NV 89133

Andrew And Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

870684

## USA Capital Diversified Trust Deed Fund
## 20 largest Equity Security Holders

**(Parties with known street addresses):**

Herman M. Adams Or Brian M. Adams Or
Anthony G. Adams
1341 Cashman Dr.
Las Vegas, NV 89102

Dr. Gary Kantor
2816 Vista Del Sol
Las Vegas, NV 89120

Katz 2000 Separate Property Trust
Sara M. Katz, Managing Trustee
4484 S. Pecos Rd.
Las Vegas, NV 89121

AAA OM Financial, LLC
3093 Red Arrow Dr.
Las Vegas, NV 89134

John Parker Kurlinski & Claire Sawyer
Kurlinski Revocable Trust
John and Clair Kurlinski, TTEEs
3322 Beam Drive
Las Vegas, NV 89118

Charles O. Nichols And Flora A. Nichols
2561 Seascape Dr.
Las Vegas, NV 89128

Childrens Dental Group, Inc. Defined
Benefit Pension Plan
413 Canyon Greens Dr.
Las Vegas, NV 89144

Michaelian Holdings, LLC
413 Canyon Greens Dr.
Las Vegas, NV 89144

Kantor Nephrology Consultants
Gary Kantor, Trustee
1750 East Desert Inn, Suite 200
Las Vegas, NV 89109

Robert G. Worthen
112 Worthen Cir.
Las Vegas, NV 89145

Kusum Desai, MD
3093 Red Arrow Dr.
Las Vegas, NV 89134

Thomas C. Lawyer Family Trust
45 Ventana Canyon Dr.
Las Vegas, NV 89113

The L. E. And J. G. Blair Family Trust
Lloyd E. Blair TTEE
1931 Quail Creek Ct.
Reno, NV 89509-0671

Emona Dental Studios, Inc. Pension And
Profit Sharing Plans
4043 Chalfont St.
Las Vegas, NV 89121

Frank Reale, DC
6908 Emerald Springs Lane
Las Vegas, NV 89113

Molitch 1997 Trust
Matthew Molitch, Trustee
2251 N. Rampart, #185
Las Vegas, NV 89128

870684

## USA Capital Diversified Trust Deed Fund
## 20 Largest Equity Security Holders cont.

First Trust Company Of Onaga C/F Jean-
Jacques Leblanc IRA
301 Leonard
Onaga, KS  66521

**(Parties with P.O. Box addresses):**

The Gannaway Charitable Remainder Trust
Peyton and Patricia Gannaway Co. TTEE
P.O. Box 1608
Crystal Bay, NV  89402

The 2003 Richard N. Krupp, Charitable
Remainder Unitrust
Frank Hatfield, Trustee
P.O. Box 1119
San Marcos, CA  92079

Everett H. Johnston Family Trust
P.O. Box 3605
Incline Village, NV  89450

870684