Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

Annette W. Jarvis, Petitioner, respectively represents to the Court:

1.    That Petitioner resides in Salt Lake City, Utah.

2.    The Petitioner is an attorney at law and a member of the law firm of Ray Quinney and Nebeker P.C. with offices at 36 South State Street, Suite 1400, Salt Lake City, Utah 84111 (801) 532-1500.

1

3.      That Petitioner has been retained personally or as a member of the law firm to provide legal representation in connection with the above-entitled case now pending before this Court.

4.      That since September 26, 1979, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Utah, where Petitioner regularly practices law.

5.      That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| United States Supreme Court | 1999 |
| Court of Appeals for the Tenth Circuit | 1997 |
| Court of Appeals for the Fifth Circuit | 1997 |
| United States District Court for the District of Utah | September 26, 1979 |
| Court of Appeals for the Ninth Circuit | 1998 |
| Court of Appeals for the Sixth Circuit | 2004 |
| United States District Court for the District of Arizona | 1997 |
| United States District Court for the District of Colorado | 1994 |

6.      That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:  None.

7.      That Petitioner has never been denied admission to the State Bar of Nevada.

8.      That Petitioner is a member of good standing in the following Bar Associations: Utah State Bar, Federal Bar Association, International Bar Association.

9.      Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

2

| Name of Petitioner/<br>Date of Application | Cause | Title of Court<br>Administrative Body | Was Application<br>Granted or Denied |
|---|---|---|---|
| Peggy Hunt<br>March 8, 2006 | *In re Lock Piatt* | Bankruptcy<br>BK-N-85-30956-GWZ | Granted |
| Annette Jarvis<br>January 6, 2003 | *In re Combined<br>Metals Reduction Co.* | Bankruptcy<br>BK-N-02-53359-GWZ | Granted |
| Steven T. Waterman<br>Feb. 24, 2002 | *In re Saxton Inc.* | Bankruptcy<br>BK-S-01-23232-LBR | Granted |
| Scott H. Clark<br>July 10, 2002 | *In re Saxton Inc.* | Bankrutpcy<br>BK-S-01-23232-LBR | Granted |

10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: April 14, 2006.

_____
Petitioner's Signature

///

//////

3

1  STATE OF UTAH                    )
                                    )ss.
2  COUNTY OF SALT LAKE   )

3      Annette W. Jarvis, Petitioner, being first duly sworn, deposes and says:

4      That the foregoing statements are true.

5

6                                                    _____
                                                     Petitioner's Signature
7

8      Subscribed and sworn to before me this 14th day of April, 2006.

9                                    ┌─────────────────────────────┐
                                     │        Notary Public        │
10                                   │      SHANNON F CRIST         │
                                     │   36 South State St #1400    │
                                     │   Salt Lake City  UT  84111  │
11                                   │    My Commission Expires     │
                                     │        July 31, 2008         │
       (Seal)                        │        State of Utah         │
12                                   └─────────────────────────────┘
                                                     Notary Public
13

14

15                                **ORDER**

16     The Verified Petition of Annette W. Jarvis to practice in this case only is approved.

17         DATED: _____

18

19  ///

20  ///

21

22  870587

23

24

25

26

27

28

                                      4