Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

E-FILED ON APRIL 18, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case Nos. BK-S-06-10725 LBR

Chapter 11

**APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER**

Date:
Time:

1

P:\USA Commercial Mortgage\Pleadings\Employment Application SM\Cover USA Commercial Mrtge.doc

1     The Application of USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL REALTY ADVISORS, LLC, USA DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, and USA SECURITIES, LLC ("Debtor") to retain and employ the Schwartzer & McPherson Law Firm as counsel under general retainer represents:

    1.    The Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on April 13, 2006.

    2.    Debtor wishes to employ Lenard E. Schwartzer and the Schwartzer & McPherson Law Firm (the "Firm") as its counsel herein.

    3.    Debtor has selected the Firm for the reason that it has considerable experience in matters of the character for which it will be retained, and believes the Firm is well qualified to represent it in this proceeding.

    4.    Debtor desires to employ the Firm as its counsel at the expense of the estate to advise the Debtor generally concerning the rights, duties and obligations of a Debtor under the Bankruptcy Code, the Rules of Bankruptcy Procedure and the Orders of this Court, as well as to do all of those things which may, from time to time, be necessary to aid the Debtor in the prosecution of this case, and if necessary, give advice, aid and litigate nonbankruptcy matters.

    5.    Debtor proposes to retain the Firm on the following basis: the Schwartzer & McPherson Law Firm will, pursuant to Bankruptcy Code Sections 330 and 331, petition the Court for an allowance of fees not more frequently than every 120 days, which petition will be heard upon prior notice to creditors and other interested parties, and will accept such other fees as may be awarded by the Court. The Firm expects that its compensation will be based upon a combination of factors, including without limitation, experience of counsel, time expended, results achieved, difficulty of matters undertaken and the Firm's hourly rates billed at the rate of $425 for Lenard E. Schwartzer and various hourly rates for other counsel and support staff within the Firm as set forth in **Exhibit A** to the Declaration of Lenard E. Schwartzer, Esq. The Firm will not seek to raise the rates of any member of the Firm for a minimum of six (6) months after the date of the entry of the order approving its employment. The Firm reserves the right to seek an increase in hourly rates in accord with the U.S. Trustee's Guideline on this matter.

P:\USA Commercial Mortgage\Pleadings\Employment Application SM\Employment Application SM.doc

6. The Firm has no connections with parties in interest in this case and the Debtor does not believe the Firm represents any interest which would be adverse to it or the bankruptcy estate, and its employment would be in the best interests of the estate. This application is accompanied by the Declaration of Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm and it sets forth the Firm's connections with the Debtor, creditors, and other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. **Exhibit B** of the Declaration of Lenard E. Schwartzer, Esq. sets forth names reviewed to identify any connection or relationship.

7. The Firm has received a retainer of $75,000. The retainer will apply to a total of five bankruptcies to be filed simultaneously. The Firm, upon information and belief, is not aware of any conflicts among the Debtor entities.

Wherefore, Debtor prays for an Order of this Court authorizing it to retain and employ Lenard E. Schwartzer and the Schwartzer & McPherson Law Firm as counsel herein under a general retainer, with the payment of fees subject to continuing review and approval of this Court, and that it have such other and further relief as is just.

DATED: April _____, 2006.

USA COMMERCIAL MORTGAGE COMPANY
USA CAPITAL REALTY ADVISORS, LLC
USA DIVERSIFIED TRUST DEED FUND, LLC
USA CAPITAL FIRST TRUST DEED FUND, LLC
USA SECURITIES, LLC

By_____
Thomas J. Allison
Chief Restructuring Officer

Prepared by

_____
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146
Proposed Attorneys for Debtor