Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON APRIL 18, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case Nos. BK-S-06-10725 LBR

Chapter 11

**DECLARATION OF LENARD E. SCHWARTZER IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER**

Date:
Time:

Lenard E. Schwartzer states and declares as follows:

1. I am an attorney and counselor at law, duly admitted to practice before all Courts of the State of Nevada and before the United States District Court for the District of Nevada.

2. I am a partner in the Schwartzer & McPherson Law Firm (the "Firm") which maintains offices at 2850 South Jones Blvd., Suite 1, Las Vegas NV 89146.

3. The Firm is who the Debtor desires to represent it in the above entitled case. I am experienced in bankruptcy proceedings and am willing to accept as compensation such amounts as may hereafter be allowed by this Court, after notice and hearing. Other members of the Firm are experienced litigators and if matters arise in other Nevada courts which make it necessary to obtain litigation counsel, the Firm is willing to accept as compensation such amounts as may hereafter be allowed by this Court, after notice and hearing.

4. A summary of the hourly billing rates for the Firm is attached hereto as **Exhibit A**. The Firm's hourly rates are billed at the rate of $425 for Lenard E. Schwartzer and various hourly rates for other counsel and support staff within the Firm are set forth in Exhibit A. The Firm will not seek to raise the rates of any member of the Firm for a minimum of six (6) months after the date of the entry of the order approving its employment. The Firm reserves the right to seek an increase in hourly rates in accord with the U.S. Trustee's Guideline on this matter.

5. Neither I nor any member of the Firm represents any interest that is adverse to the Debtor, the bankruptcy estate, or any other party in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee in matters upon which it will be engaged as counsel. **Exhibit B** sets forth the names reviewed to identify any connection or relationship.

6. The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid.

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED: April 14, 2006.

_____
LENARD E. SCHWARTZER, ESQ.

# EXHIBIT A

# *SCHWARTZER & MCPHERSON LAW FIRM*
# *BILLING RATES AS OF APRIL 13, 2006*

## ATTORNEYS

| | | |
|---|---|---|
| Lenard E. Schwartzer | (LES) | $425 |
| Jeanette E. McPherson | (JEM) | $325 |
| Jason A. Imes | (JAI) | $225 |

## PARALEGAL

| | | |
|---|---|---|
| Linda Daugherty | (LD) | $140 |

## LEGAL ASSISTANT

| | | |
|---|---|---|
| Angela Hosey | (LA) | $100 |
| Lia Dorsey | (LA) | $100 |

## EXHIBIT B

This information is being provided in connection with the Declaration of Lenard E. Schwartzer in support the Application for Order Authorizing the Retention and Employment of Schwartzer & McPherson Law Firm. The following names were reviewed to identify any connection or relationship:

| Name | Relationship |
|---|---|
| USA Commercial Mortgage Company | Debtor |
| USA Securities, LLC | Debtor |
| USA Capital Realty Advisors, LLC | Debtor |
| USA Capital Diversified Trust Deed Fund, LLC | Debtor |
| USA Capital First Trust Deed Fund, LLC | Debtor |
| USA Investment Partners, LLC | Affiliated Entities |
| USA Commercial Real Estate Group | Affiliated Entities |
| Joseph D. Milanowski | Owners/Directors |
| Thomas A. Hantges | Owners/Directors |
| Paul S. Hamilton | Owners/Directors |
| Ray Quinney & Nebeker | Outside Counsel |
| Nevada State Bank | Unsecured Creditors |
| Pecos Professional Park | Unsecured Creditors |
| Wells Fargo Bank | Unsecured Creditors |
| Bank of America | Unsecured Creditors |
| Haspinov, LLC. | Unsecured Creditors |
| USA Capital RE Group | Unsecured Creditors |
| Citibank | Unsecured Creditors |
| US Bank | Unsecured Creditors |
| Advanced Information Systems | Unsecured Creditors |
| Goold Patterson Ales & Day | Unsecured Creditors |
| West Coast Life Insurance Company | Unsecured Creditors |
| RD Advertising | Unsecured Creditors |
| Redwood Prop | Unsecured Creditors |
| Special Order Systems | Unsecured Creditors |
| Scotsman Publishing, Inc. | Unsecured Creditors |
| Mesirow Financial Consulting, LLC | Restructuring Consultants |