**Entered on Docket**
**April 19, 2006**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case Nos. BK-S-06-10725 LBR

Chapter 11

**ORDER GRANTING MOTION OF THE DEBTORS PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO PAY PREPETITION WAGES, COMPENSATION AND EMPLOYEE BENEFITS**

Date: April 17, 2006
Time: 1:30 p.m.

Upon the Motion of USA COMMERCIAL MORTGAGE COMPANY (the "Debtor") for Authorization to Pay Prepetition Wages, Compensation and Employee Benefits (the "Motion"),

1

P:\USA Commercial Mortgage\Pleadings\Pre-Petition Wages & Benefits Motion\Order Re Motion to Approve Pre-Petition Wages 041806.doc

and upon consideration of the Declaration of Thomas J. Allison, it appearing that the relief requested in the Motion is in the best interests of the Debtors and their estate and creditors, IT IS HEREBY ORDERED as follows:

1. The Debtor is authorized to honor and pay, up to the limit of $2,500 per individual, all unpaid salary and hourly wages earned by the Debtor's employees within 90 days before the filing date of the Debtor's chapter 11 bankruptcy petition, including wages and salaries, and vacation, severance and sick leave pay ("Prepetition Employee Obligations"); and

2. The Debtor is authorized to pay employee benefits and make contributions to employee benefit plans to the extent such benefits and contributions arise from services rendered within 180 days before the filing date of the Debtor's bankruptcy petitions ("Employee Benefits of Debtor"); and

3. The Debtor is authorized to calculate and pay over to the proper taxing authorities all amounts required to be withheld under federal, state and local tax laws (the "Tax Payments"); and

4. The Debtor is authorized to calculate and pay court ordered payments such as child support, student loans and the like to the appropriate third party recipients from unpaid prepetition wages (the "Employee Deductions"), and

5. The relief granted herein shall not constitute nor be deemed an assumption or an authorization to assume, pursuant to section 365 of the Bankruptcy Code, any of the employment plans, policies, programs and agreements to which the Debtor is a party.

6. The Debtor is not authorized to pay any wages to or for the benefit of insiders including Tom Hangtes, Andy Hangtes and Joe Milanowski.

7. The Debtor is not authorized to pay commissions to brokers in its employ or in the employ of USA Securities, Inc.

///
///
///
///

**ORDER GRANTING MOTION OF THE DEBTORS PURSUANT TO SECTIONS 363(b) AND 105(a) OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO PAY PREPETITION WAGES, COMPENSATION AND EMPLOYEE BENEFITS**

Submitted by:

*/s/ signature*

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

Attorneys for Debtors

Approved/Disapproved by:

*/s/ signature*

Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

###