Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON APRIL 19, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case Nos. BK-S-06-10725 LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER GRANTING DEBTOR ADDITIONAL TIME TO FILE ITS STATEMENTS AND SCHEDULES** |
| | Date of Hearing: OST REQUESTED |
| | Time of Hearing: OST REQUESTED |

Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtor and debtor in possession (collectively "USA" or the "Debtor"), hereby files this Motion For An Order Shortening Time To Hear Motion For Order Granting Debtor Additional Time To File Its Statements And Schedules and in support thereof states as follows:

1

1.  A Motion For Order Granting Debtor Additional Time To File Its Statements And Schedules has been filed. This Motion requests that the Court extend the period under Bankruptcy Rule 1007(c) to file its Statements and Schedules for an additional forty-five (45) days, thereby setting the deadline for the Debtor to file its Statements and Schedules to sixty (60) days after the Petition Date.

2.  Under Bankruptcy Rule 1007(c), the Debtor is required to file their Statements and Schedules within fifteen (15) days after the Petition Date. To prepare the Statements and Schedules in these cases, the Debtor must gather information from books, records and documents relating to hundreds of loans and which involve thousands of investors. The collection of the information necessary to complete the Statements and Schedules will require an expenditure of substantial time and effort on the part of the Debtor's management and employees. Given the size and complexity of the Debtor's business operations, the large number of parties and interests, and its new management, the Debtor needs additional time to file its Statements and Schedules. Cause, therefore, exists to extend the time to file the Debtor's Statements and Schedules.

3.  No known party opposes hearing the Motion on shortened time.

Respectfully submitted this 19th day of April, 2006.

_____
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
    and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
Email: www.lawyers.com/schwartzermcpherson