Entered on Docket
April 19, 2006

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**INTERIM ORDER APPROVING MOTION  UNDER 11 U.S.C. §§ 105(a), 345, AND 363 APPROVING DEBTORS' PROPOSED CASH MANAGEMENT PROCEDURES AND INTERIM USE OF CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET**<br>Date:  April 17, 2006<br>Time: 1:30 p.m. |

1   Before the Court is the Motion of USA Commercial Mortgage Company ("USACM"), on
2   behalf of itself and its affiliated debtors, which are USA Securities, LLC ("USAS"), USA Capital
3   Realty Advisors, LLC ("USARA"), USA Capital Diversified Trust Deed Fund, LLC ("Diversified
4   Fund"), and USA Capital First Trust Deed Fund, LLC ("First Deed Fund") (collectively, the
5   "Debtors"), for an order under 11 U.S.C. §§ 105(a), 345, and 363 approving the Debtors' proposed
6   cash management procedures and interim use of cash in accordance with the proposed cash
7   Budget ("Motion"). The Budget proposed by the Debtors is attached hereto as Exhibit A.
8   Based upon the Motion, the attachments thereto, and the Declaration of Thomas J. Allison,
9   and it appearing that the relief sought in the Motion is appropriate and warranted,
10   IT IS HEREBY ORDERED that:
11   1.  The Motion is GRANTED.
12   2.  The Debtors' proposed cash management procedures set forth in the Motion are
13   approved.
14   3.  The Debtors may use cash on an interim basis for the purposes and on the terms set
15   forth in the Motion and the Budget attached hereto as Exhibit "A" until May 3, 2006, and
16   thereafter upon such further order of the Court following that hearing to approve the cash
17   management procedures and the use of cash.
18   4.  The consideration of the continued use of cash will be considered on May 3, 2006
19   at 9:30 a.m.
20   5.  Notice of this Order and the hearing on May 3, 2006 shall be given by first class
21   mail to all creditors of each of the Debtors, all investors in First Deed Fund and Diversified Fund
22   and to all investors whose loans are being serviced by USACM.
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**INTERIM ORDER APPROVING MOTION UNDER 11 U.S.C. §§ 105(a), 345, AND 363 APPROVING DEBTORS' PROPOSED CASH MANAGEMENT PROCEDURES AND INTERIM USE OF CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET**

Submitted by:

/s/ LENARD E. SCHWARTZER
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Attorneys for Debtors

Approved/Disapproved by:

/s/ AUGUST LANDIS, ASST. U.S. TRUSTEE
Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

###

# EXHIBIT A

USA Commercial Mortgage Company, et al.
13-Week Cash Forecast
($ in thousands)

