Richard McKnight, Esq.
Nevada Bar No. 001313
THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case № BK-S-**06-10725-LBR** |

**REQUEST FOR SPECIAL NOTICE**

COMES NOW creditor, Richard McKnight, and requests that THE LAW OFFICES OF RICHARD MCKNIGHT, P.C. be given notice of the filing of any pleadings in this proceeding, any adversary proceedings filed pursuant to Bankruptcy Rule 7001, and any pleadings filed in connection therewith, along with special notice of all pleadings and papers filed in connection with any contested matter under Rule 9014 to the address set forth below.

Richard McKnight, Esq.
Law Offices of Richard McKnight, P.C.
330 S. Third St., #900
Las Vegas, NV 89101

DATED this 20TH day of April 2006.

            THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.

            By:  //S/ Richard McKnight
               Richard McKnight, Esq.
               State Bar No. 1313
               330 S. Third St., #900
               Las Vegas, NV 89101
               Attorneys for Creditor