**Entered on Docket**
**April 21, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                          Debtor. | Case Nos. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER GRANTING DEBTOR ADDITIONAL TIME TO FILE ITS STATEMENTS AND SCHEDULES; AND NOTICE OF HEARING**<br><br>Date of Hearing:  May 3, 2006<br>Time of Hearing:  9:30 AM |

1
P:\USA Commercial Mortgage\USA Commercial Mortgage Company\OST Order Hear Mtn Additional Time To File Schedules and Statements.doc

TO: ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that upon an Ex Parte Motion For An Order Shortening Time To Hear Motion For Order Granting Debtor Additional Time To File Its Statements And Schedules (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

ORDERED that the hearing on the Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Courtroom 1, Las Vegas, NV on ___May 3, 2006___ at the hour of __9:30 AM__ and you will take further

NOTICE that the Motion requests that the Court extend the period under Bankruptcy Rule 1007(c) to file its Statements and Schedules for an additional forty-five (45) days, thereby setting the deadline for the Debtor to file its Statements and Schedules to sixty (60) days after the Petition Date.

For a copy of the filed motion you may contact the Debtor's attorney, Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm at (702) 228-7590, or you may obtain a copy from the Bankruptcy Court online through Pacer at www.nvb.uscourts.gov.

Submitted by:

/s/ Annette W. Jarvis

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Email: www.lawyers.com/schwartzermcpherson

### # #