EDWARD J. HANIGAN, ESQ.
Nevada Bar #000242
199 N. Arroyo Grande Blvd. #200
Henderson, NV 89074
Telephone: (702) 434-1300
Facsimile: (702) 434-6405
Attorney for Vince Danelian

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: USA COMMERCIAL MORTGAGE COMPANY,

DEBTOR.

Case No: BK-S-06-10725-LBR
Date: N/A
Time: N/A

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO: CLERK, UNITED STATES BANKRUPTCY COURT, FOR THE DISTRICT OF NEVADA;

TO: UNITED STATES BANKRUPTCY TRUSTEE;

TO: USA COMMERCIAL MORTGAGE COMPANY, Debtor;

TO: LENARD E. SCHWARTZER, Attorney for Debtor:

Notice is hereby given that Edward J. Hanigan, Esq., 199 N. Arroyo Grande Blvd., Suite 200, Henderson, Nevada 89074, makes his appearance in the above-captioned matter as counsel for VINCE DANELIAN and hereby requests that his name be added to the master mailing list.

DATED this 21st day of April, 2006.

Edward J. Hanigan, Esq.
Nevada Bar No. 242
199 N. Arroyo Grande Blvd. #200
Henderson, NV 89074
(702) 434-1300
Attorney for Vince Danelian

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of *Notice of Appearance and Request for Notice* was served electronically on this **21st** day of April, 2006, to the following interested parties:

Lenard E. Schwartzer
Attorney for Debtors
Electronically

U.S. TRUSTEE
Electronically

_____
An employee of Edward J. Hanigan, Esq.