Filed Electronically
4/21/06

SHEA & CARLYON, LTD.
CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-Mail: ccarlyon@sheacarlyon.com

Counsel for Wells Fargo Bank of Nevada and Wells Fargo Bank

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                          ) Bankruptcy No. BK-S-06-10725-LBR
                                                ) Chapter 11
                                                )
USA COMMERCIAL MORTGAGE                         ) **Preliminary Hearing**
COMPANY, fka USA CAPITAL,                       ) DATE: April 17, 2006
                                                ) TIME: 1:30
        Debtor.                                 )
                                                ) **Final Hearing**
                                                ) DATE: May 3, 2006
                                                ) TIME: 9:30 a.m.
                                                )

### NOTICE OF ENTRY OF ORDER RE STIPULATION RE SETOFF AND BANK ACCOUNTS (WELLS FARGO)

PLEASE TAKE NOTICE that an Order re Stipulation re Setoff and Bank Accounts (Wells Fargo) was entered on the 21st day of April, 2006, a true and correct copy of which is attached hereto.

DATED this 21st day of April, 2006.

SHEA & CARLYON, LTD.

/s/ Shawn W. Miller
for CANDACE C. CARLYON, ESQ. #7825
Nevada Bar No. 002666
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101

Entered on Docket
April 21, 2006

Hon. Linda B. Riegle
United States Bankruptcy Judge

SHEA & CARLYON, LTD.
CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-Mail: ccarlyon@sheacarlyon.com

Counsel for Wells Fargo Bank of Nevada and Wells Fargo Bank

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY, fka USA CAPITAL,

Debtor.

) Bankruptcy No. BK-S-06-10725-LBR
) Chapter 11
)
)
) **Preliminary Hearing**
) DATE: April 17, 2006
) TIME: 1:30
)
) **Final Hearing**
) DATE: May 3, 2006
) TIME: 9:30 a.m

## ORDER RE STIPULATION RE SETOFF AND BANK ACCOUNTS (WELLS FARGO)

The Court having considered the Stipulation re Setoff (Wells Fargo) filed by the Debtor and Wells Fargo Bank of Nevada, and the Court finding that approval of the Stipulation is

essential for the Debtor's continued operation; and that Notice as set forth below is appropriate and adequate under the circumstances of this case, and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved on an interim basis, effective April 17, 2006, and the parties may rely upon the same pending the final hearing.

IT IS FURTHER ORDERED that the Debtor shall forthwith send the notice as required by Paragraphs 2 and 3 of the Stipulation and FED. R. BANKR. P. Rule 4001(d). In the event that no timely objections are filed on or before May 2, 2006, this Order shall become final. If such objections are filed, a continued hearing shall be held on the 3rd day of May, 2006 at 9:30 a.m.

SUBMITTED BY:

SHEA & CARLYON, LTD.

/s/ Candace C. Carlyon

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101

APPROVED:

SCHWARTZER & MCPHERSON

/s/ Lenard E. Schwartzer

LENARD E. SCHWARTZER, ESQ.
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV 89146

RAY QUINNEY & NEBEKER
ANNETTE W. JARVIS, ESQ.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

2

1  APPROVED:
2  OFFICE OF THE U.S. TRUSTEE
3
4  *[signature]*
   AUGUST B. LANDIS, ESQ.
5  300 Las Vegas Blvd S., #4300
   Las Vegas, NV 89101
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

3