Filed Electronically
4/21/06

SHEA & CARLYON, LTD.
CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-Mail: ccarlyon@sheacarlyon.com

Counsel for Wells Fargo Bank of Nevada and Wells Fargo Bank

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Bankruptcy No. BK-S-06-10725-LBR |
| | ) Chapter 11 |
| | ) |
| USA COMMERCIAL MORTGAGE | ) **Preliminary Hearing** |
| COMPANY, fka USA CAPITAL, | ) DATE: April 17, 2006 |
| | ) TIME: 1:30 |
| Debtor. | ) |
| | ) **Final Hearing** |
| | ) DATE: May 3, 2006 |
| | ) TIME: 9:30 a.m. |
| | ) |

### CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER RE STIPULATION RE SETOFF AND BANK ACCOUNTS (WELLS FARGO)

I HEREBY CERTIFY that on the 21st day of April, 2006, a true and correct copy of the Notice of Entry of Order re Stipulation re Setoff and Bank Accounts (Wells Fargo) was served electronically via the CM/ECF system of the United States Bankruptcy Court, District of Nevada, to the parties listed on Exhibit 1 hereto, as evidenced thereby.

I FURTHER CERTIFY that on the 21st day of April, 2006, I served a true and correct copy of the Notice of Entry of Order re Stipulation re Setoff and Bank Accounts (Wells Fargo) by depositing same in the United States Mail, postage prepaid, first class delivery, to the following:

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

1  Annette W. Jarvis, Esq.
2  RAY QUINNEY & NEBEKER P.C.
   36 South State Street, Suite 1400
3  P.O. Box 45385
   Salt Lake City, UT 84145-0385
4
5        /s/ Lissa Treadway
   Lissa Treadway, CLAS, an employee
6  of SHEA & CARLYON, LTD.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

2

# EXHIBIT "1"

## File a Notice:
06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from CARLYON, CANDACE C entered on 4/21/2006 at 10:31 AM PDT and filed on 4/21/2006
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**   06-10725-lbr
**Document Number:** 39

**Docket Text:**
Notice of Entry of Order Filed by CANDACE C CARLYON on behalf of WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK (Related document(s)[36] Order Approving Stipulation) (CARLYON, CANDACE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\Wells Fargo\USA Mortgage\electronic filing\noe order approving stip 4-21-06.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/21/2006] [FileNumber=6816695-0]
[cf7888926acceb172af0cab9ccce4e49b2af15a5078853d98f80901b677416a98b0e
320ba1f81a352a2d20e865acda65284d931a31ce77e49513eb4c243b3a11]]

**06-10725-lbr Notice will be electronically mailed to:**

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

ANNETTE W JARVIS    ,

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

https://ecf.nvb.uscourts.gov/cgi-bin/Dispatch.pl?199153424356965