Robert R. Kinas (Nevada Bar No. 6019)
Meridith J. Strand (Nevada Bar No. (7931)
SNELL & WILMER L.L.P.
3800 Howard Hughes Parkway
Suite 1000
Las Vegas, NV 89109
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
E-mail:   rkinas@swlaw.com
          mstrand@swlaw.com

*Attorneys for Aspen Square Management, Inc.*

**Electronically Filed:**
**April 21, 2006**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

Case No. BK-S-06-10725-LBR

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Aspen Square Management, Inc., by and through its undersigned counsel:

> Robert R. Kinas, Esq.
> Meridith J. Strand, Esq.
> SNELL & WILMER L.L.P.
> 3800 Howard Hughes Parkway, Suite 1000
> Las Vegas, Nevada 89109

hereby appears and formally requests that all notices and copies of any and all filings and/or hearings in either the above-captioned administrative proceeding or in any contested matter or adversary proceeding therein or related thereto, that this request shall remain a continuing request and demand for notices to be provided to the above-listed counsel, and that the foregoing listed attorney be added to the master mailing matrix.

///

///

///

///

109751

DATED this 21st day of April, 2006.

SNELL & WILMER L.L.P.

By: _____
Robert R. Kinas, Esq.
Meridith J. Strand, Esq.
3800 Howard Hughes Parkway
Suite 1000
Las Vegas, NV 89109
*Attorneys for Aspen Square Management, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to FED. R. BANKR. P. 5(b), I hereby certify that I am an employee of Snell & Wilmer, and that on April 21, 2006, I caused a true and correct copy of **Notice Of Appearance And Request For Notice** to be served by first class mail to:

| | |
|---|---|
| **ANNETTE W JARVIS**<br>POB 45385<br>Salt Lake City, UT 84145 | **LENARD E. SCHWARTZER**<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. Jones Boulevard, Suite 1<br>Las Vegas, NV 89146 |
| **FEDERAL BANKRUPTCY COURT**<br>Foley Federal Bldg.<br>300 Las Vegas Blvd South, Third Floor<br>Las Vegas, NV 89101 | **USA COMMERCIAL MORTGAGE COMPANY**<br>4484 South Pecos Road<br>Las Vegas, NV 89121 |
| **U.S. TRUSTEE - LV**<br>Augie Landis<br>300 Las Vegas Boulevard S.<br>Suite 4300<br>Las Vegas, NV 89101 | **CANDACE CARLYON**<br>233 S. Fourth, #200<br>Las Vegas, NV 89101 |
| **GREG GARMAN**<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89109 | |

Dated: April 21, 2006

_____
An employee of Snell & Wilmer L.L.P.