Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON APRIL 21, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case Nos. BK-S-06-10725 LBR

Chapter 11

**DECLARATION IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME TO HEAR MODIFIED MOTION OF THE DEBTOR PURSUANT TO 11 U.S.C. §§ 363(B) AND 105(a) FOR AUTHORITY TO PAY ADDITIONAL PRE-PETITION WAGES TO SEVEN KEY EMPLOYEES**

Date of Hearing: OST REQUESTED
Time of Hearing: OST REQUESTED

Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtor and debtor in possession (the "Debtor"), under penalties

of perjury, hereby declares on this 21st day of April, 2006 that:

1. A Modified Motion Of The Debtor Pursuant to 11 U.S.C. §§ 363(b) and 105(a) For Authority To Pay Additional Pre-Petition Wages To Seven Key Employees has been filed. The Debtor requests authority to pay seven key employees an additional $10,250 (plus applicable taxes and benefits) for pre-petition wages.

2. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3. Hearings are currently scheduled in this matter on May 3, 2006 at 9:30 a.m. to hear other continued motions, and holding a hearing on the Motion at the same time would serve the interests of judicial economy.

4. No known party opposes hearing the Motion on shortened time.

Respectfully submitted this 21st day of April, 2006.

Jeanette E. McPherson, Esq., Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
Email: www.lawyers.com/schwartzermcpherson