Richard McKnight, Esq.
Nevada Bar No. 001313
THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
Attorneys for Creditor

**Efiled on April 20, 2006.**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>     Debtor. | Case m BK-S-06-10725-LBR |

### CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 20th day of April 2006, service of a true and correct copy of the REQUEST FOR SPECIAL NOTICE was made by:

**X**    ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

CANDACE C CARLYON ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ANNETTE W JARVIS ,

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

　　　　　　　　　　　　　　　　　　　　/s/    Carol Burke
　　　　　　　　　　　　　　　　　　　　An Employee of
　　　　　　　　　　　　　　　　　　　　Law Offices of Richard McKnight

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28