**Entered on Docket
April 24, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME TO HEAR MODIFIED MOTION OF THE DEBTOR PURSUANT TO 11 U.S.C. §§ 363(B) AND 105(a) FOR AUTHORITY TO PAY ADDITIONAL PRE-PETITION WAGES TO SEVEN KEY EMPLOYEES; AND NOTICE OF HEARING**<br><br>Date of Hearing: May 3, 2006<br>Time of Hearing: 9:30 A.M. |

1     TO:    ALL PARTIES IN INTEREST

2     PLEASE TAKE NOTICE that upon an Ex Parte Motion For An Order Shortening Time To Hear Modified Motion Of The Debtor Pursuant to 11 U.S.C. §§ 363(b) and 105(a) For Authority To Pay Additional Pre-Petition Wages To Seven Key Employees (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

ORDERED that the hearing on the Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Courtroom 1, Las Vegas, NV on _____ MAY 3, 2006 at the hour of _____ 9:30 a.m.; and you will take further

NOTICE that the Debtor requests authority to pay the seven key employees identified above an additional $10,250 (plus applicable taxes and benefits) for pre-petition wages.

For a copy of the filed motion you may contact the Debtor's attorney, Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm at (702) 228-7590, or you may obtain a copy from the Bankruptcy Court online through Pacer at www.nvb.uscourts.gov.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Email: ajarvis@rqn.com

    and

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Email: www.lawyers.com/schwartzermcpherson

### 

P:\USA Commercial Mortgage\USA Commercial Mortgage Company\OST Order Hear Modified Motion PrePetition Wages.doc