

**COLONIAL BANK**

Print  Close

Account: 26601881
Check: 339
Cleared: 2006 Apr 12
Amount: $100,000.00

Front   Back

Reset   Zoom Out   40%   Zoom In   Invert   Rotate   Flip



EXHIBIT "A"



**COLONIAL BANK** ONLINE BANKING   Print   Close

Account: 26601881
Check: 336
Cleared: 2006 Mar 06
Amount: $53,000.00

Front / Back

Reset  Zoom Out  50 %  Zoom In  Invert  Rotate  Flip



STANLEY ALEXANDER
TRUST ACCOUNT
P.O. BOX 3696
LONGWOOD, FL 32779-0696

63-1322/631
01

336

Date 03/1/06

Pay to the Order of USA COMMERCIAL MORTGAGE INVESTORS TRUST    $53,000

Fifty Three Thousand ⁰⁰/₁₀₀ Dollars

COLONIAL BANK
27 WEST STATE ROAD 434
LONGWOOD, FLORIDA 32779
24 Hr Banking Call 1-800-225-0643

For _____

Stanley Alexander

⑆063113222⑆ 0026601881⑈ 0336 /0005300000/

Ex. B




**Account:** 26601881  Front    Back
**Check:** 337
**Cleared:** 2006 Mar 22
**Amount:** $100,000.00






Ex. "C"

https://olbimage.bankcolonial.com/Display.aspx?query=jtguHK5jgcsEjD9UNSI7kLuZM8...   4/19/2006



**Account:** 26601881
**Check:** 338
**Cleared:** 2006 Mar 22
**Amount:** $125,000.00



Ex. "D"

https://olbimage.bankcolonial.com/Display.aspx?query=i1eaHKqRiksdMS9mi8ucLSo3Ijc...    4/19/2006