## STANLEY AND FLORENCE ALEXANDER' DEEDS OF TRUST

| Maturity Date | Beginning Date | Payoff Date | Original Amount | Current Amount Invested | Property Name | Per Diem Rate | Interest Rate | Annual Amount |
|---|---|---|---|---|---|---|---|---|
| 3/29/05 | 3/17/03 | 3/29/04 | $50,000.00 | | Marquee Hotel Palms | $18.06 | 13.00% | $6,500.00 |
| 10/19/05 | 10/19/04 | 9/16/06 | $50,000.00 | $50,000.00 | Marquess Hotel Palms | $18.06 | 13.00% | $6,500.00 |
| 11/1/05 | 11/1/06 | 10/31/07 | $50,000.00 | $50,000.00 | Marquee Hotel Palms | $18.06 | 13.00% | $6,500.00 |
| 6/15/05 | 12/15/04 | 5/30/05 | $100,000.00 | $100,000.00 | Placer Vineyards | $34.72 | 12.50% | $12,500.00 |
| 1/7/06 | 1/7/05 | 10/4/06 | $100,000.00 | $100,000.00 | One Point St., LLC | $33.33 | 12.00% | $12,000.00 |
| 4/1/05 | 2/20/04 | 2/25/04 | $150,000.00 | $12,242.00 | Brookmere | $4.08 | 12.00% | $1,469.00 |
| 3/6/06 | 3/6/05 | 9/6/06 | $92,000.00 | $92,000.00 | Roam Investment | $30.67 | 12.00% | $11,040.00 |
| 4/1/06 | 4/5/05 | 4/15/07 | $100,000.00 | $100,000.00 | Fiesta Development | $33.33 | 12.00% | $12,000.00 |
| 5/2006 | 5/10/06 | 5/10/06 | $90,000.00 | $90,000.00 | Rivera Homes | $41.25 | 16.50% | $14.850.00 |
| 11/7/07 | 12/705 | 11/707 | $200,000.00 | $200,000.00 | Lerin Hills LYD | $83.33 | 15.00% | $30,000.00 |
| 3/22/06 | 3/24/05 | 3/24/07 | $100,000.00 | $100,000.00 | Lerin Hills LYD | $41.67 | 15.00% | $15,000.00 |
| 3/10/06 | 3/10/06 | | $125,000.00 | $125,000.00 | Lerin Hills LYD | | | |
| 12/15/06 | 12/22/05 | 12/22/06 | $100,000.00 | $100,000.00 | 60th Street, LLC | $41.67 | 15.00% | $15,000.00 |
| | | | $53,000.00 | $53,000.00 | A-4 I-40 | $22.08 | 15.00% | $7,950.00 |
| 4/3/07 | 4/3/0 | 4/03/07 | $100,000.00 | $100,000.00 | Los Valles Land | $47.22 | 17.00% | $17,000.00 |
| 6/28/05 | 6/28/05 | 6/28/06 | $350,000.00 | $350,000.00 | HFA - Clear Lake | | 16.00% | $56,000.00 |
| | | | $1,810,000.00 | $1,497,242.00 | | | | $224,309.00 |

Exhibit "E"