JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
  and   tbw@jonesvargas.com

Attorneys for Direct Lenders/Beneficiaries

*Electronically Filed on:*
*April 25, 2006*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor. | Case No.    BK-S-06-10725-LBR<br>Chapter    11<br><br>**OPPOSITION TO MOTION FOR ORDER GRANTING DEBTOR ADDITIONAL TIME TO FILE ITS STATEMENTS AND SCHEDULES**<br><br>Hearing Date:    May 3, 2006<br>Hearing Time:    9:30 a.m. |

Jones Vargas represents numerous direct lenders, who are named beneficiaries ("Direct Lenders/Beneficiaries") of certain loans which were originated and serviced by one of the following Debtors, USA Commercial Mortgage Company, USA Capital First Trust Deed Fund, LLC, USA Capital Diversified Trust Deed Fund, LLC, USA Capital Realty Advisors, LLC, and USA Securities, LLC, all of which have filed petitions under 11 U.S.C. Chapter 11 in this court, and, in that representative capacity only, oppose the Motion for Order Granting Debtor Additional Time to File Its Statements and Schedules, for the following reasons:

    1.    Debtor is not paying the Direct Lenders/Beneficiaries.

    2.    Debtor is withholding property which is not property of the estate pursuant to 11 U.S.C. § 541.

    3.    The Direct Lenders/Beneficiaries need the information which will presumably be included in the Schedules and Statements in order to enforce their rights.

1

1      4.    The Direct Lender/Beneficiaries need the information in the Schedules and Statements to meaningfully participate in the 11 U.S.C. § 341 Meeting of Creditors set for May 17, 2006.

    DATED this 25th day of April, 2006.

JONES VARGAS

By:    //s// Janet L. Chubb
      JANET L. CHUBB, ESQ.

Attorneys for Direct Lenders/Beneficiaries

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

2

H:\Fs1Wp51\Donnolo, Joseph 500953.1\Pleadings\Opposition to Motion Re Schedules & Statements (USA Comm. Mrtg).doc

# CERTIFICATE OF SERVICE

1. On April 25, 2006, I served the following document(s):

**OPPOSITION TO MOTION FOR ORDER GRANTING DEBTOR ADDITIONAL TIME TO FILE ITS STATEMENTS AND SCHEDULES**

2. I served the above-named document(s) by the following means to the persons as listed below:

   : a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
- **EDWARD J. HANIGAN**
  haniganlaw@earthlink.net haniganlaw1@earthlink.net
- **ROBERT R. KINAS**
  rkinas@swlaw.com
  mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com
- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com
- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com

   ❯ b. **United States mail, postage fully prepaid** (list persons and addresses):

   ❯ c. **Personal Service** (list persons and addresses):
   I personally delivered the document(s) to the persons at these addresses:

   ❯ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ❯ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ❯ d. **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

H:\Fs1Wp51\Donnolo, Joseph 500953.1\Pleadings\Opposition to Motion Re Schedules & Statements (USA Comm. Mrtg).doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

❾ e.  **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

❾ f.  **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 25th day of April, 2006.

| _____Tawney Waldo_____ | _____//s// Tawney Waldo_____ |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

4

H:\Fs1Wp51\Donnolo, Joseph 500953.1\Pleadings\Opposition to Motion Re Schedules & Statements (USA Comm. Mrtg).doc