Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

**E-FILED ON APRIL 25, 2006**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE<br>COMPANY,<br><br><br><br><br><br>Debtor. | Case Nos. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**MOTION FOR ORDER SHORTENING TIME TO HEAR APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER**<br><br>Date of Hearing: OST REQUESTED<br>Time of Hearing: OST REQUESTED |
|---|---|

Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtor and debtor in possession (the "Debtor"), hereby files this Motion For Order Shortening Time To Hear Application By Debtor And Debtor-In-Possession For Authorization To

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Retain And Employ The Schwartzer & McPherson Law Firm As Counsel Under General Retainer, and in support thereof states as follows:

1.     A Motion For Order Shortening Time To Hear Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ The Schwartzer & McPherson Law Firm As Counsel Under General Retainer (the "Motion") has been filed.  The Debtor prays for an Order of this Court authorizing it to retain and employ Schwartzer & McPherson Law Firm as counsel herein under a general retainer, with the payment of fees subject to continuing review and approval of this Court, and that it have such other and further relief as is just.

2.     Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3.     Hearings are currently scheduled in this matter on May 18, 2006 at 9:30 a.m. to hear other continued motions, and holding a hearing on the Motion at the same time would serve the interests of judicial economy.

4.     No known party opposes hearing the Motion on shortened time.

Respectfully submitted this ⅔th day of April, 2006.

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada   89146
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
Email:  www.lawyers.com/schwartzermcpherson

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122