1  FRANKLIN C. ADAMS, Bar No. 85351
   BEST BEST & KRIEGER LLP
2  3750 University Avenue
   P.O. Box 1028
3  Riverside, California 92502
   Telephone: (951) 686-1450
4  Telecopier: (951) 686-3083

5

6  Attorneys for Creditor: James Corison

7

8              UNITED STATES BANKRUPTCY COURT

9                   DISTRICT OF NEVADA

10 In re                              Case No. BK-S-06-10725-LBR

11 USA COMMERCIAL MORTGAGE            Chapter 11
   COMPANY,
12                                    Judge: Honorable Linda B. Riegle
         Debtor.
13                                    REQUEST FOR SPECIAL NOTICE

14
                                      [No Hearing Required]
15

16

17

18

19

20

21

22

23

24

25

26

27

28

RVLIT\AJOHNSTON\700533.1                    REQUEST FOR SPECIAL NOTICE

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR, DEBTORS' COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

Pursuant to Bankruptcy Rule 2002, James Corison, (hereinafter referred to as "Creditor), through his counsel Franklin C. Adams of BEST BEST & KRIEGER, LLP, request that notice of all proceedings, including but not limited to, all pleadings, notices, motions, and other documents and papers which pertain to the above-captioned estate, be served upon the undersigned addressed as follows:

> Franklin C. Adams, Esq.
> BEST BEST & KRIEGER, LLP
> 400 Mission Square
> 3750 University Avenue
> P.O. Box 1028 (preferred mailing address)
> Riverside, CA 92502-1028
> (951) 686-1450 Office
> (951) 686-3083 Facsimile

Creditor's counsel, BEST BEST & KRIEGER, LLP, further requests that the Debtor and Clerk of the Court place the undersigned counsel and its address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

BEST BEST & KRIEGER LLP

Dated: April 21, 2006

By: _____
FRANKLIN C. ADAMS
Attorneys for James Corison

RVLIT\AJOHNSTON\700533.1        - 1 -        REQUEST FOR SPECIAL NOTICE