# COLONIAL BANK

Print  Close

**Account:** 26601881
**Check:** 339
**Cleared:** 2006 Apr 12
**Amount:** $100,000.00

Front    Back



Reset   Zoom Out   40 %   Zoom In   Invert   Rotate   Flip



*061000146*
04/12/2006
6512371755

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

04/11/2006
0000713402890
1221052781

STANLEY ALEXANDER
TRUST ACCOUNT
P.O. BOX 3696
LONGWOOD, FL 32779-0696

63-1322/631
339

Date 04-03-06

Pay to the Order of  USA Commercial Mtg Srvcs    $100,000.00

One Hundred Thousand     Dollars

COLONIAL BANK
2127 WEST STATE ROAD 434
LONGWOOD, FLORIDA 32779
24 Hr Banking Call 1-800-226-0843

For Hasley

Stanley Alexander

⑆063113222⑆  0026601881⑈  0339

⑆063113222⑆   0026601881⑈0339          ⑇00100000000⑇

EXHIBIT "A"





Ex. B




**Account:** 26601881
**Check:** 337
**Cleared:** 2006 Mar 22
**Amount:** $100,000.00

Front


Back


    

STANLEY ALEXANDER
TRUST ACCOUNT
P.O. BOX 3696
LONGWOOD, FL 32779-0696

63-1322/631
01

337

Date 03/1/06

Pay to the Order of USA Commercial Mortgage Investors Trust   $ 100,000

One Hundred Thousand — Dollars

COLONIAL BANK
2727 WEST STATE ROAD 434
LONGWOOD, FLORIDA 32779

For Resin Hills

Stanley Alexander

⑆063113222⑆ 002660188 1⑈ 0337  ⑆0010000000⑆

Ex. "C"

https://olbimage.bankcolonial.com/Display.aspx?query=jtguHK5jgcsEjD9UNSI7kLuZM8...    4/19/2006



**Account:** 26601881
**Check:** 338
**Cleared:** 2006 Mar 22
**Amount:** $125,000.00

Reset  Zoom Out  50%  Zoom In  Invert  Rotate  Flip



Ex. "D"

https://olbimage.bankcolonial.com/Display.aspx?query=i1eaHKqRiksdMS9mi8ucLSo3Ijc...   4/19/2006