GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: thf@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Buckalew Trust

E-Filed On 4-26-06

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: 06-10725-LBR<br>Chapter 11<br><br><br>Date: N/A<br>Time: N/A |

**NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE AND
DEMAND FOR COPIES OF ALL FILED PLANS AND DISCLOSURE STATEMENTS
[Fed. R. Bankr. P. 9010(b), 2002 and 3017(a)]**

THOMAS H. FELL, ESQ., of the law firm of GORDON & SILVER, LTD., attorneys for the Buckalew Trust, hereby enters its appearance on the record in the above-entitled bankruptcy case pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a), hereby requests special notice of all hearings, applications, motions, contested matters, and adversary proceedings filed in this case, including copies of all notices, pleadings, papers, and other related materials that are issued or filed in connection with the case by the Court, Debtor, or other parties-in-interest, including copies of all plans of reorganization and disclosure statements. All responses to the foregoing, and, all notices required to be mailed to Claimant pursuant to Bankruptcy Rule 2002 should be directed to:

THOMAS H. FELL, ESQ.
GORDON & SILVER, LTD.
3960 Howard Hughes Parkway, 9th Fl.
Las Vegas, Nevada 89109
thf@gordonsilver.com

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100483-005.01/399152.doc

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Claimant, or (ii) constitute a waiver of any of the following rights of the Claimant:

(a)  Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b)  Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c)  Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d)  Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Claimant without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED this 26 day of April, 2006.

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
THOMAS H. FELL, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Attorneys for Buckalew Trust

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100483-005.01/399152.doc

2