Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON APRIL 26, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME TO HEAR APPLICATION TO EMPLOY AND RETAIN RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR THE DEBTOR**<br><br>Date of Hearing: OST REQUESTED<br>Time of Hearing: OST REQUESTED |

Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtor and debtor in possession (the "Debtor"), under penalties of perjury, hereby declares on this 26th day of April, 2006 that:

1. A Motion For Order Shortening Time To Hear Application To Employ And Retain Ray Quinney & Nebeker P.C. As Counsel For The Debtor (the "Motion") has been filed. The Debtor prays for an Order of this Court authorizing it to employ and retain the law firm of Ray Quinney & Nebeker P.C. as its counsel effective as of the date of the filing of the Application.

2. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3. Hearings are currently scheduled in this matter on May 18, 2006 at 9:30 a.m. to hear other continued motions, and holding a hearing on the Motion at the same time would serve the interests of judicial economy.

4. No known party opposes hearing the Motion on shortened time.

Respectfully submitted this 26th day of April, 2006

_____
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada   89146
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
Email:  www.lawyers.com/schwartzermcpherson