Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

E-FILED ON APRIL 26, 2006

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case Nos. BK-S-06-10725 LBR
Chapter 11

**MOTION FOR ORDER LIMITING NOTICE AND APPROVING MASTER SERVICE LIST FOR LIMITED NOTICE**

Date: OST PENDING
Time: OST PENDING

USA Commercial Mortgage Company, the debtor and debtor-in-possession (the "Debtor"), by and through its counsel, submits this motion (the "Motion"), pursuant to Fed. R. Bankr. P. 2002(i) and (m) for an order (1) limiting notice of matters in this case (except where general notice is required by the Federal Rules of Bankruptcy Procedure or this Court's Local Rules) to certain parties who would be included in a Master Service List as suggested below, and (2) authorizing the establishment and maintenance of such a Master Service List. In support hereof, the Debtor

states as follows.

## POINTS AND AUTHORITIES

1. This Debtor, along with the related Debtors, have known creditors, equity security holders and other parties in interest totaling approximately 6,900 persons and entities.

2. In order to avoid unnecessary expense in these cases and proceedings, Debtor requests that notice of all matters should be limited to parties listed in a master service list (the "Master Service List"), except those to which the Federal Rules of Bankruptcy Procedure or this Court's Local Rules require that notice be given to all parties in interest, including without limitation, notices relating to the approval of a disclosure statement and confirmation of a plan of reorganization, and notices involving the sale of substantially all of the assets of a debtor's estate. Debtor proposes that the parties listed on the Master Service List include the following, the names and addresses of which are set forth in **Exhibit "A"** attached hereto:

   a. The United States Trustee;

   b. The Unsecured Creditors' Committee and its counsel and any other committee appointed pursuant to 11 U.S.C. § 1102, and its counsel;

   c. Secured creditors and their counsel;

   d. The unsecured creditors holding the 20 largest unsecured claims against each Debtor (or, if a specific Debtor does not have 20 unsecured creditors, all such creditors);

   e. The members of USA Capital First Trust Deed Fund, LLC holding the 20 largest equity interests in that entity;

   f. The members of USA Capital Diversified Trust Deed Fund, LLC holding the 20 largest equity interests in that entity;

   g. The 20 largest investors who have an interest as a lender in a loan being serviced by USA Commercial Mortgage Company and who would not otherwise receive notice within one of the groups above;

   h. Governmental entities (and counsel) listed on the list attached hereto; and

   i. Any party not listed above who files with the Court a notice of appearance

1. and request for notice and serves such notice with the counsel for the Trustee.

2. 3. In order to ensure uniform and current notice, the Debtor also requests that the Court authorizes it to establish and maintain this Master Service List, which includes the parties listed above, and update it on a periodic basis and file the updated versions with the Court. Each filed updated version of the Master Service List would be dated and numbered.

3. 4. The Debtor further requests that parties be required to use the current Master Service List for notice.

4. 5. While the Debtor shall establish and maintain the Master Service List, the Debtor requests that parties in interest shall be responsible for providing the Debtor's counsel with any corrections or changes to names and addresses. Parties on the Master Service List may also notify Debtor's counsel in writing if they prefer to receive service by e-mail rather than regular mail.

5. 6. Finally, Debtor requests that parties shall be permitted to be added to or deleted from the Master Service List upon written request to the Court.

## CONCLUSION

WHEREFORE, for cause shown, the Debtor requests that the Court enter an order limiting notice and authorizing the establishment and maintenance of a Master Service List pursuant to the conditions outlined above.

Respectfully submitted this ____ day of April, 2006.

