Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED on April 26, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case Nos. BK-S-06-10725 LBR
Chapter 11

**MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER LIMITING NOTICE AND APPROVING MASTER SERVICE LIST FOR LIMITED NOTICE**

Date of Hearing: OST REQUESTED
Time of Hearing: OST REQUESTED

Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtor and debtor in possession (the "Debtor"), hereby files this Motion For Order Shortening Time To Hear Motion For Order Limiting Notice and Approving Master Service List For Limited Notice, and in support thereof states as follows:

    1.    A Motion For Order Shortening Time To Hear Motion For Order Limiting Notice

and Approving Master Service List For Limited Notice has been filed. The Motion prays for an order of the Court (1) limiting notice of matters in this case (except where general notice is required by the Federal Rules of Bankruptcy Procedure or this Court's Local Rules) to certain parties who would be included in a Master Service List, and (2) authorizing the establishment and maintenance of such a Master Service List.

2. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3. Hearings are currently scheduled in this matter on May 18, 2006 at 9:30 a.m. to hear other continued motions, and holding a hearing on the Motion at the same time would serve the interests of judicial economy.

4. No known party opposes hearing the Motion on shortened time.

Respectfully submitted this 24th day of April, 2006.

> Annette W. Jarvis, Utah Bar No. 1649
> RAY QUINNEY & NEBEKER P.C.
> 36 South State Street, Suite 1400
> P.O. Box 45385
> Salt Lake City, Utah 84145-0385
> Telephone: (801) 532-1500
> Facsimile: (801) 532-7543
> Email: ajarvis@rqn.com
>
> and
>
> Lenard E. Schwartzer, Nevada Bar No. 0399
> Jeanette E. McPherson, Nevada Bar No. 5423
> SCHWARTZER & MCPHERSON LAW FIRM
> 2850 South Jones Boulevard, Suite 1
> Las Vegas, Nevada 89146
> Telephone: (702) 228-7590
> Facsimile: (702) 892-0122
> Email: www.lawyers.com/schwartzermcpherson