1  Annette W. Jarvis, Utah Bar No. 1649                    E-FILED on April 26, 2006
   RAY QUINNEY & NEBEKER P.C.
2  36 South State Street, Suite 1400
   P.O. Box 45385
3  Salt Lake City, Utah 84145-0385
4  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
5  Email: ajarvis@rqn.com

6  and

7  Lenard E. Schwartzer
   Nevada Bar No. 0399
8  Jeanette E. McPherson
   Nevada Bar No. 5423
9  Schwartzer & McPherson Law Firm
   2850 South Jones Boulevard, Suite 1
10 Las Vegas, Nevada 89146-5308
11 Telephone: (702) 228-7590
   Facsimile: (702) 892-0122
12 E-Mail: bkfilings@s-mlaw.com

13 Attorneys for Debtors

14                 **UNITED STATES BANKRUPTCY COURT**

15                         **DISTRICT OF NEVADA**

16
17 In re:                              Case Nos. BK-S-06-10725  LBR

18                                     Chapter 11
   USA COMMERCIAL MORTGAGE
19 COMPANY,                            **DECLARATION IN SUPPORT OF**
                                       **MOTION FOR ORDER SHORTENING**
20                                     **TIME TO HEAR MOTION FOR ORDER**
                                       **LIMITING NOTICE AND APPROVING**
21                                     **MASTER SERVICE LIST FOR LIMITED**
                                       **NOTICE**
22                          Debtor.
23                                     Date of Hearing:  OST REQUESTED
                                       Time of Hearing:  OST REQUESTED
24

25
26        Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above

27 captioned debtor and debtor in possession (the "Debtor"), under penalties of perjury, hereby

28 declares on this 24th day of April, 2006 that:

                                          1

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1      1.      A Motion For Order Shortening Time To Hear Motion For Order Limiting Notice

2   and Approving Master Service List For Limited Notice (the "Motion") has been filed.  The

3   Motion prays for an order of the Court (1) limiting notice of matters in this case (except where

4   general notice is required by the Federal Rules of Bankruptcy Procedure or this Court's Local

5   Rules) to certain parties who would be included in a Master Service List, and (2) authorizing the

6   establishment and maintenance of such a Master Service List.

7      2.      Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

8      3.      Hearings are currently scheduled in this matter on May 18, 2006 at 9:30 a.m. to

9   hear other continued motions, and holding a hearing on the Motion at the same time would serve

10  the interests of judicial economy.

11     4.      No known party opposes hearing the Motion on shortened time.

12  Respectfully submitted this 24th day of April, 2006.

13

14

15  Jeanette E. McPherson, Esq., Nevada Bar No. 5423
    SCHWARTZER & MCPHERSON LAW FIRM
16  2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada  89146
17  Telephone:  (702) 228-7590
    Facsimile:  (702) 892-0122
18  Email:  www.lawyers.com/schwartzermcpherson

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2