Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED on April 26, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case Nos. BK-S-06-10725 LBR

Chapter 11

**ATTORNEY INFORMATION SHEET RE: MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER LIMITING NOTICE AND APPROVING MASTER SERVICE LIST FOR LIMITED NOTICE**

Date of Hearing: OST REQUESTED
Time of Hearing: OST REQUESTED

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| August B. Landis<br>Assistant U.S. Trustee | April 21, 2006 | X | |

Respectfully submitted this 24 day of April, 2006.

        Annette W. Jarvis, Utah Bar No. 1649
        RAY QUINNEY & NEBEKER P.C.
        36 South State Street, Suite 1400
        P.O. Box 45385
        Salt Lake City, Utah 84145-0385
        Telephone: (801) 532-1500
        Facsimile: (801) 532-7543
        Email: ajarvis@rqn.com

        and

        /s/ Jeanette E. McPherson
        Lenard E. Schwartzer, Nevada Bar No. 0399
        Jeanette E. McPherson, Nevada Bar No. 5423
        SCHWARTZER & MCPHERSON LAW FIRM
        2850 South Jones Boulevard, Suite 1
        Las Vegas, Nevada  89146
        Telephone:  (702) 228-7590
        Facsimile:  (702) 892-0122
        Email: www.lawyers.com/schwartzermcpherson