Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Proposed Attorneys for Debtor and Debtor-In-Possession

E-FILED ON APRIL 25, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725 LBR

Chapter 11

**NOTICE OF HEARINGS ON:**
**1) MOTION FOR ORDER LIMITING NOTICE AND APPROVING MASTER SERVICE LIST FOR LIMITED NOTICE;**

**2) APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER; AND**

**3) APPLICATION TO EMPLOY AND RETAIN RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR THE DEBTOR**

Date: May 18, 2006
Time: 9:30 a.m.

NOTICE IS HEREBY GIVEN that the Debtor has filed certain motions as hereinafter set forth:

1. Motion For Order Limiting Notice and Approving Master Service List For Limited Notice. In this Motion, the Debtor requests that the Court enter an order limiting notice and authorizing the establishment and maintenance of a Master Service List;

2. Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer. In this Application, the Debtor prays for an Order of this Court authorizing it to retain and employ Schwartzer & McPherson Law Firm as counsel herein under a general retainer, with the payment of fees subject to continuing review and approval of this Court, and that it have such other and further relief as is just; and

3. Application By Debtor And Debtor-In-Possession For Authorization To Employ And Retain Ray Quinney & Nebeker P.C. As Counsel For The Debtor. In this Application, the Debtor prays for an Order of this Court authorizing it to employ and appoint and the law firm of Ray Quinney & Nebeker P.C. as counsel for the Debtor, with the payment of fees subject to continuing review and approval of this Court.

> Any Opposition must be filed pursuant to Local Rule 9014(e)(1).
> Local Rule 9014(e)(1): "Except for motions made pursuant to Fed.R.Bank.P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (*eighteen (18) days if service of the motion is by mail pursuant to FRBP 9006(e) and (f)*), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

A copy of the Motion and the Applications may be obtained by contacting the office of the Debtor's counsel, Ray Quinney & Nebeker P.C., telephone: (801) 532-1500 or fax: (801) 532-7543 or by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov.

1  If an objection is not timely filed and served, the relief requested may be granted without a
2  hearing. *LR 9014(a)(1) and LR 9014(c)(1)(E).*
3  NOTICE IS FURTHER GIVEN that the hearings may be continued without further notice.
4  NOTICE IS FURTHER GIVEN that the hearings will be held before a United States
5  Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 3,
6  Las Vegas, Nevada on May 18, 2006 at 9:30 a.m.
7  Respectfully submitted this 25th day of April, 2006.

> Annette W. Jarvis, Utah Bar No. 1649
> RAY QUINNEY & NEBEKER P.C.
> 36 South State Street, Suite 1400
> P.O. Box 45385
> Salt Lake City, Utah 84145-0385
>
> and
>
> /s/ Lenard E. Schwartzer
> Lenard E. Schwartzer, Nevada Bar No. 0399
> Jeanette E. McPherson, Nevada Bar No. 5423
> SCHWARTZER & MCPHERSON LAW FIRM
> 2850 South Jones Boulevard, Suite 1
> Las Vegas, Nevada   89146