:
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON April 27, 2006

Proposed Attorneys for Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725 LBR

Chapter 11

**MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER AUTHORIZING THE RETURN TO INVESTORS OF CERTAIN ESCROWED FUNDS INTENDED FOR THE BUNDY CANYON PROJECT**

Date of Hearing:
Time of Hearing:

Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtor and debtor in possession (the "Debtor"), hereby files this Motion For An Order Shortening Time To Hear Motion For Order Authorizing The Return To Investors Of Certain Escrowed Funds Intended For The Bundy Canyon Project and in support thereof states as follows:

1. A Motion For Order Authorizing The Return To Investors Of Certain Escrowed

1  Funds Intended For The Bundy Canyon Project has been filed.  This Motion requests that the
2  Court enter an order authorizing the Title Company to release the $8.9 million held in the Escrow
3  Account to USACM, and authorizing USACM to promptly return the $8.9 million to the 117
4  Investors and in the amounts as set forth on Exhibit A of the Motion.

5       2.    The Nevada Mortgage Lending Division, a state regulatory body within the Nevada
6  Department of Business & Industry, has requested that this Motion be heard as soon as possible at
7  the hearings scheduled for May 3, 2006, so that the funds can be released to investors.

8       3.    Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

9       4.    Hearings are currently scheduled in this matter on May 3, 2006 at 9:30 a.m. to hear
10 other motions, and holding a hearing on the Motion at the same time would serve the interests of
11 judicial economy.

12      5.    No known party opposes hearing the Motion on shortened time.
13 Respectfully submitted on April 27, 2006.

                       Annette W. Jarvis, Utah Bar No. 1649
                       RAY QUINNEY & NEBEKER P.C.
                       36 South State Street, Suite 1400
                       P.O. Box 45385
                       Salt Lake City, Utah 84145-0385

                       and

                       /s/ Jeanette E. McPherson, Esq.
                       Lenard E. Schwartzer, Nevada Bar No. 0399
                       Jeanette E. McPherson, Nevada Bar No. 5423
                       SCHWARTZER & MCPHERSON LAW FIRM
                       2850 South Jones Boulevard, Suite 1
                       Las Vegas, Nevada   89146

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122