Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

**E-FILED ON April 27, 2006**

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Proposed Attorneys for Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                            Debtor. | Case No. BK-S-06-10725  LBR<br><br>Chapter 11<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER AUTHORIZING THE RETURN TO INVESTORS OF CERTAIN ESCROWED FUNDS INTENDED FOR THE BUNDY CANYON PROJECT**<br><br>Date of Hearing: OST PENDING<br>Time of Hearing:  OST PENDING |

Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtor and debtor in possession (the "Debtor"), under penalties of perjury, hereby declares on this 27th day of April, 2006 that:

1.     A Motion For Order Authorizing The Return To Investors Of Certain Escrowed

Funds Intended For The Bundy Canyon Project has been filed. This Motion requests that the Court enter an order authorizing the Title Company to release the $8.9 million held in the Escrow Account to USACM, and authorizing USACM to promptly return the $8.9 million to the 117 Investors and in the amounts as set forth on Exhibit A of the Motion.

2. The Nevada Mortgage Lending Division, a state regulatory body within the Nevada Department of Business & Industry, has requested that this Motion be heard as soon as possible at the hearings scheduled for May 3, 2006, so that the funds can be released to investors.

3. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

4. Hearings are currently scheduled in this matter on May 3, 2006 at 9:30 a.m. to hear other motions, and holding a hearing on the Motion at the same time would serve the interests of judicial economy.

5. No known party opposes hearing the Motion on shortened time.

Respectfully submitted on April 27, 2006.

        Annette W. Jarvis, Utah Bar No. 1649
        RAY QUINNEY & NEBEKER P.C.
        36 South State Street, Suite 1400
        P.O. Box 45385
        Salt Lake City, Utah 84145-0385

        and

    /s/ Jeanette E. McPherson, Esq.
    Lenard E. Schwartzer, Nevada Bar No. 0399
    Jeanette E. McPherson, Nevada Bar No. 5423
    SCHWARTZER & MCPHERSON LAW FIRM
    2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada 89146