Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

**E-FILED ON April 27, 2006**

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Proposed Attorneys for Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725  LBR<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET**<br><br>Date of Hearing:  OST PENDING<br>Time of Hearing:  OST PENDING |
| --- | --- |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    As required by the Court, I have contacted the parties listed below regarding the proposed

2    Order Shortening Time.  They agree or disagree to the time being shortened, as indicated below:

3    **NAME**                    **DATE CONTACTED**        **AGREE**            **DISAGREE**

4    August B. Landis                    April 27, 2006
     Assistant U.S. Trustee
5

6    NOTE:        Debtor's counsel has contacted Mr. Landis regarding the proposed Order

7    Shortening Time on April 27, 2006 and left a voice message, however, counsel has not received a

8    response to the voice message.

9            Respectfully submitted on April 27, 2006.

10                                         Annette W. Jarvis, Utah Bar No. 1649
                                           RAY QUINNEY & NEBEKER P.C.
11                                         36 South State Street, Suite 1400
                                           P.O. Box 45385
12                                         Salt Lake City, Utah 84145-0385

13                                                and

14

15                                            /s/ Jeanette E. McPherson
                                           Lenard E. Schwartzer, Nevada Bar No. 0399
16                                         Jeanette E. McPherson, Nevada Bar No. 5423
                                           SCHWARTZER & MCPHERSON LAW FIRM
17                                         2850 South Jones Boulevard, Suite 1
                                           Las Vegas, Nevada   89146
18

19

20

21

22

23

24

25

26

27

28

P:\USA Commercial Mortgage\USA Commercial Mortgage Company\OST - Motion Re Return INvestor Funds\OST Atty Info Sheet Re Return of Funds.doc