Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

**E-FILED ON April 27, 2006**

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Proposed Attorneys for Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725 LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **AMENDED ATTORNEY INFORMATION SHEET**<br><br>Date of Hearing: OST PENDING<br>Time of Hearing: OST PENDING |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
P:\USA Commercial Mortgage\USA Commercial Mortgage Company\OST - Motion Re Return INvestor Funds\OST Atty Info Sheet Re Return of Funds.doc

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| August B. Landis<br>Assistant U.S. Trustee | April 27, 2006 | X | |

NOTE:   Mr. Landis has promptly responded to the voice message left for him, and has indicated his agreement to regarding the proposed Order Shortening Time. Accordingly, the Attorney Information Sheet has been amended.

Respectfully submitted on April 27, 2006.

> Annette W. Jarvis, Utah Bar No. 1649
> RAY QUINNEY & NEBEKER P.C.
> 36 South State Street, Suite 1400
> P.O. Box 45385
> Salt Lake City, Utah 84145-0385
>
> and
>
> /s/ Jeanette E. McPherson
> Lenard E. Schwartzer, Nevada Bar No. 0399
> Jeanette E. McPherson, Nevada Bar No. 5423
> SCHWARTZER & MCPHERSON LAW FIRM
> 2850 South Jones Boulevard, Suite 1
> Las Vegas, Nevada   89146