1  Annette W. Jarvis, Utah Bar No. 1649
   RAY QUINNEY & NEBEKER P.C.
2  36 South State Street, Suite 1400
   P.O. Box 45385
3  Salt Lake City, Utah 84145-0385
4  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
5  Email: ajarvis@rqn.com

6  and

7  Lenard E. Schwartzer
   Nevada Bar No. 0399
8  Jeanette E. McPherson
   Nevada Bar No. 5423
9  Schwartzer & McPherson Law Firm
   2850 South Jones Boulevard, Suite 1
10 Las Vegas, Nevada 89146-5308
11 Telephone: (702) 228-7590
   Facsimile: (702) 892-0122
12 E-Mail: bkfilings@s-mlaw.com

13 Attorneys for Debtors

**E-FILED ON APRIL 26, 2006**

14                **UNITED STATES BANKRUPTCY COURT**

15                      **DISTRICT OF NEVADA**

16

17 In re:

18 USA COMMERCIAL MORTGAGE
   COMPANY,
19

20

21
                                    Debtor.
22

Case Nos. BK-S-06-10725 LBR
Chapter 11

**MOTION FOR ORDER LIMITING
NOTICE AND APPROVING
MASTER SERVICE LIST FOR LIMITED
NOTICE**

Date: OST PENDING
Time: OST PENDING

23        USA Commercial Mortgage Company, the debtor and debtor-in-possession (the "Debtor"),

24 by and through its counsel, submits this motion (the "Motion"), pursuant to Fed. R. Bankr. P.

25 2002(i) and (m) for an order (1) limiting notice of matters in this case (except where general notice

26 is required by the Federal Rules of Bankruptcy Procedure or this Court's Local Rules) to certain

27 parties who would be included in a Master Service List as suggested below, and (2) authorizing

28 the establishment and maintenance of such a Master Service List.  In support hereof, the Debtor

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  states as follows.

2  **POINTS AND AUTHORITIES**

3      1.  This Debtor, along with the related Debtors, have known creditors, equity security

4  holders and other parties in interest totaling approximately 6,900 persons and entities.

5      2.  In order to avoid unnecessary expense in these cases and proceedings, Debtor requests

6  that notice of all matters should be limited to parties listed in a master service list (the "Master

7  Service List"), except those to which the Federal Rules of Bankruptcy Procedure or this Court's

8  Local Rules require that notice be given to all parties in interest, including without limitation,

9  notices relating to the approval of a disclosure statement and confirmation of a plan of

10  reorganization, and notices involving the sale of substantially all of the assets of a debtor's estate.

11  Debtor proposes that the parties listed on the Master Service List include the following, the names

12  and addresses of which are set forth in **Exhibit "A"** attached hereto:

13          a.      The United States Trustee;

14          b.      The Unsecured Creditors' Committee and its counsel and any other

15  committee appointed pursuant to 11 U.S.C. § 1102, and its counsel;

16          c.      Secured creditors and their counsel;

17          d.      The unsecured creditors holding the 20 largest unsecured claims against

18  each Debtor (or, if a specific Debtor does not have 20 unsecured creditors, all such

19  creditors);

20          e.      The members of USA Capital First Trust Deed Fund, LLC holding the 20

21  largest equity interests in that entity;

22          f.      The members of USA Capital Diversified Trust Deed Fund, LLC holding

23  the 20 largest equity interests in that entity;

24          g.      The 20 largest investors who have an interest as a lender in a loan being

25  serviced by USA Commercial Mortgage Company and who would not otherwise receive

26  notice within one of the groups above;

27          h.      Governmental entities (and counsel) listed on the list attached hereto; and

28          i.      Any party not listed above who files with the Court a notice of appearance

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  and request for notice and serves such notice with the counsel for the Trustee.

2      3.  In order to ensure uniform and current notice, the Debtor also requests that the Court

3  authorizes it to establish and maintain this Master Service List, which includes the parties listed

4  above, and update it on a periodic basis and file the updated versions with the Court. Each filed

5  updated version of the Master Service List would be dated and numbered.

