CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
JAMES A. KOHL, ESQ.
Nevada Bar No.: 5692
CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

E-FILED ON: 4-28-06

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | CASE NO.: BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | CASE NO.: BK-S-06-10726-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | CASE NO.: BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | CASE NO.: BK-S-06-10728-LBR |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | CASE NO.: BK-S-06-10729-LBR |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC, | Chapter 11<br><br>**HEARING:**<br>**Date:** N/A<br>**Time:** N/A |

**REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE
ADDED TO THE MASTER MAILING MATRIX**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT\DEBTORS' ATTORNEYS

**PLEASE TAKE NOTICE** that CiCi CUNNINGHAM, ESQ. and RAWLINGS, OLSON, CANNON, GORMLEY & DESRUISSEAUX, as attorneys of record for Creditors, Prospect High Income Fund, ML CBO IV (Cayman) Ltd., PAMCO Cayman, Ltd., PAM Capital Funding, L.P., Highland Crusader Fund, Ltd., and PCMG Trading Partners XXII, L.P., in the above-entitled proceeding, does hereby request that its address as listed below be added to the Master Mailing Matrix in this case and, as said attorneys of record, that we receive notice of all proceedings in this matter.

DATED this 28th day of April, 2006.

Respectfully Submitted By:

Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

Law Offices of
RAWLINGS, OLSON, CANNON, GORMLEY & DESRUISSEAUX
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   TELECOPIER (702) 383-0701