RECEIVED & FILED

# Tuesday, April 25, 2006

'06 APR 27 P1 :26

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

**US Bankruptcy Court Office**
**Foley Federal Bldg**
**300 Las Vegas Blvd South**
**Las Vegas  NV  89101**

**ATTN:  Clerk Of Courts**

My name is Paul A Jacques and this is a request for
notice of case # BK-S-06-10725-LBR.  I am a
creditor in this case but have since relocated to
Florida  and was not sent a notice of them Filing
Chapter 11.


Thank you

*Paul A. Jacques*

Paul A Jacques