

**Entered on Docket**
**May 01, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

~~Annette W. Jarvis, Utah Bar No. 1649~~
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER LIMITING NOTICE AND APPROVING MASTER SERVICE LIST FOR LIMITED NOTICE; AND NOTICE OF HEARING**<br><br>Date of Hearing:    May 18, 2006<br>Time of Hearing:    9:30 a.m. |

1
P:\USA Commercial Mortgage\USA Commercial Mortgage Company\OST Order Hear Motion Limiting Notice.doc

1  TO:   ALL PARTIES IN INTEREST

2  PLEASE TAKE NOTICE that upon an Ex Parte Motion For An Order Shortening Time
3  To Hear Motion For Order Limiting Notice and Approving Master Service List For Limited
4  Notice (the "Motion"), and good cause appearing, the Court finds that there is a situation which
5  justifies shortening the time for hearing, and it is

6  ORDERED that the hearing on the Motion will be heard before a United States
7  Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South,
8  Courtroom 1, Las Vegas, NV on ____May 18____, 2006 at the hour of __9:30__, _a_.m.;
9  and you will take further

10  NOTICE that the Motion prays for an order of the Court (1) limiting notice of matters in
11  this case (except where general notice is required by the Federal Rules of Bankruptcy Procedure or
12  this Court's Local Rules) to certain parties who would be included in a Master Service List, and
13  (2) authorizing the establishment and maintenance of such a Master Service List.

14  For a copy of the filed motion you may contact the Debtor's attorney, Lenard E.
15  Schwartzer, Esq. of the Schwartzer & McPherson Law Firm at (702) 228-7590, or you may obtain
16  a copy from the Bankruptcy Court online through Pacer at www.nvb.uscourts.gov.

17  Submitted by:

18  Annette W. Jarvis, Utah Bar No. 1649
    RAY QUINNEY & NEBEKER P.C.
19  36 South State Street, Suite 1400
20  P.O. Box 45385
    Salt Lake City, Utah 84145-0385
21  Email: ajarvis@rqn.com
22          and

23  _/s/ Jeanette E. McPherson_
24  Lenard E. Schwartzer, Nevada Bar No. 0399
    Jeanette E. McPherson, Nevada Bar No. 5423
25  SCHWARTZER & MCPHERSON LAW FIRM
    2850 South Jones Boulevard, Suite 1
26  Las Vegas, Nevada  89146
27  Email: www.lawyers.com/schwartzermcpherson

28                              # # #

P:\USA Commercial Mortgage\USA Commercial Mortgage Company\OST Order Hear Motion Limiting Notice.doc