**Entered on Docket**
**May 01, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case Nos. BK-S-06-10725 LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **ORDER SHORTENING TIME TO HEAR APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER** |
| | Date of Hearing: May 18, 2006 |
| | Time of Hearing: 9:30 a.m. |

P:\USA Commercial Mortgage\USA Commercial Mortgage Company\OST documents\OST Order Hear Application Employ SM.doc

1

TO:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that upon an Application of USA COMMERCIAL MORTGAGE COMPANY ("Debtor") to retain and employ Schwartzer & McPherson Law Firm as counsel under a general retainer (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

ORDERED that the hearing on the Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Courtroom 1, Las Vegas, NV on _____May 18_____, 2006 at the hour of _____9:30,___ a.m.

For a copy of the filed motion you may contact the Debtor's attorney, Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm at (702) 228-7590, or you may obtain a copy from the Bankruptcy Court online through Pacer at www.nvb.uscourts.gov.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Email: ajarvis@rqn.com

and

*/s/ Lenard E. Schwartzer*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
Email: www.lawyers.com/schwartzermcpherson

### #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122