**Entered on Docket**
**May 01, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Proposed Attorneys for Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER AUTHORIZING THE RETURN TO INVESTORS OF CERTAIN ESCROWED FUNDS INTENDED FOR THE BUNDY CANYON PROJECT**<br><br>Date of Hearing: May 18, 2006<br>Time of Hearing: 9:30 A.M. |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Upon an Ex Parte Motion For An Order Shortening Time To Hear Motion For Order Authorizing The Return To Investors Of Certain Escrowed Funds Intended For The Bundy Canyon Project (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

ORDERED that the hearing on the Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Courtroom 1, Las Vegas, NV on May 18, 2006 at the hour of 9:30 a.m.;

and it is further

ORDERED that the Debtor's attorney will provide notice of the Motion and hearing date as required.

For a copy of the filed motion you may contact the Debtor's attorney, Schwartzer & McPherson Law Firm at (702) 228-7590, or you may obtain a copy from the Bankruptcy Court online through Pacer at www.nvb.uscourts.gov.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

 /s/ Jeanette E. McPherson, Esq.
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada   89146

# # #