GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ., NV Bar No. 229
E-mail: gmg@gordonsilver.com
WILLIAM M. NOALL, ESQ., NV Bar No. 3549
E-mail: wmn@gordonsilver.com
THOMAS H. FELL, ESQ., NV Bar No. 3717
E-mail: thf@gordonsilver.com
BRIGID M. HIGGINS, ESQ., NV Bar No. 5990
E-mail: bmh@gordonsilver.com
GREGORY M. GARMAN, ESQ., NV Bar No. 6654
E-mail: geg@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ., NV Bar No. 7222
E-mail: mcz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Buckalew Trust, and the
Kevin J. Higgins & Ana Marie Higgins Family Trust

E-Filed On 5/1/06

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 06-10725-LBR<br>Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | |
| Debtor. | Date:  May 3, 2006<br>Time:  9:30 a.m. |

**CERTIFICATE OF SERVICE:**

**OPPOSITION TO MOTION FOR ORDER UNDER 11 U.S.C. §§ 105(a), 345, AND 363 APPROVING DEBTORS' PROPOSED CASH MANAGEMENT PROCEDURES AND INTERIM USE OF CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET**

1.    On April 28, 2006, I served the foregoing documents.

2.    I served the foregoing documents by the following means to the persons as listed below:

☒    a.    ECF System to: See Exhibit 1.

☒    b.    United States Mail, postage fully prepaid to: See Exhibit 2.

☐    c.    Personal Service to:

☐    d.    By direct email to:

☐    e.    By fax transmission to:

☐    f.    By messenger to:

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100911.001-01/399882.doc

1    I declare under penalty of perjury that these facts are true to the best of my knowledge

2  and belief.

3      DATED this 1st day of May, 2006.

4                                        Marsha Stallsworth, an employee of

5                                        Gordon & Silver, Ltd.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100911.001-01/399882.doc

2

# EXHIBIT 1

## File an answer to a motion:
<u>06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY</u>

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ZIRZOW, MATTHEW C. entered on 4/28/2006 at 5:14 PM PDT and filed on 4/28/2006
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**        <u>06-10725-lbr</u>
**Document Number:** <u>80</u>

**Docket Text:**
Opposition Filed by MATTHEW C. ZIRZOW on behalf of KEVIN J. HIGGINS & ANNA MARIE HIGGINS FAMILY TRUST, BUCKALEW TRUST (Related document(s)[8] Miscellaneous Motion, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) (Attachments: # (1) Attachment No. 1# (2) Attachment No. 2# (3) Attachment No. 3# (4) Attachment No. 4) (ZIRZOW, MATTHEW)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mds\Desktop\01-Opposition re Cash Management.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/28/2006] [FileNumber=6842810-0]
[9acf412dff757b1f3ee73db339e9d4328a08701bf510fd7c77b40de39a84b8ffceee
7a0f8d6fe62894136f95fc1d6e4dfcfef5944109241a7e78a70cae4004d4]]
**Document description:** Attachment No. 1
**Original filename:**C:\Documents and Settings\mds\Desktop\Att 1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/28/2006] [FileNumber=6842810-1]
[f8c8aa02470b09f3814a9390239faafba5830dc8d6b2c13705474ef6401edb68a740
344449e5a1045309897e1901bc8b1f244bd96325e756c4df549408806e91]]
**Document description:** Attachment No. 2
**Original filename:**C:\Documents and Settings\mds\Desktop\Att 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/28/2006] [FileNumber=6842810-2]
[a9f08aa982f9e58338bc12a1c46d28ef95eb6521dfa07c5ae470cb4febaa4b9e9039
a5b8957864abb31de1f40b3c144590c3dbc876bb33779d19d326bf2ed719]]
**Document description:** Attachment No. 3
**Original filename:**C:\Documents and Settings\mds\Desktop\Att 3.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/28/2006] [FileNumber=6842810-3]
[e15cbc2431200840f5abf988de3dfbbdf3d68620aa7698d7c58a7375408264cd83d4
4e114e5dc091a87e32aeede9b517637ba0ec1f05c4b93b423f215ac70878]]
**Document description:** Attachment No. 4
**Original filename:**C:\Documents and Settings\mds\Desktop\Att 4.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/28/2006] [FileNumber=6842810-4]
[01dd8540942275cc5713e568ece3b4103048258081aa91e7285c8499478a5b3c058e
6ed67bebb7254e18c5c8ef03429952cb155cef5cf71f3233478e2b4ad1ed]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS      franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN      kbrinkman@gooldpatterson.com,

