MICHAELSON, SUSI & MICHAELSON
A Professional Corporation
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone: (805) 965-1011
Facsimile: (805) 965-7351

Peter Susi, Bar No. 62957

Attorneys for Investors

RECEIVED & FILED
(SPACE BELOW FOR FILING STAMP ONLY)

'06 APR 27 A11 :03

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>USA COMMERCIAL MORTGAGE COMPANY,<br>     Debtor.<br><br>In re<br>USA CAPITAL REALTY ADVISORS, LLC,<br>     Debtor.<br><br>In re<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>     Debtor.<br><br>In re<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>     Debtor.<br><br>In re<br>USA SECURITIES, LLC,<br>     Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT |

I, Peter Susi, Petitioner, declare under penalty of perjury:

1. That Petitioner resides in Santa Barbara, California.

2. That the Petitioner is an attorney at law and a member of the law firm of Michaelson, Susi & Michaelson, a

-1-

2x175 = $350.00 receipt #17942

1  Professional Corporation, with offices at 7 West Figueroa
2  Street, Second Floor, Santa Barbara, California 93101, (805)
3  965-1011.
4      3.   That Petitioner has been retained personally or as a
5  member of the law firm to provide legal representation in
6  connection with the above-entitled case now pending before this
7  Court.
8      4.   That since January 30, 1975, Petitioner has been and
9  presently is a member in good standing of the bar of the State
10 of California, where Petitioner regularly practices law.
11     5.   That Petitioner was admitted to practice before the
12 following United States District Courts, United States Circuit
13 Courts of Appeal, the Supreme Court of the United States and
14 Courts of other States on the dates indicated for each, and
15 that Petitioner is presently a member in good standing of the
16 bars of said Courts.

| Court | Date Admitted |
|---|---|
| United States District Court Eastern District of California | November 29, 1976 |
| United States District Court Southern District of California | February 5, 1975 |
| United States District Court Central District of California | December 20, 1974 |
| United States District Court Northern District of California | June 11, 1982 |

25     6.   That there are or have been no disciplinary
26 proceedings instituted against Petitioner, nor any suspension
27 of any license, certificate or privilege to appear before any
28 judicial, regulatory or administrative body, or any resignation

or termination in order to avoid disciplinary or disbarment proceedings except as described in detail below:  None.

7.  That Petitioner has never been denied admission to the State Bar of Nevada.

8.  Petitioner or any member of Petitioner's firm with which Petitioner is associated has/have filed applications(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  None.

9.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

I declare that the foregoing is true under penalty of perjury.

Executed this 26th day of April 2006, at Santa Barbara, California.

_____
PETER SUSI

<pre>
1                              ORDER
2
3       The Petition of Peter Susi to practice in this case only
4  is approved.
5       DATED: _____
6
7                              _____
                               U.S. BANKRUPTCY JUDGE
8
</pre>

-4-

DECLARATION OF SERVICE

CHERYL NICCOLI, the undersigned, hereby declares:

Declarant is a citizen of the United States and is employed by the law firm of Michaelson, Susi & Michaelson, a Professional Corporation, Seven West Figueroa Street, Santa Barbara, CA 93101. Declarant is over the age of 18 years and is not a party to the within action.

On the 26th day of April, 2006, at the direction of PETER SUSI of said firm and a Member of the Bar of the United States District Court for the Central District of California, I served the:

PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

on the interested parties in this matter by:

( ) mailing, with postage thereon fully prepaid; ( ) personally delivering; ( ) sending via FAX transmission with confirmation of transmittal by follow-up telephone call and transmit confirmation report to the individuals at the addresses and FAX numbers listed below; or (x) sending via overnight carrier, a true copy thereof, to said party at his, her, or their known address, to wit:

-SEE ATTACHED LIST-

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Santa Barbara, California, on the 26th day of April, 2006.

*Cheryl Niccoli*
CHERYL NICCOLI, Declarant

Office of the U.S. Trustee
Attention Augie Landis
300 Las Vegas Boulevard South
Suite 4300
Las Vegas, NV 89101

Gordon & Silver, Ltd.
Attention Jerry Gordon
3960 Howard Hughes Pkwy.
Ninth Floor
Las Vegas, NV 89109

Annette W. Jarvis
P.O. Box 45385
Salt Lake City, UT 84145

Jeanette E. McPherson
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146

Lenard E. Schwartzer
Schwartzer & McPherson Law Firm
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV 89146

Richard McKnight
330 S. Third Street, #900
Las Vegas, NV 89101