**ROBBINS & GREEN, P.A.**
3300 NORTH CENTRAL AVENUE
SUITE 1800
PHOENIX, ARIZONA 85012
TELEPHONE (602) 248-7632
FACSIMILE (602) 248-1860
EMAIL bjs@rglaw.com
BRADLEY J. STEVENS, ESQ. (#006723)

ATTORNEYS FOR Lou O. Maldonado, Trustee for the benefit of the Maldonado Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos. BK-S-06-10725 LBR through BK-S-06-10729-LBR<br><br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor. | |

305667                                     -1-

Affects:

☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Bradley J. Stevens and the law firm of Robbins & Green, P.A. hereby notices their appearance as the attorneys of record for Lou O. Maldonado, Trustee for the benefit of the Maldonado Trust in the above-referenced proceedings. It is hereby specifically requested that copies of all notices and filings in the above-captioned matter and any related case be sent to the following counsel:

> Bradley J. Stevens, Esq.
> Robbins & Green, P.A.
> 3300 North Central Avenue
> Suite 1800
> Phoenix, AZ 85012

DATED this 26th day of April, 2006.

ROBBINS & GREEN, P.A.

By: /s/ BJS #6723
Bradley J. Stevens, Esq.
3300 North Central Avenue
Suite 1800
Phoenix, Arizona 85012
Attorneys for BMW Financial Services NA, LLC

COPIES of the foregoing mailed this 26th day of April, 2006, to:

Annette W. Jarvis, Esq.
Steven C. Strong, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Attorneys for Debtors

305667                                -2-

| | |
|---|---|
| 1 | Lenard E. Schwartzer, Esq. |
| 2 | Jeanette E. McPherson, Esq.<br>Schwartzer & McPherson Law Firm |
| 3 | 2850 South Jones Boulevard, Suite 1<br>Las Vegas, NV 89146-5308 |
| 4 | Attorneys for Debtors |
| 5 | August Landis<br>Office of the U.S. Trustee |
| 6 | 600 Las Vegas Boulevard, South<br>Suite 430<br>Las Vegas, NV 89101 |

/s/ Amey Wheeler