CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
JAMES A. KOHL, ESQ.
Nevada Bar No.: 5692
CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

E-FILED ON: 5/1/06

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | CASE NO.: BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | CASE NO.: BK-S-06-10726-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | CASE NO.: BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | CASE NO.: BK-S-06-10728-LBR |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | CASE NO.: BK-S-06-10729-LBR |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC, | Chapter 11<br><br>HEARING:<br>Date: N/A<br>Time: N/A |

**CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE**

1  I, the undersigned, hereby certify that a REQUEST FOR SPECIAL NOTICE in the
2  above-entitled case was served on the 1st day of May, 2006, by placing a true and correct copy of
3  the same, with sufficient postage pre-paid thereon to ensure delivery, in the U.S. Mail at Las
4  Vegas, Nevada to:

**SEE ATTACHED LIST.**

DATED this 1st day of May, 2006.

*(signed)* Yolanda Laster
Yolanda Laster, an employee of RAWLINGS, OLSON,
CANNON, GORMLEY & DESRUISSEAUX

G:\Bankruptcy\Clients\USA Capital\Pleadings\RSN\COM-RSN.wpd

USA Capital Diversified
Trust Deed Fund, LLC
4484 S. Pecos Road
Las Vegas, NV 89121

U.S. Trustee
300 Las Vegas Blvd. S.
Suite 4300
Las Vegas, NV 89101

Janet L. Chubb, Esq.
100 W. Liberty, 12th Floor
Reno, NV 89501

Annette W. Jarvis, Esq.
P.O. Box 45385
36 S. State Street, #1400
Salt Lake City, UT 84145-0385

Kelly J. Brinkman, Esq.
4496 S. Pecos Road
Las Vegas, NV 89121

Thomas H. Fell, Esq.
3960 Howard Hughes Pkwy,
9th Floor
Las Vegas, NV 89109

Lenard E. Schwartzer, Esq.
Jeanette McPherson, Esq.
2850 S. Jones Blvd., #1
Las Vegas, NV 89146

William L. McGimsey, Esq.
601 E.Charleston Blvd.
Las Vegas, NV 89104

Robert R. Kinas, Esq.
Meridith J. Strand, Esq.
Snell & Wilmer, L.P.
3800 Howard Hughes Pkwy
Suite 1000
Las Vegas, NV 89109