```
                                                           FILED AND ENTERED
                                                              ON DOCKET
                    UNITED STATES BANKRUPTCY COURT
1
                         DISTRICT OF NEVADA            MAY  1   39 PM '06
2
    USA COMMERCIAL                    )    BK-S-06-10725 LBR
                                      )                    U.S. BANKRUPTCY COURT
3   MORTGAGE COMPANY                  )    Ch  11          PATRICIA GRAY, CLERK
                                      )
4                                     )    Notification of Verified Petition
                                      )    Requirement Local Rule IA 10-2
5                                     )
                                      )    Hearing Date:
6   _____ )    Hearing Time:
```

7  Attorney:    **BRADLEY J. STEVENS**
   Attorney firm:  **ROBBINS & GREEN, P.A.**
8  Address: **3300 NORTH CENTRAL AVENUE, SUITE 1800**
   City State Zip:  **PHOENIX, AZ 85012**
9
10     On **4/28/06** the following document was filed by you: **Notice of Appearance and Request for Notice**        (Document # **90**  ).  In accordance with Local Rule IA 10-2 "Any

11 attorney who is not admitted to the bar of this court but who has been retained or appointed to appear in a particular

12 case may do so only with the permission of the court." Application for such permission shall be by verified petition

13 on the form furnished by the clerk and the required admission fee. An attorney whose verified petition is pending

14 shall take no action in the case beyond filing the first pleading or motion. In civil cases, attorneys shall have forty-

15 five (45) days after their first pleading has been filed to comply with the provisions. Failure to comply timely with

16 this rule may result in the striking of any and all documents previously filed by such attorney, the imposition of

17 other sanctions, or both.

18     The required forms for verified petition and designation of local counsel can be found at our web site

19 www.nvb.uscourts.gov.

20     The filing of a Notice of Appearance in a case requires the filing of a Verified Petition along with the

21 required $175.00. If you were only interested in receiving notice in a case, the Notice of Appearance is not the

22 appropriate document to be filed with the court. A Notice of Withdrawal of the Notice of Appearance will need to be

23 filed and then file a Request for Special Notice.

24  Date:  **5/1/06**                              Patricia Gray, Clerk

25                                                 **/s/ WILLIAM M. LAKAS**
                                                   Deputy Clerk
26  cc: Case file
27      Calendaring Section

28  Sent to party listed above on **5/1/06** by **WILLIAM M. LAKAS**
    6/04