

4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Hans J. Prakelt
2401-A Waterman Blvd Suite 4-230
Fairfield, CA 94534

### Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

| Account: Hans J. Prakelt, an unmarried man | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 6 | $ 0.00 | $ 3,402.78 | $ 3,402.78 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Foxhill 216. LLC | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 590.28 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Investment: Golden State | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Lerin Hills | | Original Investment: | $ 50,000.00 | IR: 15.00% | YTD Interest: $ 1,874.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 583.33 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 583.33 |
| Investment: Palm Harbor One | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Roam Development | | Original Investment: | $ 100,000.00 | IR: 12.00% | YTD Interest: $ 2,999.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| Totals: | | | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| Investment: SVRB S4.500.000 | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |

## Full Account Summary

| Account: Hans J. Prakelt, an unmarried man | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 350,000.00 | $ 350,000.00 | $ 9,965.29 |

**For a detailed breakdown of your statement or additional account information, please visit**
http://www.tdinvestments.com



Ex "A"



4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Dr. Carole Talan
1299 kingsbury Grade
Gardnerville, NV 89460

### Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/01/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

**Account: Dr. Carole Talan, an unmarried woman**

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 2 | $ 0.00 | $ 1,033.34 | $ 1,033.34 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Del Valle - Livingston | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,033.34 |
| Interest Payment | 01/01/2006 | 01/31/2006 | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Investment: Gateway Stone | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,033.34 |
| Interest Payment | 01/01/2006 | 01/31/2006 | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 516.67 |

## Full Account Summary

**Account: Dr. Carole Talan, an unmarried woman**

| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
|---|---|---|
| $ 100,000.00 | $ 100,000.00 | $ 2,066.68 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**

Ex 'B'

1 MAY 06

Richard Williams
1282 Conestoga Dr.
Minden, NV 89423

Investment in a Note Secured by Deed of Trust in the Amount of $50,000.00 Secured by property in Riverside County – Marina Valley.

Exact decription must await return of Mr. Williams from vacation & this Exhibit will be supplemented at that time.

Ex "C"