05/01/2006  08:54    3237375680                    MSIA                              PAGE  01/01

# TO:    Robert LePome    (702, 385, 3417)
# FROM: Mark Lurie / MSIA
# DATE: May 1, 2006

# Page 1 of 1

Hi Robert,

Please let me know if you require any additional information or clarification.

Sincerely,
Mark Lurie
Office 323.737.4055  ext. 150
Mobile 213.248.9600
Email  mark@msia.org

**Church of the Movement of Spiritual Inner Awareness**
**Trust Deed investments with USA Capital**

| Promissory Note Date | Borrower | Original Investment | Principal Paid | Remaining Investment |
|---|---|---|---|---|
| 01/11/05 | HFA - North Yonkers | 100,000.00 | 0 | 100,000.00 |
| 06/20/05 | Bay Pompano Beach | 100,000.00 | (24,535.28) | 75,464.72 |
| 03/22/05 | Del Valle Isleton | 100,000.00 | 0 | 100,000.00 |
| 03/23/05 | Roam Development | 100,000.00 | 0 | 100,000.00 |
| 01/23/06 | Fox Hills II | 100,000.00 | 0 | 100,000.00 |
| Totals. . . . . . . . . . . | | 500,000.00 | (24,535.28) | 475,464.72 |

EXHIBIT "A"