

December 17, 2004

Nancy Golden, a married woman dealing with her sole & separate property
Nancy Golden
3456 Ridgecrest Drive
Reno, NV  89512

Dear Nancy,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program.  Your investment of $50000 in the **Placer Vineyards** loan was funded on 12-15-04. You will start earning interest from 12-15-04.

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989.  The interest for this first trust deed investment will be paid on or before the 10th of each month.  USA Capital will fully service your investment, including monthly interest, statements, and tax reporting. If you have any questions or comments, please feel free to call (702) 734-2400.  Thank you again.

Sincerely,

USA Capital

Ex "A"



March 24, 2005

Nancy Golden, a married woman dealing with her sole & separate property
Nancy Golden
3456 Ridgecrest Drive
Reno, NV 89512

Dear Nancy,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program. Your investment of $50000 in the **Roam Development Group** loan was funded on 3-7-05. You will start earning interest from 3-7-05.

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989. The interest for this first trust deed investment will be paid on or before the 10th of each month. USA Capital will fully service your investment including monthly interest, statements, and tax reporting. If you have any questions or comments, please feel free to call (702) 734-2400. Thank you again.

Sincerely,

USA Capital

4484 South Pecos Road · Las Vegas, Nevada 89121
Phone: 702-734-2400 · Fax: 702-734-0163 · Toll Free: 888-921-8009 · www.TDInvestments.com

Ex "A"



November 29, 2004

Nancy Golden, a married woman dealing with sole & separate property
Nancy Golden
3456 Ridgecrest Drive
Reno, NV 89512

Dear Nancy,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program. Your investment of $50000 in the Wasco Investments loan was funded on 11-24-04. You will start earning interest from 11-24-04.

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989. The interest for this first trust deed investment will be paid on or before the 10th of each month. USA Capital will fully service your investment, including monthly interest, statements, and tax reporting. If you have any questions or comments, please feel free to call (702) 734-2400. Thank you again.

Sincerely,

USA Capital

4484 South Pecos Road • Las Vegas, Nevada 89121
Phone: 702-734-2400 • Fax: 702-734-0163 • Toll Free 888-921-8009 • www.TDInvestments.com

Ex "A"



April 6, 2006

Nancy Golden
3456 Ridgecrest Drive
Reno, NV 89512

Dear Nancy,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program. Your investment of $50000 in the **Fiesta Murrieta** loan was funded on 04-04-06. You will start earning interest from 04-04-06.

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989. The interest for this first trust deed investment will be paid on or before the 10th of each month. USA Capital will fully service your investment, including monthly interest, statements, and tax reporting. If you have any questions or comments, please feel free to call (702) 734-2400. Thank you again.

Sincerely,

USA Capital

Ex. "B"

# NATIONAL FINANCIAL SERVICES LLC

1ST GLOBAL CAPITAL CORPORATION
8150 NO CENTRAL EXPRESSWAY
SUITE 500
DALLAS        TX 75206

44100001023

NANCY GOLDEN
3456 RIDGCREST DR
RENO NV 89512

## Transaction Confirmation

Brokerage Account Number:        EBP-142077
Transaction Reference Number:    35965386

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides clearing and other related services on behalf of 1ST GLOBAL CAPITAL CORPORATION.

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: April 03, 2006
Bank Wire Amount: $50,000.00
Bank Name: WELLS FARGO NA
Bank Routing Number: XXXXX0248
For Credit to: USA COMMERCIAL MTG CO INV TST
Bank Account Number: XXXXXXXXXX7146

Please review this information carefully. If you have any questions, please contact 1ST GLOBAL CAPITAL CORPORATION at 214-265-1201. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-563-5977.

National Financial Services LLC

361207

National Financial Services LLC, Member NYSE, SIPC

Ex "B"

# First Trust Deed Investment

**Borrower:** John and Carol King

**Loan Amount:** $ 15,150,000

**Rate:** 12.0% (net) interest paid monthly

**Maturity:** 12 months

**Collateral:** First Deed of Trust on approximately 400 acres located San Luis Obispo County, California on Lake Nacimiento. The property is mapped for 343 lots with significant amount of lake frontage and lake views.

**The Project:** This project, generally known as Oak Shores II, consists of 343 lots, this project is contiguous to the Oak Shores I community, which was developed in the 1970's consisting of 851 lots. The final map for the 60 lots of Phase 1 has been approved and the lots anticipated to be sold for an average of $261,000 per lot. Lots in Phases 2-6 are under contract for a bulk sale at an average of $56,000 per lot.

Just 20 minutes from Paso Robles, the project is located on Lake Nacimiento. Of the 400 acres 300 acres will be retained as Open Space. There is a significant amount of frontage on Lake Nacimiento as well as lake views. In the surrounding area there is an Equestrian Center, Activity Center, Marina and Launching Ramp, and Community Beach.

**Loan to Value:** Approximately 60% based on an appraisal by Ryon Associates dated March 15, 2005.

**About the Borrower:** The Borrower on this project is John King, who is a long-time developer and property owner on the California Central Coast. Mr. King has extensive land holdings in the area, including several boutique hotels properties.

**Exit Strategy:** This loan will be repaid from the Phase I lots to individual buyers and from a bulk sale at final map to a third-party.

Ex "B"

# NATIONAL FINANCIAL SERVICES LLC

1ST GLOBAL CAPITAL CORPORATION
8150 NO CENTRAL EXPRESSWAY
SUITE 500
DALLAS       TX 75206

44100000408

NANCY GOLDEN
3456 RIDGCREST DR
RENO NV 89512

## Transaction Confirmation

**Brokerage Account Number:**    EBP-142077
**Transaction Reference Number:** 35980694

National Financial Services LLC (NFS) is writing to confirm a recent bank wire disbursement from your brokerage account. NFS provides clearing and other related services on behalf of 1ST GLOBAL CAPITAL CORPORATION.

Listed below is confirmation of a transaction requested on your behalf:

Date of Transaction: April 07, 2006
Bank Wire Amount: $60,000.00
Bank Name: WELLS FARGO NA
Bank Routing Number: XXXXX0248
For Credit to: USA COMMERCIAL MTGE INVESTORS
Bank Account Number: XXXXXXXXXXX7146

Please review this information carefully. If you have any questions, please contact 1ST GLOBAL CAPITAL CORPORATION at 214-265-1201. If you did not authorize this transaction, or believe this transaction was made in error, you may contact NFS directly at 617-563-5977.

**National Financial Services LLC**

361207

National Financial Services LLC, Member NYSE, SIPC

Ex. "B"

p.12