May 01 06 09:15a    Matthew Molitch            702-255-3708         p.2

Matthew Molitch
2251 N. Rampart Blvd. #185
Las Vegas NV 89128
Tel. 243-6659   Fax 255-3708

Matthew & Marilyn Molitch, Trustees
Molitch 97 Trust
Matthew Molitch IRA

USA Capital

### Individual 1st Deeds of Trust

| | |
|---|---|
| ~~IRA : Bundy Canyon~~ | ~~54,000.00~~ |
| **Marilyn Molitch**: Gramercy Court | 50,000.00 |
| **Matthew Molitch:** | |
| 6425 Gess LTD | 50,000.00 |
| Brookmere/Matteson | 37,374.31 |
| FiestaUSA/Stoneridge | 100,000.00 |
| Foxhill 216 LLC | 50,000.00 |
| HFA-Clear Lake | 50,000.00 |
| Marlton Square | 300,000.00 |
| Ocean Atlantic | 50,000.00 |
| Rio Rancho Executive | 50,000.00 |
| Roam Development | 200,000.00 |

*BEING RETURNED PER PRIOR ORDER OF THE COURT.* (handwritten annotation next to Bundy Canyon line)



EX "A"



**USA CAPITAL**

4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Matthew Molitch
2251 N Rampart #185
Las Vegas, NV 89128

### Statement Information

| Page Count | 2 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

**Account: Matthew Molitch Trustee of the Molitch 1997 Trust**

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 9 | $ 12,890.70 | $ 8,491.77 | $ 21,382.47 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: 6425 Gess, LTD | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Brookmere/Matteson | | Original Investment: | $ 100,000.00 | IR: 12.00% | YTD Interest: $ 1,116.93 |
| Interest Payment | 02/01/2006 | 02/27/2006 | $ 37,374.31 | $ 24,483.61 | $ 336.37 |
| Interest Payment | 02/28/2006 | 02/28/2006 | $ 24,483.61 | $ 24,483.61 | $ 8.16 |
| Principal Paydown | 02/28/2006 | 02/28/2006 | $ 37,374.31 | $ 24,483.61 | $ 12,890.70 |
| Totals: | | | $ 37,374.31 | $ 24,483.61 | $ 13,235.23 |
| Investment: Fiesta USA/Stoneridge | | Original Investment: | $ 100,000.00 | IR: 13.00% | YTD Interest: $ 3,249.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 100,000.00 | $ 100,000.00 | $ 1,011.11 |
| Totals: | | | $ 100,000.00 | $ 100,000.00 | $ 1,011.11 |
| Investment: Foxhill 216, LLC | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 590.28 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Investment: HFA- Clear Lake | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Marlton Square | | Original Investment: | $ 300,000.00 | IR: 12.50% | YTD Interest: $ 9,375.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 300,000.00 | $ 300,000.00 | $ 2,916.67 |
| Totals: | | | $ 300,000.00 | $ 300,000.00 | $ 2,916.67 |
| Investment: Ocean Atlantic | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 550.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Rio Rancho Executive | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 716.67 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Roam Development | | Original Investment: | $ 200,000.00 | IR: 12.00% | YTD Interest: $ 6,000.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 200,000.00 | $ 200,000.00 | $ 1,866.67 |
| Totals: | | | $ 200,000.00 | $ 200,000.00 | $ 1,866.67 |

Page 1 of 2

Ex A



4484 S. Pecos Rd.
Las Vegas NV 89121

Marilyn Molitch
2251 N. Rampart Drive #185
Las Vegas, NV 89128

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

### Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

### Payment Summary

| Account: Marilyn Molitch & Matthew Molitch, husband & wife, as joint tenants with right of survivorship | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 1 | $ 0.00 | $ 466.67 | $ 466.67 |

### Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Gramercy Court Interest Payment | 02/01/2006 | Original Investment: 02/28/2006 | $ 50,000.00 $ 50,000.00 | IR: 12.00% $ 50,000.00 | YTD Interest: $ 1,500.01 $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |

### Full Account Summary

| Account: Marilyn Molitch & Matthew Molitch, husband & wife, as joint tenants with right of survivorship | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 50,000.00 | $ 50,000.00 | $ 1,500.01 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**

Page 1 of 1

Ex A

ved Fax : May 01 2006 8:15AM Fax Station : Robert C. LePome, Esq. p.3
Case 06-10725-gwz    Doc 97-1    Entered 05/01/06 14:06:28    Page 4 of 4
ay 01 06 09:15a    Matthew Molitch    702-255-3708    p.3



4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Matthew Molitch
2251 N. Rampart #185
Las Vegas, NV 89128

### Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Check (#87413) |

### Payment Summary

| Account: First Savings Bank Custodian For Matthew Molitch IRA | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 1 | $ 0.00 | $ 504.00 | $ 504.00 |

### Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Bundy Canyon | | Original Investment: | $ 54,000.00 | IR: 12.00% | YTD Interest: $ 1,620.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 54,000.00 | $ 54,000.00 | $ 504.00 |
| Totals: | | | $ 54,000.00 | $ 54,000.00 | $ 504.00 |

### Full Account Summary

| Account: First Savings Bank Custodian For Matthew Molitch IRA | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 54,000.00 | $ 54,000.00 | $ 1,620.00 |

**For a detailed breakdown of your statement or additional account information, please visit**
http://www.tdinvestments.com

*BEING RETURNED PER PRIOR ORDER OF COURT -*

Ex "A"