

4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Donna Yung
6167 Jarvis Ave 304
Newark, CA 94560

## Statement Information

| Page Count | 2 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

**Account: Spectrum Capital, LLC, a California limited liability company**

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 16 | $ 3,867.21 | $ 7,071.52 | $ 10,938.73 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: Amesbury/Hatters** | | Original Investment: | $ 40,000.00 | IR: 13.00% | YTD Interest: $ 1,190.52 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 36,631.19 | $ 36,631.19 | $ 370.38 |
| **Totals:** | | | $ 36,631.19 | $ 36,631.19 | $ 370.38 |
| **Investment: BarUSA/$15,300,000** | | Original Investment: | $ 40,000.00 | IR: 12.50% | YTD Interest: $ 1,250.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 40,000.00 | $ 40,000.00 | $ 388.89 |
| **Totals:** | | | $ 40,000.00 | $ 40,000.00 | $ 388.89 |
| **Investment: Brookmere/Matteson** | | Original Investment: | $ 30,000.00 | IR: 12.00% | YTD Interest: $ 335.08 |
| Interest Payment | 02/01/2006 | 02/27/2006 | $ 11,212.29 | $ 7,345.08 | $ 100.91 |
| Interest Payment | 02/28/2006 | 02/28/2006 | $ 7,345.08 | $ 7,345.08 | $ 2.45 |
| Principal Paydown | 02/28/2006 | 02/28/2006 | $ 11,212.29 | $ 7,345.08 | $ 3,867.21 |
| Totals: | | | $ 11,212.29 | $ 7,345.08 | $ 3,970.57 |
| **Investment: Eagle Meadows** | | Original Investment: | $ 100,000.00 | IR: 12.50% | YTD Interest: $ 3,125.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 100,000.00 | $ 100,000.00 | $ 972.22 |
| **Totals:** | | | $ 100,000.00 | $ 100,000.00 | $ 972.22 |
| **Investment: Elizabeth May Real** | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 100.00 |
| Interest Payment | 02/23/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 100.00 |
| **Totals:** | | | $ 0.00 | $ 50,000.00 | $ 100.00 |
| **Investment: Glendale Tower** | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 1,562.49 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| **Investment: Harbor Georgetown** | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Totals:** | | | $ 50,000.00 | **$ 50,000.00** | $ 466.67 |
| **Investment: HFA- North Yonkers** | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Totals:** | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Investment: Huntsville** | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Investment: Lerin Hills** | | Original Investment: | $ 50,000.00 | IR: 15.00% | YTD Interest: $ 1,874.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 583.33 |
| **Totals:** | | | $ 50,000.00 | $ 50,000.00 | $ 583.33 |



Ex "A"

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: Marlton Square** | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 1,562.49 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| **Totals:** | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| **Investment: Marquis Hotel** | | Original Investment: | $ 50,000.00 | IR: 13.00% | YTD Interest: $ 1,625.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 505.56 |
| **Totals:** | | | $ 50,000.00 | $ 50,000.00 | $ 505.56 |
| **Investment: Oak Shores II** | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Totals:** | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Investment: Ocean Atlantic** | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 550.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Totals:** | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Investment: Shamrock Tower, LP** | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Totals:** | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Investment: Universal Hawaii** | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 885.66 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 29,522.36 | $ 29,522.36 | $ 275.54 |
| **Totals:** | | | $ 29,522.36 | $ 29,522.36 | $ 275.54 |

## Full Account Summary

| Account: Spectrum Capital, LLC, a California limited liability company | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 810,000.00 | $ 763,498.63 | $ 21,561.29 |

**For a detailed breakdown of your statement or additional account information, please visit http://www.tdinvestments.com**

Ex A