3002

**USA COMMERCIAL MORTGAGE COMPANY**
INVESTORS TRUST ACCOUNT
4484 S PECOS RD
LAS VEGAS, NV 89121
(702) 734-2400

WELLS FARGO BANK, N.A.
LAS VEGAS, NV 89119
94-7074-3212

REFER TO MAKER

4/7/2006

DATE

AMOUNT
$100,000.00

PAY   One Hundred Thousand Dollars And 00 Cents

TO THE
ORDER
OF
Grable B. Ronning
PO Box 7804
Incline Village NV   89452

FOR DEPOSIT ONLY
WELLS FARGO
AG EDWARDS
GRABLE B. RONNING

⑴00300 2⑴  ⑈3 2 1 2 70 2⑈2⑈04 56 57 14 6⑴      ⑴00 10000000⑴

-62578111



3006

**USA COMMERCIAL MORTGAGE COMPANY**
INVESTORS TRUST ACCOUNT
4484 S PECOS RD
LAS VEGAS, NV 89121
**(702) 734-2400**

WELLS FARGO BANK, N.A.
LAS VEGAS, NV 89119
94-7074-3212

DATE    4/10/2006    AMOUNT    $50,000.00

ID dep    AD 7/08/96
HIST 2    SIG 2
          HPF 2
          MEMO 2

REFER TO MAKER

PAY
THE
ORDER
OF

Fifty Thousand Dollars And 00 Cents

Crosbie B. Ronning
P.O. Box 7804
Incline Village NV    89452
5403-6910

FOR DEPOSIT ONLY CROSBIE B RONNING
AG EDWARDS
CROSBIE B. RONNING
5403-6910

FOR DEPOSIT ONLY
CROSBIE B RONNING
WELLS FARGO 2377
083-4742215

*OD3006*  :321270742:0465657146*    *0005000000*

- 6 2 5 7 8 1 1 1

IRX 20050421 34
15000 3430233031

VFB NO TEMPE AZ 04202006
IRX#2115PKT #005
21201-6507
71342M7057

PAY TO THE ORDER OF
US BANK
FOR DEPOSIT ONLY

FOR DEPOSIT ONLY
CROSBIE B RONNING
WELLS FARGO
083-4742215

### USA COMMERCIAL MORTGAGE COMPANY-INVESTORS TRUST ACCOUNT

3005

| Vendor ID | Name | | Payment Number | Check Date | Document Number |
|---|---|---|---|---|---|
| THE WILD | The Wild Water LP | | 00000825 | 4/7/2006 | 3005 |

| Our Voucher Number | Date | | Amount | Amount Paid | Discount | Net Amount Paid |
|---|---|---|---|---|---|---|
| ASGMT FIESTA MURR | 4/7/2006 | | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 |

REC'D APR 1 8 2006

ENT'D APR 2 0 2006

$50,000.00          $50,000.00          $0.00          $50,000.00

3005

**USA COMMERCIAL MORTGAGE COMPANY**
INVESTORS TRUST ACCOUNT
4484 S PECOS RD
LAS VEGAS, NV 89121
(702) 734-2400

WELLS FARGO BANK, N.A.
LAS VEGAS, NV 89119
94-7074-3212

4/7/2006                    DATE                    AMOUNT
                                                   $50,000.00

PAY    Fifty Thousand Dollars And 00 Cents

TO THE
ORDER
OF    The Wild Water LP
      Grable Ronning
      P.O. Box 9288
      Incline Village NV  89452

⑆003005⑈ ⑆321270742⑈ 04656574 6⑉







NOTATION ON Check
"REFER to MAKER"
WILL BE AVAILABLE
NEXT WEEK PER
ERIC RONNING

LAS VEGAS NV 890

11 APR 2006 PM 5

EX "C"

GRABLE B. RONNING DEEDS OF TRUST

| Maturity Date | Funding Date | Payoff Date | Original Amount | Current Amount Invested | Property Name | Per Diem Rate | Interest Rate | Annual Amount |
|---|---|---|---|---|---|---|---|---|
| 03/01/06 | 08/06/04 | | $100,000.00 | $59,044.71 | Universal Hawaii/Cabernet | $19.68 | 12.00% | $7,183.20 |
| 04/15/06 | 04/15/05 | *** | $100,000.00 | $100,000.00 | Fiesta Murrieta | $33.33 | 12.00% | $12,165.45 |
| 04/29/06 | 04/29/05 | | $100,000.00 | $31,646.26 | Rio Bravo (SVRB) | $10.55 | 12.00% | $3,850.75 |
| 05/25/06 | 05/25/05 | | $100,000.00 | $100,000.00 | Oak Shores (Valley) II | $33.33 | 12.00% | $12,165.45 |
| 06/15/06 | 12/15/04 | | $85,000.00 | $85,000.00 | Placer Vineyards | $29.51 | 12.50% | $10,771.15 |
| 06/28/06 | 06/28/05 | | $100,000.00 | $100,000.00 | Corman Toltec 160, LLC | $33.33 | 12.00% | $12,165.45 |
| 07/18/06 | 07/18/05 | | $100,000.00 | $100,000.00 | Castaic Partners II LLC | $34.72 | 12.50% | $12,672.80 |
| 09/05/06 | 03/07/05 | | $100,000.00 | $100,000.00 | Roam Development Group | $33.33 | 12.00% | $12,165.45 |
| | | | $785,000.00 | $675,690.97 | | $227.78 | | $83,139.70 |

