| Maturity Date | Beginning Date | Payoff Date | Original Amount | Current Amount | Property Name | Per Diem Rate | Interest Rate | Annual Amount |
|---|---|---|---|---|---|---|---|---|
| **S&P Davis Limited Partnership** | | | | | | | | |
| 4/18/2006 | 4/18/2005 | 4/18/2006 | $100,000.00 | $100,000.00 | 6424 Gess, Ltd. | $32.88 | 12.00% | $12,000.00 |
| 6/18/2006 | 11/1/2002 | 6/18/2006 | $50,000.00 | $45,788.99 | Amesbury/Hatters | $16.31 | 13.00% | $5,952.57 |
| 11/24/2006 | 11/22/2003 | 11/24/2006 | $100,000.00 | $100,000.00 | BarUSA | $34.25 | 12.50% | $12,500.00 |
| 5/2/2006 | 5/10/2005 | 5/2/2006 | $100,000.00 | $74,012.00 | Bay Pompano Beach | $25.35 | 12.50% | $9,251.50 |
| 4/30/2006 | 11/6/2003 | 4/30/2006 | $100,000.00 | $24,483.61 | Brookmere/Matteson | $8.05 | 12.00% | $2,938.03 |
| 3/30/2007 | 3/30/2006 | 3/30/2007 | $100,000.00 | $100,000.00 | Charlevoix Homes | $41.10 | 15.00% | $15,000.00 |
| 8/17/2006 | 8/18/2005 | 8/17/2006 | $50,000.00 | $50,000.00 | Del Valle Livingston | $16.44 | 12.00% | $6,000.00 |
| 9/20/2006 | 3/23/2005 | 9/20/2006 | $100,000.00 | $100,000.00 | Del Valle Isleton | $32.88 | 12.00% | $12,000.00 |
| 3/22/2006 | 9/22/2003 | 3/22/2006 | $100,000.00 | $100,000.00 | Fiesta USA/Stoneridge | $35.62 | 13.00% | $13,000.00 |
| 1/20/2007 | 1/20/2006 | 1/20/2007 | $100,000.00 | $100,000.00 | Foxhill 216, LLC | $34.25 | 12.50% | $12,500.00 |
| 6/30/2006 | 2/2/2004 | 6/30/2006 | $100,000.00 | $100,000.00 | Gramercy Apartments | $32.88 | 12.00% | $12,000.00 |
| 9/17/2006 | 2/27/2004 | 9/17/2006 | $50,000.00 | $50,000.00 | Hasley Canyon | $23.29 | 17.00% | $8,500.00 |
| 1/7/2007 | 1/19/2005 | 1/7/2007 | $50,000.00 | $50,000.00 | HFA Clear Lake | $16.44 | 12.00% | $6,000.00 |
| 1/14/2007 | 1/13/2005 | 1/14/2007 | $50,000.00 | $50,000.00 | I-40 Gateway West, LLC | $16.44 | 12.00% | $6,000.00 |
| 8/30/2006 | 9/2/2005 | 8/30/2006 | $100,000.00 | $100,000.00 | J. Jireh's Corp. | $34.25 | 12.50% | $12,500.00 |
| 1/30/2007 | 8/2/2004 | 1/30/2007 | $50,000.00 | $50,000.00 | Margarita Annex | $16.44 | 12.00% | $6,000.00 |
| 1/20/2007 | 1/20/2006 | 1/20/2007 | $100,000.00 | $100,000.00 | Ocean Atlantic, LLC | $32.88 | 12.00% | $12,000.00 |
| 1/12/2007 | 1/12/2006 | 1/12/2007 | $100,000.00 | $100,000.00 | Rio Rancho Executive Plaza | $32.88 | 12.00% | $12,000.00 |
| 9/1/2006 | 3/3/2005 | 9/1/2006 | $100,000.00 | $100,000.00 | Roam Development | $32.88 | 12.00% | $12,000.00 |
| 4/1/2006 | 10/12/2004 | 4/1/2006 | $100,000.00 | $100,000.00 | Tapia Ranch | $34.25 | 12.50% | $12,500.00 |
| **Patrick & Susan Davis, husband & wife, as joint tenants with right of survivorship** | | | | | | | | |
| | 12/16/2002 | 12/3/2006 | $100,000.00 | $7,795.07 | Beau Rivage | $2.56 | 12.00% | $935.41 |
| **First Savings Bank, Custodian for Pat Davis IRA** | | | | | | | | |
| 10/28/2006 | 10/28/2002 | 10/28/2006 | $50,000.00 | $45,788.99 | Amesbury Hatters Point | $16.31 | 13.00% | $5,952.57 |
| 12/9/2006 | 12/9/2004 | 12/9/2006 | $66,000.00 | $66,000.00 | BarUSA | $22.60 | 12.50% | $8,250.00 |
| 12/3/2006 | 12/2/2002 | 12/3/2006 | $50,000.00 | $2,702.18 | Beau Rivage | $1.33 | 18.00% | $486.39 |
| 5/25/2006 | 5/25/2005 | 5/25/2006 | $70,000.00 | $70,000.00 | Oak Shores II | $23.01 | 12.00% | $8,400.00 |
| **First Savings Bank, Custodian for Susan Davis IRA** | | | | | | | | |
| 10/28/2006 | 10/28/2002 | 10/28/2006 | $50,000.00 | $18,315.60 | Amesbury Hatters Point | $6.52 | 13.00% | $2,381.03 |
| 12/9/2006 | 12/9/2004 | 12/9/2006 | $66,000.00 | $26,000.00 | BarUSA | $8.90 | 12.50% | $3,250.00 |
| 12/3/2006 | 12/2/2002 | 12/3/2006 | $50,000.00 | $1,080.87 | Beau Rivage | $0.53 | 18.00% | $194.56 |
| | | | $2,202,000.00 | $1,831,967.31 | | $631.49 | | $230,492.06 |

EXHIBIT A