GORDON & SILVER, LTD.  
GERALD M. GORDON, ESQ.  
Nevada Bar No. 229  
E-mail: gmg@gordonsilver.com  
THOMAS H. FELL, ESQ.  
Nevada Bar No. 3717  
E-mail: thf@gordonsilver.com  
3960 Howard Hughes Pkwy., 9th Floor  
Las Vegas, Nevada 89109  
Telephone (702) 796-5555  
Facsimile (702) 369-2666  
Attorneys for Buckalew Trust

E-Filed On 5-2-06

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: 06-10725-LBR<br>Chapter 11<br><br>Date:  n/a<br>Time:  n/a |
|---|---|

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS RE: NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE AND DEMAND FOR COPIES OF ALL FILED PLANS AND DISCLOSURE STATEMENTS**  
**[Fed. R. Bankr. P. 9010(b), 2002 and 3017(a)]**

1. On April 26, 2006, I served the foregoing documents by the following means to the persons as listed below:

☒ a. ECF System to: <u>See</u> attached E-file matrix.

☐ b. United States Mail, postage fully prepaid to:

☐ c. Personal Service to:

☐ d. By direct email to:

☐ e. By fax transmission to:

☐ f. By messenger to:

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 2nd day of May, 2006.

*/s/ Trish Huelsman*  
Trish Huelsman, an employee of  
Gordon & Silver, Ltd.

100483-005.001/400100.doc

GORDON & SILVER, LTD.  
ATTORNEYS AT LAW  
NINTH FLOOR  
3960 HOWARD HUGHES PKWY  
LAS VEGAS, NEVADA 89109  
(702) 796-5555

GORDON & SILVER, LTD.  
GERALD M. GORDON, ESQ.  
Nevada Bar No. 229  
E-mail: gmg@gordonsilver.com  
THOMAS H. FELL, ESQ.  
Nevada Bar No. 3717  
E-mail: thf@gordonsilver.com  
3960 Howard Hughes Pkwy., 9th Floor  
Las Vegas, Nevada 89109  
Telephone (702) 796-5555  
Facsimile (702) 369-2666  
Attorneys for Buckalew Trust  

E-Filed On 4-26-06

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,  Debtor. | Chapter 11  Date: N/A  Time: N/A |

### NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE AND DEMAND FOR COPIES OF ALL FILED PLANS AND DISCLOSURE STATEMENTS
### [Fed. R. Bankr. P. 9010(b), 2002 and 3017(a)]

THOMAS H. FELL, ESQ., of the law firm of GORDON & SILVER, LTD., attorneys for the Buckalew Trust, hereby enters its appearance on the record in the above-entitled bankruptcy case pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a), hereby requests special notice of all hearings, applications, motions, contested matters, and adversary proceedings filed in this case, including copies of all notices, pleadings, papers, and other related materials that are issued or filed in connection with the case by the Court, Debtor, or other parties-in-interest, including copies of all plans of reorganization and disclosure statements. All responses to the foregoing, and, all notices required to be mailed to Claimant pursuant to Bankruptcy Rule 2002 should be directed to:

> THOMAS H. FELL, ESQ.  
> GORDON & SILVER, LTD.  
> 3960 Howard Hughes Parkway, 9th Fl.  
> Las Vegas, Nevada 89109  
> thf@gordonsilver.com

GORDON & SILVER, LTD.  
ATTORNEYS AT LAW  
NINTH FLOOR  
3960 HOWARD HUGHES PKWY  
LAS VEGAS, NEVADA 89109  
(702) 796-5555

100483-005.01/399152.doc

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Claimant, or (ii) constitute a waiver of any of the following rights of the Claimant:

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Claimant without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED this 26 day of April, 2006.

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
THOMAS H. FELL, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Attorneys for Buckalew Trust

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100483-005.01/399152.doc

2

**Miscellaneous:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

# U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from FELL, THOMAS H. entered on 4/26/2006 at 4:04 PM PDT and filed on 4/26/2006

**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY and BUCKALEW TRUST
**Case Number:**     06-10725-lbr
**Document Number:** 59

**Docket Text:**
Notice of Appearance and Request for Notice by THOMAS H. FELL Filed by THOMAS H. FELL on behalf of BUCKALEW TRUST (FELL, THOMAS)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pah\Desktop\USA Commercial Mortgage.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/26/2006] [FileNumber=6833599-0]
[1c7e01c3604f2f878e4bdadf9142b8d35f294d14259c17c69c51f0bd075d57ac6590
46aa3c68814a1321b777fc387f686f46188e7afeb0718646b26a08c4b9dc]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

JANET L. CHUBB    tbw@jonesvargas.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;lmccord@swlaw.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

**06-10725-lbr Notice will not be electronically mailed to:**