| | |
|---|---|
| Richard McKnight, Esq.<br>Nevada Bar No. 001313<br>THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.<br>330 S. Third Street #900<br>Las Vegas, Nevada 89101<br>Phone: 702-388-7185<br>Fax: 702-388-0108<br>Attorneys for Creditor | **E-filed on May 2, 2006.** |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>            Debtor. | Case № BK-S-06-10725-LBR |

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 1st day of May 2006, service of a true and correct copy of the OPPOSITION TO MOTION FOR ORDER UNDER 11 U.S.C. 105(A), 345 AND 363 APPROVING DEBTORS' PROPOSED CASH MANAGEMENT PROCEDURES AND INTERIM USE OF CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET was made by:

[X]    ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

JANET L. CHUBB tbw@jonesvargas.com

CICI CUNNINGHAM bankruptcy@rocgd.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

Page 1 of 2

1  EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

2  ANNETTE W JARVIS ,

3  ROBERT R.! KINAS rkinas@swlaw.com,
4  mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

5  ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

6  JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

7  LENARD E. SCHWARTZER bkfilings@s-mlaw.com
8
9  U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

10  MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

11
             /s/    Gwen Kopang
12     An Employee of Law Offices of Richard McKnight

Page 2 of 2

W:\2006\2377usa.ch11\COM re opposition to cash collateral motion on behalf of McKnight Trust  gk  May 2,06.wpd        May 2, 2006 (10:35am)