**ORIGINAL**

RECEIVED & FILED

'06 MAY -1 P2 :22

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

1  Gregory J. Walch, Esq.
   Nevada Bar No. 4780
2  Email: GWalch@Nevadafirm.com
   400 South Fourth Street, Third Floor
3  Las Vegas, Nevada 89101
   Telephone:  702/791-0308
4  Facsimile:  702/791-1912

5  *Attorney for Gregory J. Walch and Shauna M. Walch*
   *Trustees of the Gregory J. and Shauna M. Walch*
6  *Family Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

,

Debtor.

Case No.: 06-10725-1LBR
Chapter 11

**CERTIFICATE OF SERVICE**

Date of Hearing:   May 3, 2006
Time of Hearing:   9:30 a.m.
Place: Courtroom No. 1, Third Floor
       Foley Federal Building
       300 Las Vegas Blvd., S.
       Las Vegas, NV 89101

I hereby certify that on the 1ST day of May, 2006, I caused to be served a true and correct copy of the Trust's PARTIAL OPPOSITION TO "DEBTORS' PROPOSED CASH MANAGEMENT PROCEDURES AND INTERIM USE OF CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET", and JOINDER IN OPPOSITION TO DEBTOR'S MOTION FOR ORDER GRANTING DEBTOR ADDITIONAL TIME TO FILE ITS STATEMENT AND SCHEDULES in the following manner:

■ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was hard copy filed on the date hereof and served via e-mail to those on the attached service list.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

06262-01/78517.doc

1  ☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-
2  referenced document for overnight delivery via Federal Express, at a collection facility
3  maintained for such purpose, addressed to the parties on the attached service list, at their last
4  known delivery address, on the date above written.

5  ☐ (FACSIMILE) That I served a true and correct copy of the above-referenced
6  document via facsimile, to the facsimile numbers indicated, to those persons listed on the
7  attached service list, on the date above written.

_____
Signature

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{06262-01/78517.doc}

# USA COMMERCIAL MORTGAGE COMPANY FKA USA CAPITAL

## SERVICE LISTS

Print this Information | View Disclaimer

| | | |
|---|---|---|
| **Core Group**<br>RAY QUINNEY & NEBEKER PC<br>(RE: DEBTOR)<br>ANNETTE W JARVIS<br>36 S STATE ST STE 1400<br>PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385<br><br>PH :801 532 1500<br>FAX:801 532 7543<br>EML:AJARVIS@RQN.COM | **Core Group**<br>SCHWARTZER & MCPHERSON LAW FIRM<br>(RE: DEBTOR LOCAL COUNSEL)<br>LENARD E SCHWARTZER<br>2850 S JONES BLVD<br>STE 1<br>LAS VEGAS, NV 89146<br><br>PH :702 228 7590<br>FAX:702 892 0122<br>EML:BKFILINGS@S-MLAW.COM | **2002 List**<br>GOOLD PATTERSON ALES & DAY<br>(RE: GOOLD PATTERSON ALES & DAY)<br>KELLY J BRINKMAN<br>4496 S PECOS RD<br>LAS VEGAS, NV 89121<br><br>PH :702 436 2600<br>FAX:702 436 2650<br>EML:KBRINKMAN@GOOLDPATTERSON.COM |
| **2002 List**<br>GORDON & SILVER LTD<br>(RE: BUCKALEW TRUST)<br>THOMAS H FELL/GERALD M GORDON<br>3960 HOWARD HUGHES PKY<br>9TH FL<br>LAS VEGAS, NV 89109<br><br>PH :702 796 5555<br>FAX:702 369 2666<br>EML:GMG@GORDONSILVER.COM | **2002 List**<br>GORDON & SILVER LTD<br>(RE: BUCKALEW TRUST)<br>THOMAS H FELL/GERALD M GORDON<br>3960 HOWARD HUGHES PKY<br>9TH FL<br>LAS VEGAS, NV 89109<br><br>PH :702 796 5555<br>FAX:702 369 2666<br>EML:THF@GORDONSILVER.COM | **2002 List**<br>JONES VARGAS<br>(RE: JOSEPH, LORETTA AND MARK DONNOLO)<br>JANET L CHUBB<br>100 W LIBERTY ST<br>12TH FL<br>PO BOX 281<br>RENO, NV 89504-0281<br><br>PH :775 786 5000<br>FAX:775 786 1177<br>EML:JLC@JONESVARGAS.COM |
| **2002 List**<br>JONES VARGAS<br>(RE: JOSEPH, LORETTA AND MARK DONNOLO)<br>JANET L CHUBB<br>100 W LIBERTY ST<br>12TH FL<br>PO BOX 281<br>RENO, NV 89504-0281<br><br>PH :775 786 5000<br>FAX:775 786 1177<br>EML:TBW@JONESVARGAS.COM | **2002 List**<br>LAW OFFICES<br>(RE: VINCE DANELIAN)<br>EDWARD J HANIGAN<br>199 N ARROYO GRANDE BLVD<br>#200<br>HENDERSON, NV 89074<br><br>PH :702 434 1300<br>FAX:702 434 6405<br>EML:HANIGANLAW@EARTHLINK.NET | **2002 List**<br>LAW OFFICES OF RICHARD MCKNIGHT PC<br>(RE: RICHARD MCKNIGHT)<br>RICHARD MCKNIGHT<br>330 S THIRD ST<br>#900<br>LAS VEGAS, NV 89101<br><br>PH :702 388 7185<br>FAX:702 388 0108<br>EML:RMCKNIGHT@LAWLASVEGAS.CIM |
| **2002 List**<br>SNELL & WILMER LLP<br>(RE: ASPEN SQUARE MANAGEMENT INC)<br>ROBERT R KINAS/MERIDITH STRAND<br>3800 HOWARD HUGHES PKY<br>STE 1000<br>LAS VEGAS, NV 89109<br><br>PH :702 784 5200<br>FAX:702 784 5252<br>EML:RKINAS@SWLAW.COM | **2002 List**<br>SNELL & WILMER LLP<br>(RE: ASPEN SQUARE MANAGEMENT INC)<br>ROBERT R KINAS/MERIDITH STRAND<br>3800 HOWARD HUGHES PKY<br>STE 1000<br>LAS VEGAS, NV 89109<br><br>PH :702 784 5200<br>FAX:702 784 5252<br>EML:MSTRAND@SWLAW.COM | U.S. Bankruptcy Trustee<br>300 Las Vegas Blvd., South #4310<br>Las Vegas, NV 89101<br>E-mail: ustpregion17.lv.ecf@usdoj.gov |