Tuesday, April 25, 2006

RECEIVED AND FILED

2006 MAY -1  P 1: 22

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

US Bankruptcy Court Office
Foley Federal Bldg
300 Las Vegas Blvd South
Las Vegas  NV  89101

ATTN:  Clerk Of Courts

My name is Paul A Jacques and this is a request for
notice of case # BK-S-06-10725-LBR.  I am a
creditor in this case but have since relocated to
Florida  and was not sent a notice of them Filing
Chapter 11.
My address is 810 SE 7th ST A-103
Deerfield Beach   FL  33441
954-725-5098

Thank you

Paul A Jacques