Edward Kline, In Proper Person
Investor USA Capital
9932 Arbuckle Drive
Las Vegas, NV 89134
Tel. 256-6429

UNITED STATES BANKCUPTCY COURT

DISTRICT OF NEVADA

In re:                                )
                                      )   Bankruptcy No. BK-s-06-10725-
                                      )   LRB, Chapter 11
                                      )
                                      )
USA COMMERCIAL MORTAGE                )   **Preliminary Hearing**
COMPANY, fka USA CAPITAL              )   Date: April 17, 2006
~~Wells Fargo~~                       )
                                      )   **Final Hearing**
          Debtor                      )   Date: May 3, 2006
                                      )   Time: 9:30 am

**OBJECTION TO STIPULALTIONS** RE WELLSFARGO

    1. Objection is made to these stipulations as it enables the Bank to withdraw from all actions of the court as they will have been paid. It is not as a normal business transaction, but as collecting only in their interest, not to continue in a business relationship.

    2. I will be unable to attend this hearing on May 3, 2006 because of medical appointments.

    DATED this 1st day of May 2006

*Edward Kline*
Edward Kline

-1-