1    Edward Kline, In Proper Person
     Investor USA Capital
2    9932 Arbuckle Drive
     Las Vegas, NV 89134
3    Tel. 256-6429

4

5                    UNITED STATES BANKCUPTCY COURT

6                          DISTRICT OF NEVADA

7

8    In re:                          )
                                     )
9                                    )  Bankruptcy No. BK-s-06-10725-
                                     )  LRB, Chapter 11
10                                   )                    *K*
                                     )  ORDER SHORTENING TIME TO   OBJECTION TO
11   USA COMMERCIAL MORTAGE          )  HEARMODIFIED MOTION OF THE
     COMPANY, fka USA CAPITAL        )  DEBTOR PURSUANT TO 11 U.S.C. §§
12                                   )  363B AND TO 105(a) FOR
                                     )  AUTHORITY TO PAY ADDITIONAL
13             Debtor                )  PRE-PETITION WAGES TO SEVEN KEY
                                     )  EMPLOYEES; AND NOTICE OF
14                                   )  HEARING.

15                                      Date: May 3, 2006
                                        Time: 9:30 am
16   _____

17                         CREDITOR *K*
                           ~~DEBTOR~~ SUPPORT AND OBJECTION

18       1.  No objection is made for payment of salaries for

19   employees who are not now or have not been officers or

20   shareholders of the corporation.

21       2.  Request that the court carefully examine the payment of

22   $10,250 since it is being sought in addition to a sum that is

23   unstated.

24       3. I will be unable to attend this hearing on May 3, 2006

25   because of medical appointments.

26       DATED this 1st day of May 2006

27

28                                   Edward Kline
                                     Edward Kline

                                   -1-