

May 1, 2006

- Price Schedule
- Quick Forms
- Lender Access
- Borrower Access
- Sell Your Note?
- News & Events
- Resources
- Calculators
- FAQ's



## About Us

Established in 1977, US Loan Servicing provides a full servicing center, responding to the various individu financial industry. US Loan Servicing is committed to creating a partnership with you. Our desire is to be prime and sub-prime loan servicing industry as a sub servicer and a private label servicer. We have estal outstanding reputation and high degree of trust in our ability to manage and service mortgage loans ove twenty five years. We have put in place the necessary skills and expertise to provide sound methods, inc knowledge and the latest technology for the customer.

9670 W. Tropicana Avenue, Suite 100, Las Vegas, NV 89147       702.362.1234, Fax 362.1010

Ex "A"

Welcome to US Loan Servicing





## Why US Loan Servicing?

- Price Schedule
- Quick Forms
- Lender Access
- Borrower Access
- Sell Your Note?
- News & Events
- Loan Resources
- Loan Calculators
- Servicing FAQ's

At US Loan Servicing, we service your note or trust deed. We handle mortgage loans. We will also take care of all the bookkeeping, securely transfer the money fast, provide tax records, give your borrowers online access to their account information 24/7.

- 24 Hour Internet access to your accounts
- Online reports and payment history
- Online amortization schedules
- Auto deposit to bank
- Auto withdrawl from borrower's bank
- Tax, Insurance and HOA impounding
- Late and foreclosure notices to borrowers
- End of year interest statements

Loan Servicing is our specialty! You name it, we can service it!

Speak with experienced staff - no recordings

**24 Hou**
access
accour
Benefic
may ha
week a
account
their ac

**Online**
**payme**
Benefic
their ac
informa
reports,
interest
paymer
more. C
Demo.

**Online**

9670 W. Tropicana Avenue, Suite 100, Las Vegas, NV 89147    702.362.1234, Fax 362.1010

Links 1 | links 2 Our other sites: usls.biz | loanservicingcompany.com | loanpaymentcenter.com | usloanservicing.com

Ex "B"



May 1, 2006

**Price Schedule**

- Quick Forms
- Lender Access
- Borrower Access
- Sell Your Note?
- News & Events
- Resources
- Calculators
- FAQ's

## Price Schedule

### SET UP FEES:

| | |
|---|---:|
| SETUP FEE (1 PAYEE) | $ 75.00 |
| EACH ADDTL. PAYEE | $ 25.00 |
| AITD /CONTRACT | $100.00 |
| SETUP WITH IMPOUNDS, ADD | $ 25.00 |

### SERVICE FEES:

| | |
|---|---:|
| MONTHLY | $ 7.00 |
| QUARTERLY | $ 21.00 |
| SEMI-ANNUAL | $ 42.00 |
| ANNUAL | $ 84.00 |
| IMPOUND ACCOUNT, ADD | $ 7.00 |
| EACH ADDITIONAL CHECK, ADD | $ 7.00 |

### ADDITIONAL SERVICE FEES:

| | |
|---|---:|
| RETURN CHECK CHARGE | $ 50.00 |
| REMINDER NOTICE / LATE NOTICE | $ 10.00 |
| DEFAULT LETTER | $ 25.00 |
| MODIFICATION FEE | $100.00 |
| ASSIGNMENT FEE | $ 75.00 |
| FORCLOSURE OR DEMAND | $ 50.00 |
| AMORTIZATION FEE | $ 10.00 |
| MANUAL ADJUSTMENT FEE | $ 25.00 |
| RE-ISSUE CHECK CHARGE | $ 10.00 |
| STOP PAYMENT | $ 20.00 |
| CANCELLATION OF AGREEMENT | $ 75.00 |
| REINSTATEMENT FEE / REOPEN | $ 75.00 |
| RESEARCH (PER HOUR) | $ 40.00 |
| PAYOFF CLOSING FEE | $ 75.00 |
| RECONVEYANCE / SATISFACTION | $110.00 |
| STATEMENT FEE / ASSUMPTION | $ 35.00 |

9670 W. Tropicana Avenue, Suite 100, Las Vegas, NV 89147    702.362.1234, Fax 362.1010

Ex C