Robert C. LePome, Esq.　　　　　　　　　　　　　　　　E-Filed May 2, 2006
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | ) | BK-S-06-10725-LBR |
|---|---|---|
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
| Debtor | ) | |
| In re: | | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| **USA CAPITAL REALTY ADVISORS, LLC,** | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) | |
| Debtor | ) | |
| Affects: | ) | |
| ■ All Debtors | ) | |
| ☐ USA Commercial Mortgage Co. | ) | |
| ☐ USA Securities, LLC | ) | |
| ☐ USA Capital Realty Advisors, LLC | ) | DATE:　　5/3/06 |
| ☐ USA Capital Diversified Trust Deed | ) | TIME:　　9:30 AM |
| ☐ USA First Trust Deed Fund, LLC | ) | |
| | ) | |

1

AFFIDAVIT OF MARK GROSS IN SUPPORT OF
SUPPLEMENT TO OPPOSITION TO MOTION FOR ORDER UNDER 11 USC §§ 105(a), 345, AND 363 APPROVING DEBTORS' PROPOSED CASH MANAGEMENT PROCEDURES AND INTERIM USE OF CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET AND COUNTERMOTION FOR SEQUESTERING OR ALTERNATIVELY FOR RELEASE OF FUNDS AND FOR REVOCATION OF POWER OF ATTORNEY

STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )

MARK GROSS, being first duly sworn, states that:

1. I am the President of U.S. Loan Services, Inc. (hereafter "USLS").

2. USLS has no relationship whatever with Debtor.

3. USLS has the ability to service the existing 107 loans of USA Capital and its subsidiary companies and can assimilate them into our 4,500 loan portfolio without difficulty; although we may wish to interview one (1) individual in the collection department of USA Capital for a potential position with our firm.

4. I cannot imagine how anyone can justify more than five (5) employees at USA Capital much less 32 employees.

_____
MARK GROSS

SUBSCRIBED AND SWORN to before me this 2nd day of May, 2006.

_____
NOTARY PUBLIC in and for said County and State.

NOTARY PUBLIC
SUSAN M. STANTON
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP MARCH 24, 2010
No: 94-1539-1