JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
  and  tbw@jonesvargas.com
  and  lbubala@jonesvargas.com

Attorneys for Direct Lenders/Beneficiaries

*Electronically Filed on:*
*May 2, 2006*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No.  BK-S-06-10725-LBR<br>Chapter  11 |
| USA CAPITAL REALTY ADVISORS, LLC, | Chapter No.  BK-S-06-10726-LBR<br>Chapter  11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Chapter No.  BK-S-06-10727-LBR<br>Chapter  11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Chapter No.  BK-S-06-10728-LBR<br>Chapter  11 |
| USA SECURITIES, LLC, | Chapter No.  BK-S-06-10729-LBR<br>Chapter  11 |
| Debtors. | **ERRATA TO DIRECT LENDERS/BENEFICIARIES' OPPOSITION TO DEBTOR'S PROPOSED CASH MANAGEMENT PLAN**<br><br>Hearing Date:  May 3, 2006<br>Hearing Time:  9:30 a.m. |

Jones Vargas filed an Opposition to Debtor's Proposed Cash Management Plan on May 1, 2006. Inadvertently, the Exhibits attached to that opposition were incomplete. Attached hereto are complete copies of Exhibit 1 – Loan Servicing Agreement, Exhibit 2 – Declaration of Agency

1

Limited Power of Attorney, Exhibit 3 – Loan Agreement, Exhibit 4 – Promissory Note Secured by Deed of Trust, Exhibit 5 – Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing (Recorded in Riverside County, California), and Exhibit 6 – Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing (Recorded in San Bernardino County, California)

DATED this 2nd day of May, 2006.

JONES VARGAS

By:      //s// Janet L. Chubb
JANET L. CHUBB, ESQ.
LOUIS M. BUBALA, ESQ.

Attorneys for Direct Lenders/Beneficiaries

**CERTIFICATE OF SERVICE**

1. On May 2nd, 2006, I served the following document(s):

   **ERRATA TO DIRECT LENDERS/BENEFICIARIES' OPPOSITION TO DEBTOR'S PROPOSED CASH MANAGEMENT PLAN**

2. I served the above-named document(s) by the following means to the persons as listed below:

   : a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

   - **FRANKLIN C. ADAMS**
     franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
   - **KELLY J. BRINKMAN**
     kbrinkman@gooldpatterson.com
   - **CANDACE C CARLYON**
     ltreadway@sheacarlyon.com
     ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
   - **CICI CUNNINGHAM**
     bankruptcy@rocgd.com
   - **THOMAS H. FELL**
     THF@GORDONSILVER.COM BANKRUPTCYNOTICES@GORDONSILVER.COM
   - **EDWARD J. HANIGAN**
     haniganlaw@earthlink.net haniganlaw1@earthlink.net
   - **ROBERT R. KINAS**
     rkinas@swlaw.com
     mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com
   - **ROBERT C. LEPOME**
     robert@robertlepome.com susan@robertlepome.com
   - **RICHARD MCKNIGHT**
     mcknightlaw@cox.net
     gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
   - **JEANETTE E. MCPHERSON**
     jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
   - **LENARD E. SCHWARTZER**
     bkfilings@s-mlaw.com
   - **MATTHEW C. ZIRZOW**
     bankruptcynotices@gordonsilver.com

   ❾ b. **United States mail, postage fully prepaid** (list persons and addresses):

   ❾ c. **Personal Service** (list persons and addresses):
   I personally delivered the document(s) to the persons at these addresses:

   ❾ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

¶   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

:   d.   **By direct email (as opposed to through the ECF System**) (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

- CICI CUNNINGHAM
  bankruptcy@rocgd.com
- THOMAS H. FELL
  thf@gordonsilver.com bankruptcynotices@gordonsilver.com
- CANDACE C CARLYON
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
- JEANETTE E. MCPHERSON
  jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
- LENARD E. SCHWARTZER
  bkfilings@s-mlaw.com
- MATTHEW C. ZIRZOW
  bankruptcynotices@gordonsilver.com
- ANNETTE W. JARVIS, ESQ.
  Ray Quinney & Nebeker P.C.
  Email:  ajarvis@rqn.com
- THOMAS J. ALLISON
  Mesirow Financial Interim Management
  Email:  tallison@mesierowfinancial.com
- AUGUST LANDIS, ESQ.
  Office of the U.S. Trustee
  Email: augie.landis@usdoj.gov

¶  e.   **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

¶  f.   **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service.  (A declaration by the messenger must be attached to this Certificate of Service).

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 2nd day of May, 2006.

|        Tawney Waldo        |        //s// Tawney Waldo        |
|----------------------------|----------------------------------|
| Name                       | Signature                        |