Filed Electronically
5/3/06

1  JEFFREY H. DAVIDSON (CA State Bar No. 73980),
   FRANK A. MEROLA (CA State Bar No. 136934), and
2  CHRISTINE M. PAJAK (CA State Bar No. 217173), Members of
   STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
3  1901 Avenue of the Stars, 12th Floor
   Los Angeles, California 90067
4  Telephone: (310) 228-5600
   Counsel for the Interim Committee
5  Of Concerned Investors

6  James Patrick Shea
   Nevada Bar No. 000405
7  Shea & Carlyon, Ltd.
   233 S. Fourth Street
8  Suite 200
   Las Vegas, NV  89101
9  Telephone: (702) 471-7432
10 Proposed local counsel for Stutman,
     Treister & Glatt Professional Corporation,
11     Specially appearing solely with regard to this
       Pleading
12

13               UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF NEVADA
14

   In re:                                  )   BK-S-06-10725-LBR
15 USA COMMERCIAL MORTGAGE COMPANY         )   Chapter 11
            Debtor.                        )
16 ─────────────────────────────────────────
   In re:                                  )   BK-S-06-10726-LBR
17 USA CAPITAL REALTY ADVISORS,            )   Chapter 11
   LLC,                                    )
18          Debtor.                        )
   ─────────────────────────────────────────
   In re:                                  )   BK-S-06-10727-LBR
19 USA CAPITAL DIVERSIFIED TRUST           )   Chapter 11
   DEED FUND, LLC,                         )
20          Debtor                         )
   ─────────────────────────────────────────
21 In re:                                  )   BK-S-06-10728-LBR
   USA CAPITAL FIRST TRUST DEED            )   Chapter 11
22 FUND, LLC,                              )
            Debtor                         )
23 ─────────────────────────────────────────
   In re:                                  )   BK-S-06-10729-LBR
24 USA SECURITIES, LLC,                    )   Chapter 11
            Debtor                         )
25

26

27

28

390462v4

| Affects: | |
|---|---|
| ☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **CERTIFICATE OF SERVICE REGARDING "LIMITED OPPOSITION TO THE DEBTORS' CASH MANAGEMENT MOTION AND INTERIM USE OF CASH"**<br><br>Date:  May 3, 2006<br>Time:  9:30 a.m.<br>Place: Foley Federal Bldg.<br>       300 Las Vegas Blvd. S.<br>       Las Vegas, NV 89101 |

390462v4

2

On May 2, 2006, I served the following document:

**"Limited Opposition To The Debtors' Cash Management Motion And Interim Use Of Cash."**

I served the above-named document by United States mail, postage fully prepaid, on persons whose names and addresses appear on the attached service list.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:   May 2, 2006

