Filed
Electronically
5/3/06

1  JEFFREY H. DAVIDSON (CA State Bar. No. 73980)
   FRANK A. MEROLA (CA State Bar No. 136934)
2  CHRISTINE M. PAJAK (CA State Bar No. 217173), Members of
   STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
3  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
4  Telephone: (310) 228-5600
5  Counsel for the Interim Committee of Concerned Investors

6  SHEA & CARLYON, LTD.
   JAMES PATRICK SHEA
7  Nevada State Bar No. 002666
   233 South Fourth Street, Second Floor
8  Las Vegas, Nevada 89101
9  Telephone: (702) 471-7432
   Proposed local counsel for Stutman, Treister & Glatt Professional Corporation, specially
10      appearing solely with regard to this pleading

11              **UNITED STATES BANKRUPTCY COURT**

12                    **DISTRICT OF NEVADA**

13

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>fka USA CAPITAL,<br>            Debtor. | Bankruptcy No. BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | Bankruptcy No. BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>            Debtor. | Bankruptcy No. BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>            Debtor. | Bankruptcy No. BK-S-06-10728-LBR |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | Bankruptcy No. BK-S-06-10729-LBR<br>Chapter 11<br><br>DATE:  May 3, 2006<br>TIME:  9:30 a.m. |

26
27  **CERTIFICATE OF SERVICE OF LIMITED OPPOSITION TO THE DEBTOR'S
   CASH MANAGEMENT MOTION AND INTERIM USE OF CASH**

28

1

1.  On May 2, 2006 I served the following documents:

    Limited Opposition to the Debtors' Cash Management Motion and Interim
    Use of Cash Collateral

2.  I served the above named document(s) by the following means to the persons as
    listed below:

    ☒ **a. ECF System.** See attached Notice of Electronic Filing.

    ☐ **b. United States mail, postage full prepaid.**

    ☐ **c. Personal service.**

    I personally delivered the documents to the persons at these addresses:

    ☐ For a party represented by an attorney, delivery was made by handing the
    document(s) at the attorney's office with a clerk or other person in charge,
    or if no one is in charge, by leaving the document(s) in a conspicuous
    place in the office.

    ☐ For a party, delivery was made by handing the document(s) to the party or
    by leaving the document(s) at the person's dwelling house or usual place
    of abode with someone of suitable age and discretion residing there.

    ☐ **d. By direct email.**

    Based upon the written agreement of the parties to accept service by email or
    a court order, I caused the document(s) to be sent to the persons at the email
    addresses listed below.  I did not receive, within a reasonable time after the
    transmission, any electronic message or other indication that the transmission
    was unsuccessful.

    ☐ **e. By fax transmission.**

    Based upon the written agreement of the parties to accept serve by fax
    transmission or a court order, I faxed the document(s) to the persons at the
    fax numbers listed below.  No error was reported by the fax machine that I
    used.  A copy of the record of the fax transmission is attached.

    ☐ **f. By messenger.**

    I served the document(s) by placing them in an envelope or package
    addressed to the persons at the addresses listed below and providing them to
    a messenger for service.

1    I declare under penalty of perjury that the foregoing is true and correct.

2    DATED this 3rd day of May, 2006.

3

4

5    Lissa Treadway, CLAS, an employee
     of SHEA & CARLYON, LTD.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# File an answer to a motion:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from SHEA, JAMES PATRICK entered on 5/2/2006 at 3:49 PM PDT and filed on 5/2/2006
**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 119

**Docket Text:**
Limited Opposition *to The Debtors' Cash Management Motion and Interim Use of Cash* Filed by JAMES PATRICK SHEA on behalf of INTERIM COMMITTEE OF CONCERNED INVESTORS (Related document(s)[8] Miscellaneous Motion, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) (SHEA, JAMES)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Z:\Stutman Treister\electronic filing\Limited Opposition to Cash Management.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/2/2006] [FileNumber=6851008-0]
[3ebf30e3589a58d13a5ddf961fd57442f2aa2460c2ceb9ae61a9af23403f49f260621
c0f7b628c99d94bab9e300c3284c7a61a6f11b4a76d8734d8598e2b6096]]

## 06-10725-lbr Notice will be electronically mailed to:

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com,

CANDACE C CARLYON     ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

JANET L. CHUBB     tbw@jonesvargas.com

CICI CUNNINGHAM     bankruptcy@rocgd.com

LAUREL E. DAVIS     bklsclv@lionelsawyer.com, gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM

EDWARD J. HANIGAN     haniganlaw@earthlink.net, haniganlaw1@earthlink.net

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

JAY L. MICHAELSON

,

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

PETER SUSI
MICHAELSON, SUSI & MICHAELSON
7TH WEST FIGUEROA ST 2ND FLOOR
SANTA BARBARA, CA 93101

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101