LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845
Email: Ldavis@lionelsawyer.com

E-Filed on 5/3/06

Attorneys for the Canepa Group

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                    )   Case No. 06-10725-LBR
                                          )   Chapter 11
USA COMMERCIAL MORTGAGE                   )
COMPANY,                                  )
                                          )   Date: n/a
        Debtor.                           )   Time: n/a
_____ )

**CERTIFICATE OF SERVICE RE**:
**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

1.  On May 2, 2006, I served the following document(s):

    **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

2.  I served the above-named document(s) by the following means to the persons as listed below:

    [x]   a.   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

    *   **Franklin C. Adams**
        franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
    *   **Kelly J. Brinkman**
        kbrinkman@gooldpatterson.com
    *   **Candace Carlyon**
        ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;
        bankruptcy filings@sheacarlyon.com; rsmith@sheacarlyon.com
    *   **Cici Cunningham**
        bankruptcy@rocgd.com
    *   **Thomas H. Fell**
        THF@GORDONSILVER.COM,
        BANKRUPTCYNOTICES@GORDONSILVER.COM
    *   **Edward J. Hanigan**
        haniganlaw@earthlink.net, haniganlaw1@earthlink.net

-1-

| | | |
|---|---|---|
| 1 | * | **Robert R. Kinas** |
| 2 | | Rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com; lholding@swlaw.com; imcord@swlaw.com |
| | * | **Robert C. LePome** |
| 3 | | robert@robertlepome.com, susan@robertlepome.com |
| | * | **Richard McKnight** |
| 4 | | mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com, sforemaster@lawlasvegas.com |
| 5 | * | **Jeanette E. McPherson** |
| | | bkfilings@s-mlaw.com |
| 6 | * | **Lenard Schwartzer** |
| | | bkfilings@s-mlaw.com |
| 7 | * | **U.S. Trustee - LV - 11** |
| | | USTPRegion17.lv.ecf@usdoj.gov |
| 8 | * | **Matthew C. Zirzow** |
| | | bankruptcynotices@gordonsilver.com |

[x]   b.   **United States mail, postage fully prepaid** (list persons and addresses):

Annette W. Jarvis                         Bradley J., Stevens
Ray Quinney & Nebeker, PC                 3300 North Central Avenue
36 So. State Street/P.O. Box 45385        Phoenix, AZ  85012
Salt Lake City, UT  84145

Peter Susi                                Gregory J. Walch
Michaelson Susi & Michaelson              Santoro Driggs et al
7th W. Figueroa St., 2nd flr.   400 So. Fourth Street, 3rd flr.
Santa Barbara, CA  93101                  Las Vegas, NV  89101

[ ]   c.   **Personal Service** (List persons and addresses):

   [ ]   For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   [ ]   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]   d.   **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  e.  **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]  f.  **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct**.

DATED this 3rd day of May, 2006.

       /s/    Ginger Bagley
An Employee of Lionel Sawyer & Collins

-3-