Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON May 3, 2006

Proposed Attorneys for Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725 LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Chapter 11<br><br>**MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. § 105 AND § 363(b)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD-PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR**<br><br>Date of Hearing: OST REQUESTED<br>Time of Hearing: OST REQUESTED |

/ / /

OST Motion Hear Re Ordinary Course

1

1    Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above
2 captioned debtor and debtor in possession (the "Debtor"), hereby files this Motion For An Order
3 Shortening Time To Hear Motion Authorizing Debtor, Pursuant To 11 U.S.C. § 105 and §
4 363(b)(1), To Accept Loan Payment Proceeds And Provide Partial Releases Or Full Releases In
5 Connection With The Sale Of Properties Securing Loans Originated By The Debtor To Third-
6 Party Borrowers, And To Ratify Partial Releases Previously Provided By The Debtor (the
7 "Motion") and in support thereof states as follows:
8    1.   A Motion Authorizing Debtor, Pursuant To 11 U.S.C. § 105 and § 363(b)(1), To
9 Accept Loan Payment Proceeds And Provide Partial Releases Or Full Releases In Connection
10 With The Sale Of Properties Securing Loans Originated By The Debtor To Third-Party
11 Borrowers, And To Ratify Partial Releases Previously Provided By The Debtor has been filed.
12 This Motion requests that the Court enter an order granting the Motion to satisfy Debtor's critical
13 and immediate need to assure its borrowers and other interested parties for real estate transactions
14 on the secured loans originated by the Debtor, that the Debtor is able to satisfy its contractual
15 obligations in connection with real estate closings, to accept loan payment proceeds, and provide
16 the partial releases or full releases required in connection with the sale to bona fide purchasers of
17 properties securing such loans.  The Debtor believes that most, if not all, of the actions that Debtor
18 is required to take in connection with these real estate closings are ordinary course of business
19 transactions, but the parties to these closings, including borrowers, purchasers, title companies and
20 senior lenders, have been questioning whether the Debtor has the ability and authority to
21 participate in these closings.  Therefore, Debtor has filed this Motion to seek assurance for
22 interested parties that the actions taken and to be taken in the future by the Debtor in connection
23 with these closings are authorized by the Bankruptcy Code and the Court.  The Debtor further
24 requests ratification by the Court of any partial releases already provided by the Debtor
25 postpetition for any of the loans outlined in this Motion.
26    2.   The Debtor is requesting that this Motion be heard as soon as possible at the
27 hearing scheduled for May 18, 2006, to allow the Debtor to participate in the pending and future
28 closings in the ordinary course of business.

OST Motion Hear Re Ordinary Course

3. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

4. Hearings are currently scheduled in this matter on May 18, 2006 at 9:30 a.m. to hear other motions, and holding a hearing on the Motion at the same time would serve the interests of judicial economy.

5. No known party opposes hearing the Motion on shortened time.

Respectfully submitted on May 3, 2006.

    /s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
Proposed Attorneys for Debtor
and Debtor-In-Possession