Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON May 3, 2006

Proposed Attorneys for Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. § 105 AND § 363(b)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD-PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR**<br><br>Date of Hearing: OST REQUESTED<br>Time of Hearing: OST REQUESTED |
|---|---|

OST Declaration Re Ordinary Course

1

Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtor and debtor in possession (the "Debtor"), under penalties of perjury, hereby declares on this 3rd day of May, 2006 that:

1. A Motion Authorizing Debtor, Pursuant To 11 U.S.C. § 105 and § 363(b)(1), To Accept Loan Payment Proceeds And Provide Partial Releases Or Full Releases In Connection With The Sale Of Properties Securing Loans Originated By The Debtor To Third-Party Borrowers, And To Ratify Partial Releases Previously Provided By The Debtor has been filed. This Motion requests that the Court enter an order granting the Motion to satisfy Debtor's critical and immediate need to assure its borrowers and other interested parties for real estate transactions on the secured loans originated by the Debtor, that the Debtor is able to satisfy its contractual obligations in connection with real estate closings, to accept loan payment proceeds, and provide the partial releases or full releases required in connection with the sale to bona fide purchasers of properties securing such loans. The Debtor believes that most, if not all, of the actions that Debtor is required to take in connection with these real estate closings are ordinary course of business transactions, but the parties to these closings, including borrowers, purchasers, title companies and senior lenders, have been questioning whether the Debtor has the ability and authority to participate in these closings. Therefore, Debtor has filed this Motion to seek assurance for interested parties that the actions taken and to be taken in the future by the Debtor in connection with these closings are authorized by the Bankruptcy Code and the Court. The Debtor further requests ratification by the Court of any partial releases already provided by the Debtor postpetition for any of the loans outlined in this Motion.

2. The Debtor is requesting that this Motion be heard as soon as possible at the hearing scheduled for May 18, 2006, to allow the Debtor to participate in the pending and future closings in the ordinary course of business.

3. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

4. Hearings are currently scheduled in this matter on May 18, 2006 at 9:30 a.m. to hear other motions, and holding a hearing on the Motion at the same time would serve the interests of judicial economy.

OST Declaration Re Ordinary Course

5. No known party opposes hearing the Motion on shortened time.

Respectfully submitted on May 3, 2006.

    /s/ Jeanette E. McPherson
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Proposed Attorneys for Debtor
and Debtor-In-Possession

OST Declaration Re Ordinary Course

3