LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV  89101
Telephone:  (702) 383-8888
Facsimile:  (702) 383-8845
Email:  Ldavis@lionelsawyer.com

E-Filed on 5/3/06

Attorneys for the Canepa Group

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 06-10725-LBR |
| | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | |
| | Date: n/a |
| Debtor. | Time: n/a |

**CERTIFICATE OF SERVICE RE**:
**JOINDER IN OPPOSITION TO MOTION FOR ORDER UNDER
11 U.S.C. §§ 105(A), 345 AND 363 APPROVING DEBTORS' PROPOSED
CASH MANAGEMENT PROCEDURES AND INTERIM USE OF
CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET**

1. On May 2, 2006, I served the following document(s):

**JOINDER IN OPPOSITION TO MOTION FOR ORDER UNDER
11 U.S.C. §§ 105(A), 345 AND 363 APPROVING DEBTORS' PROPOSED
CASH MANAGEMENT PROCEDURES AND INTERIM USE OF
CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET**

2. I served the above-named document(s) by the following means to the persons as listed below:

[x]  a.  **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

* **Franklin C. Adams**
  franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
* **Kelly J. Brinkman**
  kbrinkman@gooldpatterson.com
* **Candace Carlyon**
  ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;
  bankruptcy filings@sheacarlyon.com; rsmith@sheacarlyon.com
* **Cici Cunningham**
  bankruptcy@rocgd.com

| | | |
|---|---|---|
| | * | **Thomas H. Fell** <br> THF@GORDONSILVER.COM, <br> BANKRUPTCYNOTICES@GORDONSILVER.COM |
| | * | **Edward J. Hanigan** <br> haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| | * | **Robert R. Kinas** <br> Rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com; lholding@swlaw.com; imcord@swlaw.com |
| | * | **Robert C. LePome** <br> robert@robertlepome.com, susan@robertlepome.com |
| | * | **Richard McKnight** <br> mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com, sforemaster@lawlasvegas.com |
| | * | **Jeanette E. McPherson** <br> bkfilings@s-mlaw.com |
| | * | **Lenard Schwartzer** <br> bkfilings@s-mlaw.com |
| | * | **U.S. Trustee - LV - 11** <br> USTPRegion17.lv.ecf@usdoj.gov |
| | * | **Matthew C. Zirzow** <br> bankruptcynotices@gordonsilver.com |

[x]   b.   **United States mail, postage fully prepaid** (list persons and addresses):

Annette W. Jarvis  
Ray Quinney & Nebeker, PC  
36 So. State Street/P.O. Box 45385  
Salt Lake City, UT  84145

Bradley J. Stevens  
3300 North Central Avenue  
Phoenix, AZ  85012

Peter Susi  
Michaelson Susi & Michaelson  
7th W. Figueroa St., 2nd flr.  
Santa Barbara, CA  93101

Gregory J. Walch  
Santoro Driggs et al  
400 So. Fourth Street, 3rd flr.  
Las Vegas, NV  89101

[ ]   c.   **Personal Service** (List persons and addresses):

   [ ]   For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   [ ]   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]   d.   **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]    f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct**.

DATED this 3rd day of May, 2006.

      /s/    Ginger Bagley
An Employee of Lionel Sawyer & Collins