Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

**E-FILED ON May 3, 2006**

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Proposed Attorneys for Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case No. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET**<br><br>Date of Hearing:  OST PENDING<br>Time of Hearing:  OST PENDING |
|---|---|

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

OST Atty Info Sheet Re Ordinary Course

1

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| Scott Farrow<br>Assistant U.S. Trustee | May 3, 2006 | X | |

NOTE:

Respectfully submitted on May 3, 2006.

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Proposed Attorneys for Debtor
and Debtor-In-Possession

OST Atty Info Sheet Re Ordinary Course

2