ORIGINAL



1  Peter Susi, Bar No. 62957
2  Jay L. Michaelson, Bar No. 39774
   Michaelson, Susi & Michaelson
3  A Professional Corporation
   7 West Figueroa Street, 2nd Floor
4  Santa Barbara, CA 93101
5  (805) 965-1011; 805) 965-7351 (fax)
6  peter@msmlaw.com; jay@msmlaw.com
7  Name, Address, Telephone No., Bar Number & E-mail Address

Entered on Docket
May 03, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: *(Name of Debtor)*

USA COMMERCIAL MORTGAGE COMPANY,

(and related cases)

Debtor(s)

Case No. BK- S-06-10725 LBR
and related cases
Adv. # _____

Chapter ☐ 7  ☒ 11  ☐ 13

## ORDER GRANTING PERMISSION TO FILE IN PAPER FORMAT

The Court hereby grants the Motion filed by ___Michaelson, Susi & Michaelson___ *(name of movant)*. The Clerk of the Court is hereby directed to accept in paper format the following document(s) as identified in the movant's "Motion For Permission To File In Paper Format Due To Exemption Or Exceptional Circumstances" *(list title of each document)*:

PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT.

No other documents may be filed in paper format without first seeking permission from the Court. Counsel shall immediately seek training for filing electronically. *[handwritten]*

IT IS SO ORDERED.

1 | Submitted by:  Peter Susi, Esq.
2 |                Michaelson, Susi & Michaelson
3 | _____
4 |
5 |
6 | December 27, 2005                                    ###
7 |