U.S. BANKRUPTCY COURT
STATE OF NEVADA

RECEIVED AND FILED

2006 MAY -2 P 12: 24

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

———————————X
     :
In re:    :
     USA Commercial    :    Case No. 06-10725
     Mortgage Company   :
     :
———————————X

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Angelo, Gordon & Co. appears in this case pursuant to Section 1109 (b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, and requests that all pleadings in this case be served on it at the address set below.

PLEASE TAKE FURTHER NOTICE that request is hereby made for service of all copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, disclosure statements, plans of reorganization, and answering or reply papers filed in the above-captioned case, by mail or otherwise to the address set forth below and to the attention of the undersigned.

Dated: New York, New York
       April 24, 2006

By: _____
    Jed A. Hart
    Angelo, Gordon & Co.
    245 Park Avenue, 26th Fl.
    New York, NY  10167
    jhart@angelogordon.com
    TEL: (212) 692-2003
    FAX: (212) 867-6395



**ANGELO, GORDON & CO.**

245 Park Avenue
New York, NY 10167
212 692 2000
212 867 6395 Fax

April 24, 2006

U.S. Bankruptcy Court
State of Nevada
Attn: Bankruptcy Clerk
Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

    Re:    <u>USA Commercial Mortgage Company</u>
              Case No. 06-10725

Gentlemen:

Enclosed for filing in connection with the above captioned case is a Notice of Appearance and Request for Service.

Thank you for your cooperation and courtesy.

Very truly yours,

Jed A. Hart