ORIGINAL

RECEIVED & FILED

'06 MAY -2 A9 :01

1  Nicholas J. Santoro
2  Nevada Bar Number 00532
   Email: NSantoror@Nevadafirm.com
   400 South Fourth Street, Third Floor
3  Las Vegas, Nevada 89101
   Telephone:   702/791-0308
4  Facsimile:   702/791-1912

5  *Attorney for Nicholas J. Santoro and Juanita Santoro,*
   *Trustees of the Nicholas J. and Juanita Santoro*
6  *Family Trust*

7
                    UNITED STATES BANKRUPTCY COURT
8
                          DISTRICT OF NEVADA
9

10 In re:                          | Case No.: 06-10725-LBR
                                   | Chapter 11
11 USA COMMERCIAL MORTGAGE         |
   COMPANY,                        | **NICHOLAS J. SANTORO'S MOTION
12                                 | FOR PERMISSION TO FILE IN PAPER
              Debtor.              | FORMAT DUE TO EXEMPTION OR
13                                 | EXCEPTIONAL CIRCUMSTANCES**
14                                 |
                                   | Date of Hearing:   N/A
15                                 | Time of Hearing:   N/A

16     Pursuant to Administrative Order 04-3 (the "Order"), movant Nicholas J. Santoro, Esq.,

17 hereby requests permission to file documents in traditional paper format on the grounds that:

18     **Movant is not a "Regular Filer" as defined in the Order; and

19     **Exceptional circumstances exist which prevent filing by electronic means.

20  1. Document

21     The documents which the movant seeks permission to file in paper format are:

22     A.   NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE AND
            DEMAND FOR COPIES OF ALL FILED PLANS AND DISCLOSURE
23          STATEMENTS;

24     B.   JOINDER OF NICHOLAS J. SANTORO IN SUPPORT OF PARTIAL
25          OPPOSITION TO "DEBTORS' PROPOSED CASH MANAGEMENT PROCEDURES
            AND INTERIM USE OF CASH IN ACCORDANCE WITH PROPOSED CASH
26          BUDGET."

27

28     / / /

01969-00/78696.doc

2. Exceptional Circumstances

If permission to file in paper format is sought on the basis of exceptional circumstances, the movant states the following as grounds for the Motion:

    (a)    Internet service problems - N/A

    (b)    Other grounds exist for the Exceptional Circumstances Motion. Each of Debtor's motions opposed by movant are being heard on a shortened-time basis May 3, 2006. Movant has not had time to engage counsel or otherwise receive the necessary e-filing training in time for the hearing. Movant anticipates engaging counsel shortly after the May 3 hearings, or otherwise will fulfill the e-filing training requirements to continue representing the Trust.

    (c)    Movant has filed a prior Exceptional Circumstances Motion

        (i) Number of prior motion(s): 0

        (ii, iii, and iv) N/A

3. Movant's declaration supporting this Motion is attached pursuant to Section 3(b)(i) of the Order.

4. Movant hereby also submits a proposed order pursuant to the Order.

Based upon the foregoing, movant requests that the Court grant the Motion.

Dated this ____1____ day of May, 2006.

_____
Nicholas J. Santoro, Esq.
Nevada Bar Number 00532
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorney for Nicholas J. Santoro and Juanita Santoro, Trustees of the Nicholas J. and Juanita Santoro Family Trust*

01969-00/78696.doc

- 2 -