ORIGINAL

RECEIVED & FILED

'06 MAY -2 A9 :02

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

1  Nicholas J. Santoro
   Nevada Bar Number 00532
2  Email: NSantoro@Nevadafirm.com
   400 South Fourth Street, Third Floor
3  Las Vegas, Nevada 89101
   Telephone:  702/791-0308
4  Facsimile:  702/791-1912

5  *Attorney for Nicholas J. Santoro and Juanita Santoro,
   Trustees of the Nicholas J. and Juanita Santoro
6  Family Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No.: 06-10725-LBR
Chapter 11

**DECLARATION OF NICHOLAS J. SANTORO IN SUPPORT OF MOTION FOR PERMISSION TO FILE IN PAPER FORMAT DUE TO EXEMPTION OR EXCEPTIONAL CIRCUMSTANCES**

Date of Hearing: N/A
Time of Hearing: N/A

1. I am an attorney licensed to practice law in the State of Nevada and am a co-trustee of the Nicholas J. and Juanita Santoro Family Trust ("the Trust"). I am submitting this declaration in support of my MOTION FOR PERMISSION TO FILE IN PAPER FORMAT DUE TO EXEMPTION OR EXCEPTIONAL CIRCUMSTANCES, and make this declaration based upon my personal knowledge.

2. I have not made any filings with this court after 2002 and therefore am not a "Regular Filer" to which the e-filing rules apply.

3. Debtor has filed numerous motions that will be heard on a shortened time basis on May 3, 2006, and I have not had time to make arrangements to file electronically. I anticipate either engaging counsel with e-filing capability or taking the e-filing training shortly after the May 3 hearings scheduled for this case.

01985-00/78698.doc

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this ____1____ day of May, 2006.

_____
Nicholas J. Santoro, Esq.

01969-00/78698.doc