ORIGINAL

**Entered on Docket**
**May 04, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Gregory J. Walch
Nevada Bar Number 4780
Email: GWalch@Nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308
Facsimile:     702/791-1912

*Attorney for Gregory J. Walch and Shauna M. Walch,*
*Trustees of the Gregory J. and Shauna M. Walch*
*Family Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor. | Case No.: 06-10725-LBR<br>Chapter 11<br><br>**ORDER GRANTING GREGORY J. WALCH'S MOTION FOR PERMISSION TO FILE IN PAPER FORMAT DUE TO EXEMPTION OR EXCEPTIONAL CIRCUMSTANCES**<br><br>Date of Hearing:     N/A<br>Time of Hearing:    N/A |

The Court hereby grants the Motion filed by Gregory J. Walch, counsel for Gregory J.

Walch and Shauna M. Walch, Co-Trustees of the Gregory J. and Shauna M. Walch Family Trust.

The Clerk of the Court is hereby directed to accept in paper format the following document(s) as

identified in the movant's "Motion for Permission to File in Paper Format Due to Exemption or

Exceptional Circumstances":

      A.     JOINDER   IN   OPPOSITION   TO   DEBTOR'S   MOTION   FOR   ORDER

01969-00/78571.doc

1  GRANTING DEBTOR ADDITIONAL TIME TO FILE ITS STATEMENTS AND
   SCHEDULES;

2

3  B.    PARTIAL    OPPOSITION    TO    "DEBTORS'    PROPOSED    CASH
   MANAGEMENT PROCEDURES AND INTERIM USE OF CASH IN ACCORDANCE
   WITH PROPOSED CASH BUDGET."

4

5  No other documents may be filed in paper format without first seeking permission from

6  the Court.

7  IT IS SO ORDERED.

8

9

10

11

12

13

14

15

16

17

18

19  Submitted by:

20

21  _[signature]_

22  Gregory J. Walch, Esq.
   Nevada Bar Number 4780

23  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101

24  Telephone:    702/791-0308
   Facsimile:    702/791-1912

25

26  *Attorney for Gregory J. Walch and Shauna M. Walch,*
   *Trustees of the Gregory J. and Shauna M. Walch Family Trust*

27

28

01969-00/78571.doc

- 2 -