

Entered on Docket
May 05, 2006

Nicholas J. Santoro
Nevada Bar Number 00532
Email: NSantoro@Nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:  702/791-0308
Facsimile:  702/791-1912

*Attorney for Nicholas J. Santoro and Juanita Santoro, Trustees of the Nicholas J. and Juanita Santoro Family Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **ORDER GRANTING NICHOLAS J. SANTORO'S MOTION FOR PERMISSION TO FILE IN PAPER FORMAT DUE TO EXEMPTION OR EXCEPTIONAL CIRCUMSTANCES** |
| | Date of Hearing: N/A |
| | Time of Hearing: N/A |

The Court hereby grants the Motion filed by Nicholas J. Santoro, counsel for Nicholas J. Santoro and Juanita Santoro, Co-Trustees of the Nicholas J. and Juanita Santoro Family Trust. The Clerk of the Court is hereby directed to accept in paper format the following document(s) as identified in the movant's "Motion for Permission to File in Paper Format Due to Exemption or Exceptional Circumstances":

A.   NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE AND

01969-00/78699.doc

DEMAND FOR COPIES OF ALL FILED PLANS AND DISCLOSURE STATEMENTS;

B.  JOINDER OF NICHOLAS J. SANTORO IN SUPPORT OF PARTIAL OPPOSITION TO "DEBTORS' PROPOSED CASH MANAGEMENT PROCEDURES AND INTERIM USE OF CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET."

No other documents may be filed in paper format without first seeking permission from the Court.

IT IS SO ORDERED.

Submitted by:

*[signature]*

Nicholas J. Santoro, Esq.
Nevada Bar Number 00532
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:     702/791-1912

*Attorney for Nicholas J. Santoro and Juanita Santoro,
Trustees of the Nicholas J. and Juanita Santoro Family Trust*

01985-00/78699.doc