

**COLONIAL BANK**

Account: 26601881
Check: 339
Cleared: 2006 Apr 12
Amount: $100,000.00

Front    Back

Print    Close

Reset   Zoom Out   40%   Zoom In   Invert   Rotate   Flip



EXHIBIT "A"





Ex. B

Image Display




**Account:** 26601881    **Front**    **Back**
**Check:** 337
**Cleared:** 2006 Mar 22
**Amount:** $100,000.00



Reset   Zoom Out   50 %   Zoom In   Invert   Rotate   Flip



Ex. "C"

https://olbimage.bankcolonial.com/Display.aspx?query=jtguHK5jgcsEjD9UNSI7kLuZM8...   4/19/2006



**Account:** 26601881
**Check:** 338
**Cleared:** 2006 Mar 22
**Amount:** $125,000.00



Ex. "D"

https://olbimage.bankcolonial.com/Display.aspx?query=i1eaHKqRiksdMS9mi8ucLSo3Ijc...    4/19/2006