Robert C. LePome, Esq.   E-Filed May 5, 2006
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) | |
| Debtor | ) | |
| Affects: | ) | |
| ■ All Debtors | ) | |
| ☐ USA Commercial Mortgage Co. | ) | |
| ☐ USA Securities, LLC | ) | |
| ☐ USA Capital Realty Advisors, LLC | ) | DATE: |
| ☐ USA Capital Diversified Trust Deed | ) | TIME: |
| ☐ USA First Trust Deed Fund, LLC | ) | |
| | ) | |

1

CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that a true and correct copy of the Notice of Motion and Motion for Order Authorizing Return of Non-Invested Funds of Stanley Alexander Trust, Drs. Stanley Alexander and Florence Alexander filed May 5, 2006 was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

JANET L. CHUBB tbw@jonesvargas.com

CICI CUNNINGHAM bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

ANNETTE W JARVIS ,

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

by electronic service on the 5th day of May, 2006 and to the following by regular mail on the 5th day of May, 2006

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

PETER SUSI
MICHAELSON, SUSI & MICHAELSON
7TH WEST FIGUEROA ST 2ND FLOOR
SANTA BARBARA, CA 93101

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

                                              /s/ Susan Stanton
                                              Employee of Robert C. LePome, Esq.