4/27/06

1  Peter Susi, Bar No. 62957
2  Jay L. Michaelson, Bar No. 39774
   Michaelson, Susi & Michaelson
3  A Professional Corporation
   7 West Figueroa Street, 2nd Floor
4  Santa Barbara, CA 93101
5  (805) 965-1011; 805) 965-7351 (fax)
6  peter@msmlaw.com; jay@msmlaw.com
7  Name, Address, Telephone No., Bar Number & E-mail Address

Entered on Docket
May 03, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: *(Name of Debtor)*

USA COMMERCIAL MORTGAGE COMPANY,

(and related cases)

Debtor(s)

Case No. BK- S-06-10725 LBR
and related cases
Adv. # _____

Chapter ☐ 7   ☒ 11   ☐ 13

### ORDER GRANTING PERMISSION TO FILE IN PAPER FORMAT

The Court hereby grants the Motion filed by Michaelson, Susi & Michaelson _____ *(name of movant)*. The Clerk of the Court is hereby directed to accept in paper format the following document(s) as identified in the movant's "Motion For Permission To File In Paper Format Due To Exemption Or Exceptional Circumstances" *(list title of each document)*:

OPPOSITION TO DEBTORS' MOTION FOR ORDER APPROVING CASH MANAGEMENT

PROCEDURES AND INTERIM USE OF CASH

No other documents may be filed in paper format without first seeking permission from the Court. Counsel shall immediately seek training for filing electronically. LR

IT IS SO ORDERED.

1 | Submitted by:    Peter Susi, Esq.
2 |                  Michaelson, Susi & Michaelson
3 | *[signature]*
4 |
5 |
6 |                                              ###
  | December 27, 2005

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2          User: espinozal           Page 1 of 1              Date Rcvd: May 03, 2006
Case: 06-10725               Form ID: pdf912           Total Served: 1

The following entities were served by first class mail on May 05, 2006.
aty           PETER SUSI,   MICHAELSON, SUSI & MICHAELSON,    7TH WEST FIGUEROA ST 2ND FLOOR,
              SANTA BARBARA, CA   93101

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           JAY L. MICHAELSON
                                                                                    TOTALS: 1, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2006**            **Signature:**       *Joseph Speetjens*