**ORIGINAL**

Entered on Docket
May 04, 2006

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Gregory J. Walch
Nevada Bar Number 4780
Email: GWalch@Nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308
Facsimile:      702/791-1912

*Attorney for Gregory J. Walch and Shauna M. Walch,
Trustees of the Gregory J. and Shauna M. Walch
Family Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: 06-10725-LBR<br>Chapter 11<br><br>**ORDER GRANTING GREGORY J. WALCH'S MOTION FOR PERMISSION TO FILE IN PAPER FORMAT DUE TO EXEMPTION OR EXCEPTIONAL CIRCUMSTANCES**<br><br>Date of Hearing:    N/A<br>Time of Hearing:    N/A |

The Court hereby grants the Motion filed by Gregory J. Walch, counsel for Gregory J. Walch and Shauna M. Walch, Co-Trustees of the Gregory J. and Shauna M. Walch Family Trust. The Clerk of the Court is hereby directed to accept in paper format the following document(s) as identified in the movant's "Motion for Permission to File in Paper Format Due to Exemption or Exceptional Circumstances":

    A.    JOINDER IN OPPOSITION TO DEBTOR'S MOTION FOR ORDER

01969-00/78571.doc

GRANTING DEBTOR ADDITIONAL TIME TO FILE ITS STATEMENTS AND SCHEDULES;

B. PARTIAL OPPOSITION TO "DEBTORS' PROPOSED CASH MANAGEMENT PROCEDURES AND INTERIM USE OF CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET."

No other documents may be filed in paper format without first seeking permission from the Court.

IT IS SO ORDERED.

Submitted by:

*/s/ Gregory J. Walch*

Gregory J. Walch, Esq.
Nevada Bar Number 4780
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

*Attorney for Gregory J. Walch and Shauna M. Walch,
Trustees of the Gregory J. and Shauna M. Walch Family Trust*

- 2 -

01969-00/78571.doc

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2            User: lakaswm              Page 1 of 1            Date Rcvd: May 04, 2006
Case: 06-10725                  Form ID: pdf912            Total Served: 1

The following entities were served by first class mail on May 06, 2006.
aty          +GREGORY J WALCH,    400 S FOURTH ST 3RD FLOOR,    LAS VEGAS, NV 89101-6201

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2006**             **Signature:**     _Joseph Speetjens_