ORIGINAL



Entered on Docket
May 05, 2006

Nicholas J. Santoro
Nevada Bar Number 00532
Email: NSantoro@Nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912

*Attorney for Nicholas J. Santoro and Juanita Santoro,
Trustees of the Nicholas J. and Juanita Santoro
Family Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor. | Case No.: 06-10725-LBR<br>Chapter 11<br><br>**ORDER GRANTING NICHOLAS J. SANTORO'S MOTION FOR PERMISSION TO FILE IN PAPER FORMAT DUE TO EXEMPTION OR EXCEPTIONAL CIRCUMSTANCES**<br><br>Date of Hearing:   N/A<br>Time of Hearing:   N/A |

    The Court hereby grants the Motion filed by Nicholas J. Santoro, counsel for Nicholas J. Santoro and Juanita Santoro, Co-Trustees of the Nicholas J. and Juanita Santoro Family Trust. The Clerk of the Court is hereby directed to accept in paper format the following document(s) as identified in the movant's "Motion for Permission to File in Paper Format Due to Exemption or Exceptional Circumstances":

    A.    NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE AND

01969-00/78699.doc

DEMAND FOR COPIES OF ALL FILED PLANS AND DISCLOSURE STATEMENTS;

B.  JOINDER OF NICHOLAS J. SANTORO IN SUPPORT OF PARTIAL OPPOSITION TO "DEBTORS' PROPOSED CASH MANAGEMENT PROCEDURES AND INTERIM USE OF CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET."

No other documents may be filed in paper format without first seeking permission from the Court.

IT IS SO ORDERED.

Submitted by:

/s/ Nicholas J. Santoro

Nicholas J. Santoro, Esq.
Nevada Bar Number 00532
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:  702/791-0308
Facsimile:  702/791-1912

*Attorney for Nicholas J. Santoro and Juanita Santoro,
Trustees of the Nicholas J. and Juanita Santoro Family Trust*

- 2 -

01985-00/78699.doc

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2        User: lakaswm           Page 1 of 1            Date Rcvd: May 05, 2006
Case: 06-10725              Form ID: pdf912         Total Served: 1

The following entities were served by first class mail on May 07, 2006.
aty          +NICHOLAS J SANTORO,    400 S FOURTH ST 3RD FLOOR,    LAS VEGAS, NV 89101-6201

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 07, 2006**          **Signature:**    _Joseph Speetjens_