**Entered on Docket**
**May 08, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

SHEA & CARLYON, LTD.
CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-Mail: ccarlyon@sheacarlyon.com

Counsel for Wells Fargo Bank of Nevada and Wells Fargo Bank

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankruptcy No. BK-S-06-10725-LBR |
| | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, fka USA CAPITAL, | **Preliminary Hearing** |
| | DATE: April 17, 2006 |
| Debtor. | TIME: 1:30 |
| | **Final Hearing** |
| | DATE: May 3, 2006 |
| | TIME: 9:30 a.m. |

### FINAL ORDER APPROVING STIPULATION RE SETOFF AND BANK ACCOUNTS (WELLS FARGO)

This matter having come on for final hearing on the Stipulation re Setoff and Bank Accounts (Wells Fargo) (the "Stipulation"); Lenard E. Schwartzer, Esq. of the law firm of Schwartzer & McPherson and Annette W. Jarvis, Esq. of the law firm of Ray, Quinney &

1

Nebeker appearing on behalf of the Debtor; Candace C Carlyon, Esq. of the law firm of Shea & Carlyon, Ltd. appearing on behalf of Wells Fargo Bank; and other appearances having been noted on the record; and the Court having considered the Stipulation and Oppositions filed thereto, and the oral argument and testimony presented at the hearing; and the Court finding that the notice was appropriate and adequate under the circumstances of this case; and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved on a final basis.

SUBMITTED BY:

SHEA & CARLYON, LTD.

CANDACE C CARLYON, ESQ.
Nevada Bar No. 002666
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101

APPROVED:

SCHWARTZER & MCPHERSON

LENARD E. SCHWARTZER, ESQ.
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV 89146

and

RAY QUINNEY & NEBEKER
ANNETTE W. JARVIS, ESQ.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

APPROVED:

OFFICE OF THE U.S. TRUSTEE

*signature*

SCOTT A. FARROW, ESQ
300 Las Vegas Blvd. S., #4300
Las Vegas, NV 89101

SHEA & CARLYON, LTD
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432