Caryn S. Tijsseling, #6521
BEESLEY, PECK & MATTEONI, LTD.
5011 Meadowood Mall Way, Ste. 300
Reno, NV 89502
Telephone: (775) 827-8666
Fax: (775) 827-8722

Attorneys for: S & J Enterprise Investments, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.    BK-S-06-10725-LBR<br><br>Chapter 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### REQUEST FOR SPECIAL NOTICE

S & J Enterprise Investments, Inc., a creditor of the above-entitled Debtor, by and through its counsel, Caryn S. Tijsseling, Esq., of the law firm of Beesley, Peck & Matteoni, Ltd., hereby requests notice of all matters for which notice is required under Rule 2002. All such notices should be directed as follows:

Caryn S. Tijsseling, Esq.
Beesley, Peck & Matteoni, Ltd.
5011 Meadowood Mall Way, Ste. 300
Reno, Nevada 89502

Dated this 5th day of May, 2006.

BEESLEY, PECK & MATTEONI, LTD.

By: _/s/ Caryn Tijsseling_
CARYN S. TIJSSELING, 6521
5011 Meadowood Mall Way, Ste. 300
Reno, Nevada 89502

Attorneys for S & J Enterprise Investments, Inc.

LAW OFFICES OF
BEESLEY, PECK & MATTEONI, LTD.
SUITE 300
5011 MEADOWOOD MALL WAY
RENO, NV 89502
(775) 827-8666
FAX (775) 827-8722