Filed Electronically
5/8/06

SHEA & CARLYON, LTD.
CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-Mail: ccarlyon@sheacarlyon.com

Counsel for Wells Fargo Bank of Nevada and Wells Fargo Bank

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Bankruptcy No. BK-S-06-10725-LBR |
| | ) Chapter 11 |
| USA COMMERCIAL MORTGAGE | ) **Preliminary Hearing** |
| COMPANY, fka USA CAPITAL, | ) DATE: April 17, 2006 |
| | ) TIME: 1:30 |
| Debtor. | ) |
| | ) **Final Hearing** |
| | ) DATE: May 3, 2006 |
| | ) TIME: 9:30 a.m. |

**CERTIFICATE OF SERVICE OF NOTICE OF ENTRY FINAL ORDER APPROVING STIPULATION RE SETOFF AND BANK ACCOUNTS (WELLS FARGO)**

1. On May 8, 2006 I served the following documents:

   Notice of Entry of Final Order Approving Stipulation re Setoff and Bank Accounts (Wells Fargo)

2. I served the above named document(s) by the following means to the persons as listed below:

   ☒ a. **ECF System.** See attached Notice of Electronic Filing.

   ☒ b. **United States mail, postage full prepaid.**

   Nicholas J. Santoro                Bradley J. Stevens
   400 S. Fourth Street, 3rd Floor    3300 N. Central Avenue
   Las Vegas, NV 89101                Phoenix, AZ 85012

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

| | |
|---|---|
| USA Commercial Mortgage Co.<br>c/o Thomas J. Allison<br>4484 South Pecos Road<br>Las Vegas, NV 89121 | Gregory J. Walch<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV 89101 |
| Jasper Benincasa, Jr.<br>Flocerfida Benincasa<br>9359 Roping Cowboy Avenue<br>Las Vegas, NV 89178 | Peter Susi<br>Jay L. Michaelson<br>Michaelson, Susi & Michaelson<br>7th West Figueroa Street, 2nd floor<br>Santa Barbara, CA 93101 |

☐ **c.** **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1  I declare under penalty of perjury that the foregoing is true and correct.

2  DATED this 8th day of May, 2006.

*Lissa Treadway*, CLAS, an employee
of SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

**File a Notice:**
06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from CARLYON, CANDACE C entered on 5/8/2006 at 10:19 AM PDT and filed on 5/8/2006
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 165

**Docket Text:**
Notice of Entry of Order Filed by CANDACE C CARLYON on behalf of WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK (Related document(s)[162] Order Approving Stipulation) (CARLYON, CANDACE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\Wells Fargo\USA Mortgage\electronic filing\noe order re final stip.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/8/2006] [FileNumber=6866666-0]
[00e28593eace1fa5c48a64ddf7e32e16a65d6d1c814389f640ca14833545449ab0b30
656d18ba5b64ba8c5c942e6990e93575c3f1f2d521ae92edc32d3bab6d4]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

JANET L. CHUBB    tbw@jonesvargas.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

ANNETTE W JARVIS ,

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

JAY L. MICHAELSON
,

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

PETER SUSI
MICHAELSON, SUSI & MICHAELSON
7TH WEST FIGUEROA ST 2ND FLOOR
SANTA BARBARA, CA 93101

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101