e-filed 5/8/06

ntcdispoexh

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:

| | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | BK-S-06-10725-lbr |
| USA CAPITAL REALTY ADVISORS, LLC | BK-S-06-10726-lbr |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | BK-S-06-10727-lbr |
| USA CAPITAL FIRST TRUST DEED FUND, LLC | BK-S-06-10728-lbr |
| USA SECURITIES, LLC | BK-S-06-10729-lbr |
| Debtor(s) | |

CHAPTER 11

DATE: May 3, 2006
TIME: 9:30 A.M.

NOTICE & ORDER AUTHORIZING DESTRUCTION
OF EXHIBITS PURSUANT TO LOCAL RULE 5003(b)(5)

NOTICE IS HEREBY GIVEN pursuant to Local Rule 5003(b)(5) that if the exhibits received in this case/adversary proceeding regarding <u>Various Motions / Interim Use of Cash</u> are not withdrawn twenty (20) days after the time for appeal has expired, the Clerk, upon closing of the case, shall destroy or make other disposition as the Court may direct of any such exhibits without further notice.

DATED:5/8/06

FOR THE COURT
PATRICIA GRAY, CLERK

Notice sent via email:
Lenard Schwartzer

/s/Benji Rawling
Bankruptcy Deputy Clerk

Exhibit Log # 06-022-lbr