

**USA CAPITAL**

4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Norma Deull
140 Riverside Dr Apt 8A
New York, NY 10024

### Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 01/19/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

| Account: Norma M. Deull, an unmarried women | | | | |
|---|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid | |
| 1 | $ 3,544.93 | $ 0.00 | $ 3,544.93 | |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Bay Pompano Beach Principal Paydown | 01/19/2006 | Original Investment: 01/19/2006 | $ 50,000.00 $ 41,277.29 | IR: 12.50% $ 37,732.36 | YTD Interest: $ 486.56 $ 3,544.93 |
| Totals: | | | $ 41,277.29 | $ 41,277.29 | $ 3,544.93 |

## Full Account Summary

| Account: Norma M. Deull, an unmarried women | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 150,000.00 | $ 137,732.36 | $ 1,519.90 |

**For a detailed breakdown of your statement or additional account information, please visit**
http://www.tdinvestments.com



Ex "A"



**USA CAPITAL**

4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Martin Leaf
71 Pierce Road Box 142
Windsor, MA 01270

## Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/01/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

| Account: Martin N. Leaf, an unmarried man | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 3 | $ 0.00 | $ 1,461.64 | $ 1,461.64 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Bay Pompano Beach | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 914.86 |
| Interest Payment | 01/01/2006 | 01/18/2006 | $ 41,277.29 | $ 37,732.36 | $ 257.98 |
| Interest Payment | 01/19/2006 | 01/31/2006 | $ 37,732.36 | $ 37,732.36 | $ 170.32 |
| Totals: | | | $ 41,277.29 | $ 37,732.36 | $ 428.30 |
| Investment: Gramercy Court | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,033.34 |
| Interest Payment | 01/01/2006 | 01/31/2006 | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Investment: HFA- North Yonkers | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,033.34 |
| Interest Payment | 01/01/2006 | 01/31/2006 | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 516.67 |

## Full Account Summary

| Account: Martin N. Leaf, an unmarried man | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 150,000.00 | $ 137,732.36 | $ 2,981.54 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**



Ex "B"



**USA CAPITAL**

4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Mark Olds
25 North Washington Street
Port Washington, NY 11050

### Statement Information

| | |
|---|---|
| Page Count | 1 |
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

**Account: David M. Olds & Sally W. Olds Husband & Wife, as Joint Tenants with Right of Survivorship**

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 5 | $ 0.00 | $ 2,308.85 | $ 2,308.85 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: 6425 Gess. LTD | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: HFA- Clear Lake | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Lake Helen Partners | | Original Investment: | $ 50,000.00 | IR: 14.00% | YTD Interest: $ 1,421.25 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 40,607.05 | $ 40,607.05 | $ 442.17 |
| Totals: | | | $ 40,607.05 | $ 40,607.05 | $ 442.17 |
| Investment: Palm Harbor One | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Shamrock Tower. LP | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |

## Full Account Summary

**Account: David M. Olds & Sally W. Olds, husband & wife, as joint tenants with right of survivorship**

| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
|---|---|---|
| $ 250,000.00 | $ 240,607.05 | $ 7,421.29 |

**For a detailed breakdown of your statement or additional account information, please visit**
http://www.tdinvestments.com



Ex "C"



**USA CAPITAL**

4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Charma Block
201 S 18th St Apt 2119
Philadelphia, PA 19103

## Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

Account: Jerome L. Block & Charma N. Block, husband & wife as joint tenants with right of survivorship

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 4 | $ 0.00 | $ 1,886.12 | $ 1,886.12 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: 6425 Gess. LTD | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Castaic Partners III. | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 1,562.49 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Investment: Gramercy Court | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Shamrock Tower. LP | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |

## Full Account Summary

Account: Jerome L. Block & Charma N. Block, husband & wife as joint tenants with right of survivorship

| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
|---|---|---|
| $ 200,000.00 | $ 200,000.00 | $ 6,062.52 |

**For a detailed breakdown of your statement or additional account information, please visit**
http://www.tdinvestments.com



Ex D