LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza                                        E-Filed on 5/2/06
300 South Fourth Street
Las Vegas, NV  89101
Telephone:  (702) 383-8888
Facsimile:  (702) 383-8845
Email:  Ldavis@lionelsawyer.com

Attorneys for Scott K. Canepa; Shawntelle Davis-Canepa;
Scott K. Canepa Defined Benefit Pension Plan;
Evelyn G. Canepa Trust, Evelyn G. Canepa and Scott
Krusee Canepa Trustees; Gary T. and Lori R. Canepa,
Trustees of the G. & L. Trust dated 11/25/91;
Louis John Canepa Trustee of the Louis John Canepa
Revocable Trust dated 6/18/98; and Michael Wagnon

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 06-10725-LBR |
| | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | |
| | Date:  n/a |
| Debtor. | Time:  n/a |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO:    THE CLERK OF THE BANKRUPTCY COURT, and

TO:    THE DEBTOR, CREDITORS AND ALL INTERESTED PARTIES:

LAUREL E. DAVIS, ESQ., of the law firm of LIONEL SAWYER & COLLINS, attorneys for Scott K. Canepa; Shawntelle Davis-Canepa; Scott K. Canepa Defined Benefit Pension Plan; Evelyn G. Canepa Trust, Evelyn G. Canepa and Scott Krusee Canepa Trustees; Gary T. and Lori R. Canepa, Trustees of the G. & L. Trust dated 11/25/91; Louis John Canepa Trustee of the Louis John Canepa Revocable Trust dated 6/18/98; and Michael Wagnon (collectively "the Canepa Group") hereby enters her appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a), hereby requests special notice of all hearings, actions,

-1-

contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, any creditor or other party in interest, including copies of all plans of reorganization and disclosure statements.

All notices required to be mailed pursuant to Bankruptcy Rule 2002 and as requested herein, should be directed to:

> LAUREL E. DAVIS, ESQ.
> LIONEL SAWYER & COLLINS
> 300 South Fourth Street, #1700
> Las Vegas, NV 89101
> Fax: (702) 383-8845
> ldavis@lionelsawyer.com
> bklsclv@lionelsawyer.com
> gbagley@lionelsawyer.com
> ldavisesq@aol.com

and to:

> SCOTT K. CANEPA, ESQ.
> CANEPA, RIEDY & RUBINO
> 851 S. Rampart Boulevard, #160
> Las Vegas, NV 89145
> Fax: (702) 304-2336
> scanepa@defectlawyers.com
> gmuscari@defectlawyers.com
> scottcanepa@yahoo.com

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on the Canepa Group, or any of them; or (ii) constitute a waiver of any of the following rights of the Canepa Group, or any of them:

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation val non of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant

to statute or the United States Constitution;

    (c)    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

    (d)    Other rights, claims, actions, defenses, set-offs, recoupments, or other matters to which these parties are entitled under any agreement or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto the Canepa Group, and each of them, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

Dated this 2nd day of May, 2006.

                            LIONEL SAWYER & COLLINS

                            /s/ Laurel E. Davis
                    By: _____
                            Laurel E. Davis, Esq.

Attorneys for Scott K. Canepa; Shawntelle Davis-Canepa; Scott K. Canepa Defined Benefit Pension Plan; Evelyn G. Canepa Trust, Evelyn G. Canepa and Scott Krusee Canepa Trustees; Gary T. and Lori R. Canepa, Trustees of the G. & L. Trust dated 11/25/91; Louis John Canepa Trustee of the Louis John Canepa Revocable Trust dated 6/18/98; and Michael Wagnon