**Entered on Docket**
**May 09, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

1

2

3

4

5

6   Annette W. Jarvis, Utah Bar No. 1649

7   RAY QUINNEY & NEBEKER P.C.

    36 South State Street, Suite 1400

8   P.O. Box 45385

    Salt Lake City, Utah 84145-0385

9   Telephone: (801) 532-1500

    Facsimile: (801) 532-7543

10  Email: ajarvis@rqn.com

11  and

12  Lenard E. Schwartzer

    Nevada Bar No. 0399

13  Schwartzer & McPherson Law Firm

    2850 South Jones Boulevard, Suite 1

14  Las Vegas, Nevada  89146-5308

    Telephone:  (702) 228-7590

15  Facsimile:  (702) 892-0122

16  E-Mail:  bkfilings@s-mlaw.com

    Proposed Attorneys for Debtors and Debtors-in-Possession

17

18

19

20

21

22

23

24

25

26

27

28

Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **ORDER REGARDING JOINT ADMINISTRATION WITHOUT SUBSTANTIVE CONSOLIDATION (AFFECTS ALL DEBTORS)** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | Date:  May 3, 2006<br>Time:  9:30 a.m. |
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor. | |

1

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

The Motion for Joint Administration Without Substantive Consolidation (the "Motion") filed by Debtors USA Commercial Mortgage Company ("USA Commercial Mortgage"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors"), by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm, having come before this Court after notice as required by the Court;  appearances being made upon the record; the Court having considered the Motion as a First Day Motion on April 17, 2006 and again on May 3, 2006; the Court hearing the arguments of counsel for various investors and the United States Trustee, the Court considering the potential conflicts of interest among the Debtors and good cause appearing, it is

**ORDERED** as follows:

1.      One docket will be maintained for the jointly administered cases and that docket will be under the name of USA Commercial Mortgage in Case No. BK-S-06-10725;

2.      The parties will file all subsequent pleadings under the pleadings caption attached as **Exhibit "A."**

3.      With respect to noticing in the jointly administered cases upon entry of this order, any entity which has requested notice in any of the cases shall be deemed to have requested notice in the jointly administered cases.

4.      To the extent that any Debtor is involved, the parties will file pleadings related to the single debtor under the caption attached as Exhibit "A," and designate the affected Debtor by marking the appropriate box, and will enter as an entry to the Docket Text that the pleading either "affects all Debtors" or "affects [name of specific Debtor(s) affected]."

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2

1      5.     Each creditor or equity holder shall still file its Proofs of Claim or Interest against a

2 particular Debtor.

3      6.     Nothing in this order shall be deemed to cause substantive consolidation of the

4 Debtors' estates or waive conflicts of interest among the Debtors or their estates.

5 Submitted by:

6 Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.

7 36 South State Street, Suite 1400
P.O. Box 45385

8 Salt Lake City, Utah 84145-0385

9 and

10

11 /s/ Jeanette E. McPherson
Lenard E. Schwartzer

12 Nevada Bar No. 0399
Jeanette E. McPherson

13 Nevada Bar No. 5423
Schwartzer & McPherson Law Firm

14 2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308

15 Proposed Attorneys for Debtors

16

17

18

19 Approved/Disapproved by:

20

21   See Attached
Office of the U.S. Trustee

22 300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV  89101

23

24

25

26

27

28

P:\USA Commercial Mortgage\Pleadings\Joint Administration Motion\Order For Joint Administration V1.doc

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5.      Each creditor or equity holder shall still file its Proofs of Claim or Interest against a particular Debtor.

6.      Nothing in this order shall be deemed to cause substantive consolidation of the Debtors' estates or waive conflicts of interest among the Debtors or their estates.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

_____
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Proposed Attorneys for Debtors

Approved/Disapproved by:

_____
Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV  89101

###

P:\USA Commercial Mortgage\Pleadings\Joint Administration Motion\Order For Joint Administration V1.doc

# EXHIBIT "A"

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**E-FILED ON**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **DOCUMENT NAME [MUST INCLUDE** |
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor. | **DESIGNATION "AFFECTS ALL DEBTORS"**<br>**OR "AFFECTS 'NAME OF AFFECTED**<br>**DEBTOR(S)'"]** |
| Affects:<br>☒  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | Date:<br>Time: |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1