Name, Address, Bar No., Telephone No. and E-mail Address

E-filed on:

RECEIVED AND FILED

2006 MAY -8 P 1:27

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: *(Name of Debtor)*

Debtor(s)

*(Name of Plaintiff)*

Plaintiff

vs.

*(Name of Defendant)*

Defendant

Case No. BK -S- 6L-10725-LBR

Chapter ☐7 ☐11 ☐13

Adversary No.: _____

Hearing Date: 5/3/06
Time: 9:30 AM

## CERTIFICATE OF SERVICE

Do not use this form to prove service of a summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.

1. On 5/1/06 *(date)* I served the following document(s) *(specify)*:

   Objection to Stipulations
   Motions to Pay Additional Wages

1

2. I served the above-named document(s) by the following means to the persons as listed below:

### (Check all that apply)

☐ **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☒ **b. United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

1) ANNETTE W. JARVIS
RAY, QUINNEY + NEBECKER
36 SO. STATE STREET, SUITE 1400
P.O. BOX 53585
SALT CITY, UTAH 84145

2) LENARD E SCHWARTZER, NEVADA BAR 03
JEANETTE E. McPHERSON, NEVADA BAR
SCHWARTZER + McPHERSON) 5423
LAW FIRM
2850 SO JONES BLVD SUITE 1
LAS VEGAS, NV 89146-5308

3) SHEA + CARLYON LTD
CANDACE C CARLYON ESQ
233 4th STREET, SECOND FLOOR
LAS VEGAS, NEVADA 89101

☒ **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

TRUSTEES OFFICE

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

2

☐ **d. By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

## I declare under penalty of perjury that the foregoing is true and correct.

Signed on *(date)*: 5/3/06

EdwARd KiNE
(NAME OF DECLARANT)

Edward Kline
(SIGNATURE OF DECLARANT)

February 1, 2006

3