NILE LEATHAM, ESQ.
Nevada Bar No. 002838
JAMES B. MACROBBIE, ESQ.
Nevada Bar No. 002838
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:  nleatham@klnevada.com
         jmacrobbie@klnevada.com

Attorneys for Creditor
**MIKLOS STEUER**

*ELECTRONICALLY FILED*
*ON*
*May 9, 2006*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| In re: | CASE NO. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, fka USA Capital, | Chapter 11 |
| | Hearing Date: N/A |
| Debtor. | Hearing Time: N/A |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

TO:  CLERK, UNITED STATES BANKRUPTCY COURT

TO:  THE ABOVE-NAMED DEBTOR

TO:  ANNETTE W. JARVIS, ESQ. of RAY, QUINNEY & NEBEKER P.C.; and

LENARD E. SCHWARTZER ESQ. & JEANETTE E. MCPHERSON, ESQ. of SCHWARTZER & MCPHERSON LAW FIRM

ATTORNEYS FOR DEBTOR

TO:  UNITED STATES TRUSTEE

TO:  ALL COUNSEL RECEIVING NOTICES OF ELECTRONIC FILING

NILE LEATHAM, ESQ., and JAMES B. MacROBBIE, ESQ., of the law firm of KOLESAR & LEATHAM, CHTD., attorneys for MIKLOS STEUER, hereby enter their appearance on the record in the above-entitled bankruptcy proceeding pursuant to

1  Bankruptcy Rule 9010(b), and further hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings.  All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002(g), all notices required to be mailed to MIKLOS STEUER by the Debtor, pursuant to Bankruptcy Rule 2002, should be directed to:

> NILE LEATHAM, ESQ.
> JAMES B. MACROBBIE, ESQ.
> **KOLESAR & LEATHAM, CHTD.**
> 3320 W. Sahara Avenue, Suite 380
> Las Vegas, Nevada 89102
> Telephone No. (702) 362-7800
> Facsimile No. (702) 362-9472
> E-Mail: nleatham@klnevada.com
>         jmacrobbie@klnevada.com

Dated this 9th day of May, 2006.

**KOLESAR & LEATHAM, CHTD**.

By: _/s/ Nile Leatham_
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
JAMES B. MACROBBIE, ESQ.
Nevada Bar No. 002838
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202

Attorneys for Creditor
**MIKLOS STEUER**