NILE LEATHAM, ESQ.
Nevada Bar No. 002838
JAMES B. MACROBBIE, ESQ.
Nevada Bar No. 002838
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:  nleatham@klnevada.com
         jmacrobbie@klnevada.com

Attorneys for Creditor
**MIKLOS STEUER**

*ELECTRONICALLY FILED*
*ON*
*May 9, 2006*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * *

In re:

USA COMMERCIAL MORTGAGE
COMPANY, fka USA Capital,

Debtor.

CASE NO. BK-S-06-10725 LBR
Chapter 11

Hearing Date: N/A

Hearing Time: N/A

### CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE
### AND REQUEST FOR SPECIAL NOTICE

I HEREBY CERTIFY that a true and correct copy of the **Notice of Appearance and Request for Special Notice** was served through the Court's CM/ECF system *via* e-mail upon the parties noted on the "Notice of Electronic Filing" attached hereto as Exhibit "1."

_____
An employee of Kolesar & Leatham, Chtd.

G:\6708\001\Pldgs\NotofAppear-COS.doc             - 1 -

# EXHIBIT 1

# EXHIBIT 1

**Miscellaneous:**
06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY (LEAD CASE)

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LEATHAM, NILE entered on 5/9/2006 at 1:21 PM PDT and filed on 5/9/2006
**Case Name:**　　USA COMMERCIAL MORTGAGE COMPANY (LEAD CASE)
**Case Number:**　　06-10725-lbr
**Document Number:** 192

**Docket Text:**
Notice of Appearance and Request for Notice by NILE LEATHAM Filed by NILE LEATHAM on behalf of MIKLOS STEUER (LEATHAM, NILE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\6708\001\Pldgs\NotofAppear.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/9/2006] [FileNumber=6872071-0]
[2a951dda733c9af33749974e903f6b0ff7f7a4766fb0b28da1725613327fd5e31157e
deae67ae50f45f8fa834c75f2c6aaad3b6f643c4898016bb2c57959c2d4]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS　　franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN　　kbrinkman@gooldpatterson.com,

CANDACE C CARLYON　　ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

JANET L. CHUBB　　tbw@jonesvargas.com

CICI CUNNINGHAM　　bankruptcy@rocgd.com

LAUREL E. DAVIS　　bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL　　BANKRUPTCYNOTICES@GORDONSILVER.COM

EDWARD J. HANIGAN　　haniganlaw@earthlink.net, haniganlaw1@earthlink.net

ANNETTE W JARVIS　　,

ROBERT R. KINAS　　rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME     robert@robertlepome.com, susan@robertlepome.com

RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com

LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

CARYN S. TIJSSELING     cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov,

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

JAY L. MICHAELSON
,

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

PETER SUSI
MICHAELSON, SUSI & MICHAELSON
7TH WEST FIGUEROA ST 2ND FLOOR
SANTA BARBARA, CA 93101

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101