3002

**USA COMMERCIAL MORTGAGE COMPANY**
INVESTORS TRUST ACCOUNT
4484 S PECOS RD
LAS VEGAS, NV 89121
(702) 734-2400

WELLS FARGO BANK, N.A.
LAS VEGAS, NV 89119
94-7074-3212

DATE 4/7/2006    AMOUNT $100,000.00

REFER TO MAKER

PAY One Hundred Thousand Dollars And 00 Cents

TO THE ORDER OF
Grable B. Ronning
PO Box 7804
Incline Village NV  89452

FOR DEPOSIT ONLY
WELLS FARGO
AG EDWARDS
GRABLE B. RONNING (HOUS)
0634-738379

⑃"003002⑃" ⑆321270742⑆ 046565 7146⑃"          ⑃"00 10000000⑃"

−62578111

EXHIBIT "A"

3006

**USA COMMERCIAL MORTGAGE COMPANY**
INVESTORS TRUST ACCOUNT
4484 S PECOS RD
LAS VEGAS, NV 89121
(702) 734-2400

WELLS FARGO BANK, N.A.
LAS VEGAS, NV 89119
94-7074-3212

DATE 4/10/2006         AMOUNT $50,000.00

PAY  Fifty Thousand Dollars And 00 Cents

TO THE ORDER OF
Crosbie B. Ronning
P.O. Box 7804
Incline Village NV   89452

~~6403-6910~~

REFER TO MAKER

⑊003006⑊  ⑊321270742⑊:046565714601⑊   ⑊000500000⑊

-62578111

Ex "B"



Exhibit "C"

MAY 09 2006 2:32PM    RONNING    775-832-0682    p.1

CROSBIE B. RONNING
P.O. BOX 8419
INCLINE VILLAGE, NV 89452

EDWARDS.    434
82-15/311

Date 03/24/04

Pay to the Order of  USA Commercial Mortgage Investors Trust    Acct.    $ 50,000.00

Fifty thousand dollars & 00/100 ———— Dollars

PNCBANK
Wilmington Delaware

For  TD 12% 10 mo.  Margarita Annex    Crosbie B. Ronning

⑊031100157⑊    194110709311⑊    0434

Ex "D"

```
GRABLE B. RONNING TTEE                    TotalAsset    1441
BOSWORTH 1988 FAMILY TRUST
U/A DTD NOV 4 1988 FBO ERIC RONNING
        P.O. BOX 7804                  Date 03/24/06      62-15/311
   INCLINE VILLAGE, NV 89452

Pay to the
Order of    USA Capital Com Mrtg Inv Trust    $ 50,000.00

Fifty thousand + 00/100 ------------------------------- Dollars

A.G.Edwards

PNCBANK
Wilmington, Delaware

For TD 12.0 x 10mo Margarita Annex    Grable B Ronning ttee

⑈031100157⑈  1940185384⑈   1441
```

MAY 09 2006 2:29PM    RONNING                         775-832-0682              p.1

THE WILDWATER LIMITED PARTNERSHIP  EDWARDS.            257
P. O. BOX 9288
INCLINE VILLAGE, NV 89452              Date 03/17/06       62-16/311

Pay to the Order of  USA Capital Comm Mrtg Inv Trust I   $ 50,000.00
Fifty thousand + 00/100 ———————————————————— Dollars

PNCBANK
Wilmington, Delaware

For TD 12.5% 12/18/24 mo Foxhills    Grable B. Ronning

⑈031100157⑈ 194184 1013⑈ 0257

Ex "F"