Robert C. LePome, Esq.  　　　　　　　　　　　E-Filed May 9, 2006
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) | |
| Debtor | ) | |
| Affects: | ) | |
| ☐ All Debtors | ) | |
| ■ USA Commercial Mortgage Co. | ) | |
| ☐ USA Securities, LLC | ) | |
| ☐ USA Capital Realty Advisors, LLC | ) | DATE: 6-5-06 |
| ☐ USA Capital Diversified Trust Deed | ) | TIME: 9:30 AM |
| ☐ USA First Trust Deed Fund, LLC | ) | |
| | ) | |

1

NOTICE OF MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING and THE BOSWORTH 1988 FAMILY TRUST

TO:    ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that a Motion for Order Authorizing Return of Non-Invested Funds of Grable B. Ronning, The Wildwater Limited Patnership, Crosbie B. Ronning and The Bosworth 1988 Family Trust has been filed on May 9, 2006 by Robert C. LePome, Esq. You may examine the court file which contains petition for particulars.

Any opposing memorandum must be served and filed within fifteen (15) days after service of this notice and Motion. In the absence of any opposition, the Court may grant the Application (Local Rule 16).

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will held before a United States Bankruptcy Judge in United States Bankruptcy Courtroom 1, located in the Foley Federal Building, 300 S. Las Vegas Blvd., 3rd Floor, Las Vegas, Nevada on the 5th day of June, 2006 at the hour of 9:30 A.M.

Robert C. LePome, Esq.

   /s/ Robert C. LePome, Esq.
Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
Nevada Bar #1980
Attorney for Movants
RONNING