**Marquis & Aurbach**
DONNA M. OSBORN, ESQ.
Nevada Bar No. 6527
10001 Park Run Drive
Las Vegas, Nevada 89145
dosborn@marquisaurbach.com
(702) 382-0711
Attorneys for Roderick J. Harvey, Sr. and Pauline W.
Harvey, Trustees of the Harvey Family Trust

E-Filed: 5·10·06

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In Re: | Case No: BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter: 11 |
| Debtors. | Hearing Date: OST PENDING<br>Hearing Time: OST PENDING |

## JOINDER IN MOTION FOR ORDER AUTHORIZING THE RETURN TO INVESTORS OF CERTAIN ESCROWED FUNDS INTENDED FOR THE BUNDY CANYON PROJECT

Roderick J. Harvey, Sr. and Pauline W. Harvey, Trustees of the Harvey Family Trust, by and through their counsel of record, Donna M. Osborn, Esq. of Marquis & Aurbach, hereby joins in Debtor's Motion for Order Authorizing the Return to Investors of Certain Escrowed Funds Intended for the Bundy Canyon Project and requests for said Motion to be heard on shortened time.

Dated this ___ day of May, 2006.

MARQUIS & AURBACH

By _____
Donna M. Osborn, Esq.
Nevada Bar No. 6527
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Attorneys for Roderick J.
Harvey, Sr. and Pauline W.
Harvey, Trustees of the Harvey Family
Trust

M&A:00002-214 375381_1 5/9/2006 3:50 PM