**Marquis & Aurbach**
DAVID A. COLVIN, ESQ.
Nevada Bar No. 4096
DONNA M. OSBORN, ESQ.
Nevada Bar No. 6527
10001 Park Run Drive
Las Vegas, Nevada 89145
dcolvin@marquisaurbach.com
(702) 382-0711
   Attorneys for Roderick J. Harvey, Sr. and Pauline W. Harvey,
   Trustees of the Harvey Family Trust

E-Filed: 5·10·06

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In Re:

USA COMMERCIAL MORTGAGE
COMPANY,

                              Debtor(s).

Case No:      BK-S-06-10725-LBR
Chapter:      11

Hearing Date:  OST PENDING
Hearing Time:  OST PENDING

## CERTIFICATE OF SERVICE OF JOINDER IN MOTION FOR ORDER AUTHORIZING THE RETURN TO INVESTORS OF CERTAIN ESCROWED FUNDS INTENDED FOR THE BUNDY CANYON PROJECT

I hereby certify that I am employed in the law offices of Marquis & Aurbach and that on the 10th day of May, 2006, I caused to be served a copy of the Joinder in Motion for Order Authorizing the Return of Investors of Certain Escrowed Funds Intended for the Bundy Canyon Project via electronic service, addressed as follows:

FRANKLIN C. ADAMS      franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN      kbrinkman@gooldpatterson.com,

CANDACE C CARLYON      ltreadway@sheacarlyon.com,

ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

JANET L. CHUBB      tbw@jonesvargas.com

CICI CUNNINGHAM      bankruptcy@rocgd.com

LAUREL E. DAVIS   bklsclv@lionelsawyer.com,

ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL      BANKRUPTCYNOTICES@GORDONSILVER.COM

EDWARD J. HANIGAN      haniganlaw@earthlink.net, haniganlaw1@earthlink.net

M&A:00002-214 375549_1 5/10/2006 9:07 AM

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

ANNETTE W JARVIS ROBERT R. KINAS    rkinas@swlaw.com,

mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM    nleatham@klnevada.com,

ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,

gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

and by depositing the same in the United States Mail, First Class and postage prepaid, addressed as follows:

US Trustee
300 S. Las Vegas Blvd. #4300
Las Vegas, NV  89101

Annette W. Jarvis
P.O. Box 45385
Salt Lake City, UT  84145

Jeanette E. McPherson
2850 S. Jones Blvd. #1
Las Vegas, NV  89146

Lenard E. Schwartzer
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd. Suite 1
Las Vegas, NV  89146

Richard McKnight
330 S. Third Street #900
Las Vegas, NV  89101

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:00002-214 375549_1 5/10/2006 9:07 AM

Roderick Harvey
2932 Eaglestone Circle
Las Vegas, NV  89128

Jodi Inouye, an employee of
Marquis & Aurbach

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:00002-214 375549_1 5/10/2006 9:07 AM