Scott D. Fleming, Esq.
Nevada Bar No. 5638
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway,
Fourth Floor
Las Vegas, Nevada 89109
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: sfleming@halelane.com

Attorneys for Bank of America, N.A.

ELECTRONICALLY FILED May 10, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>                          Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC<br>                          Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>                          Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>                          Debtor.<br>_____/<br>In re:<br><br>USA SECURITIES, LLC<br>                          Debtor.<br>_____/ | Bankruptcy No. BK-S-06-10725-LBR<br>Bankruptcy No. BK-S-06-10726-LBR<br>Bankruptcy No. BK-S-06-10727-LBR<br>Bankruptcy No. BK-S-06-10728-LBR<br>Bankruptcy No. BK-S-06-10729-LBR<br>(Jointly Administered)<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br>(Affects: All Debtors)<br><br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**PLEASE TAKE NOTICE**, that Interested Party Bank of America, N.A. (the "Bank"), enter its Appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b).

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Fed. R. Bankr. P. 2002(g) and 3017(a), the Bank requests that all papers served or required to be served in this case, including any notices, pleadings, motions, applications, complaints, demands, petitions, answering or reply papers,

memoranda and briefs in support of any of the foregoing, and any other documents brought before this Court in the above-referenced case, be delivered to and served upon the following:

>Scott D. Fleming, Esq.
>HALE LANE PEEK DENNISON AND HOWARD
>3930 Howard Hughes Parkway, Fourth Floor
>Las Vegas, NV 89109
>Phone: (702) 222-2500
>Fax: (702) 365-6940
>Email:  sfleming@halelane.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Special Notice shall not be deemed to be a waiver of the Bank's right (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or abstain from hearing any case, controversy or proceeding, or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Bank expressly reserves.

Dated this 10th day of May, 2006.

>*/s/ Scott D. Fleming*
>———————————————
>Scott D. Fleming, Esq.
>Hale Lane Peek Dennison and Howard
>3930 Howard Hughes Parkway,
>Fourth Floor
>Las Vegas, Nevada  89109
>Telephone: (702) 222-2500
>Facsimile:  (702) 365-6940
>Email:  sfleming@halelane.com
>
>Attorneys for Bank of America, N.A.

# CERTIFICATE OF MAILING

I certify that on the 10th day of May, 2006, I served a copy of the **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** by depositing a copy of the same in a sealed envelope in the United States mail, Reno, Nevada, first-class postage fully prepaid, or by electronic notification and addressed to the persons as follows: See attached list.

**Electronic notice to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

CANDACE C CARLYON    ltreadway@sheacarlyon.com, carlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

JANET L. CHUBB    tbw@jonesvargas.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

ANNETTE W JARVIS

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

CARYON S. TIJSSILING    cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

///

///

and mailed to:

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

PETER SUSI
MICHAELSON, SUSI & MICHAELSON
7TH WEST FIGUEROA ST 2ND FLOOR
SANTA BARBARA, CA 93101

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

GREG GARMAN
3960 Howard Hughes Parkway
9th Floor
Las Vegas, NV 89109

PAUL A. JACQUES
810 SE 7th Street A-103
Deerfield Beach, FL 33441

SCOTT K. CANEPA
CANEPA, RIEDY & RUBINO
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

/s/ Cyndy Arnold
_____
Employee of Hale Lane Peek Dennison and Howard