AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*      E-Filed on May 10, 2006
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile: (702) 388-6658

Attorneys for the Acting United States Trustee
   SARA L. KISTLER

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**USA Commercial Mortgage Company**<br>   06-10725 -- Lead Case<br><br>**USA Capital Realty Advisors, LLC**<br>   06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>   06-10727<br><br>**USA Capital First Trust Deed Fund, LLC**<br>   06-10728<br><br>**USA Securities, LLC**<br>   06-10729        Debtors. | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding<br><br>Date: N/A<br>Time: N/A<br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

## NOTICE OF APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

    Pursuant to 11 U.S.C. §§ 1102(a)(1) and (2), the following unsecured creditors of USA Commercial Mortgage Company, who were unsecured creditors prepetition, who are fairly chosen, are representative of non-investor unsecured creditor interests, and are willing to serve, are appointed to serve as the Official Unsecured Creditors' Committee in the case of <u>In re USA Commercial Mortgage Company</u>, Chapter 11 Case No. 06-10725:

1. Del Bunch d/b/a Loan Partners Capital

    Contact:     Donald R. Walker
    Address:     9209 Eagle Hills Drive
                 Las Vegas, NV  89134-6109
    Telephone:   (702) 250-3638
    Telefax:     (702) 228-2279
    Email:       DRWALKER1@cox.net

2. Russell/AD Development Group, LLC

    Contact:     Robert A. Russell
    Address:     8585 East Hartford Drive, Suite 500
                 Scottsdale, AZ  85255
    Telephone:   (480) 505-4048
    Telefax:     (480) 505-4049
    Email:       R.Russell@industrialwest.com

3. Annee Nounna

    Address:     8057 Lands End Court
                 Las Vegas, NV  89117-7635
    Telephone:   (702) 217-8599
    Telefax:     (702) 364-8822
    Email:       Bella8049@aol.com

4. Advanced Information Systems

    Contact:     Michael T. Yoder
    Address:     4270 Cameron Street, Suite 1
                 Las Vegas, NV  89103
    Telephone:   (702) 360-2266
    Telefax:     (702) 360-2022
    Email:       myoder@aisinfo.com

5. Robert L. Hagmaier

    Address:     15254 Candlewood Court
                 Lake Oswego, OR  97035
    Telephone:   (503) 344-3733
    Telefax:     (503) 344-3733
    Email:       rhagmaier@fwg.com

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
    August B. Landis, Assistant United States Trustee
    United States Department of Justice