AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile:  (702) 388-6658

Attorneys for the Acting United States Trustee
    SARA L. KISTLER

E-Filed on May 10, 2006

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**USA Commercial Mortgage Company**<br>    06-10725 -- Lead Case<br><br>**USA Capital Realty Advisors, LLC**<br>    06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727<br><br>**USA Capital First Trust Deed Fund, LLC**<br>    06-10728<br><br>**USA Securities, LLC**<br>    06-10729                Debtors. | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding<br><br>Date:  N/A<br>Time:  N/A<br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

# NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

Pursuant to 11 U.S.C. §§ 1102(a)(1) and (2), the following entities, who are fairly chosen, who are representative of creditors holding executory contract rights through USA Commercial Mortgage Company, and are willing to serve, are appointed to serve as the Official Committee of Holders of Executory Contract Rights in the case of In re USA Commercial Mortgage Company, Chapter 11 Case No. 06-10725:

1. William J. Bullard

    Contact: Fertitta Enterprises, Inc.
    Address: P.O. Box 27555
    Las Vegas, NV 89126-1555
    Telephone: (702) 221-4715
    Telefax: (702) 362-5889
    Email: bbullard@gordonbiersch.com

2. Helms Homes, LLC

    Contact: Terry Helms
    Address: 809 Upland Boulevard
    Las Vegas, NV 89107
    Telephone: (702) 258-1044
    Telefax: (702) 258-0403
    Email: amillionaire4U@earthlink.net

3. Terry R. Helms Living Trust 11/94

    Contact: Terry Helms
    Address: 809 Upland Boulevard
    Las Vegas, NV 89107
    Telephone: (702) 258-1044
    Telefax: (702) 258-0403
    Email: amillionaire4U@earthlink.net

4. Homfeld II, LLC

    Contact: Edward W. Homfeld
    Address: 858 Bishop Road
    Grosse Pointe Park, MI 48230
    Telephone: (954) 560-7709
    Telefax: (734) 827-7743
    Email: nhomfeld@gmacc.com

5. Arthur Polacheck

    Address: 2056 Woodlake Circle
    Deerfield Beach, FL 33442
    Telephone: (954) 650-8768
    Telefax: (561) 417-6620
    Email: artclassics@bellsouth.net

6. Dennis Flier, Inc. Defined Benefit Trust Dated 6/29/87

    Contact: Dennis Flier
    Address: 20155 Porto Vita Way, # 1803
    Aventura, FL 33180
    Telephone: (305) 792-9601
    Telefax: (305) 792-9602
    Email: DSFOM1@aol.com

7.  Jim McCollum

    Address: 1011 F Avenue
    Coronado, CA  92118
    Telephone: (619) 890-5125
    Telefax: None provided
    Email: JamesWMcCollum@aol.com

Respectfully submitted,

**SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17**

By: */s/ August B. Landis*
    August B. Landis, Assistant United States Trustee
    United States Department of Justice