AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile:  (702) 388-6658

Attorneys for the Acting United States Trustee
    SARA L. KISTLER

E-Filed on May 10, 2006

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**USA Commercial Mortgage Company**<br>    **06-10725 -- Lead Case**<br><br>**USA Capital Realty Advisors, LLC**<br>    06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727<br><br>**USA Capital First Trust Deed Fund, LLC**<br>    06-10728<br><br>**USA Securities, LLC**<br>    06-10729                    Debtors. | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding<br><br>Date:  N/A<br>Time:  N/A<br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

# NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

Pursuant to 11 U.S.C. §§ 1102(a)(1) and (2), the following entities, who are fairly chosen, who are representative of the parties holding equity security interests in USA Capital Diversified Trust Deed Fund, LLC, and are willing to serve, are appointed to serve as the Official Committee of Equity Security Holders in the case of  <u>In re USA Capital Diversified Trust Deed Fund, LLC</u>, Chapter 11 Case No. 06-10727:

1. Robert Worthen

   Address:    1112 Worthen Circle
               Las Vegas, NV  89145
   Telephone:  (702) 254-8735
   Telefax:    (702) 363-6661
   Email:      robertworthen@earthlink.net

2. Katz 2000 Separate Property Trust

   Contact:    Sara M. Katz, Managing Trustee
   Address:    4250 Executive Square, #670
               San Diego, CA  92037
   Telephone:  (619) 813-9551
   Telefax:    (619) 552-8437
   Email:      skatz@katzandassociates.com

3. Thomas C. Lawyer Family Trust

   Contact:    Thomas C. Lawyer
   Address:    45 Ventana Canyon Drive
               Las Vegas, NV  89113
   Telephone:  (702) 876-7530
   Telefax:    (702) 876-6612
   Email:      tclawyer@trane.com

4. Maryan Rutar

   Address:    4043 Chalfont Court
               Las Vegas, NV  89121
   Telephone:  (702) 434-2242
   Telefax:    None provided
   Email:      None provided

5. Charles O. Nichols

   Address:    2561 Seascape Drive
               Las Vegas, NV  89128
   Telephone:  (702) 255-5594
   Telefax:    (702) 233-0306
   Email:      harleynichols@cox.net

6. The Gannaway Charitable Remainder Trust Dated 4/15/97

   Contact:    Kurt Hunsberger
   Address:    3500 Lakeside Court, # 200
               Reno, NV  89520
   Telephone:  (775) 827-2999
   Telefax:    (775) 827-2185
   Email:      khunsberger@waltherkey.com

7. Robert H. Mansfield

| | |
|---|---|
| Address: | 3611 Victory Avenue<br>Las Vegas, NV 89121-7224 |
| Telephone: | (702) 434-6227 |
| Telefax: | None provided |
| Email: | None provided |

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
August B. Landis, Assistant United States Trustee
United States Department of Justice