AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile: (702) 388-6658

Attorneys for the Acting United States Trustee
    SARA L. KISTLER

E-Filed on May 10, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | **Jointly Administered** |
|---|---|
| **USA Commercial Mortgage Company**<br>    06-10725 -- Lead Case | Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding |
| **USA Capital Realty Advisors, LLC**<br>    06-10726 | Date:  N/A<br>Time:  N/A |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727 | **Affecting:**<br>☐ All Cases<br>**or Only:** |
| **USA Capital First Trust Deed Fund, LLC**<br>    06-10728 | ☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC**<br>    06-10729            Debtors. | ☒ USA Capital First Trust Deed Fund, LLC |

## NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

Pursuant to 11 U.S.C. §§ 1102(a)(1) and (2), the following entities, who are fairly chosen, who are representative of the parties holding equity security interests in USA Capital First Trust Deed Fund, LLC, and are willing to serve, are appointed to serve as the Official Committee of Equity Security Holders in the case of In re USA Capital First Trust Deed Fund, LLC, Chapter 11 Case No. 06-10728:

1. Robert E. Taylor

    Contact:    Chuck Heinrichs
    Address:    198 El Pajaro
                Newbury Park, CA  91320
    Telephone:  (805) 498-2457
    Telefax:    None provided
    Email:      chuckhein@earthlink.net

2. John H. Warner, Jr.

    Address:    2048 North Chettro Trail
                St. George, UT  84770-5345
    Telephone:  (435) 652-8308
    Telefax:    (435) 652-8379
    Email:      WQFL@aol.com

3. Mary Ellen Moro

    Address:    1009 - 8th Street
                Manhattan Beach, CA  90266
    Telephone:  (310) 379-9250
    Telefax:    (310) 279-9250
    Email:      maryellen.moro@verizon.net

4. Richard G. Woudstra Revocable Trust

    Contact:    Richard G. Woudstra, Trustee
    Address:    P.O. Box 530025
                Henderson, NV  89053
    Telephone:  (702) 217-8710
    Telefax:    None provided
    Email:      None provided

5. Wen Baldwin Separate Property Trust u/a/d 9/2/97

    Contact:    Wen Baldwin, Trustee
    Address:    365 Dooley Drive
                Henderson, NV  89015
    Telephone:  (702) 566-8010
    Telefax:    (702) 566-8010
    Email:      None provided

6. Jerry T. McGimsey

    Address:    3115 South El Camino Road
                Las Vegas, NV  89146-6621
    Telephone:  (702) 871-0296
    Telefax:    None provided
    Email:      jtmacg@earthlink.net

7. Richard Horowitz

    Address:    5 Fir Drive
                        Kings Point, NY  11024
    Telephone:  (516) 487-4434
    Telefax:    (516) 487-6368
    Email:     RAH1800@aol.com

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
    August B. Landis, Assistant United States Trustee
    United States Department of Justice