Robert C. LePome, Esq.  E-Filed May 11, 2006
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: ) | BK-S-06-10725-LBR | |
| ) | Chapter 11 | |
| USA COMMERCIAL MORTGAGE COMPANY ) | | |
| Debtor ) | | |
| In re: ) | BK-S-06-10726-LBR | |
| ) | Chapter 11 | |
| USA CAPITAL REALTY ADVISORS, LLC, ) | | |
| Debtor ) | | |
| In re: ) | BK-S-06-10727-LBR | |
| ) | Chapter 11 | |
| USA CAPITAL DIVERSIFIED TRUST DEED ) | | |
| FUND, LLC, ) | | |
| Debtor ) | | |
| In re: ) | BK-S-06-10728-LBR | |
| ) | Chapter 11 | |
| USA CAPITAL FIRST TRUST DEED FUND, ) | | |
| LLC, ) | | |
| Debtor ) | | |
| In re: ) | BK-S-06-10729-LBR | |
| ) | Chapter 11 | |
| USA SECURITIES, LLC, ) | | |
| Debtor ) | | |
| Affects: ) | | |
| ☐ All Debtors ) | | |
| ■ USA Commercial Mortgage Co. ) | | |
| ☐ USA Securities, LLC ) | | |
| ☐ USA Capital Realty Advisors, LLC ) | DATE: | 6-5-06 |
| ☐ USA Capital Diversified Trust Deed ) | TIME: | 9:30 AM |
| ☐ USA First Trust Deed Fund, LLC ) | | |
| ) | | |

1

AMENDED NOTICE OF MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF STANLEY ALEXANDER TRUST, DRS. STANLEY ALEXANDER AND FLORENCE ALEXANDER

TO:    ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that a Motion for Order Authorizing Return of Non-Invested Funds of Stanley Alexander Trust, Drs. Stanley Alexander and Florence Alexander has been filed on May 5, 2006 by Robert C. LePome, Esq.  You may examine the court file which contains petition for particulars.

Any opposing memorandum must be served and filed within fifteen (15) days after service of this notice and Motion.  In the absence of any opposition, the Court may grant the Application (Local Rule 16).

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will held before a United States Bankruptcy Judge in United States Bankruptcy Courtroom 1, located in the Foley Federal Building, 300 S. Las Vegas Blvd., 3rd Floor, Las Vegas, Nevada on the 5th day of June, 2006 at the hour of 9:30 A.M.

Robert C. LePome, Esq.

　　/s/ Robert C. LePome, Esq.
Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
Nevada Bar #1980
Attorney for Movants
ALEXANDER

CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that a true and correct copy of the aforegoing was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

JANET L. CHUBB tbw@jonesvargas.com

CICI CUNNINGHAM bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

ANNETTE W JARVIS ,

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

by electronic service on the 5th day of May, 2006 and to the following by regular

mail on the 5th day of May, 2006:

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

PETER SUSI
MICHAELSON, SUSI & MICHAELSON
7TH WEST FIGUEROA ST 2ND FLOOR
SANTA BARBARA, CA 93101

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

      /s/ Susan Stanton
      Employee of Robert C. LePome, Esq.