

**Entered on Docket**
**May 11, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Proposed Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                    Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                    Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                    Debtor. | **ORDER ESTABLISHING CASE**<br>**MANAGEMENT PROCEDURES**<br>**(AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                    Debtor. | Date: May 3, 2006<br>Time: 9:30 a.m. |

1
P:\USA Commercial Mortgage\Pleadings\Joint Administration Motion\ORDER RE CASE MANAGMENT PROCEDURES ONLY.doc

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

The Court having heard various motions on May 3, 2006, the Debtors, USA Commercial Mortgage Company ("USA Commercial Mortgage"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors"), appearing by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm;  other appearances being made upon the record; the Court having considered the status and size of the Debtors' cases and determining that it is beneficial to enter case management procedures, it is hereby

**ORDERED** that these cases are subject to the following Case Management Procedures:

**A.    Hearings**

1.    **Omnibus Hearing Dates** - Unless the Court otherwise schedules or orders, *sua sponte,* or upon the proper filings by a party, all motions, pleadings, applications, other requests for relief, objections, responses, and replies thereto, and all other matters, will be automatically set to be heard at periodic bi-monthly or monthly omnibus hearings scheduled in advance by the Court (the "Omnibus Hearing Dates").  The Court has currently set the following Omnibus Hearing Dates:

May 18, 2006 at 9:30 a.m.
June 5, 2006 at 9:30 a.m.
June 15, 2006 at 10:00 a.m.
June 21, 2006 at 9:30 a.m.
July 25, 2006 at 9:30 a.m.
August 4, 2006 at 1:30 p.m.
August 16, 2006 at 1:30 p.m.

August 31, 2006 at 9:30 a.m.

Except as otherwise scheduled or ordered by the Court, all motions, pleadings, applications, other requests for relief, objections, responses, and replies thereto, and all other matters ("Request(s) for Relief") shall not be considered by the Court unless it is filed and served at least twenty five (25) days prior to the next scheduled Omnibus Hearing Date. The Objection Deadline for such document is set forth below.

2. **Setting A Hearing Not On The Omnibus Hearing Date -** The Court may issue an order shortening time which allows such Request For Relief to be heard on a date that is not an Omnibus Hearing Date if proper support is provided to demonstrate its urgency and that such urgency is not a result of delay on the part of the party requesting the relief. However, unless such circumstances constitute an extreme emergency, it is unlikely that such Request for Relief will be set on less than ten (10) days' notice.

3. **Future Hearings** – The Debtors may request that future Omnibus Hearings be scheduled. All future Omnibus Hearings scheduled by the Court shall be posted on the Debtors' Private Website at http://www.usacapitalcorp.com and on BMC Group, the Debtors' Noticing Agent's Website at http://www.bmcgroup.com/usacmc. Entities may contact BMC Group at (888) 909-0100 for information concerning future Omnibus Hearings that have been scheduled by the Court.

4. **Objection(s) Deadline to Request(s) for Relief –**

(a) Unless otherwise ordered by the Court, the deadline to file and serve Objections to Requests for Relief (the "Objection Deadline") set to be heard on an Omnibus Hearing Date shall be the earlier of: (i) fifteen (15) days after the Request for Relief is served, or (ii) five (5) business days before the applicable hearing date. An Objection Deadline concerning a Request For Relief set to be heard on an Omnibus Hearing Date may be extended with the consent of the entity filing the Request for Relief to a date that is no later than five (5) business days before the applicable hearing date.

(b) Unless otherwise ordered by the Court, the deadline to file and serve objections to Requests for Relief set on shortened time shall be no later than five (5) business days

before the hearing date.

    (c)    Any brief filed in reply to an objection to Request for Relief shall be filed by noon the business day before the applicable hearing date.

**B.    Effective Date of Case Management Procedures**

1.    The effective date of the Case Management Procedures contained herein shall be the date the Order is entered on the Court's docket.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and


/s/ Jeanette E. McPherson_____
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Proposed Attorneys for Debtors

Approved/Disapproved by:


 See Attached_____
Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV  89101

before the hearing date.

(c)    Any brief filed in reply to an objection to Request for Relief shall be filed by noon the business day before the applicable hearing date.

**B.    Effective Date of Case Management Procedures**

1.    The effective date of the Case Management Procedures contained herein shall be the date the Order is entered on the Court's docket.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

_____
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Proposed Attorneys for Debtors

Approved/Disapproved by:

_____
Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

###