Robert C. LePome, Esq.                                E-Filed May 12, 2006
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: ) | BK-S-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10726-LBR |
| ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10727-LBR |
| ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED ) | |
| FUND, LLC, ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10728-LBR |
| ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, ) | |
| LLC, ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10729-LBR |
| ) | Chapter 11 |
| USA SECURITIES, LLC, ) | |
| Debtor ) | |
| Affects: ) | |
| ■ All Debtors ) | |
| ☐ USA Commercial Mortgage Co. ) | |
| ☐ USA Securities, LLC ) | |
| ☐ USA Capital Realty Advisors, LLC ) | DATE: N/A |
| ☐ USA Capital Diversified Trust Deed ) | TIME: N/A |
| ☐ USA First Trust Deed Fund, LLC ) | |
| ) | |

1

REQUEST TO MODIFY HEARING DATE

COME NOW STANLEY ALEXANDER TRUST; DRS. STANLEY ALEXANDER and FLORENCE ALEXANDER; PATRICK DAVIS; SUSAN DAVIS; FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IRA; GRABLE B. RONNING; THE WILD WATER LIMITED PARTNERSHIP; CROSBIE B. RONNING; and THE BOSWORTH 1988 FAMILY TRUST; SPECTRUM CAPITAL, LLC, STEPHEN PHILLIPS; FRANCES PHILLIPS; PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989; MATTHEW MOLITCH; MARILYN MOLITCH; MOLITCH 97 TRUST; NANCY GOLDEN; CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENESS; HANS J. PRAKELT; DR. CAROLE TALAN; RICHARD WILLIAMS; NORMA DEULL; MARTIN LEAF; MARK OLDS; SALLY OLDS; JEROME BLOCK; and CHARMA BLOCK, by and through their attorney, ROBERT C. LEPOME, ESQ., and hereby request the Court to modify its Omnibus Hearing Dated of June 21, 2006. Like many other Nevada attorneys and most Nevada Judges, he will be attending the 2006 State Bar Convention in Hawaii June 20 through 23, 2006. Some the attorneys herein including Mr. LePome are also appearing before this Court on other matters on June 14, 2006 at 1:30 PM and perhaps

. . .

. . .

. . .

. . .

. . .

this date or some date other than June 20 - 23, 2006 can be set.

                Robert C. LePome, Esq.


                /s/ Robert C. LePome, Esq
               Robert C. LePome, Esq.
               330 S. Third St. #1100B
               Las Vegas, NV 89101
               (702) 385-5509
               Nevada Bar #1980
               Attorney for Interest Parties

## CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that a true and correct copy of the aforegoing was forwarded to:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

JANET L. CHUBB    tbw@jonesvargas.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

by electronic service on the 12th day of May, 2006 and to the following by regular mail on the 12th day of May, 2006

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

PETER SUSI
MICHAELSON, SUSI & MICHAELSON
7TH WEST FIGUEROA ST 2ND FLOOR
SANTA BARBARA, CA 93101

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

/s/ Susan Stanton
Employee of Robert C. LePome, Esq.