Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd**.**
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

Richard J. Mason, PC
Patricia K. Smoots
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com

*Admitted Pro Hac Vice*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>                    Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>                    Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br><br>                    Debtor. | **NOTICE OF APPEARANCE AND<br>REQUEST FOR SERVICE OF<br>NOTICES AND DOCUMENTS** |
| Affects:<br> **X**  All Debtors<br> ___  USA Commercial Mortgage Company<br> ___  USA Capital Realty Advisors, LLC<br> ___  USA Capital Diversified Trust Deed Fund, LLC<br> ___  USA Capital First Trust Deed Fund, LLC<br> ___  USA Securities, LLC | <br><br><br><br>Date:<br>Time: |

**PLEASE TAKE NOTICE THAT** Dr. Gary Kantor, Gary L. Kantor, M.D., Trustee Kantor Nephrology Consultants, Ltd., 401(k) Profit Sharing Plan, Lynn Kantor, and Lynn Kantor, IRA (collectively "Kantor"), creditors of the debtors and parties in interest in the above-captioned cases, hereby appear in the above-captioned case by their counsel, McGuireWoods LLP ("McGuireWoods"), and their local counsel, Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd. ("Kravitz"). McGuireWoods and Kravitz hereby enter their appearances pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following addresses, fax and e-mail addresses:

| | |
|---|---|
| Richard J. Mason, PC<br>Patricia K. Smoots<br>Michael M. Schmahl<br>McGuireWoods LLP<br>77 W. Wacker Drive, Suite 4100<br>Chicago, IL  60601<br>Telephone:   (312) 849-8100<br>Facsimile:    (312) 849-3690<br>rjmason@mcguirewoods.com<br>psmoots@mcguirewoods.com<br>mschmahl@mcguirewoods.com | Jeffrey G. Sloane, Esq.<br>Regina M. McConnell, Esq.<br>Kravitz, Schnitzer, Sloane,<br>       Johnson & Eberhardy, Chtd.<br>1389 Galleria Drive, Suite 200<br>Henderson, NV  89014<br>Telephone:   (702) 362-6666<br>Direct Line:  (702) 222-4170<br>Facsimile:    (702) 362-2203<br>rmcconnell@kssattorneys.com<br>jsloane@kssattorneys.com |

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

/ / /

/ / /

/ / /

/ / /

/ / /

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit is intended to waive: (1) Kantor's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (2) Kantor's right to contest the jurisdiction of this Court as to any matter arising from, arising under or related to this case; (3) Kantor's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) Kantor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Kantor may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Kantor expressly reserves.

Dated: May 11, 2006

Respectfully submitted,

                                KRAVITZ, SCHNITZER, SLOANE,
                                   JOHNSON & EBERHARDY, CHTD.

By:   /s/ Regina M. McConnell
Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

MCGUIREWOODS LLP
Richard J. Mason, PC
Patricia K. Smoots
Michael M. Schmahl
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com