E-filed on May 12, 2006

Kevin B. Christensen, Chtd.
Kevin B. Christensen, Esq.
Nevada Bar No. 175
Xanna R. Hardman, Esq.
Nevada Bar No. 9579
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 255-1718
Attorneys for creditor,
Roseberry Family LP

**KEVIN B. CHRISTENSEN, Chartered**
7440 W. Sahara Ave.
Las Vegas, NV 89117
Off. (702) 255-1718
Fax (702) 255-0871

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:  ) | Case No. BK-S-06-10725-LBR |
| ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY,  ) | Case No. BK-S-06-10727-LBR |
| ) | Case No. BK-S-06-10728-LBR |
| Debtor.  ) | Case No. BK-S-06-10729-LBR |
| ) | |
| In re:  ) | Chapter 11 |
| ) | |
| USA CAPITAL REALTY ADVISORS, LLC,  ) | Jointly Administered Under |
| ) | Case No. BK-S-06-10725-LBR |
| Debtor.  ) | |
| ) | |
| In re:  ) | |
| ) | |
| USA CAPITAL DIVERSIFIED TRUST DEED  ) | |
| FUND, LLC,  ) | |
| ) | |
| Debtor.  ) | |
| ) | |
| In re:  ) | |
| ) | |
| USA CAPITAL FIRST TRUST DEED FUND,  ) | |
| LLC,  ) | |
| ) | |
| Debtor.  ) | **NOTICE OF APPEARANCE** |
| ) | **AND REQUEST FOR SPECIAL** |
| In re:  ) | **NOTICE** |
| ) | |
| USA SECURITIES, LLC,  ) | |
| ) | |
| Debtor.  ) | |
| ) | |

1  TO: THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY

2  OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST.

3       PLEASE TAKE NOTICE that the Creditor, Roseberry Family LP, by and through its

4  attorneys, Kevin B. Christensen, Chtd., hereby request special notice of all matters which must

5  be noticed to creditors and/or other parties in interest, and other notices required by the United

6

7  States Bankruptcy Code and Rules and/or the Local Rules.  All such notices should be directed

8  as follows:

9                        Kevin B. Christensen, Chtd.
                         Xanna R. Hardman, Esq.
10                       7440 W. Sahara Avenue
                         Las Vegas, Nevada 89117
11                       Phone: (702) 255-1718
                         Fax: (702) 255-0871
12                       Email:  KBChrislaw@aol.com

13       DATED this  12th  day of May, 2006.

14

15                                 KEVIN B. CHRISTENSEN, CHTD.

16                                 By: _____
                                   Xanna R. Hardman, Esq.
17                                 Attorneys for Creditor, Roseberry
                                   Family LP

18

19

20

21

22

23

24

25

26

27

28