E-filed on May 12, 2006

Kevin B. Christensen, Chtd.
Kevin B. Christensen, Esq.
Nevada Bar No. 175
Xanna R. Hardman, Esq.
Nevada Bar No. 9579
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 255-1718
Attorneys for creditor,
Robert G. Worthen

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>        Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>        Debtor. | |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>        Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| In re:<br><br>USA SECURITIES, LLC,<br><br>        Debtor. | |

KEVIN B. CHRISTENSEN, Chartered
7440 W. Sahara Ave.
Las Vegas, NV 89117
Off. (702) 255-1718
Fax (702) 255-0871

TO: THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST.

PLEASE TAKE NOTICE that the Creditor, Robert G. Worthen, by and through his attorneys, Kevin B. Christensen, Chtd., hereby request special notice of all matters which must be noticed to creditors and/or other parties in interest, and other notices required by the United States Bankruptcy Code and Rules and/or the Local Rules. All such notices should be directed as follows:

>    Kevin B. Christensen, Chtd.
>    Xanna R. Hardman, Esq.
>    7440 W. Sahara Avenue
>    Las Vegas, Nevada 89117
>    Phone: (702) 255-1718
>    Fax: (702) 255-0871
>    Email: KBChrislaw@aol.com

DATED this 12th day of May, 2006.

KEVIN B. CHRISTENSEN, CHTD.

By: /s/ Xanna R. Hardman
Xanna R. Hardman, Esq.
Attorneys for Creditor, Robert G. Worthen

2