AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile: (702) 388-6658

E-Filed on May 13, 2006

Attorneys for the Acting United States Trustee
   SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

**USA Commercial Mortgage Company**
   **06-10725 -- Lead Case**

**USA Capital Realty Advisors, LLC**
   06-10726

**USA Capital Diversified Trust Deed Fund, LLC**
   06-10727

**USA Capital First Trust Deed Fund, LLC**
   06-10728

**USA Securities, LLC**
   06-10729                    Debtors

**Jointly Administered**
Chapter 11 Cases
Judge **Linda B. Riegle** Presiding

Date: N/A
Time: N/A
**Affecting:**
☐ All Cases
**or Only:**
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

## THE UNITED STATES TRUSTEE'S CERTIFICATE OF SERVICE

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

I, the undersigned, hereby certify and declare that I mailed a true and correct copy of Notice of Appointment of Official Committee of Unsecured Creditors' Committee for USA Commercial Mortgage Company by first class United States mail, postage fully prepaid, on May 11, 2006 to each of the parties listed below:

   Donald R. Walker
   9209 Eagle Hills Drive
   Las Vegas, NV  89134-6109

Russell/AD Development Group, LLC
C/O   Robert A. Russell
8585 East Hartford Drive, Suite 500
Scottsdale, AZ 85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117-7635

Advanced Information Systems
C/O Michael T. Yoder
4270 Cameron Street, Suite 1
Las Vegas, NV 89103

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR 97035

Annette W. Jarvis
POB 45385
36 South State Street, #1400
Salt Lake City, UT 84145-0385

Nicholas J. Santoro
400 S. Fourth Street
Las Vegas, NV 89101

Bradley J. Stevens
3300 N. Central Avenue
Phoenix, AZ 85012

Peter Susi
Michaelson, Susi & Michaelson
7th West Figueroa Street, 2nd Floor
Santa Barbara, CA 93101

Gregory J. Walch
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101

All parties on the Court's CM/ECF email list for this case received this document electronically on May 10, 2006.

Dated:  May 13, 2006

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
August B. Landis, Assistant United States Trustee
United States Department of Justice