AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile: (702) 388-6658

E-Filed on May 12, 2006

Attorneys for the Acting United States Trustee
　　SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

**USA Commercial Mortgage Company**
　　**06-10725 -- Lead Case**

**USA Capital Realty Advisors, LLC**
　　06-10726

**USA Capital Diversified Trust Deed Fund, LLC**
　　06-10727

**USA Capital First Trust Deed Fund, LLC**
　　06-10728

**USA Securities, LLC**
　　06-10729　　Debtors

**Jointly Administered**
Chapter 11 Cases
Judge **Linda B. Riegle** Presiding

Date: N/A
Time: N/A
**Affecting:**
☐ All Cases
**or Only:**
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

# THE UNITED STATES TRUSTEE'S CERTIFICATE OF SERVICE

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

　　I, the undersigned, hereby certify and declare that I mailed a true and correct copy of Notice of Appointment of Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company by first class United States mail, postage fully prepaid, on May 11, 2006 to each of the parties listed below:

William J. Bullard
Fertitta Enterprises, Inc.
P.O. Box 27555
Las Vegas, NV  89126-1555

Helms Homes, LLC
Terry Helms
809 Upland Boulevard
Las Vegas, NV  89107

Terry R. Helms Living Trust 11/94
Terry Helms
809 Upland Boulevard
Las Vegas, NV  89107

Homfeld II, LLC
Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI  48230

Arthur Polacheck
2056 Woodlake Circle
Deerfield Beach, FL  33442

Dennis Flier, Inc. Defined Benefit Trust Dated 6/29/87
Dennis Flier
20155 Porto Vita Way, # 1803
Aventura, FL  33180

Annette W. Jarvis
POB 45385
36 South State Street, #1400
Salt Lake City, UT  84145-0385

Nicholas J. Santoro
400 S. Fourth Street
Las Vegas, NV  89101

Bradley J. Stevens
3300 N. Central Avenue
Phoenix, AZ 85012

Peter Susi
Michaelson, susi & Michaelson
7th West Figueroa Street, 2nd Floor
Santa Barbara, CA  93101

Gregory J. Walch
400 S. Fourth Street, 3rd Floor
Las Vegas, NV  89101

1  All parties on the Court's CM/ECF email list for this case received this document electronically
2  on May 10, 2006.

3      Dated: May 12, 2006

                                                  Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
    August B. Landis, Assistant United States Trustee
    United States Department of Justice

# # #