AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile: (702) 388-6658

E-Filed on May 13, 2006

Attorneys for the Acting United States Trustee
SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

**USA Commercial Mortgage Company**
    **06-10725 -- Lead Case**

**USA Capital Realty Advisors, LLC**
    06-10726

**USA Capital Diversified Trust Deed Fund, LLC**
    06-10727

**USA Capital First Trust Deed Fund, LLC**
    06-10728

**USA Securities, LLC**
    06-10729                    Debtors

**Jointly Administered**
Chapter 11 Cases
Judge **Linda B. Riegle** Presiding

Date: N/A
Time: N/A
**Affecting:**
☐ All Cases
**or Only:**
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☒ USA Capital First Trust Deed Fund, LLC

# THE UNITED STATES TRUSTEE'S CERTIFICATE OF SERVICE

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

I, the undersigned, hereby certify and declare that I mailed a true and correct copy of Notice of Appointment of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC by first class United States mail, postage fully prepaid, on May 11, 2006 to each of the parties listed below:

| | |
|---|---|
| 1 | Robert E. Taylor |
| 2 | c/o Chuck Heinrichs<br>198 El Pajaro<br>Newbury Park, CA  91320 |
| 3 | |
| 4 | John H. Warner, Jr.<br>2048 North Chettro Trail<br>St. George, UT  84770-5345 |
| 5 | |
| 6 | Mary Ellen Moro<br>1009 - 8th Street<br>Manhattan Beach, CA  90266 |
| 7 | |
| 8 | Richard G. Woudstra Revocable Trust<br>Richard G. Woudstra, Trustee<br>P.O. Box 530025 |
| 9 | Henderson, NV  89053 |
| 10 | Wen Baldwin Separate Property Trust u/a/d 9/2/97<br>Wen Baldwin, Trustee |
| 11 | 365 Dooley Drive<br>Henderson, NV  89015 |
| 12 | |
| 13 | Jerry T. McGimsey<br>3115 South El Camino Road<br>Las Vegas, NV  89146-6621 |
| 14 | |
| 15 | Richard Horowitz<br>5 Fir Drive<br>Kings Point, NY  11024 |
| 16 | |
| 17 | Annette W. Jarvis<br>POB 45385<br>36 South State Street, #1400 |
| 18 | Salt Lake City, UT  84145-0385 |
| 19 | Nicholas J. Santoro<br>400 S. Fourth Street |
| 20 | Las Vegas, NV  89101 |
| 21 | Bradley J. Stevens<br>3300 N. Central Avenue |
| 22 | Phoenix, AZ 85012 |
| 23 | Peter Susi<br>Michaelson, Susi & Michaelson |
| 24 | 7th West Figueroa Street, 2nd Floor<br>Santa Barbara, CA  93101 |
| 25 | |
| 26 | Gregory J. Walch<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV  89101 |
| 27 | |
| 28 | |

1  All parties on the Court's CM/ECF email list for this case received this document electronically
2  on May 10, 2006.

3       Dated:  May 13, 2006
4
5                                          Respectfully submitted,
                                           **S**ARA **L. K**ISTLER
6                                          **A**CTING **U**NITED **S**TATES **T**RUSTEE
                                           **R**EGION **17**
7
8                                          By:  */s/ August B. Landis*
                                              August B. Landis, Assistant United States Trustee
9                                             United States Department of Justice
10
11
12
13                                              # # #
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28