AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile:  (702) 388-6658

E-Filed on May 13, 2006

Attorneys for the Acting United States Trustee
    SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

**USA Commercial Mortgage Company**
    **06-10725 -- Lead Case**

**USA Capital Realty Advisors, LLC**
    06-10726

**USA Capital Diversified Trust Deed Fund, LLC**
    06-10727

**USA Capital First Trust Deed Fund, LLC**
    06-10728

**USA Securities, LLC**
    06-10729            Debtors

**Jointly Administered**
Chapter 11 Cases
Judge **Linda B. Riegle** Presiding

Date:  N/A
Time:  N/A
**Affecting:**
☐ All Cases
**or Only:**
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

# THE UNITED STATES TRUSTEE'S CERTIFICATE OF SERVICE

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

I, the undersigned, hereby certify and declare that I mailed a true and correct copy of Notice of Appointment of Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC by first class United States mail, postage fully prepaid, on May 11, 2006 to each of the parties listed below:

        Robert Worthen
        1112 Worthen Circle
        Las Vegas, NV  89145

1  Katz 2000 Separate Property Trust
   Sara M. Katz, Managing Trustee
2  4250 Executive Square, #670
   San Diego, CA  92037
3
   Thomas C. Lawyer Family Trust
4  c/o Thomas C. Lawyer
   45 Ventana Canyon Drive
5  Las Vegas, NV  89113

6  Maryan Rutar
   4043 Chalfont Court
7  Las Vegas, NV  89121

8  Charles O. Nichols
   2561 Seascape Drive
9  Las Vegas, NV  89128

10  The Gannaway Charitable Remainder Trust Dated 4/15/97
    c/o Kurt Hunsberger
11  3500 Lakeside Court, # 200
    Reno, NV  89520
12
    Robert H. Mansfield
13  3611 Victory Avenue
    Las Vegas, NV  89121-7224
14
    Annette W. Jarvis
15  POB 45385
    36 South State Street, #1400
16  Salt Lake City, UT  84145-0385

17  Nicholas J. Santoro
    400 S. Fourth Street
18  Las Vegas, NV  89101

19  Bradley J. Stevens
    3300 N. Central Avenue
20  Phoenix, AZ 85012

21  Peter Susi
    Michaelson, Susi & Michaelson
22  7th West Figueroa Street, 2nd Floor
    Santa Barbara, CA  93101
23
    Gregory J. Walch
24  400 S. Fourth Street, 3rd Floor
    Las Vegas, NV  89101
25

26
    All parties on the Court's CM/ECF email list for this case received this document electronically
27
    on May 10, 2006.
28

Dated: May 13, 2006

Respectfully submitted,
**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
    August B. Landis, Assistant United States Trustee
    United States Department of Justice

# # #