E-filed on May 12, 2006

Kevin B. Christensen, Chtd.
Kevin B. Christensen, Esq.
Nevada Bar No. 175
Xanna R. Hardman, Esq.
Nevada Bar No. 9579
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 255-1718
Attorneys for creditor,
Robert G. Worthen

KEVIN B. CHRISTENSEN, Chartered
7440 W. Sahara Ave.
Las Vegas, NV 89117
Off. (702) 255-1718
Fax (702) 255-0871

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. BK-S-06-10725-LBR |
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10727-LBR |
| | ) | Case No. BK-S-06-10728-LBR |
| Debtor. | ) | Case No. BK-S-06-10729-LBR |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | Jointly Administered Under |
| | ) | Case No. BK-S-06-10725-LBR |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
| | ) | |
| Debtor. | ) | **NOTICE OF APPEARANCE** |
| | ) | **AND REQUEST FOR SPECIAL** |
| In re: | ) | **NOTICE** |
| | ) | |
| USA SECURITIES, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

1  TO: THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY
2  OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST.

3        PLEASE TAKE NOTICE that the Creditor, Robert G. Worthen, by and through his

4  attorneys, Kevin B. Christensen, Chtd., hereby request special notice of all matters which must

5  be noticed to creditors and/or other parties in interest, and other notices required by the United

6
7  States Bankruptcy Code and Rules and/or the Local Rules.  All such notices should be directed

8  as follows:

9              Kevin B. Christensen, Chtd.
              Xanna R. Hardman, Esq.
10             7440 W. Sahara Avenue
              Las Vegas, Nevada 89117
11             Phone: (702) 255-1718
              Fax: (702) 255-0871
12             Email:  KBChrislaw@aol.com

13
     DATED this __12 th__ day of May, 2006.
14

15                              KEVIN B. CHRISTENSEN, CHTD.

16                              By:_____
                                Xanna R. Hardman, Esq.
17                              Attorneys for Creditor, Robert G. Worthen

18

19

20

21

22

23

24

25

26

27

28