| | |
|---|---|
| Jeffrey G. Sloane, Esq. (NSB# 784) <br> Regina M. McConnell, Esq. (NSB# 8029) <br> Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd. <br> 1389 Galleria Drive, Suite 200 <br> Henderson NV 89014 <br> Telephone: (702) 362-6666 <br> Facsimile: (702) 362-2203 <br> rmcconnell@kssattorneys.com <br> jsloane@kssattorneys.com | RECEIVED AND FILED <br><br> 2006 MAY 12  AM 11:49 <br><br> U.S. BANKRUPTCY COURT <br> PATRICIA GRAY, CLERK |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USACOMMERCIAL MORTGAGE COMPANY, Debtor <br> USA CAPITAL REALTY ADVISORS, LLC, Debtor <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor <br> USA Securities, LLC, Debtor | Bankruptcy No. 06-10725LBR; <br> 06-10726 LBR; 06-10727 LBR; <br> 06-10728 LBR; 06-10729 LBR <br> **VERIFIED PETITION FOR** <br> **PERMISSION TO PRACTICE** <br> **IN THIS CASE ONLY BY** <br> **ATTORNEY NOT ADMITTED** <br> **TO THE BAR OF THIS COURT** <br><br> EFFECTIVE JUNE 1, 2004 <br> FILING FEE IS $175.00 |

<u>Michael M. Schmahl,</u> , Petitioner, respectfully represents to the Court:

1. That Petitioner Resides at <u>1319 N. Wood Street, #3B</u>                        .

    (street address)

<u>Chicago                        </u>,  <u>Cook                            </u>.

    (city)                           (county)

<u>Illinois                  </u>, <u>60622    </u>, <u>773-278-5223                  </u>.

    (state)          (zip)      (area code + telephone number)

#179563  $175

**CAUTION: DO NOT REVISE OR RETYPE THIS FORM**

1
2          2.     That Petitioner is an attorney at law and a member of the law firm of _____
   McGuireWoods LLP _____ with offices at
3  77 W. Wacker Drive, Suite 4100, _____,
                       (street address)
4  Chicago _____, 60601 _____, 312/849-8100 _____.
    (city)                          (zip code)      (area code + telephone number)
5
6          3.     That Petitioner has been retained personally or as a member of the law firm by
7  Dr. Gary Kantor and related parties to provide legal representation in connection with
           [client(s)]
   the above-entitled case now pending before this Court.
8
9          4.     That since  2001 _____, Petitioner has been and presently is a member
                              (date)
10 in good standing of the bar of the highest Court of the State of Illinois _____
                                                                              (state)
   where Petitioner regularly practices law.
11
12         5.     That Petitioner was admitted to practice before the following United States District
13 Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
14 of other States on the dates indicated for each, and that Petitioner is presently a member in good
   standing of the bars of said Courts.                                    Date Admitted
15
16 Illinois Supreme Court _____          2001 _____
17 Wisconsin Supreme Court _____          2001 _____
18 U.S. District Court Northern District                  2001 _____
   of Illinois
19
20
21
22
23
24
25
26
27
28

                                           2

American LegalNet, Inc.
www.USCourtForms.com

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

N/A

8. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association; Illinois State Bar Association

Wisconsin State Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

3

American LegalNet, Inc.
www.USCourtForms.com

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: May 9, 2006

_____
Petitioner's Signature

STATE OF __ILLINOIS__ )
COUNTY OF __COOK__ )

__Michael M. Schmahl__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this 9TH day of May, 2006.

_____
Notary public

"OFFICIAL SEAL"
CLAUDIA A. GUNDERSON
Notary Public, State of Illinois
My Commission Expires 8/23/08

4

American LegalNet, Inc.
www.USCourtForms.com