Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date:<br>Time: |

The undersigned, attorney of record for Dr. Gary L. Kantor, Gary L. Kantor, M.D., Trustee of Kantor Nephrology Consultants, Ltd., 401(k) Profit Sharing Plan, Lynn Kantor, and Lynn Kantor, IRA (collectively "Kantor"), herein has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interest of the client(s) to designate Regina McConnell and Jeffrey G. Sloan of Kravitz Schnitzer Sloane Johnson & Eberhardy, Chartered ("Kravitz"), attorneys at law, members of the State Bar of Nevada and

Active\3982307.1

previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is: Jeffrey G. Sloane, Esq. (Bar Code #000784), Regina M. McConnell, Esq. (Bar Code #008029), Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd., 1389 Galleria Drive, Suite 200, Henderson NV 89014, Telephone: (702) 362-6666, Direct Line: (702) 222-4170, Facsimile: (702) 362-2203, rmcconnell@kssattorneys.com jsloane@kssattorneys.com.

By this designation the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

_____
Michael M. Schmahl, Attorney at law,
counsel for Gary L. Kantor, M.D., Trustee
Kantor Nephrology Consultants, Ltd.,
401(k) Profit Sharing Plan, Lynn Kantor,
and Lynn Kantor, IRA.

Active\3982307.1

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that they are responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that they are responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

*Regina M. McConnell #8029 for*
Jeffrey G. Sloan, Designated
Nevada Counsel

*Regina M. McConnell #8029*
Regina M. McConnell, Designated
Nevada Counsel.

Active\3982307.1

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned parties appoint Regina M. McConnell and Jeffrey G. Sloane of Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chartered as their Designated Nevada Counsel in this case.

_____
Michael M. Schmahl, Attorney at law,
counsel for Gary L. Kantor, M.D., Trustee
Kantor Nephrology Consultants, Ltd.,
401(k) Profit Sharing Plan, Lynn Kantor,
and Lynn Kantor, IRA.

Richard J. Mason, PC
Patricia K. Smoots
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com

Active\3982307.1