Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

RECEIVED AND FILED

2006 MAY 12  A 11: 50

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **MOTION FOR PERMISSION TO FILE IN PAPER FORMAT DUE TO EXEMPTION OR EXCEPTIONAL CIRCUMSTANCES** |
| Affects:<br>__X__ All Debtors<br>____ USA Commercial Mortgage Company<br>____ USA Capital Realty Advisors, LLC<br>____ USA Capital Diversified Trust Deed Fund, LLC<br>____ USA Capital First Trust Deed Fund, LLC<br>____ USA Securities, LLC | |

///

///

///

///

///

///

## MOTION FOR PERMISSION TO FILE IN PAPER FORMAT
## DUE TO EXEMPTION OR EXCEPTIONAL CIRCUMSTANCES

Pursuant to Administrative Order 04-3, Movant Regina M. McConnell, Esq., hereby requests permission to file documents in traditional paper format on the grounds that:

☒ Movant is exempt from the requirement that filings be made in electronic form because: Movant is filing a request to be admitted to the bar of this Court for purposes of practicing in a particular case filed pursuant to Rule IA 10-2 of the Local Rules of Practice of the United States District Court for the District of Nevada.

1. Document

The documents which the Movant seeks permission to file in paper format are:

Verified Petition of Michael M. Schmahl for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court; and Designation of Local Counsel and Consent Thereto.

2. Exceptional Circumstances

If permission to file in paper format is sought on the basis of exceptional circumstances, the movant states the following as grounds for the Motion:

(a). ☐ Movant's Internet service is not available due to circumstances which cannot be prevented.

    (i). Describe the nature and extent of the circumstances which have made the Internet service unavailable *(be specific)*:

    _____

    (ii). Describe what steps will be taken to ensure that the Internet service will be operable for electronic filing in the future:

    _____

(b). ☐ Other grounds exist for the Exceptional Circumstances Motion *(be specific)*:

_____

(c). ☐ Movant has filed a prior Exceptional Circumstances Motion

    (i). Number of prior motion(s): _____.

    (ii). Date of the prior motion(s): _____.

(iii). Reason for the prior motion(s): _____.

(iv). Case number and disposition for each prior motion:

_____.

_____.

3. Movant's affidavit or declaration supporting this Motion is attached pursuant to Section 3(b)(i) of Administrative Order 04-3.

4. ✗ Movant hereby also submits a proposed order pursuant to Administrative Order 04-3 at Section 3(b)(ii).

Based upon the foregoing, Movant requests that the Court grant the Motion.

Dated: May 12, 2006

Respectfully submitted,

          KRAVITZ, SCHNITZER, SLOANE,
            JOHNSON & EBERHARDY, CHTD.

By: *Regina M. McConnell* (signature)
Jeffrey G. Sloane, Esq.  (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
1389 Galleria Drive, Suite 200
Henderson, NV  89014
Telephone:    (702) 362-6666
Facsimile:    (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

O:\rmm\_KSS Data\Kantor\Schmahl Mtn to File Paper.wpd