

Jasper Benincasa Jr.
Flocerfida Benincasa
9359 Roping Cowboy Avenue
Las Vegas, NV  89178



# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>　　　　　Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br><br>USA SECURITIES, LLC,<br>　　　　　Debtor | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | DATE: 6/5/06<br>TIME: 9:30am |

1

### MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA
#### (hereafter "BENINCASA")

Files a Motion for Order Authorizing Return of Non-Invested Funds of JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA.

This Motion is based upon the Points and Authorities attached hereto.

### POINTS AND AUTHORITIES

#### Facts

The Debtors receipted for $110,000.00 of BENINCASA's money on the eve of the Chapter 11 filing to be invested in Fiesta Development, Del Valle and Oak Shores II. See check Exhibit "A" which cleared on April12, 2006 the banking system the day prior to the Bankruptcy filing. These funds were advanced to no one prior to the filing of April 13, 2006. The Movant bases this on the fact that no Deed of Trust has been recorded and USA Capital has told JASPER BENINCASA JR. that funds were never advanced and are still in the trust account. This is BENINCASA's first investment with USA Capital therefore BENINCASA was never overpaid interest nor does BENINCASA owe anything to USA Capital. The funds were merely receipted for and placed into the trust account on the eve of bankruptcy. They were disbursed to no one and not used for any purpose.

#### The Law

Debtors and their affiliates are licensed by the State of Nevada Financial Institution Division as mortgage brokers or mortgage agents under NRS 645B. Escrow Accounts are required under NRS 645B.165 through 175 and commingling is prohibited under NRS 645B.180. BENINCASA is the owner of funds placed into Trust prior to investment. It would appear that under NRS 645B, the Debtor cannot claim that any of "recent check" Represented by Exhibit "A", is property of the estate. Indeed NRS 645B.165 through 180 make it very clear that the funds are trust funds very similar to those in an attorney's trust account and are given the same protection. The law at NRS 645B.180 specifically states that "Money in an impound trust account is not subject to execution or attachment on any claim against the mortgage broker or his mortgage agents." To the extent that Debtors have breached their fiduciary duties, they should be disqualified as servicing agents or indeed, as Debtors-in-Possession and should not be permitted to continue to invest private-investor funds after the filing of chapter 11.

2

The funds represented by Exhibit "A" do not belong to the Debtor and must be returned. This is clearly the law in our circuit. See <u>Golden Mortgage v. Kennedy</u>, 171 B.R. 79 (B.A.P. 9 Cir.) 1994. These funds are very different from the funds invested by other Investors who have a history with USA Capital and may owe USA Capital for overpayment of interest. The facts herein are very similar to those previously ruled on concerning return of investor's recently deposited easily identifiable funds which were not used for the intended purpose. See Motion for Order Authorizing Return of Investors Certain Escrowed Funds Intended for the Bundy Canyon Project filed herein on April 27, 2006 as Document #68.

## Conclusion

The Motion to Allow Payment of Non-Invested Funds should be granted and the Funds not invested by Debtors and turned over to Assignment holders should be returned to Movant upon entry of the Order of this Court plus 11 days.

/s/ Jasper Benincasa Jr.

9359 Roping Cowboy Ave.
Las Vegas, NV   89178
702-413-8624
sv_flocerfida@yahoo.com

3

## Exhibit "A"

| | |
|---|---|
| Account: | 1818239716 |
| Check: | 1001 |
| Issued: | April 11, 2006 |
| Cleared: | April 12, 2006 |
| Amount: | $110,000.00 |
| Deposited into: | Wells Fargo Account |
| Account Name: | Commercial Mortgage Company Investors Trust Account |
| Account Number: | 0465657146 |





## CERTIFICATE OF SERVICE

I, Jasper Benincasa Jr., hereby certify that a true and correct copy of the Notice of Motion and Motion for Order Authorizing Return of Non-Invested Funds of Jasper Benincasa Jr. and Flocerfida Benincasa filed May 11, 2006 was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,
CANDACE C CARLYON ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
JANET L. CHUBB tbw@jonesvargas.com
CICI CUNNINGHAM bankruptcy@rocgd.com
LAUREL E. DAVIS bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM
EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net
ANNETTE W JARVIS ,
ROBERT R. KINAS rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com
NILE LEATHAM nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com
RICHARD MCKNIGHT mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
JEANETTE E. MCPHERSON bkfilings@s-mlaw.com
LENARD E. SCHWARTZER bkfilings@s-mlaw.com
CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com
U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,
MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

by electronic service on the 12th day of May, 2006

/s/ _____
Jasper Benincasa Jr.