LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845
Email: Ldavis@lionelsawyer.com

E-Filed on May 15, 2006

Attorneys for the Canepa Group

# UNITED STATE BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>　　　　Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>　　　　Debtor. | **CERTIFICATE OF SERVICE RE: OPPOSITION TO MOTION FOR ORDER AUTHORIZING REIMBURSEMENT OF DUE DILIGENCE EXPENSES OF POTENTIAL POST-PETITION LENDER (AFFECTS ALL DEBTORS)** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>　　　　Debtor. | |
| Affects:<br>　[x] All Debtors<br>　[ ] USA Commercial Mortgage Company<br>　[ ] USA Securities, LLC<br>　[ ] USA Capital Realty Advisors, LLC<br>　[ ] USA Capital Diversified Trust Deed Fund, LLC<br>　[ ] USA First Trust Deed Fund, LLC | Date: May 18, 2006<br>Time: 9:30 a.m. |

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

# CERTIFICATE OF SERVICE

1. On May 15, 2006, I served the following document(s) (*specify*):

   **Opposition to Motion for Order Authorizing Reimbursement of Due Diligence Expenses of Potential Post-Petition Lender**

2. I served the above-named document(s) by the following means to the persons listed below:

   *(Check all that apply)*

   [x] **a. ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

   *EXHIBIT A ATTACHED*

   [x] **b. United States mail, postage fully prepaid**
   (*List persons and addresses. Attach additional paper if necessary*)

   *SEE ATTACHED MAILING MATRIX (EXHIBIT B)*

   [ ] **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

   I personally delivered the document(s) to the persons at these addresses:

   [ ] For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   [ ] For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   [ ] **d. By direct email (as opposed to through the ECF System)**
   (*List persons and email addresses. Attach additional paper if necessary*)

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

1  [ ] **e. By fax transmission** (*List persons and fax numbers. Attach additional pages if necessary*)

3   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ] **f. By messenger** (*List persons and addresses. Attach additional paper if necessary.*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
(*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed on: May 15, 2006*

　　　　　　　　　　　　　　　/s/　Ginger Bagley
　　　　　　　　　　　　　　　An Employee of Lionel Sawyer & Collins

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-3-

**Ginger Bagley**

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Monday, May 15, 2006 1:25 PM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 06-10725-lbr Opposition

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from DAVIS, LAUREL E. entered on 5/15/2006 at 1:24 PM PDT and filed on 5/15/2006
**Case Name:**    USA COMMERCIAL MORTGAGE COMPANY (LEAD CASE)
**Case Number:**    06-10725-lbr
**Document Number:** 234

**Docket Text:**
Opposition Filed by LAUREL E. DAVIS on behalf of CANEPA GROUP (Related document(s)[171] Miscellaneous Motion filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) (DAVIS, LAUREL)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Owner\My Documents\USAHome\OppAdvance$.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/15/2006] [FileNumber=6890636-0]
[41f140a81d16401ea9d6a88e0923afc81464369fd9ddb9b7c4c23927af9d3d422ddb
eeaa75d83e186ae2a34480f4b26e1a218fc4f47050fe97c48b356106d447]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com



5/15/2006

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    !    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com
WILLIAM L. MCGIMSEY    &nbsp lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

DONNA M. OSBORN    jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JEFFREY G. SLOANE    gjklepel@yahoo.com

CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpec!k.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

5/15/2006

JAY L. MICHAELSON
,

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

PETER SUSI
MICHAELSON, SUSI & MICHAELSON
7TH WEST FIGUEROA ST 2ND FLOOR
SANTA BARBARA, CA 93101

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS V! EGAS, NV 89101

5/15/2006

**USA Capital et al - MATRIX**
**20 lrg. unsec. & Spec. Ntc.**

Deli Bunch
1909 Red Robin Court
Las Vegas, NV  89134

Michael Peterson  c/o John F. O'Reilly
O'Reilly Law Group, LLC
325 So. Maryland Parkway
Las Vegas, NV  89101

Nevada State Bank
P.O. Box 990
Las Vegas, NV  89125

Paris Line, LLC
4759 Illustrious Street
Las Vegas, NV  89147

Pecos Professional Park
4484 South Pecos Park
Las Vegas, NV  89121

Wells Fargo Bank
MAC T5601-012
P.O. Box 659700
San Antonio, TX  78286

Annee of Paris Coiffures, Inc.
8049 Pinnacle Peak
Las Vegas, NV  89113

Haspinov, LLC
4484 South Pecos Road
Las Vegas, NV  89121

Bank of America
P.O. Box 30750
Los Angeles, CA  90030

USA Commercial Real Estate Group
4484 South Pecos Road
Las Vegas, NV  89121

Citibank
P.O. Box 26901
San Francisco, CA  94126

U.S. Bank
P.O. Box 790179
St. Louis, MO  63179

Goold Patterson Ales & Day
4496 South Pecos Road
Las Vegas, NV  89121

Nevada Department of Taxation
P.O. Box 56674
Phoenix, AZ  85072

Advanced Information Systems
Kathryn Tschopik
4270 Cameron Street, Suite #1
Las Vegas, NV  89121

