Richard McKnight
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

Efiled on May 15, 2006.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　Debtor. | Case № BK-S-06-10725-LBR<br><br>Date May 18, 2006<br>Time: 9:30 a.m. |

### CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 15th day of May, 2006, service of a true and correct copy of PARTIAL OPPOSITION TO DEBTOR'S MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. §§ 105 AND 363(B)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR was made by:

[X]　ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

Page 1 of 3

| | |
|---|---|
| 1 | JANET L. CHUBB tbw@jonesvargas.com |
| 2 | CICI CUNNINGHAM bankruptcy@rocgd.com |
| 3 | LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com |
| 4 | |
| 5 | THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 6 | SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com |
| 7 | |
| 8 | EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 9 | EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com |
| 10 | ANNETTE W JARVIS , |
| 11 | ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com |
| 12 | |
| 13 | NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 14 | ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com |
| 15 | WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com, |
| 16 | RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 17 | |
| 18 | JEANETTE E. MCPHERSON bkfilings@s-mlaw.com |
| 19 | DONNA M. OSBORN jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@MarquisAurbach.com |
| 20 | |
| 21 | DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 22 | |
| 23 | LENARD E. SCHWARTZER bkfilings@s-mlaw.com |
| 24 | JEFFREY G. SLOANE gjklepel@yahoo.com |
| 25 | CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com |
| 26 | U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov, |
| 27 | |
| 28 | Page 2 of 3 |

1  MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

2

3           /s/ Gwen Kopang
   An employee of the Law Offices of Richard McKnight, P.C.

4

5

6

7

8

9

10 PARTIAL OPPOSITION TO DEBTOR'S MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. §§ 105 AND 363(B)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28