1  Nicholas J. Santoro
   Nevada Bar Number 00532
2  Email: NSantoro@Nevadafirm.com
   400 South Fourth Street, Third Floor
3  Las Vegas, Nevada 89101
   Telephone:    702/791-0308
4  Facsimile:    702/791-1912

5  *Co-Trustee of the Nicholas J. and
   Juanita Santoro Family Trust*

6

7  **UNITED STATES BANKRUPTCY COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Jointly Administered Chapter 11 Cases Judge Linda B. Riegle Presiding |
| USA Commercial Mortgage Company          06-10725 – Lead Case | |
| USA Capital Realty Advisors, LLC          06-10726 | **JOINDER OF NICHOLAS J. SANTORO IN GREGORY J. WALCH'S PARTIAL OPPOSITION TO DEBTORS' MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. §§ 105 AND 363 (B) (1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR** |
| USA Capital Diversified Trust Deed Fund, LLC          06-10727 | |
| USA Capital First Trust Deed Fund, LLC          06-10728 | |
| USA Securities, LLC          06-10729 | |
| Debtors. | Date of Hearing:    May 18, 2006 Time of Hearing:    9:30 a.m. Affecting: [ ] All Cases Or only: [X] USA Commercial Mortgage Company [ ] USA Capital Realty Advisors, LLC [ ] USA Capital Diversified Trust Deed Fund, LLC [ ] USA Capital First Trust Deed Fund, LLC |

Nicholas J. Santoro, Co-Trustee of the Nicholas J. and Juanita Santoro Family Trust, hereby joins in GREGORY J. WALCH'S PARTIAL OPPOSITION TO DEBTORS' MOTION

01969-00/82076.doc

AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. §§ 105 AND 363 (B) (1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR (the "Opposition") for the reasons set forth therein. The undersigned is similarly situated to Gregory J. Walch, although not involved in all of the same loan transactions. Therefore, the undersigned adopts the legal arguments in the Opposition.

Dated this ____ day of May, 2006.

/s/ Nicholas J. Santoro
Nicholas J. Santoro, Esq.
Nevada Bar Number 00532
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912