**ELECTRONICALLY FILED**
**ON MAY 15, 2006**

JEFFREY H. DAVIDSON (CA State Bar No. 73980),
FRANK A. MEROLA (CA State Bar No. 136934), and
EVE H. KARASIK (CA State Bar No. 155356), Members of
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: JDavidson@Stutman.com
       FMerola@Stutman.com
       EKarasik@Stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ. (NV State Bar No. 000405)
CANDACE C. CARLYON (NV State Bar No. 002666)
233 S. Fourth Street, Second Floor
Las Vegas, NV  89101
Telephone: (702)471-7432
Facsimile: (702)471-7435
Email: jshea@sheacarlyon.com
       ccarlyon@sheacarlyon.com

[Proposed Counsel] for the
Official Committee of Equity Security Holders
of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>　　　　　Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　Debtor | BK-S-06-10729-LBR<br>Chapter 11 |

390935v1

| | |
|---|---|
| Affects:<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **LIMITED OPPOSITION TO THE MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. §105 AND §363(b)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES ETC. [APPLIES TO USA COMMERCIAL MORTGAGE CO]**<br><br>Date:  May 18, 2006<br>Time:  9:30 a.m.<br>Place: Foley Federal Bldg.<br>       300 Las Vegas Blvd. S.<br>       Las Vegas, NV 89101 |

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

In response to the "Motion Authorizing Debtor, Pursuant To 11 U.S.C. §105 And §363(b)(1), To Accept Loan Payment Proceeds And Provide Partial Releases Or Full Releases In Connection With The Sale Of Properties Securing Loans Originated By The Debtor To Third Party Borrowers, And To Ratify Partial Releases Previously Provided By The Debtor" (the "Release Motion")[1], filed by USA Commercial Mortgage Company ("USACM" or "Debtor"), on behalf of itself, the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Deed Committee"), hereby files this limited opposition ("Limited Opposition") and states as follows:

Pursuant to the Partial Release Motion, USACM seeks Court authority to provide partial releases or full releases in connection with the sale to bona fide purchasers of properties

---

[1] Terms not otherwise defined herein shall have the same meanings ascribed to them in the Release Motion.

390935v1                            2

that now secure the loans that USACM services (the "USA Loans").[2] Many of the USA Loans are junior to the loans made by another lender that has a first priority lien against the property that also secures the USA Loans. While USACM identifies the amount outstanding to these first priority lenders, the Release Motion does not state when USACM anticipates that these first priority loans will be paid in full such that sale proceeds will be then be available to re-pay the USA Loans.

The First Trust Deed Committee needs certainty that the funds generated from these property sales are being actually collected by the Debtors and properly accounted for among the loans and the loan participants. Also, USACM must be charged with closely monitoring the distribution of proceeds from the sales of properties with prior lienholders to ensure that when the obligations to the first priority lenders are satisfied, that the balance of the collections are distributed to the Debtors. To ensure that USACM carefully monitors the distribution of these proceeds, the First Trust Deed Committee requests that USACM be required to report monthly to the Court the following: (i) the sale proceeds that USACM actually received in connection with the proposed sales and an accounting for such funds on a per loan basis; and (ii) the sale proceeds that were distributed to any

---

[2] While USACM services the USA Loans, it is not the beneficial interest holder of such loans. As described in the Release Motion, the USA Loans were funded either directly by investors who have fractional interests in loans or indirectly by other investors who bought membership interests in two of USACM's affiliates, the Diversified Trust Deed Fund and First Trust Deed Fund, which in turn funded such loans. As USACM failed to delineate who has a beneficial interest in the USA Loans described in the Release Motion, the First Trust Deed Fund is likely to have such a beneficial interest.

390935v1                                3

1 first priority lender and the amount outstanding on any related
2 first priority loan after such payments.
3       **WHEREFORE**, the First Trust Deed Committee, respectfully
4 requests that USACM be required to report to the Court the
5 following: (i) the sale proceeds that USACM actually received in
6 connection with the proposed sales and an accounting for such
7 funds on a per loan basis; and (ii) the sale proceeds that were
8 distributed to any first priority lender and the amount
9 outstanding on any related first priority loan after such
10 payments.
11
12 Respectfully submitted this 15th day of May, 2006.
13
14
           s/ Eve H. Karasik
15 _____

16 JEFFREY H. DAVIDSON (CA State Bar No. 73980),
FRANK A. MEROLA (CA State Bar No. 136934), and
17 EVE H. KARASIK (CA State Bar No. 155356), Members of
STUTMAN, TREISTER & GLATT, P.C.
18 1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
19 Telephone:  (310) 228-5600

20 and

21 CANDACE C. CARLYON
22 Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
23 Las Vegas, NV  89101
Telephone:  (702) 471-7432
24
25 [PROPOSED COUNSEL] FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
26 OF USA CAPITAL FIRST TRUST DEED FUND, LLC

27
28

390935v1                                       4