ELECTRONICALLY FILED
ON MAY 15, 2006

JEFFREY H. DAVIDSON (CA State Bar No. 73980),
FRANK A. MEROLA (CA State Bar No. 136934), and
EVE H. KARASIK (CA State Bar No. 155356), Members of
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: JDavidson@Stutman.com
       FMerola@Stutman.com
       EKarasik@Stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ. (NV State Bar No. 000405)
CANDACE C. CARLYON (NV State Bar No. 002666)
233 S. Fourth Street, Second Floor
Las Vegas, NV  89101
Telephone: (702)471-7432
Facsimile: (702)471-7435
Email: jshea@sheacarlyon.com
       ccarlyon@sheacarlyon.com

[Proposed Counsel] for the
Official Committee of Equity Security Holders
of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | ) | BK-S-06-10725-LBR |
|---|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Chapter 11 |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | Chapter 11 |
| Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | ) | Chapter 11 |
| Debtor | ) | |

390936v2

```
1
```

Affects:                                    )
                                            )    **LIMITED OPPOSITION TO THE**
☒ All Debtors                               )    **DEBTOR'S APPLICATION TO EMPLOY**
☐ USA Commercial Mortgage Co.               )    **AND RETAIN RAY QUINNEY &**
☐ USA Securities, LLC                       )    **NEBEKER P.C. AS COUNSEL FOR**
☐ USA Capital Realty Advisors, LLC          )    **THE DEBTORS (AFFECTS ALL**
☐ USA Capital Diversified Trust Deed        )    **DEBTORS)**
☐ USA First Trust Deed Fund, LLC            )
                                            )
                                            )    Date:  May 18, 2006
                                            )    Time:  9:30 a.m.
                                            )    Place: Foley Federal Bldg.
                                            )           300 Las Vegas Blvd. S.
                                            )           Las Vegas, NV 89101
                                            )
                                            )

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

In response to the "Application To Employ And Retain Ray Quinney & Nebeker P.C. As Counsel For The Debtors" (the "Quinney Application"), filed by USA Commercial Mortgage Company ("USACM"), on behalf of itself and its affiliated debtors (each, a "Debtor" and, collectively, the "Debtors"), the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Deed Committee"), hereby files this limited opposition ("Limited Opposition") and states as follows:

Pursuant to the Quinney Application, the Debtors seek to employ and retain Ray Quinney & Nebeker P.C. ("Quinney") as counsel for the Debtors.

In requesting that the Court approve the employment and compensation of Quinney under section 328(a) of the Bankruptcy Code, the Debtors seek the Court's determination that the terms and conditions of Quinney's employment are "reasonable" and that the Debtors' proposed compensation to Quinney is not subject to further review unless "such terms and conditions prove to be

1    improvident in light of developments not capable of being

2    anticipated" at this time.  See 11 U.S.C. §328(a).

3            The First Trust Deed Committee does not oppose the

4    employment of Quinney as counsel to the Debtors.  However, the

5    First Trust Deed Committee believes that Quinney should not be

6    employed pursuant to Bankruptcy Code section 328(a).  It is

7    premature, at this point, for the Court to approve the terms and

8    conditions of Quinney's employment, and thus its compensation,

9    without further scrutiny by any other party in interest or the

10   Court later in these cases.  The Court simply cannot make a

11   determination regarding the "nature, extent or value" of Quinney's

12   professional services to the Debtors at this time.  Lobel & Opera

13   v. U.S. Trustee, (In re Auto Parts Club, Inc.), 211 B.R. 29, 33

14   (B.A.P. 9th Cir. 1997) (noting that courts generally consider "the

15   nature, the extent, and the value of the professional's services"

16   in determining the award of compensation); see also, In re N&T

17   Assoc., Inc., 134 B.R. 17, 18 (D. Nev. 1991).

18

19

20

21

22

23

24

25

26

27

28

1        **WHEREFORE**, the First Trust Deed Committee, respectfully

2  requests that the Court approve the employment of Quinney under

3  section 327(a) of the Bankruptcy Code, with compensation at the

4  expense of the Debtors' estates in such amount as the Court may

5  hereafter allow as "reasonable compensation" under Bankruptcy Code

6  section 330.

7

8  Respectfully submitted this 15th day of May, 2006.

9

10        s/ Eve H. Karasik
   _____

11

12 JEFFREY H. DAVIDSON (CA State Bar No. 73980),
   FRANK A. MEROLA (CA State Bar No. 136934), and
13 EVE H. KARASIK (CA State Bar No. 155356), Members of
   STUTMAN, TREISTER & GLATT, P.C.
14 1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA  90067
15 Telephone:  (310) 228-5600

16 and

17
   CANDACE C. CARLYON
18 Shea & Carlyon, Ltd.
   233 S. Fourth Street, Suite 200
19 Las Vegas, NV  89101
   Telephone:  (702) 471-7432
20
   [PROPOSED COUNSEL] FOR THE
21 OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
   OF USA CAPITAL FIRST TRUST DEED FUND, LLC
22

23

24

25

26

27

28