**ELECTRONICALLY FILED**
**ON MAY 15, 2006**

1 | JEFFREY H. DAVIDSON (CA State Bar No. 73980),
FRANK A. MEROLA (CA State Bar No. 136934), and
2 | EVE H. KARASIK (CA State Bar No. 155356), Members of
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
3 | 1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
4 | Telephone: (310) 228-5600
Facsimile: (310) 228-5788
5 | Email: JDavidson@Stutman.com
         FMerola@Stutman.com
6        EKarasik@Stutman.com

7 | SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ. (NV State Bar No. 000405)
8 | CANDACE C. CARLYON (NV State Bar No. 002666)
233 S. Fourth Street, Second Floor
9 | Las Vegas, NV  89101
Telephone: (702)471-7432
10 | Facsimile: (702)471-7435
Email: jshea@sheacarlyon.com
11       ccarlyon@sheacarlyon.com

12 | [Proposed Counsel] for the
Official Committee of Equity Security Holders
13 | of USA Capital First Trust Deed Fund, LLC

14

15 | **UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>        Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor | BK-S-06-10729-LBR<br>Chapter 11 |

390938v1

| Affects:<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **LIMITED OPPOSITION TO THE MOTION FOR ORDER LIMITING NOTICE AND APPROVING MASTER SERVICE LIST (AFFECTS ALL DEBTORS)**<br><br>Date:   May 18, 2006<br>Time:   9:30 a.m.<br>Place:  Foley Federal Bldg.<br>        300 Las Vegas Blvd. S.<br>        Las Vegas, NV 89101 |
|---|---|

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

In response to the "Motion for Order Limiting Notice and Approving Master Service List" (the "Limit Notice Motion")[1], filed by USA Commercial Mortgage Company ("USACM"), on behalf of itself and its affiliated debtors (each, a "Debtor" and, collectively, the "Debtors"), the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Deed Committee"), hereby files this limited opposition ("Limited Opposition") and states as follows:

Pursuant to the Limit Notice Motion, the Debtors seek to limit the notice of all matters to certain parties on a Master Service List, except for matters that require notice to be given to all parties in interest, including without limitation, notices relating to the approval of a disclosure statement, a plan of reorganization, and/or the sale of substantially all of the assets of a debtor's estate.

The First Trust Deed Committee does not oppose the limiting of notice in these cases. In light of the fact that the United States Trustee has appointed four separate

---

[1]  Terms not otherwise defined herein shall have the same meanings ascribed to them in the Limit Notice Motion.

390938v1                                    2

committees, including committees to represent, respectively, (i) the unsecured creditors of USACM, (ii) the membership interests of USA Capital First Trust Deed Fund, LLC, (iii) the membership interests of USA Capital Diversified Trust Deed Fund, LLC and (iv) the direct lenders who have interests in loans serviced by USACM, the First Trust Deed Committee submits that the Master Service no longer needs to include the following persons:

    a.  the unsecured creditors holding the 20 largest claims against USACM;

    b.  the members of USA Capital First Trust Deed Fund, LLC holding the 20 largest equity interests in that entity;

    c.  the members of USA Capital Diversified Trust Deed Fund, LLC holding the 20 largest equity interests in that entity; or

    d.  the 20 largest investors who have an interest as a lender in a loan being serviced by USACM and who would not otherwise receive notice within one of the groups above.

The First Trust Deed Committee submits that the appointed committees and their counsel will adequately represent the interests of the parties listed above, and it is unduly burdensome and expensive for the Debtors' estates to be required to serve the additional 80 parties described above. Moreover, to the extent that any party wishes to receive notice in these cases, any such party may file a notice of appearance and request for special notice.

**WHEREFORE**, the First Trust Deed Committee respectfully requests that the Court amend the Master Service List as described herein.

Respectfully submitted this 15th day of May, 2006.

_____s/ Eve H. Karasik_____

JEFFREY H. DAVIDSON (CA State Bar No. 73980),
FRANK A. MEROLA (CA State Bar No. 136934), and
EVE H. KARASIK (CA State Bar No. 155356), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV  89101
Telephone:  (702) 471-7432

[PROPOSED COUNSEL] FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC

390938v1                              4