JEFFREY H. DAVIDSON (CA State Bar No. 73980),
FRANK A. MEROLA (CA State Bar No. 136934), and
EVE H. KARASIK (CA State Bar No. 155356), Members of
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: JDavidson@Stutman.com
       FMerola@Stutman.com
       EKarasik@Stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ. (NV State Bar No. 000405)
CANDACE C. CARLYON (NV State Bar No. 002666)
233 S. Fourth Street, Second Floor
Las Vegas, NV  89101
Telephone: (702)471-7432
Facsimile: (702)471-7435
Email: jshea@sheacarlyon.com
       ccarlyon@sheacarlyon.com

[Proposed Counsel] for the
Official Committee of Equity Security Holders
of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor | BK-S-06-10729-LBR<br>Chapter 11 |

390972v1

|   |   |
|---|---|
| Affects:<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **CERTIFICATE OF SERVICE REGARDING "LIMITED OPPOSITION TO THE MOTION FOR ORDER LIMITING NOTICE AND APPROVING MASTER SERVICE LIST (AFFECTS ALL DEBTORS)"**<br><br>Date:  May 18, 2006<br>Time:  9:30 a.m.<br>Place: Foley Federal Bldg.<br>       300 Las Vegas Blvd. S.<br>       Las Vegas, NV 89101 |

On May 15, 2006, I served the following document:

**"LIMITED OPPOSITION TO THE MOTION FOR ORDER LIMITING NOTICE AND APPROVING MASTER SERVICE LIST (AFFECTS ALL DEBTORS)"**

I served the above-named document by United States mail, postage fully prepaid, on persons whose names and addresses appear on the attached service list.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: May 15, 2006

Denice Gonzalez
(NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

390972v1                           2

USA Commercial Mortgage Company
Service List
5865-000
Doc. No. 390939

Debtors
USA Commercial Mortgage Co., et al.
Attn: Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Attys for Debtors
Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 So. State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Attys for Debtors
Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 So. Jones Blvd., Suite 1
Las Vegas, NV 89146-5308

Office of the U.S. Trustee
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

USA COMMERCIAL MORTGAGE
COMPANY
20 LARGEST UNSECURED
CREDITORS

Del Bunch
1909 Red Robin Court
Las Vegas, NV 89134

Michael Peterson
c/o John F. O'Reilly
O'Reilly Law Group, LLC
325 South Maryland Pkwy
Las Vegas, NV 89101

Advanced Information Systems
Michael T. Yoder
4270 Cameron Street, Suite #1
Las Vegas, NV 89103

Pecos Professional Park
4484 South Pecos Park
Las Vegas, NV 89121

Annee of Paris Coiffures, Inc.
8049 Pinncale Peak
Las Vegas, NV 89113

Special Order Systems
575 Menlo Drive, Suite 4
Rocklin, CA 95765

Goold Patterson Ales & Day
4496 So. Pecos Road
Las Vegas, NV 89121

Paris Line LLC
4759 Illustrious Street
Las Vegas, NV 89147

RD Advertising
3230 E. Flamingo Road, #8-532
Las Vegas, NV 89121

Haspinov, LLV
4484 South Pecos Road
Las Vegas, NV 89121

USA Comm. Real Estate Group
4484 South Pecos Road
Las Vegas, NV 89121

Bank of America
P.O. Box 30750
Los Angeles, CA 90030-0750

West Coast Life Ins. Co.
P.O. Box 11407
Birmingham, AL 35246-0078

Russell Ad Dev. Group, LLC
P.O. Box 28216
Scottsdale, AZ 85255

Nevada State Bank
P.O. Box 990
Las Vegas, NV 89125-0990

U.S. Bank
P.O. Box 790179
Saint Louis, MO 63179-0179

Citibank
P.O. Box 26901
San Francisco, CA 94126

Wells Fargo Bank
MAC T5601-012
P.O. Box 659700
San Antonio, TX 78286-0700

Scotsman Publishing, Inc.
P.O. Box 692
Bothell, WA 98041-0692

Nevada Dept. of Taxation
P.O. Box 52674
Phoenix, AZ 85072-2674

USA CAPITAL REALTY ADVISORS,
LLC
UNSECURED CREDITORS

Kummer, Kampfer, Bonner & Renshaw
3800 Howard Hughes Pkwy.
7th Floor
Las Vegas, NV 89109

Intershow
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

USA SECURITIES, LLC
UNSECURED CREDITORS

James Hull
c/o Signature Financial
2601 Airport Drive
Torrance, CA 90505

R. Hagmaier
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Tim Rich
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

