**ELECTRONICALLY FILED
ON MAY 16, 2006**

JEFFREY H. DAVIDSON (CA State Bar No. 73980),
FRANK A. MEROLA (CA State Bar No. 136934), and
EVE H. KARASIK (CA State Bar No. 155356), Members of
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: JDavidson@Stutman.com
       FMerola@Stutman.com
       EKarasik@Stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ. (NV State Bar No. 000405)
CANDACE C. CARLYON (NV State Bar No. 002666)
233 S. Fourth Street, Second Floor
Las Vegas, NV  89101
Telephone: (702)471-7432
Facsimile: (702)471-7435
Email: jshea@sheacarlyon.com
       ccarlyon@sheacarlyon.com

[Proposed Counsel] for the
Official Committee of Equity Security Holders
of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>        Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor | BK-S-06-10729-LBR<br>Chapter 11 |

390931v2

|  |  |
|---|---|
| Affects:<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **NOTICE OF ERRATA RE OPPOSITION TO THE DEBTORS' MOTION FOR ORDER AUTHORIZING REIMBURSEMENT OF DUE DILIGENCE EXPENSES OF POTENTIAL POST-PETITION LENDER (AFFECTS ALL DEBTORS)**<br><br>Date:  May 18, 2006<br>Time:  9:30 a.m.<br>Place: Foley Federal Bldg.<br>       300 Las Vegas Blvd. S.<br>       Las Vegas, NV 89101 |

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

On May 15, 2006, the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC filed an opposition (the "Opposition") to the "Motion For Order Authorizing Reimbursement Of Due Diligence Expenses Of Potential Post-Petition Lender," which was filed by USA Commercial Mortgage Company, on behalf of itself and its affiliated debtors (collectively, the "Debtors"). Exhibit "1", which is a copy of a letter dated May 10, 2006, from Eve H. Karasik to Debtors' proposed counsel, was inadvertently omitted from the Opposition.

Attached hereto please find a copy of Exhibit "1".

390931v2                                        2

1  Respectfully submitted this 16th day of May, 2006.

2

3  _____s/ Eve H. Karasik_____

4  JEFFREY H. DAVIDSON (CA State Bar No. 73980),
   FRANK A. MEROLA (CA State Bar No. 136934), and
5  EVE H. KARASIK (CA State Bar No. 155356), Members of
   STUTMAN, TREISTER & GLATT, P.C.
6  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA  90067
7  Telephone:  (310) 228-5600

8  and

9
   CANDACE C. CARLYON
10 Shea & Carlyon, Ltd.
   233 S. Fourth Street, Suite 200
11 Las Vegas, NV  89101
   Telephone:  (702) 471-7432
12

13 [PROPOSED COUNSEL] FOR THE
   OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
14 OF USA CAPITAL FIRST TRUST DEED FUND, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

390931v2                            3