| | |
|---|---|
| JOAN C. WRIGHT<br>Nevada State Bar No. 1042<br>ALLISON, MacKENZIE, RUSSELL,<br>PAVLAKIS, WRIGHT & FAGAN, LTD.<br>402 North Division Street<br>P.O. Box 646<br>Carson City, NV 89702<br>Telephone: (775) 687-0202<br>Facsimile: (775) 6\882-7918<br>E-Mail: jwright@allisonmackenzie.com<br>Attorneys for Royal Vacation Suites, Inc. | ELECTRONICALLY FILED<br>MAY 16, 2006. |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                Debtor.<br>_____/<br>RELATED CASES<br>_____/ | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

ROYAL VACATION SUITES, INC., by and through its undersigned counsel:

    JOAN C. WRIGHT, ESQ.
    ALLISON, MacKENZIE, RUSSELL,
    PAVLAKIS, WRIGHT & FAGAN, LTD.
    402 North Division Street
    Post Office Box 646
    Carson City, NV 89702

hereby appears and formally requests that all notices and copies of any and all filings and/or hearings in either the above-captioned proceeding or in any contested matter or adversary proceeding therein or related thereto, be provided to the above listed counsel, and that the foregoing listed attorney be added to the master mailing matrix.

///

///

///

///

1   DATED this 16th day of May, 2006.

2
ALLISON, MacKENZIE, RUSSELL,
PAVLAKIS, WRIGHT & FAGAN, LTD.
3   402 North Division Street
P.O. Box 646
4   Carson City, NV 89702

5

By:   /s/ JOAN C. WRIGHT
6         JOAN C. WRIGHT attorney for
ROYAL VACATION SUITES, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28