**MICHAELSON, SUSI & MICHAELSON**
A Professional Corporation
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone: (805) 965-1011
Facsimile: (805) 965-7351

Peter Susi, Bar No. 62957
peter@msmlaw.com
Jay L. Michaelson, Bar No. 39774
jay@msmlaw.com

(SPACE BELOW FOR FILING STAMP ONLY)

RECEIVED AND FILED
2006 MAY 15 P 3: 00
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

Attorneys for Lenders Jay S. Stein, Bernie Sandler,
David Gackenbach, Susan Gackenbach, and Robert Rowley

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>               Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>               Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>               Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>               Debtor.<br><br>USA SECURITIES, LLC,<br>               Debtor.<br><br><u>Affects</u>:<br><br> x   All Debtors<br> ___ USA Commercial Mortgage<br> ___ USA Capital Realty<br> ___ USA Capital Diversified<br> ___ USA Capital First Trust<br> ___ USA Securities | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br><br>REQUEST FOR SPECIAL NOTICE AND TO BE ADDED TO MASTER MAILING LIST |

-1-

TO THE CLERK OF COURT, THE UNITED STATES TRUSTEE, USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL REALTY ADVISORS, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jay S. Stein, Bernie Sandler, David Gackenbach, Susan Gackenbach, and Robert Rowley, lenders and potential creditors herein, by counsel, Michaelson, Susi & Michaelson, a Professional Corporation, pursuant to Bankruptcy Rules 2002(g) and 9010, demand that all notices given or required to be given in this case, and all papers served or required to be served in this case be given to and served upon the following:

> Peter Susi, Esq.
> Jay L. Michaelson, Esq.
> Michaelson, Susi & Michaelson
> A Professional Corporation
> 7 West Figueroa Street, Second Floor
> Santa Barbara, CA  93101
> peter@msmlaw.com; jay@msmlaw.com

DATED: May 11, 2006.

MICHAELSON, SUSI & MICHAELSON
A Professional Corporation

By _____
JAY L. MICHAELSON, Attorneys
for Lenders

# DECLARATION OF SERVICE

CHERYL NICCOLI, the undersigned, hereby declares:

Declarant is a citizen of the United States and is employed by the law firm of Michaelson, Susi & Michaelson, a Professional Corporation, Seven West Figueroa Street, Santa Barbara, CA 93101. Declarant is over the age of 18 years and is not a party to the within action.

On the 12th day of May, 2006, at the direction of JAY L. MICHAELSON of said firm and a Member of the Bar of the United States District Court for the Central District of California, I served the:

REQUEST FOR SPECIAL NOTICE AND TO BE ADDED TO MASTER MAILING LIST

on the interested parties in this matter by:

(X) mailing, with postage thereon fully prepaid; ( ) personally delivering; ( ) sending via FAX transmission with confirmation of transmittal by follow-up telephone call and transmit confirmation report to the individuals at the addresses and FAX numbers listed below; or ( ) sending via overnight carrier, a true copy thereof, to said party at his, her, or their known address, to wit:

-SEE ATTACHED LIST-

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Santa Barbara, California, on the 12th day of May, 2006.

*Cheryl Niccoli*
CHERYL NICCOLI, Declarant

Office of the U.S. Trustee
Attention Augie Landis
300 Las Vegas Boulevard South
Suite 4300
Las Vegas, NV 89101

Gordon & Silver, Ltd.
Attention Jerry Gordon
3960 Howard Hughes Pkwy.
Ninth Floor
Las Vegas, NV 89109

Annette W. Jarvis
P.O. Box 45385
Salt Lake City, UT 84145

Jeanette E. McPherson
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146

Lenard E. Schwartzer
Schwartzer & McPherson Law Firm
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV 89146

Frank A. Merola
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067-6013

Richard McKnight
330 S. Third Street, #900
Las Vegas, NV 89101