Gregory J. Walch, Esq.
Nevada Bar No. 4780
Email: GWalch@Nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:  702/791-0308
Facsimile:  702/791-1912

*Attorney for Gregory J. Walch and Shauna M. Walch
Trustees of the Gregory J. and Shauna M. Walch
Family Trust*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> USA COMMERCIAL MORTGAGE COMPANY, <br><br> , <br><br> Debtor. | Case No.: 06-10725-1LBR <br> Chapter 11 <br><br> **CERTIFICATE OF SERVICE** <br><br> Date of Hearing: May 18, 2006 <br> Time of Hearing: 9:30 a.m. <br> Place: Courtroom No. 1, Third Floor <br> Foley Federal Building <br> 300 Las Vegas Blvd., S. <br> Las Vegas, NV 89101 |

I hereby certify that on the 16TH day of May, 2006, I caused to be served a true and correct copy of the Trust's PARTIAL OPPOSITION TO DEBTOR'S MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. §§ 105 AND 363(B)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR in the following manner:

X    (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was hard copy filed on May 15, 2006, and served on May 16, 2006, via e-mail to those on the attached service list.

EXHIBIT A ATTACHED

06262-01/82315.doc

**X** (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

EXHIBIT B ATTACHED

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*Natasha Dalton*
Signature

# EXHIBIT "A"

# USA COMMERCIAL MORTGAGE COMPANY FKA USA CAPITAL

**SERVICE LISTS**

Print this Information | View Disclaimer

| | | |
|---|---|---|
| **Core Group**<br>RAY QUINNEY & NEBEKER PC<br>(RE: DEBTOR)<br>ANNETTE W JARVIS<br>36 S STATE ST STE 1400<br>PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385<br><br>PH :801 532 1500<br>FAX:801 532 7543<br>EML:AJARVIS@RQN.COM | **Core Group**<br>SCHWARTZER & MCPHERSON LAW FIRM<br>(RE: DEBTOR LOCAL COUNSEL)<br>LENARD E SCHWARTZER<br>2850 S JONES BLVD<br>STE 1<br>LAS VEGAS, NV 89146<br><br>PH :702 228 7590<br>FAX:702 892 0122<br>EML:BKFILINGS@S-MLAW.COM | **2002 List**<br>BEESLEY PECK & MATTEONI LTD<br>(RE: S&J ENTERPRISE INVESTMENTS INC)<br>CARYN S TIJSSELING<br>5011 MEADOWOOD MALL WAY<br>STE 300<br>RENO, NV 89502<br><br>PH :775 827 8666<br>FAX:775 827 8722<br>EML:CST@BEESLEYANDPECK.COM |
