Rcvd by CA
5/17/06

RECEIVED AND FILED
MAY 5  11 49 AM '06
UNITED STATES
BANKRUPTCY COURT
PATRICIA ...
CLERK

| | |
|---|---|
| 1  Erven T. Nelson, Esq.<br>   Robert L. Bolick, Ltd.<br>2  6060 W. Elton Avenue, Suite A<br>   Las Vegas, NV 89107<br>3  Tel:  (702) 870-6060<br>   Fax: (702) 870-6090<br>4  Nevada Bar #2332 | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06 10726 LBR<br>Case No. BK-S-06 10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                          Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                          Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                          Debtor. | **REQUEST FOR SPECIAL NOTICE** |
| In re:<br>USA SECURITIES, LLC,<br>                                          Debtor. | |
| Affects:<br>  X   All Debtors<br>  ___  USA Commercial Mortgage Company<br>  ___  USA Securities, LLC<br>  ___  USA Capital Realty Advisors, LLC<br>  ___  USA Capital Diversified Trust Deed Fund, LLC<br>  ___  USA First Trust Deed Fund, LLC | Date:<br><br>Time: |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

> Erven T. Nelson, Esq.
> Bolick & Boyer
> 6060 W. Elton Avenue, Suite A
> Las Vegas, NV 89107

Dated: May 2, 2006

*/s/ Erven T. Nelson*
ERVEN T. NELSON