Rec'd by CA
5/17/06

RECEIVED
AND FILED

MAY 5  11 46 AM '06

1   Erven T. Nelson, Esq.
Robert L. Bolick, Ltd.
2   6060 W. Elton Avenue, Suite A
Las Vegas, NV 89107
3   Tel:  (702) 870-6060
Fax:  (702) 870-6090
4   Nevada Bar #2332

5
## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
6

| | |
|---|---|
| **In re:**<br>**USA COMMERCIAL MORTGAGE COMPANY,**<br>Debtor. | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06 10726 LBR**<br>**Case No. BK-S-06 10727 LBR** |
| **In re:**<br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>Debtor. | **Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| **In re:**<br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>Debtor. | **Chapter 11** |
| **In re:**<br>**USA CAPITAL FIRST TRUST DEED FUND, LLC,**<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| **In re:**<br>**USA SECURITIES, LLC,**<br>Debtor. | <u>**MOTION FOR PERMISSION TO FILE PAPER FORMAT DUE TO EXEMPTION OR EXCEPTIONAL CIRCUMSTANCES**</u> |
| **Affects:**<br>**_X_  All Debtors**<br>____ **USA Commercial Mortgage Company**<br>____ **USA Securities, LLC**<br>____ **USA Capital Realty Advisors, LLC**<br>____ **USA Capital Diversified Trust Deed Fund, LLC**<br>____ **USA First Trust Deed Fund, LLC** | **Date:**<br><br>**Time:** |

19  Pursuant to Administrative Order 04-3, movant, ERVEN T. NELSON, hereby requests permission to file

20  documents in traditional paper format on the grounds that exceptional circumstances exist which prevent filing

21  by electronic means.

22              1.      <u>Document</u>.  The document which the movant seeks permission to file in paper format is

23  a Request for Special Notice.

24              2.      <u>Exceptional Circumstances</u>.  If permission to file in paper format is sought on the basis

25  of exceptional circumstances, the movant states the following as grounds for the Motion:

26                      (i)      Although registered, Movant is unable to obtain training through the Case
                                Management/Electronic Case Filing Program until May 25, 2006.

27          3.      Movant has not filed a previous Exceptional Circumstances Motion.

28          4.      Movant's affidavit or declaration supporting this Motion is attached pursuant to Section

3(b)(i) of Administrative Order 04-3.                     1

5.      Movant hereby also submits a proposed order pursuant to Administrative Order 04-3 at Section 3(b)(ii).

Based upon the foregoing, Movant requests that the Court grant the Motion.

Dated:  May 2, 2006

ERVEN T. NELSON

## AFFIDAVIT OF ERVEN T. NELSON

STATE OF NEVADA      )
                      ) ss:
COUNTY OF CLARK    )

The Affiant, Erven T. Nelson, being first duly sworn, on oath, deposes and says:

1.    The Affiant is an attorney duly licensed to practice law in the State of Nevada.

2.    Affiant has registered for training through the United States Bankruptcy Court, Case Management/Electronic Filling Program. Training has been scheduled for May 25, 2006 at 9:00 a.m.

3.    Affiant requests permission to file in paper format until training has been completed.



Erven T. Nelson

SUBSCRIBED and SWORN to before me
this _2_ day of _May_ , 2006.

_Susan Gerace_
NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
SUSAN GERACE
Appt. No. 01-69330-1
My Appt. Expires Aug 29, 2009