Erven T. Nelson, Esq.
Robert L. Bolick, Ltd.
6060 W. Elton Avenue, Suite A
Las Vegas, NV 89107
Tel: (702) 870-6060
Fax: (702) 870-6090
Nevada Bar #2332

Entered on Docket
May 17, 2006

FILED AND ENTERED
ON DOCKET

MAY 17  9 44 AM '06

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06 10726 LBR<br>Case No. BK-S-06 10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                    Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                    Debtor. | **ORDER GRANTING PERMISSION TO FILE IN PAPER FORMAT** |
| In re:<br>USA SECURITIES, LLC,<br>                                    Debtor. | |
| Affects:<br> X   All Debtors<br> ___ USA Commercial Mortgage Company<br> ___ USA Securities, LLC<br> ___ USA Capital Realty Advisors, LLC<br> ___ USA Capital Diversified Trust Deed Fund, LLC<br> ___ USA First Trust Deed Fund, LLC | |

The Court hereby grants the Motion filed by Erven T. Nelson, Esq. The Clerk of the Court is hereby directed to accept in paper format the following document as identified in the movant's "Motion for Permission to File in Paper Format Due to Exemption or Exceptional Circumstances"

Request for Special Notice

No other documents may be filed in paper format without first seeking permission from the Court.

**IT IS SO ORDERED.**

Dated: _____

_____
United States Bankruptcy Court Judge

Submitted by:

/s/ Erven T. Nelson
_____
ERVEN T. NELSON, Esq.
Attorney for Claimant