FRANKLIN C. ADAMS, CSB No. 85351
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083
franklin.adams@bbklaw.com

and

Steven B. Scow
Law Office of Steven R. Scow
612 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 385-7269
Telecopier: (702) 385-3505
sbs27@lawgate.byu.edu

Attorneys for Investor:
James B. Corison Trust Dated 12/3/1998

Electronically filed on May 17, 2006

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

USA CAPITAL REALTY ADVISORS, LLC,

    Debtor.

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

    Debtor.

USA CAPITAL FIRST TRUST DEED FUND, LLC

    Debtor.

USA SECURITIES, LLC.

    Debtor.

Affects:

☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No: BK-S-06-10725 LBR
Case No: BK-S-06-10726 LBR
Case No: BK-S-06-10727 LBR
Case No: BK-S-06-10728 LBR
Case No: BK-S-06-10729 LBR

Chapter 11

Judge: Honorable Linda B. Riegle

**PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

[NO HEARING REQUIRED]

I, Franklin C. Adams, Petitioner, declare under penalty of perjury:

1. Petitioner resides at 35511 Sleepy Hollow, City of Yucaipa, County of San Bernardino, State of California, Telephone Number: (909) 797-6519

2. That Petitioner is an attorney at law and a member of the law firm of Best Best & Krieger, LLP, with offices at 3750 University Avenue, Fourth Floor, Riverside, California 92502; Telephone: (951) 686-1450, Facsimile: (951) 686-3083.

3. That Petitioner has been retained personally or as a member of the law firm to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since May 21, 1979, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petition regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
|---|---|
| U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | 12/13/1979 |
| U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | 07/06/1993 |
| THE SUPREME COURT OF THE UNITED STATES | 05/23/1994 |
| 9th U.S. CIRCUIT COURT OF APPEALS | 09/17/1996 |
| U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | 09/30/1999 |
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | 11/24/1999 |

6. That have been no disciplinary proceedings instituted against Petitioner, nor any suspension of license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations: Riverside County Bar Association, California Bar Association, Federal Bar Association.

9. Petitioner or any member of the Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated have filed applications to appear as counsel under Local Rule 1A 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 29, 2006 | Nakoma Land, Inc. et. al. Chapter 11 Bankruptcy Case Number BK-N-05-51556-GWZ | U.S. Bankruptcy Court District of Nevada Reno Division | Granted |
| March 31, 2006 Firm Member: Richard T. Egger | Nakoma Land, Inc. et. al. Chapter 11 Bankruptcy Case Number BK-N-05-51556-GWZ | U.S. Bankruptcy Court District of Nevada Reno Division | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

13. Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Dated: May 16,

_____
Franklin C. Adams, Petitioner

State of California )
                   )
County of Riverside )

FRANKLIN C. ADAMS, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Franklin C. Adams, Petitioner

Subscribed and sworn to before me this 16th day of May, 2006.

_____
Notary Public

TAMMY VALVERDE
COMM. # 1633937
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Exp. Jan. 8, 2010

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

# PROOF OF SERVICE

I, Lisa D. Spencer, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Best Best & Krieger LLP, 3750 University Avenue, P.O. Box 1028, Riverside, California 92502. On May 17, 2006, I served the within document(s):

**PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery by _____ following the firm's ordinary business practices.

State Bar of Nevada
600 E. Charleston Blvd.
Las Vegas, NV  89104

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 17, 2006, at Riverside, California.



Lisa D. Spencer