| | |
|---|---|
| Robert R. Kinas (Nevada Bar No. 6019)<br>Jennifer L. McBee (Nevada Bar No. (9110)<br>SNELL & WILMER L.L.P.<br>3800 Howard Hughes Parkway<br>Suite 1000<br>Las Vegas, NV 89109<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>E-mail:  rkinas@swlaw.com<br>           jmcbee@swlaw.com | **Electronically Filed:**<br>**May 17, 2006** |

*Attorneys for Jayem Family Limited Partnership*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERICAL MORTGAGE COMPANY,<br>                              Debtor. | **Case No. BK-S-06-10725-LBR**<br>Chapter 11 |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor | **Case No. BK-S-06-10726-LBR**<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                              Debtor. | **Case No. BK-S-06-10727-LBR**<br>Chapter 11 |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | **Case No. BK-S-06-10728-LBR**<br>Chapter 11 |
| In re:<br><br>USA SECURITIES, LLC<br>                              Debtor.<br>Affects:<br>   ■ All Debtors<br>   ☐ USA Commercial Mortgage Co.<br>   ☐ USA Securities, LLC<br>   ☐ USA Capital Realty Advisors, LLC<br>   ☐ USA Capital Diversified Trust Deed<br>   ☐ USA First Trust Deed Fund, LLC | **Case No. BK-S-06-10729-LBR**<br>Chapter 11<br><br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

111539.1

1  Jayem Family Limited Partnership, by and through its undersigned counsel:

       Robert R. Kinas, Esq.
       Jennifer L. McBee, Esq.
       SNELL & WILMER L.L.P.
       3800 Howard Hughes Parkway, Suite 1000
       Las Vegas, Nevada 89109

hereby appears and formally requests that all notices and copies of any and all filings and/or hearings in either the above-captioned administrative proceeding or in any contested matter or adversary proceeding therein or related thereto, that this request shall remain a continuing request and demand for notices to be provided to the above-listed counsel, and that the foregoing listed attorney be added to the master mailing matrix.

DATED this 17th day of May, 2006.

       SNELL & WILMER L.L.P.

       By: /s/ Jennifer L. McBee
       Robert R. Kinas, Esq.
       Jennifer L. McBee, Esq.
       3800 Howard Hughes Parkway
       Suite 1000
       Las Vegas, NV 89109
       *Attorneys for Jayem Family Limited Partnership*

# CERTIFICATE OF SERVICE

Pursuant to FED. R. BANKR. P. 5(b), I hereby certify that I am an employee of Snell & Wilmer, and that on May 17th, 2006, I caused a true and correct copy of **Notice Of Appearance And Request For Notice** to be served by first class mail to:

| | |
|---|---|
| **ANNETTE W JARVIS**<br>POB 45385<br>Salt Lake City, UT 84145 | **LENARD E. SCHWARTZER**<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. Jones Boulevard, Suite 1<br>Las Vegas, NV 89146 |
| **FEDERAL BANKRUPTCY COURT**<br>Foley Federal Bldg.<br>300 Las Vegas Blvd South, Third Floor<br>Las Vegas, NV 89101 | **USA COMMERCIAL MORTGAGE COMPANY**<br>4484 South Pecos Road<br>Las Vegas, NV 89121 |
| **U.S. TRUSTEE - LV**<br>Augie Landis<br>300 Las Vegas Boulevard S.<br>Suite 4300<br>Las Vegas, NV 89101 | **CANDACE CARLYON**<br>**SHEA & CARLYON**<br>233 S. Fourth, #200<br>Las Vegas, NV 89101 |
| **GREG GARMAN**<br>**GORDON & SILVER Ltd.**<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89109 | /s/ Holding<br>An Employee of Snell & Wilmer |

111539.1

- 3 -