# EXHIBIT A

1  Robert R. Kinas (Nevada Bar No. 6019)
   Jennifer L. McBee (Nevada Bar No. 9110)
2  SNELL & WILMER L.L.P.
   3800 Howard Hughes Parkway
3  Suite 1000
   Las Vegas, NV 89109
4  Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
5  E-mail:  rkinas@swlaw.com
            jmcbee@swlaw.com
6
   *Attorneys for Jayem Family Limited*
7  *Partnership*

8                  **UNITED STATES BANKRUPTCY COURT**

9                       **DISTRICT OF NEVADA**

10
   In re:                              | **Case No. BK-S-06-10725-LBR**
11                                      | Chapter 11
   USA COMMERICAL MORTGAGE
12 COMPANY,
                        Debtor.
13 In re:                              | **Case No. BK-S-06-10726-LBR**
                                       | Chapter 11
14 USA CAPITAL REALTY ADVISORS,
   LLC,
15                      Debtor
   In re:
16                                      | **Case No. BK-S-06-10727-LBR**
   USA CAPITAL DIVERSIFIED TRUST        | Chapter 11
17 DEED FUND, LLC,
                        Debtor.
18 In re:                              | **Case No. BK-S-06-10728-LBR**
                                       | Chapter 11
19 USA CAPITAL FIRST TRUST DEED
   FUND, LLC,
20                      Debtor.
   In re:
21                                      | **Case No. BK-S-06-10729-LBR**
   USA SECURITIES, LLC                  | Chapter 11
22                      Debtor.
   Affects:                             | **DECLARATION OF JACQUES M.**
23 ■ All Debtors                        | **MASSA IN SUPPORT OF**
   □ USA Commercial Mortgage Co.        | **OPPOSITION TO MOTION FOR**
24 □ USA Securities, LLC                | **ORDER AUTHORIZING THE**
   □ USA Capital Realty Advisors, LLC   | **RETURN TO INVESTORS OF**
25 □ USA Capital Diversified Trust Deed | **CERTAIN ESCROWED FUNDS**
   □ USA First Trust Deed Fund, LLC     | **INTENDED FOR THE BUNDY**
26                                      | **CANYON PROJECT**
27
                                       | Hearing Date:  May 18, 2006
28                                      | Hearing Time:  9:30 a.m.

1    1.    I am the General Partner of Jayem Family Limited Partnership ("Jayem"). I make

2   this declaration in support of Jayem's Opposition to the Debtor's Motion for Order Authorizing

3   the Return to Investors of Certain Escrowed Funds Intended for the Bundy Canyon Project.

4    2.    I have personal knowledge of all matters stated herein, except for those matters

5   stated upon information and belief, and as to those, I believe them to be true.

6    3.    In or about March 2006, USA Capital (the "Debtor") solicited Jayem as a potential

7   investor in a Bundy Canyon real estate project. The Debtor represented to me that Bundy Canyon

8   Land Development LLC (the "Borrower") was seeking investors for a new loan to fund the

9   acquisition of land on Bundy Canyon Road in Riverside, California.

10    4.    Based on representations made by the Debtor regarding the nature of the

11   investment, Jayem invested $240,000 in a Bundy Canyon loan on March 15, 2006.

12    5.    On or about April 10, 2006 – after Jayem tendered the $240,000 check – I received

13   a letter from the Debtor confirming receipt of Jayem's $240,000 investment.

14    6.    In the April 10, 2006 letter, the Debtor represented that Jayem's investment in a

15   $5,725,000 Bundy Canyon loan was funded on March 24, 2006. The Debtor did not include with

16   the letter any supporting documentation regarding the specific Bundy Canyon loan in which

17   Jayem invested.

18    7.    In fact, the Debtor has failed to provide any such documentation to date.

19    8.    It was not until May 14, 2006 that I learned the status of the $5,725,000 loan in

20   which Jayem's money was purportedly invested. The $5,725,000 Bundy Canyon loan was not a

21   new construction loan, as represented to me when soliciting investment money. Instead, the

22   $5,725,000 Bundy Canyon loan was already in existence at the time of the solicitation, and had

23   been in existence since January 14, 2005. Moreover, the $5,725,000 Bundy Canyon loan was

24   non-performing, and wholly in default, at the time the Debtor solicited Jayem's investment.

111559

- 2 -

9.     The $8.9 million Bundy Canyon loan, which is the subject of the Debtor's Motion, is the loan in which Jayem intended to invest its $240,000.  The $8.9 million Bundy Canyon loan was a new construction loan – not a pre-existing, defaulted loan – that was set to close in April 2006, which is precisely what Jayem intended to invest in.

10.     Until the Debtor provides documentation to Jayem proving the specific loan in which Jayem's money is invested, as well as a complete set of documentation regarding each Bundy Canyon loan, Jayem objects to the distribution of funds to any Bundy Canyon investor.

Jacques M. Massa

Snell & Wilmer
L.L.P.
LAW OFFICES
3800 HOWARD HUGHES PARKWAY, SUITE 1000
LAS VEGAS, NEVADA 89109
(702)784-5200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

111559

- 3 -

# EXHIBIT B

*Wells Fargo View Check Copy*

**WELLS FARGO**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 789 | 03/20/06 | $240,000.00 | Jayem 073-4672xxx |

JACQUES M. Massa                    94-7974/3212          0789
JAYEM FAMILY LIMITED PARTNERSHIP          DATE 3-15-06

PAY TO THE
ORDER OF    USA COMMERCIAL MORTGAGE INVESTORS TRUST    $ 24/? ?0

*Two Hundred Forty Thousand and No/100*    DOLLARS

WELLS FARGO BANK NEVADA, N.A.
P.O. BOX 91240
HENDERSON, NV 89009

FOR *Brady Canyon*

⑆321270742⑆ 073467 2371⑈ 0789

(endorsement)
ENDORSE Wells Fargo Bank
Las Vegas, NV 89193
12-2-02049
For Deposit Only
USA Commercial Mortgage Company
Investors Trust Account
0405657146

TRUST SROTSEVNI EGAGTROM LAICREMMOC ASU

© 1995 - 2005 Wells Fargo. All rights reserved.

# EXHIBIT C

**USA**

April 10, 2006

Jacques M. Massa
Jayem Family LP
7 Paradise Valley Court
Henderson. NV 89052

Dear Jacques,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program. Your investment of $240000 in the **Bundy Canyon $5,725,000** loan was funded on 03-24-06. You will start earning interest from 03-24-06.

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989. The interest for this first trust deed investment will be paid on or before the 10th of each month. USA Capital will fully service your investment, including monthly interest, statements, and tax reporting. If you have any questions or comments, please feel free to call (702) 734-2400. Thank you again.

Sincerely,

USA Capital