# EXHIBIT E

## Landco

**From:** "Mark Olson" <molson@usacapitalcorp.com>
**To:** "Landco" <LandcoNevada@cox.net>
**Sent:** Monday, May 15, 2006 1:41 PM
**Subject:** RE: Bundy Canyon

You (Jayem Family Limited Partnership) do not appear in the list of investors in the Bundy Canyon $8.9 million loan. We have multiple Bundy Canyon loans because we funded the acquisition of several land parcels with separate loans.

Mark Olson

**Mark L. Olson**
Chief Operating Officer
**USA Commercial Mortgage Company**
4484 South Pecos Road
Las Vegas, NV 89121
T: 702.734.2400 ext. 1074
F: 702.967.6897
C: 702.353.6540
E: molson@usacapitalcorp.com

**From:** Landco [mailto:LandcoNevada@cox.net]
**Sent:** Monday, May 15, 2006 12:34 PM
**To:** Mark Olson
**Subject:** Re: Bundy Canyon

Yes, Mr. Olson, I am aware of that motion as you informed me once before.
My surprise is with the fact that you have 6 Bundy Canyon Loans on your books going back to January, 2005 and not just the one loan. My concern is that the money I paid over in March was used for a purpose other than closing the April loan, which I believe is the loan that did not close that has the money in escrow.

The entity in Bundy Canyon is Jayem Family Limited Partnership.
If you could please do me the favor of checking this out I would appreciate it.

Thank you again for your assistance.


-- Jacques
 Landco Nevada
 702-385-5578

> ----- Original Message -----
> **From:** Mark Olson
> **To:** Landco
> **Sent:** Monday, May 15, 2006 9:34 AM
> **Subject:** RE: Bundy Canyon
>
> Bundy Canyon money was raised but was never funded. The money is in escrow. We have put a motion before the Court to return the money to the investors who provided it to us. That motion should be heard on May 18.
>
> Mark Olson
>
> **Mark L. Olson**
> Chief Operating Officer

5/16/2006

Page 2 of 2

**USA Commercial Mortgage Company**
4484 South Pecos Road
Las Vegas, NV 89121
T: 702.734.2400 ext. 1074
F: 702.967.6897
C: 702.353.6540
E: molson@usacapitalcorp.com

**From:** Landco [mailto:LandcoNevada@cox.net]
**Sent:** Monday, May 15, 2006 6:45 AM
**To:** Mark Olson
**Subject:** Bundy Canyon

How do I find out which Bundy Canyon loan I got put into.
I posted my money in March and should have been in the loan that closed in April unless I was swindled and put into an older loan.
Which loan has the money in escrow that is to be returned?

-- Jacques
Landco Nevada
702-385-5578

5/16/2006