Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Proposed Attorneys for Debtors and Debtors-in-Possession

E-FILED ON MAY 17, 2006

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STATUS AND AGENDA FOR MAY 18, 2006 HEARINGS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date:  May 18, 2006<br>Time: 9:30 a.m. |

Hearing Status form 051706          - 1 –

A.  **May 18, 2006 Hearings**

1. **Motion Of The Debtors Pursuant To Sections 363(b) and 105(a) Of The Bankruptcy Code For Authorization To Pay Prepetition Wages, Compensation And Employee Benefits** (Affects All Debtors) (the "Prepetition Wages Motion"). In this Motion, the Debtors request an Order from the Court: (a) authorizing pursuant to section 105(a) of the Bankruptcy Code, payment of (i) the Prepetition Employee Obligations, and (ii) Employee Benefits of Debtor; and (b) authorizing the calculation and payment of the Tax Payments due on unpaid prepetition wages to the appropriate taxing authorities when they come due, (c) authorizing the calculation and payment of Employee Deductions to the appropriate third party recipients from unpaid prepetition wages, and (d) granting such other and further relief as the Court deems just and proper.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| N/A – This Motion is on the Court's calendar. However, the motion was previously heard and granted by the Court on April 17, 2006 (Docket No. 28) | | |

2. **Application By Debtor And Debtor-In-Possession For Authorization To Employ And Retain Ray Quinney & Nebeker P.C. As Counsel For The Debtor** (Affects All Debtors) (the "RQN Employment Application"). In this Application, the Debtors pray for an Order of this Court authorizing it to employ and appoint the law firm of Ray Quinney & Nebeker P.C. as counsel for the Debtor, with the payment of fees subject to continuing review and approval of this Court.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| MCGIMSEY FAMILY TRUST | May 2, 2006 | 68    (BK-S-06-10727 docket) |
| US TRUSTEE | May 12, 2006 | 221 |
| OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC | May 15, 2006 | 245 |

Hearing Status form 051706                - 2 –

| Reply: | Date | Docket No. |
|---|---|---|
| Reply Memorandum In Support Of Debtors' Application To Employ And Retain RAY QUINNEY & NEBEKER P.C. As Counsel For The Debtors And Response To Various Objections [Applies To All Debtors] | May 17, 2006 | 264 |

3. **Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer** (Affects All Debtors) (the "S&MLF Employment Application"). In this Application, the Debtors pray for an Order of this Court authorizing it to retain and employ Schwartzer & McPherson Law Firm as counsel herein under a general retainer, with the payment of fees subject to continuing review and approval of this Court, and that it have such other and further relief as is just.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| US TRUSTEE | May 12, 2006 | 222 |
| MCGIMSEY FAMILY TRUST | May 2, 2006 | 68    (BK-S-06-10727 docket) |

| Reply: | Date | Docket No. |
|---|---|---|
| Reply Brief In Support Of Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ SCHWARTZER & MCPHERSON LAW FIRM As Counsel Under General Retainer | May 17, 2006 | 268 |

4. **Motion For Order Limiting Notice and Approving Master Service List For Limited Notice** (the "Limit Notice Motion"). In this Motion, the Debtors request that the Court enter an order limiting notice and authorizing the establishment and maintenance of a Master Service List.

/ / /

Hearing Status form 051706                - 3 −

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC | May 15, 2006 | 247 |

5.  **Motion For Order Authorizing The Return To Investors Of Certain Escrowed Funds Intended For The Bundy Canyon Project** (the "Bundy Motion"). The Bundy Motion requests an Order granting USA Commercial Mortgage Company ("USACM") the authority to promptly return to investors in the Bundy Canyon Project the uninvested funds that are being held by a title company in an escrow account.

| JOINDER Filed By: | Date | Docket No. |
|---|---|---|
| Harvey Family Trust | May 10, 2006 | 198 |

6.  **Motion Authorizing Debtor, Pursuant To 11 U.S.C. § 105 and § 363(b)(1), To Accept Loan Payment Proceeds And Provide Partial Releases Or Full Releases In Connection With The Sale Of Properties Securing Loans Originated By The Debtor To Third-Party Borrowers, And To Ratify Partial Releases Previously Provided By The Debtor** (the "Ordinary Course Motion"). The Ordinary Course Motion requests an Order authorizing USACM to accept loan payment proceeds and provide partial releases or full releases in connection with the sale of properties securing loans originated by the debtor to third-party borrowers, and to ratify partial releases previously provided by the debtor postpetition.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Richard McKnight | May 15, 2006 | 236 |
| Gregory J. Walch | May 15, 2006 | 239 |
| Nicholas Santoro | May 15, 2006 | 240 |
| OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC | May 15, 2006 | 241 |
| Canepa Group | May 16, 2006 | 258 |
| Terry Hartwell | May 16, 2006 | 262 |

Hearing Status form 051706            - 4 –

| Reply | Date | Docket No. |
|---|---|---|
| Reply In Support Of Motion Authorizing Debtor To Accept Loan Payment Proceeds And Provide Partial Or Full Releases In Connection With The Sale Of Properties Securing Loans Originated By The Debtor To Third-Party Borrowers, And To Ratify Partial Releases [Affects USA Commercial Mortgage Co.] | May 17, 2006 | 263 |

7. **Emergency Motion To Compel Fidelity National Title Insurance Company To Make Disbursements From Loan Funds Being Held By Fidelity As Disbursement Agent** (Affects USA Commercial Mortgage) (the "Fidelity Motion"). The Fidelity Motion requests that the Court enter an Order compelling Fidelity National Title Insurance Company to make disbursements from loan funds being held by fidelity as Disbursement Agent.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None | | |

A stipulation and order regarding the issues in the Fidelity Motion has been lodged with the Court, but not entered.

8. **Motion For Order Authorizing Reimbursement Of Due Diligence Expenses Of Potential Postpetition Lender** (the "DIP Motion"). The DIP Motion requests an Order granting the Debtors authority to pay to Fortress Credit Corp. ("Fortress") a deposit in the amount of $150,000 to be used solely to reimburse Fortress for expenses incurred or anticipated to be incurred in connection with due diligence review of potential debtor-in-possession financing.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| CANEPA GROUP | May 15, 2006 | 234 |
| OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC | May 15, 2006 | 243 |

| Reply: | Date | Docket No. |
|---|---|---|
| Reply Brief In Support Of Debtors' Motion For Order Authorizing Reimbursement Of Due Diligence Expenses Of Potential Post-Petition Lender [Affects All Debtors] | May 17, 2006 | 266 |
| Second Declaration Of THOMAS J. ALLISON In Support Of Debtors' Motions [Affects All Debtors] | May 17, 2006 | 267 |

Respectfully submitted on May 17, 2006.

/s/     JEANETTE E. MCPHERSON
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada   89146
Proposed Attorneys for Debtors
and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Hearing Status form 051706            - 6 –