LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845
Email: Ldavis@lionelsawyer.com

E-Filed on 5/17/06

Attorneys for the Canepa Group

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                           ) Case No. 06-10725-LBR
                                                 ) Chapter 11
USA COMMERCIAL MORTGAGE                          )
COMPANY,                                         )
                                                 ) Date: May 18, 2006
        Debtor.                                  ) Time: 9:30 a.m.
                                                 )

**CERTIFICATE OF SERVICE RE:
JOINDER IN WALCH OPPOSITION TO DEBTOR'S MOTION
AUTHORIZING DEBTOR PURSUANT TO 11 U.S.C. §§ 105 AND 363(b)(1)
TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL
RELEASES OR FULL RELEASES IN CONNECTION WITH THE SALE
OF PROPERTIES SECURING LOANS ORIGNATED BY THE DEBTOR
TO THIRD PARTY BORROWERS, AND TO RATIFY PARTIAL
RELEASES PREVIOUSLY PROVIDED BY DEBTOR**

1.  On May 16, 2006, I served the following document(s):

    **JOINDER IN WALCH OPPOSITION TO DEBTOR'S MOTION
    AUTHORIZING DEBTOR PURSUANT TO 11 U.S.C. §§ 105
    AND 363(b)(1), TO ACCEPT LOAN PAYMENT PROCEEDS
    AND PROVIDE PARTIAL RELEASES OR FULL RELEASES IN
    CONNECTION WITH THE SALE OF PROPERTIES SECURING
    LOANS ORIGINATED BY THE DEBTOR TO THIRD-PARTY
    BORROWERS, AND TO RATIFY PARTIAL RELEASES
    PREVIOUSLY PROVIDED BY DEBTOR
    CASH IN ACCORDANCE WITH PROPOSED CASH BUDGET**

2.  I served the above-named document(s) by the following means to the persons as listed below:

    [x]   a.   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

-1-

| | | |
|---|---|---|
| 1 | * | **Franklin C. Adams** <br> franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com |
| 2 | * | **Kelly J. Brinkman** <br> kbrinkman@gooldpatterson.com |
| 3 | * | **Candace Carlyon** <br> ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcy_filings@sheacarlyon.com; rsmith@sheacarlyon.com |
| 4 | * | **Kevin B. Christensen** <br> kchislaw@gooldpatterson.com |
| 5 | * | **Janet L. Chubb** <br> tbw@jonesvargas.com |
| 6 | * | **Cici Cunningham** <br> bankruptcy@rocgd.com |
| 7 | * | **Thomas H. Fell** <br> THF@GORDONSILVER.COM, BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 8 | | **Scott D. Fleming** <br> sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com |
| 9 | * | **Edward J. Hanigan** <br> haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 10 | * | **Evan L. James** <br> ejameslv@earthlink.net, kbchrislaw@aol.com |
| 11 | * | **Robert R. Kinas** <br> Rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com; lholding@swlaw.com; imcord@swlaw.com |
| 12 | * | **Nile Leatham** <br> nleatham@klnecada.com, ckishi@klnevada.com; bankruptcy@knevada.com |
| 13 | * | **Robert C. LePome** <br> robert@robertlepome.com, susan@robertlepome.com |
| 14 | * | **William L. McGinsey** <br> lawoffices601@lvcoxmail.com |
| 15 | * | **Richard McKnight** <br> mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com, sforemaster@lawlasvegas.com |
| 16 | * | **Jeanette E. McPherson** <br> bkfilings@s-mlaw.com |
| 17 | * | **Donna M. Osborn** <br> jinouye@marquisaurbach.com, dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; jcrowe@MarquisAurbach.com; kgallegos@MarquisAurbach.com |
| 18 | * | **Donald T. Polednak** <br> sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 19 | * | **Lenard Schwartzer** <br> bkfilings@s-mlaw.com |
| 20 | * | **Jeffrey G. Sloane** <br> gjklepel@yahoo.com |
| 21 | * | **Peter Susi** <br> cheryl@msmlaw.com, msm@msmlaw.com |
| 22 | * | **U.S. Trustee - LV - 11** <br> USTPRegion17.lv.ecf@usdoj.gov |
| 23 | * | **Joan C. Wright** <br> jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com |

| | * | **Matthew C. Zirzow**<br>bankruptcynotices@gordonsilver.com |
|---|---|---|

