**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar # 000827
**Callister & Reynolds**
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 382-5774
mqc@callister-reynolds.com

**Attorneys for Project Disbursement Group, Inc.**

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                Debtor. | **BK-**06-10075-lbr<br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO:   CLERK, UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA;

TO:   UNITED STATES BANKRUPTCY TRUSTEE;

TO:   USA COMMERCIAL MORTGAGE COMPANY, Debtor;

TO:   LENARD E. SCHWARTZER, Attorney for Debtor:

Notice is hereby given that MATTHEW Q. CALLISTER of the Law Firm of Callister & Reynolds, 823 South Sixth Street, Las Vegas, Nevada 89101, hereby makes his appearance in the above-captioned matter as counsel for PROJECT DISBURSEMENT GROUP, INC. and hereby requests that his name be added to the master mailing list.

DATED this 12th day of May, 2006.

  /s/ Matthew Q. Callister
**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar # 000827
**Callister & Reynolds**
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101

-1-

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Bankr. Proc. 2002 and LR 2002, I certify that I am an employee of Callister & Reynolds, and a true and correct copy of: Notice of Appearance and Request for Notice was served this 12th day of May, 2006 by:

<u>ECF SERVICE</u>:     That service was made by electronic transmission through the ECF filing System of the U.S. Bankruptcy Court, District of Nevada to the parties listed below on March 14, 2006:

Jeanette E. McPherson

U.S. Trustee

_/s/ Kim Simon_____

An employee of Callister & Reynolds

-2-