| | |
|---|---|
| Robert R. Kinas (Nevada Bar No. 6019)<br>Jennifer L. McBee (Nevada Bar No. (9110)<br>SNELL & WILMER L.L.P.<br>3800 Howard Hughes Parkway<br>Suite 1000<br>Las Vegas, NV 89109<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>E-mail:   rkinas@swlaw.com<br>            jmcbee@swlaw.com | **Electronically Filed:**<br>**May 17, 2006** |

*Attorneys for Jayem Family Limited Partnership*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERICAL MORTGAGE COMPANY,<br>          Debtor. | **Case No. BK-S-06-10725-LBR**<br>Chapter 11 |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor | **Case No. BK-S-06-10726-LBR**<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor. | **Case No. BK-S-06-10727-LBR**<br>Chapter 11 |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | **Case No. BK-S-06-10728-LBR**<br>Chapter 11 |
| In re:<br><br>USA SECURITIES, LLC<br>          Debtor.<br>Affects:<br>   ■ All Debtors<br>   ☐ USA Commercial Mortgage Co.<br>   ☐ USA Securities, LLC<br>   ☐ USA Capital Realty Advisors, LLC<br>   ☐ USA Capital Diversified Trust Deed<br>   ☐ USA First Trust Deed Fund, LLC | **Case No. BK-S-06-10729-LBR**<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF THE OPPOSITION TO MOTION FOR ORDER AUTHORIZING THE RETURN TO INVESTORS OF CERTAIN ESCROWED FUNDS INTENDED FOR THE BUNDY CANYON PROJECT** |

111582.1

Pursuant to FED. R. BANKR. P. 5(b), I hereby certify that I am an employee of Snell & Wilmer, and that on May 17, 2006, I caused a true and correct copy of **Opposition To Motion For Order Authorizing The Return To Investors Of Certain Escrowed Funds Intended For The Bundy Canyon Project** to be served by first class mail to:

| | |
|---|---|
| **ANNETTE W JARVIS**<br>POB 45385<br>Salt Lake City, UT 84145 | **ERVEN T. NELSON**<br>6060 W. Elton Avenue, Suite A<br>Las Vegas, NV 8917 |
| **NICHOLAS J. SANTORO**<br>400 S. Fourth Street, 3RD Floor<br>Las Vegas, NV 89101 | **MICHAEL M. SCHMAHL**<br>MCGUIRE WOODS LLP<br>77 W. Wacker Dr., Suite 4100 |
| **BRADLEY J. STEVENS**<br>3300 N. Central Dr.<br>Phoenix, AZ  85012 | **GREGORY J. WALSH**<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV 89101 |
| **FEDERAL BANKRUPTCY COURT**<br>Foley Federal Bldg.<br>300 Las Vegas Blvd South, Third Floor<br>Las Vegas, NV 89101 | **U.S. TRUSTEE - LV**<br>Augie Landis<br>300 Las Vegas Boulevard S.<br>Suite 4300<br>Las Vegas, NV 89101 |

Notice was electronically mailed via ECF to:

| | |
|---|---|
| FRANKLIN C. ADAMS | KELLY J. BRINKMAN |
| CANDACE C. CARLYON | KEVIN B. CHRISTENSEN |
| JANET L. CHUBB | CICI CUNNINGHAM |
| LAUREL E. DAVIS | THOMAS H. FELL |
| SCOTT D. FLEMING | EDWARD J. HANIGAN |
| EVAN L. JAMES | ANNETTE W. JARVIS |
| NILE LEATHAM | ROBERT C. LEPONE |
| WILLIAM L. MCGIMSEY | RICHARD MCKNIGHT |
| JEANETTE E. MCPHERSON | DONNA M. OSBORN |
| DONALD T. POLEDNAK | LENARD E. SCHWARTZER |
| JEFFREY G. SLOANE | PETER SUSI |
| CARYN S. TIJSSELING | JOAN C. WRIGHT |
| MATTHEW C. ZIRZOW | |

   /s/Lisa Holding
An employee of Snell & Wilmer

111582.1

Snell & Wilmer L.L.P.
LAW OFFICES
3800 HOWARD HUGHES PARKWAY, SUITE 1000
LAS VEGAS, NEVADA 89109
(702)784-5200