1  Robert R. Kinas (Nevada Bar No. 6019)                    **Electronically Filed:**
   Jennifer L. McBee (Nevada Bar No. (9110)                         **May 17, 2006**
2  SNELL & WILMER L.L.P.
   3800 Howard Hughes Parkway
3  Suite 1000
   Las Vegas, NV  89109
4  Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
5  E-mail:    rkinas@swlaw.com
              jmcbee@swlaw.com
6
   *Attorneys for Jayem Family Limited*
7  *Partnership*

8                    **UNITED STATES BANKRUPTCY COURT**

9                           **DISTRICT OF NEVADA**

10
   In re:
11                                                    **Case No. BK-S-06-10725-LBR**
   USA COMMERICAL MORTGAGE              Chapter 11
12 COMPANY,
                          Debtor.
13 In re:                                             **Case No. BK-S-06-10726-LBR**
                                                      Chapter 11
14 USA CAPITAL REALTY ADVISORS,
   LLC,
15                        Debtor
   In re:
16                                                    **Case No. BK-S-06-10727-LBR**
   USA CAPITAL DIVERSIFIED TRUST       Chapter 11
17 DEED FUND, LLC,
                          Debtor.
18 In re:
                                                      **Case No. BK-S-06-10728-LBR**
19 USA CAPITAL FIRST TRUST DEED        Chapter 11
   FUND, LLC,
20                        Debtor.
   In re:
21                                                    **Case No. BK-S-06-10729-LBR**
   USA SECURITIES, LLC                 Chapter 11
22                        Debtor.
   Affects:
23     ■   All Debtors
       □   USA Commercial Mortgage Co.
24     □   USA Securities, LLC              Date:   May 18, 2006
       □   USA Capital Realty Advisors, LLC Time:   9:30 a.m.
25     □   USA Capital Diversified Trust Deed
       □   USA First Trust Deed Fund, LLC
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
3800 HOWARD HUGHES PARKWAY, SUITE 1000
LAS VEGAS, NEVADA 89109
(702)784-5200

111661.1

**CERTIFICATE OF MAILING OF THE STATEMENT OF POSITION AND CONDITIONAL OBJECTION OF ED AND SUE SCHOONOVER, AYLENE GERINGER AND MARK ZIPKIN REGARDING THE DEBTOR'S MOTION AUTHORIZING DEBTOR PURSUANT TO 11 U.S.C. § 105 AND 363(b)(1) TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ('MOTION')**

Pursuant to FED. R. BANKR. P. 5(b), I hereby certify that I am an employee of Snell & Wilmer, and that on May 17, 2006, I caused a true and correct copy of **STATEMENT OF Position And Conditional Objection Of Ed And Sue Schoonover, Aylene Geringer And Mark Zipkin Regarding The Debtor's Motion Authorizing Debtor Pursuant To 11 U.S.C. § 105 And 363(B)(1) To Accept Loan Payment Proceeds And Provide Partial Releases Or Full Releases In Connection With The Sale Of Properties Securing Loans ('Motion')** to be served by first class mail to:

| | |
|---|---|
| **ANNETTE W JARVIS**<br>POB 45385<br>Salt Lake City, UT 84145 | **ERVEN T. NELSON**<br>6060 W. Elton Avenue, Suite A<br>Las Vegas, NV 8917 |
| **NICHOLAS J. SANTORO**<br>400 S. Fourth Street, 3RD Floor<br>Las Vegas, NV 89101 | **MICHAEL M. SCHMAHL**<br>MCGUIRE WOODS LLP<br>77 W. Wacker Dr., Suite 4100 |
| **BRADLEY J. STEVENS**<br>3300 N. Central Dr.<br>Phoenix, AZ 85012 | **GREGORY J. WALSH**<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV 89101 |
| **FEDERAL BANKRUPTCY COURT**<br>Foley Federal Bldg.<br>300 Las Vegas Blvd South, Third Floor<br>Las Vegas, NV 89101 | **U.S. TRUSTEE - LV**<br>Augie Landis<br>300 Las Vegas Boulevard S.<br>Suite 4300<br>Las Vegas, NV 89101 |

**Notice was electronically mailed via ECF to:**

| | |
|---|---|
| FRANKLIN C. ADAMS | KELLY J. BRINKMAN |
| CANDACE C. CARLYON | KEVIN B. CHRISTENSEN |
| JANET L. CHUBB | CICI CUNNINGHAM |
| LAUREL E. DAVIS | THOMAS H. FELL |
| SCOTT D. FLEMING | EDWARD J. HANIGAN |
| EVAN L. JAMES | ANNETTE W. JARVIS |

111661.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3800 HOWARD HUGHES PARKWAY, SUITE 1000
LAS VEGAS, NEVADA 89109
(702) 784-5200

| | |
|---|---|
| NILE LEATHAM | ROBERT C. LEPONE |
| WILLIAM L. MCGIMSEY | RICHARD MCKNIGHT |
| JEANETTE E. MCPHERSON | DONNA M. OSBORN |
| DONALD T. POLEDNAK | LENARD E. SCHWARTZER |
| JEFFREY G. SLOANE | PETER SUSI |
| CARYN S. TIJSSELING | JOAN C. WRIGHT |
| MATTHEW C. ZIRZOW | |

      /s/ Lisa Holding
An employee of Snell & Wilmer