

Entered on Docket
May 18, 2006

Hon. Linda B. Riegle
United States Bankruptcy Judge

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Proposed Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10726 LBR |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Case No. BK-S-06-10727 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | Case No. BK-S-06-10728 LBR |
| In re: USA SECURITIES, LLC, Debtor. | Case No. BK-S-06-10729 LBR |

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

Date: N/A
Time: N/A

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

**STIPULATION AND ORDER GRANTING EMERGENCY MOTION FOR ORDER TO COMPEL FIDELITY NATIONAL TITLE INSURANCE COMPANY TO MAKE DISBURSEMENTS FROM LOAN FUNDS BEING HELD BY FIDELITY AS DISBURSEMENT AGENT [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY]**

Debtor and Debtor-in-Possession USA Commercial Mortgage Company ("Debtor" or "USA"), by and through its counsel, Jeanette E. McPherson, Esq. of the Schwartzer & McPherson Law Firm, and Fidelity National Title Insurance Company ("Fidelity"), by and through its counsel, Robert Bozarth, Esq., hereby stipulate and agree as follows:

**WHEREAS,** the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on April 13, 2006 (the "Petition Date"), and the Debtor continues to operate its business and possess its property as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

**WHEREAS,** on May 9, 2006, Debtor filed its Emergency Motion To Compel Fidelity National Title Insurance Company To Make Disbursements From Loan Funds Being Held By Fidelity As Disbursement Agent (the "Emergency Motion").

**WHEREAS,** pursuant to prepetition contractual arrangements (the "Fidelity Construction Disbursement Agreements") between Fidelity, the Debtor as Servicer, and the borrowers outlined below (the "Borrowers"), Fidelity is currently acting as the disbursement agent for the Debtor and for the Borrowers on the following five loans (the "Five Loans") originated by Debtor as Servicer and made to the following Borrowers: (a) Meadow Creek Partners, LLC (the "Meadow Creek Loan"); (b) Binford Medical Investors, LLC (the "Binford Medical Loan"); (c) ComVest Capital (the "ComVest Capital Loan"); (d) Palm Harbor One (the "Palm Harbor One Loan"); and (e) Brookmere, LLC and Lord & Essex Matteson, LLC (the "Brookmere Loan").

**WHEREAS,** pursuant to the terms of the Fidelity Construction Disbursement Agreements,





SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Debtor as Servicer forwarded to Fidelity prior to the Petition Date certain loan funds intended for construction funding and for interest reserves for the Five Loans, some of which funds Fidelity is still holding.

**WHEREAS,** Fidelity stopped making disbursements on the Five Loans upon the filing of Debtor's Chapter 11 bankruptcy petition.

**WHEREAS,** pursuant to the Emergency Motion, the Debtor asserts that it is authorized under the terms of the Loan Servicing Agreements between the Debtor as Servicer and the various investors for the Five Loans that are described in the Emergency Motion (the "Investor Servicing Agreements") to provide periodic disbursement authorizations to Fidelity for construction funding on the Five Loans and for the payment of interest payments on the Five Loans from the interest reserves being held by Fidelity consistent with the disbursement terms of the executed loan documents for the Five Loans.

**WHEREAS,** pursuant to the Emergency Motion, the Debtor asserts that providing these disbursement authorizations to Fidelity is in the ordinary course of Debtor's business under Section 363(c)(1) of the Bankruptcy Code, and that the Court also has the power under Section 105(a) of the Bankruptcy Code to order Fidelity to begin following disbursement authorizations and directions that it receives from the Debtor on the Five Loans.

**WHEREAS,** Fidelity consents to the relief requested by the Debtor in the Emergency Motion.

**NOW, THEREFORE,** in consideration of the foregoing, the Debtor and Fidelity agree as follows:

1. The foregoing recitals are incorporated herein in full.

2. The Debtor, as Servicer, is authorized to continue to exercise its powers on behalf of the investors under the Investor Servicing Agreements and to continue to provide to Fidelity the necessary disbursement instructions and authorizations for the Five Loans that are consistent with the terms of the loan documents for the Five Loans.

3. In those cases where Debtor as Servicer has approved the Request for Disbursement and sent to Fidelity the required Instructions to Disburse, and Fidelity has

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

previously received the disbursement amount from Debtor as Servicer, then Fidelity shall immediately make the required disbursements on the Five Loans both to the Borrowers for construction funding and to the Debtor as Servicer for interest payments on the Five Loans from the interest reserves being held by Fidelity.

DATED: May 10, 2006

Jeanette E. McPherson, Esq.
Schwartzer & Mcpherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146
Proposed Attorneys for Debtors and Debtors-in-Possession

DATED: May 10, 2006.

Robert Bozarth, Esq.
Fidelity National Title Insurance Company
Senior Vice President and NTS Counsel
Glen Forest Dr., Suite 403
Richmond, VA 23226

**ORDER**

**IT IS SO ORDERED.**

Submitted By:

Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146
Proposed Attorneys for Debtors and Debtors-in-Possession

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122