RECEIVED AND FILED

MAY 17  2 36 PM '06

1  NORDMAN CORMANY HAIR & COMPTON LLP
   By:    William E. Winfield (State Bar #122055)
2  1000 Town Center Drive, 6th Floor
   P.O. Box 9100
3  Oxnard, California  93031-9100
   (805) 485-1000 (tel)
4  (805) 988-7726 (fax)
   email:  wwinfield@nchc.com
5
   Attorneys for Creditor, Andrew Welcher
6

7

8              UNITED STATES BANKRUPTCY COURT

9                    DISTRICT OF NEVADA

10

11 | In re                          | CASE NO.    BK-S-06-10725 LBR
12 | USA COMMERCIAL MORTGAGE         | Chapter 11
   | COMPANY,                        |
13 |                                 | REQUEST FOR SPECIAL NOTICE
   |                                 | AND REQUEST TO BE ADDED TO
14 |          Debtor.                | MASTER MAILING LIST
15

16

17     The undersigned, as attorneys for Andrew Welcher ("Creditor"), hereby

18 request notice of all hearings, or trial dates, motions and notices of motions,

19 applications, applications for compromise, applications to abandon properties,

20 applications for approval to sell property of the estate or to pay expenses or claims,

21 copies of monthly operating reports, copies of statements of deposits, and returns of

22 sale of real or personal property for Court approval, whether such notice,

23 application, or the like is sent by the Court, the debtor, or any other party-in-

24 interest in this case, and request that all notices, applications, or the like be sent to

25 the address below, and that such address be added to the Court's master mailing

26 list:

27 ///

28 ///

---

09999\028\pld\10261796.DOC                    1
                          REQUEST FOR SPECIAL NOTICE

Mr. Andrew Welcher
c/o NORDMAN CORMANY HAIR & COMPTON LLP
Attn: William E Winfield, Esq.
1000 Town Center Drive, Sixth Floor
P. O. Box 9100
Oxnard, CA 93031

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to Creditor's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of Creditor's rights (1) to have final orders in noncore matters entered only after _de novo_ review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

DATED: May 12, 2006        NORDMAN CORMANY HAIR & COMPTON LLP

By: _/s/ William E. Winfield_
William E. Winfield
Attorneys for Creditor,
Andrew Welcher

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1000 Town Center Drive, 6th Floor, P.O. Box 9100, Oxnard, CA 93031-9100.

On May 12, 2006, I served the foregoing document described as REQUEST FOR SPECIAL NOTICE on the interested parties in this action

☒ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☒ **BY MAIL**

☐ I deposited such envelope in the mail at Oxnard, California. The envelope was mailed with postage thereon fully prepaid.

☒ I caused such envelope to be deposited in the mail at Oxnard, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Oxnard, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 12, 2006, at Oxnard, California.

*Kim Eisenberg*
Kim Eisenberg

| | |
|---|---|
| 1 | Office of the U.S. Trustee |
| 2 | Attention: Augie Landis |
|   | 300 Las Vegas Blvd., South |
| 3 | Suite 4300 |
|   | Las Vegas, NV  89101 |
| 4 | |
|   | Jay L. Michaelson |
| 5 | Michaelson, Susi & Michaelson |
|   | 7 West Figueroa Street, 2nd Floor |
| 6 | Santa Barbara, CA  93101 |
| 7 | Gordan & Silver, Ltd. |
|   | Attention: Jerry Gordon |
| 8 | 3960 Howard Hughes Pkwy. |
|   | Ninth Floor |
| 9 | Las Vegas, NV  89109 |
| 10 | Annette W. Jarvis |
|   | Ray Quinney & Nebeker, P.C. |
| 11 | P.O. Box 45385 |
|   | Salt Lake City, Utah  84145-0985 |
| 12 | |
|   | Jeanette E. McPherson |
| 13 | 2850 S. Jones Blvd., Suite I |
|   | Las Vegas, NV  89146 |
| 14 | |
|   | Lenard E. Schwartzer |
| 15 | Schwartzer & McPherson Law Firm |
|   | 2850 S. Jones Blvd., Suite I |
| 16 | Las Vegas, NV  89146 |
| 17 | Richard McKnight |
|   | 330 S. Third Street, #900 |
| 18 | Las Vegas, NV  89101 |