| | |
|---|---|
| Jeffrey A. Cogan, Esq.<br>Nevada Bar No. 4569<br>LAW OFFICE OF JEFFREY A. COGAN, CHARTERED<br>3990 Vegas Drive<br>Las Vegas, Nevada 89108<br>Telephone: (702) 474-4220<br>Facsimile:  (702) 474-4228<br>E-Mail: jeffrey@jeffreycogan.com<br>Attorney for Robert Verchota, General Partner | **E-FILED ON**<br>May 18, 2006 |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Chapter 13 Debtor.<br><br>and related cases. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK-S-06-10725 (lbr)<br>BK-S-06-10726 (lbr)<br>BK-S-06-10727 (lbr)<br>BK-S-06-10728 (lbr)<br>BK-S-06-10729 (lbr)<br><br>Jointly Administered under<br>Case No. 06-10725(lbr) |

**REQUEST FOR SPECIAL NOTICE**

TO: Debtors

TO: Their attorneys

      Pursuant to Rule 2002(g)the undersigned requests Special Notice of all hearings, actions, contested matters, together with copies of all notices, pleadings, motions, responses, and other related matters that are issued or filed in connection with these proceedings.

      Robert Verchota, General Partner
      R & N REAL ESTATE INVESTMENTS, LP
      c/o Jeffrey A. Cogan, Esq.
      3990 Vegas Drive
      Las Vegas, Nevada  89108
      (702) 474-4220

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     jeffrey@jeffreycogan.com

2 DATED this 18th day of May, 2006.

                             LAW OFFICES OF
                                JEFFREY A. COGAN, CHARTERED

                           By   /s/   Jeffrey A. Cogan
                              Jeffrey A. Cogan, Esq.
                              Nevada Bar No. 4569
                              3990 Vegas Drive
                              Las Vegas, Nevada 89108
                              Telephone: (702) 474-4220
                              Facsimile:   (702) 474-4228
                              E-mail: jeffrey@jeffreycogan.com
                              Attorney for Robert J. Verchota