ORIGINAL

RECEIVED

MAY 17  I  11 PM '06

Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) |
| USACOMMERCIAL MORTGAGE COMPANY, Debtor | ) |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor | ) |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor | ) |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor | ) |
| USA Securities, LLC, Debtor | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Bankruptcy No. 06-10725LBR;
06-10726 LBR; 06-10727 LBR;
06-10728 LBR; 06-10729 LBR
**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

Richard J. Mason, _____, Petitioner, respectfully represents to the Court:

1.    That Petitioner Resides at 130 Pinetree Lane _____.

(street address)

Riverwoods_____, Lake_____.

(city)                     (county)

Illinois_____, 60015_____, 847-405-9352_____.

(state)                   (zip)        (area code + telephone number)

$175.00 receipt # 179603

**CAUTION:  DO NOT REVISE OR RETYPE THIS FORM**

2.    That Petitioner is an attorney at law and a member of the law firm of _____

McGuireWoods LLP _____ with offices at

77 W. Wacker Drive, Suite 4100 _____,
                          (street address)    60601
Chicago _____, _____, _312/849-8100_____.
          (city)                    (zip code)        (area code + telephone number)

3.    That Petitioner has been retained personally or as a member of the law firm by

Dr. Gary Kantor and related parties  to provide legal representation in connection with
                  [client(s)]
the above-entitled case now pending before this Court.

4.    That since _____1977_____, Petitioner has been and presently is a member
                          (date)
in good standing of the bar of the highest Court of the State of ____Illinois_____
                                                                              (state)
where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.                                  Date Admitted

Illinois Supreme Court _____            _____1977_____

U.S. District Court, Northern                          1977
District of Illinois, Trial Bar ____

Third Circuit Court of Appeals _____        __May, 2006_____

2

American LegalNet, Inc.
www.USCourtForms.com

6.     That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A
_____

_____

_____

7.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars of ever denied admission):

N/A
_____

_____

_____

8.     That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association, International Bar Association, Chicago
_____

Bar Association, Illinois State Bar Association
_____

_____

9.     Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

3

American LegalNet, Inc.
www.USCourtForms.com

10.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner  respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: ____May 10, 2006____

_____
Petitioner's Signature

STATE OF ____Illinois____ )
                                                  )
COUNTY OF ____Cook____ )

____Richard J. Mason____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this

____10th____ day of ____May____, ____2006____.

_____
Notary public

```
♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦
♦        "OFFICIAL  SEAL"        ♦
♦    CLAUDIA A. GUNDERSON    ♦
♦    Notary Public, State of Illinois    ♦
♦    My Commission Expires 8/23/08    ♦
♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦
```

4

American LegalNet, Inc.
www.USCourtForms.com