Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>Debtor. | **Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **MOTION FOR PERMISSION TO FILE IN PAPER FORMAT DUE TO EXEMPTION OR EXCEPTIONAL CIRCUMSTANCES** |
| Affects:<br> **X**  All Debtors<br> ___ USA Commercial Mortgage Company<br> ___ USA Capital Realty Advisors, LLC<br> ___ USA Capital Diversified Trust Deed Fund, LLC<br> ___ USA Capital First Trust Deed Fund, LLC<br> ___ USA Securities, LLC | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## MOTION FOR PERMISSION TO FILE IN PAPER FORMAT
## DUE TO EXEMPTION OR EXCEPTIONAL CIRCUMSTANCES

Pursuant to Administrative Order 04-3, Movant Regina M. McConnell, Esq., hereby requests permission to file documents in traditional paper format on the grounds that:

☒ Movant is exempt from the requirement that filings be made in electronic form because: Movant is filing a request to be admitted to the bar of this Court for purposes of practicing in a particular case filed pursuant to Rule 1A 10-2 of the Local Rules of Practice of the United States District Court for the District of Nevada.

1. <u>Document</u>

The documents which the Movant seeks permission to file in paper format are:

Verified Petition of Richard J. Mason for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court; and Designation of Local Counsel and Consent Thereto.

2. <u>Exceptional Circumstances</u>

If permission to file in paper format is sought on the basis of exceptional circumstances, the movant states the following as grounds for the Motion:

(a). ☐ Movant's Internet service is not available due to circumstances which cannot be prevented.

    (i). Describe the nature and extent of the circumstances which have made the Internet service unavailable *(be specific)*:

    _____

    (ii). Describe what steps will be taken to ensure that the Internet service will be operable for electronic filing in the future:

    _____

(b). ☐ Other grounds exist for the Exceptional Circumstances Motion *(be specific)*:

_____

(c). ☐ Movant has filed a prior Exceptional Circumstances Motion

    (i). Number of prior motion(s): _____.

    (ii). Date of the prior motion(s): _____.

(iii). Reason for the prior motion(s): _____.

(iv). Case number and disposition for each prior motion:

_____.

_____.

3. Movant's affidavit or declaration supporting this Motion is attached pursuant to Section 3(b)(i) of Administrative Order 04-3.

4. ✕ Movant hereby also submits a proposed order pursuant to Administrative Order 04-3 at Section 3(b)(ii).

Based upon the foregoing, Movant requests that the Court grant the Motion.

Dated: May _____, 2006

Respectfully submitted,

          KRAVITZ, SCHNITZER, SLOANE,
               JOHNSON & EBERHARDY, CHTD.

By: _/s/ Regina M. McConnell_
Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone:    (702) 362-6666
Facsimile:    (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

O:\rmm\_KSS Data\Kantor\Mason Mtn to File Paper.wpd