ORIGINAL

RECEIVED AND FILED
MAY 17  1 02 PM '06

BANKRUPTCY COURT
PATRICIA GRAY
CLERK

1  Jeffrey G. Sloane, Esq. (NSB# 784)
2  Regina M. McConnell, Esq. (NSB# 8029)
3  Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
   1389 Galleria Drive, Suite 200
4  Henderson NV 89014
5  Telephone: (702) 362-6666
   Facsimile: (702) 362-2203
6  rmcconnell@kssattorneys.com
7  jsloane@kssattorneys.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USACOMMERCIAL MORTGAGE COMPANY, Debtor<br>USA CAPITAL REALTY ADVISORS, LLC, Debtor<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor<br>USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor<br>USA Securities, LLC, Debtor | Bankruptcy No. 06-10725LBR;<br>06-10726 LBR; 06-10727 LBR;<br>06-10728 LBR; 06-10729 LBR<br>**VERIFIED PETITION FOR<br>PERMISSION TO PRACTICE<br>IN THIS CASE ONLY BY<br>ATTORNEY NOT ADMITTED<br>TO THE BAR OF THIS COURT**<br><br>EFFECTIVE JUNE 1, 2004<br>FILING FEE IS $175.00 |

Patricia K. Smoots                    , Petitioner, respectfully represents to the Court:

1. That Petitioner Resides at 318 N. Grove                                                    .
                                    (street address)

Oak Park                        ,  Cook                                                       .
   (city)                           (county)

Illinois                        , 60302      , 708-383-9533                                   .
   (state)                        (zip)      (area code + telephone number)

CAUTION: DO NOT REVISE OR RETYPE THIS FORM

$175.00 receipt #179602

ver 1

2. That Petitioner is an attorney at law and a member of the law firm of <u>McGuireWoods LLP</u> with offices at <u>77 W. Wacker Drive, Suite 4100</u>,
(street address)
<u>Chicago</u>, <u>60601</u>, <u>312/849-8100</u>.
(city) (zip code) (area code + telephone number)

3. That Petitioner has been retained personally or as a member of the law firm by <u>Dr. Gary Kantor and related parties</u> to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since <u>1986</u>, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of <u>Illinois</u>
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
|---|---|
| Illinois Supreme Court | November 6, 1986 |
| U.S. District Court, Northern District of Illinois | May 23, 1988 |
| U.S. Court of Appeals for the Seventh Circuit | January 31, 1992 |

2

American LegalNet, Inc.
www.USCourtForms.com

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

N/A

8. That Petitioner is a member of good standing in the following Bar Associations:

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

3

American LegalNet, Inc.
www.USCourtForms.com

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: May 9, 2006

_____
Petitioner's Signature

STATE OF Illinois )
COUNTY OF Cook )

Patricia K. Smoots, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this 9th day of May, 2006.

_____
Notary public

"OFFICIAL SEAL"
CLAUDIA A. GUNDERSON
Notary Public, State of Illinois
My Commission Expires 8/23/08

American LegalNet, Inc.
www.USCourtForms.com