| | |
|---|---|
| FRANKLIN C. ADAMS, Bar No. 85351<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, California 92502<br>Telephone: (951) 686-1450<br>Telecopier: (951) 686-3083<br>Email: Franklin.Adams@bbklaw.com | **Electronically Filed on May 18, 2006** |

STEVEN R. SCOW
STEVEN B. SCOW
A Professional Law Corporation
612 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 385-7269
Fax: (702) 385-3505
Email: Scowlaw@aol.com

Attorneys for Direct Lender James Corison

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                              Debtor. | Case No.  BK-S-06-10725-LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                              Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>                                                              Debtor. | Judge: Honorable Linda B. Riegle<br><br>CERTIFICATE OF SERVICE |
| In re<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>                                                              Debtor. | Date:  June 5, 2006<br>Time: 9:30 a.m. |
| In re<br>USA SECURITIES, LLC<br>                                                              Debtor. | |
| Affects:<br>    ☒  All Debtors<br>    ☐  USA Commercial Mortgage Company<br>    ☐  USA Securities<br>    ☐  USA Capital Realty Advisors, LLC<br>    ☐  USA Capital Diversified Trust Deed Fund, LLC<br>    ☐  USA First Trust Deed Fund, LLC | |

1.    On May 18, 2006, I served the following documents:

**LIMITED OPPOSITION TO MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF THE PROPERTY RECIPIENTS**

2.    I served the above-named documents by the following means to the persons below:

*(Check all that apply)*

[ X ] a.    **ECF System**
*(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

See Attached

[ X ] b. **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

See Attached

**I declare under penalty of perjury the foregoing is true and correct.**

Dated: May 18, 2006

*/s/ Lisa Spencer*
Lisa Spencer

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

RVLIT\AJOHNSTON\701885.1     - 1 -     CERTIFICATE OF SERVICE

**File an answer to a motion:**
06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

# U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from ADAMS, FRANKLIN C. entered on 5/18/2006 at 3:25 PM PDT and filed on 5/18/2006

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 285

**Docket Text:**
Limited Opposition *Motion to Temporarily Hold Funds Pending A Determination of the Proper Recipients* Filed by FRANKLIN C. ADAMS on behalf of James Corison (Related document(s)[173] Miscellaneous Motion, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) (ADAMS, FRANKLIN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Corison\Limited Opposition to Motion to temporarily Hold Funds.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/18/2006] [FileNumber=6904496-0]
[26aeceb30b6c45ed681b2ab5418ca9de632d26755fc1a9c17dcbaff78507199bb5e1
e3b2bed955321fe231dc989a7cbf128a3beea3aca8fb3d1b5a61bc6cba25]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;jmccord@swlaw.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

DONNA M. OSBORN    jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@MarquisAurl

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JEFFREY G. SLOANE    gjklepel@yahoo.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

ERVEN T NELSON
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

## SERVICE BY U. S. MAIL

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

ERVEN T NELSON
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

RVLIT\LSPENCER\701886.1