1    LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
     LIONEL SAWYER & COLLINS
2    1700 Bank of America Plaza                          E-Filed on May 18, 2006
     300 South Fourth Street
3    Las Vegas, NV  89101
     Telephone:  (702) 383-8888
4    Facsimile:  (702) 383-8845
     Email:  Ldavis@lionelsawyer.com
5
     Attorneys for the Canepa Group
6
                    UNITED STATE BANKRUPTCY COURT
7
                          DISTRICT OF NEVADA
8

9    In re:                               )   Case No. BK-S-06-10725-LBR
                                          )   Case No. BK-S-06-10726-LBR
10   USA COMMERCIAL MORTGAGE COMPANY,     )   Case No. BK-S-06-10727-LBR
                                          )   Case No. BK-S-06-10728-LBR
11            Debtor.                     )   Case No. BK-S-06-10729-LBR
     _____)
12   In re:                               )   Chapter 11
     USA CAPITAL REALTY ADVISORS, LLC,    )
13                                        )   **Jointly Administered Under**
              Debtor.                     )   **Case No. BK-S-06-10725-LBR**
14   _____)
     In re:                               )
15   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, )
                                          )
16            Debtor.                     )
     _____)
17   In re:                               )
     USA CAPITAL FIRST TRUST DEED FUND, LLC, )
18                                        )
              Debtor.                     )
19   _____)
     In re:                               )
20   USA SECURITIES, LLC,                 )
                                          )
21            Debtor.                     )
     _____)
22   Affects:                             )
              [ ]  All Debtors            )
23            [x]  USA Commercial Mortgage Company )
              [ ]  USA Securities, LLC    )   Date:    June 15, 2006
24            [ ]  USA Capital Realty Advisors, LLC )   Time:    10:00 a.m.
              [ ]  USA Capital Diversified Trust Deed Fund, LLC )
25            [ ]  USA First Trust Deed Fund, LLC )
     _____)
26

27              **DECLARATION OF SCOTT K. CANEPA IN SUPPORT OF**
                **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
                **TO TERMINATE LOAN SERVICING AGREEMENT**
28              **FOR DIRECT LOAN TO BOISE/GOWAN, LLC**

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA
PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

Scott K. Canepa, makes the following statements:

1.     I am a Direct Lender to Boise/Gowan 93 LLC ("Boise/Gowan") for a loan that was brokered by USA Commercial Mortgage Company ("USA Commercial"). I have personal knowledge of the facts recited herein, I am competent to testify regarding them if called as a witness in this matter. except with respect to those matters stated herein on information and belief, and as to those matters, I believe them to be true.

2.     I make this Declaration in support of my Motion for Relief from the Automatic Stay to Terminate the Loan Servicing Agreement for Direct Loan to Boise/Gowan, LLC.

3.     In August of 2005, I loaned Boise/Gowan One Million Two Hundred Fifty Thousand ($1,250,000.00) and no/100 Dollars as a participating lender in a loan for the total principal amount of Two Million One Hundred Fifty Thousand ($2,150,000.00) and no/100 Dollars. An authentic copy of my August 17, 2005 check written to fund this loan is attached as <u>Exhibit B</u>. I am the largest participating lender in the Boise/Gowan loan, and my loan represents more than fifty-eight (58%) percent of the total dollar amount borrowed by Boise/Gowan.

4.     Authentic copies of the Boise/Gowan Promissory Note dated August 26, 2005 and Deed of Trust recorded August 31, 2005 are attached as <u>Exhibit C</u> and <u>Exhibit D</u> to this Declaration. Exhibit A to the Promissory Note expressly identifies my $1,250,000.00 loan to Boise/Gowan, and Exhibit A to the Deed of Trust expressly acknowledges that I am a beneficiary of the Deed of Trust for the amount of my loan to Boise/Gowan. <u>*Id*</u>.

5.     For more than ten years, I have been a Direct Lender in a number of loans brokered and serviced by USA Commercial. When I made my first loan as a Direct Lender, I entered into a Loan Servicing Agreement with USA Commercial. I have not been able to locate a copy of my Loan Servicing Agreement; however, I am informed and believe that USA Commercial has the original document in its files. As explained in Paragraph 28 of the May 3, 2006 Declaration of Thomas J. Allison ("Allison Declaration"), prior to 2004, the standard form Loan Servicing Agreement permitted USA Commercial to collect a one percent (1%) servicing fee in a form that I believe is in all other respects identical to Exhibit C to the Allison Declaration. To the best of my recollection, I believe that in my Loan Servicing Agreement, USA Commercial was entitled to receive an annual

Lionel Sawyer & Collins
1700 Bank of America
Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Phone 702.383.8888
Fax 702.383.8845

1  servicing fee in the amount of one percent (1%) of the maximum principal amount of each loan

2  serviced for me as a Direct Lender.

