# **EXHIBIT A**

## ** §362 INFORMATION SHEET **

USA COMMERCIAL MORTGAGE COMPANY                BK-S-06-10725-LBR
DEBTOR

SCOTT CANEPA                   CHAPTER:    11
MOVANT

PROPERTY INVOLVED IN THIS MOTION:  LOAN SERVICING AGREEMENT

NOTICE SERVED ON: Debtor(s)  x ; Debtor(s)' counsel  x  ; Trustee ___

Date of Service:  5/18/06

---

MOVING PARTY'S CONTENTIONS:

The EXTENT and PRIORITY of LIENS:

(Not Applicable)

APPRAISAL of OPINION as to VALUE: (Not Applicable)

---

DEBTOR'S CONTENTIONS:

The EXTENT and PRIORITY of LIENS:


APPRAISAL of OPINION as to VALUE:

---

TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR:

(A copy of the Loan Servicing Contract is provided as Exhibit E to the Motion.)

SPECIAL CIRCUMSTANCES:

This is a Motion seeking relief from the automatic stay in order to exercise certain rights arising under the loan servicing agreement, to-wit: (1) right to designate a new loan servicing agent; and (2) right to terminate loan servicing agreement and revoke Power of Attorney regarding the loan with Boise/Gowan, LLC loan.

Submitted by:      /s/ Laurel E. Davis
                Laurel E. Davis
                LIONEL SAWYER & COLLINS
                Attorneys for SCOTT K. CANEPA