# EXHIBIT B

**SCOTT K. CANEPA**
851 S RAMPART BLVD STE 160
LAS VEGAS, NV 89145

7224

94-7074/3212 1863
0832934939

DATE 8-17-05

PAY TO THE ORDER OF U.S.A. Commercial Mortgage    $1,250,000.00

One million two hundred fifty thousand & 00/100 DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

PRIVATE CLIENT SERVICES

FOR BOISE

Scott Canepa

⑈321270742⑈ 0832934939⑈ 07224

CG 00127