LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV  89101
Telephone:  (702) 383-8888
Facsimile:  (702) 383-8845
Email:  Ldavis@lionelsawyer.com

E-Filed on May 18, 2006

Attorneys for SCOTT K. CANEPA

# UNITED STATE BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| Debtor. | Case No. BK-S-06-10729-LBR |
| In re: | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | **Jointly Administered Under** |
| Debtor. | **Case No. BK-S-06-10725-LBR** |
| In re: | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | |
| Debtor. | |
| In re: | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| In re: | |
| USA SECURITIES, LLC, | |
| Debtor. | |
| Affects: | |
| [ ] All Debtors | |
| [x] USA Commercial Mortgage Company | |
| [ ] USA Securities, LLC | Date:    June 15, 2006 |
| [ ] USA Capital Realty Advisors, LLC | Time:    10:00 a.m. |
| [ ] USA Capital Diversified Trust Deed Fund, LLC | |
| [ ] USA First Trust Deed Fund, LLC | |

**NOTICE OF HEARING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO TERMINATE LOAN SERVICING AGREEMENT
FOR DIRECT LOAN TO BOISE/GOWAN, LLC**

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

NOTICE IS HEREBY GIVEN that a MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, LLC was filed on May 18, 2006, by SCOTT K. CANEPA. The Motion seeks entry of an order granting Mr. Canepa relief from the automatic stay to exercise his contractual rights under the Loan Servicing Agreement for Boise/Gowan, LLC to: (1) appoint a new loan servicing agent; and (2) terminate the Loan Servicing Agreement and Revoke the Power of Attorney.

Any Opposition must be filed pursuant to Local Rule 9013(e)(1), which states:

> Except for motions made pursuant to Fed. R. Bankr. P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (eighteen (18) days if service of the motion is by mail pursuant to FRBP 9006(e)&(f)), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule.

If an objection is not timely filed and served, the relief requested may be granted without a hearing. LR 9013(a)(1) and LR 9013(c)(1)(E).

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on June 15, 2006, at the hour of 9:30 a.m. before the Honorable Linda B. Riegle.

DATED: May 18, 2006.

LIONEL SAWYER & COLLINS

/s/ Laurel E. Davis
By: _____
LAUREL E. DAVIS
300 South Fourth Street
1700 Bank of America
Las Vegas, Nevada 89101

Attorneys for SCOTT K. CANEPA

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-2-

1                          LIONEL SAWYER & COLLINS

2                              /s/ Laurel E. Davis
                           By _____

3                                Laurel E. Davis
                        Attorneys for SCOTT K. CANEPA

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845