| | |
|---|---|
| Jeffrey A. Cogan, Esq. | **E-FILED ON** |
| Nevada Bar No. 4569 | May 18, 2006 |
| LAW OFFICE OF JEFFREY A. COGAN, CHARTERED | |
| 3990 Vegas Drive | |
| Las Vegas, Nevada 89108 | |
| Telephone: (702) 474-4220 | |
| Facsimile:  (702) 474-4228 | |
| E-Mail: jeffrey@jeffreycogan.com | |
| Attorney for Robert Verchota, General Partner | |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | BK-S-06-10725 (lbr) |
| ) | BK-S-06-10726 (lbr) |
| USA COMMERCIAL MORTGAGE ) | BK-S-06-10727 (lbr) |
| COMPANY, ) | BK-S-06-10728 (lbr) |
| ) | BK-S-06-10729 (lbr) |
| Chapter 13 Debtor. ) | |
| _____ ) | |
| ) | Jointly Administered under |
| and related cases. ) | Case No. 06-10725(lbr) |
| _____ ) | |

**REQUEST FOR SPECIAL NOTICE**

TO: Debtors

TO: Their attorneys

Pursuant to Rule 2002(g) the undersigned requests Special Notice of all hearings, actions, contested matters, together with copies of all notices, pleadings, motions, responses, and other related matters that are issued or filed in connection with these proceedings.

Robert Verchota, General Partner
R & N REAL ESTATE INVESTMENTS, LP
c/o Jeffrey A. Cogan, Esq.
3990 Vegas Drive
Las Vegas, Nevada  89108
(702) 474-4220

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     jeffrey@jeffreycogan.com

2 DATED this 18th day of May, 2006.

                                      LAW OFFICES OF
                                            JEFFREY A. COGAN, CHARTERED

                                      By  /s/  Jeffrey A. Cogan
                                          Jeffrey A. Cogan, Esq.
                                          Nevada Bar No. 4569
                                          3990 Vegas Drive
                                          Las Vegas, Nevada 89108
                                          Telephone: (702) 474-4220
                                          Facsimile:  (702) 474-4228
                                          E-mail: jeffrey@jeffreycogan.com
                                          Attorney for Robert J. Verchota