**ORIGINAL**

5/15/06

1  Peter Susi, Bar No. 62957
2  Jay L. Michaelson, Bar No. 39774
   Michaelson, Susi & Michaelson
3  A Professional Corporation
   7 West Figueroa Street, 2nd Floor
4  Santa Barbara, CA 93101
5  (805) 965-1011; 805) 965-7351 (fax)

6  peter@msmlaw.com; jay@msmlaw.com

7  Name, Address, Telephone No., Bar Number & E-mail Address

Entered on Docket
May 19, 2006

FILED AND ENTERED
'06 MAY 19 17:30

RECEIVED AND FILED
2006 MAY 19 A 7 30

MARCIA GRAY, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: *(Name of Debtor)* | Case No. BK- S-06-10725 LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Adv. # _____ |
|  | Chapter ☐ 7  ☒ 11  ☐ 13 |
| Debtor(s) |  |
| X Affects all Debtors |  |

**ORDER GRANTING PERMISSION TO FILE IN PAPER FORMAT**

The Court hereby grants the Motion filed by Michaelson, Susi & Michaelson, P.C. *(name of movant)*. The Clerk of the Court is hereby directed to accept in paper format the following document(s) as identified in the movant's "Motion For Permission To File In Paper Format Due To Exemption Or Exceptional Circumstances" *(list title of each document)*:

REQUEST FOR SPECIAL NOTICE AND TO BE ADDED TO MASTER MAILING LIST
_____

No other documents may be filed in paper format without first seeking permission from the Court.

**IT IS SO ORDERED.**

1  Submitted by:

3  JAY L. MICHAELSON

6  December 27, 2005

_____
U.S. Bankruptcy Judge
Honorable Linda B. Riegle