ELECTRONICALLY FILED
MAY 19, 2006

1  JEFFREY H. DAVIDSON
   (CA State Bar No. 73980),
2  FRANK A. MEROLA
   (CA State Bar No. 136934), and
3  EVE H. KARASIK
   (CA State Bar No. 155356), Members of
4  STUTMAN, TREISTER & GLATT, P.C.
   1901 Avenue of the Stars, 12th Floor
5  Los Angeles, California 90067
   Telephone: (310) 228-5600
6  Facsimile: (310) 228-5788
   Email:  jdavidson@stutman.com
7           fmerola@stutman.com
            ekarasik@stutman.com
8

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
(NV State Bar No. 000405)
CANDACE C. CARLYON
(NV State Bar No. 002666)
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101
Telephone: (702)471-7432
Facsimile: (702)471-7435
Email:  jshea@sheacarlyon.com
        ccarlyon@sheacarlyon.com

9

10
11 [Proposed] Special Counsel for Official Committee of Equity Security Holders
   of USA Capital First Trust Deed Fund, LLC and USA Capital Diversified Trust Deed Fund,
12 LLC; and for the Official Committee of Executory Contract Holders of USA Commercial
   Mortgage Company
13

14 **UNITED STATES BANKRUPTCY COURT**
   **DISTRICT OF NEVADA**

15

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br> Debtor. | BK-S-06-10725-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br> Debtor. | BK-S-06-10726-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED <br> FUND, LLC, <br> Debtor. | BK-S-06-10727-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, <br> LLC, <br> Debtor. | BK-S-06-10728-LBR <br> Chapter 11 |
| In re: <br> USA SECURITIES, LLC, <br> Debtor | BK-S-06-10729-LBR <br> Chapter 11 |

26

27 **DECLARATION OF JAMES PATRICK SHEA IS SUPPORT OF SHEA & CARLYON**
   **EMPLOYMENT APPLICATION**

28

Affects:

☐ All Debtors
☒ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC          DATE: June 5th, 2006
☒ USA Capital Diversified Trust Deed          TIME:  9:30 a.m.
☒ USA First Trust Deed Fund, LLC

**DECLARATION OF JAMES PATRICK SHEA, ESQ. AND STATEMENT OF DISINTERESTEDNESS OF SHEA & CARLYON IN SUPPORT OF APPLICATION FOR ORDER APPOINTING SHEA & CARLYON, LTD. AS SPECIAL (NEVADA) COUNSEL FOR THE OFFICIAL COMMITTEES OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC  AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY (AFFECTS CASE NO. 06-10725-USA COMMERCIAL MORTGAGE COMPANY; 06-10729- USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND 06-10728- USA CAPITAL FIRST TRUST DEED FUND, LLC)**

I, James Patrick Shea, Esq., hereby declare and state as follows:

1.      The following facts are personally known to me and if called to testify thereto, I could and would do so under oath.

2.      I make this declaration and statement of disinterestedness in support of the Application (the "Application") for Order Appointing Shea & Carlyon, Ltd. as Special (Nevada) Counsel for the Official Committees Of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, and USA Capital Diversified Trust Deed Fund, LLC; and the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company (collectively, the "Investor Committees").

3.      I am an attorney duly admitted to practice law by the State of Nevada and this Court.

4.      I am a shareholder of Shea & Carlyon, Ltd. ("Shea & Carlyon").  All members

1   of Shea & Carlyon are duly admitted and licensed to practice law in the state of Nevada.

2       5.      The members of Shea & Carlyon are experienced in the areas of insolvency,

3   bankruptcy litigation, commercial litigation, business reorganization and other debtor/creditor

4   matters. Members of Shea & Carlyon have served as bankruptcy counsel to a wide range of

5   parties in interest and as counsel for other committees. A copy of Shea & Carlyon's resume is

6   attached to the Application as Exhibit 1 thereto.

7       6.      Shea & Carlyon has not shared or agreed to share compensation with any entity

8   except as among members of Shea & Carlyon.

9
10      7.      Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the

11  Local Bankruptcy Rules, and the United States Trustee Guidelines, Shea & Carlyon proposes

12  that it should be compensated at its customary hourly rates in effect from time to time and

13  reimbursed for expenses according to its customary reimbursement policies. Shea &

14  Carlyon's hourly rates currently range from $325-$425 for shareholders and "of counsel;"

15  $190 per hour for associates; and $120 - $150 per hour for legal assistants and

16  paraprofessionals. Such rates are subject to change. While it is not known what increases

17  may occur or over what time period services will be rendered, generally rates are increased by

18  approximately 5% – 10% effective on January 1st of each year. A summary of Shea &

19  Carlyon's current hourly rates is attached to Shea & Carlyon's Application as Exhibit 2

20  thereto.

