LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845
Email: Ldavis@lionelsawyer.com

E-Filed on 5/19/06

Attorneys for Scott K. Canepa

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 06-10725-LBR |
| | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | |
| | Date: June 15, 2006 |
| Debtor. | Time: 10:00 a.m. |

### CERTIFICATE OF SERVICE RE:
### NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, L.L.C.

1.  On May 18, 2006, I served the following document(s):

    **Notice of Motion for Relief from the Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan, L.L.C.**

2.  I served the above-named document(s) by the following means to the persons as listed below:

    [x]   a.   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

    *   **Franklin C. Adams**
        franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
    *   **Kelly J. Brinkman**
        kbrinkman@gooldpatterson.com
    *   **Matthew Q. Callister**
        mqc@callister-reynolds.com, maggie@callister-reynolds.com
    *   **Candace Carlyon**
        ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;
        bankruptcy filings@sheacarlyon.com; rsmith@sheacarlyon.com

-1-

| | | |
|---|---|---|
| 1 | * | **Kevin B. Christensen** <br> kchislaw@gooldpatterson.com |
| 2 | * | **Janet L. Chubb** <br> tbw@jonesvargas.com |
| 3 | * | **Jeffrey A. Cogan** <br> jeffrey@jeffreycogan.com, sarah@jeffreycogan.com |
| 4 | * | **Cici Cunningham** <br> bankruptcy@rocgd.com |
| 5 | * | **Thomas H. Fell** <br> THF@GORDONSILVER.COM, <br> BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 7 | | **Scott D. Fleming** <br> sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com |
| 8 | * | **Edward J. Hanigan** <br> haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 9 | * | **Evan L. James** <br> ejameslv@earthlink.net, kbchrislaw@aol.com |
| 10 | * | **Robert R. Kinas** <br> Rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com; lholding@swlaw.com; imcord@swlaw.com |
| 11 | * | **Nile Leatham** <br> nleatham@klnecada.com, ckishi@klnevada.com; bankruptcy@knevada.com |
| 12 | * | **Robert C. LePome** <br> robert@robertlepome.com, susan@robertlepome.com |
| 13 | * | **William L. McGinsey** <br> lawoffices601@lvcoxmail.com |
| 14 | * | **Richard McKnight** <br> mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com, sforemaster@lawlasvegas.com |
| 16 | * | **Jeanette E. McPherson** <br> bkfilings@s-mlaw.com |
| 17 | * | **Donna M. Osborn** <br> jinouye@marquisarurbach.com, dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; jcrowe@MarquisAurbach.com; kgallegos@MarquisAurbach.com |
| 19 | * | **Donald T. Polednak** <br> sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 20 | * | **Lenard Schwartzer** <br> bkfilings@s-mlaw.com |
| 21 | * | **Jeffrey G. Sloane** <br> gjklepel@yahoo.com |
| 22 | * | **Peter Susi** <br> cheryl@msmlaw.com, msm@msmlaw.com |
| 23 | * | **Caryn S. Tijsseling** <br> cst@beesleyandpeck.com, aha@beesleyandpeck.com |
| 24 | * | **U.S. Trustee - LV - 11** <br> USTPRegion17.lv.ecf@usdoj.gov |
| 25 | * | **Joan C. Wright** <br> jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com |
| 26 | * | **Matthew C. Zirzow** <br> bankruptcynotices@gordonsilver.com |

-2-

[x]  b.  **United States mail, postage fully prepaid** (list persons and addresses):

TO ALL PARTIES on the attached Mailing Matrix (Exhibit A) that were not served through the Bankruptcy Court ECF noticing system.

[ ]  c.  **Personal Service** (List persons and addresses):

  [ ]  For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

  [ ]  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]  d.  **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  e.  **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]  f.  **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 19th day of May, 2006.

