LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza                                    **E-Filed on 5/19/06**
300 South Fourth Street
Las Vegas, NV  89101
Telephone:  (702) 383-8888
Facsimile:  (702) 383-8845
Email:  Ldavis@lionelsawyer.com

Attorneys for Scott K. Canepa

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 06-10725-LBR |
| | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | |
| | Date:  June 15, 2006 |
| Debtor. | Time:  10:00 a.m. |

**CERTIFICATE OF SERVICE RE**:
**(1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, L.L.C., (2) DECLARATION OF SCOTT K. CANEPA TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, L.L.C. AND 3) NOTICE OF HEARING THEREON**

1.    On May 18, 2006, I served the following document(s):

        **(1) Motion for Relief from the Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan, L.L.C., (2) Declaration of Scott K. Canepa in Support of Motion for Relief from Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan, L.L.C., and (3) Notice of Hearing Thereon**

2.    I served the above-named document(s) by the following means to the persons as listed below:

[x]    a.    **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

*    **Franklin C. Adams**
     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
*    **Kelly J. Brinkman**
     kbrinkman@goldpatterson.com
*    **Matthew Q. Callister**
     mqc@callister-reynolds.com, maggie@callister-reynolds.com

-1-

1

    *    **Candace Carlyon**
ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;

2
bankruptcy filings@sheacarlyon.com; rsmith@sheacarlyon.com

    *    **Kevin B. Christensen**

3
kchislaw@gooldpatterson.com

    *    **Janet L. Chubb**

4
tbw@jonesvargas.com

    *    **Jeffrey A. Cogan**

5
jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

    *    **Cici Cunningham**

6
bankruptcy@rocgd.com

    *    **Thomas H. Fell**

7
THF@GORDONSILVER.COM,
BANKRUPTCYNOTICES@GORDONSILVER.COM

8
        **Scott D. Fleming**
sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com

9
    *    **Edward J. Hanigan**
haniganlaw@earthlink.net, haniganlaw1@earthlink.net

10
    *    **Evan L. James**
ejameslv@earthlink.net, kbchrislaw@aol.com

11
    *    **Robert R. Kinas**
Rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com;

12
lholding@swlaw.com; imcord@swlaw.com

    *    **Nile Leatham**

13
nleatham@klnecada.com, ckishi@klnevada.com; bankruptcy@knevada.com

    *    **Robert C. LePome**

14
robert@robertlepome.com, susan@robertlepome.com

    *    **William L. McGinsey**

15
lawoffices601@lvcoxmail.com

    *    **Richard McKnight**

16
mcknightlaw@cox.net, gkopang@lawlasvegas.com;
cburke@lawlasvegas.com, sforemaster@lawlasvegas.com

17
    *    **Jeanette E. McPherson**
bkfilings@s-mlaw.com

18
    *    **Donna M. Osborn**
jinouye@marquisarurbach.com, dosborn@marquisaurbach.com;

19
tszostek@marquisaurbach.com; jcrowe@MarquisAurbach.com;
kgallegos@MarquisAurbach.com

20
    *    **Donald T. Polednak**
sandplegal@yahoo.com, spbankruptcy@yahoo.com

21
    *    **Lenard Schwartzer**
bkfilings@s-mlaw.com

22
    *    **Jeffrey G. Sloane**
gjklepel@yahoo.com

23
    *    **Peter Susi**
cheryl@msmlaw.com, msm@msmlaw.com

24
    *    **Caryn S. Tijsseling**
cst@beesleyandpeck.com, aha@beesleyandpeck.com

25
    *    **U.S. Trustee - LV - 11**
USTPRegion17.lv.ecf@usdoj.gov

26
    *    **Joan C. Wright**
jwright@allisonimackenzie.com, jbrooks@allisonmackenzie.com

27

28

\*    **Matthew C. Zirzow**
bankruptcynotices@gordonsilver.com

[x]    b.    **United States mail, postage fully prepaid** (list persons and addresses):

Annette W. Jarvis, Esq.                Tom Allison
Ray Quinney & Nebeker, P.C.            USA Commercial Mortgage, et al - Debtors
36 South State St., #1400              4484 South Pecos Road
Post Office Box 45385                  Las Vegas, NV  89121
Salt Lake City, UT  84145

[ ]    c.    **Personal Service** (List persons and addresses):

[ ]    For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

[ ]    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]    d.    **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

[ ]    f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (A declaration by the messenger must be attached to this Certificate of Service).

/ / /

/ / /

-3-

1    **I declare under penalty of perjury that the foregoing is true and correct**.

2    DATED this 19th day of May, 2006.

3

4    _____/s/_____Ginger Bagley_____
     An Employee of Lionel Sawyer & Collins

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-