ELECTRONICALLY FILED
MAY 19, 2006

| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
|---|---|
| JEFFREY H. DAVIDSON | JAMES PATRICK SHEA |
| (CA State Bar. No. 73980) | (Nevada State Bar No. 000405) |
| FRANK A. MEROLA | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 136934) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:   jdavidson@stutman.com | E-mail:   jshea@sheacarlyon.com |
|          fmerola@stutman.com |          ccarlyon@sheacarlyon.com |
|          cpajak@stutman.com |          ssherman@sheacarlyon.com |

(Proposed) Counsel for the Investor Committees

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | ) BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | ) Chapter 11 |
|   Debtor | ) |
| In re: | ) BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) Chapter 11 |
|   Debtor | ) |
| In re: | ) BK-S-06-10727-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Chapter 11 |
|   Debtor | ) |
| In re: | ) BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) Chapter 11 |
|   Debtor. | ) |
| In re: | ) BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | ) Chapter 11 |
|   Debtor. | ) |
| Affects | ) |
| ☐ All Debtors | ) Date: June 5, 2006 |
| ☒ USA Commercial Mortgage Co. | ) Time: 9:30 a.m. |
| ☐ USA Securities, LLC | ) Place: Courtroom #2 |
| ☐ USA Capital Realty Advisors, LLC | ) |
| ☒ USA Capital Diversified Trust Deed | ) |
| ☒ USA First Trust Deed Fund, LLC | ) |

## NOTICE OF HEARING ON SHORTENED TIME RE COMMITTEE COUNSEL EMPLOYMENT APPLICATIONS

**NOTICE OF HEARING ON SHORTENED TIME RE (1) APPLICATION BY THE OFFICIAL INVESTOR COMMITTEES TO EMPLOY STUTMAN, TREISTER & GLATT, P.C. AS COUNSEL FOR MATTERS OF COMMON INTEREST, AND (2) APPLICATION FOR ORDER APPOINTING SHEA & CARLYON, LTD. AS SPECIAL (NEVADA) COUNSEL FOR THE OFFICIAL COMMITTEES OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY**
**(AFFECTS CASE NOS. 06-10725 – USA COMMERCIAL MORTGAGE COMPANY; 06-10729 – USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND 06-10728 – USA CAPITAL FIRST TRUST DEED FUND, LLC)**

PLEASE TAKE NOTICE THAT an Application by the Official Investor Committees to Employ Stutman, Treister & Glatt, P.C. as Counsel for Matters of Common Interest has been filed with the Court on May 18, 2006; and an Application for Order Appointing Shea & Carlyon, Ltd. as Special (Nevada) Counsel for the Official Committees of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, and USA Capital Diversified Trust Deed Fund, LLC; and the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company (collectively, the "Investor Committees") has been filed with the Court on May 19, 2006 (collectively, the "Committee Counsel Employment Applications"). The Committee Counsel Employment Applications request that the Court approve the employment of Stutman Treister & Glatt, P.C. as counsel, and Shea & Carlyon, Ltd. as special Nevada counsel, for the joint representation of the Investor Committees.

PLEASE TAKE FURTHER NOTICE that the Committee Counsel Employment Applications will be heard by a United States Bankruptcy Judge on shortened time in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the **5th day of June, 2006 at 9:30 a.m.**

PLEASE TAKE FURTHER NOTICE that copies of the above-reference Committee

Counsel Employment Applications are on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101. Additional copies are available at no charge form the BMC website located at http://www.bmcgroup.com/usacmc.

PLEASE TAKE FURTHER NOTICE that pursuant to the Amended Order Establishing case Management Procedures entered by this Court on May 17, 2005, the deadline to file and serve objections to Requests for Relief set on shortened time shall be no later than Monday, May 26, 2006. Any brief filed in reply to an objection to Request for Relief shall be filed by noon on June 2, 2006. Courtesy copies of all pleadings must be delivered to the Bankruptcy Court Clerk's office upon filing.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

Dated this 19th day of May, 2006.

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA, ESQ.
Nevada State Bar No: 000405
CANDACE C. CARLYON, ESQ.
Nevada State Bar No.: 002666
SHLOMO S. SHERMAN, ESQ.
Nevada State Bar No. 009688

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

3