1 | Erven T. Nelson, Esq.
Robert L. Bolick, Ltd.
2 | 6060 W. Elton Avenue, Suite A
Las Vegas, NV 89107
3 | Tel: (702) 870-6060        **Entered on Docket**
Fax: (702) 870-6090        **May 17, 2006**
4 | Nevada Bar #2332

FILED AND ENTERED
ON DOCKET

MAY 17   5 21 AM '06

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

5

6

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

7 | **In re:**
**USA COMMERCIAL MORTGAGE COMPANY,**
8 |                                          **Debtor.**

**Case No. BK-S-06-10725 LBR**
**Case No. BK-S-06 10726 LBR**
**Case No. BK-S-06 10727 LBR**
**Case No. BK-S-06-10728 LBR**
**Case No. BK-S-06-10729 LBR**

9 | **In re:**
**USA CAPITAL REALTY ADVISORS, LLC,**
                                          **Debtor.**

10 | **In re:**
**USA CAPITAL DIVERSIFIED TRUST DEED FUND,**
11 | **LLC,**
                                          **Debtor.**

**Chapter 11**

**Jointly Administered Under**
**Case No. BK-S-06-10725 LBR**

12 | **In re:**
**USA CAPITAL FIRST TRUST DEED FUND, LLC,**
13 |                                          **Debtor.**

14 | **In re:**
**USA SECURITIES, LLC,**
                                          **Debtor.**

**ORDER GRANTING PERMISSION TO FILE IN**
**PAPER FORMAT**

15 | **Affects:**
 **X   All Debtors**
16 | ___ **USA Commercial Mortgage Company**
___ **USA Securities, LLC**
___ **USA Capital Realty Advisors, LLC**
17 | ___ **USA Capital Diversified Trust Deed Fund, LLC**
___ **USA First Trust Deed Fund, LLC**
18

19 | The Court hereby grants the Motion filed by Erven T. Nelson, Esq. The Clerk of the Court is hereby directed to

20 | accept in paper format the following document as identified in the movant's "Motion for Permission to File in

21 | Paper Format Due to Exemption or Exceptional Circumstances"

22 | Request for Special Notice

23 | No other documents may be filed in paper format without first seeking permission from the Court.

24 | **IT IS SO ORDERED.**

25

26 | Dated: _____

27 | Submitted by:

                                     United States Bankruptcy Court Judge

28 | ERVEN T. NELSON, Esq.
Attorney for Claimant

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0978-2        User: lakaswm           Page 1 of 1              Date Rcvd: May 17, 2006
Case: 06-10725             Form ID: pdf912         Total Served: 1
```

```
The following entities were served by first class mail on May 19, 2006.
aty          +BOLICK & BOYER,  C/O ERVEN T. NELSON, ESQ.,   6060 W. ELTON AVENUE, SUITE A,
              LAS VEGAS, NV 89107-0126

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2006                Signature:    *Joseph Speetjens*