ORIGINAL

5/15/06

Peter Susi, Bar No. 62957
Jay L. Michaelson, Bar No. 39774
Michaelson, Susi & Michaelson
A Professional Corporation
7 West Figueroa Street, 2nd Floor
Santa Barbara, CA 93101
(805) 965-1011; 805) 965-7351 (fax)

peter@msmlaw.com; jay@msmlaw.com

Name, Address, Telephone No., Bar Number & E-mail Address

FILED AND ENTERED
Entered on Docket
May 19, 2006

RECEIVED AND FILED
2006 MAY 19 A 7:30

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: *(Name of Debtor)*

USA COMMERCIAL MORTGAGE COMPANY,

Debtor(s)

X Affects all Debtors

Case No. BK- S-06-10725 LBR

Adv. # _____

Chapter ☐ 7  ☒ 11  ☐ 13

**ORDER GRANTING PERMISSION TO FILE IN PAPER FORMAT**

The Court hereby grants the Motion filed by Michaelson, Susi & Michaelson, P.C. _____ *(name of movant)*. The Clerk of the Court is hereby directed to accept in paper format the following document(s) as identified in the movant's "Motion For Permission To File In Paper Format Due To Exemption Or Exceptional Circumstances" *(list title of each document):*

REQUEST FOR SPECIAL NOTICE AND TO BE ADDED TO MASTER
MAILING LIST
_____

No other documents may be filed in paper format without first seeking permission from the Court.

**IT IS SO ORDERED.**

1 | Submitted by:
2 |
3 | JAY L. MICHAELSON
4 |
5 |
6 | December 27, 2005
7 |
8 |
9 |
10 | _____
11 | U.S. Bankruptcy Judge
12 | Honorable Linda B. Riegle

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2            User: johnsondk           Page 1 of 1                  Date Rcvd: May 19, 2006
Case: 06-10725                  Form ID: pdf912           Total Served: 2

The following entities were served by first class mail on May 21, 2006.
              +MICHAELSON, SUSI & MICHAELSON,   7 WEST FIGUEROA STREET, 2ND FLOOR,   SANTA BARBARA, CA 93101-3191
 2683632      +M & J Cauchois Family Trust dated 2/25/9,   c/o Maurice A. Cauchois & Jacqueline M.,
                697 Blue Lake Drive,   Boulder City, NV 89005-1534
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 intp          MICHAELSON, SUSI & MICHAELSON
                                                                                                 TOTALS: 1, * 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 21, 2006**          **Signature:**   _Joseph Speetjens_