Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

Entered on Docket
May 19, 2006

FILED AND ENTERED

'06 MAY 19 A7:00

MAY 1 2 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **ORDER GRANTING<br>PERMISSION TO FILE IN<br>PAPER FORMAT** |
| Affects:<br> X  All Debtors<br>___ USA Commercial Mortgage Company<br>___ USA Capital Realty Advisors, LLC<br>___ USA Capital Diversified Trust Deed Fund, LLC<br>___ USA Capital First Trust Deed Fund, LLC<br>___ USA Securities, LLC | |

///

///

///

///

///

///

Page 1 of 2

## ORDER GRANTING PERMISSION TO FILE IN PAPER FORMAT

The Court hereby grants the Motion filed by Regina M. McConnell, Esq. The Clerk of the Court is hereby directed to accept in paper format the following document(s) as identified in the movant's "Motion For Permission To File In Paper Format Due To Exemption Or Exceptional Circumstances" *(list title of each document)*:

Verified Petition of Michael M. Schmahl for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court; and Designation of Local Counsel and Consent Thereto.

No other documents may be filed in paper format without first seeking permission from the Court.

IT IS SO ORDERED.

Dated: _____     _____
BANKRUPTCY COURT JUDGE

Submitted by:
KRAVITZ, SCHNITZER, SLOANE,
    JOHNSON & EBERHARDY, CHTD.

By: _Regina M. McConnell_
Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone:   (702) 362-6666
Facsimile:   (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

O:\rmm\_KSS Data\Kantor\Schmahl Order to File Paper.wpd

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2            User: johnsondk            Page 1 of 1              Date Rcvd: May 19, 2006
Case: 06-10725                  Form ID: pdf912            Total Served: 1

The following entities were served by first class mail on May 21, 2006.
aty         +JEFFREY G. SLOANE,    KRAVITZ, SCHNITZER, & SLOANE, CHTD.,     1389 GALLERIA DRIVE #200,
              HENDERSON, NV 89014-6686
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2006**                    **Signature:** _Joseph Speetjens_