

**Entered on Docket
May 22, 2006**

Hon. Linda B. Riegle
United States Bankruptcy Judge

1
2
3
4
5
6
7

JEFFREY H. DAVIDSON
(CA State Bar No. 73980),
FRANK A. MEROLA
(CA State Bar No. 136934), and
EVE H. KARASIK
(CA State Bar No. 155356), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:  jdavidson@stutman.com
       fmerola@stutman.com
       ekarasik@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
(NV State Bar No. 000405)
CANDACE C. CARLYON
(NV State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(NV State Bar No. 009688
233 S. Fourth Street, Second Floor
Las Vegas, NV  89101
Telephone: (702)471-7432
Facsimile: (702)471-7435
Email:  jshea@sheacarlyon.com
       ccarlyon@sheacarlyon.com
       ssherman@sheacarlyon.com

[Proposed] Special Counsel for the Investor Committees

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

**ORDER SHORTENING TIME RE EMPLOYMENT APPLICATIONS
(STUTMAN, TREISTER & GLATT, P.C. AND SHEA & CARLYON, LTD.)**

*SHEA & CARLYON, LTD.*
233 S. Fourth Street, 2ⁿᵈ Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Chapter 11 |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | Chapter 11 |
| Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | ) | Chapter 11 |
| Debtor | ) | |

Affects:

☐ All Debtors
☒ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed
☒ USA First Trust Deed Fund, LLC

Date:  June 5, 2006
Time: 9:30 a.m.

**ORDER SHORTENING TIME ON APPLICATION BY THE OFFICIAL INVESTOR COMMITTEES TO EMPLOY STUTMAN, TREISTER & GLATT, P.C. AS COUNSEL FOR MATTERS OF COMMON INTEREST, AND APPLICATION FOR ORDER APPOINTING SHEA & CARLYON, LTD. AS SPECIAL (NEVADA) COUNSEL FOR THE OFFICIAL COMMITTEES OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY**
**(AFFECTS CASE NO. 06-10725-USA COMMERCIAL MORTGAGE COMPANY; 06-10729- USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND 06-10728- USA CAPITAL FIRST TRUST DEED FUND, LLC)**

The Court, having considered the Verbal Application for Order Shortening Time on the

Application by the Official Investor Committees to Employ Stutman, Treister & Glatt, P.C. as

1  Counsel for Matters of Common Interest, as well as on the Application for Order Appointing

2  Shea & Carlyon, Ltd. as Special (Nevada) Counsel for the Official Committees of Equity

3  Security Holders of USA Capital First Trust Deed Fund, LLC, and USA Capital Diversified

4  Trust Deed Fund, LLC; and the Official Committee of Holders of Executory Contract Rights of

5  USA Commercial Mortgage Company (and collectively, the "Committee Counsel Employment

6

7  Applications"), and having granted the request for hearing in open court on May 18, 2006; and

8  good cause appearing therefor:

9      IT IS HEREBY ORDERED that the Committee Counsel Employment Applications will

10

11  be heard by a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas

12  Boulevard South, Las Vegas, Nevada, on the **5th day of June, 2006 at 9:30 a.m.**  Copies of the

13  above-referenced Applications are on file with and available from the Clerk of the United States

14  Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas,

15  Nevada 89101.  Additional copies are available at no charge from the BMC website located at

16

17  http://www.bmcgroup.com/usacmc.

18      IT IS FURTHER ORDERED that, pursuant to the Amended Order Establishing Case

19  Management Procedures entered by this Court on May 17, 2006, the deadline to file and serve

20  objections to Requests for Relief set on shortened time shall be no later than Monday, May 26,

21  2006.  Any brief filed in reply to an objection to Request for Relief shall be filed by noon on

22  June 2, 2006.

23

24      IT IS FURTHER ORDERED that this hearing may be continued from time to time

25  without further notice except for the announcement of any adjourned dates and time at the

26  above noticed hearing or any adjournment thereof.

