

1

2

**Entered on Docket**
**May 22, 2006**

3



_Hon. Linda B. Riegle_
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

4

5

6   Annette W. Jarvis, Utah Bar No. 1649

7   RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400

8   P.O. Box 45385
Salt Lake City, Utah 84145-0385

9   Telephone: (801) 532-1500
Facsimile: (801) 532-7543

10   Email: ajarvis@rqn.com

11   and
Lenard E. Schwartzer

12   Nevada Bar No. 0399
Jeanette E. McPherson

13   Nevada Bar No. 5423
Schwartzer & McPherson Law Firm

14   2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

15   Telephone: (702) 228-7590
Facsimile: (702) 892-0122

16   E-Mail: bkfilings@s-mlaw.com

17   Proposed Attorneys for Debtors and Debtors-in-Possession

18   **UNITED STATES BANKRUPTCY COURT**

19

20   **DISTRICT OF NEVADA**

21

22   In re:

23   USA COMMERCIAL MORTGAGE
COMPANY,

24

25

26                   Debtor.

27

28

Case Nos. BK-S-06-10725 LBR

Chapter 11

**SECOND ORDER APPROVING**
**DEBTORS' PROPOSED CASH**
**MANAGEMENT PROCEDURES AND**
**CASH USAGE**

Date: May 3, 2006
Time: 9:30 a.m.

- 1 –
Second Order Approving Debtors' Proposed Cash Management Procedures And Cash Usage

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    Before the Court is the Debtors' Motion for Order Approving Debtors' Proposed Cash

2    Management Procedures and Interim Use of Cash filed April 14, 2006 (the "Motion"). The

3    Motion sought approval of the Debtors' proposed cash management procedures and the Debtors'

4    limited use of cash for a limited period pursuant to the cash budget (the "Initial Budget") attached

5    as Exhibit A to the Motion. On April 19, 2005, the Court entered an Interim Order approving the

6    Motion and the Debtors' interim use of cash, for the purposes and on the terms set forth in the

7    Motion and the Initial Budget until May 3, 2006 when the Motion was to be considered further at

8    a hearing. On May 2, 2006, the Debtors filed a Reply Brief (the "Reply") and a Supplemental

9    Declaration of Thomas J. Allison in support of the Motion, including a revised cash budget (the

10    "Revised Budget") attached as Exhibit B to the Supplemental Declaration. Several objections to

11    the Motion were filed on or before May 3, 2006. At the hearing held May 3, 2006, numerous

12    appearances were made upon the record, testimony and other evidence were presented and

13    arguments were made concerning the Motion.

14    The Court having considered the declarations of Thomas J. Allison and exhibits thereto in

15    support of the Motion, the arguments set forth in the Motion and in the Reply, the evidence

16    presented and arguments made at the May 3, 2006 hearing, and other facts of record in the

17    Debtors' bankruptcy cases, and finding that notice of the Motion was adequate and proper, it is

18    hereby

19    ORDERED that the Motion is GRANTED in that:

20    1)    The Debtors' proposed cash management procedures set forth in the

21    Motion, as clarified in the Reply, the Revised Budget, and the proceedings of the May 3, 2006

22    hearing, are approved; and

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1          2)        The Debtors' use of cash to the extent and for the purposes reflected in the

2   Revised Budget through July 16, 2006 is approved, except that, consistent with the clarifications

3   made by the Debtors at the hearing on May 3, 2006, post-petition financing and professional fees

4   may not be disbursed without further Court order.

5   Submitted by:

6   Annette W. Jarvis, Utah Bar No. 1649
    RAY QUINNEY & NEBEKER P.C.
7   36 South State Street, Suite 1400
    P.O. Box 45385
8   Salt Lake City, Utah 84145-0385

9   and

10

11

12  Lenard E. Schwartzer
    Nevada Bar No. 0399
13  Jeanette E. McPherson
    Nevada Bar No. 5423
14  Schwartzer & McPherson Law Firm
    2850 South Jones Boulevard, Suite 1
15  Las Vegas, Nevada 89146-5308
    Proposed Attorneys for Debtors
16

17  Approved/Disapproved by:

18

19

20  Office of the U.S. Trustee
    300 Las Vegas Boulevard South, Suite 4300
21  Las Vegas, NV 89101

22                                                    # # #

23

24

25

26

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Second Order Approving Debtors' Proposed Cash Management Procedures And Cash Usage