

**Entered on Docket
May 22, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Proposed Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                                        Debtor. | Case No. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**ORDER APPROVING MOTION FOR ORDER GRANTING DEBTOR ADDITIONAL TIME TO FILE ITS STATEMENTS AND SCHEDULES**<br><br>Hearing Date:  May 3, 2006<br>Hearing Time: 9:30 a.m. |

Order Granting Debtors Additional Time To File Its Statements And Schedules

The Motion For Order Granting Debtor Additional Time To File Its Statements And Schedules (the "Motion") filed by Debtor USA Commercial Mortgage Company ("Debtor"), having come before this Court on May 3, 2006, the Debtor appearing by and through its counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm, and other appearances having been made upon the record; the Court having considered the Motion and having heard the arguments of counsel for various investors and the United States Trustee, and having determined that proper notice has been given, and good cause appearing, it is hereby

**ORDERED** that the Motion is GRANTED; and

**ORDERED** that the Debtor is granted additional time to file its Statements and Schedules required under Fed. R. Bankr. P. 1007 beyond the fifteen (15) day requirement contained in Rule 1007(c) and may have up to and including June 15, 2006 to file its Statements and Schedules.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

_____
Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Proposed Attorneys for Debtors

Approved/Disapproved by:

_____
Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

###

Order Granting Debtors Additional Time To File Its Statements And Schedules