

**Entered on Docket
May 22, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Proposed Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**ORDER GRANTING MODIFIED MOTION FOR AUTHORIZATION TO PAY ADDITIONAL PREPETITION WAGES TO SEVEN KEY EMPLOYEES**<br><br>Date: May 3, 2006<br>Time: 9:30 a.m. |

Order Granting Motion To Pay PrePetition Wages

1

The Modified Motion For Authorization To Pay Additional Prepetition Wages To Seven Key Employees having come before this Court on May 3, 2006, filed by Debtor USA Commercial Mortgage Company ("Debtor"), the Debtor appearing by and through its counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm; other appearances being made upon the record; the Court having heard the arguments of the parties, it is hereby

ORDERED that the Motion is GRANTED and the Debtor is authorized and directed to pay the seven key employees identified on Exhibit B attached to the Motion the amounts set forth in the "Additional Amount Requested" column in the aggregate amount of $10,250 (plus applicable tax and benefits).

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

_____
Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Proposed Attorneys for Debtors

Approved/Disapproved by:

_____
Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

###

Order Granting Motion To Pay PrePetition Wages