**Entered on Docket
May 22, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Proposed Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                      Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                      Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                      Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                      Debtor. | Date: N/A<br>Time: N/A |

1

Stipulation and Order Re Incline Village Lease

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

**STIPULATION AND ORDER REGARDING REJECTION OF LEASE WITH P&P ENTERPRISES LIMITED LIABILITY COMPANY [AFFECTS USA COMMERCIAL MORTGAGE COMPANY]**

USA Commercial Mortgage Company, Debtor and Debtor-in-Possession ("Debtor" or "USA"), by and through its counsel, Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, and P & P Enterprises Limited Liability Company, by and through its counsel, Geoffrey Giles, Esq., hereby stipulate and agree as follows:

**WHEREAS,** the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on April 13, 2006 (the "Petition Date"), and the Debtor continues to operate its business and possess its property as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

**WHEREAS,** the Debtor is a party to a Lease as lessee with P & P Enterprises Limited Liability Company ("P&P") dated June 6, 2001 (the "Lease"). Under the Lease, the Debtor leased real property located at 940 Southwood Boulevard, Incline Village, Nevada known as Timber Ridge Plaza, Suite 103 (the "Premises").

**WHEREAS**, upon execution of the Lease, Debtor made an initial deposit by paying a security deposit in the amount of $2,274.80 ("Security Deposit"), the first month's rent in the amount of $2,274.80, and the last month's rent in the amount of $2,460.42 ("Last Month's Rent"). The current monthly rental payment is $2,661.19 plus common area maintenance charges. The Lease expires in June 30, 2007.

**WHEREAS,** the Debtor issued a check to P&P for the rent for April, 2006; however, such check was returned for nonsufficient funds.

**WHEREAS,** the Debtor has rejected the Lease and vacated the Premises on or around

1  May 10, 2006.

2  **WHEREAS,** the Debtor has agreed that in exchange for this stipulation, P&P shall waive any prepetition, administrative, and rejection damages claims that it does or may hold and P&P is permitted to retain the Debtor's Security Deposit and Last Month's Rent that it holds in its possession.

**NOW, THEREFORE,** in consideration of the foregoing, the Debtor and P&P agree as follows:

1. The foregoing recitals are true and incorporated herein in full.
2. The Lease is hereby rejected.
3. The automatic stay under 11 U.S.C. § 362 is hereby lifted and the lifting of the automatic stay in favor of P&P shall not be subject to the ten (10) day stay imposed under Fed.R.Bankr. P. 4001(a)(3).
4. P&P is entitled to keep the Security Deposit and Last Month's Rent and in exchange P&P waives any and all prepetition, administrative, and rejection damages claims that it holds or may hold and is hereby estopped and precluded from asserting such claims.

DATED: May __, 2006                                DATED: May __, 2006.


/s/ Jeanette E. McPherson_____        /s/ Geoffrey L. Giles_____
Jeanette E. McPherson, Esq.                       Geoffrey L. Giles
Schwartzer & McPherson Law Firm                   527 California Avenue
2850 South Jones Boulevard, Suite 1               Reno, Nevada  89509
Las Vegas, NV  89146                              Attorney for P & P Enterprises Limited
Proposed Attorneys for Debtors and                Liability Company
Debtors-in-Possession

## ORDER

**IT IS SO ORDERED.**

Submitted By:

/s/ Jeanette E. McPherson_____
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV  89146
Proposed Attorneys for Debtors and
Debtors-in-Possession                              ###

Stipulation and Order Re Incline Village Lease