Robert C. LePome, Esq.  　　　　　　　　　　　　E-Filed May 22, 2006
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) | |
| Debtor | ) | |
| Affects: | ) | |
| ☐ All Debtors | ) | |
| ■ USA Commercial Mortgage Co. | ) | |
| ☐ USA Securities, LLC | ) | |
| ☐ USA Capital Realty Advisors, LLC | ) | DATE: 6-5-06 |
| ☐ USA Capital Diversified Trust Deed | ) | TIME: 9:30 AM |
| ☐ USA First Trust Deed Fund, LLC | ) | |
| | ) | |

1

**JOINDER IN DIRECT LENDERS' MOTIONS: TO COMPEL DEBTOR TO CONTINUE TO FORWARD LENDER PAYMENTS TO DIRECT LENDERS; AND TO DELAY OR PROHIBIT APPRAISALS ON PERFORMING LOANS**

COME NOW STANLEY ALEXANDER TRUST; DRS. STANLEY ALEXANDER and FLORENCE ALEXANDER; PATRICK DAVIS; SUSAN DAVIS; FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IRA; GRABLE B. RONNING; THE WILD WATER LIMITED PARTNERSHIP; CROSBIE B. RONNING; and THE BOSWORTH 1988 FAMILY TRUST; SPECTRUM CAPITAL, LLC, STEPHEN PHILLIPS; FRANCES PHILLIPS; PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989; MATTHEW MOLITCH; MARILYN MOLITCH; MOLITCH 97 TRUST; NANCY GOLDEN; CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENESS; MARK R. CAMPBELL; HANS J. PRAKELT; DR. CAROLE TALAN; RICHARD WILLIAMS; NORMA DEULL; MARTIN LEAF; MARK OLDS; SALLY OLDS; JEROME BLOCK; CHARMA BLOCK, WOLF DIETER VOSS; CLAUDIA VOSS; VOSS FAMILY TRUST; ROBIN B. GRAHAM, CELIA ALLEN-GRAHAM; GRAHAM FAMILY TRUST DATED 10/26/78; PAMELA MARTON; JAMES DICKINSON; JEFF KARR; PHYLLIS KARR; PATRICIA A. PONTAK; DARRELL M. WONG; PONTAK WONG REVOCABLE TRUST DATED JAN. 19, 2004; JAMES R. CIELEN; and JAMES R. CIELEN, IRA; by and through their attorney, ROBERT C. LEPOME, ESQ., and hereby joins in the Direct Lenders' Motions to Compel Debtor to Continue to Forward Lender Payments to Direct Lenders; and To Delay or Prohibit Appraisals on Performing Loans

. . .

. . .

2

(Affect USA Commercial Mortgage Co.).

                        Robert C. LePome, Esq.

                        /s/ Robert C. LePome, Esq
                        Robert C. LePome, Esq.
                        330 S. Third St. #1100B
                        Las Vegas, NV 89101
                        (702) 385-5509
                        Nevada Bar #1980
                        Attorney for Interest Parties

## CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that a true and correct copy of the aforegoing was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

CICI CUNNINGHAM &nbs! p bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS ,

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

N! ILE LEATHAM nl eatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

DONNA M. OSBORN jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@MarquisAurbach.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

LENARD E. SCHWARTZER ! bkfilings@s-mlaw.com

SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com; mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

JEFFREY G. SLOANE gjklepel@yahoo.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

by electronic service on the 22nd day of May, 2006 and to the following by regular mail on the 22nd day of May, 2006

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

REGINA M MCCONNELL
KRAVITZ SCHNITZER & SLOANE, CHTD
1389 GALLERIA DRIVE
STE 200
HENDERSON, NV 89014

ERVEN T NELSON
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIRE! WOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

  /s/ Susan Stanton
Employee of Robert C. LePome, Esq.