Robert C. LePome, Esq.  E-Filed May 22, 2006
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) | |
| Debtor | ) | |
| Affects: | ) | |
| ☐ All Debtors | ) | |
| ■ USA Commercial Mortgage Co. | ) | |
| ☐ USA Securities, LLC | ) | |
| ☐ USA Capital Realty Advisors, LLC | ) | DATE: 6-5-06 |
| ☐ USA Capital Diversified Trust Deed | ) | TIME: 9:30 AM |
| ☐ USA First Trust Deed Fund, LLC | ) | |
| | ) | |

1

ERRATA TO MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING and THE BOSWORTH 1988 FAMILY TRUST

COME NOW GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING and THE BOSWORTH 1988 FAMILY TRUST (hereafter "RONNING") by and through their attorney, ROBERT C. LEPOME, ESQ., and files their Errata to Motion for Order Authorizing Return of Non-Invested Funds of Grable B. Ronning, The Wildwater Limited Partnership, Crosbie B. Ronning and The Bosworth 1988 Family Trust filed May 9, 2006 as Document No. 194.  The first sentence under facts states that the Debtor receipted for $100,000.00 of RONNING's Money on the eve of the Chapter 11 filing to be invested in Margarita Annex and Fox Hills.  The correct amount is $100,000.00 to be invested in Margarita Annex and $50,000.00 in Fox Hills 216 LLC.  The three checks referenced as Exhibits "D", "E" and "F" in the Motion filed May 9, 2006 are in the amount of $50,000.00 each which totals $150,000.00 not $100,000.00.

Better copies of Exhibits "D", "E" and "F" have been received and are attached hereto along with their respective confirmation letters dated April 5, 2006, April 5,

. . .

. . .

. . .

. . .

. . .

2006 and April 7, 2006.

                                              Robert C. LePome, Esq.

                                    /s/ Robert C. LePome, Esq
                                     Robert C. LePome, Esq.
                                     330 S. Third St. #1100B
                                     Las Vegas, NV 89101
                                     (702) 385-5509
                                     Nevada Bar #1980
                                     Attorney for Interest Parties

## CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that a true and correct copy of the aforegoing was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

CICI CUNNINGHAM &nbs! p bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS ,

ROBERT R. KINAS rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

N! ILE LEATHAM nl eatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

DONNA M. OSBORN jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@MarquisAurbach.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

LENARD E. SCHWARTZER ! bkfilings@s-mlaw.com

SHLOMO S. SHERMAN ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

JEFFREY G. SLOANE gjklepel@yahoo.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

by electronic service on the 22nd day of May, 2006 and to the following by regular

mail on the 22nd day of May, 2006

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

REGINA M MCCONNELL
KRAVITZ SCHNITZER & SLOANE, CHTD
1389 GALLERIA DRIVE
STE 200
HENDERSON, NV 89014

ERVEN T NELSON
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIRE! WOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS

3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

    /s/ Susan Stanton
Employee of Robert C. LePome, Esq.