



| Account | Serial | Sequence | Paid Date | Amount |
|---|---|---|---|---|
| 1941107093 | 434 | 24481983 | 03/29/2006 | $50,000.00 |

Page 29 of 36

Ex "D"

April 5, 2006

Crosbie Ronning
P O Box 7804
Incline Village, NV 89452

REC'D APR 1 0 2006

Dear Crosbie,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program. Your investment of $50000 in the **Margarita Annex** loan was funded on 03-27-06. You will start earning interest from 03-27-06.

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989. The interest for this first trust deed investment will be paid on or before the 10th of each month. USA Capital will fully service your investment, including monthly interest, statements, and tax reporting. If you have any questions or comments, please feel free to call (702) 734-2400. Thank you again.

Sincerely,

USA Capital

Ex "D"





| Account | Serial | Sequence | Paid Date | Amount |
|---|---|---|---|---|
| 1940185384 | 1441 | 24481984 | 03/29/2006 | $50,000.00 |

Ex "E"

April 5, 2006

*Bosworth 1988 Trust*

Grable Ronning
P O Box 7804
Incline Village, NV 89452

REC'D APR 1 0 2006

Dear Grable,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program. Your investment of $50000 in the **Margarita Annex** loan was funded on 03-27-06. You will start earning interest from 03-27-06.

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989. The interest for this first trust deed investment will be paid on or before the 10th of each month. USA Capital will fully service your investment, including monthly interest, statements, and tax reporting. If you have any questions or comments, please feel free to call (702) 734-2400. Thank you again.

Sincerely,

USA Capital



Ex "F"





| Account | Serial | Sequence | Paid Date | Amount |
|---|---|---|---|---|
| 1941841013 | 257 | 26890452 | 03/22/2006 | $50,000.00 |

Page 32 of 36

Ex "F"

April 7, 2006

REC'D APR 1 8 2006

*The Wild Water Limited Partnership*

Grable Ronning
P O Box 7804
Incline Village, NV 89452

Dear Grable,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program. Your investment of $50000 in the **Foxhill 216, LLC** loan was funded on 03-29-06. You will start earning interest from 03-29-06.

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989. The interest for this first trust deed investment will be paid on or before the 10th of each month. USA Capital will fully service your investment, including monthly interest, statements, and tax reporting. If you have any questions or comments, please feel free to call (702) 734-2400. Thank you again.

Sincerely,

USA Capital

Ex "F"