ELECTRONICALLY FILED
MAY 22, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| JEFFREY H. DAVIDSON | JAMES PATRICK SHEA |
| (CA State Bar No. 73980) | (Nevada State Bar No. 000405) |
| FRANK A. MEROLA | CANDACE C. CARLYON |
| (CA State Bar No. 136934) | (Nevada State Bar No. 002666) |
| EVE H. KARASIK | SHLOMO S. SHERMAN |
| (CA State Bar No. 155356), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:  jdavidson@stutman.com | Email:  jshea@sheacarlyon.com |
|   fmerola@stutman.com |   ccarlyon@sheacarlyon.com |
|   ekarasik@stutman.com |   ssherman@sheacarlyon.com |

(Proposed) Counsel for the Investor Committees

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date:  June 5, 2006<br>Time:  9:30 a.m.<br>Place: Courtroom #2 |

## CERTIFICATE OF SERVICE

391159v1

On May 19, 2006, I served the following documents:

1. APPLICATION BY THE OFFICIAL INVESTOR COMMITTEES TO EMPLOY STUTMAN, TREISTER & GLATT, P.C. AS COUNSEL FOR MATTERS OF COMMON INTEREST (AFFECTS ALL DEBTORS);

2. APPLICATION FOR ORDER APPOINTING SHEA & CARLYON, LTD. AS SPECIAL (NEVADA) COUNSEL FOR THE OFFICIAL COMMITTEES OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY;

3. DECLARATION OF JAMES PATRICK SHEA, ESQ. AND STATEMENT OF DISINTERESTEDNESS OF SHEA & CARLYON IN SUPPORT OF APPLICATION FOR ORDER APPOINTING SHEA & CARLYON, LTD. AS SPECIAL (NEVADA) COUNSEL FOR THE OFFICIAL COMMITTEES OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY; and

4. NOTICE OF HEARING ON SHORTENED TIME RE (1) APPLICATION BY THE OFFICIAL INVESTOR COMMITTEES TO EMPLOY STUTMAN, TREISTER & GLATT, P.C. AS COUNSEL FOR MATTERS OF COMMON INTEREST, AND (2) APPLICATION FOR ORDER APPOINTING SHEA & CARLYON, LTD. AS SPECIAL (NEVADA) COUNSEL FOR THE OFFICIAL COMMITTEES OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY.

I served the above-named documents by United States mail, postage fully prepaid, on the persons whose names and addresses appear on the attached service list.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:  May 19, 2006

    Denice Gonzalez
    (NAME OF DECLARANT)                    (SIGNATURE OF DECLARANT)

391159v1                          3

USA Commercial Mortgage Company
Service List
5865-000
Doc. No. 390939

Debtors
USA Commercial Mortgage Co., et al.
Attn: Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Attys for Debtors
Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 So. State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Attys for Debtors
Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 So. Jones Blvd., Suite 1
Las Vegas, NV 89146-5308

Office of the U.S. Trustee
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

USA COMMERCIAL MORTGAGE
COMPANY
UNSECURED CREDITORS'
COMMITTEE

Del Bunch dba Loan Partners Capital
Attn: Donald R. Walker
9209 Eagle Hills Drive
Las Vegas, NV 89134-6109

Russell/AD Development Group, LLC
Attn: Robert A. Russell
8585 E. Hartford Dr., Ste. 500
Scottsdale, AZ 85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117-7635

Advanced Information System
Attn: Michael T. Yoder
4270 Cameron St., Suite 1
Las Vegas, NV 89103

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR 97035

USA CAPITAL REALTY ADVISORS,
LLC
UNSECURED CREDITORS

Kummer, Kampfer, Bonner & Renshaw
3800 Howard Hughes Pkwy.
7th Floor
Las Vegas, NV 89109

Intershow
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

USA SECURITIES, LLC
UNSECURED CREDITORS

James Hull
c/o Signature Financial
2601 Airport Drive
Torrance, CA 90505

R. Hagmaier
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Tim Rich
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

USA CAPITAL DIVERSIFIED TRUST
DEED FUND
20 LARGEST EQUITY INTERESTS

Robert Worthen
1112 Worthen Circle
Las Vegas, NV 89145

Katz 2000 Separate Property Trust
Sara M. Katz,
Managing Trustee
4250 Executive Square, #670
San Diego, CA 92037

Thomas C. Lawyer Family Trust
Atn: Thomas C. Lawyer
45 Ventana Canyon Dr.
Las Vegas, NV 89113

