JAMES G. SCHWARTZ, ESQ.    ID# 069371
JOSHUA D. BRYSK, ESQ.    ID# 184200
Law Offices of James G. Schwartz
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588
(925) 463-1073
Fax (925) 463-2937

Attorney for Creditors
RODNEY ROLOFF,
SHARYN ROLOFF, et al.

RECEIVED AND FILED

2006 MAY 18 P 12: 41

U.S. BANKRUPTCY COURT
[illegible] CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

USA CAPITAL FIRST TRUST DEED,
FUND LLC,

    Debtors.

Chapter 11  06-10725-LBR-LEAD

Case No. 06-10728-lbr

**REQUEST FOR SPECIAL NOTICE**

NOW COMES, Law Offices of James G. Schwartz, attorney for creditors RODNEY ROLOFF, SHARYN ROLOFF, PAUL OHMS, SANDRA OHMS, TIM PARTCH, KATHY PARTCH, DEBRA SIERRA, MICHAEL RAICHBART, IRIT RAICHBART, RABINDER MAHESHWARI and USHA MAHESHWARI, and requests as follows:

Creditors herein request that special notice is provided as indicated below of all documents and notices requiring service to parties in interest. Notice is to be provided as follows:

    Law Offices of James G. Schwartz
    Joshua D. Brysk, Esq.
    7901 Stoneridge Drive, Suite 401
    Pleasanton CA 94588

Dated: May 16, 2006

                                    /s/ Joshua D. Brysk
                                    Attorney for Creditors

F:\Clients\Roloff\Pleadings\ReqSpecialNotice.doc

REQUEST FOR SPECIAL NOTICE

1

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Alameda; I am over 18 years of age, and I am not a party to the within action; my business address is: Law Offices of James G. Schwartz, 7901 Stoneridge Drive, Suite 401, Pleasanton, California; on May 16, 2006, I served the within: **REQUEST FOR SPECIAL NOTICE** on the parties listed below in said action by mailing a true and correct copy in a sealed envelope with the required postage therein, fully prepaid for collection and mailing on the date and at the place shown below following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that this correspondence was placed for collection and mailing, it was deposited in the ordinary course of business in a sealed envelope with postage fully prepaid and deposited in the United States mail at Pleasanton, California, addressed as follows:

| | |
|---|---|
| Annette W. Jarvis<br>Ray Quinney & Nebeker P.C.<br>36 South State Street<br>Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145 | Lenard E. Schwartzer<br>Schwartzer & McPherson Law Firm<br>2850 S. Jones Boulevard<br>Suite 1<br>Las Vegas, NV 89146 |
| U.S. Trustee - Lv - 11<br>300 Las Vegas Boulevard S.<br>Suite 4300<br>Las Vegas, NV 89101 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 16, 2006 at Pleasanton, California.

*Elizabeth Nugent*
Elizabeth Nugent

F:\Clients\Roloff\Pleadings\ReqSpecialNotice.doc