| Date Interest Runs from | Borrower | Recorded trust deed | Due | Guarantor |
|---|---|---|---|---|
| 8-30-05 | Del Valle Capital Corp | 2005-070737 Merced County 9-8-05 | 8/06 | Scott Myers |
| 9-22-05 | Castiac Partners III, LLC | 05 2452902 Los Angeles County 10/12/05 | 10/06 | Willam Barkett and Castiac Partners II LLC |
| 10-24-05 | Eagle Meadows Dev, Ltd. | Merced County | 10/06 | Kent Hoggan |
|  | 5252 Orange | 2005-1119674 San Diego County 12/30/05 | 12/06 | Matthew Maisel and Rob Presly |
| 12-5-05 | Gateway Stone Associates | 2005-1007047 Riverside County 12/5/05 | 12/06 | Robin Stone |
| 03-05 | Roam Development Group LP | 2005019772 Galveston County Texas 3/31/05 | 9/06 | Roni Amid |