**MATTHEW Q. CALLISTER, ESQ.**   E-Filed 5/22/06
Nevada Bar # 000827
**Callister & Reynolds**
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 382-5774
mqc@callister-reynolds.com

**Attorneys for Project Disbursement Group, Inc.**

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | **BK-**06-10075-lbr<br>Chapter 11<br><br>APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR EMERGENCY MOTION REGARDING PROJECT DISBURSEMENT GROUP, INC.'S DISBURSEMENT OF INTEREST PAYMENTS TO DEBTOR<br><br>Date:  OST Requested<br>Time:  OST Requested |

   Matthew Q. Callister of the Law Firm of Callister & Reynolds, attorney for Project Disbursement Group, Inc. ("PDG"), hereby files this Application For An Order Shortening Time To Hear Emergency Motion Regarding PDG's Disbursements of Interest Payments to Debtor (the "Application"), and in support thereof states as follows:

   1.   An Emergency Motion Regarding PDG's Disbursements of Interest Payments to Debtor (the "Motion") has been filed by PDG. The Motion requests guidance and that the Court enter an order directing PDG to continue making interest payments from the interest reserve portions of certain loans which are serviced by the Debtor (the "Interest Payments"), to retain the funds, directing PDG to make the Interest Payments to some other third party who will hold the Interest Payments until further order by this Court, or file a motion to interplead the funds into

1. this Court's registry.

2. PDG and Debtor have entered into a Stipulation and Interim Order in which PDG continues to make the Interest Payments an funds for construction (the "Construction Funds").

3. PDG has received numerous requests from various loan investors to cease making the Interest Payments to Debtor because of a fear that Debtor will not pay the investors their share of any Interest Payments made.

4. There is a substantial likelihood that PDG will be damaged without an order from this Court directing to whom PDG should disburse the Interest Payments because various loan investors may seek to hold PDG liable for disbursing the Interest Payments to Debtor.

5. PDG is requesting that the Motion be heard as soon as possible to prevent any damage to PDG, Debtor, or investors.

6. No known party opposes hearing the Motion on a expedited basis on shortened time.

DATED this 22nd day of May, 2006.

__/s/ Matthew Q. Callister_____
MATTHEW Q. CALLISTER, ESQ.
Nevada Bar # 000827
Callister & Reynolds
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Attorneys for PDG