**ROBBINS & GREEN, P.A.**
3300 NORTH CENTRAL AVENUE
SUITE 1800
PHOENIX, ARIZONA 85012
TELEPHONE (602) 248-7632
FACSIMILE (602) 248-1860
EMAIL bjs@rglaw.com
BRADLEY J. STEVENS, ESQ. (#006723)

ATTORNEYS FOR Lou O. Maldonado, Trustee for the benefit of the Maldonado Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>EFFECTIVE JUNE 1, 2004<br>FILING FEE IS $175.00 |

Bradley J. Stevens, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at 15049 North 1st Street, Phoenix, Maricopa County, Arizona 85022, (602) 789-0811.

**CAUTION: DO NOT REVISE OR RETYPE THIS FORM**

306466

-1-

2. That Petitioner is an attorney at law and a member of the law firm of <u>Robbins & Green, P.A.</u> with offices at <u>3300 North Central Avenue, Suite 1800, Phoenix, Arizona 85012, (602) 248-7635</u>.

3. That Petitioner has been retained personally or as a member of the law firm by <u>Lou O. Maldonado, Trustee for the benefit of the Maldonado Trust</u> to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since <u>May 16, 1981</u>, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>Arizona</u> where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
|---|---|
| Supreme Court, State of Arizona | May 16, 1981 |
| U.S. District Court, District of Arizona | June 1, 1981 |
| 9th Circuit, Court of Appeals | October 30, 1998 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described below:

N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

N/A

8. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of Arizona, P.O. Box 53099, Phoenix, AZ 85072

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body Or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | None | None | None |

(If necessary, please attach a statement of additional applications)

306466                                              -3-

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: 5/18/06

_____
Petitioner's Signature

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )

Bradley J. Stevens, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

OFFICIAL SEAL
AMEY M. BATEY
NOTARY PUBLIC - STATE OF ARIZONA
MARICOPA COUNTY
My Commission Expires June 30, 2006

(SEAL)

Subscribed and sworn to before me this 18th day of May, 2006.

_____
Notary public  f/k/a Batey

306466                           -4-