**ROBBINS & GREEN, P.A.**
3300 NORTH CENTRAL AVENUE
SUITE 1800
PHOENIX, ARIZONA 85012
TELEPHONE (602) 248-7632
FACSIMILE (602) 248-1860
EMAIL bjs@rglaw.com
BRADLEY J. STEVENS, ESQ. (#006723)

ATTORNEYS FOR Lou O. Maldonado, Trustee for the benefit of the Maldonado Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

Case No. BK-S-06-10725 LBR

Chapter 11

## DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for Lou O. Maldonado, Trustee for the benefit of the Maldonado Trust, a creditor and investor in interest herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interests of the client to designate Janet L. Chubb, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

Janet L. Chubb
Jones Vargas
100 West Liberty Street, 12th Floor
Reno, NV 89501                                    (Bar Code #176)

. . .

. . .

306486                                    -1-

1  By this designation the undersigned attorneys and party agrees that all documents and
2  other papers issued out of this Court in the above-entitled case may be served on the designated
3  local counsel. Further, said local counsel shall be responsible for providing copies of the same to
4  the co-counsel. Further, this designation constitutes agreement and authorization by the
5  undersigned for the designated local counsel to sign stipulations binding on all of us. The time
6  for performing any act under applicable Rule shall run from the date of service on the local
7  counsel.

*[signature]*
/Attorney at Law

Counsel for Lou O. Maldonado, Trustee for the
benefit of the Maldonado Trust

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case an agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, ad that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

*[signature]*
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Janet L. Chubb of Jones Vargas as his Designated Nevada Counsel in this case.

*[signature]*
Lou O. Maldonado, Trustee for the benefit
of the Maldonado Trust
303 East Wildwood Drive
Phoenix, AZ 85048

306486                                      -2-