**MATTHEW Q. CALLISTER, ESQ.**                    **E-Filed 5/23/06**
Nevada Bar # 000827
**Callister & Reynolds**
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone:  (702) 385-3343
Facsimile:   (702) 382-5774
mqc@callister-reynolds.com

**Attorneys for Project Disbursement Group, Inc.**

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>          Debtor. | **BK-**06-10075-lbr<br>Chapter 11<br><br>DECLARATION IN SUPPORT OF APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR EMERGENCY MOTION REGARDING PROJECT DISBURSEMENT GROUP, INC.'S DISBURSEMENT OF INTEREST PAYMENTS TO DEBTOR<br><br>Date:   OST Requested<br><br>Time:  OST Requested |

        Matthew Q. Callister of the Law Firm of Callister & Reynolds, attorney for Project

Disbursement Group, Inc. ("PDG"), under penalties of perjury, hereby declares on this 23rd day

of May, 2006  that:

        1.        An Emergency Motion Regarding PDG's Disbursements of Interest Payments to

Debtor (the "Motion") has been filed by PDG.  The Motion requests guidance and and that the

Court enter an order directing PDG to continue making interest payments from the interest

reserve portions of certain loans which are serviced by the Debtor (the "Interest Payments"), to

retain the funds, directing PDG to make the Interest Payments to some other third party who will

hold the Interest Payments until further order by this Court, or file a motion to interplead the

-1-

1    funds into this Court's registry.

2         2.    PDG and Debtor have entered into a Stipulation and Interim Order in which PDG

3    continues to make the Interest Payments an funds for construction (the "Construction Funds")

4         3.    PDG has received numerous requests from various loan investors to cease making

5    the Interest Payments to Debtor because of a fear that Debtor will not pay the investors their

6    share of any Interest Payments made.

7         4.    There is a substantial likelihood that PDG will be damaged without an order from

8    this Court directing to whom PDG should disburse the Interest Payments because various loan

9    investors may seek to hold PDG liable for disbursing the Interest Payments to Debtor.

10        5.    PDG is requesting that the Motion be heard as soon as possible to prevent any

11   damage to PDG, Debtor, or investors.

12        6.    No known party opposes hearing the Motion on a expedited basis on shortened

13   time.

14        DATED this 23rd day of May, 2006.

15

16        _/s/ Matthew Q. Callister_____
          MATTHEW Q. CALLISTER, ESQ.
17        Nevada Bar # 000827
          Callister & Reynolds
18        823 Las Vegas Boulevard South
          Las Vegas, Nevada 89101
19        Attorneys for PDG

20

21

22

23

24

25

26

27

28

-2-