**MATTHEW Q. CALLISTER, ESQ.**   E-Filed 5/23/06
Nevada Bar # 000827
**Callister & Reynolds**
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 382-5774
mqc@callister-reynolds.com

**Attorneys for Project Disbursement Group, Inc.**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In re: | **BK-**06-10075-lbr |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| | ATTORNEY INFORMATION SHEET |
| Debtor. | Date: OST Requested |
| | Time: OST Requested |

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| Scott Farrow<br>August B. Landis<br>US Trustee | 5/23/06 | X | |
| Jeanette McPherson, Esq.<br>Attorney for Debtors-in-Possession | 5/23/06 | X | |
| Candace Carlyon<br>Shlomo Sherman<br>Shea & Carlyon<br>Eve Karasik<br>Stutman, Treister, & Glatt P.C.<br>Proposed Special Counsel for<br>Official Committee of Equity<br>Security Holders and Executory<br>Contract Holders | 5/23/06 | | |

Note: Office of the undersigned emailed Candace Carlyon, Eve Karasik, and Shlomo Sherman on

-1-

1  May 23, 2006 and received "out of office" replies from Ms. Carlyon and Ms. Karasik.  Office of
2  the undersigned contacted and spoke with Mr. Sherman who neither agreed nor disagreed to
3  hearing the motion on order shortening time.

        Respectfully submitted on May 23rd, 2006.

                    /s/ Matthew Q. Callister, Esq.
                    MATTHEW Q. CALLISTER, ESQ.
                    Nevada Bar # 000827
                    Callister & Reynolds
                    823 Las Vegas Boulevard South
                    Las Vegas, Nevada 89101
                    Attorneys for PDG