RECORDED AT THE REQUEST OF
CHICAGO TITLE CO

When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

COPY

THE ORIGINAL OF THIS DOCUMENT
WAS RECORDED ON JAN 17 2006
DOCUMENT NUMBER 2006-0034447
GREGORY J SMITH. COUNTY RECORDER
SAN DIEGO COUNTY RECORDER'S OFFICE
TIME: 3:48   PM

5301092711-U13

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to those persons listed on Exhibit "A" and attached hereto ("Assignees"), One Hundred Percent (100%) of Assignor's undivided beneficial interest in the amounts as designated on said Exhibit "A" in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated December 22, 2005 executed by **5252 Orange, LLC**, a California limited liability company as Trustor, Fidelity National Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on December 30, 2005 as Instrument No.05-1119674 in the Official Records of San Diego County, California.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 12th day of January, 2006.

ASSIGNOR:    USA COMMERCIAL MORTGAGE COMPANY
A Nevada Corporation

_____
Joseph D. Milanowski, President

(Notary acknowledgment follows)

1

10959

2S

# EXHIBIT "B"

## LEGAL DESCRIPTION OF THE PROPERTY

Real property situated in the City of San Diego, County of San Diego, State of California, described as follows:

PARCEL 1:

An undivided sixty-two one hundred and fourth (62/104th) interest in common in and to the real property described in paragraph A of the "excepting therefrom" clause below.

EXCEPTING THEREFROM the following:

(A) All units shown upon the Parkridge Condominium Plan that was recorded in the office of the county recorder of San Diego County, California on May 17, 2005 as File No. 2005-0415856 of Official Records.

(B) The exclusive right to possession of all those areas designated as exclusive use common area parking spaces, carports, storage areas, balconies and patios, and shown upon the condominium plan referred to hereinabove, and which are conveyed by grantor to the purchaser of any living unit.

PARCEL 2:

Living Units LU- 101, 135, 211-214, 216, 221-226, 231-234, 236, 312-315, 322-326, 331-335, 411, 412, 414-417, 421-427, 431-437, 522, 525, 611, 613, 614 and 621, as shown on the condominium plan referred to hereinabove.

PARCEL 3:

The exclusive right to possession and occupancy of that portion of the real property described in Parcel 1, above, designated exclusive use common area balcony, patio, storage area, carport, if any, as appurtenant to Parcels 1 and 2 above-described and bearing the same number designation as corresponding to the unit referred to in Parcel 2, above.

PARCEL 4:

The exclusive right to possession and occupancy of those portions of the real property described in Parcel 1, above, designated exclusive use common area storage area S-___, parking space PS-___, carport CP-_____, as appurtenant to Parcels 1 and 2 above-described and bearing a number designation that has no relation to the unit referred to in Parcel 2, above.

APN: 472-170-29

# EXHIBIT "A"

## LENDERS

| | NAME | AMOUNT |
|---|---|---|
| 1 | Ali M. Abyane & Soheila M. Abyane Trustees of the Abyane Family Trust dated 2/7/92 | $25,000 |
| 2 | Charles B. Anderson Trustee of the Charles B. Anderson Trust | $100,000 |
| 3 | Rita P. Anderson Trustee For the Benefit of Rita P. Anderson Trust | $100,000 |
| 4 | Kathy Azzinaro an unmarried woman | $50,000 |
| 5 | Maria Benitez a single woman | $25,000 |
| 6 | Marshall J. Brecht & Janet L. Brecht Trustees of the Marshall J. Brecht Trust dated 2/5/86 | $100,000 |
| 7 | John S. Broders an unmarried man | $50,000 |
| 8 | Roger Marvin Bryan and Ann T. Bryan Trustees of The Bryan Family Trust dated August 19 1992 | $25,000 |
| 9 | Brian H. Busse & Dawn Busse husband & wife as joint tenants with right of survivorship | $25,000 |
| 10 | Alta Funding Inc. a Florida corporation | $50,000 |
| 11 | Jerry Cohn & Gloria L. Cohn Trustees of the Cohn Family Living Trust dated 1/15/96 | $25,000 |
| 12 | James B. Corison Trustee of the James B. Corison Trust dated 12/3/98 | $25,000 |
| 13 | Joseph G. Daraskevius & Ardee S. Daraskevius husband & wife as joint tenants with right of survivorship | $50,000 |
| 14 | Lori Dietzman and William Dietzman wife and husband as joint tenants with right of survivorship | $100,000 |
| 15 | Rudi Eichler transfer on death to Tatjana Eichler | $50,000 |
| 16 | Marc Scot Etterman Trustee of the Marc Scot Etterman Living Trust dated 2/11/03 | $35,000 |
| 17 | Joseph A. Farrah & Emily T. Farrah Trustees of the Farrah Family Trust dated 9/18/03 | $25,000 |
| 18 | Lucille Farrlow Trustee of the Lucille Farrlow Trust 2000 | $250,000 |
| 19 | Dennis Flier Trustee of the Dennis Flier Inc. Defined Benefit Trust dated 6/29/87 | $25,000 |
| 20 | Donald T. Flood & Betty R. Flood Trustees of the Flood Family Trust dated 12/24/85 | $25,000 |
| 21 | John A. M. Handal a single man | $25,000 |
| 22 | Robert E. Heller & Edna W. Heller Trustees of the Heller Trust dated 4/30/90 | $25,000 |
| 23 | Lorayne J. Hutchison & James H. Hutchison husband & wife as joint tenants with right of survivorship | $25,000 |

