ELECTRONICALLY FILED
MAY 23, 2006

STUTMAN, TREISTER & GLATT, P.C.
JEFFREY H. DAVIDSON
(CA State Bar. No. 73980)
FRANK A. MEROLA
(CA State Bar No. 136934)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   jdavidson@stutman.com
          fmerola@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

(Proposed) Counsel for the Investor Committees

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | )<br>)<br>) Date: June 5, 2006<br>) Time: 9:30 a.m.<br>) Place: Courtroom #2<br>)<br>)<br>) |

## NOTICE OF ENTRY OF ORDER SHORTENING TIME RE EMPLOYMENT APPLICATIONS (STUTMAN, TREISTER & GLATT, P.C. AND SHEA & CARLYON)

<u>NOTICE OF ENTRY OF ORDER SHORTENING TIME ON APPLICATION BY THE OFFICIAL INVESTOR COMMITTEES TO EMPLOY STUTMAN, TREISTER & GLATT, P.C. AS COUNSEL FOR MATTERS OF COMMON INTEREST, AND APPLICATION FOR ORDER APPOINTING SHEA & CARLYON, LTD. AS SPECIAL (NEVADA) COUNSEL FOR THE OFFICIAL COMMITTEES OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY
(AFFECTS CASE NO. 06-10725-USA COMMERCIAL MORTGAGE COMPANY; 06-10729- USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND 06-10728-USA CAPITAL FIRST TRUST DEED FUNDS, LLC)</u>

PLEASE TAKE NOTICE that an Order Shortening Time on Application by the Official Investor Committees to Employ Stutman, Treister & Glatt, P.C. as Counsel for Matters of Common Interest, and Application for Order Appointing Shea & Carlyon, Ltd. as Special (Nevada) Counsel for the Official Committees of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, and USA Capital Diversified Trust Deed Fund, LLC; and the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company was entered on May 22, 2006, a true and correct copy of which is attached hereto.

DATED this 23rd day of May, 2006.

SHEA & CARLYON, LTD.

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101
(Proposed) Counsel for the Investor
 Committees

**Entered on Docket**
**May 22, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

JEFFREY H. DAVIDSON
(CA State Bar No. 73980),
FRANK A. MEROLA
(CA State Bar No. 136934), and
EVE H. KARASIK
(CA State Bar No. 155356), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:  jdavidson@stutman.com
        fmerola@stutman.com
        ekarasik@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
(NV State Bar No. 000405)
CANDACE C. CARLYON
(NV State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(NV State Bar No. 009688
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101
Telephone: (702)471-7432
Facsimile: (702)471-7435
Email:  jshea@sheacarlyon.com
        ccarlyon@sheacarlyon.com
        ssherman@sheacarlyon.com

[Proposed] Special Counsel for the Investor Committees

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

**ORDER SHORTENING TIME RE EMPLOYMENT APPLICATIONS
(STUTMAN, TREISTER & GLATT, P.C. AND SHEA & CARLYON, LTD.)**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: June 5, 2006<br>Time: 9:30 a.m. |

**ORDER SHORTENING TIME ON APPLICATION BY THE OFFICIAL INVESTOR COMMITTEES TO EMPLOY STUTMAN, TREISTER & GLATT, P.C. AS COUNSEL FOR MATTERS OF COMMON INTEREST, AND APPLICATION FOR ORDER APPOINTING SHEA & CARLYON, LTD. AS SPECIAL (NEVADA) COUNSEL FOR THE OFFICIAL COMMITTEES OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY
(AFFECTS CASE NO. 06-10725-USA COMMERCIAL MORTGAGE COMPANY; 06-10729- USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND 06-10728- USA CAPITAL FIRST TRUST DEED FUND, LLC)**

The Court, having considered the Verbal Application for Order Shortening Time on the Application by the Official Investor Committees to Employ Stutman, Treister & Glatt, P.C. as

Counsel for Matters of Common Interest, as well as on the Application for Order Appointing Shea & Carlyon, Ltd. as Special (Nevada) Counsel for the Official Committees of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, and USA Capital Diversified Trust Deed Fund, LLC; and the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company (and collectively, the "Committee Counsel Employment Applications"), and having granted the request for hearing in open court on May 18, 2006; and good cause appearing therefor:

IT IS HEREBY ORDERED that the Committee Counsel Employment Applications will be heard by a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the **5th day of June, 2006 at 9:30 a.m.** Copies of the above-referenced Applications are on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101. Additional copies are available at no charge from the BMC website located at http://www.bmcgroup.com/usacmc.

