1  Thomas J. Gilloon, Esq.
   State Bar No. 000578

   | | |
   |---|---|
   | **Efiled on May 23, 2006.** | |

2  330 S. Third Street #900
   Las Vegas, Nevada 89101

3  Phone: 702-388-7185
   Fax: 702-388-0108

4  mcknightlaw@cox.net

5              **UNITED STATES BANKRUPTCY COURT**

6                  **DISTRICT OF NEVADA**

7   In re:
8   USA COMMERCIAL MORTGAGE COMPANY,

                                          Case No. BK-S-06-10725-LBR
9                              Debtor.    Case No. BK-S-06-10726-LBR
                                          Case No. BK-S-06-10727-LBR
10  In re:                                Case No. BK-S-06-10728-LBR
    USA CAPITAL REALTY ADVISORS, LLC.,    Case No. BK-S-06-10729-LBR

11                             Debtor.

12  In re:                                Chapter 11
    USA CAPITAL DIVERSIFIED TRUST DEED
13  FUND, LLC.,                           **Jointly Administered Under**
                                          **Case No. BK-S-06-10725-LBR**
14                             Debtor.

15  In re:
    USA CAPITAL FIRST TRUST DEED FUND,
16  LLC.,
                                          Date: June 21, 2006
17                             Debtor.    Time: 9:30 a.m.

18  In re:
    USA SECURITIES, LLC.,
19
20                             Debtor.

21  Affects:
      Q All Debtors
22    Q USA Commercial Mortgage Company
      Q USA Securities, LLC
23    Q USA Capital Realty Advisors, LLC
      Q USA Capital Diversified Trust Deed Fund, LLC
24    Q USA First Trust Deed Fund, LLC

25                    **NOTICE OF MOTION**

26
    NOTICE IS HEREBY GIVEN that MOTION DIRECTING PAYMENTS TO DIRECT
27

28                    Page 1 of 2

1  LENDERS was filed on the 23rd day of May 2006, by Thomas J. Gilloon, Esq., of the Law Offices of

2  Richard McKnight, P.C., attorneys for Movant.

3        Any opposing memorandum must be filed pursuant to Local Rule 9013(e)(1).
         Local Rule 9013(e)(1): "Except for motions made pursuant to Fed.R.Bank.P. 7056

4        and LR 7056, an opposition to a motion must be filed and service completed upon the
         movant not more than fifteen (15) days after service of the motion, (eighteen (18) days

5        if service of the motion is by mail pursuant to FRBP 9006(e) and (f)), but in no event
         later than five (5) business days before the date set for the hearing so that the movant

6        receives the opposition no less than five (5) business days before the hearing date or
         within the time otherwise fixed by the court.  The opposition must set forth all relevant

7        facts and must contain a legal memorandum.  An opposition may be supported by
         affidavits or declarations that conform to the provisions of subsection (d) of this rule."

8        If an objection is not timely filed and served, the relief requested may be granted without a

9  hearing.  LR 9013(a)(1) and LR 9013(c)(1)(E).

10       NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before Judge

11  Linda B. Riegle in the Foley Federal Building located at 300 Las Vegas Boulevard South, Las

12  Vegas, Nevada, 89101, 3rd Floor, Courtroom No. 1, on the 21st day of June 2006 at the hour

13  of 9:30 a..m.

14       DATED this 23rd day of May 2006

15 .

16                               LAW OFFICES OF RICHARD McKNIGHT, P.C.

17

18                               By:    /s/   Thomas J. Gilloon
19                                      Thomas J. Gilloon, Esq.
                                        State Bar No. 000578
20                                      330 S. Third St., #900
                                        Las Vegas, NV 89101
21                                      Attorneys for Movant

22

23

24

25

26

27

28                               Page 2 of 2