ELECTRONICALLY FILED
MAY 23, 2006

1  STUTMAN, TREISTER & GLATT, P.C.        SHEA & CARLYON, LTD.
   JEFFREY H. DAVIDSON                    JAMES PATRICK SHEA
2  (CA State Bar. No. 73980)              (Nevada State Bar No. 000405)
3  FRANK A. MEROLA                        CANDACE C. CARLYON, ESQ.
   (CA State Bar No. 136934)              (Nevada State Bar No. 002666)
4  CHRISTINE M. PAJAK                     SHLOMO S. SHERMAN, ESQ.
   (CA State Bar No. 217173), Members of  (Nevada State Bar No. 009688)
5  1901 Avenue of the Stars, 12th Floor   233 South Fourth Street, Second Floor
6  Los Angeles, CA 90067                  Las Vegas, Nevada 89101
   Telephone: (310) 228-5600             Telephone: (702) 471-7432
7  E-mail:    jdavidson@stutman.com       E-mail:    jshea@sheacarlyon.com
              fmerola@stutman.com                    ccarlyon@sheacarlyon.com
8             cpajak@stutman.com                     ssherman@sheacarlyon.com
9  (Proposed) Counsel for the Investor Committees

10              **UNITED STATES BANKRUPTCY COURT**
11                      **DISTRICT OF NEVADA**

| | |
|---|---|
| 12  In re: | ) BK-S-06-10725-LBR |
| 13  USA COMMERCIAL MORTGAGE COMPANY | ) Chapter 11 |
|          Debtor | ) |
| 14  In re: | ) BK-S-06-10726-LBR |
| 15  USA CAPITAL REALTY ADVISORS, LLC, | ) Chapter 11 |
|          Debtor | ) |
| 16  In re: | ) BK-S-06-10727-LBR |
| 17  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Chapter 11 |
|          Debtor | ) |
| 18  In re: | ) BK-S-06-10728-LBR |
| 19  USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) Chapter 11 |
|          Debtor. | ) |
| 20  In re: | ) BK-S-06-10729-LBR |
|   USA SECURITIES, LLC, | ) Chapter 11 |
| 21         Debtor. | ) |
|   Affects | ) |
| 22 | ) |
| 23  ☐ All Debtors | ) Date: June 5, 2006 |
|   ☒ USA Commercial Mortgage Co. | ) Time: 9:30 a.m. |
| 24  ☐ USA Securities, LLC | ) Place: Courtroom #2 |
|   ☐ USA Capital Realty Advisors, LLC | ) |
| 25  ☒ USA Capital Diversified Trust Deed | ) |
| 26  ☒ USA First Trust Deed Fund, LLC | ) |

27                  **CERTIFICATE OF SERVICE**
28

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

I HEREBY CERTIFY that on the 23rd day of May 2006, I served the following document:  Notice of Entry of Order Shortening Time re Employment Applications (Stutman, Treister & Glatt, P.C. and Shea & Carlyon, Ltd.).

I served the above-named document to the listed parties by the following means:

X  **a.  ECF System**  (See attached Notice of Electronic Filing)

    **b.  United States mail, postage fully prepaid**

    **c.  Personal Service**

    **d.  By direct email**

    **e.  By fax transmission**

    **f.  By messenger**

I declare under penalty of perjury that the foregoing is true and correct.

Dated the 23rd day of May, 2006.

Lisa O'Grady, an employee of
SHEA & CARLYON, LTD.

## File a Notice:
<u>06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY</u>

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from SHERMAN, SHLOMO S. entered on 5/23/2006 at 3:09 PM PDT and filed on 5/23/2006

**Case Name:**    USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    <u>06-10725-lbr</u>
**Document Number:** <u>337</u>

**Docket Text:**
Notice of Entry of Order Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[314] Order,,,, ) (SHERMAN, SHLOMO)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**\\Outboundcow\shares\USA Investors Committee\Electronic Filing\NOE of Order Shortening Time re Employment Applications ST&G and S&C.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/23/2006] [FileNumber=6919030-0]
[3e9ac30c67c4bee114fdc87cf13a37413a65e34c46b8e8cf667343ec9e3799d5e52d
782115fc2d79703306e8ed1630779379503672220a78c778f189457bf00c]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

CICI CUNNINGHAM     bankruptcy@rocgd.com

LAUREL E. DAVIS     bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

EDWARD J. HANIGAN     haniganlaw@earthlink.net, haniganlaw1@earthlink.net

CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS     ,

ROBERT R. KINAS     rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME     robert@robertlepome.com, susan@robertlepome.com

WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT     mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com

DAVID MINCIN     mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

DONNA M. OSBORN     jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@MarquisAurbac

DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com

LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

SHLOMO S. SHERMAN     ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.co

JEFFREY G. SLOANE     gjklepel@yahoo.com, gklepel@kssattorneys.com

PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING     cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

REGINA M MCCONNELL
KRAVITZ SCHNITZER & SLOANE, CHTD
1389 GALLERIA DRIVE
STE 200
HENDERSON, NV 89014

JAY L. MICHAELSON
,

ERVEN T NELSON
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

PATRICIA K. SMOOTS
318 N GROVE

OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031