Nicholas J. Santoro
Nevada Bar Number 0532
Email: nsantoro@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912

*Co-Trustee of the Nicholas and Juanita Santoro Family Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company<br>  06-10725 -- Lead Case<br><br>USA Capital Realty Advisors, LLC<br>  06-10726<br><br>USA Capital Diversified Trust Deed Fund, LLC<br>  06-10727<br><br>USA Capital First Trust Deed Fund, LLC<br>  06-10728<br><br>USA Securities, LLC<br>  06-10729<br><br>Debtors. | Jointly Administered<br>Chapter 11 Cases<br>Judge Linda B. Riegle Presiding<br><br>**JOINDER IN DIRECT LENDER OPPOSITIONS TO DEBTOR'S MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF THE PROPER RECIPIENTS (DOCKET NUMBER 173)**<br><br>Date of Hearing:   June 5, 2006<br>Time of Hearing:   9:30 a.m.<br><br>Affecting:<br>[] All Cases<br>Or only:<br>[x] USA Commercial Mortgage Company<br>[] USA Capital Realty Advisors, LLC<br>[] USA Capital Diversified Trust Deed Fund, LLC<br>[] USA Capital First Trust Deed Fund, LLC |

Nicholas J. Santoro, Co-Trustee of the Santoro Family Trust ("the Trust"), hereby joins in oppositions to Debtor's MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF THE PROPER RECIPIENTS ("Hold Funds Motion") filed by Direct Lenders at Docket Numbers 209, 215, 281, and 323, for the reasons cited therein, and for the reasons set forth in the Trust's Joinder in PARTIAL OPPOSITION TO DEBTOR'S MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. §§ 105 AND 363(B)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL

01969-00/84223.doc

1  RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS
2  ORIGINATED BY THE DEBTOR TO THIRD PARTY BORROWERS, AND TO RATIFY
3  PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR ("Partial Release
4  Request") at Docket Number 239. Though the Court indicated at the May 18, 2006, hearing on
5  the Partial Release Request that the Court was reserving judgment on the arguments raised by the
6  Trust and those joining with it until the hearing on the Hold Funds Motion set for June 5, 2006,
7  the Trust files this joinder in an abundance of caution to ensure the Trust can be heard June 5.

8  Dated this 23rd day of May, 2006.

/s/ Nicholas J. Santoro
Nicholas J. Santoro, Esq.
Nevada Bar Number 0532
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Co-Trustee of the Santoro Family Trust*

01969-00/84223.doc

- 2 -