Gregory J. Walch
Nevada Bar Number 4780
Email: GWalch@Nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912

*Attorney for Gregory J. Walch and Shauna M. Walch,
Trustees of the Gregory J. and Shauna M. Walch
Family Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company
   06-10725 – Lead Case

USA Capital Realty Advisors, LLC
   06-10726

USA Capital Diversified Trust Deed Fund, LLC
   06-10727

USA Capital First Trust Deed Fund, LLC
   06-10728

USA Securities, LLC
   06-10729

                      Debtors.

Jointly Administered
Chapter 11 Cases
Judge Linda B. Riegle Presiding

**JOINDER IN DIRECT LENDER OPPOSITIONS TO DEBTOR'S MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF THE PROPER RECIPIENTS (DOCKET NUMBER 173)**

Date of Hearing:   June 5, 2006
Time of Hearing:   9:30 a.m.

Affecting:
[] All Cases
Or only:
[x] USA Commercial Mortgage Company
[] USA Capital Realty Advisors, LLC
[] USA Capital Diversified Trust Deed Fund, LLC
[] USA Capital First Trust Deed Fund, LLC

      Gregory J. Walch and Shauna M. Walch, Trustees of the Gregory J. and Shauna M. Walch Family Trust ("the Trust"), by and through their undersigned attorney, hereby join in oppositions to Debtor's MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF THE PROPER RECIPIENTS ("Hold Funds Motion") filed by Direct Lenders at Docket Numbers 209, 215, 281, and 323, for the reasons cited therein, and for the reasons set forth in the Trust's PARTIAL OPPOSITION TO DEBTOR'S MOTION

01969-00/84206.doc


Case 06-10725-gwz    Doc 340-1    Entered 05/23/06 17:00:31    Page 2 of 2

1. AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. §§ 105 AND 363(B)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR ("Partial Release Request") at Docket Number 239. Though the Court indicated at the May 18, 2006, hearing on the Partial Release Request that the Court was reserving judgment on the arguments raised by the Trust and those joining with it until the hearing on the Hold Funds Motion set for June 5, 2006, the Trust files this joinder in an abundance of caution to ensure the Trust can be heard June 5.

Dated this 23rd day of May, 2006.

/s/ Gregory J. Walch
Gregory J. Walch, Esq.
Nevada Bar Number 4780
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorney for Gregory J. Walch and Shauna M. Walch, Trustees of the Gregory J. and Shauna M. Walch Family Trust*

01969-00/84206.doc

- 2 -