1  Nicholas J. Santoro
   Nevada Bar Number 0532
2  Email: nsantoro@nevadafirm.com
   400 South Fourth Street, Third Floor
3  Las Vegas, Nevada 89101
   Telephone:    702/791-0308
4  Facsimile:    702/791-1912

5  *Co-Trustee of the Nicholas and Juanita Santoro Family Trust*

6

7                 **UNITED STATES BANKRUPTCY COURT**

8                       **DISTRICT OF NEVADA**

9  |                                                    | Jointly Administered
10 |                                                    | Chapter 11 Cases
   |                                                    | Judge Linda B. Riegle Presiding

11                                                     **JOINDER IN DIRECT LENDER
12 In re:                                              OPPOSITIONS TO DEBTOR'S MOTION
                                                       TO TEMPORARILY HOLD FUNDS
13 USA Commercial Mortgage Company                     PENDING A DETERMINATION OF THE
      06-10725 – Lead Case                             PROPER RECIPIENTS (DOCKET
14                                                     NUMBER 173)**

15 USA Capital Realty Advisors, LLC
      06-10726                                         Date of Hearing:       June 5, 2006
16                                                     Time of Hearing:       9:30 a.m.
   USA Capital Diversified Trust Deed Fund, LLC
17    06-10727                                         Affecting:
                                                       [] All Cases
18 USA Capital First Trust Deed Fund, LLC              Or only:
      06-10728                                         [x] USA Commercial Mortgage Company
19                                                     [] USA Capital Realty Advisors, LLC
   USA Securities, LLC                                 [] USA Capital Diversified Trust Deed Fund,
20    06-10729                                         LLC
                                                       [] USA Capital First Trust Deed Fund, LLC
21                 Debtors.

22     Nicholas J. Santoro, Co-Trustee of the Santoro Family Trust ("the Trust"), hereby joins in

23 oppositions to Debtor's MOTION TO TEMPORARILY HOLD FUNDS PENDING A

24 DETERMINATION OF THE PROPER RECIPIENTS ("Hold Funds Motion") filed by Direct

25 Lenders at Docket Numbers 209, 215, 281, and 323, for the reasons cited therein, and for the

26 reasons set forth in the Trust's Joinder in PARTIAL OPPOSITION TO DEBTOR'S MOTION

27 AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. §§ 105 AND 363(B)(1), TO ACCEPT

28 LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL RELEASES OR FULL

01969-00/84223.doc

400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

1  RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS

2  ORIGINATED BY THE DEBTOR TO THIRD PARTY BORROWERS, AND TO RATIFY

3  PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR ("Partial Release

4  Request") at Docket Number 239.   Though the Court indicated at the May 18, 2006, hearing on

5  the Partial Release Request that the Court was reserving judgment on the arguments raised by the

6  Trust and those joining with it until the hearing on the Hold Funds Motion set for June 5, 2006,

7  the Trust files this joinder in an abundance of caution to ensure the Trust can be heard June 5.

8  　　　　Dated this 23rd day of May, 2006.

9

10  　　　　　　　　　　　　　　　　/s/ Nicholas J. Santoro

11  　　　　　　　　　　　　　　　　Nicholas J. Santoro, Esq.
　　　　　　　　　　　　　　　　Nevada Bar Number 0532

12  　　　　　　　　　　　　　　　　400 South Fourth Street, Third Floor
　　　　　　　　　　　　　　　　Las Vegas, Nevada 89101

13  　　　　　　　　　　　　　　　　Telephone:702/791-0308
　　　　　　　　　　　　　　　　Facsimile: 702/791-1912

14  　　　　　　　　　　　　　　　　*Co-Trustee of the Santoro Family Trust*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

01969-00/84223.doc

- 2 -