Nicholas J. Santoro, Esq.
NV Bar No. 0532
E-mail: NSantoro@Nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   (702) 791-0308
Facsimile:   (702) 791-1912

E-filed on: _____

*Co-Trustee of the Nicholas and Juanita Santoro Family Trust*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No.: 06-10725-lbr
Chapter 11

Hearing Date: June 5, 2006
Time:          9:30 A.M.
Place: Courtroom No. 1, Third Floor
       Foley Federal Building
       300 Las Vegas, Blvd., South
       Las Vegas, Nevada 89101

### CERTIFICATE OF SERVICE

Do not use this form to prove service of summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary" - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.

1. On May 23, 2006, I served the following document(s):

JOINDER IN DIRECT LENDER OPPOSITIONS TO DEBTOR'S MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF THE PROPER RECEPIENTS (DOCKET NUMBER 173)

2. I served the above-named document(s) by the following means to the persons as listed below:

☐ a. **ECF System** *(You must attached the "Notice of Electronic Filing", or list persons and addresses and attach additional paper if necessary)*

☒ b. **United States mail, postage full prepaid**

### EXHIBIT A ATTACHED

☐ c. **Personal Service**

I personally delivered the document(s) to the persons at these addresses:

06262-01/84275.doc

| | | |
|---|---|---|
| | ☐ | For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office. |
| | ☐ | For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there. |
| | ☒ | **d. By direct e mail (as opposed to through the ECF System)** |

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**EXHIBIT B ATTACHED**

☐     **e. By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: May 23, 2006

_Natasha Dalton_  
(NAME OF DECLARANT)

_N. Dalton_  
(SIGNATURE OF DECLARANT)

May 23, 2006