Thomas J. Gilloon, Esq.
State Bar No. 000578
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

Efiled on May 23, 2006.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.,<br>　　　　　　　　　　　　　　　Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,<br>　　　　　　　　　　　　　　　Debtor. | Chapter 11<br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.,<br>　　　　　　　　　　　　　　　Debtor. | Date: June 21, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC.,<br>　　　　　　　　　　　　　　　Debtor. | |
| Affects:<br>　Q All Debtors<br>　Q USA Commercial Mortgage Company<br>　Q USA Securities, LLC<br>　Q USA Capital Realty Advisors, LLC<br>　Q USA Capital Diversified Trust Deed Fund, LLC<br>　Q USA First Trust Deed Fund, LLC | |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that MOTION DIRECTING PAYMENTS TO DIRECT

Page 1 of 2

LENDERS was filed on the 23rd day of May 2006, by Thomas J. Gilloon, Esq., of the Law Offices of Richard McKnight, P.C., attorneys for Movant.

> Any opposing memorandum must be filed pursuant to Local Rule 9013(e)(1).
> Local Rule 9013(e)(1): "Except for motions made pursuant to Fed.R.Bank.P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (eighteen (18) days if service of the motion is by mail pursuant to FRBP 9006(e) and (f)), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

If an objection is not timely filed and served, the relief requested may be granted without a hearing. LR 9013(a)(1) and LR 9013(c)(1)(E).

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before Judge Linda B. Riegle in the Foley Federal Building located at 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, 3rd Floor, Courtroom No. 1, on the 21st day of June 2006 at the hour of 9:30 a..m.

DATED this 23rd day of May 2006.

                LAW OFFICES OF RICHARD McKNIGHT, P.C.

                By: /s/ Thomas J. Gilloon
                    Thomas J. Gilloon, Esq.
                    State Bar No. 000578
                    330 S. Third St., #900
                    Las Vegas, NV 89101
                    Attorneys for Movant