1   Annette W. Jarvis, Utah Bar No. 1649
    RAY QUINNEY & NEBEKER P.C.
2   36 South State Street, Suite 1400
    P.O. Box 45385
3   Salt Lake City, Utah 84145-0385
    Telephone: (801) 532-1500
4   Facsimile: (801) 532-7543
    Email: ajarvis@rqn.com
5
6       and

7   Lenard E. Schwartzer, Nevada Bar No. 0399
    Jeanette E. McPherson, Nevada Bar No. 5423
8   SCHWARTZER & MCPHERSON LAW FIRM
    2850 South Jones Boulevard, Suite 1
9   Las Vegas, Nevada  89146-5308
    Telephone:  (702) 228-7590
10  Facsimile:  (702) 892-0122
    E-Mail:  bkfilings@s-mlaw.com
11
    Attorneys for Debtors and Debtors-in-Possession
12

13              **UNITED STATES BANKRUPTCY COURT**

                      **DISTRICT OF NEVADA**

14  In re:                                          Case No. BK-S-06-10725 LBR
15  USA COMMERCIAL MORTGAGE COMPANY,                Case No. BK-S-06-10726 LBR
                                         Debtor.    Case No. BK-S-06-10727 LBR
16  In re:                                          Case No. BK-S-06-10728 LBR
    USA CAPITAL REALTY ADVISORS, LLC,               Case No. BK-S-06-10729 LBR
17                                       Debtor.
                                                    Chapter 11
18  In re:
    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,   Jointly Administered Under
19                                       Debtor.    Case No. BK-S-06-10725 LBR
20  In re:
    USA CAPITAL FIRST TRUST DEED FUND, LLC,         Date:  March 18, 2006
21                                       Debtor.    Time:  9:30 a.m.
22  In re:
    USA SECURITIES, LLC,
23                                       Debtor.
    Affects:                                        **DECLARATION OF THOMAS J.
24  ☐ All Debtors                                   ALLISON IN SUPPORT OF DEBTOR'S
    ☒ USA Commercial Mortgage Company               OPPOSITION TO ALEXANDER,
25  ☐ USA Securities, LLC                           RONNING, AND BENINCASA MOTIONS
    ☐ USA Capital Realty Advisors, LLC              (AFFECTS USA COMMERCIAL
26  ☐ USA Capital Diversified Trust Deed Fund, LLC  MORTGAGE CO.)**
    ☐ USA First Trust Deed Fund, LLC
27
28

*(left margin, vertical text)* SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    I, Thomas J. Allison, hereby declare, verify and state as follows:

2    1.    I make this Declaration in support of the OPPOSITION TO MOTIONS FOR

3    RELEASE OF FUNDS FROM INVESTOR ACCOUNT FILED BY:  (1) STANLEY

4    ALEXANDER TRUST, ET AL., (2) GRABLE B. RONNING, ET AL., AND (3) JASPER

5    BENINCASA, ET AL. (the "Opposition"), which was filed recently by USA Commercial

6    Mortgage Company ("USA"), one of the Debtors in these jointly administered cases.  I make this

7    Declaration based upon my personal knowledge of facts and circumstances of which I am aware in

8    my capacity as the interim Chief Restructuring Officer and President of USA.  Capitalized terms

9    used by not otherwise defined herein are defined in the Opposition.

10    2.    One of the services USA provided prior to the filing of USA's bankruptcy petition,

11    which occurred April 13, 2006 (the "Petition Date"), was to broker assignments of fractional loan

12    interests from Direct Lenders who desired to liquidate certain of their interests ("Assignors") to

13    other Direct Lenders who desired to acquire fractional loan interests ("Assignees").

14    3.    On the Petition Date, USA was holding a total of $1,784,971.99, plus some accrued

15    interest, in its pre-petition "Investors Trust Account" at Wells Fargo Bank (the "WFB Investor

16    Account") in connection with such assignments.

17    4.    Although USA is still investigating the details relating to the $1,784,971.99

18    amount, it appears that the amount represents funds that Assignees transmitted for investment to

19    the WFB Investor Account shortly before the Petition Date that were in turn transmitted to

20    Assignors in checks drawn on the WFB Investor Account that had not cleared as of the Petition

21    Date.  USA had sent the checks to the Assignors upon receipt from the Assignors of an executed

22    and notarized document entitled "Assignment of Beneficial Interest in Deed of Trust"

23    ("Assignment") specifying the name of the intended Assignee and the amount of the fractional

24    loan interest assigned.  When the checks from USA to the Assignors were presented for payment

25    from the WFB Investor Account shortly after the Petition Date, they did not clear due to the filing

26    of USA's bankruptcy petition.

27    5.    Later, on April 19, 2006, Wells Fargo Bank permitted one of the checks in the

28    amount of $100,000, which had been re-deposited, to clear the WFB Investor Account.  On May

2, 2006, USA transferred $1,877,080.27, which was the entire balance of the WFB Investor Account on that date, consisting of the $1,784,971.99 amount discussed above, plus accrued interest of $192,108.28, less the $100,000 check Wells Fargo Bank allowed to clear post-petition, to USA's new DIP Investor Account at Bank of America, where the funds are still being held.

6.    A spreadsheet providing a reconciliation of these amounts, along with information concerning the assignors, assignees, and serviced loans involved, is attached hereto as Exhibit A.

7.    Attached hereto as Exhibit B is a copy of an Assignment from USA's records indicating an assignment of a $100,000 beneficial interest in a loan in which Stanley and Florence Alexander were the Assignees and Robert W. Ulm as Trustee of the Ulm Living Trust was the Assignor, which assignment relates to funds now held in the "DIP Investor Account" (as defined in the Opposition).

