```
 1  JOHN F. MURTHA, ESQ.
    Nevada Bar No. 835
 2  WOODBURN AND WEDGE
    Sierra Plaza
 3  6100 Neil Road, Ste. 500
    Post Office Box 2311
 4  Reno, Nevada  89505
 5  Telephone: 775-688-3000
    Facsimile : 775-688-3088
 6  jmurtha@woodburnandwedge.com

 7
 8  Attorneys for Creditors
    John Michelsen
 9  Gary Michelsen
10
11
```

|    |                                      |                                      |
|----|--------------------------------------|--------------------------------------|
| 12 |   UNITED STATES BANKRUPTCY COURT                                            ||
| 13 |   DISTRICT OF NEVADA                                                        ||
| 14 |   * * *                                                                     ||
| 15 | In re:                               | Case No.  BK-S-06-10725-LBR          |
| 16 |                                      | Case No.  BK-S-06-10726-LBR          |
| 17 | USA COMMERCIAL MORTGAGE              | Case No.  BK-S-06-10727-LBR          |
|    | COMPANY,                             | Case No.  BK-S-06-10728-LBR          |
| 18 |                                      | Case No.  BK-S-06-10729-LBR          |
|    | Debtor.                              |                                      |
| 19 | _____/        | Chapter   11                         |
|    | In re:                               |                                      |
| 20 |                                      | **Jointly Administered Under**       |
| 21 | USA CAPITAL REALTY ADVISORS,         | **Case No.  BK-S-06-10725-LBR**      |
|    | LLC,                                 |                                      |
| 22 |                                      |                                      |
|    | Debtor.                              |                                      |
| 23 | _____/        | **REQUEST FOR SPECIAL NOTICE**       |
|    | In re:                               | **[Affects All Debtors]**            |
| 24 |                                      |                                      |
| 25 | USA CAPITAL DIVERSIFIED TRUST        | No Hearing Required                  |
|    | DEED FUND, LLC,                      |                                      |
| 26 |                                      |                                      |
|    | Debtor.                              |                                      |
| 27 | _____/        |                                      |
| 28 |                                      |                                      |

In re:

USA CAPITAL FIRST TRUST DEED FUND, LLC,

      Debtor.
_____/

In re:

USA SECURITIES, LLC,

      Debtor.
_____/

Notice is hereby given that the undersigned represents John Michelsen and Gary Michelsen, creditors and interested parties in the above-captioned bankruptcy proceedings, and, therefore, request notice of all proceedings in this matter in accordance with the provisions of FRBP 2002 be sent to the following address:

    John F. Murtha, Esq.
    Woodburn and Wedge
    Sierra Plaza
    6100 Neil Rd., Ste. 500
    Post Office Box 2311
    Reno, Nevada 89505
    Telephone: 775-688-3000
    Fax: 775-688-3088
    jmurtha@woodburnandwedge.com

DATED this 23rd day of May, 2006.

    WOODBURN and WEDGE

    By_____
    JOHN F. MURTHA, ESQUIRE
    Attorneys for Creditors
    John Michelsen and Gary Michelsen

## CERTIFICATE OF SERVICE

I certify that I am an employee of the law firm of Woodburn and Wedge, and that on the 24 day of May, 2006, I caused the foregoing document to be delivered to all parties to this action by:

_____✓_____ placing a true copy thereof in a sealed, stamped envelope with the United States Postal Service at Reno, Nevada

_____ personal delivery

_____ facsimile

_____ Federal Express or other overnight delivery

_____ Reno/Carson Messenger Service

addressed as follows:

Annette W. Jarvis, Esq.
Ray Quinney & Nebeker PC
36 South State St., Ste. 1400
P.O. Box 45385
Salt Lake City, UT  94145-0385

Lenard Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Ste. 1
Las Vegas, NV  89146-5308

