Richard McKnight, Esq.
Nevada Bar No. 001313
THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
Attorneys for Debtor

**Efiled on May 24, 2006.**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>             Debtor. | Case m BK-S-06-10725-LBR |

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on 24th day of May 2006, service of a true and correct copy of the MOTION DIRECTING PAYMENTS TO DIRECT LENDERS was made by:

**X**    ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

CICI CUNNINGHAM &nbs! p bankruptcy@rocgd.com

1  LAUREL E. DAVIS bklsclv@lionelsawyer.com,
2  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
   THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM
3
4  SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

5  EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

6  EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

7  ANNETTE W JARVIS ,
8
   ROBERT R. KINAS rkinas@swlaw.com,
9  mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

10
   N! ILE LEATHAM nl eatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
11
   ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com
12

13 WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

14 JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

15
   DONNA M. OSBORN jinouye@marquisaurbach.com,
16 dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgalle
   gos! @MarquisAurbach.com
17
   DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com
18

19 LENARD E. SCHWARTZER bkfilings@s-mlaw.com

20
   SHLOMO S. SHERMAN ssherman@sheacarlyon.com,
21 aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmall
   et@sheacarlyon.com;rsmith@sheacarlyon.com
22
   JEFFREY G. SLOANE gjklepel@yahoo.com, gklepel@kssattorneys.com
23

24 PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

25 CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com

26
   U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,
27

28                                    Page 2 of 3

1 JOAN C WRIGHT ! jwright@allisonmackenzie.com, jbrooks@alli sonmackenzie.com

2 MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

                                                    /s/    Carol Burke
An Employee of
Law Offices of Richard McKnight