5-17-06

OR[...]

Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666    **Entered on Docket**
Facsimile: (702) 362-2203    **May 24, 2006**
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **ORDER GRANTING<br>PERMISSION TO FILE IN<br>PAPER FORMAT** |
| Affects:<br> **X**  All Debtors<br>___ USA Commercial Mortgage Company<br>___ USA Capital Realty Advisors, LLC<br>___ USA Capital Diversified Trust Deed Fund, LLC<br>___ USA Capital First Trust Deed Fund, LLC<br>___ USA Securities, LLC | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

## ORDER GRANTING PERMISSION TO FILE IN PAPER FORMAT

The Court hereby grants the Motion filed by Regina M. McConnell, Esq.  The Clerk of the Court is hereby directed to accept in paper format the following document(s) as identified in the movant's "Motion For Permission To File In Paper Format Due To Exemption Or Exceptional Circumstances" *(list title of each document)*:

Verified Petition of Patricia K. Smoots for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court; and Designation of Local Counsel and Consent Thereto.

No other documents may be filed in paper format without first seeking permission from the Court.

IT IS SO ORDERED.

Dated: _____        _____
                                                                BANKRUPTCY COURT JUDGE


Submitted by:
KRAVITZ, SCHNITZER, SLOANE,
        JOHNSON & EBERHARDY, CHTD.


By: _____
Jeffrey G. Sloane, Esq.  (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
1389 Galleria Drive, Suite 200
Henderson, NV  89014
Telephone:      (702) 362-6666
Facsimile:      (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com


O:\rmm\_KSS Data\Kantor\Smoots Order to File Paper.wpd