# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
**Chapter 11**

In re:
   USA COMMERCIAL MORTGAGE COMPANY, Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by PATRICIA K. SMOOTS and the appointment of REGINA MCCONNELL and JEFFREY G. SLOAN as designated Nevada Counsel in this case is approved.

Dated: 5/24/06    BY THE COURT

*[signature]*

Patricia Gray
Clerk of the Bankruptcy Court