**Entered on Docket
May 24, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar # 000827
**Callister & Reynolds**
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 382-5774
mqc@callister-reynolds.com

**Attorneys for Project Disbursement Group, Inc.**

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In re: | **BK-**06-10725-lbr<br>Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | ORDER SHORTENING TIME |
| Debtor. | Date: June 15, 2006 |
| | Time: 10:00 a.m. |

**ORDER SHORTENING TIME TO HEAR EMERGENCY MOTION FOR ORDER REGARDING PROJECT DISBURSEMENT GROUP, INC.'S DISBURSEMENT OF INTEREST PAYMENTS TO DEBTOR**

Upon an Ex Parte Motion for An Order Shortening Time To Hear Emergency Motion For Order Regarding Project Disbursement Group, Inc.'s Disbursement of Interest Payments To

Debtor (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening time for hearing, and it is

ORDERED that the hearing of the Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Courtroom 1, Las Vegas, Nevada on June 15, 2006 at the hour of 10:00 a.m.; and it is further

ORDERED that PDG's attorney will provide notice of the Motion and hearing date as required.

For a copy of the filed motion you may obtain a copy from the Bankruptcy Court online through Pacer at www.nvb.uscourts.gov.

Submitted by:

/s/ Matthew Q. Callister, Esq.
MATTHEW Q. CALLISTER, ESQ.
Nevada Bar # 000827
Callister & Reynolds
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Attorneys for PDG