MATTHEW Q. CALLISTER, ESQ.  
Nevada Bar # 001396  
CALLISTER & REYNOLDS  
823 Las Vegas Boulevard South  
Las Vegas, Nevada 89101  
Telephone: (702) 385-3343  
Facsimile: (702) 385-2899  
Email: mqc@callister-reynolds.com  
Attorneys for Project Disbursement Group, Inc.

Filed Electronically on  
MAY 25, 2006

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

BK-S 06-10725-lbr  
Chapter 11

Date: June 15, 2006  
Time: 10:00am

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of the Law Firm of Callister & Reynolds, over the age of 21 years, and not a party to nor interested in the within matter; that on the 25th day of May, 2006, I served a copy of the <u>Order Shortening Time To Hear Emergency Motion Regarding Project Disbursement Group, Inc's Disbursements of Interest Payments to Debtor and Emergency Motion Regarding Project Disbursement Group, Inc's Disbursements of Interest Payments to Debtor</u> by:

1) Mailing a copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Las Vegas, Nevada, addressed as follows:

See Attached Mailing Matrix A.

2) ECF System Addresses

See Attached Mailing Matrix B.

/s/ Maggie Callister  
An employee of Callister & Reynolds

Law Offices of Callister & Reynolds  
823 Las Vegas Blvd. South  
Las Vegas, Nevada 89101  
(702) 385-3343

1

T:\PDG v. USA Capital\Pleadings\Certificate of Mailing for OST and Motion.wpd