# MAILING MATRIX A

**Franklin C. Adams**
franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
**Kelly J. Brinkman**
kbrinkman@gooldpatterson.com

**Candace Carlyon**
ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;
bankruptcyfilings@sheacarlyon.com; rsmith@sheacarlyon.com
**Kevin B. Christensen**
kchislaw@gooldpatterson.com
**Janet L. Chubb**
tbw@jonesvargas.com
**Jeffrey A. Cogan**
jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
**Cici Cunningham**
bankruptcy@rocgd.com
**Thomas H. Fell**
THF@GORDONSILVER.COM,
BANKRUPTCYNOTICES@GORDONSILVER.COM
**Scott D. Fleming**
sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com
**Edward J. Hanigan**
haniganlaw@earthlink.net, haniganlaw1@earthlink.net
**Christopher D Jaime**
cjaime@waltherkey.com, kbernhar@waltherkey.com
**Evan L. James**
ejameslv@earthlink.net, kbchrislaw@aol.com
**Robert R. Kinas**
Rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com;
lholding@swlaw.com; imcord@swlaw.com
**Nile Leatham**
nleatham@klnecada.com, ckishi@klnevada.com; bankruptcy@knevada.com
**Robert C. LePome**
robert@robertlepome.com, susan@robertlepome.com
**William L. McGinsey**
lawoffices601@lvcoxmail.com
**Richard McKnight**
mcknightlaw@cox.net, gkopang@lawlasvegas.com;
cburke@lawlasvegas.com, sforemaster@lawlasvegas.com
**Jeanette E. McPherson**
bkfilings@s-mlaw.com
**David Mincin**
mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,
cburke@lawlasvegas.com, sforemaster@lawlasvegas.com
**Donna M. Osborn**
jinouye@marquisarurbach.com, dosborn@marquisaurbach.com;
tszostek@marquisaurbach.com; jcrowe@MarquisAurbach.com;
kgallegos@MarquisAurbach.com
**Donald T. Polednak**
sandplegal@yahoo.com, spbankruptcy@yahoo.com
**Lenard Schwartzer**
bkfilings@s-mlaw.com
**Shlomo S. Sherman**
ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;
bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com
**Jeffrey G. Sloane**
gjklepel@yahoo.com
**Peter Susi**
cheryl@msmlaw.com, msm@msmlaw.com
**Caryn S. Tijsseling**
cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. Trustee - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

Joan C. Wright
wright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

Matthew C. Zirzow
bankruptcynotices@gordonsilver.com