Paula K. Jacobi, Esq. (IL Bar No. 1311247)
Andrew J. Abrams, Esq. (IL Bar No. 6271836)
SUGAR FRIEDBERG & FELSENTHAL LLP
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
Telephone: 312-704-9400
Email: pjacobi@sff-law.com
       aabrams@sff-law.com

Robert Kinas, Esq.
SNELL & WILMER
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89109
Telephone: 702.784.5203
Email: rkinas@swlaw.com

Attorneys for Norman Kiven

**Electronically Filed**
**May 25, 2005**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                    Debtor<br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                    Debtor<br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                    Debtor<br>In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                    Debtor<br>In re:<br><br>USA SECURITIES, LLC<br>                                                    Debtor<br>Affects:<br>  X   All Debtors<br>       USA Commercial Mortgage Company<br>       USA Securities, LLC<br>       USA Capital Realty Advisors, LLC<br>       USA Capital Diversified Trust Deed Fund, LLC<br>       USA First Trust Deed Fund, LLC | ) Case No. BK-S-06-10725 LBR<br>) Case No. BK-S-06-10726 LBR<br>) Case No. BK-S-06-10727 LBR<br>) Case No. BK-S-06-10728 LBR<br>) Case No. BK-S-06-10729 LBR<br>)<br>)<br>) Chapter 11<br>)<br>)<br>) **Jointly Administered Under**<br>) **Case No. BK-S-06-10725 LBR**<br>)<br>)<br>)<br>)<br>) **KIVEN'S NOTICE OF**<br>) **APPEARANCE AND**<br>) **REQUEST FOR NOTICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

112294.1

Norman Kiven ("Kiven") by and through his counsel,

>Robert R. Kinas, Esq.
>Meridith J. Strand, Esq.
>Jennifer McBee, Esq.
>SNELL & WILMER L.L.P.
>3800 Howard Hughes Parkway, Suite 1000
>Las Vegas, Nevada 89109

hereby appears and formally requests all notices and copies of any and all filings and/or hearings in either the above-captioned administrative proceeding or in any contested matter or adversary proceeding therein or related thereto, that this request shall remain a continuing request and demand for notices to be provided to the above-listed counsel, and that the foregoing listed attorney be added to the master mailing matrix.

>SNELL & WILMER L.L.P.
>
>*/s/ Robert R. Kinas*
>Robert Kinas, Esq.
>SNELL & WILMER
>3800 Howard Hughes Parkway, Suite1000
>Las Vegas, Nevada 89109
>702.784.5203
>Email: rkinas@swlaw.com
>
>Paula K. Jacobi, Esq. (IL Bar No. 1311247)
>Andrew J. Abrams, Esq. (IL Bar No. 6271836)
>SUGAR FRIEDBERG & FELSENTHAL LLP
>30 North LaSalle Street, Suite 3000
>Chicago, Illinois 60602
>Telephone: 312-704-9400
>Email: pjacobi@sff-law.com
>       aabrams@sff-law.com
>
>Attorneys for Norman Kiven

112294.1

- 2 -