REQ
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorney for Party In Interest
Franklin/Stratford Investment LLC

E-Filed On 5/25/06

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>_____Debtor_____ | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>_____Debtor_____ | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC.<br><br>_____Debtor_____ | |
| In re:<br>USA CAPITAL FIRST TRUST<br>DEED FUND, LLC.<br><br>_____Debtor_____ | Date of Hearing: N/A<br>Time of Hearing: N/A |
| In re:<br>USA SECURITIES, LLC.<br><br>_____Debtor_____ | |

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO:    USA COMMERCIAL MORTGAGE COMPANY, DEBTOR;

TO:    LENARD E. SCHWARTZER, ESQ., COUNSEL FOR DEBTOR;

TO:    UNITED STATES TRUSTEE;

TO:    ALL INTERESTED PARTIES; and

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

NOTICE IS HEREBY GIVEN that **FRANKLIN/STRATFORD INVESTMENT LLC**, as a Party in Interest in the above-entitled administratively consolidated cases requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Copies of said notices and documents shall be addressed to them as follows:

SUSAN WILLIAMS SCANN, ESQ.
PAUL R. CONNAGHAN, ESQ.
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101

Dated: this 24th day of May, 2006.

DEANER, DEANER, SCANN, MALAN & LARSEN

By: _____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorney for Party in Interest
Franklin/Stratford Investment, LLC

2

## CERTIFICATE OF MAILING

I hereby certify that on the 25th day of May, 2006, I served the foregoing REQUEST FOR SPECIAL NOTICE by depositing copies of the same in the United States mails, postage prepaid, addressed to the following:

USA Commercial Mortgage
4484 S. Pecos Rd.
Las Vegas, NV 89121

Lenard Schwartzer, ESQ
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., #1
Las Vegas, NV 89146
Attorney for Debtor

U.S. Trustee
300 Las Vegas Blvd., S., Ste., 4300
Las Vegas, NV 89101

Annette W. Jarvis, ESQ.
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste., 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385

_____
Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

3