GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail:  gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail:  geg@gordonsilver.com
TALITHA B. GRAY, ESQ.
Nevada Bar No. 9040
E-mail: tbg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for The Official Committee of Holders
of Executory Contract Rights through
USA Commercial Mortgage Company

E-Filed On  5/26/06

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>_____Debtor._____ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>_____Debtor._____ | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>_____Debtor._____ | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>_____Debtor._____ | |
| In re:<br>USA SECURITIES, LLC,<br><br>_____Debtor._____ | Date:  N/A<br>Time:  N/A |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

## NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE AND DEMAND FOR COPIES OF ALL FILED PLANS AND DISCLOSURE STATEMENTS
### [Fed. R. Bankr. P. 9010(b), 2002 and 3017(a)]

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/404611.doc

1    GREGORY E. GARMAN, ESQ., of the law firm of GORDON & SILVER, LTD.,

2    attorneys for The Official Committee of Holders of Executory Contract Rights through USA

3    Commercial Mortgage Company ("Claimant"), hereby makes its appearance on the record in the

4    above-entitled bankruptcy case pursuant to Bankruptcy Rule 9010(b), and pursuant to

5    Bankruptcy Rule 2002 and 3017(a), and hereby requests special notice of all hearings,

6    applications, motions, contested matters, and adversary proceedings filed in this case, including

7    copies of all notices, pleadings, papers, and other related materials that are issued or filed in

8    connection with the case by the Court, Debtor, or other parties-in-interest, including copies of all

9    plans of reorganization and disclosure statements.  All responses to the foregoing, and, all

10   notices required to be mailed to Claimant pursuant to Bankruptcy Rule 2002 should be directed

11   to:

12                    GREGORY E. GARMAN, ESQ.
                      GORDON & SILVER, LTD.
13                    3960 Howard Hughes Parkway, 9th Fl.
                      Las Vegas, Nevada  89109

14         Neither this paper nor any subsequent appearance, pleading, claim, proof of claim,

15   document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly

16   designate the undersigned as agent for service of process on Claimant, or (ii) constitute a waiver

17   of any of the following rights of the Claimant:

18         (a)     Right to have any and all final orders in any and all non-core matters entered only

19   after de novo review by United States District Court Judge;

20         (b)     Right to trial by jury in any proceeding as to any and all matters so triable herein,

21   whether or not the same be designated legal or private rights, or in any case, controversy or

22   proceeding relating hereto, notwithstanding the designation vel non of such matters as "core

23   proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant

24   to statute or the United States Constitution;

25         (c)     Right to have the reference of this matter withdrawn by the United States District

26   Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

27         (d)     Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

2

100933-001/404611.doc

which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Claimant without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED this ᵃ⁶ day of May, 2006.

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY M. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
[Proposed] Attorneys The Official Committee of
Holders of Executory Contract Rights through USA
Commercial Mortgage Company

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/404611.doc

3