

**Entered on Docket**
**May 26, 2006**

_____
Hon. Linda B. Riegle
**United States Bankruptcy Judge**

1
2
3
4
5
6   Annette W. Jarvis, Utah Bar No. 1649
7   RAY QUINNEY & NEBEKER P.C.
    36 South State Street, Suite 1400
8   P.O. Box 45385
    Salt Lake City, Utah 84145-0385
9   Telephone: (801) 532-1500
    Facsimile: (801) 532-7543
10  Email: ajarvis@rqn.com
11  and
    Lenard E. Schwartzer
12  Nevada Bar No. 0399
    Jeanette E. McPherson
13  Nevada Bar No. 5423
    Schwartzer & McPherson Law Firm
14  2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada 89146-5308
15  Telephone: (702) 228-7590
    Facsimile: (702) 892-0122
16  E-Mail: bkfilings@s-mlaw.com
17  Proposed Attorneys for Debtors and Debtors-in-Possession

18                  **UNITED STATES BANKRUPTCY COURT**

                          **DISTRICT OF NEVADA**

19  | In re: | Case No. BK-S-06-10725 LBR |
20  | USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
    | Debtor. | Case No. BK-S-06-10727 LBR |
21  | In re: | Case No. BK-S-06-10728 LBR |
    | USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729 LBR |
22  | Debtor. | |
23  | In re: | Chapter 11 |
    | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under |
24  | Debtor. | Case No. BK-S-06-10725 LBR |
25  | In re: | |
    | USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
26  | Debtor. | Date: N/A |
27  | In re: | Time: N/A |
    | USA SECURITIES, LLC, | |
28  | Debtor. | |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

                                        1

Stipulation and Order Re Monthly Operating Reports

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

## STIPULATION AND ORDER REGARDING DEBTORS' MONTHLY OPERATING REPORTS   [AFFECTS ALL DEBTORS]

Debtors, USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors"), by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm, and the Office of the United States Trustee, by and through its counsel, Scott Farrow, Esq., hereby stipulate and agree as follows:

**WHEREAS,** the Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on April 13, 2006 (the "Petition Date"), and the Debtors continue to operate their businesses and possess their property as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

**WHEREAS,** the Debtors have been granted an extension until June 15, 2006, to file their Statements and Schedules.

**WHEREAS,** because the Debtors' Statements and Schedules have not been filed, the parties agree that the Debtors are permitted to file partial monthly operating reports for the months of April, 2006 and May, 2006 without a statement of assets and liabilities, and that the Office of the United States Trustee will not file any motions pertaining to the failure of the Debtors to file complete monthly operating reports for these months. However, no later than July 20, 2006, the Debtors shall file complete monthly operating reports for the months of April and May, 2006.

**NOW, THEREFORE,** in consideration of the foregoing, the Debtors and the Trustee agree as follows:

1. The foregoing recitals are incorporated herein in full.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2

Stipulation and Order Re Monthly Operating Reports

1    2.    The Debtors are authorized to file partial monthly operating reports, without a

2  statement of assets and liabilities, covering the months of April, 2006 and May, 2006, and the

3  Trustee shall not file any motion regarding the Debtors' failure to file complete monthly operating

4  reports for these months.

5    3.    The Debtors shall file complete monthly operating reports for the months of April

6  and May, 2006 no later than July 20, 2006.

7  DATED: May __, 2006                              DATED: May 22 2006.

8

9  /s/ Jeanette E. McPherson
   Jeanette E. McPherson, Esq.              Scott A. Farrow, Esq. August B. Landis, Asst
10  Schwartzer & Mcpherson Law Firm          Office of the United States Trustee
   2850 South Jones Boulevard, Suite 1       300 S. Las Vegas Blvd., Suite 4300
11  Las Vegas, NV  89146                      Las Vegas, NV 89101
   Proposed Attorneys for Debtors and        Attorney for the United States Trustee
12  Debtors-in-Possession

13

14                              **ORDER**

15

16    **IT IS SO ORDERED.**

17  Submitted By:

18

19

20  /s/ Jeanette E. McPherson
   Jeanette E. McPherson, Esq.
21  Schwartzer & McPherson Law Firm
   2850 South Jones Boulevard, Suite 1
22  Las Vegas, NV  89146
   Proposed Attorneys for Debtors and
23  Debtors-in-Possession

24

25                              ###

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

Stipulation and Order Re Monthly Operating Reports