Thomas J. Gilloon, Esq.
State Bar No. 000578
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

**Efiled on May 26, 2006.**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

In re:
USA CAPITAL REALTY ADVISORS, LLC.,

    Debtor.

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,

    Debtor.

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC.,

    Debtor.

In re:
USA SECURITIES, LLC.,

    Debtor.

Affects:
  Q All Debtors
  Q USA Commercial Mortgage Company
  Q USA Securities, LLC
  Q USA Capital Realty Advisors, LLC
  Q USA Capital Diversified Trust Deed Fund, LLC
  Q USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

**Jointly Administered Under
Case No. BK-S-06-10725-LBR**

Date:
Time:

## ERRATA TO OPPOSITION TO TEMPORARILY HOLD FUNDS

PLEASE TAKE NOTICE that the Opposition To Motion To Temporarily Hold Funds with

Page 1 of 2

1  exhibits attached filed on May 22, 2006, at 4:54 p.m., docket #323, was erroneously captioned as a

2  "Motion".  The title should read "Opposition To Motion To Temporarily Hold Funds Pending A

3  Determination Of The Proper Recipients".

4      DATED this 25th day of May 2006

5  .

6                                    LAW OFFICES OF RICHARD McKNIGHT, P.C.

8                                    By:   /s/ David Mincin for
                                        Thomas J. Gilloon,  Esq.
9                                       State Bar No. 000578
                                        330 S. Third St., #900
10                                      Las Vegas, NV 89101
                                        Attorneys for Movant