Richard McKnight, Esq.
Nevada Bar No. 001313
THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
Attorneys for Debtor

E-filed on May 26, 2006.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>      Debtor. | Case № BK-S-06-10725-LBR |

**CERTIFICATE OF SERVICE**

  Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on 26th day of May 2006, service of a true and correct copy of the LIMITED OPPOSITION OF THE MCKNIGHT 2000 FAMILY TRUST TO APPLICATION BY THE OFFICIAL INVESTOR COMMITTEE TO EMPLOY STUTMAN, TREISTER & GLATT, P.C. AS COUNSEL FOR MATTERS OF COMMON INTEREST was made by:

**X** ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

CICI CUNNINGHAM bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

TALITHA B. GRAY bankruptcynotices@gordonsilver.com

EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS ,

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

DAVID MINCIN mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JOHN F MURTHA jmurtha@woodburnandwedge.com

DONNA M. OSBORN jinouye@marquisaurbach.com,

1  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach
2  .com;kgallegos@MarquisAurbach.com

3  DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

4  SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

5  LENARD E. SCHWARTZER bkfilings@s-mlaw.com

6  SHLOMO S. SHERMAN ssherman@sheacarlyon.com,
7  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com
8

9  JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

10  PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

11  CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com

12  U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

13  JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

14  MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com
15

16
                                                  /s/ Steven Foremaster
17                                              An Employee of Law
                                                Offices of Richard McKnight
18

19

20

21

22

23

24

25

26

27

28
                                  Page 3 of 3