ELECTRONICALLY FILED
MAY 26, 2006

STUTMAN, TREISTER & GLATT, P.C.
JEFFREY H. DAVIDSON
(CA State Bar No. 73980)
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:    jdavidson@stutman.com
          fmerola@stutman.com
          ekarasik@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:    jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

[Proposed] Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: June 5, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #2 |

**LIMITED OPPOSITION TO THE APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC AS THE DEBTORS' REAL ESTATE APPRAISER**
**(AFFECTS ALL DEBTORS)**

391423v1

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Deed Committee") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), hereby files this Limited Opposition to the "Application For Order Authorizing The Employment Of Hilco Real Estate LLC/Hilco Real Estate Appraisal, LLC As The Debtors' Real Estate Appraiser (Affects All Debtors) (the "Hilco Application") filed by USA Commercial Mortgage Company ("USACM"), on behalf of itself and its affiliated debtors (each, a "Debtor" and, collectively, the "Debtors"), and respectfully states as follows:

Pursuant to the Hilco Application, the Debtors seek to engage Hilco for three types of services as follows:

(1) Hilco would be engaged, for a flat fee, to perform valuation services related to appraising the property securing the Debtors' loans.

(2) Hilco would be engaged, pursuant to an hourly compensation structure, to provide expert witness, consulting and advisory services on real estate matters, as necessary.

(3) Hilco would be retained, on an exclusive basis with a commission-based compensation structure, for services relating to the disposition of property.

While the First Trust Deed Committee does not oppose the retention of Hilco for the first two types of services, it is premature, at this time, to engage Hilco to perform disposition services, especially on an exclusive basis with pre-set commission rates. After the valuation work is completed, the Debtors will then be in a position to adequately market the disposition services it requires. Only then can the Debtors determine if Hilco is the right professional, with best compensation structure, to dispose of the underlying property.

Counsel for the First Trust Deed Committee has engaged Hilco in preliminary discussions regarding its concerns with the terms of the Agreement. Attached hereto as Exhibit "1" is a redline version of the Agreement that has been marked to show the changes that the First Trust Deed Committee has made to address its concerns. As of the date of this filing, the parties had not resolved the issue.

1 **WHEREFORE**, the First Trust Deed Committee hereby requests that the Court enter an Order approving the Hilco Application, as modified herein, and approve the Agreement attached hereto as Exhibit "1," without prejudice to the Debtors seeking the retention of Hilco to provide additional services at the appropriate time.

Respectfully submitted this 26th day of May, 2006.

_____/s/ Eve H. Karasik_____

JEFFREY H. DAVIDSON (CA State Bar No. 73980),
FRANK A. MEROLA (CA State Bar No. 136934), and
EVE H. KARASIK (CA State Bar No. 155356), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV  89101
Telephone:  (702) 471-7432
[PROPOSED] COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC