**ELECTRONICALLY FILED**
**MAY 26, 2006**

STUTMAN, TREISTER & GLATT, P.C.
JEFFREY H. DAVIDSON
(CA State Bar No. 73980)
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:    jdavidson@stutman.com
          fmerola@stutman.com
          ekarasik@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:    jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

[Proposed] Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: June 5, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #2 |

**AMENDMENT TO THE APPLICATION BY THE OFFICIAL INVESTOR COMMITTEES TO EMPLOY STUTMAN, TREISTER & GLATT, P.C. AS COUNSEL FOR ALL MATTERS OF COMMON INTEREST (APPLIES TO ALL DEBTORS)**

391422v1

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Deed Committee") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), hereby files this Amendment to the "Application By The Official Investor Committees To Employ Stutman, Treister & Glatt, P.C. As Counsel For All Matters Of Common Interest" (the "Employment Application") and respectfully states as follows:

At the time of filing the Employment Application, the First Trust Deed Committee, along with the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Trust Deed Committee") and the Official Committee of Holders Of Executory Contract Rights Through USA Commercial Mortgage Company (the "Direct Lender Committee" and, collectively with the First Trust Deed Committee and Diversified Trust Deed Committee, the "Investor Committees"), had agreed, subject to Court approval, to engage Stutman, Treister & Glatt Professional Corporation ("ST&G") as special bankruptcy counsel to the Investor Committees for all matters of common interest.  Thereafter, the Direct Investor Committee informed the First Trust Deed Committee and Diversified Trust Deed Committee that it did not want to continue with this joint representation in light of potential conflicts and formally terminated its retention of ST&G in writing.

Pursuant to paragraph 10 of the Employment Application, the Investor Committees agreed that, if the retention of ST&G by all three Investor Committees were not approved, the First Trust Deed Committee would then seek to employ ST&G as its special bankruptcy counsel and Shea & Carlyon as its local bankruptcy counsel to represent its own interests in matters in these Chapter 11 Cases.  Accordingly, based on the fact that the Direct Lender Committee is no longer interested in pursuing joint representation, the First Trust Deed Committee hereby seeks to retain ST&G as its special bankruptcy counsel as described in the Employment Application.

391422v1                                                                  2

**WHEREFORE**, the First Trust Deed Committee hereby requests that the Court enter an order authorizing the First Trust Deed Committee to employ Jeffrey H. Davidson, Frank A. Merola, Eve H. Karasik, and Christine M. Pajak, and other members, associates and attorneys of counsel of Stutman, Treister & Glatt Professional Corporation as their special bankruptcy counsel, *nunc pro tunc* as of May 10, 2006 to represent them with compensation that is at the expense of the USA Capital First Trust Deed Fund, LLC estate to be in such amount as the Court may hereafter allow.

Respectfully submitted this 26th day of May, 2006.

/s/ Eve H. Karasik

JEFFREY H. DAVIDSON (CA State Bar No. 73980),
FRANK A. MEROLA (CA State Bar No. 136934), and
EVE H. KARASIK (CA State Bar No. 155356), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV  89101
Telephone:  (702) 471-7432
[PROPOSED] COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC

391422v1                                            3