# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
**Chapter 11**

In re:
    USA COMMERCIAL MORTGAGE COMPANY, Debtor(s)

---

### ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by RICHARD J. MASON and the appointment of REGINA MCCONNELL and JEFFREY G. SLOAN as designated Nevada Counsel in this case is approved.

Dated: 5/24/06                                    BY THE COURT

*[signature]*

Patricia Gray
Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2           User: lakaswm              Page 1 of 1              Date Rcvd: May 24, 2006
Case: 06-10725                 Form ID: oaancbk           Total Served: 4

The following entities were served by first class mail on May 26, 2006.
aty         +JEFFREY G. SLOANE,   KRAVITZ, SCHNITZER, & SLOANE, CHTD.,   1389 GALLERIA DRIVE #200,
              HENDERSON, NV 89014-6686
aty         +REGINA M MCCONNELL,   KRAVITZ SCHNITZER & SLOANE, CHTD,   1389 GALLERIA DRIVE,   STE 200,
              HENDERSON, NV 89014-6686
aty         +RICHARD J. MASON,   130 PINETREE LANE,   RIVERWOODS, IL 60015-1915
ust         +U.S. TRUSTEE - LV - 11,   300 LAS VEGAS BOULEVARD S.,   SUITE 4300,   LAS VEGAS, NV 89101-5803

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 26, 2006**          Signature:    _Joseph Speetjens_