
Top

## First American Title Insurance Company
### National Commercial Services
550 S. Hope Street, Suite 1950 • Los Angeles, CA 90071

### Borrower's Estimated Settlement Statement

**Property:** Marlton Square Project, Los Angeles, CA

**File No:** NCS-178668-LA2
**Officer:** James Cardenas/jc
**New Loan No:**
**Settlement Date:** 08/25/2005
**Disbursement Date:** 08/25/2005
**Print Date:** 9/13/2005, 10:39 AM

**Buyer:** MS Acquisition Company, LLC
**Address:** Marlton Square Project, Los Angeles, CA
**Seller:**
**Address:**

| Charge Description | Borrower Charge | Borrower Credit |
|---|---|---|
| **Adjustments:** | | |
| Interest on Deposit (Estimate) | | 62,000.00 |
| | | |
| **New Loan(s):** | | |
| Lender: USA Commercial Mortgage Company dba USA Capital | | |
| New Loan Amount - USA Commercial Mortgage Company dba USA Capital | | 23,000,000.00 |
| Loan Fee - USA Commercial Mortgage Company dba USA Capital | 750,000.00 | |
| Document Preparation and legal fees - USA Commercial Mortgage Company dba USA Capital | 3,500.00 | |
| Legal Fees to Greenwald Pauly Foster - USA Commercial Mortgage Company dba USA Capital | 44,763.13 | |
| Legal Fees to Goold Patterson Ales - USA Commercial Mortgage Company dba USA Capital | 799.31 | |
| Interest Reserve to Builders Control Service - USA Commercial Mortgage Company dba USA Capital | 150,000.00 | |
| Reimburse for Advance (Acquisition Escrows) - USA Commercial Mortgage Company dba USA Capital | 155,000.00 | |
| Interest from 6/20/05 through 07/01/05 - USA Commercial Mortgage Company dba USA Capital | 547,181.98 | |
| Brokerage Fee to Partners Realty Capital - Partners Realty Capital | 200,000.00 | |
| Lender: USA Commercial Mortgage Company dba USA Capital | | |
| New Loan Amount - USA Commercial Mortgage Company dba USA Capital | | 850,000.00 |
| Loan Fee - USA Commercial Mortgage Company dba USA Capital | 240,000.00 | |
| Document Preparation and Legal Fee - USA Commercial Mortgage Company dba USA Capital | 3,500.00 | |
| Interest - USA Commercial Mortgage Company dba USA Capital | 11,711.00 | |
| Lender: 3901 Santa Rosalia, LLC | | |
| New Loan Amount - 3901 Santa Rosalia, LLC | | 6,000,000.00 |
| Fees - 3901 Santa Rosalia, LLC | | 227,300.00 |
| Fees - 3901 Santa Rosalia, LLC | 227,300.00 | |
| Lender: 3916 BMLK, LLC | | |
| New Loan Amount - 3916 BMLK, LLC | | 4,500,000.00 |
| Fees - 3916 BMLK, LLC | | 221,396.00 |
| Fees - 3916 BMLK, LLC | 221,396.00 | |
| | | |
| **Title/Escrow Charges to:** | | |
| Closing-Escrow Fee (USA/3901/3916 Escrow) - First American Title Insurance Company National Commercial Services | 10,400.00 | |
| Endorsement Package (3901 Loan Policy) - First American Title Insurance Company National Commercial Services | 7,800.00 | |
| Endorsemet Package (3916 Loan Policy) - First American Title Insurance Company National Commercial Services | 7,800.00 | |
| Endorsement Package (USA Loan Policy $30MM) - First American Title Insurance Company National Commercial Services | 6,400.00 | |
| Endorsement Package (Owner's Policy) - First American Title Insurance Company National Commercial Services | 8,600.00 | |
| USA Loan Policy ($30,000,000) - First American Title Insurance Company National Commercial Services | 42,215.00 | |
| Owner's Policy (Increase Liability) - First American Title Insurance Company National Commercial Services | 29,850.00 | |
| 3916 Loan Policy - First American Title Insurance Company National Commercial Services | 5,275.00 | |
| 3901 Loan Policy - First American Title Insurance Company National Commercial Services | 6,700.00 | |
| USA Loan Policy ($6,000,000) - First American Title Insurance Company National Commercial Services | 11,727.00 | |
| Endorsement Package (USA Loan Policy $6MM) - First American Title Insurance Company National Commercial Services | 6,400.00 | |
| Escsrow Fee (Soft Cost Escrow) - First American Title Insurance Company National Commercial Services | 1,250.00 | |
| Escrow Fee (Mandatory Fee Escrow) - First American Title Insurance Company National Commercial Services | 1,250.00 | |
| Escrow Fee (Implementation Agreement Escrow) - First American Title Insurance Company National Commercial Services | 1,250.00 | |

Initials: _____   _____

Page 1 of 2

Continued From Page 1

## Borrower's Estimated Settlement Statement

Settlement Date: 08/25/2005  
Print Date: 9/13/2005  

File No: NCS-178668-LA2  
Officer: James Cardenas/jc  

| Charge Description | Borrower Charge | Borrower Credit |
|---|---|---|
| Gap Coverage - First American Title Insurance Company National Commercial Services | 5,500.00 | |
| 101.12 Endorsement for 3916 Loan Policy - First American Title Insurance Company National Commercial Services | 1,500.00 | |
| 101.12 Endorsement for 3901 Loan Policy - First American Title Insurance Company National Commercial Services | 1,500.00 | |
| Estimated Recording Charges - First American Title Insurance Company National Commercial Services | 4,800.00 | |
| **Disbursements Paid:** | | |
| Acquisition Costs to Acquisition Escrows (See Attached Exhibit "A") | 29,908,327.58 | |
| Mello-Roos Deposit to Implementation Agreements Escrow | 300,000.00 | |
| Balance of Funds to Soft Cost Escrow | 900,000.00 | |
| Reimbursement to The Lee Group | 1,000,000.00 | |
| Koplan Deposit to Koplan Deposit | 25,000.00 | |
| Cash ( From) (X To) Borrower | 12,000.00 | |
| **Totals** | 34,860,696.00 | 34,860,696.00 |

**BORROWER(S):**

MS Acquisition Company, LLC, a California  
Limited Liability Company

By: Marlton Square Associates, LLC, a  
California limited liability company, its  
co-manager

By: Capital Vision Equities, LLC, a  
California limited liability company, its  
managing member

By: Christopher Hammond, Managing  
Member

Initials: _____    _____

Page 2 of 2