E-Filed on May 30, 2006

Kevin B. Christensen, Chartered
Kevin B. Christensen, Esq.
Nevada Bar #000175
Xanna R. Hardman, Esq.
Nevada Bar #009579
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702) 255-1718
Attorneys for Creditor
Robert G. Worthen

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                Debtor. | |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>              Debtor. | |
| In re:<br><br>USA SECURITIES, LLC,<br><br>              Debtor. | |

KEVIN B. CHRISTENSEN, Chartered
7440 W. Sahara Ave.
Las Vegas, NV 89117
Off. (702) 255-1718
Fax (702) 255-0871

## CERTIFICATE OF MAILING

I, Natalie Larson, am an employee of the law firm Kevin B. Christensen, Chartered. On the 15 day of May, 2006, I deposited in the U.S. Mail postage prepaid, a true and correct copy of the Creditor, Robert G. Worthen's, Notice of Appearance and Request for Special Notice, addressed to the following:

Annette W. Jarvis
P.O. Box 45385
36 South State Street, #1400
Salt Lake City, UT 84145-0385

Nicholas J. Santoro
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101

Bradley J. Stevens
3300 N. Central Avenue
Phoenix, AZ 85012

Peter Susi
Michaelson, Susi & Michaelson
7th West Figueroa St., 2nd Floor
Santa Barbara, CA 93101

Gregor J. Walch
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101

_____
Natalie Larson



2

E-filed on May 12, 2006

Kevin B. Christensen, Chtd.
Kevin B. Christensen, Esq.
Nevada Bar No. 175
Xanna R. Hardman, Esq.
Nevada Bar No. 9579
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 255-1718
Attorneys for creditor,
Robert G. Worthen

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor. | |

KEVIN B. CHRISTENSEN, Chartered
7440 W. Sahara Ave.
Las Vegas, NV 89117
Off. (702) 255-1718
Fax (702) 255-0871

TO: THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST.

PLEASE TAKE NOTICE that the Creditor, Robert G. Worthen, by and through his attorneys, Kevin B. Christensen, Chtd., hereby request special notice of all matters which must be noticed to creditors and/or other parties in interest, and other notices required by the United States Bankruptcy Code and Rules and/or the Local Rules. All such notices should be directed as follows:

> Kevin B. Christensen, Chtd.
> Xanna R. Hardman, Esq.
> 7440 W. Sahara Avenue
> Las Vegas, Nevada 89117
> Phone: (702) 255-1718
> Fax: (702) 255-0871
> Email: KBChrislaw@aol.com

DATED this 12th day of May, 2006.

KEVIN B. CHRISTENSEN, CHTD.

By: /s/ Xanna Hardman
Xanna R. Hardman, Esq.
Attorneys for Creditor, Robert G. Worthen

2

# File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY (LEAD CASE)

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from JAMES, EVAN L. entered on 5/12/2006 at 4:18 PM PDT and filed on 5/12/2006

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY (LEAD CASE)
**Case Number:** 06-10725-lbr
**Document Number:** 220

**Docket Text:**
Notice *of Appearance and Request for Special Notice* Filed by EVAN L. JAMES on behalf of Robert G. Worthen (JAMES, EVAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Scanned Docs\Image151.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/12/2006] [FileNumber=688629
0]
[e192f5a533b5007f4513372598ff2a47ae35ee87b668ca0981dd610d57f219687
29d30f0d9b964f5f6c05fc6c6c0ae24f38073b4dc34cc9ccd0f1a7762bcf]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@shea

JANET L. CHUBB    tbw@jonesvargas.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@sw

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT   mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasveg

JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com

DONNA M. OSBORN   jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@Marqu

DONALD T. POLEDNAK   sandplegal@yahoo.com,
spbankruptcy@yahoo.com

LENARD E. SCHWARTZER   bkfilings@s-mlaw.com

JEFFREY G. SLOANE   gjklepel@yahoo.com

CARYN S. TIJSSELING   cst@beesleyandpeck.com,
aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov,

MATTHEW C. ZIRZOW   bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

JAY L. MICHAELSON
,

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

PETER SUSI
MICHAELSON, SUSI & MICHAELSON
7TH WEST FIGUEROA ST 2ND FLOOR
SANTA BARBARA, CA 93101

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101