00203809 Vol 966 Pg 190

interest at the Default Rate. The foregoing notwithstanding, in any action commenced by Trustor or Beneficiary against the other to enforce the provisions of this Deed of Trust or any other instrument evidencing or securing this loan, the prevailing party of such action shall be entitled to recover its reasonable attorneys' fees (as set forth above) from the non-prevailing party and the non-prevailing party shall not be entitled to recover its attorneys' fees.

5.11 <u>Conflict</u>. If the term of any other Loan Document, except the Note, shall be in conflict with this Deed of Trust, then this Deed of Trust shall govern to the extent of the conflict. If the term of this Deed of Trust shall be in conflict with the Note, the Note will then govern to the extent of the conflict.

5.12 <u>Notices</u>. All notices to be given pursuant to this Deed of Trust shall be sufficient if given by personal service, by guaranteed overnight delivery service, telecopy or telegram, or by being mailed postage prepaid, certified or registered mail, return receipt requested, to the addresses of the parties hereto as set forth below, or to such other address as a party may request in writing. Any time period provided in the giving of any notice hereunder shall commence upon the date of personal service, the date after delivery to the guaranteed overnight delivery service, the date of sending the telecopy or telegram or three (3) days after mailing certified or registered mail.

| TRUSTOR'S ADDRESS: | Lerin Hills, LTD.<br>c/o J. Abel Godines<br>4820 Bacon Road<br>San Antonio, Texas 78249 |
|---|---|
| WITH A DUPLICATE COPY TO: | J. Abel Godines<br>4820 Bacon Road<br>San Antonio, Texas 78249 |
| BENEFICIARY'S ADDRESSES: | USA Commercial Mortgage Company<br>4484 South Pecos Road<br>Las Vegas, Nevada 89121<br>Attn. Joseph D. Milanowski |
| WITH A DUPLICATE COPY TO: | Goold Patterson Ales & Day<br>4496 South Pecos Road<br>Las Vegas, Nevada 89121<br>Attn: Bryan K. Day, Esq. |

5.13 <u>Request for Notice of Default</u>. Trustor requests that a true and correct copy of any notice of default and any notice of sale be sent to Trustor at the address set forth in Section 5.12 hereof.

22

00203809 Vol 966 Pg 191

5.14 <u>Late Charges</u>. As set forth and defined in the Note, there shall be due to Beneficiary a Late Charge of five percent (5%) of the amount of any payment which is received by Beneficiary so as to incur a Late Charge, and all such Late Charges are secured hereby.

5.15 <u>Statutory Covenants</u>. Where not inconsistent with the above, the following covenants, Nos. 1; 2 (full replacement value); 3; 4 (twenty percent [20%] per annum); 5; 6; 7 (a reasonable percentage); 8 and 9 of NRS 107.030 are hereby adopted and made a part of this Deed of Trust.

5.16 <u>Non-Assumption</u>. Notice is hereby given that Trustor's obligations under this Deed of Trust may not be assumed except as permitted by Section 1.11 hereof. Unless otherwise provided herein, any transfer of Trustor's interest in the Mortgaged Property or any attempted assumption of Trustor's obligations under the Deed of Trust not so approved shall constitute a default hereunder and shall permit Beneficiary to accelerate the Maturity Date of the Note. Reference to applicable sections of the Loan Documents must be made for the full text of such provisions.

5.17 <u>Review of Covenants, Conditions and Restrictions</u>. No covenant, condition or restriction or any rule or regulation or any other document or agreement, however, denominated, which shall purport to apply to the ownership, operation, maintenance or governance of the Mortgaged Property or any part thereof, nor any article of incorporation bylaw or any other document or agreement, however denominated, which shall purport to establish an organization for the operation, maintenance of governance of the Mortgaged Property or any part thereof, shall be approved, executed and/or recorded without the express prior written consent of Beneficiary. The foregoing restriction shall not apply to tenant leases, employment agreements with Borrower's management personnel, agreements to pay brokers in connection with tenant leases, or operating and/or service agreements involving routine maintenance, goods or services commonly used by an owner of a shopping mall.

