00203809 Vol 966 Pg 199

## EXHIBIT "B"

### DESCRIPTION OF PROPERTY

27

00203809 Vol 966 Pg 200

## PROPERTY DESCRIPTION

GF# 200409096 -
Commitment No. 44-905-80-      200409096

4. Legal description of the land:

Being 893.49 acres of land comprising approximate acreage out of various
Oriinal Paten Surveys in Kendall County, Texas as follows:
   Survey No. 1, B.S. & F., Abstract 77 (253.35 acres)
   Survey No. 43, Patrick O'Donnell Survey, Abstract 372 (70.61 acres)
   Survey No. 233, G.B. & C.N.G.R.R. Co., Abstract 715 (395.51 Acres)
   Survey No. 305, William Fullager Survey, Abstract 772 (5.76 acres)
   Survey No. 437, Henry Clark Survey, Abstract 122 (120.62 acres)
   Survey No. 731, Jacob Remick Survey, Abstract 404 (0.25 acres)
   Survey No. 790, John Stephenson Survey, Abstract 735 (0.16 acres)
   Survey 869, John H. Gibson Survey, Abstract 215 (47.23 Acres)

being part of 1) 397.32 acres conveyed to Willis Jay Harpole from Edward H.
Knowlton, et us, by Warranty Deed executed the 23rd day of September, 1996 and
recorded in Volume 494 at Page 143; 2) part of 242.56 acres conveyed to Willis
Jay Harpole from Edward H. KNowlton, et us, by Warranty Deed executed the 4th
day of March, 1997 and recorded in Volume 509 at Page 10; and 3) part of
200.51 and all of 205.09 acres conveyed to W. Jay Harpole from The United
States of America by a United States Internal Revenue Service Deed dated
November 20, 2000 and recorded in Volume 658, at Page 200, all deeds recorded
in Volume 658 at Page 200, all deeds recorded in the Official Pyblic Records
of Kendall County, Texas; and being more particularly described by metes and
bounds as follows (record calls shown in parenthese):

BEGINNING at a 1/2" iron stake found at a fence corner post for a reentrant
corner of the herein described tract, the northwesterly common corner of said
200.51 acres and said 205.09 acres, the southeast corner of Lot No. 46 in
Block No.3 of Tapatio Springs Unit No. 17, the plat of which is recorded in
Volume 4 at Page 190 of the Plat Records of Kendall County, Texas; which point



00203809 Vol 966 Pg 201

GF# 200409096 - SP
Commitment No. 44-905-80-        200409096

LEGAL DESCRIPTION

is at or near the southeast corner of Manuel Alqueseba Survey No.2, Abstract No 990, a reentrant corner of said Survey No. 233;

THENCE, along a fence with the common line between said 205.85 acres and said Lot No. 46, N.00° 35'41"W. 369.54 ft. (N.00° 48'41"W. 369.47 ft.) to a 1/2" iron stake found at the northeast corner of said Lot No. 46, a southeasterly corner of the remainder of 1164.587 acres conveyed to Tapatio Springs Development Company, Inc. from Tapatio Springs Golf Resort, Inc. by an Assumption Warranty Deed with Vendor's Lien executed the 11th day of September, 1991 and recorded in Volume 359 at Page 323 of the Official Public Records of Kendall County, Texas;

THENCE, along a fence with the common line between said 205.85 acres and said 1164.587 acres: N.00° 36'33"W. 932.28 ft. (N.00° 48'41"W. 932.88 ft.) to a post with a 60 "d" nail found at its base; N.00° 23'01"E. 221.62 ft. (N.00° 04'20"E. 221.2 ft.) to a 1/2" iron stake found at a corner post at the northwest corner of said 205.85 acres, a reentrant corner of said 1164.587 acres; S.86°07'47"E. 734.52 ft. (S.86°30'E. 735.1 ft.) to a post marked with a 1/2" iron stake found at its base; and S.86°41'52"E. 114.02 ft. (S.86°49'E. 114.0 ft.) to a three-way corner post marked with a 1/2" iron stake found at its base at the southwest corner of said 397.32 acres, a southeasterly corner of said 1164.587 acres;

