Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

E-FILED ON MAY 30, 2006

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH JULY 29, 2006 PURSUANT TO SECOND REVISED BUDGET** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **(AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: OST Requested for June 21, 2-006<br>Time: OST Requested for 9:30 a.m. |

1
P:\USA Commercial Mortgage\Pleadings\Continued Use of Funds through July 29, 2006\OST Application.doc

1   Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm, attorney for the above
2   captioned debtors and debtors in possession (collectively "USA" or the "Debtors"), hereby files
3   this Application For An Order Shortening Time To Hear Motion For Order Approving Continued
4   Use Of Cash Through July 29, 2006 Pursuant To Second Revised Budget and in support thereof
5   states as follows:

6   1.   A Motion For Order Approving Continued Use Of Cash Through July 29, 2006
7   Pursuant To Second Revised Budget (the "Motion") has been filed. This Motion requests that the
8   Court approve the continuing use of cash in the Debtors' estates through the week ending July 29,
9   2006, to the extent and for the purposes set forth in the Second Revised Budget to be filed by the
10  Debtors by June 5, 2006.

11  2.   Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

12  3.   Hearings are currently scheduled in this matter on June 21, 2006 at 9:30 a.m. to
13  hear other motions, and holding a hearing on the Motion at the same time would serve the interests
14  of judicial economy.

15  4.   No known party opposes hearing the Motion on shortened time.

16  Dated: May 30, 2006

/s/     LENARD E. SCHWARTZER
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385