1  Annette W. Jarvis, Utah Bar No. 1649

2  RAY QUINNEY & NEBEKER P.C.    **E-FILED ON MAY 30, 2006**
   36 South State Street, Suite 1400

3  P.O. Box 45385
   Salt Lake City, Utah 84145-0385

4  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543

5  Email: ajarvis@rqn.com

6  and

7  Lenard E. Schwartzer
   Nevada Bar No. 0399

8  Jeanette E. McPherson
   Nevada Bar No. 5423

9  Schwartzer & McPherson Law Firm

10  2850 South Jones Boulevard, Suite 1
   Las Vegas, Nevada  89146-5308

11  Telephone:  (702) 228-7590
   Facsimile:  (702) 892-0122

12  E-Mail:  bkfilings@s-mlaw.com
   Attorneys for Debtors

13                    **UNITED STATES BANKRUPTCY COURT**
                          **DISTRICT OF NEVADA**

14

15  In re:                                    Case Nos. BK-S-06-10725 LBR
                                              Case Nos. BK-S-06-10726 LBR
16  USA COMMERCIAL MORTGAGE COMPANY,          Case Nos. BK-S-06-10727 LBR
                                    Debtor.   Case Nos. BK-S-06-10728 LBR
17  In re:                                    Case Nos. BK-S-06-10729 LBR

18  USA CAPITAL REALTY ADVISORS, LLC,
                                    Debtor.   Chapter 11
19  In re:

20  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
                                    Debtor.   **DECLARATION IN SUPPORT OF**
21  In re:                                    **EX PARTE APPLICATION FOR**
                                              **ORDER SHORTENING TIME TO**
22  USA CAPITAL FIRST TRUST DEED FUND, LLC,   **HEAR MOTION FOR ORDER**
                                    Debtor.   **APPROVING CONTINUED USE OF**
                                              **CASH THROUGH JULY 29, 2006**
23  In re:                                    **PURSUANT TO SECOND REVISED**
                                              **BUDGET**
   USA SECURITIES, LLC,
24                                  Debtor.   **(AFFECTS ALL DEBTORS)**

25  Affects:
    ☒  All Debtors                            Date:  OST Requested
26  ☐  USA Commercial Mortgage Company        Time:  OST Requested
    ☐  USA Securities, LLC
27  ☐  USA Capital Realty Advisors, LLC
    ☐  USA Capital Diversified Trust Deed Fund, LLC
28  ☐  USA First Trust Deed Fund, LLC

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtors and debtors in possession (the "Debtor"), under penalties of perjury, hereby declares on this 30th day of May, 2006 that:

1.      A Motion For Order Approving Continued Use Of Cash Through July 29, 2006 Pursuant To Second Revised Budget (the "Motion") has been filed.  This Motion requests that the Court approve the continuing use of cash in the Debtors' estates through the week ending July 29, 2006, to the extent and for the purposes set forth in the Second Revised Budget to be filed by the Debtors by June 5, 2006.

2.      Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3.      Hearings are currently scheduled in this matter on June 21, 2006 at 9:30 a.m. to hear other motions, and holding a hearing on the Motion at the same time would serve the interests of judicial economy.

4.      No known party opposes hearing the Motion on shortened time.

Dated:  May 30, 2006

> /s/      LENARD E. SCHWARTZER
> Lenard E. Schwartzer, Esq.
> SCHWARTZER & MCPHERSON LAW FIRM

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122