Entered on Docket
May 31, 2006

Hon. Linda B. Riegle
United States Bankruptcy Judge

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
TALITHA B. GRAY, ESQ.
Nevada Bar No. 9040
E-mail: tbg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **STIPULATION AND ORDER RE: EXTENDING TIME TO FILE RESPONSIVE PAPERS** |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

| In re: USA SECURITIES, LLC, Debtor. | Date: June 5, 2006<br>Time: 9:30 a.m. |
|---|---|
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

IT IS HEREBY STIPULATED and AGREED by and between the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company (the "Direct Lenders Committee") by and through its proposed attorneys, the law firm of Gordon & Silver, Ltd., USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital Trust Deed Fund, LLC (collectively, the "Debtors") by and through their attorneys, the law firm of Schwartzer & McPherson, the Office of the United States Trustee, by and through August B. Landis (the "Trustee"), the Stanley Alexander Trust, Dr. Stanley Alexander, and Dr. Florence Alexander (collectively, the "Alexanders") by and through their attorneys, the Law Offices of Robert C. LePome, Esq., Grabel B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning, and the Bosworth 1988 Family Trust (collectively, the "Ronning Group") by and through their attorneys, the Law Offices of Robert C. LePome, Esq., Scott K. Canepa ("Canepa") by and through his attorneys, the law firm of Lionel Sawyer & Collins, and certain self-defined Direct Lenders (the "Certain Direct Lenders," collectively with the Direct Lenders Committee, the Debtors, the Trustee, the Alexanders, Canepa, and the Ronning Group, the "Parties"), by and through their attorneys, the law firm of Jones Vargas as follows:

WHEREAS on April 13, 2006 (the "Petition Date"), the Debtors filed their voluntary Chapter 11 bankruptcy petitions.

WHEREAS on May 5, 2006, the Alexander Group filed their Motion For Order Authorizing Return of Non-Invested Funds Of Stanley Alexander Trust, Drs. Stanley Alexander and Florence Alexander (the "Alexander Motion"), which is scheduled to be heard at the June 5,

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

2006 Omnibus Hearing. See Alexander Motion, docket no. 155; Amended Notice of Hearing, docket no. 205.

WHEREAS on May 8, 2006, the Debtors filed their Application For An Order Authorizing the Employment Of Hilco Real Estate LLC/Hilco Real Estate Appraisal, LLC As Debtors' Real Estate Appraiser (the "Hilco Employment Application"), which is scheduled to be heard at the June 5, 2006 Omnibus Hearing. See Hilco Employment Application, docket no. 172.

WHEREAS on the same day, May 8, 2006, the Debtors filed their Debtors' Motion To Temporarily Hold Funds Pending A Determination Of The Proper Recipients, and Memorandum Of Points and Authorities (the "Motion to Hold Funds"), which is scheduled to be heard at the June 5, 2006 Omnibus Hearing. See Motion to Hold Funds, docket no. 173.

WHEREAS on May 9, 2006, the Ronning Group filed their Motion For Order Authorizing Return Of Non-Invested Funds of Grabel B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning, and the Bosworth 1988 Family Trust (the "Ronning Group Motion"), which is scheduled to be heard at the June 5, 2006 Omnibus Hearing. See Ronning Group Motion, docket no. 194.

WHEREAS on May 10, 2006, the Office of the United States Trustee filed its Notice of Appointment of the Official Direct Lender Committee pursuant to 11 U.S.C. §§ 1102(a)(1) and (2). See Notice of Appointment of Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company, docket no. 202.

WHEREAS the next day, on May 11, 2006, the Bankruptcy Court for the District of Nevada (the "Court") entered its Order Establishing Case Management Procedures (the "Case Management Order") wherein the Court ordered that "[u]nless otherwise ordered by the Court, the deadline to file and serve Objections to Requests for Relief (the "Objection Deadline") set to be heard on an Omnibus Hearing Date shall be the earlier of: (i) fifteen (15) days after the Request for Relief is served, or (ii) five (5) business days before the applicable hearing date. **An Objection Deadline concerning a Request For Relief set to be heard on an Omnibus Hearing Date may be extended with the consent of the entity filing the Request for Relief to**

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

**a date that is no later than five (5) business days before the applicable hearing date."** See Case Management Order, docket no. 206 (emphasis added).

