EDWARD J. HANIGAN, ESQ.
Nevada Bar #000242
199 N. Arroyo Grande Blvd. #200
Henderson, NV 89074
Telephone: (702) 434-1300
Facsimile: (702) 434-6405
Attorney for Vince Danelian

E-filed on
May 31, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>               Debtor.<br><br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>               Debtor.<br><br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>               Debtor.<br><br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>               Debtor.<br><br>In re:<br>USA SECURITIES, LLC,<br>               Debtor.<br><br>Affects:<br>☒  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | Case No:   BK-S-06-10725-LBR<br>                BK-S-06-10726-LBR<br>                BK-S-06-10727-LBR<br>                BK-S-06-10728-LBR<br>                BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR**<br><br><br>Date:    July 25, 2006<br>Time:   9:30 a.m. |

## MOTION OF EDWARD J. HANIGAN, ESQ. TO WITHDRAW AS ATTORNEY FOR VINCE DANELIAN

Edward J. Hanigan, Esq. hereby moves this Court for its order allowing him to withdraw as attorney of record for Creditor Vincent Danelian. Mr. Danelian has determined that he does not wish to be

represented by counsel in this matter at this time. All further notices to Mr. Danelian may be made to him as follows:

> Vince Danelian
> P.O. Box 97782
> Las Vegas, NV 89193

Accordingly, Edward J. Hanigan, Esq. hereby respectfully requests this Court enter its order allowing his withdrawal as counsel for Mr. Danelian in this matter.

DATED this 31st day of May, 2006.

> Edward J. Hanigan, Esq.
> Nevada Bar No. 242
> 199 N. Arroyo Grande Blvd. #200
> Henderson, NV 89074
> (702) 434-1300
> Attorney for Vince Danelian