1  EDWARD J. HANIGAN, ESQ.
   Nevada Bar #000242
2  199 N. Arroyo Grande Blvd. #200
   Henderson, NV 89074
3  Telephone: (702) 434-1300
   Facsimile: (702) 434-6405
4  Attorney for Vince Danelian

E-filed on
May 31, 2006

5

## UNITED STATES BANKRUPTCY COURT

6

## DISTRICT OF NEVADA

7

8   In re:
    USA COMMERCIAL MORTGAGE COMPANY,

9                           Debtor.

10  _____

    In re:
11  USA CAPITAL REALTY ADVISORS, LLC,

12                          Debtor.

    _____
13  In re:
    USA CAPITAL DIVERSIFIED TRUST DEED FUND,
14  LLC,

15                          Debtor.

    _____
16  In re:
    USA CAPITAL FIRST TRUST DEED FUND, LLC
17
                            Debtor.
18
    _____
    In re:
19  USA SECURITIES, LLC,

20                          Debtor.

    _____
21  Affects:
    ☒      All Debtors
22  ☐      USA Commercial Mortgage Company
    ☐      USA Securities, LLC
23  ☐      USA Capital Realty Advisors, LLC
    ☐      USA Capital Diversified Trust Deed Fund, LLC
24  ☐      USA First Trust Deed Fund, LLC

25

Case No:     BK-S-06-10725-LBR
             BK-S-06-10726-LBR
             BK-S-06-10727-LBR
             BK-S-06-10728-LBR
             BK-S-06-10729-LBR

Chapter 11

**Jointly Administered Under
Case No. BK-S-06-10725-LBR**

Date:     July 25, 2006
Time:     9:30 a.m.

26

## NOTICE OF MOTION OF EDWARD J. HANIGAN, ESQ. TO
27  ## WITHDRAW AS ATTORNEY FOR VINCE DANELIAN

28

1

1    NOTICE IS HEREBY GIVEN that MOTION OF EDWARD J. HANIGAN, ESQ. TO WITHDRAW

2  AS ATTORNEY FOR VINCE DANELIAN was filed on the 31st day of May, 2006, by EDWARD J.

3  HANIGAN, ESQ.

4    Any opposing memorandum must be field pursuant to Local Rule 9013(e)(1). Local Rule
5  9013(e)(1): "Except for motions made pursuant to Fed.R.Bank.P. 7056 and LR 7056, an
   opposition to a motion must be filed and service completed upon the movant not more than
   fifteen (15) days after service of the motion, (eighteen (18) days if service of the motion is
6  by mail pursuant to FRBP 9006(e) and (f), but in no event later than five (5) business days
   before the date set for the hearing so that the movant receives the opposition no less than five
7  (5) business days before the hearing date or within the time otherwise fixed by the court. The
   opposition must set forth all relevant facts and must contain a legal memorandum. An
8  opposition may be supported by affidavits or declarations that conform to the provisions of
   subsection (d) of this rule."

9
    If an objection is not timely filed and served, the relief requested may be granted without a hearing.
10
   LR 9013(a)(1) and LR 9013(c)(1)(E).
11

12    If you object to the relief requested, you *must* filed a WRITTEN response to this
   pleading with the court. You *must* also serve your written response on the person
13    who sent you this notice.

14    If you do not file a written response with the court, or if you do not serve your
   written response on the person who sent you this notice, then:
15
          •    The court may *refuse to allow you to speak* at the scheduled hearing;
16               and

17          •    The court may *rule against you* without formally calling the matter at
               the hearing.
18

19    NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United

20  States Bankruptcy Judge, in the Foley Federal Building located at 300 Las Vegas Boulevard South, Las

21  Vegas, Nevada, 3rd Floor, Courtroom 1, on the 25th day of July, 2006, at the hour of 9:30 a.m.

22    DATED this 31st day of May, 2006.

23
24  Edward J. Hanigan, Esq.
   Nevada Bar No. 242
25  199 N. Arroyo Grande Blvd. #200
   Henderson, NV 89074
26  (702) 434-1300
   Attorney for Vince Danelian
27

28

2