GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
TALITHA B. GRAY, ESQ.
Nevada Bar No. 9040
E-mail: tbg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for The Official Committee of Holders
of Executory Contract Rights through
USA Commercial Mortgage Company

E-Filed On 5/31/06

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | Date: N/A<br>Time: N/A |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**CERTIFICATE OF SERVICE OF OFFICIAL COMMITTEE OF DIRECT LENDERS OMNIBUS RESPONSE TO INDIVIDUAL DIRECT LENDERS REQUEST FOR RELIEF**

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/404894.doc

1.     On May 30, 2006, I served the foregoing documents.

2.     I served the foregoing documents by the following means to the persons as listed below:

    ☒    a.     ECF System to the parties: See Exhibit A.

3.     On May 31, 2006, I served the foregoing documents by the following means to the persons as listed below:

    ☒    a.     United States Mail, postage fully prepaid to: See Exhibit B

    ☐    b.     Personal Service to:

    ☐    c.     By direct email to:

    ☐    d.     By fax transmission to:

    ☐    e.     By messenger to:

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 31st day of May, 2006.

_____
Marsha Stallsworth, an employee of
Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/404894.doc

# EXHIBIT A

## File an answer to a motion:
06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GARMAN, GREGORY E entered on 5/30/2006 at 5:46 PM PDT and filed on 5/30/2006
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 406

**Docket Text:**
(Copy) Response Filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[194] Miscellaneous Motion, filed by Interested Party GRABLE L RONNING, Interested Party THE WILD WATER LIMITED PARTNERSHIP, Interested Party CROSBIE B. RONNING, Interested Party THE BOSWORTH 1988 FAMILY TRUST, [155] Miscellaneous Motion filed by Interested Party STANLEY ALEXANDER, Interested Party FLORENCE ALEXANDER, Interested Party STANLEY ALEXANDER TRUST, [208] Motion for Relief from Stay, filed by Interested Party DIRECT LENDERS-BENEFICIARIES, [209] Motion to Compel, filed by Interested Party DIRECT LENDERS-BENEFICIARIES, [215] Motion to Compel,, Miscellaneous Motion, filed by Interested Party DIRECT LENDERS-BENEFICIARIES.) (GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\mds\Desktop\Direct Lenders Committee's Omnibus Response to Individual Direct Lenders Request for Relief.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/30/2006] [FileNumber=6938594-0]
[fcc516329b36d3a3e2b5ec5c66218f299fd5cbd86069696b2c3d8c635945ef3dcd29
36be4a682013adf8cdfe9c433fc09ec805dd864e17ce3c02d5a8402a27fa]]

## 06-10725-lbr Notice will be electronically mailed to:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN    xanna.hardman@gmail.com,

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasv

JOHN F MURTHA    jmurtha@woodburnandwedge.com

DONNA M. OSBORN    jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

ERVEN T NELSON
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

NICHOLAS J SANTORO

400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

# EXHIBIT B

PETER BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA 95037

USA COMMERCIAL MORTGAGE
COMPANY FKA USA CAPITAL
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

ANNETTE W. JARVIS, ESQ
RAY QUINNEY & NEBEKER P.C.
P.O. BOX 45385
FOR: DEBTOR
36 SOUTH STATE STREET, STE. 1400
SALT LAKE CITY, UT 84145-0385

AMERICAN EXPRESS FSB
C/O BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

NICHOLAS J. SANTORO
400 SOUTH FOURTH STREET,
3RD FLOOR
LAS VEGAS, NV 89101

PAUL A. JACQUES
810 SE 7TH STREET, STE. A-103
DEERFIELD BEACH, FL 33441

JAY L. MICHAELSON, ESQ.
MICHAELSON, SUSI & MICHAELSON
FOR: LENDERS: STEIN, SANDLER,
GACKENBACH & ROWLEY
SEVEN WEST FIGUEROA ST., 2ND FL
SANTA BARBARA, CA 93101-3191

