1  William D. Cope, Esq., State Bar No. 1711          E-Filed May 30, 2006
   COPE & GUERRA
2  595 Humboldt Street
   Reno, Nevada 89509-1603
3  Phone: (775) 333-0838
   Fax: (775) 333-6694
4

5

6

7                    UNITED STATES BANKRUPTCY COURT

8                          DISTRICT OF NEVADA

9  IN RE:                               Case No.:    BK-S-06-10725-LBR
                                        Chapter      11
10 USA COMMERCIAL MORTGAGE
   COMPANY,
11
                   Debtor(s).
12  _____/

13                    **REQUEST FOR SPECIAL NOTICE**

14 TO:    ALL INTERESTED PARTIES

15        PLEASE TAKE NOTICE that the undersigned hereby files a Request for Special Notice

16 as follows: that copies of all notices and other papers filed in the above-referenced bankruptcy

17 proceeding be given to and served upon the following:

18              William D. Cope, Esq.
                COPE & GUERRA
19              595 Humboldt Street
                Reno, Nevada 89509.
20              Fax (775)333-6694
                E-mail cope_guerra@yahoo.com
21
          PLEASE TAKE FURTHER NOTICE that the foregoing request also includes, without
22
   limitation, notices of any application, complaint, demand, hearing, motion, order, pleading, or
23
   request, whether formal or informal, written or oral, and whether transmitted or conveyed by
24
   ...
25
   ...
26
   ...
27

28

COPE & GUERRA
595 Humboldt Street
Reno, Nevada 89509
775/333-0838
FAX 775/333-6694

1  ...

2  mail, hand delivery, telephone, telegraph, telex, telecopy, or otherwise filed with regard to the

3  above case or proceeding therein.

4       DATED this ___30th___ day of May, 2006.

5                         COPE & GUERRA

6

7

8                         WILLIAM D. COPE, ESQ.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

COPE & GUERRA
595 Humboldt Street
Reno, Nevada 89509
775/333-0838
FAX 775/333-6694
28

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of COPE & GUERRA and that on this 30th day of May, 2006, I caused to be electronically filed and/or deposited in the U.S. Mail at Reno, Nevada, postage paid, a true and correct copy of the foregoing **REQUEST FOR SPECIAL NOTICE** addressed to:

**By ECF System:**

Kelly C. Carylon, Esq.
kbrinkman@gooldpatterson.com

Candace C. Carolyn, Esq.
bankruptcyfilings@sheacarlyn.com

Edward J. Hanigan, Esq.
Haniganlaw@earthlink.net

Richard McKnight, Esq.
mcknightlaw@cox.net

Jeanette E. McPherson, Esq.
jmcpherson@s-mlaw.com

Leonard E. Schwartzer, Esq.
bkfilings@s-mlaw.com

**By U.S. Mail:**

Aneete W. Jarvis, Esq.
P.O. Box 45385
36 S. Lake St., #1400
Salt Lake City, UT 84145

_____
Employee of COPE & GUERRA

COPE & GUERRA
505 Humboldt Street
Reno, Nevada 89509
775-333-0838
FAX 775-333-6694

- 3 -