Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on May 31, 2006

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **NOTICE OF FILING OF REVISED LOAN SUMMARY AS OF MAY 26, 2006**<br>**(AFFECTS USA COMMERCIAL MORTGAGE CO.)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 21, 2006<br>Time: 9:30 a.m. |

1

USA Commercial Mortgage Company ("USA") hereby files a revised Loan Summary spreadsheet, attached hereto, providing updated preliminary information as of May 26, 2006 concerning the loans serviced by USA. The revised preliminary Loan Summary is being filed as directed by the Court at the hearing held May 18, 2006.

Respectfully submitted this 31st day of May, 2006.

/s/    JEANETTE E. MCPHERSON
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

**USA Capital**
**LOAN SUMMARY**
**AS OF MAY 26, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding | Interest Outstanding | Interest Prepaid to Investors [5] | Collection Account – Interest | Collection Account – Principal | Collection Account – Service Fee | Due to DIV Fund | Due to First Trust | Due to Direct Investors | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Performing | 3685 San Fernando Road Partners, L.P. | 8/2/05 | 7,350,000 | | | 174,358 | | (12,250) | | 1,809 | 159,748 | 83 |
| Performing | 5055 Collwood, LLC [2] | 2/24/06 | 1,438,611 | 22,500 | | 23,250 | 61,389 | (1,250) | | | 83,389 | 33 |
| Performing | 5252 Orange, LLC [2] | 12/22/05 | 3,800,000 | 45,789 | | 70,111 | | (3,167) | | | 66,944 | 66 |
| Performing | 60th Street Venture, LLC [2] | 12/22/05 | 3,700,000 | 45,715 | | 67,085 | | (3,083) | | | 64,002 | 49 |
| Non-Performing | 6425 Gess, LTD | 4/14/05 | 26,500,000 | 2,208,261 | 1,770,600 | | | | | | | 286 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 12/16/02 | 18,672,455 | 2,042,221 | TBD | 569,738 | | TBD | | | | 393 |
| Non-Performing | Anchor B, LLC | 5/31/05 | 5,835,422 | 636,627 | 517,607 | | | | | | | 50 |
| Non-Performing | Ashby Financial $7,200,000 [6] | 5/3/04 | 7,200,000 | 1,737,600 | 1,591,201 | | | | | | | 73 |
