1 | Name **Susan M. Freeman** **Lewis and Roca LLP**
2 | Bar Code # AZ 004199
3 | Address 40 N. Central Ave, Ste. 1900
4 | Phoenix, AZ 85004
5 |
6 | Phone # 602-262-5311

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:
USA Commercial Mortgage Company,
                    Debtor.

x~~Plaintiff~~

x~~vs.~~

x~~Defendant(s)~~

Bankruptcy No. 06-10725 LBR
Chapter No. 11

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Susan M. Freeman_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at __6036 E. Rose Circle Drive__.
                                                      (street address)

__Phoenix__, __Maricopa__
  (city)           (county)

__Arizona__, __85018__, __480-429-0822__
 (state)    (zip code)   (area code + telephone number)

CAUTION: DO NOT REVISE OR RETYPE THIS FORM

2. That Petitioner is an attorney at law and a member of the law firm of <u>Lewis and Roca LLP</u> with offices at*
<u>40 N. Central Avenue, Suite 1900</u>,
(street address)
<u>Phoenix, Arizona</u>, <u>85004</u>, <u>602-262-5747</u>.
(city) (zip code) (area code + telephone number)

3. That Petitioner has been retained personally or as a member of the law firm by <u>Official Committee of Unsecured Creditors</u> to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since <u>1975</u>, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of <u>Arizona</u>
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| US Supreme Court | 1992 |
| US Court of Appeals, 9th Circuit | 1975 |
| US Court of Appeals, 10th Circuit | 1990 |
| US Court of Appeals, 5th Circuit | 1992 |
| US District Court, District of Arizona | 1975 |
| US District Court, N. District of Texas | 1991 |
| US District Court, District of Colorado | 1997 |

* Maintains offices at 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89109, (702) 949-8200

2

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____
_____
_____

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

_____
_____
_____

8. That Petitioner is a member of good standing in the following Bar Associations: American Bar Association; State Bar of Arizona

_____
_____

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See attached | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

3

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: 5/29/06

_____
Petitioner's Signature

STATE OF ARIZONA     )
                     )
COUNTY OF MARICOPA   )

Susan M. Freeman, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this 31st day of May, 2006.

OFFICIAL SEAL
MARIE H. MANCINO
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Feb. 25, 2010

4

Attachment Pro Hac Vice Application – Nevada USBC

| Date/Name | Case Name | Cause | Title of Court or Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|---|
| Peter Baird Susan Freeman (06/03) | National Airlines, Inc./CIT Group | US Bankruptcy 00-19258-LBR | USBC | Granted |
| Brent Gardner (02/05/04) | Bank One Leasing/ Amerco, et al | US Bankruptcy 03-521-3-GWZ | USBC | Granted |

May 26, 2006