**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on May 31, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Scott K. Brown AZ State Bar No. 020390
Email: sbrown@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) | Jointly Administered |
|---|---|---|
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | ) ) ) | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC** 06-10726 | ) ) ) | Judge Linda B. Riegle Presiding **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10728 | ) ) ) ) | Date: N/A Time: N/A **Affecting:** ☐ All Cases |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | ) ) ) | **or Only:** ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC** 06-10729 **Debtors.** | ) ) ) ) ) ) | ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC |

The undersigned, attorney of record for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company, herein has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." I am not admitted to the bar of this Court, but Lewis and Roca LLP does maintain offices in the District of Nevada

1740615.1

LEWIS AND ROCA LLP
LAWYERS

for the practice of law. I believe it to be in the best interest of the client Official Committee of Unsecured Creditors to designate Rob Charles, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is: Rob Charles (Bar Code #006593) 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89109, Telephone: (702) 949-8200, Facsimile (702) 949-8398, Email: rcharles@lrlaw.com.

By designation the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreements and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Susan M. Freeman
*Proposed Attorneys for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

1740615.1



## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

_____ (#0006593)
Rob Charles
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Designated Nevada Counsel*

1740615.1

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Rob Charles as Designated Nevada Counsel in this case.

*Susan M. Freeman*
Susan M. Freeman
*Proposed Attorneys for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

1740615.1