Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors

E-FILED ON MAY 31, 2006

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**SUPPLEMENT TO ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH JULY 29, 2006 PURSUANT TO SECOND REVISED BUDGET**<br>**(AFFECTS ALL DEBTORS)**<br><br>Date:  OST Requested<br>Time:  OST Requested |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                                Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

P:\USA Commercial Mortgage\Pleadings\Continued Use of Funds through July 29, 2006\OST Atty Info Sheet SUPP.doc

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| Christine Pajak, Esq.<br>Stutman, Treister & Glatt | May 31, 2006 | X | |

**NOTE:**

Respectfully submitted this 31st day of May, 2006.

/s/   LENARD E. SCHWARTZER
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385