Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: June 5, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA First Trust Deed Fund, LLC | **NOTICE OF FILING OF SUMMARY OF LOANS SERVICED BY USA COMMERCIAL MORTGAGE AS OF MAY 26, 2006**<br><br>(AFFECTS USA COMMERCIAL MORTGAGE, USA CAPITAL DIVERSIFIED TRUST DEED FUND and USA FIRST TRUST DEED FUND) |

1

1   USA Commercial Mortgage Company ("USA") hereby files the attached Summary of
Loans Serviced by USA Commercial Mortgage Company. This spreadsheet provides updated
*preliminary* information, as of May 26, 2006, concerning the loans serviced by USA and the funds
held in the DIP Collection Account. The information provided is subject to revision after further
investigation. The revised *preliminary* Summary is being filed as directed by the Court at the
hearing held May 18, 2006.

Respectfully submitted this 31st day of May, 2006.

_/s/_

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

USA Capital
LOAN SUMMARY
AS OF MAY 25, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding | Interest Outstanding | Interest Prepaid to Investors [5] | Collection Account ||| Due to || Direct Investors | No. of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest | Principal | Service Fee | DIV Fund | First Trust | | |
| Performing | 3685 San Fernando Road Partners, L.P. | 8/2/05 | 7,350,000 | | | 174,358 | | (12,250) | | 1,809 | 159,748 | 83 |
| Performing | 5055 Collwood, LLC[2] | 2/24/06 | 1,438,611 | 22,500 | | 23,250 | 61,389 | (1,250) | | | 83,389 | 33 |
| Performing | 5252 Orange, LLC[2] | 12/22/05 | 3,800,000 | 45,789 | | 70,111 | | (3,167) | | | 66,944 | 66 |
| Performing | 60th Street Venture, LLC[2] | 12/22/05 | 3,700,000 | 45,715 | | 67,085 | | (3,083) | | | 64,002 | 49 |
| Non-Performing | 6425 Gess, LTD | 4/14/05 | 26,500,000 | 2,208,281 | 1,770,800 | | | | | | | 295 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 12/16/02 | 18,872,455 | 2,042,221 | TBD | 569,738 | | TBD | | | | 393 |
| Non-Performing | Anchor B, LLC | 5/31/05 | 5,835,422 | 636,627 | 517,807 | | | | | | | 50 |
| Non-Performing | Ashby Financial $7,200,000[6] | 5/3/04 | 7,200,000 | 1,737,600 | 1,591,201 | | | | | | | 73 |
