RECEIVED AND FILED
2006 MAY 31 A 11:00
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

1 | Erven T. Nelson, Esq.
Bolick & Boyer
2 | 6060 W. Elton Avenue, Suite A
Las Vegas, NV 89107
3 | Tel: (702) 870-6060
Fax: (702) 870-6090
4 | Nevada Bar #2332

5 | Attorneys for Leo G. Mantas, Ellyson Galloway, World Links Group, LLC,
Zawacki, LLC (collectively "Mantas Group"), Erven J. Nelson Ltd Profit Sharing Plan
6 | And Erven J. Nelson and Frankie J. Nelson Trust

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06 10726 LBR<br>Case No. BK-S-06 10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **AMENDED REQUEST FOR SPECIAL NOTICE AND NOTICE OF APPEARANCE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>_X_ All Debtors<br>___ USA Commercial Mortgage Company<br>___ USA Securities, LLC<br>___ USA Capital Realty Advisors, LLC<br>___ USA Capital Diversified Trust Deed Fund, LLC<br>___ USA First Trust Deed Fund, LLC | |

TO: CLERK, THE U.S. BANKRUPTCY COURT, DISTRICT OF NEVADA

TO: UNITED STATES BANKRUPTCY TRUSTEE;

TO: USA COMMERCIAL MORTAGE COMPANY, Debtor

TO: LENARD E. SCHWARTZER, Attorney for Debtor

This Amended Request for Special Notice and Notice of Appearance is being filed to include the names of the creditors being represented by Erven T. Nelson which were omitted from the original filed Request. Notice is hereby given that ERVEN T. NELSON of the Law Firm of Bolick & Boyer, 6060 W. Elton Avenue, Suite A, Las Vegas, Nevada 89107, hereby makes his appearance in the above captioned matter as counsel for Leo G.

1  Mantas, Ellyson Galloway, World Links Group, LLC, a California limited liability company, Zawacki, LLC, a
2  California limited liability company, (collectively "Mantas Group"), Erven J. Nelson Ltd Profit Sharing Plan and
3  Erven J. Nelson and Frankie J. Nelson Trust, and hereby requests that his name be added to the master mailing
4  list.

5  Dated:  May 30, 2006

*(signature)*

ERVEN T. NELSON
Nevada Bar #2332
**Bolick & Boyer**
6060 W. Elton, Suite A
Las Vegas, NV  89107

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Banker. Proc 2002 and LR 2002, I certify that I am an employee of Bolick & Boyer, and a true and correct copy of this Amended Notice of Appearance and Request for Notice was filed in paper format this 31st day of May, 2006 with the Clerk of the U.S. Bankruptcy Court.  That service was made by regular mail to the parties listed below on May 30, 2006:

Lenard E. Schwartzer
Schwartzer & McPherson
2850 S. Jones Blvd., Ste. 1
Las Vegas, NV  89146

Annette W. Jarvis
36 S. State Street, Ste. 1400
P.O. Box 45385
Salt Lake City, UT  84145-0385

Office of the US Trustee
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV  89101

*(signature)*
Susan Gerace
An employee of Bolick & Boyer