1
2
3  Steven C. Strong,, Utah Bar No. 6340
4  RAY QUINNEY & NEBEKER P.C.
   36 South State Street, Suite 1400
5  P.O. Box 45385
   Salt Lake City, Utah 84145-0385
6  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
7  Email: sstrong@rqn.com
8
9              UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF NEVADA
10

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **VERIFIED PETITION FOR PERMISSION<br>TO PRACTICE IN THIS CASE ONLY BY<br>ATTORNEY NOT ADMITTED TO THE BAR<br>OF THIS COURT** |
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **"AFFECTS ALL DEBTORS"**<br><br><br><br>Date:<br>Time: |

25
26      Steven C. Strong, Petitioner, respectively represents to the Court:
27      1.     That Petitioner resides in Salt Lake County, Utah.
28

                              1

1    2.    The Petitioner is an attorney at law and a member of the law firm of Ray Quinney
2  and Nebeker P.C. with offices at 36 South State Street, Suite 1400, Salt Lake City, Utah 84111
3  (801) 532-1500.

4    3.    That Petitioner has been retained personally or as a member of the law firm to
5  provide legal representation in connection with the above-entitled case now pending before this
6  Court.

7    4    That since 1992, Petitioner has been and presently is a member in good standing
8  of the bar of the highest Court of the State of Utah, where Petitioner regularly practices law.

9    5.    That Petitioner was admitted to practice before the following United States
10 District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States
11 and Courts of other States on the dates indicated for each, and that Petitioner is presently a
12 member in good standing of the bars of said Courts.                          Date Admitted

| | |
|---|---|
| 13 Utah Courts | October 27, 1992 |
| 14 United States District Court for the District of Utah | October 27, 1992 |
| 15 Supreme Court of Utah | October 27, 1992 |
| 16 United States District Court for the District of Arizona | September 25, 1996 |
| 17 United States Court of Appeals for the Ninth Circuit | November 24, 1998 |
| 18 United States Court of Appeals for the Tenth Circuit | August 13, 2001 |

19    6.    That there are or have been no disciplinary proceedings instituted against
20 Petitioner, nor any suspension of any license, certificate or privilege to appear before any
21 judicial, regulatory or administrative body, or any resignation or termination in order to avoid
22 disciplinary or disbarment proceedings, except as described in detail below: None.

23    7    That Petitioner has never been denied admission to the State Bar of Nevada.

24    8.    That Petitioner is a member of good standing in the following Bar Association:
25 Utah State Bar.

26    9.    That Petitioner or any member of Petitioner's firm (or office if firm has offices in
27 more than one city) with which Petitioner is associated has/have filed application(s) to appear as
28 counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

2

| Name of Petitioner/ Date of Application | Cause | Title of Court Administrative Body | Was Application Granted or Denied |
|---|---|---|---|
| Annette W. Jarvis | *In re USA Commercial Mortgage, et al.* | U.S. Bankruptcy BK-S-06-10725 LBR | Granted |
| Peggy Hunt March 8, 2006 | *In re Lock Piatt* | U.S. Bankruptcy BK-N-85-30956-GWZ | Granted |
| Annette Jarvis January 6, 2003 | *In re Combined Metals Reduction Co.* | Bankruptcy BK-N-02-53359-GWZ | Granted |
| Steven T. Waterman Feb. 24, 2002 | *In re Saxton Inc.* | Bankruptcy BK-S-01-23232-LBR | Granted |
| Scott H. Clark July 10, 2002 | *In re Saxton Inc.* | Bankrutpcy BK-S-01-23232-LBR | Granted |

10.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: May 16, 2006.

Petitioner's Signature

///

//////

3

STATE OF UTAH           )
                        )ss.
COUNTY OF SALT LAKE  )

Steven C. Strong, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this _16th_ day of May, 2006.

Notary Public
SHANNON F CRIST
36 South State St #1400
Salt Lake City UT 84111
My Commission Expires
July 31, 2008
State of Utah

_____
Notary Public

(Seal)

## ORDER

The Verified Petition of Steven C. Strong to practice in this case only is approved.

DATED: _____

/ / /

/ / /

874330

4