Douglas M. Monson, Utah Bar No. 2293
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: dmonson@rqn.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case Nos. BK-S-06-10725 LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |
| In re:<br>USA SECURITIES, LLC, Debtor. | **"AFFECTS ALL DEBTORS"** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

Douglas M. Monson, Petitioner, respectively represents to the Court:

1. That Petitioner resides in Bountiful, Davis County, Utah.

2. That Petitioner is an attorney at law and a member of the law firm of Ray Quinney and Nebeker P.C. with offices at 36 South State Street, Suite 1400, Salt Lake City, Utah 84111 (801) 532-1500.

1

3. That Petitioner has been retained personally or as a member of the law firm to provide legal representation in connection with the above-entitled jointly administered cases now pending before this Court.

4. That since October 6, 1981, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Utah, where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts and United States Circuit Courts of Appeal on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
|---|---|
| United States District Court for the District of Utah | October 21, 1982 |
| United States Circuit Court of Appeals for the Sixth Circuit | December 2, 1981 |
| United States Circuit Court of Appeals for the Tenth Circuit | April 27, 1992 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations: Utah State Bar.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Name of Petitioner/ Date of Application | Cause | Title of Court Administrative Body | Was Application Granted or Denied |
|---|---|---|---|
| Annette Jarvis April 14, 2006 | *In re USA Commercial Mortgage et al* | Bankruptcy | Granted |

2

| | | | |
|---|---|---|---|
| Peggy Hunt<br>March 8, 2006 | *In re Lock Piatt* | Bankruptcy<br>BK-N-85-30956-GWZ | Granted |
| Annette Jarvis<br>January 6, 2003 | *In re Combined<br>Metals Reduction Co.* | Bankruptcy<br>BK-N-02-53359-GWZ | Granted |
| Steven T. Waterman<br>Feb. 24, 2002 | *In re Saxton Inc.* | Bankruptcy<br>BK-S-01-23232-LBR | Granted |
| Scott H. Clark<br>July 10, 2002 | *In re Saxton Inc.* | Bankruptcy<br>BK-S-01-23232-LBR | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: May 9, 2006.

*Douglas M. Monson*
Douglas M. Monson
Petitioner's Signature

///

//////

3

| | |
|---|---|
| STATE OF UTAH | ) |
| | )ss. |
| COUNTY OF SALT LAKE | ) |

Douglas M. Monson, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*/s/ Douglas M. Monson*
Petitioner's Signature

Subscribed and sworn to before me this 9th day of May, 2006.

[Notary Seal: Notary Public CARRIE A WATTERS, 261 East 300 South, Suite 300, Salt Lake City, Utah 84111, My Commission Expires March 1, 2008, State of Utah]

*/s/ Carrie A Watters*
Notary Public

## ORDER

The Verified Petition of Douglas M. Monson to practice in this case only is approved.

DATED: _____

///

///

874347