1
2
3  Douglas M. Monson, Utah Bar No. 2293
   RAY QUINNEY & NEBEKER P.C.
4  36 South State Street, Suite 1400
   P.O. Box 45385
5  Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500
6  Facsimile: (801) 532-7543
7  Email: dmonson@rqn.com

8                    UNITED STATES BANKRUPTCY COURT
9                         DISTRICT OF NEVADA

10  In re:                                     Case No. BK-S-06-10725 LBR
                                               Case No. BK-S-06-10726 LBR
11  USA COMMERCIAL MORTGAGE COMPANY,           Case No. BK-S-06-10727 LBR
                                    Debtor.    Case No. BK-S-06-10728 LBR
12  In re:                                     Case No. BK-S-06-10729 LBR
13  USA CAPITAL REALTY ADVISORS, LLC,
                                    Debtor.    Chapter 11
14  In re:
15  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,   Jointly Administered Under
                                    Debtor.    Case No. BK-S-06-10725 LBR
16  In re:
17  USA CAPITAL FIRST TRUST DEED FUND, LLC,     DESIGNATION OF LOCAL COUNSEL
                                    Debtor.    AND CONSENT THERETO
18  In re:
    USA SECURITIES, LLC,                        "AFFECTS ALL DEBTORS"
19                                  Debtor.
20  Affects:
    ☒ All Debtors
21  ☐ USA Commercial Mortgage Company
    ☐ USA Securities, LLC
22  ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed Fund, LLC
23  ☐ USA First Trust Deed Fund, LLC

24
25      The undersigned, attorney of record for USA Commercial Mortgage Company, USA
26  Capital Realty Advisors, LLC, USA Securities, LLC, USA Capital First Trust Deed Fund, LLC
27  and USA Capital Diversified Trust Deed Fund, LLC, herein, has submitted to the Court a
28  "Verified Petition for Permission To Practice in this Case Only." Not being admitted to the bar

                                      1

1  of this Court, and not maintaining an office in the District of Nevada for the practice of law, he

2  believes it to be in the best interests of the clients to designate Lenard E. Schwartzer, attorney at

3  law, member of the State Bar of Nevada and previously admitted to practice before the above-

4  entitled Court, as associate local counsel in this action.  The address of the said designated

5  Nevada Counsel is:  Schwartzer & McPherson Law Firm, 2840 South Jones Boulevard, Suite 1,

6  Las Vegas, Nevada, telephone:  (702) 228-7590, email address:  bkfilings@s-mlaw.com.

7        By this designation the undersigned attorney and parties agree that all documents and

8  other papers issued out of this Court in the above-entitled case may be served on the designated

9  local counsel.  Further, said local counsel shall be responsible for providing copies of the same to

10  the co-counsel.  Further, this designation constitutes agreement and authorization by the

11  undersigned for the designated local counsel to sign stipulations binding all of us.  The time for

12  performing any act under applicable Rules shall run from the date of service on the local counsel.

13        DATED:  May 22 , 2006.

15

16  Douglas M. Monson
    Ray Quinney & Nebeker P.C.
17  Attorneys at Law for Debtors

2

1

## CONSENT OF DESIGNATED NEVADA COUNSEL

2      The undersigned hereby consents to serve as associate Nevada counsel in this case and

3  agrees that he is responsible for being counsel upon whom all documents and other papers issued

4  out of this Court shall be served, and that he is responsible to transmit copies of all documents

5
6  and other papers so served to the admitted out-of-state counsel of record and to keep such

7  counsel informed as to the status of the case.

8

9                                Lenard E. Schwartzer

10

11

12

13  ## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

14      The undersigned party appoints Lenard E. Schwartzer as its Designated Nevada Counsel

15  in this Case.

16

17

18

19

20

21

22

23  875527

24

25

26

27

28

                                3