William D. Cope, Esq., State Bar No. 1711
COPE & GUERRA
595 Humboldt Street
Reno, Nevada 89509-1603
Phone: (775) 333-0838
Fax: (775) 333-6694

E-Filed May 30, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

USA CAPITAL FIRST TRUST DEED FUND, LLC,

  Debtor(s).
_____ /

Case No.:  BK-S-06-10728-LBR
Chapter    11

**REQUEST FOR SPECIAL NOTICE**

TO:  ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the undersigned hereby files a Request for Special Notice as follows: that copies of all notices and other papers filed in the above-referenced bankruptcy proceeding be given to and served upon the following:

William D. Cope, Esq.
COPE & GUERRA
595 Humboldt Street
Reno, Nevada 89509.
Fax (775)333-6694
E-mail cope_guerra@yahoo.com

PLEASE TAKE FURTHER NOTICE that the foregoing request also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by

...

...

...

1  ...

2  mail, hand delivery, telephone, telegraph, telex, telecopy, or otherwise filed with regard to the

3  above case or proceeding therein.

4      DATED this _30th_ day of May, 2006.

5                                        COPE & GUERRA

7                                        WILLIAM D. COPE, ESQ.

COPE & GUERRA
595 Humboldt Street
Reno, Nevada 89509
775/333-0838
FAX 775/333-6694

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of COPE & GUERRA and that on this 30th day of May, 2006, I caused to be electronically filed and/or deposited in the U.S. Mail at Reno, Nevada, postage paid, a true and correct copy of the foregoing **REQUEST FOR SPECIAL NOTICE** addressed to:

**By ECF System:**

Kelly C. Carylon, Esq.
kbrinkman@gooldpatterson.com

Candace C. Carolyn, Esq.
bankruptcyfilings@sheacarlyn.com

Edward J. Hanigan, Esq.
Haniganlaw@earthlink.net

Richard McKnight, Esq.
mcknightlaw@cox.net

Jeanette E. McPherson, Esq.
jmcpherson@s-mlaw.com

Leonard E. Schwartzer, Esq.
bkfilings@s-mlaw.com

**By U.S. Mail:**

Aneete W. Jarvis, Esq.
P.O. Box 45385
36 S. Lake St., #1400
Salt Lake City, UT 84145

_____
Employee of COPE & GUERRA