Thomas J. Gilloon, Esq.
State Bar No. 000578
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

**Efiled on June 1, 2006.**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                  Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.,<br>                                                  Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,<br>                                                  Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.,<br>                                                  Debtor. | Date:<br>Time: |
| In re:<br>USA SECURITIES, LLC.,<br>                                                  Debtor. | |
| Affects:<br>   ❏ All Debtors<br>   ❏ USA Commercial Mortgage Company<br>   ❏ USA Securities, LLC<br>   ❏ USA Capital Realty Advisors, LLC<br>   ❏ USA Capital Diversified Trust Deed Fund, LLC<br>   ❏ USA First Trust Deed Fund, LLC | |

**NOTICE OF WITHDRAWAL OF THE LIMITED OPPOSITION OF THE MCKNIGHT 2000 FAMILY TRUST TO APPLICATION BY THE OFFICIAL INVESTOR COMMITTEE TO EMPLOY STUTMAN, TREISTER & GLATT, P.C., AS COUNSEL FOR MATTERS OF COMMON INTEREST**

Page 1 of 2

1  The McKnight 2000 Family Trust herewith withdraws its Limited Opposition Of The McKnight 2000 Family Trust To Application By The Official Investor Committee To Employ Stutman, Treister & Glatt, P.C., filed herein on May 26, 2006.

DATED this 1st day of June 2006.

LAW OFFICES OF RICHARD McKNIGHT, P.C.

By: /s/  Thomas J. Gilloon
Thomas J. Gilloon, Esq.
State Bar No. 000578
330 S. Third St., #900
Las Vegas, NV 89101
Attorneys for McKnight 2000 Family Trust