GORDON & SILVER, LTD.  
GERALD M. GORDON, ESQ.  
Nevada Bar No. 229  
E-mail:  gmg@gordonsilver.com  
BRIGID M. HIGGINS, ESQ.  
Nevada Bar No. 5990  
E-mail:  bmh@gordonsilver.com  
GREGORY E. GARMAN, ESQ.  
Nevada Bar No. 6654  
E-mail:  geg@gordonsilver.com  
3960 Howard Hughes Pkwy., 9th Floor  
Las Vegas, Nevada 89109  
Telephone (702) 796-5555  
Facsimile (702) 369-2666  
Proposed Attorneys for the Official Committee  
of Holders of Executory Contract Rights through  
USA Commercial Mortgage Company

E-Filed On <u>June 1, 2006</u>

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                       Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                       Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                       Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                       Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>                       Debtor. | |
| Affects:<br>☒  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA Capital First Trust Deed Fund, LLC<br>☐  USA Securities, LLC | Date:<br>Time: |

## CERTIFICATE OF SERVICE

100933-001/404715

1.    I served the following documents:

   A.    Opposition of Official Direct Lender Committee to Application for an Order Authorizing the Employment of Hilco Real Estate LLC/Hilco Real Estate Appraisal, LLC as Debtors' Real Estate Appraiser; and

   B.    Opposition to Debtors' Motion to Temporarily Hold Funds Pending a Determination of the Proper Recipients

2.    I served the above-named document(s) by the following means to the persons as listed below:

☒   a.    **ECF System to the persons listed on Exhibit A, on Friday, May 26, 2006**

☒   b.    **United States Mail, postage fully prepaid to the persons listed on Exhibit B, on Tuesday, May 30, 2006**

☐   c.    **Personal Service**

       I personally delivered the document(s) to the persons at these addresses:

       ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

       ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   d.    **By direct email (as opposed to through the ECF System)**

       Based upon the written xagreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   e.    **By fax transmission**

       Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used . A copy of the record of the fax transmission is attached.

☐   f.    **By messenger**

       I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of June, 2006.

                        Stacy Harding, an employee of
                        Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/404715

2

# EXHIBIT "A"

## File an answer to a motion:
06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GARMAN, GREGORY E entered on 5/26/2006 at 4:34 PM PDT and filed on 5/26/2006

**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**   06-10725-lbr
**Document Number:** 385

**Docket Text:**
Opposition Filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[172] Application to Employ filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) (GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\sdh\Desktop\Opposition to Hilco.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/26/2006] [FileNumber=6932092-0]
[ccf6ee4f973449ae06b9e3d747cf9e50e844432997a1179d8de0433d638238d3a034
f3c35cc1b302a27d4626e356acd8f001610d503fbd1be83b32650c133cec]]

## 06-10725-lbr Notice will be electronically mailed to:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasv

JOHN F MURTHA    jmurtha@woodburnandwedge.com

DONNA M. OSBORN    jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

ERVEN T NELSON
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

# File an answer to a motion:
## 06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GARMAN, GREGORY E entered on 5/26/2006 at 4:31 PM PDT and filed on 5/26/2006

**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 384

**Docket Text:**
Opposition Filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[173] Miscellaneous Motion, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) (GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\sdh\Desktop\Opp to Motion to Temporarily Hold Funds.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/26/2006] [FileNumber=6932080-0] [8fe51fef1f0b48eacb3b8ab902b73c41b5424b3732ac555653c17011a3ea392699cd 3ae28dff5cd04df6651c339b5200435b5a125ee2d3457f63b3387cb93e41]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com

TALITHA B. GRAY bankruptcynotices@gordonsilver.com

EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS ,

ROBERT R. KINAS rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

DAVID MINCIN mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasv

JOHN F MURTHA jmurtha@woodburnandwedge.com

DONNA M. OSBORN jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

SHLOMO S. SHERMAN   ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

ERVEN T NELSON
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401

PLEASANTON, CA 94588

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

# EXHIBIT "B"

USA COMMERCIAL MORTGAGE
COMPANY FKA USA CAPITAL
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

PETER BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA 95037

AMERICAN EXPRESS FSB
C/O BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

JAY L. MICHAELSON, ESQ.
MICHAELSON, SUSI & MICHAELSON
FOR: LENDERS: STEIN, SANDLER,
GACKENBACH & ROWLEY
SEVEN WEST FIGUEROA ST., 2ND FL
SANTA BARBARA, CA 93101-3191

JOSHYA D. BRYSK, ESQ.
LAW OFFICE OF JAMES G.
SCHWARTZ
FOR: ROLOFF, OHMS, PARTCH ET AL
7901 STONERIDGE DR., SUITE 401
PLEASANTON, CA 94588

