Thomas J. Gilloon, Esq.
Nevada Bar No. 000578
THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108

**Efiled on June 1, 2006.**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>            Debtor. | Case m BK-S-06-10725-LBR |

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 1st day of June 2006, service of a true and correct copy of the NOTICE OF WITHDRAWAL OF THE LIMITED OPPOSITION OF THE MCKNIGHT 2000 FAMILY TRUST TO APPLICATION BY THE OFFICIAL INVESTOR COMMITTEE TO EMPLOY STUTMAN, TREISTER & GLATT, P.C., AS COUNSEL FOR MATTERS OF COMMON INTEREST was made by:

**X**     ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

| | |
|---|---|
| 1 | |
| 2 | JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com |
| 3 | CICI CUNNINGHAM &nbs! p bankruptcy@rocgd.com |
| 4 | LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com |
| 5 | THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 6 | SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com |
| 7 | EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 8 | CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 9 | EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com |
| 10 | ANNETTE W JARVIS , |
| 11 | ROBERT R. KINAS ! rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com |
| 12 | NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 13 | ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com |
| 14 | WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com, |
| 15 | JEANETTE E. MCPHERSON bkfilings@s-mlaw.com |
| 16 | DONNA M. OSBORN ! jinouye@marquisaurbach.com, |
| 17 | dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@MarquisAurbach.com |
| 18 | DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 19 | LENARD E. SCHWARTZER bkfilings@s-mlaw.com |
| 20 | SHLOMO S. SHERMAN ssherman@sheacarlyon.com, |
| 21 | aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com |
| 22 | JEFFREY G. SLOANE gjklepel@yahoo.com, gklepel@kssattorneys.com |
| 23 | PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com |
| 24 | CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.c! om |
| 25 | U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@us doj.gov, |
| 26 | JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com |
| 27 | |
| 28 | Page 2 of 3 |

1  MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com
2
3                                                              /s/    Carol Burke
                                                       An Employee of
4                                                      Law Offices of Richard McKnight

Page 3 of 3

W:\2006\2377usa.ch11\COS Re Notice Of Withdrawal Of The Limited Opp...cb...6-2-06.wpd                June 1, 2006 (4:24pm)