

E-Filed on June 1, 2006

1  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89109
   Facsimile (702) 949-8321
2  Telephone (702) 949-8320

3  40 North Central Avenue, Suite 1900
   Phoenix, Arizona  85004-4429
   Facsimile (602) 734-3824
4  Telephone (602) 262-5311

5  Susan M. Freeman AZ State Bar No. 004199
   Email: sfreeman@lrlaw.com
   Rob Charles NV State Bar No. 006593
   Email: rcharles@lrlaw.com
6  Scott K. Brown AZ State Bar No. 020390
   Email: sbrown@lrlaw.com

7  Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company**<br>**06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>**06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>**06-10728** | **APPLICATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LEWIS AND ROCA LLP AS COUNSEL FOR THE CREDITORS' COMMITTEE** |
| **USA Capital First Trust Deed Fund, LLC**<br>**06-10728** | Date: N/A<br>Time: N/A<br>**Affecting:**<br>¨ All Cases<br>**or Only:** |
| **USA Securities, LLC**<br>**06-10729** | ☒ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC |
| **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC |

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "Committee"), applies for retention of the law firm of Lewis and Roca LLP, a limited liability partnership ("Lewis and Roca") as counsel for the Committee pursuant to 11 U.S.C. § 1103(a) and Rule 2014(a), Federal Rules of Bankruptcy Procedure and requests the Court to enter an Order approving this Application nunc pro tunc to the

1741844.1

inception of these cases.  In support of this Application, the Committee and its prospective counsel respectfully represent as follows:

1. On April 13, 2006, voluntary Chapter 11 petitions were filed by: USA Commercial Mortgage Company; USA Capital Diversified Trust Deed Fund, LLC; USA Capital Realty Advisors, LLC; USA Capital First Trust Deed Fund, LLC; and USA Securities, LLC.

2. On May 16, 2006, a Notice of Appointment of Official Committee of Unsecured Creditors for USA Commercial Mortgage Company was filed by the Office of the United States Trustee.

3. The Committee had considered retaining the firm over some time, interviewed the firm on May 26, 2006, and on June 1, 2006 the Committee formally decided to retain Lewis and Roca as its counsel.  Lewis and Roca has specialized expertise in the area of bankruptcy, insolvency and reorganization matters, as well as extensive expertise in general commercial litigation, real estate, securities, commercial transactions, and general business law.  The Committee also selected Lewis and Roca because of its familiarity with the Bankruptcy Court's procedures.

4. It is contemplated that Lewis and Roca will render the following legal services as counsel for the Committee:

   a) Advise the Committee with respect to the powers and duties of the Committee in these Chapter 11 cases;

   b) Consult with the Debtor concerning the administration of this case;

   c) Advise the Committee with respect to the powers and duties of the Debtor in the continued operation of its business and the management of its assets in this Chapter 11 case;

   d) Investigate the acts, conduct, assets, liabilities, and financial condition of the Debtor, the operation of the Debtor's business and the desirability of the

continuance of such business, and any other matter relevant to the case or to the formulation of a plan;

  e) Participate in the negotiation, formulation, and drafting of a plan of reorganization, including modifications and amendments, and advise the Committee regarding the acceptance and confirmation process;

  f) Prepare all necessary pleadings and papers pertaining to matters of bankruptcy law or the case, including, without limitation, appeals and other litigation as is necessary to represent the Committee;

  g) Participate in any proceeding or hearing in the Bankruptcy Court, any federal appellate court, or any other judicial or administrative forum in which any action or proceeding may be pending which may affect the Debtor, its assets, or the claims of its creditors;

  h) Advise the Committee with respect to the use, sale or lease of property, financing and the rejection and assumption of executor contracts and unexpired leases, among other things; and

  i) All other legal services that may be necessary during the pendency of this Chapter 11 case on behalf of the Committee.

  5. To the best of the Committee's knowledge, Lewis and Roca does not have any connection adverse to the interests of the unsecured creditors of the Debtor. The Verified Statement of Rob Charles pursuant to Rule 2014, is filed contemporaneously and incorporated by reference. That statement discloses the following:

  a) Lewis and Roca was involved in discussions with the Official Committee Of Holders Of Executory Contract Rights Through USA Commercial Mortgage Company concerning joint representation of that committee with Jones Vargas, but did not represent the committee or obtain confidential information from that committee that would disqualify Lewis and Roca from representing the Committee.

