**LEWIS AND ROCA LLP LAWYERS**

E-Filed on June 1, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Scott K. Brown AZ State Bar No. 020390
Email: sbrown@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC** 06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10728 | **VERIFIED STATEMENT OF ROB CHARLES PURSUANT TO BANKRUPTCY RULES 2014 IN SUPPORT OF APPLICATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LEWIS AND ROCA LLP AS COUNSEL FOR THE COMMITTEE** |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | |
| **USA Securities, LLC** 06-10729       **Debtors.** | Date: N/A<br>Time: N/A<br>**Affecting:**<br>¨ All Cases<br>**or Only:**<br>✗ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC |

Rob Charles declares under penalty of perjury:

1739787.1

LEWIS AND ROCA LLP
LAWYERS

1. I am a partner in the law firm of Lewis and Roca LLP, a limited liability partnership ("Lewis and Roca"), which maintains offices at, among other locations: 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89109; 40 North Central Avenue, Suite 1900, Phoenix, AZ 85004-4420; and One South Church Avenue, Suite 700, Tucson, AZ 85701-1611.

2. I am admitted to practice law in Nevada and Arizona, as well as before the District Court bar in each state.

3. I submit this affidavit pursuant to 11 U.S.C. §§ 327 and 329, and Rule 2014, Federal Rules of Bankruptcy Procedure, in support of the "Application by Official Committee of Unsecured Creditors to Employ Lewis and Roca as Counsel for the Committee (the "Application"), which is being filed contemporaneously herewith by the Official Committee of Unsecured Creditors (the "Committee). I have personal knowledge of the matters set forth herein, based upon the business records of Lewis and Roca, except where noted otherwise.

4. The Committee has retained the services of Lewis and Roca as counsel for the Committee in the above-captioned bankruptcy case. Our conversations with the Committee have been ongoing for some time, but the formal engagement did not occur until June 1, 2006.

5. Lewis and Roca has assembled a highly qualified team of professionals to act as counsel for the Committee in this case. Susan Freeman and I are partners of Lewis and Roca's bankruptcy practice group, and will coordinate Lewis and Roca's services on behalf of the Committee in this case.

6. It is contemplated that Lewis and Roca will render the following categories of legal services as counsel for the Committee:

   a) Advice the Committee with respect to the powers and duties of the Committee in this Chapter 11 case;

LEWIS AND ROCA LLP
LAWYERS

      b)      Consult with the Debtor concerning the administration of this case;

      c)      Advise the Committee with respect to the powers and duties of the Debtor in the continued operation of its business and the management of its assets in this Chapter 11 case;

      d)      Investigate the acts, conduct, assets, liabilities, and financial condition of the Debtor, the operation of the Debtor's business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan;

      e)      Participate in the negotiation, formulation, and drafting of a plan of reorganization, including modifications and amendments, and advise the Committee regarding the acceptance and confirmation process;

      f)      Advise the Committee with respect to requesting the appointment of a trustee or examiner under 11 U.S.C. § 1104;

      g)      Prepare all necessary pleadings and papers pertaining to matters of bankruptcy law or the case, including, without limitation, appeals and other litigation as is necessary to represent the Committee;

      h)      Participate in any proceeding or hearing in the Bankruptcy Court or on appeal, or any other judicial or administrative forum in which any action or proceedings may be pending which may affect the Debtor, its assets, or the claims of its creditors;

      i)      Advise the Committee with respect to the use, sale or lease of property, financing and the rejection and assumption of executory contracts and unexpired leases; and

      j)      All other legal services that may be necessary during the pendency of this Chapter 11 case on behalf of the Committee.

1739787.1



7. To the best of my knowledge, Lewis and Roca does not represent any other entity having an interest adverse to the unsecured creditors in connection with this case, as required by 11 U.S.C. § 1103. With respect to Lewis and Roca's connection with the Debtor's creditors, other parties in interest and their respective attorneys and accountants, Lewis and Roca attorneys have made diligent efforts to search the firm's records and assemble pertinent information. However, the search could not be finalized because the Debtor has not yet completed its schedules and statement of affairs, and there are thousands of creditors. Once the statement of affairs and schedules are filed, Lewis and Roca will conduct a thorough search using its computerized conflict checks system based on the information in the statement and schedules, and then update this Verified Statement.

8. Lewis and Roca has conducted an initial conflict search based on the names of all persons or entities that have appeared in these cases, Debtors, their lawyers, the members of official committees and their lawyers. Lewis and Roca is in the laborious process of analyzing conflicts based upon the 239 page creditor list Debtors filed at the commencement of these cases.

