AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile: (702) 388-6658

Attorneys for the Acting United States Trustee
　　SARA L. KISTLER

E-Filed on June 1, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>**USA Commercial Mortgage Company**<br>　　06-10725 -- Lead Case<br><br>**USA Capital Realty Advisors, LLC**<br>　　06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>　　06-10727<br><br>**USA Capital First Trust Deed Fund, LLC**<br>　　06-10728<br><br>**USA Securities, LLC**<br>　　06-10729　　　　　　　　Debtors. | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding<br><br>Date:　N/A<br>Time:　N/A<br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

## NOTICE OF AMENDMENTS TO APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

　　Pursuant to 11 U.S.C. §§ 1102(a)(1) and(b) (2), the United States Trustee provides Notice of Amendments to the Appointment of Official Committee of Equity Security Holders filed in the case of  In re USA Capital First Trust Deed Fund, LLC, Chapter 11 Case No. 06-10728, and states:

1. On May 10, 2006, the United States Trustee filed its Notice of Appointment of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC [Docket No. 204].

2. Each of the individuals identified in the Notice of Appointment had submitted a written response to a solicitation from the United States Trustee confirming that they held an equity security interest in USA Capital First Trust Deed Fund, LLC, and were willing to serve as a committee member.

3. Subsequent to the filing of the Notice of Appointment:

   a. Committee member Jerry T. McGimsey advised the United States Trustee that he had mistakenly indicated that he is an equity security holder in USA Capital First Trust Deed Fund, LLC, when in fact he is an equity security holder in USA Capital Diversified Trust Deed Fund, LLC; and

   b. Committee member Richard Horowitz has informed the United States Trustee of his resignation from service on the Committee.

4. It is necessary to amend the Notice of Appointment filed by the United States Trustee on May 10, 2006 to designate appropriate replacements for Messrs. McGimsey and Horowitz. Such an amendment will ensure that the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC remains representative of the parties holding equity security interests in USA Capital First Trust Deed Fund, LLC, in a manner consistent with the provisions of 11 U.S.C. § 1102(b)(2). *See generally,* In re America West Airlines, 142 B.R. 901 (Bankr. D. Ariz. 1992).

5. The Notice of Appointment filed by the United States Trustee on May 10, 2006, is therefore amended as follows:

   a. By removing Jerry T. McGimsey and Richard Horowitz from the Committee membership roster; and

   b. By adding the following individuals, who are fairly chosen, who are representative of the parties holding equity security interests in USA Capital First Trust Deed Fund, LLC, and are willing to serve, as Committee members replacing Messrs. McGimsey and Horowitz:

        i.    John Goings

              Address:    P.O. Box 174
                              Masonville, CO  80541
              Telephone: (303) 582-1771
              Telefax:     (303) 582-1433
              Email:       jgoings@bhwk.com

        ii.   Joseph S. Congress

              Address:    9900 Wilbur May Parkway, #802
                                Reno, NV  89521-4008
              Telephone: (775) 851-1762
              Telefax:     (775) 851-1763
              Email:       bjcong@fdltownhomes.com

**Dated:**    June 1, 2006

                        Respectfully submitted,

                        **SARA L. KISTLER**
                        **ACTING UNITED STATES TRUSTEE**
                        **REGION 17**

                        By: */s/ August B. Landis*
                            August B. Landis, Assistant United States Trustee
                            United States Department of Justice

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on this date I served this Notice of Amendments to Appointment of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC:

1. Electronically upon all counsel and parties in interest on the CM/ECF service list as of June 1, 2006; and

2. By depositing an envelope in the United States Mail, first class postage fully prepaid and addressed to each of the parties listed below, each of which contained a true and correct copy of this Notice of Amendments to Appointment of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC:

Annette W. Jarvis
P.O. Box 45385
36 South State Street, #1400
Salt Lake City, UT  84145-0385

Gregory J. Walch
400 South Fourth Street, 3rd Floor
Las Vegas, NV  89101

Nicholas J. Santoro
400 South Fourth Street, 3rd Floor
Las Vegas, NV  89101

Peter Susi
Michaelson, Susi & Michaelson
7th West Figueroa Street, 2nd Floor
Santa Barbara, CA  93101

Dated:  June 1, 2006

**OFFICE OF THE UNITED STATES TRUSTEE**

SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17

By:    */s/ August B. Landis*
      August B. Landis
      Assistant United States Trustee
      Las Vegas, Nevada

# # #