AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*         E-Filed on June 1, 2006
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
*scott.a.farrow@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile: (702) 388-6658

Attorneys for the Acting United States Trustee
    SARA L. KISTLER

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | **Jointly Administered** |
|---|---|
| **USA Commercial Mortgage Company**<br>    06-10725 -- Lead Case | Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding |
| **USA Capital Realty Advisors, LLC**<br>    06-10726 | Date: N/A<br>Time: N/A |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727 | **Affecting:**<br>☐ All Cases<br>**or Only:**<br>☐ USA Commercial Mortgage Company |
| **USA Capital First Trust Deed Fund, LLC**<br>    06-10728 | ☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC**<br>    06-10729          Debtors. | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

## NOTICE OF AMENDMENTS TO APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

Pursuant to 11 U.S.C. §§ 1102(a)(1) and(b) (2), the United States Trustee provides Notice of Amendments to the Appointment of Official Committee of Equity Security Holders filed in the case of In re USA Capital Diversified Trust Deed Fund, LLC, Chapter 11 Case No. 06-10727, and states:

1. On May 10, 2006, the United States Trustee filed its Notice of Appointment of Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC [Docket No. 203].

2. Each of the individuals identified in the Notice of Appointment had submitted a written response to a solicitation from the United States Trustee confirming that they held an equity security interest in USA Capital Diversified Trust Deed Fund, LLC, and were willing to serve as a committee member.

3. Subsequent to the filing of the Notice of Appointment:

   a. Committee member Maryan Rutar declined her appointment;

   b. Committee member Robert H. Mansfield informed the United States Trustee of his resignation from service on the Committee; and

   c. Committee member The Gannaway Charitable Remainder Trust informed the United States Trustee of its resignation from service on the Committee, and filed its Notice of Resignation with the Clerk of Court on May 25, 2006.

4. It is necessary to amend the Notice of Appointment filed by the United States Trustee on May 10, 2006 to designate appropriate replacements for the Committee members identified in the preceding paragraph. Such an amendment will ensure that the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC remains representative of the parties holding equity security interests in USA Capital Diversified Trust Deed Fund, LLC, in a manner consistent with the provisions of 11 U.S.C. § 1102(b)(2). *See generally,* In re America West Airlines, 142 B.R. 901 (Bankr. D. Ariz. 1992).

5. The Notice of Appointment filed by the United States Trustee on May 10, 2006, is therefore amended as follows:

   a. By removing Maryan Rutar, Robert H. Mansfield and The Gannaway Charitable Remainder Trust from the Committee membership roster; and

   b. By adding the following individuals, who are fairly chosen, who are representative of the parties holding equity security interests in USA Capital Diversified Trust Deed Fund, LLC, and are willing to serve, as Committee members in their stead:

i. Jerry T. McGimsey

    Address: 3115 South El Camino Road
    Las Vegas, NV  89146
    Telephone: (702) 871-0296
    Telefax: None provided
    Email: jtmacg@earthlink.net

ii. Robert Hardy

    Address: 6510 Ansonia Court
    Las Vegas, NV  89118-1874
    Telephone: (702) 786-7408
    Telefax: None provided
    Email: None provided

iii. Frank Weinman

    Address: 2947 Pinehurst Drive
    Las Vegas, NV  89109
    Telephone: (702) 735-1509
    Telefax: (702) 735-1509
    Email: FW6279@AOL.com

**Dated:** June 1, 2006

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
    August B. Landis, Assistant United States Trustee
    United States Department of Justice

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on this date I served this Notice of Amendments to Appointment of Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC:

1. Electronically upon all counsel and parties in interest on the CM/ECF service list as of June 1, 2006; and

2. By depositing an envelope in the United States Mail, first class postage fully prepaid and addressed to each of the parties listed below, each of which contained a true and correct copy of this Notice of Amendments to Appointment of Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC:

Annette W. Jarvis
P.O. Box 45385
36 South State Street, #1400
Salt Lake City, UT 84145-0385

Gregory J. Walch
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101

Nicholas J. Santoro
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101

Peter Susi
Michaelson, Susi & Michaelson
7th West Figueroa Street, 2nd Floor
Santa Barbara, CA 93101

Dated: June 1, 2006

**OFFICE OF THE UNITED STATES TRUSTEE**

SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17

By:     */s/ August B. Landis*
            August B. Landis
            Assistant United States Trustee
            Las Vegas, Nevada

# # #