**ROBBINS & GREEN, P.A.**
3300 NORTH CENTRAL AVENUE
SUITE 1800
PHOENIX, ARIZONA 85012
TELEPHONE (602) 248-7632
FACSIMILE (602) 248-1860
EMAIL bjs@rglaw.com
BRADLEY J. STEVENS, ESQ. (#006723)

JANET L. CHUBB, ESQ.
NEVADA BAR NO. 176
JONES VARGAS
100 W. LIBERTY STREET, 12TH FLOOR
RENO, NV 89501
TELEPHONE: 775-786-5000
FAX: 775-786-1177
EMAIL: jlc@jonesvargas.com

ATTORNEYS FOR Lou O. Maldonado,
Trustee for the benefit of the Maldonado Trust

*Electronically Filed on June 2, 2006*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>          Debtor. | Case Nos. BK-S-06-10726-LBR through BK-S-06-10729-LBR<br><br>(Jointly Administered)<br><br>Chapter 11 |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>          Debtor. | **LOU O. MALDONADO, TRUSTEE FOR THE BENEFIT OF THE MALDONADO TRUST'S JOINDER IN DIRECT LENDERS' MOTIONS: (1) TO COMPEL DEBTOR TO CONTINUE TO FORWARD LENDER PAYMENTS TO DIRECT LENDERS; and (2) TO DELAY OR PROHIBIT APPRAISALS ON PERFORMING LOANS**<br><br>Hearing Date:   June 5, 2006<br>Hearing Time:   9:30 a.m. |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>          Debtor. | |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>          Debtor. | |

308151                                -1-

In re:

USA SECURITIES, LLC,

       Debtor.

Affects:

☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

      Lou O. Maldonado, Trustee for the benefit of The Maldonado Trust ("Maldonado"), by and through his undersigned attorneys, hereby files this Joinder in the Direct Lenders' Motions: (1) to Compel Debtor to Continue to Forward Lender Payments to Direct Lenders; and (2) to Delay or Prohibit Appraisals on Performing Loans ("Motions").

      Maldonado is a direct lender in the USA Commercial Mortgage Company's direct loan program. Maldonado has made direct loans in the aggregate amount of $600,000 to seven commercial development financing projects. Those seven projects are identified as follows:

      1.     Temescal/Dos Lagos;

      2.     HFA-Clear Lake;

      3.     Cabernet;

      4.     Preserve at Galleria;

      5.     Riviera;

      6.     Hesperia II; and

      7.     Marleton Square

      The facts and circumstances surrounding Maldonado's direct loans are substantially similar to the fact pattern set out in Direct Lender's Motions. Maldonado incorporates herein by this reference the general outline of the facts as set out therein.

      Maldonado further incorporates by this reference the legal argument set out in the Motions to support the proposition that the borrowers' payments are not property of the Debtors' estates; that the Debtor should forward payments to the Direct Lenders; and that the Debtor

1 should be required to delay or should be prohibited from obtaining appraisals on the properties
2 that are securing the performing loans.
3    Maldonado incorporates the arguments raised by the Direct Lenders and urges the Court
4 to grant the relief prayed for therein and for such other and further relief as the Court deems just
5 and proper.
6    RESPECTFULLY SUBMITTED this 2nd day of June, 2006.

        ROBBINS & GREEN, P.A.
        By:    Bradley J. Stevens, Esq.
              3300 North Central Avenue, Suite 1800
              Phoenix, Arizona 85012

Attorneys for Lou O. Maldonado, Trustee for the benefit of the Maldonado Trust

AND

JONES VARGAS

By:   //s// Janet L. Chubb
       Janet L. Chubb, Esq.
       100 West Liberty Street, 12th Floor
       P.O. Box 281
       Reno, NV 89504-0281

Local-counsel for Lou O. Maldonado, Trustee for the benefit of the Maldonado Trust

# CERTIFICATE OF SERVICE

1. On June 2, 2006, I served the following document:

   **LOU O. MALDONADO, TRUSTEE FOR THE BENEFIT OF THE MALDONADO TRUST'S JOINDER IN DIRECT LENDERS' MOTIONS: (1) TO COMPEL DEBTOR TO CONTINUE TO FORWARD LENDER PAYMENTS TO DIRECT LENDERS; and (2) TO DELAY OR PROHIBIT APPRAISALS ON PERFORMING LOANS**

2. I served the above-named document by the following means to the persons as listed below:

   ☒  a.  **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com
- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com
- **JANET L. CHUBB**
  jlc@jonesvargas.com tbw@jonesvargas.com
- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE**
  cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com
- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- **THOMAS H. FELL**
  THF@GORDONSILVER.COM BANKRUPTCYNOTICES@GORDONSILVER.COM
- **SCOTT D. FLEMING**
  sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com
- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com
- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com
- **EDWARD J. HANIGAN**
  haniganlaw@earthlink.net haniganlaw1@earthlink.net
- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com
- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com
- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com
- **ROBERT R. KINAS**
  rkinas@swlaw.com mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

308151                                   -4-

- **NILE LEATHAM**
  nleatham@klnevada.com ckishi@klnevada.com;bankruptcy@klnevada.com
- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com
- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
- **DAVID MINCIN**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com
- **DONNA M. OSBORN**
  jinouye@marquisaurbach.com
  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@MarquisAurbach.com
- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com
- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com
- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com
- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com
  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com
- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com
- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com
- **CARYN S. TIJSSELING**
  cst@beesleyandpeck.com aha@beesleyandpeck.com
- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

☒ b. **United States mail, postage fully prepaid** (list persons and addresses):

Annette W. Jarvis, Esq.
Ray Quinney & Nebeker P.C.
P.O. Box 45385
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385

Nicholas J. Santoro, Esq.
Santoro Driggs et al.
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101

Gregory J. Walch, Esq.
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101

308151    -5-

Joshua D Brysk
Law Offices Of James G Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

Richard J. Mason
130 Pinetree Lane
Riverwoods, IL 60015

Erven T Nelson
6060 W. Elton Avenue, Suite A
Las Vegas, NV 89107

Michael M. Schmahl
Mcguirewoods Llp
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

James G Schwartz
7901 Stoneridge Dr #401
Pleasanton, CA 94588

Patricia K. Smoots
318 N Grove
Oak Park, IL 60302

William E Winfield
Pob 9100
Oxnard, CA 93031

☐    c.    **Personal Service** (list persons and addresses):
I personally delivered this document to the persons at these address:

☐    For a party represented by and attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

308151    -6-

☐ e. **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 2nd day of June, 2006.

| J. Englehart & Tawney Waldo | /s/ Tawney Waldo & J. Englehart |
|---|---|
| Name | Signature |

308151                                                                   -7-