ELECTRONICALLY FILED
June 2, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email: fmerola@stutman.com | Email: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

[Proposed] Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br> Debtor. | BK-S-06-10725-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br> Debtor. | BK-S-06-10726-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br> Debtor. | BK-S-06-10727-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br> Debtor. | BK-S-06-10728-LBR <br> Chapter 11 |
| In re: <br> USA SECURITIES, LLC, <br> Debtor. | BK-S-06-10729-LBR <br> Chapter 11 |
| Affects <br> ☒ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☐ USA First Trust Deed Fund, LLC | Date:  June 5, 2006 <br> Time:  9:30 a.m. <br> Place: Courtroom #2 |

**OMNIBUS REPLY TO OPPOSITIONS FILED AGAINST THE EMPLOYMENT OF STUTMAN, TRESITER & GLATT, P.C. AND SHEA & CARLYON, LTD. AS COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS ALL DEBTORS)**

391549v3

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Deed Committee") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), hereby replies to the oppositions (the "Oppositions") filed against the First Trust Deed Committee's applications (the "Employment Applications") to Stutman, Treister & Glatt, P.C. ("ST&G") and Shea & Carlyon, Ltd. ("Shea & Carlyon"), which are listed below:

> (1) The United States Trustee's Opposition To Application To Employ Stutman, Treister & Glatt As Counsel For Investor Committees For Matters Of Common Interest (the "UST ST&G Opposition") [docket # 388];
>
> (2) The United States Trustee's Opposition To Application To Employ Shea & Carlyon, Ltd. As Special Counsel (the "UST Shea & Carlyon Opposition" and together with the UST ST&G Opposition, the "UST Oppositions") [docket # 389]; and
>
> (3) Limited Opposition To Application By the Official Committees To Employ Stutman, Treister & Glatt, P.C. And Shea And Carlyon, Ltd. filed by Robert C. LePome on behalf of certain parties in interest (the "LePome Opposition") [docket # 364].

In replying to the Oppositions, the First Trust Deed Committee requests that the Court overrule the Oppositions and authorize the employment of ST&G and Shea & Carlyon as special bankruptcy counsel and as special (Nevada) counsel to the First Trust Deed Committee, respectively.

## I.    FACTS

1.    On May 18, 2006, the First Trust Deed Committee, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Trust Deed Committee"); and the Official Committee of Holders Of Executory Contract Rights Through USA Commercial Mortgage Company (the "Direct Lender Committee" and, collectively with the First Trust Deed Committee and Diversified Trust Deed Committee, the "Investor Committees") filed the "Application By The Official Investor Committees To Employ Stutman, Treister & Glatt, P.C. For Matters Of Common Interest" (the "ST&G

1   Application") [docket # 280], pursuant to which the Investor Committees sought Court
2   authorization to employ ST&G as their special bankruptcy counsel in the Chapter 11 Cases.
3           2.      On May 19, 2006, the Investor Committees filed the "Application For
4   Order Appointing Shea & Carlyon, Ltd. As Special (Nevada) Counsel For The Official
5   Committees Of Equity Security Holders Of USA Capital First Trust Deed Fund And USA
6   Capital Diversified Trust Deed Fund; And The Official Committee Of Holders Of Executory
7   Contract Rights Of USA Commercial Mortgage Company" (the "Shea & Carlyon Application")
8   [docket # 303], pursuant to which the Investor Committees sought Court authorization to employ
9   Shea & Carlyon as their special Nevada counsel in the Chapter 11 Cases.
10          3.      On May 25, 2006, the LePome Opposition was filed, and on May 26,
11  2006, the UST Oppositions were filed.[1]
12          4.      On May 26, 2006, in response to the Direct Lender Committee's decision
13  not to pursue joint representation with the other Investor Committees, the First Trust Deed
14  Committee filed amendments to both the ST&G Application ("ST&G Amendment") and the
15  Shea & Carlyon Application (the "Shea & Carlyon Amendment") [respectively, docket # 397
16  and docket # 398], pursuant to which the First Trust Deed Committee requested that the Court
17  authorize it to employ ST&G as its special bankruptcy counsel and Shea & Carlyon as its special
18  Nevada counsel.

19                  **II.    THE UST OPPOSITIONS ARE MOOT.**

20          5.      The UST Oppositions oppose the employment of ST&G and/or Shea &
21  Carlyon on the grounds that the proposed representation by one set of counsel of more than one
22  committee in the Chapter 11 Cases poses a disqualifying conflict.
23          6.      However, as set forth in the amendments to the Employment Applications
24  filed on May 26, 2006 [docket #'s 397 and 398], neither ST&G nor Shea & Carlyon propose to
25  represent any committee other than the First Trust Deed Committee.  Accordingly, if not

---

[1] The McKnight 2000 Family Trust ("McKnight") also filed a limited objection to the ST&G Employment Application on May 26, 2006 [docket # 372].  Subsequently, on June 1, 2006, McKnight withdrew its objection [docket # 434].

391549v3                                 3

1  otherwise withdrawn, the UST Oppositions should be overruled on the grounds that they are
2  moot.

### III.    THE LEPOME OPPOSITION IS PREMATURE.

4     7.    The LePome Opposition is premature in that it objects to the employment of ST&G with respect to ST&G's proposed compensation.  As the ST&G Application explicitly provides, ST&G's employment is sought with the knowledge that any compensation awarded to ST&G in the Chapter 11 Cases is subject to the Court's approval and must meet the standards set forth in sections 330 and 331 of the Bankruptcy Code.  In fact, the ST&G Application states, "ST&G acknowledges that the approval of this Application does not indicate Court approval of its Guideline Hourly Rates."  Application, ¶ 25.  It is simply premature for the Court to make any ruling on ST&G's hourly rates at this time.  Therefore, the First Trust Deed Committee requests that the Court overrule the LePome Opposition, without prejudice to any right to raise an objection at the appropriate time.

**WHEREFORE**, the First Trust Deed Committee hereby requests that the Court overrule the Oppositions and enter an order authorizing the First Trust Deed Committee to employ ST&G as special bankruptcy counsel and Shea & Carlyon as special (Nevada) counsel, *nunc pro tunc* as of May 10, 2006, to represent it with compensation that is at the expense of the USA Capital First Trust Deed Fund, LLC estate to be in such amount as the Court may hereafter allow.

Respectfully submitted this 2nd day of June, 2006.


_____/s/ Eve H. Karasik_____

FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
CHRISTINE M. PAJAK (CA State Bar No. 217173), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600

and

391549v3                    4

1
2  CANDACE C. CARLYON
   Shea & Carlyon, Ltd.
3  233 S. Fourth Street, Suite 200
   Las Vegas, NV  89101
4  Telephone:  (702) 471-7432
   [PROPOSED] COUNSEL FOR THE
5  OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
   OF USA CAPITAL FIRST TRUST DEED FUND, LLC
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

391549v3                              5