The DL motions are continued. As not all opponents to the Debtor's Motion have consented, that motion will go forward to the extent necessary to determine whether the relief requested should be granted pending the final hearing on June 15.

**Entered on Docket**
**June 02, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
|---|---|
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | **Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| In re: USA SECURITIES, LLC, Debtor. | |

Stip and order 060506 to 061506 (3)                           Page 1 of 4

| | |
|---|---|
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **STIPULATION AND ORDER RE CONTINUING CERTAIN MOTIONS**<br><br>Current Date:<br>Date:   June 5, 2006<br>Time:  9:30 a.m.<br><br>New Date:<br>Date:   June 15, 2006<br>Time:  10:00 A.M. |

IT IS HEREBY STIPULATED and AGREED by and between USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital Trust Deed Fund, LLC (collectively, the "Debtors") by and through their attorneys, the law firm of Schwartzer & McPherson and Ray Quinney & Nebeker; the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company (the "Direct Lenders Committee") by and through its proposed attorneys, the law firm of Gordon & Silver, Ltd.; the Office of the United States Trustee, by and through August B. Landis (the "Trustee"); the Stanley Alexander Trust, Dr. Stanley Alexander, and Dr. Florence Alexander (collectively, the "Alexanders") by and through their attorneys, the Law Offices of Robert C. LePome, Esq.; Grabel B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning, and the Bosworth 1988 Family Trust (collectively, the "Ronning Group") by and through their attorneys, the Law Offices of Robert C. LePome, Esq.; Scott K. Canepa ("Canepa") by and through his attorneys, the law firm of Lionel Sawyer & Collins; James Corison ("Corison") by and through his attorney Franklin Adams, Esq.; Norman Kiven ("Kiven") by and through his attorney Robert Kinas, Esq.; Mountain West Mortgage, LLC by and through its attorney Marjorie Guymon, Esq.; and certain self-defined Direct Lenders (the "Certain Direct Lenders"), by and through their attorneys, the law firm of Jones Vargas, as follows:

WHEREAS on April 13, 2006 (the "Petition Date"), the Debtors filed their voluntary Chapter 11 bankruptcy petitions.

WHEREAS on May 8, 2006, the Debtors filed their <u>Debtors' Motion To Temporarily Hold Funds Pending A Determination Of The Proper Recipients</u>, and Memorandum Of Points and

1 Authorities (the "Motion to Hold Funds"), which is scheduled to be heard at the June 5, 2006
2 Omnibus Hearing. See Motion to Hold Funds, docket no. 173.

3     WHEREAS on May 11, 2006, the Certain Direct Lenders filed their <u>Direct Lenders'
4 Motion For Relief From The Automatic Stay</u> (the "DL Motion for Relief"), which is scheduled to
5 be heard at the June 5, 2006 Omnibus Hearing. See DL Motion for Relief, docket no. 209.

6     WHEREAS contemporaneously with the DL Motion for Relief, the Certain Direct Lenders
7 filed their <u>Direct Lenders' Motions: 1. To Compel Debtor To Continue To Forward Lender
8 Payments To Direct Lenders; and 2. To Delay Or Prohibit Appraisals On Performing Loans</u> (the
9 "DL Motion to Forward Payments"), which is scheduled to be heard at the June 5, 2006 Omnibus
10 Hearing. See DL Motion to Forward Payments Motion, docket no. 215.

11     WHEREAS, various oppositions to the Motion To Hold Funds have been filed.

12     WHEREAS, the parties believe that justice requires the parties and the Court to be
13 completely prepared for these hearings on these matters.

14     NOW, THEREFORE, it is hereby stipulated and agreed as follows:

15     1.    The hearings on the (a) Motion to Hold Funds, (b) DL Motion for Relief, and (c)
16 DL Motion to Forward Payments shall be continued to June 15, 2006 at 10:00 A.M.

17     2.    The deadline to file a responsive pleading to the Motion to Hold Funds, DL Motion
18 for Relief, and DL Motion to Forward Payments is hereby extended to and including June 9, 2006.

19     3.    The deadline to file replies to any responses is hereby extended to and including
20 June 13, 2006 at 12:00 noon.

