Attorney info:
FRANK A. MEROLA (CA State Bar No. 136934), Member of
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: fmerola@stutman.com

[Proposed] Counsel for the
Official Committee of Equity Security Holders
of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>　　　　　　Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　Debtor | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THESE CASES ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT (AFFECTS ALL DEBTORS)**<br><br>EFFECTIVE JUNE 1, 2004<br>FILING FEE IS $175.00 |

1

390981v3

1

2      _____Frank A. Merola_____ Petitioner, respectfully represents to the

3    Court:

4      1.    That Petitioner resides at _____N/A_____ [street,

5    city, county, state, zip code and telephone number];

6      2.    That Petitioner is an attorney at law and a member of the law firm of <u>Stutman,

7    Treister & Glatt, P.C.</u>_____, with offices at <u>1901 Avenue of the Stars, 12th Floor, Los

8    Angeles, CA 90067, (310) 228-5600</u> [street address, city, zip code, telephone number];

9

10     3.    That Petitioner has been retained personally or as a member of the above law

11   firm by the <u>Official Committee of Equity Security Holders of USA Capital First Trust Deed

12   Fund, LLC</u> [client(s)], to provide legal representation to <u>Official Committee of Equity

13   Security Holders of USA Capital First Trust Deed Fund, LLC</u>, in connection with the above-

14   entitled case now pending before this Court;

15     4.    That, since _____November 1988_____, Petitioner has been and

16   presently is a member of good standing of the bar of the higher Court of the State of

17   __California__ where Petitioner regularly practices law;

18

19     5.    That Petitioner was admitted to practice before the following United States

20   District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United

21   States, and Courts of other States on the dates indicated for each, and that Petitioner is

22   presently a member in good standing of the bars of said Courts;

23

24     <u>Court</u>                                                          <u>Date Admitted</u>

25   United States District Court for the Central District of California    1988

26

27

28                                              2

390981v3

1  United States District Court for the Southern District of California  1988

2  United States District Court for the Eastern District of California  1988

3  United States District Court for the Northern District of California  1988

    _____     _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

    _____     _____

6.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____(none)_____

_____

_____

3

390981v3

7. That Petitioner has never been denied admission to the State Bar of Nevada (Give particulars of ever denied admission):

n/a

8. That Petitioner is a member in good standing of the following Bar Associations:

American Bar Association; State Bar of California; Los Angeles County Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 2003 | Amerco, Inc. Case #03-52103 | USBC (Reno) | Granted |
| 2003 | Mego Financial Corp. Case #03-52300 | USBC (Reno) | Granted |
| 2004 | MJ Research, Incorporated Case #04-50861 | USBC (Reno) | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to

4

390981v3

the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that she be admitted to practice before this court FOR PURPOSES OF THIS CASE ONLY.

DATED: 6/2/06

_____
PETITIONER

5

390981v3

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF LOS ANGELES        )

Frank A. Merola, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
PETITIONER

Subscribed and sworn to (or affirmed) before me on this 2nd day of June, 2006, by Frank A. Merola, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DEBRA G. IGE
Commission # 1508257
Notary Public - California
Los Angeles County
My Comm. Expires Aug 17, 2008

_____
NOTARY PUBLIC

6

390981v3

**ORDER**

The Verified Petition of _____ to practice in this case only is approved.

DATED this _____ day of _____, 2006.

                PATRICIA GRAY, CLERK
                UNITED STATES BANKRUPTCY COURT

By:_____
      Deputy Clerk

7

390981v3