ELECTRONICALLY FILED
ON JUNE 2, 2006

1   Attorney info:
    CHRISTINE M. PAJAK (CA State Bar No. 217173), Member of
2   STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
    1901 Avenue of the Stars, 12th Floor
3   Los Angeles, California 90067
    Telephone: (310) 228-5600
4   Facsimile: (310) 228-5788
    Email: cpajak@stutman.com
5
6   [Proposed] Counsel for the
    Official Committee of Equity Security Holders
7   of USA Capital First Trust Deed Fund, LLC

8               UNITED STATES BANKRUPTCY COURT

9               FOR THE DISTRICT OF NEVADA

10
    In re:                              )   BK-S-06-10725-LBR
11  USA COMMERCIAL MORTGAGE             )   Chapter 11
    COMPANY                             )
12          Debtor.                     )
13  In re:                              )   BK-S-06-10726-LBR
    USA CAPITAL REALTY ADVISORS, LLC,   )   Chapter 11
14          Debtor.                     )
15  In re:                              )   BK-S-06-10727-LBR
    USA CAPITAL DIVERSIFIED TRUST       )   Chapter 11
16  DEED FUND, LLC,                     )
            Debtor.                     )
17  In re:                              )   BK-S-06-10728-LBR
    USA CAPITAL FIRST TRUST DEED FUND,  )   Chapter 11
18  LLC,                                )
19          Debtor.                     )
    In re:                              )   BK-S-06-10729-LBR
20  USA SECURITIES, LLC,                )   Chapter 11
            Debtor.                     )
21  Affects:                            )   **VERIFIED PETITION FOR**
                                        )   **PERMISSION TO PRACTICE IN**
22  ☒ All Debtors                       )   **THIS CASE ONLY BY ATTORNEY**
23  ☐ USA Commercial Mortgage Co.       )   **NOT ADMITTED TO THE BAR OF**
    ☐ USA Securities, LLC               )   **THIS COURT (AFFECTS ALL**
24  ☐ USA Capital Realty Advisors, LLC  )   **DEBTORS)**
    ☐ USA Capital Diversified Trust Deed)
25  ☐ USA First Trust Deed Fund, LLC    )   EFFECTIVE JUNE 1, 2004
                                        )   FILING FEE IS $175.00
26
27
28                          1

390980v2

1    _____ Christine  M.  Pajak _____, Petitioner,  respectfully

2    represents to the Court:

3        1.    That  Petitioner  resides  at  _____ N/A _____ [street,

4    city, county, state, zip code and telephone number];

5

6        2.    That Petitioner is an attorney at law and a member of the law firm of Stutman,

7    Treister & Glatt, P.C. _____, with offices at 1901 Avenue of the Stars, Los Angeles,

8    CA 90067 [street address, city, zip code, telephone number];

9        3.    That Petitioner has been retained personally or as a member of the above law

10   firm by the Official Committee of Equity Security Holders of USA Capital First Trust Deed

11   Fund, LLC [client(s)], to provide legal representation to Official Committee of Equity

12   Security Holders of USA Capital First Trust Deed Fund, LLC, in connection with the above-

13

14   entitled case now pending before this Court;

15       4.    That, since _____ December  2001 _____, Petitioner  has  been  and

16   presently is  a member  of  good  standing  of  the  bar  of  the  higher  Court  of  the  State  of

17   _____ California ____ where Petitioner regularly practices law;

18

19       5.    That  Petitioner  was  admitted  to  practice  before  the  following  United  States

20   District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United

21   States,  and  Courts  of  other  States  on  the  dates  indicated  for  each,  and  that  Petitioner  is

22   presently a member in good standing of the bars of said Courts;

23       <u>Court</u>                                                                                <u>Date Admitted</u>

24

25   United States District Court for the Central District of California    December 4, 2001

26   United States District Court for the Southern District of California  April 26, 2004

27

28                                 2

390980v2

1 | United States District Court for the Eastern District of California    April 14, 2004

2 | United States District Court for the Northern District of California  September 2004

3

4 | _____    _____

5 | _____    _____

6 | _____    _____

7 | _____    _____

8 | _____    _____

9 | _____    _____

10 | _____    _____

11 | _____    _____

12 | _____    _____

13 | _____    _____

14 | _____    _____

15 | _____    _____

16 | _____    _____

17 | _____    _____

18 |        6.       That there are or have been no disciplinary proceedings instituted against

19 | petitioner, nor any suspension of any license, certificate or privilege to appear before any

20 | judicial, regulatory or administrative body, or any resignation or termination in order to avoid

21 | disciplinary or disbarment proceedings, except as described in detail below:

22 | _____

23 | _____

24 | _____

25 | _____

26 |        7.       That Petitioner has never been denied admission to the State Bar of Nevada

27

28 |                                                3

390980v2

(Give particulars of ever denied admission):

_____

_____

_____

8.    That Petitioner is a member in good standing of the following Bar Associations:

_____American Bar Association; State Bar of California; Los Angeles County Bar Association

_____

_____

_____

9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| 2003 | Amerco, Inc. Case #03-52103 | USBC (Reno) | Granted |
| 2003 | Mego Financial Corp. Case #03-52300 | USBC (Reno) | Granted |
| 2004 | MJ Research, Incorporated Case #04-50861 | USBC (Reno) | Granted |

(If necessary, please attach a statement of additional applications)

10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

4

390980v2

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that she be admitted to practice before this court FOR PURPOSES OF THIS CASE ONLY.

DATED: June 2, 2006

_____
PETITIONER

5

390980v2

1  | STATE OF LOS ANGELES       )
                                        ) ss.

2  | COUNTY OF LOS ANGELES    )

3

      Christine M. Pajak, Petitioner, being first duly sworn, deposes and says:

4

      That the foregoing statements are true.

5

6  | PETITIONER

7

8  Subscribed and sworn to (or affirmed) before me on this 2nd day of June, 2006, by
9  Christine M. Pajak, personally known to me or proved to me on the basis of satisfactory
evidence to be the person(s) who appeared before me.

10

11  | NOTARY PUBLIC

12  | DEBRA G. IGE
Commission # 1508257
Notary Public - California
Los Angeles County
My Comm. Expires Aug 17, 2008

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  | 6

390980v2

**ORDER**

The Verified Petition of _____ to practice in this case only is approved.

DATED this _____ day of _____, 2006.

PATRICIA GRAY, CLERK
UNITED STATES BANKRUPTCY COURT


By:_____
        Deputy Clerk

7

390980v2