Attorney info:
ANDREW M. PARLEN (CA State Bar No. 230429), Member of
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: aparlen@stutman.com

[Proposed] Counsel for the
Official Committee of Equity Security Holders
of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>              Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>              Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>              Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>              Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>              Debtor | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THESE CASES ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT (AFFECTS ALL DEBTORS)**<br><br>EFFECTIVE JUNE 1, 2004<br>FILING FEE IS $175.00 |

1

391480v1

_____Andrew M. Parlen_____ Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____N/A_____ [street, city, county, state, zip code and telephone number];

2. That Petitioner is an attorney at law and a member of the law firm of <u>Stutman, Treister & Glatt, P.C.</u>_____, with offices at <u>1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067, (310) 228-5600</u> [street address, city, zip code, telephone number];

3. That Petitioner has been retained personally or as a member of the above law firm by the <u>Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC</u> [client(s)], to provide legal representation to <u>Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC</u>, in connection with the above-entitled case now pending before this Court;

4. That, since _____May 2004_____, Petitioner has been and presently is a member of good standing of the bar of the higher Court of the State of _____California_____ where Petitioner regularly practices law;

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts;

| Court | Date Admitted |
|---|---|
| United States District Court for the Central District of California | May 2004 |

2

391480v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14

15      6.      That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(none)

7.      That Petitioner has never been denied admission to the State Bar of Nevada (Give particulars of ever denied admission):

n/a

3

391480v1

8. That Petitioner is a member in good standing of the following Bar Associations:

American Bar Association; State Bar of California; Los Angeles County Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 2003 | Amerco, Inc. Case #03-52103 | USBC (Reno) | Granted |
| 2003 | Mego Financial Corp. Case #03-52300 | USBC (Reno) | Granted |
| 2004 | MJ Research, Incorporated Case #04-50861 | USBC (Reno) | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

4

391480v1

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that she be admitted to practice before this court FOR PURPOSES OF THIS CASE ONLY.

DATED: 6/2/2006

_____
PETITIONER

391480v1

5

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss. |
| COUNTY OF LOS ANGELES | ) |

Andrew M. Parlen, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
PETITIONER

Subscribed and sworn to (or affirmed) before me on this 2nd day of June, 2006, by Andrew M. Parlen, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC

DEBRA G. IGE
Commission # 1508257
Notary Public - California
Los Angeles County
My Comm. Expires Aug 17, 2008

6

391480v1

**ORDER**

The Verified Petition of _____ to practice in this case only is approved.

DATED this _____ day of _____, 2006.

PATRICIA GRAY, CLERK
UNITED STATES BANKRUPTCY COURT

By:_____
      Deputy Clerk

7

391480v1