ELECTRONICALLY FILED
ON JUNE 2, 2006

1 Attorney info:
ANDREW M. PARLEN (CA State Bar No. 230429), Member of
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: aparlen@stutman.com

[Proposed] Counsel for the
Official Committee of Equity Security Holders
of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>             Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>             Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>             Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>             Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>             Debtor | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO (AFFECTS ALL DEBTORS)** |

1

391484v1

## DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, the _____ herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court and not maintaining an office in the District of Nevada for the practice of law, he/she believes it to be in the best interest of the client to designate Candace C. Carlyon, Esq. of the law firm of Shea & Carlyon, Ltd., attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

> Candace C. Carlyon, Esq., Bar No. 002666
> 233 South Fourth Street, Second Floor
> Las Vegas, NV 89101
> (702) 471-7432

By this designation the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service upon local counsel.

_____
Attorney at Law
Counsel for Official Committee of Equity Security
Holders of USA Capital First Trust Deed Fund, LLC

391484v1

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that she is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that she is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Shawn Miller, Esq.
Designated Nevada Counsel

391484v1

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned parties appoint Shea & Carlyon, Ltd. as their Designated Nevada Counsel in this Case.

DATED this __2__ day of __June__, 2006.

_____
John H. Warner, Jr.
Vice-Chair, Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC

APPROVED:

DATED: _____

PATRICIA GRAY, CLERK

BY: _____

4

391484v1