1  JOHN PETER LEE, LTD.                                        E-Filed on June 2, 2006
   JOHN PETER LEE, ESQ.
2  Nevada Bar No. 001768
   830 Las Vegas Boulevard South
3  Las Vegas, Nevada 89101
   Ph: (702) 382-4044  Fax: (702) 383-9950
4

5                        **UNITED STATES BANKRUPTCY COURT**

6                                 **DISTRICT COURT**

7

8  In re:                                      )
                                               )
9  USA COMMERCIAL MORTGAGE COMPANY,            )        CASE NO. BK-S-06-10725-LBR
                                               )
10 _____Debtor._____)
   In re:                                      )        CASE NO. BK-S-06-10726-LBR
11                                             )
   USA CAPITAL REALTY ADVISORS, LLC,           )
12                                             )
   _____Debtor._____)
13 In re:                                      )
                                               )
14 USA CAPITAL DIVERSIFIED TRUST DEED          )
   FUND, LLC,                                  )
15                                             )
   _____Debtor._____)   **REQUEST FOR SPECIAL**
16 In re:                                      )   **NOTICE**
                                               )
17 USA CAPITAL FIRST TRUST DEED FUND, LLC)
                                               )
18 _____Debtor._____)
   In re:                                      )
19                                             )
   USA SECURITIES, LLC,                        )
20                                             )
   _____Debtor._____)
21 **AFFECTS ALL DEBTORS.**                    )

22 _____)

23 TO:    THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTORS, THE ATTONEYS
          OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST
24

25        I request that all notices given in the above captioned cases and all papers served or required

26 to be served in the above captioned cases be given to and served upon the undersigned at the

27 following address and telephone number:

28

*(left margin, vertical text)* **JOHN PETER LEE, LTD.** ATTORNEYS AT LAW  830 LAS VEGAS BOULEVARD SOUTH  LAS VEGAS, NEVADA 89101  Telephone (702) 382-4044  Telecopier (702) 383-9950

JOHN PETER LEE, ESQ.
JOHN PETER LEE, LTD.
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044/Fax: (702) 383-9950
E-Mail: info@johnpeterlee.com

DATED this 2nd day of June, 2006.

JOHN PETER LEE, LTD.

BY:_____
John Peter Lee, Esq.
Nevada Bar No. 001768
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Ph: (702) 382-4044/Fax: (702) 383-9950

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950