ELECTRONICALLY FILED
JUNE 2, 2006

STUTMAN, TREISTER & GLATT, P.C.
JEFFREY H. DAVIDSON
(CA State Bar. No. 73980)
FRANK A. MEROLA
(CA State Bar No. 136934)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:     jdavidson@stutman.com
            fmerola@stutman.com
            cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:     jshea@sheacarlyon.com
            ccarlyon@sheacarlyon.com
            ssherman@sheacarlyon.com

(Proposed) Counsel for the Official Committee of
Equity Security Holders of USA Capital First Trust
Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: June 5, 2006<br>Time: 9:30 a.m. |

**CERTIFICATE OF SERVICE OF OMNIBUS REPLY TO OPPOSITIONS FILED AGAINST THE EMPLOYMENT OF STUTMAN, TREISTER & GLATT, P.C. AND SHEA & CARLYON, LTD. AS COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS ALL DEBTORS)**

I HEREBY CERTIFY that on the 2nd day of June, 2006 I served the following document:

Omnibus Reply to Oppositions Filed Against the Employment of Stutman, Treister & Glatt, P.C. and Shea & Carlyon, Ltd. as Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Affects All Debtors)

I served the above named document(s) by the following means to the persons as listed below:

☒ a. **ECF System.** See attached Notice of Electronic Filing, Exhibit "1" hereto.

☐ b. **United States mail, postage full prepaid to the following:**

☐ c. **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful

SHEA & CARLYON, LTD
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of June, 2006.

*Lissa Treadway*, CLAS, an employee of SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

**EXHIBIT "1"**

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Friday, June 02, 2006 10:02 AM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 06-10725-lbr Reply

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from SHERMAN, SHLOMO S. entered on 6/2/2006 at 10:01 AM PDT and filed on 6/2/2006
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 446

**Docket Text:**
Omnibus Reply *to Oppositions Filed Against the Employment of STUTMAN, TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD. as Counsel to the OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS ALL DEBTORS)* Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[364] Opposition,,,,, filed by Interested Party STANLEY ALEXANDER, Interested Party FLORENCE ALEXANDER, Interested Party STANLEY ALEXANDER TRUST, Interested Party HANS J. PRAKELT, Interested Party CAROLE TALAN, Interested Party RICHARD WILLIAMS, Interested Party CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENESS, Interested Party NANCY GOLDEN, Interested Party MOLITCH 97 TRUST, Interested Party MATTHEW MOLITCH, Interested Party MARILY MOLITCH, Interested Party STEPHEN PHILLIPS, Interested Party FRANCES PHILLIPS, Interested Party PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989, Intere! sted Party SPECTRUM CAPITAL, LLC, Interested Party GRABLE L RONNING, Interested Party THE WILD WATER LIMITED PARTNERSHIP, Interested Party CROSBIE B. RONNING, Interested Party THE BOSWORTH 1988 FAMILY TRUST, Interested Party PATRICK DAVIS, Interested Party SUSAN DAVIS, Interested Party FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IRA, Interested Party NORMA DEULL, Interested Party MARTIN LEAF, Interested Party MARK OLDS, Interested Party SALLY OLDS, Interested Party JEROME BLOCK, Interested Party CHARMA BLOCK, Interested Party WOLF VOSS, Interested Party CLAUDIA VOSS, Interested Party VOSS FAMILY TRUST, Interested Party ROBIN B GRAHAM, Interested Party CELIA ALLEN GRAHAM, Interested Party GRAHAM FAMILY TRUST DATED 10/26/78, Interested Party PAMELA MARTON, Interested Party JAMES DICKINSON, Interested Party JEFF KARR, Interested Party PHYLLIS KARR, Interested Party PATRICIA PONTAK, Interested Party DARRELL M. WONG, Interested Party PONTAK WONG REVOCABLE TRUST DATED JAN 19!, 2004, Interested Party JAMES CIELEN, Interested Party JAMES R CIELEN IRA, Interested Party MARK R CAMPBELL, [388] Opposition filed by U.S. Trustee U.S. TRUSTEE - LV - 11, [389] Opposition, filed by U.S. Trustee U.S. TRUSTEE

- LV - 11.) (SHERMAN, SHLOMO)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\Omnibus Reply to Opp to employment 6-2-06.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/2/2006] [FileNumber=6948168-0]
[d66b6e69b3deb44c282ba45c9daebf053eca75d601d1262577873fec3599d25f88ca4
7d6140bb385135a0e99807293aca6ec92e69e4e6145d106997d2b39a36d]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

MATTHEW Q CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON !    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN    xanna.hardman@gmail.com,

6/2/2006

CHRISTOPHER D JAIME    cjaime@waltherkey com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol com

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw com;jlustig@swlaw.com;lholding@swlaw com;imccord@swlaw.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada com;bankruptcy@klnevada.com

ROBERT C. LEPOME    !  robert@robertlepome.com, susan@robertlepome com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasv

JOHN F MURTHA    jmurtha@woodburnandwedge.com

DONNA M. OSBORN    jinouye@marquisaurbach.com, dosborn@ma!rquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com ;kgallegos@MarquisA

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet

JEFFREY G. SLOANE    gjklepel@yahoo com, rmcconnell@kssattorneys.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@bee! sleyandpeck.com

U.S TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

6/2/2006

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD J MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L MICHAELSON
,

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

ERVEN T NELSON
6060 W ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M SCHMAHL !
MCGUIREWOODS LLP
77 W WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

PATRICIA K SMOOTS
318 N GROVE
OAK PARK, IL 60302

6/2/2006

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

6/2/2006