Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON JUNE 2, 2006

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STATUS AND AGENDA FOR JUNE 5, 2006 HEARINGS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 5, 2006<br>Time: 9:30 a.m. |

Hearing Status form for 060506 Hearings        - 1 –

A.   **June 5, 2006 Hearings**

1.   **Motion To Compel Debtor To Continue To Forward Lender Payments to Direct Lenders; Motion To Delay Or Prohibit Appraisals On Performing Loans** filed by Janet L. Chubb on behalf of Direct Lenders (Affects USA Commercial Mortgage) (the "Direct Lender Compel Motion"). The Direct Lender Compel Motion moves the Court to Order Debtor USA Commercial Mortgage, as servicing agent, to continue to forward all borrower payments to the Direct Lenders on all performing loans. The Direct Lenders also move for an order that delays or prohibits USA Commercial from appraising properties securing performing loans, unless USA Commercial agrees not to surcharge Direct Lenders for appraisal costs. *This motion has been continued by Order entered June 2, 2006 and will be heard on June 15, 2006.*

| Opposition Filed By: | Date | Docket No. |
| --- | --- | --- |
| Stanley Alexander Trust, et al (Joinder) | May 22, 2006 | 319 |
| Debtors and Debtors-In-Possession | May 26, 2006 | 374 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Statement) | May 26, 2006 | 376 |
| Official Committee of Holders of Executory Rights through USACMC (Omnibus Response) | May 30, 2006 | 406 |
| Lou Maldonado | June 2, 2006 | 445 |

2.   **Motion For Relief From Stay Property: Various Real Property** filed by Janet L. Chubb on behalf of Direct Lenders (Affects USA Commercial Mortgage) (the "Direct Lender Lift Stay Motion"). The Direct Lender Lift Stay Motion seeks relief from the Automatic Stay to terminate USA Commercial as the loan servicing agent, pursuant to the terms of their Loan Servicing Agreement. *This motion has been continued by Order entered June 2, 2006 and will be heard on June 15, 2006.*

| Opposition Filed By: | Date | Docket No. |
| --- | --- | --- |
| Debtors and Debtors-In-Possession | May 26, 2006 | 387 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Statement) | May 26, 2006 | 376 |
| Official Committee of Holders of Executory Rights through USACMC (Omnibus Response) | May 30, 2006 | 406 |

3.  **Motion For Order Authorizing Return Of Non-Invested Funds Of Jasper Benincasa Jr. And Flocerfida Benincasa** filed by Jasper Benincasa Jr. And Flocerfida (Affects USA Commercial Mortgage) (the "Benincasa Motion"). The Benincasa Motion seeks an order granting the return of funds in the amount of $110,000.00.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| USA Commercial Mortgage | May 22, 2006 | 326 |
| Reply To Opposition filed by Jasper Benincasa Jr. and Flocerfida Benincasa | June 1, 2006 | 444 |

4.  **Motion For Order Authorizing The Return Of Non-Invested Funds** filed by Robert C. Lepome on behalf of Florence Alexander, Stanley Alexander, and Stanley Alexander Trust (Affects USA Commercial Mortgage) (the "Alexander Return Funds Motion"). The Alexander Return Funds Motion seeks an order granting the return of funds in the amount of $378,000.00.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| USA Commercial Mortgage | May 22, 2006 | 326 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Statement) | May 26, 2006 | 376 |
| Official Committee of Holders of Executory Rights through USACMC (Omnibus Response) | May 30, 2006 | 406 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5. **Application for an Order Authorizing The Employment Of Hilco Real Estate LLC/Hilco Real Estate Appraisal, LLC As Debtors' Real Estate Appraiser** filed by Debtors (Affects USA Commercial Mortgage) (the "Application"). The Application seeks to employ Hilco Real Estate, LLC and Hilco Real Estate Appraisal, LLC (collectively referred to as "Hilco") to provide real estate appraising and related services.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Canepa Group | May 24, 2006 | 346 |
| Direct Lenders-Beneficiaries | May 26, 2006 | 371 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | May 26, 2006 | 379 |
| Official Committee of Executory Contract Holders of USA Commercial Mortgage Company | May 26, 2006 | 385 |
| Reply In Support Of Application For An Order Authorizing The Employment Of Hilco Real Estate LLC/Hilco Real Estate Appraisal, LLC As Debtors' Real Estate Appraiser And In Response To Objections (Affects All Debtors) Filed by USA Commercial Mortgage | June 2, 2006 | 448 |

