

Entered on Docket
June 05, 2006

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **SUPPLEMENTAL ORDER<br>ESTABLISHING CASE MANAGEMENT<br>PROCEDURES<br>(AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date: May 18, 2006<br>Time: 9:30 a.m. |

Affects:
- ☒ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

The Debtors, USA Commercial Mortgage Company ("USA Commercial Mortgage"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors"), appearing by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm; other appearances being made upon the record; the Court having heard various motions on May 18, 2006, and having considered the prior AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES (AFFECTS ALL DEBTORS) entered May 17, 2006 (the "Case Management Order"), it is hereby

ORDERED as follows:

1. Any attorney who fails to comply with the time requirements for filing objections or oppositions to motions and applications contained in the Case Management Order shall pay the movant or applicant $300;

2. Any attorney who fails to deliver to the Clerk of this Court a courtesy (paper) copy of his pleadings which are e-filed with the Court by the end of the next judicial business day (but not later than noon the judicial business day before any hearing) shall pay the Court $75;

3. Bankruptcy Rule 2019 applies to attorneys representing investors in loans serviced by USA Commercial Mortgage Company and attorneys representing multiple parties shall file the verified statement required by that rule; and it is further

///

///

///

///

1. ORDERED that in all other respects the Case Management Order shall be binding on all parties.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

/s/Jeanette E. McPherson
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Attorneys for Debtors and Debtors-In-Possession

Approved/Disapproved by:

[signature]

Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

###