

**Entered on Docket
June 05, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Chapter 11<br><br>**ORDER LIMITING NOTICE AND APPROVING MASTER SERVICE LIST FOR LIMITED NOTICE**<br><br>Date: May 18, 2006<br>Time: 9:30 a.m. |

///

///

1

P:\USA Commercial Mortgage\Pleadings\Limit Notice Motion\Order Limiting Notice Commercial.doc

USA Commercial Mortgage Company ("Debtor"), having filed a Motion for Order Limiting Notice and Approving Master Service List for Limited Notice (the "Motion"); the Motion having come before this Court after notice of the Motion having been given to the United States Trustee and all of the Debtor's known creditors, equity security holders and other parties in interest; Debtor having been represented by Annette W. Jarvis, of Ray, Quinney & Nebeker, P.C. and Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm; other appearances having been made upon the record; the Court having considered all objections to the Motion, and for good cause appearing it is hereby

ORDERED as follows:

1. Notice of all matters should be limited to those parties listed on a master service list (the "Master Service List"), except those to which the Federal Rules of Bankruptcy Procedure or this Court's Local Rules require that notice be given to all parties in interest, including without limitation, notices relating to the approval of a disclosure statement and confirmation of a plan of reorganization and notices involving the sale of substantially all of the assets of a debtor's estate.

2. The Master Service List attached hereto as **Exhibit A** is hereby approved as the initial Master Service List and includes the names, addresses and e-mail addresses for the following:

    a. The United States Trustee.

    b. The Unsecured Creditors holding all unsecured claims against USA Capital Realty Advisors, LLC and USA Securities, LLC.

    c. The Official Unsecured Creditors' Committee and its counsel.

    d. The Official Committee of Holders of Executory Contracts Rights Through USA Commercial Mortgage Company and its counsel.

    e. The Official Committee of Equity Security Holders of USA Capital Diversified Trust Fund, LLC and its counsel.

    f. The Official Committee of Equity Security Holders of USA Capital First Trust Fund, LLC and its counsel.

    g. Secured creditors.

P:\USA Commercial Mortgage\Pleadings\Limit Notice Motion\Order Limiting Notice Commercial.doc

      h.    Governmental entities (and counsel) listed on the list attached hereto.

      i.    Debtors' counsel.

      j.    Any party not listed above who files with the Court a notice of appearance and request for notice and serves such notice with the counsel for the Debtors.

      k.    Any party directly affected by the motion or application for which notice is being given and, in particular, in regard to any motion affecting a specific loan serviced by USA Commercial Mortgage Company, the persons holding a direct interest in any such loan.

3.    In order to ensure uniform and current notice, the Debtors are authorized to establish and maintain this Master Service List, which includes the parties listed above, and update it on a periodic basis and file the updated versions with the Court. Each filed updated version of the Master Service List shall be dated and numbered. The Court, at its own discretion, may also make or order an update to be made to the Master Service List.

4.    Parties shall be required to use the current Master Service List for notice. While the Debtors shall establish and maintain the Master Service List, parties in interest shall be responsible for providing the Debtors' counsel with any corrections to or changes in names, addresses and e-mail addresses. To the extent any party in interest provides an e-mail address to Debtors' counsel, then service of any pleadings or notice will be proper if it is sent to that e-mail address rather than by regular mail.

5.    Parties having an e-mail address on the Master Service List shall be deemed to have agreed to accept electronic service of notices at that e-mail address unless they request Debtors' counsel to remove their e-mail address from the Master Service List.

6.    Parties shall be permitted to be added to or deleted from the Master Service List upon written request to the Court.

/ / /
/ / /
/ / /
/ / /
/ / /

3

P:\USA Commercial Mortgage\Pleadings\Limit Notice Motion\Order Limiting Notice Commercial.doc

7. A copy of this Order with a form for requesting notice shall be served on all creditors and parties in interest.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and


/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Attorneys for Debtor and Debtor-In-Possession

Approved/Disapproved by:

Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

###

# EXHIBIT "A"

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　　　　Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　　　Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　　　Debtor. | **MASTER SERVICE LIST FOR LIMITED NOTICE #1 DATED MAY 25, 2006 [AFFECTS ALL DEBTORS]** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　　　　Debtor. | |
| Affects:<br>　☒ All Debtors<br>　☐ USA Commercial Mortgage Company<br>　☐ USA Securities, LLC<br>　☐ USA Capital Realty Advisors, LLC<br>　☐ USA Capital Diversified Trust Deed Fund, LLC<br>　☐ USA First Trust Deed Fund, LLC | Date:  N/A<br>Time:  N/A |

