

Entered on Docket
June 05, 2006

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY AND RETAIN RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR ALL DEBTORS)**<br><br>Date: May 18, 2006<br>Time: 9:30 a.m. |

P:\USA Commercial Mortgage\Pleadings\Employment Application RQN\Order Employ RQN Commercial.doc                                         - 1 -

1   USA Commercial Mortgage Company, ("Debtor"), having filed an Application to Employ Ray, Quinney & Nebeker, PC ("RQN") as Counsel for the Debtors (the "RQN Application"); the Application having been noticed to all creditors, investors and parties in interest; Debtor having been represented by Annette W. Jarvis, of Ray, Quinney & Nebeker, P.C. and Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm; other appearances having been made upon the record; the Court having considered the objections on file and the oral objections having been made in Court; the Court considering the offer by RQN to limit their employment to the same length of time as the interim employment of Thomas Allison and Mesirow Financial Interim Management, LLC and to seek employment of standby conflict counsel; and good cause appearing, it is hereby

ORDERED as follows:

1.  The Application is granted with the following limitations.

2.  RQN is required to apply to this Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court. Subject to this Court's approval, the Debtor proposes to pay RQN at their customary hourly rates in effect from time to time as set forth in the Application, and as may be directed and allocated by Court order.

3.  The retainer that RQN received and held as of the date of the petition of the Debtor shall be held and applied to their allowed final compensation and expense reimbursement and any unused portion shall be returned to the Debtor. The fees and costs for pre-petition services paid from the retainer as well as the fees and costs for post-petition services are subject to review and approval by this Court.

4.  The Court will consider an extension of the employment of RQN on July 27, 2006 at 9:30 a.m.

///

///

///

///

5. Notice of this Order shall be given as required by the Court's Order Limiting Notice.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

/s /Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Attorneys for Debtor and Debtor-In-Possession

Approved/Disapproved by:

Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

###