

**Entered on Docket
June 05, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE<br>COMPANY,<br><br>                                Debtor. | Case Nos. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY AND RETAIN SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL FOR ALL DEBTORS)**<br><br>Date: May 18, 2006<br>Time: 9:30 a.m. |

_(left margin, vertical text)_ SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    USA Commercial Mortgage Company ("Debtor"), having filed the Application by Debtor

2   and Debtor In Possession for Authority to Retain and Employ Schwartzer & McPherson Law Firm

3   ("S&M") as counsel Under General Retainer (the "Application"); the Application having been

4   noticed to all creditors, investors and parties in interest; Debtor having been represented by

5   Annette W. Jarvis, of Ray, Quinney & Nebeker, P.C. and Lenard E. Schwartzer, Esq. of

6   Schwartzer & McPherson Law Firm; other appearances having been made upon the record; the

7   Court having considered the objections on file and the oral objections having been made in Court;

8   the Court considering the offer by S&M to limit their employment to the same length of time as

9   the interim employment of Thomas Allison and Mesirow Financial Interim Management, LLC and

10  to seek employment of standby conflict counsel; and good cause appearing, it is hereby

11      ORDERED that the Application is granted with the following limitations:

12     1.     S&M is required to apply to this Court for allowance of compensation and

13  reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the

14  Bankruptcy Rules and the Local Rules of this Court. Subject to this Court's approval, the Debtor

15  proposes to pay S&M at their customary hourly rates in effect from time to time as set forth in the

16  Application, and as may be directed and allocated by Court order;

17     2.     The retainer that S&M received and held as of the date of the petition of the Debtor

18  shall be held and applied to their allowed final compensation and expense reimbursement and any

19  unused portion shall be returned to the Debtor. The fees and costs for pre-petition services paid

20  from the retainer as well as the fees and costs for post-petition services are subject to review and

21  approval by this Court;

22     3.     The Court will consider an extension of the employment of S&M on July 27, 2006

23  at 9:30 a.m.; and

24  / / /

25  / / /

26  / / /

27  / / /

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    4.    Notice of this Order shall be given as required by the Court's Order Limiting

2    Notice.

3    Submitted by:

4    Annette W. Jarvis, Utah Bar No. 1649
     RAY QUINNEY & NEBEKER P.C.
5    36 South State Street, Suite 1400
     P.O. Box 45385
6    Salt Lake City, Utah 84145-0385

7
     and
8

9    /s/ Jeanette E. McPherson
10   Lenard E. Schwartzer, Nevada Bar No. 0399
     Jeanette E. McPherson, Nevada Bar No. 7423
11   SCHWARTZER & MCPHERSON LAW FIRM
     2850 South Jones Boulevard, Suite 1
12   Las Vegas, Nevada  89146
     Attorneys for Debtor and Debtor-In-Possession
13

14
     Approved/Disapproved by:
15

16
     Office of the U.S. Trustee
17   300 Las Vegas Boulevard South, Suite 4300
     Las Vegas, NV  89101
18

19                                                ###

20

21

22

23

24

25

26

27

28