|   |   |
|---|---|
| **ROBBINS & GREEN, P.A.**<br>3300 NORTH CENTRAL AVENUE<br>SUITE 1800<br>PHOENIX, ARIZONA 85012<br>TELEPHONE (602) 248-7632<br>FACSIMILE (602) 248-1860<br>EMAIL bjs@rglaw.com<br>BRADLEY J. STEVENS, ESQ. (#006723) | RECEIVED AND FILED<br><br>2006 JUN -2 P 1:49<br><br>PATRICIA GRAY, CLERK |

ATTORNEYS FOR Lou O. Maldonado, Trustee for the benefit of the Maldonado Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case Nos. BK-S-06-10726-LBR through BK-S-06-10729-LBR<br><br>(Jointly Administered)<br><br>Chapter 11 |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor. | **NOTICE OF CHANGE OF ADDRESS/AFFILIATION** |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| In re:<br><br>USA SECURITIES, LLC,<br><br>    Debtor. | |

307980

-1-

Affects:

☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Pursuant to L.R.Civ 83.3(d), the Clerk of the Court, the assigned Judge, and all parties appearing in this action, are notified that counsel for Lou O. Maldonado, Trustee for the benefit of the Maldonado Trust, Bradley J. Stevens, will relocate and affiliate with the following firm at the following address, effective June 5, 2006:

> Bradley J. Stevens
> Jennings, Strouss & Salmon, P.L.C.
> The Collier Center, 11th Floor
> 201 East Washington Street
> Phoenix, Arizona 85004-2385
> Tel.: (602) 262-5955
> Fax: (602) 495-2729
> bstevens@jsslaw.com

Counsel requests that all further orders, pleadings, correspondence and communications be directed to them in accordance with this revised information.

DATED this 30th day of May, 2006.

ROBBINS & GREEN, P.A.

By: /s/ Bradley J. Stevens

Bradley J. Stevens, Esq.
3300 North Central Avenue
Suite 1800
Phoenix, Arizona 85012
Attorneys for BMW Financial Services NA, LLC

307980

-2-

| | |
|---|---|
| 1 | COPIES of the foregoing mailed this 30th day of May, 2006, to: |
| 2 | |
| 3 | Annette W. Jarvis, Esq.<br>Steven C. Strong, Esq.<br>Ray Quinney & Nebeker P.C. |
| 4 | 36 South State Street, Suite 1400<br>P.O. Box 45385 |
| 5 | Salt Lake City, UT 84145-0385<br>Attorneys for Debtors |
| 6 | |
| 7 | Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>Schwartzer & McPherson Law Firm |
| 8 | 2850 South Jones Boulevard, Suite 1<br>Las Vegas, NV 89146-5308 |
| 9 | Attorneys for Debtors |
| 10 | August Landis<br>Office of the U.S. Trustee |
| 11 | 600 Las Vegas Boulevard, South<br>Suite 430 |
| 12 | Las Vegas, NV 89101 |

*[signature]*

307980

-3-