Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on June 5, 2006

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **NOTICE OF FILING OF 13-WEEK CASH FORECAST**<br>**(AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date:  June 21, 2006<br>Time:  9:30 a.m. |

1

1  USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty
2  Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust
3  Deed Fund, LLC (collectively, the "Debtors") hereby file the attached 13-Week Cash Forecast.
4  This spreadsheet provides an updated cash forecast for the specified 13-week period.
5  Respectfully submitted this 5th day of June, 2006.

/s/    JEANETTE E. MCPHERSON
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

**USA Commercial Mortgage Company, et al.**
**13-Week Cash Forecast**
*($ in thousands)*

**13-Week Cash Forecast**
Week Ending

| | 6/4/2006 | 6/11/2006 | 6/18/2006 | 6/25/2006 | 7/2/2006 | 7/9/2006 | 7/16/2006 | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | Total 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **USA Commercial Mortgage** | | | | | | | | | | | | | | |
| **Cash Collections** | | | | | | | | | | | | | | |
| *Collections* | | | | | | | | | | | | | | |
| Loan Origination Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $900.0 | $0.0 | $0.0 | $0.0 | $0.0 | $900.0 |
| Other Collections | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.1 | 0.0 | 0.0 | 0.0 | 0.0 | 14.1 |
| Permanent Loan Closing Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Collection of Pre-Paid Interest from Borrowers | 0.0 | 10,308.8 | 0.0 | 4,803.1 | 1,118.6 | 0.0 | 148.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16,379.0 |
| Interest Income from Collections Account | 0.0 | 0.0 | 0.0 | 0.0 | 333.3 | 0.0 | 0.0 | 0.0 | 0.0 | 722.8 | 0.0 | 0.0 | 0.0 | 1,056.1 |
| Reimbursed Expenses from USA Capital Realty | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 125.0 | 0.0 | 0.0 | 0.0 | 125.0 | 0.0 | 0.0 | 0.0 | 250.0 |
| *Loan Servicing Collections* | | | | | | | | | | | | | | |
| Estimated Service Fees | 0.0 | 310.9 | 8.0 | 228.9 | 122.8 | 0.0 | 286.0 | 0.0 | 0.0 | 3.2 | 274.6 | 0.0 | 0.0 | 1,234.5 |
| Outstanding Origination, Extension and Closing Fees | 0.0 | 36.5 | 277.5 | 629.4 | 640.5 | 0.0 | 101.9 | 0.0 | 0.0 | 203.8 | 183.8 | 0.0 | 0.0 | 2,073.3 |
| **Total Cash Collections Operating Accounts** | $0.0 | $10,656.2 | $285.5 | $5,661.4 | $2,215.2 | $125.0 | $536.4 | $0.0 | $914.1 | $1,054.7 | $458.4 | $0.0 | $0.0 | $21,906.9 |
| **Cash Disbursements** | | | | | | | | | | | | | | |
| Origination Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $6.5 | $0.0 | $0.0 | $0.0 | $0.0 | $6.5 |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| Salaries & Wages | 0.0 | 60.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 285.0 |
| Payroll Related Benefits | 7.4 | 10.2 | 0.0 | 7.7 | 6.3 | 7.7 | 0.0 | 7.7 | 0.0 | 14.0 | 0.0 | 7.7 | 0.0 | 68.4 |
