# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re:
    USA COMMERCIAL MORTGAGE COMPANY, Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by FRANK A. MEROLA and the appointment of CANDACE C. CARLYON as designated Nevada Counsel in this case is approved.

Dated: 6/6/06                                                BY THE COURT

                                                             Patricia Gray
                                                             Clerk of the Bankruptcy Court