# United States Bankruptcy Court
### District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re:
   USA COMMERCIAL MORTGAGE COMPANY, Debtor(s)

---

ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by DOUGLAS M. MONSON is approved.

Dated: 6/6/06                          BY THE COURT

                                                          Patricia Gray
                                                          Clerk of the Bankruptcy Court