**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Scott K. Brown AZ State Bar No. 020390
Email: sbrown@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on June 6, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>    06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727 | **EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR APPLICATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LEWIS AND ROCA LLP AS COUNSEL FOR THE CREDITORS COMMITTEE OF USA COMMERCIAL MORTGAGE COMPANY** |
| **USA Capital First Trust Deed Fund, LLC**<br>    06-10728 | |
| **USA Securities, LLC**<br>    06-10729 | |
| **Debtors.** | Date: N/A<br>Time: N/A<br>**Affecting:**<br>¨  All Cases<br>**or Only:**<br>×  USA Commercial Mortgage Company<br>¨  USA Capital Realty Advisors, LLC<br>¨  USA Capital Diversified Trust Deed Fund, LLC<br>¨  USA Capital First Trust Deed Fund, LLC |

The Official Committee of Unsecured Creditors for USA Commercial Mortgage Company (the "Committee"), by and through its proposed attorneys, Lewis and Roca LLP, filed their Application by Official Committee of Unsecured Creditors to Employ Lewis

1742086.1

and Roca LLP as Counsel for the Creditors Committee (the "Application"). This Ex Parte Application for Order Shortening Time to Hear the Application is made and based upon Fed. R. Bankr. P. 9006, the following memorandum of points and authorities, the Declaration of Rob Charles, Attorney Information Sheet filed contemporaneously herewith, and the papers and pleadings on file herein, judicial notice of which is respectfully requested.

WHEREFORE, the Committee respectfully requests that this Honorable Court grant this ex parte application and issue an order shortening time to hear the Application at the Omnibus Hearing on June 15, 2006 (the "June 15 Hearing"), and for such other and further relief as the Court deems just and proper.

DATED June 6, 2006.

LEWIS AND ROCA LLP

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Proposed Attorneys for the Official
Committee of Unsecured Creditors for
USA Commercial Mortgage Company*

1742086.1

**LEWIS AND ROCA LLP**
**LAWYERS**

# DECLARATION OF ROB CHARLES

I, Rob Charles, declare under penalty of perjury:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify in this matter, could and would do so.

2. I am a partner with the law firm of Lewis and Roca LLP, counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), and duly licensed to practice law in the States of Nevada and Arizona.

3. On April 13, 2005 (the "Petition Date"), USA Commercial Mortgage Company ("USA Mortgage"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC ("USA Diversified"), and USA Capital First Trust Deed Fund, LLC ("USA First" and, collectively with USA Mortgage, USA Securities, USA Realty, and USA Diversified, the "Debtors") filed voluntary petitions for relief under Chapter 11, Title 11 of the United States Code.

4. On May 16, 2006, a Notice of Appointment of Official Committee of Unsecured Creditors for USA Commercial Mortgage Company was filed by the Office of the U.S. Trustee.

5. The Committee had considered retaining the firm over some time, interviewed the firm on May 26, 2006, and on June 1, 2006, the Committee formally decided to retain Lewis and Roca as its counsel.

6. An omnibus hearing has been scheduled for June 15, 2006, at which time certain motions and applications are scheduled to be heard, including:

   **9:30 a.m.**
   - **Motion for Relief from Stay Property: Loan Servicing Agreement for Direct Loan to Boise/Gowan, LLC [DE 292, 294]**

1742086.1

- **Debtor's Motion to Temporarily Hold Funds Pending a Determination of the Proper Recipients [DE 173] (continued from 6/05/05)**

**10:00 a.m.**

- **Direct Lenders' Motions: (1) Motion to Compel Debtor to Continue to Forward Lender Payment to Direct Lenders; and (2) to Delay or Prohibit Appraisals on Performing Loans [DE 215] (continued from 6/05/06)**
- **Motion Regarding PDG's Disbursement of Interest Payments to Debtor [324]**

7. As this Court is well aware, the Chapter 11 Cases are moving forward at an extraordinary pace, and therefore it is critical that the Committee be thoroughly represented with regard to the numerous pending motions and applications. As such, it is necessary that the Application be heard at the June 15 Hearing at 9:30 a.m. Notably, the Office of the U.S. Trustee, counsel for the above-captioned Debtors, and counsel for the Committees who have appeared through counsel have agreed to have the Application on shortened time.

I make this declaration under penalty of perjury of the laws of the United States.

DATED June 6, 2006.

/s/ RC (#0006593)
Rob Charles

## LEGAL ARGUMENT

Section 105, Title 11 U.S. Code (the "Bankruptcy Code") allows this Court to issue such orders as are necessary to carry out the provisions of this title. Fed. R. Bankr. P. 9006(c)(I) generally permits a Bankruptcy Court, for cause shown and in its discretion, to reduce the period during which any notice is given in accordance with the Bankruptcy Rules. Bankruptcy Rule 9006(c)(I) provides as follows:

> Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

11 U.S.C.§ 105. Local Rule 9006 provides further authority for shortening the time for a hearing. According to Local Rule 9006(b), every motion for an order shortening time must be accompanied by an affidavit stating the reasons for an expedited hearing. As set forth in the Charles Declaration, there is a compelling reason for an expedited hearing.

Local Rule 9006 requires the moving party to submit an Attorney Information Sheet indicating whether opposing counsel was provided with notice, whether opposing counsel consented to the hearing on an order shortening time, the date counsel was provide with notice and how notice was provided or attempted to be provided. An attorney Information Sheet was filed contemporaneously with this ex parte motion.

1742086.1



## CONCLUSION

WHEREFORE, the Committee respectfully requests that this Honorable Court grant this ex parte application and issue an order shortening time to hear the Application and for such other and further relief as the Court deems just proper.

DATED June 6, 2006.

                              LEWIS AND ROCA LLP


By:   /s/ RC (#0006593)
       Susan M. Freeman
       Rob Charles
       *Proposed Attorneys for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

1742086.1