**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Scott K. Brown AZ State Bar No. 020390
Email: sbrown@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on June 6, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC** 06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10727 | **ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR APPLICATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LEWIS AND ROCA LLP AS COUNSEL FOR THE CREDITORS COMMITTEE OF USA COMMERCIAL MORTGAGE COMPANY** |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | |
| **USA Securities, LLC** 06-10729 | |
| **Debtors.** | Date: N/A<br>Time: N/A<br>**Affecting:**<br>¨ All Cases<br>**or Only:**<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC |

1742155.1



As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below.

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| August B. Landis, Esq.<br>Office of the U.S. Trustee | 6/5/06 | X | |
| Gregory Garman, Esq.<br>Gordon & Silver, Ltd. | 6/5/06 | X | |
| Frank Merola, Esq.<br>Stutman, Treister & Glatt | 6/5/06 | X | |
| Greg Garman<br>Executory Contract Committee | 6/5/06 | X | |
| Annette Jarvis<br>Debtors' Counsel | 6/5/06 | X | |

DATED June 6, 2006.

LEWIS AND ROCA LLP

By:   /s/ RC (#0006593)
   Susan M. Freeman
   Rob Charles
   *Proposed Attorneys for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

1742155.1