**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on June 6, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Scott K. Brown AZ State Bar No. 020390
Email: sbrown@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** 06-10726 | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR APPLICATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LEWIS AND ROCA LLP AS COUNSEL FOR THE CREDITORS COMMITTEE OF USA COMMERCIAL MORTGAGE COMPANY** |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10727 | |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | |
| **USA Securities, LLC** 06-10729 | |
| **Debtors.** | |
| | Date: N/A Time: N/A **Affecting:** ¨ All Cases **or Only:** × USA Commercial Mortgage Company ¨ USA Capital Realty Advisors, LLC ¨ USA Capital Diversified Trust Deed Fund, LLC ¨ USA Capital First Trust Deed Fund, LLC |

1742160.1

LEWIS AND ROCA LLP
LAWYERS

1  Rob Charles, Esq., of Lewis and Roca LLP, proposed attorneys for Official
2  Committee of Unsecured Creditors of USA Commercial Mortgage Company (the
3  "Committee") under penalties of perjury, hereby declares:

4  1. An application by Official Committee of Unsecured Creditors to Employ
5  Lewis and Roca LLP as Counsel for the Creditors' Committee has been filed on June 1,
6  2006.

7  2. An Ex Parte Application for Order Shortening Time to Hear Application by
8  Official Committee of Unsecured Creditors to Employ Lewis and Roca LLP as Counsel
9  for the Creditors' Committee [DE 504] has been filed on June 6, 2006.

10 3. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(I) and LR
11 9006(a).

12 4. A hearing is currently scheduled on this matter on June 15, 2006 at 9:30 a.m.
13 to hear other motions and holding a hearing on the application at the same time would
14 serve the interest of judicial economy.

15 5. No known party opposes hearing the motion on shortened time.
16 DATED June 6, 2006.

17 LEWIS AND ROCA LLP

19 By:  /s/ RC (#0006593)
20 Susan M. Freeman
   Rob Charles
21 *Proposed Attorneys for the Official
   Committee of Unsecured Creditors for
   USA Commercial Mortgage Company*

2

1742160.1