**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Scott K. Brown AZ State Bar No. 020390
Email: sbrown@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on June 6, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** | Chapter 11 Cases |
| 06-10725 – Lead Case | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** | |
| 06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** | Date: N/A |
| 06-10727 | Time: N/A |
| | **Affecting:** |
| **USA Capital First Trust Deed Fund, LLC** | ¨ All Cases |
| 06-10728 | **or Only:** |
| | × USA Commercial Mortgage Company |
| **USA Securities, LLC** | ¨ USA Capital Realty Advisors, LLC |
| 06-10729 | ¨ USA Capital Diversified Trust Deed Fund, LLC |
| **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, proposed attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following documents:

    A) Application by Official Committee of Unsecured Creditors to Employ Lewis and Roca LLP as Counsel for the Creditors Committee [DE 438];

1742363.1



    B)    Verified Statement of Rob Charles Pursuant to Bankruptcy Rules 2014 in Support of Application of Unsecured Creditors to Employ Lewis and Roca LLP as Counsel for the Committee [DE 439].

2.   I Served the above-named documents by the following means to the persons as listed below:

    A)    ECF System to the persons listed on Exhibit A, on June 1, 2006;

    B)    U.S. Mail, postage prepaid, or E-mail on June 5, 2006 to all persons listed on the Master Service List on file with this Court not included in A) above.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of June, 2006.

                                      /s/ Christine E. Laurel
                                      Christine E. Laurel

1742363.1