Goldsmith & Guymon, P.C.
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
E-mail: mguymon@goldguylaw.com
Damon K. Dias, Esq.
Nevada Bar No. 8999
Email: ddias@goldguylaw.com
2055 N. Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Mountain West Mortgage, LLC

E-Filed on June 6th, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

USA CAPITAL REALTY ADVISORS, LLC,

    Debtor.

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

    Debtor.

USA CAPITAL FIRST TRUST DEED FUND, LLC,

    Debtor.

USA SECURITIES, LLC,

    Debtor.

Affects:

■ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed fund, LLC

BK-S-06-10725 LBR
BK-S-06-10726 LBR
BK-S-06-10727 LBR
BK-S-06-10728 LBR
BK-S-06-10729 LBR

Chapter 11

**STATEMENT OF GOLDSMITH & GUYMON, P.C. PURSUANT TO BANKRUPTCY RULE 2019 (AFFECTS ALL DEBTORS)**

Hearing Date: n/a
Hearing Time: n/a

I, Marjorie A. Guymon, Esq., declare, under penalty of perjury, and state as follows:

-1-

1.   I am an attorney licensed to practice law in the state of Nevada and am a shareholder of the law firm of Goldsmith & Guymon, P.C. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.   Shelley D. Krohn, a shareholder at Goldsmith & Guymon, P.C., and Damon K. Dias, an associate at Goldsmith & Guymon, P.C., and I are the attorneys primarily responsible for representing the following parties in connection with the above-captioned cases:

    A.   Mountain West Mortgage, LLC
         Attn: Tom Jurballa
         630 Trade Center Drive
         Las Vegas, NV 89119

The representation of this client is based on direct loans it made, as power of attorney for several individual investors identified in Exhibits A & B, to borrowers in one or more of various real property development projects currently being serviced by USA Commercial Mortgage Company, namely Lerin Hills and Marlton Square, which are secured by deeds of trust. The direct loans were made on December 7, 2005 and August 11, 2005, respectively. The amounts of the loans were $12,900,000.00 and $30,000,000.00 respectively.

    B.   Michael W. Gortz
         7820 Emerald Harbor Ct.
         Las Vegas, NV 89128

The representation of this client is based on the direct loan (believed to be for $100,000.00) made to Marlton Square, which is represented above and secured by deed of trust, as well as an investment in one or both of the Trust Deed Funds totaling $100,000.00. The $100,000.00 investments is believed to have been made on or around April 8, 2006. The status of the investment is unknown at this time, and a request for an accounting has been made to Debtor's counsel.

    C.   Frank Raymond Lee
         POBox 14023
         Las Vegas, NV 89114

The representation of this client is based on his investment in one or both of the Trust Deed funds. The date and amount of investments are unknown at this time, and shall be disclosed to the Court once that information is available.

. . . .

. . . .

      D.      Roam Development Group, LP
             c/o Rice, Silbey Reuther & Sullivan, LLP
             3960 Howard Hughes Parkway, Suite 700
             Las Vegas, NV 89109

The representation of this client is based on the fact that it is a borrower under a Promissory Note Secured by Deed of Trust. The purpose of the loan taken by Roam Development Group, LP (Roam) was so that Roam could develop the Fairways Project (condominiums) in Galveston, Texas. The lenders in this particular transaction are listed in the attached Exhibit C. The loan is secured by deeds of trust, and is currently being serviced by USA Commercial Mortgage Company. The note securing the loan which Roam received in this matter is believed to have been executed on or about march 23, 2005. The total amount, principal and interest included, outstanding on the note is unknown at this time, but shall be disclosed as that information becomes available. Counsel is holding the monthly payment of $436,325.06 pending the entry of an this Court's order of the May 18, 2006 hearing arising out of the Debtor's Motion to Execute Releases and Accept Loan Proceeds.

      3.      I filed this statement as soon as was it was feasible, given the complexity of the case and the issues involved herein.

      4.      A supplement shall be filed to this statement once all of the relevant information is available.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of June, 2006.

**GOLDSMITH & GUYMON, P.C.**

_____
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
Damon K. Dias, Esq.
Nevada Bar No. 8999
2055 N. Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Mountain West Mortgage, LLC, Michael W. Gortz
        Frank Raymond Lee and Roam Development Group, LP

X:\MAG\Client Matters\BK Clients\USA Capital 5864-4\Rule 2019 Statement.wpd