| | |
|---|---|
| JANET L. CHUBB, ESQ.<br>Nevada State Bar No. 176<br>LOUIS M. BUBALA III, ESQ.<br>Nevada State Bar No. 8974<br>JONES VARGAS<br>100 W. Liberty St, 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281<br>Telephone:  775-786-5000<br>Fax:  775-786-1177<br>Email:  jlc@jonesvargas.com<br>  and   tbw@jonesvargas.com<br>  and   lbubala@jonesvargas.com<br><br>Attorneys for Certain Direct Lenders | *Electronically Filed on June 6, 2006* |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                           Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                           Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                           Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                           Debtor.<br><br>USA SECURITIES, LLC,<br>                                           Debtor.<br><br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter      11<br><br>**ERRATA TO DIRECT LENDERS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY -- §362 INFORMATION SHEET (AFFECTS USA COMMERCIAL MORTGAGE CO.)**<br><br>Old Hearing Date:   June 5, 2006<br>New Hearing Date:  June 15, 2006<br>Hearing Time:           9:30 am |

1  On May 11, 2006, certain Direct Lenders filed a Motion for Relief from the Automatic Stay, and inadvertently the §362 Information Sheet was omitted from the Exhibits. Attached is the §362 Information Sheet, which is Exhibit 6 to the Motion.

DATED this 6th day of June, 2006.

JONES VARGAS

By: \_\_\_\_//s// Janet L. Chubb_____
JANET L. CHUBB, ESQ.
LOUIS M. BUBALA, ESQ.

Attorneys for Certain Direct Lenders

## * * § 362 INFORMATION SHEET * *

USA Commercial Mortgage Company      BK-S-06-10725-LBR
DEBTOR      BANKRUPTCY #     MOTION #
Certain Direct Lenders      CHAPTER: 11
MOVANT

***Certification of Attempt to Resolve the Matter Without Court Action***
*Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(5), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.*

*Date: 6/6/06      Signature: //s// Janet L. Chubb*

PROPERTY INVOLVED IN THIS MOTION: various real property securing direct loans brokered by Debtors
NOTICE SERVED ON: Debtor(s)_____; Debtor's counsel __xx__; Trustee_____;
DATE OF SERVICE: 5-11-06

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st unknown-but not relevant | 1st |
| 2nd | 2nd |
| 3rd | 3rd |
| 4th | 4th |
| Other | Other: |
| Total Encumbrances: unknown. | Total Encumbrances |
| APPRAISAL of OPINION as to VALUE: | APPRAISAL of OPINION as to VALUE: |
| This motion is not based on lack of equity in the property | |
| TERMS of MOVANT'S CONTRACT with the DEBTOR(S): | DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT: |
| Amount of Note: various | . |
| Interest Rate: various | . |
| Duration: | . |
| Payment per Month: unknown | . |
| Date of Default: unknown | . |
| Amount in Arrears: unknown | . |
| Date of Notice of Default: n/a . | . |
| SPECIAL CIRCUMSTANCES: These various deeds of trust held by certain direct lenders have not been properly handled by the Debtors as the service agent for the loans involved. Debtors have admitted their failure. Since these deeds of trust secure loans the movants made directly to the borrowers, they are not part of the bankruptcy estate and relief from the automatic stay should be granted. | SPECIAL CIRCUMSTANCES: |
| SUBMITTED BY: Janet L. Chubb . | SUBMITTED BY: |
| SIGNATURE: //s// Janet L. Chubb . | SIGNATURE: |

MLS-Sec-362-Inf-12-00.wpd (District of Nevada)      "EXHIBIT 6"

# CERTIFICATE OF SERVICE

1. On June 6, 2006, I served the following document(s):

**ERRATA TO DIRECT LENDERS' MOTION
TO OBTAIN RELIEF FROM AUTOMATIC STAY
-- §362 INFORMATION SHEET
(AFFECTS USA COMMERCIAL CO.)**

2. I served the above-named document(s) by the following means to the persons as listed below:

   : a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com;sbrown@lrlaw.com
- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com
- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE**
  cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com
- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- **THOMAS H. FELL**
  THF@GORDONSILVER.COM BANKRUPTCYNOTICES@GORDONSILVER.COM
- **SCOTT D. FLEMING**
  sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com
- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com
- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com
- **EDWARD J. HANIGAN**
  haniganlaw@earthlink.net haniganlaw1@earthlink.net

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com
- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com
- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com
- **ANNETTE W JARVIS**
- **ROBERT R. KINAS**
  rkinas@swlaw.com
  mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com
- **NILE LEATHAM**
  nleatham@klnevada.com ckishi@klnevada.com;bankruptcy@klnevada.com
- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com
- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com
  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- **DAVID MINCIN**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com
- **DONNA M. OSBORN**
  jinouye@marquisaurbach.com
  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@MarquisAurbach.com
- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com
- **PAUL C RAY**
  info@johnpeterlee.com
- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com
- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com
- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com

aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com  rmcconnell@kssattorneys.com
- **PETER SUSI**
  cheryl@msmlaw.com  msm@msmlaw.com
- **CARYN S. TIJSSELING**
  cst@beesleyandpeck.com  aha@beesleyandpeck.com
- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com  jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

: b. **United States mail, postage fully prepaid** (list persons and addresses):

**JOSHUA D BRYSK**
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

**RICHARD J. MASON**
130 PINETREE LANE
RIVERWOODS, IL 60015

**ANNETTE W JARVIS**
**DOUGLAS M MONSON**
**STEVEN C. STRONG**
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE ST STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

**ERVEN T NELSON**
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

**ERVEN T NELSON**
7401 W CHARLESTON BLVD
LAS VEGAS, NV 89117

**NICHOLAS J SANTORO**
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

**MICHAEL M. SCHMAHL**
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

|   |   |
|---|---|
| 1 | **JAMES G SCHWARTZ** |
| 2 | 7901 STONERIDGE DR #401<br>PLEASANTON, CA 94588 |
| 3 |   |
| 4 | **PATRICIA K. SMOOTS**<br>318 N GROVE |
| 5 | OAK PARK, IL 60302 |
| 6 | **BRADLEY J STEVENS** |
| 7 | JENNINGS, STROUSS & SALMON, PLC<br>201 EAST WASHINGTON STREET, 11^(TH) FLOOR<br>PHOENIX, AZ  85004-2385 |
| 8 |   |
| 9 | **GREGORY J WALCH**<br>400 S FOURTH ST 3RD FLOOR |
| 10 | LAS VEGAS, NV 89101 |
| 11 | **WILLIAM E WINFIELD**<br>POB 9100 |
| 12 | OXNARD, CA 93031 |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177

    ❾ c.   **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

    ❾   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ❾   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    ❾ d.   **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    ❾ e.   **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

    ❾ f.   **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to

a messenger for service.  (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 6th day of June, 2006.

   J. Englehart & Tawney Waldo                         //s// Tawney Waldo & J. Englehart
Name                                                         Signature

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

H:\Fs1Wp51\Direct Lenders-Beneficiaries\Pleadings\Mtn, Relief Stay-Change Agent, 5.2.06\Errata to Motion - Section 362 Info Sheet.doc