ELECTRONICALLY FILED
JUNE 6, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934 | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688 |
| Stutman, Treister & Glatt P.C. | 233 South Fourth Street, Second Floor |
| 1901 Avenue of the Stars, 12th Floor | Las Vegas, Nevada 89101 |
| Los Angeles, California 90067 | Telephone: (702) 471-7432 |
| Telephone: (310) 228-5600 | Facsimile: (702) 471-7435 |
| Facsimile: (310) 228-5788 | |
| Email:    fmerola@stutman.com | Email:    jshea@sheacarlyon.com |
|          ekarasik@stutman.com |          ccarlyon@sheacarlyon.com |
|          cpajak@stutman.com |          ssherman@sheacarlyon.com |

[Proposed] Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br>        Debtor. | BK-S-06-10725-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>        Debtor. | BK-S-06-10726-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>        Debtor. | BK-S-06-10727-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>        Debtor. | BK-S-06-10728-LBR <br> Chapter 11 |
| In re: <br> USA SECURITIES, LLC, <br>        Debtor. | BK-S-06-10729-LBR <br> Chapter 11 |
| Affects <br><br> ☒ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☐ USA First Trust Deed Fund, LLC | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE RE VERIFIED PETITION(S) FOR PERMISSION TO PRACTICE IN THESE CASES ONLY BY ATTORNEYS NOT ADMITTED TO THE BAR OF THIS COURT [THESE CASES ONLY] [FRANK A. MEROLA, EVE H. KARASIK, CHRISTINE ML PAJAK & ANDREW M. PARLEN, STUTMAN, TREISTER & GLATT]; & DESIGNATION OF LOCAL COUNSEL**

391682v1

1    I HEREBY CERTIFY that on the 5TH day of JUNE, 2006 I served
2  the following document:

3
    (1) VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THESE
4   CASES ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS
    COURT (AFFECTS ALL DEBTORS) (FRANK A. MEROLA, STUTMAN,
5   TREISTER & GLATT);

6
    (2) VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THESE
    CASES ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS
7   COURT (AFFECTS ALL DEBTORS) (EVE H. KARASIK, STUTMAN,
    TREISTER & GLATT);
8

9   (3) VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THESE
    CASES ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS
10  COURT (AFFECTS ALL DEBTORS) (CHRISTINE M. PAJAK, STUTMAN,
    TREISTER & GLATT);
11

12  (4) VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THESE
    CASES ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS
13  COURT (AFFECTS ALL DEBTORS) (ANDREW M. PARLEN, STUTMAN,
    TREISTER & GLATT);
14

15  (5) DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO
    (AFFECTS ALL DEBTORS) (FRANK A. MEROLA);
16
    (6) DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO
17  (AFFECTS ALL DEBTORS) (EVE H. KARASIK);

18
    (7) DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO
19  (AFFECTS ALL DEBTORS) (CHRISTINE M. PAJAK); AND

20  (8) DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO
    (AFFECTS ALL DEBTORS) (CHRISTINE M. PAJAK)
21

22    I served the above named document(s) by the following means
23  to the persons as listed below:

24    ☐ a. ECF System.

25    ☒ b. United States mail, postage full prepaid to the
26  following:  See Attached Rider.

27    ☐ c. Personal service.

28       I personally delivered the documents to the persons
    at these addresses:

391682v1                           2

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of JUNE, 2006.

*/s/ Joanne E. Metcalf/*
Joanne C. Metcalf, an employee of STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION.

391682v1                           3

USA Commercial Mortgage Company
Service List
5870-000
Doc. No. 390939

Debtors
USA Commercial Mortgage Co., et al.
Attn: Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Attys for Debtors
Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 So. State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Attys for Debtors
Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 So. Jones Blvd., Suite 1
Las Vegas, NV 89146-5308

Office of the U.S. Trustee
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

**USA COMMERCIAL MORTGAGE COMPANY UNSECURED CREDITORS' COMMITTEE**

Bunch, Dell
1909 Red Robin Court
Las Vegas, NV 89134

Dell Bunch dba Loan Partners Capital
Attn: Donald R. Walker
9209 Eagle Hills Drive
Las Vegas, NV 89134-6109

