David Mincin, Esq.
State Bar No. 5427
Richard McKnight, Esq.
State Bar No. 1313
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

**Efiled on June 7, 2006.**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor.<br>_____<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC.,<br><br>                                    Debtor.<br>_____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,<br><br>                                    Debtor.<br>_____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.,<br><br>                                    Debtor.<br>_____<br>In re:<br>USA SECURITIES, LLC.,<br><br>                                    Debtor.<br>_____<br>Affects:<br>   Q All Debtors<br>   Q USA Commercial Mortgage Company<br>   Q USA Securities, LLC<br>   Q USA Capital Realty Advisors, LLC<br>   Q USA Capital Diversified Trust Deed Fund, LLC<br>   Q USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR**<br><br><br>Date:<br>Time: |

## REQUEST FOR REMOVAL OF NOTIFICATION

Page 1 of 2

1  TO: THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES:

2      PLEASE TAKE NOTICE that David Mincin, Esq., dmincin@lawlasvegas.com of the Law

3  Offices Of Richard McKnight, P.C., hereby requests that his and only his email address as noted here

4  be deleted from the mailing matrix, service lists, all electronic/email lists and the automatic ECF

5  Summary email regarding the above referenced case only.

6      DATED this 6th day of June 2006

8                          LAW OFFICES OF RICHARD McKNIGHT, P.C.

10                         By: /s/ David Mincin
                             David Mincin, Esq.
11                              State Bar No. 5427
                             Richard McKnight, Esq.
12                              State Bar No. 1313
                             330 S. Third St., #900
13                              Las Vegas, NV 89101
                             Attorneys for Debtor