LEWIS AND ROCA LLP
3993 Ho[...]
Las Vega[...]
Facsimile
Telephone

40 North [...]
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Scott K. Brown AZ State Bar No. 020390
Email: sbrown@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

**Entered on Docket**
**June 07, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Jointly Administered |
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | **NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR APPLICATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LEWIS AND ROCA LLP AS COUNSEL FOR THE CREDITORS COMMITTEE OF USA COMMERCIAL MORTGAGE COMPANY** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | |
| **USA Securities, LLC**<br>06-10729 | |
| Debtors. | Date: June 15, 2006<br>Time: 9:30 a.m.<br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

1742223.1

This Court having considered the Ex Parte Application for Order Shortening Time to Hear Application of the Official Committee of Unsecured Creditors to Employ Lewis and Roca LLP as Counsel for the Creditors Committee of USA Commercial Mortgage Company, and good cause appearing therefore,

IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT THE Application of the Official Committee of Unsecured Creditors to Employ Lewis and Roca LLP as Counsel for the Creditors Committee of USA Commercial Mortgage Company (the "Application") be, and the same will be heard by a United States Bankruptcy Judge on the **15th day of June 2006 at 9:30 a.m.** A copy of the above-referenced Motion is on file with the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, NV 89101.

NOTICE IS FURTHER GIVEN that this hearing may be continued from time-to-time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof.

DATED June 6, 2006.

PREPARED AND SUBMITTED:

LEWIS AND ROCA LLP


By:   /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Proposed Attorneys for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

1742223.1