1  Thomas W. Stilley, Oregon State Bar No. 88316
   SUSSMAN SHANK LLP
2  1000 SW Broadway, Suite 1400
   Portland, OR 97205-3089
3  Telephone: (503) 227-1111
   Facsimile: (503) 248-0130
4  E-Mail: tom@sussmanshank.com

5  Attorneys for David Fossati

6

7

8           IN THE UNITED STATES BANKRUPTCY COURT

9              DISTRICT OF NEVADA (Las Vegas)

10 In re                              )   Case No. bk-s-06-10725
                                      )
11 USA CAPITAL REALTY ADVISORS, LLC   )
                                      )   REQUEST FOR ADDITION OF NAME
12                                    )   AND ADDRESS TO MATRIX, AND
                                      )   SPECIAL REQUEST FOR NOTICES
13                                    )
                                      )
14 _____)

15      Request is hereby made that the following names and addresses be added to the
16 master mailing matrix or Bankruptcy Automated Project (BANCAP), whichever is
17 appropriate, so that notice of proceedings might be received:
18

19      Thomas W. Stilley
        Sussman Shank LLP
20      1000 SW Broadway, Suite 1400
        Portland, OR 97205-3089
21

22
        Request also is hereby made that copies of all of the documents, pleadings,
23
   papers, and notices ("Documents") served by the Debtor, the Office of the U.S. Trustee,
24
   or by any committee in this case, and all Documents required to be sent under
25
   Bankruptcy Rule 2002, whether directed to parties in interest generally or to David
26

   **Page 1 of 2** - REQUEST FOR ADDITION OF NAME AND ADDRESS TO
   MATRIX, AND SPECIAL REQUEST FOR NOTICES



1   Fossati, specifically, be mailed to the parties at the address set forth above. The
2   foregoing request applies to the Documents mailed both before and after the last date
3   upon which Proofs of Claim may be filed.

4
    Dated this 5TH day of June, 2006.
5
                            SUSSMAN SHANK LLP
6
7                           By _____
                                Thomas W. Stilley, Oregon State Bar No. 88316
8                               Attorneys for David Fossati

9

10  F:\CLIENTS\18982\001\P-REQUEST FOR NOTICE.DOC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 2 of 2** - REQUEST FOR ADDITION OF NAME AND ADDRESS TO MATRIX, AND SPECIAL REQUEST FOR NOTICES

## CERTIFICATE OF SERVICE

I certify that on June 5, 2006, I served, by **first class mail**, a full and correct copy of the foregoing **REQUEST FOR ADDITION OF NAME AND ADDRESS TO MATRIX AND SPECIAL REQUEST FOR NOTICES**, to the interested parties of record, addressed as follows:

Annette W. Jarvis
PO Box 45385
36 South State Street, Suite 1400
Salt Lake City, UT  84145-0385
Attorneys for Debtor

Jeanette E. McPherson
2850 S. Jones Blvd., Suite 1
Las Vegas, NV  89146

Lenard E. Schwartzer
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV  89146

U.S. Trustee
300 Las Vegas Blvd.
Suite 4300
Las Vegas, NV  89101

Dated:    June 5, 2006

_____
Thomas W. Stilley, OSB No. 88316

Page 1 - CERTIFICATE OF SERVICE