Thomas R. Brooksbank, Esq., Nevada Bar No. 2674
BROOKSBANK & ASSOCIATES
689 Sierra Rose Drive, Suite A-2
Reno NV 89511
Tele: (775) 329-5230
Fax: (775) 828-5280
Email: tom@tombrooksbank.com

Attorney for Creditor Augustine Tuffanelli

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,                    Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                              Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,                    Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,                          Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                              Debtor. | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR<br>Case No.: BK-S-06-10728 LBR<br>Case No.: BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**Jointly Administered Under Case No. BK-S-06-10725 LBR**<br><br><br>**NOTICE OF APPEARANCE**<br><br>(No Hearing Required) |

Please take notice that Thomas R. Brooksbank, Esq., of Brooksbank & Associates hereby enters his appearance on behalf of Creditor AUGUSTINE TUFFANELLI.

Dated ___May 28, 2006____.

BROOKSBANK & ASSOCIATES


_____/s/ Thomas R. Brooskbank_____
THOMAS R. BROOKSBANK, ESQ.
Attorneys for Creditor Augustine
    Tuffanelli

NOTICE OF APPEARANCE - 1

CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Brooksbank & Associates and that on this date I served a copy of the foregoing NOTICE OF APPEARANCE to all parties as listed on the email service list maintained by the Court in this case, including Debtors attorneys, the United States Trustee, and the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada.

Dated _____June 7, 2006_____.

_____/s/ Renee D. Reynolds_____

NOTICE OF APPEARANCE - 2