Thomas R. Brooksbank, Esq., Nevada Bar No. 2674
BROOKSBANK & ASSOCIATES
689 Sierra Rose Drive, Suite A-2
Reno NV 89511
Tele: (775) 329-5230
Fax: (775) 828-5280
Email: tom@tombrooksbank.com

Attorney for Creditor Augustine Tuffanelli

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,  Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,  Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,  Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,  Debtor.<br>In re:<br>USA SECURITIES, LLC,  Debtor. | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR<br>Case No.: BK-S-06-10728 LBR<br>Case No.: BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR**<br><br><br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>(No Hearing Required) |

TO:   Clerk of the United States Bankruptcy Court for the District of Nevada, the United States Trustee, and to the Debtors and their counsel:

Please take notice that AUGUSTINE TUFFANELLI, by and through her attorney, Thomas R. Brooksbank, Esq., of the law offices of BROOKSBANK & ASSOCIATES, hereby requests that copies of all notices, pleadings, orders and other documents that the Debtors are required to send to creditors under the provisions of the Rules of Bankruptcy Procedure and Title

///

///

///

REQUEST FOR SPECIAL NOTICE - 1

11, United States Code, be sent to:

THOMAS R. BROOKSBANK, ESQ.<br>
BROOKSBANK & ASSOCIATES<br>
689 SIERRA ROSE DRIVE, SUITE A-2<br>
RENO NV 89511<br>
Tom@TomBrooksbank.com

Dated ___May 28, 2006___.

                           BROOKSBANK & ASSOCIATES

                           _____/s/ Thomas R. Brooskbank_____
                           THOMAS R. BROOKSBANK, ESQ.
                           Attorney for Creditor AUGUSTINE
                                  TUFFANELLI

CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Brooksbank & Associates and that on this date I served a copy of the foregoing REQUEST FOR SPECIAL NOTICE to all parties as listed on the email service list maintained by the Court in this case, including Debtors attorneys, the United States Trustee, and the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada.

Dated ___June 7, 2006___.

                                        _____/s/ Renee D. Reynolds_____