| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA (CA Bar No. 136934)<br>EVE H. KARASIK (CA Bar No. 155356),<br>CHRISTINE M. PAJAK (CA Bar No. 217173)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>E-mail:  fmerola@stutman.com<br>        ekarasik@stutman.com<br>        cpajak@stutman.com<br><br>*Counsel for the Official Committee of Equity SecurityHolders of USA Capital First Trust Deed Fund, LLC* | LEWIS AND ROCA, LLP<br>ROB CHARLES, ESQ. (NV Bar No. 6593)<br>SUSAN M. FREEMAN, ESQ.<br>(AZ Bar No. 004199)<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, Nevada 89109<br>Facsimile (702) 949-8321<br>Telephone (702) 949-8320<br>E-mail:  rcharles@lrlaw.com<br>        sfreeman@lrlaw.com<br><br>*[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |
| GORDON & SILVER, LTD<br>GERALD M. GORDON, ESQ. (NV Bar No. 229)<br>GREGORY E. GARMAN, ESQ.<br>(NV Bar No. 6654)<br>3960 Howard Hughes Pkway, 9th Floor<br>Las Vegas, NV 89109<br>Telephone: (702) 796-5555<br>Facsimile: (702) 369-2666<br>E-mail:  gmg@gordonsilver.com<br>        geg@gordonsilver.com<br><br>*Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>MARC A. LEVINSON, ESQ. (CA Bar No. 57613)<br>LYNN TRINKA ERNCE, ESQ. (CA Bar No. 179212)<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>E-mail:  malevinson@orrick.com<br>        lernce@orrick.com<br><br>*[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |

**NOTICE OF HEARING ON SHORTENED TIME RE: JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR NUNC PRO TUNC ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS ALL DEBTORS)**

391731v2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: June 15, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #2 |

**NOTICE OF HEARING ON SHORTENED TIME RE: JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR NUNC PRO TUNC ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS ALL DEBTORS)**

PLEASE TAKE NOTICE THAT a Joint Motion of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, and the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company Pursuant To 11 U.S.C. §§ 105(A), 107(B), 1102(B)(3)(A) and 1103(C), for Nunc Pro Tunc Order Clarifying

391731v2

Requirement To Provide Access To Information (the "Information Protocols Motion") was filed with the Court on June 7, 2006. The Information Protocols Motion requests that the Court define the information to which the respective constituencies of the four moving committees (the "Committees") may be given access pursuant to 11 U.S.C. § 1102(b)(3) and establish protocols governing access to committee information, the implementation of which satisfies the Committees' obligations under 11 U.S.C. § 1102(b)(3).

PLEASE TAKE FURTHER NOTICE that the Information Protocols Motion will be heard by a United States Bankruptcy Judge on shortened time in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the 15th day of June, 2006 at 9:30 a.m.

PLEASE TAKE FURTHER NOTICE that copies of the above-referenced Information Protocols Motion is on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101. Additional copies are available at no charge from the BMC website, located at **http://www.bmcgroup.com/usacmc**.

PLEASE TAKE FURTHER NOTICE that pursuant to the Amended Order Establishing Case Management Procedures entered by this Court on May 17, 2006, the deadline to file and serve objections to Requests for Relief set on shortened time shall be no later than Monday, June 12, 2006 at noon. Any brief filed in reply to an objection to Request for Relief shall be filed by noon on June 14, 2006. Courtesy copies of all pleadings must be delivered to the Bankruptcy Court Clerk's office upon filing.

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

391731v2

DATED this 7th day of June, 2006.

SUBMITTED BY:

STUTMAN, TREISTER & GLATT, P.C.

_____
CHRISTINE M. PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

GORDON & SILVER, LTD

_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Pkway, 9th Floor
Las Vegas, NV 89109

Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

LEWIS AND ROCA, LLP

_____
ROB CHARLES, ESQ.
SUSAN M. FREEMAN, ESQ.
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, Nevada 89109

[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407

[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

4

391731v2

DATED this 7th day of June, 2006.

SUBMITTED BY:

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | GORDON & SILVER, LTD |
| *[signature]*<br>CHRISTINE M. PAJAK, ESQ.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>3960 Howard Hughes Pkway, 9th Floor<br>Las Vegas, NV 89109 |
| Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| LEWIS AND ROCA, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| ROB CHARLES, ESQ.<br>SUSAN M. FREEMAN, ESQ.<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, Nevada 89109 | MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4407 |
| [Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company | [Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |

4

391731v2

DATED this 7th day of June, 2006.

| SUBMITTED BY: | GORDON & SILVER, LTD |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | |
| | GERALD M. GORDON, ESQ. |
| | GREGORY E. GARMAN, ESQ. |
| CHRISTINE M. PAJAK, ESQ. | 3960 Howard Hughes Pkway, 9th Floor |
| 1901 Avenue of the Stars, 12th Floor | Las Vegas, NV 89109 |
| Los Angeles, CA 90067 | |
| Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| LEWIS AND ROCA, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| /s/ Rob Charles | |
| ROB CHARLES, ESQ. | MARC A. LEVINSON, ESQ. |
| SUSAN M. FREEMAN, ESQ. | LYNN TRINKA ERNCE, ESQ. |
| 3993 Howard Hughes Parkway, 6th Floor | 400 Capitol Mall, Suite 3000 |
| Las Vegas, Nevada 89109 | Sacramento, California 95814-4407 |
| [Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company | [Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |

4

391731v2

1   DATED this 7th day of June, 2006.

SUBMITTED BY:                                      GORDON & SILVER, LTD

STUTMAN, TREISTER & GLATT, P.C.

_____                    _____
CHRISTINE M. PAJAK, ESQ.                           GERALD M. GORDON, ESQ.
1901 Avenue of the Stars, 12th Floor               GREGORY E. GARMAN, ESQ.
Los Angeles, CA 90067                              3960 Howard Hughes Pkway, 9th Floor
                                                   Las Vegas, NV  89109

Counsel for the Official Committee of Equity       Counsel for Official Committee of Holders of
Security Holders of USA Capital First Trust        Executory Contract Rights of USA Commercial
Deed Fund, LLC                                     Mortgage Company


LEWIS AND ROCA, LLP                                ORRICK, HERRINGTON & SUTCLIFFE LLP

_____                    _____
ROB CHARLES, ESQ.                                  MARC A. LEVINSON, ESQ.
SUSAN M. FREEMAN, ESQ.                             LYNN TRINKA ERNCE, ESQ.
3993 Howard Hughes Parkway, 6th Floor              400 Capitol Mall, Suite 3000
Las Vegas, Nevada 89109                            Sacramento, California 95814-4407


[Proposed] Counsel for Official Committee of       [Proposed] Counsel for Official Committee of
Unsecured Creditors of USA Commercial              Equity Security Holders of USA Capital
Mortgage Company                                   Diversified Trust Deed Fund, LLC

4

391731v2