E-Filed on June 8th, 2006

Kevin B. Christensen, Chtd.
Kevin B. Christensen, Esq.
Nevada Bar No. 175
E-mail: KBChrislaw@aol.com
Xanna R. Hardman, Esq.
Nevada Bar No. 9579
E-mail: xanna.hardman@gmail.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
ph: (702) 255-1718
fax: (702) 255-0871
Attorneys for Robert G. Worthen and
Roseberry Family L.P.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | BK-S-06-10725 LBR |
| | BK-S-06-10726 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | BK-S-06-10727 LBR |
| | BK-S-06-10728 LBR |
| Debtor. | BK-S-06-10729 LBR |
| | |
| | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | |
| Debtor. | |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | **STATEMENT OF KEVIN B. CHRISTENSEN, CHTD. PURSUANT TO BANKRUPTCY RULE 2019 (AFFECTS ALL DEBTORS)** |
| Debtor. | |
| | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC | |
| | |
| Debtor. | |
| | |
| USA SECURITIES, LLC, | |
| | |
| Debtor. | Hearing Date: n/a |
| | Hearing Time: n/a |

KEVIN B. CHRISTENSEN, Chartered
7440 W. Sahara Ave.
Las Vegas, NV 89117
Off. (702) 255-1718
Fax (702) 255-0871

I, Xanna R. Hardman, Esq., declare, under penalty of perjury, and state as follows:

1.    I am an attorney licensed to practice law in the state of Nevada and am an employee of the law firm Kevin B. Christensen, Chtd.  I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.    Kevin B. Christensen, Esq. and I are the attorneys primarily responsible for representing the following parties in connection with the above-captioned cases:

    a.    Robert G. Worthen
          112 Worthen Circle
          Las Vegas, NV 89145

The representation of this client is based on his investments in the USA Capital Diversified Trust Deed, LLC, as shown in his Proof of Claim filed on or about May 15, 2006. The investments were both made on or about February 1, 2006.  The current amounts of the investments are believed to be $328,866.28 and $1,249,230.41.

    b.    Roseberry Family, L.P.
          Attn: Robert L. Roseberry, GP
          7811 Howard Dade Avenue
          Las Vegas, NV 89129

The representation of this client is based on its investment in the USA Capital Diversified Trust Deed, LLC, as shown in its Proof of Claim filed on or about May 15, 2006. The investment was made on or about September 1, 2003.  The current amount of the investment is believed to be $25,000.00.

3.    I filed this statement as soon as it was feasible, given the complexity of the case and the issues involved herein.

4.    A supplement shall be filed to this statement once all of the relevant information is available.

I declare under penalty of perjury that the foregoing is true and correct.

2

DATED this 8th day of June, 2006.

KEVIN B. CHRISTENSEN, CHTD.

Xanna R. Hardman, Esq.
Nevada Bar No. 9579
7440 W. Sahara Avenue
Las Vegas, NV 89117
Attorneys for Robert G. Worthen and Roseberry
Family, L.P.