| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA (CA Bar No. 136934)<br>EVE H. KARASIK (CA Bar No. 155356),<br>CHRISTINE M. PAJAK (CA Bar No. 217173)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>E-mail:    fmerola@stutman.com<br>            ekarasik@stutman.com<br>            cpajak@stutman.com<br><br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* | LEWIS AND ROCA, LLP<br>ROB CHARLES JR., ESQ. (NV Bar No. 006593)<br>SUSAN M. FREEMAN, ESQ.<br>(AZ Bar No. 004199)<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, Nevada 89109<br>Facsimile (702) 949-8321<br>Telephone (702) 949-8320<br>E-mail:    rcharles@lrlaw.com<br>            sfreeman@lrlaw.com<br><br>*[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |
| GORDON & SILVER, LTD<br>GERALD M. GORDON, ESQ. (NV Bar No. 229)<br>GREGORY E. GARMAN, ESQ.<br>(NV Bar No. 6654)<br>3960 Howard Hughes Pkway, 9th Floor<br>Las Vegas, NV 89109<br>Telephone: (702) 796-5555<br>Facsimile: (702) 369-2666<br>E-mail:    gmg@gordonsilver.com<br>            geg@gordonsilver.com<br><br>*Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>MARC A. LEVINSON, ESQ. (CA Bar No. 57613)<br>LYNN T. ERNCE, ESQ. (CA Bar No. 179212)<br>400 Capitol Mall<br>Sacramento, California 95814<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>E-mail:    malevinson@orrick.com<br>            lernce@orrick.com<br><br>*[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |

**AMENDED NOTICE OF HEARING ON SHORTENED TIME RE: JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS CASE NOS. 06-10725 – USA COMMERCIAL MORTGAGE COMPANY; 06-10729 – USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND 06-10728 – USA CAPITAL FIRST TRUST DEED FUND, LLC)**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Previous Information<br>Date: June 15, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #2<br><br>Corrected Information<br>Date:  June 15, 2006<br>Time:  10:00 a.m.<br>Place:  Courtroom #1 |

**AMENDED NOTICE OF HEARING ON SHORTENED TIME RE: JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS CASE NOS. 06-10725 – USA COMMERCIAL MORTGAGE COMPANY; 06-10729 – USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND 06-10728 – USA CAPITAL FIRST TRUST DEED FUND, LLC)**

PLEASE TAKE NOTICE THAT the Joint Motion of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, and

the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company Pursuant To 11 U.S.C. §§ 105(A), 107(B), 1102(B)(3)(A) and 1103(C), for Order Clarifying Requirement To Provide Access To Information (the "Information Protocols Motion") will be heard by a United States Bankruptcy Judge on shortened time in **Courtroom #1** of the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the 15th day of June, 2006 at **10:00 a.m.**

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

DATED this 8th day of June, 2006.

SUBMITTED BY:

| STUTMAN, TREISTER & GLATT, P.C. | GORDON & SILVER, LTD |
|---|---|
| */s/ Christine M. Pajak* | */s/ Gerald M. Gordon* |
| CHRISTINE M. PAJAK, ESQ. | GERALD M. GORDON, ESQ. |
| 1901 Avenue of the Stars, 12th Floor | GREGORY E. GARMAN, ESQ. |
| Los Angeles, CA 90067 | 3960 Howard Hughes Pkway, 9th Floor |
| | Las Vegas, NV 89109 |
| Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |

3

the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company Pursuant To 11 U.S.C. §§ 105(A), 107(B), 1102(B)(3)(A) and 1103(C), for Order Clarifying Requirement To Provide Access To Information (the "Information Protocols Motion") will be heard by a United States Bankruptcy Judge on shortened time in **Courtroom #1** of the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the 15th day of June, 2006 at **10:00 a.m.**

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

DATED this 8th day of June, 2006.

SUBMITTED BY:

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | GORDON & SILVER, LTD. |
| _____ | _____ |
| CHRISTINE M. PAJAK, ESQ. | GERALD M. GORDON, ESQ. |
| 1901 Avenue of the Stars, 12th Floor | GREGORY E. GARMAN, ESQ. |
| Los Angeles, CA 90067 | 3960 Howard Hughes Pkway, 9th Floor |
| | Las Vegas, NV 89109 |
| Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |

3

| LEWIS AND ROCA, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| /s/ Rob Charles Jr. | /s/ Marc A. Levinson |
| ROB CHARLES JR., ESQ.<br>SUSAN M. FREEMAN, ESQ.<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, Nevada 89109 | MARC A. LEVINSON, ESQ.<br>LYNN T. ERNCE, ESQ.<br>400 Capitol Mall<br>Sacramento, California 95814-4407 |
| [Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company | [Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |

| | |
|---|---|
| LEWIS AND ROCA, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| _MM NV 6593_ | _____ |
| ROB CHARLES, ESQ.<br>SUSAN M. FREEMAN, ESQ.<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, Nevada 89109 | MARC A. LEVINSON, ESQ.<br>LYNN T. ERNCE, ESQ.<br>400 Capitol Mall<br>Sacramento, California 95814-4407 |
| [Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company | [Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |

4