ELECTRONICALLY FILED
JUNE 8, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA, ESQ. (CA Bar No. 136934)
EVE H. KARASIK, ESQ. (CA Bar No. 155356)
CHRISTINE M. PAJAK, ESQ. (CA Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

LEWIS AND ROCA, LLP
ROB CHARLES, ESQ. (NV Bar No. 6593)
SUSAN M. FREEMAN, ESQ. (AZ Bar No. 004199)
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, NV 89109
Telephone: (702) 949-8321
Facsimile: (702) 949-8320
E-mail:   rcharles@lrlaw.com
          sfreeman@lrlaw.com
*[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ. (NV Bar No. 229)
GREGORY E. GARMAN, ESQ. (NV Bar No. 6654)
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89109
Telephone: (702) 796-5555
Facsimile: (702) 369-2666
E-mail:   gmg@gordonsilver.com
          geg@gordonsilver.com
*Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

ORRICK, HERRINGTON & SUTCLIFFE LLP
MARC A. LEVINSON, ESQ. (CA Bar No. 57613)
LYNN TRINKA ERNCE, ESQ. (CA Bar No. 179212)
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 47-9200
Facsimile: (916) 329-4900
E-mail:   malevinson@orrick.com
          lernce@orrick.com
*[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>　　　Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>　　　Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

| Affects | ) |
|---|---|
| ☒ All Debtors | ) |
| ☐ USA Commercial Mortgage Co. | ) Date: June 15, 2006 |
| ☐ USA Securities, LLC | ) Time: 10:00 a.m. |
| ☐ USA Capital Realty Advisors, LLC | ) |
| ☐ USA Capital Diversified Trust Deed | ) |
| ☐ USA First Trust Deed Fund, LLC | ) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of June, 2006 I served the following document:

1. Amended Notice of Hearing on Shortened Time re: Joint Motion of Official Committee of Equity Security Holders of USA Capital First Trust Deed Funds, LLC, The Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company, The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Funds, LC, and the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company Pursuant to 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) and 1103(c), for Nunc Pro Tunc Order Clarifying Requirement to Provide Access to Information (Affects All Debtors).

I served the above named document(s) by the following means to the persons as listed below:

☒ **a. ECF System.** (See attached Notice of Electronic Filing)

☐ **b. United States mail, postage full prepaid to the following:**

☐ **c. Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email.**

*SHEA & CARLYON, LTD.*
*233 S. Fourth Street, 2nd Floor*
*Las Vegas, Nevada 89101*
*(702) 471-7432*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of June, 2006.

*/s/ Anna-Marie Boehmer*
Anna-Marie Boehmer, an employee
of SHEA & CARLYON, LTD.

*SHEA & CARLYON, LTD.*
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

# U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from SHERMAN, SHLOMO S. entered on 6/8/2006 at 12:07 PM PDT and filed on 6/8/2006

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 525

**Docket Text:**
Amended Notice of Hearing *on Shortened Time*. Hearing scheduled for 6/15/2006 at 10:00 AM at LBR-Courtroom 1, Foley Federal Bldg.. Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY, OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[522] Notice of Hearing,,,, filed by Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY, Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY) (SHERMAN, SHLOMO)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\Amended Notice of Hearing on Shortened Time re Joint Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/8/2006] [FileNumber=6969772-0]
[b4a4573d521d065b0299bdfcae8e4e1f63fcd073f7e023b69b6435c964eac156465b8
f89604a6e298be380eccb50faa04a4754c9eaffd3fe172962bfff3b1c8d]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com;sbrown@lrlaw.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN    xanna.hardman@gmail.com,

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.co

JOHN F MURTHA    jmurtha@woodburnandwedge.com

DONNA M. OSBORN    jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@Marc

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheac

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON

,