ELECTRONICALLY FILED
6/8/06

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
Stutman, Treister & Glatt P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:      fmerola@stutman.com
            ekarasik@stutman.com
            cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435

Email:      jshea@sheacarlyon.com
            ccarlyon@sheacarlyon.com
            ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date:  June 15, 2006<br>Time:  9:30 a.m.<br>Place: Courtroom #2 |

**SUPPLEMENTAL CERTIFICATE RE: NOTICE OF HEARING ON SHORTENED TIME RE: JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, ETC., ET AL, PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) and 1103(c), FOR NUNC PRO TUNC ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS ALL DEBTORS)**

395692v1

I HEREBY CERTIFY that on the 7TH day of JUNE, 2006 I served the following document: **NOTICE OF HEARING ON SHORTENED TIME RE: JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR NUNC PRO TUNC ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS ALL DEBTORS)**

I served the above named document(s) by the following means to the persons as listed below:

☐ **a.  ECF System.**

☒ **b.  United States mail, postage full prepaid to the following:** See Attached Rider

☐ **c.  Personal service.**

   I personally delivered the documents to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.  By direct email.**

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

395692v1

2

1
2
3
4

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

5
6
7

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

8
9

I declare under penalty of perjury that the foregoing is true and correct.

10

DATED this 8th day of JUNE, 2006

11
12
13

*[signature]*
Joanne C. Metcalf, an employee
of STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

395692v1                                    3

| | | |
|---|---|---|
| Debtors<br>USA Commercial Mortgage Co., et al.<br>Attn: Thomas J. Allison<br>4484 South Pecos Road<br>Las Vegas, NV 89121 | Attys for Debtors<br>Annette W. Jarvis<br>Ray Quinney & Nebeker P.C.<br>36 So. State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | Attys for Debtors<br>Lenard E. Schwartzer<br>Jeanette E. McPherson<br>Schwartzer & McPherson Law Firm<br>2850 So. Jones Blvd., Suite 1<br>Las Vegas, NV 89146-5308 |
| Office of the U.S. Trustee<br>300 Las Vegas Blvd. South<br>Suite 4300<br>Las Vegas, NV 89101 | USA COMMERCIAL MORTGAGE COMPANY<br>UNSECURED CREDITORS' COMMITTEE | Bunch, Dell<br>1909 Red Robin Court<br>Las Vegas, NV 89134 |
| Dell Bunch dba Loan Partners Capital<br>Attn: Donald R. Walker<br>9209 Eagle Hills Drive<br>Las Vegas, NV 89134-6109 | Russell Ad Development Group, LLC<br>P.O. BOX 28216<br>Scottsdale, AZ 85255 | Russell/AD Development Group, LLC<br>Attn: Robert A. Russell<br>8585 E. Hartford Dr., Ste. 500<br>Scottsdale, AZ 85255 |
| Annee Nounna<br>8057 Lands End Court<br>Las Vegas, NV 89117-7635 | Advanced Information System<br>Attn: Michael T. Yoder<br>4270 Cameron St., Suite 1<br>Las Vegas, NV 89103 | Robert L. Hagmaier<br>15254 Candlewood Court<br>Lake Oswego, OR 97035 |
| USA CAPITAL REALTY ADVISORS, LLC<br>UNSECURED CREDITORS | Kummer, Kampfer, Bonner & Renshaw<br>3800 Howard Hughes Pkwy.<br>7th Floor<br>Las Vegas, NV 89109 | Intershow<br>The Githler Center<br>1258 North Palm Ave.<br>Sarasota, FL 34236 |
| USA SECURITIES, LLC<br>UNSECURED CREDITORS | James Hull<br>c/o Signature Financial<br>2601 Airport Drive<br>Torrance, CA 90505 | R. Hagmaier<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd<br>Thousand Oaks, CA 91362 |
| Tim Rich<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd<br>Thousand Oaks, CA 91362 | USA CAPITAL DIVERSIFIED TRUST DEED FUND<br>20 LARGEST EQUITY INTERESTS | Robert Worthen<br>1112 Worthen Circle<br>Las Vegas, NV 89145 |
| Katz 2000 Separate Property Trust<br>Sara M. Katz,<br>Managing Trustee<br>4250 Executive Square, #670<br>San Diego, CA 92037 | Thomas C. Lawyer Family Trust<br>Atn: Thomas C. Lawyer<br>45 Ventana Canyon Dr.<br>Las Vegas, NV 89113 | Charles O. Nichols and Flora A. Nichols<br>2561 Seascape Drive<br>Las Vegas, NV 89128 |
| Jerry T. McGimsey<br>3115 S. El Camino Road<br>Las Vegas, NV 89146-6621 | Robert Hardy<br>6510 Ansonia Court<br>Las Vegas, NV 89118-1874 | Frank Weinman<br>2947 Pinehurst Drive<br>Las Vegas, NV 89109 |

