ELECTRONICALLY FILED
June 8, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>CHRISTINE M. PAJAK<br>(CA State Bar No. 217173), Members of<br>Stutman, Treister & Glatt P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>Email:    fmerola@stutman.com<br>           ekarasik@stutman.com<br>           cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>Nevada State Bar No. 002666)<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>233 South Fourth Street, Second Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile: (702) 471-7435<br><br>Email:    jshea@sheacarlyon.com<br>           ccarlyon@sheacarlyon.com<br>           ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>                    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: June 15, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom #1 |

**SUPPLEMENTAL AMENDED CERTIFICATE OF SERVICE RE: NOTICE OF HEARING ON SHORTENED TIME RE: JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, ETC., ET AL, PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) and 1103(c), FOR NUNC PRO TUNC ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS ALL DEBTORS)**

395692v1

I HEREBY CERTIFY that on the 8TH day of JUNE, 2006, I served the following document:

**AMENDED NOTICE OF HEARING ON SHORTENED TIME RE: JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR NUNC PRO TUNC ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS ALL DEBTORS)**

I served the above named document(s) by the following means to the persons as listed below:

☐ a. **ECF System.**

☒ b. **United States mail, postage full prepaid to the following:   See Attached Rider**

☐ c. **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

395692v1

2

☐ **e.   By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.   By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of JUNE, 2006.

                                              /s/ Joanne C. Metcalf

Joanne C. Metcalf, an employee of STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION.

395692v1

3

| | | |
|---|---|---|
| Debtors<br>USA Commercial Mortgage Co., et al.<br>Attn: Thomas J. Allison<br>4484 South Pecos Road<br>Las Vegas, NV 89121 | Attys for Debtors<br>Annette W. Jarvis<br>Ray Quinney & Nebeker P.C.<br>36 So. State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | Attys for Debtors<br>Lenard E. Schwartzer<br>Jeanette E. McPherson<br>Schwartzer & McPherson Law Firm<br>2850 So. Jones Blvd., Suite 1<br>Las Vegas, NV 89146-5308 |
| Office of the U.S. Trustee<br>300 Las Vegas Blvd. South<br>Suite 4300<br>Las Vegas, NV 89101 | USA COMMERCIAL MORTGAGE COMPANY<br>UNSECURED CREDITORS' COMMITTEE | Bunch, Dell<br>1909 Red Robin Court<br>Las Vegas, NV 89134 |
| Dell Bunch dba Loan Partners Capital<br>Attn: Donald R. Walker<br>9209 Eagle Hills Drive<br>Las Vegas, NV 89134-6109 | Russell Ad Development Group, LLC<br>P.O. BOX 28216<br>Scottsdale, AZ 85255 | Russell/AD Development Group, LLC<br>Attn: Robert A. Russell<br>8585 E. Hartford Dr., Ste. 500<br>Scottsdale, AZ 85255 |
| Annee Nounna<br>8057 Lands End Court<br>Las Vegas, NV 89117-7635 | Advanced Information System<br>Attn: Michael T. Yoder<br>4270 Cameron St., Suite 1<br>Las Vegas, NV 89103 | Robert L. Hagmaier<br>15254 Candlewood Court<br>Lake Oswego, OR 97035 |
| USA CAPITAL REALTY ADVISORS, LLC<br>UNSECURED CREDITORS | Kummer, Kampfer, Bonner & Renshaw<br>3800 Howard Hughes Pkwy.<br>7th Floor<br>Las Vegas, NV 89109 | Intershow<br>The Githler Center<br>1258 North Palm Ave.<br>Sarasota, FL 34236 |
| USA SECURITIES, LLC<br>UNSECURED CREDITORS | James Hull<br>c/o Signature Financial<br>2601 Airport Drive<br>Torrance, CA 90505 | R. Hagmaier<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 |
| Tim Rich<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | USA CAPITAL DIVERSIFIED TRUST DEED FUND<br>20 LARGEST EQUITY INTERESTS | Robert Worthen<br>1112 Worthen Circle<br>Las Vegas, NV 89145 |
| Katz 2000 Separate Property Trust<br>Sara M. Katz,<br>Managing Trustee<br>4250 Executive Square, #670<br>San Diego, CA 92037 | Thomas C. Lawyer Family Trust<br>Atn: Thomas C. Lawyer<br>45 Ventana Canyon Dr.<br>Las Vegas, NV 89113 | Charles O. Nichols and Flora A. Nichols<br>2561 Seascape Drive<br>Las Vegas, NV 89128 |
| Jerry T. McGimsey<br>3115 S. El Camino Road<br>Las Vegas, NV 89146-6621 | Robert Hardy<br>6510 Ansonia Court<br>Las Vegas, NV 89118-1874 | Frank Weinman<br>2947 Pinehurst Drive<br>Las Vegas, NV 89109 |

