JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
  and  tbw@jonesvargas.com
  and  lbubala@jonesvargas.com

Attorneys for Direct Lenders

*Electronically Filed on:*
*June 8, 2006*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **AMENDED CERTIFICATE OF SERVICE OF DIRECT LENDERS' ERRATA TO DIRECT LENDERS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY -- §362 INFORMATION SHEET (AFFECTS USA COMMERCIAL MORTGAGE CO.)** |
| USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: June 15, 2006<br>Hearing Time: 10:00 a.m. |

1.  On June 6, 2006, we filed the following document(s):

**ERRATA TO DIRECT LENDERS' MOTION TO OBTAIN RELIEF FROM THE AUTOMATIC STAY (AFFECTS USA COMMERCIAL MORTGAGE CO.)**

2. The above-named document(s) were then served by the following means to the persons as listed below :

■ a. On June 6, 2006, through the **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com;sbrown@lrlaw.com
- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com
- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE**
  cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com
- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- **THOMAS H. FELL**
  THF@GORDONSILVER.COM BANKRUPTCYNOTICES@GORDONSILVER.COM
- **SCOTT D. FLEMING**
  sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com
- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com
- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com
- **EDWARD J. HANIGAN**
  haniganlaw@earthlink.net haniganlaw1@earthlink.net
- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com
- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1. - **EVAN L. JAMES**
     ejameslv@earthlink.net kbchrislaw@aol.com
2. - **ANNETTE W JARVIS**
3. - **ROBERT R. KINAS**
     rkinas@swlaw.com
4.   mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com
   - **NILE LEATHAM**
5.   nleatham@klnevada.com ckishi@klnevada.com;bankruptcy@klnevada.com
   - **ROBERT C. LEPOME**
6.   robert@robertlepome.com susan@robertlepome.com
7. - **REGINA M. MCCONNELL**
     rmcconnell@kssattorneys.com
8. - **WILLIAM L. MCGIMSEY**
     lawoffices601@lvcoxmail.com
9. - **RICHARD MCKNIGHT**
     mcknightlaw@cox.net
10.  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
11. - **JEANETTE E. MCPHERSON**
      jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
12. - **SHAWN W MILLER**
      bankruptcyfilings@sheacarlyon.com
13.   smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmit
14.   h@sheacarlyon.com
    - **DAVID MINCIN**
15.   mcknightlaw@cox.net
      gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforem
16.   aster@lawlasvegas.com
17. - **JOHN F MURTHA**
      jmurtha@woodburnandwedge.com
18. - **DONNA M. OSBORN**
      jinouye@marquisaurbach.com
19.   dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.
      com;kgallegos@MarquisAurbach.com
20. - **DONALD T. POLEDNAK**
      sandplegal@yahoo.com spbankruptcy@yahoo.com
21. - **PAUL C RAY**
22.   info@johnpeterlee.com
    - **SUSAN WILLIAMS SCANN**
23.   sscann@deanerlaw.com palexander@deanerlaw.com
    - **LENARD E. SCHWARTZER**
24.   bkfilings@s-mlaw.com
25. - **SHLOMO S. SHERMAN**
      ssherman@sheacarlyon.com
26.   aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon
      .com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com
27. - **JEFFREY G. SLOANE**
28.   gjklepel@yahoo.com rmcconnell@kssattorneys.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

3

- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com
- **CARYN S. TIJSSELING**
  cst@beesleyandpeck.com aha@beesleyandpeck.com
- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

■ b. And on June 8, 1006, by **United States mail, postage fully prepaid on the following** (list persons and addresses):

| | |
|---|---|
| Joshua D Brysk, Esq.<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Drive, Suite 401<br>Pleasanton, CA 94588 | Michael M. Schmahl<br>Mcguirewoods LLP<br>77 W. Wacker Drive, Suite 4100<br>Chicago, IL 60601 |
| Richard J. Mason<br>130 Pinetree Lane<br>Riverwoods, IL 60015 | James G Schwartz<br>7901 Stoneridge Dr #401<br>Pleasanton, CA 94588 |
| Annette W Jarvis, Esq.<br>Douglas M Monson , Esq.<br>Steven C. Strong, Esq.<br>Ray Quinney & Nebeker P.C.<br>36 South State St Ste 1400<br>Po Box 45385<br>Salt Lake City, UT 84145-0385 | Patricia K. Smoots<br>318 N Grove<br>Oak Park, IL 60302<br><br>Bradley J Stevens<br>Jennings, Strouss & Salmon, PLC<br>201 East Washington Street, 11th Floor<br>Phoenix, AZ  85004-2385 |
| Erven T Nelson<br>6060 W. Elton Avenue, Suite A<br>Las Vegas, NV 89107 | Gregory J Walch<br>400 S Fourth St 3rd Floor<br>Las Vegas, NV 89101 |
| Erven T Nelson<br>7401 W Charleston Blvd<br>Las Vegas, NV 89117 | William E Winfield<br>POB 9100<br>Oxnard, CA 93031 |
| Nicholas J Santoro<br>400 S Fourth St 3rd Floor<br>Las Vegas, NV 89101 | |

❧ c. **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

❧ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

4

H:\Fs1Wp51\Direct Lenders-Beneficiaries\Pleadings\Mtn, Relief Stay-Change Agent, 5.2.06\COS-Amended Re Stay Relief Errata.doc

      ❾    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  d.  **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

❾  e.  **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

❾  f.  **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 8th day of June, 2006.

    J. Englehart & Tawney Waldo          //s// Tawney Waldo & J. Englehart
Name                                          Signature

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

5

H:\Fs1Wp51\Direct Lenders-Beneficiaries\Pleadings\Mtn, Relief Stay-Change Agent, 5.2.06\COS-Amended Re Stay Relief Errata.doc