LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com
Scott K. Brown AZ State Bar No. 020390
Email: sbrown@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on June 8, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company<br>     06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC<br>     06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund,<br>LLC<br>     06-10728** | **Joinder in Debtors' Limited Opposition to Emergency Motion For Order Regarding Project Disbursement Group, Inc.'s Disbursement Of Interest Payments To Debtor** |
| **USA Capital First Trust Deed Fund, LLC<br>     06-10728** | Date:  June 15, 2006<br>Time:  10:00 a.m. |
| **USA Securities, LLC<br>     06-10729**<br>                              **Debtors.** | **Affecting:**<br>¨  All Cases<br>**or Only:**<br>✕  USA Commercial Mortgage Company<br>¨  USA Capital Realty Advisors, LLC<br>¨  USA Capital Diversified Trust Deed Fund, LLC<br>¨  USA Capital First Trust Deed Fund, LLC |

The Official Committee of Unsecured Creditors of USA Commercial Mortgage

Company (the "Committee") joins in Debtors' Limited Opposition to Emergency Motion

for Order Regarding Project Disbursement Group, Inc.'s ("PDG") Disbursement of

Interest Payments to Debtor [DE 510] and opposes any additional relief requested in the

PDG motion [DE 324].  PDG may not unilaterally decline to comply with its prepetition

201095.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  contracts with the Debtor, or retain property of the Debtor's estate, including servicing fee

2  funds, or risk violation of the automatic stay.  This money is important for the Debtor's

3  reorganization, and to the lenders whose loans Debtor services, and the Bankruptcy Code

4  mandates its turnover to the Debtor.   The Committee Approves the Stipulation and

5  Interim Order Authorizing PDG to Make Disbursements from Funds it Holds as

6  Disbursement Agent, attached as Exhibit A to Debtors' Limited Opposition.

7           Dated June 8, 2006.

8                                        **LEWIS AND ROCA LLP**

9

10                                       By /s/ RC (#006593)
                                             Susan M. Freeman, AZ 4199 (pro hac vice pending)
11                                           Rob Charles, NV 6593
                                             Scott K. Brown, AZ 20390(pro hac vice pending)
12                                       *Proposed Attorneys for Official Committee of*
                                         *Unsecured Creditors*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

2                                                              201095.1