

Entered on Docket
June 09, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA (CA Bar No. 136934)<br>EVE H. KARASIK (CA Bar No. 155356),<br>CHRISTINE M. PAJAK (CA Bar No. 217173)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>E-mail:    fmerola@stutman.com<br>           ekarasik@stutman.com<br>           cpajak@stutman.com<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* | LEWIS AND ROCA, LLP<br>ROB CHARLES, ESQ. (NV Bar No. 6593)<br>SUSAN M. FREEMAN, ESQ.<br>(AZ Bar No. 004199)<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, Nevada 89109<br>Facsimile (702) 949-8321<br>Telephone (702) 949-8320<br>E-mail:    rcharles@lrlaw.com<br>           sfreeman@lrlaw.com<br>*[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |
| GORDON & SILVER, LTD<br>GERALD M. GORDON, ESQ. (NV Bar No. 229)<br>GREGORY E. GARMAN, ESQ.<br>(NV Bar No. 6654)<br>3960 Howard Hughes Pkway, 9th Floor<br>Las Vegas, NV 89109<br>Telephone: (702) 796-5555<br>Facsimile: (702) 369-2666<br>E-mail:    gmg@gordonsilver.com<br>           geg@gordonsilver.com<br>*Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>MARC A. LEVINSON, ESQ. (CA Bar No. 57613)<br>LYNN TRINKA ERNCE, ESQ. (CA Bar No. 179212)<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>E-mail:    malevinson@orrick.com<br>           lernce@orrick.com<br>*[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |

**<u>ORDER SHORTENING TIME ON JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR NUNC PRO TUNC ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS ALL DEBTORS)</u>**

391732v1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date:  June 15, 2006<br>Time: 10:00 AM<br>Place: Courtroom 1 |

**ORDER SHORTENING TIME ON JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR NUNC PRO TUNC ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS ALL DEBTORS)**

    The Court, having considered the Verbal Application for Order Shortening Time ("OST Application") on Joint Motion of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company, the Official Committee of Equity Security

2

391732v1

Holders of USA Capital Diversified Trust Deed Fund, LLC, and the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company Pursuant To 11 U.S.C. §§ 105(A), 107(B), 1102(B)(3)(A) and 1103(C), for Order Clarifying Requirement To Provide Access To Information (the "Information Protocols Motion"); the pleadings, papers and records on file herein; and good cause appearing therefore:

IT IS HEREBY ORDERED that the OST Application is granted, and that the Information Protocols Motion will be heard by a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the 15th day of June, 2006 at 10:00 AM   A copy of the Information Protocols Motion is on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101. Additional copies are available at no charge from the BMC website, located at **http://www.bmcgroup.com/usacmc**.

IT IS FURTHER ORDERED that pursuant to the Amended Order Establishing Case Management Procedures entered by this Court on May 17, 2006, the deadline to file and serve objections to Requests for Relief set on shortened time shall be no later than Monday, June 12, 2006 at noon. Any brief filed in reply to an objection to Request for Relief shall be filed by noon on June 14, 2006. Courtesy copies of all pleadings must be delivered to the Bankruptcy Court Clerk's office upon filing.

IT IS FURTHER ORDERED that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

391732v1

| | |
|---|---|
| SUBMITTED BY: | SUBMITTED BY: |
| STUTMAN, TREISTER & GLATT, P.C. | GORDON & SILVER, LTD |

*/s/ Christine M. Pajak*
―――――――――――――――――――
CHRISTINE M. PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

―――――――――――――――――――
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Pkway, 9th Floor
Las Vegas, NV 89109

Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

SUBMITTED BY:                           SUBMITTED BY:

LEWIS AND ROCA, LLP                     ORRICK, HERRINGTON & SUTCLIFFE LLP

―――――――――――――――――――     ―――――――――――――――――――
ROB CHARLES, ESQ.                       MARC A. LEVINSON, ESQ.
SUSAN M. FREEMAN, ESQ.                  LYNN TRINKA ERNCE, ESQ.
3993 Howard Hughes Parkway, 6th Floor   400 Capitol Mall, Suite 3000
Las Vegas, Nevada 89109                 Sacramento, California 95814-4407

[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

APPROVED/DISAPPROVED BY:                APPROVED/DISAPPROVED BY:

OFFICE OF THE UNITED STATES TRUSTEE     Schwartzer & McPherson Law Firm

―――――――――――――――――――     ―――――――――――――――――――
AUGUST B. LANDIS                        LENARD SCHWARTZER, ESQ.
Office of the United States Trustee     JEANETTE E. MCPHERSON, ESQ.
300 Las Vegas Boulevard, Suite 4300     2850 South Jones Boulevard, Suite 1,
Las Vegas, NV 89101                     Las Vegas, NV 89146

