RECEIVED
AND ~~~~~

NORDMAN CORMANY HAIR & COMPTON LLP
By:    William E. Winfield (State Bar #122055)
1000 Town Center Drive, 6th Floor
P.O. Box 9100
Oxnard, CA  93031-9100
(805) 485-1000 (tel.)
(805) 988-8387 (fax)
email:  wwinfield@nchc.com

Attorneys for Creditor, ANDREW WELCHER

JUN  8  9 17 AM '06

~~~~~~

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>             Debtor. | Case Nos.    BK-S-06-10725 LBR<br>Case Nos.    BK-S-06-10726 LBR<br>Case Nos.    BK-S-06-10727 LBR<br>Case Nos.    BK-S-06-10728 LBR<br>Case Nos.    BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered under<br>Case No. BK-S-06-10725-LBR |
| In re<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>             Debtor. | |
| In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,<br><br>             Debtor. | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT<br><br>Local Rule IA 10-2 |
| In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>             Debtor. | |
| In re<br><br>USA SECURITIES, LLC,<br><br>             Debtor. | |

$175.00 receipt # 179858

1    William E. Winfield, Petitioner, respectfully represents to the court:

2    1.    That Petitioner resides at Ventura County, California.

3    2.    That Petitioner is an attorney at law and a member of the law firm of

4    Nordman Cormany Hair & Compton LLC with offices at 1000 Town Center Drive,

5    Sixth Floor, Oxnard, California 93036; telephone (805) 485-1000.

6    3.    That Petitioner has been retained personally or as a member of the law

7    firm to provide legal representation in connection with the above-entitled case now

8    pending before this Court.

9    4.    That since 1985, Petitioner has been and presently is a member in good

10   standing of the bar of the highest Court of the State of California where Petitioner

11   regularly practices law.

12   5.    That Petitioner was admitted to practice before the following United

13   States District Courts, United States Circuit Courts of Appeal, the Supreme Court of

14   the United States and Courts of other States on the dates indicated for each, and

15   that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
|---|---|
| United States District Court Central District of California | 1986 |
| United States Court of Appeal's North Circuit | 1989 |
| United States Supreme Court | 1990 |

21   6.    That there are or have been no disciplinary proceedings instituted

22   against petitioner, nor any suspension of any license, certificate or privilege to

23   appear before any judicial, regulatory or administrative body, or any resignation or

24   termination in order to avoid disciplinary or disbarment proceedings, except as

25   describe in detail below: None.

26   7.    That Petitioner has never been denied admission to the State Bar of

27   Nevada.

28   8.    Petitioner, or any member of Petitioner's firm with which Petitioner is

1  associated, has filed application to appear as counsel under Local Rule IA 10-2

2  during the past three (3) years in the following matters:  None.

3        9.    Petitioner consents to the jurisdiction of the courts and disciplinary

4  boards of the State of Nevada with respect to the law of this state governing the

5  conduct of attorneys to the same extent as a member of the State Bar of Nevada.

6        10.    Petitioner agrees to comply with the standards of professional conduct

7  required of the members of the bar of this court.

8        11.    Petitioner has disclosed in writing to the client that the applicant is not

9  admitted to practice in this jurisdiction and that the client has consented to such

10  representation.

11        Petitioner respectfully prays that Petitioner be admitted to practice before

12  this Court  FOR THE PURPOSES OF THIS CASE ONLY,

13        I declare that the foregoing is true under penalty of perjury.

14

15  DATED:  June 5, 2006              NORDMAN CORMANY HAIR & COMPTON LLP

16

17                              By: _____

18                                  William E. Winfield
                                    Attorneys for Creditor, ANDREW WELCHER

19  STATE OF CALIFORNIA        )
                               )
20  COUNTY OF VENTURA          )

21  On June __5__, 2006, before me, Barbara Jo Ferguson Notary
22  Public, personally appeared WILLIAM E. WINFIELD, personally known to me (or
    proved to me on the basis of satisfactory evidence) to be the person whose name is
23  subscribed to the within instrument and acknowledged to me that he executed the
    same in his authorized capacity, and that by his signature on the instrument the
24  person, or the entity upon behalf of which the person acted, executed the
    instrument.

25  WITNESS my hand and official seal.

26                                        
                                          BARBARA JO FERGUSON
                                          COMM. # 1475196
27                                        NOTARY PUBLIC-CALIFORNIA
                                          VENTURA COUNTY
                                          My Comm. Expires
28                                        MARCH 8, 2008

16766\001\pld\10263982.DOC              3
                    PETITION TO PRACTICE IN THIS CASE ONLY

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  1000 Town Center Drive, 6th Floor, P.O. Box 9100, Oxnard, CA 93031-9100.

On June ___6___, 2006, I served the foregoing document described as VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT on the interested parties in this action

☑      by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☑     **BY MAIL**

☐  I deposited such envelope in the mail at Oxnard, California.  The envelope was mailed with postage thereon fully prepaid.

☑  I caused such envelope to be deposited in the mail at Oxnard, California. The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Oxnard, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June ___6___, 2006, at Oxnard, California.

_Geri Futrell_
Geri Futrell, Paralegal

1

## MAILING LIST

2

Office of the U.S. Trustee
3    Attention: Augie Landis
300 Las Vegas Blvd. South
4    Suite 4300
Las Vegas, NV 89101

5

6    Attorney for Debtors, USA Capital
Diversified Trust Deed Fund, LLC,
7    Capital First Trust Deed Fund LLC,
USA Commercial Mortgage Company,
8    Capital Realty Advisors, LLC, and
USA Securities, LLC:
9    Jeanette E. McPherson, Esq.
Lenard E. Schwartzer, Esq.
10   Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
11   Las Vegas, NV 89146

12   and –

13   Douglas M. Monson, Esq.
Steven C. Strong, Esq.
14   Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
15   P.O. Box 45385
Salt Lake City, UT 84145-0385

16

17   Attorneys for Debtor, USA
Commercial Mortgage Company:
18   Annette W. Jarvis, Esq.
P.O. Box 45385
19   Salt Lake City, UT 84146

20

Attorneys for Creditors Committee of
21   Executory Contract Holders of
USA Commercial Mortgage Company:
22   Gregory E. Garman, Esq.
Talitha B. Gray, Esq.
23   Gordon & Silver, Ltd.
3960 Howard Hughes Pkwy., Ninth Floor
24   Las Vegas, NV 89109

25

26

27

28

16766\001\pld\10263982.DOC                          5

PETITION TO PRACTICE IN THIS CASE ONLY

Attorneys for Equity Security Holders of
USA Commercial Mortgage Company, and
Creditors' Committee of Unsecured Creditors
for USA Commercial Mortgage Company:
Rob Charles, Esq.
Lewis & Roca, LLP
1 South Church Avenue, #700
Tucson, AZ 85701-1611


Attorneys for Creditors' Committee
of Equity Security Holders of
USA Capital First Trust Deed Fund,
USA Capital Diversified Trust Deed Fund,
and USA Commercial Mortgage Company::
Shlomo S. Sherman, Esq.
Shawn W. Miller, Esq.
Shea & Carlyon, LTD.
233 S. Fourth Street, 2nd Flood
Las Vegas, NV 89101

PETITION TO PRACTICE IN THIS CASE ONLY