LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845
Email: Ldavis@lionelsawyer.com

E-Filed on June 9, 2006

Attorneys for the Canepa Group

**UNITED STATE BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>_____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____<br>In re:<br>USA SECURITIES, LLC,<br>    Debtor.<br>_____<br>Affects:<br>    [x] All Debtors<br>    [ ] USA Commercial Mortgage Company<br>    [ ] USA Securities, LLC<br>    [ ] USA Capital Realty Advisors, LLC<br>    [ ] USA Capital Diversified Trust Deed Fund, LLC<br>    [ ] USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Date: N/A<br>Time: N/A |

**STATEMENT OF LIONEL SAWYER & COLLINS
PURSUANT TO FED.R.BANKR.P. 2019
(AFFECTS ALL DEBTORS)**

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

Laurel E. Davis, makes the following statements:

1. I am an attorney licensed to practice law in the State of Nevada, and I am a shareholder of the law firm of Lionel Sawyer & Collins. I have personal knowledge of the facts recited herein, and I am competent to testify regarding them if called as a witness in this matter.

2. Lionel Sawyer & Collins has been retained to represent Scott K. Canepa; Shawntelle Davis-Canepa; Scott K. Canepa Defined Benefit Pension Plan; Evelyn G. Canepa Trust, Evelyn G. Canepa and Scott Krusee Canepa Trustees; Gary T. and Lori R. Canepa, Trustees of the G. & L. Trust dated 11/25/91; Louis John Canepa Trustee of the Louis John Canepa Revocable Trust dated 6/18/98; and Michael Wagnon, who are collectively referred to as "the Canepa Group." These seven persons and entities made original investments in 13 different loans in excess of $3.1 million. Additionally, one member of the Canepa Group holds a $30,000 Direct Investment in the First Trust Deed Fund, LLC. I am the attorney primarily responsible for representing the Canepa Group.

3. As Ordered by the Bankruptcy Court, I provide the following information required by Fed.R.Bankr.P. 2019 with respect to each member of the Canepa Group and their involvement with the above-referenced cases:

(a) **Scott K. Canepa**, Canepa, Riedy & Rubino, 851 S. Rampart Boulevard, #160, Las Vegas, Nevada 89145. On August 17, 2005, Mr Canepa made a Direct Loan to Boise/Gowan 93, LLC in the amount of $1,250,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by U.S.A. Commercial Mortgage Company ("USACM") pursuant to a Loan Servicing Agreement ("LSA") and Power of Attorney.

(b) **Shawntelle Davis-Canepa**, c/o Canepa, Riedy & Rubino, 851 S. Rampart Boulevard, #160, Las Vegas, Nevada 89145. On or about April 1, 2005, Ms. Davis-Canepa made a Direct Loan to Southern California Land Development, LLC in the amount of $25,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(b) **Scott K. Canepa Defined Benefit Pension Plan ("Scott Canepa DBPP")**, c/o Canepa, Riedy & Rubino, 851 S. Rampart Boulevard, #160, Las Vegas, Nevada 89145, regarding the following two matters:

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-2-

      (1)    On or about March 3, 2004, Scott Canepa DBPP made a Direct Loan to Los Valles Land & Golf, LLC (Hasley Canyon) in the amount of $600,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

      (2)    On April 20, 2005, Scott Canepa DBPP made a Direct Loan to SVRP, LLC (Rio Bravo) in the amount of $40,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

    (c)    **Evelyn G. Canepa Trust, Evelyn G. Canepa and Scott Krusee Canepa Trustees ("Evelyn Canepa Trust")**, c/o Canepa, Riedy & Rubino, 851 S. Rampart Boulevard, #160, Las Vegas, Nevada 89145, regarding the following seven matters:

      (1)    On or about August 2, 2005, Evelyn Canepa Trust made a Direct Loan to 3685 Fernando Road Partners, LP in the amount of $100,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

      (2)    On July 28, 2005, Evelyn Canepa Trust made a Direct Loan to Bundy Canyon Land Development, LLC in the amount of $100,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

      (3)    On or about February 2, 2005, Evelyn Canepa Trust made a Direct Loan to Cabernet Highlands, LLC in the amount of $25,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

      (4)    On February 23, 2005, Evelyn Canepa Trust made a Direct Loan to Arapahoe Land Investments, LP (Clear Creek) in the amount of $50,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-3-

(5) On October 5, 2006, Evelyn Canepa Trust made a Direct Loan to Los Valles Land & Golf, LLC (Hasley Canyon) in the amount of $100,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(6) On November 9, 2004, Evelyn Canepa Trust made a Direct Loan to Opaque Land Development, LLC in the amount of $165,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(7) On or about December 10, 2004, Evelyn Canepa Trust made a Direct Loan to Placer County Land Speculators, LLC in the amount of $25,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(d) **Gary T. and Lori R. Canepa, Trustees of the G. & L. Trust dated 11/25/91 ("G & L Trust"),** c/o Canepa, Riedy & Rubino, 851 S. Rampart Boulevard, #160, Las Vegas, Nevada 89145, regarding the following two matters:

(1) On January 23, 2005 G & L Trust made a Direct Loan to Cabernet Highlands, LLC in the amount of $100,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(2) On April 8, 2005, G & L Trust made a Direct Loan to Fiesta Development, Inc. (Fiesta/Murietta) in the amount of $75,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(e) **Louis John Canepa Trustee of the Louis John Canepa Revocable Trust dated 6/18/98 ("Louis Canepa Trust")**, c/o Canepa, Riedy & Rubino, 851 S. Rampart Boulevard, #160, Las Vegas, Nevada 89145, regarding the following four matters:

(1) On January 17, 2006, Louis Canepa Trust made a Direct Loan to Brookmere in the amount of $9,344, which loan is evidenced by a promissory note and secured by

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-4-

1 a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of
2 Attorney.

3  (2) On November 10, 2003, Louis Canepa Trust made a Direct Loan to
4 Opaque Land Development, LLC in the amount of $100,000, which loan is evidenced by a
5 promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant
6 to a LSA and Power of Attorney.

7  (3) On or about December 10, 2004, Louis Canepa Trust made a Direct
8 Loan to Placer County Land Speculators, LLC in the amount of $50,000, which loan is evidenced
9 by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM
10 pursuant to a LSA and Power of Attorney.

11  (4) On February 23, 2005, Louis Canepa Trust purchased a Direct
12 Investment in the First Trust Deed Fund, LLC. in the amount of $30,000.

13  (f) **Michael Wagnon**, c/o Canepa, Riedy & Rubino, 851 S. Rampart Boulevard,
14 #160, Las Vegas, Nevada 89145, regarding the following two matters:

15  (1) On or about March 3, 2004, Michael Wagnon made a Direct Loan to
16 Los Valles Land & Golf, LLC (Hasley Canyon) in the amount of $300,000, which loan is evidenced
17 by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM
18 pursuant to a LSA and Power of Attorney.

19  (2) On or about July 26, 2004, Michael Wagnon made a Direct Loan to
20 John E. King and Carole King (Margarita Annex) in the amount of $150,000, which loan is
21 evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by
22 USACM pursuant to a LSA and Power of Attorney.

23  I declare under penalty of perjury under the laws of the United States that the foregoing is
24 true and correct.

25  Dated: June 9, 2006.

26  /s/ Laurel E. Davis
27  _____
    Laurel E. Davis
28

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845