Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on June 9, 2006

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **NOTICE OF FILING OF AMENDED 13-WEEK CASH FORECAST**<br>**(AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 21, 2006<br>Time: 9:30 a.m. |

1

USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors") hereby file the attached amended 13-Week Cash Forecast (which amends the 13-week cash forecast filed on June 5, 2006). This spreadsheet provides an updated cash forecast for the specified 13-week period.

Respectfully submitted this 9th day of June, 2006.

/s/     JEANETTE E. MCPHERSON
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

2

**USA Commercial Mortgage Company, et al.**
**13-Week Cash Forecast**
*($ in thousands)*

### 13-Week Cash Forecast

| | \multicolumn{13}{c}{Week Ending} | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/4/2006 | 6/11/2006 | 6/18/2006 | 6/25/2006 | 7/2/2006 | 7/9/2006 | 7/16/2006 | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | Total 13 Weeks |
| **USA Commercial Mortgage** | | | | | | | | | | | | | | |
| **Cash Collections** | | | | | | | | | | | | | | |
| *Collections* | | | | | | | | | | | | | | |
| Loan Origination Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $900.0 | $0.0 | $0.0 | $0.0 | $0.0 | $900.0 |
| Other Collections | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14.1 | 0.0 | 0.0 | 0.0 | 0.0 | 14.1 |
| Permanent Loan Closing Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Collection of Pre-Paid Interest from Borrowers | 0.0 | 10,308.8 | 0.0 | 4,803.1 | 1,118.6 | 0.0 | 148.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16,379.0 |
| Interest Income from Collections Account | 0.0 | 0.0 | 0.0 | 0.0 | 320.0 | 0.0 | 0.0 | 0.0 | 0.0 | 684.4 | 0.0 | 0.0 | 0.0 | 1,004.4 |
| Reimbursed Expenses from USA Capital Realty | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 125.0 | 0.0 | 0.0 | 0.0 | 125.0 | 0.0 | 0.0 | 0.0 | 250.0 |
| *Loan Servicing Collections* | | | | | | | | | | | | | | |
| Estimated Service Fees | 0.0 | 310.9 | 8.0 | 228.9 | 122.8 | 0.0 | 286.0 | 0.0 | 0.0 | 3.2 | 274.6 | 0.0 | 0.0 | 1,234.5 |
| Outstanding Origination, Extension and Closing Fees | 0.0 | 36.5 | 277.5 | 629.4 | 640.5 | 0.0 | 101.9 | 0.0 | 0.0 | 203.8 | 183.8 | 0.0 | 0.0 | 2,073.3 |
| **Total Cash Collections Operating Accounts** | $0.0 | $10,656.2 | $285.5 | $5,661.4 | $2,201.9 | $125.0 | $536.4 | $0.0 | $914.1 | $1,016.4 | $458.4 | $0.0 | $0.0 | $21,855.2 |
| **Cash Disbursements** | | | | | | | | | | | | | | |
| Origination Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $6.5 | $0.0 | $0.0 | $0.0 | $0.0 | $6.5 |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| Salaries & Wages | 0.0 | 60.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 285.0 |
| Payroll Related Benefits | 7.4 | 10.2 | 0.0 | 7.7 | 6.3 | 7.7 | 0.0 | 7.7 | 0.0 | 14.0 | 0.0 | 7.7 | 0.0 | 68.4 |
