Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

**E FILED ON June 9, 2006**

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: June 21, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE OF OPPOSITION TO MOTION DIRECTING PAYMENTS TO DIRECT LENDERS (AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

P:\USA Commercial Mortgage\Pleadings\Certificates of Service\COS opp to motion pymts to direct lenders.DOC

1     Pursuant to Fed. R. Bankr. Proc. 2002 and LR 2002, I certify that I am an employee of
2 Schwartzer & McPherson Law Firm, and a true and correct copy of the Opposition To Motion
3 Directing Payments To Direct Lenders (Affects All Debtors) was served on June 7, 2006, as
4 follows:

5 ☐     <u>MAIL SERVICE</u>: By placing same to be deposited for mailing in the United States Mail in
6 Las Vegas, Nevada, with which first class postage was fully prepaid and was addressed to the
7 parties as listed on the attached matrix; and/or

8 ☒     <u>ECF SERVICE</u>: That service was made by electronic transmission through the ECF filing
9 system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed on the attached
10 Notice Of Electronic Filing; and/or

11 FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
12 KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com,
13 THOMAS R BROOKSBANK     brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net
14 MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-
15 reynolds.com
16 CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;
17 bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
18 ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com;sbrown@lrlaw.com
19 KEVIN B. CHRISTENSEN     kbchrislaw@aol.com,
20 JANET L. CHUBB !     tbw@jonesvargas.com
21 JEFFREY A. COGAN     jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
22 WILLIAM D COPE     cope_guerra@yahoo.com, cope_guerra@yahoo.com
23 CICI CUNNINGHAM     bankruptcy@rocgd.com
24 LAUREL E. DAVIS     bklsclv@lionelsawyer.com,
25 ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
26 THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM
27 SCOTT D. FLEMING     sfleming@halelane.com,
28 dbergsing@halelane.com,ecfvegas@halelane.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Certificates of Service\COS opp to motion pymts to direct lenders.DOC

| | |
|---|---|
| 1 | GREGORY E GARMAN     bankruptcynotices@gordonsilver.com |
| 2 | TALITHA B. GR! AY     bankruptc ynotices@gordonsilver.com |
| 3 | MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 4 | EDWARD J. HANIGAN     haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 5 | XANNA R. HARDMAN     xanna.hardman@gmail.com, |
| 6 | CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 7 | EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com |
| 8 | ANNETTE W JARVIS     , |
| 9 | ROBERT R. KINAS     rkinas@swlaw.com, |
| 10 | mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com |
| 11 | NILE LEATHAM   &nb! sp nleatham@klnevada.com, |
| 12 | ckishi@klnevada.com;bankruptcy@klnevada.com |
| 13 | ROBERT C. LEPOME     robert@robertlepome.com, susan@robertlepome.com |
| 14 | REGINA M. MCCONNELL     rmcconnell@kssattorneys.com, |
| 15 | WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com, |
| 16 | RICHARD MCKNIGHT     mcknightlaw@cox.net, |
| 17 | gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 18 | SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, |
| 19 | smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmi |
| 20 | th@sheacarlyon.com |
| 21 | DAVID MINCIN !     mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawl |
| 22 | asvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 23 | JOHN F MURTHA     jmurtha@woodburnandwedge.com |
| 24 | DONNA M. OSBORN     jinouye@marquisaurbach.com, |
| 25 | dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach. |
| 26 | com;kgallegos@MarquisAurbach.com |
| 27 | DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 28 | PAUL C RAY     info@johnpeterlee.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Certificates of Service\COS opp to motion pymts to direct lenders.DOC

1. SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
2. SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
3. aboehmer@sheacarlyon.com;bank!
4. ruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;r
5. smith@sheacarlyon.com
6. JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
7. PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
8. CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com
9. U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,
10. JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
11. MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

☐  <u>FAX SERVICE</u>: By facsimile transmission to the party and number as listed below; and/or

☐  <u>HAND DELIVERY</u>: By hand-delivery as evidenced by the receipt of copy as attached.

/s/ Angela Hosey
An Employee of
Schwartzer & McPherson Law Firm

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Certificates of Service\COS opp to motion pymts to direct lenders.DOC