**Entered on Docket**
**June 09, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-lbr<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER AUTHORIZING THE RETURN TO INVESTORS OF CERTAIN ESCROWED FUNDS INTENDED FOR THE BUNDY CANYON PROJECT**<br><br>Hearing Date: May 18, 2006<br>Hearing Time: 9:30 a.m. |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    The Motion For Order Authorizing The Return To Investors Of Certain Escrowed Funds

2    Intended For The Bundy Canyon Project having come before this Court on May 18, 2006 at 9:30

3    a.m.; USA Commercial Mortgage Company ("USACM") appearing by and through its counsel,

4    Lenard E. Schwartzer of Schwartzer & McPherson Law Firm and Annette Jarvis of Ray Quinney

5    & Nebeker P.C.; other appearances having been made upon the record; the Court having reviewed

6    the pleadings and having heard the argument of the parties, and finding that proper notice having

7    been given, it is hereby

8    ORDERED that the Motion For Order Authorizing The Return To Investors Of Certain

9    Escrowed Funds Intended For The Bundy Canyon Project ("Motion") is granted, and

10    ORDERED that the Orange Coast Title Company (the "Title Company") is ordered to

11    release the $8.9 million held in the Escrow Account to USACM, and USACM shall promptly

12    return the $8.9 million to the 117 Investors and in the amounts set forth on Exhibit A to the

13    Motion.

14    Submitted by:

15    Annette W. Jarvis, Utah Bar No. 1649
      RAY QUINNEY & NEBEKER P.C.
16    36 South State Street, Suite 1400
      P.O. Box 45385
17    Salt Lake City, Utah 84145-0385

18
      and
19

20    /s/ Jeanette E. McPherson
      Lenard E. Schwartzer, Nevada Bar No. 0399
21    Jeanette E. McPherson, Nevada Bar No. 5423
22    SCHWARTZER & MCPHERSON LAW FIRM
      2850 South Jones Boulevard, Suite 1
23    Las Vegas, Nevada   89146
      Attorneys for Debtor and Debtor-In-Possession
24

25    ///

26    ///

27    ///

28    ///

1  **ORDER GRANTING MOTION FOR ORDER AUTHORIZING THE RETURN TO**
**INVESTORS OF CERTAIN ESCROWED FUNDS INTENDED FOR THE BUNDY**
2  **CANYON PROJECT**

3

4  Approved/Disapproved by:                          Approved/Disapproved by:

5

6
    Jeffrey H. Davidson (CA State Bar No. 73980)
7   Frank A. Merola (CA State Bar No. 136934)        Office of the U.S. Trustee
    Christine M. Pajak (CA State Bar No. 217173)     300 Las Vegas Boulevard South, Suite 4300
8   STUTMAN, TREISTER & GLATT, P.C.                  Las Vegas, NV  89101
    1901 Avenue of the Stars, 12th Floor
9   Los Angeles, CA  90067

10
    Counsel for the Official Committee of Equity
11  Security Holders of USA Capital First Trust
    Deed Fund, LLC

12

13

14                                    ###

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  **ORDER GRANTING MOTION FOR ORDER AUTHORIZING THE RETURN TO INVESTORS OF CERTAIN ESCROWED FUNDS INTENDED FOR THE BUNDY**
2  **CANYON PROJECT**

3

4  Approved/Disapproved by:                              Approved/Disapproved by:

5

6  _____
   Jeffrey H. Davidson (CA State Bar No. 73980)       _____
7  Frank A. Merola (CA State Bar No. 136934)          Office of the U.S. Trustee
   Christine M. Pajak (CA State Bar No. 217173)       300 Las Vegas Boulevard South, Suite 4300
8  STUTMAN, TREISTER & GLATT, P.C.                    Las Vegas, NV  89101
   1901 Avenue of the Stars, 12ᵗʰ Floor
9  Los Angeles, CA  90067

10

   Counsel for the Official Committee of Equity
11 Security Holders of USA Capital First Trust
   Deed Fund, LLC

12

13

14                                        ###

15

16

17

18

19

20

21

22

23

24

25

26

27

28