Robert C. LePome, Esq.  　　　　　　　　　　　　　E-Filed June 9, 2006
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
|  | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) |  |
| 　　　　　Debtor | ) |  |
| In re: | ) | BK-S-06-10726-LBR |
|  | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) |  |
| 　　　　　Debtor | ) |  |
| In re: | ) | BK-S-06-10727-LBR |
|  | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) |  |
| 　　　　　Debtor | ) |  |
| In re: | ) | BK-S-06-10728-LBR |
|  | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) |  |
| 　　　　　Debtor | ) |  |
| In re: | ) | BK-S-06-10729-LBR |
|  | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) |  |
| 　　　　　Debtor | ) |  |
| Affects: | ) |  |
| ☐ All Debtors | ) |  |
| ■ USA Commercial Mortgage Co. | ) |  |
| ☐ USA Securities, LLC | ) |  |
| ☐ USA Capital Realty Advisors, LLC | ) | DATE: 6-15-06 |
| ☐ USA Capital Diversified Trust Deed | ) | TIME: 9:30 AM |
| ☐ USA First Trust Deed Fund, LLC | ) |  |
|  | ) |  |

1

SUPPLEMENT TO MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING and THE BOSWORTH 1988 FAMILY TRUST

COME NOW GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING and THE BOSWORTH 1988 FAMILY TRUST (hereafter "RONNING") by and through their attorney, ROBERT C. LEPOME, ESQ., and files their Supplement to Motion for Order Authorizing Return of Non-Invested Funds of Grable B. Ronning, The Wildwater Limited Partnership, Crosbie B. Ronning and The Bosworth 1988 Family Trust filed May 9, 2006 as Document No. 194. The Movant has reviewed the Exhibits to the pleadings on file herein in Document No. 347 and Movants have discovered documents that were not signed by them and their signatures appear to have been forged. The Affidavits of Grable Ronning and Crosbie Ronning are attached hereto. Under applicable state law, a forger cannot pass title and accordingly it now appears that RONNING was not taken out of the loans in question and is still a participant therein.

Robert C. LePome, Esq.

 /s/ Robert C. LePome, Esq
Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
Attorney for Interest Parties

CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that a true and correct copy of the aforegoing

was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

CICI CUNNINGHAM &nbs! p bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS ,

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

N! ILE LEATHAM nl eatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

3

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

DONNA M. OSBORN jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@MarquisAurbach.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

LENARD E. SCHWARTZER ! bkfilings@s-mlaw.com

SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

JEFFREY G. SLOANE gjklepel@yahoo.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

by electronic service on the 9th day of June, 2006 and to the following by regular

mail on the 9th day of June, 2006

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

. . .

4

REGINA M MCCONNELL
KRAVITZ SCHNITZER & SLOANE, CHTD
1389 GALLERIA DRIVE
STE 200
HENDERSON, NV 89014

ERVEN T NELSON
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIRE! WOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

. . .

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

                    /s/ Susan Stanton
                    Employee of Robert C. LePome, Esq.