AFFIDAVIT OF FORGERY

STATE OF NEVADA      )
                     ) ss.
COUNTY OF WASHOE     )

GRABLE B. RONNING, being first duly sworn, deposes and says that:

1. I am a resident of the County of Washoe, State of Nevada.

2. I have examined the Assignment of Beneficial Interest in Deed of Trust to Scott A. Kusich dated the 31st day of March, 2006 which shows my purported signature thereon as being notarized by P. Lombardi, a copy of which is attached hereto as Exhibit "A".

3. The writing that appears as my signature on Exhibit "A" is a forgery.

_____
GRABLE B. RONNING

SUBSCRIBED AND SWORN to before me this ___ day of June, 2006.

_____
NOTARY PUBLIC in and for said County and State.

D. SAVAGE
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. 95-_____-2 - Expires January 14, 2007

When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Bunny C. Vreeland, an unmarried woman** ("Assignee") Fifty Thousand Dollars ($50,000) of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated April 14, 2005 executed by Fiesta Development, Inc. Trustor, Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on April 15, 2005 as Instrument No. 2005-0298213 in the Official Records of Riverside County, California. The current Beneficiaries are shown on Exhibit "A" attached hereto.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this _3_ day of _March_, 2006.

ASSIGNOR:   **Grable B. Ronning, an unmarried woman**

_Grable B. Ronning_
Grable B. Ronning

STATE OF _NV_   )
                ) ss.
COUNTY OF _Washoe_ )

On _3/31_, 2006, before me, _P Lombardi_, a Notary Public in and for said State, personally appeared **Grable B. Ronning**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_P Lombardi_
Signature

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 02-75719-2 - Expires June 12, 2005

Fiesta-Murietta

1

EXHIBIT "A"

## AFFIDAVIT OF FORGERY

STATE OF NEVADA      )
                     ) ss.
COUNTY OF WASHOE     )

CROSBIE B. RONNING, being first duly sworn, deposes and says that:

1. I am a resident of the County of Washoe, State of Nevada.

2. I have examined the Assignment of Beneficial Interest in Deed of Trust to Monighetti, Inc. dated the 31st day of March, 2006 which shows my purported signature thereon as being notarized by P. Lombardi, a copy of which is attached hereto as Exhibit "A".

3. The writing that appears as my signature on Exhibit "A" is a forgery.

_____
CROSBIE B. RONNING

SUBSCRIBED AND SWORN to before
me this ⎯ day of June, 2006.

_____
NOTARY PUBLIC in and for said County
and State.



D. SAVAGE
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No. _____ Exp res January 14, 2007

When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Monighetti, Inc., a Nevada corporation** ("Assignee") **Fifty Thousand Dollars ($50,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated April 14, 2005 executed by Fiesta Development, Inc. Trustor, Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on April 15, 2005 as Instrument No. 2005-0298213 in the Official Records of Riverside County, California. The current Beneficiaries are shown on Exhibit "A" attached hereto.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 31st day of March, 2006.

ASSIGNOR:    **Crosbie B. Ronning, a single woman**

*Crosbie B Ronning*
Crosbie B. Ronning

STATE OF __NV__ )
) ss.
COUNTY OF __Washoe__ )

On __3/31__, 2006, before me, __P. Lombardi__, a Notary Public in and for said State, personally appeared **Crosbie B. Ronning**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

*P. Lombardi*
Signature

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 02-75719-2 - Expires June 12, 2006

Fiesta-Murrieta

EXHIBIT A

AFFIDAVIT OF FORGERY

STATE OF NEVADA   )
                  ) ss.
COUNTY OF WASHOE  )

GRABLE B. RONNING, being first duly sworn, deposes and says that:

1. I am a resident of the County of Washoe, State of Nevada.

2. I am and at all relevant times have been the Manager of Snowy Lake, LLC a Limited Liability Company which is the General Partner of The Wildwater Limited Partnership, a Nevada Limited Partnership.

