ELECTRONICALLY FILED
June 9, 2006

1  STUTMAN, TREISTER & GLATT, P.C.        SHEA & CARLYON, LTD.
   FRANK A. MEROLA, ESQ.                 JAMES PATRICK SHEA, ESQ.
2  California State Bar No. 136934       Nevada State Bar No 000405
3  EVE H. KARASIK, ESQ.                  CANDACE C. CARLYON ESQ
   California State Bar No. 155356       Nevada State Bar No. 002666
4  CHRISTINE M. PAJAK                    SHLOMO S. SHERMAN, ESQ.
   California State Bar No. 217173       Nevada State Bar No. 009688
5  1901 Avenue of the Stars, 12th Floor  233 S. Fourth Street, Second Floor
   Los Angeles, California 90067         Las Vegas, NV 89101
6  Telephone: (310) 228-5600             Telephone: (702)471-7432
7  Facsimile: (310) 228-5788             Facsimile: (702)471-7435
   E-mail:      fmerola@stutman.com      Email: jshea@sheacarlyon.com
8               ekarasik@stutman.com            ccarlyon@sheacarlyon.com
                cpajak@stutman.com              ssherman@sheacarlyon.com
9

10 Counsel for the Official Committee of Equity
   SecurityHolders of USA Capital First Trust
11 Deed Fund, LLC

12

13

14   **NOTICE OF ENTRY OF ORDER SHORTENING TIME ON JOINT MOTION OF
     OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL**
15   **FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF
     EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE**
16   **COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF
     USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL**
17   **UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE
     COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR**
18   **ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION
     (AFFECTS CASE NOS. 06-10725 – USA COMMERCIAL MORTGAGE COMPANY; 06-**
19   **10729 – USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND 06-10728 –
     USA CAPITAL FIRST TRUST DEED FUND, LLC)**
20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Co<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date:  June 15, 2006<br>Time:  9:30 a m<br>Place:  Courtroom #2 |

**NOTICE OF ENTRY OF ORDER SHORTENING TIME ON JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS CASE NOS. 06-10725 – USA COMMERCIAL MORTGAGE COMPANY; 06-10729 – USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND 06-10728 – USA CAPITAL FIRST TRUST DEED FUND, LLC)**

PLEASE TAKE NOTICE that an Order Shortening Time on Joint Motion of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage

Company, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, and the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company Pursuant to 11 U.S.C. §§ 105(A), 107(B), 1102(B)(3)(A) and 1103(C), for Order Clarifying Requirement To Provide Access to Information (Affects Case Nos. 06-10725 – USA Commercial Mortgage Company; 06-10729 – USA Capital Diversified Trust Deed Fund, LLC; and 06-10728 – USA Capital First Trust Deed Fund, LLC) was entered on the 9th day of June, 2006, a true and correct copy of which is attached hereto.

DATED this 9th day of June, 2006.

SHEA & CARLYON, LTD.

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101

3



1

2    **Entered on Docket
June 09, 2006**

3
Hon. Linda B. Riegle
4    **United States Bankruptcy Judge**

5

6

7    STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA (CA Bar No. 136934)

8    EVE H. KARASIK (CA Bar No. 155356),
CHRISTINE M. PAJAK (CA Bar No. 217173)

9    1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

10   Telephone: (310) 228-5600
Facsimile: (310) 228-5788

11   E-mail:       fmerola@stutman.com
ekarasik@stutman.com

12   cpajak@stutman.com
*Counsel for the Official Committee of Equity Security*

13   *Holders of USA Capital First Trust Deed Fund, LLC*

14   GORDON & SILVER, LTD
GERALD M. GORDON, ESQ. (NV Bar No. 229)

15   GREGORY E. GARMAN, ESQ.
(NV Bar No. 6654)

16   3960 Howard Hughes Pkway, 9th Floor
Las Vegas, NV 89109

17   Telephone: (702) 796-5555
Facsimile: (702) 369-2666

18   E-mail:       gmg@gordonsilver.com
geg@gordonsilver.com

19   *Counsel for Official Committee of Holders of Executory*

20   *Contract Rights of USA Commercial Mortgage
Company*

21

LEWIS AND ROCA, LLP
ROB CHARLES, ESQ. (NV Bar No. 6593)
SUSAN M. FREEMAN, ESQ.
(AZ Bar No. 004199)
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, Nevada 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320
E-mail:       rcharles@lrlaw.com
sfreeman@lrlaw.com
*[Proposed] Counsel for Official Committee of
Unsecured Creditors of USA Commercial Mortgage
Company*

