LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845
Email: Ldavis@lionelsawyer.com

E-Filed on June 9, 2006

Attorneys for the Canepa Group

# UNITED STATE BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　Debtor. | Chapter 11<br>**Jointly Administered Under<br>Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>　　　Debtor. | |
| Affects:<br>　[x] All Debtors<br>　[ ] USA Commercial Mortgage Company<br>　[ ] USA Securities, LLC<br>　[ ] USA Capital Realty Advisors, LLC<br>　[ ] USA Capital Diversified Trust Deed Fund, LLC<br>　[ ] USA First Trust Deed Fund, LLC | Date: N/A<br>Time: N/A |

**CERTIFICATE OF SERVICE RE:
STATEMENT OF LIONEL SAWYER & COLLINS
PURSUANT TO FED.R.BANKR.P. 2019
(AFFECTS ALL DEBTORS)**

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

1. On June 9, 2006, I served the following document(s):

   **Statement of Lionel Sawyer & Collins Pursuant to Fed.R. Bankr.P. 2019**

2. I served the above-named document(s) by the following means to the persons as listed below:

[x]   a.   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

* **Franklin C. Adams**
  franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
* **Kelly J. Brinkman**
  kbrinkman@gooldpatterson.com
* **Thomas R. Brooksbank**
  brooksbankt1@sbcglobal.net, kayal@sbcglobal.net
* **Matthew Q. Callister**
  mqc@callister-reynolds.com, maggie@callister-reynolds.com
* **Candace Carlyon**
  ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcy_filings@sheacarlyon.com; rsmith@sheacarlyon.com
* **Rob Charles**
  rcharles@lrlaw.com, cjordan@lrlaw.com; sbrown@lrlaw.com
* **Kevin B. Christensen**
  kchislaw@gooldpatterson.com
* **Janet L. Chubb**
  tbw@jonesvargas.com
* **Jeffrey A. Cogan**
  jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
* **William D. Cope**
  cope_guerra@yahoo.com, copy_guerra@yahoo.com
* **Cici Cunningham**
  bankruptcy@rocgd.com
* **Thomas H. Fell**
  THF@GORDONSILVER.COM, BANKRUPTCYNOTICES@GORDONSILVER.COM
* **Scott D. Fleming**
  sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com
* **Gregory E. Garman**
  bankruptcynotices@gordonsilver.com
* **Talitha B. Gray**
  bankruptcynotices@gordonsilver.com
* **Marjorie A. Guymon**
  bankruptcy@goldguylaw.com, ddias@goldguylaw.com
* **Edward J. Hanigan**
  haniganlaw@earthlink.net, haniganlaw1@earthlink.net
* **Xanna R. Hardman**
  xanna.hardman@gmail.com
* **Christopher D. Jaime**
  cjaime@waltherkey.com, kberhar@waltherkey.com
* **Evan L. James**
  ejameslv@earthlink.net, kbchrislaw@aol.com

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-2-

| | | |
|---|---|---|
| 1 | * | **Robert R. Kinas**<br>Rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com; lholding@swlaw.com; imcord@swlaw.com |
| 2 | * | **Nile Leatham**<br>nleatham@klnecada.com, ckishi@klnevada.com; bankruptcy@knevada.com |
| 3 | * | **Robert C. LePome**<br>robert@robertlepome.com, susan@robertlepome.com |
| 4 | * | **Regina M. McConnell**<br>rmcconnell@kssattorneys.com |
| 5 | * | **William L. McGinsey**<br>lawoffices601@lvcoxmail.com |
| 6 | * | **Richard McKnight**<br>mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com, sforemaster@lawlasvegas.com |
| 7 | * | **Jeanette E. McPherson**<br>bkfilings@s-mlaw.com |
| 8 | * | **Shawn W. Miller**<br>bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com |
| 11 | * | **John F. Murtha**<br>jmurtha@woodburnandwedge.com |
| 12 | * | **Donna M. Osborn**<br>jinouye@marquisarurbach.com, dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; jcrowe@MarquisAurbach.com; kgallegos@MarquisAurbach.com |
| 14 | * | **Donald T. Polednak**<br>sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 15 | * | **Paul C. Ray**<br>info@johnpeterlee.com |
| 16 | * | **Susan Williams Scann**<br>scann@deanerlaw.com, palexander@deanerlaw.com |
| 17 | * | **Lenard Schwartzer**<br>bkfilings@s-mlaw.com |
| 18 | * | **Shlomo S. Sherman**<br>ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; mmallet@sheacarlyon.com; rsmith@sheacarlyon.com |
| 20 | * | **Jeffrey G. Sloane**<br>gjklepel@yahoo.com |
| 21 | * | **Peter Susi**<br>cheryl@msmlaw.com, msm@msmlaw.com |
| 22 | * | **Caryn S. Tijsseling**<br>cst@beesleyandpeck.com, aha@beesleyandpeck.com |
| 23 | * | **U.S. Trustee - LV - 11**<br>USTPRegion17.lv.ecf@usdoj.gov |
| 24 | * | **Joan C. Wright**<br>jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com |
| 25 | * | **Matthew C. Zirzow**<br>bankruptcynotices@gordonsilver.com |

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

| | | | |
|---|---|---|---|
| 1 | [x] | b. | **United States mail, postage fully prepaid** (list persons and addresses): |

Annette W. Jarvis, Esq.  
Ray Quinney & Nebeker, P.C.  
36 South State St., #1400  
Post Office Box 45385  
Salt Lake City, UT 84145

Tom Allison  
USA Commercial Mortgage, et al - Debtors  
4484 South Pecos Road  
Las Vegas, NV 89121

AND TO ALL PARTIES ON THE ATTACHED MAILING MATRIX (Exhibit "A")

[ ] c. **Personal Service** (List persons and addresses):

  [ ] For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

  [ ] For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ] d. **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] e. **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ] f. **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

/ / /

/ / /

LIONEL SAWYER & COLLINS  
1700 BANK OF AMERICA PLAZA  
300 SOUTH FOURTH STREET  
LAS VEGAS, NEVADA 89101  
PHONE 702.383.8888  
FAX 702.383.8845

-4-

1  **I declare under penalty of perjury that the foregoing is true and correct.**

2  DATED this 9th day of June, 2006.

4       /s/  Ginger Bagley
    An Employee of Lionel Sawyer & Collins

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-5-