LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on June 9, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case<br><br>**USA Capital Realty Advisors, LLC**<br>06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>06-10728<br><br>**USA Capital First Trust Deed Fund, LLC**<br>06-10728<br><br>**USA Securities, LLC**<br>06-10729<br><br>**Debtors.** | Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>**Omnibus Response To Motions For Return Of Funds From The Investor Account**<br><br>Date: June 15, 2006<br>Time: 10:00 a.m.<br>**Affecting:**<br>☒ All Cases<br>**or Only:**<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "Committee"), responds to the several motions by investors who made prepetition payments that USA Commercial Mortgage Company ("Commercial Mortgage") deposited into its Investor Account, but which did not result in the assignment of the loan the investor sought to purchase. Those motions include:

201085.1

**LEWIS AND ROCA LLP**
**LAWYERS**

- Motion For Order Authorizing Return Of Non-Invested Funds Of Jasper Benincasa And Flocerfida Benincasa [DE 502, 233][1]
- Motion for Order Authorizing Return of Non-Invested Funds filed by Florence Alexander, Stanley Alexander, Stanley Alexander Trust [DE 155]
- Motion for Authorizing Return of Non-Invested Funds filed by Crosbie B. Ronning, Grable L. Ronning, The Bosworth 1988 Family Trust, The Wild Water Limited Partnership [DE 194]

The Committee joins in Debtor's response [DE 326] to the investors' prior motions suggesting that each investor's claim to funds in the DIP Investor Account must be resolved through an interpleader action. Those investors as to whom either the sale of their loan or the purchase of another loan was not closed, but as to which there are not sufficient funds in the DIP Investor Account, appear to be unsecured creditors. They are not entitled to payment prior to confirmation of a plan of reorganization.

Dated June 9, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
*Proposed Attorneys for Official Committee of Unsecured Creditors*

---

[1] The original motion was denied at the hearing on June 5, 2006. From papers filed by Benincasa, it appears that the new motion may be heard on June 15, 2006.

2

201085.1