E-FILED ON JUNE 9, 2006

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                          Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                          Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                          Debtor. | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO REMOVE FERTITTA ENTERPRISES, INC. AS MEMBER OF OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                          Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                          Debtor. | **(AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: OST Requested for June 21, 2006<br>Time: OST Requested for 9:30 a.m. |

1

P:\USA Commercial Mortgage\Pleadings\Remove Committee Member Motion\OST Declaration.doc

1    Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtors and debtors in possession (the "Debtor"), under penalties of perjury, hereby declares on this 9th day of June, 2006 that:

1.  A Motion To Remove Fertitta Enterprises As Member of Official Committee of Holders of Executory Contract Rights (the "Motion") has been filed. This Motion respectfully requests that the Court order the U.S. Trustee to change the composition of the Executive Contracts Committee ("ECC") by removing Fertitta Enterprises, Inc., acting through its corporate secretary and treasurer William J. Bullard, as a member of the ECC and appointing a replacement.

2.  Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3.  The Motion is requested to be heard on shortened time because the presence of Fertitta Enterprises, Inc. on the Committee may greatly affect the negotiations concerning a plan of reorganization which should take place in July, 2006. Omnibus hearings are currently scheduled in this matter on June 21, 2006 at 9:30 a.m. and the Debtor respectfully requests that the Motion be heard on June 21, 2006. Holding a hearing on the Motion at the same time would serve the interests of judicial economy. Further, the next hearing scheduled in this case is not until July 25, 2006, well after the time negotiations concerning a plan are anticipated to occur.

Dated: June 9, 2006

/s/  JEANETTE E. MCPHERSON
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385