| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA, ESQ.<br>California State Bar No. 136934<br>EVE H. KARASIK, ESQ.<br>California State Bar No. 155356<br>CHRISTINE M. PAJAK<br>California State Bar No. 217173<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>E-mail:  fmerola@stutman.com<br>  ekarasik@stutman.com<br>  cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA, ESQ.<br>Nevada State Bar No 000405<br>CANDACE C. CARLYON ESQ.<br>Nevada State Bar No. 002666<br>SHLOMO S. SHERMAN, ESQ.<br>Nevada State Bar No. 009688<br>233 S. Fourth Street, Second Floor<br>Las Vegas, NV  89101<br>Telephone: (702)471-7432<br>Facsimile: (702)471-7435<br>Email:  jshea@sheacarlyon.com<br>  ccarlyon@sheacarlyon.com<br>  ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity SecurityHolders of USA Capital First Trust Deed Fund, LLC*

**CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER SHORTENING TIME ON JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS CASE NOS. 06-10725 – USA COMMERCIAL MORTGAGE COMPANY; 06-10729 – USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND 06-10728 – USA CAPITAL FIRST TRUST DEED FUND, LLC)**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>  Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>  Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>  Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>  Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>  Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: June 15, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #2 |

**CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER SHORTENING TIME ON JOINT MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c), FOR ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS CASE NOS. 06-10725 – USA COMMERCIAL MORTGAGE COMPANY; 06-10729 – USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; AND 06-10728 – USA CAPITAL FIRST TRUST DEED FUND, LLC)**

1. On June 8, 2006 I served the following documents:

2

Order Shortening Time on Joint Motion of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, and the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company Pursuant to 11 U.S.C. §§ 105(A), 107(B), 1102(B)(3)(A) and 1103(C),for Order Clarifying Requirement To Provide Access to Information (Affects Case Nos. 06-10725 – USA Commercial Mortgage Company; 06-10729 – USA Capital Diversified Trust Deed Fund, LLC; and 06-10728 – USA Capital First Trust Deed Fund, LLC)

2. I served the above named document(s) by the following means to the persons as listed below:

☒ **a. ECF System.** See attached Notice of Electronic Filing.

☐ **b. United States mail, postage full prepaid to the following:**

☐ **c. Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of June, 2006.

*/s/ Lissa Treadway*
Lissa Treadway, CLAS, an employee
of SHEA & CARLYON, LTD.

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **Sent:** | Friday, June 09, 2006 2:00 PM |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 06-10725-lbr Notice of Entry of Order |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from SHERMAN, SHLOMO S. entered on 6/9/2006 at 1:59 PM PDT and filed on 6/9/2006
**Case Name:**   USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**   06-10725-lbr
**Document Number:** 561

**Docket Text:**
Notice of Entry of Order Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[552] Order,,,, ) (SHERMAN, SHLOMO)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\noe ost re jt mot to clarify 6-9-06.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/9/2006] [FileNumber=6976460-0]
[f1d6a080b0afc7b5cc1035460e9352f7c84b5a8ad2f4488ebf07534fd529ba95b5f49
28f120c3c2b531125df3bd50cbe69eed530e8b16b5aa9ae496f28ea765c]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,

6/9/2006

ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB !    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

TALITHA B. GRAY !    bankruptcynotices@gordonsi lver.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN    xanna.hardman@gmail.com,

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM    nleatham@klnev! ada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

6/9/2006

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyc

DAVID MINCIN    mckni! ghtlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburk
e@lawlasvegas.com,sforemaster@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

DONNA M. OSBORN    jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@she!
acarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

6/9/2006

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

ERVEN T NELSON
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

NICHOLAS J SANTORO !
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800

6/9/2006

PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG !
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUI TE 1400
SALT LAKE CITY, UT 84145-0385

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

6/9/2006