Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors

E-FILED ON JUNE 9, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                Debtor. | **EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEBTORS' APPLICATION FOR ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**<br><br>**(AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                                Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date:  OST Requested for June 21, 2006<br>Time:  OST Requested for 9:30 a.m. |

1

P:\USA Commercial Mortgage\Pleadings\Procedures for Payment of Professionals\OST Application.doc

1   Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm, attorney for the above
2   captioned debtors and debtors in possession (collectively "USA" or the "Debtors"), hereby files
3   this Application For An Order Shortening Time To Hear Debtors' Application For Administrative
4   Order Establishing Procedures For Interim Compensation And Reimbursement of Expenses of
5   Professionals (Affects All Debtors) and in support thereof states as follows:

6   1.   A Debtors' Application For Administrative Order Establishing Procedures For
7   Interim Compensation And Reimbursement of Expenses of Professionals (Affects All Debtors)
8   (the "Motion") has been filed. This Motion requests that an order of the Court establishing a
9   procedure for the payment of interim compensation and the reimbursement of expenses of certain
10  professionals retained by the Debtors and the official committees in these jointly administered
11  cases.

12  2.   Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

13  3.   The motion is requested on shortened time so that professional fees can be
14  ascertained promptly every month to ensure that the professionals are keeping up with Debtors'
15  budget. Omnibus hearings are currently scheduled in this matter on June 21, 2006 at 9:30 a.m. to
16  hear other motions, and holding a hearing on the Motion at the same time would serve the interests
17  of judicial economy. Further, the next hearing scheduled in this case is not until July 25, 2006,
18  well after the time negotiations concerning a plan are anticipated to occur.

Dated: June 9, 2006

/s/   LENARD E. SCHWARTZER
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385