Goldsmith & Guymon, P.C.
Marjorie A. Guymon
Nevada Bar No. 4983
2055 N. Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
E-mail: mguymon@goldguylaw.com
Attorneys for Numerous Individuals
and Entities Under Notices of Appearance

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | BK-S-06-10725 LBR |
| | BK-S-06-10726 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | BK-S-06-10727 LBR |
| | BK-S-06-10728 LBR |
| Debtor. | BK-S-06-10729 LBR |
| | |
| | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| Debtor. | |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | |
| Debtor. | |
| | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| | |
| USA SECURITIES, LLC, | |
| Debtor. | |

Affects:

☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed fund, LLC

**REQUEST FOR SPECIAL NOTICE**

TO: CLERK OF THE BANKRUPTCY COURT AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that Marjorie A. Guymon, Esq. of GOLDSMITH & GUYMON,

1  P.C., as attorneys for numerous individuals and entities for which it has made an appearance, hereby
2  requests, pursuant to F.R.B.P. Rules 2002(g), that copies of all notices given in the above-captioned
3  Chapter 11 cases be sent as follows:

>                Goldsmith & Guymon, P.C.
>                Attention: Marjorie A. Guymon
>                2055 N. Village Center Circle
>                Las Vegas, Nevada 89134
>                Telephone: (702)873-9500
>                Facsimile:(702) 873-9600
>                bankruptcy@goldguylaw.com

DATED:  May 23, 2006.

GOLDSMITH & GUYMON, P.C.

By: _____
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
Attorneys for Numerous Creditors pursuant to Notice of Appearance

## CERTIFICATE OF MAILING

I hereby certify that I mailed a true and correct copy of the foregoing REQUEST FOR SPECIAL NOTICE on June 9, 2006, to those on the attached matrix.

Dated this 9 day of June 2006.

_____
An Employee of Goldsmith & Guymon, P.C.

MAG<W:\MAG\Client Matters\BK Clients\USA Capital 5864-4\Request for Special Notice.wpd>mc 6/8/06

ANNETTE W. JARVIS
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UTAH 84145-0385

LENARD E. SCHWARTZER
JEANETTE E. MCPHERSON
SCHWARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BOULEVARD, SUITE 1
LAS VEGAS, NEVADA 89146-5308

USA COMMERCIAL MORTGAGE
USA CAPITAL REALTY ADVISORS, LLC
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
USA CAPITAL FIRST TRUST DEED FUND, LLC
USA SECURITIES, LLC
THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

OFFICE OF THE U.S. TRUSTEE
600 LAS VEGAS BLVD., SOUTH, STE. 4300
LAS VEGAS, NV 89101

USA CAPITAL REALTY ADVISORS, LLC –
UNSECURED CREDITORS
KUMMER, KAEMPFER, BONNER & RENSHAW
3800 HOWARD HUGHES PKWY., 7TH FLOOR
LAS VEGAS, NV 89109

INTERSHOW
THE GITHLER CENTER
1258 NORTH PALM AVE.
SARASOTA, FL 34236

USA SECURITIES, LLC – UNSECURED
CREDITORS
JAMES HULL
C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
TORRANCE, CA 90505

GEORGE GORMAN
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362
R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

TIM RICH
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

UNSECURED CREDITORS COMMITTEE FOR USA
COMMERCIAL MORTGAGE COMPANY
BUNCH, DELL
1909 RED ROBIN COURT
LAS VEGAS, NV 89134

C/O DONALD R. WALKER
9209 EAGLE HILLS DR.
LAS VEGAS, NV 89134-6109

ADVANCED INFORMATION SYSTEMS
C/O MICHAEL T. YODER
4270 CAMERON STREET, SUITE #1
LAS VEGAS, NV 89103

RUSSELL AD DEVELOPMENT GROUP, LLC
P.O. BOX 28216
SCOTTSDALE, AZ 85255

ROBERT A. RUSSELL
8585 EAST HARTFORD DR., SUITE 500
SCOTTSDALE, AZ 85255

ANNEE NOUNNA
8057 LANDS END COURT
LAS VEGAS, NV 89117-7635

ROBERT L. HAGMAIER
15254 CANDLEWOOD COURT
LAKE OSWEGO, OR 97035

JEFFREY H. DAVIDSON
FRANK A. MEROLA
EVE H. KARASKI
STUTMAN, TREISTER & GLATT, P.C.
1901 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHEA & CARLYON, LTD.
233 S. FOURTH STREET, 2ND FLOOR
LAS VEGAS, NV 89101

