|   |   |
|---|---|
| Richard McKnight, Esq.<br>Nevada Bar No. 1313<br>330 S. Third Street #900<br>Las Vegas, Nevada 89101<br>Phone: 702-388-7185<br>Fax: 702-388-0108<br>mcknightlaw@cox.net | **E-filed on June 9, 2006.** |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor.<br>_____<br>USA CAPITAL REALTY ADVISORS, LLC.,<br><br>Debtor.<br>_____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,<br><br>Debtor.<br>_____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.,<br><br>Debtor.<br>_____<br>In re:<br>USA SECURITIES, LLC.,<br><br>Debtor.<br>_____<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under Case No. BK-S-06-10725-LBR**<br><br>Date:<br>Time: |

Page 1 of 4

W:\2006\2377usa.ch11\COS re Supp Brief re Mtn to Hold Funds 6-9-06 sf.wpd     June 9, 2006 (4:58pm)

☐ USA First Trust Deed Fund, LLC

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on 9th day of June, 2006, service of a true and correct copy of the SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF PROPER RECIPIENTS AND IN SUPPORT OF DIRECT LENDER'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND DIRECT LENDER'S MOTION TO CONTINUE TO FORWARD LENDER PAYMENTS TO DIRECT LENDERS was made by:

**X**    ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE cope_guerra@yahoo.com, cope_guerra@yahoo.com
CICI CUNNINGHAM bankruptcy@rocgd.com

1  LAUREL E. DAVIS bklsclv@lionelsawyer.com,
2  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

3  THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

4  SCOTT D. FLEMING sfleming@halelane.com,
   dbergsing@halelane.com,ecfvegas@halelane.com
5

6  GREGORY E GARMAN bankruptcynotices@gordonsilver.com

7  TALITHA B. GRAY bankruptcynotices@gordonsilver.com

8  MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

9  EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

10 XANNA R. HARDMAN xanna.hardman@gmail.com,

11
   CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com
12

13 EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

14 ANNETTE W JARVIS ,

15 ROBERT R. KINAS rkinas@swlaw.com,
   mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com
16

17 NILE LEATHAM nleatham@klnevada.com,
   ckishi@klnevada.com;bankruptcy@klnevada.com
18
   ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com
19

20 REGINA M. MCCONNELL rmcconnell@kssattorneys.com,

21 WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

22 JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

23 SHAWN W MILLER bankruptcyfilings@sheacarlyon.com,
   smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsm
24 ith@sheacarlyon.com

25 . . .

26 . . .

27 . . .

28

1  JOHN F MURTHA jmurtha@woodburnandwedge.com
2  DONNA M. OSBORN jinouye@marquisaurbach.com,
   dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach
3  .com;kgallegos@MarquisAurbach.com

4  DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

5  PAUL C RAY info@johnpeterlee.com

6  SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

7
8  LENARD E. SCHWARTZER bkfilings@s-mlaw.com

9  SHLOMO S. SHERMAN ssherman@sheacarlyon.com,
   aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyo
10 n.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

11 JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

12 PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

13 CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com

14
15 U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

16 JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

17 MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

18
19                              Steven Foremaster
                     An Employee of the Law Offices of Richard McKnight
20
21
22
23
24
25
26
27
28                                   Page 4 of 4

W:\2006\2377usa.ch11\COS re Supp Brief re Mtn to Hold Funds 6-9-06 sf.wpd                     June 9, 2006 (4:58pm)