Richard McKnight, Esq.
Nevada Bar No. 1313
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

**E-filed on June 9, 2006.**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor.<br>_____<br>USA CAPITAL REALTY ADVISORS, LLC.,<br><br>Debtor.<br>_____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,<br><br>Debtor.<br>_____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.,<br><br>Debtor.<br>_____<br>In re:<br>USA SECURITIES, LLC.,<br><br>Debtor.<br>_____<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under Case No. BK-S-06-10725-LBR**<br><br>Date:<br>Time: |

☐ USA First Trust Deed Fund, LLC

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on 9th day of June, 2006, service of a true and correct copy of the SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF PROPER RECIPIENTS AND IN SUPPORT OF DIRECT LENDER'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND DIRECT LENDER'S MOTION TO CONTINUE TO FORWARD LENDER PAYMENTS TO DIRECT LENDERS was made by:

**X**    ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE cope_guerra@yahoo.com, cope_guerra@yahoo.com

1  CICI CUNNINGHAM bankruptcy@rocgd.com

2  LAUREL E. DAVIS bklsclv@lionelsawyer.com,
3  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

4  THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

5  SCOTT D. FLEMING sfleming@halelane.com,
6  dbergsing@halelane.com,ecfvegas@halelane.com

7  GREGORY E GARMAN bankruptcynotices@gordonsilver.com

8  TALITHA B. GRAY bankruptcynotices@gordonsilver.com

9  MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

10
11 EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

12 XANNA R. HARDMAN xanna.hardman@gmail.com,

13 CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

14 EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

15 ANNETTE W JARVIS ,

16 ROBERT R. KINAS rkinas@swlaw.com,
17 mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

18 NILE LEATHAM nleatham@klnevada.com,
19 ckishi@klnevada.com;bankruptcy@klnevada.com

20 ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

21 REGINA M. MCCONNELL rmcconnell@kssattorneys.com,

22 WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

23 RICHARD MCKNIGHT mcknightlaw@cox.net,
24 gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

25 JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

26 . . .
27 . . .

28

Page 3 of 4

W:\2006\2377usa.ch11\COS re Supp Brief re Mtn to Hold Funds 6-9-06 sf.wpd    June 9, 2006 (5:18pm)

1  SHAWN W MILLER bankruptcyfilings@sheacarlyon.com,
2  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

3
4  DAVID MINCIN mcknightlaw@cox.net,
   gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
5

6  JOHN F MURTHA jmurtha@woodburnandwedge.com

7  DONNA M. OSBORN jinouye@marquisaurbach.com,
   dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach
8  .com;kgallegos@MarquisAurbach.com

9  DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

10
   PAUL C RAY info@johnpeterlee.com
11
   SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com
12

13 LENARD E. SCHWARTZER bkfilings@s-mlaw.com

14 SHLOMO S. SHERMAN ssherman@sheacarlyon.com,
   aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com
15

16 JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

17
   PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com
18
   CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com
19

20 U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

21 JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

22 MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

23

24

25                              Steven Foremaster
                         _____
26                   An Employee of the Law Offices of Richard McKnight

27

28                              Page 4 of 4