**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Scott K. Brown AZ State Bar No. 020390
Email: sbrown@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on June 9, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | Date: N/A<br>Time: N/A<br>**Affecting:**<br>¨ All Cases<br>**or Only:** |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | × USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC**<br>06-10729<br>**Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, proposed attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

    A) Joinder in Debtors' Limited Opposition to Emergency Motion for Order Regarding Project Disbursement Group, Inc.'s Disbursement of Interest Payments to Debtor [535].

1742363.1



2. I Served the above-named document by the following means to the persons as listed below:

    A) ECF System to the persons listed on Exhibit A, on June 8, 2006;

    B) Email on June 8, 2006 to all persons with email addresses listed on the Master Service List on file with this Court not included in A) ; and

    C) U.S. Mail, postage prepaid mail on June 9, 2006 to all persons without email addresses listed on the Master Service List on file with this Court not included in A).

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of June, 2006.

                                                  /s/ Christine E. Laurel
                                                  Christine E. Laurel

1742363.1