STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764

Attorney for Creditor
Frank Snopko

ELECTRONICALLY FILED BY
BELDING, HARRIS & PETRONI, LTD.
ON 06/09/06

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

EIN 88-0244801                    /

Case No. BK-S-06-10725-LBR

(Chapter 11)

**NOTICE OF APPEARANCE**

Hrg. DATE:   N/A
Hrg. TIME:
Est. TIME:
Set By:

The law firm of BELDING, HARRIS & PETRONI, LTD., counsel for creditor FRANK SNOPKO, does hereby make an appearance in this case and requests special notice of all matters for which notice is required to be given. All such notices should be directed as follows:

> STEPHEN R. HARRIS, ESQ.
> BELDING, HARRIS & PETRONI, LTD.
> 417 West Plumb Lane
> Reno, NV 89509
> Facsimile: (775) 786-7764

DATED this ____ day of June, 2006.

STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, NV 89509

_____
Attorney for Creditor
Frank Snopko

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1