Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors

E-FILED ON JUNE 9, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                    Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                    Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                    Debtor. | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR EMERGENCY INTERIM AND PERMANENT ORDERS AUTHORIZING THE DEBTORS TO OBTAIN POST-PETITION FINANCING** |
| In re:<br>USA SECURITIES, LLC,<br>                                                                    Debtor. | **(AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date:  OST Requested for June 21, 2006<br>Time:  OST Requested for 9:30 a.m. |

1

P:\USA Commercial Mortgage\Pleadings\DIP Financing 060906\OST Declaration.doc

1.  Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm**,** attorney for the above captioned debtors and debtors in possession (the "Debtor"), under penalties of perjury, hereby declares on this 9th day of June, 2006 that:

1. A Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing (the "Motion") has been filed. This Motion requests that the Court (a) grant, on an interim basis, the Motion for Approval of Post-Petition Financing to ensure that the Debtor has sufficient funds to remain in operation and protect the value of the loan portfolio pending a final hearing on July 25, 2006 and (b) grant the Motion on a final basis on July 25, 2006.

2. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3. This Motion is requested to be heard on shortened time because without the DIP Financing the Debtors will not have sufficient funds to pay the administrative expenses or to prevent additional losses to the loan portfolio in July, 2006. The current budget (with four Official committees) reflects that administrative expenses will exceed loan servicing fees by mid-July, 2006. Omnibus hearings are currently scheduled in this matter on June 21, 2006 at 9:30 a.m. to hear other motions, and holding a hearing on the Motion at the same time would serve the interests of judicial economy.

Dated: June 9, 2006

/s/     *LENARD E. SCHWARTZER*
Lenard E. Schwartzer, Esq.