Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER, P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON JUNE 9, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR AUTHORITY TO FORBEAR AND TO PROVIDE FURTHER FUNDING FOR CERTAIN OUTSTANDING LOANS [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY, DEBTOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA First Trust Deed Fund, LLC | Date of Hearing: OST Requested<br>Time of Hearing: OST Requested |

Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtors and debtors in possession (the "Debtor"), under penalties of perjury, hereby declares on this 9th day of June, 2006 that:

1. A Motion For Authority To Forebear And To Provide Further Funding For Certain Outstanding Loans (the "Motion") has been filed. This Motion respectfully requests that the Court authorize the Debtors to take the actions outlined with respect to the Franklin/Stratford Loan (release of excess collateral), the Boise/Gowan Loan (an additional loan advance of $125,000 by Debtor USACM), the Amesbury Loan (issue partial releases for the remaining 3 condominium units in Phase I and accept the net sales proceeds associated therewith), and the Four FHA Loans (limited forbearance until January 1, 2007), based upon the Debtors' business judgments that these actions are in the best interests of all concerned parties.

2. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3. The Motion is requested to be heard on shortened time because these matters cannot wait because value will be lost and/or the projects may be shut down. Omnibus hearings are currently scheduled in this matter for June 21, 2006 at 9:30 a.m. and the Debtor respectfully requests that the Motion be heard on June 21, 2006. Holding a hearing on the Motion at the same time would serve the interests of judicial economy. Further, the next hearing scheduled in this case is not until July 25, 2006, well after the relief requested in this motion must be determined.

Dated: June 9, 2006

/s/    JEANETTE E. MCPHERSON
Jeanette E. McPherson