STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764

ELECTRONICALLY FILED BY
BELDING, HARRIS & PETRONI, LTD.
ON 06/09/06

Attorney for Creditor
Frank Snopko

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| IN RE: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | (Chapter 11) |
| | **NOTICE OF APPEARANCE** |
| Debtor. | Hrg. DATE:   N/A<br>Hrg. TIME:<br>Est. TIME:<br>Set By: |
| EIN 88-0244801                              / | |

    The law firm of BELDING, HARRIS & PETRONI, LTD., counsel for creditor FRANK SNOPKO, does hereby make an appearance in this case and requests special notice of all matters for which notice is required to be given. All such notices should be directed as follows:

        STEPHEN R. HARRIS, ESQ.
        BELDING, HARRIS & PETRONI, LTD.
        417 West Plumb Lane
        Reno, NV 89509
        Facsimile: (775) 786-7764

    DATED this ___ day of June, 2006.

                                    STEPHEN R. HARRIS, ESQ.
                                    BELDING, HARRIS & PETRONI, LTD.
                                    417 West Plumb Lane
                                    Reno, NV 89509

                                    _____
                                    Attorney for Creditor
                                    Frank Snopko

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1