Robert W. Ulm, Trustee
Robert W. Ulm Living Trust dtd 4/11/05
414 Morning Glory Road
St. Marys, GA 31558
912-673-6020

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: June 9, 2006<br>Time: 11:45 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **LIMITED OPPOSITION TO MOTION FOR ORDER AUTHORIZING THE RETURN OF NON-INVESTED FUNDS- "ALEXANDER RETURNED FUNDS MOTION" (AFFECTS USA COMMERCIAL MORTGAGE)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

Robert W. Ulm, Trustee of the Ulm Living Trust by and through himself, hereby responds in limited opposition to the Motion for Order Authorizing the Return of Invested Funds filed by Robert C. Le Pome on behalf of Florence Alexander, Stanley Alexander, and Stanley Alexander Trust ("the Alexander Return Funds Motion") (Docket #115) (dated 5/02/06)

Part of the motion should be denied for the following reasons:

1. Robert W. Ulm, Trustee signed and forwarded an assignment of a $100,000 interest in a

1

1  Note/Deed of Trust secured by the Hasley Canyon Development to USACM on April 4, 2006
2  (pre-petition.)
3     2. USACM caused a check to be issued to Robert W. Ulm, Trustee for $100,000 on
4  April 12, 2006 (pre-petition.) It was payable through the USACM Investor Trust Account held at
5  Wells Fargo Bank. The check issued to Robert W. Ulm Trustee (Assignor) was directly
6  attributable to the assignment of his interest in the Note and Deed of Trust secured by the Hasley
7  Canyon Development. Check #3018 tendered to Robert W. Ulm, Trustee for this assignment via
8  USACM was returned unpaid.
9     3. The Alexander's forwarded $100,000 to USACM to purchase an equivalent interest in
10 the Hasley Canyon Development. The Alexander's check according to documentation provided
11 by attorney Robert C LePome was notated by the signers and earmarked for a Hasley Canyon
12 Development Note and Deed. It has been so identified in the Allison Declaration (Docket #347)
13 (dated 5/24/06) It was cashed by USACM.
14    4. The Alexander's may or may not have a valid assignment in based on the business
15 practices at USACM as they existed on the date of assignment. This is an issue that needs to be
16 determined by the court and through further discoveries and accounting measures taken by
17 Mesirow Financial.
18    5. Attorney Jeanette E. Mcpherson, of Ray Quinney and Nebeker P.C. in (Docket #326)
19 (dated 5/22/06) wrote: [Only] check # 339 for $100,000 that cleared April 12, 2006
20 has any connection to the DIP Investor Account. Stanley and Florence Alexander were
21 Assignees as to that amount, and the corresponding $100,000 check made payable to the Assignor,
22
23 Robert W. Ulm as Trustee of the Ulm Living Trust ("Ulm"), was one of the checks that issued
24 from but failed to clear the WFB Investor Account prior to the Petition Date. *See* Exhibit A to
25 Allison Declaration. The relevant Assignment, signed April 4, 2006 by Ulm assigning a $100,000
26 fractional loan interest to the Alexanders, is attached as Exhibit B to the Allison Declaration.
27
28                                         2

## Conclusion

The " Alexander Return Funds" Motion should be denied where it intersects with the interests of the Ulm Living Trust. There are competing claims for these funds.

Respectfully submitted 6/09/2006

_____, Trustee

Robert W. Ulm, Trustee
414 Morning Glory Road
St. Marys, GA 31558
912-673-6020

3