*deal*

ORIGINAL

Jasper Benincasa Jr.
Flocerfida Benincasa
9359 Roping Cowboy Avenue
Las Vegas, NV 89178

RECEIVED & FILED

JUN 9  1 26 PM '06

US
BANKRUPTCY COURT
PATRICIA GRAY
CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>              Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>              Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>              Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>              Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br><br>USA SECURITIES, LLC,<br>              Debtor | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: 6/21/06<br>Time: 9:30 am |

1

## MOTION FOR RECONSIDERATION OF MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA (hereafter "BENINCASA")

Files a Motion for Reconsideration of Motion for Order Authorizing Return of Non-Invested Funds of JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA.

This Motion is based upon the Points attached hereto.

### POINTS

### Facts

On the 5th day of June at 9:30 am, JASPER BENINCASA appeared in United States Bankruptcy Courtroom 1, located in the Foley Federal Building, 300 S. Las Vegas Blvd., 3rd Floor, Las Vegas, Nevada. A MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA was scheduled to be heard by the court. After a short break was called, JASPER BENINCASA left the courthouse to recharge his parking meter and returned after his motion was called before the court.

### CONCLUSION

THE MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA was denied without prejudice and the motion has been filed with the court to be heard on the 21st day of June 2006. JASPER BENINCASA and FLOCERFIDA BENINCASA request that the motion be heard on the new filed date of June 21st, 2006.

/s/ [signature]
Jasper Benincasa Jr.
9359 Roping Cowboy Ave.
Las Vegas, NV 89178
702-413-8624
sv_flocerfida@yahoo.com