Jasper Benincasa Jr.
Flocerfida Benincasa
9359 Roping Cowboy Avenue
Las Vegas, NV 89178

**ORIGINAL**

RECEIVED & FILED
JUN 9  1 26 PM '06
U.S.
BANKRUPTCY COURT
PATRICIA GRAY
CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>        Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br><br>USA SECURITIES, LLC,<br>        Debtor | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: 6/21/06<br>Time: 9:30 am |

1

## NOTICE OF MOTION FOR ORDER AUTHORIZING RETURN OF NON- INVESTED FUNDS OF JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA

TO: ALL INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN** that a Motion for Order Authorizing Return of Non-Invested Funds of JASPER BENINCASA JR. and FLOCERFIDA BENINCASA has been filed. You may examine the court file that contains petition for particulars. Any opposing memorandum must be served and filed within fifteen (15) days after service of this notice and Motion. In the absence of any opposition, the Court may grant the Application (Local Rule 16).

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will held before a United States Bankruptcy Judge in United States Bankruptcy Courtroom 1, located in the Foley Federal Building, 300 S. Las Vegas Blvd., 3rd Floor, Las Vegas, Nevada on the 21st day of June, 2006 at the hour of 9:30 A.M.

/s/ _____
Jasper Benincasa
9359 Roping Cowboy Ave
Las Vegas, NV  89178
702-413-8624