LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on June 12, 2006

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Jointly Administered |
| **USA Commercial Mortgage Company**<br>  **06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>  **06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund,**<br>**LLC**<br>  **06-10727** | **CERTIFICATE OF SERVICE**<br><br>Date:  N/A<br>Time:  N/A |
| **USA Capital First Trust Deed Fund, LLC**<br>  **06-10728** | **Affecting:**<br>¨  All Cases<br>**or Only:** |
| **USA Securities, LLC**<br>  **06-10729**           **Debtors.** | ×  USA Commercial Mortgage Company<br>¨  USA Capital Realty Advisors, LLC<br>¨  USA Capital Diversified Trust Deed Fund,<br>LLC<br>¨  USA Capital First Trust Deed Fund, LLC |

1.     I, Christine E. Laurel, an employee of Lewis and Roca LLP, proposed attorneys for

the Official Committee of Unsecured Creditors of USA Commercial Mortgage

Company, served the following document:

   A)     Omnibus Response to Motions for Return of Funds from the Investor

       Account [DE 564];

   B)     Omnibus Response to Motions for Relief from the Automatic Stay for the

       Purpose of Terminating Loan Servicing Agreements [DE 566]; and



LEWIS
AND
ROCA
LLP
L A W Y E R S

1    C)    Omnibus Response to Motions for Immediate Payment to Direct Lenders

2         and Joinder in Debtors' Motion to Temporarily Hold Funds Pending a

3         Determination of the Proper Recipients [DE 573].

4  2.    I Served the above-named documents by the following means to the persons as

5       listed below:

6       A)    ECF System to the persons listed on Exhibit A, on June 9, 2006;

7       B)    Email and U.S. Mail, postage prepaid mail on June 9, 2006 to all persons

8             listed on the Master Service List on file with this Court not included in A).

9       I declare under penalty of perjury that the foregoing is true and correct.

10      DATED this 12th day of June, 2006.

11

12                              /s/ Christine E. Laurel
                                Christine E. Laurel
13

14

15

16

17

18

19

20

21

22

23

24

25

26

1742363.1