AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
scott.a.farrow@usdoj.gov
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile: (702) 388-6658

Attorneys for the Acting United States Trustee
   SARA L. KISTLER

E-Filed on June 12, 2006

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

**USA Commercial Mortgage Company**
   **06-10725 -- Lead Case**

**USA Capital Realty Advisors, LLC**
   06-10726

**USA Capital Diversified Trust Deed Fund, LLC**
   06-10727

**USA Capital First Trust Deed Fund, LLC**
   06-10728

**USA Securities, LLC**
   06-10729                Debtors

**Jointly Administered**
Chapter 11 Cases
Judge **Linda B. Riegle** Presiding

Date:  June 15, 2006
Time:  9:30 a.m.
Place: Courtroom # 2, Foley Federal
       Bldg.

**Affecting:**
☒ All Cases
**or Only:**
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

**THE UNITED STATES TRUSTEE'S LIMITED OPPOSITION TO COMMITTEES' JOINT MOTION PURSUANT TO 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) AND 1103(c) FOR NUNC PRO TUNC ORDER CLARIFYING REQUIREMENT TO PROVIDE ACCESS TO INFORMATION (AFFECTS ALL DEBTORS)**

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

The United States Trustee submits its limited opposition to the Committees' Joint Motion Pursuant to 11 U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A) and 1103(c) for Nunc Pro Tunc Order

Clarifying Requirement to Provide Access to Information, and states:

1. The United States Trustee's opposition is limited to the exculpation language found at page 17, paragraph 33(e), of the joint motion filed by the Committees.

2. In particular, the proposed exculpation language in the Committees' joint motion is overly broad. On its face, the exculpation provision contained in the Committees' joint motion could be construed to eliminate liability even for acts that constitute a breach of fiduciary duty, gross negligence, willful misconduct, fraud, criminal misconduct, or breach of a confidentiality agreement or order. This exculpatory language, if approved, would effectively void their fundamental duty to their constituents. ("It is well recognized that, to fulfill these roles, the members of an official committee owe a fiduciary duty to their constituents... ." In re Refco, Inc, 336 B.R. 187, 195 (Bankr.S.D.N.Y. 2005)) Without limitations, the proposed language goes far beyond reasonable protections and constitutes a waiver of their fundamental obligations. *Compare* Joint Motion, p. 7, para. 33(e) *with In re Refco, Inc.*, 336 B.R. at 202-03 (order approving narrowly tailored exculpation clause in connection with committees' motion regarding access to information under 11 U.S.C. § 1102(b)(3)(A)). Further, in other cases where the issue of limited access as been addressed, no exculpatory language is contained in the order. *See In re Nobex Corporation*, Case No. 05-20050, Order dated February 10, 2006; *In re FYYi*, Case No. 05-2001, Order dated November 17, 2005 (both Judge Walrath orders, District of Delaware).

3. Any order entered by the Court approving the Information Protocol contained in the Committees' joint motion should expressly provide that if actions are taken under that Information Protocol which constitute a breach of fiduciary duty, gross negligence, willful misconduct, fraud, criminal misconduct, or breach of a confidentiality agreement or order, the responsible party or parties shall remain liable for their actions notwithstanding any exculpation provisions contained in the Committees' joint motion or the Court's order. *See Refco*, 336 B.R. at 202.

**WHEREFORE,** the United States Trustee objects to approval of the Committees' joint motion to the limited extent set forth above.

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
    August B. Landis, Assistant United States Trustee
    United States Department of Justice

# # #