| | |
|---|---|
| BMC GROUP, INC.<br>1330 East Franklin Avenue<br>El Segundo, CA  90245<br>Telephone:  (310) 321-5555<br>Facsimile:  (310) 640-8071 | E-FILED ON JUNE 12, 2006 |

Claims Agent for Debtors' Estate

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                   Debtor. | Case No. BM-S-06-10725 LBR<br>Case No. BM-S-06-10726 LBR<br>Case No. BM-S-06-10727 LBR<br>Case No. BM-S-06-10728 LBR<br>Case No. BM-S-06-10729 LBR |
| IN RE:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                                   Debtor. | Chapter 11 |
| IN RE:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                                   Debtor. | **Jointly Administered Under Case No. BM-S-06-10725 LBR** |
| IN RE:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                                   Debtor. | **REQUEST FOR SPECIAL NOTICE** |
| IN RE:<br><br>USA SECURITIES, LLC,<br><br>                                   Debtor. | |
| Affects:<br><br>X       ALL DEBTORS | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that the undersigned hereby files a Request for Special Notice as follows: that copies of all notices, claims and other papers filed in the above-referenced bankruptcy proceeding be given to and served upon the following:

>   BMC Group, Inc.
>   1330 East Franklin Avenue
>   El Segundo, CA 90245
>   Phone:  (310) 321-5555
>   Fax:  (310) 640-8071

DATED this 12th day of June 2006.

BMC GROUP, INC.

By:    /s/ Jeffrey R. Miller
         Jeffrey R. Miller