David Mincin, Esq.
State Bar No. 5427
Richard McKnight, Esq.
State Bar No. 1313
THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

**Efiled on June 12, 2006.**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| USA COMMERCIAL MORTGAGE COMPANY, | |
|---|---|
| Debtor. | Case m BK-S-06-10725-LBR |

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 12th day of June 2006, service of a true and correct copy of the OPPOSITION TO JOINT MOTION FOR NUNC PRO TUNC ORDER CLARIFYING REQUIREMENTS TO PROVIDE ACCESS TO INFORMATION was made by:

**X**   ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

CICI CUNNINGHAM &nbs! p bankruptcy@rocgd.com

Page 1 of 3

1  LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

2

3  THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

4  SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

5  EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

6  CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

7  EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

8  ANNETTE W JARVIS ,

9  ROBERT R. KINAS ! rkinas@swlaw.com, mstrand@swlaw.com;j lustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

10

11  NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

12  ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

13  WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

14  JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

15  DONNA M. OSBORN ! jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgalle gos@MarquisAurbach.com

16

17  DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

18  LENARD E. SCHWARTZER bkfilings@s-mlaw.com

19  SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmall et@sheacarlyon.com;rsmith@sheacarlyon.com

20

21  JEFFREY G. SLOANE gjklepel@yahoo.com, gklepel@kssattorneys.com

22  PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

23  CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.c! om

24  U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@us doj.gov,

25  JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

26  / / /

27  / / /

28  Page 2 of 3

1  MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

/s/   Carol Burke<br>
An Employee of<br>
Law Offices of Richard McKnight