| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613)<br>Lynn Trinka Ernce (California Bar No. 179212)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email:   malevinson@orrick.com; lernce@orrick.com<br><br>Bob L. Olson (Nevada Bar No. 3783)<br>Anne M. Loraditch (Nevada Bar No. 8164)<br>BECKLEY SINGLETON, CHTD.<br>530 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Telephone: (702) 385-3373<br>Facsimile: (702) 385-5024<br>Email:   bolson@beckleylaw.com; aloraditch@beckleylaw.com | E-filed on June 12, 2006 |

[Proposed] Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME FOR HEARING ON APPLICATION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC TO EMPLOY ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>Date:         OST Pending<br>Time:        OST Pending |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                    Debtor. | |
| Affects:<br>☐   All Debtors<br>☐   USA Commercial Mortgage Company<br>☐   USA Securities, LLC<br>☐   USA Capital Realty Advisors, LLC<br>☒   USA Capital Diversified Trust Deed Fund, LLC<br>☐   USA First Trust Deed Fund, LLC | |

US_WEST:260034990.1

1

1  As required by the Court, this office has contacted the parties listed below regarding the
2  attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as
3  indicated below:

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| Lenard E. Schwartzer, Esq.<br>Schwartzer & McPherson Law Firm<br>(Debtors) | 06/05/2006 | X | |
| August B. Landis, Esq.<br>Office of the U.S. Trustee | 06/05/2006 | X | |
| Gregory Garman, Esq.<br>Gordon & Silver, Ltd.<br>(Executory Contract Committee) | 06/06/2006 | X | |
| Eve Karasik, Esq.<br>Stutman, Treister & Glatt<br>(First Deed Trust Fund Committee) | 06/06/2006 | X | |
| Rob Charles, Esq.<br>Lewis & Roca, LLP<br>(Unsecured Creditors Committee) | 06/12/2006 | X | |

Respectfully submitted this 12th day of June 2006.

/s/ Anne M. Loraditch
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373

and

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200

US_WEST:260034990.1