


Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:    malevinson@orrick.com; lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com; aloraditch@beckleylaw.com

[Proposed] Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

E-filed on June 12, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                        Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                        Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                        Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                        Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                        Debtor.<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**OST REQUESTED**<br>Date: June 21, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #2 |

{00292474;}US_WEST:260033701.2        - 1 -

**ATTORNEY INFORMATION SHEET IN SUPPORT OF ORDER SHORTENING TIME TO HEAR THE APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC TO EMPLOY BECKLEY SINGLETON, CHTD.**

As required by the Court, Anne M. Loraditch, Esq. of Beckley Singleton, Chartered ("Beckley"), proposed Special (Nevada) Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Committee"), has contacted or has received communication from the parties listed below regarding the proposed order shortening time for hearing on the Committee's Application by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Fund, LLC, to Employ Beckley Singleton, Chartered. The parties agree or disagree to the time being shortened, as indicated below:

| Name | Date of Contact | Agree | Disagree |
|---|---|---|---|
| August B. Landis | 06/12/2006 | | |
| Annette Jarvis | 06/12/2006 | X | |
| Eve Karasik | 06/12/2006 | X | |
| Gregory Garman | 06/12/2006 | | |
| Rob Charles | 06/12/2006 | X | |

DATED this 12th day of June 2006.

BECKLEY SINGLETON, CHTD.

By___/s/ Anne M. Loraditch_____
    Bob L. Olson (Nevada Bar No. 3783)
    Anne M. Loraditch (Nevada Bar No. 8164)
    530 Las Vegas Boulevard South
    Las Vegas, NV 89101
    Telephone: (702) 385-3373