# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                      *

USA COMMERCIAL MORTGAGE      *    CASE NO. BK-S-06-10725-LBR
COMPANY,
                                            *
Debtor.

## REQUEST FOR SPECIAL NOTICE

**SHARON JUNO,** by her undersigned attorneys, respectfully represents:

1. **SHARON JUNO,** is a creditor in the above-captioned case.

2. Pursuant to F.R.B.P. 2002(g), **SHARON JUNO,** hereby requests that all notices in this case be mailed to the following, regardless of whether the Court limits the mailing of notices:

Marion E. Wynne, Esquire
Wilkins, Bankester, Biles & Wynne, P.A.
Post Office Box 1367
Fairhope, AL 36533-1367
(251) 928-1915
(251) 928-1967 – FAX
E-mail: twynne@wbbwlaw.com

Respectfully submitted,

WILKINS, BANKESTER, BILES & WYNNE, P.A.

BY: _/s/ Marion E. Wynne_
MARION E. WYNNE (WYNNM9478)
Attorney for Sharon Juno
Post Office Box 1367
Fairhope, AL 36533
(251) 928-1915