**NOT**
**SUSAN WILLIAMS SCANN, ESQ.**
Nevada Bar No. 000776
**PAUL R. CONNAGHAN, ESQ.**
Nevada Bar No. 003229
**DEANER, DEANER, SCANN, MALAN & LARSEN**
720 South Fourth Street, Suite #300
Las Vegas, Nevada  89101 (702) 382-6911
**Attorney for Parties In Interest**
**RIO RANCHO EXECUTIVE PLAZA**
**FRANKLIN/STRATFORD INVESTMENTS, LLC**
**SVRB INVESTMENTS LLC**
**MONROE AND LOUISE MAYO FAMILY TRUST 92**
**RICHARD A. THURMOND TRUST**
**BOISE GOWAN LLC**

E-Filed On 6/13/06

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE<br>COMPANY,<br><br>         Debtor<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>         Debtor<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC.<br><br>         Debtor<br>In re:<br>USA CAPITAL FIRST TRUST<br>DEED FUND, LLC.<br><br>         Debtor<br>In re:<br>USA SECURITIES, LLC.<br><br>         Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Date of Hearing:  OST Requested<br>Time of Hearing:  OST Requested<br><br><br>Affects:<br>USA Commercial Mortgage Company<br>USA Capital Diversified Trust Deed Fund, LLC<br>USA Capital First Trust Deed Fund, LLC |

## STATEMENT OF COMPLIANCE WITH U.S. BANKRUPTCY RULE 2019

     I, SUSAN WILLIAMS SCANN, ESQ., declare under penalty of perjury, and state as

follows:

     1.     I am an attorney licensed to practice law in the state of Nevada and a partner of

1

1  the law firm of Deaner, Deaner, Scann, Malan & Larsen.  I have personal knowledge of the

2  facts set forth herein and if called as a witness could and would competently testify thereto.

3       2.       My associate Paul Connaghan, Esq., my partner Brent A. Larsen and I are the

4  attorneys primarily responsible for representing the following parties in connection with the

5  above captioned cases:

6       A.    Borrower:    Franklin/Stratford Investments, LLC
                           C/o Robert A. Russell, Manager
7                          8585 E. Hartford Drive, Suite 500
                           P.O. Box 28216
8                          Scottsdale, AZ 85255

9            Debtor:       USA Commercial Mortgage Company
                           4484 South Pecos Road
10                         Las Vegas, NV 89121

11                         USA Capital First Trust Deed Fund and
                           USA Capital Diversified Trust Deed Fund
12
        The representation of this client is based on a Construction Loan Agreement dated
13
    March 30, 2005, and Deed of Trust recorded in Boise, Idaho on March 31, 2005, as Instr. No.
14
    105038725.   Original Claim:$6,500,000.00 representing a loan commitment of
15
    $6,200,000.00 to construct  three warehouses on a portion of twelve (12) acres in Meridian,
16
    (near Boise) Idaho. $5,225,000.00 has been funded.
17

18
        B.    Borrower:    Rio Rancho Executive Plaza LLC
19                         c/o Robert A. Russell, Manager
                           8585 E. Hartford Drive, Suite 500
20                 -       P. O. Box 28216
                           Scottsdale, AZ  85255
21
             Debtor:       USA Commercial Mortgage Company
22                         4484 South Pecos Road
                           Las Vegas, NV  89121
23
                           USA Capital First Trust Deed Fund and
24                         USA Capital Diversified Trust Deed Fund

25      The representation of this client is based on a Date of Construction Loan Agreement

26  dated January 17, 2006, secured by a Deed of Trust.  The commitment is $6,100,000.00, of

27  which  $250,000.00 has been funded.

28                                    2

1

2

3

4

5

6

| C. | Unsecured Creditor: | Robert A. Russell |
|---|---|---|
|  |  | 8585 E. Hartford Drive, Suite 500 |
|  |  | P.O. Box 28216 |
|  |  | Scottsdale, AZ 85255 |

Debtor:                      USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

USA Capital First Trust Deed Fund and
USA Capital Diversified Trust Deed Fund

7   The representation of this client is based on consultation services to the Debtor

8   (USA Commercial Mortgage Company) provided in the amount of $400,000.00 and on his

9   personal guarantees of some USA Capital Mortgage brokered loans.

