**Entered on Docket
June 13, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:    malevinson@orrick.com; lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com; aloraditch@beckleylaw.com

[Proposed] Attorneys for the Official Committee of Equity
Security Holders of USA Capital Diversified Trust Deed Fund,
LLC

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                           Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                           Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                           Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                           Debtor. | |

{00292507;}US_WEST:260033701.2            - 1 -

| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　Debtor. | OST REQUESTED<br>Date:　June 21, 2006<br>Time:　9:30 a.m.<br>Place:　Courtroom #2 |
|---|---|

Affects:
- ☐ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☒ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

## NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR THE APPLICATION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC TO EMPLOY ORRICK, HERRINGTON & SUTCLIFFE LLP

This Court having considered the Ex Parte Application for Order Shortening Time to Hear the Application by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Fund, LLC, to Employ Orrick, Herrington & Sutcliffe LLP, and good cause appearing therefore,

IT IS HEREBY ORDERED and notice is hereby given that the Application by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Employ Orrick, Herrington & Sutcliffe LLP (the "Application") be, and the same will be heard by a United States Bankruptcy Judge on the 21st day of June 2006, at 9:30 a.m. A copy of the above-referenced Application is on file with the clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas Boulevard South, Las Vegas, NV 89101.

///

///

///

{00292507;}

- 2 -

NOTICE IS FURTHER GIVEN that this hearing may be continued from time-to-time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

DATED this 12th day of May 2006.

PREPARED AND SUBMITTED:

BECKLEY SINGLETON, CHTD.

BY: *Anne M. Loraditch*
    Bob L. Olson (Nevada Bar No. 3783)
    Anne M. Loraditch (Nevada Bar No. 8164)
    530 Las Vegas Boulevard South
    Las Vegas, NV 89101
    Telephone: (702) 385-3373

# # #