# EXHIBIT I

When recorded, return to:

USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, Nevada 89121
(702) 734-2400

ADA COUNTY RECORDER J. DAVID NAVARRO    AMOUNT 21.00    7
BOISE IDAHO 10/06/05 10:38 AM
DEPUTY Bonnie Oberbillig
RECORDED-REQUEST OF
Alliance Title

105149187

Z05-00584
AT-5000528062 A-K

## FIRST AMENDMENT TO DEED OF TRUST

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Trustor hereby agrees to the execution, delivery, and recording of this Amendment to that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated August 26, 2005, executed by **Boise/Gowan 93 LLC**, an Idaho limited liability company to Fidelity National Title Company as Trustee, in favor of those persons listed on Exhibit "A" as Beneficiaries. The Deed of Trust was recorded on August 31, 2005 as Document No. 105126242 in the Official Records of Ada County, State of Idaho.

Said Deed of Trust is hereby amended to increase the amount secured thereby from $2,150,000 to $2,300,000 to add a new **Exhibit "A"** (in the form attached hereto) thereto to reflect the present Beneficiaries.

Said Deed of Trust affects the real property described on **Exhibit "B"** hereto.

Dated this 26th day of September, 2005.

**TRUSTOR:** Boise/Gowan 93, LLC

By: _____
Robert A. Russell, Manager

**BENEFICIARY:** USA Commercial Mortgage Company, Attorney-in-Fact

By: _____
Joseph D. Milanowski, President

STATE OF NEVADA )
                ) ss
COUNTY OF CLARK )

This document was executed and acknowledged before me on this 26th day of September, 2005 by Joseph D. Milanowski, as President of USA Commercial Mortgage Company.

_____
Notary Public
(My commission expires: 4/27/09)

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

2

STATE OF Nevada        )
                       ) ss.
COUNTY OF Clark        )

On Sept 26, 2005, before me, Margaret M. Stone, a Notary Public in and for said State, personally appeared **Robert A. Russell,** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_Margaret M. Stone_
Signature

(Seal)

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

3

# EXHIBIT "A"

## LENDERS

Names                                                                  Amount

See attached

4

# EXHIBIT "A"
## LENDERS

Boise/Gowen 93

| Nested/AS / | Dollars |
|---|---|
| Annemarie Rehberger, Trustee of the Acres Profit Sharing Plan | $50,000.00 |
| Bunny C. Vreeland, an unmarried woman | $50,000.00 |
| Donna M. Cangelosi Trustee of the Donna M. Cangelosi Family Trust | $50,000.00 |
| Frederick W. Kewell II, Trustee of the Barbara J. Kewell Trust dated 7/18/89 | $50,000.00 |
| Janice Fortune Trustee of the Janice Fortune Living Trust dated 10/8/96 | $50,000.00 |
| Jeremy Ainsworth, an unmarried man | $100,000.00 |
| John P. Clendening and Doreen Clendening Trustees of the Clendening Family Trust dated 10/08/2004 | $50,000.00 |
| Leslie E. Durham, an unmarried woman, and Brandon A. Durham, an unmarried man, as joint tenants with the right of survivorship | $50,000.00 |
| Manuel F. Rendon & Constance M. Rendon, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Minter Investments LP, a Nevada Limited Partnership | $64,000.00 |
| Rosalie Allen Morgan Trustee of the Rosalie Allen Morgan Trust dated 1/31/03 | $100,000.00 |
| Scott K. Canepa | $1,250,000.00 |
| Suzanne Brehmer, a single woman | $65,000.00 |
| Thalia Nicholas Routsis Trustee of the Thalia Routsis Family Trust dated 7/24/90 | $50,000.00 |
| Thomas R. Sexton, a single man | $121,000.00 |
| Webster I. Beadle & Susanne Beadle, husband & wife, as community property with right of survivorship | $150,000.00 |
| *Exhibit 'A' for  16 people with a total $ value of* | $2,300,000.00 |

A-1

**EXHIBIT "B"**

PROPERTY DESCRIPTION

See attached

5

## LEGAL DESCRIPTION
## EXHIBIT 'B'

Order No.: 5000528062AK

Parcel A:

A parcel located in the West Half of Section 1, Township 2 North, Range 2 East, Boise Meridian, Ada County, Idaho, more particularly described as follows:

Commencing at a brass cap monument marking the Northwest corner of said Section 1 from which a brass cap monument marking the Southwest corner of the Northwest Quarter of said Section 1 bears

South 0°44'40" West a distance of 2673.38 feet; thence

South 0°44'40" West along the Westerly boundary of said Section 1 a distance of 740.48 feet to a 1-inch diameter aluminum cap on the Southerly right of way of Gowen Road and the POINT OF BEGINNING; thence leaving said Westerly boundary

South 76°13'11" East along said Southerly right of way a distance of 67.75 feet to a 5/8-inch diameter iron pin; thence leaving said Southerly right of way

South 0°44'40" West along a line 66 feet East of and parallel to the Westerly boundary of said Section 1 a distance of 1917.14 feet to a 5/8-inch diameter iron pin; thence continuing along said line

South 0°26'52" West a distance of 156.74 feet to a 5/8-inch diameter iron pin; thence leaving said line

South 76°13'47" East a distance of 1172.73 feet to a 5/8-inch diameter iron pin on the Westerly right of way of the Union Pacific Railroad; thence along said Westerly right of way a distance of 57.24 feet along the arc of a 3879.71 foot radius non-tangent curve left, said curve having a central angle of 0°50'43" and a long chord bearing

South 23°30'23" East a distance of 57.23 feet to a 1 ½-inch diameter aluminum cap; thence continuing along said Westerly right of way

South 23°19'20" East a distance of 2022.22 feet to a 1 ½-inch diameter aluminum cap; thence continuing along said Westerly right of way a distance of 2363.89 feet along the arc of a 3770.41 foot radius curve right, said curve having a central angle of 3°35'59" and a long chord bearing

South 22°06'36" East a distance of 236.85 feet to a 1 ½-inch diameter aluminum cap; thence continuing along said Westerly right of way a distance of 103.60 feet along the arc of a 1860.08 foot radius curve right, said curve having a central angle of 3°11'29" and a long chord bearing

South 18°01'41" East a distance of 103.59 feet to a 1 ½-inch diameter aluminum cap on the Southerly boundary of said Section 1; thence leaving said Westerly right of way

North 89°45'36" West along the Southerly boundary of said Section 1 a distance of 2169.20 feet to a brass cap monument marking the Southwest corner of said Section 1; thence

North 0°26'52" East along the Westerly boundary of said Section 1 a distance of 2654.66 feet to a brass cap monument marking the Southwest corner of the Northwest Quarter of said Section 1; thence continuing along said Westerly boundary

North 0°44'40" East a distance of 1932.90 feet the POINT OF BEGINNING.

Parcel B:

Lot 3 in Block 1 of Medimont Subdivision No. 1, according to the plat thereof, filed in Book 75 of Plats at Pages 7794 and 7795, records of Ada County, Idaho.

*Boise/Gowen*