# **EXHIBIT J**

ADA COUNTY RECORDER J. DAVID NAVARRO    AMOUNT  15.00    5
BOISE IDAHO 03/06/06 04:16 PM
DEPUTY  Neava Haney
RECORDED – REQUEST OF
Alliance Title

106034597

RECORDING REQUESTED BY:
Fidelity National Title Ins. Company

When Recorded Return to:
~~John Enright~~
Fidelity National Title
40 N. Central
Suite 2850
Phoenix, AZ 85004
Escrow # _Z05-00084_

_AT-5000528062_

## SECOND AMENDMENT TO DEED OF TRUST

## SECOND AMENDMENT TO DEED OF TRUST

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Trustor hereby agrees to the execution, delivery, and recording of this Amendment to that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated August 26, 2005, executed by **Boise/Gowan 93 LLC**, an Idaho limited liability company to Fidelity National Title Company as Trustee, in favor of those persons listed on Exhibit "A" as Beneficiaries. The Deed of Trust was recorded on August 31, 2005 as Document No. 105126242 in the Official Records of Ada County, State of Idaho; and a First Amendment to Deed of Trust was recorded on October 6, 2005 as Document No. 105149187 in the Official Records of Ada County, State of Idaho.

Said Deed of Trust is hereby amended to increase the amount secured thereby from $2,300,000 to $2,425,000 to add a new **Exhibit "A"** (in the form attached hereto) thereto to reflect the present Beneficiaries.

Said Deed of Trust affects the real property described on **Exhibit "B"** hereto.

Dated this _21st_ day of _February_, 2006.

**TRUSTOR:  Boise/Gowan 93, LLC**

By: _____
Robert A. Russell, Manager

**BENEFICIARY:    USA Commercial Mortgage Company, Attorney-in-Fact**

By: _____
Joseph D. Milanowski, President

(Notary acknowledgment follows)

1

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

On _Feb, 22_____, 2006, before me, _Margaret M. Stone_, a Notary Public in and for said State, personally appeared **Joseph D. Milanowski, President of USA Commercial Mortgage Company**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_Margaret M Stone_
Signature

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-95400-1


STATE OF _Arizona_ )
) ss.
COUNTY OF _Maricopa_ )

On _2/21_____, 2006, before me, _Lynda Stewart_, a Notary Public in and for said State, personally appeared **Robert A. Russell, Manager of Boise/Gowan 93, LLC,** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

(Seal)

WITNESS my hand and official seal.

_Lynda Stewart_
Signature

LYNDA STEWART
Notary Public - Arizona
Maricopa County
My Commission Expires
May 4, 2009

2

# EXHIBIT "A"

## LENDERS

| | NAME | AMOUNT |
|---|---|---|
| 1 | Jeremy Ainsworth an unmarried man | $100,000 |
| 2 | August J. Amaral Inc. a Nevada corporation | $125,000 |
| 3 | Webster I. Beadle & Susanne Beadle husband & wife as community property with right of survivorship | $150,000 |
| 4 | Suzanne Brehmer a single woman | $65,000 |
| 5 | Scott K. Canepa | $1,250,000 |
| 6 | Donna M. Cangelosi Trustee of the Donna M. Cangelosi Family Trust | $50,000 |
| 7 | John P. Clendening and Doreen Clendening Trustees of the Clendening Family Trust dated 10/08/2004 | $50,000 |
| 8 | Leslie E. Durham an unmarried woman and Brandon A. Durham an unmarried man as joint tenants with the right of survivorship | $50,000 |
| 9 | Janice Fortune Trustee of the Janice Fortune Living Trust dated 10/8/96 | $50,000 |
| 10 | Frederick W. Kewell II Trustee of the Barbara J. Kewell Trust dated 7/18/89 | $50,000 |
| 11 | Minter Investments LP a Nevada Limited Partnership | $64,000 |
| 12 | Rosalie Allen Morgan Trustee of the Rosalie Allen Morgan Trust dated 1/31/03 | $100,000 |
| 13 | Annemarie Rehberger Trustee of the Acres Profit Sharing Plan | $50,000 |
| 14 | Manuel F. Rendon & Constance M. Rendon husband & wife as joint tenants with right of survivorship | $50,000 |
| 15 | Thalia Nicholas Routsis Trustee of the Thalia Routsis Family Trust dated 7/24/90 | $50,000 |
| 16 | Thomas R. Sexton a single man | $121,000 |
| 17 | Bunny C. Vreeland an unmarried woman | $50,000 |
| | TOTAL | $2,425,000 |

Boise Gowan Amend2 ($125K)    Page 1 of 1

## LEGAL DESCRIPTION
## EXHIBIT 'B'

Order No.: 5000528062AK

Parcel A:

A parcel located in the West Half of Section 1, Township 2 North, Range 2 East, Boise Meridian, Ada County, Idaho, more particularly described as follows: ·

Commencing at a brass cap monument marking the Northwest corner of said Section 1 from which a brass cap monument marking the Southwest corner of the Northwest Quarter of said Section 1 bears

South 0°44'40" West a distance of 2673.38 feet; thence

South 0°44'40" West along the Westerly boundary of said Section 1 a distance of 740.48 feet to a 1-inch diameter aluminum cap on the Southerly right of way of Gowen Road and the POINT OF BEGINNING; thence leaving said Westerly boundary

South 76°13'11" East along said Southerly right of way a distance of 67.75 feet to a 5/8-inch diameter iron pin; thence leaving said Southerly right of way

South 0°44'40" West along a line 66 feet East of and parallel to the Westerly boundary of said Section 1 a distance of 1917.14 feet to a 5/8-inch diameter iron pin; thence continuing along said line

South 0°26'52" West a distance of 156.74 feet to a 5/8-inch diameter iron pin; thence leaving said line

South 76°13'47" East a distance of 1172.73 feet to a 5/8-inch diameter iron pin on the Westerly right of way of the Union Pacific Railroad; thence along said Westerly right of way a distance of 57.24 feet along the arc of a 3879.71 foot radius non-tangent curve left, said curve having a central angle of 0°50'43" and a long chord bearing

South 23°30'23" East a distance of 57.23 feet to a 1 ½-inch diameter aluminum cap; thence continuing along said Westerly right of way

South 23°19'20" East a distance of 2022.22 feet to a 1 ½-inch diameter aluminum cap; thence continuing along said Westerly right of way a distance of 2363.89 feet along the arc of a 3770.41 foot radius curve right, said curve having a central angle of 3°35'59" and a long chord bearing

South 22°06'36" East a distance of 236.85 feet to a 1 ½-inch diameter aluminum cap; thence continuing along said Westerly right of way a distance of 103.60 feet along the arc of a 1860.08 foot radius curve right, said curve having a central angle of 3°11'29" and a long chord bearing

South 18°01'41" East a distance of 103.59 feet to a 1 ½-inch diameter aluminum cap on the Southerly boundary of said Section 1; thence leaving said Westerly right of way

North 89°45'36" West along the Southerly boundary of said Section 1 a distance of 2169.20 feet to a brass cap monument marking the Southwest corner of said Section 1; thence

North 0°26'52" East along the Westerly boundary of said Section 1 a distance of 2654.66 feet to a brass cap monument marking the Southwest corner of the Northwest Quarter of said Section 1; thence continuing along said Westerly boundary

North 0°44'40" East a distance of 1932.90 feet the POINT OF BEGINNING.

Parcel B:

Lot 3 in Block 1 of Medimont Subdivision No. 1, according to the plat thereof, filed in Book 75 of Plats at Pages 7794 and 7795, records of Ada County, Idaho.