| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA, ESQ. | JAMES PATRICK SHEA, ESQ. |
| California State Bar No. 136934 | Nevada State Bar No 000405 |
| EVE H. KARASIK, ESQ. | CANDACE C. CARLYON ESQ. |
| California State Bar No. 155356 | Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| California State Bar No. 217173 | Nevada State Bar No. 009688 |
| 1901 Avenue of the Stars, 12th Floor | 233 S. Fourth Street, Second Floor |
| Los Angeles, California 90067 | Las Vegas, NV  89101 |
| Telephone: (310) 228-5600 | Telephone: (702)471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702)471-7435 |
| E-mail:      fmerola@stutman.com | Email:  jshea@sheacarlyon.com |
|              ekarasik@stutman.com |           ccarlyon@sheacarlyon.com |
|              cpajak@stutman.com |           ssherman@sheacarlyon.com |

*Counsel for the official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br>           Debtor. | BK-S-06-10725-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>           Debtor. | BK-S-06-10726-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>           Debtor. | BK-S-06-10727-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>           Debtor. | BK-S-06-10728-LBR <br> Chapter 11 |
| In re: <br> USA SECURITIES, LLC, <br>           Debtor. | BK-S-06-10729-LBR <br> Chapter 11 |
| Affects <br><br> ☐ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☒ USA First Trust Deed Fund, LLC | Date:   June 21, 2006 <br> Time:   9:30 a.m. <br> Place:  Courtroom #1 |

**DECLARATION OF EVE H. KARASIK IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME ON APPLICATION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR**

396528v1

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL, LLC AS ITS FINANCIAL AND REAL ESTATE ADVISOR NUNC PRO TUNC TO JUNE 1, 2006

### (AFFECTS USA FIRST TRUST DEED FUND, LLC)

**I, Eve H. Karasik, Esq., hereby declare and state as follows:**

1.  The following facts are personally known to me and if called to testify thereto, I could and would do so under oath.

2.  I make this declaration in support of the Application of official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Order Authorizing Employment and Retention of Alvarez & Marsal, LLC as its Financial and Real Estate Advisor Nunc Pro Tunc to June 1, 2006 (the "Application").

3.  The above-captioned debtors filed bankruptcy on April 13, 2006.

4.  On May 10, 2006, the United States Trustee appointed the official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "Committee"), to represent the interests of the investors in that entity (the "Investors") throughout the administration of the estate.

5.  This Bankruptcy Case presents many issues of financial complexity, and the Committee requires significant financial advise and counsel in order to determine the Debtor's accurate financial and operational condition, the evaluation of accounting analyses prepared by the Debtor, and other financial services relating to the administration and the development of the Bankruptcy Case.

6.  In its Amended Order Establishing Case Management Procedures entered on May 17, 2006, the Court set Omnibus Hearing Dates for all matters relating to the Bankruptcy Case. The next Omnibus Hearing Date following the June 21, 2006 hearing date is set for July 25, 2006. However, the need for comprehensive financial advice and services is immediate and

396528v1                                2

cannot wait until the July 25th Omnibus Hearing Date.

7. For these and other reasons, it would thus be beneficial to the administration of the estate for the aforementioned Motion to be heard on shortened time.

Respectfully submitted this 13th day of June, 2006.

/s/ Eve H. Karasik
---

FRANK A. MEROLA, ESQ.
EVE H. KARASIK, ESQ.
CHRISTINE M. PAJAK, Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600

and

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, NV  89101
Telephone:  (702) 471-7432

COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC

396528v1                                  3