ELECTRONICALLY FILED
June 13, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA, ESQ. | JAMES PATRICK SHEA, ESQ. |
| California State Bar No. 136934 | Nevada State Bar No 000405 |
| EVE H. KARASIK, ESQ. | CANDACE C. CARLYON ESQ. |
| California State Bar No. 155356 | Nevada State Bar No. 002666 |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| California State Bar No. 230429 | Nevada State Bar No. 009688 |
| 1901 Avenue of the Stars, 12th Floor | 233 S. Fourth Street, Second Floor |
| Los Angeles, California 90067 | Las Vegas, NV  89101 |
| Telephone: (310) 228-5600 | Telephone: (702)471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702)471-7435 |
| E-mail: fmerola@stutman.com | Email: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| aparlen@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>           Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>           Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>           Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>           Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>           Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date:   June 21, 2006<br>Time:   9:30 a.m.<br>Place:   Courtroom #1 |

**ATTORNEY INFORMATION SHEET RE MOTION FOR ORDER SHORTENING TIME ON APPLICATION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR ORDER**

396529v1

**AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL, LLC AS ITS FINANCIAL AND REAL ESTATE ADVISOR NUNC PRO TUNC TO JUNE 1, 2006**

**(AFFECTS USA FIRST TRUST DEED FUND, LLC)**

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREED / DISAGREED |
|---|---|---|
| Lenard E. Schwartzer, Esq.<br>Jeanette McPherson, Esq.<br>Schwartzer & McPherson<br>2850 S. Jones Blvd., #1<br>Las Vegas, NV 89146 | 6/12/2006 | AGREED |
| August B. Landis, Esq.<br>Office of the U.S. Trustee<br>Foley Federal Building<br>300 Las Vegas Blvd. S., #4300<br>Las Vegas, NV 89101 | 6/13/2006 | AGREED |
| Rob Charles, Esq.<br>Susan M. Freeman, Esq.<br>3993 Howard Hughes Parkway,<br>Sixth Floor<br>Las Vegas, Nevada 89109 | 6/12/2006 | AGREED |
| Gerald M. Gordon, Esq.<br>Gregory E. Garman, Esq.<br>Gordon & Silver, Ltd<br>3960 Howard Hughes Pkway,<br>Ninth Floor<br>Las Vegas, Nevada 89109 | 6/12/2006 | AGREED |
| Orrick, Herrington & Sutcliffe LLP<br>Marc A. Levinson, Esq.<br>Lynn T. Ernce, Esq.<br>400 Capitol Mall<br>Sacramento, California 95814 | 6/12/2006 | AGREED |

396529v1

2

Respectfully submitted this 13th day of June, 2006.

/s/ Andrew M. Parlen

FRANK A. MEROLA, ESQ.
EVE H. KARASIK, ESQ.
ANDREW M. PARLEN, Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101
Telephone: (702) 471-7432

COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC

396529v1                                3