ELECTRONICALLY FILED
JUNE 13, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356),
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:     fmerola@stutman.com
           ekarasik@stutman.com
           cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:     jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com
           ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | BK-S-06-10725-LBR Chapter 11 |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | BK-S-06-10726-LBR Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | BK-S-06-10727-LBR Chapter 11 |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | BK-S-06-10728-LBR Chapter 11 |
| In re: USA SECURITIES, LLC, Debtor. | BK-S-06-10729-LBR Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date:  June 21, 2006<br>Time:  9:30 a.m.<br>Place: Courtroom #1 |

**NOTICE OF HEARING ON SHORTENED TIME RE APPLICATION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL, LLC AS ITS FINANCIAL AND REAL ESTATE ADVISOR NUNC PRO TUNC TO JUNE 1, 2006**

**(AFFECTS USA FIRST TRUST DEED FUND, LLC)**

396518v1

1  PLEASE TAKE NOTICE THAT the Application of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Order Authorizing Employment and Retention of Alvarez & Marsal, LLC as its Financial and Real Estate Advisor Nunc Pro Tunc to June 1, 2006 (the "Application") has been filed with the Court on June 13, 2006. The Application requests that the Court approve the retention and employment, *nunc pro tunc*, of Alvarez & Marsal, LLC as the financial and real estate advisor to the First Trust Deed Committee.

PLEASE TAKE FURTHER NOTICE that the Application will be heard by a United States Bankruptcy Judge on shortened time in Courtroom #1 of the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the 21st day of June, 2006 at 9:30 a.m.

PLEASE TAKE FURTHER NOTICE that copies of the above-referenced Information Protocols Motion is on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101. Additional copies are available at no charge from the BMC website, located at **http://www.bmcgroup.com/usacmc**.

PLEASE TAKE FURTHER NOTICE that pursuant to the Amended Order Establishing Case Management Procedures entered by this Court on May 17, 2006, the deadline to file and serve objections to Requests for Relief set on shortened time shall be no later than Thursday, June 15, 2006. Any brief filed in reply to an objection to Request for Relief shall be filed by noon on June 20, 2006. Courtesy copies of all pleadings must be delivered to the Bankruptcy Court Clerk's office upon filing.

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

396518v1

1     DATED this 13th day of June, 2006.

3     _____/s/ Eve H. Karasik_____

| | |
|---|---|
| FRANK A. MEROLA, ESQ. | JAMES PATRICK SHEA, ESQ. |
| EVE H. KARASIK, ESQ. | CANDACE C. CARLYON, ESQ. |
| CHRISTINE M. PAJAK, Members of | SHLOMO S. SHERMAN, ESQ. |
| **STUTMAN, TREISTER & GLATT, P.C.** | **SHEA & CARLYON, LTD.** |
| 1901 Avenue of the Stars, 12th Floor | 233 S. Fourth Street, Suite 200 |
| Los Angeles, CA 90067 | Las Vegas, NV 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

396518v1