1   Annette W. Jarvis, Utah Bar No. 1649          **E-FILED ON JUNE 14, 2006**
    RAY QUINNEY & NEBEKER P.C.
2   36 South State Street, Suite 1400
3   P.O. Box 45385
    Salt Lake City, Utah 84145-0385
4   Telephone: (801) 532-1500
    Facsimile: (801) 532-7543
5   Email: ajarvis@rqn.com

6   and

7   Lenard E. Schwartzer
    Nevada Bar No. 0399
8   Jeanette E. McPherson
    Nevada Bar No. 5423
9   Schwartzer & McPherson Law Firm
    2850 South Jones Boulevard, Suite 1
10  Las Vegas, Nevada  89146-5308
    Telephone:  (702) 228-7590
11  Facsimile:  (702) 892-0122
    E-Mail:  bkfilings@s-mlaw.com
12  Attorneys for Debtors and Debtors-in-Possession

13          **UNITED STATES BANKRUPTCY COURT**
14             **DISTRICT OF NEVADA**

15  In re:                                          Case No. BK-S-06-10725 LBR
                                                    Case No. BK-S-06-10726 LBR
16  USA COMMERCIAL MORTGAGE COMPANY,                Case No. BK-S-06-10727 LBR
                                         Debtor.    Case No. BK-S-06-10728 LBR
17  In re:                                          Case No. BK-S-06-10729 LBR

    USA CAPITAL REALTY ADVISORS, LLC,
18                                       Debtor.    Chapter 11

19  In re:                                          **Jointly Administered Under**
    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,   **Case No. BK-S-06-10725 LBR**
20                                       Debtor.

21  In re:
    USA CAPITAL FIRST TRUST DEED FUND, LLC,
22                                       Debtor.

23  In re:
    USA SECURITIES, LLC,
24                                       Debtor.

25  Affects:                                        Hearing Date:  June 21, 2006
      ☒ All Debtors                                 Hearing Time:  9:30 a.m.
26    ☐ USA Commercial Mortgage Company             Place:    Courtroom 1
      ☐ USA Securities, LLC                                   Foley Federal Building
27    ☐ USA Capital Realty Advisors, LLC                      300 Las Vegas Blvd. South
      ☐ USA Capital Diversified Trust Deed Fund, LLC          Las Vegas, Nevada 89101
28    ☐ USA First Trust Deed Fund, LLC

- 1 –

Notice Of Hearings 062106

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**NOTICE AND HEARINGS REGARDING:**
**1) DEBTORS' MOTION FOR ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS);**

**2) MOTION FOR EMERGENCY INTERIM AND PERMANENT ORDERS AUTHORIZING THE DEBTORS TO OBTAIN POST-PETITION FINANCING (AFFECTS ALL DEBTORS);**

**3) MOTION FOR AUTHORITY TO FORBEAR  AND TO PROVIDE FURTHER FUNDING FOR CERTAIN OUTSTANDING LOANS (AFFECTS  DEBTOR USA COMMERCIAL MORTGAGE COMPANY, DEBTOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC);**

**4) DEBTORS' APPLICATION FOR ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (AFFECTS ALL DEBTORS);**

**5) MOTION TO REMOVE FERTITTA ENTERPRISES, INC. AS MEMBER OF OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS (AFFECTS USA COMMERCIAL MORTGAGE COMPANY).**

NOTICE IS HEREBY GIVEN that the Debtors have filed certain motions as set forth:

1.      **Debtors' Motion For Order Approving Agreement With Investment Partners**- This Motion requests an order of the Court approving the security agreement and related promissory note recently given by USA Investment Partners, LLC ("Investment Partners") to document a $58.3 million obligation owed by Investment Partners and to provide collateral for that obligation (and other obligations owed by Investment Partners).

2.      **Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing-**  In this Motion, the Debtors propose obtaining a post-petition financing facility with CapitalSource Finance, LLC ("CapitalSource").  The Debtors seek emergency authority on June 21, 2006 to be able to borrow sufficient funds to ensure that the Debtor can maintain its operations and to make such loans as are necessary to protect the value of the loan portfolio until a final hearing can be held on July 25, 2006.  As is more fully set forth in the Motion, the agreement makes available to the Debtors a revolving credit facility of up to $15,000,000.  The funds borrowed are to be secured by a first priority security interest in all existing and after acquired (pre-petition and post-petition) tangible and intangible assets of the Debtors.  In addition, CapitalSource shall have a ten business day right of first offer on all of Debtors' remaining funding for the original construction budget with respect to existing loans as

- 2 –

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    of the petition date, subject in each instance to bankruptcy court approval.  Each additional loan to

2    fund future construction on existing loans will prime prior advances under the existing loan or

3    loans, but will not participate in the collateral for the revolving credit facility.  CapitalSource, on a

4    case by case basis, shall also have the sole discretion to fund new loan originations generated by

5    USACM on terms and conditions acceptable to CapitalSource.

6           3.    **Motion For Authority To Forebear And To Provide Further Funding For**

