RECEIVED & FILED

'06 JUN 12 P4 :48

U.S. BANKR...
PATRICIA...

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In Re: USA Commercial Mortgage Company

         Plaintiff,

vs.

         Defendant(s).

Case # __BK-S-06-10725 LBR__

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

__Breck E. Milde__, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at __1586 W. Hedding Street__
(street address)

__San Jose__, __Santa Clara County__
(city)    (county)

__California__, __95126__, _____
(state)    (zip code)    (area code + telephone number)

CAUTION: DO NOT REVISE OR RETYPE THIS FORM

Receipt #179914    $175.00

2. That Petitioner is an attorney at law and a member of the law firm of __Terra Law, LLP__ with offices at __60 South Market Street, Suite 200__, __San Jose__ (city), __95113__ (zip code), __(408) 299-1200__ (area code + telephone number).

3. That Petitioner has been retained personally or as a member of the law firm by __Albert Lee__ [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since __1985__ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __California__ (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| U.S. District Court, Northern Dist of CA | 1986 |
| U.S. District Court, Central Dist of CA | 1990 |
| U.S. Court of Appeals, Ninth Circuit | 1990 |
| U.S. District Court, Eastern Dist. of CA | 1991 |

2

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____

_____

_____

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

_____

_____

_____

8. That Petitioner is a member of good standing in the following Bar Associations: Santa Clara County and American Bar Associations

_____

_____

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

3

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF _____ )
                          )
COUNTY OF _____ )

__Breck E. Milde__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this __1__ day of __June__, __2006__.

_____
Notary public or Clerk of Court

KIMBERLY GOOD
Commission # 1536141
Notary Public - California
Santa Clara County
My Comm. Expires Dec 18, 2006

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

Rev 06/04