LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza                          E-Filed on 6/14/06
300 South Fourth Street
Las Vegas, NV  89101
Telephone:  (702) 383-8888
Facsimile:  (702) 383-8845
Email:  Ldavis@lionelsawyer.com

Attorneys for Scott K. Canepa

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 06-10725-LBR |
| | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | |
| | Date:  June 15, 2006 |
| Debtor. | Time:  10:00 a.m. |

**CERTIFICATE OF SERVICE RE**:
**(1) REPLY IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN/ LLC AND (2) SUPPLEMENTAL DECLARATION OF SCOTT K. CANEPA IN SUPPORT OF MOTION FOR RELIEF FROM STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, L.L.C.**

1.  On June 14, 2006, I served the following document(s):

    **(1) Reply in Support of Motion for Relief from the Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan, LLC Servicing Agreement for Direct Loan to Boise/Gowan, L.L.C. and,**

    **(2) Supplemental Declaration of Scott K. Canepa in Support of Motion for Relief from Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan, L.L.C., with related exhibits**

2.  I served the above-named document(s) by the following means to the persons as listed below:

    [x]   a.   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

    \*    **Franklin C. Adams**
          franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
    \*    **BMC Group**
          evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com

-1-

| | | |
|---|---|---|
| 1 | * | **Kelly J. Brinkman** |
| | | kbrinkman@gooldpatterson.com |
| 2 | * | **Thomas R. Brooksbank** |
| | | brooksbankt1@sbcglobal.net, kayal@sbcglobal.net |
| 3 | * | **Matthew Q. Callister** |
| | | mqc@callister-reynolds.com, maggie@callister-reynolds.com |
| 4 | * | **Candace Carlyon** |
| | | ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; |
| 5 | | bankruptcy filings@sheacarlyon.com; rsmith@sheacarlyon.com |
| | * | **Rob Charles** |
| 6 | | rcharles@lrlaw.com, cjordan@lrlaw.com |
| | * | **Kevin B. Christensen** |
| 7 | | kchislaw@gooldpatterson.com |
| | * | **Janet L. Chubb** |
| 8 | | tbw@jonesvargas.com |
| | * | **Jeffrey A. Cogan** |
| 9 | | jeffrey@jeffreycogan.com, sarah@jeffreycogan.com |
| | * | **William D. Cope** |
| 10 | | cope_guerra@yahoo.com |
| | * | **Cici Cunningham** |
| 11 | | bankruptcy@rocgd.com |
| | * | **Thomas H. Fell** |
| 12 | | THF@GORDONSILVER.COM, |
| | | BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 13 | * | **Scott D. Fleming** |
| | | sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com |
| 14 | * | **Gregory E. Garman** |
| | | bankruptcynotices@gordonsilver.com |
| 15 | * | **Gerald M. Gordon** |
| | | bankruptcynotices@gordonsilver.com |
| 16 | * | **Talitha B. Gray** |
| | | bankruptcynotices@gordonsilver.com |
| 17 | * | **Marjorie A. Guymon** |
| | | bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 18 | * | **Edward J. Hanigan** |
| | | haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 19 | * | **Xanna R. Hardman** |
| | | xanna.hardman@gmail.com |
| 20 | * | **Stephen R. Harris** |
| | | noticesbh&p@renolaw.biz |
| 21 | * | **Christopher D. Jaime** |
| | | **cjaime@waltherkey.com,** kbernar@waltherkey.com |
| 22 | * | **Evan L. James** |
| | | ejameslv@earthlink.net, kbchrislaw@aol.com |
| 23 | * | **Robert R. Kinas** |
| | | Rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com; |
| 24 | | lholding@swlaw.com; imcord@swlaw.com |
| | * | **Nile Leatham** |
| 25 | | nleatham@klnecada.com, ckishi@klnevada.com; bankruptcy@knevada.com |
| | * | **Robert C. LePome** |
| 26 | | robert@robertlepome.com, susan@robertlepome.com |
| | * | **Regina M. McConnell** |
| 27 | | rmcconnell@kssattorneys.com |
| 28 | | -2- |

| | | |
|---|---|---|
| 1 | * | **William L. McGinsey** |
| | | lawoffices601@lvcoxmail.com |
| 2 | * | **Richard McKnight** |
| | | mcknightlaw@cox.net, gkopang@lawlasvegas.com; |
| 3 | | cburke@lawlasvegas.com, sforemaster@lawlasvegas.com |
| | * | **Jeanette E. McPherson** |
| 4 | | bkfilings@s-mlaw.com |
| | * | **Shawn W. Miller** |
| 5 | | bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com, |
| | | aboehmer@sheacarlyon.com, ltreadway@sheacarlyon.com, |
| 6 | | rsmith@sheacarlyon.com |
| | * | **David Mincin** |
| 7 | | mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com, |
| | | cburke@lawlasvegas.com, sforemaster@lawlasvegas.com |
| 8 | * | **John F. Murtha** |
| | | jmurtha@woodburnandwedge.com |
| 9 | * | **Donna M. Osborn** |
| | | jinouye@marquisarurbach.com, dosborn@marquisaurbach.com; |
| 10 | | tszostek@marquisaurbach.com; jcrowe@MarquisAurbach.com; |
| | | kgallegos@MarquisAurbach.com |
| 11 | * | **Donald T. Polednak** |
| | | sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 12 | * | **Paul C. Ray** |
| | | info@johnpeterlee.com |
| 13 | * | **Susan Williams Scann** |
| | | sscann@deanerlaw.com, palexander@deanerlaw.com |
| 14 | * | **Lenard Schwartzer** |
| | | bkfilings@s-mlaw.com |
| 15 | * | **Shlomo S. Sherman** |
| | | ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com, |
| 16 | | bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com, |
| | | mmallet@sheacarlyon.com, rsmith@sheacarlyon.com |
| 17 | * | **Jeffrey G. Sloane** |
| | | gjklepel@yahoo.com |
| 18 | * | **Peter Susi** |
| | | cheryl@msmlaw.com, msm@msmlaw.com |
| 19 | * | **Caryn S. Tijsseling** |
| | | cst@beesleyandpeck.com, aha@beesleyandpeck.com |
| 20 | * | **U.S. Trustee - LV - 11** |
| | | USTPRegion17.lv.ecf@usdoj.gov |
| 21 | * | **Joan C. Wright** |
| | | jwright@allisonimackenzie.com, jbrooks@allisonmackenzie.com |
| 22 | * | **Matthew C. Zirzow** |
| | | bankruptcynotices@gordonsilver.com |

23

[]    b.    **United States mail, postage fully prepaid** (list persons and addresses):

24

25    [ ]    c.    **Personal Service** (List persons and addresses):

26        [ ]    For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the
27           attorney's office with a clerk or other person in charge, or if no one is

28

-3-

              in charge by leaving the document(s) in a conspicuous place in the office.

    [ ]    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[x]    d.    **By direct email (as opposed to through the ECF system)** (list persons and email addresses) on June 14, 2006:

    Thomas Allison - for the debtor
    tallison@mesirowfinancial.com

    Annette Jarvis - attorney for the debtor
    Ajarvis@rqn.com

    Donna Cangelosi
    dcangelosi@gmail.com

    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    e.    **By fax transmission** (list persons and fax numbers):

    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]    f.    **By messenger**:

    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct**.

DATED this 14th day of June, 2006.

                      /s/    Ginger Bagley
               An Employee of Lionel Sawyer & Collins