JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
   and   tbw@jonesvargas.com
   and   lbubala@jonesvargas.com

Attorneys for JV Direct Lenders: Fertitta Enterprises, Inc.;
Mojave Canyon, Inc.; A. William and Ranee L. Ceglia;
Robert A. and Sandra L. Cowman; Andrew and Ellen Dauscher;
Drs. David and Bonny Enrico; David W. and Pamela K. Sexton;
Evelyn Asher Sheerin, Trustee for the benefit of The Chris
H. Sheerin (deceased) and Evelyn Asher Sheerin 1984 Trust
Dated 5/31/84, Evelyn Asher Sherrin, Trustee of the
Chris and Evelyn Sheerin 1990 Trust, Sheerins Inc.;
Bruce Corum, Trustee of the Credit Shelter Trust, Juanita
N. Carter, Charles B. Anderson Trust, Rita P. Anderson
Trust, and Baltes Company ("JV Direct Lenders")

*Electronically Filed on June 14th, 2006*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                              Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                              Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                              Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                              Debtor.<br><br>USA SECURITIES, LLC,<br>                                                              Debtor.<br>Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter       11<br><br>**JV DIRECT LENDERS' CONDITIONAL OPPOSITION TO DEBTORS' MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH JULY 29, 2006) PURSUANT TO SECOND REVISED BUDGET (AFFECTS ALL DEBTORS**<br><br>Hearing Date:  June 21, 2006<br>Hearing Time:  9:30 a.m. |

Jones Vargas represents numerous direct lenders who are named beneficiaries ("JV Direct Lenders") of certain loans which were originated and serviced by Debtor USA Commercial Mortgage Co. (hereinafter, "Debtor" or "USA Commercial").  Specifically, Jones Vargas represents Fertitta Enterprises, Inc.; Mojave Canyon, Inc.; A. William and Ranee L. Ceglia; Robert A. and Sandra L. Cowman; Andrew and Ellen Dauscher; Drs. David and Bonny Enrico; David W. and Pamela K. Sexton; Evelyn Asher Sheerin, Trustee for the benefit of The Chris H. Sheerin (deceased) and Evelyn Asher Sheerin 1984 Trust Dated 5/31/84, Evelyn Asher Sherrin, Trustee of the Chris and Evelyn Sheerin 1990 Trust, Sheerins Inc.; Bruce Corum, Trustee of the Credit Shelter Trust Juanita N. Carter, Charles B. Anderson Trust, Rita P. Anderson Trust, and Baltes Company. . The JV Direct Lenders are among the roughly 3,600 direct lenders who provided funds for loans originated and serviced by USA Commercial.  The JV Direct Lenders hereby filed their Opposition to Debtors' Motion for Order Approving Continued Use of Cash Through July 29, 2006 Pursuant to Second Revised Budget (Ct. Dkt. #407, Motion), based upon the attached Memorandum of Points and Authorities, the pleadings and papers on file herein, and any other material this Court may wish to consider.

The JV Direct Lenders do not oppose Debtors' continued use of cash as proposed in its motion under three conditions:

1. In terms of the borrower payments received by Debtor USA Commercial as servicing agent for loans funded by the JV Direct Lenders, Debtors' rights to use the borrower payments are limited by one-percent annual servicing fee (prorated by one-twelfth for monthly payments) that Debtors budgeted for ongoing collections and said payments to the JV Direct Lenders are paid to them after the service fee is taken out. Ex. 1, Transcript from May 3, 2006, hearing, Testimony of Thomas Allison at p. 48.

2. The Debtors do not attempt to surcharge the JV Direct Lenders for any fees above the one-percent servicing fee.

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

3. If the Court grants stay relief to allow the JV Direct Lenders to change the servicing agent, then Debtors will have no rights to collect fees from the borrower payments made after the stay relief and that otherwise would have been subject to a servicing fee from Debtor USA Commercial.

DATED this 14th day of June, 2006.

JONES VARGAS

By: ___//s// Janet L. Chubb_____
    JANET L. CHUBB, ESQ.
    LOUIS M. BUBALA, ESQ.

