# Exhibit 1

Exhibit 1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

LAS VEGAS, NEVADA

| | | |
|---|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | ) | MAY 3, 2006<br>E-Filed: 06/01/06<br><br>Case No.<br>BK-S-06-10725-LBR<br>Chapter 11 |
| In re: USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | ) | Case No.<br>BK-S-06-10726-LBR<br>Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | ) | Case No.<br>BK-S-06-10727-LBR<br>Chapter 11 |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | ) | Case No.<br>BK-S-06-10728-LBR<br>Chapter 11 |
| In re: USA SECURITIES, LLC,<br><br>Debtor. | ) | Case No.<br>BK-S-06-10729-LBR<br>Chapter 11 |

PARTIAL TRANSCRIPT OF PROCEEDINGS
OF
(06-10725) MOTION FOR JOINT ADMINISTRATION
WITHOUT SUBSTANTIVE CONSOLIDATION
AND
MOTION FOR ORDER UNDER
11, USC, SECTIONS 105(A), 345, AND 363
APPROVING DEBTORS PROPOSED CASH MANAGEMENT PROCEDURES
AND INTERIM USE OF CASH IN ACCORDANCE WITH
PROPOSED CASH BUDGET
AND
ORDER SHORTENING TIME
RE: MOTION TO EXTEND DEADLINE TO FILE
STATEMENTS AND SCHEDULES OR PROVIDE REQUIRED INFORMATION

AND
FINAL HEARING RE: ORDER RE STIPULATION
RE SETOFF AND BANK OF AMERICA ACCOUNTS
AND
ORDER SHORTENING TIME
RE: MODIFIED MOTION OF THE DEBTOR PURSUANT TO
11, USC, SECTIONS 363(B) AND 105(A)
FOR AUTHORITY TO PAY ADDITIONAL PREPETITION WAGES
TO SEVEN KEY EMPLOYEES
AND
(06-10726) MOTION FOR JOINT ADMINISTRATION
WITHOUT SUBSTANTIVE CONSOLIDATION
AND
MOTION FOR ORDER UNDER
11, USC, SECTIONS 105(A), 345, AND 363
APPROVING DEBTOR'S PROPOSED CASH MANAGEMENT PROCEDURES
AND INTERIM USE OF CASH IN ACCORDANCE WITH
PROPOSED CASH BUDGET
AND
ORDER SHORTENING TIME
RE: MOTION TO EXTEND DEADLINE TO FILE SCHEDULES
OR PROVIDE REQUIRED INFORMATION
AND
ORDER SHORTENING TIME
RE: MODIFIED MOTION OF THE DEBTOR
PURSUANT TO 11, USC, SECTIONS 363(B) AND 105(A)
FOR AUTHORITY TO PAY ADDITIONAL PREPETITION WAGES
TO SEVEN KEY EMPLOYEES
AND
(06-10727) MOTION FOR JOINT ADMINISTRATION
WITHOUT SUBSTANTIVE CONSOLIDATION
AND
MOTION FOR ORDER UNDER
11, USC, SECTIONS 105(A), 345, AND 363
APPROVING DEBTOR'S PROPOSED CASH MANAGEMENT PROCEDURES
AND INTERIM USE OF CASH IN ACCORDANCE WITH
PROPOSED CASH BUDGET
AND
ORDER SHORTENING TIME
RE: MOTION TO EXTEND DEADLINE TO FILE SCHEDULES
OR PROVIDE REQUIRED INFORMATION
AND
ORDER SHORTENING TIME
RE: MODIFIED MOTION OF THE DEBTOR
PURSUANT TO 11, USC, SECTIONS 363(B) AND 105(A)
FOR AUTHORITY TO PAY ADDITIONAL PREPETITION WAGES
TO SEVEN KEY EMPLOYEES
AND
(06-10728) MOTION FOR JOINT ADMINISTRATION
WITHOUT SUBSTANTIVE CONSOLIDATION

AND
MOTION FOR ORDER UNDER
11, USC, SECTIONS 105(A), 345, AND 363
APPROVING DEBTOR'S PROPOSED CASH MANAGEMENT PROCEDURES
AND INTERIM USE OF CASH IN ACCORDANCE WITH
PROPOSED CASH BUDGET
AND
ORDER SHORTENING TIME
RE: MOTION TO EXTEND DEADLINE TO FILE SCHEDULES
OR PROVIDE REQUIRED INFORMATION
AND
ORDER SHORTENING TIME
RE: MODIFIED MOTION OF THE DEBTOR
PURSUANT TO 11, USC, SECTIONS 363(B) AND 105(A)
FOR AUTHORITY TO PAY ADDITIONAL PREPETITION WAGES
TO SEVEN KEY EMPLOYEES
AND
(06-10729) MOTION FOR JOINT ADMINISTRATION
WITHOUT SUBSTANTIVE CONSOLIDATION
AND
MOTION FOR ORDER UNDER
11, USC, SECTIONS 105(A), 345, AND 363
APPROVING DEBTOR'S PROPOSED CASH MANAGEMENT PROCEDURES
AND INTERIM USE OF CASH IN ACCORDANCE WITH
PROPOSED CASH BUDGET
AND
ORDER SHORTENING TIME
RE: MOTION TO EXTEND DEADLINE TO FILE SCHEDULES
OR PROVIDE REQUIRED INFORMATION
AND
ORDER SHORTENING TIME
RE: MODIFIED MOTION OF THE DEBTOR
PURSUANT TO 11, USC, SECTIONS 363(B) AND 105(A)
FOR AUTHORITY TO PAY ADDITIONAL PREPETITION WAGES
TO SEVEN KEY EMPLOYEES
VOLUME 1
BEFORE THE HONORABLE LINDA B. RIEGLE
UNITED STATES BANKRUPTCY JUDGE

Wednesday, May 3, 2006

9:30 a.m.

