Robert C. LePome, Esq.  　　　　　　　　　　　　　　　E-Filed June 14, 2006
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) | |
| Debtor | ) | |
| Affects: | ) | |
| ■ All Debtors | ) | |
| ☐ USA Commercial Mortgage Co. | ) | |
| ☐ USA Securities, LLC | ) | |
| ☐ USA Capital Realty Advisors, LLC | ) | DATE:   N/A |
| ☐ USA Capital Diversified Trust Deed | ) | TIME:   N/A |
| ☐ USA First Trust Deed Fund, LLC | ) | |

. . .

1

STATEMENT OF ROBERT C. LEPOME, ESQ. PURSUANT TO
BANKRUPTCY RULE 2019 (AFFECTS ALL DEBTORS)

COMES NOW ROBERT C. LEPOME, ESQ. and hereby declares under penalty of perjury and states as follows:

1. I am an attorney licensed to practice law in the State of Nevada and am a sole practitioner in private practice. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2. I am primarily responsible for representing the following parties in connection with the above-captioned cases:

> A. STANLEY ALEXANDER TRUST
> DR. STANLEY ALEXANDER
> DR. FLORENCE ALEXANDER
> P.O. Box 915144
> Longwood, FL 32779
>
> B. PATRICK DAVIS
> SUSAN DAVIS
> FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IRA
> 104 Van Buren Court
> Colleyville, TX 76034
>
> C. GRABLE B. RONNING
> THE WILD WATER LIMITED PARTNERSHIP
> CROSBIE B. RONNING
> THE BOSWORTH 1988 FAMILY TRUST
>
> D. SPECTRUM CAPITAL, LLC
> 6167 Jarvis Ave. #304
> Newark, CA 94560-1210
>
> E. STEPHEN PHILLIPS
> FRANCES PHILLIPS
> PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989
> 2275 Schooner Circle

        Reno, NV 89509

F.    MATTHEW MOLITCH
      MARILYN MOLITCH
      MOLITCH 97 TRUST
      2251 N. Rampart Blvd. #185
      Las Vegas, NV 89128

G.    NANCY GOLDEN
      5524 Rainier St.
      Ventura, CA 93003

H.    CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENESS
      MARK R. CAMPBELL
      P.O. Box 513935
      Newark, CA 94560-1210

I.    HANS J. PRAKELT
      DR. CAROLE TALAN
      RICHARD WILLIAMS
      2401-A Waterman Blvd. #1-230
      Fairfield, CA 964534

J.    NORMA DEULL
      MARTIN LEAF
      MARK OLDS
      SALLY OLDS
      JEROME BLOCK
      CHARMA BLOCK
      140 Riverside Drive #8A
      New York, NY 10024

K.    WOLF DIETER VOSS
      CLAUDIA VOSS
      VOSS FAMILY TRUST
      14 Via Ambra
      Newport Coast, CA 962657

L.    ROBIN B. GRAHAM
      CELIA ALLEN-GRAHAM
      GRAHAM FAMILY TRUST DATED 10/26/78
      1460 Twinridge Road

        Santa Barbara, CA 93111

M.    PAMELA MARTON
     JAMES DICKINSON
     JEFF KARR
     PHYLLIS KARR
     1460 Twinridge Road
     Santa Barbara, CA 93111

N.    JAMES R. CIELEN
     JAMES R. CIELEN, IRA
     9775 S. Maryland Pkwy.
     Las Vegas, NV 89127

The representation of these clients is based on direct loans they made to borrowers in one or more of various real property development projects currently being serviced by USA Commercial Mortgage Company which are secured by deeds of trust. The direct loans were made on or before the petition date, and are shown on Exhibit "A".

3. I filed this statement as soon as it was feasible, given the complexity of the case and the issues involved herein.

4. A supplement shall be filed to this statement once all of the relevant information is available.

        Robert C. LePome, Esq.

        /s/ Robert C. LePome, Esq
        Robert C. LePome, Esq.
        330 S. Third St. #1100B
        Las Vegas, NV 89101
        Nevada Bar #1980
        Attorney for Interest Parties

CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that a true and correct copy of the aforegoing was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

KEVIN B. CHRISTENSEN ! kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN ! bankruptcynotices@gord onsilver.com

GERALD M GORDON bankruptcynotices@gordonsilver.com

TALITHA B. GRAY bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN xanna.hardman@gmail.com,

STEPHEN R HARRIS noticesbh&p@renolaw.biz

CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON ! bkfilings@s-mlaw.com

SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JOHN F MURTHA jmurtha@woodburnandwedge.com

DONNA M. OSBORN jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;k

gallegos@MarquisAurbach.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY info@johnpeterlee.com

SUSAN WILLIAMS SCANN ! sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

SHLOMO S. SHERMAN ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;
mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

CARYN S. TIJSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT jwright@allisonmackenzie.com, j! brooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

by electronic service on the 14th day of June, 2006 and to the following by regular

mail on the 14th day of June, 2006

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

ERVEN T NELSON
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

NICHOLAS J SANTORO !
GREGORY J. WALCH

400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG !
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUI TE 1400
SALT LAKE CITY, UT 84145-0385

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

                                      /s/ Susan Stanton
                                      Employee of Robert C. LePome, Esq.