Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON JUNE 14, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STATUS AND AGENDA FOR JUNE 15, 2006 HEARINGS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 15, 2006<br>Time: 10:00 a.m. |

Hearing Status form for 061506 Hearings         - 1 –

1.  **Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC** (Affects USA Commercial Mortgage) filed by Laurel Davis on behalf of Scott K. Canepa (the "Boise/Gowan Lift Stay Motion"). The Boise/Gowan Lift Stay Motion seeks relief from the automatic stay to change the loan servicing agent and terminate the Loan Servicing Agreement as to the Boise/Gowan loan.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| USA Commercial Mortgage | June 2, 2006 | 468 |
| Donna Cangelosi | June 5, 2006 | 503 |
| Official Committee of Unsecured Creditors of USA Commercial Mortgage (Omnibus Response) | June 9, 2006 | 566 |
| Scott K. Canepa (Reply) | June 13, 2006 | 632 |

2.  **Emergency Motion For Order Regarding Project Disbursement Group, Inc.'s Disbursement of Interest Payments To Debtor [Affects Debtor USA Commercial Mortgage Company]** (the "PDG Emergency Motion") filed by Matthew Callister on behalf of Project Disbursement Group, Inc. ("PDG"). The PDG Emergency Motion requests an order directing PDG with regards to certain interest payments from the interest reserve portions of various loans for which PDG services on behalf of Debtor.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| USA Commercial Mortgage | June 6, 2006 | 510 |
| Official Committee of Unsecured Creditors For USA Commercial Mortgage Company (Joinder in Debtor's Limited Opposition) | June 9, 2006 | 535 |

3.  **Motion For Relief From Stay Property: Various Real Property** (Affects USA Commercial Mortgage) (the "Direct Lender Lift Stay Motion") filed by Janet L. Chubb on behalf of Direct Lenders. The Direct Lender Lift Stay Motion seeks relief from the automatic stay to

Hearing Status form for 061506 Hearings    - 2 -

terminate USA Commercial as the loan servicing agent, pursuant to the terms of their Loan Servicing Agreement.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Debtors and Debtors-In-Possession | May 26, 2006 | 387 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Statement) | May 26, 2006 | 376 |
| Official Committee of Holders of Executory Rights through USACMC (Omnibus Response) | May 30, 2006 | 406 |
| Official Committee of Unsecured Creditors of USACM (Omnibus Response) | June 9, 2006 | 566 |

4. **Motion To Compel Debtor To Continue To Forward Lender Payments to Direct Lenders; Motion To Delay Or Prohibit Appraisals On Performing Loans** (Affects USA Commercial Mortgage) (the "Direct Lender Compel Motion") filed by Janet L. Chubb on behalf of Direct Lenders. The Direct Lender Compel Motion moves the Court to Order Debtor USA Commercial Mortgage, as servicing agent, to continue to forward all borrower payments to the Direct Lenders on all performing loans. The Direct Lenders also move for an order that delays or prohibits USA Commercial from appraising properties securing performing loans, unless USA Commercial agrees not to surcharge Direct Lenders for appraisal costs.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Stanley Alexander Trust, et al (Joinder) | May 22, 2006 | 319 |
| USA Commercial Mortgage | May 26, 2006 | 374 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Statement) | May 26, 2006 | 376 |

Hearing Status form for 061506 Hearings        − 3 −

| Official Committee of Holders of Executory Rights through USACMC (Omnibus Response) | May 30, 2006 | 406 |
|---|---|---|
| Lou Maldonado | June 2, 2006 | 445 |
| Official Committee of Unsecured Creditors For USA Commercial Mortgage Company (Omnibus Response) | June 9, 2006 | 573 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Direct Lenders-Beneficiaries | June 13, 2006 | 626 |

5. **Debtors' Motion To Temporarily Hold Funds Pending A Determination Of The Proper Recipients, And Memorandum Of Points And Authorities** (Affects USA Commercial Mortgage) (the "Hold Funds Motion") filed by Debtors. The Hold Funds Motion requests an Order granting USACM the authority to continue to collect and hold payments and loan payoffs pending the prompt investigation and analysis by the Debtors of various issues as set forth in this motion.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Stanley Alexander Trust, et al | May 18, 2006 | 281 |
| James Corison (Limited Opposition) | May 18, 2006 | 285 |
| Richard McKnight | May 22, 2006 | 323 |
| Gregory Walch | May 23, 2006 | 340 |
| Nicholas Santoro | May 23, 2006 | 342 |
| Canepa Group | May 24, 2006 | 345 |
| Norman Kiven | May 25, 2006 | 366 |
| Direct Lenders-Beneficiaries | May 26, 2006 | 377 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Statement) | May 26, 2006 | 379 |
| Official Committee of Holders of Executory Rights through USACMC | May 26, 2006 | 384 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | |
|---|---|---|
| Mountain West Mortgage, LLC (Joinder in Oppositions) | May 28, 2006 | 396 |
| McKnight Supplemental | June 9, 2006 | 569 |
| Official Committee of Unsecured Creditors For USA Commercial Mortgage Company (Joinder) | June 9, 2006 | 573 |
| USA Commercial Mortgage (Reply) | June 13, 2006 | 641 |

