Robert Kinas, Esq.
Mark Konrad, Esq.
Jennifer McBee, Esq.
SNELL & WILMER
3800 Howard Hughes Parkway, Suite1000
Las Vegas, Nevada 89109
Telephone: 702.784.5203
Email: rkinas@swlaw.com
mkonrad@swlaw.com
jmcbee@swlaw.com

Snell & Wilmer L.L.P. LAW OFFICES 3800 HOWARD HUGHES PARKWAY, SUITE 1000 LAS VEGAS, NEVADA 89109 (702)784-5200

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | **Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor | **VERIFIED BANKRUPTCY RULE 2019 STATEMENT OF SNELL & WILMER** |
| In re:<br><br>USA SECURITIES, LLC<br>Debtor | |
| Affects:<br>X All Debtors<br>USA Commercial Mortgage Company<br>USA Securities, LLC<br>USA Capital Realty Advisors, LLC<br>USA Capital Diversified Trust Deed Fund, LLC<br>USA First Trust Deed Fund, LLC | |

STATE OF NEVADA )
)
County of Clark )

I, Robert Kinas, am an attorney licensed in Nevada, am a partner with Snell & Wilmer L.L.P. ("Snell & Wilmer"), and have personal knowledge of the facts set forth below and made in conjunction with this Rule 2019 statement.

1. Entities Represented at any point since the commencement of the bankruptcy filing:

A. Aspen Square Management[1] does not hold a claim but is an entity interested in purchasing and / or financing loans owned or serviced by the Debtors.

B Aylene Geringer and Mark Zipkin[2] are direct lenders on various loans serviced by the Debtors including the $20,500,000 loan to Fiesta Oak Valley, the $3,400,000 loan to Charlevoix Homes and the $35,630,000 loan to Eagle Meadows Development. Geringer's and Zipkin's investment totals approximately $210,000.

C. Ed and Sue Schoonover[3] are direct lenders on various loans serviced by the Debtors including the $32,000,000 loan to Bay Pompano Beach, the $4,500,000 loan to Freeway 101, the $12,900,000 loan to Lerin Hills, the $9,750,000 loan to Mountain House, the $3,000,000 loan to Riviera and the loan to Universal Hawaii. The Schoonovers' investment totals approximately $267,000.

D. Norman Kiven[4] is a direct lender on various loans serviced by the Debtors including but not limited to Anchor B, LLC, Castaic Partners III, ComVest Capital, Cornman Toltec 160, Fiesta USA / Stoneridge, Foxhill 216 LLC, Gateway Stone, HFA-North Yonkers, Marquis Hotel, Mountain House, Ocean Atlantic, and Palm Harbor One. Kiven's total investment exceeds $1,000,000.

---

[1] 380 Union Street, Suite 300, Attn. Jeff Strole, West Springfield, MA 01089
[2] 4321 Cherry Hills Lane, Tarzana, CA 91356

[3] 164 Shorett Drive, Friday Harbor, WA 98250

[4] c/o Paula Jacobi, Esq., SUGAR FRIEDBERG & FELSENTHAL LLP, 30 North LaSalle Street, Suite 3000, Chicago, IL 60602

Snell & Wilmer
L.L.P.
LAW OFFICES
3800 HOWARD HUGHES PARKWAY, SUITE 1000
LAS VEGAS, NEVADA 89109
(702)784-5200

E. Fern Apter[5] is a direct lender on various loans serviced by theDebtors. The names of the borrowers and the amounts loaned will be disclosed when the supporting information is received from the Debtors.

F. Gail Hodes as Trustee of the Gail Hodes Living Trust [6] is a direct lender on various loans serviced by the Debtors including Gramercv Court, Marlton Square and Universal Hawaii. The amount of the inventment totals approximately $130,000.

G. William J. Ovca, Jr. Trustee, Ovca Associates, Inc.[7] is a direct lender on various loans serviced by the Debtors including 5252 Orange, LLC, Bundy Canyon, Foxhill 216, LLC, Gramercv Court and HFA – Clear Lake. Ovca's loans total approximately $275,000.

H. Alex G. Gassiot, Trustee of the APG Trust[8] is a direct lender on various loans serviced by the Debtors which will be identified as the information is received from the Debtors. Alex Gassiot's direct loans total approximately $275,000.

I. Joan B. Gassiot, Trustee of the J.B. Gassiot Trust[9] is a direct lender on various loans serviced by the Debtors which loans will be identified as the information is received from the Debtors. Joan Gassiot's direct loans total approximately $205,000

J. Linda M. Walker[10] is a direct lender on various loans serviced by the Debtors which loans will be identified as the information is received from the Debtors. Linda Walker's direct loans total approximately $100,000

K. Jayem Family Limited Partnership[11] is a direct lender to on various loans serviced by the Debtors. These loans include Hatters Point, Beau Rivage, Yonkers, Pompano

---

[5] c/o Abbot Apter, Mercury Investments, 3800 West 2nd St, Suite 200, Duluth, MN 55807

[6] 16872 Baruna Lane, Huntington Beach CA 92649

[7] 16872 Baruna Lane, Huntinton Beach, CA 92649

[8] 3710 Clover Way, Reno, NV 89509

[9] 3710 Clover Way, Reno, NV 89509

[10] 3710 Clover Way, Reno NV 89509

[11] c/o Jacque Massa, 7 Paradise Valley Court, Henderson, NV 89052

Snell & Wilmer L.L.P. LAW OFFICES 3800 HOWARD HUGHES PARKWAY, SUITE 1000 LAS VEGAS, NEVADA 89109 (702)784-5200

Beach, Mountain House, La Hacienda, ComVest, Bundy Canyon, Rio Rancho and Meadow Creek. The amount of Jayem's direct loans totals exceeds $250,000.

The undersigned attorney declares under penalty of perjury that the forgoing statement of representation is true and correct.

DATED this 14 day of June, 2006.

Robert R. Kinas
SNELL & WILMER
3800 Howard Hughes Parkway, Suite1000
Las Vegas, Nevada 89109

SUBSCRIBED AND SWORN to before me this 14th day of June, 2006:

Notary Public
My Commission Expires 11-16-08

LAURA L. KNIGHT
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 11-16-2008
Certificate No: 00-65823-1

Snell & Wilmer
L.L.P.
LAW OFFICES
3800 HOWARD HUGHES PARKWAY, SUITE 1000
LAS VEGAS, NEVADA 89109
(702)784-5200