Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06-10726 LBR**<br>**Case No. BK-S-06-10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| **In re:**<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | **Chapter 11**<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| **In re:**<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| **In re:**<br><br>USA CAPITAL TRUST DEED FUND, LLC,<br>Debtor. | |
| **In re:**<br><br>USA  SECURITIES, LLC,<br>Debtor. | |

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

### CERTIFICATE OF MAILING (Affects All Debtors)

I, Or'Tavia Lee, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2. At the direction of Ray Quinney & Nebeker P.C., Counsel for the Debtors and Debtors-in-Possession in the above-captioned cases, copies of the documents identified below by docket number were sent to those persons listed on the Service List attached hereto as Exhibit "A" at the addresses shown thereon and via the modes of service indicated thereon. Except as noted in Exhibit "A" all parties were served on the 9th of June, 2006:

| | |
|---|---|
| Docket No. 274 | AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES (AFFECTS ALL DEBTORS) [Re:Docket No. 274] |
| Docket No. 424 | ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH JULY 29, 2006 PURSUANT TO SECOND REVISED BUDGET; NOTICE OF HEARING (AFFECTS ALL DEBTORS) [Re: Docket Nos. 407 and 408] |
| Docket No. 472 | SUPPLEMENTAL ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES (AFFECTS ALL DEBTORS) [Re: Docket No. 274] |

| | |
|---|---|
| Docket No. 473 | ORDER LIMITING NOTICE AND APPROVING MASTER SERVICE LIST FOR LIMITED NOTICE [Re: Docket No. 73] |
| Docket No. 557 | NOTICE OF FILING OF AMENDED 13-WEEK CASH FORECAST (AFFECTS ALL DEBTORS) [Re: Docket No. 485] |
| Exhibit "A" | Service List regarding Docket Nos. 274, 424, 472, 473 and 557 |

DATED: June 13, 2006
El Segundo, California

_____
Or'Tavia Lee

State of California    )
                       ) ss
County of Los Angeles  )

    Personally appeared before me on June 13, 2006, Or'Tavia Lee, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 191

