**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on June 14, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10728 | **AMENDMENT TO VERIFIED STATEMENT OF ROB CHARLES PURSUANT TO BANKRUPTCY RULES 2014 IN SUPPORT OF APPLICATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LEWIS AND ROCA LLP AS COUNSEL FOR THE COMMITTEE** |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | |
| **USA Securities, LLC**<br>06-10729<br>**Debtors.** | Date: June 15, 2006<br>Time: 10:00 a.m.<br>**Affecting:**<br>¨ All Cases<br>**or Only:**<br>✗ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC |

Rob Charles declares under penalty of perjury:

1. This declaration supplements Lewis and Roca LLP's prior disclosures to this Court.

1739787.2

2. The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Trust Deed Committee") has sought authority to employ Orrick, Herrington & Sutcliffe LLP as its counsel.

3. The Orrick firm's employment application indicates that "Lewis and Roca is a client of Bond Logistix, LLC, a wholly-owned subsidiary of Orrick, that performs arbitrage rebate calculations with respect to certain tax exempt bonds pursuant to Section 148 of the Internal Revenue Code."

4. I investigated and determined that Lewis and Roca has from time to time recommended that its clients hire Bond Logistix to provide such services, and arranged for such engagements.

5. Lawyers at Lewis and Roca in its Phoenix office work with lawyers at the Orrick firm from time to time on municipal finance transactions, including as consultants on projects for clients of Lewis and Roca. In such cases, the clients engage both Lewis and Roca and the Orrick firm.

6. These connections with the Orrick firm do not give rise to an attorney-client relationship between the Orrick firm and Lewis and Roca, and are in any event not related in any way to any of the Debtors.

7. Nothing about these connections with the Orrick firm would impact Lewis and Roca in any way in its dealings with the Orrick firm and the Committee it represents.

Dated June 14, 2006.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Rob Charles
    *Proposed Attorneys for Official Committee of Unsecured Creditors*

1739787.2