GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee
of Holders of Executory Contract Rights through
USA Commercial Mortgage Company ("Official Committee of Direct Lenders")

E-Filed On 6/14/06

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                        Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                        Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                        Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                        Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                        Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>**OFFICIAL COMMITTEE OF DIRECT LENDERS OPPOSITION TO DEBTORS' MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH JULY 29, 2006, PURSUANT TO SECOND REVISED BUDGET**<br><br>Date: June 15, 2006<br>Time: 9:30 a.m. |

///

///

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/407392.doc

On May 22, 2006, this Court entered its <u>Second Order Approving Debtors' Cash Management Procedures and Cash Usage</u> ("Cash Order"). Generally, the Cash Order authorized the Debtors to fund the operation and administration of their respected estates through their one percent (1%) annual servicing fee the Debtor receives for ongoing collections in its capacity as a loan servicer. Otherwise, the Court ordered the segregation of all principal and interest received from ongoing collections.

On June 9, 2006, Debtors filed their <u>Notice of Filing of Amended Thirteen Week Cash Forecast</u> ("Amended Budget") which raises more questions and provides no answers. For instance, during the week of June 11, 2006, Debtors' Amended Budget identifies "collection of prepaid interest from borrowers" in an amount in excess of $10 million. Similarly, the Amended Budget identifies income in excess of $2 million on account of "outstanding origination, extension and closing fees." Over the next thirteen weeks, the Debtors project total cash collections from operations to be just short of $22 million, of which, only $1,234,000 are attributable to servicing fees.

Here, the Official Committee of Direct Lenders sees no justification for Debtors funding their ongoing operations from anything other than from the proceeds they receive from post-petition loan servicing fees. To the extent Debtors seek to use the Amended Budget as a means to obtain Court approval to enter into loan extension or exercise remedies against Direct Lenders or "pre-paid interests," the Official Committee of Direct Lenders object. Instead the Debtors' should be limited to funding the operation and administration of their estates through only the one percent (1%) annual servicing fee and other maintenance fees earned on a post-petition. Otherwise, all funds received on account of principal and interest must be segregated.

///

///

Gordon & Silver, Ltd.
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89109
(702) 796-5555

100933-001/407392.doc

2

1     DATED this 14th day of June, 2006.

                                                     GORDON & SILVER, LTD.

                                                     By: /s/ _____
                                                     GERALD M. GORDON, ESQ.
                                                     GREGORY E. GARMAN, ESQ.
                                                     3960 Howard Hughes Pkwy., 9th Floor
                                                     Las Vegas, Nevada 89109
                                                     Attorneys for the Official Committee
                                                     of Holders of Executory Contract Rights
                                                     through USA Commercial Mortgage Company
                                                     ("Official Committee of Direct Lenders")

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/407392.doc

3