Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

E-filed on June 14, 2006

[Proposed] Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                    Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                    Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                    Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                    Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**OST REQUESTED**<br><br>Date: June 21, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

Affects:
- ☐ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☒ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

**APPLICATION PURSUANT TO
FED. R. BANKR. P. 2014(a) FOR ORDER UNDER
SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT
AND RETENTION OF FTI CONSULTING, INC. AS
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
<u>*NUNC PRO TUNC* AS OF JUNE 9, 2006</u>**

TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Committee") appointed in the above-captioned bankruptcy case (the "Case"), respectfully requests that the Court approve, *nunc pro tunc* as of June 9, 2006, the employment and retention of the consulting firm of FTI Consulting, Inc., together with its wholly owned subsidiaries, agents, independent contractors and employees ("FTI"), as financial advisors to the Committee. In support of this Application, the Committee respectfully states as follows:

## I.

## BACKGROUND

1. On April 13, 2006 (the "Petition Date"), USA Capital Diversified Trust Deed Fund, LLC ("USA Diversified"), USA Commercial Mortgage Company ("USA Mortgage"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty") and USA Capital First Trust Deed Fund, LLC ("USA First" and, collectively with USA Mortgage, USA Securities, USA Realty and USA Diversified, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. On May 10, 2006, the Office of the United States Trustee (the "US Trustee") appointed the following four committees in the Debtors' Cases:

    (a) The Official Committee of Holders of Executory Contract Rights Through USA Mortgage (the "Direct Lenders' Committee");

    (b) The Official Unsecured Creditors Committee for USA Mortgage;

    (c) The Official Committee of Equity Security Holders of USA First (the "USA First Committee"); and

4. The Direct Lenders' Committee initially sought to retain the law firm of Stutman, Treister and Glatt ("ST&G") collectively with one or both of the fund committees. However, on May 23, 2006, the Direct Lenders' Committee determined that joint representation was not in its best interest and retained Gordon & Silver, Ltd. late in the evening on May 23, 2006. This Court has since approved such employment.

5. Thereafter, the USA First Committee retained ST&G, leaving the USA Diversified Committee without counsel. This Court has since approved the employment of ST&G as counsel for the USA First Committee.

6. The Official Committee of Equity Security Holders of USA Diversified (the "Committee," together with the Direct Lenders' Committee, the Official Unsecured Creditors Committee for USA Mortgage, and the USA First Committee, the "Investor Committees").

7. On June 1, 2006, the Committee met telephonically and decided to engage Orrick, Herrington & Sutcliffe LLP ("Orrick") as its bankruptcy counsel. The Committee's application to employ Orrick as bankruptcy counsel is currently pending before the Court.

8. On June 9, 2006, the Committee engaged Beckley Singleton, Chtd. ("Beckley") as its Special (Nevada) Counsel. The Committee's application to employ Beckley as its Special (Nevada) Counsel is currently pending before the Court.

9. Also on June 9, 2006, the Committee met telephonically and decided to engage FTI as its financial advisors.

## II.

## JURISDICTION.

10. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is 11 U.S.C. § 1103(a).

## III.

## RELIEF REQUESTED.

11. By this Application, the Committee seeks to employ and retain FTI pursuant to section 1103(a) of the Bankruptcy Code to perform financial advisory services for the Committee in these chapter 11 cases, *nunc pro tunc* as of June 9, 2006.

12. The Committee is familiar with the professional standing and reputation of FTI. The Committee understands and recognizes that FTI has a wealth of experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

13. The services of FTI are deemed necessary to enable the Committee to assess and monitor the efforts of the Debtors and their professional advisors to maximize the value of their respective estates and to generate the greatest possible return to holders of equity securities of USA Diversified. Further, FTI is well qualified and able to represent the Committee in a cost-effective, efficient and timely manner.

## IV.

## SCOPE OF SERVICES.

14. FTI will provide such consulting and advisory services to the Committee and its legal advisors as they deem appropriate and feasible in order to advise the Committee in the course of these chapter 11 cases, including but not limited to the following:

- Assistance to the Committee in analyzing loans owed to USA Diversified;

- Assistance to the Committee in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

- Assistance to the Committee with information and analyses required pursuant to the Debtors' debtor in possession ("DIP") financing including, but not limited to, preparation for hearings regarding the use of cash collateral and DIP financing;

- Assistance with a review of the Debtors' short-term cash management procedures;

- Assistance with a review of the Debtors' proposed key employee retention and other critical employee benefit programs, if any;

- Assistance in the review of financial information distributed by the Debtors to investors, creditors and others, including, but not limited to, cash flow projections and budgets, cash receipts and disbursement analysis, analysis of various asset and liability accounts, and analysis of proposed transactions for which Court approval is sought;

- Attendance at meetings and assistance in discussions with the Debtors, potential investors, banks, other secured lenders, the Committee and any other official committees organized in the Debtors' chapter 11 cases, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

- Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan in the chapter 11 cases;

- Assistance in identifying and understanding related party transactions and any impact to USA Diversified;

- Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

- Litigation advisory services with respect to accounting and forensic matters, along with expert witness testimony on case related issues as required by the Committee; and

- Render such other general business, consulting, or such other services and assistance, as the Committee or its counsel may deem necessary, that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this case and in the cases of the other Debtors.

