LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza                         E-Filed on June 15, 2006
300 South Fourth Street
Las Vegas, NV  89101
Telephone:  (702) 383-8888
Facsimile:  (702) 383-8845
Email:  Ldavis@lionelsawyer.com

Attorneys for SCOTT K. CANEPA

# UNITED STATE BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>   Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>   Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>   Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>   Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>   Debtor. | |
| Affects:<br>   [x ]  All Debtors<br>   [ ]  USA Commercial Mortgage Company<br>   [ ]  USA Securities, LLC<br>   [ ]  USA Capital Realty Advisors, LLC<br>   [ ]  USA Capital Diversified Trust Deed Fund, LLC<br>   [ ]  USA First Trust Deed Fund, LLC | Date:    June 15, 2006<br>Time:    10:00 a.m. |

**EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE
FOURTH SUPPLEMENTAL DECLARATION OF
THOMAS J. ALLISON IN SUPPORT OF DEBTORS' MOTIONS
(PERTAINS TO ALL DEBTORS)**

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

1    Scott K. Canepa, whose Motion for Relief from the Automatic Stay to terminate the Loan Servicing Agreement with respect to the Boise/Gowan 93, LLC ("Boise/Gowan") loan (DE 292) ("Canepa Motion"), will be heard June 15, 2006, at 10:00 a.m., submits the following Evidentiary Objection and Motion to Strike the Fourth Supplemental Declaration of Thomas J. Allison in Support of Debtor's Motions (DE 648) ("Fourth Allison Declaration") in order to preserve the record on the Boise/Gowan Motion (FRE 103(a)(1)), and because the Fourth Allison Declaration was filed and docketed in opposition to the Canepa Motion. Based upon the evidentiary objections and other matters set forth below, the Fourth Allison Declaration should be stricken in its entirety.

The evidentiary objections are as follows:

1. In response to a Motion filed as a Contested Matter, Local Rule 9014(d) permits either an opposition or a response to be filed by non-moving parties. A sur-reply is therefore not permitted without Court approval. Id.

2. Except for Paragraph 1, the entire Fourth Allision Declaration must be stricken because it contains inadmissible hearsay regarding documents, facts not in evidence and communications or information gathered from third parties, without providing any basis upon which to satisfy any applicable exception to the hearsay rule. *See* FRE 801, 802, 803.

3. Mr. Allison fails to lay a foundation for the testimony or provide a sufficient basis for his opinions expressed in Paragraphs 2 through 17 of the Fourth Allison Declaration, including a sufficient demonstration of the investigation conducted and underlying facts and data which form the basis of each conclusion reached by Mr. Allison with respect to business judgment, and more specifically, his conclusions that: (a) negotiations with borrowers who are affiliates to the Boise/Gowan borrower will be more difficult by removal of the Boise/Gowan loan from the USA Commercial loan portfolio; (b) Direct Investors and Direct Lenders will be harmed by removing the Boise/Gowan loan from the USA Commercial loan portfolio; (c) negotiations with affiliated borrowers[1] must be conducted on a "global scale" rather than on a loan by loan or project by project

---

[1] Indeed, the Boise/Gowan borrower is a "joint venture between USA Investment Partners (Messrs. Hantges and Milanowski) and Robert Russell, Boise/Gowan Lift Stay Motion, Exhibit N. One has difficulty identifying the "affiliated borrowers" to which Mr. Allison refers.

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

basis; (d) successful negotiations with borrowers takes priority over satisfying USA Commercial's contractual and statutory obligations to Direct Lenders and Direct Investors as a loan servicing agent; (e) there is no harm to Direct Lenders in the Boise/Gowan loan by postponing payment to them until after July 25, 2006; (f) it is appropriate to disregard corporate formalities in concluding that certain affiliated borrowers are essentially the same borrower for the purpose of some "global" resolution of the borrower's loans; and (g) Scott Canepa's Direct Loans held other than in his individual capacity can somehow be lumped together for the purpose of setoff, withholding or some other purpose by USA Commercial.[2]  *See* FRE 601, 602, 701, 702, 703.

4. The Fourth Allison Declaration also fails to lay a foundation for the testimony or provide a sufficient basis for his opinions contained in Paragraphs 12 through 17 of the Declaration that: (a) Boise/Gowan requires an additional loan of $125,000; (b) Boise/Gowan is entitled to an additional loan of $125,000; (c) USA Commercial and/or the Direct Lenders are required to fund an additional loan of $125,000; (d) for a one-year loan obtained to acquire raw land that matures at the end of August, 2006, what particular facts and circumstances give rise to the concern that a mechanic liens may somehow impact the property or the Boise/Gowan Direct Lenders' collateral; (e) the source of funds for such a loan; and (f) in light of the conditional license held by USA Commercial which restricts loans to institutional lenders (Boise/Gowan Motion, Exhibit K), how USA Commercial is able to make any loan to Boise/Gowan from operating capital.  *See* FRE 601, 602, 701, 702, 703.

For each of these reasons, Scott Canepa objects to the Fourth Allison Declaration and moves this Court to strike the Fourth Allison Declaration in its entirety.

Respectfully submitted,

LIONEL SAWYER & COLLINS

By /s/ Laurel E. Davis
_____
Laurel E. Davis
Attorneys for SCOTT K. CANEPA

---

[2] The Canepa Group Direct Loans are clearly outlined in their Fed.R.Bankr.P. 2019 Statement filed herein as DE 555. A careful review of that document clearly illuminates the errors made in the Fourth Allison Declaration, and especially in the footnotes to that declaration.

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-2-