Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**E-FILED on June 15, 2006**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **STATEMENT OF FINANCIAL AFFAIRS**<br>**[AFFECTS USA COMMERCIAL** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **MORTGAGE COMPANY]** |

## AMENDMENT COVER SHEET

**Amendments to the following are transmitted herewith.  Check all that apply.**

( )   Petition (must be signed by debtor and attorney for debtor per Fed.R.Bankr.P. 9011)
( )   Summary of Schedules
( )   Schedule A - Real Property
( )   Schedule B - Personal Property
( )   Schedule C - Property Claimed as Exempt
( )   Schedule D, E or F, and/or Matrix, and/or List of Creditors or Equity Holders

    ( )   Add/delete creditor(s), change amount or classification of debt - **$26 fee required**

    ( )   Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

*Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )   Schedule G - Schedule of Executory Contracts & Expired Leases
( )   Schedule H - Codebtors
( )   Schedule I - Current Income of Individual Debtor(s)
( )   Schedule J - Current Expenditures of Individual Debtor(s)
(X)   Statement of Financial Affairs
( )   Other:  List of Creditors Holding 20 Largest Unsecured Claims; List Of Creditors, Matrix, Profit & Loss Statement for October Through December 2005; Cash Flow Statement For Year Ending Dec. 2005; and U.S. Income Tax Return For An S Corporation.

GLOBAL NOTES AND DISCLAIMERS REGARDING STATEMENT OF
FINANCIAL AFFAIRS AND SCHEDULE OF ASSETS AND LIABILITIES FOR USA
COMMERCIAL MORTGAGE COMPANY CASE NO. BK-S-06-10725 LBR <u>FILED
APRIL 13, 2006</u>

      These Global Notes and Disclaimers (the "<u>Global Notes</u>") Regarding the
Schedule of Assets and Liabilities and the Statement of Financial Affairs (the "<u>Schedules
and Statements</u>") for USA Commercial Mortgage Company (the "<u>Debtor</u>") are
incorporated by reference in, and comprise an integral part of, the Schedules and
Statements, and should be referred to and reviewed in connection with any review of the
Schedules and Statements.

General Disclosures

1.   The Schedules and Statements have been prepared by the Debtor's management
and are unaudited.  While management of the Debtor has made every effort to
ensure that the Schedules and Statements are accurate and complete based on
information that was available at the time of preparation, the subsequent receipt of
information may result in material changes to the financial data contained in the
Schedules and Statements and inadvertent errors or omissions may exist.  To the
extent the Debtor discovers a material error or omission, or becomes aware of
additional information that may suggest a material difference, the Debtor will
amend the Schedules and Statements to reflect such changes.

2.   Unless otherwise indicated, all amounts are listed as of April 13, 2006 (the
"<u>Petition Date</u>"), the date that the Debtor commenced its chapter 11 case in the
Bankruptcy Court for the District of Nevada (the "<u>Bankruptcy Court</u>").

3.   It would be prohibitively expensive and unduly burdensome to obtain current
market valuations of the Debtor's property interests.  Accordingly, unless
otherwise indicated, net book values, as of the Petition Date, rather than current
market values of the Debtor's interests in property, are reflected on the Debtor's
Schedules and Statements.

4.   Any failure to designate a claim on the Debtor's Schedules as disputed,
contingent, or unliquidated does not constitute an admission by the Debtor that
such amount is not disputed, contingent, or unliquidated.  The Debtor reserves all
of its rights with respect to the claims listed in the Schedules and Statements,
including, without limitation, the right to (i) assert offsets or defenses to any
claim, (ii) dispute any claim on any basis, including, without limitation, as to
amount, liability or classification or (iii) designate any claim as disputed,
contingent or unliquidated.

5.   The claims of individual creditors for, among other things, goods, products,
services or taxes are listed as the amounts entered on the Debtor's books and
records and do not reflect credits or allowances that may be due from such

1

creditors to the Debtor.  The Debtor reserves all of its rights regarding any and all such credits and allowances.

6.  The Debtor has sought to discover and properly classify all claims and interests in this case, and to list all claims and interests against this estate accurately and completely.  However, the Debtor will review its records and other information on an on-going basis to determine whether these Schedules and Statements should be supplemented or otherwise amended.  The Debtor reserves the right to file, at any time, such supplements or amendments to these Schedules and Statements as it deems appropriate.  These Schedules and Statements should not be considered the final word on the Debtor's assets and liabilities as of the Petition Date, but rather the Debtor's current compilation of such information based on its investigations to date.  All parties are encouraged to inform the Debtor or its counsel should they believe any part of these Schedules and Statements to be inaccurate, incomplete or in need of supplementation in any way.

## Notes to Schedules

### Schedule B Notes

#### Exhibit B-9 Notes-Insurance Policies

The Debtor maintains a variety of insurance policies on behalf of itself and/or its debtor affiliates including property, general liability, automobile, medical, workers' compensation, and other typical business-related policies.  The Debtor's interest in these policies is generally limited to the amount of premiums which the Debtor has prepaid, if any, as of the Petition Date.  The Debtor has made no determination of the amount of prepaid insurance premiums as of the Petition Date.  All policies are expected to remain in place through their expiration.  These policies are also listed on Schedule G.  In addition, the Debtor reserves the right to seek refunds of any overpayments of premiums paid on its insurance policies.

#### Exhibit B-16 Notes-Accounts Receivable

The Debtor accounts for gross accounts receivable and allows for doubtful accounts in accordance with Generally Accepted Accounting Principles.  The accounts receivable for interest and loan servicing fees are listed at the accrued amounts and no determination of the collectibility of these accounts has been determined for purposes of this Schedule.

#### Exhibit B-18 Notes-Other Liquidated Debts

2

Other Liquidated Debts include amounts owed by borrowers on loans serviced by the Debtor for interest that the Debtor paid on behalf of the borrower to the Direct Lenders, where the interest was not yet collected from the borrower.

## Exhibit B-21 Notes-Other Contingent & Unliquidated Claims

The Debtor has included as contingent claims the Debtor may have against direct Lenders who received interest payments from the Debtor although the interest payments had not been made by the responsible borrower.

The Debtor may be entitled to tax refunds for various federal, state and local taxes.  As of the time of filing of these Schedules and Statements however, it is not certain whether the Debtor will ultimately receive any tax refunds.

The Debtor may be a party to one or more lawsuits in which it has asserted claims as a plaintiff or in which it has asserted counter-claims, third party claims or cross-claims.  The Debtor may also have unasserted claims against known or unknown parties. The ultimate value of such claims cannot be determined at this time.

## Exhibit B-23 Notes

The Debtor owns (or has the right to use) various licenses in the operation of its business, including, but not limited to business licenses and various other licenses and permits.  The value of these licenses and permits has not been determined.

## Schedule D Notes

The Debtor has not verified the perfection, nature, extent, validity and priority of the liens and/or security interests described in Schedule D.  Nothing contained in Schedule D shall affect the ability of the Debtor or any of the Official Committees appointed in these jointly administered cases of the Debtor and affiliates to investigate and/or challenge the perfection, nature, extent, validity and priority of any lien or security interest purportedly granted to a secured creditor listed on Schedule D, or to otherwise seek to recharacterize any such claim or any portion thereof.

Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  No attempt has been made to identify such agreements for purposes of including them on Schedule D, and accordingly the Debtor reserves all rights with respect thereto.

Lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.

Although other liens may exist of which the Debtor is unaware, the Debtor believes such liens would be not be material, individually and in the aggregate.

3

**Schedule E Notes**

Pursuant to various orders issued by the Bankruptcy Court, the debtors in these jointly-administered cases, including the Debtor herein, were authorized to pay various outstanding pre-petition unsecured priority claims, including certain employee wage and benefit claims. Prepetition claims that have been paid pursuant to such authority have not been listed in Schedule E. Notwithstanding the foregoing, however, certain claims listed herein may have been satisfied after the compilation of the claim data listed in Schedule E. Accordingly, certain extinguished claims may inadvertently be listed and the Debtor reserves all of its rights to amend or supplement this statement and/or to dispute such claims in any manner, including, without limitation, disputing that any such claimants retain a claim in these chapter 11 cases.

The Debtor's characterization of the claims listed in Schedule E as priority claims is preliminary in nature and the Debtor reserves the right to dispute or challenge whether such claims are entitled to priority.

**Schedule F Notes**

The value of certain claims contained in Schedule F are based on a preliminary review of prepetition invoices and other documentation and financial information that was available at the time of the filing of these Bankruptcy Schedules. The Debtor expects to receive additional prepetition invoices and other documentation and financial information regarding certain of these listed claims in the future. Therefore, the actual unpaid claims of creditors that may be allowed in these cases may differ from the amounts set forth in Schedule F.

Schedule F includes amounts owed to certain direct Lenders on loans serviced by the Debtor for which principal repayments (complete or partial) were received prior to the Petition Date by the Debtor but not remitted to the direct Lenders.

Schedule F does not include certain deferred charges or deferred liabilities. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with generally accepted accounting principles.

Certain of the claims listed in Schedule F may be entitled to administrative priority treatment pursuant to section 503(b)(9) of the Bankruptcy Code or otherwise. However, the claims listed in Schedule F arose or were incurred on various dates, and a determination of the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive. Accordingly, the Debtor has not included such dates or attempted to separately identify any claims that might be entitled to such administrative priority treatment.

**Schedule G Notes**

4

The Debtor hereby reserves the right to dispute the validity, status or enforceability of any contracts, agreements, leases or documents set forth in Schedule G and to amend or supplement this statement.  Notwithstanding the inclusion of a particular contract, agreement, lease or document in this Schedule G, the Debtor hereby reserves the right to assert that such contract, agreement, lease or document is not an executory contract or unexpired lease within the meaning of Section 365 of the Bankruptcy Code.

Certain of the contracts, agreements and leases listed on the Exhibits to Schedule G attached hereto may have expired or may have been modified, amended and supplemented from time to time by the conduct of the parties, various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed herein. Accordingly, any and all contracts listed on Schedule G are the same as may be or have been modified, amended and/or supplemented from time to time.

Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or financing arrangements.  The Debtor reserves all rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.

Certain address information for various contracts was not readily available at the time of the filing of these schedules.  However, all parties listed on Schedule G will be notified of the claims bar date when set and will be provided with a proof of claim form.

While every effort has been made to make Schedule G accurate and complete, errors or omissions may have occurred.  The Debtor does not make any representation or warranty as to, or the validity or enforceability of any contracts, agreements, leases or documents listed herein. The Debtor reserves the rights to amend or supplement Schedule G as necessary.

Schedule G does not include short-term purchase orders used in the normal course of operations due to their large number and transitory nature.

## Notes to the Statement of Financial Affairs

### Question 3b

The Debtor has control over two bank accounts used in its loan servicing operations, the Collections Account and the Lenders Account.  Payments made from the Collections Account have been listed on the attachment marked "Collections Account."  A final determination has not been made on an individual basis as to whether these recipients constitute "creditors" of the Debtor, or

whether the funds used to pay such individuals were property of the estate. For individuals who have been identified as creditors of the Debtor, please refer to Schedule F.

Disbursements made from the Lenders Account have not been listed. Funds deposited into the Lenders Account were disbursed to fund loans or assignments of fractional interests in loans. Disbursements made from this account were of funds not belonging to the Debtor and thus are not listed as payments made by the Debtor to creditors of the Debtor.

## Question 3c

The Officers and Directors of the Debtor maintained a complex network of real estate investment partnerships and LLC's. The Debtor has attempted to list all payments made to entities known to be affiliates of the Debtor, including Investment Partners LLC, a company under the same ownership as the Debtor, and its affiliates, and the Officers and Directors and their relatives. The Debtor reserves the right to amend this Statement of Financial Affairs if and when additional information or additional affiliates are identified.

## Question 4a

The Debtor reserves all of its rights and defenses with respect to the listed suits and administrative proceedings. The listing of these suits and proceedings shall not constitute an admission by the Debtor of any liability or that the actions or proceedings were correctly filed against the Debtor or any affiliates of the Debtor, and the Debtor reserves its right to assert that neither the Debtor nor any affiliate of the Debtor is an appropriate party to such actions or proceedings.

