**Statement of Financial Affairs**

**Question 15 Attachment**

**PRIOR ADDRESS OF DEBTOR**

15.  Premises which the debtor occupied during the three years immediately preceding the commencement of this case and vacated prior to the commencement of this case.

| ADDRESS | NAME USED | DATES OF OCCUPANCY | |
| --- | --- | --- | --- |
| | | FROM | TO |
| Regus Business Center<br>444 Eastgate Mall, 2nd Floor<br>San Diego , Ca 92121 | USA Capital | 01/01/03 | 06/30/03 |
| Rentz Christian & Co.<br>Rolling Hills Plaza<br>2601 Airport Drive, Suite 370<br>Torrance, CA 90505 | USA Capital | 07/01/04 | 12/31/05 |
| Tanamera Apt. Homes<br>900 S. Meadows Pkwy<br>Reno, NV 89511 | USA Capital | 07/01/02 | 11/14/05 |

Case No. 06-10725-LBR

**Statement of Financial Affairs**
**Question 18. a. Attachment**
**NATURE, LOCATION AND NAME OF BUSINESS**

18. a.  Names, addresses, taxpayer identification numbers, nature of businesses, and beginning and ending dates of all businesses in which the debtor

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO. / COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | DATES OF OPERATION BEGINNING | ENDING |
|---|---|---|---|---|---|
| Amblamo, LLC | 88-0470332 | 4496 S. Pecos Road Las Vegas, NV 89121 | Acquisition of Black Mountain loans and litigation with guarantors | 08/01/00 | 09/30/05 |
| Palmdale Associates, LLC | 88-0463692 | 4484 S. Pecos Road Las Vegas, NV 89121 | Acquisition of Palmdale loans and litigation with guarantors | 01/21/00 | 02/01/04 |

Case No. 06-10725-LBR

**Statement of Financial Affairs**

**Question 19. a. Attachment**

**KEEPERS OF THE BOOKS OF ACCOUNT AND RECORDS**

19. a.  Bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME | ADDRESS | DATES OF SERVICES RENDERED |
|---|---|---|
| Robert A. Hilson | 4484 S. Pecos Road<br>Las Vegas, NV 89121 | 4/13/2004 - Filing Date |

Case No. 06-10725-LBR

**Statement of Financial Affairs**

**Question 19. b. Attachment**

**AUDITORS AND PREPARERS OF FINANCIAL STATEMENTS**

19. b.  Firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES OF SERVICES RENDERED |
|------|---------|----------------------------|
| Piercy Bowler Taylor & Kern | 6100 Elton Avenue, STE 1000<br>Las Vegas, NV 89107 | Fiscal Year 2004<br>Fiscal Year 2005 Incomplete |

Case No. 06-10725-LBR

**Statement of Financial Affairs**

**Question 19. c.  Attachment**

**LOCATION OF BOOKS OF ACCOUNT AND RECORDS**

19. c.  Firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.

| NAME | ADDRESS |
|---|---|
| USA Commercial Mortgage Company | 4484 S. Pecos Rd. Las Vegas, NV 89121 |

**Statement of Financial Affairs**

**Question 21. b. Attachment**

**CURRENT OFFICERS, DIRECTORS AND SHAREHOLDERS**

21. b. Current officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE OF STOCK OWNERSHIP | PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|---|
| Joseph Milanowski<br>8520 Chiquita Drive<br>Las Vegas, NV 89128 | President/Director | | |
| Mark L. Olsen<br>4484 South Pecos Road<br>Las Vegas, NV 89121 | Director | | |
| Victoria S. Loob<br>3613 Hillsdale<br>Las Vegas, NV 89108 | Secretary/Treasurer | | |
| Thomas A. Hantges, Trustee of the Thomas A. Hantges Separate Trust UAD 12/24/97<br>18 Chalet Hills Terrace<br>Henderson, NV 89052 | Shareholder | | 48.45% |
| Joseph Milanowski, Trustee of the Joseph D. Milanowski 1998 Trust<br>8520 Chiquita Drive<br>Las Vegas, NV 89128 | Shareholder | | 38.00% |
| Red Granite, LLC<br>8930 Bel Conte Lane<br>Henderson, NV 89074 | Shareholder | | 8.55% |
| Paul S. Hamilton<br>2841 Bassano Court<br>Henderson, NV 89074 | Shareholder | | 5.00% |

Case No. 06-10725-LBR

**Statement of Financial Affairs**

**Question 22. b. Attachment**

**FORMER OFFICERS, DIRECTORS AND SHAREHOLDERS**

22. b.  Officers and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Tom Rondeau<br>4496 South Pecos Road<br>Las Vegas, NV 89121 | Executive Vice President | 09/09/05 |
| Eugene Buckley<br>P O Box 42908<br>Las Vegas, NV 89116 | Director | 12/31/05 |

**Case No. 06-10725-LBR**

**Statement of Financial Affairs**
**Question 25  Attachment**
**Pension Funds**

25.  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| USA Commercial Mortgage Company Defined Benefit Pension Plan | 88-0244801 |