**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on June 16, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    **06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>    **06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    **06-10728** | **SECOND AMENDMENT TO VERIFIED STATEMENT OF ROB CHARLES PURSUANT TO BANKRUPTCY RULES 2014 IN SUPPORT OF APPLICATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LEWIS AND ROCA LLP AS COUNSEL FOR THE COMMITTEE** |
| **USA Capital First Trust Deed Fund, LLC**<br>    **06-10728** | |
| **USA Securities, LLC**<br>    **06-10729** | |
| **Debtors.** | Date: NA<br>Time: NA<br>**Affecting:**<br>¨  All Cases<br>**or Only:**<br>✕  USA Commercial Mortgage Company<br>¨  USA Capital Realty Advisors, LLC<br>¨  USA Capital Diversified Trust Deed Fund, LLC<br>¨  USA Capital First Trust Deed Fund, LLC |

Rob Charles declares under penalty of perjury:

1739787.3



1. This declaration supplements Lewis and Roca LLP's prior disclosures to this Court.

2. The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Trust Deed Committee") has sought authority to employ Orrick, Herrington & Sutcliffe LLP ("Orrick") as its counsel.

3. Lawyers at Lewis and Roca in its Phoenix office work with lawyers at the Orrick firm from time to time on municipal finance transactions. Lewis and Roca, in its capacity as Bond Counsel on transactions, has established a relationship with the Public Finance Tax Group of Orrick for consultations on complex federal tax issues. In some transactions, Orrick is consulted about specific tax issues and not requested or required to investigate any facts or to review the tax aspects of any transaction generally. Absent special circumstances, Lewis and Roca pays directly and absorbs the cost of consultations with Orrick.

4. These connections with the Orrick firm do give rise to an attorney-client relationship between the Orrick firm and Lewis and Roca. However, these connections are in any event not related in any way to any of the Debtors.

5. Nothing about these connections with the Orrick firm would impact Lewis and Roca in any way in its dealings with the Orrick firm and the Committee it represents.

Dated June 16, 2006.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
         Rob Charles
         *Attorneys for Official Committee of Unsecured Creditors*