Entered on Docket
June 16, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

[Proposed] Attorneys for the Official Committee of Equity
Security Holders of USA Capital Diversified Trust Deed Fund,
LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |

{00293594;}US_WEST:260033701.3              - 1 -

| In re:<br>USA SECURITIES, LLC,<br>                            Debtor. | Date: June 21, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |
|---|---|

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR THE APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC**
**_NUNC PRO TUNC_ AS OF JUNE 9, 2006**

This Court having considered the Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisors to the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC _Nunc Pro Tunc_ as of June 9, 2006 (the "FTI Application"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** and **NOTICE IS HEREBY GIVEN** that the FTI Application be, and the same will be heard by a United States Bankruptcy Judge on the 21st day of June 2006, at 9:30 a.m. A copy of the above-referenced FTI Application may be obtained by accessing BMC Group, Inc.'s website at www.Bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, and is on file with the clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, NV 89101.

**IT IS FURTHER ORDERED** and **NOTICE IS FURTHER GIVEN** that parties in interest shall have up to and including the close of business at 5:00 p.m. Pacific Time on Friday,

June 16, 2006, to file and serve responsive pleadings to the FTI Application and shall deliver courtesy copies of said pleadings, if any, to the Court no later than 12:00 p.m. on June 19, 2006.

**IT IS FURTHER ORDERED** and **NOTICE IS FURTHER GIVEN** that the USA Diversified Committee shall have up to and including the close of business at 5:00 p.m. Pacific Time on Tuesday, June 20, 2006, to file and serve a brief in reply to any opposition to the FTI Application and shall deliver courtesy copies of said pleadings to the Court no later than 5:00 p.m. on June 20, 2006.

NOTICE IS FURTHER GIVEN that this hearing may be continued from time-to-time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

DATED this 14th day of June 2006.

PREPARED AND SUBMITTED:

BECKLEY SINGLETON, CHTD.

BY: /s/ Anne M. Loraditch

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, NV 89101

###