**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on June 19, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>**06-10725 – Lead Case** | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>**06-10726** | **RESPONSE TO APPLICATION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL, LLC AS ITS FINANCIAL AND REAL ESTATE ADVISOR NUNC PRO TUNC TO JUNE 1, 1006** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>**06-10728** | |
| **USA Capital First Trust Deed Fund, LLC**<br>**06-10728** | |
| **USA Securities, LLC**<br>**06-10729** | |
| **Debtors.** | Date: June 21, 2006<br>Time: 10:00 a.m.<br>**Affecting:**<br>☒ All Cases<br>**or Only:**<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

The Official Unsecured Creditors' Committee for USA Commercial Mortgage Company (the "Committee") does not oppose the employment of financial or real estate

201500.1

1  advisors for either or both of the Official Committee of Equity Security Holders of USA
2  Capital First Trust Deed Fund, LLC or USA Capital Diversified Trust Deed Fund, LLC.
3     However, the two funds' Committees have elected to retain separate financial and
4  real estate advisors. The interests of the Funds are, in most respects, substantially similar,
5  although their interests in particular loans may not completely overlap. Consequently,
6  having two firms of financial and real estate advisors will inevitably result in duplication
7  of effort and expense for the estate. While it is a platitude to say that compensation for
8  professionals is determined by the Court in its discretion after an application and notice, it
9  is also true that professionals, rather than creditors, should bear the risk of the potential
10 redundancy.
11    Accordingly, the Committee does not oppose retention of the professionals, but will
12 oppose requests for compensation for duplicative or redundant services, such as both
13 Committees' professionals reviewing the same underlying loan transaction.
14    Dated June 19, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee*

2

201500.1