

The parties shall have until June 19 at noon to file any responsive pleadings. Copies must be immediately delivered to chambers.

**Entered on Docket**
**June 19, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATION AND ORDER RE EXTENDING TIME TO FILE RESPONSIVE PLEADINGS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

| Affects: | HEARING DATE: |
|---|---|
| ☒ All Debtors | Date: June 21, 2006 |
| ☐ USA Commercial Mortgage Company | Time: 9:30 a.m. |
| ☐ USA Securities, LLC | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA First Trust Deed Fund, LLC | |

IT IS HEREBY STIPULATED and AGREED by and between the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company (the "Direct Lenders Committee") by and through its attorneys, Gordon & Silver, Ltd., USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital Trust Deed Fund, LLC (collectively, the "Debtors") by and through their attorneys, Schwartzer & McPherson Law Firm and Ray Quinney & Nebeker, P.C., the Office of the United States Trustee, by and through August B. Landis (the "Trustee"), the Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC (the "First Trust Equity Holders Committee") by and through its attorneys Stutman Treister & Glatt, the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "Unsecured Creditors Committee") by and through its proposed attorneys Lewis and Roca, LLP, and the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC (the "Diversified Trust Equity Holders Committee") by and through its proposed attorneys Orrick Herrington & Sutcliffe and Beckley Singleton, Chtd., (collectively, the "Parties") as follows:

WHEREAS on June 9, 2006, the Debtors filed a <u>Motion To Remove Fertitta Enterprises As Member of Official Committee of Holders of Executory Contract Rights</u> (the "Remove Committee Member Motion"), which is scheduled to be heard on June 21, 2006 at 9:30 a.m. See Remove Committee Member Motion, docket no. 562.

WHEREAS on June 9, 2006, the Debtors filed <u>Debtors' Application For Administrative Order Establishing Procedures For Interim Compensation And Reimbursement of Expenses of Professionals (Affects All Debtors)</u> (the "Procedures For Compensation Motion"), which is scheduled to be heard on June 21, 2006 at 9:30 a.m. See Procedures For Compensation Motion,

docket no. 570.

WHEREAS on June 9, 2006, the Debtors filed <u>Debtors' Motion For Order Approving Agreement With Investment Partners</u> (the "Investment Partners Motion"), which is scheduled to be heard on June 21, 2006 at 9:30 a.m. <u>See</u> Investment Partners Motion, docket no. 575.

WHEREAS on June 9, 2006, the Debtors filed a <u>Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing</u> (the "DIP Financing Motion"), which is scheduled to be heard on June 21, 2006 at 9:30 a.m. <u>See</u> DIP Financing Motion, docket no. 588.

WHEREAS on June 9, 2006, the Debtors filed a <u>Motion For Authority To Forbear And To Provide Further Funding For Certain Outstanding Loans</u> (the "Forbear Motion"), which is scheduled to be heard on June 21, 2006 at 9:30 a.m. <u>See</u> Forbear Motion, docket no. 592.

WHEREAS, various applications for employment have been set for hearing on June 21, 2006 at 9:30 a.m.

WHEREAS, the Parties believe that it is necessary to have additional time to respond to the above-referenced motions and to allow the Debtors to address, to the extent possible, the concerns of any of the Parties prior to having to file a responsive pleading.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. All Parties shall have up to and including June 16, 2006 at 5:00 p.m. Pacific Time to file responsive pleadings to the Remove Committee Member Motion, Procedures For Compensation Motion, Investment Partners Motion, DIP Financing Motion, Forbear Motion, and the employment applications. Courtesy copies of said pleadings shall be delivered to the Court no later than June 19, 2006.

///
///
///
///
///
///

2. The deadline to file replies to these responses and deliver courtesy copies of such replies to the Court shall remain June 20, 2006 at 12:00 noon PDT.

DATED this 13th day of June, 2006

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/ Jeanette McPherson
   Lenard E. Schwartzer, Esq.
   Jeanette E. McPherson, Esq.
   Attorneys for the Debtors and Debtors in Possession

OFFICE OF THE U.S. TRUSTEE

By: /s/ August Landis, AUST
   August Landis, Esq.
   Scott Farrow, Esq.

