As set forth on the record, such motion is denied as the rights to the funds in the Investor Account will be determined in connection with an Interpleader action.

**Entered on Docket
June 19, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Proposed Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725 LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA** |
| In re:<br>USA SECURITIES, LLC, Debtor. | |

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Date: June 5, 2006
Time: 9:30 a.m.

The Motion For Order Authorizing Return Of Non-Invested Funds Of Jasper Benincasa, Jr. And Flocerfida Benincasa (the "Motion") having come before this Court on June 5, 2006; the Debtors, USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors") appearing by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm; there being no appearance by the moving party, Jasper Benincasa, Jr. and Flocerfida Benincasa, it is hereby

ORDERED that the Motion For Order Authorizing Return Of Non-Invested Funds Of Jasper Benincasa, Jr. And Flocerfida Benincasa is hereby denied without prejudice.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

*/s/ Jeanette E. McPherson*

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Attorneys for Debtor and Debtor-In-Possession

**ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA**

Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: _____
August Landis, Esq.
Scott Farrow, Esq.

Approved/Disapproved by:

Jasper Benincasa, Jr.
Flocerfida Benincasa
9359 Roping Cowboy Avenue
Las Vegas, NV 89178

Approved/Disapproved by:

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
Frank A. Merola, Esq.
Christine Pajak, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

Approved/Disapproved by:

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
Susan M. Freeman
Rob Charles
[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA**

Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: _____
    August Landis, Esq.
    Scott Farrow, Esq.

Approved/Disapproved by:

Jasper Benincasa, Jr.
Flocerfida Benincasa
9359 Roping Cowboy Avenue
Las Vegas, NV 89178

Approved/Disapproved by:

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _/s/ Frank A. Merola_____
    Frank A. Merola, Esq.
    Christine Pajak, Esq.
    Counsel for the Official Committee of
    Equity Security Holders of USA Capital
    First Trust Deed Fund LLC

Approved/Disapproved by:

GORDON & SILVER, LTD

By: _____
    Gerald M. Gordon, Esq.
    Gregory E. Garman, Esq.
    Counsel for Official Committee of
    Holders of Executory Contract Rights of
    USA Commercial Mortgage Company

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Mark A. Levinson Esq.
    Lynn Trinka Ernce, Esq.
    [Proposed] Counsel for the Official
    Committee of Equity Security Holders of
    USA Capital Diversified Trust Deed
    Fund LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
    Susan M. Freeman
    Rob Charles
    [Proposed] Counsel for Official
    Committee of Unsecured Creditors of
    USA Commercial Mortgage Company

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA

Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: _____
August Landis, Esq.
Scott Farrow, Esq.

Approved/Disapproved by:

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
Frank A. Merola, Esq.
Christine Pajak, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

Approved/Disapproved by:

_____
Jasper Benincasa, Jr.
Flocerfida Benincasa
9359 Roping Cowboy Avenue
Las Vegas, NV 89178

Approved/Disapproved by:

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
Susan M. Freeman
Rob Charles
[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

###

3

**ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA**

Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: _____
August Landis, Esq.
Scott Farrow, Esq.

Approved/Disapproved by:

Jasper Benincasa, Jr.
Flocerfida Benincasa
9359 Roping Cowboy Avenue
Las Vegas, NV 89178

Approved/Disapproved by:

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
Frank A. Merola, Esq.
Christine Pajak, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

Approved/Disapproved by:

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Mark A. Levinson
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
Susan M. Freeman
Rob Charles
[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

###

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF JASPER BENINCASA JR. AND FLOCERFIDA BENINCASA

Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: _____
August Landis, Esq.
Scott Farrow, Esq.

Approved/Disapproved by:

_____
Jasper Benincasa, Jr.
Flocerfida Benincasa
9359 Roping Cowboy Avenue
Las Vegas, NV 89178

Approved/Disapproved by:

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
Frank A. Merola, Esq.
Christine Pajak, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

Approved/Disapproved by:

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____*[signature]* 6593_____
Susan M. Freeman
Rob Charles
[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

###

1  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

2  ___ The court has waived the requirement of approval under LR 9021.

3  ___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

**XX** I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

**The order was sent to Jasper and Flocerfida Benincasa on June 8, 2006. As of the date of this filing, no response has been received.**

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

_/s/ Jeanette E. McPherson_

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
Attorneys for Debtor and Debtor-In-Possession

###

4

P:\USA Commercial Mortgage\Pleadings\Release of Investor Account Funds Motions\Order Denying BENINCASA Motion Return of NonInvested Funds.DOC