

1

2

3  **Entered on Docket**
   **June 19, 2006**

4                                    **Hon. Linda B. Riegle**
                                     **United States Bankruptcy Judge**

5

6  STUTMAN, TREISTER & GLATT, P.C.       SHEA & CARLYON, LTD.
7  FRANK A. MEROLA                       JAMES PATRICK SHEA
   (CA State Bar No. 136934)             (Nevada State Bar No. 000405)
8  EVE H. KARASIK                        CANDACE C. CARLYON, ESQ.
   (CA State Bar No. 155356)             (Nevada State Bar No. 002666
9  CHRISTINE M. PAJAK                    SHLOMO S. SHERMAN, ESQ.
   (CA State Bar No. 217173), Members of (Nevada State Bar No. 009688)
10 1901 Avenue of the Stars, 12th Floor  233 South Fourth Street, Second Floor
11 Los Angeles, CA 90067                 Las Vegas, Nevada 89101
   Telephone: (310) 228-5600             Telephone: (702) 471-7432
12 E-mail:  fmerola@stutman.com          E-mail:  jshea@sheacarlyon.com
13          ekarasik@stutman.com                  ccarlyon@sheacarlyon.com
            cpajak@stutman.com                    ssherman@sheacarlyon.com

14 *Counsel for the Official Committee of Equity Security Holders of*
   *USA Capital First Trust Deed Fund, LLC*
15

16            **UNITED STATES BANKRUPTCY COURT**
                  **DISTRICT OF NEVADA**

17 In re:                                      )   BK-S-06-10725-LBR
   USA COMMERCIAL MORTGAGE COMPANY             )   Chapter 11
18        Debtor.                              )
                                               )
19 In re:                                      )   BK-S-06-10726-LBR
   USA CAPITAL REALTY ADVISORS, LLC,           )   Chapter 11
20        Debtor.                              )
                                               )
21 In re:                                      )   BK-S-06-10727-LBR
   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, )  Chapter 11
22        Debtor.                              )
                                               )
23 In re:                                      )   BK-S-06-10728-LBR
   USA CAPITAL FIRST TRUST DEED FUND, LLC,     )   Chapter 11
24        Debtor.                              )
                                               )
25 In re:                                      )   BK-S-06-10729-LBR
   USA SECURITIES, LLC,                        )   Chapter 11
   Debtor.                                     )
26 **ORDER APPROVING STUTMAN, TREISTER & GLATT P.C. EMPLOYMENT**
27 **APPLICATION (AS AMENDED)**

28                                    1

391733v3

1    Affects                                                    )
                                                                )
2    ☐ All Debtors                                              )    Date: June 5, 2006
     ☐ USA Commercial Mortgage Co.                              )    Time: 9:30 a.m.
3    ☐ USA Securities, LLC                                      )    Place: Courtroom #2
4    ☐ USA Capital Realty Advisors, LLC                         )
     ☐ USA Capital Diversified Trust Deed                       )
5    ☒ USA First Trust Deed Fund, LLC                           )

6
          **ORDER AUTHORIZING OFFICIAL COMMITTEE OF EQUITY SECURITY**
7         **HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO EMPLOY**
          **STUTMAN, TREISTER & GLATT, P.C., AS ITS SPECIAL BANKRUPTCY**
8                  **COUNSEL EFFECTIVE MAY 10, 2006**
                **(AFFECTS USA FIRST TRUST DEED FUND, LLC)**
9

10        This matter having come on for hearing on the Application (the "Application") for

11   Order Appointed Stutman, Treister & Glatt, P.C., as Special Bankruptcy Counsel for the

12   Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

13   (the "First Trust Deed Committee"), and amendment thereto (the "Amendment"); Frank A.

