**Entered on Docket
June 19, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER DENYING MOTION FOR ORDER AUTHORIZING REIMBURSEMENT OF DUE DILIGENCE EXPENSES OF POTENTIAL POST-PETITION LENDER [AFFECTS ALL DEBTORS]** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

1

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Date: May 18, 2006
Time: 9:30 a.m.

The Motion For Order Authorizing Reimbursement Of Due Diligence Expenses Of Potential Post-Petition Lender (the "Motion") having come before this Court on May 18, 2006; the Debtors, USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors") appearing by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm, other appearances having been made upon the record; the Court having reviewed the pleadings and having heard the argument of the parties, and finding that proper notice having been given, it is hereby

ORDERED that the Motion For Order Authorizing Reimbursement Of Due Diligence Expenses Of Potential Post-Petition Lender is denied.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and


/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
Attorneys for Debtor and Debtor-In-Possession

/ / /

2

**ORDER DENYING MOTION FOR ORDER AUTHORIZING REIMBURSEMENT OF DUE DILIGENCE EXPENSES OF POTENTIAL POST-PETITION LENDER [AFFECTS ALL DEBTORS]**

Approved/Disapproved by:                                Approved/Disapproved by:

/s/    EVE H. KARASIK                                   /s/   LAUREL E. DAVIS
Frank A. Merola (CA State Bar No. 136934)               Laurel E. Davis, Esq.
Eve H. Karasik (CA State Bar No. 155356)                LIONEL, SAWYER & COLLINS
Christine M. Pajak (CA State Bar No. 217173)            1700 Bank of America Plaza
STUTMAN, TREISTER & GLATT, P.C.                         300 South Fourth Street
1901 Avenue of the Stars, 12th Floor                    Las Vegas, NV  89101
Los Angeles, CA  90067

Counsel for the Official Committee of Equity            Attorneys for the Canepa Group
Security Holders of USA Capital First Trust
Deed Fund, LLC

Approved/Disapproved by:

/s/   AUGUST LANDIS
Office of the U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV  89101

###