# Exhibit 1

# Exhibit 1

USA Commercial Mortgage Co.
Top 20 Investors
As of April 11, 2006

| | Vendor Name | Current Balance | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 1 | USA Capital Diversified Trust Deed Fund | $ 80,818,757.77 | 4484 S Pecos Rd | Las Vegas | NV | 89121 |
| 2 | USA Capital First Trust Deed Fund | 65,233,119.46 | 4484 S Pecos Rd | Las Vegas | NV | 89121 |
| 3 | Fertitta Enterprises, Inc. | 12,943,500.01 | 2960 W Sahara Ave Suite 200 | Las Vegas | NV | 89102 |
| 4 | Robert J. Kehl & Ruth Ann Kehl | 12,816,580.13 | 4963 Mesa Capella Dr | Las Vegas | NV | 89148 |
| 5 | Helms Homes, LLC | 6,348,967.22 | 809 Upland Boulevard | Las Vegas | NV | 89107 |
| 6 | Terry Helms Living Trust dated 11/11/94 | 5,700,000.00 | 809 Upland Blvd | Las Vegas | NV | 89107 |
| 7 | Rocklin/Redding LLC | 5,404,999.99 | 278 Sussex St | Carson City | NV | 89702 |
| 8 | Arthur Polacheck and Glorianne Polacheck | 4,300,000.00 | 2056 Woodlake Circle | Deerfield Beach | FL | 33442 |
| 9 | Homfeld II, LLC | 4,061,292.82 | 2515 N Atlantic Blvd | Fort Lauderdale | FL | 33305 |
| 10 | Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91 | 3,845,918.65 | 2615 Glen Eagles Drive | Reno | NV | 89523 |
| 11 | Charles B. Anderson Trust | 3,632,046.82 | 211 Copper Ridge Court | Boulder City | NV | 89005 |
| 12 | James W. McCollum & Pamela P. McCollum | 3,360,910.58 | 1011 F Ave | Coronado | CA | 92118 |
| 13 | Cardwell Family Trust | 3,151,667.88 | 505 E Windmill Ln 1-B-158 | Las Vegas | NV | 89123 |
| 14 | Dennis Flier, Inc. Defined Benefit Trust dated 6/29/87 | 3,138,480.25 | 20155 Porto Vita Way 1803 | Aventura | FL | 33180 |
| 15 | MLH Family Investment Limited | 2,616,717.70 | 8912 E Pinnacle Peak Rd F9-602 | Scottsdale | AZ | 85255 |
| 16 | Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust dated 10/24/79 | 2,528,045.19 | 7145 Beverly Glen Ave | Las Vegas | NV | 89110 |
| 17 | USA Commercial Mortgage Company | 2,504,517.05 | 4484 S Pecos Rd | Las Vegas | NV | 89121 |
| 18 | August J. Amaral, Inc. | 2,453,095.20 | P O Box 70097 | Reno | NV | 89570 |
| 19 | Dennis Raggi | 2,436,608.82 | PO Box 10475 | Zephyr Cove | NV | 89448 |
| 20 | Eric Lynn Lester and Cassie Lester | 2,400,000.00 | 500 W Goldfield Ave | Yerington | NV | 89447 |