E-Filed On 6-19-06

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
TALITHA B. GRAY, ESQ.
Nevada Bar No. 9040
E-mail: tbg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
Counsel to the Official Committee
of Holders of Executory Contract Rights Through
USA Commercial Mortgage Company

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **DECLARATION OF TALITHA B. GRAY, ESQ. IN SUPPORT OF THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY'S RESPONSE TO THE DEBTORS' MOTION TO APPROVE AGREEMENT WITH INVESTMENT PARTNERS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: June 21, 2006<br>Time: 9:30 a.m. |

I, Talitha B. Gray, Esq., hereby declare as follows:

1. I am over the age of 18 and am mentally competent. I have personal knowledge

of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company's Response to The Debtors' Motion to Approve Agreement With Investment Partners.

2. I am an associate with the law firm of Gordon & Silver, Ltd., which firm maintains its offices at 3960 Howard Hughes Parkway, Ninth Floor, Las Vegas, Nevada 89109. I am admitted to practice law before this Court.

3. On June 14, 2006, I accessed the Nevada Secretary of State website at http://esos.state.nv.us and completed a business entity search for USA Investment Partners, LLC ("Investment Partners"). The search revealed that Investment Partners is a Nevada limited liability company and that Thomas Hantges and Joseph Milanowski are the sole managers. A true and correct copy of the webpage reviewed is attached hereto as Exhibit "1."

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 19th day of June, 2006.

TALITHA B. GRAY, ESQ.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

# Exhibit 1




Online Services | Fee Schedule | Login

# USA INVESTMENT PARTNERS, LLC

PRIN

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active | File Date: | 10/20/1999 |
| Type: | Domestic Limited-Liability Company | Corp Number: | LLC8055-1999 |
| Qualifying State: | NV | List of Officers Due: | 10/31/2006 |
| Managed By: | Managers | Expiration Date: | 10/20/2499 |

| Resident Agent Information | | | |
|---|---|---|---|
| Name: | THOMAS RONDEAU | Address 1: | 4484 SOUTH PECOS ROA |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89121 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

View all business entities under this resident agent

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

**Officers** ☑ Include Inactive Office

**Manager - THOMAS HANTGES**

| | | | |
|---|---|---|---|
| Address 1: | 4484 SOUTH PECOS ROAD | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89121 | Country: | |
| Status: | Active | Email: | |

**Manager - THOMAS HANTGES**

| | | | |
|---|---|---|---|
| Address 1: | 4484 SOUTH PECOS ROAD | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89121 | Country: | |
| Status: | Historical | Email: | |
| **Manager - JOSEPH D MILANOWSKI** | | | |
| Address 1: | 4484 SOUTH PECOS ROAD | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89121 | Country: | |
| Status: | Active | Email: | |
| **Manager - JOSEPH D MILANOWSKI** | | | |
| Address 1: | 4484 SOUTH PECOS ROAD | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89121 | Country: | |
| Status: | Historical | Email: | |

**Actions\Amendments**

Click here to view 7 actions\amendments associated with this company

New Search

Printer Friendly

SOS Contact Information




You are currently not logged in

Copyright © 1996-2005