**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on June 19, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**USA Commercial Mortgage Company**<br>    06-10725 – Lead Case<br><br>**USA Capital Realty Advisors, LLC**<br>    06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10728<br><br>**USA Capital First Trust Deed Fund, LLC**<br>    06-10728<br><br>**USA Securities, LLC**<br>    06-10729<br>                                    Debtors. | Jointly Administered<br><br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>**Limited Joinder in Debtors' Motion For Order Approving Agreement With Investment Partners [DE 575]**<br><br>Date: June 21, 2006<br>Time: 9:30 a.m.<br>**Affecting:**<br>☒ All Cases<br>**or Only:**<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "Committee") joins in the Debtors' Motion for Order Approving Agreement With [USA] Investment Partners [, LLC] [DE 575]. The Committee notes that the request appears well within Debtors' business judgment. Debtors' Motion suggests excellent reasons why the obligation should be evidenced by a signed promissory note in the amount of $58,374,918.81 payable to USACM. Further, the Motion amply supports

201366.1

the proposition that the note should be secured, and the Security Agreement in favor of all Debtors concerning the interests of USA Investment Partners in 8 LLCs seems appropriate.

The Motion suggests that these agreements are made in consideration of some forbearance. For example, Debtors suggest, "the only right USACM is compromising is the right to immediately sue Investment Partners for recovery of those receivables and debts now evidenced by the Promissory Note. All other rights of the Debtors against Investment Partners are retained."[1] Absent any other commitment or forbearance offered by Debtors, the Agreement appears appropriate. Conversely, to the extent that Debtors intend to offer USA Investment Partners any additional forbearance or other consideration, they should say so.

It would be helpful to understand what Debtors intend to do about collecting the balance of the obligations owed by Investment Partners, whether there is any additional property that may be obtained to satisfy the indebtedness, and the extent to which Investment Partners or its principals intends to maximize the return to Debtors. Those questions are not, however, in the Committee's view, a reason to deny immediate approval of the proposed agreements.

To the extent that direct lenders oppose Debtors entering into the Agreement in order to liquidate a portion of USA Investment Partners' obligations to Debtors, or to obtain and perfect a security interest in USA Investment Partners' assets, they are seeking to diminish the sources of repayment of unsecured creditors in favor of their more narrow interests. The fact that others may have claims against USA Investment Partners underscores the need to immediately authorize Debtors to perform the Agreement.

---

[1] Motion at 3 ¶ 11.

201366.1



Dated June 19, 2006.

LEWIS AND ROCA LLP

By /s/ RC (#006593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
*Attorneys for Official Committee of Unsecured Creditors*

201366.1