Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:  malevinson@orrick.com; lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:  bolson@beckleylaw.com; aloraditch@beckleylaw.com

[Proposed] Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

E-filed on June 19, 2006

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                              Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                              Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>Date:  June 21, 2006<br>Time:  9:30 a.m.<br>Place: Courtroom 1<br><br>**DIVERSIFIED TRUST DEED FUND COMMITTEE'S JOINDER IN FIRST TRUST DEED FUND'S OPPOSITION TO MOTION FOR EMERGENCY, INTERIM AND PERMANENT ORDERS AUTHORIZING DIP FINANCING** |
|---|---|

US_WEST:260041714.1                                      - 1 -

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Committee") appointed in the above-captioned bankruptcy case (the "Case"), has reviewed the *Opposition To Motion For Emergency, Interim And Permanent Orders Authorizing The Debtors To Obtain Post Petition Financing (Affects All Debtors)* ("Opposition") filed by the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC ("First Trust Deed Committee") and hereby joins in the arguments raised by the Opposition. In addition to the First Trust Deed Fund's arguments, the Committee raises the following additional points for consideration by the Court:

1. The Committee understands that the Debtors will be filing a revised interim budget and supplemental pleadings on the DIP motion by noon on June 20, 2006. Generally speaking, the Committee would support a scaled-down version of interim financing. However, the Committee cannot take a formal position on the revised budget until it has had an opportunity to review the revised budget for the interim period. Indeed, as of the time of this filing, the Debtors are not even sure who the proposed DIP lender will be.

2. The Committee echoes the First Trust Deed Committee's request for the establishment of a chargeback procedure. The two funds will be putting up their assets as collateral on an interim basis, and the DIP documents should provide for a procedure to charge back costs of administration to the other Debtors so that the funds are not left "holding the bag" on DIP financing costs at the end of these cases – particularly where the so-called direct lenders will be receiving the benefit of loan servicing by USA Mortgage financed by the DIP loan but will not be putting up collateral for the DIP loan.

3. On the subject of fees, the Committee reserves its right to object or otherwise respond to proposed fees of Capital Source or any other proposed lender pending review of the revised pleadings and/or term sheet to be filed by the Debtors by June 20 at noon. Until it has reviewed the revised pleadings and/or term sheet, the Committee cannot take a position on fees other than to note that the proposed fees to Capital Source are high, and that the Committee

would prefer to see a proposed DIP financing deal, which eliminates many of the costs included under the Capital Source deal.

4. The Capital Source term sheet and the DIP motion refer to a carveout for professional expenses, but neither specifies the amount of the carveout or whether, for example, it would cover professionals hired by all four committees as well as the fees of Mesirow and Ray Quinney. Nor is an amount given. Until the Debtors clarify these terms, the Committee is unable to take a position on the proposed carveout and therefore, reserves all of its rights.

Respectfully submitted this 19th day of June 2006.

BECKLEY SINGLETON, CHTD.

By /s/ Anne M. Loraditch
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373

and

MARC A. LEVINSON, ESQ.
California Bar No. 57613
JEFFERY D. HERMANN, ESQ.
California Bar No. 90445
LYNN TRINKA ERNCE, ESQ.
California Bar No. 179212
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200

[PROPOSED] COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

US_WEST:260041714.1