**LEWIS**
AND
**ROCA**
LLP
L A W Y E R S

| | |
|---|---|
| 1 | 3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89109<br>Facsimile (702) 949-8321<br>Telephone (702) 949-8320 |
| 2 | |
| 3 | 40 North Central Avenue, Suite 1900<br>Phoenix, Arizona 85004-4429<br>Facsimile (602) 734-3824<br>Telephone (602) 262-5311 |
| 4 | |
| 5 | Susan M. Freeman AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles NV State Bar No. 0065934<br>Email: rcharles@lrlaw.com |
| 6 | Attorneys for Official Committee of Unsecured Creditors |

E-Filed on June 19, 2006

7

8                UNITED STATES BANKRUPTCY COURT

9                    DISTRICT OF NEVADA

| | | |
|---|---|---|
| 10 | **In re:** | Jointly Administered |
| 11 | **USA Commercial Mortgage Company**<br>**06-10725 – Lead Case** | Chapter 11 Cases |
| 12 | | Judge Linda B. Riegle Presiding |
| 13 | **USA Capital Realty Advisors, LLC**<br>**06-10726** | **JOINDER IN MOTION FOR AUTHORITY TO FORBEAR AND TO PROVIDE FURTHER FUNDING FOR CERTAIN OUTSTANDING LOANS [DE 592]** |
| 14 | **USA Capital Diversified Trust Deed Fund, LLC** | |
| 15 | **06-10728** | |
| 16 | **USA Capital First Trust Deed Fund, LLC**<br>**06-10728** | Date: June 21, 2006<br>Time: 10:00 a.m.<br>**Affecting:** |
| 17 | | ☒All Cases<br>**or Only:** |
| 18 | **USA Securities, LLC**<br>**06-10729** | ☐USA Commercial Mortgage Company |
| 19 | **Debtors.** | ☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, |
| 20 | | LLC<br>☐ USA Capital First Trust Deed Fund, LLC |
| 21 | | |

22         The Official Unsecured Creditors' Committee for USA Commercial Mortgage

23  Company (the "Committee") joins in Debtors' Motion for Authority to Forbear and to

24  Provide Further Funding for Certain Outstanding Loans [DE 592].[1] It appears to the

25  Committee that the proposed matters are within the scope of the Debtors' business

26  _____

[1] Robert A. Russell, a member of the Committee, recused himself from the Committee's decision concerning this motion.

**LEWIS AND ROCA LLP**
LAWYERS

1  judgment, and thus do not require this Court's approval under 11 U.S.C. § 363. However,

2  to the extent that Court approval is required, if the transaction is outside the ordinary

3  course of business, then the Committee concurs that the proposed transactions reflect the

4  reasonable business judgment of the Debtors as indicated in the declarations and exhibits

5  on file with the Court.

6  The suggestion by certain direct lenders that no such decision can be made without

7  the prior approval of all direct lenders involved in the loan illustrates both their short-

8  sighted view generally and why granting direct lenders leave to terminate loan servicing

9  agreements in order to replace USA Commercial Mortgage Company as the servicing

10  agent will directly hurt both USACM's unsecured creditors as well as all of the direct

11  lenders in the affected loan. The limited additional funding, consent to sale of excess

12  property to pay mechanic's liens, consent to sale of collateral to provide partial loan

13  payment, and forbearance in consideration of loan payments by related borrowers all

14  should directly benefit the direct lenders. Conversely, delay inevitably hurts both

15  administration of the loans and likely the anticipated loan repayment.

16  Dated June 19, 2006.

17  **LEWIS AND ROCA LLP**

19  By /s/ RC (#006593)

20  Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593

21  *Attorneys for Official Unsecured Creditors' Committee*

2

201490.1