**13-Week Cash Forecast**

| | | | | | | | Week Ending | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4/22/2006 | 4/29/2006 | 5/6/2006 | 5/13/2006 | 5/20/2006 | 5/27/2006 | 6/3/2006 | 6/10/2006 | 6/17/2006 | 6/24/2006 | 7/1/2006 | 7/8/2006 | 7/15/2006 |
| **Cash Receipts** | | | | | | | | | | | | | |
| USA Commercial Mortgage - Wells Fargo | | | | | | | | | | | | | |
| Loan Closing Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $900.0 | $0.0 | $0.0 |
| Extension Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Other Income | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 26.6 | 0.0 | 0.0 |
| Total Cash Receipts (USACMC - Wells Fargo) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $926.6 | $0.0 | $0.0 |
| USA Commercial Mortgage - LaSalle | | | | | | | | | | | | | |
| Loan Closing Fees - Perm | $25.0 | $0.0 | $7.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Appraisal revenue - Perm | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Cash Receipts (USACMC - LaSalle) | $25.0 | $0.0 | $7.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Collections Trust Account | | | | | | | | | | | | | |
| Estimated Interest Return | $0.0 | $0.0 | $0.0 | $5,895.7 | $0.0 | $0.0 | $0.0 | $5,623.2 | $0.0 | $0.0 | $0.0 | $0.0 | $5,649.8 |
| Expected Returned Principal | 0.0 | 0.0 | 0.0 | 4,828.0 | 0.0 | 0.0 | 26,950.0 | 0.0 | 10,679.1 | 23,683.7 | 0.0 | 0.0 | 0.0 |
| Expected Outstanding Fee Return | 0.0 | 0.0 | 0.0 | 146.3 | 0.0 | 0.0 | 222.8 | 0.0 | 314.0 | 320.0 | 0.0 | 0.0 | 0.0 |
| Expected Outstanding Interest Return | 0.0 | 0.0 | 0.0 | 813.2 | 0.0 | 0.0 | 904.5 | 0.0 | 57.4 | 20.4 | 0.0 | 0.0 | 0.0 |
| Expected Cash Collections | $0.0 | $0.0 | $0.0 | $11,683.2 | $0.0 | $0.0 | $28,077.2 | $5,623.2 | $11,050.6 | $24,024.1 | $0.0 | $0.0 | $5,649.8 |
| Total Cash Receipts - Filed Entities | $25.0 | $0.0 | $7.0 | $11,683.2 | $0.0 | $0.0 | $28,077.2 | $5,623.2 | $11,050.6 | $24,024.1 | $926.6 | $0.0 | $5,649.8 |
| **Cash Disbursements** | | | | | | | | | | | | | |
| USA Commercial Mortgage - Wells Fargo | | | | | | | | | | | | | |
| Total Selling Expense | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $6.9 | $0.0 | $0.0 |
| Administrative Expenses | | | | | | | | | | | | | |
| Salaries & Wages | 203.6 | 0.0 | 80.0 | 0.0 | 77.8 | 0.0 | 0.0 | 80.0 | 0.0 | 77.8 | 0.0 | 80.0 | 0.0 |
| Payroll Related Benefits | 14.5 | 0.0 | 27.9 | 0.0 | 14.5 | 0.0 | 13.4 | 14.5 | 0.0 | 14.5 | 13.4 | 14.5 | 0.0 |
| Rent | 0.0 | 0.0 | 57.1 | 0.0 | 0.0 | 0.0 | 57.1 | 0.0 | 0.0 | 0.0 | 57.1 | 0.0 | 0.0 |
| Total Legal | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.9 | 3.9 | 3.9 | 0.0 |
| Total Other Administrative Expenses | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 |
| Total Administrative Expenses | $258.0 | $40.0 | $205.0 | $40.0 | $132.3 | $40.0 | $110.5 | $134.5 | $40.0 | $136.2 | $114.4 | $138.4 | $43.9 |
| Total Other Expense | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $2.9 | $0.0 | $0.0 |
| Total Cash Disbursements (USA CMC - Wells Fargo) | $258.0 | $40.0 | $205.0 | $40.0 | $132.3 | $40.0 | $110.5 | $134.5 | $40.0 | $136.2 | $124.1 | $138.4 | $43.9 |
| USA Capital Realty Advisors | | | | | | | | | | | | | |
| Marketing | $3.7 | $3.7 | $3.7 | $3.7 | $3.7 | $3.7 | $3.7 | $3.7 | $3.7 | $3.7 | $3.7 | $3.7 | $3.7 |
| Total Legal | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 | 5.7 |
| Total Other | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 |
| Total Cash Disbursements (USA Capital Realty) | $12.1 | $12.1 | $12.1 | $12.1 | $12.1 | $12.1 | $12.1 | $12.1 | $12.1 | $12.1 | $12.1 | $12.1 | $12.1 |
| Total Cash Disbursements - Filed Entities | $270.1 | $52.1 | $217.1 | $52.1 | $144.4 | $52.1 | $122.6 | $146.6 | $52.1 | $148.3 | $136.2 | $150.5 | $56.0 |
| **Net Change in Cash USA Commercial Mortgage Related Entities** | | | | | | | | | | | | | |
| Total Cash Receipts | $25.0 | $0.0 | $7.0 | $11,683.2 | $0.0 | $0.0 | $28,077.2 | $5,623.2 | $11,050.6 | $24,024.1 | $926.6 | $0.0 | $5,649.8 |
| Total Cash Disbursements | 270.1 | 52.1 | 217.1 | 52.1 | 144.4 | 52.1 | 122.6 | 146.6 | 52.1 | 148.3 | 136.2 | 150.5 | 56.0 |
| Net Change in Cash Before Bankruptcy Related Fees | ($245.1) | ($52.1) | ($210.1) | $11,631.1 | ($144.4) | ($52.1) | $27,954.6 | $5,476.6 | $10,998.5 | $23,875.8 | $790.3 | ($150.5) | $5,593.8 |