            Annette W. Jarvis, Utah Bar No. 1649
            RAY QUINNEY & NEBEKER P.C.
            36 South State Street, Suite 1400
            P.O. Box 45385
            Salt Lake City, Utah 84145-0385
            Email: ajarvis@rqn.com

            and

            _____
            Lenard E. Schwartzer, Nevada Bar No. 0399
            Jeanette E. McPherson, Nevada Bar No. 5423
            SCHWARTZER & MCPHERSON LAW FIRM
            2850 South Jones Boulevard, Suite 1
            Las Vegas, Nevada  89146
            Email: www.lawyers.com/schwartzermcpherson

# EXHIBIT "A"

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:                              | Case No. BK-S-06-10725-lbr                       |
|-------------------------------------|--------------------------------------------------|
| USA COMMERCIAL MORTGAGE COMPANY,    | Chapter 11                                       |
|                            Debtor.  | **MASTER SERVICE LIST FOR LIMITED NOTICE #1**    |
|                                     | Hearing Date: n/a                                |
|                                     | Hearing Time: n/a                                |

871705

| | |
|---|---|
| **DEBTOR AND COUNSEL** | |

ANNETTE W. JARVIS
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UTAH 84145-0385

LENARD E. SCHWARTZER
JEANETTE E. MCPHERSON
SCHWARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BOULEVARD, SUITE 1
LAS VEGAS, NEVADA 89146-5308

USA COMMERCIAL MORTGAGE
USA CAPITAL REALTY ADVISORS, LLC
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
USA CAPITAL FIRST TRUST DEED FUND, LLC
USA SECURITIES, LLC
THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

**THE UNITED STATES TRUSTEE**

OFFICE OF THE U.S. TRUSTEE
300 LAS VEGAS BLVD., SOUTH, STE. 4300
LAS VEGAS, NV 89101

**USA COMMERCIAL MORTGAGE COMPANY - 20 LARGEST UNSECURED CREDITORS**

| | |
|---|---|
| BUNCH, DELL<br>1909 RED ROBIN COURT<br>LAS VEGAS, NV 89134 | SPECIAL ORDER SYSTEMS<br>575 MENLO DRIVE, SUITE 4<br>ROCKLIN, CA 95765 |
| PETERSON, MICHAEL<br>C/O JOHN F. O'REILLY<br>O'REILLY LAW GROUP, LLC<br>325 SOUTH MARYLAND PARKWAY<br>LAS VEGAS, NV 89101 | GOOLD PATTERSON ALES & DAY<br>4496 SO. PECOS RD.<br>LAS VEGAS, NV 89121 |
| ADVANCED INFORMATION SYSTEMS<br>4270 CAMERON STREET, SUITE #1<br>LAS VEGAS, NV 89121 | PARIS LINE LLC<br>4759 ILLUSTRIOUS STREET<br>LAS VEGAS, NV 89147 |
| PECOS PROFESSIONAL PARK<br>4484 SOUTH PECOS PARK<br>LAS VEGAS, NV 89121 | RD ADVERTISING<br>3230 E. FLAMINGO ROAD, #8-532<br>LAS VEGAS, NV 89121 |
| ANNEE OF PARIS COIFFURES, INC.<br>8049 PINNCALE PEAK<br>LAS VEGAS, NV 89113 | HASPINOV, LLC<br>4484 SOUTH PECOS RD.<br>LAS VEGAS, NV 89121 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

871705

| | | |
|---|---|---|
| 1 | USA COMMERCIAL REAL ESTATE GROUP<br>4484 SOUTH PECOS RD<br>LAS VEGAS, NV 89121 | U.S. BANK<br>P.O. BOX 790179<br>SAINT LOUIS, MO 63179-0179 |
| 3 | BANK OF AMERICA<br>P.O. BOX 30750<br>LOS ANGELES, CA 90030-0750 | CITIBANK<br>P.O. BOX 26901<br>SAN FRANCISCO, CA 94126 |
| 5 | WEST COAST LIFE INSURANCE COMPANY<br>P.O. BOX 11407<br>BIRMINGHAM, AL 35246-0078 | WELLS FARGO BANK<br>MAC T5601-012<br>P.O. BOX 659700<br>SAN ANTONIO, TX 78286-0700 |
| 7 | RUSSELL AD DEVELOPMENT GROUP, LLC<br>P.O. BOX 28216<br>SCOTTSDALE, AZ 85255 | SCOTSMAN PUBLISHING, INC.<br>P.O. BOX 692<br>BOTHELL, WA 98041-0692 |
| 9 | NEVADA STATE BANK<br>P.O. BOX 990<br>LAS VEGAS, NV 89125-0990 | NEVADA DEPARTMENT OF TAXATION<br>P.O. BOX 52674<br>PHOENIX, AZ 85072-2674 |