6      4.  The Debtor further requests that parties be required to use the current Master Service

7  List for notice.

8      5.  While the Debtor shall establish and maintain the Master Service List, the Debtor

9  requests that parties in interest shall be responsible for providing the Debtor's counsel with any

10  corrections or changes to names and addresses. Parties on the Master Service List may also notify

11  Debtor's counsel in writing if they prefer to receive service by e-mail rather than regular mail.

12     6.  Finally, Debtor requests that parties shall be permitted to be added to or deleted from

13  the Master Service List upon written request to the Court.

14                                **CONCLUSION**

15     WHEREFORE, for cause shown, the Debtor requests that the Court enter an order limiting

16  notice and authorizing the establishment and maintenance of a Master Service List pursuant to the

17  conditions outlined above.

18     Respectfully submitted this _____ day of April, 2006.

19
20
21                                Annette W. Jarvis, Utah Bar No. 1649
                                  RAY QUINNEY & NEBEKER P.C.
                                  36 South State Street, Suite 1400
                                  P.O. Box 45385
22                                Salt Lake City, Utah 84145-0385
                                  Email: ajarvis@rqn.com
23
                                  and
24
25
26                                Lenard E. Schwartzer, Nevada Bar No. 0399
                                  Jeanette E. McPherson, Nevada Bar No. 5423
27                                SCHWARTZER & MCPHERSON LAW FIRM
                                  2850 South Jones Boulevard, Suite 1
28                                Las Vegas, Nevada  89146
                                  Email:  www.lawyers.com/schwartzermcpherson

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# EXHIBIT "A"

1   Annette W. Jarvis, Utah Bar No. 1649
    RAY QUINNEY & NEBEKER P.C.
2   36 South State Street, Suite 1400
    P.O. Box 45385
3   Salt Lake City, Utah 84145-0385
    Telephone: (801) 532-1500
4   Facsimile: (801) 532-7543
    Email: ajarvis@rqn.com
5
6   and

7   Lenard E. Schwartzer
    Nevada Bar No. 0399
8   Jeanette E. McPherson
    Nevada Bar No. 5423
9   Schwartzer & McPherson Law Firm
    2850 South Jones Boulevard, Suite 1
10  Las Vegas, Nevada 89146-5308
    Telephone: (702) 228-7590
11  Facsimile: (702) 892-0122
    E-Mail: bkfilings@s-mlaw.com
12  Attorneys for Debtor
13

14              UNITED STATES BANKRUPTCY COURT

15                    DISTRICT OF NEVADA

16
17  In re:                                    Case No. BK-S-06-10725-lbr

18                                            Chapter 11
    USA COMMERCIAL MORTGAGE COMPANY,
19
20                                            **MASTER SERVICE LIST FOR**
                                              **LIMITED NOTICE #1**
21                                Debtor.
22
23
24
25
26
27                                            Hearing Date: n/a
                                              Hearing Time: n/a
28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

871705

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**DEBTOR AND COUNSEL**

ANNETTE W. JARVIS
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UTAH 84145-0385

LENARD E. SCHWARTZER
JEANETTE E. MCPHERSON
SCHWARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BOULEVARD, SUITE 1
LAS VEGAS, NEVADA 89146-5308

USA COMMERCIAL MORTGAGE
USA CAPITAL REALTY ADVISORS, LLC
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
USA CAPITAL FIRST TRUST DEED FUND, LLC
USA SECURITIES, LLC
THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