CANDACE C CARLYON      ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

JANET L. CHUBB      tbw@jonesvargas.com

CICI CUNNINGHAM      bankruptcy@rocgd.com

THOMAS H. FELL      BANKRUPTCYNOTICES@GORDONSILVER.COM

EDWARD J. HANIGAN      haniganlaw@earthlink.net, haniganlaw1@earthlink.net

ANNETTE W JARVIS      ,

ROBERT R. KINAS      rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

ROBERT C. LEPOME      robert@robertlepome.com, susan@robertlepome.com

RICHARD MCKNIGHT      mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON      bkfilings@s-mlaw.com

LENARD E. SCHWARTZER      bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11      USTPRegion17.lv.ecf@usdoj.gov,

MATTHEW C. ZIRZOW      bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

PETER SUSI
MICHAELSON, SUSI & MICHAELSON
7TH WEST FIGUEROA ST 2ND FLOOR
SANTA BARBARA, CA 93101

**EXHIBIT 2**

**Top Twenty**

BUNCH, DELL
1909 RED ROBIN COURT
LAS VEGAS, NV 891 34

PETERSON, MICHAEL
C/O JOHN F. O'REILLY
O'REILLY LAW GROUP, LLC
325 SOUTH MARYLAND PARKWAY
LAS VEGAS, NV 89 101

ADVANCED INFORMATION SYSTEMS
4270 CAMERON STREET, SUITE #1
LAS VEGAS, NV 89121

PECOS PROFESSIONAL PARK
4484 SOUTH PECOS PARK
LAS VEGAS, NV 89121

ANNEE OF PARIS COIFFURES, INC.
8049 PINNCALE PEAK
LAS VEGAS, NV 89113

USA COMMERCIAL REAL
ESTATE GROUP
4484 SOUTH PECOS RD
LAS VEGAS, NV 89121

SPECIAL ORDER SYSTEMS
575 MENLO DRIVE, SUITE 4
ROCKLIN, CA 95765

SCOTSMAN PUBLISHING, INC.
P.O. BOX 692
BOTHELL, WA 98041-0692

PARIS LINE LLC
4759 ILLUSTRIOUS STREET
LAS VEGAS, NV 89147

RD ADVERTISING
3230 E. FLAMINGO ROAD, #8-532
LAS VEGAS, NV 89121

HASPINOV, LLC
4484 SOUTH PECOS RD.
LAS VEGAS, NV 89121

BANK OF AMERICA
P.O. BOX 30750
LOS ANGELES, CA 90030-0750

WEST COAST LIFE INS. COMPANY
P.O. BOX 11407
BIRMINGHAM, AL 35246-0078

CITIBANK
P.O. BOX 26901
SAN FRANCISCO, CA 94126

RUSSELL AD DEVLOP. GROUP, LLC
P.O. BOX 28216
SCOTTSDALE, AZ  85255

NEVADA STATE BANK
P.O. BOX 990
LAS VEGAS, NV  89125-0990

U.S. BANK
P.O. BOX 790179
SAINT LOUIS, MO  63179-0179

SECRETARY OF STATE
STATE OF NEVADA
202 NORTH CARSON STREET
CARSON CITY NV 89701

DEPT OF EMPLOYMENT TRAINING
EMPLOY. SEC DIV , CONTRIBUTIONS
500 EAST THIRD STREET
CARSON CITY NV 89713- 0030

DMV AND PUBLIC SAFETY
RECORDS SECTION
555 WRIGHT WAY
CARSON CITY NV 89711- 0250

EMPLOYERS INSURANCE CO.
ATTN: BANKRUPTCY DESK
9790 GATEWAY DRIVE
RENO NV 89521-5906

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
555 EAST WASHINGTON, #1300
LAS VEGAS NV 89101

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT.
STOP 5028
110 CITY PARKWAY
LAS VEGAS NV 89106