***Principal Payoff check #3002 dated 04/07/06 from USA did not clear bank, USA Wells Fargo funds verified as available, but frozen in Chapter 11


Ex "D"

## THE WILD WATER LIMITED PARTNERSHIP DEEDS OF TRUST

| Maturity Date | Funding Date | Payoff Date | Original Amount | Current Amount Invested | Property Name | Per Diem Rate | Interest Rate | Annual Amount |
|---|---|---|---|---|---|---|---|---|
| 03/01/06 | 08/06/04 | | 50,000.00 | 29,522.36 | Universal Hawaii/Cabernet | $9.84 | 12.00% | $3,591.60 |
| 04/15/06 | 04/15/05 | *** | 50,000.00 | 50,000.00 | Fiesta Murrieta | $16.67 | 12.00% | $6,084.55 |
| 04/29/06 | 04/29/05 | | 50,000.00 | 15,823.13 | Rio Bravo $4.5M (SVRB) | $5.27 | 12.00% | $1,923.55 |
| 05/25/06 | 05/25/05 | | 50,000.00 | 50,000.00 | Oak Shores (Valley) II | $16.67 | 12.00% | $6,084.55 |
| 06/28/06 | 06/28/05 | | 50,000.00 | 50,000.00 | Corman Toltec 160, LLC | $16.67 | 12.00% | $6,084.55 |
| 07/18/06 | 07/18/05 | | 50,000.00 | 50,000.00 | Castaic Partners II LLC | $17.36 | 12.50% | $6,336.40 |
| 09/05/06 | 03/07/05 | | 50,000.00 | 50,000.00 | Roam Development Group | $16.67 | 12.00% | $6,084.55 |
| 02/23/07 | 02/23/06 | | 50,000.00 | 50,000.00 | Elizabeth May | $16.67 | 12.00% | $6,084.55 |
| 03/29/07 | 03/29/06 | | 50,000.00 | 50,000.00 | Foxhill 216, LLC | $17.36 | 12.50% | $6,336.40 |
| | | | $450,000.00 | $395,345.49 | | $133.18 | | $48,610.70 |

***Principal Payoff check #3005 dated 04/07/06 from USA did not clear bank, USA Wells Fargo funds verified as available, but frozen in Chapter 11

Ex "E"

### CROSBIE B. RONNING DEEDS OF TRUST

| Maturity Date | Funding Date | Payoff Date | Original Amount | Current Amount Invested | Property Name | Per Diem Rate | Interest Rate | Annual Amount |
|---|---|---|---|---|---|---|---|---|
| 04/15/06 | 04/15/05 | *** | 50,000.00 | 50,000.00 | Fiesta Murrieta | $16.67 | 12.00% | $6,084.55 |
| 06/15/06 | 12/15/04 | | 50,000.00 | 50,000.00 | Placer Vinyards | $17.36 | 12.50% | $6,336.40 |
| 01/25/07 | 03/27/06 | | 50,000.00 | 50,000.00 | Margarita Annex | $16.67 | 12.00% | $6,084.55 |
| | | | $150,000.00 | $150,000.00 | | $34.03 | | $12,420.95 |

***Principal Payoff check #3006 dated 04/10/06 from USA did not clear bank, USA Wells Fargo funds verified as available, but frozen in Chapter 11



## BOSWORTH 1988 TRUST DEEDS OF TRUST

| Maturity Date | Funding Date | Payoff Date | Original Amount | Current Amount Invested | Property Name | Per Diem Rate | Interest Rate | Annual Amount |
|---|---|---|---|---|---|---|---|---|
| 06/15/06 | 12/15/04 | | 50,000.00 | 50,000.00 | Placer Vineyards | $17.36 | 12.50% | $6,336.40 |
| 01/25/07 | 03/27/06 | | 50,000.00 | 50,000.00 | Margarita Annex | $16.67 | 12.00% | $6,084.55 |
| | | | $100,000.00 | $100,000.00 | | $34.03 | | $12,420.95 |