Kendra A. Johnson
(NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

390462v4

3

USA Commercial Mortgage Company
Amended Service List
Doc #390534v2
5865

| | | |
|---|---|---|
| USA COMMERCIAL MORTGAGE ET AL.<br>THOMAS J. ALLISON<br>4484 SOUTH PECOS ROAD<br>LAS VEGAS, NV 89121 | BUNCH, DELL<br>1909 RED ROBIN COURT<br>LAS VEGAS, NV 89134 | PETERSON, MICHAEL<br>C/O JOHN F. O'REILLY<br>O'REILLY LAW GROUP. LLC<br>325 SOUTH MARYLAND PARKWAY<br>LAS VEGAS, NV 89101 |
| ADVANCED INFORMATION SYSTEMS<br>4270 CAMERON STREET, SUITE #1<br>LAS VEGAS, NV 89121 | PECOS PROFESSIONAL PARK<br>4484 SOUTH PECOS PARK<br>LAS VEGAS, NV 84121 | ANNEE OF PARIS COIFFURES, INC.<br>8049 PINNCALE PEAK<br>LAS VEGAS, NV 89113 |
| SPECIAL ORDER SYSTEMS<br>575 MENLO DRIVE, SUITE 4<br>ROCKLIN, CA 95765 | GOOLD PATTERSON ALES & DAY<br>4496 SO. PECOS RD.<br>LAS VEGAS, NV 89121 | PARIS LINE LLC<br>4759 ILLUSTRIOUS STREET<br>LAS VEGAS, NV 89147 |
| RD ADVERTISING<br>3230 E. FLAMINGO ROAD, #8-532<br>LAS VEGAS, NV 89121 | HASPINOV, LLC<br>4484 SOUTH PECOS RD.<br>LAS VEGAS, NV 89121 | USA COMMERCIAL REAL ESTATE GROUP<br>4484 SOUTH PECOS RD<br>LAS VEGAS, NV 89121 |
| BANK OF AMERICA<br>P.O. BOX 30750<br>LOS ANGELES, CA 90030-0750 | WEST COAST LIFE INSURANCE COMPANY<br>P.O. BOX 11407<br>BIRMINGHAM, AL 35246-0078 | RUSSELL AD DEVELOPMENT GROUP, LLC<br>P.O. BOX 28216<br>SCOTTSDALE, AZ 85255 |
| NEVADA STATE BANK<br>P.O. BOX 990<br>LAS VEGAS, NV 89125-0990 | U.S. BANK<br>P.O. BOX 790179<br>SAINT LOUIS, MO 63179-0179 | CITIBANK<br>P.O. BOX 26901<br>SAN FRANCISCO, CA 94126 |
| WELLS FARGO BANK<br>MAC T5601-012<br>P.O. BOX 659700<br>SAN ANTONIO, TX 78286-0700 | SCOTSMAN PUBLISHING, INC.<br>P.O. BOX 692<br>BOTHELL, WA 98041-0692 | NEVADA DEPARTMENT OF TAXATION<br>P.O. BOX 52674<br>PHOENIX, AZ 85072-2674 |
| KUMMER, KAEMPFER, BONNER & RENSHAW<br>3800 HOWARD HUGHES PKWY., 7th FL<br>LAS VEGAS, NV 89109 | INTERSHOW<br>THE GITHLER CENTER<br>1258 NORTH PALM AVE.<br>SARASOTA, FL 34236 | JAMES HULL<br>C/O SIGNATURE FINANCIAL<br>2601 AIRPORT DRIVE<br>TORRANCE, CA 90505 |
| R. HAGMAIER<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 | GEORGE GORMAN<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 | TIM RICH<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 |