Scotsman Publishing, Inc.
P.O. Box 692
Bothell, WA  98041

RD Advertising
3230 East Flamingo Rd., #8-532
Las Vegas, NV  89121

West Coast Life Insurance Co.
P.O. Box 11407
Birmingham, AL  35246

Russell AD Development Group, LLC
P.O. Box 28216
Scottsdale, AZ  85255

Special Order Systems
575 Menlo Drive, Suite #4
Rocklin, CA  95765

Nicolas J. Santoro, Esq.
Santoro Driggs et al
400 South Fourth Street, 3rd flr.
Las Vegas, NV  89101

Bradley J. Stevens, Esq.
Robbins & Green, PA
3300 No. Central Ave., Suite 1800
Phoenix, AZ  85012

Peter Susi and Jay L. Michaelson
Michaelson Susi & Michaelson
7 West Figueroa St., 2nd floor
Santa Barbara, CA  93101

Gregory Walch, Esq.
Santoro Driggs et al
400 South Fourth Street, 3rd flr.
Las Vegas, NV  89101

Franklin C. Adams, Esq.
Best Best & Krieger LLP
3750 University Ave., POB 1028
Riverside, CA  92502

Jed A. Hart, Esq.
Angelo Gordon & Co.
245 Park Avenue, 26th flr.
New York, NY  10167

Paul A. Jacques
810 South East 7th St., #A-103
Deerfield Beach, FL  33441

William J. Bullard/Fertitta Enterprises
P.O. Box 27555
Las Vegas, NV  89126
Unsec. Cred. Comm. - Ex. Contr.

Helms Homes, LLC/Terry Helms
809 Upland Blvd.
Las Vegas, NV  89107
Unsec. Cred. Comm. - Ex. Contr.

*Exhibit B*

Terry R. Helms Liv. Trust/Terry Helms
809 Upland Blvd.
Las Vegas, NV  89107
Unsec. Cred. Comm. - Ex. Contr.

Homfeld, II LLC/Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI  48230
Unsec. Cred. Comm. - Ex. Contr.

Arthur Polacheck
2056 Woodlake Circle
Deerfield, FL  33442
Unsec. Cred. Comm. - Ex. Contr.

Dennis Flier, Inc. DBT - Dennis Flier
20155 Porto Vita Way, #1803
Aventura, FL  33180
Unsec. Cred. Comm. - Ex. Contr.

Jim McCollum
1011 "F" Avenue
Coronado, CA  92118
Unsec. Cred. Comm. - Ex. Contr.

Robert Worthen
1112 Worthen Circle
Las Vegas, NV  89145
Equity Sec. Holders Comm. Div. Tr. Deed

Katz 200 Sep. Prop. Tr./Sara M. Katz
4250 Executive Square, #670
San Diego, CA  92037
Equity Sec. Holders Comm. Div. Tr. D.

Thomas C. Lawyer
45 Ventana Canyon Drive
Las Vegas, NV  89113
Equity Sec. Holders Comm. Div. Tr. D.

Maryan Rutar
4043 Chalfont Court
Las Vegas, NV  89121
Equity Sec. Holders Comm. Div. Tr. D.

Charles O. Nichols
2561 Seascape Drive
Las Vegas, NV  89128
Equity Sec. Holders Comm. Div. Tr. Deed

Kurt Hunsberger/Gannaway Char.R. Trust
3500 Lakeside Court, #200
Reno, NV  89520
Equity Sec. Holders Comm. Div. Tr. Deed

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV  89121
Equity Sec. Holders Comm. Div. Tr. Deed

Robert E. Taylor/Chuck Heinrichs
198 El Pajaro
Newbury Park, CA  91320
Equ. Sec. Holders Comm. 1st Tr. Deed

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT  84770
Equ. Sec. Holders Comm. 1st Tr. Deed

Mary Ellen Moro
1009 - 8th Street
Manhattan Beach, CA  90266
Equ. Sec. Holders Comm. 1st Tr. Deed

Richard G. Woudstra/RGW Recov. Trust
P.O. Box 530025
Henderson, NV  89053
Equ. Sec. Holders Comm. 1st Tr. Deed

Wen Baldwin, WB Sep. Prop. Trust
365 Dooley Drive
Henderson, NV  89015
Equ. Sec. Holders Comm. 1st Tr. Deed

Jerry T. McGimsey
3115 So. El Camino Road
Las Vegas, NV  89146
Equ. Sec. Holders Comm. 1st Tr. Deed

Richard Horowitz
5 Fir Drive
Kings Point, NY  11024
Equ. Sec. Holders Comm. 1st Tr. Deed

Donald Walker/Del Bunch dba Louis Part.
9209 Eagle Hills Drive
Las Vegas, NV  89134
Unsec. Cred. Comm.

Robert A. Russell/AD Devel. Group LLC
8585 East Hartford Dr., #500
Scotsdale, AZ  85255
Unsec. Cred. Comm.

Annee Nounna
8057 Lands End Court
Las Vegas, NV  89117
Unsec. Cred. Comm.

Michael T. Yoder/Adv. Informa. Systems
4270 Cameron St., #1
Las Vegas, NV  89103
Unsec. Cred. Comm.

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR  97035
Unsec. Cred. Comm.