USA CAPITAL FIRST TRUST DEED
FUND
20 LARGEST EQUITY INTERESTS

R.T. Enterprises
Robert E. Taylor, GP
1535 Flynn Road
Camarillo, CA 93012

Robert E. Taylor, President
1535 Flynn Road
Camarillo, CA 93012

Robert G. Berry Jr. and
Jeannette K. Berry
4460 Mountaingate Drive
Reno, NV 89509

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

William Edwards
12550 5th Street East
Treasure Island, FL 33706

The Toni Antonacci Trust
6341 N. Stephanie #210
Henderson, NV 89014

Katz 2000
Sara M. Katz & Jack Katz Ttee
4484 S. Pecos Road
Las Vegas, NV 89121

Mary E. & Mathew J. Moro, JTWROS
1009 8th Street
Manhattan Beach, CA 90266

Gwen Melonas Family Trust
10633 Paradise Point
Las Vegas, NV 89134

Aristotle S. Melonas
7240 Night Heron Way
North Las Vegas, NV 89084

Steven & Margaret W. Terry Trust
113 Worthen Circle
Las Vegas, NV 89145

William W. Miller
P.O. Box 247
St. George UT 84771

Richard G. Woudstra Rev. Trust
Richard G. Woudstra, Ttee
P. O. Box 530025
Henderson, NV 89053

Jack & Sylvia Goldenthal
20155 NE 38th Ct., Unit 1603
Aventura, FL 33180

Wen Baldwin Separate Prop. Trust
u/a/d 9/2/97
365 Dooley Drive
Henderson, NV 89015

Kohler Living Trust
Guenther A. & Elfriede Kohler
842 Overlook Court
San Mateo, CA 94403

John Warner Jr., IRA
c/o First Savings Bank
2605 East Flamingo Rd.
Las Vegas, NV 89121

Andrew & Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

James A. Tanaka, IRA
Retirement Accounts, Inc.
P.O. Box 173785
Denver, CO 80217-3785

Donna Luttel, Gerhard Luttel
and Gwendolyn Allred
P.O. Box 35425
Las Vegas, NV 89133

USA CAPITAL DIVERSIFIED TRUST
DEED FUND
20 LARGEST EQUITY INTERESTS

Herman M. Adams or Brian M. Adams or
Anthony G. Adams
1341 Cashman Drive
Las Vegas, NV 89102

Dr. Gary Kantor
2816 Vista Del Sol
Las Vegas, NV 89120

Katz 2000 Separate Property Trust
Sara M. Katz, Managing Ttee
4484 S. Pecos Road
Las Vegas, NV 89121

AAA OM Financial, LLC
3093 Red Arrow Drive
Las Vegas, NV 89134

Kantor Nephrology Consultants
Gary Kantor, Trustee
1750 E. Desert Inn, Suite 200
Las Vegas, NV 89109

Robert G. Worthen
112 Worthen Circle
Las Vegas, NV 89145

Kusum Desai, MD
3093 Red Arrow Drive
Las Vegas, NV 89134

Thomas C. Lawyer Family Trust
45 Ventana Canyon Dr.
Las Vegas, NV 89113

John Parker Kurlinski
& Claire Sawyer
Kurlinski Revocable Trust
John & Claire Kurlinski, Ttees
322 Beam Drive
Las Vegas, NV 89118

Charles O. Nichols &
Flora A. Nichols
2561 Seascape Drive
Las Vegas, NV 89128

Childrens Dental Group, Inc.,
Defined Benefit Pension Plan
413 Canyon Greens Drive
Las Vegas, NV 89144

Michaelian Holdings, LLC
413 Canyon Greens Drive
Las Vegas, NV 89144

First Trust Co. of Onaga
C/F Jean-Jacques Leblanc IRA
301 Leonard
Onaga, KS 66521

The Gannaway Charitable
Remainder Trust
Peyton and Patric
Crystal Bay, NV 89402

The L.E. & J.G. Blair Fam. Trust
Lloyd E. Blair Ttee
1931 Quail Creek Ct.
Reno, NV 89509-0671

Emona Dental Studios, Inc.
Pension & Profit Sharing Plans
4043 Chalfont Street
Las Vegas, NV 89121

Frank Reale, DC
6908 Emerald Springs Lane
Las Vegas, NV 89113

Molitch 1997 Trust
Matthew Molitch, Ttee
2251 N. Rampart, #185
Las Vegas, NV 89128

Everett H. Johnston Fam. Trust
P.O. Box 3605
Incline Village, NV 89450

The 2003 Richard N. Krupp
Charitable Remainder Unitrust
Frank Hatfield, Trustee
P. O. Box 1119
San Marcos, CA 92079

USA COMMERCIAL MORTGAGE CO.
20 LARGEST INVESTORS HOLDING
INVESTMENTS SERVICED BY USA

USA Capital Diver. T.D. Fund
4484 S. Pecos Road
Las Vegas, NV 89121

Fertitta Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Helms Homes, LLC
809 Upland Blvd.
Las Vegas, NV 89107