| **2002 List**<br>C/O BECKET AND LEE LLP<br>(RE: AMERICAN EXPRESS BANK FSB)<br>GILBERT B WEISMAN<br>PO BOX 3001<br>MALVERN, PA 19355-0701<br><br>PH :610 644 7800<br>FAX:610 993 8493<br>EML:NOTICES@BECKET-LEE.COM | **2002 List**<br>COMM OF EXEC CONTRACT HOLDERS<br>(RE: ARTHUR POLACHECK)<br>ARTHUR POLACHECK<br>USA COMMERCIAL MORTGAGE CO<br>2056 WOODLAKE CIR<br>DEERFIELD BEACH, FL 33442<br><br>PH :954 650 8768<br>FAX:561 417 6620<br>EML:ARTCLASSICS@BELLSOUTH.NET | |
| **2002 List**<br>COMM OF EXEC CONTRACT HOLDERS<br>(RE: HELMS HOMES LLC)<br>TERRY HELMS<br>USA COMMERCIAL MORTGAGE CO<br>809 UPLAND BLVD<br>LAS VEGAS, NV 89107<br><br>PH :702 258 1044<br>FAX:702 258 0403<br>EML:AMILLIONAIRE4U@EARTHLINK.COM | **2002 List**<br>COMM OF EXEC CONTRACT HOLDERS<br>(RE: HOMFELD II LLC)<br>EDWARD W HOMFELD<br>USA COMMERCIAL MORTGAGE CO<br>858 BISHOP RD<br>GROSSE POINT PK, MI 48230<br><br>PH :954 560 7709<br>FAX:734 827 7743<br>EML:NHOMFELD@GMACC.COM | **2002 List**<br>COMM OF EXEC CONTRACT HOLDERS<br>(RE: JIM MCCOLLUM)<br>JIM MCCOLLUM<br>USA COMMERCIAL MORTGAGE CO<br>1011 F AVE<br>CORONADO, CA 92118<br><br>PH :619 890 5125<br>FAX:<br>EML:JAMESWMCCOLLUM@AOL.COM |
| **2002 List**<br>COMM OF EXEC CONTRACT HOLDERS<br>(RE: TERRY R HELMS LIVING TRST 11/94)<br>TERRY HELMS<br>USA COMMERCIAL MORTGAGE CO<br>809 UPLAND BLVD<br>LAS VEGAS, NV 89107<br><br>PH :702 258 1044<br>FAX:702 258 0403<br>EML:AMILLIONAIRE4U@EARTHLINK.COM | **2002 List**<br>COMMITTEE OF EQUITY SEC HOLDERS<br>(RE: ROBERT WORTHEN)<br>ROBERT WORTHEN<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>1112 WORTHEN CIRCLE<br>LAS VEGAS, NV 89145<br><br>PH :702 254 8735<br>FAX:702 363 6661<br>EML:ROBERTWORTHEN@EARTHLINK.COM | **2002 List**<br>COMMITTEE OF EXEC CONTRACT<br>HOLDERS<br>(RE: FERTITTA ENTERPRISES INC)<br>WILLIAM J BULLARD<br>USA COMMERCIAL MORTGAGE CO<br>PO BOX 27555<br>LAS VEGAS, NV 89126-1555<br><br>PH :702 221 4715<br>FAX:702 362 5889<br>EML:BBULLARD@GORDONBIERSCH.COM |
| **2002 List**<br>COMMITTEE OF UNSECURED CREDITORS<br>(RE: ADVANCED INFORMATION SYSTEMS)<br>MICHAEL T YODER<br>USA COMMERCIAL MORTGAGE CO<br>4270 CAMERON ST STE 1<br>LAS VEGAS, NV 89103<br><br>PH :702 360 2266<br>FAX:702 360 2022<br>EML:MYODER@AISINFO.COM | **2002 List**<br>COMMITTEE OF UNSECURED CREDITORS<br>(RE: ANNEE NOUNNA)<br>ANNEE NOUNNA<br>USA COMMERCIAL MORTGAGE CO<br>8057 LANDS END CT<br>LAS VEGAS, NV 89117-7635<br><br>PH :702 217 8599<br>FAX:702 364 8822<br>EML:BELLA8049@AOL.COM | |
| **2002 List**<br>COMMITTEE OF UNSECURED CREDITORS<br>(RE: ROBERT L HAGMAIER) | **2002 List**<br>COMMITTEE OF UNSECURED CREDITORS<br>(RE: RUSSELL/AD DEVELOP GROUP LLC) | |