[x]  b.  **United States mail, postage fully prepaid** (list persons and addresses):

Annette W. Jarvis  
Ray Quinney & Nebeker, PC  
36 So. State Street/P.O. Box 45385  
Salt Lake City, UT 84145

Bradley J. Stevens  
3300 No. Central Ave., #1800  
Phoenix, AZ 85012

Michael M. Schmahl  
Mcguirewoods LLP  
77 West Wackert Dr., #4100  
Chicago, IL 60601

Gregory J. Walch  
Santoro Driggs et al  
400 So. Fourth Street, 3rd flr.  
Las Vegas, NV 89101

TO ALL PARTIES on the attached Mailing Matrix (Exhibit A).

[ ]  c.  **Personal Service** (List persons and addresses):

  [ ]  For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

  [ ]  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]  d.  **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  e.  **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]  f.  **By messenger:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to

a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 17th day of May, 2006.

        /s/    Ginger Bagley
An Employee of Lionel Sawyer & Collins

-4-

# EXHIBIT A

**USA Capital et al - MATRIX**
**20 lrg. unsec. & Spec. Ntc.**

Deli Bunch
1909 Red Robin Court
Las Vegas, NV  89134

Michael Peterson  c/o John F. O'Reilly
O'Reilly Law Group, LLC
325 So. Maryland Parkway
Las Vegas, NV  89101

Nevada State Bank
P.O. Box 990
Las Vegas, NV  89125

Paris Line, LLC
4759 Illustrious Street
Las Vegas, NV  89147

Pecos Professional Park
4484 South Pecos Park
Las Vegas, NV  89121

Wells Fargo Bank
MAC T5601-012
P.O. Box 659700
San Antonio, TX  78286

Annee of Paris Coiffures, Inc.
8049 Pinnacle Peak
Las Vegas, NV  89113

Haspinov, LLC
4484 South Pecos Road
Las Vegas, NV  89121

Bank of America
P.O. Box 30750
Los Angeles, CA  90030

USA Commercial Real Estate Group
4484 South Pecos Road
Las Vegas, NV  89121

Citibank
P.O. Box 26901
San Francisco, CA  94126

U.S. Bank
P.O. Box 790179
St. Louis, MO  63179

Goold Patterson Ales & Day
4496 South Pecos Road
Las Vegas, NV  89121

Nevada Department of Taxation
P.O. Box 56674
Phoenix, AZ  85072

Advanced Information Systems
Kathryn Tschopik
4270 Cameron Street, Suite #1
Las Vegas, NV  89121

Scotsman Publishing, Inc.
P.O. Box 692
Bothell, WA  98041

RD Advertising
3230 East Flamingo Rd., #8-532
Las Vegas, NV  89121

West Coast Life Insurance Co.
P.O. Box 11407
Birmingham, AL  35246

Russell AD Development Group, LLC
P.O. Box 28216
Scottsdale, AZ  85255

Special Order Systems
575 Menlo Drive, Suite #4
Rocklin, CA  95765

Nicolas J. Santoro, Esq.
Santoro Driggs et al
400 South Fourth Street, 3rd flr.
Las Vegas, NV  89101

Bradley J. Stevens, Esq.
Robbins & Green, PA
3300 No. Central Ave., Suite 1800
Phoenix, AZ  85012

Peter Susi and Jay L. Michaelson
Michaelson Susi & Michaelson
7 West Figueroa St., 2nd floor
Santa Barbara, CA  93101

Gregory Walch, Esq.
Santoro Driggs et al
400 South Fourth Street, 3rd flr.
Las Vegas, NV  89101

Franklin C. Adams, Esq.
Best Best & Krieger LLP
3750 University Ave., POB 1028
Riverside, CA  92502

Jed A. Hart, Esq.
Angelo Gordon & Co.
245 Park Avenue, 26th flr.
New York, NY  10167

Paul A. Jacques
810 South East 7th St., #A-103
Deerfield Beach, FL  33441

William J. Bullard/Fertitta Enterprises
P.O. Box 27555
Las Vegas, NV  89126
Unsec. Cred. Comm. - Ex. Contr.