3      6.    I do not have a copy of the Loan Servicing Agreement that I signed with USA

4  Commercial.  However, I am informed and believe that USA Commercial has possession of the

5  original fully executed copy of that document.  Other than the fact that my loan servicing fee is one

6  percent (1%) and not three percent (3%), my Loan Servicing Agreement is essentially identical to

7  Exhibit C to the Allison Declaration. I therefore adopt Exhibit C to the Allison Declaration as a

8  representation of the Loan Servicing Agreement that I entered into with USA Commercial, and I

9  attach that Agreement and the Allison Declaration (and Exhibit A) as Exhibit E and Exhibit G to this

10  Declaration for the Court's convenience.

11      7.    On August 17, 2005, in conjunction with my Direct Loan to Boise/Gowan, I signed

12  a Special Power of Attorney granting USA Commercial the right to perform certain services related

13  to the Boise/Gowan loan.  An authentic copy of the Special Power of Attorney is attached as Exhibit

14  F.

15      8.    In Paragraph 2 of the Loan Servicing Agreement, USA Commercial agreed to do the

16  following in connection with servicing each of my loans:

17          (c)    Until the total amount due under each note is paid in full:

18              (i)    Proceed diligently to collect all payments due
19  under the terms of the note and promptly pay the proper parties, when and if due, principal, interest, late charges, insurance and other specified funds.
20

21  Loan Servicing Agreement, Page 2, Paragraph 2(c) [emphasis added], Exhibit E.

22      9.    Paragraph 3 of the Loan Servicing Agreement with USA Commercial grants me the

23  following remedy:

24          Rights of Lender if USA Fails to Act.  Pursuant to NAC
25  645B.073, in the event of default, foreclosure or other matters that require action, if for any reason USA fails to act on Lender's behalf as authorized herein, then Lender may, with approval of fifty-one
26  percent (51%) or more of all of the holders of the beneficial interest of record in the Loan, act on behalf of all such holders of beneficial
27  interest of record.  These actions may include, but are not limited to:

28

Lionel Sawyer & Collins
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Phone 702.383.8888
Fax 702.383.8845

-3-

       (a)    <u>The designation of the mortgage broker, servicing agent or other person to act on behalf of the holders of the beneficial interests in the loan</u>; and

       (b)    The sale, encumbrance or lease of real property owned by the holders resulting from a foreclosure or the receipt of a deed in lieu of foreclosure.

Loan Servicing Agreement, Pages 3-4, Paragraph 3 [emphasis added], <u>Exhibit E</u>.

10.    Additionally, Paragraph 8 of the Loan Servicing Agreement grants me the following rights of termination:

<u>Termination</u>. Lender may, by 30 days written notice to USA, terminate this agreement, and the power of attorney granted, if one is granted, under Section 11 of this Agreement, if USA fails to perform its obligations thereunder.

Loan Servicing Agreement, Page 5, Paragraph 8, <u>Exhibit E</u>.

11.    Although Mr. Allison has represented that the Boise/Gowan loan is a performing loan, <u>Exhibit G</u>, Allison Declaration, USA Commercial has withheld my loan payments for April and May of this year. Additionally, Mr. Allison has admitted in his Declaration (<u>Exhibit G</u>) and live testimony before this Court on May 3, 2006 that USA Commercial Mortgage Company committed pre-petition breaches of its contractual duties to Direct Lenders under the Loan Servicing Agreement and its statutory fiduciary arising under NRS 645B.175 to Direct Lenders because USA Commercial Mortgage did not separately escrow and account for funds received from investors and borrowers, and it also failed to timely and accurately make disbursements to those persons entitled to receive them.

12.    USA Commercial Mortgage's failure to remit my March and April, 2006 payments, coupled with the admissions by Mr. Allison demonstrate that USA Commercial Mortgage is in breach of Paragraph 2(c)(i) of the Loan Servicing Agreement and that it has "failed to act," thereby satisfying the predicate for my exercise of the remedies available to me under Paragraph 3 of the Loan Servicing Agreement, quoted above. *See* Paragraphs 2(c)(i) and 3, <u>Exhibit E</u>. Consequently, in my capacity as the holder of more than 58% of the beneficial interest in the Boise/Gowan loan, I now exercise my right to immediately designate a new loan servicing agent for the Boise/Gowan

Lionel Sawyer & Collins
1700 Bank of America
Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Phone 702.383.8888
Fax 702.383.8845

-4-

1   loan.  Prior to the hearing of this Motion, I will serve and file a supplemental declaration that will

2   identify the new loan servicing agent and provide the relevant contact information.

3        13.    Moreover, USA Commercial's breaches of  the Loan Servicing Agreement and its

4   fiduciary obligations created under NRS 645B.175 likewise justify my exercise of the termination

5   remedy available under Paragraph 8 of the Loan Servicing Agreement.  I therefore seek to terminate

6   the Loan Servicing Agreement and revoke the Power of Attorney for the Boise/Gowan loan in

7   accordance with the language of the Loan Servicing Agreement quoted above.  *See* Paragraph 8,

8   Exhibit E.

9        I declare under penalty of perjury under the laws of the United States that the foregoing is

10  true and correct.

11      Dated: May 18, 2006.

12                                    /s/ Scott C. Canepa

13                          _____
                                    Scott C. Canepa

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA
PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-5-