21      8.      In addition, Shea & Carlyon will seek reimbursement for expenses incurred in

22  representation of the Investor Committees, which may include charges for photocopies ($.25

23  per page); telefax ($1.00 per page for long distance, $.50 per page local); messenger (generally

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

27
28

$7.50 to $10.00 per "run", unless actual third party costs is higher); Westlaw (actual cost)[1];

long distance telephone (actual cost), scanning/large print jobs ($.10 per page); filing fees,

court reporter fees, bankruptcy court copies, tapes and transcripts.

9.    Shea & Carlyon reserves the right to seek compensation for services rendered

in connection with the Committee of Concerned Investors to the extent that the Court

determines such work and services to have benefited the Investor Committees or that the

services constituted a substantial contribution to the bankruptcy cases.

10.    It is contemplated that Shea & Carlyon may seek interim compensation during

the case as permitted by 11 U.S.C. § 331 and Fed. R. Bankr. P. Rule 2016. Shea & Carlyon

understands that its compensation in this case is subject to the prior approval of this Court.

No compensation will be paid by the estate except upon application to and approval by this

Court after appropriate notice and a hearing in accordance with 11 U.S.C. § 331, Fed. R.

Bankr. P. Rule 2016, and the United States Trustee's guidelines regarding the employment

and compensation of professional persons.

11.    To the best of my knowledge, and based upon the Declaration of

Disinterestedness herein, neither Shea & Carlyon, nor any of its shareholders have any present

connection with the Investor Committees, the debtors, any creditors of the estate, any party in

interest, their attorneys or accountants, the United States Trustee and any person employed in

the office of the United States Trustee other than as set forth in this Declaration and as stated

---

[1] Shea & Carlyon currently subscribes to unlimited use of federal and state cases and statutes and does not pass charges for such flat fee subscriptions on to its clients.

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

1  below.  Shea & Carlyon is not a prepetition creditor, and its employment would be in the best

2  interest of the estate.

3      12.    With respect to Shea & Carlyon's involvement with, or representation of, the

4  debtors and/or creditors in this Bankruptcy Case, Shea & Carlyon states the following:

5

6      a.  The spouse of one of Shea & Carlyon's shareholders is an attorney in the Clark

7         County District Attorney's office, Civil Division, with no duties relating to

8         collection of claims in bankruptcies.  Clark County may be a creditor in one or

9         more of the USA Cases;

10

11     b.  Shea & Carlyon represents Wells Fargo Bank ("Wells Fargo") in numerous

12        matters, including issues relating to the USACMC prepetition and postpetition

13        bank accounts, as well as prepetition debts owed by USACMC to Wells Fargo.

14        (The general counsel for the Debtors in the USA Cases, Ray, Quinney &

15        Nebeker, PC, also represents Wells Fargo in numerous unrelated matters.)  On

16        May 8, 2006, this Honorable Court entered its Final Order Approving

17        Stipulation re Setoff and Bank Accounts, permitting Wells Fargo to set off

18        amounts due to Wells Fargo against funds on deposit by USACMC.  Debtors

19        have since moved their bank account relationships to Bank of America.

20        However, two issues have been raised by USACMC relative to Wells Fargo.

21        First, Wells Fargo has advised USACMC that it intends to close all prepetition

22        USACMC accounts at Wells Fargo.  USACMC has alleged that Wells Fargo is

23        prohibited by the Automatic Stay from doing so.  Second, Debtors have

24        asserted that the payment of three items postpetition from the USACMC

25        account was improper.  These items total approximately $100,600.  Wells

26

27

28

*SHEA & CARLYON, LTD.*
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

Fargo and USACMC continue to discuss these issues. Shea & Carlyon and ST&G have agreed that any matter arising with respect to Wells Fargo that may pose a potential conflict of interest for Shea & Carlyon will be handled solely by ST&G.

c. Shea & Carlyon has performed a computerized "conflicts check" as to the entities listed by the Debtors as the Unsecured Creditors Holding the Twenty Largest Claims, the Debtors, and the Debtors' listed insiders, including: "USA Commercial Mortgage", "USA Capital Realty Advisors", "USA Capital Diversified Trust Deed Fund", "USA Capital First Trust Deed Fund", "USA Securities", "Milanowski", "Olson", "Hamilton", "Allison", and "Hantges". Shea & Carlyon also performed a conflicts check as to the members of each of the official creditors' committees appointed in the USA Cases. The following is the result of those searches:

(1)    With regard to USACMC, in addition to the Wells Fargo issues discussed above:

i.    Shea & Carlyon formerly served as counsel to US Bank in one unrelated matter which concluded in March of 2001. US Bank is listed as one of the twenty largest unsecured creditors in the USACMC Case

ii.    Del Bunch is listed as one of the twenty largest unsecured creditors and is a member of the Official Committee of Unsecured Creditors in the USACMC case. Candace Carlyon, Managing Partner of Shea & Carlyon, serves as a Nevada Supreme Court Settlement Judge, and presided over an

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

unrelated matter in which Mr. Bunch was a party, which concluded in January of 2004.

iii.    Shea & Carlyon previously represented USACMC as to a collection/bankruptcy matters relating to Bruin Nevada (last work performed on July 23, 2004), and the attorney primarily performing such services left Shea & Carlyon in 2005. Shea & Carlyon was also engaged as a potential witness in a divorce proceeding involving one of the principals of USACMC, Thomas Hantges (last work performed on March 11, 2004). Shea & Carlyon did not serve as general counsel for USACMC, and did not obtain any information of a confidential nature relative to matters involved in the USA Cases.

iv.    Additionally, in 2002, Shea & Carlyon represented Young Electric Sign Company ("YESCO"), in drafting and executing a lease amendment and several guaranties with regard to which YESCO was the lessor and HMA Sales, LLC dba Royal Palms, was lessee. The guarantors in that transaction included USACMC, USA Investment Partners LLC, Thomas Hantges, and Joseph D. Milanowski, a principal of USACMC. Shea & Carlyon does not currently represent YESCO in that matter, and is not in possession of any confidential information from USACMC or any of its affiliates or insiders relative to the USA Cases.

v.    ST&G and Shea & Carlyon served as counsel for the Committee of Concerned Investors, an unofficial committee formed prior to the appointment of the official committees in the USA Cases, solely for the

purpose of advocating the response to the Debtors' proposed Cash Management Motion. A copy of the response filed by that group appears at docket no. 119.

(2)      In addition, Shea & Carlyon represented both USACMC and USA Diversified LLC as creditors in the following jointly administered bankruptcy cases, designated case nos. 01-11791 through 11724 respectively: In re Principle Centered, Inc.; In re American Destination, II, LLC; In re American Enchantment II, LLC; In re American Harmony II, LLC; In re American Inspiration, LLC; and In re American Imagination, Inc.    The last work performed on these matters was on May 30, 2003. Some or all of the debtors in these cases were successors in interest or were otherwise affiliated with American Communities, LLC, American Communities, Inc, or American Communities, LLP. Shea & Carlyon is not in possession of any confidential information relating to the USA Cases as a result of such former representation.

d.  USACMC is a servicing agent for approximately 3,600 investors who hold fractional interests in specific loans, and for approximately 3,200 investors who hold membership interests in both USA Diversified LLC and USA First LLC. Shea & Carlyon has not attempted to process each investor's name through its "conflicts check" system.

13.     Shea & Carlyon has been requested to serve as special (Nevada) counsel to ST&G with regard to the representation of all three Investor Committees. However, the Investor Committees, Shea & Carlyon, and ST&G have agreed that, to the extent that any

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

conflict of interest arises among the several Investor Committees which the Investor Committees determine cannot be resolved consensually among themselves, separate conflicts counsel will be engaged for such matters.

13. Shea & Carlyon is not an equity security holder or an insider of the Debtor.

14. Shea & Carlyon is not a prepetition creditor, and, other than as set forth above, Shea & Carlyon has never represented the any of the USA debtors.

15. Neither Shea & Carlyon, nor any associate or shareholder of Shea & Carlyon, is or was an investment banker for any outstanding security of any of the USA debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of any of the Debtors.

16. Neither Shea & Carlyon, nor any associate or shareholder of Shea & Carlyon is or was a director, officer or employee of any of the USA debtors or of any investment banker for any security of the USA debtors.

17. Neither Shea & Carlyon, nor any shareholder in Shea & Carlyon has an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the USA debtors or an investment banker for any security of the USA debtors, or for any other reason.

18. Based upon the foregoing, it is my belief that neither Shea & Carlyon, nor any shareholder in Shea & Carlyon, represents any interest adverse to the Investor Committees for which it is to be retained. Accordingly, Shea & Carlyon is disinterested under sections 101(14) and 327(a) and (c) of the Bankruptcy Code.

19. I am familiar with the Bankruptcy Code, Federal Rules of Bankruptcy

1  Procedure, Local Bankruptcy Rules and United States Trustee Guidelines and will attempt to

2  comply with them in all proceedings before the Court.

3          20.    To the best of my knowledge, after conducting or supervising the investigation

4  described above, I declare under penalty of perjury that the foregoing is true and correct.

5

6          DATED this 19th day of May, 2006.

7                                              SHEA & CARLYON, LTD.

8

9

10                                             JAMES PATRICK SHEA, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432