/s/   Ginger Bagley
An Employee of Lionel Sawyer & Collins

-3-

# EXHIBIT A

USA Capital et al - MATRIX
5/18/06 - Service List

Annette W. Jarvis, Esq.
Ray Quinney & Nebeker, PC
36 So. State St., #1400, POB 45385
Salt Lake City, UT 84145

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 So. Jones Blvd., Suite #1
Las Vegas, NV 89146

Tom Allison
USA Commercial Mortgage, et al - Debtors
4484 South Pecos Road
Las Vegas, NV 89121

Scott Farrow, Esq.
US Dept. of Justice/Ofc. of US Trustee
300 Las Vegas Blvd., #4300
Las Vegas, NV 89101

USA Cap Realty Adv. - Unsec.
Kummer, Kaempfer Bonner & Renshaw
3800 Howard Hughes Pkwy., 7th flr.
Las Vegas, NV 89109

USA Cap. Realty Adv. - Unsec.
Intershow
The Githler Center
1258 North Palm Avenue
Sarasota, FL 34236

USA Securites - Unsec.
James Hull
c/o Signature Financial
2601 Airport Drive
Torrance, CA 90505

USA Securities - Unsec.
George Gorman
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

USA Securities - Unsec.
R. Hagmaier
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

USA Securities - Unsec.
Tim Rich
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Special Ntc.
Don Tomlin
c.o David W. Mounier
15316 Sky High Road
Escondido, CA 92025

Special Ntc.
Edward M. Homfield
Homfeld II, LLC
777 S. Federal Hwy., #N409
Pompano Beach, FL 33062

Special Ntc.
Maryette Bowman
534 Enchanted Lakes Drive
Henderson, NV 89052

Special Ntc.
RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Special Ntc.
Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV 89074

Special Ntc.
Michael R. Shuler
c/o Jay R. Eaton, Eaton & O'Leary, PLLC
115 Grove Avenue
Prescott, AZ 86301

Special Ntc.
Richard McKnight, Esq.
Law Offices of Richard McKnight
330 South Third St., #900
Las Vegas, NV 89101

Special Ntc.
Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Special Ntc.
Robert R. Kinas/Meredith J. Strand
Snell & Wilmer, LLP
3800 Howard Hughes Parkway, #1000
Las Vegas, NV 89109

Special Ntc.
Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

Special Ntc.
Kelly J. Brinkman, Esq.
Goold Patterson Ales & Day
4496 So. Pecos Road
Las Vegas, NV 89121

Special Ntc.
Martin A. Weiss, Esq.
One Betterworld Circle, #300
Temecula, CA 92590

Special Ntc.
Vince Danielian
c/o Edward J. Hanigan, Esq.
199 No. Arroyo Grande Blvd., #200
Henderson, NV 89074

Special Ntc.
Paul & Donna Jacques
810 S.E. 7tyh Street, #A-103
Deerfield Beach, FL 33441

Special Ntc.
J. Donnolo et al c/o Janet Chubb, Esq.
Jones Vargas
100 West Liberty St., 12th flr., POB 281
Reno, NV 89504

Special Ntc.
Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

Special Notice
William L. McGimsey, Esq.
601 E. Charleston Blvd.
Las Vegas, NV 89104

Special Notice
Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

Special Ntc.
Franklin C. Adams, Esq.
Best Best & Krieger, LLP
3750 University Ave, #400, POB 1028
Riverside, CA 92502

Special Notice
Attys/Prospect Hih Inc. Fund, et al
C. Cunningham/J. Kohl - Rawlings Olson et al
9950 West Cheyenne Avenue
Las Vegas, NV  89129

Special Ntc.
S & J Enterprise Invest. - Caryn S. Tijsseling
Beasley Peck & Matteoni, Ltd.
5011 Meadowood Mall Way, #300
Reno, NV  89502

Special Ntc.
R Mason/P Smoots/M Schmahl
Mcguire Woods, LLP
77 West Wacker Drive, #4100
Chicago, IL  60601

Special Ntc.
Regina M. McConnell, Esq.
Kravitz Schnitzer Sloane et al
1389 Galleria Drive, #200
Henderson, NV  89014

Special Notice
Community Bank of Nevada
c/o Donald T. Polednak, Ltd.
7371 Prairie Falcon, #120
Las Vegas, NV  89128

Special Notice
Bank of America
c/o Scott D. Fleming - Hale Lane et al
3930 Howeard Hughes Parkway, 4th flr.
Las Vegas, NV  89109

Special Notice
Miklos Steuer c/o N. Leatham/J. MacRobbie-
Kolesar & Leatham
3320 W. Sahara Ave., #380
Las Vegas, NV  89102

Special Notice
American Express Bank
c/o Gilbert B. Weisman - Becket & Lee
P.O. Box 3001
Malvern, PA  19355