27

28  SUBMITTED BY:

1   SHEA & CARLYON, LTD.

2

3   _____
    JAMES PATRICK SHEA, ESQ.
4   Nevada Bar No. 000405
    CANDACE C. CARLYON, ESQ.
5   Nevada Bar No. 002666
    SHLOMO S. SHERMAN, ESQ.
6   Nevada Bar No, 009688
7   233 S. Fourth Street, Suite 200

8   (Proposed) Counsel for the Investor
    Committees
9

10

11  APPROVED / DISAPPROVED

12  SCHWARTZER & MCPHERSON, P.C.

13

14  _____
    Lenard E. Schwartzer, Esq.
15  2850 S. Jones Blvd., #1
    Las Vegas, NV 89146
16

17  Counsel for Debtors

18

19

20

21

22

23

24

25

26

27

28

APPROVED / DISAPPROVED

OFFICE OF THE U.S. TRUSTEE

_____
August B. Landis
Foley Federal Building
300 Las Vegas Blvd. S., #4300
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

4

1   SHEA & CARLYON, LTD.

2

3   _____
    JAMES PATRICK SHEA, ESQ.

4   Nevada Bar No. 000405
    CANDACE C. CARLYON, ESQ.

5   Nevada Bar No. 002666
    SHLOMO S. SHERMAN, ESQ.

6   Nevada Bar No, 009688

7   233 S. Fourth Street, Suite 200

8   (Proposed) Counsel for the Investor
    Committees

9

10

11   APPROVED / DISAPPROVED

12   SCHWARTZER & MCPHERSON, P.C.

13

14   _____
     Lenard E. Schwartzer, Esq.

15   2850 S. Jones Blvd., #1
     Las Vegas, NV 89146

16

17   Counsel for Debtors

18

19

20

21

22

23

24

25

26

27

28

APPROVED / DISAPPROVED

OFFICE OF THE U.S. TRUSTEE

_____
August B. Landis
Foley Federal Building
300 Las Vegas Blvd. S., #4300
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 E. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

4

1    SHEA & CARLYON, LTD.

2

3    _____

4    JAMES PATRICK SHEA, ESQ.
     Nevada Bar No. 000405

5    CANDACE C. CARLYON, ESQ.
     Nevada Bar No. 002666

6    SHLOMO S. SHERMAN, ESQ.
     Nevada Bar No, 009688

7    233 S. Fourth Street, Suite 200

8    (Proposed) Counsel for the Investor
     Committees

9

10

11   APPROVED / DISAPPROVED

12   SCHWARTZER & MCPHERSON, P.C.

13

14   _____

15   Lenard E. Schwartzer, Esq.
     2850 S. Jones Blvd., #1

16   Las Vegas, NV 89146

17   Counsel for Debtors

18

19

20

21

22

23

24

25

26

27

28

APPROVED / DISAPPROVED

OFFICE OF THE U.S. TRUSTEE

August B. Landis
Foley Federal Building
300 Las Vegas Blvd. S., #4300
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

4

1

## RULE 9021 DECLARATION

2   In accordance with Local Rule 9021, the undersigned certifies:

3   ☐ The Court waived the requirements of LR 9021.

4
5   ☒ I have delivered a copy of proposed order to all attorneys and unrepresented parties
    who appeared at the hearing regarding this matter and/or who filed a written
6   objection and each has:
7
8       ☒ approved the form of this order;

9       ☐ waived the right to review this order; and/or

10      ☐ failed to file and serve papers in accordance with LR 9021(c).

11
12  ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented
    parties who appeared at the hearing regarding this matter and/or who filed a written
13  objection and all have either approved the form of this order, waived the right to
14  review the order, failed to file and serve papers in accordance with LR 9021(c) and
15  the following have disapproved the order:
16
17  ☐ No opposition was filed to the motion and no other party or counsel appeared at the
    hearing.
18
19  DATED this 19th day of June, 2006.

20                              SHEA & CARLYON, LTD.

21

22                              JAMES PATRICK SHEA, ESQ.
23                              Nevada Bar No. 000405
                                CANDACE C. CARLYON, ESQ.
24                              Nevada Bar No. 002666
                                SHLOMO S. SHERMAN
25                              Nevada Bar No. 009688
                                233 South Fourth Street, Second Floor
26                              Las Vegas, NV  89101
27                                      ###
28

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432