Maryan Rutar
4043 Chalfont Court
Las Vegas, NV 89121

Charles O. Nichols
2561 Seascape Drive
Las Vegas, NV 89128

The Gannaway Charitable
Remainder Trust Dated 4/15/97
Kurt Hunsberger
3500 Lakeside Court #200
Reno, NV 89520

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV 89121-7224

USA CAPITAL FIRST TRUST DEED
FUND COMMITTEE

Robert E. Taylor
c/o Chuck Heinrichs
198 El Pajaro
Newbury Park, CA 91320

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT 84770-5345

Wen Baldwin Separate
Property Trust u/a/d 9/2/97
Wen Baldwin, Trustee
365 Dooley Drive
Henderson, NV 89015

USA COMMERCIAL MORTGAGE CO.
EXECUTORY CONTRACTS
DIRECT LENDER COMMITTEE

Terry R. Helms Living Trust 11/94
Atn: Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107

Dennis Flier, Inc. Defined
Benefit Trust Dated 6/29/87
Atn: Dennis Flier
20155 Porto Vita Way, #1803
Aventura, FL 33180

Special Notice
Don Tomlin
c/o David W. Mounier
15316 Sky High Rd.
Escondido, CA 92025

Special Notice
Janny Catharina Brouwer
2533 Kinnard Ave.
Henderson, NV 89074

Special Notice
Richard McKnight Esq.
Law Offices of Richard McKnight
330 S. Third St., #900
Las Vegas, NV 89101

Special Notice
Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

Special Notice
Vince Danelian
c/o Edward J. Hanigan, Esq.
199 N. Arroyo Grande Blvd, #200
Henderson, NV 89074

Mary Ellen Moro
1009 – 8th Street
Manhattan Beach, CA 90266

Jerry T. McGimsey
3115 S. El Camino Road
Las Vegas, NV 89146-6621

William J. Bullard
Fertitta Enterprises, Inc.
P.O. Box 27555
Las Vegas, NV 89126-1555

Homfeld II, LLC
Atn: Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI 48230

James W. McCollum
1011 F Avenue
Coronado, CA 92118

Special Notice
Edward M. Homfeld
Homfeld II, LLC
777 S. Federal Highway
Suite N-409
Pompano Beach, FL 33062

Special Notice
Michael R. Shuler
c/o Jay R. Eaton
Eaton & O'Leary, PLLC
115 Grove Avenue
Prescott, AZ 86301

Special Notice
Margie Gandolfo
1724 Arrow Wood Dr.
Reno, NV 89521

Special Notice
Kelly J. Brinkman, Esq.
Goold Patterson Ales & Day
4496 S. Pecos Road
Las Vegas, NV 89121

Special Notice
Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL 33441

Richard G. Woudstra Revoc. Trust
Richard G. Woudstra Trustee
P.O. Box 530025
Henderson, NV 89053

Richard Horowitz
5 Fir Drive
Kings Point, NY 11024

Helms Homes, LLC
Atn: Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107

Arthur Polacheck
2056 Woodlake Circle
Deerfield Beach, FL 33442

REQUEST FOR SPECIAL NOTICE

Special Notice
RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Special Notice
Maryetta Bowman
534 Enchanted Lakes Dr.
Henderson, NV 89052

Special Notice
Robert R. Kinas, Esq.
Meridith J. Strand, Esq.
Snell & Wilmer, LLP
3800 Howard Hughes Pkwy, #1000
Las Vegas, NV 89109

Special Notice
Martin A. Weiss, Esq.
One Betterworld Circle
Suite 300
Temecula, CA 92590

Special Notice
J. Donnolo, et al c/o Janet Chubb, Esq.
Jones Vargas
100 W. Liberty St., 12th Floor
P. O. Box 281
Reno, NV 89504-0281

Special Notice
Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

Special Notice
Franklin C. Adams, Esq.
Best Best & Krieger, LLP
3750 University Ave. #400
P.O. Box 1028
Riverside, CA 92502-1028

Special Notice
Scott K. Canepa, Esq.
Canepa, Riedy & Rubino
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

Special Notice
Regina M. McConnell, Esq.
Kravitz, Schnitzer, Sloane, et al.
1389 Galleria Dr., Ste. 200
Henderson, NV 89014

Special Notice
Miklos Steuer c/o
N. Leatham/J. MacRobbie
Kolesar & Leatham, Chtd.
3320 W. Sahara Ave., Ste. 380
Las Vegas, NV 89102

Other Parties
Nevada Mortgage Lending Div.
Atn: Susan Eckhardt
3075 E. Flamingo #100
Las Vegas, NV 89121