| # | Name | Amount |
|---|------|--------|
| 24 | Leslie Irwin a single woman | $40,000 |
| 25 | Evelyn A. Ives Trustee of the Melvin J. Ives & Evelyn A. Ives Bypass Trust dated 1/6/93 | $75,000 |
| 26 | Richard A. Johnson a married man dealing with his sole & separate property | $25,000 |
| 27 | Edith A. Johnston an unmarried woman | $50,000 |
| 28 | Jerry M. Katz & Lisa A. Katz General Partners of the Katz Family Limited Partnership | $50,000 |
| 29 | James F. Lawrence and Arla M. Lawrence trustees of The James F. Lawrence and Arla Lawrence Revocable Trust Dated 1-19-04 | $100,000 |
| 30 | Raymond Nunez & Sandra L. Lawson Trustees of the The Raymond & Sandra Nunez Family Trust | $50,000 |
| 31 | Nicholas Loader Trustee of the Nicholas Loader Trust U/A | $100,000 |
| 32 | Pompeo J. Lombardi an unmarried man | $25,000 |
| 33 | Alan M. Markus & Trena L. Markus husband and wife as joint tenants with right of survivorship | $50,000 |
| 34 | Gordon Marx a married man dealing with his sole & separate property | $75,000 |
| 35 | Todd Charles Maurer a single man | $25,000 |
| 36 | Alicia McBride & Marlon McBride husband & wife as joint tenants with right of survivorship | $25,000 |
| 37 | Richard McKnight and Sheila J. McKnight Trustees of the McKnight 2000 Family Trust dated 4/20/00 | $50,000 |
| 38 | Christiane Mencini-Baker Trustee of the Christiane Mencini-Baker Revocable Trust | $60,000 |
| 39 | D & K Partners Inc. a Nevada corporation | $150,000 |
| 40 | Erven J. Nelson & Frankie J. Nelson Trustees of the Erven J. Nelson & Frankie J. Nelson Trust | $50,000 |
| 41 | Robert H. O'Connor & Cathleen B. O'Connor Trustees of the O'Connor Revocable Trust UTD 9/17/97 | $25,000 |
| 42 | William J. Ovca Jr. Trustee of the Ovca Associates Inc. Defined Pension Plan | $50,000 |
| 43 | Oliver Puhr a single man | $30,000 |
| 44 | James P. Randisi and Mary M. Randisi husband and wife as joint tenants with the rights of survivorship | $25,000 |
| 45 | Frank Reale a single man | $50,000 |
| 46 | Patrick M. Rich Trustee of the Patrick M. Rich Trust UAD 4/4/01 | $50,000 |
| 47 | Rachel Riehle an unmarried woman | $25,000 |
| 48 | Robert Roeder & Patricia Roeder husband & wife as joint tenants with right of survivorship | $150,000 |
| 49 | Peter Valve Company Inc. a Nevada corporation | $75,000 |
| 50 | Gregory V. Sak and Jana L. Sak Trustees of The Sak Family Trust dated 12-17-04 | $50,000 |
| 51 | Ronald C. Shackelford Trustee of the Shackelford Family Trust dated 9/21/04 | $25,000 |

| | | |
|---|---|---|
| 52 | Ira Jay Shapiro an unmarried man and Anton Trapman an unmarried man as joint tenants with the right or survivorship | $25,000 |
| 53 | Bartolo F. Simari & Sandra K. Simari Trustees of the Simari Revocable Trust dated 4/25/96 | $50,000 |
| 54 | Robert S. Speckert Trustee of the Robert S. Speckert Rev. Living Trust dated 6/11/92 | $60,000 |
| 55 | Manfred S. Spindel & Christine L. Spindel husband & wife as joint tenants with right of survivorship | $50,000 |
| 56 | Brian R. Stange & Amy M. Stange Trustees of The Stange Trust dated 8/8/02 | $25,000 |
| 57 | Sovereign Capital Advisors LLC a Nevada limited liability company | $100,000 |
| 58 | Beth M. & Daniel E. Thiel Trustees The Thiel Living Trust dated 2/13/99 | $50,000 |
| 59 | Alneil Associates Neil Tobias General Partner | $200,000 |
| 60 | Richard T. Todd & Valere J. Todd Trustees of the Todd Family Living Trust Agreement dated 12/13/01 | $25,000 |
| 61 | Robert W. Ulm Trustee of the Robert W. Ulm Living Trust dated 4/11/05 | $25,000 |
| 62 | Lloyd F. Van Sickle Trustee of The Van Sickle Family Trust dated 5/20/99 | $150,000 |
| 63 | R & N Real Estate Investments LP Robert J. Verchota General Partner | $100,000 |
| 64 | Richard G. Vrbancic a single man | $25,000 |
| 65 | Linda D. Waterhouse an unmarried woman | $25,000 |
| 66 | Murray Zaroff and Marlene C. Zaroff Trustees FBO the Murray and Marlene Zaroff Rev Trust dtd 11-30-95 | $100,000 |
| | TOTAL | $3,800,000 |

# resolve issues with scanning documents or text (OCR)

The scanner uses Optical Character Recognition (OCR) to convert text on a page to text that you can edit on your computer.

- If you scan text but cannot edit it, make sure you make the following selections during scanning:
    - **What are you scanning?** (Select **Document.**)
    - **Scan for editable text?** (Select **Yes.**)
- Scanned text may not appear on your computer exactly as it appeared on the page. For example, some characters may be incorrect or missing. As you edit the text, verify the scanned text and make corrections as necessary.
- To change text scanning options, from the HP Director, click **Settings**, and click **Scan Document Settings**.

Note: OCR is installed automatically when you install the scanning software during scanner setup.

Return to <u>scanner problems</u>