IT IS FURTHER ORDERED that, pursuant to the Amended Order Establishing Case Management Procedures entered by this Court on May 17, 2006, the deadline to file and serve objections to Requests for Relief set on shortened time shall be no later than Monday, May 26, 2006. Any brief filed in reply to an objection to Request for Relief shall be filed by noon on June 2, 2006.

IT IS FURTHER ORDERED that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

SUBMITTED BY:

*SHEA & CARLYON, LTD.*
*233 S. Fourth Street, 2nd Floor*
*Las Vegas, Nevada 89101*
*(702) 471-7432*

3

| | | |
|---|---|---|
| 1 | SHEA & CARLYON, LTD. *[signature]* | APPROVED / DISAPPROVED |
| 2 | | |
| 3 | | OFFICE OF THE U.S. TRUSTEE |
| | JAMES PATRICK SHEA, ESQ. | |
| 4 | Nevada Bar No. 000405 | |
| | CANDACE C. CARLYON, ESQ. | August B. Landis |
| 5 | Nevada Bar No. 002666 | Foley Federal Building |
| | SHLOMO S. SHERMAN, ESQ. | 300 Las Vegas Blvd. S., #4300 |
| 6 | Nevada Bar No, 009688 | Las Vegas, NV 89101 |
| 7 | 233 S. Fourth Street, Suite 200 | |
| 8 | (Proposed) Counsel for the Investor Committees | |
| 9 | | |
| 10 | | |
| 11 | APPROVED / DISAPPROVED | |
| 12 | SCHWARTZER & MCPHERSON, P.C. | |
| 13 | | |
| 14 | _____ | |
| 15 | Lenard E. Schwartzer, Esq. | |
| | 2850 S. Jones Blvd., #1 | |
| 16 | Las Vegas, NV 89146 | |
| 17 | Counsel for Debtors | |

| | |
|---|---|
| SHEA & CARLYON, LTD.<br><br>_____<br>JAMES PATRICK SHEA, ESQ.<br>Nevada Bar No. 000405<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No. 002666<br>SHLOMO S. SHERMAN, ESQ.<br>Nevada Bar No. 009688<br>233 S. Fourth Street, Suite 200<br><br>(Proposed) Counsel for the Investor Committees<br><br><br>APPROVED / DISAPPROVED<br><br>SCHWARTZER & MCPHERSON, P.C.<br><br>_Jeanette E.b. Dawson for_<br>Lenard E. Schwartzer, Esq.<br>2850 S. Jones Blvd., #1<br>Las Vegas, NV 89146<br><br>Counsel for Debtors | APPROVED / DISAPPROVED<br><br>OFFICE OF THE U.S. TRUSTEE<br><br>_____<br>August B. Landis<br>Foley Federal Building<br>300 Las Vegas Blvd. S., #4300<br>Las Vegas, NV 89101 |

SHEA & CARLYON, LTD.
233 E. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

4

```
 1  SHEA & CARLYON, LTD.
 2
 3  ───────────────────────────
    JAMES PATRICK SHEA, ESQ.
 4  Nevada Bar No. 000405
    CANDACE C. CARLYON, ESQ.
 5  Nevada Bar No. 002666
    SHLOMO S. SHERMAN, ESQ.
 6  Nevada Bar No. 009688
 7  233 S. Fourth Street, Suite 200

 8  (Proposed) Counsel for the Investor
 9  Committees

10

11  APPROVED / DISAPPROVED

12  SCHWARTZER & MCPHERSON, P.C.

13
14  ───────────────────────────
    Lenard E. Schwartzer, Esq.
15  2850 S. Jones Blvd., #1
    Las Vegas, NV 89146
16
17  Counsel for Debtors
```

APPROVED / DISAPPROVED

OFFICE OF THE U.S. TRUSTEE

*/s/ August B. Landis, AUST/*

August B. Landis
Foley Federal Building
300 Las Vegas Blvd. S., #4300
Las Vegas, NV 89101

4

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order;

    ☐ waived the right to review this order; and/or

    ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 19th day of June, 2006.

SHEA & CARLYON, LTD.

*/s/ Shlomo Sherman*

JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
SHLOMO S. SHERMAN
Nevada Bar No. 009688
233 South Fourth Street, Second Floor
Las Vegas, NV 89101

###

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

5