8.    Attached hereto as Exhibit C are documents from USA's records providing information about other loans serviced by USA in which the Alexander movants acquired an interest pursuant to their $53,000, $100,000, and $125,000 investments that have no connection to the funds now held in the DIP Investor Account.

9.    Copies from USA's records of three Assignments totaling $200,000 that were executed by the Ronning movants as Assignors relating to funds in the DIP Investor Account are attached hereto as Exhibit D.

10.    Attached hereto as Exhibit E are copies from USA's records of documents indicating that the remaining $150,000 amount addressed by the Ronning Objection are not connected to funds being held in the DIP Investor Account, including two pre-petition Assignments made to the Ronning movants as Assignees totaling $100,000, plus selected pages from the First Amendment to Deed of Trust dated March 21, 2006 and recorded April 5, 2006, evidencing the $50,000 completed investment by The Wild Water Limited Partnership (one of the Ronning movants).

11.    Attached hereto as Exhibit F are copies from USA's records of $50,000 Assignment and a $25,000 Assignment in which the Benincasa movants became Assignees as to $75,000 in funds traceable to the DIP Investor Account.

12.    A copy of a third Assignment from USA's records indicating that the remaining $35,000 amount invested by the Benincasa movants is not traceable to the DIP Investor Account is attached hereto as Exhibit G.

I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my information and belief.

EXECUTED this 23rd day of May 2006.

Thomas J. Allison

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**EXHIBIT A**

USA Commercial Mortgage "Investors Trust" Account
Bank Reconciliation
Wells Fargo Bank
Account #046-5657146
GL account #1000-01020

General Checking
April 2006
Outstanding Checks

| Check # | Amount | Payable To (Assignor) | Date of USA check | Loan | Assignee | |
|---|---|---|---|---|---|---|
| 2955 | 25,000.00 | John Durkin, Trustee | 4/5/2006 | Fiesta USA Stoneridge | First Trust Co of omega C/F Karen Moberly IRA | |
| 2958 | 12,500.00 | Beverly J. Stiles, Trust | 3/27/2006 | Fiesta USA Stoneridge | First Trust Co of omega C/F Karen Moberly IRA | |
| 2967 | 25,000.00 | John Durkin, Trustee | 3/27/2006 | Fiesta USA Stoneridge | Jean Jacques Berthelot Trustee of the Berthelot Living Trust dated 4-9-03 | |
| 2985 | 25,000.00 | Robert J. & Ruth A. Kehl | 3/30/2006 | Fiesta USA Stoneridge | Howard Connell and Lorene Connell | |
| 2986 | 6,120.90 | John Durkin, Trustee | 4/5/2006 | HFA Clear Lake | Howard Connell and Lorene Connell | |
| 2992 | 540,000.00 | Rocklin/Redding LLC | 4/5/2006 | Brookmere | Betty Kostrup | |
| | | Rocklin/Redding LLC | 4/5/2006 | Fiesta USA Stoneridge | William P Kenny and Nancy J. Costello | $ 100,000 |
| | | Rocklin/Redding LLC | 4/7/2006 | Fiesta USA Stoneridge | Gareth A.R.craner Trustee of the Gareth A. R.craner Trust dated 6- | 90,000 |
| | | Rocklin/Redding LLC | 4/7/2006 | Fiesta USA Stoneridge | Porter A Hurt | 50,000 |
| | | Rocklin/Redding LLC | 4/7/2006 | Fiesta USA Stoneridge | Alan B. Bennett | $ 100,000 |
| | | Rocklin/Redding LLC | 4/7/2006 | Fiesta USA Stoneridge | Ronald G Gardener Trustee of the Ronald G Gardner Trust | 60,000 |
| | | Rocklin/Redding LLC | 4/7/2006 | Fiesta USA Stoneridge | George W. Hubbard and Carol N Hubbard | 50,000 |
| | | Rocklin/Redding LLC | 4/7/2006 | Del Valle Isleton | Donald Fraekei | $ 90,000 |
| 2998 | 25,000.00 | Retirement Accounts Inc.C/F Judd Robbins IRA | 4/7/2006 | Fiesta USA Stoneridge | Jeff P Dillenburg and Karen A. Dillenburg and Paul D Graf and Margaret A. Graf | |
| 2999 | 100,000.00 | Daniel & Laura Drulin | 4/7/2006 | The Gardens Timeshare | Bunny Vreeland and Scott A. Kusich | |
| 3002 | 100,000.00 | Grable B. Ronning | 4/7/2006 | Beau Rivage | Dina Ladd | |
| 3003 | 50,000.00 | Gregory W. & Carrie M. Stimpson | 4/7/2006 | Fiesta Murrieta | Mary Ann Deal | |
| 3004 | 1,351.09 | Castulo O. Martinez | 4/10/2006 | Fiesta Murrieta | Monghetti, Inc | |
| 3005 | 50,000.00 | The Wild Water LP | 4/10/2006 | Fiesta USA /Stoneridge | Monghetti, Inc | |
| 3006 | 50,000.00 | Crosbie B. Ronning | 4/10/2006 | Fiesta USA /Stoneridge | Monghetti, Inc | |
| 3007 | 50,000.00 | Daniel & Laura Drulin | 4/11/2006 | Harbor Georgetown | John G. Schlichting and Elizabeth A. Schlichting | |
| 3009 | 50,000.00 | First Saving Bank C/F George J. Motto IRA | 4/11/2006 | Harbor Georgetown | Donald S. Tomlin and Dorothy R. Tomlin Trustee of the Donald S. Tomlin | |
| 3010 | 50,000.00 | John Robert Malin Jr. & Marie Theresa Malin, Trustee | 4/11/2006 | Fiesta Murrieta | Donald S. Tomlin and Dorothy R. Tomlin Trustee of the Donald S. Tomlin | |
| 3011 | 50,000.00 | Phillip N & Benita M. Ralston, Trustee | 4/11/2006 | Fiesta Murrieta | Mark L. Eames and Sandra K Eames | |
| 3013 | 100,000.00 | James Family Trustee | 4/11/2006 | Margarita Annex | Robert L. Ogren Trustee for the benefit of the Robert L. Ogren Trust dated 6-30-92 | |
| 3015 | 50,000.00 | Janis N. Romo C/F Mario W. Romo | 4/12/2006 | Del Valle Isleton | Jasper Benincasa JR | |
| 3016 | 50,000.00 | Marietta S. Von Berg, Trustee | 4/12/2006 | Del Valle Isleton | Pat A. Dolce and Lois Dean Dolce | |
| 3017 | 25,000.00 | Phillip N & Benita M. Ralston, Trustee | 4/12/2006 | Hasley Canyon | Jasper Benincasa JR | |
| 3018 | 100,000.00 | Robert W. Ulm, Trustee Living Trust | 4/12/2006 | Fiesta Murrieta | Drs Stanley Alexander and Florence Alexander | |
| 3019 | 150,000.00 | USA Capital First Trust Deed Fund | 4/12/2006 | Margarita Annex | MW Gorts and Company and Edwin Arnold IRA | |
| 3020 | 100,000.00 | Peter A. & Fabiola A. Boiano | 4/13/2006 | Marquis Hotel and Wasco | M Craig Medoff Trustee of the Medoff Family Trust dated 9-1-88 | |