00203809 Vol 966 Pg 192

5.18 <u>Loan Agreement</u>.   Performance of Trustor's obligations under that certain Loan Agreement of even date herewith by and between Trustor and Beneficiary are secured by this Deed of Trust, and a default thereunder shall constitute an Event of Default under this Deed of Trust.

IN WITNESS WHEREOF, the undersigned have caused this instrument to be signed as of the date first above written.

TRUSTOR:  **Lerin Hills, LTD,**
a Texas limited partnership

By:   Lerin Development Company, LLC, a Texas
limited liability company, its General Partner

By: _____
/ J. Abel Godines, its President

24

00203809 Vol 966 Pg 193

STATE OF NEVADA     )
                       ) ss.
COUNTY OF CLARK    )

    This instrument was acknowledged before me on this _1<u>th</u>_ day of December, 2005, by J. Abel Godines, as President of Lerin Development Company, LLC, a Texas limited liability company.

MARGARET M STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

Notary Public
(My Commission Expires: _4/27/09_

25

00203809 Vol  966 Pg    194

EXHIBIT "A"

LENDERS

| | NAME | Amount |
|---|---|---|
| 1 | Drs. Stanley Alexander and Florence Alexander husband and wife as joint tenants with the rights of survivorship | $200,000 |
| 2 | Pensco Trust Company Inc. Custodian for Robert S. Angel IRA | $25,000 |
| 3 | Rod Arbogast & Donna Arbogast Trustees of the Arbogast Family Trust | $250,000 |
| 4 | Kenneth R. Becker & Joanne T. Becker husband & wife Grace Becker & Sarah Becker their minor children with right of survivorship | $50,000 |
| 5 | First Savings Bank Custodian for Paula S. Bender IRA | $98,000 |
| 6 | Paul Bloch Trustee of the Paul Bloch Living Trust UA 10/29/02 | $150,000 |
| 7 | First Savings Bank Custodian for Paul Bloch IRA | $150,000 |
| 8 | John Borkoski & Kathleen Borkoski husband & wife as joint tenants with rights of survivorship | $60,000 |
| 9 | Ashley Brooks a single woman | $75,000 |
| 10 | Donna J. Brooks a single woman | $25,000 |
| 11 | First Savings Bank Custodian for John W. Brouwers MD SEP IRA | $50,000 |
| 12 | John P. Brouwers Trustee of the Brouwers Family Trust dated 1/11/1995 | $50,000 |
| 13 | Bruce D. Bryen an unmarried man transfer on death to Erica Bryen an unmarried woman | $25,000 |
| 14 | PLB Enterprises LLC | $25,000 |
| 15 | Donna M. Cangelosi Trustee of the Donna M. Cangelosi Family Trust | $50,000 |
| 16 | Margaret M. Cangelosi an unmarried woman | $50,000 |
| 17 | Ronald R. Carter & Leslie A. Carter Trustees of the Ronald R. Carter & Leslie A. Carter Revocable Trust dated 10/24/91 | $50,000 |
| 18 | Ronald M. Cetovick and Barbara Cetovick husband and wife as joint tenants with the rights of survivorship | $60,000 |
| 19 | Pat M. Chiappetta & Joann Chiappetta Trustees of The Chiappetta Trust dated 4/1/03 | $30,000 |
| 20 | Terry Coffing a married man dealing with his sole and separate property | $50,000 |
| 21 | Penny Lee Comsia Trustee of the Penny Lee Comsia Revocable Trust UDT 4/10/00 | $50,000 |
| 22 | Sam Costanza Trustee of The Costanza 1987 Decedent's Trust | $50,000 |
| 23 | Deborah A. Daniel A single woman | $50,000 |
| 24 | Frank Davenport a single man | $100,000 |
| 25 | Panagiotis Dovanidis a single man & Dimitra Dovanidou a married woman dealing with her sole & separate property as joint tenants with right of survivorship | $50,000 |
| 26 | Mark L. Eames & Sandy K. Eames husband & wife as joint tenants with right of survivorship | $50,000 |
| 27 | Aurora Investments Limited Partnership | $1,000,000 |