THENCE, along a fence, unless specified otherwise, with the common line between said 397.32 acres and said 1164.587 acres: N.15°00'06"W. 519.03 ft. (N.15°16'21"W. 519.66 ft.) to a found 1/2" iron stake; N.17°45'11"W. 47.76 ft. (N.18°20'39"W. 47.94 ft.) to a found 1/2" iron stake; N.22°09'53"W. 188.22 ft. (N.22°19'38"W. 188.25 ft.) to an angle post; N.63°51'33"W. 346.58 ft. (N.64°04'15"W. 346.44 ft.) to an angle post; and N.07°22'19"W., east of and diverging from a fence, 659.43 ft. to a 1/2" iron stake set in a fence 4.9 ft. S.63°50'33"E. from a three-way corner post, for a northwesterly corner of the herein described tract;

THENCE, along a fence, upon, over and across said 397.32 acres, each point marked with an angle post: S.64°15'40"E. 139.02 ft.; S.68°04'08"E. 20.11 ft.; S.72°25'29"E. 187.61 ft.; S.76°31'57"E. 12.02 ft.; S.81°44'40"E. 52.11 ft.; S.87°17'40"E. 20.15 ft.; S.89°38'57"E. 19.76 ft.; N.87°36'20"E. 20.11 ft.; N.83°20'16"E. 222.70 ft.; and N.59°40'20"E. 19.75 ft.;

THENCE, continuing upon, over and across said 397.32 acres, each point marked with a set 1/2" iron stake: N.67°31'17"E. 467.53 ft.; N.53°56'II"E. 80.82 ft.; N.26°20'14"W. 194.01 ft.; N.25°39'48"W. 119.83 ft.; N.43°03'18"W. 181.74 ft.; N.17°33'32"W. 175.31 ft.; N.13°20'53"W. 191.09 ft.; N.00 32'10"E. 128.99 ft.; N.50 09'56"E. 102.12 ft.; N.67°50'32"E. 125.41 ft.; N.73°5T32"E. 170.23 ft.; N.34°49'45"E. 65.76 ft.; N.58°22'40"E. 92.87 ft.; N.78°39'18"E. 125.20 ft.; N.76°25'42"E. 143.53 ft.; N.53°16'37"E. 156.62 ft.; N.69°17'00"E. 154.57 ft.; N.74°29'59"E. 100.14 ft.; S.42°26'11"E. 95.82 ft.; S.50 50'12"E. 120.35 ft.; N.82°35'54"E. 87.33 ft.; N.46°39'28"E. 178.90 ft.; N.38°49'55"W. 24.43 ft.; N.29°39'02"E. 110.30 ft.; N.12°01'10"W. 174.91 ft.; and N.29°08'22"W. 148.14 ft. to a 1/2" iron stake set in a fence along the common line between said 397.32 acres and 19.08 acres conveyed to Garry Duane Gombert from Selma Gombert, et al, by a deed executed the 26th day of September, 1996 and recorded in Volume 494 at Page 513 of the Official Public Records of Kendall County, Texas;

THENCE, along or near a fence with the common line between said 397.32 acres and said

COMcS

-2-

00203809 Vol 966 Pg 202

GF# 200409096 - SP
Commitment No. 44-905-80-    200409096

## LEGAL DESCRIPTION

19.08 acres: N.00°22'18"W. (N.00°36'59"W.) 575.55 ft. to an angle post marked with a found 1/2" iron stake; N.00°33'09"E. 179.16 ft. (N.00°09'55"E. 179.29 ft.) to a found 1/2" iron stake; and N.00°34'56"W. 193.43 ft. (N.00°41'45"W. 193.22 ft.) to a three-way corner post at the northeast corner of said 19.08 acres, the southerly southeast corner of 53.165 acres conveyed to Robert Gombert, et al, from Selma Gombert, et vir, by a deed executed the 8th day of January, 1987 and recorded in Volume 276 at Page 162 of the Official Public Records of Kendall County, Texas;

THENCE, along a fence with the common line between said 397.32 acres and said 53.165 acres: N.00°15'16"E. 1278.76 ft. (N.00°01'18"W. 1278.64 ft.) to a 5/8" iron stake found at a three-way corner post for the northerly northwest corner of the herein described tract and said 397.32 acres, a reentrant corner of said 53.165 acres; and S.89°03'28"E. 1035.39 ft. (S.89°25'26"E. 1035.06 ft.) to a three-way corner post at the southwest corner of 1.010 acres conveyed to Robert J. Gombert, et ux, from Julius Gombert, et ux, by a Warranty Deed executed the 25th day of July, 1963 and recorded in Volume 85 at Page 535 of the Deed Records of Kendall County, Texas;