WHEREAS on the same day, May 11, 2006, the Certain Direct Lenders filed their Direct Lenders' Motion For Relief From The Automatic Stay (the "DL Motion for Relief"), which is scheduled to be heard at the June 5, 2006 Omnibus Hearing. See DL Motion for Relief, docket no. 209.

WHEREAS contemporaneously with the DL Motion for Relief, the Certain Direct Lenders filed their Direct Lenders' Motions: 1. To Compel Debtor To Continue To Forward Lender Payments To Direct Lenders; and 2. To Delay Or Prohibit Appraisals On Performing Loans (the "DL Motion to Forward Payments"), which is scheduled to be heard at the June 5, 2006 Omnibus Hearing. See DL Motion to Forward Payments Motion, docket no. 215.

WHEREAS on May 17, 2006, this Court amended its Case Management Order through its Amended Order Establishing Case Management Procedures (the "Amended Case Management Order") whereby the Court affirmed that "[u]nless otherwise ordered by the Court, the deadline to file and serve Objections to Requests for Relief (the "Objection Deadline") set to be heard on an Omnibus Hearing Date shall be the earlier of: (i) fifteen (15) days after the Request for Relief is served, or (ii) five (5) business days before the applicable hearing date. **An Objection Deadline concerning a Request For Relief set to be heard on an Omnibus Hearing Date may be extended with the consent of the entity filing the Request for Relief to a date that is no later than five (5) business days before the applicable hearing date."** See Amended Case Management Order, docket no. 274 (emphasis added).

WHEREAS on May 18, 2006, Canepa filed his Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC (the "Canepa Motion For Relief"), which is scheduled to be heard at the June 15, 2006 Omnibus Hearing. See Canepa Motion For Relief, docket no. 208.

WHEREAS the Direct Lenders Committee initially sought to retain the law firm of Stutman, Treister and Glatt collectively with one or both of the fund committees; however, after deliberating the issue at their first full meeting on May 23, 2006, the Direct Lenders Committee

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

determined that joint representation was not in its best interest.

WHEREAS thereafter, late in the evening of May 23, 2006, having determined that it needed independent legal counsel, the Direct Lenders Committee retained the law offices of Gordon & Silver, Ltd. ("G&S") to represent it in the above-captioned bankruptcy cases.[1]

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The Objection Deadline for the Direct Lenders Committee to file a responsive pleading to the Hilco Employment Application and the Motion to Hold Funds is hereby extended pursuant to the Amended Case Management Order and the Direct Lenders Committee shall have up to and including May 26, 2006 at 5:00 p.m. to file a responsive pleading with the Court to the Hilco Employment Application and the Motion to Hold Funds; and

2. The Objection Deadline for the Direct Lenders Committee to file a responsive pleading to the Alexander Motion, the Ronning Group Motion, the DL Motion for Relief, the DL Motion to Forward Payments, and the Canepa Motion for Relief is hereby extended pursuant to the Amended Case Management Order and the Direct Lenders Committee shall have up to and including May 30, 2006 to file a responsive pleading with the Court to the foregoing enumerated motions.

DATED this 26th day of May, 2006.

Gordon & Silver, Ltd.

By: ______________________
GERALD M. GORDON, ESQ.
GREGORY M. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys For Direct Lenders Committee

Office Of The United States Trustee

By: ______________________
August B. Landis, Esq.

---

[1] As G&S was retained a mere three (3) days ago, the appropriate application for employment remains presently pending before this Court. See Application of the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company to Employ Gordon & Silver, Ltd.

Schwartzer & McPherson

By: ______________________________
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors

Law Offices of Robert C. Lepome, Esq.

By: ______________________________
Robert C. LePome, Esq.
Attorneys for the Alexanders and Ronning Group

Lionel Sawyer & Collins

By: ______________________________
Rodney Jean, Esq.
Attorneys for Scott K. Canepa

Jones Vargas

By: ______________________________
Janet Chubbs, Esq.
Attorneys for Certain Direct Lenders

PREPARED AND SUBMITTED

GORDON & SILVER, LTD.

By: ______________________________
GERALD M. GORDON, ESQ.
GREGORY M. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys For the Direct Lenders Committee

###

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

determined that joint representation was not in its best interest.