BRADLEY J. STEVENS, ESQ.
ROBBINS & GREEN, PA
FOR: LOU O. MALDONADO
3300 NORTH CENTRAL AVE. #1800
PHOENIX, AZ 85012

FRANKLIN C. ADAMS, ESQ.
BEST BEST & KRIEGER, LLP
FOR: JAMES CORISON
P.O. BOX 1028
3750 UNIVERSITY AVENUE
RIVERSIDE, CA 92502

JOSHYA D. BRYSK, ESQ.
LAW OFFICE OF JAMES G.
SCHWARTZ
FOR: ROLOFF, OHMS, PARTCH ET AL
7901 STONERIDGE DR., SUITE 401
PLEASANTON, CA 94588

EDWARD J. HANIGAN, ESQ.
FOR: VINCE DANELIAN
199 N. ARROYO GRANDE BLVD., #200
HENDERSON, NV 89074

WILLIAM E. WINFIELD, ESQ.
NORDMAN CORMANY HAIR &
COMPTON
FOR; ANDREW WELCHER
1000 TOWN CENTER DR, 6TH FL
OXNARD, CA 93031-9100

ADVANCED INFORMATION SYSTEMS
4270 CAMERON STREET, SUITE #1
LAS VEGAS, NV 89121

ERVEN T. NELSON, ESQ.
BOLICK & BOYER
6060 W. ELTON AVE., SUITE A
LAS VEGAS, NV 89107

WILLIAM E. WINFIELD
NORDMAN CORMANY ET AL
FOR: ANDREW WELCHER
1000 TOWN CENTER DRIVE 6TH FL
OXNARD, CA 93031-9100

USA COMMERCIAL REAL
ESTATE GROUP
4484 SOUTH PECOS RD
LAS VEGAS, NV 89121

BUNCH, DELL
1909 RED ROBIN COURT
LAS VEGAS, NV 891 34

PETERSON, MICHAEL
C/O JOHN F. O'REILLY
O'REILLY LAW GROUP, LLC
325 SOUTH MARYLAND PARKWAY
LAS VEGAS, NV 89 101

PARIS LINE LLC
4759 ILLUSTRIOUS STREET
LAS VEGAS, NV 89147

PECOS PROFESSIONAL PARK
4484 SOUTH PECOS PARK
LAS VEGAS, NV 89121

ANNEE OF PARIS COIFFURES, INC.
8049 PINNCALE PEAK
LAS VEGAS, NV 89113

BANK OF AMERICA
P.O. BOX 30750
LOS ANGELES, CA 90030-0750

SPECIAL ORDER SYSTEMS
575 MENLO DRIVE, SUITE 4
ROCKLIN, CA 95765

HASPINOV, LLC
4484 SOUTH PECOS RD.
LAS VEGAS, NV 89121

RUSSELL AD DEVLOP. GROUP, LLC
P.O. BOX 28216
SCOTTSDALE, AZ 85255

RD ADVERTISING
3230 E. FLAMINGO ROAD, #8-532
LAS VEGAS, NV 89121

CITIBANK
P.O. BOX 26901
SAN FRANCISCO, CA 94126

SCOTSMAN PUBLISHING, INC.
P.O. BOX 692
BOTHELL, WA 98041-0692

WEST COAST LIFE INS. COMPANY
P.O. BOX 11407
BIRMINGHAM, AL 35246-0078

U.S. BANK
P.O. BOX 790179
SAINT LOUIS, MO 63179-0179

SECRETARY OF STATE
STATE OF NEVADA
202 NORTH CARSON STREET
CARSON CITY NV 89701

NEVADA STATE BANK
P.O. BOX 990
LAS VEGAS, NV 89125-0990

DMV AND PUBLIC SAFETY
RECORDS SECTION
555 WRIGHT WAY
CARSON CITY NV 89711-0250

EMPLOYERS INSURANCE CO.
ATTN: BANKRUPTCY DESK
9790 GATEWAY DRIVE
RENO NV 89521-5906

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
555 EAST WASHINGTON, #1300
LAS VEGAS NV 89101

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT.
STOP 5028
110 CITY PARKWAY
LAS VEGAS NV 89106

DEPT OF EMPLOYMENT TRAINING
EMPLOY. SEC DIV, CONTRIBUTIONS
500 EAST THIRD STREET
CARSON CITY NV 89713-0030