| Non-Performing | B & J Investments [1] | 9/29/99 | 275,000 | 469,008 | TBD | | | | | | | 1 |
| Non-Performing | BarUSA/$15,300,000 (Barusa, LLC) | 11/24/03 | 15,300,000 | 710,367 | TBD | | | | | | | 221 |
| Non-Performing | Bay Pompano Beach, LLC | 6/20/05 | 15,394,550 | 256,573 | TBD | | 891,137 | | | | | 407 |
| Repaid | Beastar, LLC [4] | 5/2/05 | | | TBD | | | | | | | 84 |
| Repaid | Beau Rivage Homes/$8,000,000 [4] | 1/2/03 | | | TBD | | | | | | | 157 |
| Performing | Binford Medical Developers, LLC | 8/31/05 | 7,450,000 | | | 156,271 | | (12,417) | | 24,812 | 119,042 | 92 |
| Performing | Boise/Gowen 93, LLC [2] | 8/26/05 | 2,425,000 | 25,260 | | 26,189 | | (2,021) | | - | 24,168 | 17 |
| Performing | Brookmere/Matteson $27,050,000 [7] | 10/29/03 | 5,904,394 | 39,036 | | 54,553 | 25,000 | | | 27,205 | 52,347 | 229 |
| Performing | Bundy Canyon $1,050,000 [2] (Bundy Canyon Land Development, LLC) | 1/6/06 | 1,050,000 | 15,925 | 23,333 | 36,021 | | | | | 12,688 | 1 |
| Performing | Bundy Canyon $2,500,000 [2] (Bundy Canyon Land Development, LLC) | 5/2/05 | 2,300,000 | 27,625 | | 25,747 | | (1,917) | | | 23,831 | 34 |
| Performing | Bundy Canyon $5,000,000 [2] (Bundy Canyon Land Development, LLC) | 9/28/05 | 4,250,000 | 46,042 | | 45,576 | | (3,542) | | | 41,738 | 43 |
| Performing | Bundy Canyon $5,725,000 [2] (Bundy Canyon Land Development, LLC) | 1/14/05 | 5,725,000 | 123,285 | | | | | | | | 53 |
| Performing | Bundy Canyon $7,500,000 (Bundy Canyon Land Development, LLC) | 8/17/05 | 6,700,000 | 73,305 | | 72,926 | | (5,583) | | | 67,343 | 83 |
| | Bundy Canyon $8.9 (Bundy Canyon Land Development, LLC) | 4/5/06 | | | | | | | | | | 117 |
| Performing | BySynergy, LLC $4,434,446 | 2/3/06 | 4,434,446 | | | | | | | | | 3 |
| Performing | Cabernet Highlands, LLC | 2/17/05 | 3,000,000 | 10,125 | 7,886 | 76,250 | | (5,000) | | | 63,364 | 65 |
| Non-Performing | Castaic Partners II, LLC | 7/11/05 | 5,600,000 | 198,220 | 87,208 | | | | | | | 57 |
| Performing | Castaic Partners III, LLC | 9/22/05 | 4,675,000 | 50,646 | 97,795 | 149,157 | | (11,687) | | 212 | 39,038 | 65 |