| Non-Performing | B & J Investments[1] | 9/29/99 | 275,000 | 469,008 | TBD | | | | | | | 1 |
| Non-Performing | BarUSA/$15,300,000 (Barusa, LLC) | 11/24/03 | 15,300,000 | 710,367 | TBD | | | | | | | 221 |
| Non-Performing | Bay Pompano Beach, LLC | 6/20/05 | 15,394,550 | 256,573 | TBD | | 891,137 | | | | | 407 |
| Repaid | Beastar, LLC[4] | 5/2/05 | | | TBD | | | | | | | 84 |
| Repaid | Beau Rivage Homes/$8,000,000[4] | 1/2/03 | | | TBD | | | | | | | 157 |
| Performing | Binford Medical Developers, LLC | 8/31/05 | 7,450,000 | | | 158,271 | | (12,417) | | 24,812 | 119,042 | 92 |
| Performing | Boise/Gowen 93, LLC[2] | 8/26/05 | 2,425,000 | 25,260 | | 26,169 | | (2,021) | | - | 24,168 | 17 |
| Performing | Brookmere/Mattason $27,050,000[7] | 10/29/03 | 5,904,394 | 39,036 | | 54,553 | 25,000 | | | 27,205 | 52,347 | 229 |
| Performing | Bundy Canyon $1,050,000[2] (Bundy Canyon Land Development, LLC) | 1/6/06 | 1,050,000 | 15,925 | 23,333 | 38,021 | | | | | 12,668 | 1 |
| Performing | Bundy Canyon $2,500,000[1] (Bundy Canyon Land Development, LLC) | 5/2/05 | 2,500,000 | 27,625 | | 25,747 | | (1,917) | | | 23,831 | 34 |
| Performing | Bundy Canyon $5,000,000[2] (Bundy Canyon Land Development, LLC) | 9/28/05 | 4,250,000 | 46,042 | | 45,576 | | (3,542) | | | 41,738 | 43 |
| Performing | Bundy Canyon $5,725,000[1] (Bundy Canyon Land Development, LLC) | 1/14/05 | 5,725,000 | 123,285 | | | | | | | | 53 |
| Performing | Bundy Canyon $7,500,000 (Bundy Canyon Land Development, LLC) | 8/17/05 | 6,700,000 | 73,305 | | 72,926 | | (5,583) | | | 67,343 | 83 |
| | Bundy Canyon $8.9 (Bundy Canyon Land Development, LLC) | 4/5/06 | | | | | | | | | | 117 |
| Performing | BySynergy, LLC $4,434,446 | 2/3/06 | 4,434,446 | | | | | | | | | 3 |
| Performing | Cabernet Highlands, LLC | 2/17/05 | 3,000,000 | 10,125 | 7,886 | 76,250 | | (5,000) | | | 63,364 | 65 |
| Non-Performing | Castaic Partners II, LLC | 7/11/05 | 5,600,000 | 198,220 | 87,208 | | | | | | | 57 |
| Performing | Castaic Partners III, LLC | 9/22/05 | 4,675,000 | 50,646 | 97,795 | 149,157 | | (11,687) | | 212 | 39,038 | 65 |