ADVANCED INFORMATION SYSTEMS
4270 CAMERON STREET, SUITE #1
LAS VEGAS, NV 89121

USA COMMERCIAL REAL
ESTATE GROUP
4484 SOUTH PECOS RD
LAS VEGAS, NV 89121

PARIS LINE LLC
4759 ILLUSTRIOUS STREET
LAS VEGAS, NV 89147

BANK OF AMERICA
P.O. BOX 30750
LOS ANGELES, CA 90030-0750

RUSSELL AD DEVLOP. GROUP, LLC
P.O. BOX 28216
SCOTTSDALE, AZ 85255

ANNETTE W. JARVIS, ESQ
RAY QUINNEY & NEBEKER P.C.
P.O. BOX 45385
FOR: DEBTOR
36 SOUTH STATE STREET, STE. 1400
SALT LAKE CITY, UT 84145-0385

NICHOLAS J. SANTORO
400 SOUTH FOURTH STREET,
3RD FLOOR
LAS VEGAS, NV 89101

BRADLEY J. STEVENS, ESQ.
ROBBINS & GREEN, PA
FOR: LOU O. MALDONADO
3300 NORTH CENTRAL AVE. #1800
PHOENIX, AZ 85012

EDWARD J. HANIGAN, ESQ.
FOR: VINCE DANELIAN
199 N. ARROYO GRANDE BLVD., #200
HENDERSON, NV 89074

ERVEN T. NELSON, ESQ.
BOLICK & BOYER
6060 W. ELTON AVE., SUITE A
LAS VEGAS, NV 89107

BUNCH, DELL
1909 RED ROBIN COURT
LAS VEGAS, NV 891 34

PECOS PROFESSIONAL PARK
4484 SOUTH PECOS PARK
LAS VEGAS, NV 89121

SPECIAL ORDER SYSTEMS
575 MENLO DRIVE, SUITE 4
ROCKLIN, CA 95765

RD ADVERTISING
3230 E. FLAMINGO ROAD, #8-532
LAS VEGAS, NV 89121

WEST COAST LIFE INS. COMPANY
P.O. BOX 11407
BIRMINGHAM, AL 35246-0078

PAUL A. JACQUES
810 SE 7TH STREET, STE. A-103
DEERFIELD BEACH, FL 33441

FRANKLIN C. ADAMS, ESQ.
BEST BEST & KRIEGER, LLP
FOR: JAMES CORISON
P.O. BOX 1028
3750 UNIVERSITY AVENUE
RIVERSIDE, CA 92502

WILLIAM E. WINFIELD, ESQ.
NORDMAN CORMANY HAIR &
COMPTON
FOR; ANDREW WELCHER
1000 TOWN CENTER DR, 6TH FL
OXNARD, CA 93031-9100

WILLIAM E. WINFIELD
NORDMAN CORMANY ET AL
FOR: ANDREW WELCHER
1000 TOWN CENTER DRIVE 6TH FL
OXNARD, CA 93031-9100

PETERSON, MICHAEL
C/O JOHN F. O'REILLY
O'REILLY LAW GROUP, LLC
325 SOUTH MARYLAND PARKWAY
LAS VEGAS, NV 89 101

ANNEE OF PARIS COIFFURES, INC.
8049 PINNCALE PEAK
LAS VEGAS, NV 89113

HASPINOV, LLC
4484 SOUTH PECOS RD.
LAS VEGAS, NV 89121

CITIBANK
P.O. BOX 26901
SAN FRANCISCO, CA 94126

U.S. BANK
P.O. BOX 790179
SAINT LOUIS, MO 63179-0179

DMV AND PUBLIC SAFETY
RECORDS SECTION
555 WRIGHT WAY
CARSON CITY NV 89711- 0250

SCOTSMAN PUBLISHING, INC.
P.O. BOX 692
BOTHELL, WA 98041-0692

NEVADA STATE BANK
P.O. BOX 990
LAS VEGAS, NV 89125-0990

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT.
STOP 5028
110 CITY PARKWAY
LAS VEGAS NV 89106

SECRETARY OF STATE
STATE OF NEVADA
202 NORTH CARSON STREET
CARSON CITY NV 89701

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
555 EAST WASHINGTON, #1300
LAS VEGAS NV 89101

EMPLOYERS INSURANCE CO.
ATTN: BANKRUPTCY DESK
9790 GATEWAY DRIVE
RENO NV 89521-5906

DEPT OF EMPLOYMENT TRAINING
EMPLOY. SEC DIV , CONTRIBUTIONS
500 EAST THIRD STREET
CARSON CITY NV 89713- 0030