1741844.1

b)  Lewis and Roca was briefly involved in preliminary discussions concerning representation of USA Capital Diversified Trust Deed Fund, LLC, but did not represent the committee or obtain confidential information from that committee that would disqualify Lewis and Roca from representing the Committee.

c)  Unsecured creditor and Committee member Robert A. Russell is a present client of Lewis and Roca on matters unrelated to this bankruptcy case. Lewis and Roca has advised Mr. Russell and the Committee of this matter and has agreed that Lewis and Roca will not represent the Committee on any matter adverse to Mr. Russell, and will not represent Mr. Russell on any matter concerning Debtors or their estates.

d)  Wells Fargo Bank and Wells Fargo Bank Nevada, then represented by Shea & Carlyon, which now represent another committee, have entered into a stipulation with the Debtors concerning a bank account. Lewis and Roca represents Wells Fargo Bank in matters unrelated to Debtors and will not represent the Committee on any matter adverse to Wells Fargo Bank, and will not represent Wells Fargo Bank on any matter concerning Debtors or their estates.

e)  Lewis and Roca regularly represents Fidelity National Title Insurance Company and its affiliates on matters unrelated to Debtors or their estates. Lewis and Roca will not represent the Committee on any matter adverse to Fidelity, and will not represent Fidelity on any matter concerning Debtors or their estates.

f)  Lewis and Roca represented Fidelity National Financial, Inc. as escrow agent in preparing escrow instructions for a direct loan in which USA Commercial became the servicing agent, the Palm Harbor Loan. That matter was concluded after the escrow instructions were prepared, and Lewis and Roca has had no ongoing representation or relationship to the matter thereafter.

g)  Lewis and Roca represented Sandvick Equipment & Supply Co. in a matter adverse to USA Commercial, which was concluded in October 2005 and closed in

December 2005.

h) From time to time, Lewis and Roca may be engaged by one or more of the Debtors' creditors and/or investors in matters entirely unrelated to the Debtors, because of the nature of Lewis and Roca's practice. Lewis and Roca represents clients in litigation, transaction, insolvency and other matters throughout the United States through its offices in Arizona, Nevada and New Mexico. Any such matter will not relate directly or indirectly to the representation of the Committee.

6. Accordingly, the Committee believes that the appointment of Lewis and Roca is in the best interest of the Committee, this estate, and the creditors.

7. The standard hourly compensation rates for the Lewis and Roca attorneys and paraprofessionals who are expected to render services to the Committee on this case are: Susan M. Freeman, Partner, $510; Rob Charles, Partner, $385; Scott K. Brown, Associate, $320; Marilyn Schoenike, Certified Legal Assistant, $185. Other Lewis and Roca attorneys and paralegals may render services on behalf of the Committee from time to time and their standard compensation rates will be used. The hourly rates set forth above are subject to periodic increases in the normal course of Lewis and Roca's business, due to, among other things, the increased experience of a particular professional. Lewis and Roca will charge for and seek reimbursement for its expenses, such as long distance telephone, telecopy, photocopies, computer research, travel expenses, postage, overnight mail, messengers, etc.

8. Lewis and Roca has agreed to comply with all applicable guidelines of the Office of the United States Trustee in seeking compensation in this case. Lewis and Roca has not received a retainer and is a disinterested person within the meaning of 11 U.S.C. §§ 101(14). Lewis and Roca has no connections with the Office of the United States Trustee, and no connections with other professionals in this case other than as professional colleagues. Lewis and Roca has not agreed to share its compensation, and no arrangement

1741844.1

LEWIS AND ROCA LLP
LAWYERS

1  is proposed between the Committee and Lewis and Roca for compensation to be paid in
2  this case.
3     **WHEREFORE**, the Committee requests the Court to enter an Order approving the
4  Committee's retention of Lewis and Roca under the terms set forth herein.
5     Dated May 30, 2006.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
    Scott K. Brown
    *Proposed Attorneys for Official Committee of Unsecured Creditors*

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

By  [signature]
    Donald R. Walker
    Committee Chair

6

1739735.1