9. Based upon its initial search results to date, Lewis and Roca discloses the following:

    a) Lewis and Roca was involved in discussions with the Official Committee Of Holders Of Executory Contract Rights Through USA Commercial Mortgage Company concerning joint representation of that committee with Jones Vargas, but did not represent the committee or obtain confidential information from that committee that would disqualify Lewis and Roca from representing the Committee.

    b) Lewis and Roca was involved in preliminary discussions concerning representation of USA Capital Diversified Trust Deed Fund, LLC, but did not represent

1739787.1

1   the committee or obtain confidential information from that committee that would
2   disqualify Lewis and Roca from representing the Committee.

3       c) Unsecured creditor and Committee member Robert A. Russell is a
4   present client of Lewis and Roca on matters unrelated to this bankruptcy case.  Lewis and
5   Roca has advised Mr. Russell and the Committee of this matter and has agreed that Lewis
6   and Roca will not represent the Committee on any matter adverse to Mr. Russell, and will
7   not represent Mr. Russell on any matter concerning Debtors or their estates.

8       d) Wells Fargo Bank and Wells Fargo Bank Nevada, then represented by
9   Shea & Carlyon, which now represent another committee, have entered into a stipulation
10  with the Debtors concerning a bank account.  Lewis and Roca represents Wells Fargo
11  Bank in matters unrelated to Debtors and will not represent the Committee on any matter
12  adverse to Wells Fargo Bank, and will not represent Wells Fargo Bank on any matter
13  concerning Debtors or their estates.

14      e) Lewis and Roca regularly represents Fidelity National Title Insurance
15  Company and its affiliates on matters unrelated to Debtors or their estates.  Lewis and
16  Roca will not represent the Committee on any matter adverse to Fidelity, and will not
17  represent Fidelity on any matter concerning Debtors or their estates.

18      f) Lewis and Roca represented Fidelity National Financial, Inc. as
19  escrow agent in preparing escrow instructions for a direct loan in which USA Commercial
20  became the servicing agent, the Palm Harbor Loan.  That matter was concluded after the
21  escrow instructions were prepared, and Lewis and Roca has had no ongoing representation
22  or relationship to the matter thereafter.

23      g) Lewis and Roca represented Sandvick Equipment & Supply Co. in a
24  matter adverse to USA Commercial, which was concluded in October 2005 and the firm's
25  file was closed in December 2005.

26

1739787.1

h) From time to time, Lewis and Roca may be engaged by one or more of the Debtors' creditors and/or investors in matters entirely unrelated to the Debtors, because of the nature of Lewis and Roca's practice. Lewis and Roca represents clients in litigation, transaction, insolvency and other matters throughout the United States through its offices in Arizona, Nevada and New Mexico. Any such matter will not relate directly or indirectly to the representation of the Committee.

10. Lewis and Roca does not believe that it has previously represented any other client in connection with any transaction with or litigation against the Debtor or its affiliates. Lewis and Roca is not aware of any connection of the firm or its personnel with the Office of the United States Trustee or any of its employees.

11. Lewis and Roca is unaware at this time of all the other professionals who may be employed in this case. Lewis and Roca has no connections with the professionals appearing to date other than as professional colleagues and as aligned and adverse professionals in other cases. It will supplement its disclosure with any other connections to such professionals in conjunction with its supplementation after the schedules are prepared and filed.

12. The standard hourly compensation rate for the Lewis and Roca attorneys and paraprofessionals who are expected to render services to the Committee on this case are: Susan M. Freeman, Partner, $510; Rob Charles, Partner, $385; Scott K. Brown, Associate, $320; Marilyn Schoenike, Certified Legal Assistant, $185. Other Lewis and Roca attorneys and paralegals may render services on behalf of the Committee from time to time and their standard compensation rates will be used. The hourly rates set forth above are subject to periodic increases in the normal course of Lewis and Roca's business, due to, among other things, the increased experience of a particular professional. Lewis and Roca will charge for and seek reimbursement for its expenses, such as long distance telephone,

1739787.1

telecopy, photocopies, computer research, travel expenses, postage, overnight mail, messengers, etc.

13. Lewis and Roca has agreed that it will comply with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and guidelines of the Office of the United States Trustee in seeking compensation in this case. To date, Lewis and Roca has accepted no compensation relating to the Debtor's case.

14. I verify under penalty of perjury that the foregoing statement is true and correct to the best of my information, knowledge and belief.

Dated June 1, 2006.

**LEWIS AND ROCA LLP**

By    /s/ RC (#006593)
      Rob Charles
*Proposed Attorneys for Official Committee of Unsecured Creditors*