21 DATED this 31st day of May, 2006.

| RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM | GORDON & SILVER, LTD. |
|---|---|
| By: /s/ Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>Attorneys for the Debtors and Debtors in Possession | By: /s/ Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>Talitha B. Gray, Esq.<br>Proposed Attorneys For Executory Contract (Direct Lenders) Committee |

| | |
|---|---|
| **OFFICE OF THE U.S. TRUSTEE** | **LAW OFFICES OF ROBERT C. LEPOME, ESQ.** |
| By: _[signature]_ AUST<br>August B. Landis, Esq.<br>Scott Farrow, Esq. | By: _____<br>Robert C. LePome, Esq.<br>Attorneys for the Alexanders and the Ronning Group |
| **LIONEL SAWYER & COLLINS** | **JONES VARGAS** |
| By: _____<br>Laurel E. Davis, Esq.<br>Rodney Jean, Esq.<br>Attorneys for Scott K. Canepa | By: _____<br>Janet Chubb, Esq.<br>Attorneys for Certain Direct Lenders |
| **STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.** | **LEWIS & ROCA, LLP** |
| By: _____<br>Christine Pajak, Esq.<br>Proposed Counsel for USA Capital First Trust Deed Fund Members Committee and USA Diversified Trust Deed Fund Members Committee | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Attorneys for Unsecured Creditors' Committee |
| **GOLDSMITH & GUYMON, P.C.** | **BEST BEST & KRIEGER LLP** |
| By: _____<br>Marjorie Guymon Esq.<br>Attorneys for Mountain West Mortgage, LLC | By: _____<br>Franklin C. Adams, Esq.<br>Attorneys for James Corison |
| **SNELL & WILMER** | |
| By: _____<br>Robert Kinas, Esq.<br>Attorneys for Norman Kiven | |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| OFFICE OF THE U.S. TRUSTEE | LAW OFFICES OF ROBERT C. LEPOME, ESQ. |
|---|---|
| By: _____<br>August B. Landis, Esq.<br>Scott Farrow, Esq. | By: _/s/ Robert C. LePome_____<br>Robert C. LePome, Esq.<br>Attorneys for the Alexanders and the<br>Ronning Group |
| **LIONEL SAWYER & COLLINS** | **JONES VARGAS** |
| By: _____<br>Laurel E. Davis, Esq.<br>Rodney Jean, Esq.<br>Attorneys for Scott K. Canepa | By: _____<br>Janet Chubb, Esq.<br>Attorneys for Certain Direct Lenders |
| **STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.** | **LEWIS & ROCA, LLP** |
| By: _____<br>Christine Pajak, Esq.<br>Proposed Counsel for USA Capital First Trust Deed Fund Members Committee and USA Diversified Trust Deed Fund Members Committee | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Attorneys for Unsecured Creditors' Committee |
| **GOLDSMITH & GUYMON, P.C.** | **BEST BEST & KRIEGER LLP** |
| By: _____<br>Marjorie Guymon Esq.<br>Attorneys for Mountain West Mortgage, LLC | By. _____<br>Franklin C. Adams, Esq.<br>Attorneys for James Corison |
| **SNELL & WILMER** | |
| By: _____<br>Robert Kinas, Esq.<br>Attorneys for Norman Kiven | |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

Stip and order 060506 to 061506 (4)                                          Page 4 of 4

| | |
|---|---|
| **OFFICE OF THE U.S. TRUSTEE** | **LAW OFFICES OF ROBERT C. LEPOME, ESQ.** |
| By: _____<br>August B. Landis, Esq.<br>Scott Farrow, Esq. | By: _____<br>Robert C. LePome, Esq.<br>Attorneys for the Alexanders and the<br>Ronning Group |
| **LIONEL SAWYER & COLLINS** | **JONES VARGAS** |
| By: *(signed)*<br>Laurel E. Davis, Esq.<br>Rodney Jean, Esq.<br>Attorneys for Scott K. Canepa | By: _____<br>Janet Chubb, Esq.<br>Attorneys for Certain Direct Lenders |
| **STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.** | **LEWIS & ROCA, LLP** |
| By: _____<br>Christine Pajak, Esq.<br>Proposed Counsel for USA Capital First Trust Deed Fund Members Committee and USA Diversified Trust Deed Fund Members Committee | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Attorneys for Unsecured Creditors' Committee |
| **GOLDSMITH & GUYMON, P.C.** | **BEST BEST & KRIEGER LLP** |
| By: _____<br>Marjorie Guymon Esq.<br>Attorneys for Mountain West Mortgage, LLC | By: _____<br>Franklin C. Adams, Esq.<br>Attorneys for James Corison |
| **SNELL & WILMER** | |
| By: _____<br>Robert Kinas, Esq.<br>Attorneys for Norman Kiven | |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