6. **Debtors' Motion To Temporarily Hold Funds Pending A Determination Of The Proper Recipients, And Memorandum Of Points And Authorities** filed by Debtors (Affects USA Commercial Mortgage) (the "Hold Funds Motion"). The Hold Funds Motion requests an Order granting USACM the authority to continue to collect and hold payments and loan payoffs pending the prompt investigation and analysis by the Debtors of various issues as set forth in this motion.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Stanley Alexander Trust, et al | May 18, 2006 | 281 |
| James Corison (Limited Opposition) | May 18, 2006 | 285 |

Hearing Status form for 060506 Hearings         - 4 –

| | | | |
|---|---|---|---|
| 1 | Richard McKnight | May 22, 2006 | 323 |
| 2 | Gregory Walch | May 23, 2006 | 340 |
| 3 | Nicholas Santoro | May 23, 2006 | 342 |
| 4 | Canepa Group | May 24, 2006 | 345 |
| 5 | Norman Kiven | May 25, 2006 | 366 |
| 6 | DIRECT LENDERS-BENEFICIARIES | May 26, 2006 | 377 |
| 7-9 | Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Statement) | May 26, 2006 | 379 |
| 10-11 | Official Committee of Holders of Executory Rights through USACMC | May 26, 2006 | 384 |
| 12 | Mountain West Mortgage, LLC (Joinder in Oppositions) | May 28, 2006 | 396 |

7. **Application To Employ Shea & Carlyon, Ltd. As Special Counsel** filed by Shlomo S. Sherman on behalf of Official Committee Of Executory Contract Holders Of USA Commercial Mortgage Company, Official Committee Of Equity Security Holders Of USA Capital Diversified Trust Deed Fund, LLC, and the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC (Affects USA Commercial Mortgage) (the "Shea & Carlyon Application"). The Shea & Carlyon Application seeks to employ Shea & Carlyon as Special Counsel for Official Committee Of Executory Contract Holders Of USA Commercial Mortgage Company, Official Committee Of Equity Security Holders Of USA Capital Diversified Trust Deed Fund, LLC, and the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC. An Amendment to the Shea & Carlyon Application was filed on May 26, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Stanley Alexander Trust, et al (Limited Opposition) | May 25, 2006 | 364 |
| U.S. Trustee | May 26, 2006 | 389 |
| Omnibus Reply To Oppositions Filed Against the Employment of Stutman, Treister & Glatt, P.C. And Shea & Carlyon, Ltd. As | June 2, 2006 | 446 |

Hearing Status form for 060506 Hearings    - 5 –

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Counsel To The Official Committee Of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Affects All Debtors) | | |
| USA Commercial Mortgage (Limited Opposition) | June 2, 2006 | 451 |

8. **Application To Employ Stutman Treister & Glatt, P.C. As Counsel For Matters Of Common Interest (Affects All Debtors)** filed by Candace Carlyon on behalf of Stutman Treister & Glatt, P.C. (the "Stutman Treister & Glatt Application"). The Stutman Treister & Glatt Application requests that the Court approve *nunc pro tunc* as of May 10, 2006 the employment of Stutman Treister & Glatt Professional Corporation as special bankruptcy counsel for the Investor Committees for all matters of common interest. An Amendment to the Stutman Treister & Glatt Application was filed on May 26, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Stanley Alexander Trust, et al (Limited Opposition) | May 25, 2006 | 364 |
| McKnight 2000 Family Trust (Limited Opposition) | May 26, 2006 | 372 (Withdrawn Docket No. 434) |
| Amendment to the Application By The Official Investor Committees To Employ Stutman Treister & Glatt, P.C. As Counsel For Matters Of Common Interest (Affects All Debtors) | May 26, 2006 | 398 |
| U.S. Trustee | May 26, 2006 | 389 |
| Omnibus Reply To Oppositions Filed Against the Employment of Stutman, Treister & Glatt, P.C. And Shea & Carlyon, Ltd. As Counsel To The Official Committee Of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Affects All Debtors) | June 2, 2006 | 446 |
| USA Commercial Mortgage (Limited Opposition) | June 2, 2006 | 451 |