1

Master Service List For Limited Notice #1 Dated May 25, 2006

| # | | |
|---|---|---|
| 1 | **DEBTOR AND COUNSEL** | |
| 2 | ANNETTE W. JARVIS<br>RAY QUINNEY & NEBEKER P.C. | |
| 3 | 36 SOUTH STATE STREET, SUITE 1400<br>P.O. BOX 45385 | |
| 4 | SALT LAKE CITY, UTAH 84145-0385 | |
| 5 | LENARD E. SCHWARTZER | |
| 6 | JEANETTE E. MCPHERSON<br>SCHWARTZER & MCPHERSON LAW FIRM | |
| 7 | 2850 SOUTH JONES BOULEVARD, SUITE 1<br>LAS VEGAS, NEVADA  89146-5308 | |
| 8 | | |
| 9 | USA COMMERCIAL MORTGAGE<br>USA CAPITAL REALTY ADVISORS, LLC | |
| 10 | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>USA CAPITAL FIRST TRUST DEED FUND, LLC | |
| 11 | USA SECURITIES, LLC<br>THOMAS J. ALLISON | |
| 12 | 4484 SOUTH PECOS ROAD<br>LAS VEGAS, NV  89121 | |
| 13 | | |
| 14 | **THE UNITED STATES TRUSTEE** | |
| 15 | OFFICE OF THE U.S. TRUSTEE<br>600 LAS VEGAS BLVD., SOUTH, STE. 4300 | |
| 16 | LAS VEGAS, NV  89101 | |
| 17 | **USA CAPITAL REALTY ADVISORS, LLC – UNSECURED CREDITORS** | |
| 18 | KUMMER, KAEMPFER, BONNER & RENSHAW<br>3800 HOWARD HUGHES PKWY., 7TH FLOOR | INTERSHOW<br>THE GITHLER CENTER |
| 19 | LAS VEGAS, NV  89109 | 1258 NORTH PALM AVE.<br>SARASOTA, FL  34236 |
| 20 | | |
| 21 | **USA SECURITIES, LLC – UNSECURED CREDITORS** | |
| 22 | JAMES HULL<br>C/O SIGNATURE FINANCIAL | GEORGE GORMAN<br>C/O FINANCIAL WEST GROUP |
| 23 | 2601 AIRPORT DRIVE<br>TORRANCE, CA  90505 | 4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA  91362 |
| 24 | | |
| 25 | R. HAGMAIER<br>C/O FINANCIAL WEST GROUP | TIM RICH<br>C/O FINANCIAL WEST GROUP |
| 26 | 4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA  91362 | 4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA  91362 |
| 27 | | |
| 28 | / / / | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Master Service List For Limited Notice #1 Dated May 25, 2006

*SCHWARTZER & MCPHERSON LAW FIRM*
*2850 South Jones Boulevard, Suite 1*
*Las Vegas, Nevada 89146-5308*
*Tel: (702) 228-7590 · Fax: (702) 892-0122*