| Rent | 49.0 | 0.0 | 0.0 | 0.0 | 49.0 | 0.0 | 0.0 | 0.0 | 0.0 | 49.0 | 0.0 | 0.0 | 0.0 | 147.0 |
| Office Operating Disbursements | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 195.0 |
| Other Operating Disbursements | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 260.0 |
| **Total Operating Disbursements** | $91.4 | $105.2 | $35.0 | $87.7 | $90.3 | $87.7 | $35.0 | $87.7 | $41.5 | $143.0 | $35.0 | $87.7 | $35.0 | $961.9 |
| **Bankruptcy Related Disbursements** | | | | | | | | | | | | | | |
| Professional Fees (see schedule for detail) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $2,586.2 | $0.0 | $0.0 | $0.0 | $839.7 | $3,426.0 |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.0 | 0.0 | 0.0 | 0.0 | 9.0 | 18.0 |
| *Other* | | | | | | | | | | | | | | |
| Employee Retention Costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Noticing Agent | 0.0 | 112.5 | 0.0 | 0.0 | 69.4 | 0.0 | 0.0 | 0.0 | 0.0 | 82.6 | 0.0 | 0.0 | 0.0 | 264.5 |
| Appraisal Fees | 0.0 | 100.0 | 0.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 300.0 |
| Other (security) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Post-Petition Financing* | | | | | | | | | | | | | | |
| Fees for Post-Petition Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Legal Counsel Fees & Disbursements | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Bankruptcy Related Disbursements** | $0.0 | $212.5 | $0.0 | $0.0 | $169.4 | $0.0 | $0.0 | $0.0 | $2,695.2 | $82.6 | $0.0 | $0.0 | $848.7 | $4,008.4 |
| **Total Cash Disbursements Operating Accounts** | $91.4 | $317.7 | $35.0 | $87.7 | $259.7 | $87.7 | $35.0 | $87.7 | $2,736.8 | $225.5 | $35.0 | $87.7 | $883.7 | $4,970.4 |
| **NET CHANGE IN CASH** | ($91.4) | $10,338.6 | $250.5 | $5,573.7 | $1,955.5 | $37.4 | $501.4 | ($87.7) | ($1,822.7) | $829.2 | $423.4 | ($87.7) | ($883.7) | $16,936.6 |
| **Cash Position - USA Commercial Mortgage Estate** | | | | | | | | | | | | | | |
| Total Cash and Cash Equivalents at Beginning of Period | $1,377.3 | $1,286.0 | $11,624.6 | $11,875.0 | $17,448.8 | $19,404.3 | $19,441.6 | $19,943.0 | $19,855.4 | $18,032.7 | $18,861.9 | $19,285.3 | $19,197.6 | $1,377.3 |
| Pre-Petition Cash Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net (Decrease) Increase in Cash and Cash Equivalents | (91.4) | 10,338.6 | 250.5 | 5,573.7 | 1,955.5 | 37.4 | 501.4 | (87.7) | (1,822.7) | 829.2 | 423.4 | (87.7) | (883.7) | 16,936.6 |
| **Total Cash DIP Operating Account at End of Period** | $1,286.0 | $11,624.6 | $11,875.0 | $17,448.8 | $19,404.3 | $19,441.6 | $19,943.0 | $19,855.4 | $18,032.7 | $18,861.9 | $19,285.3 | $19,197.6 | $18,313.9 | $18,313.9 |
| Estate Funds in Collections Account | $10,308.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total USA Commercial Mortgage Estate Cash Balance** | $11,594.8 | $11,624.6 | $11,875.0 | $17,448.8 | $19,404.3 | $19,441.6 | $19,943.0 | $19,855.4 | $18,032.7 | $18,861.9 | $19,285.3 | $19,197.6 | $18,313.9 | $18,313.9 |