Russell Ad Development Group, LLC
P.O. BOX 28216
Scottsdale, AZ 85255

Russell/AD Development Group, LLC
Attn: Robert A. Russell
8585 E. Hartford Dr., Ste. 500
Scottsdale, AZ 85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117-7635

Advanced Information System
Attn: Michael T. Yoder
4270 Cameron St., Suite 1
Las Vegas, NV 89103

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR 97035

**USA CAPITAL REALTY ADVISORS, LLC UNSECURED CREDITORS**

Kummer, Kampfer, Bonner & Renshaw
3800 Howard Hughes Pkwy.
7th Floor
Las Vegas, NV 89109

Intershow
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

**USA SECURITIES, LLC UNSECURED CREDITORS**

James Hull
c/o Signature Financial
2601 Airport Drive
Torrance, CA 90505

R. Hagmaier
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Tim Rich
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

**USA CAPITAL DIVERSIFIED TRUST DEED FUND 20 LARGEST EQUITY INTERESTS**

Robert Worthen
1112 Worthen Circle
Las Vegas, NV 89145

Katz 2000 Separate Property Trust
Sara M. Katz,
Managing Trustee
4250 Executive Square, #670
San Diego, CA 92037

Thomas C. Lawyer Family Trust
Atn: Thomas C. Lawyer
45 Ventana Canyon Dr.
Las Vegas, NV 89113

Charles O. Nichols and Flora A. Nichols
2561 Seascape Drive
Las Vegas, NV 89128

Jerry T. McGimsey
3115 S. El Camino Road
Las Vegas, NV 89146-6621

Robert Hardy
6510 Ansonia Court
Las Vegas, NV 89118-1874

Frank Weinman
2947 Pinehurst Drive
Las Vegas, NV 89109

**USA CAPITAL FIRST TRUST DEED FUND COMMITTEE**

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

Robert E. Taylor
c/o Chuck Heinrichs
198 El Pajaro
Newbury Park, CA 91320

John Warner Jr., IRA
C/O First Savings Bank
2605 East Flamingo Rd
Las Vegas, NV 89121

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT 84770-5345

Mary Ellen Moro
1009 – 8th Street
Manhattan Beach, CA 90266

Richard G. Woudstra Revoc. Trust
Richard G. Woudstra Trustee
P.O. Box 530025
Henderson, NV 89053

Wen Baldwin Separate
Property Trust u/a/d 9/2/97
Wen Baldwin, Trustee
365 Dooley Drive
Henderson, NV 89015

John Goings
P.O. Box 174
Masonville, CO 80541

Joseph S. Congress
9900 Wilbur May Parkway, #802
Reno, NV 89521-4008

Richard Horowitz
5 Fir Drive
Kings Point, NY 11024

**USA COMMERCIAL MORTGAGE CO.
EXECUTORY CONTRACTS
DIRECT LENDER COMMITTEE**

Fertitta Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

William J. Bullard
Fertitta Enterprises, Inc.
P.O. Box 27555
Las Vegas, NV 89126-1555

Helms Homes, LLC
Atn: Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107

Terry R. Helms Living Trust 11/94
Atn: Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107

Homfeld II, LLC
Atn: Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI 48230

Arthur Polacheck
2056 Woodlake Circle
Deerfield Beach, FL 33442

Dennis Flier, Inc. Defined
Benefit Trust Dated 6/29/87
Atn: Dennis Flier
20155 Porto Vita Way, #1803
Aventura, FL 33180

James W. McCollum & Pamela P. McCollum
1011 F Avenue
Coronado, CA 92118

**REQUEST FOR SPECIAL NOTICE**

Don Tomlin
c/o David W. Mounier
15316 Sky High Rd.
Escondido, CA 92025

Edward M. Homfeld
Homfeld II, LLC
777 S. Federal Highway
Suite N-409
Pompano Beach, FL 33062

RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Janny Catharina Brouwer
2533 Kinnard Ave.
Henderson, NV 89074

Michael R. Shuler
c/o Jay R. Eaton
Eaton & O'Leary, PLLC
115 Grove Avenue
Prescott, AZ 86301