**USA CAPITAL FIRST TRUST DEED FUND COMMITTEE**

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

Robert E. Taylor
c/o Chuck Heinrichs
198 El Pajaro
Newbury Park, CA 91320

John Warner Jr., IRA
C/O First Savings Bank
2605 East Flamingo Rd
Las Vegas, NV 89121

John H. Warner, Jr
2048 North Chettro Trail
St. George, UT 84770-5345

Mary Ellen Moro
1009 – 8th Street
Manhattan Beach, CA 90266

Richard G. Woudstra Revoc. Trust
Richard G. Woudstra Trustee
P.O. Box 530025
Henderson, NV 89053

Wen Baldwin Separate
Property Trust u/a/d 9/2/97
Wen Baldwin, Trustee
365 Dooley Drive
Henderson, NV 89015

John Goings
P.O. Box 174
Masonville, CO 80541

Joseph S. Congress
9900 Wilbur May Parkway, #802
Reno, NV 89521-4008

Richard Horowitz
5 Fir Drive
Kings Point, NY 11024

**USA COMMERCIAL MORTGAGE CO.
EXECUTORY CONTRACTS DIRECT LENDER COMMITTEE**

Fertitta Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

William J. Bullard
Fertitta Enterprises, Inc.
P.O. Box 27555
Las Vegas, NV 89126-1555

Helms Homes, LLC
Atn: Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107

Terry R. Helms Living Trust 11/94
Atn: Terry Helms
809 Upland Blvd.
Las Vegas, NV 89107

Homfeld II, LLC
Atn: Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI 48230

Arthur Polacheck
2056 Woodlake Circle
Deerfield Beach, FL 33442

Dennis Flier, Inc. Defined
Benefit Trust Dated 6/29/87
Atn: Dennis Flier
20155 Porto Vita Way, #1803
Aventura, FL 33180

James W. McCollum & Pamela P. McCollum
1011 F Avenue
Coronado, CA 92118

**REQUEST FOR SPECIAL NOTICE**

Don Tomlin
c/o David W. Mounier
15316 Sky High Rd.
Escondido, CA 92025

Edward M. Homfeld
Homfeld II, LLC
777 S. Federal Highway
Suite N-409
Pompano Beach, FL 33062

RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Janny Catharina Brouwer
2533 Kinnard Ave.
Henderson, NV 89074

Michael R. Shuler
c/o Jay R. Eaton
Eaton & O'Leary, PLLC
115 Grove Avenue
Prescott, AZ 86301

Maryetta Bowman
534 Enchanted Lakes Dr.
Henderson, NV 89052

Richard McKnight Esq.
Law Offices of Richard McKnight
330 S. Third St., #900
Las Vegas, NV 89101

Margie Gandolfo
1724 Arrow Wood Dr
Reno, NV 89521

Robert R. Kinas, Esq.
Meridith J. Strand, Esq.
Snell & Wilmer, LLP
3800 Howard Hughes Pkwy, #1000
Las Vegas, NV 89109