| | | |
|---|---|---|
| USA CAPITAL FIRST TRUST DEED FUND COMMITTEE | Robert E. Taylor<br>1535 Flynn Road<br>Camarillo, CA 93012 | Robert E. Taylor<br>c/o Chuck Heinrichs<br>198 El Pajaro<br>Newbury Park, CA 91320 |
| John Warner Jr., IRA<br>C/O First Savings Bank<br>2605 East Flamingo Rd<br>Las Vegas, NV 89121 | John H. Warner, Jr.<br>2048 North Chettro Trail<br>St. George, UT 84770-5345 | Mary Ellen Moro<br>1009 – 8th Street<br>Manhattan Beach, CA 90266 |
| Richard G. Woudstra Revoc. Trust<br>Richard G. Woudstra Trustee<br>P.O. Box 530025<br>Henderson, NV 89053 | Wen Baldwin Separate Property Trust u/a/d 9/2/97<br>Wen Baldwin, Trustee<br>365 Dooley Drive<br>Henderson, NV 89015 | John Goings<br>P.O. Box 174<br>Masonville, CO 80541 |
| Joseph S. Congress<br>9900 Wilbur May Parkway, #802<br>Reno, NV 89521-4008 | Richard Horowitz<br>5 Fir Drive<br>Kings Point, NY 11024 | USA COMMERCIAL MORTGAGE CO. EXECUTORY CONTRACTS DIRECT LENDER COMMITTEE |
| Fertitta Enterprises, Inc.<br>2960 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89102 | William J. Bullard<br>Fertitta Enterprises, Inc.<br>P.O. Box 27555<br>Las Vegas, NV 89126-1555 | Helms Homes, LLC<br>Atn: Terry Helms<br>809 Upland Blvd.<br>Las Vegas, NV 89107 |
| Terry R. Helms Living Trust 11/94<br>Atn: Terry Helms<br>809 Upland Blvd.<br>Las Vegas, NV 89107 | Homfeld II, LLC<br>Atn: Edward W. Homfeld<br>858 Bishop Road<br>Grosse Pointe Park, MI 48230 | Arthur Polacheck<br>2056 Woodlake Circle<br>Deerfield Beach, FL 33442 |
| Dennis Flier, Inc. Defined Benefit Trust Dated 6/29/87<br>Atn: Dennis Flier<br>20155 Porto Vita Way, #1803<br>Aventura, FL 33180 | James W. McCollum & Pamela P. McCollum<br>1011 F Avenue<br>Coronado, CA 92118 | REQUEST FOR SPECIAL NOTICE |
| Don Tomlin<br>c/o David W. Mounier<br>15316 Sky High Rd.<br>Escondido, CA 92025 | Edward M. Homfeld<br>Homfeld II, LLC<br>777 S. Federal Highway<br>Suite N-409<br>Pompano Beach, FL 33062 | RJ Rocco<br>12617 Cottageville Lane<br>Keller, TX 76248 |
| Janny Catharina Brouwer<br>2533 Kinnard Ave.<br>Henderson, NV 89074 | Michael R. Shuler<br>c/o Jay R. Eaton<br>Eaton & O'Leary, PLLC<br>115 Grove Avenue<br>Prescott, AZ 86301 | Maryetta Bowman<br>534 Enchanted Lakes Dr.<br>Henderson, NV 89052 |
| Richard McKnight Esq.<br>Law Offices of Richard McKnight<br>330 S. Third St., #900<br>Las Vegas, NV 89101 | Margie Gandolfo<br>1724 Arrow Wood Dr.<br>Reno, NV 89521 | Robert R. Kinas, Esq.<br>Meridith J. Strand, Esq.<br>Snell & Wilmer, LLP<br>3800 Howard Hughes Pkwy, #1000<br>Las Vegas, NV 89109 |

Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

Kelly J. Brinkman, Esq.
Goold Patterson Ales & Day
4496 S. Pecos Road
Las Vegas, NV 89121

Martin A. Weiss, Esq.
One Betterworld Circle
Suite 300
Temecula, CA 92590

Vince Danelian
c/o Edward J. Hanigan, Esq.
199 N. Arroyo Grande Blvd, #200
Henderson, NV 89074

Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL 33441

J. Donnolo et al c/o Janet Chubb, Esq.
Jones Vargas
100 W. Liberty St., 12th Floor
P. O. Box 281
Reno, NV 89504-0281

Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

William L. McGimsey, Esq.
601 E. Charleston Blvd.
Las Vegas, NV 89104

Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

STAN WOLKEN
Send notice to:
bayareastan@yahoo.com

Franklin C. Adams, Esq.
Best Best & Krieger, LLP
3750 University Ave. #400
P.O. Box 1028
Riverside, CA 92502-1028

Jeffrey G. Sloane
Regina M. McConnell
Kravitz, Schnitzer, Sloane, Johnson et al.
1389 Galleria Dr., Suite 200
Henderson, NV 89014

Attys/Prospect High Inc. Fund, et al.
C. Cunningham/J. Kohl
Rawlings Olson Cannon, et al.
9950 W. Cheyenne Ave.
Las Vegas, NV 89129

Laurel L. Davis, Esq.
Lionel Sawyer & Collins
300 S. Fourth St., #1700
Las Vegas, NV 89101

Scott K. Canepa, Esq.
Canepa, Riedy & Rubino
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

S&J Enterprise Invest.
c/o Caryn S. Tijsseling, Esq.
Beesley, Peck & Matteoni, Ltd.
5011 Meadowood Mall Way, Ste. 300
Reno, NV 89502

R. Mason/P. Smoots/M. Schmahl
McGuire Woods LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601

Regina M. McConnell, Esq.
Kravitz, Schnitzer, Sloane, et al.
1389 Galleria Dr., Ste. 200
Henderson, NV 89014

Community Bank of Nevada
c/o Donald T. Polednak, Esq.
Sylvester & Polednak, Ltd.
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128

Bank of America
c/o Scott D. Fleming, Esq.
Hale Lane Peek Dennison Howard
3930 Howard Hughes Pkwy. 4th Fl
Las Vegas, NV 89109

Miklos Steuer c/o
N. Leatham/J. MacRobbie
Kolesar & Leatham, Chtd.
3320 W. Sahara Ave., Ste. 380
Las Vegas, NV 89102

American Express Bank FSB
c/o Gilbert B. Weisman, Esq.
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Rodney Roloff
c/o Law Offices Of James G. Schwartz
Attn: James G. Schwartz/Joshua D. Brysk
7901 Stoneridge Drive, Ste. 401
Pleasanton, CA 94588

Franklin/Stratford Investment LLC
c/o Deaner, Deaner,, Scann et al.
Atn: Susan Scann/Paul Connaghan
720 So. Fourth Street, Ste. 300
Las Vegas, NV 89101

Robert Verchota, Gen. Partner
c/o R&N Real Estate Inv. LP
Attn: Jeffrey A. Cogan, Esq.
3990 Vegas Drive
Las Vegas, NV 89108

Andrew Welcher
c/o Nordman Cormany Hair & Compton
Attn: William E. Winfield, Esq.
1000 Town Center Dr., Sixth Fl.
P.O. Box 9100
Oxnard, CA 93031

John Michelsen/Gary Michelsen
c/o Woodburn & Wedge
Attn: John F. Murtha, Esq.
6100 Neil Road, Ste. 500
P.O. Box 2311
Reno, NV 89505