Assistant United States Trustee         Counsel for the Debtors

###

391732v1

| | |
|---|---|
| SUBMITTED BY: | SUBMITTED BY: |
| STUTMAN, TREISTER & GLATT, P.C. | GORDON & SILVER, LTD |
| CHRISTINE M. PAJAK, ESQ.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>3960 Howard Hughes Pkway, 9th Floor<br>Las Vegas, NV 89109 |
| Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| SUBMITTED BY: | SUBMITTED BY: |
| LEWIS AND ROCA, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| ROB CHARLES, ESQ.<br>SUSAN M. FREEMAN, ESQ.<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, Nevada 89109 | MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4407 |
| [Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company | [Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |
| APPROVED/DISAPPROVED BY: | APPROVED/DISAPPROVED BY: |
| OFFICE OF THE UNITED STATES TRUSTEE | Schwartzer & McPherson Law Firm |
| AUGUST B. LANDIS<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, Suite 4300<br>Las Vegas, NV 89101<br><br>Assistant United States Trustee | LENARD SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>2850 South Jones Boulevard, Suite 1,<br>Las Vegas, NV 89146<br><br>Counsel for the Debtors |

###

391732v1

| | |
|---|---|
| SUBMITTED BY: | SUBMITTED BY: |
| STUTMAN, TREISTER & GLATT, P.C. | GORDON & SILVER, LTD |
| CHRISTINE M. PAJAK, ESQ.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>3960 Howard Hughes Pkway, 9th Floor<br>Las Vegas, NV 89109 |
| Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| SUBMITTED BY: | SUBMITTED BY: |
| LEWIS AND ROCA, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| /s/ Rob Charles<br>ROB CHARLES, ESQ.<br>SUSAN M. FREEMAN, ESQ.<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, Nevada 89109 | MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4407 |
| [Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company | [Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |
| APPROVED/DISAPPROVED BY: | APPROVED/DISAPPROVED BY: |
| OFFICE OF THE UNITED STATES TRUSTEE | Schwartzer & McPherson Law Firm |
| AUGUST B. LANDIS<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, Suite 4300<br>Las Vegas, NV 89101<br><br>Assistant United States Trustee | LENARD SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>2850 South Jones Boulevard, Suite 1,<br>Las Vegas, NV 89146<br><br>Counsel for the Debtors |

###

391732v1

SUBMITTED BY:

STUTMAN, TREISTER & GLATT, P.C.

_____
CHRISTINE M. PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

SUBMITTED BY:

LEWIS AND ROCA, LLP

_____
ROB CHARLES, ESQ.
SUSAN M. FREEMAN, ESQ.
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, Nevada 89109

[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

APPROVED/DISAPPROVED BY:

OFFICE OF THE UNITED STATES TRUSTEE

_____
AUGUST B. LANDIS
Office of the United States Trustee
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

Assistant United States Trustee

SUBMITTED BY:

GORDON & SILVER, LTD

_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Pkway, 9th Floor
Las Vegas, NV 89109

Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

SUBMITTED BY:

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Marc A. Levinson*
_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407

[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

APPROVED/DISAPPROVED BY:

Schwartzer & McPherson Law Firm

_____
LENARD SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
2850 South Jones Boulevard, Suite 1,
Las Vegas, NV 89146

Counsel for the Debtors

###

391732v1

| SUBMITTED BY: | SUBMITTED BY: |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | GORDON & SILVER, LTD |

| | |
|---|---|
| CHRISTINE M. PAJAK, ESQ.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br><br>Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>3960 Howard Hughes Pkway, 9th Floor<br>Las Vegas, NV 89109<br><br>Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |

| SUBMITTED BY: | SUBMITTED BY: |
|---|---|
| LEWIS AND ROCA, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |

| | |
|---|---|
| ROB CHARLES, ESQ.<br>SUSAN M. FREEMAN, ESQ.<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, Nevada 89109<br><br>[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company | MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4407<br><br>[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |

| APPROVED/DISAPPROVED BY: | APPROVED/DISAPPROVED BY: |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br><br>*[signature]*<br>AUGUST B. LANDIS<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, Suite 4300<br>Las Vegas, NV 89101<br>*Scott Farrow*<br>Assistant United States Trustee | Schwartzer & McPherson Law Firm<br><br><br>LENARD SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>2850 South Jones Boulevard, Suite 1,<br>Las Vegas, NV 89146<br><br>Counsel for the Debtors |

###

391732v1

| | |
|---|---|
| SUBMITTED BY: | SUBMITTED BY: |
| STUTMAN, TREISTER & GLATT, P.C. | GORDON & SILVER, LTD |
| CHRISTINE M. PAJAK, ESQ.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br><br>Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>3960 Howard Hughes Pkway, 9th Floor<br>Las Vegas, NV 89109<br><br>Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| SUBMITTED BY: | SUBMITTED BY: |
| LEWIS AND ROCA, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| ROB CHARLES, ESQ.<br>SUSAN M. FREEMAN, ESQ.<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, Nevada 89109<br><br>[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company | MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4407<br><br>[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |
| APPROVED/DISAPPROVED BY: | APPROVED/DISAPPROVED BY: |
| OFFICE OF THE UNITED STATES TRUSTEE | Schwartzer & McPherson Law Firm<br><br>*/s/ Lenard Schwartzer* |
| AUGUST B. LANDIS<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, Suite 4300<br>Las Vegas, NV 89101<br><br>Assistant United States Trustee | LENARD SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>2850 South Jones Boulevard, Suite 1,<br>Las Vegas, NV 89146<br><br>Counsel for the Debtors |

###

391732v1