| Rent | 49.0 | 0.0 | 0.0 | 0.0 | 49.0 | 0.0 | 0.0 | 0.0 | 0.0 | 49.0 | 0.0 | 0.0 | 0.0 | 147.0 |
| Office Operating Disbursements | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 195.0 |
| Other Operating Disbursements | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 260.0 |
| **Total Operating Disbursements** | $91.4 | $105.2 | $35.0 | $87.7 | $90.3 | $87.7 | $35.0 | $87.7 | $41.5 | $143.0 | $35.0 | $87.7 | $35.0 | $961.9 |
| **Bankruptcy Related Disbursements** | | | | | | | | | | | | | | |
| Professional Fees (see schedule for detail) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $2,586.2 | $0.0 | $0.0 | $0.0 | $839.7 | $3,426.0 |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.0 | 0.0 | 0.0 | 0.0 | 9.0 | 18.0 |
| *Other* | | | | | | | | | | | | | | |
| Employee Retention Costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Noticing Agent | 0.0 | 112.5 | 0.0 | 0.0 | 69.4 | 0.0 | 0.0 | 0.0 | 0.0 | 82.6 | 0.0 | 0.0 | 0.0 | 264.5 |
| Appraisal Fees | 0.0 | 100.0 | 0.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 300.0 |
| Other (security) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Post-Petition Financing* | | | | | | | | | | | | | | |
| Fees for Post-Petition Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Legal Counsel Fees & Disbursements | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Bankruptcy Related Disbursements** | $0.0 | $212.5 | $0.0 | $0.0 | $169.4 | $0.0 | $0.0 | $0.0 | $2,695.2 | $82.6 | $0.0 | $0.0 | $848.7 | $4,008.4 |
| **Total Cash Disbursements Operating Accounts** | $91.4 | $317.7 | $35.0 | $87.7 | $259.7 | $87.7 | $35.0 | $87.7 | $2,736.8 | $225.5 | $35.0 | $87.7 | $883.7 | $4,970.4 |
| **NET CHANGE IN CASH** | ($91.4) | $10,338.6 | $250.5 | $5,573.7 | $1,942.2 | $37.4 | $501.4 | ($87.7) | ($1,822.7) | $790.9 | $423.4 | ($87.7) | ($883.7) | $16,884.9 |
| **Cash Position - USA Commercial Mortgage Estate** | | | | | | | | | | | | | | |
| Total Cash and Cash Equivalents at Beginning of Period | $1,377.3 | $1,286.0 | $11,624.6 | $11,875.0 | $17,448.8 | $19,390.9 | $19,428.3 | $19,929.7 | $19,842.1 | $18,019.4 | $18,810.3 | $19,233.6 | $19,146.0 | $1,377.3 |
| Pre-Petition Cash Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net (Decrease) Increase in Cash and Cash Equivalents | (91.4) | 10,338.6 | 250.5 | 5,573.7 | 1,942.2 | 37.4 | 501.4 | (87.7) | (1,822.7) | 790.9 | 423.4 | (87.7) | (883.7) | 16,884.9 |
| **Total Cash DIP Operating Account at End of Period** | $1,286.0 | $11,624.6 | $11,875.0 | $17,448.8 | $19,390.9 | $19,428.3 | $19,929.7 | $19,842.1 | $18,019.4 | $18,810.3 | $19,233.6 | $19,146.0 | $18,262.2 | $18,262.2 |
| Estate Funds in Collections Account | $10,308.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total USA Commercial Mortgage Estate Cash Balance** | $11,594.8 | $11,624.6 | $11,875.0 | $17,448.8 | $19,390.9 | $19,428.3 | $19,929.7 | $19,842.1 | $18,019.4 | $18,810.3 | $19,233.6 | $19,146.0 | $18,262.2 | $18,262.2 |