3. I have examined the Assignment of Beneficial Interest in Deed of Trust to Monighetti, Inc. dated March 31, 2006 which shows my purported signature thereon as being notarized by P. Lombardi, a copy of which is attached hereto as Exhibit "A".

4. The writing that appears as my signature on Exhibit "A" is a forgery.

_____
GRABLE B. RONNING
mgr of Snowylake LLC

SUBSCRIBED AND SWORN to before me this 5 day of June, 2006.

_____
NOTARY PUBLIC in and for said County and State.

D. SAVAGE
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 99-230... Expires January 14, 2007



When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to **Monighetti, Inc., a Nevada corporation** ("Assignee") **Fifty Thousand Dollars ($50,000)** of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated April 14, 2005 executed by Fiesta Development, Inc. Trustor, Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on April 15, 2005 as Instrument No. 2005-0298213 in the Official Records of Riverside County, California. The current Beneficiaries are shown on Exhibit "A" attached hereto.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 31st day of March, 2006.

ASSIGNOR:   The Wild Water Limited Partnership, a Nevada limited partnership
            By: Snowy Lake, LLC, General Partner

            By _Grable B. Ronning_____
                Grable B. Ronning, Manager

STATE OF _NV_____    )
                               ) ss.
COUNTY OF _Washoe_____    )

On _3/31_____, 2006, before me, _P. Lombardi_____, a Notary Public in and for said State, personally appeared Grable B. Ronning, Manager of Snowy Lake, LLC, General Partner of The Wild Water Limited Partnership, a Nevada limited partnership, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_P. Lombardi_____
Signature

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 02-75719-2 - Expires June 12, 2006

Fiesta-Murrieta

EXHIBIT "A"

# AFFIDAVIT OF FORGERY

STATE OF NEVADA       )
                      ) ss.
COUNTY OF WASHOE      )

GRABLE B. RONNING, being first duly sworn, deposes and says that:

1. I am a resident of the County of Washoe, State of Nevada.

2. I have examined the Assignment of Beneficial Interest in Deed of Trust to Bunny C. Vreeland dated the 31st day of March, 2006 which shows my purported signature thereon as being notarized by P. Lombardi, a copy of which is attached hereto as Exhibit "A".

3. The writing that appears as my signature on Exhibit "A" is a forgery.

_____
GRABLE B. RONNING

SUBSCRIBED AND SWORN to before me this 5 day of June, 2006.

_____
NOTARY PUBLIC in and for said County and State.

D. SAVAGE
Notary Public - State of Nevada
Recorded in Washoe County
No: 97-2130-2 - Expires January 14, 2007

When Recorded Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

## ASSIGNMENT OF BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, THE UNDERSIGNED ("Assignor") hereby grants, assigns, sets over and transfers to Scott A. Kusich, a married man dealing with his sole & separate property ("Assignee") Fifty Thousand Dollars ($50,000) of Assignor's undivided beneficial interest in the Deed of Trust (as defined below). As used herein, "Deed of Trust" shall mean that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated April 14, 2005 executed by Fiesta Development, Inc. Trustor, Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as beneficiaries. The Deed of Trust was recorded on April 15, 2005 as Instrument No. 2005-0298213 in the Official Records of Riverside County, California. The current Beneficiaries are shown on Exhibit "A" attached hereto.

This Assignment is made together with the Note or Notes therein described or referred to therein, the money due or to become due thereon, together with interest and rights accrued or to accrue under said Deed of Trust.

DATED this 31st day of March, 2006.

ASSIGNOR:    Grable B. Ronning, an unmarried woman

*Grable B. Ronning*
Grable B. Ronning

STATE OF NV )
             ) ss.
COUNTY OF Washoe )

On 3/31, 2006, before me, P Lombardi, a Notary Public in and for said State, personally appeared Grable B. Ronning, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

*P. Lombardi*
Signature

P. LOMBARDI
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 02-75719-2 - Expires June 12, 2006

Fiesta-Murrieta

EXHIBIT "A"