ORRICK, HERRINGTON & SUTCLIFFE LLP
MARC A. LEVINSON, ESQ. (CA Bar No. 57613)
LYNN TRINKA ERNCE, ESQ. (CA Bar No.
179212)
400 Capitol Mall, Suite 3000
Sacramento, California 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
E-mail:       malevinson@orrick.com
lernce@orrick.com

*[Proposed] Counsel for Official Committee of Equity
Security Holders of USA Capital Diversified Trust Deed
Fund, LLC*

22

23   <u>**ORDER SHORTENING TIME ON JOINT MOTION OF OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC,**</u>

24   <u>**THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT
RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL**</u>

25   <u>**COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS'**</u>

26   <u>**COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11**</u>

27   <u>**U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR NUNC PRO TUNC ORDER
CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION**</u>

28   <u>**(AFFECTS ALL DEBTORS)**</u>

391732v1

1

2                     UNITED STATES BANKRUPTCY COURT
3                           DISTRICT OF NEVADA

4   In re:                                              )    BK-S-06-10725-LBR
5   USA COMMERCIAL MORTGAGE COMPANY,                    )    Chapter 11
                        Debtor.                          )
6   In re:                                              )    BK-S-06-10726-LBR
7   USA CAPITAL REALTY ADVISORS, LLC,                   )    Chapter 11
                        Debtor.                          )
8   In re:                                              )    BK-S-06-10727-LBR
    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,       )    Chapter 11
9                       Debtor.                          )
10  In re:                                              )    BK-S-06-10728-LBR
    USA CAPITAL FIRST TRUST DEED FUND, LLC,             )    Chapter 11
11                      Debtor.                          )
    In re:                                              )    BK-S-06-10729-LBR
12  USA SECURITIES, LLC,                                )    Chapter 11
                        Debtor.                          )
13  Affects                                             )
                                                         )
14  ☒ All Debtors                                       )    Date:  June 15, 2006
15  ☐ USA Commercial Mortgage Co.                       )    Time: 10:00 AM
    ☐ USA Securities, LLC                               )    Place: Courtroom 1
16  ☐ USA Capital Realty Advisors, LLC                  )
    ☐ USA Capital Diversified Trust Deed                )
17  ☐ USA First Trust Deed Fund, LLC                    )
                                                         )
18  **ORDER SHORTENING TIME ON JOINT MOTION OF OFFICIAL COMMITTEE OF**
19  **EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC,**
    **THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT**
20  **RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL**
    **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED**
21  **TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS'**
    **COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11**
22  **U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR NUNC PRO TUNC ORDER**
23  **CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION**
    **(AFFECTS ALL DEBTORS)**
24

25          The Court, having considered the Verbal Application for Order Shortening Time ("OST

26  Application") on Joint Motion of Official Committee of Equity Security Holders of USA Capital

27  First Trust Deed Fund, LLC, the Official Committee of Holders of Executory Contract Rights

28  Through USA Commercial Mortgage Company, the Official Committee of Equity Security

                                            2

391732v1

1  Holders of USA Capital Diversified Trust Deed Fund, LLC, and the Official Unsecured Creditors'

2  Committee for USA Commercial Mortgage Company Pursuant To 11 U.S.C §§ 105(A), 107(B),

3  1102(B)(3)(A) and 1103(C), for Order Clarifying Requirement To Provide Access To Information

4  (the "Information Protocols Motion"); the pleadings, papers and records on file herein; and good

5  cause appearing therefore:

6      IT IS HEREBY ORDERED that the OST Application is granted, and that the Information

7  Protocols Motion will be heard by a United States Bankruptcy Judge in the Foley Federal

8  Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the 15th day of June, 2006 at

9  10:00 AM    A copy of the Information Protocols Motion is on file with and available from the

10  Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas

11  Boulevard South, Las Vegas, Nevada 89101. Additional copies are available at no charge from

12  the BMC website, located at **http://www.bmcgroup.com/usacmc**

14      IT IS FURTHER ORDERED that pursuant to the Amended Order Establishing Case

15  Management Procedures entered by this Court on May 17, 2006, the deadline to file and serve

16  objections to Requests for Relief set on shortened time shall be no later than Monday, June 12,

17  2006 at noon  Any brief filed in reply to an objection to Request for Relief shall be filed by noon

18  on June 14, 2006.  Courtesy copies of all pleadings must be delivered to the Bankruptcy Court

19  Clerk's office upon filing.

20

21      IT IS FURTHER ORDERED that this hearing may be continued from time to time

22  without further notice except for the announcement of any adjourned dates and time at the above

23  noticed hearing or any adjournment thereof.