COMMITTEE OF EQUITY SECURITY
HOLDERS OF USA CAPITAL FIRST TRUST
DEED FUND, LLC.
ROBERT E. TAYLOR
1535 FLYNN ROAD
CAMARILLO, CA 93012

C/O CHUCK HEINRICHS
198 EL PAJARO
NEWBURY PARK, CA 91320

JOHN WARNER JR., IRA
C/O FIRST SAVINGS BANK
2605 EAST FLAMINGO RD
LAS VEGAS, NV 89121

JOHN H. WARNER, JR.
2048 NORTH CHETTRO TRAIL
ST. GEORGE, UT 84770

MARY E. AND MATTHEW J. MORO,
JTWROS
1009 8TH ST
MANHATTAN BEACH, CA 90266

RICHARD G. WOUDSTRA REVOCABLE
TRUST
RICHARD G. WOUDSTRA, TTEE
P.O. BOX 530025
HENDERSON, NV 89053

WEN BALDWIN SEPARATE PROPERTY
TRUST
365 DOOLEY DRIVE
HENDERSON, NV 89015

JERRY T. MCGIMSEY
3115 SOUTH EL CAMINO RD.
LAS VEGAS, NV 89146-6621

RICHARD HOROWITZ
5 FIR DR.
KINGS POINT, NY 11024

COMMITTEE OF EQUITY SECURITY
HOLDERS OF USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC.
ROBERT G. WORTHEN
1112 WORTHEN CIR.
LAS VEGAS, NV 89145

KATZ 2000 SEPARATE PROPERTY TRUST
SARA M. KATZ, MANAGING TRUSTEE
4250 EXECUTIVE SQUARE, #670
SAN DIEGO, CA 92037

THOMAS C. LAWYER FAMILY TRUST
45 VENTANA CANYON DR.
LAS VEGAS, NV 89113

MARJAN RUTAR
4043 CHALFONT COURT
LAS VEGAS, NV 89121

CHARLES O. NICHOLS AND FLORA A. NICHOLS
2561 SEASCAPE DR.
LAS VEGAS, NV 89128

ROBERT H. MANSFIELD
3611 VICTORY AVENUE
LAS VEGAS NV 89121-7224

*/COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY
FERTITTA ENTERPRISES, INC.
2960 W. SAHARA AVE., SUITE 200
LAS VEGAS, NV 89102

WILLIAM J. BULLARD
FERTITTA ENTERPRISES, INC.
P.O. BOX 27555
LAS VEGAS, NV 89126-1555

HELMS HOMES, LLC
C/O TERRY HELMS
809 UPLAND BLVD.
LAS VEGAS NV 89107

TERRY HELMS LIVING TRUST
809 UPLAND BLVD.
LAS VEGAS NV 89107

DENNIS FLIER, INC. DEFINED BENEFIT TRUST
20155 PORTO VITA WAY #1803
AVENTURA, FL 33180

ARTHUR POLACHECK AND GLORIANNE POLACHECK
2056 WOODLAKE CIR.
DEERFIELD BEACH FL 33442

JAMES W. MCCOLLUM & PAMELA P. MCCOLLUM
1011 F. AVENUE
CORONADO, CA 92118

HOMFELD II, LLC
777 SOUTH FEDERAL HIGHWAY
SUITE N-409
POMPANO BEACH, FL 33062

C/O EDWARD W. HOMFELD
858 BISHOP ROAD
GROSSE POINTE PARK, MI 48230

GOVERNMENTAL and REGULATORY ENTITIES
NEVADA MORTGAGE LENDING DIVISION
ATTN: SUSAN ECKHARDT
3075 EAST FLAMINGO #100
LAS VEGAS, NV 89121

U.S. SECURITIES AND EXCHANGE COMMISSION
ATTN: SANDRA W. LAVIGNA.
5670 WILSHIRE BLVD., 11TH FLOOR
LOS ANGELES, CA 90036-3648

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K. STREET, N.W.
WASHINGTON, D.C. 20005-4026

DEPARTMENT OF EMPLOYMENT TRAINING
EMPLOYMENT SEC DIV, CONTRIBUTIONS SECTION
500 EAST THIRD STREET
CARSON CITY, NV 89713-0030