10

11   D.   Borrower:                    SVRB Investments LLC
                                          c/o Robert A. Russell, Manager

12                                         8585 E. Hartford Drive, Suite 500
                                          P. O. Box 28216

13                                         Scottsdale, AZ  85255

14   Debtor:                      USA Commercial Mortgage Company
                                          4484 South Pecos Road

15                                         Las Vegas, NV  89121

16   USA Capital First Trust Deed Fund and
                                          USA Capital Diversified Trust Deed Fund

17

18   The representation of this client is based on a Construction Loan Agreement and

19   Promissory Note, secured by a Deed of Trust recorded in the original amount of $6,825,000,

     of which $1,424,081.49 has been funded.

20   E.   Borrower:     Boise Gowan LLC

21                         c/o Robert A. Russell, Manager
                             8585 E. Hartford Drive, Suite 500

22                         P. O. Box 28216
                             Scottsdale, AZ  85255

23   Debtor:          USA Commercial Mortgage Company

24                        4484 South Pecos Road
                            Las Vegas, NV  89121

25   USA Capital First Trust Deed Fund and

26                        USA Capital Diversified Trust Deed Fund

27   The representation of this client is based on a Construction Loan Agreement and

28                                                    3

1 | Promissory Note, secured by a Deed of Trust recorded in the original amount of

2 | $2,550,000.00, of which $2,425,000.00 has been funded.

3

4 | F.     Borrower:     Monroe and Louis Mayo Family Trust 92
8635 W. Sahara Avenue
PMB #532

5 | Las Vegas, NV 89117

6

7 | Debtor:     USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

8

9 | USA Capital First Trust Deed Fund and
USA Capital Diversified Trust Deed Fund

10 | This client is a direct lender; the approximate amount invested is $962,000.00 .

11 | Details are unknown at this time, and shall be disclosed to the Court once that information is

12 | available.

13 | G.     Borrower:     Richard E. Thurmond Trust
C/o Gary Thurmond

14 | 749 Willow Avenue
Henderson, NV 89015-8351

15

16 | Debtor:     USA Commercial Mortgage Company
4484 South Pecos Road

17 | Las Vegas, NV 89121

18 | USA Capital First Trust Deed Fund and
USA Capital Diversified Trust Deed Fund

19

20 | The representation of this client is based on investments in one or both of the Trust

Deed funds. The date and amount of investments are unknown at this time, and shall be

21 | disclosed to the Court once that information is available.

22

23 | 3.     A supplement shall be filed to this statement once all of the relevant

information is available.

24

25

26

27

28 | 4

1    I declare under penalty of perjury that the foregoing is true and correct.

2    DATED this ____ day of June, 2006.

3                                        DEANER, DEANER, SCANN,
                                         MALAN & LARSEN
4

5                                        By _____
                                            SUSAN WILLIAMS SCANN, ESQ.
6                                           Nevada Bar No. 000776
                                            720 South Fourth Street, Suite 300
7                                           Las Vegas, Nevada 89101
                                            Attorney for Parties In Interest
8                                           **RIO RANCHO EXECUTIVE PLAZA**
                                            **FRANKLIN/STRATFORD INVESTMENTS, LLC**
9                                           **SVRB INVESTMENTS LLC**
                                            **MONROE AND LOUISE MAYO FAMILY TRUST 92**
10                                          **BOISE GOWAN LLC**
                                            **RICHARD A. THURMOND TRUST**
11                                          **ROBERT A. RUSSELL**

12

13
     STATE OF NEVADA       )
14                         ) ss.
     COUNTY OF CLARK       )
15
          SUSAN WILLIAMS SCANN, being first duly sworn, deposes and says:
16
          That she is an attorney licensed to practice in the State of Nevada; that she has read
17
     the above and foregoing Notice of Compliance with U.S. Bankruptcy Rule 2019 and knows
18
     the contents thereof; that she is informed and believes that the matters therein contained are
19
     true.
20

21                                        _____
                                          SUSAN WILLIAMS SCANN, ESQ.
22   SUBSCRIBED AND SWORN TO before
     me on this ____ day of June, 2006.
23