7    **Certain Outstanding Loans**  This Motion requests that the Court authorize the Debtors  to: 1)

8    release excess collateral for the Franklin/Stratford Loan Agreement  to allow for funding of the

9    unfunded requirement to complete the project, 2) make an additional $125,000 Loan Advance

10   from USACM to Borrower Boise/Gowan  to fund the unfunded requirement to complete the

11   project , 3) release 3 condominiums in exchange for the net sales price (Amesbury Project)  for

12   sales that are full value sales, and 4) forebear from  declaring a default or exercising foreclosure

13   and other remedies on four HFA loans (HFA Monaco Loan, the HFAH Clear Lake, the HFAH

14   Clear Lake 2nd Loan and the HFAH Windham/Asylum Loan) until January 1, 2007 even though

15   the Four HFA Loans are Nonperforming Loans, in order to assist the borrowers in their efforts to

16   refinance these loans and pay them off in full.

17          4.    **Debtors' Application For Administrative Order Establishing**

18   **Procedures For Interim Compensation And Reimbursement of Expenses of Professionals**

19   **(Affects All Debtors)**-  This Application requests that procedures for compensating and

20   reimbursing professionals on a monthly basis be established.  The procedures proposed would

21   allow each professional retained (with Court approval) by the Debtors or a Committee (the

22   "Professionals") to present to the Debtors' counsel, the United States Trustee, and counsel for each

23   of the Committees (collectively, the "Reviewing Parties") a detailed statement of professional

24   services rendered and expenses incurred each month.  If no timely objection is made by a

25   Reviewing Party, the Debtors would be authorized to make payments equal to eighty percent

26   (80%) of the amount of compensation requested for the month, with the remaining twenty percent

27   (20%) to be withheld (the "Holdback"), and one hundred percent (100%) of expenses requested

28   for the month.  These payments, as well as the later payment of the Holdback, would be subject to

- 3 –

Notice Of Hearings 062106

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  the Court's subsequent approval as part of the normal interim fee application process,

2  approximately every 120 days, and as part of the final fee application process after the conclusion

3  of the cases.

4      5.      **Motion To Remove Fertitta Enterprises As Member of Official Committee of**

5  **Holders of Executory Contract Rights**- This Motion requests that the Court order the U.S.

6  Trustee to change the composition of the Executive Contracts Committee ("ECC") by removing

7  Fertitta Enterprises, Inc., acting through its corporate secretary and treasurer William J. Bullard, as

8  a member of the ECC and appointing a replacement.

9      Any response or objection to any of the above motions or application must be filed

10  pursuant to the Court's "Amended Order Establishing Case Management Procedures (Affects All

11  Debtors)" which Order provides in relevant part:

12      (a)      Unless otherwise ordered by the Court, the deadline to file and serve
Objections to Requests for Relief (the "Objection Deadline") set to be heard on an
13  Omnibus Hearing Date shall be the earlier of: (i) fifteen (15) days after the Request
for Relief is served, or (ii) five (5) business days before the applicable hearing date.
14  An Objection Deadline concerning a Request For Relief set to be heard on an
Omnibus Hearing Date may be extended with the consent of the entity filing the
15  Request for Relief to a date that is no later than five (5) business days before the
applicable hearing date.
16      (b)      Unless otherwise ordered by the Court, the deadline to file and serve
17  objections to Requests for Relief set on shortened time shall be no later than five
(5) business days before the hearing date.
18      (c)      Any brief filed in reply to an objection to Request for Relief shall be
19  filed by noon the business day before the applicable hearing date.

20

21      A copy of the Motions and the Application may be obtained by accessing BMC Group,

22  Inc.'s website at www.bmcgroup.com/usacmc, by accessing PACER through the United States

23  Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting the office of the

24  Debtor's counsel, Ray Quinney & Nebeker P.C., telephone: (801) 532-1500 or fax: (801) 532-

25  7543.

26      If an objection is not timely filed and served, the relief requested may be granted without a

27  hearing.

28      NOTICE IS FURTHER GIVEN that the hearings may be continued without further notice.

- 4 –

Notice Of Hearings 062106

1    NOTICE IS FURTHER GIVEN that unless otherwise indicated herein, the hearings will

2 be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas

3 Boulevard South, Courtroom 3, Las Vegas, Nevada on **June 21, 2006 at 9:30 a.m.**

4    Respectfully submitted on June 14, 2006.

5

6                                    /s/    *JEANETTE E. MCPHERSON*
                                      Lenard E. Schwartzer, Nevada Bar No. 0399
7                                     Jeanette E. McPherson, Nevada Bar No. 5423
                                      SCHWARTZER & MCPHERSON LAW FIRM
8                                     2850 South Jones Boulevard, Suite 1
                                      Las Vegas, Nevada  89146
9
                                      and
10

11                                    Annette W. Jarvis, Utah Bar No. 1649
                                      RAY QUINNEY & NEBEKER P.C.
12                                    36 South State Street, Suite 1400
                                      P.O. Box 45385
13                                    Salt Lake City, Utah 84145-0385

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

- 5 –

Notice Of Hearings 062106