Attorneys for JV Direct Lenders

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

# CERTIFICATE OF SERVICE

1. On June 14, 2006, I served the following document(s):

**JV DIRECT LENDERS' CONDITIONAL OPPOSITION TO DEBTORS' MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH JULY 29, 2006 PURSUANT TO SECOND REVISED BUDGET
(AFFECTS ALL DEBTORS)**

2. I served the above-named document(s) by the following means to the persons as listed below:

- ■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK**
  brooksbankt1@sbcglobal.net kaya1@sbcglobal.net
- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com
- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com
- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE**
  cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com
- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- **THOMAS H. FELL**
  THF@GORDONSILVER.COM BANKRUPTCYNOTICES@GORDONSILVER.COM
- **SCOTT D. FLEMING**
  sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com
- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com
- **GERALD M GORDON**
  bankruptcynotices@gordonsilver.com
- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com

H:\Fs1Wp51\Direct Lenders-Beneficiaries\JV Direct Lenders 500953.1\Pleadings\Opp, Con't Use Cash, 6.2.06.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com
- **EDWARD J. HANIGAN**
  haniganlaw@earthlink.net haniganlaw1@earthlink.net
- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com
- **STEPHEN R HARRIS**
  steve@renolaw.biz noticesbh&p@renolaw.biz
- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com
- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com
- **ROBERT R. KINAS**
  rkinas@swlaw.com
  mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com
- **NILE LEATHAM**
  nleatham@klnevada.com ckishi@klnevada.com;bankruptcy@klnevada.com
- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com
- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com
  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- **DAVID MINCIN**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com
- **DONNA M. OSBORN**
  jinouye@marquisaurbach.com
  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@MarquisAurbach.com
- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com
- **PAUL C RAY**
  info@johnpeterlee.com
- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com

5

- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com
- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com
  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com
- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com
- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com
- **CARYN S. TIJSSELING**
  cst@beesleyandpeck.com aha@beesleyandpeck.com
- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

❅ b.     **United States mail, postage fully prepaid** (list persons and addresses):

Joshua D Brysk
Law Offices of James G Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

Annette W Jarvis
Douglas M Monson
Steven C Strong
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
POBox 45385
Salt Lake City, UT 84145-0385

Richard J. Mason
130 Pinetree Lane
Riverwoods, IL 60015

Erven T Nelson
6060 W. Elton Avenue, Suite A
Las Vegas, NV 89107

Erven T Nelson
7401 W Charleston Blvd
Las Vegas, NV 89117


Nicholas J Santoro
400 S Fourth St 3rd Floor

6

H:\Fs1Wp51\Direct Lenders-Beneficiaries\JV Direct Lenders 500953.1\Pleadings\Opp, Con't Use Cash, 6.2.06.doc

|   |   |
|---|---|
| 1 | Las Vegas, NV 89101 |
| 2 | Michael M. Schmahl |
| 3 | McGuire Woods LLP<br>77 W. Wacker Drive, Suite 4100 |
| 4 | Chicago, IL 60601 |
| 5 | James G Schwartz |
| 6 | 7901 Stoneridge Dr #401<br>Pleasanton, CA 94588 |
| 7 |   |
| 8 | Patricia K. Smoots<br>318 N Grove |
| 9 | Oak Park, IL 60302 |
| 10 | Bradley J Stevens |
| 11 | Jennings, Strouss & Salmon, PLC<br>201 East Washington Street, 11th Floor |
| 12 | Phoenix, AZ 85004-2385 |
| 13 | Thomas W Stilley<br>1000 SW Broadway #1400 |
| 14 | Portland, OR 97205 |
| 15 | Gregory J Walch |
| 16 | 400 S Fourth St 3rd Floor<br>Las Vegas, NV 89101 |
| 17 | William E Winfield |
| 18 | POBox 9100<br>Oxnard, CA 93031 |
| 19 |   |
| 20 | Marion E. Wynne<br>Wilkins, Bankester, Biles & Wynne, P.A. |
| 21 | Post Office Box 1367<br>Fairhope, AL 36533-1367 |

Left margin: JONES VARGAS, 100 W. Liberty Street, 12th Floor, P.O. Box 281, Reno, Nevada 89504-0281, Tel: (775) 786-5000    Fax: (775) 786-1177

22
23   ❑ c.  **Personal Service** (list persons and addresses):
     I personally delivered the document(s) to the persons at these addresses:

24   ❑    For a party represented by an attorney, delivery was made by
25   handing the document(s) to the attorney or by leaving the document(s) at
     the attorney's office with a clerk or other person in charge, or if no one is in
     charge by leaving the document(s) in a conspicuous place in the office.

26   ❑    For a party, delivery was made by handing the document(s) to the
27   party or by leaving the document(s) at the person's dwelling house or usual
     place of abode with someone of suitable age and discretion residing there.

28   : d.  **By direct email (as opposed to through the ECF System)** (list persons
     and email addresses):

7

H:\Fs1Wp51\Direct Lenders-Beneficiaries\JV Direct Lenders 500953.1\Pleadings\Opp, Con't Use Cash, 6.2.06.doc

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

❥ e.   **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

❥ f.   **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 14th day of June, 2006.

| _J. Englehart & Tawney Waldo_ | _//s// Tawney Waldo & J. Englehart_ |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177