Court Recorder: Helen C. Smith

Proceedings recorded by electronic sound recordings; transcript produced by transcription service.

APPEARANCES:

| | |
|---|---|
| For the Debtors and Debtors in Possession: | LENARD E. SCHWARTZER, ESQ.<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard<br>Suite 1<br>Las Vegas, Nevada 89146 |
| | ANNETTE W. JARVIS, ESQ.<br>Ray, Quinney & Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, Utah 84145 |
| For the United States Trustee: | SCOTT A. FARROW, ESQ.<br>Office of the United States Trustee<br>Department of Justice<br>300 Las Vegas Boulevard South<br>Suite 4300<br>Las Vegas, Nevada |
| For Wells Fargo Bank: | CANDACE C. CARLYON, ESQ.<br>Shea & Carlyon, Ltd.<br>233 South Fourth Street<br>Suite 200<br>Las Vegas, Nevada 89101 |
| For the Creditors, Jerry McGimsey and Other membership Interest Holders: | WILLIAM L. McGIMSEY, ESQ.<br>William L. McGimsey, P.C.<br>601 East Charleston Boulevard<br>Las Vegas, Nevada 89104 |
| For Nevada State Bank, Robert Buckalew Family, Trust, Joan Buckalew, Trustee, Kevin Higgins, and Ana Marie Higgins: | GERALD M. GORDON, ESQ.<br>Gordon & Silver, Ltd.<br>3960 Howard Hughes Parkway<br>Ninth Floor<br>Las Vegas, Nevada 89109 |
| For Joseph Donnolo, Loretta Donnolo, and Mark Donnolo: | JANET L. CHUBB, ESQ.<br>Jones Vargas<br>100 West Liberty<br>Twelfth Floor<br>Reno, Nevada 89501 |
| For Dr. and Mrs. Stanley Alexandar, et al.: | ROBERT C. LEPOME, ESQ.<br>330 South Third Street<br>Suite 1100-B<br>Las Vegas, Nevada 89101 |

| | |
|---|---|
| For the Canepa Group: | LAUREL E. DAVIS, ESQ.<br>Lionel, Sawyer & Collins<br>300 South Fourth Street<br>Suite 1700<br>Las Vegas, Nevada 89101 |
| For the Interim Committee of Concerned Investors: | FRANK A. MEROLA, ESQ.<br>EVE KARASIK, ESQ.<br>Stutman, Treister & Glatt,<br>A Professional Corporation<br>1901 Avenue of the Stars<br>Twelfth Floor<br>Los Angeles, California 90067 |
| For the Group of Direct investors, including Zipkins and Ovcas: | ROBERT R. KINAS, ESQ.<br>Snell & Wilmer, LLP.<br>3800 Howard Hughes Parkway<br>Suite 1000<br>Las Vegas, Nevada 89109 |
| For Five Direct Lenders: | DAVID A. COLVIN, ESQ.<br>Marquis & Aurbach<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 |
| For a Group of Direct Investors: | JAY L. MICHAELSON, ESQ.<br>Michaelson, Susi & Michaelson<br>7 West Figueroa Street<br>Second Floor<br>Santa Barbara, California 93101 |
| For Fortress: | JOEL SAMUELSON<br>Sidley Austin |

I N D E X

| Witness | Direct | Cross | Redirect | Recross | Voir Dire |
|---|---|---|---|---|---|
| THOMAS J. ALLISON | | | | | |
| (By Ms. Jarvis) | 10 | | 116 | | |
| (By Mr. Lepome) | | 67 | | | |
| (By Mr. Gordon) | | 74 | | | |
| (By Mr. Michaelson) | | 81 | | | |
| (By Ms. Carlyon) | | 87 | | | |
| (By Mr. Merola) | | 89 | | | |
| (By Ms. Chubb) | | 99 | | | |
| (By Mr. Kinas) | | 106 | | | |
| (By Ms. Davis) | | 108 | | | |
| (By Mr. Farrow) | | 113 | | | |

This is -- this projection was based on the collection of -- of service fees from our performing portfolio.

Q. When you estimated the service fees, did you estimate it at a one-percent servicing fee?

A. Yes.

Q. And that was despite the --

A. One percent per annum.

Q. But are there rights that Commercial Mortgage has with respect to higher servicing fees with respect to serving the investors?

A. Yes. We have the right to charge up to three percent per annum on -- on -- on the vast majority of our loans.

Q. But you -- in making this conservative, you used only the one percent.

A. Yes, Ms. Jarvis.

Q. Okay. And as you indicated, then, if your collections improve as far as turning nonperforming loans into performing loans, will the service fees that can be collected in this budget also increase?

A. Yes. Oh. Again, if we look at the fact that 60 percent -- when you look at the fact that 60 percent of the loan portfolio is nonperforming at this time to the extent that we're able to -- through some focused discussions with the delinquent lenders to get them performing again, that should definitely enhance the -- the cash flow.

(The Court concluded at 03:21:32 p.m.)

* * * * *

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/ Biljana Dokic 06/01/06

Biljana Dokic, Transcriptionist Date