6. **Motion For Order Authorizing The Return Of Non-Invested Funds** filed by Robert C. Lepome on behalf of Florence Alexander, Stanley Alexander, and Stanley Alexander Trust (Affects USA Commercial Mortgage) (the "Alexander Return Funds Motion"). The Alexander Return Funds Motion seeks an order granting the return of funds in the amount of $378,000.00.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| USA Commercial Mortgage | May 22, 2006 | 326 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Statement) | May 26, 2006 | 376 |
| Official Committee of Holders of Executory Rights through USACMC (Omnibus Response) | May 30, 2006 | 406 |
| Official Committee of Unsecured Creditors of USACM (Omnibus Response) | June 9, 2006 | 564 |
| Robert W. Ulm, Trustee of the Ulm Living Trust (Limited Opposition) | June 12, 2006 | 608 |

7. **Motion For Authorizing The Return Of Non-Invested Funds** filed by Robert C. Lepome on behalf of Crosbie B. Ronning, Grable L. Ronning, The Bosworth 1988 Family Trust, and The Wild Water Limited Partnership (Affects USA Commercial Mortgage) (the "Ronning Return Funds Motion"). The Ronning Return Funds Motion seeks an order granting the return of

funds in the amount of $100,000.00.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Errata filed by Crosbie B. Ronning, Grable L. Ronning, The Bosworth 1988 Family Trust, and The Wild Water Limited Partnership | May 22, 2006 | 320 |
| USA Commercial Mortgage | May 22, 2006 | 326 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | May 26, 2006 | 376 |
| Official Committee of Holders of Executory Rights through USACMC (Omnibus Response) | May 30, 2006 | 406 |
| Crosbie B. Ronning, Grable L. Ronning, The Bosworth 1988 Family Trust, and The Wild Water Limited Partnership (Supplement) | May 30, 2006 | 560 |
| Official Committee of Unsecured Creditors of USACM (Omnibus Response) | June 9, 2006 | 564 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Crosbie B. Ronning, Grable L. Ronning, The Bosworth 1988 Family Trust, and The Wild Water Limited Partnership | May 25, 2006 | 363 |

8.  **Application by Official Committee of Unsecured Creditors To Employ Lewis and Roca LLP As Counsel For The Creditors Committee of USA Commercial Mortgage** Creditors (the "Lewis and Roca Application") filed by Rob Charles for the Official Committee of Unsecured. The Lewis and Roca Application seeks an order of the Court granting the employment Lewis and Roca LLP as counsel for the Official Committee of Unsecured Creditors nunc pro tunc to the inception of these bankruptcy cases.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None | | |

Hearing Status form for 061506 Hearings       - 6 –

9. **Joint Motion of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, and the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company Pursuant to 11 U.S.C. §§ 105(A), 107(B), 1102(B)(3)(A) and 1103C), For Order Clarifying Requirement To Provide Access To Information** (the "Information Protocols Motion"). The Information Protocols Motion requests that the Court define the information to which the respective constituencies of the four moving entities may be given access pursuant to 11 U.S.C. § 1102(b)(3) and establish protocols governing access to committee information, the implementation of which satisfies the Committees' obligations under 11 U.S.C. § 1102(b)(3).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| U.S. Trustee | June 12, 2006 | 613 |
| David Mincin on behalf of Richard McKnight | June 12, 2006 | 614 |
| USA Commercial (Response) | June 12, 2006 | 615 |
| USA Commercial (Supplemental Response) | June 14, 2006 | 643 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Committees (Joint Omnibus Response) | June 14, 2006 | 649 |

11. **Motion For Order Authorizing Return Of Non-Invested Funds Of Jasper Benincasa Jr. And Flocerfida Benincasa** filed on June 5, 2006 by Jasper and Flocerfida Benincasa (the "Benincasa Motion"). The Benincasa Motion seeks an order granting the return of funds in the amount of $110,000.00.

/ / /

/ / /

/ / /

/ / /

Hearing Status form for 061506 Hearings        - 7 –

1  *This Motion was originally filed on May 12, 2006 and was heard by the Court and denied without*
2  *prejudice on June 5, 2006.*

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| USA Commercial Mortgage | May 22, 2006 | 326 |
| Reply To Opposition filed by Jasper Benincasa Jr. and Flocerfida Benincasa | June 1, 2006 | 444 |

Respectfully submitted this 14th day of June, 2006.

/s/    JEANETTE E. MCPHERSON
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385