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19893 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR. DEBTOR), AJARVIS@RQN.COM | E-mail |
| 19893 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR: DEBTOR), DMONSON@RQN.COM | E-mail |
| 19893 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR· DEBTOR), SSTRONG@RQN.COM | E-mail |
| 19893 | ANNEE NOUNNA, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR· ANNEE NOUNNA), BELLA8049@AOL.COM | E-mail |
| 19893 | ARTHUR POLACHECK, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: A POLACHECK & G POLCHECK), ARTCLASSICS@BELLSOUTH NET | E-mail |
| 19892 | ATTILA JEFZENSZKY, 1720 COLAVITA WAY, RENO, NV, 89521 | US Mail (1st Class) |
| 19893 | ATTN SARA M KATZ MNG TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR· KATZ 2000 SEPARATE PRPTY TRUST), SKATZ@KATZANDASSOCIATES.COM | E-mail |
| 19892 | BANKRUPTCY CLERK, CLARK COUNTY TREASURER, (TRANSFEROR: CLARK COUNTY), PO BOX 551220, LAS VEGAS, NV, 89155-1220 | US Mail (1st Class) |
| 19892 | BANKRUPTCY DEPT, INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), STOP 5028, 110 CITY PKWY, LAS VEGAS, NV, 89106 | US Mail (1st Class) |
| 19892 | BANKRUPTCY DESK, EMPLOYERS INSURANCE CO OF NV, (TRANSFEROR. EMPLOYERS INSURANCE CO OF NV), 9790 GATEWAY DR, RENO, NV, 89521-5906 | US Mail (1st Class) |
| 19892 | BANKRUPTCY DIVISION, NY DEPARTMENT OF TAXATION, (TRANSFEROR: NY DEPARTMENT OF TAXATION), 555 E WASHINGTON, #1300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 19893 | BRADLEY J STEVENS, ROBBINS & GREEN PA, (TRANSFEROR: LOU O MOLDONADO, TRUSTEE), BJS@RGLAW COM | E-mail |
| 19893 | C CUNNINGHAM/J KOHL/C ROBERTS, RAWLINGS OLSON CANNON ETAL, (TRANSFEROR: PROSPECT HIGH INCOME FUND, ETAL), BANKRUPTCY@ROCGD.COM | E-mail |
| 19892 | C/O BANKRUPTCY CLERK, CLARK COUNTY, (TRANSFEROR: CLARK COUNTY ASSESSOR), PO BOX 551401, LAS VEGAS, NV, 89155-1401 | US Mail (1st Class) |
| 19893 | CARYN S TIJSSELING, BEESLEY PECK & MATTEONI LTD, (TRANSFEROR: S&J ENTERPRISE INVESTMENTS INC), AHA@BEESLEYANDPECK.COM | E-mail |
| 19893 | CARYN S TIJSSELING, BEESLEY PECK & MATTEONI LTD, (TRANSFEROR: S&J ENTERPRISE INVESTMENTS INC), CST@BEESLEYANDPECK.COM | E-mail |
| 19893 | CHARLES O NICHOLS, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: CHARLES O NICHOLS & FLORA A NICHOLS), HARLEYNICHOLS@COX.NET | E-mail |
| 19892 | CHRIS MCKINNEY, BAY COMMUNITIES, 4800 N FEDERAL HIGHWAY, STE A205, BOCA RATON, FL, 33431 | US Mail (1st Class) |
| 19893 | CHRISTOPHER D JAIME, WALTHER KEY MAUPIN ETAL, (TRANSFEROR. GANNAWAY CHARITABLE REMAINDER TRUST), CJAIME@WALTHERKEY.COM | E-mail |
| 19892 | DAVID W MOUNIER, (TRANSFEROR: DON TOMLIN), 15316 SKY HIGH RD, ESCONDIDO, CA, 92025 | US Mail (1st Class) |
| 19893 | DELL BUNCH, (TRANSFEROR: COMMITTEE MEMBER USACMC), DRWALKER1@COX.NET | E-mail |
| 19892 | DELL BUNCH, (TRANSFEROR. CREDITORS COMMITTEE USAMC), 1909 RED ROBIN CT, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 19893 | DENNIS FLIER, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: DENNIS FLIER INC DBT DATED 6/29/87), DSFOM1@AOL.COM<br>*Failed Email* | E-mail |
| 19906 | DENNIS FLIER, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: DENNIS FLIER INC DBT DATED 6/29/87), USA COMMERCIAL MORTGAGE CO, 20155 PORTIO VITA WY #1803, AVENTURA, FL, 33180<br>*Served 6/12/06* | US Mail (1st Class) |
| 19892 | DISTRICT COUNSEL, INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), 110 CITY PKWY, LAS VEGAS, NV, 89106 | US Mail (1st Class) |
| 19892 | DISTRICT OF NEVADA, (TRANSFEROR· US ATTORNEY'S OFFICE), 323 LAS VEGAS BLVD S, #5000, LAS VEGAS, NV, 89101 | US Mail (1st Class) |

# Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19892 | DISTRICT OFFICE, FHA/HUD, (TRANSFEROR: FHA/HUD), 333 N RANCHO DR, #700, LAS VEGAS, NV, 89106-3797 | US Mail (1st Class) |
| 19892 | DMV/PUBLIC SAFETY RECORDS SECTION, (TRANSFEROR: DMV/PUBLIC SAFETY RECORDS SECTION), 555 WRIGHT WAY, CARSON CITY, NV, 89711-0250 | US Mail (1st Class) |
| 19892 | DONALD R WALKER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR. DEL BUNCH DBA LOAN PTNS CAPITAL), USA COMMERCIAL MORTGAGE CO, 9209 EAGLE HILLS DR, LAS VEGAS, NV, 89134-6109 | US Mail (1st Class) |
| 19893 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: COMMUNITY BANK OF NEVADA), SANDPLEGAL@YAHOO.COM | E-mail |
| 19893 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: COMMUNITY BANK OF NEVADA), SPBANKRUPTCY@YAHOO.COM | E-mail |
| 19893 | EDWARD J HANIGAN, LAW OFFICES, (TRANSFEROR: VINCE DANELIAN), HANIGANLAW@EARTHLINK.NET | E-mail |
| 19893 | EDWARD W HOMFELD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: HOMFELD II LLC), NHOMFELD@GMACC.COM<br>Failed Email | E-mail |
| 19906 | EDWARD W HOMFELD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: HOMFELD II LLC), USA COMMERCIAL MORTGAGE CO, 858 BISHOP RD, GROSSE POINT PK, MI, 48230<br>Served 6/12/06 | US Mail (1st Class) |
| 19892 | EDWARD W HOMFELD, HOMFELD II LLC, (TRANSFEROR: HOMFELD II LLC), 777 S FEDERAL HIGHWAY, STE N-409, POMPANO BEACH, FL, 33062 | US Mail (1st Class) |
| 19892 | EMPLOYMENT SEC DIV CONTRIB SEC, DEPARMENT OF EMPLOYMENT TRAINING, (TRANSFEROR: DOET), 500 E 3RD ST, CARSON CITY, NV, 89713-0030 | US Mail (1st Class) |
| 19893 | ERVEN T NELSON/ROBERT L BOLICK, BOLICK & BOYER, (TRANSFEROR· LEO MANTAS), ERV@RLBOLICK COM | E-mail |
| 19892 | FERTITTA ENTERPRISES INC, (TRANSFEROR: COMMITTEE CONTRACT RIGHTS HOLDERS), 2960 W SAHARA AVE, STE 200, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 19902 | FRANK WEINMAN, (TRANSFEROR. EQUITY SEC HLDRS COMMITTEE), 2947 PINEHURST DR, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 19893 | FRANK WEINMAN, (TRANSFEROR· EQUITY SEC HLDRS COMMITTEE), F26279@AOL COM<br>Failed Email | E-mail |
| 19893 | FRANKLIN C ADAMS, BEST BEST & KRIEGER LLP, ARTHUR.JOHNSTON@BBKLAW.COM | E-mail |
| 19893 | FRANKLIN C ADAMS, BEST BEST & KRIEGER LLP, FRANKLIN ADAMS@BBKLAW.COM | E-mail |
| 19892 | GEORGE GORMAN, FINANCIAL WEST GROUP, (TRANSFEROR· USA SECURITIES LLC), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 19893 | GILBERT B WEISMAN, C/O BECKET AND LEE LLP, (TRANSFEROR. AMERICAN EXPRESS BANK FSB), NOTICES@BECKET-LEE COM | E-mail |
| 19893 | HOWARD CONNELL, HOWLOR5@AOL.COM | E-mail |
| 19892 | INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), OGDEN, UT, 84201 | US Mail (1st Class) |
| 19892 | INTERSHOW, (TRANSFEROR: USA CAPITAL REALTY ADVISORS LLC), THE GITHLER CENTER, 1258 N PALM AVE, SARASOTA, FL, 34236 | US Mail (1st Class) |
| 19893 | J DAVIDSON/F MEROLA/E KARASIK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), CPAJAK@STUTMAN.COM | E-mail |
| 19893 | J DAVIDSON/F MEROLA/E KARASIK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), EKARASIK@STUTMAN COM | E-mail |
| 19893 | J DAVIDSON/F MEROLA/E KARASIK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), FMEROLA@STUTMAN.COM | E-mail |
| 19893 | JAMES G SCHWARTZ/JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, (TRANSFEROR. RODNEY ROLOFF ETAL), JOSH@JGSCHWARTZ COM | E-mail |
| 19892 | JAMES HULL, C/O SIGNATURE FINANCIAL, (TRANSFEROR: USA SECURITIES LLC), 2601 AIRPORT DR, TORRANCE, CA, 90505 | US Mail (1st Class) |
| 19893 | JAMES MCCOLLUM, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR· JAMES MCCOLLUM & PAMELA MCCOLLUM), JAMESWMCCOLLUM@AOL COM | E-mail |
| 19893 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), ABOEHMER@SHEACARLYON COM | E-mail |
| 19893 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR. COUNSEL FOR INVESTOR COMMITTEES), BANKRUPTCYFILINGS@SHEACARLYON.COM | E-mail |
| 19893 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR COUNSEL FOR INVESTOR COMMITTEES), CCARLYON@SHEACARLYON COM | E-mail |