## V.

## ELIGIBILITY FOR EMPLOYMENT.

15. FTI has informed the Committee that, except as may be set forth in the Affidavit of Michael A. Tucker (The "Tucker Affidavit"), attached hereto as **Exhibit A** and incorporated for all purposes herein by this reference, FTI does not represent or have any connection with any other entity having an adverse interest in connection with these cases, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

16. FTI will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new material facts or relationships are discovered, FTI will supplement its disclosure to the Court.

17. FTI has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with these cases.

## VI.

## TERMS OF RETENTION.

18. FTI is not owed any amounts with respect to pre-petition fees and expenses.

19. The Committee understands that FTI intends to apply to the Court for allowances of compensation and reimbursement of expenses for its financial advisory support services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, orders of this Court and guidelines established by the United States Trustee. The customary hourly rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to this case are as follows:

| | |
|---|---|
| Senior Managing Directors | $450-655 |
| Directors / Managing Directors | $350-590 |
| Associates / Consultants | $215-405 |
| Administration / Paraprofessionals | $ 95-175 |

20. FTI acknowledges that the approval of this Application does not indicate Court approval of such rates.

21.  There is no agreement or understanding between FTI and any other entity for the sharing of compensation to be received for services rendered in or in connection with the Cases, except as permitted under Bankruptcy Code Section 504(b)(1). No compensation will be paid to FTI except as authorized by order of this Court after notice and an opportunity for a hearing.

## VII.

## NO PRIOR REQUEST.

22.  No prior Application for the relief requested herein has been made to this or any other Court.

## VIII.

## CONCLUSION.

**WHEREFORE**, the Committee respectfully requests that the Court enter an Order authorizing the Committee to employ and retain FTI as financial advisors for the Committee for the purposes set forth above, on a *nunc pro tunc* basis as of **June 9, 2006,** and grant such further relief as is just and proper.

Respectfully submitted this 14th day of June 2006.

BECKLEY SINGLETON, CHTD.

/s/ Anne M. Loraditch

BOB L. OLSON (Nevada Bar No. 3783)
ANNE M. LORADITCH (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373

and

MARC A. LEVINSON (California Bar No. 57613)
LYNN TRINKA ERNCE (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200

{00292837;}
US_WEST:260031111.1

- 7 -

1
2  **Reviewed and approved by:**

3  OFFICIAL COMMITTEE OF EQUITY
   SECURITY HOLDERS OF USA CAPITAL
4  DIVERSIFIED TRUST DEED FUND, LLC

5       /s/ Robert Worthen
   _____
6  Robert Worthen, its Chair

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# DECLARATION OF MICHAEL A. TUCKER

I, Michael A. Tucker, hereby declare under penalty of perjury that:

1. I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees, "FTI"), a financial advisory services firm with numerous offices throughout the country. I submit this Affidavit on behalf of FTI (the "Affidavit") in support of the application (the "Application") of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Committee") for an order authorizing the employment and retention of FTI as financial advisors under the terms and conditions set forth in the Application. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## Disinterestedness and Eligibility

2. In connection with the preparation of this Affidavit, FTI conducted a review of its contacts with the five chapter 11 Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on **Exhibit 1** to this Affidavit. FTI's review, completed under my supervision, consisted of a query of the **Exhibit 1** parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI. A summary of such relationships that FTI identified during this process is set forth on **Exhibit 2** to this Affidavit.

3. Based on the results of its review, FTI does not have a relationship with any of the parties on **Exhibit 1** in matters related to these proceedings. FTI has provided and could reasonably expect to continue to provide services unrelated to the Debtors' cases for the various entities shown on **Exhibit 2**. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support and/or consulting services. To the best of my knowledge, no services have been provided to these parties in interest, which are adverse to the rights or interests of the Committee, nor does FTI's involvement in these cases compromise its ability to continue such consulting services. In addition, An FTI senior managing director serving as a chapter 7 trustee of a law firm in a bankruptcy case in San Francisco has retained FTI as his

{00292837;}
US_WEST:260031111.1

- 10 -

financial advisor, and has made claims against Orrick, Herrington & Sutcliffe LLP ("Orrick") and other law firms relating to income produced by former partners of the bankrupt law firm since they joined Orrick and the other firms. No litigation has been commenced. FTI does not believe this creates an actual or even an appearance of a conflict or will in any way affect this engagement.

4. Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Committee herein in matters upon which FTI is to be employed, and none are in connection with these cases.