## Question 8

The Debtor has excluded de minimus and ordinary course losses that are below the company's insurance deductibles and are not recorded by the company with any degree of particularity.

## Question 9

Payments related to the bankruptcy made on behalf of or benefiting the affiliated Debtors are listed in the Question 9 Attachment relating to the Debtor which disbursed the funds. The payments were intended to benefit all of the affiliated Debtors.

## Question 10a

While the Debtor's management has endeavored to list all property transferred outside of the ordinary course of business within the two years immediately preceeding the Petition Date, the Debtor may have made transfers of assets that are not listed herein, and the Debtor reserves all rights to amend the list as may be necessary or appropriate.

## Question 13

Aside from possible de minimus setoffs of which the Debtor is not aware, the Debtor does not incur setoffs in the ordinary course of business, and accordingly does not believe that it has incurred any material setoffs in the 90 days preceding the commencement of these cases.

## Question 19d

The financial affairs and businesses of the Debtor and the Debtor's affiliates are far reaching and complex. The Debtor and its affiliates also have numerous relationships with various vendors, lenders, other creditors and other interested parties.  As such, the Debtor has or may have provided financial information to various financial institutions, customers, suppliers, equity holders, potential Lenders, governmental authorities, rating agencies and other interested parties. The Debtor kept no record of parties furnished with financial statements.

## Question 23

Compensation and withdrawals by the Officers and Directors have been listed in response to Question 3c.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re   USA Commercial Mortgage Company | Case No.  06-10725-LBR |
|---|---|
| Debtor | Chapter 11 |

## FORM 7 - STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name and address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See U.S.C. § 112; Fed. R. Bankr. P. 1007(m)

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor may also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*   The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  USA Commercial Mortgage Company                                    Case No.   06-10725-LBR

**1.  Income from employment or operation of business**

None ☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                  FISCAL YEAR                      SOURCE

SEE QUESTION 1 ATTACHMENT.

**2.  Income other than from employment or operation of business**

None ☐
State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                  FISCAL YEAR                      SOURCE

SEE QUESTION 2 ATTACHMENT.

**3.  Payment to creditors**

None ☒
a. Individual or Joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services and other debts to any creditor, made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitues or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | DATE | | AMOUNT |
| NAME AND ADDRESS OF CREDITOR | OF PAYMENT | AMOUNT PAID | STILL OWING |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re   USA Commercial Mortgage Company                                    Case No.   06-10725-LBR

---

**3.    Payment to creditors (continued)**

None     b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor
☐          made within 90 days immediately preceding the commencement of the case if the aggregate value of all
           property that constitutes or is affected by such transfers is not less than $5000. (Married debtors filing under
           chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is
           filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR AND RELATIONSHIP TO DEBTOR | DATE<br>OF PAYMENT | AMOUNT PAID | AMOUNT<br>STILL OWING |
|---|---|---|---|

SEE QUESTION 3B ATTACHMENT.

---

**3.    Payment to creditors (continued)**

None     c. All Debtors: List all payments made within one year immediately preceding the commencement of this case
☐          to or for the benefit of creditors who are or were insiders. (Married debtors filing under Chapter 12 or
           Chapter 13 must include information concerning either or both spouses whether or not a joint petition is
           filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR AND RELATIONSHIP TO DEBTOR | DATE<br>OF PAYMENTS | AMOUNT PAID | AMOUNT<br>STILL OWING |
|---|---|---|---|

SEE QUESTION 3C ATTACHMENT.

---

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None     a. List all suits and administrative proceedings to which the debtor is or was a party within one year
☐          immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter
           13 must include information concerning either or both spouses whether or not a joint petition is filed, unless
           the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE<br>OF PROCEEDING | COURT AND LOCATION | STATUS<br>OR DISPOSITION |
|---|---|---|---|

SEE QUESTION 4A ATTACHMENT.

---

**4.    Suits and administrative proceedings, executions, garnishments and attachments (Continued)**

None     b. Describe all property that has been attached, garnished or seized under any legal or equitable process
☒          within one year immediately preceding the commencement of this case.  (Married debtors filing under
           chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or
           not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR<br>WHOSE BENEFIT PROPERTY WAS SEIZED | DATE<br>OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re   USA Commercial Mortgage Company                                    Case No.   06-10725-LBR

---

**4.   Suits and administrative proceedings, executions, garnishments and attachments (Continued)**

---

**5.   Repossessions, foreclosures and returns**

None
[X]

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|

---

**6.   Assignments and receiverships**

None
[X]

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

**6.   Assignments and receiverships (Continued)**

None
[X]

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF CUSTODIAN | NAME AND<br>LOCATION OF COURT,<br>CASE TITLE AND NUMBER | DATE<br>OF ORDER | DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|---|

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re   USA Commercial Mortgage Company                                    Case No.   06-10725-LBR

---

**7.   Gifts**

None   List all gifts or charitable contributions made within one year immediately preceding the commencement of
☐      this case except ordinary and usual gifts to family members aggregating less than $200 in value per
       individual family member and charitable contributions aggregating less than $100 per recipient.  (Married
       debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses
       whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON  OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

SEE QUESTION 7 ATTACHMENT.

---

**8.   Losses**

None   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒      commencement of this case or since the commencement of this case.  (Married debtors filing under chapter
       12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless
       spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.   Payments related to debt counseling or bankruptcy**

None   List all payments made or property transferred  by or on behalf of the debtor to any persons, including
☐      attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
       petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

SEE QUESTION 9 ATTACHMENT.

---

**10.  Other transfers**

None   a. List all other property, other than property transferred in the ordinary course of the business or financial
☒         affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
          commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers
          by either or both  spouses whether or not a joint petition is filed, unless the spouses are separated and a
          joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE AND RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  USA Commercial Mortgage Company                                   Case No.   06-10725-LBR

---

**10.  Other transfers (continued)**

None
**X**

b. List all other property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATES OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11.  Closed financial records**

None
**X**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12.  Safe deposit boxes**

None
**X**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF  THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13.  Setoffs**

None
**X**

List all setoffs made by any creditor, including a bank, against a debt or debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition s filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re   USA Commercial Mortgage Company                                    Case No.   06-10725-LBR

---

### 14.   Property held for another person

None    List all property owned by another person that the debtor holds or controls.

☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

SEE QUESTION 14 ATTACHMENT.

---

### 15.   Prior address of debtor

None    If the debtor has moved within three years immediately preceding the commencement of this case, list all
☐      premises which the debtor occupied during the period and vacated prior to the commencement of this case.
        If a joint petition is filed, report also any separated address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

SEE QUESTION 15 ATTACHMENT.

---

### 16.   Spouses and Former Spouses

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska,
☒      Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin)
        within eight years immediately preceding the commencement of the case, identify the name of the debtor's
        spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  USA Commercial Mortgage Company                                    Case No.   06-10725-LBR

**17.  Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into air, land, soil, surface water, ground water, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None   a. List the name and address of every site for which the debtor has received notice in writing by a
 **X**       governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.
            Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
|  |  |  |  |

**17.  Environmental Information (continued)**

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a
 **X**       release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of
            the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
|  |  |  |  |

**17.  Environmental Information (continued)**

None   c. List all judicial or administrative proceeding, including settlements or orders, under any Environmental Law
 **X**       with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit
            that is or was a party to the proceedings, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
|  |  |  |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re   USA Commercial Mortgage Company                                    Case No.   06-10725-LBR

---

**18.   Nature, location, and name of business**

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietorship, or was a self-employed in a trade, profession or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting share or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting equity securities within six years immediately preceding the commencement of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|

SEE QUESTION 18A ATTACHMENT.

---

**18.   Nature, location, and name of business (continued)**

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed in a trade, profession or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

**19.   Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within  the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  USA Commercial Mortgage Company                                      Case No.   06-10725-LBR

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed in a trade, profession or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

19. **Books, records and financial statements**

SEE QUESTION 19A ATTACHMENT.

---

19. **Books, records and financial statements (continued)**

None   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case
☐          have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

SEE QUESTION 19B ATTACHMENT.

---

19. **Books, records and financial statements (continued)**

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the
☐          books of account and records of the debtor.  If any of the books of account and records are not available,
            explain.

| NAME | ADDRESS |
|------|---------|

SEE QUESTION 19C ATTACHMENT.

---

19. **Books, records and financial statements (continued)**

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐          financial statement was issued within the two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

SEE GLOBAL FOOTNOTES.

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re   USA Commercial Mortgage Company                                    Case No.   06-10725-LBR

---

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
[X]         taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

---

### 20. Inventories (continued)

None    b. List the name and address of the person having possession of the records of each of the  inventories
[X]         reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21. Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
[X]         partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

---

### 21. Current Partners, Officers, Directors and Shareholders (continued)

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
[ ]         directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
            corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

SEE QUESTION 21B ATTACHMENT.

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re   USA Commercial Mortgage Company                                    Case No.   06-10725-LBR

---

### 22.  Former partners, officers, directors and shareholders

None     a. If the debtor is a partnership, list each member who withdrew from the partnership within one year
[X]         immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

---

### 22.  Former partners, officers, directors and shareholders (continued)

None     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
[ ]         within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

SEE QUESTION 22B ATTACHMENT.

---

### 23.  Withdrawals from a partnership or distributions by a corporation

None     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
[X]       including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
          perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY  OR DESCRIPTION AND VALUE OF PROPERTY |
|-------------------------------------------------------|--------------------------------|------------------------------------------------------|

---

### 24.  Tax Consolidation Group

None     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
[X]       corporation of any consolidated group for tax purpose of which the debtor has been a member at any time
          within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|----------------------------|--------------------------------|

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  USA Commercial Mortgage Company                                      Case No.   06-10725-LBR

---

**25.  Pension Funds**

None      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
☐         fund to which the debtor, as an employer, has been responsible for contributing at any time within six years
          immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER

    SEE QUESTION 25 ATTACHMENT.

---

Form 7

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

_____        _____
Date                                                           Signature of Debtor

_____        _____
Date                                                           Signature of Joint Debtor (if any)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

  Thursday, June 15, 2006                _____
_____
Date                                                           Signature

                                                          _____
                                                          Thomas J. Allison
                                                          Print Name

                                                          _____
                                                             Chief Restructuring Officer and President
                                                          Title

            [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____ continuation sheets attached

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571

Case No. 06-10725-LBR

**Statement of Financial Affairs**

**Question 1 Attachment**

**INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

1. The gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced and the gross amounts received during the two years immediately preceding this calendar year.

| PERIOD | AMOUNT | SOURCE |
|---|---|---|
| January 1, 2006 - April 13, 2006 | $11,862,488.00 | Management Fees and Interest Revenue |
| January 1, 2005 - December 31, 2005 | $35,958,360.00 | Management Fees and Interest Revenue |
| January 1, 2004 - December 31, 2004 | $24,744,565.00 | Management Fees and Interest Revenue |
| | $72,565,413 | **Total Income from Employment of Operation of Business** |

Case No. 06-10725-LBR

**Statement of Financial Affairs**
**Question 2 Attachment**
**INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

2.  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's bussiness during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $120,356.00 | Other Income - 1/1/06 - 4/13/06 |
| $142,660.00 | Other Income - 2005 |
| $119,950.00 | Other Income - 2004 |
| $382,966.00 | **Total Income Other than from Employment or Operation of Business** |