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
   Frank A. Merola, Esq.
   Eve Karasik, Esq.
   Christine Pajak, Esq.
   Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

GORDON & SILVER, LTD

By: _____
   Gerald M. Gordon, Esq.
   Gregory E. Garman, Esq.
   Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
   Mark A. Levinson Esq.
   Lynn Trinka Ernce, Esq.
   [Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

LEWIS AND ROCA, LLP

By: _____
   Susan M. Freeman
   Rob Charles
   [Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/ Jeanette McPherson
   Lenard E. Schwartzer, Esq.
   Jeanette E. McPherson, Esq.
   Attorneys for the Debtors and Debtors in Possession

###

2. The deadline to file replies to these responses and deliver courtesy copies of such replies to the Court shall remain June 20, 2006 at 12:00 noon PDT.

DATED this 13th day of June, 2006

| | |
|---|---|
| RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM<br><br>Jeanette E. McPherson, Esq.<br>Attorneys for the Debtors and Debtors in Possession | OFFICE OF THE U.S. TRUSTEE<br><br>August Landis, Esq.<br>Scott Farrow, Esq. |
| STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.<br><br>By: /s/ *signature*<br>Frank A. Merola, Esq.<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC | GORDON & SILVER, LTD<br><br>By: _____<br>Gerald M. Gordon, Esq.<br>Gregory E. Garman, Esq.<br>Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By: _____<br>Mark A. Levinson Esq.<br>Lynn Trinka Ernce, Esq.<br>[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC | LEWIS AND ROCA, LLP<br><br>By: _____<br>Susan M. Freeman<br>Rob Charles<br>[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

2. The deadline to file replies to these responses and deliver courtesy copies of such replies to the Court shall remain June 20, 2006 at 12:00 noon PDT.

DATED this 13th day of June, 2006

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
  Lenard E. Schwartzer, Esq.
  Jeanette E. McPherson, Esq.
  Attorneys for the Debtors and Debtors in Possession

OFFICE OF THE U.S. TRUSTEE

By: _____
  August Landis, Esq.
  Scott Farrow, Esq.

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
  Frank A. Merola, Esq.
  Eve Karasik, Esq.
  Christine Pajak, Esq.
  Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

GORDON & SILVER, LTD.

By: _____
  Gerald M. Gordon, Esq.
  Gregory E. Garman, Esq.
  Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
  Mark A. Levinson Esq.
  Lynn Trinka Ernce, Esq.
  [Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

LEWIS AND ROCA, LLP

By: _____
  Susan M. Freeman
  Rob Charles
  [Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
  Lenard E. Schwartzer, Esq.
  Jeanette E. McPherson, Esq.
  Attorneys for the Debtors and Debtors in Possession

###

2. The deadline to file replies to these responses and deliver courtesy copies of such replies to the Court shall remain June 20, 2006 at 12:00 noon PDT.

DATED this 13th day of June, 2006

| | |
|---|---|
| RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM | OFFICE OF THE U.S. TRUSTEE |
| By: _____<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>Attorneys for the Debtors and Debtors in Possession | By: _____<br>August Landis, Esq.<br>Scott Farrow, Esq. |
| STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD. | GORDON & SILVER, LTD |
| By: _____<br>Frank A. Merola, Esq.<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC | By: _____<br>Gerald M. Gordon, Esq.<br>Gregory E. Garman, Esq.<br>Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | LEWIS AND ROCA, LLP |
| By: /s/ *signature*<br>Mark A. Levinson Esq.<br>Lynn Trinka Ernce, Esq.<br>[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC | By: _____<br>Susan M. Freeman<br>Rob Charles<br>[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

2. The deadline to file replies to these responses and deliver courtesy copies of such replies to the Court shall remain June 20, 2006 at 12:00 noon PDT.

DATED this 13th day of June, 2006

| | |
|---|---|
| RAY, QUINNEY & NEBEKER, P.C. and<br>SCHWARTZER & MCPHERSON LAW FIRM | OFFICE OF THE U.S. TRUSTEE |
| By: _____<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>Attorneys for the Debtors and Debtors in Possession | By: _____<br>August Landis, Esq.<br>Scott Farrow, Esq. |
| STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD. | GORDON & SILVER, LTD |
| By: _____<br>Frank A. Merola, Esq.<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC | By: _____<br>Gerald M. Gordon, Esq.<br>Gregory E. Garman, Esq.<br>Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | LEWIS AND ROCA, LLP |
| By: _____<br>Mark A. Levinson Esq.<br>Lynn Trinka Ernce, Esq.<br>[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC | By: /s/ _____<br>Susan M. Freeman<br>Rob Charles<br>[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###