14   Merola, Esq. of the law firm of Stutman, Treister & Glatt, P.C. ("ST&G") appearing on behalf
15
     of the First Trust Deed Committee; and other appearances being noted on the record; and the
16
17   Court having considered the Application and the Amendment thereto; the Declaration and the

18   Statement of Disinterestedness of Jeffrey H. Davidson, Esq. in support thereof; the various

19   oppositions and replies thereto; the pleadings, papers and records on file in this matter; and all

20   objections having been withdrawn; and it appearing to the Court that the attorneys at ST&G
21
     are disinterested persons who do not hold or represent an interest adverse to the Debtors'
22
23   estates in the matters upon which they are to be engaged, and that their employment for the

24   purposes set forth in the Application is in the best interest of USA First Trust Deed Fund,

25   LLC and its estate; and good cause appearing,

26        IT IS HEREBY ORDERED that the Application is granted and the First Trust Deed
27

28                                               2

     391733v3

Committee is authorized to employ ST&G as its special bankruptcy counsel herein on the terms set forth in the Application, the Amendment thereto, the Declaration thereon, and any further order the Court may issue, effective as of May 10, 2006.

SUBMITTED BY:                                      APPROVED/DISAPPROVED:

STUTMAN, TREISTER & GLATT, P.C.          SCHWARTZER & MCPHERSON, P.C.

_____                      _____
Frank A. Merola, Esq.                                Lenard Schwartzer, Esq.
Eve H. Karasik, Esq.                                 Jeanette McPherson, Esq.
Christine M. Pajak, Esq.                            3960 Howard Hughes Pkwy., 9th Floor
1901 Avenue of the Stars, 12th Floor          Las Vegas, NV 89109
Los Angeles, CA 90067
                                                           Counsel for the Debtors
Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC


APPROVED/DISAPPROVED:                       APPROVED/DISAPPROVED:

GORDON & SILVER, LTD.                          LEWIS AND ROCA, LLP


_____                      _____
Gerald M. Gordon, Esq.                              ROB CHARLES, ESQ.
Gregory E. Garman, Esq.                            SUSAN M. FREEMAN, ESQ.
3960 Howard Hughes Pkwy., 9th Floor        3993 Howard Hughes Parkway, 6th Floor
Las Vegas, NV 89109                                 Las Vegas, Nevada 89109

Counsel for Official Committee of Holders of    [Proposed] Counsel for Official Committee
Executory   Contract   Rights   of   USA       of Unsecured Creditors of USA Commercial
Commercial Mortgage Company                      Mortgage Company

3

391733v3

1   Committee is authorized to employ ST&G as its special bankruptcy counsel herein on the

2   terms set forth in the Application, the Amendment thereto, the Declaration thereon, and any

3   further order the Court may issue, effective as of May 10, 2006.

4

5

6   SUBMITTED BY:                                  APPROVED/DISAPPROVED:

7   STUTMAN, TREISTER & GLATT, P.C.                SCHWARTZER & MCPHERSON, P.C.

8

9   _____               _____
    Frank A. Merola, Esq.                          Lenard Schwartzer, Esq.
10  Eve H. Karasik, Esq.                           Jeanette McPherson, Esq.
    Christine M. Pajak, Esq.                       3960 Howard Hughes Pkwy., 9th Floor
11  1901 Avenue of the Stars, 12th Floor           Las Vegas, NV 89109
    Los Angeles, CA 90067
12                                                 Counsel for the Debtors
    Counsel for the Official Committee of Equity
13  Security Holders of USA Capital First Trust
    Deed Fund, LLC
14

15
    APPROVED/DISAPPROVED:                          APPROVED/DISAPPROVED:
16
17  GORDON & SILVER, LTD.                           LEWIS AND ROCA, LLP

18

19  _____               _____
    Gerald M. Gordon, Esq.                         ROB CHARLES, ESQ.
20  Gregory E. Garman, Esq.                        SUSAN M. FREEMAN, ESQ.
    3960 Howard Hughes Pkwy., 9th Floor            3993 Howard Hughes Parkway, 6th Floor
21  Las Vegas, NV 89109                            Las Vegas, Nevada 89109

22  Counsel for Official Committee of Holders of   [Proposed] Counsel for Official Committee
    Executory   Contract   Rights   of   USA      of Unsecured Creditors of USA Commercial
23  Commercial Mortgage Company                    Mortgage Company

24

25

26

27

28                                                 3

    391733v3

06/12/2006 10:45 FAX                                                                            004/006

1    Committee is authorized to employ ST&G as its special bankruptcy counsel herein on the

2    terms set forth in the Application, the Amendment thereto, the Declaration thereon, and any

3    further order the Court may issue, effective as of May 10, 2006.