**USA Commercial Mortgage Company, et al.**
13-Week Cash Forecast
($ in thousands)

13-Week Cash Forecast

| | 4/22/2006 | 4/29/2006 | 5/6/2006 | 5/13/2006 | 5/20/2006 | 5/27/2006 | Week Ending 6/3/2006 | 6/10/2006 | 6/17/2006 | 6/24/2006 | 7/1/2006 | 7/8/2006 | 7/15/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bankruptcy Related Costs** | | | | | | | | | | | | | |
| Debtor Professional Fees | | | | | | | | | | | | | |
| Financial Advisor Fees & Expenses | $160.6 | $160.6 | $151.8 | $148.8 | $145.9 | $119.8 | $119.8 | $119.8 | $119.8 | $119.8 | $119.8 | $119.8 | $119.8 |
| Legal Counsel Fees & Expenses | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| Local Counsel | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 |
| PR Firm | 1.3 | 1.3 | 1.3 | 1.3 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| Other Professionals | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Committee Professionals | | | | | | | | | | | | | |
| Legal Counsel Fees & Expenses | 0.0 | 0.0 | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| Financial Advisor Fees & Expenses | 0.0 | 0.0 | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| Total Bankruptcy Professional Fees | $228.5 | $228.5 | $219.7 | $266.7 | $263.3 | $237.2 | $237.2 | $237.2 | $237.2 | $237.2 | $237.2 | $237.2 | $237.2 |
| Cash Payment for Bankruptcy Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $541.4 | $0.0 | $0.0 | $0.0 | $0.0 | $803.5 | $0.0 |
| Other | | | | | | | | | | | | | |
| Employee Retention Costs | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Noticing Agent | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 15.0 | 0.0 | 0.0 | 0.0 | 15.0 | 0.0 | 0.0 |
| Other (security) | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 |
| Post-Petition Financing | | | | | | | | | | | | | |
| Post-Petition Financing | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Fees for Post-Petition Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Legal Counsel Fees & Expenses | 0.0 | 0.0 | 250.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Bankruptcy Related Fees | $10.0 | $10.0 | $260.0 | $10.0 | $10.0 | $10.0 | $566.4 | $10.0 | $10.0 | $10.0 | $25.0 | $813.5 | $10.0 |
| NET CHANGE IN CASH | ($255.1) | ($62.1) | ($470.1) | $11,621.1 | ($154.4) | ($62.1) | $27,388.2 | $5,466.6 | $10,988.5 | $23,865.8 | $765.3 | ($964.0) | $5,583.8 |
| **CASH** | | | | | | | | | | | | | |
| Total Cash and Cash Equivalents at Beginning of Period | $10,154.2 [a] | $9,899.1 | $9,837.0 | $9,366.9 | $20,988.0 | $20,833.6 | $20,771.5 | $48,159.7 | $53,626.3 | $64,614.8 | $88,480.6 | $89,245.9 | $88,281.9 |
| Pre-Petition Cash Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net (Decrease) Increase in Cash and Cash Equivalents | (255.1) | (62.1) | (470.1) | 11,621.1 | (154.4) | (62.1) | 27,388.2 | 5,466.6 | 10,988.5 | 23,865.8 | 765.3 | (964.0) | 5,583.8 |
| Total Cash and Cash Equivalents at End of Period | $9,899.1 | $9,837.0 | $9,366.9 | $20,988.0 | $20,833.6 | $20,771.5 | $48,159.7 | $53,626.3 | $64,614.8 | $88,480.6 | $89,245.9 | $88,281.9 | $93,865.7 |

Notes:
(a) Cash Balance as of 4/12/06