**USA CAPITAL REALTY ADVISORS, LLC - UNSECURED CREDITORS**

| | | |
|---|---|---|
| 12 | KUMMER, KAEMPFER, BONNER & RENSHAW<br>3800 HOWARD HUGHES PKWY., 7TH FLOOR<br>LAS VEGAS, NV 89109 | INTERSHOW<br>THE GITHLER CENTER<br>1258 NORTH PALM AVE.<br>SARASOTA, FL 34236 |

**USA SECURITIES, LLC - UNSECURED CREDITORS**

| | | |
|---|---|---|
| 15 | JAMES HULL<br>C/O SIGNATURE FINANCIAL<br>2601 AIRPORT DRIVE<br>TORRANCE, CA 90505 | GEORGE GORMAN<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 |
| 18 | R. HAGMAIER<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 | TIM RICH<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 |

**USA CAPITAL FIRST TRUST DEED FUND - 20 LARGEST EQUITY INTERESTS**

| | | |
|---|---|---|
| 22 | R.T. ENTERPRISES, ROBERT E. TAYLOR, GP<br>1535 FLYNN ROAD<br>CAMARILLO, CA 93012 | ROBERT E. TAYLOR<br>1535 FLYNN ROAD<br>CAMARILLO, CA 93012 |
| 24 | ROBERT E. TAYLOR, PRESIDENT<br>1535 FLYNN ROAD<br>CAMARILLO, CA 93012 | WILLIAM EDWARDS<br>12550 5TH ST. EAST<br>TREASURE ISLAND, FL 33706 |
| 26 | ROBERT G. BERRY JR. AND<br>JEANNETTE K. BERRY<br>4460 MOUNTAINGATE DR.<br>RENO, NV 89509 | THE TONI ANTONACCI TRUST<br>6341 N. STEPHANIE #210<br>HENDERSON, NV 89014 |

SCHWARTZER & McPHERSON LAW FIRM<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146-5308<br>Tel: (702) 228-7590 · Fax: (702) 892-0122

871705

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | |
|---|---|---|
| 1 | KATZ 2000<br>SARA M. KATZ AND JACK KATZ TTEE<br>4484 S. PECOS RD.<br>LAS VEGAS, NV 89121 | JACK AND SYLVIA GOLDENTHAL<br>20155 NE 38TH CT. UNIT 1603<br>AVENTURA, FL 33180 |
| 3-4 | MARY E. AND MATTHEW J. MORO, JTWROS<br>1009 8TH ST<br>MANHATTAN BEACH, CA 90266 | WEN BALDWIN SEPARATE PROPERTY TRUST<br>365 DOOLEY DRIVE<br>HENDERSON, NV 89015 |
| 5-6 | GWEN MELONAS FAMILY TRUST<br>10633 PARADISE POINT<br>LAS VEGAS, NV 89134 | KOHLER LIVING TRUST<br>GUENTHER A. AND ELFRIEDE KOHLER<br>842 OVERLOOK COURT<br>SAN MATEO, CA 94403 |
| 7-9 | ARISTOTLE S. MELONAS<br>7240 NIGHT HERON WAY<br>NORTH LAS VEGAS, NV 89084 | JOHN WARNER JR., IRA<br>C/O FIRST SAVINGS BANK<br>2605 EAST FLAMINGO RD<br>LAS VEGAS, NV 89121 |
| 10-11 | STEVEN M. AND MARGARET W. TERRY TRUST<br>113 WORTHEN CIRCLE<br>LAS VEGAS, NV 89145 | ANDREW AND ELLEN DAUSCHER<br>P.O. BOX 10031<br>ZEPHYR COVE, NV 89448 |
| 12-13 | WILLIAM W. MILLER<br>P.O. BOX 247<br>ST. GEORGE, UT 84771 | JAMES J. TANAKA, IRA<br>RETIREMENT ACCOUNTS, INC.<br>P.O. BOX 173785<br>DENVER, CO 80217-3785 |
| 14-16 | RICHARD G. WOUDSTRA REVOCABLE TRUST<br>RICHARD G. WOUDSTRA, TTEE<br>P.O. BOX 530025<br>HENDERSON, NV 89053 | DONNA LUTTEL AND GERHARD LUTTEL AND<br>GWENDOLYN ALLRED<br>P.O. BOX 35425<br>LAS VEGAS, NV 89133 |