**THE UNITED STATES TRUSTEE**

OFFICE OF THE U.S. TRUSTEE
300 LAS VEGAS BLVD., SOUTH, STE. 4300
LAS VEGAS, NV 89101

**USA COMMERCIAL MORTGAGE COMPANY - 20 LARGEST UNSECURED CREDITORS**

| | |
|---|---|
| BUNCH, DELL<br>1909 RED ROBIN COURT<br>LAS VEGAS, NV 89134 | SPECIAL ORDER SYSTEMS<br>575 MENLO DRIVE, SUITE 4<br>ROCKLIN, CA 95765 |
| PETERSON, MICHAEL<br>C/O JOHN F. O'REILLY<br>O'REILLY LAW GROUP, LLC<br>325 SOUTH MARYLAND PARKWAY<br>LAS VEGAS, NV 89101 | GOOLD PATTERSON ALES & DAY<br>4496 SO. PECOS RD.<br>LAS VEGAS, NV 89121 |
| ADVANCED INFORMATION SYSTEMS<br>4270 CAMERON STREET, SUITE #1<br>LAS VEGAS, NV 89121 | PARIS LINE LLC<br>4759 ILLUSTRIOUS STREET<br>LAS VEGAS, NV 89147 |
| PECOS PROFESSIONAL PARK<br>4484 SOUTH PECOS PARK<br>LAS VEGAS, NV 89121 | RD ADVERTISING<br>3230 E. FLAMINGO ROAD, #8-532<br>LAS VEGAS, NV 89121 |
| ANNEE OF PARIS COIFFURES, INC.<br>8049 PINNCALE PEAK<br>LAS VEGAS, NV 89113 | HASPINOV, LLC<br>4484 SOUTH PECOS RD.<br>LAS VEGAS, NV 89121 |

871705

USA COMMERCIAL REAL ESTATE GROUP
4484 SOUTH PECOS RD
LAS VEGAS, NV 89121

U.S. BANK
P.O. BOX 790179
SAINT LOUIS, MO 63179-0179

BANK OF AMERICA
P.O. BOX 30750
LOS ANGELES, CA 90030-0750

CITIBANK
P.O. BOX 26901
SAN FRANCISCO, CA 94126

WEST COAST LIFE INSURANCE COMPANY
P.O. BOX 11407
BIRMINGHAM, AL 35246-0078

WELLS FARGO BANK
MAC T5601-012
P.O. BOX 659700
SAN ANTONIO, TX 78286-0700

RUSSELL AD DEVELOPMENT GROUP, LLC
P.O. BOX 28216
SCOTTSDALE, AZ 85255

SCOTSMAN PUBLISHING, INC.
P.O. BOX 692
BOTHELL, WA 98041-0692

NEVADA STATE BANK
P.O. BOX 990
LAS VEGAS, NV 89125-0990

NEVADA DEPARTMENT OF TAXATION
P.O. BOX 52674
PHOENIX, AZ 85072-2674

**USA CAPITAL REALTY ADVISORS, LLC - UNSECURED CREDITORS**

KUMMER, KAEMPFER, BONNER & RENSHAW
3800 HOWARD HUGHES PKWY., 7TH FLOOR
LAS VEGAS, NV  89109

INTERSHOW
THE GITHLER CENTER
1258 NORTH PALM AVE.
SARASOTA, FL  34236

**USA SECURITIES, LLC - UNSECURED CREDITORS**

JAMES HULL
C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
TORRANCE, CA  90505