| | | |
|---|---|---|
| R.T. ENTERPRISES, ROBERT E. TAYLOR, GP 1535 FLYNN ROAD CAMARILLO, CA 93012 | ROBERT E. TAYLOR, PRESIDENT 1535 FLYNN ROAD CAMARILLO, CA 93012 | ROBERT G. BERRY JR. AND JEANNETTE K. BERRY 4460 MOUNTAINGATE DR. RENO, NV 89509 |
| ROBERT E. TAYLOR 1535 FLYNN ROAD CAMARILLO, CA 93012 | WILLIAM EDWARDS 12550 5th ST. EAST TREASURE ISLAND, FL 33706 | THE TONI ANTONACCI TRUST 6341 N. STEPHANIE #210 HENDERSON, NV 89014 |
| KATZ 2000 SARA M. KATZ AND JACK KATZ TTEE 4484 S. PECOS RD. LAS VEGAS, NV 89121 | MARY E. AND MATTHEW J. MORO, JTWROS 1009 8TH ST MANHATTAN BEACH, CA 90266 | GWEN MELONAS FAMILY TRUST 10633 PARADISE POINT LAS VEGAS, NV 89134 |
| ARISTOTLE S. MELONAS 7240 NIGHT HERON WAY NORTH LAS VEGAS, NV 89084 | STEVEN M. AND MARGARET W. TERRY TRUST 113 WORTHEN CIRCLE LAS VEGAS, NV 89145 | WILLIAM W. MILLER P.O. BOX 247 ST. GEORGE, UT 84771 |
| RICHARD G. WOUDSTRA REVOCABLE TRUST RICHARD G. WOUDSTRA, TTEE P.O. BOX 530025 HENDERSON, NV 89053 | JACK AND SYLVIA GOLDENTHAL 20155 NE 38TH CT. UNIT 1603 AVENTURA, FL 33180 | WEN BALDWIN SEPARATE PROPERTY TRUST 365 DOOLEY DRIVE HENDERSON, NV 89015 |
| KOHLER LIVING TRUST GUENTHER A. AND ELFRIEDE KOHLER 842 OVERLOOK COURT SAN MATEO, CA 94403 | JOHN WARNER JR., IRA C/O FIRST SAVINGS BANK 2605 EAST FLAMINGO RD LAS VEGAS, NV 89121 | ANDREW AND ELLEN DAUSCHER P.O. BOX 10031 ZEPHYR COVE, NV 89448 |
| JAMES J. TANAKA, IRA RETIREMENT ACCOUNTS, INC. P.O. BOX 173785 DENVER, CO 80217-3785 | DONNA LUTTEL AND GERHARD LUTTEL AND GWENDOLYN ALLRED P.O. BOX 35425 LAS VEGAS, NV 89133 | HERMAN M. ADAMS OR BRIAN M. ADAMS OR ANTHONY G. ADAMS 1341 CASHMAN DR. LAS VEGAS, NV 89102 |
| DR. GARY KANTOR 2816 VISTA DEL SOL LAS VEGAS, NV 89120 | KATZ 2000 SEPARATE PROPERTY TRUST SARA M. KATZ, MANAGING TRUSTEE 4484 S. PECOS RD. LAS VEGAS, NV 89121 | AAA OM FINANCIAL, LLC 3093 RED ARROW DR. LAS VEGAS, NV 89134 |
| KANTOR NEPHROLOGY CONSULTANTS GARY KANTOR, TRUSTEE 1750 EAST DESERT INN, SUITE 200 LAS VEGAS, NV 89109 | ROBERT G. WORTHEN 112 WORTHEN CIRCLE LAS VEGAS, NV 89145 | KUSUM DESAI, MD 3093 RED ARROW DR. LAS VEGAS, NV 89145 |
| THOMAS C. LAWYER FAMILY TRUST 45 VENTANA CANYON DR. LAS VEGAS, NV 89113 | JOHN PARKER KURLINSKI & CLAIRE SAWYER KURLINSKI REVOCABLE TRUST JOHN AND CLAIR KURLINSKI, TTEES 322 BEAM DRIVE LAS VEGAS, NV 89118 | CHARLES O. NICHOLS AND FLORA A. NICHOLS 2561 SEASCAPE DR. LAS VEGAS, NV 89128 |