Rocklin/Redding LLC
278 Sussex Street
Carson City, NV 80702

Homfeld II, LLC
777 S. Federal Highway
Suite N-409
Pompano Beach, FL 33062

USA Capital First T.D. Fund
4484 S. Pecos Road
Las Vegas, NV 89121

Robert J. Kehl & Ruth A. Kehl
4963 Mesa Capella Dr.
Las Vegas, NV 89148

Terry Helms Living Trust
809 Upland Blvd.
Las Vegas, NV 89107

Arthur Polacheck &
Glorianne Polacheck
2056 Woodlake Circle
Deerfield Beach, FL 33442

Larry L. Rieger & Patsy R. Rieger
Revocable Trust
2615 Glen Eagles Drive
Reno, NV 89523

Charles B. Anderson Trust
211 Copper Ridge Court
Boulder City, NV 89005

Cardwell Family Trust
505 E. Windmill LN
1-B-158
Las Vegas, NV 89123

MLH Family Invest. Ltd.
8912 E. Pinnacle Peak Rd.
F9-602
Scottsdale, AZ 85255

James W. McCollum &
Pamela P. McCollum
1011 F Avenue
Coronado, CA 92118

Eric L. Lester & Cassie Lester
500 W. Goldfield Ave.
Yerington, NV 89447

Special Notice
Edward M. Homfeld
Homfeld II, LLC
777 S. Federal Highway
Suite N-409
Pompano Beach, FL 33062

Special Notice
Michael R. Shuler
c/o Jay R. Eaton
Eaton & O'Leary, PLLC
115 Grove Avenue
Prescott, AZ 86301

Special Notice
Margie Gandolfo
1724 Arrow Wood Dr.
Reno, NV 89521

Special Notice
Kelly J. Brinkman, Esq.
Goold Patterson Ales & Day
4496 S. Pecos Road
Las Vegas, NV 89121

Special Notice
Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL 33441

Special Notice
William L. McGimsey, Esq.
601 E. Charleston Blvd.
Las Vegas, NV 89104

Special Notice
Attys/Prospect High Inc. Fund, etal
C. Cunningham/J. Kohl
Rawlings Olson Cannon, et al.
9950 W. Cheyenne Ave.
Las Vegas, NV 89129

USA Commercial Mortgage Co.
4484 S. Pecos Rd.
Las Vegas, NV 89121

Dennis Flier, Inc.
Defined Benefit Trust 6/29/87
20155 Porto Vita Way #1803
Aventura, FL 33180

August J. Amaral, Inc.
P. O. Box 70097
Reno, NV 89570

Special Notice
RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Special Notice
Maryetta Bowman
534 Enchanted Lakes Dr.
Henderson, NV 89052

Special Notice
Robert R. Kinas, Esq.
Meridith J. Strand, Esq.
Snell & Wilmer, LLP
3800 Howard Hughes Pkwy, #1000
Las Vegas, NV 89109

Special Notice
Martin A. Weiss, Esq.
One Betterworld Circle
Suite 300
Temecula, CA 92590

Special Notice
J. Donnolo, et al c/o Janet Chubb, Esq.
Jones Vargas
100 W. Liberty St., 12th Floor
P. O. Box 281
Reno, NV 89504-0281

Special Notice
Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

Special Notice
Laurel L. Davis, Esq.
Lionel Sawyer & Collins
300 S. Fourth St., #1700
Las Vegas, NV 89101

Dennis Raggi
P. O. Box 10475
Zephyr Cove, NV 89448

Donald S. Tomlin &
Dorothy R. Tomlin
Revocable Trust
7145 Beverly Glen Ave.
Las Vegas, NV 89110

Special Notice
Don Tomlin
c/o David W. Mounier
15316 Sky High Rd.
Escondido, CA 92025

Special Notice
Janny Catharina Brouwer
2533 Kinnard Ave.
Henderson, NV 89074

Special Notice
Richard McKnight Esq.
Law Offices of Richard McKnight
330 S. Third St., #900
Las Vegas, NV 89101

Special Notice
Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

Special Notice
Vince Danielian
c/o Edward J. Hanigan, Esq.
199 N. Arroyo Grande Blvd, #200
Henderson, NV 89074

Special Notice
Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

Special Notice
Franklin C. Adams, Esq.
Best Best & Krieger, LLP
3750 University Ave. #400
P.O. Box 1028
Riverside, CA 92502-1028

Special Notice
Scott K. Canepa, Esq.
Canepa, Riedy & Rubino
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

Special Notice
S&J Enterprise Invest.
c/o Caryn S. Tijsseling, Esq.
Bessley, Peck & Matteoni, Ltd.
5011 Meadowood Mall Way, Ste. 300
Reno, NV 89502