| | | |
|---|---|---|
| ROBERT L HAGMAIER<br>USA COMMERCIAL MORTGAGE CO<br>15254 CANDLEWOOD CT<br>LAKE OSWEGO, OR 97035<br><br>PH :503 344 3733<br>FAX:503 344 3733<br>EML:RHAGMAIER@FWG.COM | ROBERT A RUSSELL<br>USA COMMERCIAL MORTGAGE CO<br>8585 E HARTFORD DR STE 500<br>SCOTTSDALE, AZ 85255<br><br>PH :480 505 4048<br>FAX:480 505 4049<br>EML:R.RUSSELL@INDUSTRIALWEST.COM | MARYAN RUTAR<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>4043 CHALFONT CT<br>LAS VEGAS, NV 89121<br><br>PH :702 434 2242<br>FAX:<br>EML: |
| **2002 List**<br>GOOLD PATTERSON ALES & DAY<br>(RE: GOOLD PATTERSON ALES & DAY)<br>KELLY J BRINKMAN<br>4496 S PECOS RD<br>LAS VEGAS, NV 89121<br><br>PH :702 436 2600<br>FAX:702 436 2650<br>EML:KBRINKMAN@GOOLDPATTERSON.COM | **2002 List**<br>GORDON & SILVER LTD<br>(RE: BUCKALEW TRUST)<br>THOMAS H FELL/GERALD M GORDON<br>3960 HOWARD HUGHES PKY<br>9TH FL<br>LAS VEGAS, NV 89109<br><br>PH :702 796 5555<br>FAX:702 369 2666<br>EML:GMG@GORDONSILVER.COM | **2002 List**<br>GORDON & SILVER LTD<br>(RE: BUCKALEW TRUST)<br>THOMAS H FELL/GERALD M GORDON<br>3960 HOWARD HUGHES PKY<br>9TH FL<br>LAS VEGAS, NV 89109<br><br>PH :702 796 5555<br>FAX:702 369 2666<br>EML:THF@GORDONSILVER.COM |
| **2002 List**<br>HALE LANE PEEK ETAL<br>(RE: BANK OF AMERICA NA)<br>SCOTT D FLEMING<br>3930 HOWARD HUGHES PKY<br>4TH FL<br>LAS VEGAS, NV 89109<br><br>PH :702 222 2500<br>FAX:702 365 6940<br>EML:SFLEMING@HALELANE.COM | **2002 List**<br>JONES VARGAS<br>(RE: JOSEPH, LORETTA AND MARK DONNOLO)<br>JANET L CHUBB<br>100 W LIBERTY ST<br>12TH FL<br>PO BOX 281<br>RENO, NV 89504-0281<br><br>PH :775 786 5000<br>FAX:775 786 1177<br>EML:JLC@JONESVARGAS.COM | **2002 List**<br>JONES VARGAS<br>(RE: JOSEPH, LORETTA AND MARK DONNOLO)<br>JANET L CHUBB<br>100 W LIBERTY ST<br>12TH FL<br>PO BOX 281<br>RENO, NV 89504-0281<br><br>PH :775 786 5000<br>FAX:775 786 1177<br>EML:TBW@JONESVARGAS.COM |
| **2002 List**<br>KEVIN B CHRISTENSEN CHARTERED<br>(RE: ROSEBERRY FAMILY LP/ROBT WORTHEN)<br>KEVIN B CHRISTENSEN/XANNA P HARDMAN<br>7440 W SAHARA AVE<br>LAS VEGAS, NV 89117<br><br>PH :702 255 1718<br>FAX:702 255 0871<br>EML:KBCHRISLAW@AOL.COM | **2002 List**<br>KOLESAR & LEATHAM CHTD<br>(RE: MIKLOS STEUER)<br>NILE LEATHAM/JAMES B MACROBBIE<br>3320 W SAHARA AVE<br>STE 380<br>LAS VEGAS, NV 89102-3202<br><br>PH :702 362 7800<br>FAX:702 362 9472<br>EML:NLEATHAM@KLNEVADA.COM | **2002 List**<br>KOLESAR & LEATHAM CHTD<br>(RE: MIKLOS STEUER)<br>NILE LEATHAM/JAMES B MACROBBIE<br>3320 W SAHARA AVE<br>STE 380<br>LAS VEGAS, NV 89102-3202<br><br>PH :702 362 7800<br>FAX:702 362 9472<br>EML:JMACROBBIE@KLNEVADA.COM |
| **2002 List**<br>KRAVITZ SCHNITZER SLOANE ETAL<br>(RE: DR GARY KANTOR TTEE OF KANTOR NEPH)<br>JEFFREY G SLOANE/REGINA M MCCONNELL<br>1389 GALLERIA DR<br>STE 200<br>HENDERSON, NV 89014<br><br>PH :702 362 6666<br>FAX:702 362 2203<br>EML:RMMCCONNELL@KSSATTORNEYS.COM | **2002 List**<br>KRAVITZ SCHNITZER SLOANE ETAL<br>(RE: DR GARY KANTOR TTEE OF KANTOR NEPH)<br>JEFFREY G SLOANE/REGINA M MCCONNELL<br>1389 GALLERIA DR<br>STE 200<br>HENDERSON, NV 89014<br><br>PH :702 362 6666<br>FAX:702 362 2203<br>EML:JSLOANE@KSSATTORNEYS.COM | **2002 List**<br>LAW OFFICES<br>(RE: VINCE DANELIAN)<br>EDWARD J HANIGAN<br>199 N ARROYO GRANDE BLVD<br>#200<br>HENDERSON, NV 89074<br><br>PH :702 434 1300<br>FAX:702 434 6405<br>EML:HANIGANLAW@EARTHLINK.NET |
| **2002 List**<br>LAW OFFICES OF RICHARD MCKNIGHT PC<br>(RE: RICHARD MCKNIGHT)<br>RICHARD MCKNIGHT<br>330 S THIRD ST<br>#900<br>LAS VEGAS, NV 89101<br><br>PH :702 388 7185<br>FAX:702 388 0108<br>EML:RMCKNIGHT@LAWLASVEGAS.CIM | **2002 List**<br>LIONEL SAWYER & COLLINS<br>(RE: SCOTT CANEPA ET AL)<br>LAUREL E DAVIS<br>1700 BANK OF AMERICA PLZ<br>400 S 4TH ST<br>LAS VEGAS, NV 89101<br><br>PH :702 383 8888<br>FAX:702 383 8845<br>EML:LDAVIS@LIONELSAWYER.COM | **2002 List**<br>MCGUIRE WOODS LLP<br>(RE: DR GARY KANTOR TTEE OF KANTOR NEPH)<br>RICHARD MASON<br>77 W WACKER DR<br>STE 4100<br>CHICAGO, IL 60601<br><br>PH :312 849 8100<br>FAX:312 849 3690<br>EML:RJMASON@MCGUIREWOODS.COM |
| **2002 List**<br>MCGUIRE WOODS LLP | **2002 List**<br>MCGUIRE WOODS LLP | **2002 List**<br>NICHOLAS J SANTORO ESQ |