Helms Homes, LLC/Terry Helms
809 Upland Blvd.
Las Vegas, NV  89107
Unsec. Cred. Comm. - Ex. Contr.

Terry R. Helms Liv. Trust/Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107
Unsec. Cred. Comm. - Ex. Contr.

Homfeld, II LLC/Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI 48230
Unsec. Cred. Comm. - Ex. Contr.

Arthur Polacheck
2056 Woodlake Circle
Deerfield, FL 33442
Unsec. Cred. Comm. - Ex. Contr.

Dennis Flier, Inc. DBT - Dennis Flier
20155 Porto Vita Way, #1803
Aventura, FL 33180
Unsec. Cred. Comm. - Ex. Contr.

Jim McCollum
1011 "F" Avenue
Coronado, CA 92118
Unsec. Cred. Comm. - Ex. Contr.

Robert Worthen
1112 Worthen Circle
Las Vegas, NV 89145
Equity Sec. Holders Comm. Div. Tr. Deed

Katz 200 Sep. Prop. Tr./Sara M. Katz
4250 Executive Square, #670
San Diego, CA 92037
Equity Sec. Holders Comm. Div. Tr. D.

Thomas C. Lawyer
45 Ventana Canyon Drive
Las Vegas, NV 89113
Equity Sec. Holders Comm. Div. Tr. D.

Maryan Rutar
4043 Chalfont Court
Las Vegas, NV 89121
Equity Sec. Holders Comm. Div. Tr. D.

Charles O. Nichols
2561 Seascape Drive
Las Vegas, NV 89128
Equity Sec. Holders Comm. Div. Tr. Deed

Kurt Hunsberger/Gannaway Char.R. Trust
3500 Lakeside Court, #200
Reno, NV 89520
Equity Sec. Holders Comm. Div. Tr. Deed

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV 89121
Equity Sec. Holders Comm. Div. Tr. Deed

Robert E. Taylor/Chuck Heinrichs
198 El Pajaro
Newbury Park, CA 91320
Equ. Sec. Holders Comm. 1st Tr. Deed

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT 84770
Equ. Sec. Holders Comm. lst Tr. Deed

Mary Ellen Moro
1009 - 8th Street
Manhattan Beach, CA 90266
Equ. Sec. Holders Comm. lst Tr. Deed

Richard G. Woudstra/RGW Recov. Trust
P.O. Box 530025
Henderson, NV 89053
Equ. Sec. Holders Comm. lst Tr. Deed

Wen Baldwin, WB Sep. Prop. Trust
365 Dooley Drive
Henderson, NV 89015
Equ. Sec. Holders Comm. lst Tr. Deed

Jerry T. McGimsey
3115 So. El Camino Road
Las Vegas, NV 89146
Equ. Sec. Holders Comm. lst Tr. Deed

Richard Horowitz
5 Fir Drive
Kings Point, NY 11024
Equ. Sec. Holders Comm. lst Tr. Deed

Donald Walker/Del Bunch dba Louis Part.
9209 Eagle Hills Drive
Las Vegas, NV 89134
Unsec. Cred. Comm.

Robert A. Russell/AD Devel. Group LLC
8585 East Hartford Dr., #500
Scotsdale, AZ 85255
Unsec. Cred. Comm.

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117
Unsec. Cred. Comm.

Michael T. Yoder/Adv. Informa. Systems
4270 Cameron St., #1
Las Vegas, NV 89103
Unsec. Cred. Comm.

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR 97035
Unsec. Cred. Comm.