Special Notice:
Andrew Welcher c/o William E. Winfield, Esq.
Nordman Cormany Hair & Compton
1000 Town Center Dr., 6th flr. - POB 9100
Oxnard, CA  93031

Other Parties:
Nevada Mortgage Pending Div.
Attn:  Susan Eckhardt
3075 E. Flamingo Rd., #100
Las Vegas, NV  89121

Other Parties:
Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street NW
Washington D.C.  20005

Other Parties:
DMV & Public Safety
Records Section
555 Wright Way
Carson City, NV  89711

Other Parties:
Nevada Dept. of Taxation
Bankruptcy Division
555 East Washington #1300
Las Vegas, NV  89101

Other Parties:
Nevada Secretary of State
202 North Carson Street
Carson City, NV  89701

Other Parties:
Office of Labor Commissioner
555 E. Washington Ave., #4100
Las Vegas, NV  89101

Other Parties:
U.S. Securities & Exchange Comm.
Attn:  Sarah D. Moyed, Esq.
5670 Wilshire Blvd., #1100
Los Angeles, CA  90036

Other Parties:
Dept. of Employment Training
Employ. Sec. Div. Contrib. Sec.
500 East Third Street
Carson City, NV  89713

Other Parties:
Employers Ins. Co. of Nevada
Attn:  Bankruptcy Desk
9790 Gateway Drive
Reno, NV  89521

Other Parties:
IRS/Attn:  Bankruptcy Dept.
Stop 5028
110 City Parkway
Las Vegas, NV  89106

Other Parties:
Nevada Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV  89710

Other Parties:
U.S. Attorney
District of Nevada
323 Las Vegas Blvd. So., #5000
Las Vegas, NV  89101

Other Parties:
U.S. Dept. of Justice
Tax Div. - Western Region
P.O. Box 683 - Ben Franklin Station
Washington D.C. 20044

Other Parties:
IRS
Ogden, UT  84201

Other Parties:
Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ  85012

Other Parties:
Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV  89155

Other Parties:
IRS - District Counsel
110 City Parkway
Las Vegas, NV  89106

Other Parties:
FHA/HUD District Office
333 North Rancho Drive, #700
Las Vegas, NV  89106

Other Parties:
Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV  89155

Bradley J. Stevens, Esq.
Robbins & Green, PA
3300 No. Central Ave., Suite 1800
Phoenix, AZ  85012

Peter Susi and Jay L. Michaelson
Michaelson Susi & Michaelson
7 West Figueroa St., 2nd floor
Santa Barbara, CA  93101