Other Parties
NV Dept. of Taxation
Bankruptcy Division
555 E. Washington #1300
Las Vegas, NV 89101

Other Parties
U.S. Securities & Exchange Comm.
Atn: Sarah D. Moyed, Esq.
5670 Wilshire Blvd. Ste. 1100
Los Angeles, CA 90036-3648

Other Parties
IRS
Atn: Bankruptcy Dept.
Stop 5028
110 City Parkway
Las Vegas, NV 89106

Other Parties
U.S. Dept. of Justice
Tax Div. – Western Region
P.O. Box 683
Ben Franklin Station
Washington D.C. 20044

Special Notice
William L. McGimsey, Esq.
601 E. Charleston Blvd.
Las Vegas, NV 89104

Special Notice
Attys/Prospect High Inc. Fund, etal
C. Cunningham/J. Kohl
Rawlings Olson Cannon, et al.
9950 W. Cheyenne Ave.
Las Vegas, NV 89129

Special Notice
S&J Enterprise Invest.
c/o Caryn S. Tijsseling, Esq.
Beesley, Peck & Matteoni, Ltd.
5011 Meadowood Mall Way, Ste. 300
Reno, NV 89502

Special Notice
Community Bank of Nevada
c/o Donald T. Polednak, Esq.
Sylvester & Polednak, Ltd.
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128

Special Notice
American Express Bank FSB
c/o Gilbert B. Weisman, Esq.
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Other Parties
Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street N.W.
Washington, D.C. 20005-4026

Other Parties
Secretary of State
State of Nevada
202 N. Carson Street
Carson City, NV 89701

Other Parties
Dept. of Employment Training
Employ. Sec Div. Contribut. Sec.
500 East Third Street
Carson City, NV 89713-0030

Other Parties
NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

Other Parties
IRS
Ogden, UT 84201

Special Notice
Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

Special Notice
Laurel L. Davis, Esq.
Lionel Sawyer & Collins
300 S. Fourth St., #1700
Las Vegas, NV 89101

Special Notice
R Mason/P Smoots/M Schmahl
McGuire Woods LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601

Special Notice
Bank of America
c/o Scott D. Fleming, Esq.
Hale Lane Peek Dennison Howard
3930 Howard Hughes Pkwy. 4th Fl
Las Vegas, NV 89109


OTHER PARTIES:


Other Parties
DMV and Public Safety
Records Section
555 Wright Way
Carson City, NV 89711-0250

Other Parties
Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

Other Parties
Employers Ins. Co. of NV
Atn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

Other Parties
U.S. Attorney
District of Nevada
323 Las Vegas Blvd. So. #5000
Las Vegas, NV 89101

Other Parties
Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

Other Parties
Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155-1401

Other Parties
Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV 89121-7224

Robert C. LePome, Esq.
330 So. Third St., Ste. 1100B
Las Vegas, NV 89101

Peter Susi, Esq.
Michaelson, Susi & Michaelson
7th W. Figueroa St., 2nd Floor
Santa Barbara, CA 93101

George Gorman
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Callister & Reynolds
Matthew Q Callister
823 Las Vegas Blvd So.
Las Vegas, NV 89101

Other Parties
District Counsel
IRS
110 City Parkway
Las Vegas, NV 89106

Kurt Hunsberger
3500 Lakeside Court, # 200
Reno, NV 89520

Candace C. Carlyon, Esq.
Shea & Carlyon, Ltd.
233 S. Fourth St., Suite 200
Las Vegas, NV 89101

Nicholas J. Santoro
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Gregory J. Walch
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Allison Mackenzie Russell et al
Joan C Wright
402 N Division St
P.O. Box 646
Carson City, NV 89702

Kevin B Christensen Chtd
Kevin B Christensen/Xanna P Hardman
7440 W Sahara Ave
Las Vegas, NV 89117

Other Parties
FHA/HUD District Office
333 N. Rancho Dr., #700
Las Vegas, NV 89106-3797

Maryan Rutar
4043 Chalfont Court
Las Vegas, NV 89121

Thomas Fell/Matthew Zirzow
Gordon & Silver, Ltd.
3960 Howard Hughes Pk., 9th Fl.
Las Vegas, NV 89109

Bradley J. Stevens
3300 N. Central Avenue
Phoenix, AZ 85012

Greg Garman
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89109

Bolick & Boyer
Erven T Nelson/Robert L Bolick
6060 W Elton Ave, Suite A
Las Vegas, NV 89107