| | | |
|---|---|---|
| $ | 1,784,971.99 | |
| $ | (100,000.00) | Check cleared by Bank |
| | 192,108.28 | Interest |
| $ | 1,877,080.27 | Balance Transferred 5/2/06 to new DIP Investor Account at Bank of America |

**EXHIBIT B**

When Recorded, Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to Drs. Stanley Alexander and Florence Alexander, husband and wife, as joint tenants with right of survivorship Acct.#1("Assignee"), One Hundred Thousand Dollars ($100,000) of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated November 5, 2003, executed by Los Valles Land & Golf, LLC - Hasley Canyon, a Deleware limited liability company as Trustor and First American Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on March 17, 2004, as Instrument No. 04-0634651 in the Official Records of Los Angeles County, California.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 4 day of April, 2006.

ASSIGNOR:    Robert W. Ulm Trustee of the Robert W. Ulm Living Trust dated 4/11/05

Robert W. Ulm, Trustee

STATE OF Georgia            )
                            ) ss.
COUNTY OF Camden            )

On April 4, 2006, before me, Jeanne Spega, a Notary Public in and for said State, personally appeared Robert W. Ulm Trustee of the Robert W. Ulm Living Trust dated 4/11/05, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

Signature

Notary Public, Camden County, Georgia
My Commission Expires April 24, 2007

**EXHIBIT C**

When Recorded, Return To:

USA Capital
4484 South Pecos Road
Las Vegas, NV 89121



```
2006031516
6419977
Page:  1 of 29
03/03/2006 03:02P
Mary Herrera    Bern Co  DTR    R 65 00  Bk-A113 Pg-1408
```

---

## DEED OF TRUST, ASSIGNMENT OF RENTS,
## SECURITY AGREEMENT AND FIXTURE FILING

THIS DEED OF TRUST, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING (this "Deed of Trust"), made this 1st day of March, 2006, by and between I-40 Gateway West, LLC, a New Mexico limited liability company ("Trustor"), First American Title Insurance Company ("Trustee"), and those persons listed on **Exhibit "A"** attached hereto ("Beneficiary").

### WITNESSETH:

That for good and valuable consideration, including the indebtedness herein recited and the trust herein created, the receipt of which is hereby acknowledged, and for the purpose of securing, in such priority as Beneficiary may elect, each of the following:

1.      The due, prompt and complete payment, observance, performance and discharge of each and every obligation, covenant and agreement contained in Trustor's promissory note of even date herewith in the principal amount of One Million Sixty Five Thousand Dollars ($1,065,000) (the "Note"), together with interest thereon specified therein, payable to the order of Beneficiary and any and all modifications, extensions or renewals thereof, whether hereafter evidenced by the Note or otherwise, and whether advanced now or in the future; and

2.      The payment of all other sums, with interest thereon at the rate of interest provided for herein or in the Note, becoming due or payable under the provisions of this Deed of Trust, or any other instrument or instruments heretofore or hereafter executed by Trustor having reference to or arising out of or securing the indebtedness represented by the Note; and

3.      The payment of such additional sums and interest thereof which may hereafter be loaned to Borrower, or its successors or assigns, by Beneficiary, whether or not evidenced by a promissory note or notes which are secured by this Deed of Trust; and

4.      The due, prompt and complete observance, performance and discharge of each and every obligation, covenant and agreement of Borrower contained in the Note, and of Trustor

-1-

EXHIBIT "A"