Lorin Hills
12/14/05

Page 1 of 5

00203809 Vol  966 Pg   195

| 28 | John R. Emery & Sandra Kipp Emery Trustees of the Emery Living Trust dated 6/04/91 | $50,000 |
|----|----|----|
| 29 | Samuel Evans & Beverly Evans Trustees of the Samuel & Beverly Evans Living Trust | $125,000 |
| 30 | Denise F. Fager Trustee of the Denise F. Fager Revocable Trust under agreement dated 2/28/03 | $50,000 |
| 31 | Patrick F. Fenlon and Angela B. Fenlon husband and wife as joint tenants with the rights of survivorship | $100,000 |
| 32 | Maurice Fink Trustee of the Maurice Fink Trust | $300,000 |
| 33 | Dennis Flier Trustee of the Dennis Flier Inc. Defined Benefit Trust dated 6/29/87 | $50,000 |
| 34 | Dennis Flier & Carol Flier Trustees of the Flier Family Trust dated 1/21/98 | $50,000 |
| 35 | Bruce Francis and Tamara Francis Trustees of the Francis Family Trust Dtd 11/10/98 | $50,000 |
| 36 | John R. Frederickson and Michele L. Frederickson Trustees of the Frederickson Trust dated 10/02/03 | $35,000 |
| 37 | Glenn W. Gaboury and Sharon M. Gaboury husband and wife as joint tenants with the rights of survivorship | $100,000 |
| 38 | Sylvia Goldenthal & Jack Goldenthal husband & wife as joint tenants with right of survivorship | $100,000 |
| 39 | Gonska Foundation LLC a Nevada limited liability company | $50,000 |
| 40 | Patrick Gonzales and Rosemary Gonzales husband and wife as joint tenants with the rights of survivorship | $100,000 |
| 41 | William Harrison Goulding and Elizabeth R. Goulding husband & wife as joint tenants with right of survivorship | $100,000 |
| 42 | Stacy Grant Trustee of The Stacy Grant Revocable Trust | $100,000 |
| 43 | Gail A. Gray and Robert W. Gray Trustees of the Robert W. & Gail A. Gray Revocable Trust | $40,000 |
| 44 | Toby Gunning an unmarried man | $45,000 |
| 45 | Larry E. Hanan Trustee of the Larry E. Hanan Revocable Trust dated 5/20/02 | $50,000 |
| 46 | MLH Family Investment Limited a Texas company | $150,000 |
| 47 | Lynn J. Hansen Trustee of the Reynold E. Palesh Trust dated 6/17/01 | $50,000 |
| 48 | Gayle Harkins a married woman dealing with her sole & separate property | $25,000 |
| 49 | Jennifer J. Harmon a single woman and Cheryl Hoff a married woman dealing with her sole and separate property as joint tenants with the rights of survivorship | $25,000 |
| 50 | James F. Heaton and Nadine B. Heaton Trustees of The Heaton Family Trust Dated December 4 1995 | $100,000 |
| 51 | Virgil P. Hennen & Judith J. Hennen husband and wife as joint tenants with the right of survivorship | $50,000 |
| 52 | Richard Holeyfield and Marsha Holeyfield Trustees of the Holeyfield Family Trust dated 01/12/01 | $25,000 |