THENCE, along a fence with the common line between said 397.32 acres and said 1.010 acres, S.89°42'21"E. 220.09 ft. (East 220.0 ft.) to a three-way corner post at the southeast corner of said 1.010 acres, a southwesterly corner of said 53.165 acres;

THENCE, along a fence with the common line between said 397.32 acres and said 53.165 acres: S.89°19'29"E. 448.75 ft. (S.89°41'29"E. 448.41 ft.) to a corner post marked with a found 1/2" iron stake for a reentrant corner of the herein described tract and said 397.32 acres, the easterly southeast corner of said 53.165 acres; and N.00°54'08"E. 24.07 ft. (N.00°23'00"E. 24.36 ft.) to a three-way corner post marked with a found 3/8" iron stake in the south right-of-way line of Johns Road, a public road;

THENCE, along or near a fence with the north line of said 397.32 acres, the south right-of-way line of Johns Road: S.87°27'26"E. 381.33 ft. (S.87°46'44"E. 382.77 ft.) to an angle post; N.71°06'18"E. 273.91 ft. (N.70°51'53"E. 272.46 ft.) to an angle post; N.60°54'33"E. 159.14 ft. (N.60°38'54"E. 157.19 ft.) to a 1/2" iron stake set at the beginning of a 52°20'01" curve concave to the south having a radius of 109.49 ft. (110.43 ft.); 92.64 ft. (94.53 ft.) with an arc of said 52°20'01" curve subtended by a central angle of 48°28'40" (49°02'41") to an angle post marked with a found 1/2" iron stake at its end; and S.70°36'47"E. 365.55 ft. (S.70°52'26"E. 365.00 ft.) to an angle post marked with a found 1/2" iron stake at the northeast corner of said 397.32 acres, the northwest corner of said 242.56 acres;

THENCE, along or near a fence with the north line of said 242.56 acres, the south right-of-way line of said Johns Road: N.87°36'23"E. 280.00 ft. (N.87°24'28"E. 279.97 ft.) to an angle post marked with a found 1/2" iron stake; and N.73°49'34"E. 182.19 ft. (N.73°41'05"E. 182.18 ft.) to a corner post for the northerly northeast corner of the herein described tract and said 242.56 acres, the northwest corner of 55.37 acres conveyed to Vernon L. Schaub from James L. Bower, et ux, by a Warranty Deed with Vendor's Lien executed the 20th day of August, 1962 and recorded in Volume 84 at Page 257 of the Deed Records of Kendall County, Texas;

THENCE, along a fence with the common line between said 242.56 acres and said 55.37 acres, S.21°06'56"E. 328.70 ft. (S.21°34'52"E. 329.39 ft.) to an angle post at the northwest corner of 1.206 acres conveyed to The City of Boerne, Texas form Vernon L.

COM6

-3-

00203809 Vol 966 Pg 203

GF# 200409096 - SP
Commitment No. 44-905-80-    200409096

## LEGAL DESCRIPTION

Schaub, et ux, by a Cash Warranty Deed executed the 6th day of March, 1974 and recorded in Volume 115 at Page 56 of the Deed Records of Kendall County, Texas;

THENCE, with the common line between said 242.56 acres and said 1.206 acres: S.21°21'31"E. 240.37 ft. (S.22°52'E. 240.0 ft.) to a 1/2" iron stake found at the southwest corner of said 1.206 acres; and S.79°49'42"E. 263.48 ft. (S.81°11'E. 265.0 ft.) to a fence angle post at the southeast corner of said 1.206 acres, a southwesterly corner of said 55.3 7 acres;