WHEREAS thereafter, late in the evening of May 23, 2006, having determined that it needed independent legal counsel, the Direct Lenders Committee retained the law offices of Gordon & Silver, Ltd. ("G&S") to represent it in the above-captioned bankruptcy cases.[1]

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The Objection Deadline for the Direct Lenders Committee to file a responsive pleading to the Hilco Employment Application and the Motion to Hold Funds is hereby extended pursuant to the Amended Case Management Order and the Direct Lenders Committee shall have up to and including May 26, 2006 at 5:00 p.m. to file a responsive pleading with the Court to the Hilco Employment Application and the Motion to Hold Funds; and

2. The Objection Deadline for the Direct Lenders Committee to file a responsive pleading to the Alexander Motion, the Ronning Group Motion, the DL Motion for Relief, the DL Motion to Forward Payments, and the Canepa Motion for Relief is hereby extended pursuant to the Amended Case Management Order and the Direct Lenders Committee shall have up to and including May 30, 2006 to file a responsive pleading with the Court to the foregoing enumerated motions.

DATED this 26th day of May, 2006.

Gordon & Silver, Ltd.

By: ______________________
GERALD M. GORDON, ESQ.
GREGORY M. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys For Direct Lenders Committee

Office Of The United States Trustee

By: ______________________
August B. Landis, Esq.

[1] As G&S was retained a mere three (3) days ago, the appropriate application for employment remains presently pending before this Court. See Application of the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company to Employ Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555



100933-001/Stip and order (2).doc

May 26 2006 2:42PM Robert C. LePome, Esq. 702 385 3417 p.3

Schwartzer & McPherson

By: ______________________________
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors

Law Offices of Robert C. Lepome, Esq.

By: [signature]
Robert C. LePome, Esq.
Attorneys for the Alexanders and the Ronning Group

Lionel Sawyer & Collins

By: ______________________________
Rodney Jean, Esq.
Attorneys for Scott K. Canepa

Jones Vargas

By: ______________________________
Janet Chubbs, Esq.
Attorneys for Certain Direct Lenders

PREPARED AND SUBMITTED

GORDON & SILVER, LTD.

By: ______________________________
GERALD M. GORDON, ESQ.
GREGORY M. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys For the Direct Lenders Committee

###

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/Stip and order (2)

6

May. 26. 2006 2:49PM SCHWARTZER & MCPHERSON No. 2577 P. 2/2

Schwartzer & McPherson

By: [signature] 5/26/06
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors

Law Offices of Robert C. Lepome, Esq.

By: ______________________
Robert C. LePome, Esq.
Attorneys for the Alexanders and the Ronning Group

Lionel Sawyer & Collins

By: ______________________
Rodney Jean, Esq.
Attorneys for Scott K. Canepa

Jones Vargas

By: ______________________
Janet Chubbs, Esq.
Attorneys for Certain Direct Lenders

PREPARED AND SUBMITTED

GORDON & SILVER, LTD.

By: ______________________
GERALD M. GORDON, ESQ.
GREGORY M. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys For the Direct Lenders Committee

###

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/Stip and order

6

05-26-06 14:35 LIONEL SAWYER COLLINS ID:7023838940 P.02

Schwartzer & McPherson

By: ______________________________
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors

Lionel Sawyer & Collins

By: [signature]
Rodney Jean, Esq.
Attorneys for Scott K. Canepa

Law Offices of Robert C. Lepome, Esq.

By: ______________________________
Robert C. LePome, Esq.
Attorneys for the Alexanders and the Ronning Group

Jones Vargas

By: ______________________________
Janet Chubbs, Esq.
Attorneys for Certain Direct Lenders

PREPARED AND SUBMITTED

GORDON & SILVER, LTD.

By: ______________________________
GERALD M. GORDON, ESQ.
GREGORY M. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys For the Direct Lenders Committee

###

ORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
50 HOWARD HUGHES PKWY
S VEGAS, NEVADA 89109
(702) 796-5555

6

100933-001/Stip and order.doc

Schwartzer & McPherson

By: ______________________
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors

Law Offices of Robert C. Lepome, Esq.

By: ______________________
Robert C. LePome, Esq.
Attorneys for the Alexanders and the Ronning Group

Lionel Sawyer & Collins

By: ______________________
Rodney Jean, Esq.
Attorneys for Scott K. Canepa

Jones Vargas

By: ______________________ NV BAR 8974 for
Janet Chubb, Esq.
Attorneys for Certain Direct Lenders

PREPARED AND SUBMITTED

GORDON & SILVER, LTD.

By: ______________________
GERALD M. GORDON, ESQ.
GREGORY M. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys For the Direct Lenders Committee

###

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555