**Preliminary Numbers Subject to Revision**

**USA Capital**
**LOAN SUMMARY**
**AS OF MAY 26, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding | Interest Outstanding | Interest Prepaid to Investors[5] | Collection Account ||| Due to |||  No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest | Principal | Service Fee | DIV Fund | First Trust | Direct Investors | |
| Performing | Charlevoix Homes, LLC[2]  (Lindsay and Chandler Heights, LLC) | 4/3/06 | 3,400,000 | 40,800 | | | | | | | | 40 |
| Performing | Clear Creek Plantation  (Arapahoe Land Investments, L.P.) | 3/15/05 | 2,900,000 | 31,292 | 21,446 | 29,967 | | (2,417) | | 210 | 5,894 | 36 |
| Performing | Cloudbreak LV  (Cloudbreak Las Vegas, LLC) | 12/17/03 | 3,800,000 | 39,583 | | 80,486 | | (6,333) | 367 | 73,786 | 0 | 2 |
| Non-Performing | Colt CREC Building  (Colt Gateway LLC) | 9/26/03 | 3,718,777 | 1,787,681 | TBD | | | | | | | 1 |
| Non-Performing | Colt DIV added #1[1]  (Colt Gateway LLC) | 7/10/03 | 1,500,000 | 640,625 | 170,625 | | | | | | | 1 |
| Non-Performing | Colt DIV added #2[1]  (Colt Gateway LLC) | 7/10/03 | 3,100,000 | 1,021,708 | 352,625 | | | | | | | 1 |
| Non-Performing | Colt Gateway LLC | 1/17/03 | 3,514,069 | 3,297,705 | TBD | | | | | | | 3 |
| Non-Performing | Colt Second TD  (Colt Gateway LLC) | 8/19/03 | 1,000,000 | 410,000 | 342,083 | | | | | | | 1 |
| Performing | Columbia Managing Partners, LLC[2] | 9/1/05 | 2,210,000 | 23,942 | | 20,280 | | (1,842) | | 18,438 | | 1 |
| Performing | ComVest Capital  (Comvest Capital Satellite Arms, Inc) | 1/11/06 | 4,125,000 | | 301 | 89,059 | | (3,438) | | 15,203 | 70,118 | 56 |
| Performing | Copper Sage Commerce Center Phase II[2] (Copper Sage Commerce Center, LLC) | 3/1/06 | 3,550,000 | 36,979 | | | | | | | | 51 |
| Performing | Copper Sage Commerce Center, LLC | 6/9/04 | 179,106 | | | 6,037 | 970,640 | | | | 970,572 | 28 |
| Performing | Cornman Toltec 160, LLC[2] | 6/24/05 | 6,375,000 | 62,450 | | 62,517 | | (5,313) | | | 57,157 | 96 |
| Non-Performing | Cottonwood Hills, LLC | 6/14/05 | 4,000,000 | | | 94,889 | | (6,667) | | 22,056 | 66,167 | 21 |
| Performing | Del Valle - Livingston[2]  (Del Valle Capital Corporation, Inc) | 8/25/05 | 19,250,000 | 4,633 | | 308,506 | | (16,041) | | 1,960 | 290,505 | 239 |
| Repaid | Del Valle Isleton  (Del Valle Capital Corporation, Inc.) | 3/22/05 | | | 34,444 | 193,521 | 6,580,000 | (11,500) | | 195,002 | 6,532,575 | 76 |
| Non-Performing | Eagle Meadows Development[3, 8] | 10/19/05 | 31,050,000 | 359,306 | TBD | 666,000 | | | | | | 295 |
| Performing | Elizabeth May Real Estate, LLC[2] | 2/24/06 | 10,050,000 | 100,500 | | 103,850 | | (8,375) | | 1,140 | 94,335 | 147 |
| | EPIC Resorts[1] | Undetermined | | TBD | TBD | | | | | | | 1 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 11/14/05 | 6,600,000 | | 19,617 | 145,383 | | (11,000) | | 114,766 | | 1 |
| Non-Performing | Fiesta Development McNaughton[1] (Fiesta Development, Inc.) | 1/10/05 | 6,000,000 | 1,015,444 | TBD | | | | | | | 1 |
| Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 4/14/05 | 6,500,000 | | | 143,181 | | (10,833) | | | 130,412 | 69 |
| Non-Performing | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 6/15/04 | 20,500,000 | 3,819,833 | 3,462,791 | | | | | | | 227 |
| Non-Performing | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 9/22/03 | 10,000,000 | 2,484,337 | TBD | | | | | | | 100 |
| Performing | Fiesta/Beaumont $2.4m (Fiesta Development, Inc.) | 9/17/04 | 2,400,000 | 25,000 | | 50,833 | | (4,000) | | | 46,833 | 36 |
| Performing | Foxhill 216, LLC[3, 8] | 2/23/06 | 25,980,000 | 289,693 | | 299,402 | | (22,197) | | 267 | 276,938 | 300 |