Preliminary Numbers Subject to Revision

USA Capital
LOAN SUMMARY
AS OF MAY 26, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding | Interest Outstanding | Interest Prepaid to Investors[5] | Collection Account | | | Due to | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest | Principal | Service Fee | DIV Fund | First Trust | Direct Investors | |
| Performing | 3685 San Fernando Road Partners, L.P. | 8/2/05 | 7,350,000 | | | 174,358 | | (12,250) | | 1,809 | 159,748 | 83 |
| Performing | 5055 Collwood, LLC[2] | 2/24/06 | 1,438,611 | 22,500 | | 23,250 | 61,389 | (1,250) | | | 83,389 | 33 |
| Performing | 5252 Orange, LLC[2] | 12/22/05 | 3,800,000 | 45,789 | | 70,111 | | (3,167) | | | 66,944 | 66 |
| Performing | 60th Street Venture, LLC[2] | 12/22/05 | 3,700,000 | 45,715 | | 67,085 | | (3,083) | | | 64,002 | 49 |
| Non-Performing | 6425 Gess, LTD | 4/14/05 | 26,500,000 | 2,208,261 | 1,770,600 | | | | | | | 286 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 12/16/02 | 18,672,455 | 2,042,221 | TBD | 569,738 | | TBD | | | | 393 |
| Non-Performing | Anchor B, LLC | 5/31/05 | 5,835,422 | 636,627 | 517,607 | | | | | | | 50 |
| Non-Performing | Ashby Financial $7,200,000[6] | 5/3/04 | 7,200,000 | 1,737,600 | 1,591,201 | | | | | | | 73 |
| Non-Performing | B & J Investments[1] | 9/29/99 | 275,000 | 469,008 | TBD | | | | | | | 1 |
| Non-Performing | BarUSA/$15,300,000 (Barusa, LLC) | 11/24/03 | 15,300,000 | 710,367 | TBD | | | | | | | 221 |
| Non-Performing | Bay Pompano Beach, LLC | 6/20/05 | 15,394,550 | 256,573 | TBD | | 891,137 | | | | | 407 |
| Repaid | Beastar, LLC[4] | 5/2/05 | | | TBD | | | | | | | 84 |
| Repaid | Beau Rivage Homes/$8,000,000[4] | 1/2/03 | | | TBD | | | | | | | 157 |
| Performing | Binford Medical Developers, LLC | 8/31/05 | 7,450,000 | | | 156,271 | | (12,417) | | 24,812 | 119,042 | 92 |
| Performing | Boise/Gowen 93, LLC[2] | 8/26/05 | 2,425,000 | 25,260 | | 26,189 | | (2,021) | | - | 24,168 | 17 |
| Performing | Brookmere/Matteson $27,050,000[7] | 10/29/03 | 5,904,394 | 39,036 | | 54,553 | 25,000 | | | 27,205 | 52,347 | 229 |
| Performing | Bundy Canyon $1,050,000[2] (Bundy Canyon Land Development, LLC) | 1/6/06 | 1,050,000 | 15,925 | 23,333 | 36,021 | | | | | 12,688 | 1 |
| Performing | Bundy Canyon $2,500,000[2] (Bundy Canyon Land Development, LLC) | 5/2/05 | 2,300,000 | 27,625 | | 25,747 | | (1,917) | | | 23,831 | 34 |
| Performing | Bundy Canyon $5,000,000[2] (Bundy Canyon Land Development, LLC) | 9/28/05 | 4,250,000 | 46,042 | | 45,576 | | (3,542) | | | 41,738 | 43 |
| Performing | Bundy Canyon $5,725,000[2] (Bundy Canyon Land Development, LLC) | 1/14/05 | 5,725,000 | 123,285 | | | | | | | | 53 |
| Performing | Bundy Canyon $7,500,000 (Bundy Canyon Land Development, LLC) | 8/17/05 | 6,700,000 | 73,305 | | 72,926 | | (5,583) | | | 67,343 | 83 |
| | Bundy Canyon $8.9 (Bundy Canyon Land Development, LLC) | 4/5/06 | | | | | | | | | | 117 |
| Performing | BySynergy, LLC $4,434,446 | 2/3/06 | 4,434,446 | | | | | | | | | 3 |
| Performing | Cabernet Highlands, LLC | 2/17/05 | 3,000,000 | 10,125 | 7,886 | 76,250 | | (5,000) | | | 63,364 | 65 |
| Non-Performing | Castaic Partners II, LLC | 7/11/05 | 5,600,000 | 198,220 | 87,208 | | | | | | | 57 |
| Performing | Castaic Partners III, LLC | 9/22/05 | 4,675,000 | 50,646 | 97,795 | 149,157 | | (11,687) | | 212 | 39,038 | 65 |