Stip and order 060506 to 061506.doc

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE | LAW OFFICES OF ROBERT C. LEPOME, ESQ. |
| By: _____<br>August B. Landis, Esq.<br>Scott Farrow, Esq. | By: _____<br>Robert C. LePome, Esq.<br>Attorneys for the Alexanders and the Ronning Group |
| **LIONEL SAWYER & COLLINS** | **JONES VARGAS** |
| By: _____<br>Laurel E. Davis, Esq.<br>Rodney Jean, Esq.<br>Attorneys for Scott K. Canepa | By: _LMBW_ NV 8974 _tw_<br>Janet Chubb, Esq.<br>Attorneys for Certain Direct Lenders |
| **STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.** | **LEWIS & ROCA, LLP** |
| By: _____<br>Christine Pajak, Esq.<br>Proposed Counsel for USA Capital First Trust Deed Fund Members Committee and USA Diversified Trust Deed Fund Members Committee | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Attorneys for Unsecured Creditors' Committee |
| **GOLDSMITH & GUYMON, P.C.** | **BEST BEST & KRIEGER LLP** |
| By: _____<br>Marjorie Guymon Esq.<br>Attorneys for Mountain West Mortgage, LLC | By: _____<br>Franklin C. Adams, Esq.<br>Attorneys for James Corison |
| **SNELL & WILMER** | |
| By: _____<br>Robert Kinas, Esq.<br>Attorneys for Norman Kiven | |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

| | |
|---|---|
| **OFFICE OF THE U.S. TRUSTEE** | **LAW OFFICES OF ROBERT C. LEPOME, ESQ.** |
| By: _____<br>August B. Landis, Esq.<br>Scott Farrow, Esq. | By: _____<br>Robert C. LePome, Esq.<br>Attorneys for the Alexanders and the Ronning Group |
| **LIONEL SAWYER & COLLINS** | **JONES VARGAS** |
| By: _____<br>Laurel E. Davis, Esq.<br>Rodney Jean, Esq.<br>Attorneys for Scott K. Canepa | By: _____<br>Janet Chubb, Esq.<br>Attorneys for Certain Direct Lenders |
| **STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.** | **LEWIS & ROCA, LLP** |
| By: _/s/ Christine Pajak_____<br>Christine Pajak, Esq.<br>Proposed Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Attorneys for Unsecured Creditors' Committee |
| **GOLDSMITH & GUYMON, P.C.** | **BEST BEST & KRIEGER LLP** |
| By: _____<br>Marjorie Guymon Esq.<br>Attorneys for Mountain West Mortgage, LLC | By: _____<br>Franklin C. Adams, Esq.<br>Attorneys for James Corison |
| **SNELL & WILMER** | |
| By: _____<br>Robert Kinas, Esq.<br>Attorneys for Norman Kiven | |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

Stip and order 060506 to 0615061.doc

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| **OFFICE OF THE U.S. TRUSTEE**<br><br>By: _____<br>August B. Landis, Esq.<br>Scott Farrow, Esq. | **LAW OFFICES OF ROBERT C. LEPOME, ESQ.**<br><br>By: _____<br>Robert C. LePome, Esq.<br>Attorneys for the Alexanders and the<br>Ronning Group |
| **LIONEL SAWYER & COLLINS**<br><br>By: _____<br>Laurel E. Davis, Esq.<br>Rodney Jean, Esq.<br>Attorneys for Scott K. Canepa | **JONES VARGAS**<br><br>By: _____<br>Janet Chubb, Esq.<br>Attorneys for Certain Direct Lenders |
| **STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.**<br><br>By: _____<br>Christine Pajak, Esq.<br>Proposed Counsel for USA Capital First Trust Deed Fund Members Committee and USA Diversified Trust Deed Fund Members Committee | **LEWIS and ROCA, LLP**<br><br>By: /s/ MG  6593<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Attorneys for Unsecured Creditors' Committee |
| **GOLDSMITH & GUYMON, P.C.**<br><br>By: _____<br>Marjorie Guymon Esq.<br>Attorneys for Mountain West Mortgage, LLC | **BEST BEST & KRIEGER LLP**<br><br>By: _____<br>Franklin C. Adams, Esq.<br>Attorneys for James Corison |
| **SNELL & WILMER**<br><br>By: _____<br>Robert Kinas, Esq.<br>Attorneys for Norman Kiven | |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