Hearing Status form for 060506 Hearings     - 6 –

9. **Application of the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company To Employ Gordon & Silver, Ltd.** filed by Gerald Gordon on behalf of Gordon & Silver, Ltd. (the "Gordon & Silver Application"). The Gordon & Silver Application requests that this Court approve, as of May 26, 2006, the employment of Gordon & Silver, Ltd. as counsel to Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company.

| Opposition Filed By: | Date | Docket No. |
| --- | --- | --- |
| USA Commercial Mortgage | June 2, 2006 | 450 |

10. **Motion For Authorizing The Return Of Non-Invested Funds** filed by Robert C. Lepome on behalf of Crosbie B. Ronning, Grable L. Ronning, The Bosworth 1988 Family Trust, and The Wild Water Limited Partnership (Affects USA Commercial Mortgage) (the "Ronning Return Funds Motion"). The Ronning Return Funds Motion seeks an order granting the return of funds in the amount of $100,000.00.

| Opposition Filed By: | Date | Docket No. |
| --- | --- | --- |
| Errata filed by Crosbie B. Ronning, Grable L. Ronning, The Bosworth 1988 Family Trust, and The Wild Water Limited Partnership | May 22, 2006 | 320 |
| USA Commercial Mortgage | May 22, 2006 | 326 |
| Official Committee of Holders of Executory Rights through USACMC (Omnibus Response) | May 30, 2006 | 406 |
| Reply Filed By: | Date | Docket No. |
| Crosbie B. Ronning, Grable L. Ronning, The Bosworth 1988 Family Trust, and The Wild Water Limited Partnership | May 25, 2006 | 363 |

/ / /

/ / /

Hearing Status form for 060506 Hearings        - 7 −

11. **Motion Authorizing Debtor, Pursuant To 11 U.S.C. § 105 and § 363(b)(1), To Accept Loan Payment Proceeds And Provide Partial Releases Or Full Releases In Connection With The Sale Of Properties Securing Loans Originated By The Debtor To Third-Party Borrowers, And To Ratify Partial Releases Previously Provided By The Debtor** filed by Debtors (Affects USA Commercial Mortgage) (the "Ordinary Course Motion"). The Ordinary Course Motion requests an Order authorizing USACM to accept loan payment proceeds and provide partial releases or full releases in connection with the sale of properties securing loans originated by the debtor to third-party borrowers, and to ratify partial releases previously provided by the debtor postpetition.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Richard McKnight | May 15, 2006 | 236 |
| Gregory J. Walch | May 15, 2006 | 239 |
| Nicholas Santoro | May 15, 2006 | 240 |
| OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC | May 15, 2006 | 241 |
| Canepa Group | May 16, 2006 | 258 |
| Terry Hartwell | May 16, 2006 | 262 |
| ED AND SUE SCHOONOVER, et al (Conditional Objection) | May 17, 2006 | 272 |

| Reply | Date | Docket No. |
|---|---|---|
| Reply In Support Of Motion Authorizing Debtor To Accept Loan Payment Proceeds And Provide Partial Or Full Releases In Connection With The Sale Of Properties Securing Loans Originated By The Debtor To Third-Party Borrowers, And To Ratify Partial Releases [Affects USA Commercial Mortgage Co.] | May 17, 2006 | 263 |

Hearing Status form for 060506 Hearings     - 8 -

1  Although the Ordinary Course Motion is on the Court's calendar, the Ordinary Course
2  Motion was granted at a hearing held on May 18, 2006.
3  Respectfully submitted on June 2, 2006.

/s/    JEANETTE E. MCPHERSON
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada   89146
Attorneys for Debtors
and Debtors-in-Possession