| | |
|---|---|
| **UNSECURED CREDITORS COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY** ||
| BUNCH, DELL<br>1909 RED ROBIN COURT<br>LAS VEGAS, NV 89134<br><br>C/O DONALD R. WALKER<br>9209 EAGLE HILLS DR.<br>LAS VEGAS, NV 89134-6109<br>drwalker1@cox.net | ADVANCED INFORMATION SYSTEMS<br>C/O MICHAEL T. YODER<br>4270 CAMERON STREET, SUITE #1<br>LAS VEGAS, NV 89103<br>myoder@aisinfo.com |
| RUSSELL AD DEVELOPMENT GROUP, LLC<br>P.O. BOX 28216<br>SCOTTSDALE, AZ 85255<br><br>ROBERT A. RUSSELL<br>8585 EAST HARTFORD DR., SUITE 500<br>SCOTTSDALE, AZ 85255<br>r.russell@industrialwest.com | ANNEE NOUNNA<br>8057 LANDS END COURT<br>LAS VEGAS, NV 89117-7635<br>Bella8049@aol.com |
| ROBERT L. HAGMAIER<br>15254 CANDLEWOOD COURT<br>LAKE OSWEGO, OR 97035<br>rhagmaier@fwg.com | |
| **[PROPOSED] COUNSEL FOR THE FOLLOWING TWO INVESTOR COMMITTEES: Equity Security Holders of USA Capital First Trust Deed Fund, LLC and Equity Security Holders of USA Capital Diversified Trust Deed Fund;** ||
| JEFFREY H. DAVIDSON<br>FRANK A. MEROLA<br>EVE H. KARASKI<br>STUTMAN, TREISTER & GLATT, P.C.<br>1901 AVENUE OF THE STARS, 12TH FLOOR<br>LOS ANGELES, CA 90067 | JAMES PATRICK SHEA<br>CANDACE C. CARLYON<br>SHEA & CARLYON, LTD.<br>233 S. FOURTH STREET, 2ND FLOOR<br>LAS VEGAS, NV 89101 |
| **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.** ||
| ROBERT E. TAYLOR<br>1535 FLYNN ROAD<br>CAMARILLO, CA 93012<br><br>C/O CHUCK HEINRICHS<br>198 EL PAJARO<br>NEWBURY PARK, CA 91320<br>chuckhein@earthlink.net | JOHN WARNER JR., IRA<br>C/O FIRST SAVINGS BANK<br>2605 EAST FLAMINGO RD<br>LAS VEGAS, NV 89121<br><br>JOHN H. WARNER, JR.<br>2048 NORTH CHETTRO TRAIL<br>ST. GEORGE, UT 84770<br>wqfl@aol.com |

3
Master Service List For Limited Notice #1 Dated May 25, 2006

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| MARY E. AND MATTHEW J. MORO, JTWROS<br>1009 8TH ST<br>MANHATTAN BEACH, CA 90266<br>maryellen.moro@verizon.net | RICHARD G. WOUDSTRA REVOCABLE TRUST<br>RICHARD G. WOUDSTRA, TTEE<br>P.O. BOX 530025<br>HENDERSON, NV 89053 |
| WEN BALDWIN SEPARATE PROPERTY TRUST<br>365 DOOLEY DRIVE<br>HENDERSON, NV 89015 | JERRY T. MCGIMSEY<br>3115 SOUTH EL CAMINO RD.<br>LAS VEGAS, NV 89146-6621<br>jtmacg@earthlink.net |
| RICHARD HOROWITZ<br>5 FIR DR.<br>KINGS POINT, NY 11024<br>RAH1800@aol.com | |

**COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.**

| | |
|---|---|
| ROBERT G. WORTHEN<br>1112 WORTHEN CIR.<br>LAS VEGAS, NV 89145<br>robertworthen@earthlink.net | KATZ 2000 SEPARATE PROPERTY TRUST<br>SARA M. KATZ, MANAGING TRUSTEE<br>4250 EXECUTIVE SQUARE, #670<br>SAN DIEGO, CA 92037<br>skatz@katzandassociats.com |
| THOMAS C. LAWYER FAMILY TRUST<br>45 VENTANA CANYON DR.<br>LAS VEGAS, NV 89113<br>tclawyer@trane.com | MARJAN RUTAR<br>4043 CHALFONT COURT<br>LAS VEGAS, NV 89121 |
| CHARLES O. NICHOLS AND FLORA A. NICHOLS<br>2561 SEASCAPE DR.<br>LAS VEGAS, NV 89128<br>harleynicols@cox.net | ROBERT H. MANSFIELD<br>3611 VICTORY AVENUE<br>LAS VEGAS NV 89121-7224 |

**COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY**

| | |
|---|---|
| FERTITTA ENTERPRISES, INC.<br>2960 W. SAHARA AVE., SUITE 200<br>LAS VEGAS, NV 89102<br><br>WILLIAM J. BULLARD<br>FERTITTA ENTERPRISES, INC.<br>P.O. BOX 27555<br>LAS VEGAS, NV 89126-1555<br>bbullard@gordonbiersch.com | HELMS HOMES, LLC<br>C/O TERRY HELMS<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107<br>amillionaire4u@earthlink.net |