**USA Commercial Mortgage Company, et al.**
**13-Week Cash Forecast**
*($ in thousands)*

### 13-Week Cash Forecast

| Additional Accounts | 6/4/2006 | 6/11/2006 | 6/18/2006 | 6/25/2006 | 7/2/2006 | 7/9/2006 | 7/16/2006 | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | Total 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **USA Capital Realty Advisors - DIP Operating Account** | | | | | | | | | | | | | | |
| Beginning Cash Balance | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 |
| Management Fees Collected (DTDF) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 125.0 | 0.0 | 0.0 | 0.0 | 125.0 | 0.0 | 0.0 | 0.0 | 250.0 |
| Expense Reimbursement due USA CMC | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (250.0) |
| Ending Cash Balance | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 |
| **USA Securities - DIP Operating Account** | | | | | | | | | | | | | | |
| Cash Balance USA Securities | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 |
| **Diversified Trust - DIP Operating Account** | | | | | | | | | | | | | | |
| Beginning Cash Balance DTDF | $706.8 | $706.8 | $706.8 | $706.8 | $706.8 | $706.8 | $581.8 | $581.8 | $581.8 | $441.8 | $316.8 | $316.8 | $316.8 | $706.8 |
| Cash Payment for Professional Fees [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 140.0 | 0.0 | 0.0 | 0.0 | 160.0 | 300.0 |
| Management Fees Paid by DTDF | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 125.0 | 0.0 | 0.0 | 0.0 | 125.0 | 0.0 | 0.0 | 0.0 | 250.0 |
| Ending Cash Balance DTDF | $706.8 | $706.8 | $706.8 | $706.8 | $706.8 | $581.8 | $581.8 | $581.8 | $441.8 | $316.8 | $316.8 | $316.8 | $156.8 | $156.8 |
| **First Trust - DIP Operating Account** | | | | | | | | | | | | | | |
| Beginning Balance FTDF | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($180.0) | ($180.0) | ($180.0) | ($180.0) | $0.0 |
| Cash Payment for Professional Fees [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 180.0 | 0.0 | 0.0 | 0.0 | 160.0 | 340.0 |
| Ending Cash Balance FTDF | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($180.0) | ($180.0) | ($180.0) | ($180.0) | ($340.0) | ($340.0) |
| **Collections Account** | | | | | | | | | | | | | | |
| Beginning Balance Collections Account (Investor Funds) | $60,797.2 | $60,797.2 | $68,508.0 | $79,343.4 | $110,347.8 | $174,095.5 | $174,095.5 | $185,126.0 | $185,126.0 | $185,126.0 | $193,356.8 | $207,491.7 | $207,491.7 | $60,797.2 |
| Estimated Interest Due Investors | 0.0 | 3,921.3 | 171.7 | 1,369.1 | 2,047.7 | 0.0 | 3,620.7 | 0.0 | 0.0 | 42.0 | 3,529.8 | 0.0 | 0.0 | 14,702.3 |
| Expected Principal Return | 0.0 | 179.1 | 10,500.0 | 28,495.2 | 59,775.0 | 0.0 | 4,075.0 | 0.0 | 0.0 | 8,150.0 | 7,350.0 | 0.0 | 0.0 | 118,524.3 |
| Total Account Collections | $0.0 | $8,021.7 | $10,843.4 | $31,233.3 | $63,870.5 | $0.0 | $11,316.5 | $0.0 | $0.0 | $8,234.1 | $14,409.6 | $0.0 | $0.0 | $147,929.0 |
| Interest Payments to Investors | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Service Fees to USA CMC | 0.0 | 310.9 | 8.0 | 228.9 | 122.8 | 0.0 | 286.0 | 0.0 | 0.0 | 3.2 | 274.6 | 0.0 | 0.0 | 1,234.5 |
| Total Disbursements | $0.0 | $310.9 | $8.0 | $228.9 | $122.8 | $0.0 | $286.0 | $0.0 | $0.0 | $3.2 | $274.6 | $0.0 | $0.0 | $1,234.5 |
| Ending Balance Collections Account (Investor Funds) | $60,797.2 | $68,508.0 | $79,343.4 | $110,347.8 | $174,095.5 | $174,095.5 | $185,126.0 | $185,126.0 | $185,126.0 | $193,356.8 | $207,491.7 | $207,491.7 | $207,491.7 | $207,491.7 |
| Beginning Balance Collections Account (Estate Funds) | $10,308.8 | $10,308.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $10,308.8 |
| Interest Income to Estate [b] | 0.0 | 0.0 | 0.0 | 0.0 | 333.3 | 0.0 | 0.0 | 0.0 | 0.0 | 722.8 | 0.0 | 0.0 | 0.0 | 1,056.1 |
| Transfer of Income Interest to Estate | 0.0 | 0.0 | 0.0 | 0.0 | (333.3) | 0.0 | 0.0 | 0.0 | 0.0 | (722.8) | 0.0 | 0.0 | 0.0 | (1,056.1) |
| Transfer of Pre-Paid Interest Collected from Borrowers | 0.0 | (10,308.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (10,308.8) |
| Ending Balance Collections Account (Estate Funds) | $10,308.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance Collections Account (Total) | $71,106.0 | $68,508.0 | $79,343.4 | $110,347.8 | $174,095.5 | $174,095.5 | $185,126.0 | $185,126.0 | $185,126.0 | $193,356.8 | $207,491.7 | $207,491.7 | $207,491.7 | $207,491.7 |
| **Investors Account** | | | | | | | | | | | | | | |
| Cash Balance Investors Account | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 |
| *Executory Contract Committee Cash Due* [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 160.0 | 0.0 | 0.0 | 0.0 | 160.0 | 320.0 |