Maryetta Bowman
534 Enchanted Lakes Dr.
Henderson, NV 89052

Richard McKnight Esq.
Law Offices of Richard McKnight
330 S. Third St., #900
Las Vegas, NV 89101

Margie Gandolfo
1724 Arrow Wood Dr.
Reno, NV 89521

Robert R. Kinas, Esq.
Meridith J. Strand, Esq.
Snell & Wilmer, LLP
3800 Howard Hughes Pkwy, #1000
Las Vegas, NV 89109

Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

Kelly J. Brinkman, Esq.
Goold Patterson Ales & Day
4496 S. Pecos Road
Las Vegas, NV 89121

Martin A. Weiss, Esq.
One Betterworld Circle
Suite 300
Temecula, CA 92590

Vince Danelian
c/o Edward J. Hanigan, Esq.
199 N. Arroyo Grande Blvd, #200
Henderson, NV 89074

Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL 33441

J. Donnolo et al c/o Janet Chubb, Esq.
Jones Vargas
100 W. Liberty St., 12th Floor
P. O. Box 281
Reno, NV 89504-0281

Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

William L. McGimsey, Esq.
601 E. Charleston Blvd.
Las Vegas, NV 89104

Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

STAN WOLKEN
Send notice to:
bayareastan@yahoo.com

Franklin C. Adams, Esq.
Best Best & Krieger, LLP
3750 University Ave. #400
P.O. Box 1028
Riverside, CA 92502-1028

Jeffrey G. Sloane
Regina M. McConnell
Kravitz, Schnitzer, Sloane, Johnson et al.
1389 Galleria Dr., Suite 200
Henderson, NV 89014

Attys/Prospect High Inc. Fund, et al.
C. Cunningham/J. Kohl
Rawlings Olson Cannon, et al.
9950 W. Cheyenne Ave.
Las Vegas, NV 89129

Laurel L. Davis, Esq.
Lionel Sawyer & Collins
300 S. Fourth St., #1700
Las Vegas, NV 89101

Scott K. Canepa, Esq.
Canepa, Riedy & Rubino
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

S&J Enterprise Invest.
c/o Caryn S. Tijsseling, Esq.
Beesley, Peck & Matteoni, Ltd.
5011 Meadowood Mall Way, Ste. 300
Reno, NV 89502

R. Mason/P. Smoots/M. Schmahl
McGuire Woods LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601

Regina M. McConnell, Esq.
Kravitz, Schnitzer, Sloane, et al.
1389 Galleria Dr., Ste. 200
Henderson, NV 89014

Community Bank of Nevada
c/o Donald T. Polednak, Esq.
Sylvester & Polednak, Ltd.
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128

Bank of America
c/o Scott D. Fleming, Esq.
Hale Lane Peek Dennison Howard
3930 Howard Hughes Pkwy. 4th Fl
Las Vegas, NV 89109

Miklos Steuer c/o
N. Leatham/J. MacRobbie
Kolesar & Leatham, Chtd.
3320 W. Sahara Ave., Ste. 380
Las Vegas, NV 89102

American Express Bank FSB
c/o Gilbert B. Weisman, Esq.
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Rodney Roloff
c/o Law Offices Of James G. Schwartz
Attn: James G. Schwartz/Joshua D. Brysk
7901 Stoneridge Drive, Ste. 401
Pleasanton, CA 94588

Franklin/Stratford Investment LLC
c/o Deaner, Deaner,, Scann et al.
Atn: Susan Scann/Paul Connaghan
720 So. Fourth Street, Ste. 300
Las Vegas, NV 89101

Robert Verchota, Gen. Partner
c/o R&N Real Estate Inv. LP
Attn: Jeffrey A. Cogan, Esq.
3990 Vegas Drive
Las Vegas, NV 89108

Andrew Welcher
c/o Nordman Cormany Hair & Compton
Attn: William E. Winfield, Esq.
1000 Town Center Dr., Sixth Fl.
P.O. Box 9100
Oxnard, CA 93031

John Michelsen/Gary Michelsen
c/o Woodburn & Wedge
Attn: John F. Murtha, Esq.
6100 Neil Road, Ste. 500
P.O. Box 2311
Reno, NV 89505