| | | |
|---|---|---|
| Kermit Kruse<br>2710 Albany Avenue<br>Davis, CA 95616 | Kelly J. Brinkman, Esq.<br>Goold Patterson Ales & Day<br>4496 S. Pecos Road<br>Las Vegas, NV 89121 | Martin A. Weiss, Esq.<br>One Betterworld Circle<br>Suite 300<br>Temecula, CA 92590 |
| Vince Danelian<br>c/o Edward J. Hanigan, Esq.<br>199 N. Arroyo Grande Blvd, #200<br>Henderson, NV 89074 | Paul & Donna Jacques<br>810 SE 7th Street, A103<br>Deerfield Beach, FL 33441 | J. Donnolo et al c/o Janet Chubb, Esq.<br>Jones Vargas<br>100 W. Liberty St., 12th Floor<br>P.O. Box 281<br>Reno, NV 89504-0281 |
| Attila Jefzenszky<br>1720 Colavita Way<br>Reno, NV 89521 | William L. McGimsey, Esq.<br>601 E. Charleston Blvd.<br>Las Vegas, NV 89104 | Peter Bolino<br>17412 Serene Drive<br>Morgan Hill, CA 95037 |
| STAN WOLKEN<br>Send notice to:<br>bayareastan@yahoo.com | Franklin C. Adams, Esq.<br>Best Best & Krieger, LLP<br>3750 University Ave. #400<br>P.O. Box 1028<br>Riverside, CA 92502-1028 | Jeffrey G. Sloane<br>Regina M. McConnell<br>Kravitz, Schnitzer, Sloane, Johnson et al.<br>1389 Galleria Dr., Suite 200<br>Henderson, NV 89014 |
| Attys/Prospect High Inc. Fund, et al.<br>C. Cunningham/J. Kohl<br>Rawlings Olson Cannon, et al<br>9950 W. Cheyenne Ave.<br>Las Vegas, NV 89129 | Laurel L. Davis, Esq.<br>Lionel Sawyer & Collins<br>300 S. Fourth St., #1700<br>Las Vegas, NV 89101 | Scott K. Canepa, Esq.<br>Canepa, Riedy & Rubino<br>851 S. Rampart Blvd., #160<br>Las Vegas, NV 89145 |
| S&J Enterprise Invest.<br>c/o Caryn S. Tijsseling, Esq.<br>Beesley, Peck & Matteoni, Ltd.<br>5011 Meadowood Mall Way, Ste. 300<br>Reno, NV 89502 | R. Mason/P. Smoots/M. Schmahl<br>McGuire Woods LLP<br>77 W. Wacker Drive, Ste. 4100<br>Chicago, IL 60601 | Regina M. McConnell, Esq.<br>Kravitz, Schnitzer, Sloane, et al.<br>1389 Galleria Dr., Ste. 200<br>Henderson, NV 89014 |
| Community Bank of Nevada<br>c/o Donald T. Polednak, Esq.<br>Sylvester & Polednak, Ltd.<br>7371 Prairie Falcon, Suite 120<br>Las Vegas, NV 89128 | Bank of America<br>c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison Howard<br>3930 Howard Hughes Pkwy 4th Fl<br>Las Vegas, NV 89109 | Miklos Steuer c/o<br>N. Leatham/J. MacRobbie<br>Kolesar & Leatham, Chtd.<br>3320 W. Sahara Ave., Ste. 380<br>Las Vegas, NV 89102 |
| American Express Bank FSB<br>c/o Gilbert B. Weisman, Esq.<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Rodney Roloff<br>c/o Law Offices Of James G. Schwartz<br>Attn: James G. Schwartz/Joshua D. Brysk<br>7901 Stoneridge Drive, Ste. 401<br>Pleasanton, CA 94588 | Franklin/Stratford Investment LLC<br>c/o Deaner, Deaner,, Scann et al.<br>Atn: Susan Scann/Paul Connaghan<br>720 So. Fourth Street, Ste. 300<br>Las Vegas, NV 89101 |
| Robert Verchota, Gen. Partner<br>c/o R&N Real Estate Inv LP<br>Attn: Jeffrey A. Cogan, Esq<br>3990 Vegas Drive<br>Las Vegas, NV 89108 | Andrew Welcher<br>c/o Nordman Cormany Hair & Compton<br>Attn: William E. Winfield, Esq<br>1000 Town Center Dr., Sixth Fl.<br>P.O. Box 9100<br>Oxnard, CA 93031 | John Michelsen/Gary Michelsen<br>c/o Woodburn & Wedge<br>Attn: John F. Murtha, Esq.<br>6100 Neil Road, Ste. 500<br>P.O. Box 2311<br>Reno, NV 89505 |
| Jasper Benincasa Jr.<br>Flocerfida Benincasa<br>9359 Roping Cowboy Avenue<br>Las Vegas, NV 89178 | Gordon & Silver, LTD<br>Atn: Gregory E. Garman, Esq.<br>3960 Howard Hughes Pkwy, 9th Fl<br>Las Vegas, NV 89109 | Sean Najarian, Esq.<br>The Najarian Law Firm<br>283 S. Lake Ave., Suite 205<br>Pasadena, CA 91101 |