Jasper Benincasa Jr.
Flocerfida Benincasa
9359 Roping Cowboy Avenue
Las Vegas, NV 89178

Gordon & Silver, LTD.
Atn: Gregory E. Garman, Esq.
3960 Howard Hughes Pkwy, 9th Fl.
Las Vegas, NV 89109

Sean Najarian, Esq.
The Najarian Law Firm
283 S. Lake Ave., Suite 205
Pasadena, CA 91101

OTHER PARTIES:

Nevada Mortgage Lending Div.
Attn: Susan Eckhardt
3075 E. Flamingo #100
Las Vegas, NV 89121

U.S. Securities & Exchange Comm.
Attn: Sandra W. Lavigna.
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street N.W.
Washington, D.C. 20005-4026

DMV and Public Safety
Records Section
555 Wright Way
Carson City, NV 89711-0250

NV Dept. of Taxation
Bankruptcy Division
555 E. Washington #1300
Las Vegas, NV 89101

Secretary of State
State of Nevada
202 N. Carson Street
Carson City, NV 89701

Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

U.S. Securities & Exchange Comm.
Atn: Sarah D. Moyed, Esq.
5670 Wilshire Blvd. Ste. 1100
Los Angeles, CA 90036-3648

Dept. of Employment Training
Employ. Sec Div. Contribut. Sec.
500 East Third Street
Carson City, NV 89713-0030

Employers Ins. Co. of NV
Atn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

IRS
Atn: Bankruptcy Dept.
Stop 5028
110 City Parkway
Las Vegas, NV 89106

NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

U.S. Attorney
District of Nevada
323 Las Vegas Blvd. So. #5000
Las Vegas, NV 89101

U.S. Dept. of Justice
Tax Div. – Western Region
P.O. Box 683
Ben Franklin Station
Washington D.C. 20044

IRS
Ogden, UT 84201

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155-1401

District Counsel
IRS
110 City Parkway
Las Vegas, NV 89106

FHA/HUD District Office
333 N. Rancho Dr., #700
Las Vegas, NV 89106-3797

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

Kurt Hunsberger
3500 Lakeside Court, #200
Reno, NV 89520

Maryan Rutar
4043 Chalfont Court
Las Vegas, NV 89121

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV 89121-7224

Candace C. Carlyon, Esq.
Shea & Carlyon, Ltd.
233 S. Fourth St., Suite 200
Las Vegas, NV 89101

Thomas Fell/Matthew Zirzow
Gordon & Silver, Ltd.
3960 Howard Hughes Pk., 9th Fl.
Las Vegas, NV 89109

Robert C. LePome, Esq.
330 So. Third St., Ste. 1100B
Las Vegas, NV 89101

Nicholas J. Santoro
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Bradley J. Stevens
3300 N. Central Avenue
Phoenix, AZ 85012

CiCi Cunningham/James A. Kohl
Christine Roberts
Rawlings, Olson, Cannon, et al.
9950 West Cheyenne Ave.
Las Vegas, NV 89129

Bay Communities
c/o Chris El
4800 No. Federal Hwy., Ste. A205
Boca Raton, FL 33431

George Gorman
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Callister & Reynolds
Matthew Q. Callister
823 Las Vegas Blvd. South
Las Vegas, NV 89101

Gerald Gordon/Thomas Fell
Gordon & Silver, Ltd
3960 Howard Hughes Pkwy., 9th Fl,
Las Vegas, NV 89109

Gregory J. Walch
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Allison Mackenzie Russell, et al.
Joan C. Wright
402 N. Division St.
P.O. Box 646
Carson City, NV 89702

Kevin B. Christensen Chtd
c/o Kevin B. Christensen
Xanna P Hardman
7440 W. Sahara Ave.
Las Vegas, NV 89117

Peter Susi, Esq.
Michaelson, Susi & Michaelson
Seven W. Figueroa St., 2nd Floor
Santa Barbara, CA 93101

Greg Garman
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89109

Bolick & Boyer
Erven Nelson/Robert Bolick
6060 W. Elton Ave., Suite A
Las Vegas, NV 89107