**USA Commercial Mortgage Company, et al.**
**13-Week Cash Forecast**
*($ in thousands)*

### 13-Week Cash Forecast

| Additional Accounts | 6/4/2006 | 6/11/2006 | 6/18/2006 | 6/25/2006 | 7/2/2006 | 7/9/2006 | 7/16/2006 | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | Total 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **USA Capital Realty Advisors - DIP Operating Account** | | | | | | | | | | | | | | |
| Beginning Cash Balance | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 |
| Management Fees Collected (DTDF) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 125.0 | 0.0 | 0.0 | 0.0 | 125.0 | 0.0 | 0.0 | 0.0 | 250.0 |
| Expense Reimbursement due USA CMC | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (250.0) |
| Ending Cash Balance | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 | $122.7 |
| **USA Securities - DIP Operating Account** | | | | | | | | | | | | | | |
| Cash Balance USA Securities | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 | $21.8 |
| **Diversified Trust - DIP Operating Account** | | | | | | | | | | | | | | |
| Beginning Cash Balance DTDF | $706.8 | $706.8 | $706.8 | $706.8 | $706.8 | $706.8 | $581.8 | $581.8 | $581.8 | $441.8 | $316.8 | $316.8 | $316.8 | $706.8 |
| Cash Payment for Professional Fees [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (140.0) | 0.0 | 0.0 | 0.0 | (160.0) | (300.0) |
| Management Fees Paid by DTDF | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (250.0) |
| Ending Cash Balance DTDF | $706.8 | $706.8 | $706.8 | $706.8 | $706.8 | $581.8 | $581.8 | $581.8 | $441.8 | $316.8 | $316.8 | $316.8 | $156.8 | $156.8 |
| **First Trust - DIP Operating Account** | | | | | | | | | | | | | | |
| Beginning Balance FTDF | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($180.0) | ($180.0) | ($180.0) | ($180.0) | $0.0 |
| Cash Payment for Professional Fees [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (180.0) | 0.0 | 0.0 | 0.0 | (160.0) | (340.0) |
| Ending Cash Balance FTDF | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($180.0) | ($180.0) | ($180.0) | ($180.0) | ($340.0) | ($340.0) |
| **Collections Account** | | | | | | | | | | | | | | |
| Beginning Balance Collections Account (Investor Funds) | $60,797.2 | $60,797.2 | $64,586.7 | $75,250.4 | $104,885.8 | $166,585.7 | $166,585.7 | $173,995.5 | $173,995.5 | $173,995.5 | $182,184.3 | $192,789.4 | $192,789.4 | $60,797.2 |
| Estimated Interest Due Investors | 0.0 | 3,921.3 | 171.7 | 1,369.1 | 2,047.7 | 0.0 | 3,620.7 | 0.0 | 0.0 | 42.0 | 3,529.8 | 0.0 | 0.0 | 14,702.3 |
| Expected Principal Return | 0.0 | 179.1 | 10,500.0 | 28,495.2 | 59,775.0 | 0.0 | 4,075.0 | 0.0 | 0.0 | 8,150.0 | 7,350.0 | 0.0 | 0.0 | 118,524.3 |
| Total Account Collections | $0.0 | $4,100.4 | $10,671.7 | $29,864.3 | $61,822.7 | $0.0 | $7,695.7 | $0.0 | $0.0 | $8,192.0 | $10,879.8 | $0.0 | $0.0 | $133,226.7 |
| Interest Payments to Investors | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Service Fees to USA CMC | 0.0 | 310.9 | 8.0 | 228.9 | 122.8 | 0.0 | 286.0 | 0.0 | 0.0 | 3.2 | 274.6 | 0.0 | 0.0 | 1,234.5 |
| Total Disbursements | $0.0 | $310.9 | $8.0 | $228.9 | $122.8 | $0.0 | $286.0 | $0.0 | $0.0 | $3.2 | $274.6 | $0.0 | $0.0 | $1,234.5 |
| Ending Balance Collections Account (Investor Funds) | $60,797.2 | $64,586.7 | $75,250.4 | $104,885.8 | $166,585.7 | $166,585.7 | $173,995.5 | $173,995.5 | $173,995.5 | $182,184.3 | $192,789.4 | $192,789.4 | $192,789.4 | $192,789.4 |
| Beginning Balance Collections Account (Estate Funds) | $10,308.8 | $10,308.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $10,308.8 |
| Interest Income to Estate [b] | 0.0 | 0.0 | 0.0 | 0.0 | 320.0 | 0.0 | 0.0 | 0.0 | 0.0 | 684.4 | 0.0 | 0.0 | 0.0 | 1,004.4 |
| Transfer of Income Interest to Estate | 0.0 | 0.0 | 0.0 | 0.0 | (320.0) | 0.0 | 0.0 | 0.0 | 0.0 | (684.4) | 0.0 | 0.0 | 0.0 | (1,004.4) |
| Transfer of Pre-Paid Interest Collected from Borrowers | 0.0 | (10,308.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (10,308.8) |
| Ending Balance Collections Account (Estate Funds) | $10,308.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance Collections Account (Total) | $71,106.0 | $64,586.7 | $75,250.4 | $104,885.8 | $166,585.7 | $166,585.7 | $173,995.5 | $173,995.5 | $173,995.5 | $182,184.3 | $192,789.4 | $192,789.4 | $192,789.4 | $192,789.4 |
| **Investors Account** | | | | | | | | | | | | | | |
| Cash Balance Investors Account | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 |
| *Executory Contract Committee Cash Due* [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 160.0 | 0.0 | 0.0 | 0.0 | 160.0 | 320.0 |