24

25

26

27

28

3

1    SUBMITTED BY:                                     SUBMITTED BY:

2    STUTMAN, TREISTER & GLATT, P.C.                   GORDON & SILVER, LTD

3

4    _____
     CHRISTINE M. PAJAK, ESQ.                          _____
5    1901 Avenue of the Stars, 12th Floor              GERALD M. GORDON, ESQ.
     Los Angeles, CA 90067                             GREGORY E. GARMAN, ESQ.
6                                                      3960 Howard Hughes Pkway, 9th Floor
                                                       Las Vegas, NV 89109
7    Counsel for the Official Committee of Equity
     Security Holders of USA Capital First Trust       Counsel for Official Committee of Holders of
8    Deed Fund, LLC                                    Executory Contract Rights of USA Commercial
                                                       Mortgage Company
9

10   SUBMITTED BY:                                     SUBMITTED BY:

11   LEWIS AND ROCA, LLP                               ORRICK, HERRINGTON & SUTCLIFFE LLP

12

13   _____                         _____
     ROB CHARLES, ESQ.                                 MARC A. LEVINSON, ESQ.
14   SUSAN M. FREEMAN, ESQ.                            LYNN TRINKA ERNCE, ESQ.
     3993 Howard Hughes Parkway, 6th Floor             400 Capitol Mall, Suite 3000
15   Las Vegas, Nevada 89109                           Sacramento, California 95814-4407

16   [Proposed] Counsel for Official Committee of      [Proposed] Counsel for Official Committee of
     Unsecured Creditors of USA Commercial             Equity Security Holders of USA Capital
17   Mortgage Company                                  Diversified Trust Deed Fund, LLC

18   APPROVED/DISAPPROVED BY:                          APPROVED/DISAPPROVED BY:

19
     OFFICE OF THE UNITED STATES                       Schwartzer & McPherson Law Firm
20   TRUSTEE

21

22   _____                         _____
     AUGUST B. LANDIS                                  LENARD SCHWARTZER, ESQ.
23   Office of the United States Trustee               JEANETTE E. MCPHERSON, ESQ.
     300 Las Vegas Boulevard, Suite 4300               2850 South Jones Boulevard, Suite 1,
24   Las Vegas, NV 89101                               Las Vegas, NV 89146

25   Assistant United States Trustee                   Counsel for the Debtors

26

27

28
                                            ###

391732v1

SUBMITTED BY:

STUTMAN, TREISTER & GLATT, P.C.

_____
CHRISTINE M. PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC

SUBMITTED BY:

LEWIS AND ROCA, LLP

_____
ROB CHARLES, ESQ.
SUSAN M. FREEMAN, ESQ.
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, Nevada 89109

[Proposed] Counsel for Official Committee of
Unsecured Creditors of USA Commercial
Mortgage Company

APPROVED/DISAPPROVED BY:

OFFICE OF THE UNITED STATES
TRUSTEE

_____
AUGUST B. LANDIS
Office of the United States Trustee
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

Assistant United States Trustee

SUBMITTED BY:

GORDON & SILVER, LTD

_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Pkway, 9th Floor
Las Vegas, NV 89109

Counsel for Official Committee of Holders of
Executory Contract Rights of USA Commercial
Mortgage Company

SUBMITTED BY:

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407

[Proposed] Counsel for Official Committee of
Equity Security Holders of USA Capital
Diversified Trust Deed Fund, LLC

APPROVED/DISAPPROVED BY:

Schwartzer & McPherson Law Firm

_____
LENARD SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
2850 South Jones Boulevard, Suite 1,
Las Vegas, NV 89146