DMV AND PUBLIC SAFETY RECORDS SECTION
555 WRIGHT WAY
CARSON CITY, NV 89711-0250

EMPLOYERS INSURANCE CO. OF NV
ATTN: BANKRUPTCY DESK
9790 GATEWAY DRIVE
RENO, NV 89521-5906

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
555 EAST WASHINGTON, #1300
LAS VEGAS, NV 89101

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT.
STOP 5028
110 CITY PARKWAY
LAS VEGAS, NV 89106

SECRETARY OF STATE
STATE OF NEVADA
202 NORTH CARSON STREET
CARSON CITY, NV 89701

NV DEPARTMENT OF TAXATION
REVENUE DIVISION
CAPITOL COMPLEX
CARSON CITY, NV 89710-0003

OFFICE OF LABOR COMMISSIONER
555 EAST WASHINGTON AVE., SUITE 4100
LAS VEGAS, NV 89101

U.S. ATTORNEY
DISTRICT OF NEVADA
323 LAS VEGAS BLVD. SO, #5000
LAS VEGAS, NV 89101

UNITED STATES DEPT. OF JUSTICE
TAX DIVISION – WESTERN REGION
P.O. BOX 683 – BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

DISTRICT COUNSEL
INTERNAL REVENUE SERVICE
110 CITY PARKWAY
LAS VEGAS, NV 89106

INTERNAL REVENUE SERVICE
OGDEN, UT 84201

FHA/HUD
DISTRICT OFFICE
333 NORTH RANCHO DR., #700
LAS VEGAS, NV 89106-3797

DEPT. OF VETERANS AFFAIRS
LOAN SERVICE AND CLAIMS
3225 NORTH CENTRAL
PHOENIX, AZ 85012

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
P.O. BOX 551220
LAS VEGAS, NV 89155-1220

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
P.O. BOX 551401
LAS VEGAS, NV 89155-1401