24   _____
     NOTARY PUBLIC in and for said County
25   and State

26

27

28                                        5

1  **COM**
   **SUSAN WILLIAMS SCANN, ESQ.**
2  **Nevada Bar No. 000776**
   **PAUL R. CONNAGHAN, ESQ.**
3  **Nevada Bar No. 003229**
   **DEANER, DEANER, SCANN, MALAN & LARSEN**
4  **720 South Fourth Street, Suite #300**
   **Las Vegas, Nevada  89101 (702) 382-6911**
5  **Attorney for Party In Interest**
   **Franklin/Stratford Investment LLC**
6
                        UNITED STATES BANKRUPTCY COURT
7
                          FOR THE DISTRICT OF NEVADA
8
   In re:                          )    Case No.   BK-S-06-10725 LBR
9  USA COMMERCIAL MORTGAGE          )    Case No.   BK-S-06-10726 LBR
   COMPANY,                         )    Case No.   BK-S-06-10727 LBR
10                                  )    Case No.   BK-S-06-10728 LBR
            Debtor                  )    Case No.   BK-S-06-10729 LBR
11 In re:                           )
   USA CAPITAL REALTY ADVISORS, LLC.)    Chapter 11
12                                  )
            Debtor                  )    Jointly Administered Under
13 In re:                           )    Case No. BK-S-06-10725 LBR
   USA CAPITAL DIVERSIFIED TRUST     )
14 DEED FUND, LLC.                  )    Date of Hearing:  OST Requested for June 15, 2006
                                    )    Time of Hearing:  OST Requested for 9:30 a.m.
15          Debtor                  )
   In re:                           )
16 USA CAPITAL FIRST TRUST          )    Affects:
   DEED FUND, LLC.                  )    USA Commercial Mortgage Company
17                                  )    USA Capital Diversified Trust Deed Fund, LLC
            Debtor                  )    USA Capital First Trust Deed Fund, LLC
18 In re:                           )
   USA SECURITIES, LLC.             )
19                                  )
            Debtor                  )
20 _____    )

21                     **<u>CERTIFICATE OF MAILING</u>**

22      I hereby certify that service of the above and foregoing NOTICE OF COMPLIANCE was

23 made this 13th day of June, 2006, by depositing a copy of the same in the United States mail in Las

24 Vegas, Nevada, postage-prepaid, addressed to the following:

25
   **<u>DEBTOR AND COUNSEL</u>**
26 ANNETTE W. JARVIS
   RA Y QUINNEY & NEBEKER P.C.
27 36 SOUTH STATE STREET, SUITE 1400
   P.O. BOX 45385
28 SALT LAKE CITY, UTAH 84145-0385

1

2   LENARD E. SCHW ARTZER
    JEANETTE E. MCPHERSON
3   SCHW ARTZER & MCPHERSON LAW FIRM
    2850 SOUTH JONES BOULEVARD, SUITE 1
4   LAS VEGAS, NEVADA 89146-5308

5   USA COMMERCIAL MORTGAGE
    USA CAPITAL REALTY ADVISORS, LLC
6   USA CAPITAL DIVERSIFIED TRUST DEED FUND,
     LLC USA CAPITAL FIRST TRUST DEED FUND, LLC
7   USA SECURITIES, LLC
    THOMAS J. ALLISON
8   4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121
9

10  **THE UNITED STATES TRUSTEE**
    OFFICE OF THE U.S. TRUSTEE
11  600 LAS VEGAS BLVD., SOUTH,
    STE. 4300
12  LAS VEGAS, NV 89101

13  **USA CAPITAL REALTY ADVISORS, LLC - UNSECURED CREDITORS**
    KUMMER, KAEMPFER, BONNER & RENSHAW
14  3800 HOWARD HUGHES PKWY., 7Th FLOOR
    LAS VEGAS, NV 89109
15

16
    INTERSHOW
17  THE GITHLER CENTER
    1258 NORTH PALM AVE.
18  SARASOTA, FL 34236

19  **USA SECURITIES, LLC - UNSECURED CREDITORS**
    JAMES HULL
20  C/O SIGNATURE FINANCIAL
    2601 AIRPORT DRIVE
21  TORRANCE, CA 90505

22  GEORGE GORMAN
    C/O FINANCIAL WEST GROUP
23  4510 E. THOUSAND OAKS BLVD.
    THOUSAND OAKS, CA 91362
24
    R. HAGMAIER
25  C/O FINANCIAL WEST GROUP
     4510 E. THOUSAND OAKS BLVD.
26   THOUSAND OAKS, CA 91362

27

28

TIM RICH
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

**UNSECURED CREDITORS COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY**
Bunch Bell
1909 Red Robin Court
Las Vegas, NV 89134