USA Commercial Mortgage Company fka USA Capı

# Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19893 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR COUNSEL FOR INVESTOR COMMITTEES), LTREADWAY@SHEACARLYON.COM | E-mail |
| 19893 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), RSMITH@SHEACARLYON COM | E-mail |
| 19893 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), SMILLER@SHEACARLYON.COM | E-mail |
| 19893 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR· COUNSEL FOR INVESTOR COMMITTEES), SSHERMAN@SHEACARLYON.COM | E-mail |
| 19893 | JANET L CHUBB, JONES VARGAS, (TRANSFEROR: JOSEPH, LORETTA AND MARK DONNOLO), JLC@JONESVARGAS.COM | E-mail |
| 19893 | JANET L CHUBB, JONES VARGAS, (TRANSFEROR· JOSEPH, LORETTA AND MARK DONNOLO), TBW@JONESVARGAS.COM | E-mail |
| 19892 | JANNY CATHARINA BROUWER, 2533 KINNARD AVE, HENDERSON, NV, 89074 | US Mail (1st Class) |
| 19892 | JAY R EATON, EATON & O'LEARY PLLC, (TRANSFEROR MICHAEL R SHULER), 115 GROVE AVE, PRESCOTT, AZ, 86301 | US Mail (1st Class) |
| 19893 | JED A HART, ANGELO GORDON & CO, JHART@ANGELOGORDON.COM | E-mail |
| 19893 | JEFFREY A COGAN, LAW OFFICES OF JEFFREY A COGAN CHTD, (TRANSFEROR ROBERT VERCHOTA GEN PTNR), JEFFREY@JEFFREYCOGAN.COM | E-mail |
| 19902 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), 1389 GALLERIA DR, STE 200, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 19902 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR· DR GARY KANTOR TTEE OF KANTOR NEPH), 1389 GALLERIA DR, STE 200, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 19893 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), GIKLEPEL@KSSATTORNEYS COM<br>*Failed Email* | E-mail |
| 19893 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR· DR GARY KANTOR TTEE OF KANTOR NEPH), JSLOANE@KSSATTORNEYS COM | E-mail |
| 19893 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), RMMCONNELL@KSSATTORNEYS.COM<br>*Failed Email* | E-mail |
| 19893 | JERRY T MCGIMSEY, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: JERRY T MCGIMSEY), JTMACG@EARTHLINK COM | E-mail |
| 19893 | JOAN C WRIGHT, ALLISON MACKENZIE RUSSELL ETAL, (TRANSFEROR. ROYAL VACATINO SUITES INC), JBROOKS@ALLISONMACKENZIE.COM | E-mail |
| 19893 | JOAN C WRIGHT, ALLISON MACKENZIE RUSSELL ETAL, (TRANSFEROR. ROYAL VACATINO SUITES INC), JWRIGHT@ALLISONMACKENZIE.COM | E-mail |
| 19893 | JOHN F MURTHA, WOODBURN AND WEDGE, (TRANSFEROR: JOHN AND GARY MICHELSEN), JMURTHA@WOODBURNANDWEDGE COM | E-mail |
| 19893 | JOHN GOINGS, (TRANSFEROR: COMMITTEE USA CAP 1ST TR DEED), JGOINGS@BHWK COM | E-mail |
| 19902 | JOHN H WARNER JR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR. JOHN H WARNER JR), USA CAPITAL FIRST TRUST DEED FUND, 2048 N CHETTRO TR, ST GEORGE, UT, 84770-5345 | US Mail (1st Class) |
| 19893 | JOHN H WARNER JR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: JOHN H WARNER JR), WQFL@AOL.COM<br>*Failed Email* | E-mail |
| 19892 | JOHN WARNER JR IRA, (TRANSFEROR· EQUITY SECURITY HOLDERS COMMITTEE), C/O FIRST SAVINGS BANK, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 19892 | JOHN WARNER JR IRA, C/O FIRST SAVINGS BANK, (TRANSFEROR: COMMITTEE OF USA CAPITAL 1ST TRUST), 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 19893 | JOSEPH S CONGRESS, (TRANSFEROR: COMMITTEE OF EQUITY SEC HLDRS), BJCONG@FDLTOWNHOMES COM | E-mail |
| 19893 | KELLY J BRINKMAN, GOOLD PATTERSON ALES & DAY, (TRANSFEROR: GOOLD PATTERSON ALES & DAY), KBRINKMAN@GOOLDPATTERSON.COM | E-mail |
| 19892 | KERMIT KRUSE, 2710 ALBANY AVE, DAVIS, CA, 95616 | US Mail (1st Class) |
| 19893 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR· ROSEBERRY FAMILY LP/ROBT WORTHEN), EJAMESLV@EARTHLINK.COM | E-mail |
| 19893 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR· ROSEBERRY FAMILY LP/ROBT WORTHEN), KBCHRISLAW@AOL.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19893 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR: ROSEBERRY FAMILY LP/ROBT WORTHEN), XANNA.HARDMAN@GMAIL.COM | E-mail |