5. FTI is not believed to be a "Creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the FTI engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

6. FTI has not reviewed the relationship that the members of the FTI engagement team may have against a comprehensive list of employees within the U.S. Trustee's office in this District and currently does not believe any relationships exist. Upon being provided with a list of such persons by the office of the U.S. Trustee, FTI would confirm that no relationships exist.

7. As such, to the best of my knowledge, FTI does not represent any other entity having an interest adverse to the Committee in connection with this case, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

8. It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a Bankruptcy Rule 2014(a) Supplemental Affidavit.

**Professional Compensation**

9. Subject to Court approval and in accordance with the applicable provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, applicable U.S. Trustee guidelines and the local rules of this District, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted annually. FTI acknowledges that the approval of the Application does not indicate Court approval of such rates.

10. According to FTI's books and records, during the ninety-day period prior to the Debtors' petition date, FTI performed no professional services or incurred any reimbursable expenses on behalf of the Debtors.

11. To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 14th day of June 2006.

/s/ Michael A. Tucker
_____
MICHAEL A. TUCKER

# EXHIBIT 1

**LISTING OF PARTIES-IN-INTEREST REVIEWED FOR CURRENT RELATIONSHIPS**

AAA OM Financial, LLC
Advanced Information Systems
Andrew and Ellen Dauscher
Annee of Paris Coiffures, Inc.
Aristotle S. Melonas
Arthur and Glorianne Polacheck
August J. Amaral, Inc.
Bank of America
Cardwell Family Trust
Charles B. Anderson Trust
Charles O. and Flora A. Nichols
Childrens Dental Group, Inc., Defined Benefit Pension Plan
Citibank
Dell Bunch
Dennis Flier, Inc. Defined Benefit Trust
Dennis Raggi
Donald S. Tomlin and Dorothy R. Tomlin Revocable Trust
Donna and Gerhard Luttel, and Gwendolyn Allred
Dr. Gary Kantor
Emona Dental Studios, Inc.
Eric, Lynn, and Cassie Lester
Everett H. Johnson Family Trust
Fertitta Enterprises, Inc.
Financial West Group
First Trust Company of Onago C/F Jean-Jacques Leblanc Ira
Frank Reale, DC
George Gorman
Goold Patterson Ales & Day
Gwen Melonas Family trust
Haspinov, LLC
Helms Homes, LLC
Herman M., Brian M., and Anthony G. Adams
Homfeld II, LLC
InterShow
Jack and Sylvia Goldenthal
James Hull
James J. Tanaka
James W. and Pamela P. McCollum
John Parker Kurlinski & Claire Sawyer Kurlinski
John Warner, Jr.
Joseph P. Milanowski
Kantor Nephrology Consultants
Katz 2000
Katz 2000 Separate Property Trust

{00292837;}
US_WEST:260031111.1

- 13 -

```
 1  Kohler Living Trust
    Kummer, Kaempher Bonner & Rensahw
 2  Kusum Desai, MD
    Larry L. Rieger & Patsy R. Rieger
 3  Mary E. and Matthew J. Moro
 4  Michael Peterson
    Michaelian Holdings, LLC
 5  MLH Family Investment Limited
    Molitch 1997 Trust
 6  Nevada Department of Taxation
 7  Nevada State Bank
    Paris Line LLC
 8  Paul S. Hamilton
    Pecos Professional Park
 9  R. Hagmaier
    R.T. Enterprises
10  Ray Quinney & Nebeker, P.C.
11  RD Advertising
    Richard G. Woudstra Revocable Trust
12  Robert E. Taylor
    Robert G. Berry, Jr. and Jeanette K. Berry
13  Robert G. Worthen
    Robert J. and Ruth Ann Kehl
14  Rocklin/Redding LLC
15  Russell AD Development Group, LLC
    Sara Katz
16  Schwartzer & McPherson
    Scotsman Publishing, Inc.
17  Signature Financial
18  Special Order Systems
    Steven M. and Margaret W. Terry Trust
19  Terry Helms Living Trust
    The 2003 Richard N. Krupp, Charitable Remainder Unitrust
20  The Gannaway Charitable Remainder Trust
    The L.E. and J.G. Blair Family Trust
21  The Toni Antonacci Trust
22  Thomas A. Hantges
    Thomas C. Lawyer Family Trust
23  Tim Rich
    U.S. Bank
24  USA Capital
    USA Capital First Trust Deed Fund, LLC
25  USA Capital Diversified Trust Deed Fund, LLC
26  USA Capital Realty Advisors LLC
    USA Securities, LLC
27  USA Commercial Mortgage Company
    USA Commercial Real Estate Group
28  Wells Fargo Bank
```

Wen Baldwin Separate Property Trust
West Coast Life Insurance Company
William Edwards
William W. Miller

# EXHIBIT 2

## PARTIES-IN-INTEREST NOTED FOR COURT DISCLOSURE

**Relationships in Matters Related to These Proceedings**

None

**Relationships in Unrelated Matters**

Bank of America
Citibank.
US Bank
Wells Fargo Bank