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**
**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| 1985 HAYWARD LIVING | | | | |
| | 01/09/2006 | ACH | | $6,413.75 |
| | 01/19/2006 | ACH | | $7,089.86 |
| | 02/07/2006 | ACH | | $2,272.24 |
| | 03/10/2006 | ACH | | $2,162.85 |
| | | | SUBTOTAL | $17,938.70 |
| 1989 DUESING FAMILY | | | | |
| | 01/09/2006 | ACH | | $1,808.33 |
| | 02/07/2006 | ACH | | $1,808.33 |
| | 03/10/2006 | ACH | | $1,633.33 |
| | | | SUBTOTAL | $5,249.99 |
| 1989 KOHLER LIVING | | | | |
| | 01/09/2006 | ACH | | $17,839.42 |
| | 01/19/2006 | ACH | | $7,089.86 |
| | 02/07/2006 | ACH | | $13,504.16 |
| | 03/10/2006 | ACH | | $12,745.32 |
| | | | SUBTOTAL | $51,178.76 |
| 1994 ROBERT ASSELIN & MARY ASSELIN FAMILY TRUST | | | | |
| | 01/09/2006 | ACH | | $2,798.61 |
| | 02/07/2006 | ACH | | $2,798.61 |
| | 03/10/2006 | ACH | | $2,527.78 |
| | | | SUBTOTAL | $8,125.00 |
| 1994 TURNER FAMILY | | | | |
| | 01/09/2006 | Check | | $12,935.14 |
| | 01/19/2006 | Check | | $104,854.73 |
| | 02/07/2006 | Check | | $2,789.60 |
| | 03/10/2006 | Check | | $4,095.14 |
| | 03/27/2006 | Check | | $2,906.32 |
| | | | SUBTOTAL | $127,580.93 |
| 1995 MARKUS FRIEDLIN AND ANTOINETTE FRIEDLIN | | | | |
| | 01/09/2006 | ACH | | $29,651.93 |
| | 02/07/2006 | ACH | | $464.63 |
| | 03/10/2006 | ACH | | $519.66 |
| | | | SUBTOTAL | $30,636.22 |
| 1996 KNOBEL TRUST DATED 9/5/96 | | | | |
| | 01/09/2006 | Check | | $4,305.55 |
| | 02/07/2006 | Check | | $4,305.55 |
| | 03/10/2006 | Check | | $3,888.89 |
| | | | SUBTOTAL | $12,499.99 |
| 2001 MICHAEL T MCGRATH REVOCABLE | | | | |
| | 01/09/2006 | ACH | | $3,360.06 |
| | 02/07/2006 | ACH | | $3,360.06 |
| | 03/10/2006 | ACH | | $3,034.89 |
| | | | SUBTOTAL | $9,755.01 |
| 2001 STEINMETZ FAMILY TRUST | | | | |
| | 01/09/2006 | ACH | | $42,476.34 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $3,374.13 |
| | 03/10/2006 | ACH | | $3,736.29 |
| | | | SUBTOTAL | $53,131.69 |
| 2003 KARYN Y FINLAYSON | | | | |
| | 01/09/2006 | ACH | | $2,669.44 |
| | 02/07/2006 | ACH | | $2,669.44 |
| | 03/10/2006 | ACH | | $2,411.11 |
| | | | SUBTOTAL | $7,749.99 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

## SOFA 3b
## PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING
## USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR
## COLLECTION ACCOUNT

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| 42145 TRUST | | | | |
| | 01/09/2006 | Check | | $17,243.75 |
| | 02/07/2006 | Check | | $1,316,304.86 |
| | 03/10/2006 | Check | | $2,430.56 |
| | | | SUBTOTAL | $1,335,979.17 |
| 92173 FAMILY TRUST (1) | | | | |
| | 01/09/2006 | Check | | $2,690.97 |
| | 02/07/2006 | Check | | $2,690.97 |
| | 03/10/2006 | Check | | $2,430.56 |
| | | | SUBTOTAL | $7,812.50 |
| A A SALAZAR MULTI SERVICES INC | | | | |
| | 01/09/2006 | ACH | | $15,342.62 |
| | 02/07/2006 | ACH | | $1,315.65 |
| | 03/10/2006 | ACH | | $1,609.84 |
| | | | SUBTOTAL | $18,268.11 |
| A ANDREW SCHWARZMAN & MARIA T COTCH | | | | |
| | 01/09/2006 | ACH | | $613.22 |
| | 02/07/2006 | ACH | | $613.22 |
| | 03/10/2006 | ACH | | $3,775.47 |
| | | | SUBTOTAL | $5,001.91 |
| A ROBERT DE HART TRUST C DATED 1/21/93 | | | | |
| | 01/09/2006 | ACH | | $2,126.94 |
| | 02/07/2006 | ACH | | $2,126.94 |
| | 03/10/2006 | ACH | | $1,921.11 |
| | | | SUBTOTAL | $6,174.99 |
| A WILLIAM CEGLIA | | | | |
| | 01/09/2006 | ACH | | $4,327.40 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $2,081.64 |
| | 03/10/2006 | ACH | | $1,860.18 |
| | 03/27/2006 | ACH | | $726.58 |
| | | | SUBTOTAL | $12,540.73 |
| A-1 PROPERTIES LLC | | | | |
| | 01/09/2006 | Check | | $4,176.38 |
| | 02/07/2006 | Check | | $4,384.71 |
| | 03/10/2006 | Check | | $4,744.43 |
| | | | SUBTOTAL | $13,305.52 |
| AARON HAWLEY | | | | |
| | 01/09/2006 | Check | | $2,674.06 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $428.30 |
| | 03/10/2006 | Check | | $366.84 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $7,740.71 |
| AARON S RAMSEY AND LARA RAMSEY | | | | |
| | 01/09/2006 | ACH | | $2,674.06 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $428.30 |
| | 03/10/2006 | ACH | | $366.84 |
| | 03/29/2006 | ACH | | $726.58 |
| | | | SUBTOTAL | $7,740.71 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| ABRAHAM SEROUYA | | | | |
| | 01/09/2006 | ACH | | $2,595.83 |
| | 02/07/2006 | ACH | | $2,647.91 |
| | 03/10/2006 | ACH | | $2,391.66 |
| | | | SUBTOTAL | $7,635.40 |
| ABYANE FAMILY TRUST DATED 2/7/92 | | | | |
| | 01/09/2006 | ACH | | $28,108.34 |
| | 02/07/2006 | ACH | | $3,315.28 |
| | 03/10/2006 | ACH | | $3,272.25 |
| | | | SUBTOTAL | $34,695.87 |
| ACRES CORPORATION DEFINED BENEFIT PENSION PLAN | | | | |
| | 01/09/2006 | ACH | | $19,046.98 |
| | 02/07/2006 | ACH | | $1,033.34 |
| | 03/10/2006 | ACH | | $1,033.34 |
| | | | SUBTOTAL | $21,113.66 |
| ACRES PROFIT SHARING PLAN | | | | |
| | 01/09/2006 | ACH | | $17,231.50 |
| | 02/07/2006 | ACH | | $2,664.94 |
| | 03/10/2006 | ACH | | $2,407.05 |
| | | | SUBTOTAL | $22,303.49 |
| ACS PROPERTIES INC | | | | |
| | 01/09/2006 | Check | | $5,252.77 |
| | 02/07/2006 | Check | | $5,252.77 |
| | 03/10/2006 | Check | | $4,211.11 |
| | | | SUBTOTAL | $14,716.65 |
| ADDES TRUST | | | | |
| | 01/09/2006 | ACH | | $9,567.56 |
| | 01/19/2006 | ACH | | $7,089.86 |
| | 02/07/2006 | ACH | | $5,076.05 |
| | 03/10/2006 | ACH | | $4,544.79 |
| | | | SUBTOTAL | $26,278.26 |
| ADRIAN JR OOSTHUIZEN | | | | |
| | 01/09/2006 | ACH | | $72,882.20 |
| | 01/19/2006 | ACH | | $10,634.79 |
| | 02/07/2006 | ACH | | $15,571.27 |
| | 03/10/2006 | ACH | | $14,631.56 |
| | 03/31/2006 | ACH | | $2,179.74 |
| | | | SUBTOTAL | $115,899.56 |
| AIG LIMITED | | | | |
| | 01/09/2006 | ACH | | $9,112.91 |
| | 01/19/2006 | ACH | | $7,089.86 |
| | 02/07/2006 | ACH | | $4,821.40 |
| | 03/10/2006 | ACH | | $4,181.45 |
| | 04/09/2006 | ACH | | $1,453.16 |
| | | | SUBTOTAL | $26,658.78 |
| AL MOSCHOGIANIS REVOCABLE | | | | |
| | 01/09/2006 | Check | | $2,131.25 |
| | 01/09/2006 | ACH | | $25.13 |
| | 02/07/2006 | ACH | | $25.13 |
| | 02/07/2006 | Check | | $2,131.25 |
| | 03/10/2006 | ACH | | $22.70 |
| | 03/10/2006 | Check | | $1,925.01 |
| | | | SUBTOTAL | $6,260.47 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| ALAMO FAMILY TRUST DATED 12/30/86 | | | | |
| | 01/09/2006 | Check | | $15,930.56 |
| | 02/07/2006 | Check | | $15,930.56 |
| | 03/10/2006 | Check | | $14,388.88 |
| | | | SUBTOTAL | $46,250.00 |
| ALAN B FRIEDMAN | | | | |
| | 01/09/2006 | ACH | | $131,697.67 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $3,306.07 |
| | 03/10/2006 | ACH | | $3,944.62 |
| | 04/02/2006 | ACH | | $726.58 |
| | | | SUBTOTAL | $143,219.87 |
| ALAN R SIMMONS & JUDITH B SIMMONS | | | | |
| | 01/09/2006 | ACH | | $48,547.09 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $6,127.72 |
| | 03/10/2006 | ACH | | $5,559.17 |
| | 04/01/2006 | ACH | | $726.58 |
| | | | SUBTOTAL | $64,505.49 |
| ALAN ROBINSON & GAIL ROBINSON | | | | |
| | 01/09/2006 | Check | | $16,078.13 |
| | 01/19/2006 | Check | | $7,089.86 |
| | 02/07/2006 | Check | | $111,699.12 |
| | 03/10/2006 | Check | | $19,837.33 |
| | 03/27/2006 | Check | | $1,453.16 |
| | | | SUBTOTAL | $156,157.60 |
| ALAN S & CAROLYN A DUNCAN DECLARATION OF | | | | |
| | 01/09/2006 | Check | | $2,426.39 |
| | 02/07/2006 | Check | | $2,626.39 |
| | 03/10/2006 | Check | | $2,372.22 |
| | | | SUBTOTAL | $7,425.00 |
| AL-AWAR LIVING TRUST DATED 04/05/01 | | | | |
| | 01/09/2006 | ACH | | $87,860.17 |
| | 01/19/2006 | ACH | | $21,269.59 |
| | 02/07/2006 | ACH | | $16,302.69 |
| | 03/10/2006 | ACH | | $15,980.38 |
| | 03/30/2006 | ACH | | $4,359.48 |
| | | | SUBTOTAL | $145,772.31 |
| ALBERT J MINECONZO LIVING | | | | |
| | 01/09/2006 | ACH | | $3,786.97 |
| | 02/07/2006 | ACH | | $3,786.97 |
| | 03/10/2006 | ACH | | $3,403.97 |
| | | | SUBTOTAL | $10,977.91 |
| ALBERT J SALAS | | | | |
| | 01/09/2006 | ACH | | $2,152.78 |
| | 02/07/2006 | ACH | | $2,152.78 |
| | 03/10/2006 | ACH | | $1,944.44 |
| | | | SUBTOTAL | $6,250.00 |
| ALBERT MONTERO | | | | |
| | 01/09/2006 | Check | | $2,626.40 |
| | 02/07/2006 | Check | | $2,626.40 |
| | 03/10/2006 | Check | | $2,372.23 |
| | | | SUBTOTAL | $7,625.03 |