4

5

6    SUBMITTED BY:                                    APPROVED/DISAPPROVED:

7    STUTMAN, TREISTER & GLATT, P.C.                  SCHWARTZER & MCPHERSON, P.C.

8

9    Frank A. Merola, Esq.                            Lenard Schwartzer, Esq.
     Eve H. Karasik, Esq.                             Jeanette McPherson, Esq.
10   Christine M. Pajak, Esq.                         3960 Howard Hughes Pkwy., 9th Floor
     1901 Avenue of the Stars, 12th Floor             Las Vegas, NV 89109
11   Los Angeles, CA 90067
                                                      Counsel for the Debtors
12   Counsel for the Official Committee of Equity
13   Security Holders of USA Capital First Trust
     Deed Fund, LLC
14

15   APPROVED/DISAPPROVED:                            APPROVED/DISAPPROVED:
16
     GORDON & SILVER, LTD.                            LEWIS AND ROCA, LLP
17

18

19   Gerald M. Gordon, Esq.                           ROB CHARLES, ESQ.
     Gregory E. Garman, Esq.                          SUSAN M. FREEMAN, ESQ.
20   3960 Howard Hughes Pkwy., 9th Floor              3993 Howard Hughes Parkway, 6th Floor
     Las Vegas, NV 89109                              Las Vegas, Nevada 89109
21

22   Counsel for Official Committee of Holders of     [Proposed] Counsel for Official Committee
     Executory   Contract   Rights   of   USA         of Unsecured Creditors of USA Commercial
23   Commercial Mortgage Company                      Mortgage Company

24

25

26

27

28                                                    3

     391733v3

1    Committee is authorized to employ ST&G as its special bankruptcy counsel herein on the

2    terms set forth in the Application, the Amendment thereto, the Declaration thereon, and any

3    further order the Court may issue, effective as of May 10, 2006.

4

5

6    SUBMITTED BY:                              APPROVED/DISAPPROVED:

7    STUTMAN, TREISTER & GLATT, P.C.            SCHWARTZER & MCPHERSON, P.C.

8

9    _____               Lenard Schwartzer, Esq.
     Frank A. Merola, Esq.                      Jeanette McPherson, Esq.
10   Eve H. Karasik, Esq.                       3960 Howard Hughes Pkwy., 9th Floor
     Christine M. Pajak, Esq.                   Las Vegas, NV 89109
11   1901 Avenue of the Stars, 12th Floor
     Los Angeles, CA 90067
12                                              Counsel for the Debtors
     Counsel for the Official Committee of Equity
13   Security Holders of USA Capital First Trust
     Deed Fund, LLC
14

15

16   APPROVED/DISAPPROVED:                      APPROVED/DISAPPROVED:

17   GORDON & SILVER, LTD.                      LEWIS AND ROCA, LLP

18

19   _____               _____
     Gerald M. Gordon, Esq.                     ROB CHARLES, ESQ.
20   Gregory E. Garman, Esq.                    SUSAN M. FREEMAN, ESQ.
     3960 Howard Hughes Pkwy., 9th Floor        3993 Howard Hughes Parkway, 6th Floor
21   Las Vegas, NV 89109                        Las Vegas, Nevada 89109

22   Counsel for Official Committee of Holders of   [Proposed] Counsel for Official Committee
     Executory   Contract   Rights   of   USA   of Unsecured Creditors of USA Commercial
23   Commercial Mortgage Company                Mortgage Company