**USA CAPITAL DIVERSIFIED TRUST DEED FUND - 20 LARGEST EQUITY INTERESTS**

| | | |
|---|---|---|
| 18-19 | HERMAN M. ADAMS OR BRIAN M. ADAMS OR<br>ANTHONY G. ADAMS<br>1341 CASHMAN DR.<br>LAS VEGAS, NV 89102 | KANTOR NEPHROLOGY CONSULTANTS<br>GARY KANTOR, TRUSTEE<br>1750 EAST DESERT INN, SUITE 200<br>LAS VEGAS, NV 89109 |
| 20-21 | DR. GARY KANTOR<br>2816 VISTA DEL SOL<br>LAS VEGAS, NV 89120 | ROBERT G. WORTHEN<br>112 WORTHEN CIR.<br>LAS VEGAS, NV 89145 |
| 22-24 | KATZ 2000 SEPARATE PROPERTY TRUST<br>SARA M. KATZ, MANAGING TRUSTEE<br>4484 S. PECOS RD.<br>LAS VEGAS, NV 89121 | KUSUM DESAI, MD<br>3093 RED ARROW DR.<br>LAS VEGAS, NV 89134 |
| 25-26 | AAA OM FINANCIAL, LLC<br>3093 RED ARROW DR.<br>LAS VEGAS, NV 89134 | THOMAS C. LAWYER FAMILY TRUST<br>45 VENTANA CANYON DR.<br>LAS VEGAS, NV 89113 |

871705

| | |
|---|---|
| JOHN PARKER KURLINSKI & CLAIRE SAWYER KURLINSKI REVOCABLE TRUST<br>JOHN AND CLAIR KURLINSKI, TTEES<br>322 BEAM DRIVE<br>LAS VEGAS, NV 89118 | THE L. E. AND J. G. BLAIR FAMILY TRUST<br>LLOYD E. BLAIR TTEE<br>1931 QUAIL CREEK CT.<br>RENO, NV 89509-0671 |
| CHARLES O. NICHOLS AND FLORA A. NICHOLS<br>2561 SEASCAPE DR.<br>LAS VEGAS, NV 89128 | EMONA DENTAL STUDIOS, INC. PENSION AND PROFIT SHARING PLANS<br>4043 CHALFONT ST.<br>LAS VEGAS, NV 89121 |
| CHILDRENS DENTAL GROUP, INC. DEFINED BENEFIT PENSION PLAN<br>413 CANYON GREENS DR.<br>LAS VEGAS, NV 89144 | FRANK REALE, DC<br>6908 EMERALD SPRINGS LANE<br>LAS VEGAS, NV 89113 |
| MICHAELIAN HOLDINGS, LLC<br>413 CANYON GREENS DR.<br>LAS VEGAS, NV 89144 | MOLITCH 1997 TRUST<br>MATTHEW MOLITCH, TRUSTEE<br>2251 N. RAMPART, #185<br>LAS VEGAS, NV 89128 |
| FIRST TRUST COMPANY OF ONAGA C/F JEAN-JACQUES LEBLANC IRA<br>301 LEONARD<br>ONAGA, KS 66521 | EVERETT H. JOHNSTON FAMILY TRUST<br>P.O. BOX 3605<br>INCLINE VILLAGE, NV 89450 |
| THE GANNAWAY CHARITABLE REMAINDER TRUST<br>PEYTON AND PATRIC<br>CRYSTAL BAY, NV 89402 | THE 2003 RICHARD N. KRUPP, CHARITABLE REMAINDER UNITRUST<br>FRANK HATFIELD, TRUSTEE<br>P.O. BOX 1119<br>SAN MARCOS, CA 92079 |