GEORGE GORMAN
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA  91362

R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA  91362

TIM RICH
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA  91362

**USA CAPITAL FIRST TRUST DEED FUND  -  20 LARGEST EQUITY INTERESTS**

R.T. ENTERPRISES, ROBERT E. TAYLOR, GP
1535 FLYNN ROAD
CAMARILLO, CA  93012

ROBERT E. TAYLOR
1535 FLYNN ROAD
CAMARILLO, CA  93012

ROBERT E. TAYLOR, PRESIDENT
1535 FLYNN ROAD
CAMARILLO, CA  93012

WILLIAM EDWARDS
12550 5TH ST. EAST
TREASURE ISLAND, FL  33706

ROBERT G. BERRY JR. AND
JEANNETTE K. BERRY
4460 MOUNTAINGATE DR.
RENO, NV  89509

THE TONI ANTONACCI TRUST
6341 N. STEPHANIE #210
HENDERSON, NV  89014

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

871705

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

KATZ 2000
SARA M. KATZ AND JACK KATZ TTEE
4484 S. PECOS RD.
LAS VEGAS, NV 89121

JACK AND SYLVIA GOLDENTHAL
20155 NE 38TH CT. UNIT 1603
AVENTURA, FL 33180

MARY E. AND MATTHEW J. MORO, JTWROS
1009 8TH ST
MANHATTAN BEACH, CA 90266

WEN BALDWIN SEPARATE PROPERTY TRUST
365 DOOLEY DRIVE
HENDERSON, NV 89015

GWEN MELONAS FAMILY TRUST
10633 PARADISE POINT
LAS VEGAS, NV 89134

KOHLER LIVING TRUST
GUENTHER A. AND ELFRIEDE KOHLER
842 OVERLOOK COURT
SAN MATEO, CA 94403

ARISTOTLE S. MELONAS
7240 NIGHT HERON WAY
NORTH LAS VEGAS, NV 89084

JOHN WARNER JR., IRA
C/O FIRST SAVINGS BANK
2605 EAST FLAMINGO RD
LAS VEGAS, NV 89121

STEVEN M. AND MARGARET W. TERRY TRUST
113 WORTHEN CIRCLE
LAS VEGAS, NV 89145

ANDREW AND ELLEN DAUSCHER
P.O. BOX 10031
ZEPHYR COVE, NV 89448

WILLIAM W. MILLER
P.O. BOX 247
ST. GEORGE, UT 84771

JAMES J. TANAKA, IRA
RETIREMENT ACCOUNTS, INC.
P.O. BOX 173785
DENVER, CO 80217-3785

RICHARD G. WOUDSTRA REVOCABLE TRUST
RICHARD G. WOUDSTRA, TTEE
P.O. BOX 530025
HENDERSON, NV 89053

DONNA LUTTEL AND GERHARD LUTTEL AND
GWENDOLYN ALLRED
P.O. BOX 35425
LAS VEGAS, NV 89133

## USA CAPITAL DIVERSIFIED TRUST DEED FUND - 20 LARGEST EQUITY INTERESTS

HERMAN M. ADAMS OR BRIAN M. ADAMS OR
ANTHONY G. ADAMS
1341 CASHMAN DR.
LAS VEGAS, NV 89102

KANTOR NEPHROLOGY CONSULTANTS
GARY KANTOR, TRUSTEE
1750 EAST DESERT INN, SUITE 200
LAS VEGAS, NV 89109

DR. GARY KANTOR
2816 VISTA DEL SOL
LAS VEGAS, NV 89120

ROBERT G. WORTHEN
112 WORTHEN CIR.
LAS VEGAS, NV 89145

KATZ 2000 SEPARATE PROPERTY TRUST
SARA M. KATZ, MANAGING TRUSTEE
4484 S. PECOS RD.
LAS VEGAS, NV 89121

KUSUM DESAI, MD
3093 RED ARROW DR.
LAS VEGAS, NV 89134

AAA OM FINANCIAL, LLC
3093 RED ARROW DR.
LAS VEGAS, NV 89134

THOMAS C. LAWYER FAMILY TRUST
45 VENTANA CANYON DR.
LAS VEGAS, NV 89113

871705

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| JOHN PARKER KURLINSKI & CLAIRE SAWYER KURLINSKI REVOCABLE TRUST<br>JOHN AND CLAIR KURLINSKI, TTEES<br>322 BEAM DRIVE<br>LAS VEGAS, NV 89118 | THE L. E. AND J. G. BLAIR FAMILY TRUST<br>LLOYD E. BLAIR TTEE<br>1931 QUAIL CREEK CT.<br>RENO, NV 89509-0671 |
| CHARLES O. NICHOLS AND FLORA A. NICHOLS<br>2561 SEASCAPE DR.<br>LAS VEGAS, NV 89128 | EMONA DENTAL STUDIOS, INC. PENSION AND PROFIT SHARING PLANS<br>4043 CHALFONT ST.<br>LAS VEGAS, NV 89121 |
| CHILDRENS DENTAL GROUP, INC. DEFINED BENEFIT PENSION PLAN<br>413 CANYON GREENS DR.<br>LAS VEGAS, NV 89144 | FRANK REALE, DC<br>6908 EMERALD SPRINGS LANE<br>LAS VEGAS, NV 89113 |
| MICHAELIAN HOLDINGS, LLC<br>413 CANYON GREENS DR.<br>LAS VEGAS, NV 89144 | MOLITCH 1997 TRUST<br>MATTHEW MOLITCH, TRUSTEE<br>2251 N. RAMPART, #185<br>LAS VEGAS, NV 89128 |
| FIRST TRUST COMPANY OF ONAGA C/F JEAN-JACQUES LEBLANC IRA<br>301 LEONARD<br>ONAGA, KS 66521 | EVERETT H. JOHNSTON FAMILY TRUST<br>P.O. BOX 3605<br>INCLINE VILLAGE, NV 89450 |
| THE GANNAWAY CHARITABLE REMAINDER TRUST<br>PEYTON AND PATRIC<br>CRYSTAL BAY, NV 89402 | THE 2003 RICHARD N. KRUPP, CHARITABLE REMAINDER UNITRUST<br>FRANK HATFIELD, TRUSTEE<br>P.O. BOX 1119<br>SAN MARCOS, CA 92079 |