| | | |
|---|---|---|
| CHILDRENS DENTAL GROUP, INC. DEFINED BENEFIT PENSION PLAN 413 CANYON GREENS DR. LAS VEGAS, NV 89144 | MICHAELIAN HOLDINGS, LLC 413 CANYON GREENS DR. LAS VEGAS, NV 89144 | FIRST TRUST COMPANY OF ONAGA CIF JEAN JACQUES LEBLANC IRA 301 LEONARD ONAGA, KS 66521 |
| THE GANNAWAY CHARITABLE REMAINDER TRUST PEYTON AND PATRIC CRYSTAL BAY, NV 89402 | THE L. E. AND J. G. BLAIR FAMILY TRUST LLOYD E. BLAIR TIEE 1931 QUAIL CREEK CT. RENO, NV 89509-0671 | EMONA DENTAL STUDIOS, INC. PENSION AND PROFIT SHARING PLANS 4043 CHALFONT ST. LAS VEGAS, NV 89121 |
| FRANK REALE, DC 6908 EMERALD SPRINGS LANE LAS VEGAS, NV 89113 | MOLITCH 1997 TRUST MATTHEW MOLITCH, TRUSTEE 2251 N. RAMPART, #185 LAS VEGAS, NV 89128 | EVERETT H. JOHNSTON FAMILY TRUST P.O. BOX 3605 INCLINE VILLAGE, NV 89450 |
| THE 2003 RICHARD N. KRUPP, CHARITABLE REMAINDER UNITRUST FRANK HATFIELD, TRUSTEE P.O. BOX 1119 SAN MARCOS, CA 92079 | USA CAPITAL. DIVERSIFIED TRUST DEED FUND 4484 S. PECOS RD. LAS VEGAS. NV 89121 | FERTITTA ENTERPRISES, INC. 2960 W. SAHARA AVE., SUITE 200 LAS VEGAS, NV 89102 |
| HELMS HOMES, LLC 809 UPLAND BLVD. LAS VEGAS NV 89107 | ROCKLIN/REDDING LLC 278 SUSSEX ST. CARSON CITY, NV 89702 | HOMFELD II, LLC 777 SOUTH FEDERAL HIGHWAY SUITE N-409 POMPANO BEACH, FL 33062 |
| USA CAPITAL FIRST TRUST DEED FUND 4484 S. PECOS RD. LAS VEGAS, NV 89121 | ROBERT J. KEHL & RUTH ANN KEHL 4963 MESA CAPELLA DR. LAS VEGAS, NV 89148 | TERRY HELMS LIVING TRUST 809 UPLAND BLVD. LAS VEGAS NV 89107 |
| ARTHUR POLACHECK AND GLORIANNE POLACHECK 2056 WOODLAKE CIR. DEERFIELD BEACH FL 33442 | LARRY L. RIEGER & PATSY R. RIEGER REVOCABLE TRUST 2615 GLEN EAGLES DR. RENO, NV 89523 | CHARLES B. ANDERSON TRUST 211 COPPER RIDGE COURT BOULDER CITY, NV 89005 |
| CARDWELL FAMILY TRUST 505 EAST WINDMILL LN. 1-B-158 LAS VEGAS, NV 89123 | MLH FAMILY INVESTMENT' LIMITED 8912 E. PINNACLE PEAK RD. F9-602 SCOTTSDALE, AZ 85255 | USA COMMERCIAL MORTGAGE COMPANY 4484 S. PECOS RD. LAS VEGAS, NV 89121 |
| DENNIS RAGGI P.O. BOX 10475 ZEPHYR COVE, NV 89448 | JAMES W. MCCOLLUM & PAMELA P. MCCOLLUM 1011 F. AVENUE CORONADO, CA 92118 | DENNIS FLIER, INC. DEFINED BENEFIT TRUST 20155 PORTO VITA WAY 1803 AVENTURA, FL 33180 |
| DONALD S. TOMLIN & DOROTHY R. TOMLIN REVOCABLE TRUST 7145 BEVERLY GLEN AVE. LAS VEGAS, NV 89110 | ERIC LYNN LESTER AND CASSIE LESTER 500 W. GOLDFIELD AVE. YERINGTON, NV 89447 | AUGUST J. AMARAL, INC. P.O. BOX 70097 RENO, NV 89570 |

NEVADA MORTGAGE LENDING DIVISION
ATTN: SUSAN ECKHARDT
3075 EAST FLAMINGO #100
LAS VEGAS, NV 89121

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
555 EAST WASHINGTON, #1300
LAS VEGAS NV 89101

U.S. SECURITIES AND EXCHANGE COMMISSION
ATTN: SARAH D. MOYED, ESQ.
5670 WILSHIRE BLVD., SUITE 1100
LOS ANGELES, CA 90036-3648

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT. STOP 5028
110 CITY PARKWAY
LAS VEGAS NV 89106

UNITED STATES DEPT. OF JUSTICE
TAX DIVISION - WESTERN REGION
POST OFFICE BOX 683 - BEN FRANKLIN STATION
WASHINGTON D.C. 20044