Special Notice
Community Bank of Nevada
c/o Donald T. Polednak, Esq.
Sylvester & Polednak, Ltd.
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128

Special Notice
American Express Bank FSB
c/o Gilbert B. Weisman, Esq.
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Other Parties
DMV and Public Safety
Records Section
555 Wright Way
Carson City, NV 89711-0250

Other Parties
Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

Other Parties
Employers Ins. Co. of NV
Atn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

Other Parties
U.S. Attorney
District of Nevada
323 Las Vegas Blvd. So. #5000
Las Vegas, NV 89101

Other Parties
Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

Other Parties
FHA/HUD District Office
333 N. Rancho Dr., #700
Las Vegas, NV 89106-3797

Jerry T. McGimsey
3115 South El Camino Road
Las Vegas, NV 89146-6621

Special Notice
R Mason/P Smoots/M Schmahl
McGuire Woods LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601

Special Notice
Bank of America
c/o Scott D. Fleming, Esq.
Hale Lane Peek Dennison Howard
3930 Howard Hughes Pkwy. 4th Fl
Las Vegas, NV 89109

Other Parties
Nevada Mortgage Lending Div.
Atn: Susan Eckhardt
3075 E. Flamingo #100
Las Vegas, NV 89121

Other Parties
NV Dept. of Taxation
Bankruptcy Division
555 E. Washington #1300
Las Vegas, NV 89101

Other Parties
U.S. Securities & Exchange Comm.
Atn: Sarah D. Moyed, Esq.
5670 Wilshire Blvd. Ste. 1100
Los Angeles, CA 90036-3648

Other Parties
IRS
Atn: Bankruptcy Dept.
Stop 5028
110 City Parkway
Las Vegas, NV 89106

Other Parties
U.S. Dept. of Justice
Tax Div. – Western Region
P.O. Box 683
Ben Franklin Station
Washington D.C. 20044

Other Parties
Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155-1401

Other Parties
Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT 84770-5345

Special Notice
Regina M. McConnell, Esq.
Kravitz, Schnitzer, Sloane, et al.
1389 Galleria Dr., Ste. 200
Henderson, NV 89014

Special Notice
Miklos Steuer c/o
N. Leatham/J. MacRobbie
Kolesar & Leatham, Chtd.
3320 W. Sahara Ave., Ste. 380
Las Vegas, NV 89102

Other Parties
Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street N.W.
Washington, D.C. 20005-4026

Other Parties
Secretary of State
State of Nevada
202 N. Carson Street
Carson City, NV 89701

Other Parties
Dept. of Employment Training
Employ. Sec Div. Contribut. Sec.
500 East Third Street
Carson City, NV 89713-0030

Other Parties
NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

Other Parties
IRS
Ogden, UT 84201

Other Parties
District Counsel
IRS
110 City Parkway
Las Vegas, NV 89106

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117-7635

Katz 2000 Separate Property Trust
Sara M. Katz,
Managing Trustee
4250 Executive Square, #670
San Diego, CA 92037

Kurt Hunsberger
3500 Lakeside Court, # 200
Reno, NV 89520

Maryan Rutar
4043 Chalfont Court
Las Vegas, NV 89121

Richard Horowitz
5 Fir Drive
Kings Point, NY 11024

Robert E. Taylor
Chuck Heinrichs
198 El Pajaro
Newbury Park, CA 91320

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV 89121-7224

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR 97035

William J. Bullard
Fertitta Enterprises, Inc.
P.O. Box 27555
Las Vegas, NV 89126-1555

Candace C. Carlyon, Esq.
Shea & Carlyon, Ltd.
233 S. Fourth St., Suite 200
Las Vegas, NV 89101

Thomas H. Fell, Esq.
Matthew C. Zirzow, Esq.
Gordon & Silver, Ltd.
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89109

Robert C. LePome, Esq.
330 So. Third St., Ste. 1100B
Las Vegas, NV 89101

Nicholas J. Santoro
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Bradley J. Stevens
3300 N. Central Avenue
Phoenix, AZ 85012

Peter Susi
Michaelson, Susi & Michaelson
7th W. Figueroa St., 2nd Floor
Santa Barbara, CA 93101

Gregory J. Walch
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Greg Garman
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89109

Del Bunch dba Loan Partners Cap.
Donald R. Walker
9209 Eagle Hills Drive
Las Vegas, NV 89134-6109

Russell AD Dev. Group LLCC
Robert A. Russell
8585 E. Hartford Dr., Ste 500
Scottsdale, AZ 85255

George Gorman
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Mary Ellen Moro
1009 - 8th Street
Manhattan Beach, CA 90266

Terry R. Helms Living Trust 11/94
Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107

Homfeld II, LLC
Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI 48230