| | | |
|---|---|---|
| (RE: DR GARY KANTOR TTEE OF KANTOR NEPH)<br>RICHARD MASON<br>77 W WACKER DR<br>STE 4100<br>CHICAGO, IL 60601<br><br>PH :312 849 8100<br>FAX:312 849 3690<br>EML:PSMOOTS@MCGUIREWOODS.COM | (RE: DR GARY KANTOR TTEE OF KANTOR NEPH)<br>RICHARD MASON<br>77 W WACKER DR<br>STE 4100<br>CHICAGO, IL 60601<br><br>PH :312 849 8100<br>FAX:312 849 3690<br>EML:MSCHMAHL@MCGUIREWOODS.COM | (RE: NICHOLAS SANTORO ETAL)<br>NICHOLAS J SANTORO<br>400 S 4TH ST<br>3RD FL<br>LAS VEGAS, NV 89101<br><br>PH :702 791 0308<br>FAX:702 791 1912<br>EML:NSANTORO@NEVADAFIRM.COM |
| **2002 List**<br>OFFICIAL COMM OF EQUITY SEC HOLDERS<br>(RE: CHARLES O NICHOLS)<br>CHARLES O NICHOLS<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>2561 SEASCAPE DR<br>LAS VEGAS, NV 89128<br><br>PH :702 255 5594<br>FAX:702 233 0306<br>EML:HARLEYNICHOLS@COX.NET | **2002 List**<br>OFFICIAL COMM OF EQUITY SEC HOLDERS<br>(RE: CHUCK HEINRICHS)<br>ROBERT E TAYLOR<br>USA CAPITAL FIRST TRUST DEED FUND<br>198 EL PAJARO<br>NEWBURY PARK, CA 91320<br><br>PH :805 498 2457<br>FAX:<br>EML:CHUCKHEIN@EARTHLINK.COM | **2002 List**<br>OFFICIAL COMM OF EQUITY SEC HOLDERS<br>(RE: GANNAWAY CHARITIBLE REMAINDER TRST)<br>KURT HUNSBERGER<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>3500 LAKESIDE CT #200<br>RENO, NV 89520<br><br>PH :775 827 2999<br>FAX:775 827 2185<br>EML:KHUNSBERGER@WALTHERKEY.COM |
| **2002 List**<br>OFFICIAL COMM OF EQUITY SEC HOLDERS<br>(RE: JERRY T MCGIMSEY)<br>JERRY T MCGIMSEY<br>USA CAPITAL FIRST TRUST DEED FUND<br>3115 S EL CAMINO RD<br>LAS VEGAS, NV 89146-6621<br><br>PH :702 871 0296<br>FAX:702 566 8010<br>EML:JTMUACG | **2002 List**<br>OFFICIAL COMM OF EQUITY SEC HOLDERS<br>(RE: JOHN H WARNER JR)<br>JOHN H WARNER JR<br>USA CAPITAL FIRST TRUST DEED FUND<br>2048 N CHETTRO TR<br>ST GEORGE, UT 84770-5345<br><br>PH :435 652 8308<br>FAX:435 652 8379<br>EML:WQFL@AOL.COM | **2002 List**<br>OFFICIAL COMM OF EQUITY SEC HOLDERS<br>(RE: KATZ 2000 SEPARATE PRPTY TRUST)<br>ATTN SARA M KATZ MNG TTEE<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>4250 EXECUTIVE SQ #670<br>SAN DIEGO, CA 92037<br><br>PH :619 813 9551<br>FAX:619 552 8437<br>EML:SKATZ@KATZANDASSOCIATES.COM |