| | | |
|---|---|---|
| Gregory Walch, Esq.<br>Santoro Driggs et al<br>400 South Fourth Street, 3rd flr.<br>Las Vegas, NV  89101 | Jed A. Hart, Esq.<br>Angelo Gordon & Co.<br>245 Park Avenue, 26th flr.<br>New York, NY  10167 | Paul A. Jacques<br>810 South East 7th St., #A-103<br>Deerfield Beach, FL  33441 |
| William J. Bullard/Fertitta Enterprises<br>P.O. Box 27555<br>Las Vegas, NV  89126<br>Unsec. Cred. Comm. - Ex. Contr. | Helms Homes, LLC/Terry Helms<br>809 Upland Blvd.<br>Las Vegas, NV  89107<br>Unsec. Cred. Comm. - Ex. Contr. | Terry R. Helms Liv. Trust/Terry Helms<br>809 Upland Blvd.<br>Las Vegas, NV  89107<br>Unsec. Cred. Comm. - Ex. Contr. |
| Homfeld, II LLC/Edward W. Homfeld<br>858 Bishop Road<br>Grosse Pointe Park, MI  48230<br>Unsec. Cred. Comm. - Ex. Contr. | Arthur Polacheck<br>2056 Woodlake Circle<br>Deerfield, FL  33442<br>Unsec. Cred. Comm. - Ex. Contr. | Dennis Flier, Inc. DBT - Dennis Flier<br>20155 Porto Vita Way, #1803<br>Aventura, FL  33180<br>Unsec. Cred. Comm. - Ex. Contr. |
| Jim McCollum<br>1011 "F" Avenue<br>Coronado, CA  92118<br>Unsec. Cred. Comm. - Ex. Contr. | Robert Worthen<br>1112 Worthen Circle<br>Las Vegas, NV  89145<br>Equity Sec. Holders Comm. Div. Tr. Deed | Katz 200 Sep. Prop. Tr./Sara M. Katz<br>4250 Executive Square, #670<br>San Diego, CA 92037<br>Equity Sec. Holders Comm. Div. Tr. D. |
| Thomas C. Lawyer<br>45 Ventana Canyon Drive<br>Las Vegas, NV  89113<br>Equity Sec. Holders Comm. Div. Tr. D. | Maryan Rutar<br>4043 Chalfont Court<br>Las Vegas, NV  89121<br>Equity Sec. Holders Comm. Div. Tr. D. | Charles O. Nichols<br>2561 Seascape Drive<br>Las Vegas, NV  89128<br>Equity Sec. Holders Comm. Div. Tr. Deed |
| Kurt Hunsberger/Gannaway Char.R. Trust<br>3500 Lakeside Court, #200<br>Reno, NV  89520<br>Equity Sec. Holders Comm. Div. Tr. Deed | Robert H. Mansfield<br>3611 Victory Avenue<br>Las Vegas, NV  89121<br>Equity Sec. Holders Comm. Div. Tr. Deed | Robert E. Taylor/Chuck Heinrichs<br>198 El Pajaro<br>Newbury Park,  CA  91320<br>Equ. Sec. Holders Comm. 1st Tr. Deed |
| John H. Warner, Jr.<br>2048 North Chettro Trail<br>St. George, UT  84770<br>Equ. Sec. Holders Comm. 1st Tr. Deed | Mary Ellen Moro<br>1009 - 8th Street<br>Manhattan Beach, CA  90266<br>Equ. Sec. Holders Comm. 1st Tr. Deed | Richard G. Woudstra/RGW Recov. Trust<br>P.O. Box 530025<br>Henderson, NV  89053<br>Equ. Sec. Holders Comm. 1st Tr. Deed |
| Wen Baldwin, WB Sep. Prop. Trust<br>365 Dooley Drive<br>Henderson, NV  89015<br>Equ. Sec. Holders Comm. 1st Tr. Deed | Jerry T. McGimsey<br>3115 So. El Camino Road<br>Las Vegas, NV  89146<br>Equ. Sec. Holders Comm. 1st Tr. Deed | Richard Horowitz<br>5 Fir Drive<br>Kings Point, NY  11024<br>Equ. Sec. Holders Comm. 1st Tr. Deed |
| Donald Walker/Del Bunch dba Louis Part.<br>9209 Eagle Hills Drive<br>Las Vegas, NV  89134<br>Unsec. Cred. Comm. | Robert A. Russell/AD Devel. Group LLC<br>8585 East Hartford Dr., #500<br>Scotsdale, AZ  85255<br>Unsec. Cred. Comm. | Annee Nounna<br>8057 Lands End Court<br>Las Vegas, NV  89117<br>Unsec. Cred. Comm. |
| Michael T. Yoder/Adv. Informa. Systems<br>4270 Cameron St., #1<br>Las Vegas, NV  89103<br>Unsec. Cred. Comm. | Robert L. Hagmaier<br>15254 Candlewood Court<br>Lake Oswego, OR  97035<br>Unsec. Cred. Comm. | Greg Garman, Esq.<br>Gordon & Silver<br>3960 Howard Hughes Parkway, 9th flr.<br>Las Vegas, NV  89109 |

Thomas H. Fell, Esq./Matthew C. Zirzow, Esq.
Gordon & Silver
3960 Howard Hughes Parkway, 9th flr.
Las Vegas, NV  89109

Candace Carlyon, Esq.
Shea & Carlyon
233 South Fourth St,. #200
Las Vegas, NV  89101

Nicholas J. Santoro, Esq.
Santoro Driggs et al
400 South Fourth Street, 3rd floor
Las Vegas, NV  89101

Robert C. LePome, Esq.
330 South Third Street, #1100-B
Las Vegas, NV  89101

Frank Merola/Eve Karasik
Stutman Treister & Glatt
1901 Avenue of the Stars, 12th floor
Los Angeles, CA  90067

Spec. Notice
Richard  J. Mason
130 Pinetree Lane
Riverwoods, IL  60015

Special Ntc.
Erven T. Nelson
6060 W. Elton Avenue, #A
Las Vegas, NV  89107

Special Notice
Joshua D. Brysky
Law Offices of James G. Schwartz
7901 Stoneridge Dr., #401
Pleasanton, CA  94588