LENDERS

| NAME | | AMOUNT |
|---|---|---|
| 1 | Premiere Holdings Inc. Defined Benefit Pension Plan & Trust | $50,000 |
| 2 | Drs. Stanley Alexander and Florence Alexander husband and wife as joint tenants with the rights of survivorship | $53,000 |
| 3 | Donald E. Burt & Connie L. Cejmer Trustees of the Burt Family Trust #2 | $50,000 |
| 4 | Brian H. Busse & Dawn Busse husband & wife as joint tenants with right of survivorship | $50,000 |
| 5 | Penny Lee Comsia Trustee of the Penny Lee Comsia Revocable Trust UDT 4/10/00 | $40,000 |
| 6 | Robert L. De Ruff Trustee of the De Ruff 1988 Trust dated 4/25/88 | $25,000 |
| 7 | Dionisio A. Fernandes MD and Fiola Fernandes husband and wife Joint Tenants with Right of Survivorship | $25,000 |
| 8 | Dennis Flier Trustee of the Dennis Flier Inc. Defined Benefit Trust dated 6/29/87 | $35,000 |
| 9 | First Savings Bank Custodian For Edward C. Fraser IRA | $28,000 |
| 10 | Alex G. Gassiot Trustee of the APG Trust dated 7/5/00 | $25,000 |
| 11 | Sylvia Goldenthal & Jack Goldenthal husband & wife as joint tenants with right of survivorship | $100,000 |
| 12 | James Paul Goode an unmarried man | $50,000 |
| 13 | First Savings Bank Custodian For Jay P. Hingst IRA | $25,000 |
| 14 | John Lafayette & Marina Lafayette husband & wife as joint tenants with right of survivorship | $25,000 |
| 15 | James F. Lawrence and Arla M. Lawrence trustees of The James F Lawrence and Arla Lawrence Revocable Trust Dated 1-19-04 | $75,000 |
| 16 | Patrick P. Lynch a single man | $25,000 |
| 17 | William L. Montgomery Jr. an unmarried man | $200,000 |
| 18 | James P Randisi and Mary M. Randisi husband and wife as joint tenants with the rights of survivorship | $25,000 |
| 19 | Ira Jay Shapiro an unmarried man and Anton Trapman an unmarried man as joint tenants with the right or survivorship | $25,000 |
| 20 | Frank Snopko Trustee of the Charlotte Snopko Marital Trust dated 8/31/04 | $35,000 |
| 21 | Frank Snopko Trustee of the Charlotte Snopko Residual Trust dated 8/31/04 | $15,000 |
| 22 | Adam Walker and Rachel Walker husband and wife as Joint Tenants with Right of Survivorship | $50,000 |



2006031516
6419622
Page: 27 of 29
03/03/2006 03:02P
Mary Herrera    Bern Co    DTR    R 65 00    Bk-A113 Pg-1488

Prepared by & When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121
(702) 734-2400

---

## ASSIGNMENT OF BENEFICIAL INTEREST
## IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Dr. Stanley Alexander and Florence Alexander, husband and wife, as joint tenants with right of survivorship Acct.#2** ("Assignee"), **One Hundred Twenty-Five Thousand Dollars ($125,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated December 7, 2005, executed by, **Lerin Hills, LTD.** as Trustor, Scott K. McDonald, Esq., as Trustee, in favor of those persons listed on Exhibit "A" thereto as beneficiaries. The Deed of Trust was recorded on December 21, 2005 as Instrument No. 00203809, in the Official Records of Kendall County, Texas.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 24 day of March, 2006.

**ASSIGNOR:**    USA Commercial Mortgage Company

Joseph D. Milanowski, President

STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )

On March 24, 2006, before me, Margaret M. Stone, a Notary Public in and for said State, personally appeared **Joseph D. Milanowski**, President of USA Commercial Mortgage Company, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

(Seal)

_____
Signature

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

1

Prepared by & When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121
(702) 734-2400

---

## ASSIGNMENT OF BENEFICIAL INTEREST
## IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Dr. Stanley Alexander and Florence Alexander, husband and wife, as joint tenants with the rights of survivorship** ("Assignee"), **One Hundred Thousand Dollars ($100,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated December 7, 2005, executed by, **Lerin Hills, LTD.** as Trustor, Scott K. McDonald, Esq., as Trustee, in favor of those persons listed on Exhibit "A" thereto as beneficiaries. The Deed of Trust was recorded on December 21, 2005 as Instrument No. 00203809, in the Official Records of Kendall County, Texas.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 24 day of March, 2006.

**ASSIGNOR:**    USA Commercial Mortgage Company

Joseph D. Milanowski, President

STATE OF _Nevada_          )
                          ) ss.
COUNTY OF _Clark_         )

On March _24_, 2006, before me, _Margaret M. Stone_, a Notary Public in and for said State, personally appeared **Joseph D. Milanowski**, President of USA Commercial Mortgage Company, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_____
Signature

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

1

**EXHIBIT D**

When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Bunny C. Vreeland, an unmarried woman** ("Assignee") **Fifty Thousand Dollars ($50,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated April 14, 2005 executed by **Fiesta Development, Inc.** Trustor, Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on April 15, 2005 as Instrument No. 2005-0298213 in the Official Records of Riverside County, California. The current Beneficiaries are shown on Exhibit "A" attached hereto.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 31st day of March, 2006.

ASSIGNOR:    **Grable B. Ronning, an unmarried woman**

_grable B. Ronning_
Grable B. Ronning

STATE OF __NV__                )
                                          ) ss.
COUNTY OF __Washoe__      )

On __3/31__, 2006, before me, __P Lombardi__, a Notary Public in and for said State, personally appeared **Grable B. Ronning**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_P Lombardi_
Signature

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 02-75719-2 - Expires June 12, 2006

Fiesta-Murietta                              1

When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Scott A. Kusich, a married man dealing with his sole & separate property** ("Assignee") **Fifty Thousand Dollars ($50,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below).  As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated April 14, 2005 executed by **Fiesta Development, Inc.** Trustor, Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries.  The Deed of Trust was recorded on April 15, 2005 as Instrument No. 2005-0298213 in the Official Records of Riverside County, California.  The current Beneficiaries are shown on Exhibit "A" attached hereto.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this _3¹ˢᵗ_ day of _March_ , 2006.