Lerin Hills
12/14/05

00203809 Vol  966 Pg  196

| 53 | Delwin C. Holt an unmarried man | $50,000 |
| 54 | Edward W. Homfeld an unmarried man | $400,000 |
| 55 | Kathy John an unmarried woman & Tina Eden as unmarried woman as joint tenants with right of survivorship | $25,000 |
| 56 | John W. Keith & Kathleen B. Keith Trustees of the John & Kathleen Keith Living Trust dated 8/19/02 | $50,000 |
| 57 | Carol A. Kelly a single woman | $50,000 |
| 58 | Freedom Properties Inc. | $50,000 |
| 59 | Gail Klevay a married woman dealing with her sole & separate property | $30,000 |
| 60 | First Savings Bank Custodian for Stephen V. Kowalski IRA | $30,000 |
| 61 | David Kravitz & Mable R. Kravitz Trustees of the Kravitz Family Revocable Trust under agreement dated 12/9/99 | $50,000 |
| 62 | Chris F. Lapacik and Rosemary D. Lapacik husband and wife as joint tenants with the rights of survivorship | $200,000 |
| 63 | Sidney L. Larson & Ruth Ann Larson Trustees of the Larson Family Trust dated 6/19/94 | $50,000 |
| 64 | Hans J. Leer & Carolyn F. Leer as joint tenants with right of survivorship | $30,000 |
| 65 | Henry L. Letzerich and Norma W. Letzerich husband and wife as joint tenants with the rights of survivorship | $50,000 |
| 66 | Daniel B. Lisek Claire Lisek & Gayle Harkins Trustees of the Lisek Family Trust dated 1/29/92 | $75,000 |
| 67 | Nicholas Loader Trustee of the Nicholas Loader Trust U/A | $50,000 |
| 68 | Ben Lofgren & Dana Lofgren Husband and wife as joint tenants with right of survivorship | $50,000 |
| 69 | Scott Machock & Heidi Machock Husband and wife as joint tenants with right of survivorship | $70,000 |
| 70 | Samuel A. Mammano and Karen M. Mammano husband and wife as joint tenants with the rights of survivorship | $50,000 |
| 71 | Melissa Mamula a single woman | $25,000 |
| 72 | Lily Markham a married woman dealing with her sole & separate property & Irene Anne Markham-Tafoya a married woman dealing with her sole & separate property | $25,000 |
| 73 | Barbara McClaflin Trustee of the Revocable Living Trust Agreement of Barbara Fay McClaflin | $25,000 |
| 74 | Don D. Meyer an unmarried man & Dennis E. Hein an unmarried man as joint tenants with right of survivorship | $25,000 |
| 75 | Douglas Minter & Elizabeth F. Minter Trustees of the Minter Family 1994 Trust | $25,000 |
| 76 | W. L. Montgomery Jr. Guaranty Loan Account | $250,000 |
| 77 | KM Financials LLC. a Utah corporation | $50,000 |
| 78 | Marvin Myers & Valliera Myers Trustees of the Marvin & Valliera Myers Trust | $35,000 |
| 79 | D & K Partners Inc. a Nevada corporation | $200,000 |