THENCE, along a fence with the common line between said 242.56 acres and said 55.37 acres: S.79°46'16"E. 168.77 ft. (S.80°04'47"E. 167.08 ft.) to a three-way corner post for a reentrant corner of said 55.37 acres; S.00°32'58"E. 743.35 ft. (S.00°51'39"E. 744.50 ft.) to a three-way corner post for a reentrant corner of the herein described tract and said 242.56 acres, the southerly southwest corner of said 55.37 acres; and S.89°22'28"E. 736.02 ft. (S.89°42'47"E. 735.32 ft.) to a corner post for the easterly northeast corner of the herein described tract and said 242.56 acres, the northwest corner of 76.007 acres conveyed to E. Douglas Brittain, et ux, from GRI Waterworks, Inc. by a Warranty Deed executed the 23rd day of March, 1990 and recorded in Volume 328 at Page 457 of the Official Public Records of Kendall County, Texas;

THENCE, along a fence with the common line between said 242.56 acres and said 76.007 acres, S.00°13'56"W. 893.59 ft. (South 893.46 ft.) to a 1/2" iron stake found at a three-way corner post for the easterly southeast corner of the herein described tract, the northeast corner of 76.30 acres conveyed to Stephen R. and Vicki L Schmidt Revocable Trust from Willis Jay Harpole by a Warranty Deed with Vendor's Lien executed the 28th day of April, 2000 and recorded in Volume 635 at Page 857 of the Official Public Records of Kendall County, Texas;

THENCE, along or near a fence with the north and west lines of said 76.30 acres, upon, over and across said 242.56 acres, each point marked with a found 1/2" iron stake near an angle post unless stated otherwise: N.65°57'41"W. 982.43 ft. (N.66°12'21"W. 981.65 ft.); N.37°35'22"W. 175.29 ft. (N.37°49'14"W. 175.30 ft.) to a set 1/2" iron stake; N.81°34'46"W. 56.75 ft. (N.81°48'40"W. 56.75 ft.); S.70°33'48"W. 125.45 ft. (S.70°23'55"W. 125.69 ft.); N.51°35'13"W. 148.35 ft. (N.51°49'53"W. 147.94 ft.); N.24°49'28"W. 58.37 ft. (N.25°05'19"W. 58.41 ft.); N.71°44'10"W. 73.55 ft. (N.72°02'25"W. 73.46 ft.) to the northwest corner of said 76.30 acres, a reentrant corner of the herein described tract; S.15°55'24"W. 1536.69 ft. (S.15°39'38"W. 1536.54 ft.) to a set 1/2" iron stake; S.58°11'01"E. 85.14 ft. (S.58°26'46"E. 85.13 ft.); and S.42°32'24"E. 1294.41 ft. (S.42°47'47"E. 1294.14 ft.) to a 1/2" iron stake found in the southwest line of 10.03 acres conveyed to Stephen R. and Vicki L. Schmidt Revocable Trust from Willis Jay Harpole by a Warranty Deed with Vendor's Lien executed the 28th day of April, 2000 and recorded in Volume 635 at Page 852 of the Official Public Records of Kendall County, Texas;

THENCE, along or near a fence with the southwest line of said 10.03 acres, continuing upon, over and across said 242.56 acres: S.38°56'44"E. 41.50 ft. (S.39°23'36"E. 41.59 ft.) to a found 1/2" iron stake; and S.36°29'21"E. 86.64 ft. (S.36°43'12"E. 86.67 ft.) to a 1/2" iron stake found for the southwest corner of said 10.03 acres, a northwesterly corner of said 76.30 acres;

THENCE, along a fence with the west line of said 76.30 acres, continuing upon, over

COM6

-4-

00203809 Vol 966 Pg 204

GF# 200409096 - SP
Commitment No. 44-905-80-     200409096

LEGAL DESCRIPTION

and across said 242.56 acres, S.11°59'25"E. 785.17 ft. (S.12°14'59"E. 785.66 ft.) to a 1/2" iron stake found at the southwest corner of said 76.30 acres in the southeast line of said 242.56 acres, the northwest right-of-way line of State Highway No. 46, in a 05°46'47" curve concave to the southeast having a radius of 991.39 ft. (994.93 ft.);

THENCE, along or near a fence with the southeast line of said 242.56 acres, the northwest right-of-way line of said State Highway No. 46: 520.73 ft. with an arc of said 05°46'47" curve subtended by a central angle of 30°05'41" to a 1/2" iron stake found at its end; and S.43°35'08"W. 7.67 ft. (S.38°29'01"W. 7.82 ft.) to an unmarked point on a concrete slab at the most southerly corner of said 242.56 acres, the southeast corner of 150.354 acres conveyed to Lee Roy Hahnfeld, et ux, from Willis Jay Harpole by a Warranty Deed executed the 9th day of January, 1997 and recorded in Volume 504 at Page 609 of the Official Public Records of Kendall County, Texas, from which a "P-K" nail found for reference bears 0.69 ft. S.46°03'41"E.;