**Preliminary Numbers Subject to Revision**

**USA Capital**
**LOAN SUMMARY**
**AS OF MAY 26, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding | Interest Outstanding | Interest Prepaid to Investors[5] | Collection Account - Interest | Collection Account - Principal | Collection Account - Service Fee | Due to DIV Fund | Due to First Trust | Due to Direct Investors | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Performing | Franklin - Stratford Investments, LLC | 3/30/05 | 5,225,000 | | | 116,564 | | | 22,532 | 94,032 | (0) | 2 |
| Repaid | Freeway 101[4] | 8/9/04 | TBD | | | | | | | | | 57 |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC)[3] | 11/18/05 | 13,185,000 | 137,181 | 17,006 | 139,462 | | (11,151) | | 844 | 110,460 | 161 |
| Non-Performing | LCG Gilroy, LLC | 11/23/04 | 4,950,000 | 360,594 | TBD | | | | | | | 59 |
| Performing | Glendale Tower Partners, L.P. | 6/9/05 | 6,500,000 | 75,833 | | 154,194 | | | - | - | 152,154 | 95 |
| Non-Performing | Golden State Investments II, L.P. | 6/27/05 | 2,850,000 | 128,282 | TBD | | | | | | | 37 |
| Performing | Goss Road[2] Savannah Homes, LLC) | 11/2/04 | 1,000,000 | 12,500 | | | | | | | | 20 |
| Non-Performing | Gramercy Court Condos (Grammercy Court, Ltd.) | 6/25/04 | 34,884,500 | 923,638 | 500,132 | 467,035 | | | | | | 332 |
| Non-Performing | Harbor Georgetown, L.L.C. | 8/16/04 | 8,800,000 | 356,941 | 146,803 | | | | | | | 103 |
| Non-Performing | Hasley Canyon (Los Valles Land & Golf, LLC.) | 3/3/04 | 11,700,000 | 1,569,300 | TBD | 150,000 | | | | | | 114 |
| Performing | Hesperia II[2] (Southern California Land Development, LLC) | 4/1/05 | 4,250,000 | 60,964 | | | | | | | | 65 |
| Repaid | HFA - Riviera Riviera-Homes for America Holdings LLC) | 6/24/05 | | | TBD | 767,361 | 5,000,000 | | | | | 90 |
| Non-Performing | HFA- Clear Lake LLC | 1/6/05 | 16,050,000 | 2,642,136 | 2,140,552 | | | | | | | 207 |
| Repaid | HFA- North Yonkers (One Point Street, Inc.) | 1/11/05 | | | 3,313,671 | 4,168,403 | 24,000,000 | (330,383) | | 909,445 | 23,563,812 | 298 |
| Repaid | HFA- Riviera 2nd (Riviera-HFAH, LLC) | 4/29/04 | | | 2,354,180 | 2,698,080 | 8,000,000 | (142,538) | | | 8,201,362 | 99 |
| Non-Performing | HFA- Windham (HFAH Asylum, LLC) | 11/15/04 | 5,550,000 | 951,580 | 800,862 | | | | | | | 74 |
| Non-Performing | HFA-Clear Lake 2nd (HFAH Clear Lake, LLC) | 6/24/05 | 2,750,000 | 386,233 | 288,935 | | | | | | | 36 |
| Non-Performing | HFAH/Monaco, LLC | 12/19/03 | 4,000,000 | 1,279,500 | 1,189,500 | | | | | | | 1 |
| Non-Performing | Huntsville (West Hills Park Joint Venture) | 3/31/04 | 10,475,000 | 922,176 | 729,057 | | | | | | | 116 |
| Performing | I-40 Gateway West, LLC[2] | 1/11/05 | 4,530,000 | 45,300 | | 46,810 | | | | | 43,193 | 46 |
| Performing | I-40 Gateway West, LLC 2nd[2] | 3/1/06 | 1,065,000 | 14,200 | | 13,727 | | | | | 13,727 | 23 |
| Non-Performing | Interestate Commerce Center Phase II ISCC Phase II, LLC | 8/11/04 | 1,855,605 | 138,270 | | 152,317 | | | 20,900 | 131,417 | | 2 |
| Non-Performing | Interstate Commerce Center, LLC | 2/20/04 | 2,391,355 | 38,931 | | | | | | | | 4 |
| Performing | J. Jireh's Corporation[2] | 9/2/05 | 8,825,000 | 95,532 | | 97,635 | | | | 2,932 | 94,704 | 105 |
| Performing | La Hacienda Estate, LLC[2] | 11/11/04 | 6,255,000 | 64,497 | | 56,885 | | | | | 56,430 | 83 |
| Non-Performing | Lake Helen Partners[9] | 12/7/04 | 3,129,499 | 76,768 | | | | | | | | 35 |