**USA Capital**
**LOAN SUMMARY**
**AS OF MAY 26, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding | Interest Outstanding | Interest Prepaid to Investors[5] | Collection Account |  |  | Due to |  |  | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Interest | Principal | Service Fee | DIV Fund | First Trust | Direct Investors |  |
| Performing | Charlevoix Homes, LLC[2] (Lindsay and Chandler Heights, LLC) | 4/3/06 | 3,400,000 | 40,800 |  |  |  |  |  |  |  | 40 |
| Performing | Clear Creek Plantation (Arapahoe Land Investments, L.P.) | 3/15/05 | 2,900,000 | 31,292 | 21,446 | 29,967 |  | (2,417) |  | 210 | 5,894 | 36 |
| Performing | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 12/17/03 | 3,800,000 | 39,583 |  | 80,486 |  | (6,333) | 367 | 73,786 | 0 | 2 |
| Non-Performing | Colt CREC Building (Colt Gateway LLC) | 9/26/03 | 3,718,777 | 1,787,681 | TBD |  |  |  |  |  |  | 1 |
| Non-Performing | Colt DIV added #1[1] (Colt Gateway LLC) | 7/10/03 | 1,500,000 | 640,625 | 170,625 |  |  |  |  |  |  | 1 |
| Non-Performing | Colt DIV added #2[1] (Colt Gateway LLC) | 7/10/03 | 3,100,000 | 1,021,708 | 352,625 |  |  |  |  |  |  | 1 |
| Non-Performing | Colt Gateway LLC | 1/17/03 | 3,514,069 | 3,297,705 | TBD |  |  |  |  |  |  | 3 |
| Non-Performing | Colt Second TD (Colt Gateway LLC) | 8/19/03 | 1,000,000 | 410,000 | 342,083 |  |  |  |  |  |  | 1 |
| Performing | Columbia Managing Partners, LLC[2] | 9/1/05 | 2,210,000 | 23,942 |  | 20,280 |  | (1,842) |  | 16,438 |  | 1 |
| Performing | ComVest Capital (Comvest Capital Satellite Arms, Inc) | 1/11/06 | 4,125,000 |  | 301 | 89,059 |  | (3,438) |  | 15,203 | 70,118 | 56 |
| Performing | Copper Sage Commerce Center Phase II[2] (Copper Sage Commerce Center, LLC) | 3/1/06 | 3,550,000 | 36,979 |  |  |  |  |  |  |  | 51 |
| Performing | Copper Sage Commerce Center, LLC | 6/9/04 | 179,106 |  |  | 6,037 | 970,640 |  |  |  | 970,572 | 28 |
| Performing | Comman Toltec 160, LLC[2] | 6/24/05 | 6,375,000 | 62,450 |  | 62,517 |  | (5,313) |  |  | 57,157 | 96 |
| Non-Performing | Cottonwood Hills, LLC | 6/14/05 | 4,000,000 |  |  | 94,889 |  | (6,667) |  | 22,056 | 66,167 | 21 |
| Performing | Del Valle - Livingston[4] (Del Valle Capital Corporation, Inc) | 8/25/05 | 19,250,000 | 4,633 |  | 308,506 |  | (16,041) |  | 1,960 | 290,505 | 239 |
| Repaid | Del Valle Isleton (Del Valle Capital Corporation, Inc.) | 3/22/05 |  |  | 34,444 | 193,521 | 6,580,000 | (11,500) |  | 195,002 | 6,532,575 | 76 |
| Non-Performing | Eagle Meadows Development[3,8] | 10/19/05 | 31,050,000 | 359,306 | TBD | 666,000 |  |  |  |  |  | 295 |
| Performing | Elizabeth May Real Estate, LLC[2] | 2/24/06 | 10,050,000 | 100,500 |  | 103,850 |  | (8,375) |  | 1,140 | 94,335 | 147 |
|  | EPIC Resorts[1] | Undetermined |  | TBD | TBD |  |  |  |  |  |  | 1 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 11/14/05 | 6,600,000 |  | 19,617 | 145,383 |  | (11,000) |  | 114,766 |  | 1 |
| Non-Performing | Fiesta Development McNaughton[1] (Fiesta Development, Inc.) | 1/10/05 | 6,000,000 | 1,015,444 | TBD |  |  |  |  |  |  | 1 |
| Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 4/14/05 | 6,500,000 |  |  | 143,181 |  | (10,833) |  |  | 130,412 | 69 |
| Non-Performing | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 6/15/04 | 20,500,000 | 3,819,833 | 3,462,791 |  |  |  |  |  |  | 227 |
| Non-Performing | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 9/22/03 | 10,000,000 | 2,484,337 | TBD |  |  |  |  |  |  | 100 |
| Performing | Fiesta/Beaumont $2.4m (Fiesta Development, Inc.) | 9/17/04 | 2,400,000 | 25,000 |  | 50,833 |  | (4,000) |  |  | 46,833 | 36 |
| Performing | Foxhill 216, LLC[3,5] | 2/23/06 | 25,980,000 | 289,693 |  | 299,402 |  | (22,197) |  | 267 | 276,938 | 300 |