Stip and order 060506 to 061506.doc

Page 4 of 4

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE | LAW OFFICES OF ROBERT C. LEPOME, ESQ. |
| By: _____<br>August B. Landis, Esq.<br>Scott Farrow, Esq. | By: _____<br>Robert C. LePome, Esq.<br>Attorneys for the Alexanders and the<br>Ronning Group |
| LIONEL SAWYER & COLLINS | JONES VARGAS |
| By: _____<br>Laurel E. Davis, Esq.<br>Rodney Jean, Esq.<br>Attorneys for Scott K. Canepa | By: _____<br>Janet Chubb, Esq.<br>Attorneys for Certain Direct Lenders |
| STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD. | LEWIS & ROCA, LLP |
| By: _____<br>Christine Pajak, Esq.<br>Proposed Counsel for USA Capital First Trust Deed Fund Members Committee and USA Diversified Trust Deed Fund Members Committee | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Attorneys for Unsecured Creditors' Committee |
| GOLDSMITH & GUYMON, P.C. | BEST BEST & KRIEGER LLP |
| By: /s/ _____<br>Marjorie Guymon Esq.<br>Attorneys for Mountain West Mortgage, LLC | By: _____<br>Franklin C. Adams, Esq.<br>Attorneys for James Corison |
| SNELL & WILMER | |
| By: _____<br>Robert Kinas, Esq.<br>Attorneys for Norman Kiven | |

**ORDER**

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

Stip and order 060506 to 0615061.doc

Page 4 of 4

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE | LAW OFFICES OF ROBERT C. LEPOME, ESQ. |
| By: _____<br>August B. Landis, Esq.<br>Scott Farrow, Esq. | By: _____<br>Robert C. LePome, Esq.<br>Attorneys for the Alexanders and the Ronning Group |
| LIONEL SAWYER & COLLINS | JONES VARGAS |
| By: _____<br>Laurel E. Davis, Esq.<br>Rodney Jean, Esq.<br>Attorneys for Scott K. Canepa | By: _____<br>Janet Chubb, Esq.<br>Attorneys for Certain Direct Lenders |
| STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD. | LEWIS & ROCA, LLP |
| By: _____<br>Christine Pajak, Esq.<br>Proposed Counsel for USA Capital First Trust Deed Fund Members Committee and USA Diversified Trust Deed Fund Members Committee | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Attorneys for Unsecured Creditors' Committee |
| GOLDSMITH & GUYMON, P.C. | BEST BEST & KRIEGER LLP |
| By: _____<br>Marjorie Guymon Esq.<br>Attorneys for Mountain West Mortgage, LLC | By: /s/ _____<br>Franklin C. Adams, Esq.<br>Attorneys for James Corison |
| SNELL & WILMER | |
| By: _____<br>Robert Kinas, Esq.<br>Attorneys for Norman Kiven | |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| **OFFICE OF THE U.S. TRUSTEE** | **LAW OFFICES OF ROBERT C. LEPOME, ESQ.** |
| By: _____<br>August B. Landis, Esq.<br>Scott Farrow, Esq. | By: _____<br>Robert C. LePome, Esq.<br>Attorneys for the Alexanders and the<br>Ronning Group |
| **LIONEL SAWYER & COLLINS** | **JONES VARGAS** |
| By: _____<br>Laurel E. Davis, Esq.<br>Rodney Jean, Esq.<br>Attorneys for Scott K. Canepa | By: _____<br>Janet Chubb, Esq.<br>Attorneys for Certain Direct Lenders |
| **STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.** | **LEWIS & ROCA, LLP** |
| By: _____<br>Christine Pajak, Esq.<br>Proposed Counsel for USA Capital First Trust Deed Fund Members Committee and USA Diversified Trust Deed Fund Members Committee | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Attorneys for Unsecured Creditors' Committee |
| **GOLDSMITH & GUYMON, P.C.** | **BEST BEST & KRIEGER LLP** |
| By: _____<br>Marjorie Guymon Esq.<br>Attorneys for Mountain West Mortgage, LLC | By: _____<br>Franklin C. Adams, Esq.<br>Attorneys for James Corison |
| **SNELL & WILMER** | |
| By: _/s/ (signature) (9110) for_<br>Robert Kinas, Esq.<br>Attorneys for Norman Kiven | |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _/s/ Jeanette E. McPherson_
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122