| | |
|---|---|
| TERRY HELMS LIVING TRUST<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107<br>amillionaire4u@earthlink.net | DENNIS FLIER, INC. DEFINED BENEFIT TRUST<br>20155 PORTO VITA WAY #1803<br>AVENTURA, FL 33180<br>dsfom1@aol.com |
| ARTHUR POLACHECK AND GLORIANNE POLACHECK<br>2056 WOODLAKE CIR.<br>DEERFIELD BEACH FL 33442<br>artclassics@bellsouth.net | JAMES W. MCCOLLUM & PAMELA P. MCCOLLUM<br>1011 F. AVENUE<br>CORONADO, CA 92118<br>james@mccollum@aol.com |
| HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY<br>SUITE N-409<br>POMPANO BEACH, FL 33062<br><br>C/O EDWARD W. HOMFELD<br>858 BISHOP ROAD<br>GROSSE POINTE PARK, MI 48230<br>nhomfeld@gmacc.com | |

**GOVERNMENTAL and REGULATORY ENTITIES**

| | |
|---|---|
| NEVADA MORTGAGE LENDING DIVISION<br>ATTN: SUSAN ECKHARDT<br>3075 EAST FLAMINGO #100<br>LAS VEGAS, NV 89121<br>seckhardt@mld.nv.gov | U.S. SECURITIES AND EXCHANGE COMMISSION<br>ATTN: SANDRA W. LAVIGNA.<br>5670 WILSHIRE BLVD., 11TH FLOOR<br>LOS ANGELES, CA 90036-3648 |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K. STREET, N.W.<br>WASHINGTON, D.C. 20005-4026 | DEPARTMENT OF EMPLOYMENT TRAINING<br>EMPLOYMENT SEC DIV, CONTRIBUTIONS SECTION<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713-0030 |
| DMV AND PUBLIC SAFETY RECORDS SECTION<br>555 WRIGHT WAY<br>CARSON CITY, NV 89711-0250 | EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY DESK<br>9790 GATEWAY DRIVE<br>RENO, NV 89521-5906 |
| NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS, NV 89101 | INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 |

| | |
|---|---|
| SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY, NV 89701 | NV DEPARTMENT OF TAXATION<br>REVENUE DIVISION<br>CAPITOL COMPLEX<br>CARSON CITY, NV 89710-0003 |
| OFFICE OF LABOR COMMISSIONER<br>555 EAST WASHINGTON AVE., SUITE 4100<br>LAS VEGAS, NV 89101 | U.S. ATTORNEY<br>DISTRICT OF NEVADA<br>323 LAS VEGAS BLVD. SO, #5000<br>LAS VEGAS, NV 89101 |
| UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>P.O. BOX 683 – BEN FRANKLIN STATION<br>WASHINGTON, D.C. 20044 | DISTRICT COUNSEL<br>INTERNAL REVENUE SERVICE<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 |
| INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 | FHA/HUD<br>DISTRICT OFFICE<br>333 NORTH RANCHO DR., #700<br>LAS VEGAS, NV 89106-3797 |
| DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE AND CLAIMS<br>3225 NORTH CENTRAL<br>PHOENIX, AZ 85012 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155-1220 |
| CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>P.O. BOX 551401<br>LAS VEGAS, NV 89155-1401 | |
| **NOTICES OF APPEARANCE/REQUESTS FOR NOTICE** | |
| DON TOMLIN<br>C/O DAVID W. MOUNIER<br>15316 SKY HIGH ROAD<br>ESCONDIDO, CA 92025 | MARYETTA BOWMAN<br>534 ENCHANTED LAKES DRIVE<br>HENDERSON, NV 89052 |
| EDWARD W. HOMFELD<br>HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY, SUITE N-409<br>POMPANO BEACH, FLORIDA 33062 | RICHARD MCKNIGHT, ESQ.<br>LAW OFFICES OF RICHARD MCKNIGHT<br>330 S. THIRD STREET, #900<br>LAS VEGAS, NV 89101 |
| RJ ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TX 76248 | MARGIE GANDOLFO<br>1724 ARROW WOOD DRIVE<br>RENO, NV 89521 |
| / / / | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