Notes:
a. Source of payment for investor and fund committees will be via surcharge or some other source yet to be determined.
b. Assumes investment in 1 month Treasuries at 4.75%, the yield as of 6/2/06, United States Department of the Treasury, http://www.treas.gov.

**USA Commercial Mortgage Company, et al.**
**13-Week Cash Forecast**
*($ in thousands)*

**13-Week Cash Forecast**
Week Ending

| Supplemental Schedules - Professional Fees | 6/4/2006 | 6/11/2006 | 6/18/2006 | 6/25/2006 | 7/2/2006 | 7/9/2006 | 7/16/2006 | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | Total 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Debtor Professional Fees (as incurred)** | | | | | | | | | | | | | | |
| Financial Advisor Fees & Disbursements | $200.0 | $200.0 | $180.0 | $165.0 | $140.0 | $140.0 | $140.0 | $140.0 | $140.0 | $100.0 | $100.0 | $100.0 | $100.0 | $1,845.0 |
| Legal Counsel Fees & Disbursements | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 650.0 |
| Local Counsel | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 216.7 |
| PR Firm | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 9.8 |
| Other Legal Professionals | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 65.0 |
| **Committee Professionals (as incurred)** | | | | | | | | | | | | | | |
| Unsecured Creditors Committee | | | | | | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 325.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 275.0 |
| Weekly Accrual for USA CMC Professional Fees | $297.4 | $297.4 | $302.4 | $287.4 | $262.4 | $262.4 | $262.4 | $262.4 | $262.4 | $222.4 | $222.4 | $222.4 | $222.4 | $3,386.4 |
| *Cash Payment for USA CMC Professional Fees* | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $2,586.2 | $0.0 | $0.0 | $0.0 | $839.7 | $3,426.0 |
| Equity Security Holders of USA Capital FTDF | | | | | | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 325.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 300.0 |
| Weekly Accrual for FTDF Professional Fees | $25.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $625.0 |
| *Cash Payment for FTDF Professional Fees* | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | 180.0 | $0.0 | $0.0 | $0.0 | 160.0 | $340.0 |
| Equity Security Holders of USA Capital DTDF | | | | | | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 300.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 275.0 |
| Weekly Accrual for DTDF Professional Fees | $0.0 | $25.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $575.0 |
| *Cash Payment for DTDF Professional Fees* | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | 140.0 | $0.0 | $0.0 | $0.0 | 160.0 | $300.0 |
| Holders of Executory Contract Rights | | | | | | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 325.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 275.0 |
| Weekly Accrual for Executory Committee Professional Fees | $25.0 | $25.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $600.0 |
| *Cash Payment for Executory Committee Professional Fees* | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | 160.0 | $0.0 | $0.0 | $0.0 | 160.0 | $320.0 |
| Total Accrual Amount for Bankruptcy Professional Fees | $347.4 | $397.4 | $452.4 | $437.4 | $412.4 | $412.4 | $412.4 | $412.4 | $412.4 | $372.4 | $372.4 | $372.4 | $372.4 | $5,186.4 |
| Total Cash Payment for Bankruptcy Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $3,066.2 | $0.0 | $0.0 | $0.0 | $1,319.7 | $4,386.0 |