Jasper Benincasa Jr.
Flocerfida Benincasa
9359 Roping Cowboy Avenue
Las Vegas, NV 89178

Gordon & Silver, LTD.
Atn: Gregory E. Garman, Esq.
3960 Howard Hughes Pkwy, 9th Fl.
Las Vegas, NV 89109

Sean Najarian, Esq.
The Najarian Law Firm
283 S. Lake Ave., Suite 205
Pasadena, CA 91101

OTHER PARTIES:

Nevada Mortgage Lending Div.
Attn: Susan Eckhardt
3075 E. Flamingo #100
Las Vegas, NV 89121

U.S. Securities & Exchange Comm.
Attn: Sandra W. Lavigna.
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street N.W.
Washington, D.C. 20005-4026

DMV and Public Safety
Records Section
555 Wright Way
Carson City, NV 89711-0250

NV Dept. of Taxation
Bankruptcy Division
555 E. Washington #1300
Las Vegas, NV 89101

Secretary of State
State of Nevada
202 N. Carson Street
Carson City, NV 89701

Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

U.S. Securities & Exchange Comm.
Atn: Sarah D. Moyed, Esq.
5670 Wilshire Blvd. Ste. 1100
Los Angeles, CA 90036-3648

Dept. of Employment Training
Employ. Sec Div. Contribut. Sec.
500 East Third Street
Carson City, NV 89713-0030

Employers Ins. Co. of NV
Atn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

IRS
Atn: Bankruptcy Dept.
Stop 5028
110 City Parkway
Las Vegas, NV 89106

NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

U.S. Attorney
District of Nevada
323 Las Vegas Blvd. So. #5000
Las Vegas, NV 89101

U.S. Dept. of Justice
Tax Div. – Western Region
P.O. Box 683
Ben Franklin Station
Washington D.C. 20044

IRS
Ogden, UT 84201

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155-1401

District Counsel
IRS
110 City Parkway
Las Vegas, NV 89106

FHA/HUD District Office
333 N. Rancho Dr., #700
Las Vegas, NV 89106-3797

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

Kurt Hunsberger
3500 Lakeside Court, #200
Reno, NV 89520

Maryan Rutar
4043 Chalfont Court
Las Vegas, NV 89121

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV 89121-7224

Candace C. Carlyon, Esq.
Shea & Carlyon, Ltd.
233 S. Fourth St., Suite 200
Las Vegas, NV 89101

Thomas Fell/Matthew Zirzow
Gordon & Silver, Ltd.
3960 Howard Hughes Pk., 9th Fl.
Las Vegas, NV 89109

Robert C. LePome, Esq.
330 So. Third St., Ste. 1100B
Las Vegas, NV 89101

Nicholas J. Santoro
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Bradley J. Stevens
3300 N. Central Avenue
Phoenix, AZ 85012

CiCi Cunningham/James A. Kohl
Christine Roberts
Rawlings, Olson, Cannon, et al.
9950 West Cheyenne Ave.
Las Vegas, NV 89129

Bay Communities
c/o Chris El
4800 No. Federal Hwy., Ste. A205
Boca Raton, FL 33431

George Gorman
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Callister & Reynolds
Matthew Q. Callister
823 Las Vegas Blvd. South
Las Vegas, NV 89101

Gerald Gordon/Thomas Fell
Gordon & Silver, Ltd
3960 Howard Hughes Pkwy., 9th Fl,
Las Vegas, NV 89109

Gregory J. Walch
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Allison Mackenzie Russell, et al.
Joan C. Wright
402 N. Division St.
P.O. Box 646
Carson City, NV 89702

Kevin B. Christensen Chtd
c/o Kevin B. Christensen
Xanna P Hardman
7440 W. Sahara Ave.
Las Vegas, NV 89117

Peter Susi, Esq.
Michaelson, Susi & Michaelson
Seven W. Figueroa St., 2nd Floor
Santa Barbara, CA 93101

Greg Garman
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89109

Bolick & Boyer
Erven Nelson/Robert Bolick
6060 W. Elton Ave., Suite A
Las Vegas, NV 89107