**OTHER PARTIES:**

Nevada Mortgage Lending Div.
Attn: Susan Eckhardt
3075 E. Flamingo #100
Las Vegas, NV 89121

U.S. Securities & Exchange Comm.
Attn: Sandra W. Lavigna
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street N.W.
Washington, D.C. 20005-4026

DMV and Public Safety
Records Section
555 Wright Way
Carson City, NV 89711-0250

NV Dept. of Taxation
Bankruptcy Division
555 E. Washington #1300
Las Vegas, NV 89101

Secretary of State
State of Nevada
202 N. Carson Street
Carson City, NV 89701

Office of Labor Commissioner
555 E. Washington Ave
Suite 4100
Las Vegas, NV 89101

U.S. Securities & Exchange Comm.
Atn: Sarah D. Moyed, Esq.
5670 Wilshire Blvd. Ste. 1100
Los Angeles, CA 90036-3648

Dept. of Employment Training
Employ. Sec Div. Contribut. Sec.
500 East Third Street
Carson City, NV 89713-0030

Employers Ins. Co. of NV
Atn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

IRS
Atn: Bankruptcy Dept.
Stop 5028
110 City Parkway
Las Vegas, NV 89106

NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

U.S. Attorney
District of Nevada
323 Las Vegas Blvd. So. #5000
Las Vegas, NV 89101

U.S. Dept. of Justice
Tax Div. – Western Region
P.O. Box 683
Ben Franklin Station
Washington D.C. 20044

IRS
Ogden, UT 84201

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155-1401

District Counsel
IRS
110 City Parkway
Las Vegas, NV 89106

FHA/HUD District Office
333 N Rancho Dr, #700
Las Vegas, NV 89106-3797

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

Kurt Hunsberger
3500 Lakeside Court, #200
Reno, NV 89520

Maryan Rutar
4043 Chalfont Court
Las Vegas, NV 89121

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV 89121-7224

Candace C. Carlyon, Esq.
Shea & Carlyon, Ltd.
233 S. Fourth St., Suite 200
Las Vegas, NV 89101

Thomas Fell/Matthew Zirzow
Gordon & Silver, Ltd.
3960 Howard Hughes Pk, 9th Fl.
Las Vegas, NV 89109

Robert C. LePome, Esq.
330 So. Third St., Ste. 1100B
Las Vegas, NV 89101

Nicholas J. Santoro
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Bradley J. Stevens
3300 N. Central Avenue
Phoenix, AZ 85012

CiCi Cunningham/James A. Kohl
Christine Roberts
Rawlings, Olson, Cannon, et al.
9950 West Cheyenne Ave.
Las Vegas, NV 89129

Bay Communities
c/o Chris El
4800 No. Federal Hwy., Ste. A205
Boca Raton, FL 33431

George Gorman
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Callister & Reynolds
Matthew Q. Callister
823 Las Vegas Blvd. South
Las Vegas, NV 89101

Gerald Gordon/Thomas Fell
Gordon & Silver, Ltd
3960 Howard Hughes Pkwy., 9th Fl,
Las Vegas, NV 89109

Gregory J. Walch
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Allison Mackenzie Russell, et al.
Joan C Wright
402 N. Division St
P O Box 646
Carson City, NV 89702

Kevin B. Christensen Chtd
c/o Kevin B. Christensen
Xanna P Hardman
7440 W Sahara Ave.
Las Vegas, NV 89117

Peter Susi, Esq.
Michaelson, Susi & Michaelson
Seven W. Figueroa St., 2nd Floor
Santa Barbara, CA 93101

Greg Garman
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89109

Bolick & Boyer
Erven Nelson/Robert Bolick
6060 W. Elton Ave., Suite A
Las Vegas, NV 89107