Notes:
a. Source of payment for investor and fund committees will be via surcharge or some other source yet to be determined.
b. Assumes investment in 1 month Treasuries at 4.75%, the yield as of 6/2/06, United States Department of the Treasury, http://www.treas.gov.

**USA Commercial Mortgage Company, et al.**
**13-Week Cash Forecast**
*($ in thousands)*

### 13-Week Cash Forecast

| Supplemental Schedules - Professional Fees | 6/4/2006 | 6/11/2006 | 6/18/2006 | 6/25/2006 | 7/2/2006 | 7/9/2006 | 7/16/2006 | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | Total 13 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Debtor Professional Fees (as incurred)** | | | | | | | | | | | | | | |
| Financial Advisor Fees & Disbursements | $200.0 | $200.0 | $180.0 | $165.0 | $140.0 | $140.0 | $140.0 | $140.0 | $140.0 | $100.0 | $100.0 | $100.0 | $100.0 | $1,845.0 |
| Legal Counsel Fees & Disbursements | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 650.0 |
| Local Counsel | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 16.7 | 216.7 |
| PR Firm | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 9.8 |
| Other Legal Professionals | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 65.0 |
| **Committee Professionals (as incurred)** | | | | | | | | | | | | | | |
| *Unsecured Creditors Committee* | | | | | | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 325.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 275.0 |
| Weekly Accrual for USA CMC Professional Fees | $297.4 | $297.4 | $302.4 | $287.4 | $262.4 | $262.4 | $262.4 | $262.4 | $262.4 | $222.4 | $222.4 | $222.4 | $222.4 | $3,386.4 |
| *Cash Payment for USA CMC Professional Fees* | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $2,586.2 | $0.0 | $0.0 | $0.0 | $839.7 | $3,426.0 |
| *Equity Security Holders of USA Capital FTDF* | | | | | | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 325.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 300.0 |
| Weekly Accrual for FTDF Professional Fees | $25.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $625.0 |
| *Cash Payment for FTDF Professional Fees* | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | 180.0 | $0.0 | $0.0 | $0.0 | 160.0 | $340.0 |
| *Equity Security Holders of USA Capital DTDF* | | | | | | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 300.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 275.0 |
| Weekly Accrual for DTDF Professional Fees | $0.0 | $25.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $575.0 |
| *Cash Payment for DTDF Professional Fees* | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | 140.0 | $0.0 | $0.0 | $0.0 | 160.0 | $300.0 |
| *Holders of Executory Contract Rights* | | | | | | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 325.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 275.0 |
| Weekly Accrual for Executory Committee Professional Fees | $25.0 | $25.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $600.0 |
| *Cash Payment for Executory Committee Professional Fees* | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | 160.0 | $0.0 | $0.0 | $0.0 | 160.0 | $320.0 |
| Total Accrual Amount for Bankruptcy Professional Fees | $347.4 | $397.4 | $452.4 | $437.4 | $412.4 | $412.4 | $412.4 | $412.4 | $412.4 | $372.4 | $372.4 | $372.4 | $372.4 | $5,186.4 |
| Total Cash Payment for Bankruptcy Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $3,066.2 | $0.0 | $0.0 | $0.0 | $1,319.7 | $4,386.0 |