Counsel for the Debtors

### # # #

391732v1

1    SUBMITTED BY:                              SUBMITTED BY:

2    STUTMAN, TREISTER & GLATT, P.C.            GORDON & SILVER, LTD

3

4    _____           _____
     CHRISTINE M. PAJAK, ESQ.                   GERALD M. GORDON, ESQ.
5    1901 Avenue of the Stars, 12th Floor       GREGORY E. GARMAN, ESQ.
     Los Angeles, CA 90067                      3960 Howard Hughes Pkway, 9th Floor
6                                               Las Vegas, NV 89109
     Counsel for the Official Committee of Equity
7    Security Holders of USA Capital First Trust Counsel for Official Committee of Holders of
     Deed Fund, LLC                             Executory Contract Rights of USA Commercial
8                                               Mortgage Company
9
     SUBMITTED BY:                              SUBMITTED BY:
10
11   LEWIS AND ROCA, LLP                        ORRICK, HERRINGTON & SUTCLIFFE LLP

12
     /s/ Rob Charles
13   _____           _____
     ROB CHARLES, ESQ.                          MARC A. LEVINSON, ESQ.
14   SUSAN M. FREEMAN, ESQ.                     LYNN TRINKA ERNCE, ESQ.
     3993 Howard Hughes Parkway, 6th Floor      400 Capitol Mall, Suite 3000
15   Las Vegas, Nevada 89109                    Sacramento, California 95814-4407

16   [Proposed] Counsel for Official Committee of [Proposed] Counsel for Official Committee of
17   Unsecured Creditors of USA Commercial      Equity Security Holders of USA Capital
     Mortgage Company                           Diversified Trust Deed Fund, LLC
18
     APPROVED/DISAPPROVED BY:                   APPROVED/DISAPPROVED BY:
19
20   OFFICE OF THE UNITED STATES                Schwartzer & McPherson Law Firm
     TRUSTEE
21

22                                              _____
     _____           LENARD SCHWARTZER, ESQ.
23   AUGUST B. LANDIS                           JEANETTE E. MCPHERSON, ESQ.
     Office of the United States Trustee        2850 South Jones Boulevard, Suite 1,
24   300 Las Vegas Boulevard, Suite 4300        Las Vegas, NV 89146
     Las Vegas, NV 89101
25                                              Counsel for the Debtors
     Assistant United States Trustee
26

27

28
                                    ###

391732v1

1  | SUBMITTED BY:                                    SUBMITTED BY:

2  | STUTMAN, TREISTER & GLATT, P.C.                  GORDON & SILVER, LTD

3  |

4  |
5  | CHRISTINE M. PAJAK, ESQ.                         GERALD M. GORDON, ESQ.
   | 1901 Avenue of the Stars, 12th Floor        GREGORY E. GARMAN, ESQ.
6  | Los Angeles, CA 90067                            3960 Howard Hughes Pkway, 9th Floor
   |                                                  Las Vegas, NV 89109
7  | Counsel for the Official Committee of Equity
   | Security Holders of USA Capital First Trust      Counsel for Official Committee of Holders of
8  | Deed Fund, LLC                                   Executory Contract Rights of USA Commercial
   |                                                  Mortgage Company
9  |

10 | SUBMITTED BY:                                    SUBMITTED BY:

11 | LEWIS AND ROCA, LLP                              ORRICK, HERRINGTON & SUTCLIFFE LLP

12 |

13 |
   | ROB CHARLES, ESQ.                                MARC A. LEVINSON, ESQ.
14 | SUSAN M. FREEMAN, ESQ.                           LYNN TRINKA ERNCE, ESQ.
   | 3993 Howard Hughes Parkway, 6th Floor            400 Capitol Mall, Suite 3000
15 | Las Vegas, Nevada 89109                          Sacramento, California 95814-4407

16 | [Proposed] Counsel for Official Committee of     [Proposed] Counsel for Official Committee of
   | Unsecured Creditors of USA Commercial            Equity Security Holders of USA Capital
17 | Mortgage Company                                 Diversified Trust Deed Fund, LLC

18 |
   | APPROVED/DISAPPROVED BY:                         APPROVED/DISAPPROVED BY:
19 |
   | OFFICE OF THE UNITED STATES                      Schwartzer & McPherson Law Firm
20 | TRUSTEE

21 |

22 |
   | AUGUST B. LANDIS                                 LENARD SCHWARTZER, ESQ.
23 | Office of the United States Trustee              JEANETTE E. MCPHERSON, ESQ.
   | 300 Las Vegas Boulevard, Suite 4300             2850 South Jones Boulevard, Suite 1,
24 | Las Vegas, NV 89101                              Las Vegas, NV 89146

25 | Assistant United States Trustee                  Counsel for the Debtors
26 |