NOTICES OF APPEARANCE/REQUESTS FOR NOTICE
DON TOMLIN
C/O DAVID W. MOUNIER
15316 SKY HIGH ROAD
ESCONDIDO, CA 92025

MARYETTA BOWMAN
534 ENCHANTED LAKES DRIVE
HENDERSON, NV 89052

EDWARD W. HOMFELD
HOMFELD II, LLC
777 SOUTH FEDERAL HIGHWAY, SUITE N-409
POMPANO BEACH, FLORIDA 33062

RICHARD MCKNIGHT, ESQ.
LAW OFFICES OF RICHARD MCKNIGHT
330 S. THIRD STREET, #900
LAS VEGAS, NV 89101

RJ ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

MARGIE GANDOLFO
1724 ARROW WOOD DRIVE
RENO, NV 89521

JANNY CATHARINA BROUWER
2533 KINNARD AVENUE
HENDERSON, NV 89074

ROBERT R. KINAS, ESQ.
JENNIFER L. McBEE
SNELL & WILMER, LLP
3800 HOWARD HUGHES PKWY., #1000
LAS VEGAS, NV 89109

MICHAEL R. SHULER
C/O JAY R. EATON
EATON & O'LEARY, PLLC
115 GROVE AVENUE
PRESCOTT, AZ 86301

KERMIT KRUSE
2710 ALBANY AVENUE
DAVIS, CA 95616

KELLY J. BRINKMAN, ESQ.
GOOLD PATTERSON, ALEX & DAY
4496 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

JANET L. CHUBB, ESQ.
JONES VARGAS
100 WEST LIBERTY STREET, 12TH FLOOR
P.O. BOX 281
RENO, NV 89504-0281

MARTIN B. WEISS, ESQ.
THE GARRETT GROUP, LLC
ONE BETTERWORLD CIRCLE, SUITE 300
TEMECULA, CA 92590

ATTILA JEFZENSZKY
1720 COLAVITA WAY
RENO, NV 89521

VINCE DANELIAN
C/O EDWARD J. HANIGAN, ESQ.
199 N. ARROYO GRANDE BLVD., #200
HENDERSON, NV 89074

WILLIAM L. MCGIMSEY, ESQ.
601 EAST CHARLESTON BLVD.
LAS VEGAS, NV 89104

PAUL & DONNA JACQUES
810 SE 7TH STREET, A103
DEERFIELD BEACH, FL 33441

PETER BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA 95037

STAN WOLKEN

SEAN NAJARIAN, ESQ.
THE NAJARIAN LAW FIRM
283 S. LAKE AVENUE, SUITE 205
PASADENA, CA 91101

SCOTT D. FLEMING
HALE LANE PEEK DENNISION AND HOWARD
3930 HOWARD HUGHES PARKWAY, 4TH FLOOR
LAS VEGAS, NV 89109

NILE LEATHAM
JAMES B. MACROBBIE
KOLESAR & LEATHAM, CHTD
3320 WEST SARAHA AVE., SUITE 380
LAS VEGAS, NV 89102-3202

LAUREL E. DAVIS
LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101

CARYN S. TIJSSELING
BEESLEY, PECK & MATTEONI, LTD
5011 MEADOWOOD MALL WAY, #300
RENO, NV 89502

NICHOLAS J. SANTORO
400 SOUTH FOURTH STREET 3RD FLOOR
LAS VEGAS, NV 89101

GILBERT B. WEISMAN
BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

JED A. HART
ANGELO, GORDON & CO.
245 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10167

BRADLEY J. STEVENS
ROBBINS & GREEN, P.A.
3300 NORTH CENTRAL AVENUE, SUITE 1800
PHOENIX, AZ 85012

CiCi CUNNINGHAM, JAMES A. KOHL
CHRISTINE ROBERTS
RAWLINGS, OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 WEST CHEYENNE AVE.
LAS VEGAS, NV 89129

GERALD M. GORDON
THOMAS H. FELL
GORDON & SILVER, LTD
3960 HOWARD HUGHES PARKWAY, 9TH FLOOR
LAS VEGAS, NV 89109

KEVIN B. CHRISTENSEN
XANNA R. HARDMAN
7440 W. SAHARA AVE.
LAS VEGAS, NV 89117

PETER SUSI
JAY L. MICHAELSON
MICHAELSON, SUSI & MICHAELSON
SEVEN WEST FIGUEROA ST. 2ND FLOOR
SANTA BARBARA, CA 93101-3191

ERVEN T. NELSON
BOLICK & BOYER
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

ROBERT VERCHOTA, GENERAL PARTNER
R&N REAL ESTATE INVESTMENTS, LP
c/o JEFFREY A. COGAN
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

JOHN F. MURTHA
WOODBURN & WEDGE
SIERRA PLAZA
6100 NEIL ROAD, STE. 500
P.O. BOX 2311
RENO, NV 89505

FRANKLIN C. ADAMS
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVE.
P.O. BOX 1028
RIVERSIDE, CA 92502-1028

RICHARD MASON
PATRICIA K. SMOOTS
MICHAEL M. SCHMAHL
McGUIRE WOODS, LLP
77 WEST WACKER DR., SUITE 4100
CHICAGO, IL 60601

JOAN C. WRIGHT
ALLISON, MacKENZIE, RUSSELL, PAVLAKIS, WRIGHT & FAGAN, LTD.
402 NORTH DIVISION STREET
P.O. BOX 646
CARSON CITY, NV 89702

MATTHEW Q. CALLISTER
CALLISTER & REYNOLDS
823 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NV 89101

LAW OFFICES OF JAMES G. SCHWARTZ
JOSHUA D. BRYSK, ESQ.
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

JEFFREY G. SLOANE
REGINA M. McCONNELL
KRAVITZ, SCHNITZER, SLOANE, JOHNSON, & EBERHARDY, CHTD.
1389 GALLERIA DR., SUITE 200
HENDERSON, NV 89014

DONALD T. POLEDNAK
7371 PRAIRIE FALCON, SUITE 120
LAS VEGAS, NV 89128

BAY COMMUNITIES
C/O CHRIS el
4800 NO. FEDERAL HIGHWAY, SUITE A205
BOCA RATON, FL 33431

ANDREW WELCHER
c/o NORDMAN CORMANY HAIR & COMPTON LLP
ATTN: WILLIAM E. WINFIELD, ESQ.
1000 TOWN CENTER DRIVE, 6TH FLOOR
P.O. BOX 9100
OXNARD, CA 93031

SCOTT K. CANEPA
CANEPA, RIEDY & RUBINO
851 S. RAMPART BLVD. #160
LAS VEGAS, NV 89145