Advanced Information Systems
c/o Michael T. Yoder
4270 Cameron Street, Suite #1
Las Vegas, NV 89103

C/O Donald R. Walker
9209 Eagle Hills Drive
Las Vegas, NV 89134-6109

Russell AD Development Group, LLC
P. O. Box 28216
Scottsdale, AZ 85255

Robert A. Russell
8585 East Hartford Drive
Suite 500
Scottsdale, AZ 85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117-7635

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR 97035

**[PROPOSED] COUNSEL FOR THE FOLLOWING TWO INVESTOR COMMITTEES: Equity Security Holders of USA Capital First Trust Deed Fund, LLC and Equity Security Holders of USA Capital Diversified Trust Deed Fund;**

Jeffrey H. Davidson
Frank A. Merola
Eve H. Karaski
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

James Patrick Shea
Candace C. Carlyon
Shea & Carlyon, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

**COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.**

Fobert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

John Warner Jr., IRA
C/O First Savings Bank
2605 East Flamingo Road
Las Vegas, NV 89121

C/O Chuck Heinrichs
198 E. Pajaro
Newbury Park, CA 91320

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT 84770

Mary E. and Matthew J. Moro, JTWROS
1009 8th Street
Manhattan Beach, CA 90266

Richard G. Woudstra Revocable Trust
Richard G. Woudstra, TTWW
P. O. Box 530025
Henderson, NV 89053

Wen Baldwin Separate Property Trust
365 Dooley Drive
Hendersive, NV 89015

Jerry T. McGimsey
3115 South El Camino Rd.
Las Vegas, NV 89146

Richard Horowitz
5 Fir Drive
Kingspoint, NY 11024

**COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.**

Robert G. Worthen
1112 Worthen Circle
Las Vegas, NV 89145

Katz 2000 Separate Property Trust
Sara M. Katz, Managing Trustee
4250 Executive Square, #670
San Diego, CA 92037

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1

2 Thomas C. Lawyer Family Trust
45 Ventana Canyon Drive
3 Las Vegas, NV 89113

4 Marjan Rutar
4043 Chalfont Court
5 Las Vegas, NV 89121

6 Charles O. Nichols and Flora A. Nicols
2561 Seascape Drive
7 Las Vegas, NV 89128

8 Robert H. Mansfield
3611 Victory Avenue
9 Las Vegas, NV 89121

10 **COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH
USA COMMERCIAL MORTGAGE COMPANY**

11 Fertita Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
12 Las Vegas, NV 89102

13 Helms Homes, LLC
C/O Terry Helms
14 809 Upland Blvd.,
Las Vegas, NV 89107

15
William J. Bullard
16 Fertita Enterprises, Inc.
P. O. Box 27555
17 Las Vegas, NV 89126

18 Terry Helms Living Trust
809 Upland Blvd.
19 Las Vegas, NV 89107

20 Dennis Flier, Inc. Defined Benefit Trust
20155 Porto Vita Way #1803
21 Aventura, FL 33180

22 Arthur Polacheck and Glorianne Polacheck
2056 Wooklake Circle
23 Deerfield Beach, FL 33442

24 James W. McCollum and Pamela P. McCollum
1011 F. Avenue
25 Coronado, CA 92118

26 Homfeld II, LLC
777 South Federal Highway
27 Suite –409
Pompano Beach, FL 33062
28

5

1  C/O Edward W. Homfeld
   858 Bishop Road
2  Grosse Pointe Park, MI  48230

3  Nevada Mortgage Lending Division
   Attn:  Susan Eckhardt
4  3075 East Flamingo #100
   Las Vegas, NV  89121

5
   U. S. Securities and Exchange Commission
6  Attn:  Sandra W. Lavigna
   5670 Wilshire Blvd., 11th Floor
7  Los Angeles, CA  90036-3648

8  Pension Benefit Guaranty Corporation
   Office of the Chief Counsel
9  1200 K. Street Street, N.W.
   Washington, D.C.  20005-4026

10
   Department of Employment Training
11 Employment Sec. Div., Contributions
   500 East Third Street
12 Carson City, NV  89713-0030