| 19892 | KUMMER KAEMPFER ETAL, (TRANSFEROR: USA CAPITAL REALTY ADVISORS LLC), 3800 HOWARD HUGHES PKWY, 7TH FL, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 19893 | KURT HUNSBERGER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: GANNAWAY CHARITABLE REMAINDER TRST), KHUNSBERGER@WALTHERKEY COM<br>*Failed Email* | E-mail |
| 19902 | KURT HUNSBERGER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: GANNAWAY CHARITABLE REMAINDER TRST), USA CAPITAL DIVERSIFIED TRUST DEED, 3500 LAKESIDE CT #200, RENO, NV, 89520 | US Mail (1st Class) |
| 19902 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), 1700 BANK OF AMERICA PLZ, 400 S 4TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 19893 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), BKLSCLV@LIONELSAWYER COM | E-mail |
| 19893 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), GBAGLEY@LIONELSAWYER.COM | E-mail |
| 19893 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), LDAVIS@LIONELSAWYER.COM | E-mail |
| 19893 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), LDAVISESQ@LIONELSAWYER COM<br>*Failed Email* | E-mail |
| 19893 | LENARD SCHWARTZER/J MCPHERSON, SCHWARTZER & MCPHERSON LAW FIRM, (TRANSFEROR: DEBTOR LOCAL COUNSEL), BKFILINGS@S-MLAW.COM | E-mail |
| 19892 | LOAN SERVICE AND CLAIMS, DEPT OF VETERANS AFFAIRS, (TRANSFEROR DEPT OF VETERANS AFFAIRS), 3225 N CENTRAL, PHOENIX, AZ, 85102 | US Mail (1st Class) |
| 19893 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), LERNCE@ORRICK.COM | E-mail |
| 19893 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR. EQUITY SEC HLDRS COMMITTEE), MALEVINSON@ORRICK.COM | E-mail |
| 19892 | MARGIE GANDOLFO, 1724 ARROW WOOD DR, RENO, NV, 89521 | US Mail (1st Class) |
| 19892 | MARTIN B WEISS, THE GARRETT GROUP LLC, ONE BETTERWORLD CIR, STE 300, TEMECULA, CA, 92590 | US Mail (1st Class) |
| 19893 | MARY ELLEN MORO, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: MARY ELLEN MORO), MARYELLEN MORO@VERIZON.NET | E-mail |
| 19892 | MARYAN RUTAR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: MARYAN RUTAR), USA CAPITAL DIVERSIFIED TRUST DEED, 4043 CHALFONT CT, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 19892 | MARYETTA BOWMAN, 534 ENCHANTED LAKES DR, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 19893 | MATTHEW Q CALLISTER, CALLISTER & REYNOLDS, (TRANSFEROR PROJECT DISBURSEMENT GROUP INC), MAGGIE@CALLISTER-REYNOLDS.COM | E-mail |
| 19893 | MATTHEW Q CALLISTER, CALLISTER & REYNOLDS, (TRANSFEROR. PROJECT DISBURSEMENT GROUP INC), MQC@CALLISTER-REYNOLDS.COM | E-mail |
| 19893 | MICHAEL T YODER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ADVANCED INFORMATION SYSTEMS), MYODER@AISINFO COM | E-mail |
| 19893 | NICHOLAS J SANTORO, NICHOLAS J SANTORO ESQ, (TRANSFEROR NICHOLAS SANTORO ETAL), NSANTORO@NEVADAFIRM COM | E-mail |
| 19902 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR. MIKLOS STEUER), 3320 W SAHARA AVE, STE 380, LAS VEGAS, NV, 89102-3202 | US Mail (1st Class) |
| 19893 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR: MIKLOS STEUER), JMACROBBIE@KLNEVADA COM | E-mail |
| 19893 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR. MIKLOS STEUER), NLEATHAM@KINEVADA.COM<br>*Failed Email* | E-mail |
| 19892 | OFFICE OF CHIEF COUNSEL, PENSION BENEFIT GUARANTY CORP, (TRANSFEROR. PBGC), 1200 K ST NW, WASHINGTON, DC, 20005-4026 | US Mail (1st Class) |
| 19892 | OFFICE OF LABOR COMMISSIONER, (TRANSFEROR: OFFICE OF LABOR COMMISSIONER), 555 E WASHINGTON AVE, STE 4100, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 19892 | OFFICE OF THE UNITED STATES TRUSTEE, (TRANSFEROR: UST), 600 LAS VEGAS BLVD SOUTH, STE 4300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 19892 | PAUL & DONNA JACQUES, 810 SE 7TH ST, A103, DEERFIELD BEACH, FL, 33441 | US Mail (1st Class) |

# Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19893 | PAULA K JACOBI/ANDREW J ABRAMS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), AABRAMS@SFF-LAW.COM | E-mail |
| 19893 | PAULA K JACOBI/ANDREW J ABRAMS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), PJACOBI@SFF-LAW.COM | E-mail |
| 19892 | PETER BOLINO, 17412 SERENE DR, MORGAN HILL, CA, 95037 | US Mail (1st Class) |
| 19893 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), CHERYL@MSMLAW.COM | E-mail |
| 19893 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), JAY@MSMLAW.COM | E-mail |
| 19893 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), MSM@MSMLAW COM | E-mail |
| 19893 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR· LENDERS JAY STEIN ETAL), PETER@MSMLAW.COM | E-mail |
| 19892 | R HAGMAIER, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES LLC), 4510 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 19902 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR. ASPEN SQUARE MANAGEMENT INC), 3800 HOWARD HUGHES PKY, STE 1000, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 19902 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), 3800 HOWARD HUGHES PKY, STE 1000, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 19893 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), JLUSTIG@SWLAW.COM | E-mail |
| 19893 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR· ASPEN SQUARE MANAGEMENT INC), JMCBEE@SWLAW.COM | E-mail |
| 19893 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), JMCCORD@SWLAW.COM<br>*Failed Email* | E-mail |
| 19893 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), LHOLDING@SWLAW.COM<br>*Failed Email* | E-mail |
| 19893 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR· ASPEN SQUARE MANAGEMENT INC), MSTRAND@SWLAW COM | E-mail |
| 19893 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), RKINAS@SWLAW.COM | E-mail |
| 19892 | REVENUE DIVISION, NV DEPARTMENT OF TAXATION, (TRANSFEROR· NV DEPARTMENT OF TAXATION), CAPITOL COMPLEX, CARSON CITY, NV, 89710-0003 | US Mail (1st Class) |
| 19892 | RICHARD G WOUDSTRA TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR· RICHARD G WOUDSTRA REV TRUST), USA CAPITAL FIRST TRUST DEED FUND, PO BOX 530025, HENDERSON, NV, 89053 | US Mail (1st Class) |
| 19893 | RICHARD HOROWITZ, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR. RICHARD HOROWITZ), RAH1800@AOL.COM | E-mail |
| 19893 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR· DR GARY KANTOR TTEE OF KANTOR NEPH), MSCHMAHL@MCGUIREWOODS.COM | E-mail |
| 19893 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), PSMOOTS@MCGUIREWOODS COM | E-mail |
| 19893 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR. DR GARY KANTOR TTEE OF KANTOR NEPH), RJMASON@MCGUIREWOODS.COM | E-mail |
| 19902 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR· RICHARD MCKNIGHT), 330 S THIRD ST, #900, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 19893 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), CBURKE@LAWLASVEGAS.COM | E-mail |
| 19893 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR  RICHARD MCKNIGHT), GKOPANG@LAWLASVEGAS.COM | E-mail |
| 19893 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR. RICHARD MCKNIGHT), RMCKNIGHT@LAWLASVEGAS.CIM<br>*Failed Email* | E-mail |