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| ALBERT WINEMILLER & DEBRA WINEMILLER | | | | |
| | 01/09/2006 | ACH | | $2,884.73 |
| | 01/09/2006 | ACH | | $775.00 |
| | 02/07/2006 | ACH | | $2,884.73 |
| | 02/07/2006 | ACH | | $775.00 |
| | 03/10/2006 | ACH | | $2,605.56 |
| | 03/10/2006 | ACH | | $700.00 |
| | | | SUBTOTAL | $10,625.02 |
| ALBRIGHT PERSING & ASSOCIATES PSP | | | | |
| | 01/09/2006 | Check | | $3,134.44 |
| | 02/07/2006 | Check | | $3,134.44 |
| | 03/10/2006 | Check | | $2,831.11 |
| | | | SUBTOTAL | $9,099.99 |
| ALDON G COOK AND DEEDRA COOK | | | | |
| | 01/09/2006 | ACH | | $15,892.62 |
| | 02/07/2006 | ACH | | $1,782.32 |
| | 03/10/2006 | ACH | | $1,609.84 |
| | | | SUBTOTAL | $19,284.78 |
| ALEXANDRA KINGZETT | | | | |
| | 01/09/2006 | ACH | | $1,399.30 |
| | 02/07/2006 | ACH | | $1,399.30 |
| | 03/10/2006 | ACH | | $1,263.89 |
| | 04/03/2006 | ACH | | $34,176.87 |
| | | | SUBTOTAL | $38,239.36 |
| ALI PIRANI AND ANISHA PIRANI | | | | |
| | 01/09/2006 | Check | | $1,636.11 |
| | 01/09/2006 | Check | | $5,026.84 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $1,636.11 |
| | 02/07/2006 | Check | | $2,807.12 |
| | 03/10/2006 | Check | | $2,515.46 |
| | 03/10/2006 | Check | | $1,477.78 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $19,370.93 |
| ALLAN R EISENBACH & JAYNE M EISENBACH | | | | |
| | 01/09/2006 | ACH | | $5,231.24 |
| | 02/07/2006 | ACH | | $5,231.24 |
| | 03/10/2006 | ACH | | $4,724.99 |
| | | | SUBTOTAL | $15,187.47 |
| ALLEN M NIRENSTEIN & DOROTHY H NIRENSTEIN 1992 | | | | |
| | 01/09/2006 | Check | | $5,331.42 |
| | 01/11/2006 | Check | | $1,033.33 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $5,195.38 |
| | 03/10/2006 | Check | | $5,064.61 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $20,896.25 |
| ALNEIL ASSOCIATES | | | | |
| | 01/09/2006 | Check | | $5,532.29 |
| | 02/07/2006 | Check | | $7,610.07 |
| | 03/10/2006 | Check | | $6,918.05 |
| | | | SUBTOTAL | $20,060.41 |

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| ALNEIL LIPP LLC | | | | |
| | 01/09/2006 | Check | | $2,152.78 |
| | 02/07/2006 | Check | | $2,152.78 |
| | 03/10/2006 | Check | | $1,944.44 |
| | | | SUBTOTAL | $6,250.00 |
| ALTA FUNDING INC | | | | |
| | 01/09/2006 | ACH | | $3,226.38 |
| | 02/07/2006 | ACH | | $3,745.82 |
| | 03/10/2006 | ACH | | $3,383.32 |
| | | | SUBTOTAL | $10,355.52 |
| ALTERIO AG BANKS IRA | | | | |
| | 01/09/2006 | Check | | $2,316.39 |
| | 02/07/2006 | Check | | $2,316.39 |
| | 03/10/2006 | Check | | $2,092.22 |
| | | | SUBTOTAL | $6,725.00 |
| ALTERIO AG BANKS LIVING | | | | |
| | 01/09/2006 | ACH | | $925.38 |
| | 02/07/2006 | ACH | | $2,422.94 |
| | 03/10/2006 | ACH | | $2,719.11 |
| | | | SUBTOTAL | $6,067.43 |
| ALTHEA F SHEF LIVING | | | | |
| | 01/09/2006 | ACH | | $2,674.06 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $532.47 |
| | 03/10/2006 | ACH | | $852.95 |
| | 04/04/2006 | ACH | | $726.58 |
| | | | SUBTOTAL | $8,330.99 |
| ALTMAN LIVING TRUST DATED 11/4/04 | | | | |
| | 01/09/2006 | ACH | | $12,538.38 |
| | 01/19/2006 | ACH | | $7,089.86 |
| | 02/07/2006 | ACH | | $8,046.87 |
| | 03/10/2006 | ACH | | $7,228.11 |
| | | | SUBTOTAL | $34,903.22 |
| ALVARO V PEREZ & HEIDI L PEREZ | | | | |
| | 01/09/2006 | ACH | | $1,860.00 |
| | 02/07/2006 | ACH | | $1,860.00 |
| | 03/10/2006 | ACH | | $1,680.00 |
| | | | SUBTOTAL | $5,400.00 |
| ALVES FAMILY TRUST DATED 10/27/89 | | | | |
| | 01/09/2006 | ACH | | $3,659.73 |
| | 02/07/2006 | ACH | | $53,643.06 |
| | 03/10/2006 | ACH | | $2,838.89 |
| | | | SUBTOTAL | $60,141.68 |
| ALVIN BROIDO MARITAL TRUST U/A DATED 4/24/72 | | | | |
| | 01/09/2006 | ACH | | $3,312.54 |
| | 02/07/2006 | ACH | | $3,312.54 |
| | 03/10/2006 | ACH | | $2,991.98 |
| | | | SUBTOTAL | $9,617.06 |