24

25

26

27

28                                    3

391733v3

1  ORRICK, HERRINGTON & SUTCLIFFE       REVIEWED BY:
   LLP
2                                        OFFICE OF THE U.S. TRUSTEE
3
4  MARC A. LEVINSON, ESQ.
   LYNN TRINKA ERNCE, ESQ.               Scott Farrow, Esq.
5  400 Capitol Mall, Suite 3000          600 Las Vegas Blvd. So., #430
   Sacramento, California 95814-4407     Las Vegas, NV 89101
6
7  [Proposed] Counsel for Official Committee
   of Equity Security Holders of USA Capital
8  Diversified Trust Deed Fund, LLC
9
10 ROBERT C. LEPOME, ESQ.
11
12
13 ROBERT C. LEPOME, ESQ.
   330 S. Third St. #1100B
14 Las Vegas, NC 89101
15 Counsel for certain interested parties
16
17
18
19
20
21
22
23
24
25
26
27
28                                       4

391733v3

1  ORRICK, HERRINGTON & SUTCLIFFE          REVIEWED BY:
   LLP
2                                          OFFICE OF THE U.S. TRUSTEE

3
   _____
4  MARC A. LEVINSON, ESQ.                  Scott Farrow, Esq.
   LYNN TRINKA ERNCE, ESQ.                 600 Las Vegas Blvd. So., #430
5  400 Capitol Mall, Suite 3000           Las Vegas, NV 89101
   Sacramento, California 95814-4407
6
7  [Proposed] Counsel for Official Committee
   of Equity Security Holders of USA Capital
8  Diversified Trust Deed Fund, LLC

9
10 ROBERT C. LEPOME, ESQ.

11

12
   _____
13 ROBERT C. LEPOME, ESQ.
   330 S. Third St. #1100B
14 Las Vegas, NC 89101

15 Counsel for certain interested parties

16

17

18

19

20

21

22

23

24

25

26

27

28                                   4

   391733v3

| | |
|---|---|
| 1 | APPROVED/DISAPPROVED: |
| 2 | GORDON & SILVER, LTD. |
| 3 | |
| 4 | |
| 5 | Gerald M. Gordon, Esq. |
| | Gregory E. Garman, Esq. |
| 6 | 3960 Howard Hughes Pkwy., 9th Floor |
| | Las Vegas, NV 89109 |
| 7 | |
| 8 | Counsel for Official Committee of Holders of |
| | Executory   Contract   Rights   of   USA |
| 9 | Commercial Mortgage Company |
| | ORRICK, HERRINGTON & SUTCLIFFE |
| 10 | LLP |
| 11 | |
| 12 | |
| 13 | MARC A. LEVINSON, ESQ. |
| | LYNN TRINKA ERNCE, ESQ. |
| 14 | 400 Capitol Mall, Suite 3000 |
| | Sacramento, California 95814-4407 |

APPROVED/DISAPPROVED:

LEWIS AND ROCA, LLP

ROB CHARLES, ESQ.
SUSAN M. FREEMAN, ESQ.
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, Nevada 89109

[Proposed] Counsel for Official Committee
of Unsecured Creditors of USA Commercial
Mortgage Company
REVIEWED BY:

OFFICE OF THE U.S. TRUSTEE

Scott Farrow, Esq.
600 Las Vegas Blvd. So., #430
Las Vegas, NV 89101

15  [Proposed] Counsel for Official Committee
16  of Equity Security Holders of USA Capital
    Diversified Trust Deed Fund, LLC
17  ROBERT C. LEPOME, ESQ.
18  
19  
20  
    ROBERT C. LEPOME, ESQ.
21  330 S. Third St. #1100B
    Las Vegas, NC 89101
22  
23  Counsel for certain interested parties
24  
25  
26  
27  
28                                  4

391733v1

1

### **RULE 9021 DECLARATION**

2

In accordance with Local Rule 9021, the undersigned certifies:

3

☐  The Court waived the requirements of LR 9021.

4

5

☒  I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

6

7

     ☒  approved the form of this order;

8

     ☐  waived the right to review this order; and/or

9

     ☐  failed to file and serve papers in accordance with LR 9021(c).

10

11

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

12

13

14

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

15

16

DATED this 19th day of June, 2006.

17

STUTMAN, TREISTER & GLATT, P.C.

18

19

_____

20

ANDREW M. PARLEN, ESQ.
California state bar no. 230429
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

21

22

                ###

23

24

25

26

27

28

5