**USA COMMERCIAL MORTGAGE CO. - 20 LARGEST INVESTORS HOLDING INVESTMENTS SERVICED BY USA**

| | |
|---|---|
| USA CAPITAL DIVERSIFIED TRUST DEED FUND<br>4484 S. PECOS RD.<br>LAS VEGAS, NV 89121 | USA CAPITAL FIRST TRUST DEED FUND<br>4484 S. PECOS RD.<br>LAS VEGAS, NV 89121 |
| FERTITTA ENTERPRISES, INC.<br>2960 W. SAHARA AVE., SUITE 200<br>LAS VEGAS, NV 89102 | ROBERT J. KEHL & RUTH ANN KEHL<br>4963 MESA CAPELLA DR.<br>LAS VEGAS, NV 89148 |
| HELMS HOMES, LLC<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107 | TERRY HELMS LIVING TRUST<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107 |
| ROCKLIN/REDDING LLC<br>278 SUSSEX ST.<br>CARSON CITY, NV 89702 | ARTHUR POLACHECK AND GLORIANNE POLACHECK<br>2056 WOODLAKE CIR.<br>DEERFIELD BEACH FL 33442 |
| HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY<br>SUITE N-409<br>POMPANO BEACH, FL 33062 | LARRY L. RIEGER & PATSY R. RIEGER REVOCABLE TRUST<br>2615 GLEN EAGLES DR.<br>RENO, NV 89523 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| CHARLES B. ANDERSON TRUST<br>211 COPPER RIDGE COURT<br>BOULDER CITY, NV 89005 | JAMES W. MCCOLLUM & PAMELA P. MCCOLLUM<br>1011 F. AVENUE<br>CORONADO, CA 92118 |
| CARDWELL FAMILY TRUST<br>505 EAST WINDMILL LN. 1-B-158<br>LAS VEGAS, NV 89123 | DENNIS FLIER, INC. DEFINED BENEFIT TRUST<br>20155 PORTO VITA WAY 1803<br>AVENTURA, FL 33180 |
| MLH FAMILY INVESTMENT LIMITED<br>8912 E. PINNACLE PEAK RD. F9-602<br>SCOTTSDALE, AZ 85255 | DONALD S. TOMLIN & DOROTHY R. TOMLIN<br>REVOCABLE TRUST<br>7145 BEVERLY GLEN AVE.<br>LAS VEGAS, NV 89110 |
| USA COMMERCIAL MORTGAGE COMPANY<br>4484 S. PECOS RD.<br>LAS VEGAS, NV 89121 | ERIC LYNN LESTER AND CASSIE LESTER<br>500 W. GOLDFIELD AVE.<br>YERINGTON, NV 89447 |
| DENNIS RAGGI<br>P.O. BOX 10475<br>ZEPHYR COVE, NV 89448 | AUGUST J. AMARAL, INC.<br>P.O. BOX 70097<br>RENO, NV 89570 |

**OFFICIAL COMMITTEE(S) AND COUNSEL**

**OTHER PARTIES**

| | |
|---|---|
| NEVADA MORTGAGE LENDING DIVISION<br>ATTN: SUSAN ECKHARDT<br>3075 EAST FLAMINGO #100<br>LAS VEGAS, NV 89121 | U.S. SECURITIES AND EXCHANGE COMMISSION<br>ATTN: SARAH D. MOYED, ESQ.<br>5670 WILSHIRE BLVD., SUITE 1100<br>LOS ANGELES, CA 90036-3648 |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K. STREET, N.W.<br>WASHINGTON, D.C. 20005-4026 | DEPARTMENT OF EMPLOYMENT TRAINING<br>EMPLOYMENT SEC DIV, CONTRIBUTIONS SECTION<br>500 EAST THIRD STREET<br>CARSON CITY NV 89713-0030 |
| DMV AND PUBLIC SAFETY<br>RECORDS SECTION<br>555 WRIGHT WAY<br>CARSON CITY NV 89711-0250 | EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY DESK<br>9790 GATEWAY DRIVE<br>RENO NV 89521-5906 |
| NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS NV 89101 | INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS NV 89106 |
| SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY NV 89701 | NV DEPARTMENT OF TAXATION<br>REVENUE DIVISION<br>CAPITOL COMPLEX<br>CARSON CITY NV 89710-0003 |
| OFFICE OF LABOR COMMISSIONER<br>555 EAST WASHINGTON AVE.<br>SUITE 4100<br>LAS VEGAS NV 89101 | U.S. ATTORNEY<br>DISTRICT OF NEVADA<br>323 LAS VEGAS BLVD. SO, # 5000<br>LAS VEGAS NV 89101 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