**USA COMMERCIAL MORTGAGE CO. - 20 LARGEST INVESTORS HOLDING INVESTMENTS SERVICED BY USA**

| | |
|---|---|
| USA CAPITAL DIVERSIFIED TRUST DEED FUND<br>4484 S. PECOS RD.<br>LAS VEGAS, NV 89121 | USA CAPITAL FIRST TRUST DEED FUND<br>4484 S. PECOS RD.<br>LAS VEGAS, NV 89121 |
| FERTITTA ENTERPRISES, INC.<br>2960 W. SAHARA AVE., SUITE 200<br>LAS VEGAS, NV 89102 | ROBERT J. KEHL & RUTH ANN KEHL<br>4963 MESA CAPELLA DR.<br>LAS VEGAS, NV 89148 |
| HELMS HOMES, LLC<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107 | TERRY HELMS LIVING TRUST<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107 |
| ROCKLIN/REDDING LLC<br>278 SUSSEX ST.<br>CARSON CITY, NV 89702 | ARTHUR POLACHECK AND GLORIANNE POLACHECK<br>2056 WOODLAKE CIR.<br>DEERFIELD BEACH FL 33442 |
| HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY<br>SUITE N-409<br>POMPANO BEACH, FL 33062 | LARRY L. RIEGER & PATSY R. RIEGER REVOCABLE TRUST<br>2615 GLEN EAGLES DR.<br>RENO, NV 89523 |

82,705

CHARLES B. ANDERSON TRUST
211 COPPER RIDGE COURT
BOULDER CITY, NV 89005

JAMES W. MCCOLLUM & PAMELA P. MCCOLLUM
1011 F. AVENUE
CORONADO, CA 92118

CARDWELL FAMILY TRUST
505 EAST WINDMILL LN. 1-B-158
LAS VEGAS, NV 89123

DENNIS FLIER, INC. DEFINED BENEFIT TRUST
20155 PORTO VITA WAY 1803
AVENTURA, FL 33180

MLH FAMILY INVESTMENT LIMITED
8912 E. PINNACLE PEAK RD. F9-602
SCOTTSDALE, AZ 85255

DONALD S. TOMLIN & DOROTHY R. TOMLIN
REVOCABLE TRUST
7145 BEVERLY GLEN AVE.
LAS VEGAS, NV 89110

USA COMMERCIAL MORTGAGE COMPANY
4484 S. PECOS RD.
LAS VEGAS, NV 89121

ERIC LYNN LESTER AND CASSIE LESTER
500 W. GOLDFIELD AVE.
YERINGTON, NV 89447

DENNIS RAGGI
P.O. BOX 10475
ZEPHYR COVE, NV 89448

AUGUST J. AMARAL, INC.
P.O. BOX 70097
RENO, NV 89570

**OFFICIAL COMMITTEE(S) AND COUNSEL**

**OTHER PARTIES**

NEVADA MORTGAGE LENDING DIVISION
ATTN: SUSAN ECKHARDT
3075 EAST FLAMINGO #100
LAS VEGAS, NV 89121

U.S. SECURITIES AND EXCHANGE COMMISSION
ATTN: SARAH D. MOYED, ESQ.
5670 WILSHIRE BLVD., SUITE 1100
LOS ANGELES, CA 90036-3648

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K. STREET, N.W.
WASHINGTON, D.C. 20005-4026

DEPARTMENT OF EMPLOYMENT TRAINING
EMPLOYMENT SEC DIV, CONTRIBUTIONS
SECTION
500 EAST THIRD STREET
CARSON CITY NV 89713-0030

DMV AND PUBLIC SAFETY
RECORDS SECTION
555 WRIGHT WAY
CARSON CITY NV 89711-0250

EMPLOYERS INSURANCE CO. OF NV
ATTN: BANKRUPTCY DESK
9790 GATEWAY DRIVE
RENO NV 89521-5906

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
555 EAST WASHINGTON, #1300
LAS VEGAS NV 89101