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
POST OFFICE BOX 551401
LAS VEGAS NV 89155-1401

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
POST OFFICE BOX 551220
LAS VEGAS NV 89155-1220

RJ ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

MARYETTA BOWMAN
534 ENCHANTED LAKES DRIVE
HENDERSON, NV 89052

MARTIN A. WEISS, ESQ.
ONE BETTERWORLD CIRCLE, SUITE 300
TEMECULA, CA 92590

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K. STREET, N.W.
WASHINGTON, D.C. 20005-4026

SECRETARY OF STATE
STATE OF NEVADA
202 NORTH CARSON STREET
CARSON CITY NV 89701

DEPARTMENT OF EMPLOYMENT
TRAINING EMPLOYMENT SEC DIV,
CONTRIBUTIONS SECTION
500 EAST THIRD STREET
CARSON CITY NV 89713-0030

NV DEPT OF TAXATION
REVENUE DIVISION
CAPITOL COMPLEX
CARSON CITY NV 89710-0003

INTERNAL REVENUE SERVICE
OGDEN UT 84201

DISTRICT COUNSEL INTERNAL REVENUE SERVICE
110 CITY PARKWAY
LAS VEGAS NV 89106

DON TOMLIN
C/O DAVID W. MOUNTER
15316 SKY HIGH ROAD
ESCONDIDO, CA 92025

JANNY CATHARINA BROUWER
2533 KINNARD AVENUE
HENDERSON, NV 89074

MARGIE GANDOLFO
1724 ARROW WOOD DRIVE
RENO, NV 89521

PAUL & DONNA JACQUES
810 SE 7TH STREET, A103
DEERFIELD BEACH, FL 33441

DMV AND PUBLIC SAFETY RECORDS SECTION
555 WRIGHT WAY
CARSON CITY NV 89711-0250

OFFICE OF LABOR COMMISSIONER
555 EAST WASHINGTON AVE.
SUITE 4100
LAS VEGAS NV 89101

EMPLOYERS INSURANCE CO. OF NV
ATTN: BANKRUPTCY DESK
9790 GATEWAY DRIVE
RENO NV 89521-5906

U.S. ATTORNEY
DISTRICT OF NEVADA
323 LAS VEGAS BLVD. SO, # 5000
LAS VEGAS NV 89101

DEPT. OF VETERANS AFFAIRS LOAN SERVICE AND CLAIMS
3225 NORTH CENTRAL
PHOENIX AZ 85012

FHA/HUD
DISTRICT OFFICE
333 NORTH RANCHO DR., #700
LAS VEGAS NV 89106-3797

EDWARD W. HOMFELD
HOMFELD II, LLC
777 SOUTH FEDERAL HIGHWAY
SUITE N-409
POMPANO BEACH, FLORIDA 33062

MICHAEL R. SHULER
C/O JAY R. EATON
EATON & O'LEARY, PLLC
115 GROVE AVENUE
PRESCOTT, AZ 86301

KERMIT KRUSE
2710 ALBANY AVENUE
DAVIS, CALIFORNIA 95616

ATTILA JEPZENSZKY
1720 COLAVITA WAY
RENO, NV 89521

| | | |
|---|---|---|
| WILLIAM L. MCGIMSEY, ESQ.<br>601 EAST CHARLESTON BLVD.<br>LAS VEGAS, NV 89104 | PETER BOLINO<br>17412 SERENE DRIVE<br>MORGAN HILL, CA 95037 | BRADLEY J STEVENS<br>3300 N CENTRAL AVE<br>PHOENIX, AZ 85012 |
| PETER SUSI<br>JAY ML MICHAELSON<br>MICHAELSON, SUSI & MICHAELSON<br>7TH WEST FIGUEROA ST 2ND FLOOR<br>SANTA BARBARA, CA 93101 | GREGORY J WALCH<br>400 S FOURTH ST 3RD FLOOR<br>LAS VEGAS, NV 89101 | |