| **2002 List**<br>OFFICIAL COMM OF EQUITY SEC HOLDERS<br>(RE: MARY ELLEN MORO)<br>MARY ELLEN MORO<br>USA CAPITAL FIRST TRUST DEED FUND<br>1009 8TH ST<br>MANHATTAN BEACH, CA 90266<br><br>PH :310 379 9250<br>FAX:310 279 9250<br>EML:MARYELLEN.MORO@VERIZON.NET | | **2002 List**<br>OFFICIAL COMM OF EQUITY SEC HOLDERS<br>(RE: RICHARD HOROWITZ)<br>RICHARD HOROWITZ<br>USA CAPITAL FIRST TRUST DEED FUND<br>5 FIR DRIVE<br>KINGS POINT, NY 11024<br><br>PH :516 487 4434<br>FAX:516 487 6368<br>EML:RAH1800@AOL.COM |
| | **2002 List**<br>OFFICIAL COMM OF EQUITY SEC HOLDERS<br>(RE: THOMAS C LAWYER FAMILY TRUST)<br>THOMAS C LAWYER<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>45 VENTANA CANYON DR<br>LAS VEGAS, NV 89113<br><br>PH :702 876 7530<br>FAX:702 233 0306<br>EML:TCLAWYER@TRANE.COM | |
| **2002 List**<br>RAWLINGS OLSON CANNON ETAL<br>(RE: PROSPECT HIGH INCOME FUND, ETAL)<br>C CUNNINGHAM/J KOHL/C ROBERTS<br>9950 W CHEYENNE AVE<br>LAS VEGAS, NV 89129<br><br>PH :702 384 4012<br>FAX:702 383 0701<br>EML:BANKRUPTCY@ROCGD.COM | **2002 List**<br>ROBBINS & GREEN PA<br>(RE: LOU O MOLDONADO, TRUSTEE)<br>BRADLEY J STEVENS<br>3300 NORTH CENTRAL AVE<br>STE 1800<br>PHOENIX, AZ 85012<br><br>PH :602 248 7632<br>FAX:602 248 1860<br>EML:BJS@RGLAW.COM | **2002 List**<br>SNELL & WILMER LLP<br>(RE: ASPEN SQUARE MANAGEMENT INC)<br>ROBERT R KINAS/MERIDITH STRAND<br>3800 HOWARD HUGHES PKY<br>STE 1000<br>LAS VEGAS, NV 89109<br><br>PH :702 784 5200<br>FAX:702 784 5252<br>EML:RKINAS@SWLAW.COM |

**2002 List**
SNELL & WILMER LLP
(RE: ASPEN SQUARE MANAGEMENT INC)
ROBERT R KINAS/MERIDITH STRAND
3800 HOWARD HUGHES PKY
STE 1000
LAS VEGAS, NV 89109

PH :702 784 5200
FAX:702 784 5252
EML:MSTRAND@SWLAW.COM

# EXHIBIT "B"

Mary Rutar
4043 Chalfon Court
Las Vegas, NV 89121

Robert Mansfield
3611 Victory Avenue
Las Vegas, NV 89121

Del Bunch dba Loan Partners
c/o Donald R. Walker
9209 Eagle Hills Drive
Las Vegas, NV 89134

Dennis Flier Inc.
c/o Dennis Flier
20155 Portio Vita Way # 1803
Aventura, FL 33180

Sylvester & Polednak, LTD
c/o Donald Polednak
7371 Prairie Falcon, Ste., 120
Las Vegas, NV 89128

Wen Baldwin, WB Sep. Prop. Trust
365 Dooley Drive
Henderson, NV 89015

Richard Woudstra
P.O. Box 530025
Henderson, NV 89053