ASSIGNOR:    **Grable B. Ronning, an unmarried woman**

_Grable B. Ronning_
Grable B. Ronning

STATE OF _NV_                    )
                                 ) ss.
COUNTY OF _Washoe_               )

On _3/31_ , 2006, before me, _P Lombardi_ , a Notary Public in and for said State, personally appeared **Grable B. Ronning**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_P Lombardi_
Signature

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 02-75719-2 - Expires June 12, 2006

1

Fiesta-Murietta

When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Monighetti, Inc., a Nevada corporation** ("Assignee") **Fifty Thousand Dollars ($50,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated April 14, 2005 executed by **Fiesta Development, Inc.** Trustor, Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on April 15, 2005 as Instrument No. 2005-0298213 in the Official Records of Riverside County, California. The current Beneficiaries are shown on Exhibit "A" attached hereto.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 31st day of *March*, 2006.

ASSIGNOR:    **The Wild Water Limited Partnership, a Nevada limited partnership**
                          By: **Snowy Lake, LLC, General Partner**

                                    By *Grable B. Ronning*
                                          **Grable B. Ronning, Manager**

STATE OF _*NV*_                              )
                                                          ) ss.
COUNTY OF _*Washoe*_              )

On _3/31_, 2006, before me, _*P. Lombardi*_, a Notary Public in and for said State, personally appeared **Grable B. Ronning, Manager of Snowy Lake, LLC, General Partner of The Wild Water Limited Partnership, a Nevada limited partnership**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

                                                                                                    (Seal)

WITNESS my hand and official seal.

*P. Lombardi*
_____
Signature

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 02-75719-2 - Expires June 12, 2006

Fiesta-Murietta                                                   1

When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

---

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Monighetti, Inc., a Nevada corporation** ("Assignee") **Fifty Thousand Dollars ($50,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated April 14, 2005 executed by **Fiesta Development, Inc.** Trustor, Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on April 15, 2005 as Instrument No. 2005-0298213 in the Official Records of Riverside County, California. The current Beneficiaries are shown on Exhibit "A" attached hereto.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this _31st_ day of _March_, 2006.

ASSIGNOR:     Crosbie B. Ronning, a single woman

_Crosbie B Ronning_
**Crosbie B. Ronning**

STATE OF __NV__          )
                                          ) ss.
COUNTY OF __Washoe__  )

On _3/31_, 2006, before me, _P. Lombardi_, a Notary Public in and for said State, personally appeared **Crosbie B. Ronning**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_P. Lombardi_
Signature

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 02-75719-2 - Expires June 12, 2006

Fiesta-Marietta                                          1

# EXHIBIT E

MAY 09 2006 2:32PM    RONNING                775-832-0682                    p.1

CROSBIE B. RONNING
P.O. BOX 6410
INCLINE VILLAGE, NV 89452

EDWARDS.

434

82-16/311

Date 03/24/06

Pay to the
Order of _USA Commercial Mortgage Investors Fund_    $ 50,000.00

Fifty thousand dollars & 00/100 _____ Dollars

PNCBANK
w m pnc bank

For 70 822 10 mo. _Marganete payment_

⑆:031100157⑆: ⑆94110209311⑆  0434

Crosbie B. Ronning

From  USAC  First Trust Deed Fund

When Recorded, Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Crosbie B. Ronning, a single woman ("Assignee"), Fifty Thousand Dollars ($50,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated July 26, 2004, executed by John E. King and Carole D. King, husband and wife as Trustor, First American Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on July 30, 2004 as Instrument No.2004068161 in the Official Records of San Luis Obispo County, California.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 31 day of March , 2006.

ASSIGNOR:     USA Capital First Trust Deed Fund
By: USA Capital Realty Advisors, LLC, its Manager

By: _____
Joseph D. Milanowski, Managing Member

STATE OF Nevada )
) ss.
COUNTY OF Clark )

On March 31 , 2006, before me, Margaret M. Stone , a Notary Public in and for said State, personally appeared Joseph D. Milanowski, Managing Member **of USA Capital Realty Advisors, LLC, manager of USA Capital First Trust Deed Fund,** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_____
Signature

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

King-Margaria Annex

1

MAY 09 2006 2:35PM    RONNING                775-832-0682                    p.1

**GRABLE B. RONNING TTEE**
**BOSWORTH 1988 FAMILY TRUST**
U/A DTD NOV 4 1988 FBO ERIC RONNING
P.O. BOX 7804
INCLINE VILLAGE, NV 89452

◆TotalAsset    1441

Date 03/24/06                  67-15/311

Pay to the
Order of __USA Capital Com Mtg Inv Trust__ | $50,000.00

__Fifty thousand + 00/100__ _____ Dollars

ACCEAwards

P C BANK
Palmdale, Delaware

⑈:0311000157⑈: 19401853840⑈  ⑈11⑈

For ID 12.02.00mp Margarita Annex  Grable B. Ronning Ttee

From USA LFTDF

When Recorded, Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Grable B. Ronning Trustee of the Bosworth 1988 Family Trust for the benefit of Eric Ronning dated 11/4/88** ("Assignee"), **Fifty Thousand Dollars ($50,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated July 26, 2004, executed by John E. King and Carole D. King, husband and wife as Trustor, First American Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on July 30, 2004 as Instrument No.2004068161 in the Official Records of San Luis Obispo County, California.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 31 day of March , 2006.