00203809 Vol 966 Pg 197

| | | |
|---|---|---|
| 80 | Howard Nehdar Custodian for Kyle Nehdar UGMA | $50,000 |
| 81 | Gloria J. Nelson a married woman dealing with her sole & separate property | $50,000 |
| 82 | John Nix & Lisa Nix husband & wife as joint tenants with right of survivorship | $100,000 |
| 83 | James W. Pengilly and Amanda M. Pengilly husband and wife as joint tenants with right of survivorship | $50,000 |
| 84 | Robert H. Perlman & Lynn R. Perlman Trustees of the Robert H. Perlman & Lynn R. Perlman Trust dated 9/17/92 | $50,000 |
| 85 | Petuck Capital Corporation a Nevada Corporation | $50,000 |
| 86 | Holly J. Pickerel a single woman | $75,000 |
| 87 | Patricia A. Pontak and Darrell M. Wong Trustees of the Pontak Wong Revocable Trust dated Jan 19 2004 | $100,000 |
| 88 | Sheldon Portman & Marion G. Portman Trustees of the Sheldon & Marion G. Portman Trust dated 11/01/85 | $100,000 |
| 89 | Hans J. Prakelt an unmarried man | $50,000 |
| 90 | James P. Randisi and Mary M. Randisi husband and wife as joint tenants with the rights of survivorship | $25,000 |
| 91 | First Savings Bank Custodian For Noel E. Rees IRA | $30,000 |
| 92 | Michael H. Ricci a married man dealing with his sole & separate property | $50,000 |
| 93 | Rulon D. Robison Trustee of the Rulon D. Robison Profit Sharing Plan | $50,000 |
| 94 | Robert R. Rodriguez an unmarried man | $50,000 |
| 95 | Rodney L. Roloff & Sharyn A. Roloff Trustees of the R & S Roloff Trust dated 9/20/03 | $50,000 |
| 96 | Robert F. Samuels & Linda M. Samuels husband & wife as joint tenants with right of survivorship | $25,000 |
| 97 | William J. Sandberg & Shang'Ling J. Tsai husband and wife as joint tenants with the right of survivorship | $50,000 |
| 98 | Robert B. Sandler & Patricia D. Sandler Trustees of the Sandler Living Trust dated August 29 2005 | $25,000 |
| 99 | William E. Schnadt & Janet E. Schnadt Trustees of the Schnadt Trust dated 6/18/93 | $25,000 |
| 100 | Arthur P. Schnitzer & Lynn S. Schnitzer Trustees of the Schnitzer Living Trust dated 10/29/91 | $100,000 |
| 101 | Edward L. Schoonover & Susan A. Schoonover Co-Trustees of The Schoonover Family Trust dated 2/23/04 | $25,000 |
| 102 | Ira Jay Shapiro an unmarried man & Blanche Shapiro an unmarried woman as joint tenants with the right of survivorship | $25,000 |
| 103 | Billy Shope Jr. Family LP a Nevada limited partnership | $100,000 |
| 104 | Carol J. Simcock a single woman | $50,000 |
| 105 | First Savings Bank Custodian For Carol J. Simcock IRA | $70,000 |
| 106 | Michael S. Simcock & Dina M. Simcock husband & wife as joint tenants with right of survivorship | $50,000 |
| 107 | Alan R. Simmons & Judith B. Simmons husband & wife as joint tenants with right of survivorship | $25,000 |

00203809 Vol 966 Pg 198

| | | |
|---|---|---|
| 108 | Joyce E. Smith Trustee of the Joyce E. Smith Trust dated 11/3/99 | $50,000 |
| 109 | Bruce A. Smith & Annina M. Smith husband & wife as joint tenants with right of survivorship | $100,000 |
| 110 | Rocklin/Redding LLC | $270,000 |
| 111 | Kerry S. Taylor & Joyce L. Taylor Trustees of the Taylor Living Trust dated 2/27/98 | $50,000 |
| 112 | Alneil Associates Neil Tobias General Partner | $200,000 |
| 113 | Neil Tobias a married man | $50,000 |
| 114 | Anton Trapman an unmarried man | $25,000 |
| 115 | John M. Tripp Trustee of the Tripp Family Trust 1997 | $35,000 |
| 116 | Robert W. Ulm Trustee of the Robert W. Ulm Living Trust dated 4/11/05 | $25,000 |
| 117 | Nevada Trust Company Custodian for Cal-Mark Beverage Company Defined Benefit Plan | $50,000 |
| 118 | Lloyd F. Van Sickle Trustee of The Van Sickle Family Trust dated 5/20/99 | $200,000 |
| 119 | Roy R. Ventura Jr. & Nancy B. Ventura husband & wife as joint tenants with right of survivorship | $35,000 |
| 120 | Marietta Voglis a married woman dealing with her sole & separate property | $25,000 |
| 121 | Frank Weinman Trustee of the Weinman Family Trust dated 9/6/96 | $150,000 |
| 122 | Rachel Wheeler Trustee of the Rachel Wheeler Trust | $25,000 |
| 123 | Work Holdings Inc. an Arizona corporation | $100,000 |
| 124 | Dwight J. Yoder & Nancy E. Yoder Trustees of the Yoder Family Trust dated 10/25/00 | $50,000 |
| 125 | Ernie C. Young Trustee of The Ernie C. Young Living Trust dated 9/23/96 | $147,000 |
| 126 | Spectrum Capital LLC a California limited liability company | $50,000 |
| 127 | Shahriar Zavosh an unmarried man | $50,000 |
| 128 | USA Commercial Mortgage Company | $2,900,000 |
| | TOTAL | $12,900,000 |