THENCE, along a fence with the common line between said 242.56 acres and said 150.354 acres: N.46°03'41"W. 292.91 ft. (N.46°20'29"W. 293.85 ft.) to a 60 "d" nail found at an angle post; N.00°12'35"E. 758.22 ft. (N.00°02'36"W. 758.14 ft.) to a "P-K" nail found at a corner post at the northeast corner of said 150.354 acres for a reentrant corner of the herein described tract and said 242.56 acres; N.89°35'59"W. 1015.47 ft. (N.89°52'20"W. 1015.62 ft.) to a found 1/2" iron stake; and N.89°05'25W. 322.18 ft. (N.89°22'09"W. 321.97 ft.) to a 1/2" iron stake found at the southerly common corner of said 242.56 acres and said 397.32 acres;

THENCE, along a fence with the common line between said 397.32 acres and said 150.354 acres: N.89°04'50"W. 315.91 ft. (N.89°22'09"W. 315.76 ft.) to an angle post; N.89°32'11"W. 1057.85 ft. (N.89°48'03"W. 1 057.90 ft.) to a 1/2" iron stake found at a corner post at the northwest corner of said 150.354 acres for a reentrant corner of the herein described tract and said 397.32 acres; and S.00°51'38"W. (S.00°35'27"W.) 1032.38 ft. to a 1/2" iron stake found at the northwest corner of 12.571 acres conveyed to William R. Wood, et ux, from Lee Roy Hahnfeld, et ux, by a Special Warranty Deed dated the 7th day of January, 2000 and recorded in Volume 625 at Page 559 of the Official Public Records of Kendall County, Texas;

THENCE, along a fence with the common line between said 397.32 acres and said 12.571 acres, S.00°54'59"W. 550.27 ft. (S.00°35'27"W. 550.00 ft.) to a three-way corner post at the southerly southeast corner of said 397.32 acres, the northeast corner of said 205.85 acres;

THENCE, along a fence with the common line between said 205.85 acres and said 12.571 acres, S.00°41'43"E. 1331.10 ft. (S.01°01'40"E. 1331.4 ft.) to a 1/2" iron stake found for the southwest corner of said 12.571 acres, the northwest corner of 330.28 acres conveyed to Patricia J. Webster from Winifred Jordt by a Warranty Deed executed the 25th day of July, 1990 and recorded in Volume 333 at Page 439 of the Official Public Records of Kendall County, Texas;

THENCE, along a fence with the common line between said 205.85 acres and said 330.28 acres, S.00°40'43"E. 356.38 ft. (S.01°01'40"E. 356.4 ft.) to a 1/2" iron stake found at a three-way corner post in the northwest right-of-way line of said State Highway No. 46 in a 07°34'49" curve concave to the southeast having a radius of 755.90 ft. (756.8 ft.);

COMs

00203809 Vol 966 Pg 205

GF# 200409096 - SP
Commitment No. 44-905-80-        200409096

## LEGAL DESCRIPTION

THENCE, along or near a fence with the southeast line of said 205.85 acres and said 200.51 acres, the northwest right-of-way line of said State Highway No. 46: 378.15 ft. (378.2 ft.) with an arc of said 07°34'49" curve subtended by a central angle of 28°39'48" to a concrete right of-way marker found at its end; S.00°12'28"W. 449.17 ft. (S.00°06'30"E. 449.00 ft.) to a concrete right-of-way marker found at the beginning of a 04°05'47" curve concave to the northwest having a radius of 1398.80 ft. (1392.7 ft.); 287.03 ft. (287.2 ft.) with an arc of said 04°05'47" curve subtended by a central angle of 11°45'25" to a 1/2" iron stake found at its end; S.11°57'53"W., at 183.30 ft. passing a W' iron stake found for reference, then continuing for a total distance of 186.14 ft. (S.11°40'W. 183.5 ft.) to an unmarked point at the beginning of 08°30'09" curve concave to the northwest having a radius of 673.91 ft. (676.8 ft.); 834.98 ft. (837.2 ft.) with an arc of said 08°30'09" curve subtended by a central angle of 70°59'24" to a concrete right-of-way marker found at its end; S.82°57'17"W. 181.95 ft. (S.82°38'W. 182.0 ft.) to a concrete right-of-way marker found at the beginning of a 05°47'30" curve concave to the southeast having a radius of 989.34 ft. (995.4 ft.); 498.78 ft. (499.3 ft.) with an arc of said 05°47'30" curve subtended by a central angle of 28°53'09" to a concrete right-of-way marker found at its end; and S.54°04'09"W. 477.11 ft. (S.53°43'W. 477.11 ft.) to a 1/2" iron stake set near a corner post at the most easterly corner of 4.00 acres conveyed to Susan Ford, Trustee from W. Jay Harpole by a Warranty Deed Reserving Right of First Refusal executed the 22nd day of November, 2000 and recorded in Volume 658 at Page 205 of the Official Public Records of Kendall County, Texas;