**Preliminary Numbers Subject to Revision**

**USA Capital**
**LOAN SUMMARY**
**AS OF MAY 26, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding | Interest Outstanding | Interest Prepaid to Investors[5] | Collection Account | | | Due to | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest | Principal | Service Fee | DIV Fund | First Trust | Direct Investors | |
| Performing | Lerin Hills, LTD[2] | 12/7/05 | 10,350,000 | 263,875 | | | | | | | | 130 |
| Non-Performing | Margarita Annex[10] | 7/26/04 | 12,000,000 | 130,000 | 109,365 | 255,667 | | | | 37,551 | 108,751 | 105 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 8/11/05 | 30,000,000 | 630,545 | 1,800,427 | 1,912,138 | | (143,332) | | | | 272 |
| Non-Performing | Marlton Square 2nd (MS Acquisition Company, LLC) | 8/11/05 | 6,000,000 | 197,333 | 249,655 | 250,267 | | (10,000) | | | | 108 |
| Non-Performing | Marquis Hotel (USA Investors VI, LLC) | 3/29/05 | 13,500,000 | 2,673,088 | 2,436,597 | | | | | | | 169 |
| Performing | Meadow Creek Partners, LLC | 2/23/06 | 8,250,000 | | 1,903 | 114,454 | | (9,501) | | 899 | 102,151 | 103 |
| Non-Performing | Midvale Marketplace, LLC | 6/30/05 | 4,075,000 | 247,746 | 161,086 | | | | | | | 49 |
| Performing | Mountain House Business Park[2] (Pegasus-MH Ventures I, LLC) | 6/10/04 | 16,800,000 | 182,000 | | | | | | | | 202 |
| Performing | Oak Shores II (John E. King and Carole D. King) | 6/6/05 | 12,150,000 | 31,416 | | 265,110 | | (20,669) | 161 | 3,630 | 240,633 | 176 |
| Performing | Ocean Atlantic[2] (Ocean Atlantic/PFG-Westbury, LLC) | 11/1/05 | 2,700,000 | 33,750 | | 34,875 | | (2,250) | | | 32,625 | 32 |
| Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 1/23/06 | 8,925,000 | 93,663 | 3,810 | 92,023 | | (4,634) | | 12,207 | 71,372 | 105 |
| Repaid | Opaque/Mt. Edge $7,350,000[4] (Opaque Land Development, LLC) | 11/5/03 | | | TBD | 856,615 | 4,827,970 | (66,846) | | | | 95 |
| Non-Performing | Palm Harbor One, LLC[3] | 12/14/05 | 28,480,000 | 324,715 | TBD | 114,000 | | | | | | 309 |
| Non-Performing | Placer Vineyards (Placer County Land Speculators, LLC) | 12/10/04 | 31,500,000 | 1,895,807 | TBD | | | | | | | 343 |
| Non-Performing | Placer Vineyards 2nd (Placer County Land Speculators, LLC) | 12/10/04 | 6,500,000 | 436,222 | TBD | | | | | | | 118 |
| Performing | Preserve at Galleria, LLC | 10/6/05 | 4,356,000 | 743 | | 56,299 | 298,000 | (4,005) | | | 349,918 | 73 |
| Performing | Redwood Properties, LLC[1] | 11/15/05 | 269,641 | | | | | | | | | 1 |
| Performing | Rio Rancho Executive Plaza, LLC[2] | 1/17/06 | 2,250,000 | 24,393 | | 21,528 | | (1,741) | | 616 | 19,172 | 32 |
| Performing | Roam Development Group L.P. | 3/23/05 | 26,251,945 | 436,325 | TBD | 399,770 | 211,172 | | | | | 291 |
| Non-Performing | Saddleback[1] | Undetermined | 375,000 | 9,849 | | | | | | | | 1 |
| Non-Performing | Shamrock Tower, LP (619 Main. LP) | 8/5/04 | 10,500,000 | 1,695,927 | TBD | | | | | | | 87 |
| | Sheraton Hotel[1] | 9/28/99 | | TBD | TBD | | | | | | | 1 |
| Performing | Slade Development, Inc.[2] | 12/5/05 | 3,525,000 | 38,188 | | 39,460 | | (2,938) | | | 36,005 | 40 |
| Performing | Southern California Land 2nd[2] (Southern California Land Development, LLC) | 8/3/05 | 2,800,000 | 39,667 | | 40,989 | | (2,333) | | | 38,172 | 33 |
| Performing | Standard Property Development, LLC[2] | 2/27/06 | 9,640,000 | 105,764 | 46,195 | 132,544 | | (11,075) | | 5,240 | 70,035 | 115 |
| Performing | SVRB $4,500,000[2] (SVRB Investments, LLC) | 4/27/05 | 1,424,081 | 4,233 | | 231,511 | | (18,447) | | | 213,064 | 67 |