**Preliminary Numbers Subject to Revision**

USA Capital
LOAN SUMMARY
AS OF MAY 26, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding | Interest Outstanding | Interest Prepaid to investors[5] | Collection Account | | | Due to | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest | Principal | Service Fee | DIV Fund | First Trust | Direct Investors | |
| Performing | Franklin - Stratford Investments, LLC | 3/30/05 | 5,225,000 | | | 116,564 | | | 22,532 | 94,032 | (0) | 2 |
| Repaid | Freeway 101[4] | 8/9/04 | TBD | | | | | | | | | 57 |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC)[3] | 11/18/05 | 13,185,000 | 137,181 | 17,006 | 139,462 | | (11,151) | | 844 | 110,460 | 161 |
| Non-Performing | LCG Gilroy, LLC | 11/23/04 | 4,950,000 | 360,594 | TBD | | | | | | | 59 |
| Performing | Glendale Tower Partners, L.P. | 6/9/05 | 6,500,000 | 75,833 | | 154,194 | | | - | - | 152,154 | 95 |
| Non-Performing | Golden State Investments II, L.P. | 6/27/05 | 2,850,000 | 128,282 | TBD | | | | | | | 37 |
| Performing | Goss Road[2] Savannah Homes, LLC) | 11/2/04 | 1,000,000 | 12,500 | | | | | | | | 20 |
| Non-Performing | Gramercy Court Condos (Grammercy Court, Ltd.) | 6/25/04 | 34,884,500 | 923,638 | 500,132 | 467,035 | | | | | | 332 |
| Non-Performing | Harbor Georgetown, L.L.C. | 8/16/04 | 8,800,000 | 356,941 | 146,803 | | | | | | | 103 |
| Non-Performing | Hasley Canyon (Los Valles Land & Golf, LLC.) | 3/3/04 | 11,700,000 | 1,569,300 | TBD | 150,000 | | | | | | 114 |
| Performing | Hesperia II[2] (Southern California Land Development, LLC) | 4/1/05 | 4,250,000 | 60,964 | | | | | | | | 65 |
| Repaid | HFA - Riviera Riviera-Homes for America Holdings LLC) | 6/24/05 | | | TBD | 767,361 | 5,000,000 | | | | | 90 |
| Non-Performing | HFA- Clear Lake LLC | 1/6/05 | 16,050,000 | 2,642,136 | 2,140,552 | | | | | | | 207 |
| Repaid | HFA- North Yonkers (One Point Street, Inc.) | 1/11/05 | | | 3,313,671 | 4,168,403 | 24,000,000 | (330,383) | | 909,445 | 23,563,812 | 298 |
| Repaid | HFA- Riviera 2nd (Riviera-HFAH, LLC) | 4/29/04 | | | 2,354,180 | 2,698,080 | 8,000,000 | (142,538) | | | 8,201,362 | 99 |
| Non-Performing | HFA- Windham (HFAH Asylum, LLC) | 11/15/04 | 5,550,000 | 951,580 | 800,862 | | | | | | | 74 |
| Non-Performing | HFA-Clear Lake 2nd (HFAH Clear Lake, LLC) | 6/24/05 | 2,750,000 | 386,233 | 288,935 | | | | | | | 36 |
| Non-Performing | HFAH/Monaco, LLC | 12/19/03 | 4,000,000 | 1,279,500 | 1,189,500 | | | | | | | 1 |
| Non-Performing | Huntsville (West Hills Park Joint Venture) | 3/31/04 | 10,475,000 | 922,176 | 729,057 | | | | | | | 116 |
| Performing | I-40 Gateway West, LLC[2] | 1/11/05 | 4,530,000 | 45,300 | | 46,810 | | | | | 43,193 | 46 |
| Performing | I-40 Gateway West, LLC 2nd[2] | 3/1/06 | 1,065,000 | 14,200 | | 13,727 | | | | | 13,727 | 23 |
| Non-Performing | Interstate Commerce Center Phase II ISCC Phase II, LLC | 8/11/04 | 1,855,605 | 138,270 | | 152,317 | | | 20,900 | 131,417 | | 2 |
| Non-Performing | Interstate Commerce Center, LLC | 2/20/04 | 2,391,355 | 38,931 | | | | | | | | 4 |
| Performing | J. Jireh's Corporation[2] | 9/2/05 | 8,825,000 | 95,532 | | 97,635 | | | | 2,932 | 94,704 | 105 |
| Performing | La Hacienda Estate, LLC[2] | 11/11/04 | 6,255,000 | 64,497 | | 56,885 | | | | | 56,430 | 83 |
| Non-Performing | Lake Helen Partners[9] | 12/7/04 | 3,129,499 | 76,768 | | | | | | | | 35 |