6

Master Service List For Limited Notice #1 Dated May 25, 2006

| | |
|---|---|
| JANNY CATHARINA BROUWER<br>2533 KINNARD AVENUE<br>HENDERSON, NV 89074 | ROBERT R. KINAS, ESQ.<br>JENNIFER L. McBEE<br>SNELL & WILMER, LLP<br>3800 HOWARD HUGHES PKWY., #1000<br>LAS VEGAS, NV 89109 |
| MICHAEL R. SHULER<br>C/O JAY R. EATON<br>EATON & O'LEARY, PLLC<br>115 GROVE AVENUE<br>PRESCOTT, AZ 86301 | KERMIT KRUSE<br>2710 ALBANY AVENUE<br>DAVIS, CA 95616 |
| KELLY J. BRINKMAN, ESQ.<br>GOOLD PATTERSON, ALEX & DAY<br>4496 SOUTH PECOS ROAD<br>LAS VEGAS, NV 89121<br>kbrinkman@gooldpatterson.com | JANET L. CHUBB, ESQ.<br>JONES VARGAS<br>100 WEST LIBERTY STREET, 12TH FLOOR<br>P.O. BOX 281<br>RENO, NV 89504-0281<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com |
| MARTIN B. WEISS, ESQ.<br>THE GARRETT GROUP, LLC<br>ONE BETTERWORLD CIRCLE, SUITE 300<br>TEMECULA, CA 92590 | ATTILA JEFZENSZKY<br>1720 COLAVITA WAY<br>RENO, NV 89521 |
| VINCE DANELIAN<br>C/O EDWARD J. HANIGAN, ESQ.<br>199 N. ARROYO GRANDE BLVD., #200<br>HENDERSON, NV 89074 | WILLIAM L. MCGIMSEY, ESQ.<br>601 EAST CHARLESTON BLVD.<br>LAS VEGAS, NV 89104<br>lawoffices601@lvcoxmail.com |
| PAUL & DONNA JACQUES<br>810 SE 7TH STREET, A103<br>DEERFIELD BEACH, FL 33441 | PETER BOLINO<br>17412 SERENE DRIVE<br>MORGAN HILL, CA 95037 |
| STAN WOLKEN<br>Send notice to:<br>bayareastan@yahoo.com | SEAN NAJARIAN, ESQ.<br>THE NAJARIAN LAW FIRM<br>283 S. LAKE AVENUE, SUITE 205<br>PASADENA, CA 91101<br>sean@nlf.la |

/ / /

/ / /

/ / /

7

Master Service List For Limited Notice #1 Dated May 25, 2006

| | |
|---|---|
| SCOTT D. FLEMING<br>HALE LANE PEEK DENNISION AND HOWARD<br>3930 HOWARD HUGHES PARKWAY, 4TH FLOOR<br>LAS VEGAS, NV  89109<br>sfleming@halelane.com | NILE LEATHAM<br>JAMES B. MACROBBIE<br>KOLESAR & LEATHAM, CHTD<br>3320 WEST SARAHA AVE., SUITE 380<br>LAS VEGAS, NV  89102-3202<br>nleatham@klnevada.com<br>jmacrobbie@klnevada.com |
| LAUREL E. DAVIS<br>LIONEL SAWYER & COLLINS<br>1700 BANK OF AMERICA PLAZA<br>300 SOUTH FOURTH  STREET<br>LAS VEGAS, NV  89101<br>ldavis@lionelsawyer.com<br>bklsclv@lionelsawyer.com<br>gbagley@lionelsawyer.com<br>ldavisesq@aol.com | GILBERT B. WEISMAN<br>BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA  19355-0701 |
| CARYN S. TIJSSELING<br>BEESLEY, PECK & MATTEONI, LTD<br>5011 MEADOWOOD MALL WAY, #300<br>RENO, NV  89502 | NICHOLAS J. SANTORO<br>400 SOUTH FOURTH STREET 3RD FLOOR<br>LAS VEGAS, NV  89101<br>NSantoro@Nevadafirm.com |
| JED A. HART<br>ANGELO, GORDON & CO.<br>245 PARK AVENUE, 26TH FLOOR<br>NEW YORK, NY  10167<br>jhart@angelogordon.com | BRADLEY J. STEVENS<br>ROBBINS & GREEN, P.A.<br>3300 NORTH CENTRAL AVENUE, SUITE 1800<br>PHOENIX, AZ  85012 |
| CiCi CUNNINGHAM, JAMES A. KOHL<br>CHRISTINE ROBERTS<br>RAWLINGS, OLSON, CANNON, GORMLEY & DESRUISSEAUX<br>9950 WEST CHEYENNE AVE.<br>LAS VEGAS, NV 89129 | GERALD M. GORDON<br>THOMAS H. FELL<br>GORDON & SILVER, LTD<br>3960 HOWARD HUGHES PARKWAY, 9TH FLOOR<br>LAS VEGAS, NV  89109<br>thf@gordonsilver.com |