27 |

28 |
                                           # # #

391732v1

1  SUBMITTED BY:

2  STUTMAN, TREISTER & GLATT, P.C.

3

4

5  CHRISTINE M. PAJAK, ESQ.
   1901 Avenue of the Stars, 12th Floor
6  Los Angeles, CA 90067

7  Counsel for the Official Committee of Equity
   Security Holders of USA Capital First Trust
8  Deed Fund, LLC

9

10 SUBMITTED BY:

11 LEWIS AND ROCA, LLP

12

13

14 ROB CHARLES, ESQ.
   SUSAN M. FREEMAN, ESQ.
15 3993 Howard Hughes Parkway, 6th Floor
   Las Vegas, Nevada 89109

16 [Proposed] Counsel for Official Committee of
17 Unsecured Creditors of USA Commercial
   Mortgage Company

18 APPROVED/DISAPPROVED BY:

19

20 OFFICE OF THE UNITED STATES
   TRUSTEE

21

22

23 AUGUST B. LANDIS
   Office of the United States Trustee
24 300 Las Vegas Boulevard, Suite 4300
   Las Vegas, NV 89101
25 Scott Farrow

   Assistant United States Trustee
26

27

28

SUBMITTED BY:

GORDON & SILVER, LTD

GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Pkway, 9th Floor
Las Vegas, NV 89109

Counsel for Official Committee of Holders of
Executory Contract Rights of USA Commercial
Mortgage Company

SUBMITTED BY:

ORRICK, HERRINGTON & SUTCLIFFE LLP

MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407

[Proposed] Counsel for Official Committee of
Equity Security Holders of USA Capital
Diversified Trust Deed Fund, LLC

APPROVED/DISAPPROVED BY:

Schwartzer & McPherson Law Firm

LENARD SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
2850 South Jones Boulevard, Suite 1,
Las Vegas, NV 89146

Counsel for the Debtors

### 

391732v1

1  | SUBMITTED BY:                                      SUBMITTED BY:

2  | STUTMAN, TREISTER & GLATT, P.C.                    GORDON & SILVER, LTD

3

4
_____                        _____
5  | CHRISTINE M. PAJAK, ESQ.                          GERALD M. GORDON, ESQ.
   | 1901 Avenue of the Stars, 12th Floor              GREGORY E. GARMAN, ESQ.
6  | Los Angeles, CA 90067                             3960 Howard Hughes Pkway, 9th Floor
   |                                                   Las Vegas, NV 89109
7  | Counsel for the Official Committee of Equity
   | Security Holders of USA Capital First Trust       Counsel for Official Committee of Holders of
8  | Deed Fund, LLC                                    Executory Contract Rights of USA Commercial
   |                                                   Mortgage Company
9

10 | SUBMITTED BY:                                      SUBMITTED BY:

11 | LEWIS AND ROCA, LLP                                ORRICK, HERRINGTON & SUTCLIFFE LLP

12

13
_____                        _____
14 | ROB CHARLES, ESQ.                                 MARC A. LEVINSON, ESQ.
   | SUSAN M. FREEMAN, ESQ.                            LYNN TRINKA ERNCE, ESQ.
   | 3993 Howard Hughes Parkway, 6th Floor             400 Capitol Mall, Suite 3000
15 | Las Vegas, Nevada 89109                           Sacramento, California 95814-4407

16 | [Proposed] Counsel for Official Committee of       [Proposed] Counsel for Official Committee of
   | Unsecured Creditors of USA Commercial             Equity Security Holders of USA Capital
17 | Mortgage Company                                  Diversified Trust Deed Fund, LLC

18
   | APPROVED/DISAPPROVED BY:                           APPROVED/DISAPPROVED BY:
19
   | OFFICE OF THE UNITED STATES                        Schwartzer & McPherson Law Firm
20 | TRUSTEE

21

22 |                                                    _____
   | _____                       LENARD SCHWARTZER, ESQ.
23 | AUGUST B. LANDIS                                   JEANETTE E. MCPHERSON, ESQ.
   | Office of the United States Trustee               2850 South Jones Boulevard, Suite 1,
24 | 300 Las Vegas Boulevard, Suite 4300               Las Vegas, NV 89146
   | Las Vegas, NV 89101
25 |                                                    Counsel for the Debtors
   | Assistant United States Trustee
26

27

28
                                                   ###

391732v1