13 DMV and Public Safety Records Section
   555 Wright Way
14 Carson City, NV  89711-0250

15 Employers Insurance Co. Of NV
   Attn:  Bankruptcy Desk
16 9790 Gateway Drive
   Reno, NV  89521-5906

17
   NV Dept. of Taxation
18 Bankruptcy Division
   555 East Washington, #1300
19 Las Vegas, NV  89101

20 Internal Revenue Service
   Attn:  Bankruptcy dept.
21 Stop 5028 110 City Parkway
   Las Vegas, NV  89106

22
   Secretary of State
23 State of Nevada
   202 North Carson Street
24 Carson City, NV  89701

25 NV Department of Taxation
   Revenue Division
26 Capitol Complex
   Carson City, NV  89701-0003

27

28

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

6

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1  Office of Labor Commissioner
2  555 East Washington Ave., Suite 4100
   Las Vegas, NV 89101

3  U. S. Attorney
   District of Nevada
4  323 Las Vegas Blvd., So., #5000
   Las Vegas, NV 89101
5
   United States Dept. of Justice
6  Tax-Division-Western Region
   P. O. Box 683-Ben Franklin Station
7  Washington, D.C. 20044

8  District Counsel
   Internal Revenue Service
9  110 City Parkway
   Las Vegas, NV 89106
10
   Internal Revenue Service
11 Ogden, UT 84201

12 FHA/HUD
   District Office 333 North Rancho Drive., #700
13 Las Vegas, NV 89106-3797

14 Dept. of Veterans Affairs
   Loan Service and Claims
15 3225 North Central
   Phoenix, AZ 85012
16
   Clark County Treasurer
17 C/O Bankruptcy Clerk
   P. O. Box 551220
18 Las Vegas, NV 89155-1220

19 Clark County Assessor
   C/O Bankruptcy Clerk
20 P. O. Box 551401
   Las Vegas, NV 89155-1401
21
   **NOTICES OF APPEARANCE/REQUESTS FOR NOTICES**
22
   Don Tomlin
23 C.O David W. Mounier
   15316 Sky High Road
24 Escondido, CA 92055

25 Maryetta Bowman
   534 Enchanged Lakes Drive
26 Henderson, NV 89052

27

28

7

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1  Edward W. Homfeld
   Homfeld II LLC
2  777 South Federal Highway, Suite –409
   Pompano Beach, FL  33062

3

4  Richard McKnight, ESQ.
   Law Offices of Richard McKnight
   330 S. Third Street, #900
5  Las Vegas, NV  89101

6  RJ Rocco
   12617 Cottageville Lane
7  Keller, TX  76248

8  Margie Gandolfo
   1724 Arrow Wood Drive
9  Reno, NV 89521

10  Janny Catharina Brouwer
    2533 Kinnard Avenue
11  Henderson, NV  89074

12  Robert R. Kinas, ESQ.
    Jennifer L. McBee
13  Snell & Wilmer, LLP
    3800 Howard Hughes Pkwy., #1000
14  Las Vegas, NV  89109

15  Michael R. Shuler
    C/O Jay R. Eaton
16  Eaton &O'leary, PLLC
    115 Grove Avenue
17  Las Vegas, NV  89121

18  Janet L. Chubb, ESQ.Jones Vargas
    100 West Liberty Street, 12th Floor
19  P. O. Box 281
    Reno, NV  89504-0281

20

21  Martin B. Weiss, ESQ.
    The Garrett Group, LLC
    One Better World Circle, Suite 300
22  Temecula, CA  92590

23  Attila Jefzenszky
    1720 Colavita Way
24  Reno, NV  89521

25  Vince Danelian
    C/O Edward J. Hanigan, ESQ.
26  199 N. Arroyo Grande Blvd., #200
    Henderson, NV  89074

27

28

8

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1 | William L. McGimsey, ESQ.
601 East Charleston Blvd.
2 | Las Vegas, NV 89104

3 | Paul & Donna Jacques
810 SE 7th Street, A103
4 | Deerfield Beach, FL 33441

5 | Peter Bolino
17412 Serene Drive
6 | Morgan Hill, CA 95037

7 | Sean Najarian, ESQ.
The Najarian Law Firm
8 | 283 S. Lake Avenue, Suite 205
Pasadena, CA 91101
9 |
Scott D. Fleming
10 | Hale Lane Peek Dennision and Howard
3930 Howard Hughes Parkway, 4th Floor
11 | Las Vegas, NV 89109

12 | Nile Leatham
James B. Macrobbie
13 | Kolesar & Leatham, CHTD
3320 W. Sahara Ave., Ste., 380
14 | Las Vegas, NV 89102