| 19893 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), SFOREMASTER@LAWLASVEGAS COM | E-mail |
| 19892 | RJ ROCCO, 12617 COTTAGEVILLE LANE, KELLER, TX, 76248 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19893 | ROB CHARLES/SUSAN M FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), RCHARLES@LRLAW.COM | E-mail |
| 19893 | ROB CHARLES/SUSAN M FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), SFREEMAN@LRLAW.COM | E-mail |
| 19893 | ROBERT A RUSSELL, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: RUSSELL/AD DEVELOP GROUP LLC), R.RUSSELL@INDUSTRIALWEST.COM | E-mail |
| 19893 | ROBERT E TAYLOR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR. CHUCK HEINRICHS), CHUCKHEIN@EARTHLINK COM | E-mail |
| 19892 | ROBERT E TAYLOR, USA CAPITAL FIRST TRUST DEED FUND, (TRANSFEROR: EQUITY SECURITY HOLDER COMMITTEE), 1535 FLYNN RD, CAMARILLO, CA, 93012 | US Mail (1st Class) |
| 19892 | ROBERT H MANSFIELD, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR  ROBERT H MANSFIELD), USA CAPITAL DIVERSIFIED TRUST DEED, 3611 VICTORY AVE, LAS VEGAS, NV, 89121-7224 | US Mail (1st Class) |
| 19892 | ROBERT HARDY, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), 6510 ANSONIA CT, LAS VEGAS, NV, 89118-1874 | US Mail (1st Class) |
| 19893 | ROBERT L HAGMAIER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ROBERT L HAGMAIER), RHAGMAIER@FWG.COM | E-mail |
| 19892 | ROBERT RUSSELL, RUSSELL AD DEVELOPMENT GROUP LLC, (TRANSFEROR: CREDITORS COMMITTEE USACMC), PO BOX 28216, SCOTTSDALE, AZ, 85255 | US Mail (1st Class) |
| 19893 | ROBERT WORTHEN, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: ROBERT WORTHEN), ROBERTWORTHEN@EARTHLINK.COM | E-mail |
| 19893 | RUSSELL JAMES ZUARDO, RJZRPH@COX.NET | E-mail |
| 19892 | SANDRA W LAVIGNA, US SECURITIES AND EXCHANGE COMM, (TRANSFEROR· SEC), 5760 WILSHIRE BLVD, 11TH FL, LOS ANGELES, CA, 90036-3648 | US Mail (1st Class) |
| 19893 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), DBERGSING@HALELANE.COM | E-mail |
| 19893 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR. BANK OF AMERICA NA), ECFVEGAS@HALELANE COM | E-mail |
| 19893 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR  BANK OF AMERICA NA), SFLEMING@HALELANE.COM | E-mail |
| 19902 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, 851 S RAMPART BLVD, #160, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 19893 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, GMUSCARI@DEFECTLAWYERS COM | E-mail |
| 19893 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, SCAPEPA@DEFECTLAWYERS COM<br>*Failed Email* | E-mail |
| 19893 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, SCOTTCANEPA@YAHOO.COM | E-mail |
| 19893 | SEAN NAJARIAN, THE NAJARIAN LAW FIRM, SEAN@NLF LA | E-mail |
| 19893 | STAN WOLKEN, BAYAREASTAN@YAHOO.COM | E-mail |
| 19892 | STATE OF NEVADA, (TRANSFEROR: SECRETARY OF STATE), 202 N CARSON ST, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 19893 | SUSAN ECKHARDT, NEVADA MORTGAGE LENDING DIVISION, (TRANSFEROR: NEVADA MORTGAGE LENDING DIVISION), SECKHARDT@MLD.NV.GOV | E-mail |
| 19893 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (TRANSFEROR: FRANKLIN/STRATFORD INVESTMENT LLC), PALEXANDER@DEANERLAW.COM | E-mail |