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| ALVIN M SWANSON & GRACE E SWANSON LIVING | | | | |
| | 01/09/2006 | Check | | $1,786.80 |
| | 01/09/2006 | Check | | $10,572.00 |
| | 01/19/2006 | Check | | $11,343.78 |
| | 02/07/2006 | Check | | $1,786.80 |
| | 02/07/2006 | Check | | $3,385.57 |
| | 03/10/2006 | Check | | $2,993.90 |
| | 03/10/2006 | Check | | $1,613.89 |
| | 03/27/2006 | Check | | $2,325.05 |
| | | | SUBTOTAL | $35,807.79 |
| ANDERSON FAMILY | | | | |
| | 01/09/2006 | ACH | | $6,016.59 |
| | 02/07/2006 | ACH | | $155,966.59 |
| | 03/10/2006 | ACH | | $4,034.34 |
| | | | SUBTOTAL | $166,017.52 |
| ANDREA T MANCUSO | | | | |
| | 01/09/2006 | Check | | $6,762.50 |
| | 02/07/2006 | Check | | $7,362.50 |
| | 03/10/2006 | Check | | $6,650.00 |
| | | | SUBTOTAL | $20,775.00 |
| ANDREA T MANCUSO LIVING | | | | |
| | 01/09/2006 | Check | | $386.20 |
| | 02/07/2006 | Check | | $386.20 |
| | 03/10/2006 | Check | | $13,235.23 |
| | | | SUBTOTAL | $14,007.63 |
| ANDREW DAUSCHER & ELLEN DAUSCHER | | | | |
| | 01/09/2006 | Check | | $42,467.88 |
| | 02/07/2006 | Check | | $5,673.94 |
| | 03/10/2006 | Check | | $5,907.63 |
| | | | SUBTOTAL | $54,049.45 |
| ANDREW J CASS | | | | |
| | 01/09/2006 | ACH | | $1,162.50 |
| | 01/19/2006 | ACH | | $50,375.00 |
| | 02/07/2006 | ACH | | $516.67 |
| | 03/10/2006 | ACH | | $216.67 |
| | | | SUBTOTAL | $52,270.84 |
| ANDREW J LEMBERSKY | | | | |
| | 01/09/2006 | Check | | $3,018.19 |
| | 02/07/2006 | Check | | $3,018.19 |
| | 03/10/2006 | Check | | $2,726.11 |
| | | | SUBTOTAL | $8,762.49 |
| ANDREW R PETERSON & SHARON PETERSON 1991 | | | | |
| | 01/09/2006 | Check | | $9,258.94 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $7,013.18 |
| | 03/10/2006 | Check | | $6,314.48 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $26,858.11 |
| ANGELA G MOSINSKIS FAMILY | | | | |
| | 01/09/2006 | ACH | | $4,176.40 |
| | 02/07/2006 | ACH | | $4,176.40 |
| | 03/10/2006 | ACH | | $3,772.23 |
| | | | SUBTOTAL | $12,125.03 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| ANN ULFELDER & LEONARD ULFELDER | | | | |
| | 01/09/2006 | ACH | | $6,334.77 |
| | 02/07/2006 | ACH | | $6,584.77 |
| | 03/10/2006 | ACH | | $5,738.11 |
| | | | SUBTOTAL | $18,657.65 |
| ANNA LIEBLEIN & JOHN DRAKOULES | | | | |
| | 01/09/2006 | ACH | | $3,229.17 |
| | 02/07/2006 | ACH | | $3,229.17 |
| | 03/10/2006 | ACH | | $2,916.66 |
| | | | SUBTOTAL | $9,375.00 |
| ANNABELLE E TAYLOR FAMILY | | | | |
| | 01/09/2006 | ACH | | $1,296.35 |
| | 02/07/2006 | ACH | | $1,296.35 |
| | 03/10/2006 | ACH | | $9,228.69 |
| | | | SUBTOTAL | $11,821.39 |
| ANNE FLANNERY | | | | |
| | 01/09/2006 | ACH | | $3,745.19 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $1,866.10 |
| | 03/10/2006 | ACH | | $1,800.99 |
| | 04/05/2006 | ACH | | $726.58 |
| | | | SUBTOTAL | $11,683.79 |
| ANNE MARIE MUELLER TRUST | | | | |
| | 01/09/2006 | ACH | | $3,745.83 |
| | 02/07/2006 | ACH | | $3,745.83 |
| | 03/10/2006 | ACH | | $3,383.34 |
| | | | SUBTOTAL | $10,875.00 |
| ANNIN FAMILY TRUST | | | | |
| | 01/09/2006 | ACH | | $3,750.45 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $1,504.69 |
| | 03/10/2006 | ACH | | $1,339.07 |
| | | | SUBTOTAL | $10,139.14 |
| ANTHONY CHRISTIAN IRA | | | | |
| | 01/09/2006 | Check | | $1,973.41 |
| | 02/07/2006 | Check | | $1,973.41 |
| | 03/10/2006 | Check | | $5,648.36 |
| | | | SUBTOTAL | $9,595.18 |
| ANTHONY J ZERBO | | | | |
| | 01/09/2006 | ACH | | $9,063.22 |
| | 02/07/2006 | ACH | | $8,673.83 |
| | 03/10/2006 | ACH | | $8,617.22 |
| | | | SUBTOTAL | $26,354.27 |
| ANTHONY P WYNN & SHERI J WYNN | | | | |
| | 01/09/2006 | ACH | | $2,088.19 |
| | 02/07/2006 | ACH | | $2,088.19 |
| | 03/10/2006 | ACH | | $1,886.11 |
| | | | SUBTOTAL | $6,062.49 |
| ANTHONY PASQUALOTTO | | | | |
| | 01/09/2006 | Check | | $9,567.55 |
| | 01/19/2006 | Check | | $7,089.86 |
| | 02/07/2006 | Check | | $105,042.71 |
| | 03/10/2006 | Check | | $3,611.45 |
| | 03/27/2006 | Check | | $1,453.16 |
| | | | SUBTOTAL | $126,764.73 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| ANTON TRAPMAN | | | | |
| | 01/09/2006 | ACH | | $2,260.41 |
| | 02/07/2006 | ACH | | $2,260.41 |
| | 03/10/2006 | ACH | | $2,041.67 |
| | | | SUBTOTAL | $6,562.49 |
| ANTONIOS | | | | |
| | 01/09/2006 | ACH | | $516.67 |
| | 02/07/2006 | ACH | | $50,500.00 |
| | | | SUBTOTAL | $51,016.67 |
| APG TRUST DATED 7/5/00 | | | | |
| | 01/09/2006 | ACH | | $3,293.75 |
| | 02/07/2006 | ACH | | $53,277.08 |
| | 03/10/2006 | ACH | | $2,508.33 |
| | | | SUBTOTAL | $59,079.16 |
| APRIL CORLEY TRUST DATED 4/25/05 | | | | |
| | 01/09/2006 | Check | | $5,864.79 |
| | 01/19/2006 | Check | | $7,089.86 |
| | 02/07/2006 | Check | | $1,373.28 |
| | 03/10/2006 | Check | | $1,200.35 |
| | 03/27/2006 | Check | | $1,453.16 |
| | | | SUBTOTAL | $16,981.44 |
| ARADA INVESTMENTS LLC | | | | |
| | 01/09/2006 | ACH | | $2,066.66 |
| | 02/07/2006 | ACH | | $2,066.66 |
| | 03/10/2006 | ACH | | $1,866.66 |
| | | | SUBTOTAL | $5,999.98 |
| ARBOGAST FAMILY TRUST | | | | |
| | 01/09/2006 | ACH | | $21,958.32 |
| | 02/07/2006 | ACH | | $21,958.32 |
| | 03/10/2006 | ACH | | $19,833.33 |
| | | | SUBTOTAL | $63,749.97 |
| AREA 2 LLC | | | | |
| | 01/09/2006 | ACH | | $1,550.01 |
| | 02/07/2006 | ACH | | $1,800.01 |
| | 03/10/2006 | ACH | | $1,866.68 |
| | | | SUBTOTAL | $5,216.70 |
| ARTHUR A SNEDEKER | | | | |
| | 01/09/2006 | ACH | | $2,674.06 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $428.30 |
| | 03/10/2006 | ACH | | $366.84 |
| | 04/13/2006 | ACH | | $726.58 |
| | | | SUBTOTAL | $7,740.71 |
| ARTHUR B MOORE | | | | |
| | 01/09/2006 | ACH | | $3,880.55 |
| | 01/19/2006 | ACH | | $4,253.92 |
| | 02/07/2006 | ACH | | $1,289.80 |
| | 03/10/2006 | ACH | | $1,532.99 |
| | 04/12/2006 | ACH | | $871.90 |
| | | | SUBTOTAL | $11,829.16 |
| ARTHUR E KEBBLE & THELMA M KEBBLE FAMILY | | | | |
| | 01/09/2006 | Check | | $3,541.00 |
| | 02/07/2006 | Check | | $3,541.00 |
| | 03/10/2006 | Check | | $6,419.93 |
| | | | SUBTOTAL | $13,501.93 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| ARTHUR G GRANT & JEAN M GRANT | | | | |
| | 01/09/2006 | ACH | | $30,568.60 |
| | 02/07/2006 | ACH | | $981.30 |
| | 03/10/2006 | ACH | | $886.33 |
| | | | SUBTOTAL | $32,436.23 |
| ARTHUR I KRISS IRA | | | | |
| | 01/09/2006 | Check | | $2,939.39 |
| | 02/07/2006 | Check | | $2,939.39 |
| | 03/10/2006 | Check | | $15,541.34 |
| | | | SUBTOTAL | $21,420.12 |
| ARTHUR J NOEL TRUST DATED 2/10/97 | | | | |
| | 01/09/2006 | ACH | | $1,618.89 |
| | 01/19/2006 | ACH | | $25,187.50 |
| | 02/07/2006 | ACH | | $1,295.97 |
| | 03/10/2006 | ACH | | $1,378.88 |
| | | | SUBTOTAL | $29,481.24 |
| ARTHUR NOEL | | | | |
| | 01/09/2006 | Check | | $70,875.00 |
| | | | SUBTOTAL | $70,875.00 |
| ARTHUR POLACHECK AND GLORIANNE POLACHECK | | | | |
| | 01/09/2006 | ACH | | $40,256.94 |
| | 02/07/2006 | ACH | | $40,256.94 |
| | 03/10/2006 | ACH | | $36,361.10 |
| | | | SUBTOTAL | $116,874.98 |
| ARTHUR T DONALDSON | | | | |
| | 01/09/2006 | ACH | | $103,820.25 |
| | 01/19/2006 | ACH | | $14,179.73 |
| | 02/07/2006 | ACH | | $21,332.67 |
| | 03/10/2006 | ACH | | $20,756.25 |
| | 04/10/2006 | ACH | | $2,906.32 |
| | | | SUBTOTAL | $162,995.22 |
| ARTHUR V ADAMS TRUST DATED 9/12/97 | | | | |
| | 01/09/2006 | ACH | | $24,618.26 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $4,213.72 |
| | 03/10/2006 | ACH | | $4,177.96 |
| | 04/11/2006 | ACH | | $726.58 |
| | | | SUBTOTAL | $37,281.45 |
| ART-KAY FAMILY TRUST | | | | |
| | 01/09/2006 | Check | | $4,590.03 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $2,344.27 |
| | 03/10/2006 | Check | | $19,871.27 |
| | 03/27/2006 | Check | | $12,859.58 |
| | | | SUBTOTAL | $43,210.08 |
| ASHLEY BROOKS | | | | |
| | 01/09/2006 | Check | | $4,832.72 |
| | 02/07/2006 | Check | | $4,863.97 |
| | 03/10/2006 | Check | | $17,279.67 |
| | | | SUBTOTAL | $26,976.36 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| AUGUST J AMARAL INC | | | | |
| | 01/09/2006 | ACH | | $48,365.63 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $9,795.09 |
| | 03/10/2006 | ACH | | $10,902.34 |
| | | | SUBTOTAL | $72,607.99 |
| AUGUSTINE TUFFANELLI FAMILY | | | | |
| | 01/09/2006 | Check | | $4,830.99 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $2,602.59 |
| | 03/10/2006 | Check | | $2,330.73 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $14,035.82 |
| AURORA INVESTMENTS LIMITED PARTNERSHIP | | | | |
| | 01/09/2006 | Check | | $12,916.67 |
| | 02/07/2006 | Check | | $12,916.67 |
| | 03/10/2006 | Check | | $11,666.67 |
| | | | SUBTOTAL | $37,500.01 |
| AUSTIN CATHEY | | | | |
| | 01/09/2006 | Check | | $25,156.25 |
| | | | SUBTOTAL | $25,156.25 |
| AUSTIN JOHN BORKOSKI | | | | |
| | 01/09/2006 | Check | | $1,808.34 |
| | 02/07/2006 | Check | | $1,891.67 |
| | 03/10/2006 | Check | | $2,100.01 |
| | | | SUBTOTAL | $5,800.02 |
| B2PW | | | | |
| | 01/09/2006 | ACH | | $2,454.16 |
| | 02/07/2006 | ACH | | $2,641.66 |
| | 03/10/2006 | ACH | | $3,269.45 |
| | | | SUBTOTAL | $8,365.27 |
| BACKES FAMILY TRUST DATED 8/8/88 | | | | |
| | 01/09/2006 | ACH | | $2,374.23 |
| | 02/07/2006 | ACH | | $2,374.23 |
| | 03/10/2006 | ACH | | $2,144.47 |
| | | | SUBTOTAL | $6,892.93 |
| BARBARA A CECIL | | | | |
| | 01/09/2006 | Check | | $3,233.78 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $988.02 |
| | 03/10/2006 | Check | | $872.40 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $9,365.71 |
| BARBARA C SMITH | | | | |
| | 01/09/2006 | Check | | $2,674.06 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $428.30 |
| | 03/10/2006 | Check | | $366.84 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $7,740.71 |
| BARBARA C TUNE | | | | |
| | 01/09/2006 | Check | | $516.67 |
| | 02/07/2006 | Check | | $50,500.00 |
| | 03/10/2006 | Check | | $100.00 |
| | | | SUBTOTAL | $51,116.67 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**
**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**
**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**
**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| BARBARA FAY MCCLAFLIN | | | | |
| | 01/09/2006 | Check | | $6,609.36 |
| | 01/19/2006 | Check | | $28,732.43 |
| | 02/07/2006 | Check | | $4,124.01 |
| | 03/10/2006 | Check | | $4,304.64 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $44,497.02 |
| BARBARA J KEWELL | | | | |
| | 01/09/2006 | ACH | | $6,814.74 |
| | 02/07/2006 | ACH | | $6,814.74 |
| | 03/10/2006 | ACH | | $6,155.26 |
| | | | SUBTOTAL | $19,784.74 |
| BARBARA J VIVERO REVOCABLE TRUST | | | | |
| | 01/09/2006 | ACH | | $3,190.73 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $944.97 |
| | 03/10/2006 | ACH | | $833.51 |
| | | | SUBTOTAL | $8,514.14 |
| BARBARA L GUNTHER | | | | |
| | 01/09/2006 | ACH | | $2,674.06 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $428.30 |
| | 03/10/2006 | ACH | | $366.84 |
| | | | SUBTOTAL | $7,014.13 |
| BARBARA REISS MILLER REVOCABLE LIVING | | | | |
| | 01/09/2006 | ACH | | $4,378.32 |
| | 01/19/2006 | ACH | | $4,253.92 |
| | 02/07/2006 | ACH | | $2,150.07 |
| | 03/10/2006 | ACH | | $1,918.00 |
| | | | SUBTOTAL | $12,700.31 |
| BARBARA STRICKLIN & ROBERT T CHYLAK | | | | |
| | 01/09/2006 | ACH | | $3,913.97 |
| | 02/07/2006 | ACH | | $3,913.97 |
| | 03/10/2006 | ACH | | $3,535.20 |
| | | | SUBTOTAL | $11,363.14 |
| BARBARA SUSAN MALKOFF | | | | |
| | 01/09/2006 | Check | | $2,583.33 |
| | 02/07/2006 | Check | | $2,583.33 |
| | 03/10/2006 | Check | | $2,333.33 |
| | | | SUBTOTAL | $7,499.99 |
| BARBELLA FAMILY | | | | |
| | 01/09/2006 | Check | | $2,674.06 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $428.30 |
| | 03/10/2006 | Check | | $366.84 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $7,740.71 |
| BARBER FAMILY TRUST DATED 4/24/98 | | | | |
| | 01/09/2006 | Check | | $2,583.34 |
| | 02/07/2006 | Check | | $2,583.34 |
| | 03/10/2006 | Check | | $2,333.34 |
| | | | SUBTOTAL | $7,500.02 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**
**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| BARNHART FAMILY | | | | |
| | 01/09/2006 | ACH | | $1,802.21 |
| | 02/07/2006 | ACH | | $51,785.54 |
| | 03/10/2006 | ACH | | $1,261.14 |
| | | | SUBTOTAL | $54,848.89 |
| BARRY GAMBARANA | | | | |
| | 01/09/2006 | Check | | $4,417.50 |
| | 02/07/2006 | Check | | $4,417.50 |
| | 03/10/2006 | Check | | $3,990.01 |
| | | | SUBTOTAL | $12,825.01 |
| BARRY J GOLDSTEIN & PATRICIA B GOLDSTEIN | | | | |
| | 01/09/2006 | ACH | | $10,198.01 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $8,056.42 |
| | 03/10/2006 | ACH | | $7,748.79 |
| | | | SUBTOTAL | $29,548.15 |
| BARTON R WILKINSON & DIANNA J WILKINSON + F3502 | | | | |
| | 01/09/2006 | ACH | | $1,778.19 |
| | 02/07/2006 | ACH | | $1,778.19 |
| | 03/10/2006 | ACH | | $1,606.11 |
| | | | SUBTOTAL | $5,162.49 |
| BARTON REVOCABLE TRUST | | | | |
| | 01/09/2006 | Check | | $4,245.59 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $1,999.83 |
| | 03/10/2006 | Check | | $1,786.29 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $12,303.22 |
| BASIL HONIKMAN & LINDA HONIKMAN | | | | |
| | 01/09/2006 | ACH | | $2,120.48 |
| | 02/07/2006 | ACH | | $2,120.48 |
| | 03/10/2006 | ACH | | $1,915.28 |
| | | | SUBTOTAL | $6,156.24 |
| BASKO REVOCABLE TRUST UTD 7/21/93 | | | | |
| | 01/09/2006 | ACH | | $2,674.06 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $428.30 |
| | 03/10/2006 | ACH | | $366.84 |
| | | | SUBTOTAL | $7,014.13 |
| BAY AREA CAPITAL LLC | | | | |
| | 01/09/2006 | ACH | | $2,948.65 |
| | 02/07/2006 | ACH | | $2,948.65 |
| | 03/10/2006 | ACH | | $9,106.50 |
| | | | SUBTOTAL | $15,003.80 |
| BDW 1987 TRUST DATED 9/29/87 | | | | |
| | 01/09/2006 | Check | | $20,465.48 |
| | 02/07/2006 | Check | | $2,089.34 |
| | 03/10/2006 | Check | | $2,279.17 |
| | | | SUBTOTAL | $24,833.99 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