871705

| | | |
|---|---|---|
| 1 | UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>POST OFFICE BOX 683 - BEN FRANKLIN STATION<br>WASHINGTON D.C. 20044 | DISTRICT COUNSEL<br>INTERNAL REVENUE SERVICE<br>110 CITY PARKWAY<br>LAS VEGAS NV 89106 |
| 4 | INTERNAL REVENUE SERVICE<br>OGDEN UT 84201 | FHA/HUD<br>DISTRICT OFFICE<br>333 NORTH RANCHO DR., #700<br>LAS VEGAS NV 89106-3797 |
| 6 | DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE AND CLAIMS<br>3225 NORTH CENTRAL<br>PHOENIX AZ 85012 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>POST OFFICE BOX 551220<br>LAS VEGAS NV 89155-1220 |
| 9 | CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>POST OFFICE BOX 551401<br>LAS VEGAS NV 89155-1401 | |

**NOTICES OF APPEARANCE/REQUESTS FOR NOTICE**

| | |
|---|---|
| DON TOMLIN<br>C/O DAVID W. MOUNIER<br>15316 SKY HIGH ROAD<br>ESCONDIDO, CA 92025 | MARYETTA BOWMAN<br>534 ENCHANTED LAKES DRIVE<br>HENDERSON, NV 89052 |
| EDWARD W. HOMFELD<br>HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY<br>SUITE N-409<br>POMPANO BEACH, FLORIDA 33062 | RICHARD MCKNIGHT, ESQ.<br>LAW OFFICES OF RICHARD MCKNIGHT<br>330 S. THIRD STREET, #900<br>LAS VEGAS, NV 89101 |
| RJ ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TX 76248 | MARGIE GANDOLFO<br>1724 ARROW WOOD DRIVE<br>RENO, NV 89521 |
| JANNY CATHARINA BROUWER<br>2533 KINNARD AVENUE<br>HENDERSON, NV 89074 | ROBERT R. KINAS, ESQ.<br>MERIDITH J. STRAND, ESQ.<br>SNELL & WILMER, LLP<br>3800 HOWARD HUGHES PKWY., #1000<br>LAS VEGAS, NV 89109 |
| MICHAEL R. SHULER<br>C/O JAY R. EATON<br>EATON & O'LEARY, PLLC<br>115 GROVE AVENUE<br>PRESCOTT, AZ 86301 | KERMIT KRUSE<br>2710 ALBANY AVENUE<br>DAVIS, CALIFORNIA 95616 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

871705

| | | |
|---|---|---|
| 1 | KELLY J. BRINKMAN, ESQ.<br>GOOLD PATTERSON, ALES & DAY | JANET L. CHUBB, ESQ.<br>JONES VARGAS |
| 2 | 4496 SOUTH PECOS ROAD<br>LAS VEGAS, NV 89121 | 100 WEST LIBERTY STREET, 12TH FLOOR<br>P.O. BOX 281 |
| 3 | | RENO, NV 89504-0281 |
| 4 | MARTIN A. WEISS, ESQ.<br>ONE BETTERWORLD CIRCLE, SUITE 300 | ATTILA JEFZENSZKY<br>1720 COLAVITA WAY |
| 5 | TEMECULA, CA 92590 | RENO, NV 89521 |
| 6 | VINCE DANELIAN<br>C/O EDWARD J. HANIGAN, ESQ. | WILLIAM L. MCGIMSEY, ESQ.<br>601 EAST CHARLESTON BLVD. |
| 7 | 199 N. ARROYO GRANDE BLVD., #200<br>HENDERSON, NV 89074 | LAS VEGAS, NV 89104 |
| 8 | | |
| 9 | PAUL & DONNA JACQUES<br>810 SE 7TH STREET, A103<br>DEERFIELD BEACH, FL 33441 | PETER BOLINO<br>17412 SERENE DRIVE<br>MORGAN HILL, CA 95037 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

871705