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT.
STOP 5028
110 CITY PARKWAY
LAS VEGAS NV 89106

SECRETARY OF STATE
STATE OF NEVADA
202 NORTH CARSON STREET
CARSON CITY NV 89701

NV DEPARTMENT OF TAXATION
REVENUE DIVISION
CAPITOL COMPLEX
CARSON CITY NV 89710-0003

OFFICE OF LABOR COMMISSIONER
555 EAST WASHINGTON AVE.
SUITE 4100
LAS VEGAS NV 89101

U.S. ATTORNEY
DISTRICT OF NEVADA
323 LAS VEGAS BLVD. SO, # 5000
LAS VEGAS NV 89101

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

871705

1
UNITED STATES DEPT. OF JUSTICE
TAX DIVISION – WESTERN REGION
2
POST OFFICE BOX 683 - BEN FRANKLIN
STATION
3
WASHINGTON D.C. 20044

DISTRICT COUNSEL
INTERNAL REVENUE SERVICE
110 CITY PARKWAY
LAS VEGAS NV 89106

4
INTERNAL REVENUE SERVICE
OGDEN UT 84201
5

FHA/HUD
DISTRICT OFFICE
333 NORTH RANCHO DR., #700
LAS VEGAS NV 89106-3797

6
7
DEPT. OF VETERANS AFFAIRS
LOAN SERVICE AND CLAIMS
3225 NORTH CENTRAL
8
PHOENIX AZ 85012

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
POST OFFICE BOX 551220
LAS VEGAS NV 89155-1220

9
CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
POST OFFICE BOX 551401
10
LAS VEGAS NV 89155-1401

11
**NOTICES OF APPEARANCE/REQUESTS FOR NOTICE**

12
DON TOMLIN
C/O DAVID W. MOUNIER
13
15316 SKY HIGH ROAD
ESCONDIDO, CA 92025
14

MARYETTA BOWMAN
534 ENCHANTED LAKES DRIVE
HENDERSON, NV 89052

15
EDWARD W. HOMFELD
HOMFELD II, LLC
16
777 SOUTH FEDERAL HIGHWAY
SUITE N-409
17
POMPANO BEACH, FLORIDA 33062

RICHARD MCKNIGHT, ESQ.
LAW OFFICES OF RICHARD MCKNIGHT
330 S. THIRD STREET, #900
LAS VEGAS, NV 89101

18
RJ ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248
19

MARGIE GANDOLFO
1724 ARROW WOOD DRIVE
RENO, NV 89521

20
21
JANNY CATHARINA BROUWER
2533 KINNARD AVENUE
HENDERSON, NV 89074
22

ROBERT R. KINAS, ESQ.
MERIDITH J. STRAND, ESQ.
SNELL & WILMER, LLP
3800 HOWARD HUGHES PKWY., #1000
LAS VEGAS, NV 89109

23
24
MICHAEL R. SHULER
C/O JAY R. EATON
EATON & O'LEARY, PLLC
25
115 GROVE AVENUE
PRESCOTT, AZ 86301

KERMIT KRUSE
2710 ALBANY AVENUE
DAVIS, CALIFORNIA 95616

26
27
28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

871705

1 | KELLY J. BRINKMAN, ESQ.
GOOLD PATTERSON, ALES & DAY

2 | 4496 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

3

4 | MARTIN A. WEISS, ESQ.
ONE BETTERWORLD CIRCLE, SUITE 300

5 | TEMECULA, CA 92590

6 | VINCE DANELIAN
C/O EDWARD J. HANIGAN, ESQ.

7 | 199 N. ARROYO GRANDE BLVD., #200
HENDERSON, NV 89074

8

9 | PAUL & DONNA JACQUES
810 SE 7TH STREET, A103
DEERFIELD BEACH, FL 33441

JANET L. CHUBB, ESQ.
JONES VARGAS
100 WEST LIBERTY STREET, 12TH FLOOR
P.O. BOX 281
RENO, NV 89504-0281

ATTILA JEFZENSZKY
1720 COLAVITA WAY
RENO, NV 89521

WILLIAM L. MCGIMSEY, ESQ.
601 EAST CHARLESTON BLVD.
LAS VEGAS, NV 89104

PETER BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA 95037

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

871705