ASSIGNOR:    USA Capital First Trust Deed Fund
By: USA Capital Realty Advisors, LLC, its Manager

By: _____
Joseph D. Milanowski, Managing Member

STATE OF Nevada )
) ss.
COUNTY OF Clark )

On March 31 , 2006, before me, Margaret M. Stone , a Notary Public in and for said State, personally appeared Joseph D. Milanowski, Managing Member **of USA Capital Realty Advisors, LLC, manager of USA Capital First Trust Deed Fund**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_____
Signature

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

King-Margaria Annex

1

**CHICAGO TITLE**

RECORDING REQUESTED BY:
Fidelity National
40 N. Central
Suite 2850
Phoenix, AZ 85004
Escrow # Z06-01104

PREPARED BY AND WHEN RECORDED,
RETURN TO:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, Nevada 89121
(702) 734-2400

Z06-01104
52502387

---

Recorded in Official Records, Merced County

**M. STEPHEN JONES**
County Recorder

4/05/2006
11:23 AM
R03

P  Public                                    T

| Doc#: | 2006 – 024695 | Titles: | 1 | Pages: | 25 |
|-------|---------------|---------|---|--------|-----|

| Fees | 134.00 |
|------|--------|
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $134.00 |

---

## FIRST AMENDMENT TO DEED OF TRUST

Fox Hills 216 (Merced)

## FIRST AMENDMENT TO DEED OF TRUST

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Trustor hereby agrees to the execution, delivery, and recording of this Amendment to that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated January 23, 2006, executed by **Fox Hills 216, LLC**, a California limited liability company, **Fox Hills 99, LLC**, a California limited liability company, **Fox Hills 50, LLC**, a California limited liability company, and **Fox Hills Nursery, LLC**, a California limited liability company (collectively "Trustor") to **Fidelity National Title Insurance Company** as Trustee, in favor of those persons listed on Exhibit "A" as Beneficiaries. The Deed of Trust was recorded on February 10, 2006 as Document No. 2006-011230 in Official Records of Merced County, State of California.

1.      Said Deed of Trust is hereby amended to increase the amount secured thereby from $25,755,000 to $25,980,000 to add a new **Exhibit "A"** (in the form attached hereto) thereto to reflect the present Beneficiaries.

2.      Said Deed of Trust affects the real property described on **Exhibit "B"** hereto.

3.      Said Deed of Trust is hereby amended to add the following new Section 5.19 as follows:

5.19    <u>Third-Party Trustor Waivers</u>.

(a)     Definitions. As used in this Section 5.19, "Third Party Indebtedness" means the amounts owing under the Note and all other indebtedness and other obligations owing by and attributable to Fox Hills Fresno Slough, LLC, a California limited liability company ("Fresno Borrower;" Fresno Borrower and each entity comprising Trustor are hereinafter referred to as "Borrower") under the Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing dated January 23, 2006 and recorded in the Official Records of Fresno County, California (the "Fresno Deed of Trust") and the other documents executed by Borrower that evidence, secure or relate to the Note.

(b)     Rights of Beneficiary. Trustor authorizes Beneficiary to perform any or all of the following acts at any time in its sole discretion, all without notice to Trustor and without affecting Beneficiary's rights or Trustor's obligations under this Deed of Trust.

(i)     Beneficiary may alter any terms of the Third Party Indebtedness or any part of it, including renewing, comprising, modifying, extending or accelerating, or otherwise changing the time for payment of or increasing or decreasing the rate of interest on, the Third Party Indebtedness or any part of it.

(ii)    Beneficiary may take and hold security for the Third Party Indebtedness, accept additional or substituted security for that obligation, and subordinate, exchange, enforce, waive, release, reconvey, comprise, fail to perfect and sell or otherwise dispose of any such security.

execute and deliver this Deed of Trust. Trustor has received and approved copies of all other requested Loan Documents. Before signing this Deed of Trust, Trustor investigated the financial condition and business operations of Borrower and such other matters as Trustor deemed appropriate to assure itself of Borrower's ability to discharge its obligations in connection with the Third Party Indebtedness. Trustor assumes full responsibility for that due diligence and for keeping informed of all matters that may affect Borrower's ability to pay and perform its obligations to Beneficiary. Beneficiary has no duty to disclose to Trustor any information which Beneficiary may have or receive about Borrower's financial condition or business operations or any other circumstances bearing on Borrower's ability to perform.

(h)    Counsel. Trustor acknowledges that Trustor has had adequate opportunity to carefully read this Deed of Trust and to consult with an attorney of Trustor's choice prior to signing it. No consent, approval or authorization of or notice to any person or entity is required in connection with Trustor's execution of and obligations under this Deed of Trust, and Trustor acknowledges its execution and delivery of this Deed of Trust is made voluntarily without any duress or undue influence of any kind.

Dated this  24  of  March  , 2006.