THENCE, upon, over and across said 200.51 acres: with the northeast line of said 4.00 acres, N.35°34'20"W., southwest of and diverging from a fence, at approximately 493.9 ft. crossing a fence, then continuing for a total distance of 505.59 ft. (N.35°55'29"W. 505.59 ft.) to a 1/2" iron stake set for a reentrant corner of the herein described tract, the most northerly corner of said 4.00 acres; S.54°04'09"W., northwest of and generally parallel with a fence, 227.88 ft. (S.53°43'00"W. 227.88 ft.) to a 1/2" iron stake set at the northwest corner of said 4.00 acres; S.10001'31"E., west of and converging with a fence, at approximately 268.4 ft. crossing said fence, then continuing for a total distance of 410.60 ft. (S.10°27'21"E. 410.08 ft.) to a found 1/2" iron stake; and S.21°17'30"E., east of and converging with a fence 140.81 ft. (S.21°22'45"E. 141.21 ft.) to a 1/2" iron stake set near a corner post for the most southerly corner of said 4.00 acres in the southeast line of said 200.51 acres, the northwest right-of-way line of said State Highway No. 46;

THENCE, along or near a fence with the southeast line of said 200.51 acres, the northwest right-of-way line of said State Highway No. 46: S.54°04'09"W. (S.53°43'W.) 40.10 ft. to a 1/2" iron stake set at the beginning of a 04°00'31" curve concave to the northwest having a radius of 1429.42 ft. (1392.7 ft.); 389.57 ft. (388 ft.) with an arc of said 04°00'31" curve subtended by a central angle of 15°36'55" to a concrete right-of-way marker found at its end; and S.69°41'04"W. 718.70 ft. (S.69°21'W. 718.5 ft.) to a 1/2" iron stake found near a three-way corner post for the most southerly corner of the herein described tract and said 200.51 acres, the most easterly corner of Lot No. 24 of Indian Springs Subdivision, the plat of which is recorded in Volume 3 at Page 100 of the Plat Records of Kendall County, Texas;

THENCE, along a fence with the common line between said 200.51 acres and said Indian Springs Subdivision: with the northeast line of said Lot No. 24, N.45°19'48"W. 330 84

COM6

-6-

00203809 Vol 966 Pg 206

GF# 200409096 - SP
Commitment No. 44-905-80-    200409096

## LEGAL DESCRIPTION

ft. (N.45°38'17"W. 331.06 ft.) to a 1/2" iron stake found at the north corner of said Lot No. 24, the southeast corner of Lot No. 22; with the northeast line of said Lot No. 22, N.45°19'36"W. 626.67 ft. (N.45°38'17"W. 626.55 ft.) to a 1/2" iron stake found at the north corner of said Lot No. 22, the east corner of Lot No. 21; N.45°21'45"W. 632.96 ft. (N.45°38'17"W. 633.00 ft.) to a 1/2" iron stake found at the north corner of said Lot No. 21, the east corner of Lot No. 20; with the northeast line of said Lot No. 20, N.45°16'26"W. 324.59 ft. (N.45°38'17"W. 324.59 ft.) to a found Is" iron stake and N.45°16'13"W. 303.31 ft. (N.45°31'01"W. 303.30 ft.) to a 1/2" iron stake found at the north corner of said Lot No. 20, the east corner of Lot No. 19; with the northeast line of said Lot No. 19, N 45°15'53"W. 794.84 ft. (N.45°31'01"W. 795.52 ft.) to a 1/2" iron stake found at the north corner of said Lot No. 19, in the northeast right-of-way line of a sixty (60) ft. wide road known as Chinkapin Pass; and with the northeast right-of-way line of said Chinkapin Pass, N.45°17'03"W. 353.46 ft. (N.45°31'01"W. 353.08 ft.) to a 1/2" iron stake found for the most easterly corner of the remainder of 209.845 acres conveyed to Chapman Investments, LLC from Betty S. Kelso by a Special Warranty Deed executed the 2nd day of May, 1998 and recorded in Volume 554 at Page 246 of the Official Public Records of Kendall County, Texas;