**Preliminary Numbers Subject to Revision**

**USA Capital**
**LOAN SUMMARY**
**AS OF MAY 26, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding | Interest Outstanding | Interest Prepaid to Investors [5] | Collection Account Interest | Collection Account Principal | Collection Account Service Fee | Due to DIV Fund | Due to First Trust | Due to Direct Investors | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Performing | SVRB 2nd $2,325,000 (SVRB Investments, LLC) | 4/27/05 | 2,325,000 | | | 63,033 | | (7,815) | | | 49,875 | 25 |
| Non-Performing | Tapia Ranch (Castiac Partners, LLC) | 9/28/04 | 22,000,000 | 833,767 | TBD | | | | | | | 179 |
| Non-Performing | Ten-Ninety, Ltd./$4,150,000[11] | 12/30/02 | 4,150,000 | 1,820,722 | TBD | | | | | | | 18 |
| Non-Performing | Ten-Ninety[1] | Undetermined | 55,113,781 | TBD | TBD | | | | | | | 1 |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 3/31/06 | 2,500,000 | 22,569 | | | | | | | | 1 |
| Non-Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 8/15/05 | 1,925,000 | 60,417 | TBD | 51,637 | 464,000 | | | | | 34 |
| Non-Performing | The Gardens, LLC Timeshare (The Gardens, LLC) | 3/24/04 | 6,030,000 | 342,056 | 197,451 | | 500,000 | | 16,432 | 93,895 | 192,223 | 51 |
| Repaid | Universal Hawaii[4] | 8/6/04 | TBD | | | | | | | | | 127 |
| Performing | University Estates, Inc.[2] | 4/11/05 | 4,897,800 | 51,845 | | 47,185 | 487,600 | (2,782) | | 532,003 | | 1 |
| Performing | Urban Housing Alliance - 435 Lofts (Urban Housing Alliance, LLC) | 7/13/05 | 8,150,000 | | | 193,336 | | (13,583) | | 662 | 178,363 | 110 |
| Non-Performing | Wasco Investments LLC | 11/23/04 | 6,450,000 | 474,723 | 355,026 | | | | | | - | 86 |
| | | | $867,066,037 | $47,657,345 | $25,341,775 | $18,042,056 | $52,316,908 | ($977,893) | $60,391 | $2,322,238 | $43,297,349 | 10,546 |

[1] Status of these loans is undetermined due to bankruptcy, foreclosures, change of ownership, etc. More research is being performed.
[2] Loan listed as performing as sufficient cash is held as Disbursing Agent to pay outstanding interest due.
[3] Interest outstanding due to unfunded amounts under original loan budget.
[4] Principal payments by borrower not returned to Investors.
[5] Interest paid to Investors in excess of amounts paid by borrowers.
[6] Borrower is Ashby Financial Company, Inc. and R&D Land Investors, LLC.
[7] Borrower is Brookmere, LLC and Lord & Essex Matteson, LLC
[8] Borrowers are Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, and Fox Hills 37, LLC.
[9] Borrower is Old City, L.C. and Lake Helen Partners, LLC
[10] Borrower is John E. King and Carole D. King
[11] Borrower is Ten-Ninety, Ltd. And William R. Levas and Dorothy Z. Lucas, Trustees of the Lucas Family Trust

**Preliminary Numbers Subject to Revision**