**Preliminary Numbers Subject to Revision**

**USA Capital**
**LOAN SUMMARY**
**AS OF MAY 26, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding | Interest Outstanding | Interest Prepaid to Investors[5] | Collection Account | | | Due to | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest | Principal | Service Fee | DIV Fund | First Trust | Direct Investors | |
| Performing | Lerin Hills, LTD[2] | 12/7/05 | 10,350,000 | 263,875 | | | | | | | | 130 |
| Non-Performing | Margarita Annex[10] | 7/26/04 | 12,000,000 | 130,000 | 109,365 | 255,667 | | | | 37,551 | 106,751 | 105 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 8/11/05 | 30,000,000 | 630,545 | 1,800,427 | 1,912,138 | | (143,332) | | | | 272 |
| Non-Performing | Marlton Square 2nd (MS Acquisition Company, LLC) | 8/11/05 | 6,000,000 | 197,333 | 249,655 | 250,267 | | (10,000) | | | | 108 |
| Non-Performing | Marquis Hotel (USA Investors VI, LLC) | 3/29/05 | 13,500,000 | 2,673,088 | 2,436,597 | | | | | | | 169 |
| Performing | Meadow Creek Partners, LLC | 2/23/06 | 8,250,000 | | 1,903 | 114,454 | | (9,501) | | 899 | 102,151 | 103 |
| Non-Performing | Midvale Marketplace, LLC | 6/30/05 | 4,075,000 | 247,746 | 161,086 | | | | | | | 49 |
| Performing | Mountain House Business Park[2] (Pegasus-MH Ventures I, LLC) | 6/10/04 | 16,800,000 | 182,000 | | | | | | | | 202 |
| Performing | Oak Shores II (John E. King and Carole D. King) | 6/6/05 | 12,150,000 | 31,416 | | 265,110 | | (20,669) | 161 | 3,630 | 240,633 | 176 |
| Performing | Ocean Atlantic[2] (Ocean Atlantic/PFG-Westbury, LLC) | 11/1/05 | 2,700,000 | 33,750 | | 34,875 | | (2,250) | | | 32,625 | 32 |
| Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 1/23/06 | 8,925,000 | 93,663 | 3,810 | 92,023 | | (4,634) | | 12,207 | 71,372 | 105 |
| Repaid | Opaque/Mt. Edge $7,350,000[4] (Opaque Land Development, LLC) | 11/5/03 | | | TBD | 856,615 | 4,827,970 | (66,846) | | | | 95 |
| Non-Performing | Palm Harbor One, LLC[3] | 12/14/05 | 28,480,000 | 324,715 | TBD | 114,000 | | | | | | 309 |
| Non-Performing | Placer Vineyards (Placer County Land Speculators, LLC) | 12/10/04 | 31,500,000 | 1,895,807 | TBD | | | | | | | 343 |
| Non-Performing | Placer Vineyards 2nd (Placer County Land Speculators, LLC) | 12/10/04 | 6,500,000 | 436,222 | TBD | | | | | | | 118 |
| Performing | Preserve at Galleria, LLC | 10/6/05 | 4,356,000 | 743 | | 56,299 | 298,000 | (4,005) | | | 349,918 | 73 |
| Performing | Redwood Properties, LLC[1] | 11/15/05 | 269,641 | | | | | | | | | 1 |
| Performing | Rio Rancho Executive Plaza, LLC[2] | 1/17/06 | 2,250,000 | 24,393 | | 21,528 | | (1,741) | | 616 | 19,172 | 32 |
| Performing | Roam Development Group L.P. | 3/23/05 | 26,251,945 | 436,325 | TBD | 399,770 | 211,172 | | | | | 291 |
| Non-Performing | Saddleback[1] | Undetermined | 375,000 | 9,849 | | | | | | | | 1 |
| Non-Performing | Shamrock Tower, LP (619 Main. LP) | 8/5/04 | 10,500,000 | 1,695,927 | TBD | | | | | | | 87 |
| | Sheraton Hotel[1] | 9/28/99 | | TBD | TBD | | | | | | | 1 |
| Performing | Slade Development, Inc.[2] | 12/5/05 | 3,525,000 | 38,188 | | 39,460 | | (2,938) | | | 36,005 | 40 |
| Performing | Southern California Land 2nd[2] (Southern California Land Development, LLC) | 8/3/05 | 2,800,000 | 39,667 | | 40,989 | | (2,333) | | | 38,172 | 33 |
| Performing | Standard Property Development, LLC[2] | 2/27/06 | 9,640,000 | 105,764 | 46,195 | 132,544 | | (11,075) | | 5,240 | 70,035 | 115 |
| Performing | SVRB $4,500,000[2] (SVRB Investments, LLC) | 4/27/05 | 1,424,081 | 4,233 | | 231,511 | | (18,447) | | | 213,064 | 67 |