/ / /

/ / /

/ / /

8

Master Service List For Limited Notice #1 Dated May 25, 2006

| | |
|---|---|
| FRANKLIN C. ADAMS<br>BEST BEST & KRIEGER LLP<br>3750 UNIVERSITY AVE.<br>P.O. BOX 1028<br>RIVERSIDE, CA  92502-1028 | JEFFREY G. SLOANE<br>REGINA M. McCONNELL<br>KRAVITZ, SCHNITZER, SLOANE, JOHNSON, & EBERHARDY, CHTD.<br>1389 GALLERIA DR., SUITE 200<br>HENDERSON, NV  89014<br>rmcconnell@kssattorneys.com<br>jsloane@kssattorneys.com |
| KEVIN B. CHRISTENSEN<br>XANNA R. HARDMAN<br>7440 W. SAHARA AVE.<br>LAS VEGAS, NV  89117<br>KBChrislaw@aol.com | RICHARD MASON<br>PATRICIA K. SMOOTS<br>MICHAEL M. SCHMAHL<br>McGUIRE WOODS, LLP<br>77 WEST WACKER DR., SUITE 4100<br>CHICAGO, IL  60601<br>rjmason@mcquirewoods.com<br>psmoots@mcquirewoods.com<br>mschmahl@mcquirewoods.com |
| DONALD T. POLEDNAK<br>7371 PRAIRIE FALCON, SUITE 120<br>LAS VEGAS, NV  89128 | PETER SUSI<br>JAY L. MICHAELSON<br>MICHAELSON, SUSI & MICHAELSON<br>SEVEN WEST FIGUEROA ST. 2ND FLOOR<br>SANTA BARBARA, CA  93101-3191<br>peter@msmlaw.com<br>jay@msmlaw.com |
| JOAN C. WRIGHT<br>ALLISON, MacKENZIE, RUSSELL, PAVLAKIS, WRIGHT & FAGAN, LTD.<br>402 NORTH DIVISION STREET<br>P.O. BOX 646<br>CARSON CITY, NV 89702 | BAY COMMUNITIES<br>C/O CHRIS el<br>4800 NO. FEDERAL HIGHWAY, SUITE A205<br>BOCA RATON, FL  33431 |
| ERVEN T. NELSON<br>BOLICK & BOYER<br>6060 W. ELTON AVENUE, SUITE A<br>LAS VEGAS, NV  89107 | MATTHEW Q. CALLISTER<br>CALLISTER & REYNOLDS<br>823 LAS VEGAS BOULEVARD SOUTH<br>LAS VEGAS, NV  89101 |
| ANDREW WELCHER<br>c/o NORDMAN CORMANY HAIR & COMPTON LLP<br>ATTN:  WILLIAM E. WINFIELD, ESQ.<br>1000 TOWN CENTER DRIVE, 6TH FLOOR<br>P.O. BOX 9100<br>OXNARD, CA 93031<br>wwinfield@nchc.com | ROBERT VERCHOTA, GENERAL PARTNER<br>R&N REAL ESTATE INVESTMENTS, LP<br>c/o JEFFREY A. COGAN<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV  89108<br>jeffrey@jeffreycogan.com |

Master Service List For Limited Notice #1 Dated May 25, 2006

| | | |
|---|---|---|
| 1 | LAW OFFICES OF JAMES G. SCHWARTZ<br>JOSHUA D. BRYSK, ESQ.<br>7901 STONERIDGE DRIVE, SUITE 401<br>PLEASANTON, CA  94588 | SCOTT K. CANEPA<br>CANEPA, RIEDY & RUBINO<br>851 S. RAMPART BLVD. #160<br>LAS VEGAS, NV  89145<br>scanepa@defectlawyers.com<br>gmuscari@defectlawyers.com<br>scottcanepa@yahoo.com |
| 6 | JOHN F. MURTHA<br>WOODBURN & WEDGE<br>SIERRA PLAZA<br>6100 NEIL ROAD, STE. 500<br>P.O. BOX 2311<br>RENO, NV  89505<br>jmurtha@woodburnandwege.com | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122