15 | Laurel E. Davis
Lionel Sawyer & Collins
16 | 1700 Bank of America Plaza
300 S. Fourth Street
17 | Las Vegas, NV 89101

18 | Gilbert B. Weisman
Becket and Lee LLP
19 | P. O. Box 3001
Malvern, PA 19355-0701
20 |
Caryn S. Tijsseling
21 | Beesley, Peck & Matteoni, LTD
5011 Meadowood Mall Way, #300
22 | Reno, NV 89502

23 | Nicholas J. Santoro
400 S. Fourth Street, 3rd Floor
24 | Las Vegas, NV 89101

25 | Jed A. Hart
Angelo, Gordon & Co.
26 | 245 Park Avenue, 26th Floor
New York, NY 10167
27 |
28 |

9

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1  Bradley J. Stevens
   Robbins & Green, P.A.
2  3300 North Central Avenue, Suite 1800
   Phoenix, AZ 85012
3
   CiCi Cunningham, ESQ.
4  James A. Kohl, ESQ.
   Christine Roberts, ESQ.
5  Rawlings, Olson, Cannon, Gormley & Desruisseaux
   9950 W. Cheyenne Avenue
6  Las Vegas, NV 89129

7  Gerald M. Gordon, ESQ.
   Thomas H. Fell, ESQ.
8  Gordon & Silver, LTD.
   3960 Howard Hughes Parkway, 9th Floor
9  Las Vegas, NV 89109

10 Franklin C. Adams
   Best Best & Kriefer, LLP
11 3750 University Ave.
   P. O. Box 1028
12 Riverside, CA 92502-1028

13 Jeffrey G. Sloane, ESQ.
   Regina M. McConnell, ESQ
14 Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, CHTD.
   1389 Galleria Drive., Ste, 200
15 Henderson, NV 89014

16 Kevin B. Christensen
   Xanna R. Hardman
17 7440 W. Sahara Ave.
   Las Vegas, NV 89117
18
   Richard Mason
19 Patricia K. Smoots
   Michael M. Schmahl
20 McGuire Woods, LLP
   77 West Wacker Drive., Ste., 4100
21 Chicago, IL 60601

22 Donald T. Polednak, ESQ.
   7371 Prairie Falcon, Ste., 120
23 Las Vegas, NV 89128

24 Peter Susi
   Jay L. Michaelson
25 Michaelson, Susi & Michaelson
   Seven West Gigueroa St., 2nd Floor
26 Santa Barbara, CA 93101-3191

27

28

10

1   Joan C. Wright
    Allison, Mackenzie, Russell, Pavlakis, Wright & Fagan, LTD.
2   402 North Division Street
    P. O. Box 646
3   Carson City, NV  89702

4   Bay Communities
    C.O Chris el
5   4800 No. Federal Highway, Suite A205
    Boca Raton, FL  33431

6
    Ervent T. Nelson
7   Bolick & Boyer
    6060 W. Elton Avenue, Ste., A
8   Las Vegas, NV  89107

9   Matthew Q. Callister
    Callister & Reynolds
10  823 Las Vegas Boulevard South
    Las Vegas, NV  89101

11
    Andrew Welcher
12  C/O Nordman Company Hair & Compton LLP
    Attn:  William E. Winfield, ESQ.
13  1000 Town Center Drive, 6th Floor
    Oxnard, CA  93031

14
    Robert Verchota, General Partner
15  R & N Real Estate Investments, LP
    C/O Jeffrey A. Cogan
16  3990 Vegas Drive
    Las Vegas, NV  89108

17
    Law Offices of James G. Schwartz
18  Joshua D. Brysk, ESQ.
    7901 Stoneridge Drive, Suite 401
19  Pleasanton, CA  94588

20  Scott K. Canepa
    Canepa, Reidy & Rubing
21  851 S. Rampart Blvd., #160
    Las Vegas, NV  89145

22
    John F. Murtha
23  Woodburn & Wedge
    Sierra Plaza 6100 Neil Road, Ste., 500
24  P. O. Box 2311
    Reno, NV  89505

25

26

27

28

11

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1  Thomas W. Stilley
   Sussman Shank LLP
2  1000 SW Broadway, Ste., 1400
   Portland, OR 97205-3089
3

4

5
                                    Employee of DEANER, DEANER, SCANN,
6                                   MALAN & LARSEN

7  F:\OFFICE\CLIENTS\FranklinStratford v. USA Commercial Mortgage\DOC\COM.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12