| 19893 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (TRANSFEROR: FRANKLIN/STRATFORD INVESTMENT LLC), SSCANN@DEANERLAW.COM | E-mail |
| 19893 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), GEG@GORDONSILVER.COM | E-mail |
| 19893 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR· BUCKALEW TRUST/EXEC CONT COMMITTEE), GMG@GORDONSILVER COM | E-mail |
| 19893 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), MCZ@GORDONSILVER COM | E-mail |
| 19893 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), TBG@GORDONSILVER.COM | E-mail |
| 19893 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), THF@GORDONSILVER.COM | E-mail |
| 19892 | TAX DIVISION WESTERN REGION, US DEPT OF JUSTICE, (TRANSFEROR  UNITED STATES DEPT OF JUSTICE), PO BOX 683, BEN FRANKLIN STATION, WASHINGTON, DC, 20044 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 19893 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR. HELMS HOMES LLC), AMILLIONAIRE4U@EARTHLINK COM<br>*Failed Email* | E-mail |
| 19902 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR HELMS HOMES LLC), USA COMMERCIAL MORTGAGE CO, 809 UPLAND BLVD, LAS VEGAS, NV, 89107 | US Mail (1st Class) |
| 19893 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: TERRY R HELMS LIVING TRST 11/94), AMILLIONAIRE4U@EARTHLINK.COM<br>*Failed Email* | E-mail |
| 19902 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: TERRY R HELMS LIVING TRST 11/94), USA COMMERCIAL MORTGAGE CO, 809 UPLAND BLVD, LAS VEGAS, NV, 89107 | US Mail (1st Class) |
| 19893 | THOMAS C LAWYER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: THOMAS C LAWYER FAMILY TRUST), TCLAWYER@TRANE.COM | E-mail |
| 19892 | THOMAS J ALLISON, USA COMMERCIAL MORTGAGE, (TRANSFEROR· ALL DEBTORS), 4484 S PECOS RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 19893 | THOMAS R BROOKSBANK, BROOKSBANK & ASSOCIATES, (TRANSFEROR AUGUSTINE TUFFANELLI), TOM@TOMBROOKSBANK.COM | E-mail |
| 19902 | THOMAS STILLEY, SUSSMAN SHANK LLP, (TRANSFEROR: DAVID FOSSATI), 1000 SW BROADWAY, STE 1400, PORTLAND, OR, 97205-3089 | US Mail (1st Class) |
| 19893 | THOMAS STILLEY, SUSSMAN SHANK LLP, (TRANSFEROR: DAVID FOSSATI), TOM@SUSMANSHANK COM<br>*Failed Email* | E-mail |
| 19892 | TIM RICH, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 19892 | VINCE DANELIAN, PO BOX 97782, LAS VEGAS, NV, 89193 | US Mail (1st Class) |
| 19892 | WEN BALDWIN TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR. WEN BALDWIN SEP PROP TRST - 9/2/97), USA CAPITAL FIRST TRUST DEED FUND, 365 DOOLEY DR, HENDERSON, NV, 89015 | US Mail (1st Class) |
| 19902 | WILLIAM D COPE, COPE & GUERRA, (TRANSFEROR: COPE & GUERRA), 595 HUMBOLDT ST, RENO, NV, 89509-1603 | US Mail (1st Class) |
| 19893 | WILLIAM D COPE, COPE & GUERRA, (TRANSFEROR: COPE & GUERRA), COPE-GUERRA@YAHOO.COM<br>*Failed Email* | E-mail |
| 19893 | WILLIAM E WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR: ANDREW WELCHER, CREDITOR), WWINFIELD@NCHC.COM | E-mail |
| 19893 | WILLIAM J BULLARD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR. FERTITTA ENTERPRISES INC), BBULLARD@GORDONBIERSCH.COM | E-mail |
| 19893 | WILLIAM L MCGIMSEY, LAWOFFICES601@LVCOXMAIL.COM | E-mail |
| 19893 | WILLIAM WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR: ANDREW WELCHER), WWINFIELD@NCHC.COM | E-mail |

**Subtotal for this group: 191**