## SOFA 3b
## PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING
### USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR
### COLLECTION ACCOUNT

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| BEA FAMILY INC | | | | |
| | 01/09/2006 | Check | | $3,750.45 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $1,504.69 |
| | 03/10/2006 | Check | | $1,339.07 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $10,865.72 |
| BECKY SAKELLARIOU | | | | |
| | 01/09/2006 | ACH | | $516.67 |
| | 02/07/2006 | ACH | | $50,500.00 |
| | | | SUBTOTAL | $51,016.67 |
| BELLAS 1996 FAMILY TRUST | | | | |
| | 01/09/2006 | ACH | | $18,752.30 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $1,912.90 |
| | 03/10/2006 | ACH | | $1,707.77 |
| | | | SUBTOTAL | $25,917.90 |
| BELMONTE FAMILY TRUST | | | | |
| | 01/09/2006 | Check | | $1,920.66 |
| | 02/07/2006 | Check | | $1,920.66 |
| | 03/10/2006 | Check | | $9,792.58 |
| | | | SUBTOTAL | $13,633.90 |
| BEN LOFGREN & DANA LOFGREN | | | | |
| | 01/09/2006 | ACH | | $3,836.56 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $1,590.80 |
| | 03/10/2006 | ACH | | $1,461.28 |
| | | | SUBTOTAL | $10,433.57 |
| BENDER FAMILY TRUST BY-PASS | | | | |
| | 01/09/2006 | Check | | $5,300.45 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $3,263.02 |
| | 03/10/2006 | Check | | $4,344.61 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $17,179.59 |
| BENDER FAMILY TRUST DTD 7/30/92 SURVIVORS TRUST | | | | |
| | 01/09/2006 | Check | | $2,626.38 |
| | 02/07/2006 | Check | | $2,626.38 |
| | 03/10/2006 | Check | | $2,372.22 |
| | | | SUBTOTAL | $7,624.98 |
| BENJAMIN & ALEATH NICOSIA FAMILY | | | | |
| | 01/09/2006 | Check | | $3,293.75 |
| | 02/07/2006 | Check | | $3,293.75 |
| | 03/10/2006 | Check | | $2,975.00 |
| | | | SUBTOTAL | $9,562.50 |
| BENNIE N REVELLO IRA | | | | |
| | 01/09/2006 | ACH | | $4,523.68 |
| | 01/19/2006 | ACH | | $5,317.40 |
| | 02/07/2006 | ACH | | $1,155.03 |
| | 03/10/2006 | ACH | | $1,013.24 |
| | | | SUBTOTAL | $12,009.35 |
| BERNARD BORG | | | | |
| | 01/09/2006 | ACH | | $55,440.91 |
| | | | SUBTOTAL | $55,440.91 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**
**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**
**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**
**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| BERNARD GREENBLATT | | | | |
| | 01/09/2006 | ACH | | $18,356.21 |
| | 02/07/2006 | ACH | | $18,356.21 |
| | 03/10/2006 | ACH | | $55,239.02 |
| | | | SUBTOTAL | $91,951.44 |
| BERNARD KLOENNE LIVING | | | | |
| | 01/09/2006 | ACH | | $41,005.68 |
| | 01/19/2006 | ACH | | $106,067.40 |
| | 02/07/2006 | ACH | | $15,612.19 |
| | 03/10/2006 | ACH | | $15,878.73 |
| | | | SUBTOTAL | $178,564.00 |
| BERNARD L FINLEY AND JACKLYN FINLEY | | | | |
| | 01/09/2006 | ACH | | $1,116.67 |
| | 02/07/2006 | ACH | | $2,483.33 |
| | 03/10/2006 | ACH | | $2,333.33 |
| | | | SUBTOTAL | $5,933.33 |
| BERNARD SINDLER IRA | | | | |
| | 01/09/2006 | Check | | $30,632.55 |
| | 02/07/2006 | Check | | $307.55 |
| | 03/10/2006 | Check | | $277.79 |
| | | | SUBTOTAL | $31,217.89 |
| BERNARDO G GREGORIO & CORAZON S M GREGORIO | | | | |
| | 01/09/2006 | ACH | | $1,723.12 |
| | 02/07/2006 | ACH | | $2,056.46 |
| | 03/10/2006 | ACH | | $3,423.03 |
| | | | SUBTOTAL | $7,202.61 |
| BERT E ARNLUND | | | | |
| | 01/09/2006 | Check | | $5,860.16 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $3,614.40 |
| | 03/10/2006 | Check | | $3,244.61 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $16,990.68 |
| BERTHA M STRAUSS | | | | |
| | 01/09/2006 | Check | | $20,756.34 |
| | 02/07/2006 | Check | | $188.85 |
| | 03/10/2006 | Check | | $443.33 |
| | | | SUBTOTAL | $21,388.52 |
| BETTY J PHENIX | | | | |
| | 01/09/2006 | ACH | | $42,756.21 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $3,549.84 |
| | 03/10/2006 | ACH | | $3,319.63 |
| | | | SUBTOTAL | $53,170.61 |
| BETZ FAMILY TRUST | | | | |
| | 01/09/2006 | ACH | | $6,006.25 |
| | 02/07/2006 | ACH | | $6,006.25 |
| | 03/10/2006 | ACH | | $4,963.90 |
| | | | SUBTOTAL | $16,976.40 |
| BEVERLY FABRICS INC | | | | |
| | 01/09/2006 | Check | | $3,143.06 |
| | 02/07/2006 | Check | | $3,143.06 |
| | 03/10/2006 | Check | | $2,838.89 |
| | | | SUBTOTAL | $9,125.01 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

## SOFA 3b
## PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING
### USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR
### COLLECTION ACCOUNT

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| BILLIE R CISLAGHI TRUST | | | | |
| | 01/09/2006 | Check | | $4,816.73 |
| | 02/07/2006 | Check | | $4,816.73 |
| | 03/10/2006 | Check | | $4,350.59 |
| | | | SUBTOTAL | $13,984.05 |
| BILLY D DENNY AND DONNA R DENNY 2000 | | | | |
| | 01/09/2006 | ACH | | $1,756.67 |
| | 02/07/2006 | ACH | | $1,756.67 |
| | 03/10/2006 | ACH | | $1,586.67 |
| | | | SUBTOTAL | $5,100.01 |
| BILLY SHOPE JR FAMILY LP | | | | |
| | 01/09/2006 | Check | | $2,409.94 |
| | 02/07/2006 | Check | | $2,409.94 |
| | 03/10/2006 | Check | | $2,176.72 |
| | | | SUBTOTAL | $6,996.60 |
| BION J MURPHY | | | | |
| | 01/09/2006 | ACH | | $516.67 |
| | 02/07/2006 | ACH | | $50,500.00 |
| | | | SUBTOTAL | $51,016.67 |
| BIRGEN CHARITABLE | | | | |
| | 01/09/2006 | Check | | $6,310.91 |
| | 02/07/2006 | Check | | $6,519.24 |
| | 03/10/2006 | Check | | $6,672.40 |
| | | | SUBTOTAL | $19,502.55 |
| BIRGEN FAMILY TRUST | | | | |
| | 01/09/2006 | Check | | $4,052.54 |
| | 02/07/2006 | Check | | $4,052.54 |
| | 03/10/2006 | Check | | $3,660.37 |
| | | | SUBTOTAL | $11,765.45 |
| BISHOFBERGER CHAR REM TRUST UAD 11/3/94 | | | | |
| | 01/09/2006 | ACH | | $3,398.77 |
| | 01/09/2006 | Check | | $14,825.95 |
| | 01/09/2006 | Check | | $2,376.46 |
| | 02/07/2006 | ACH | | $3,398.77 |
| | 02/07/2006 | Check | | $2,376.46 |
| | 02/07/2006 | Check | | $232.31 |
| | 03/10/2006 | Check | | $209.83 |
| | 03/10/2006 | Check | | $5,368.08 |
| | 03/10/2006 | ACH | | $3,069.87 |
| | | | SUBTOTAL | $35,256.50 |
| BLAIR E ROACH & BARBARA K ROACH | | | | |
| | 01/09/2006 | ACH | | $2,109.72 |
| | 02/07/2006 | ACH | | $2,109.72 |
| | 03/10/2006 | ACH | | $1,905.55 |
| | | | SUBTOTAL | $6,124.99 |
| BLAKES HOUSE FLORAL & BALLOON CO | | | | |
| | 01/09/2006 | ACH | | $1,765.27 |
| | 02/07/2006 | ACH | | $1,765.27 |
| | 03/10/2006 | ACH | | $1,594.44 |
| | | | SUBTOTAL | $5,124.98 |
| BOB O`CONNOR SELF EMPLOYED RETIREMENT ACCOUNT | | | | |
| | 01/09/2006 | ACH | | $2,195.82 |
| | 02/07/2006 | ACH | | $2,195.82 |
| | 03/10/2006 | ACH | | $2,005.55 |
| | | | SUBTOTAL | $6,397.19 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| BOLINO FAMILY REVOCABLE | | | | |
| | 01/09/2006 | ACH | | $5,733.32 |
| | 01/19/2006 | ACH | | $55,692.40 |
| | 02/07/2006 | ACH | | $1,718.84 |
| | 03/10/2006 | ACH | | $1,902.49 |
| | | | SUBTOTAL | $65,047.05 |
| BOYCE 1989 TRUST DATED 6/12/89 | | | | |
| | 01/09/2006 | Check | | $3,100.00 |
| | 02/07/2006 | Check | | $3,100.00 |
| | 03/10/2006 | Check | | $2,800.00 |
| | | | SUBTOTAL | $9,000.00 |
| BRADBURY FAMILY | | | | |
| | 01/09/2006 | ACH | | $4,133.32 |
| | 02/07/2006 | ACH | | $4,133.32 |
| | 03/10/2006 | ACH | | $3,733.32 |
| | | | SUBTOTAL | $11,999.96 |
| BRADFORD A MCMULLIN | | | | |
| | 01/09/2006 | ACH | | $3,401.39 |
| | 02/07/2006 | ACH | | $3,401.39 |
| | 03/10/2006 | ACH | | $3,072.22 |
| | | | SUBTOTAL | $9,875.00 |
| BRADFORD H SMITH & MAGGIE SMITH | | | | |
| | 01/09/2006 | ACH | | $1,571.53 |
| | 02/07/2006 | ACH | | $51,554.86 |
| | 03/10/2006 | ACH | | $952.78 |
| | | | SUBTOTAL | $54,079.17 |
| BRADSHAW FAMILY | | | | |
| | 01/09/2006 | Check | | $3,939.58 |
| | 02/07/2006 | Check | | $3,939.58 |
| | 03/10/2006 | Check | | $3,558.33 |
| | | | SUBTOTAL | $11,437.49 |
| BRENDA FALVAI | | | | |
| | 01/09/2006 | Check | | $4,245.59 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $1,999.83 |
| | 03/10/2006 | Check | | $1,786.29 |
| | | | SUBTOTAL | $11,576.64 |
| BRENDA J HIGH IRA | | | | |
| | 01/09/2006 | Check | | $16,477.56 |
| | 02/07/2006 | Check | | $1,988.09 |
| | 03/10/2006 | Check | | $2,187.72 |
| | | | SUBTOTAL | $20,653.37 |
| BRETT W SPERRY | | | | |
| | 01/09/2006 | Check | | $16,877.78 |
| | 02/07/2006 | Check | | $17,190.28 |
| | 03/10/2006 | Check | | $16,702.77 |
| | | | SUBTOTAL | $50,770.83 |
| BRIAN H BUSSE & DAWN BUSSE | | | | |
| | 01/09/2006 | ACH | | $9,764.08 |
| | 01/19/2006 | ACH | | $5,317.40 |
| | 02/07/2006 | ACH | | $6,821.82 |
| | 03/10/2006 | ACH | | $6,992.18 |
| | | | SUBTOTAL | $28,895.48 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**
**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**
**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**
**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| BRIAN K GALLAGHER & MARIATERESA GALLAGHER | | | | |
| | 01/09/2006 | Check | | $2,303.46 |
| | 02/07/2006 | Check | | $1,852.07 |
| | 03/10/2006 | Check | | $1,108.33 |
| | | | SUBTOTAL | $5,263.86 |
| BRIAN L RILEY IRA | | | | |
| | 01/09/2006 | Check | | $1,372.91 |
| | 02/07/2006 | Check | | $5,100.69 |
| | 03/10/2006 | Check | | $5,386.11 |
| | | | SUBTOTAL | $11,859.71 |
| BRIAN M SACK | | | | |
| | 01/09/2006 | ACH | | $193.10 |
| | 02/07/2006 | ACH | | $193.10 |
| | 03/10/2006 | ACH | | $6,617.61 |
| | | | SUBTOTAL | $7,003.81 |
| BRIDGES FAMILY TRUST | | | | |
| | 01/09/2006 | ACH | | $17,818.48 |
| | 01/19/2006 | ACH | | $14,179.73 |
| | 02/07/2006 | ACH | | $9,650.01 |
| | 03/10/2006 | ACH | | $10,053.47 |
| | | | SUBTOTAL | $51,701.69 |
| BRINEY FAMILY EXEMPTION | | | | |
| | 01/09/2006 | ACH | | $1,860.01 |
| | 02/07/2006 | ACH | | $1,860.01 |
| | 03/10/2006 | ACH | | $1,680.01 |
| | | | SUBTOTAL | $5,400.03 |
| BROADWALK INVESTMENTS LIMITED PARTNERSHIP | | | | |
| | 01/09/2006 | Check | | $84,102.31 |
| | 01/19/2006 | Check | | $7,089.86 |
| | 02/07/2006 | Check | | $14,096.22 |
| | 03/10/2006 | Check | | $49,234.39 |
| | 03/27/2006 | Check | | $25,719.16 |
| | | | SUBTOTAL | $180,241.94 |
| BROCK FAMILY TRUST DATED 5/25/95 | | | | |
| | 01/09/2006 | ACH | | $24,274.69 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $3,998.62 |
| | 03/10/2006 | ACH | | $3,591.66 |
| | | | SUBTOTAL | $35,409.90 |
| BROOKS LIVING TRUST DATED 6/30/97 | | | | |
| | 01/09/2006 | ACH | | $2,088.20 |
| | 02/07/2006 | ACH | | $2,088.20 |
| | 03/10/2006 | ACH | | $2,302.79 |
| | | | SUBTOTAL | $6,479.19 |
| BROWNE 1990 FAMILY | | | | |
| | 01/09/2006 | Check | | $3,985.22 |
| | 02/07/2006 | Check | | $4,151.89 |
| | 03/10/2006 | Check | | $4,532.90 |
| | | | SUBTOTAL | $12,670.01 |
| BRUCE D BRYEN | | | | |
| | 01/09/2006 | ACH | | $5,422.23 |
| | 02/07/2006 | ACH | | $5,941.67 |
| | 03/10/2006 | ACH | | $5,366.68 |
| | | | SUBTOTAL | $16,730.58 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| BRUCE R LEMAR | | | | |
| | 01/09/2006 | ACH | | $3,750.44 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $1,608.85 |
| | 03/10/2006 | ACH | | $1,825.17 |
| | | | SUBTOTAL | $10,729.39 |
| BRUCE SONNENBERG & ROSEMARY SONNENBERG | | | | |
| | 01/09/2006 | ACH | | $36,324.24 |
| | 02/07/2006 | ACH | | $7,820.27 |
| | 03/10/2006 | ACH | | $21,004.88 |
| | | | SUBTOTAL | $65,149.39 |
| BUCKALEW TRUST | | | | |
| | 01/09/2006 | Check | | $2,109.72 |
| | 02/07/2006 | Check | | $2,109.72 |
| | 03/10/2006 | Check | | $1,905.55 |
| | | | SUBTOTAL | $6,124.99 |
| BUNNY C VREELAND | | | | |
| | 01/09/2006 | ACH | | $5,795.60 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $3,549.84 |
| | 03/10/2006 | ACH | | $3,186.30 |
| | | | SUBTOTAL | $16,076.67 |
| BURGER 1981 TRUST | | | | |
| | 01/09/2006 | Check | | $2,109.72 |
| | 02/07/2006 | Check | | $2,109.72 |
| | 03/10/2006 | Check | | $1,905.55 |
| | | | SUBTOTAL | $6,124.99 |
| BURT FAMILY TRUST #2 | | | | |
| | 01/09/2006 | ACH | | $2,066.67 |
| | 02/07/2006 | ACH | | $2,066.67 |
| | 03/10/2006 | ACH | | $1,866.67 |
| | | | SUBTOTAL | $6,000.01 |
| BURTON M SACK | | | | |
| | 01/09/2006 | ACH | | $16,378.15 |
| | 01/19/2006 | ACH | | $5,317.40 |
| | 02/07/2006 | ACH | | $13,009.50 |
| | 03/10/2006 | ACH | | $43,313.58 |
| | | | SUBTOTAL | $78,018.63 |
| BYRNE E FALKE LIVING | | | | |
| | 01/09/2006 | Check | | $3,728.92 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $1,483.16 |
| | 03/10/2006 | Check | | $1,319.62 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $10,803.21 |
| BYRNE FALKE LIVING TRUST | | | | |
| | 01/09/2006 | ACH | | $47,302.00 |
| | 02/07/2006 | ACH | | $160,767.89 |
| | 03/10/2006 | ACH | | $8,670.99 |
| | | | SUBTOTAL | $216,740.88 |