TRUSTOR:  **Fox Hills 216, LLC,**
a California limited liability company
By:    Catamount Management, LLC
a Utah limited liability company, its Manager


By:_____
Kent A. Hoggan, its Manager

**Fox Hills 99, LLC,**
a California limited liability company
By:    Catamount Management, LLC
a Utah limited liability company, its Manager


By:_____
Kent A. Hoggan, its Manager

(additional signatures follow)

7

**Fox Hills 50, LLC,**
a California limited liability company
By:    Catamount Management, LLC
       a Utah limited liability company, its Manager

By:_____
      Kent A. Hoggan, its Manager


**Fox Hills Nursery, LLC,**
a California limited liability company
By:    Catamount Management, LLC
       a Utah limited liability company, its Manager

By:_____
      Kent A. Hoggan, its Manager


**BENEFICIARY:**    USA Commercial Mortgage Company, Attorney-in-Fact

By_____
    Joseph D. Milanowski, President

(Notary acknowledgment follows)

8

STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )

On _March 20_, 2006, before me, _Margaret M. Stone_, a Notary Public in and for said State, personally appeared **JOSEPH D. MILANOWSKI,** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

STATE OF _California_    )
                         .) ss.
COUNTY OF _San Joaquin_  )

On _March 21_, 2006, before me, _Valerie Teixeira_, a Notary Public in and for said State, personally appeared **Kent A. Hoggan,** Manager of Catamount Management, LLC  personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

(Seal)

_____
Signature

VALERIE TEIXEIRA
COMM. # 1444489
NOTARY PUBLIC-CALIFORNIA
SAN JOAQUIN COUNTY
COMM. EXP. OCT. 7, 2007

9

EXHIBIT "A"

LENDERS

| | NAMES | AMOUNT |
|---|---|---|
| 1 | Arthur V. Adams Trustee of the Arthur V. Adams Trust dated 9/12/97 | $50,000 |
| 2 | First Savings Bank Custodian For Kenneth Addes IRA | $50,000 |
| 3 | Charles Jeremy Ainsworth an unmarried man | $100,000 |
| 4 | Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar Living Trust dated 04/05/01 | $100,000 |
| 5 | August J. Amaral Inc. a Nevada corporation | $118,000 |
| 6 | Robert P. Anderson Trustee of the Robert P. Anderson Revocable Living Trust dated 10/22/01 | $100,000 |
| 7 | Tonia M. Antonacci Family Trust dated 6/26/98 | $50,000 |
| 8 | Richard Armijo & Sanayha Armijo Trustees for the Armijo Family Trust dated 8/19/1999 | $100,000 |
| 9 | Eugene Auffert and Maria Teresa Auffert husband and wife as joint tenants with the right of survivorship | $50,000 |
| 10 | James B. Avanzino an unmarried man | $50,000 |
| 11 | Lui A. Avanzino & Audrey L. Avanzino husband & wife as joint tenants with right of survivorship | $50,000 |
| 12 | William A. Banos  a married man as his sole and separate property & Angel J. Banos an unmarried man as joint tenants with right of survivorship | $85,000 |
| 13 | Don L. Barnes and Miriam M. Tucker-Barnes husband and wife as joint tenants with right of survivorship | $50,000 |
| 14 | Clark R. Bartkowski and Jean P. Bartkowski Trustees of the Bartkowski Family Trust Dated 8/25/1994 | $100,000 |
| 15 | Mahfoud Beajow & April L. Beajow Trustees of the EBLA Living Trust dtd 01/15/2004 | $50,000 |
| 16 | B2PW Oregon Partnership | $50,000 |
| 17 | Joseph C. Bellan & Verna J. Bellan Trustees of the Joseph C. Bellan & Verna J. Bellan Revocable Living Trust dated 2/4/00 | $50,000 |
| 18 | Harriet Bender Trustee of The Bender Family Trust By-Pass Trust  dated 7/30/92 | $100,000 |
| 19 | Robert B. Bender & Paula S. Bender husband & wife as joint tenants with right of survivorship | $250,000 |
| 20 | Virgil L. Birgen & La Donna F. Birgen Trustees of the Birgen Charitable Trust dated 8/1/90 | $100,000 |
| 21 | Gerald L. Bittner Sr. DDS Inc Profit Sharing Plan & Trust dated 1/15/91 | $100,000 |

| | | |
|---|---|---|
| 209 | Charles B. Plunkett Trustee of The Charles B. Plunkett Revocable Trust DTD 10-25-94 | $100,000 |
| 210 | Morton J. Port a married man dealing with his sole & separate property | $50,000 |
| 211 | Patricia L. Port Trustee of the Patricia L. Port Trust dated 1/28/04 | $50,000 |
| 212 | Hans J. Prakelt an unmarried man | $50,000 |
| 213 | Emmeline Punsalan an unmarried woman | $50,000 |
| 214 | Dennis Raggi a married man dealing with his sole & separate property | $50,000 |
| 215 | Benita M. Rashall a married woman dealing with her sole and separate property | $50,000 |
| 216 | Annemarie Rehberger Trustee of the Acres Profit Sharing Plan | $50,000 |
| 217 | Stephanie K. Resley an unmarried woman | $50,000 |
| 218 | First Savings Bank Custodian For Manuel G. Rice IRA | $50,000 |
| 219 | Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91 | $100,000 |
| 220 | First Savings Bank Custodian For Brian L. Riley IRA | $60,000 |
| 221 | Alan Robinson & Gail Robinson husband & wife as joint tenants with right of survivorship | $70,000 |
| 222 | Michael G. Rogal and Elisabeth Rogal husband and wife joint tenants with the right of survivorship | $100,000 |
| 223 | Rebecca A. Rogers Trustee of the Rebecca A. Rogers Trust dated 9/18/96 | $50,000 |
| 224 | The Wild Water Limited Partnership a Nevada limited partnership | $50,000 |
| 225 | Joseph W. Sabia & Victoria L. Sabia husband & wife as joint tenants with right of survivorship | $63,000 |
| 226 | Lionel Saenz and Rosario D. Saenz Trustees of the L and R  Saenz Family Trust | $50,000 |
| 227 | Taylor Samuels Trustee of the Samuels 1999 Trust | $50,000 |
| 228 | Ruth Sanders an unmarried woman | $50,000 |
| 229 | Thomas R. Sanford & Anne H. Sanford | $50,000 |
| 230 | Nicholas J. Santoro and Juanita Santoro Trustees of the Santoro Family Trust U/T/D 4/29/02 | $100,000 |
| 231 | Rugby Associates LLLP a Maryland Limited Liability Limited Partnership | $200,000 |
| 232 | Shirley E. Schwartz Trustee of the Shirley E. Schwartz Revocable Living Trust dated 8/19/94 | $60,000 |
| 233 | Walter E. Seebach Trustee of the Walter E. Seebach Living Trust dated 11/1/85 | $250,000 |
| 234 | Martin H. Shafron Trustee of the Martin Shafron & Margaret Shafron Revocable Trust | $200,000 |
| 235 | Althea F. Shef Trustee of the Althea F. Shef Living Trust dated 5/1/03 | $50,000 |
| 236 | Perry Becker Shirley & Susan A. Shirley Trustees of the Perry Becker Shirley & Susan A. Shirley Living Trust of 1991 | $50,000 |
| 237 | Leslie P. Siggs a married woman dealing with her sole & separate property | $50,000 |