THENCE, along a fence with the common line between said 200.51 acres and said 209.845 acres, N.45°17'28"W. 1286.32 ft. (N.45°35'30"W. 1286.01 ft.) to a three-way corner post with a 1/2" iron stake found at its base for the most westerly corner of the herein described tract and said 200.51 acres, the northeast corner of said 209.845 acres, in the south line of the remainder of said 1164.587 acres ;

THENCE, along a fence with the common line between said 200.51 ,acres and said 1164.587 acres, S.89°28'06"E. 2245.67 ft. (S.89°39'14"E. 2245.74 ft.) to a 1/2" iron stake found at the southwest corner of Lot No. 25 in Block No.2 of said Tapatio Springs Unit No. 17;

THENCE, along a fence with the common line between said 200.51 acres and said Tapatio Springs Unit No. 17: with the south line of said Lot No. 25, S.89°27'34"E. 280.71 ft. (S.89°39'14"E. 280.66 ft.) to a 1/2" iron stake found at the southeast corner of said Lot No. 25, the southwest corner of Lot No. 47 in Block No.3; with the south line of said Lot No. 47, S.89°29'55"E. 165.13 ft. (S.89°39'14"E. 165.15 ft.) to a 1/2" iron stake found at the southeast corner of said Lot No. 47, the southwest corner of Lot No. 46; and with the south line of said Lot No. 46, S.89°27'38"E. 582.15 ft. (S.89°39'14"E. 582.19 ft.) to the PLACE OF BEGINNING containing 893.49 acres of land, more or less, within these metes and bounds, SAVE AND EXCEPT 26.95 acres as described in Exhibit "A" attached hereto and made a part hereof:

CDM&

00203809 Vol 966 Pg 207

EXHIBIT "A"

FIELD NOTES DESCRIPTION FOR 26.95 ACRES OF THE
JAY HARPOLE LAND IN KENDALL COUNTY, TEXAS

Being all of a certain tract or parcel of land comprising approximate acreage out of various Original Patent Surveys in Kendall County, Texas as follows:

| Survey No. | Survey | Abstract No | Acres |
|---|---|---|---|
| 1 | B. S. & F. | 77 | 14.25 |
| 43 | Patrick O'Donnell | 372 | 12.70 |

being part of 1) 397.32 acres conveyed to Willis Jay Harpole from Edward H. Knowlton, et ux, by a Warranty Deed executed the 23rd day of September, 1996 and recorded in Volume 494 at Page 143, and 2) 242.56 acres conveyed to Willis Jay Harpole from Edward H. Knowlton, et ux, by a Warranty Deed executed the 4th day of March, 1997 and recorded in Volume 509 at Page 10, both deeds recorded in the Official Public Records of Kendall County, Texas; and being more particularly described by metes and bounds as follows (record calls shown in parentheses):

BEGINNING at a ½" iron stake found in a fence for the southeast corner of the herein described tract, the southerly common corner of said 397.32 acres and said 242.56 acres, in the north line of 150.354 acres conveyed to Lee Roy Hahnfeld, et ux, from Willis Jay Harpole by a Warranty Deed executed the 9th day of January, 1997 and recorded in Volume 504 at Page 609 of the Official Public Records of Kendall County, Texas; which point bears 1015.47 ft N.89°35'59"W. and 322.18 ft. N.89°05'25"W. from a "P-K" nail found at a fence cornerpost at the northeast corner of said 150.354 acres for a reentrant corner of said 242.56 acres, at or near the northeast corner of Jacob Remick Survey No. 731, Abstract No. 404, a reentrant corner of said Survey No. 1;