**Preliminary Numbers Subject to Revision**

**USA Capital**
**LOAN SUMMARY**
**AS OF MAY 26, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding | Interest Outstanding | Interest Prepaid to Investors[5] | Collection Account - Interest | Collection Account - Principal | Collection Account - Service Fee | Due to DIV Fund | Due to First Trust | Due to Direct Investors | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Performing | SVRB 2nd $2,325,000 (SVRB Investments, LLC) | 4/27/05 | 2,325,000 | | | 63,033 | | (7,815) | | | 49,875 | 25 |
| Non-Performing | Tapia Ranch (Castiac Partners, LLC) | 9/28/04 | 22,000,000 | 833,767 | TBD | | | | | | | 179 |
| Non-Performing | Ten-Ninety, Ltd./$4,150,000[11] | 12/30/02 | 4,150,000 | 1,820,722 | TBD | | | | | | | 18 |
| Non-Performing | Ten-Ninety[1] | Undetermined | 55,113,781 | TBD | TBD | | | | | | | 1 |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 3/31/06 | 2,500,000 | 22,569 | | | | | | | | 1 |
| Non-Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 8/15/05 | 1,925,000 | 60,417 | TBD | 51,637 | 464,000 | | | | | 34 |
| Non-Performing | The Gardens, LLC Timeshare (The Gardens, LLC) | 3/24/04 | 6,030,000 | 342,056 | 197,451 | | 500,000 | | 16,432 | 93,895 | 192,223 | 51 |
| Repaid | Universal Hawaii[4] | 8/6/04 | TBD | | | | | | | | | 127 |
| Performing | University Estates, Inc.[2] | 4/11/05 | 4,897,800 | 51,845 | | 47,185 | 487,600 | (2,782) | | 532,003 | | 1 |
| Performing | Urban Housing Alliance - 435 Lofts (Urban Housing Alliance, LLC) | 7/13/05 | 8,150,000 | | | 193,336 | | (13,583) | | 662 | 178,363 | 110 |
| Non-Performing | Wasco Investments LLC | 11/23/04 | 6,450,000 | 474,723 | 355,026 | | | | | | - | 86 |
| | | | $867,066,037 | $47,657,345 | $25,341,775 | $18,042,056 | $52,316,908 | ($977,893) | $60,391 | $2,322,238 | $43,297,349 | 10,546 |

[1] Status of these loans is undetermined due to bankruptcy, foreclosures, change of ownership, etc. More research is being performed.

[2] Loan listed as performing as sufficient cash is held as Disbursing Agent to pay outstanding interest due.

[3] Interest outstanding due to unfunded amounts under original loan budget.

[4] Principal payments by borrower not returned to Investors.

[5] Interest paid to Investors in excess of amounts paid by borrowers.

[6] Borrower is Ashby Financial Company, Inc. and R&D Land Investors, LLC.

[7] Borrower is Brookmere, LLC and Lord & Essex Matteson, LLC

[8] Borrowers are Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, and Fox Hills 37, LLC.

[9] Borrower is Old City, L.C. and Lake Helen Partners, LLC

[10] Borrower is John E. King and Carole D. King

[11] Borrower is Ten-Ninety, Ltd. And William R. Levas and Dorothy Z. Lucas, Trustees of the Lucas Family Trust

**Preliminary Numbers Subject to Revision**