---

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| C DONALD AYERS | | | | |
| | 01/09/2006 | ACH | | $3,163.60 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $917.84 |
| | 03/10/2006 | ACH | | $809.01 |
| | | | SUBTOTAL | $8,435.38 |
| C I B B INC PENSION PLAN | | | | |
| | 01/09/2006 | Check | | $2,443.05 |
| | 02/07/2006 | Check | | $2,109.72 |
| | 03/10/2006 | Check | | $1,905.56 |
| | | | SUBTOTAL | $6,458.33 |
| C K KHURY AND IRENE K BASS FAMILY | | | | |
| | 01/09/2006 | ACH | | $4,133.33 |
| | 02/07/2006 | ACH | | $4,133.33 |
| | 03/10/2006 | ACH | | $3,733.33 |
| | | | SUBTOTAL | $11,999.99 |
| CADWALLADER 2001 TRUST | | | | |
| | 01/09/2006 | Check | | $4,219.98 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $1,974.22 |
| | 03/10/2006 | Check | | $1,763.16 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $12,228.87 |
| CAFERRO LIVING TRUST DATED 12/22/03 | | | | |
| | 01/09/2006 | Check | | $516.67 |
| | 02/07/2006 | Check | | $516.67 |
| | 03/10/2006 | Check | | $466.67 |
| | 03/27/2006 | Check | | $34,176.87 |
| | | | SUBTOTAL | $35,676.88 |
| CAL-MARK BEVERAGE COMPANY DEFINED BENEFIT PLAN | | | | |
| | 01/09/2006 | Check | | $5,381.94 |
| | 02/07/2006 | Check | | $5,506.94 |
| | 03/10/2006 | Check | | $5,444.44 |
| | | | SUBTOTAL | $16,333.32 |
| CAMERON SURVIVORS TRUST DTD 12/22/97 | | | | |
| | 01/09/2006 | ACH | | $4,762.25 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $2,516.49 |
| | 03/10/2006 | ACH | | $2,252.95 |
| | | | SUBTOTAL | $13,076.62 |
| CAPITAL MORTGAGE INVESTORS INC | | | | |
| | 01/09/2006 | Check | | $4,267.11 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $2,021.35 |
| | 03/10/2006 | Check | | $1,905.73 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $12,465.70 |
| CAPRA 1998 TRUST | | | | |
| | 01/09/2006 | Check | | $613.22 |
| | 02/07/2006 | Check | | $613.22 |
| | 03/10/2006 | Check | | $3,775.47 |
| | | | SUBTOTAL | $5,001.91 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**
**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| CARALEE C WHITE | | | | |
| | 01/09/2006 | ACH | | $55,440.91 |
| | 02/07/2006 | ACH | | $270.84 |
| | 03/10/2006 | ACH | | $1,419.44 |
| | | | SUBTOTAL | $57,131.19 |
| CARALLAS HOLDINGS INC | | | | |
| | 01/09/2006 | Check | | $22,388.89 |
| | 02/07/2006 | Check | | $22,388.89 |
| | 03/10/2006 | Check | | $20,222.22 |
| | | | SUBTOTAL | $65,000.00 |
| CARDWELL CHARITABLE TRUST | | | | |
| | 01/09/2006 | Check | | $16,187.59 |
| | 01/19/2006 | Check | | $1,182,050.00 |
| | 02/07/2006 | Check | | $4,045.92 |
| | 03/10/2006 | Check | | $20,917.11 |
| | | | SUBTOTAL | $1,223,200.62 |
| CARDWELL FAMILY TRUST | | | | |
| | 01/09/2006 | Check | | $35,083.53 |
| | 01/19/2006 | Check | | $1,106,600.00 |
| | 02/07/2006 | Check | | $23,716.86 |
| | 03/10/2006 | Check | | $152,095.62 |
| | 03/27/2006 | Check | | $72,798.00 |
| | | | SUBTOTAL | $1,390,294.01 |
| CARL C HAGEN | | | | |
| | 01/09/2006 | ACH | | $2,124.80 |
| | 02/07/2006 | ACH | | $2,124.80 |
| | 03/10/2006 | ACH | | $1,685.83 |
| | | | SUBTOTAL | $5,935.43 |
| CARL L ROBINSON & KATHRYN S ROBINSON | | | | |
| | 01/09/2006 | Check | | $2,066.67 |
| | 02/07/2006 | Check | | $2,066.67 |
| | 03/10/2006 | Check | | $1,866.67 |
| | | | SUBTOTAL | $6,000.01 |
| CARMINE SPINELLI & ANNA SPINELLI | | | | |
| | 01/09/2006 | Check | | $2,058.05 |
| | 02/07/2006 | Check | | $2,058.05 |
| | 03/10/2006 | Check | | $1,858.89 |
| | | | SUBTOTAL | $5,974.99 |
| CAROL A KELLY | | | | |
| | 01/09/2006 | ACH | | $2,387.86 |
| | 02/07/2006 | ACH | | $2,387.86 |
| | 03/10/2006 | ACH | | $2,156.77 |
| | | | SUBTOTAL | $6,932.49 |
| CAROL EDWARD ASSOCIATES | | | | |
| | 01/09/2006 | ACH | | $133.33 |
| | 01/11/2006 | ACH | | $1,033.33 |
| | 02/07/2006 | ACH | | $2,066.66 |
| | 03/10/2006 | ACH | | $2,066.66 |
| | | | SUBTOTAL | $5,299.98 |
| CAROL J SIMCOCK | | | | |
| | 01/09/2006 | Check | | $2,712.50 |
| | 02/07/2006 | Check | | $2,712.50 |
| | 03/10/2006 | Check | | $2,449.99 |
| | | | SUBTOTAL | $7,874.99 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

## SOFA 3b
## PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING
### USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR
### COLLECTION ACCOUNT