| 292 | H. Daniel Whitman Trustee of the Whitman Trust dated 12/1/04 | $50,000 |
| 293 | John L. Willis Jr. an unmarried man | $50,000 |
| 294 | Heather Winchester & William Winchester husband and wife as joint tenants with the right of survivorship | $100,000 |
| 295 | Doris E. Winter Trustee of The Doris E. Winter Trust | $50,000 |
| 296 | Arthur Withop & Thelma Withop Trustees of the Kamelot Trust dated 3/9/99 | $50,000 |
| 297 | Roger L. Young an unmarried man payable on death to Christine Ellen Amundson | $50,000 |
| 298 | Janet E. Zak a married woman as her sole & separate property | $54,000 |
| | TOTAL | $25,980,000 |

**EXHIBIT F**

When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

---

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

    FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to Jasper Benincasa, a married man dealing with his sole and separate property ("Assignee") Fifty Thousand Dollars ($50,000) of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated March 22, 2005, executed by **Del Valle Capital Corporation, Inc.** as Trustor, Fidelity National Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on March 30, 2005 as Instrument No. 20050330-1420 in the Official Records of Sacramento County, California. The current Beneficiaries are shown on Exhibit "A" attached hereto.

    This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

    DATED this _6th_ day of _April_, 2006.

    ASSIGNOR:  Janis N. Romo, the custodian of Mario West Romo, a minor under UTMA

_____
    Janis N. Romo,

STATE OF _Nevada_    )
                 ) ss.
COUNTY OF _Clark_    )

    On _April 6_, 2006, before me, _Janet Szabo_, a Notary Public in and for said State, personally appeared Janis N. Romo,, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the samein his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
    Signature

JANET SZABO
Notary Public, State of Nevada
Appointment No. 96-3467-1
My Appt. Expires May 30, 2007

1

When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

---

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Jasper Benincasa, a married man dealing with his sole and separate property** ("Assignee") **Twenty-five Thousand Dollars ($25,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below).  As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated April 14, 2005 executed by **Fiesta Development, Inc.** Trustor, Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries.  The Deed of Trust was recorded on April 15, 2005 as Instrument No. 2005-0298213 in the Official Records of Riverside County, California.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this ⟨7th⟩ day of ⟨April⟩, 2006.

ASSIGNOR:    Phillip N. Ralston and Benita M. Ralston, Trustees of the Ralston Family Trust, dated 5/16/00

_____                    _____
Phillip N. Ralston, Trustee                  Benita M. Ralston, Trustee

STATE OF ⟨NEVADA⟩           )
                           ) ss.
COUNTY OF ⟨CLARK⟩          )

On ⟨APRIL 7⟩, 2006, before me, ⟨EVELYN M. RULLIS⟩, a Notary Public in and for said State, personally appeared **Phillip N. Ralston, Trustee of the Ralston Family Trust, dated 5/16/00**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_____
Signature
(additional notary acknowledgment follows)

Fiesta-Murietta                                    1

STATE OF ___*NEVADA*___    )
                                            ) ss.
COUNTY OF ___*CLARK*___    )

On ___*APRIL 7*___, 2006, before me, ___*EVELYN M. RULLIS*___ a Notary Public in and for said State, personally appeared **Benita M. Ralston, Trustee of the Ralston Family Trust, dated 5/16/00,** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

___*Evelyn M. Rullis*___
              Signature



Fiesta-Murietta

2

**EXHIBIT G**

When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

---

## ASSIGNMENT OF BENEFICIAL INTEREST
## IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Jasper Benincasa Jr., a married man dealing with his sole and separate property** ("Assignee"), **Thirty Five Thousand Dollars ($35,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated June 6, 2005, executed by, **John E. King and Carole D. King** as Trustor, First American Title Insurance company as Trustee, in favor of those persons listed on Exhibit "A" thereto as beneficiaries. The Deed of Trust was recorded on July 1, 2005 as Instrument No. 2005054313, in the Official Records of San Luis Obispo County, California.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 10 day of ___April___, 2006.

ASSIGNOR: USA Capital First Trust Deed Fund

_____
Joseph D. Milanowski, Manager

STATE OF _Nevada_          )
                           ) ss.
COUNTY OF _Clark_          )

On _April 10_, 2006, before me, _Amanda Steves_, a Notary Public in and for said State, personally appeared **Joseph D. Milanowski Manager of the USA Capital First Trust Deed Fund**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_____
Signature

> AMANDA STEVENS
> NOTARY PUBLIC
> STATE OF NEVADA
> Date Appointment Exp: 01-16-2010
> Certificate No: 02-72937-1

King - Oak Shores II                    1