THENCE, along a fence with the common line between said 397.32 acres and said 150.354 acres: N.89°04'50"W. 315.91 ft. (N.89°22'09"W. 315.76 ft.) to an anglepost; and N.89°32'11"W. (N.89°48'03"W.) 105.59 ft to a ½" iron stake set for the southwest corner of the herein described tract;

THENCE, upon, over and across said 397.32 acres and said 242.56 acres: N.07°27'40"E., crossing the common line between said 397.32 acres and said 242.56 acres, 1069.73 ft. to a set ½" iron stake; and N.19°28'02"E., at 255.78 ft. passing a ½" iron stake set for reference near the southerly bank of a lake, then continuing for a total distance of 345.78 ft. to an unmarked point in said lake for the northwest corner of the herein described tract;

THENCE, upon, over and across said 242.56 acres, each point unmarked and in the lake but referenced with a ½" iron stake set on the bank of said lake, reference calls to said stakes in brackets: S.61°31'59"E. 189.61 ft. [S.21°24'37"W. 90.00 ft.]; S.75°11'41"E. 139.22 ft. [S.01°45'10"W. 90.00 ft.]; N.79°13'39"E. 152.42 ft. [S.22°44'43"W. 90.00 ft.]; N.54°01'48"E. 67.79 ft. [S.41°10'11"E. 90.00 ft.]; N.42°25'56"E. 234.18 ft. [S.53°55'35"E. 90.00 ft.]; N.31°26'07"E. 219.84 ft. [S.37°16'48"E. 90.00 ft.]; N.72°08'20"E. 60.18 ft.; and S.74°05'11"E., at 85.00 ft. passing a ½" iron stake set on the bank for reference, then continuing for a total distance of 278.31 ft. to a ½" iron stake set for the northeast corner of the herein described tract in a fence along west line of 76.30 acres conveyed to Stephen R. and Vicki L. Schmidt Revocable Trust from Willis Jay Harpole by a Warranty Deed with Vendor's Lien executed the 28th day of April, 2000 and recorded in Volume 635 at Page 857 of the Official Public Records of Kendall County, Texas;

THENCE, along a fence with west line of said 76.30 acres, continuing upon, over and across said 242.56 acres, S.15°55'24"W. (S.15°39'38"W.) 487.82 ft. to a ½" iron stake set for the most westerly corner of said 242.56 acres;

THENCE, continuing upon, over and across said 242.56 acres, S.34°28'33"W. 1417.36 ft. to the PLACE OF BEGINNING containing 26.95 acres of land, more or less, within these metes and bounds.

VOELKEL ENGINEERING & SURVEYING PLLC □ PHONE 830-257-3313 □ 212 CLAY STREET  KERRVILLE  TEXAS 78028

-8-

00203809 Vol 966 Pg 208

Page 2 – 26.95 Acres of the Jay Harpole land in
Kendall County, Texas

Filed for Record in:

Kendall County
Darlene Herrin
County Clerk

On: Dec 21,2005 at 11:06A

Document Number:    00203809
Total Fees      :      167.00

Receipt Number – 82548
By Deputy: Harriet Seidensticker

I hereby certify that these field notes and accompanying plat are accurate descriptions of the property contained therein as determined by a survey made on the ground under my direction and supervision, and that all property corners are marked as stated. (Bearing basis = True north based on GPS observations)

This Document has been received by this Office for Recording into the Official Public Records. We do hereby swear that we do not discriminate due to Race, Creed, Color, Sex or National Origin.

Dates surveyed: April 30 – May 6, 2004; October 5, 2004
September 9, 2005

Dated this 13th day of October, 2005

*[signature]*

Don W. Voelkel
Registered Professional Land Surveyor No. 3990

STATE OF TEXAS
COUNTY OF KENDALL
I hereby certify that this instrument was filed in File Number Sequence on the date and at the time stamped hereon and was duly recorded in the Official Records of Kendall County, Texas on:



DEC 2 2 2005
DARLENE HERRIN, County Clerk
Kendall County, Texas

By:_____Deputy

VOELKEL ENGINEERING & SURVEYING PLLC  ■  PHONE 830-257-3313  ■  212 CLAY STREET, KERRVILLE TEXAS 78028

–9–