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| CAROL J SIMCOCK IRA | | | | |
| | 01/09/2006 | Check | | $3,702.78 |
| | 02/07/2006 | Check | | $3,702.78 |
| | 03/10/2006 | Check | | $3,344.45 |
| | | | SUBTOTAL | $10,750.01 |
| CAROL MORTENSEN FAMILY | | | | |
| | 01/09/2006 | ACH | | $2,324.36 |
| | 02/07/2006 | ACH | | $2,324.36 |
| | 03/10/2006 | ACH | | $2,099.43 |
| | | | SUBTOTAL | $6,748.15 |
| CAROL SUE DUNTON | | | | |
| | 01/09/2006 | ACH | | $1,033.34 |
| | 02/07/2006 | ACH | | $51,016.67 |
| | 03/10/2006 | ACH | | $466.67 |
| | | | SUBTOTAL | $52,516.68 |
| CAROLINE GERWIN FAMILY | | | | |
| | 01/09/2006 | ACH | | $3,410.00 |
| | 02/07/2006 | ACH | | $3,410.00 |
| | 03/10/2006 | ACH | | $3,080.00 |
| | | | SUBTOTAL | $9,900.00 |
| CAROLYN RAND SAMUELSON REVOCABLE | | | | |
| | 01/09/2006 | Check | | $1,739.67 |
| | 02/07/2006 | Check | | $1,739.67 |
| | 03/10/2006 | ACH | | $1,571.32 |
| | | | SUBTOTAL | $5,050.66 |
| CARRIER FAMILY TRUST DATED 8/9/91 | | | | |
| | 01/09/2006 | ACH | | $3,212.25 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $966.49 |
| | 03/10/2006 | ACH | | $852.95 |
| | | | SUBTOTAL | $8,576.62 |
| CARSON FAMILY TRUST DATED 11-19-04 | | | | |
| | 01/09/2006 | ACH | | $4,103.29 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $2,190.86 |
| | 03/10/2006 | ACH | | $5,812.70 |
| | | | SUBTOTAL | $15,651.78 |
| CARTER L GRENZ | | | | |
| | 01/09/2006 | Check | | $1,937.50 |
| | 02/07/2006 | Check | | $2,104.17 |
| | 03/10/2006 | Check | | $2,527.78 |
| | | | SUBTOTAL | $6,569.45 |
| CASEBOLT REVOCABLE | | | | |
| | 01/09/2006 | Check | | $3,750.45 |
| | 01/19/2006 | Check | | $3,544.93 |
| | 02/07/2006 | Check | | $1,504.69 |
| | 03/10/2006 | Check | | $1,339.07 |
| | 03/27/2006 | Check | | $726.58 |
| | | | SUBTOTAL | $10,865.72 |
| CASSANDRA J ROBBINS | | | | |
| | 01/09/2006 | Check | | $3,771.68 |
| | 02/07/2006 | Check | | $3,771.68 |
| | 03/10/2006 | Check | | $3,406.68 |
| | | | SUBTOTAL | $10,950.04 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**
**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**
**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**
**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| CATHERINE D OPPIO | | | | |
| | 01/09/2006 | Check | | $10,110.38 |
| | 01/19/2006 | Check | | $10,634.80 |
| | 02/07/2006 | Check | | $3,373.10 |
| | 03/10/2006 | Check | | $2,986.64 |
| | 03/27/2006 | Check | | $2,179.74 |
| | | | SUBTOTAL | $29,284.66 |
| CATHERINE GARLAND | | | | |
| | 01/09/2006 | ACH | | $3,750.45 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $1,504.69 |
| | 03/10/2006 | ACH | | $1,339.07 |
| | | | SUBTOTAL | $10,139.14 |
| CATHERINE PERRONE | | | | |
| | 01/09/2006 | Check | | $6,381.45 |
| | 01/19/2006 | Check | | $7,089.86 |
| | 02/07/2006 | Check | | $1,889.94 |
| | 03/10/2006 | Check | | $1,667.01 |
| | 03/27/2006 | Check | | $1,453.16 |
| | | | SUBTOTAL | $18,481.42 |
| CESARI PIAZZA IRA | | | | |
| | 01/09/2006 | Check | | $4,926.03 |
| | 01/19/2006 | Check | | $5,317.40 |
| | 02/07/2006 | Check | | $1,557.38 |
| | 03/10/2006 | Check | | $1,376.65 |
| | 03/27/2006 | Check | | $1,089.87 |
| | | | SUBTOTAL | $14,267.33 |
| CHARLES A JENSEN & FRANCES JENSEN | | | | |
| | 01/09/2006 | ACH | | $2,066.67 |
| | 02/07/2006 | ACH | | $2,066.67 |
| | 03/10/2006 | ACH | | $1,866.67 |
| | | | SUBTOTAL | $6,000.01 |
| CHARLES A STARR CO | | | | |
| | 01/09/2006 | Check | | $1,033.34 |
| | 02/07/2006 | Check | | $51,016.67 |
| | 03/10/2006 | Check | | $466.67 |
| | | | SUBTOTAL | $52,516.68 |
| CHARLES B ANDERSON TRUST | | | | |
| | 01/09/2006 | ACH | | $75,407.17 |
| | 01/19/2006 | ACH | | $14,179.73 |
| | 02/07/2006 | ACH | | $39,574.33 |
| | 03/10/2006 | ACH | | $71,845.55 |
| | | | SUBTOTAL | $201,006.78 |
| CHARLES B DUNN IV | | | | |
| | 01/09/2006 | ACH | | $3,654.13 |
| | 02/07/2006 | ACH | | $53,637.46 |
| | 03/10/2006 | ACH | | $3,150.52 |
| | | | SUBTOTAL | $60,442.11 |
| CHARLES E BOROM & LANNA G BOROM | | | | |
| | 01/09/2006 | Check | | $5,758.67 |
| | 02/07/2006 | Check | | $5,862.84 |
| | 03/10/2006 | Check | | $5,687.50 |
| | | | SUBTOTAL | $17,309.01 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| CHARLES HARPER & EVANGELINE HARPER | | | | |
| | 01/09/2006 | ACH | | $19,606.70 |
| | 02/07/2006 | ACH | | $1,780.56 |
| | 03/10/2006 | ACH | | $2,391.68 |
| | | | SUBTOTAL | $23,778.94 |
| CHARLES HENRY SMALL | | | | |
| | 01/09/2006 | ACH | | $3,190.73 |
| | 01/19/2006 | ACH | | $3,544.93 |
| | 02/07/2006 | ACH | | $1,069.97 |
| | 03/10/2006 | ACH | | $1,416.84 |
| | | | SUBTOTAL | $9,222.47 |
| CHARLES JEREMY AINSWORTH | | | | |
| | 01/09/2006 | ACH | | $4,401.37 |
| | 02/07/2006 | ACH | | $6,085.40 |
| | 03/10/2006 | ACH | | $6,280.54 |
| | | | SUBTOTAL | $16,767.31 |
| CHARLES LEBRON PARKER & MARY JANE PARKER | | | | |
| | 01/09/2006 | ACH | | $2,841.02 |
| | 02/07/2006 | ACH | | $2,841.02 |
| | 03/10/2006 | ACH | | $9,009.29 |
| | | | SUBTOTAL | $14,691.33 |
| CHARLES R BROOKS AND WENDY S BROOKS | | | | |
| | 01/09/2006 | ACH | | $2,583.35 |
| | 02/07/2006 | ACH | | $2,583.35 |
| | 03/10/2006 | ACH | | $2,650.02 |
| | | | SUBTOTAL | $7,816.72 |
| CHARLES ROBERT COWMAN & GENEVA COWMAN JOINT | | | | |
| | 01/09/2006 | ACH | | $193.10 |
| | 02/07/2006 | ACH | | $193.10 |
| | 03/10/2006 | ACH | | $6,617.61 |
| | | | SUBTOTAL | $7,003.81 |
| CHARLES T MASTERS & SANDRA O MASTERS | | | | |
| | 01/09/2006 | ACH | | $4,574.66 |
| | 02/07/2006 | ACH | | $4,574.66 |
| | 03/10/2006 | ACH | | $4,131.95 |
| | | | SUBTOTAL | $13,281.27 |
| CHARLOTTE SNOPKO MARITAL | | | | |
| | 01/09/2006 | ACH | | $5,112.85 |
| | 02/07/2006 | ACH | | $5,112.85 |
| | 03/10/2006 | ACH | | $4,618.06 |
| | | | SUBTOTAL | $14,843.76 |
| CHESLEY R DAVIES & MARY E DAVIES | | | | |
| | 01/09/2006 | Check | | $2,066.66 |
| | 02/07/2006 | Check | | $2,066.66 |
| | 03/10/2006 | Check | | $1,866.66 |
| | | | SUBTOTAL | $5,999.98 |
| CHESLEY R DAVIES MD CHTD PSP | | | | |
| | 01/09/2006 | Check | | $2,927.77 |
| | 02/07/2006 | Check | | $2,927.77 |
| | 03/10/2006 | Check | | $2,644.44 |
| | | | SUBTOTAL | $8,499.98 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**USA COMMERCIAL MORTGAGE COMPANY, CASE NO. 06-10725-LBR**

**COLLECTION ACCOUNT**

| NAME AND ADDRESS | PAYMENT DATE | METHOD OF PAYMENT | | TOTAL AMT PAID |
|---|---|---|---|---|
| CHESTER R MCDOWELL | | | | |
| | 01/09/2006 | Check | | $5,606.80 |
| | 02/07/2006 | Check | | $5,606.80 |
| | 03/10/2006 | Check | | $5,064.21 |
| | | | SUBTOTAL | $16,277.81 |
| CHRIS F LAPACIK AND ROSEMARY D LAPACIK | | | | |
| | 01/09/2006 | ACH | | $2,583.34 |
| | 02/07/2006 | ACH | | $2,583.34 |
| | 03/10/2006 | ACH | | $2,333.34 |
| | | | SUBTOTAL | $7,500.02 |
| CHRIS HENDRICKSON | | | | |
| | 01/09/2006 | ACH | | $2,508.81 |
| | 02/07/2006 | ACH | | $3,443.81 |
| | 03/10/2006 | ACH | | $3,110.54 |
| | | | SUBTOTAL | $9,063.16 |
| CHRIS J HAMMOND & TARA M HAMMOND | | | | |
| | 01/09/2006 | Check | | $193.10 |
| | 02/07/2006 | Check | | $193.10 |
| | 03/10/2006 | Check | | $6,617.61 |
| | | | SUBTOTAL | $7,003.81 |
| CHRIS KEFALAS & KATHY KEFALAS | | | | |
| | 01/09/2006 | Check | | $1,136.67 |
| | 02/07/2006 | Check | | $61,116.67 |
| | 03/10/2006 | Check | | $466.67 |
| | | | SUBTOTAL | $62,720.01 |
| CHRISTIAN HANSEN | | | | |
| | 01/09/2006 | Check | | $10,600.89 |
| | 01/19/2006 | Check | | $7,089.86 |
| | 02/07/2006 | Check | | $6,109.38 |
| | 03/10/2006 | Check | | $5,478.11 |
| | 03/27/2006 | Check | | $1,453.16 |
| | | | SUBTOTAL | $30,731.40 |
| CHRISTIANE MENCINI-BAKER REVOCABLE TRUST | | | | |
| | 01/09/2006 | ACH | | $5,403.34 |
| | 02/07/2006 | ACH | | $5,089.17 |
| | 03/10/2006 | ACH | | $4,596.66 |
| | | | SUBTOTAL | $15,089.17 |
| CHRISTINA M KEHL | | | | |
| | 01/09/2006 | Check | | $19,852.50 |
| | 01/19/2006 | Check | | $14,179.73 |
| | 02/07/2006 | Check | | $8,925.02 |
| | 03/10/2006 | Check | | $9,925.70 |
| | 03/27/2006 | Check | | $2,906.32 |
| | | | SUBTOTAL | $55,789.27 |
| CHRISTOPHER DICKINSON & PATRICIA DICKINSON | | | | |
| | 01/09/2006 | ACH | | $5,348.12 |
| | 01/19/2006 | ACH | | $7,089.86 |
| | 02/07/2006 | ACH | | $856.61 |
| | 03/10/2006 | ACH | | $733.68 |
| | | | SUBTOTAL | $14,028.27 |
| CHRISTOPHER R ISAAK | | | | |
| | 02/07/2006 | ACH | | $1,000.00 |
| | 03/10/2006 | ACH | | $4,666.67 |
| | | | SUBTOTAL | $5,666.67 |

NOTE: The SOFA 3B rider excludes payroll disbursements.