GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
KONRAD PILATOWICZ
Nevada Bar No. 9651
E-mail: kpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666

E-FILED ON JUNE 19, 2006

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11<br>**DECLARATION OF WILLIAM J. BULLARD IN SUPPORT OF THE OPPOSITION TO MOTION FOR ORDER TO REMOVE FERTITTA ENTERPRISES, INC. AS MEMBER OF OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: June 21, 2006<br>Time: 9:30 a.m. |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/407944

I, William J. Bullard, declares as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the <u>Opposition to Motion for Order to Remove Fertitta Enterprises, Inc. as Member of Official Committee of Holders of Executory Contract Rights</u>.

2. On April 13, 2005, USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC filed voluntary petitions for relief under Chapter 11, Title 11 of the United States Code.

3. On May 11, 2006, the Office of the United States Trustee (the "US Trustee") appointed several members to the Official Direct Lender Committee.

4. Shortly thereafter, on behalf of Fertitta Enterprises, Inc. ("Fertitta"), I was elected by my fellow Committee members to serve as the Chairman of the Official Committee of Direct Lenders.

5. In 1980, I received a degree in accounting and finance from New Mexico State University. I am a Certified Public Accountant by professional background with over 10 years practicing the accounting firm of Arthur Andersen, LLP. For the past 13 years, I have served as Chief Financial Officer of Fertitta, a private investment company with extensive holdings in public and private equity and debt securities, commercial and residential real estate developments, and controlling interests in privately held operating companies. For the past six years, I have been a member of the Board of Directors of Nevada First Bank, serving as its Chairman for the past three years.

6. Fertitta is a Direct Lender associated with multiple promissory notes brokered by USA Mortgage, including the Hasely Canyon Note and Tapia Ranch Note identified in Debtor's Motion. True and correct copies of the Hasely Canyon Note and Tapia Ranch Note are attached to hereto as Exhibits "A" and "B" respectively. Additionally, true and correct copies of the Hasely Canyon Loan Agreement and Tapia Ranch Loan Agreement are attached hereto as Exhibits "C" and "D".

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/407944

2

7. If it is true that USA Mortgage has not been paying other Direct Lenders the proper interest due them (which has not yet been established), both Fertitta and I were unaware of such misconduct by USA Mortgage. Furthermore, I have never negotiated for a rate of interest greater than that of other Direct Lenders. In fact, Fertitta was solicited by USA Mortgage (the "Solicitation") to become a direct lender in Hasely Canyon and Tapia Ranch at the interest rate set in the Solicitation which was non-negotiable. A true and correct copy of the Solicitation received by Fertitta related to Hasely Canyon is attached to the hereto as Exhibit "E" respectively.

8. The Solicitation clearly identifies an interest rate of 18%.

9. USA Mortgage attempts to make great significance out of two letter agreements dated March 10, 2004 (the "Hasely Letter Agreement") and September 28, 2004 (the "Tapia Letter Agreement", collectively the "Letter Agreements"). Given the size of Fertitta's loans, USA Mortgage benefited in the form of a substantial cost saving on the transactions in which Fertitta participated. Among other benefits obtained by USA Mortgage, the funds provided by Fertitta were not subject to the payment of sales commissions to individual brokers, and it negated the necessity to raise small amounts of money from a vast number of individual Direct Lenders. Because of its cost savings associated with the Fertitta loans, upon the repayment of the Hasely Canyon and Tapia Ranch loans and reconveyance of the accompanying deeds of trust, USA Mortgage offered to pay Fertitta a pro rata share of the exit fees due from the borrowers. In each instance, and only upon the repayment of the loans and the reconveyance of the related deeds of trust, Fertitta will receive a pro rata share on an exit fee of approximately one-quarter of one percent.

10. Neither I nor Fertitta have a personal relationship with USA Mortgage's prior management, specifically including Joseph Milanowski and Tom Hantges, in any capacity other than as a Direct Lender.

11. In the interests of full disclosure, on May 22, 2006, I contacted August B. Landis, Assistant U.S. Trustee (the "Trustee") to disclose the existence of the Letter Agreements and their content. After evaluating the Letter Agreements, the Trustee indicated that he believed

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/407944

3

Fertitta remained representative of other Direct Lenders in that they all share an interest in receiving full payment of their interest and principal.

12. On May 23, 2006, the Official Direct Lenders Committee met for its initial meeting. I placed the Letter Agreements before the committee as the first act of business. I provided a copy of the Letter Agreements to each member of the Official Direct Lenders Committee and suggested that the Official Direct Lenders Committee call the Trustee to discuss any conflict of interest the Letter Agreements may pose. I then left the room to allow the Official Direct Lenders Committee to discuss the Letter Agreements without my presence. The Official Direct Lenders Committee unanimously concluded that the interests of Fertitta and other Direct Lenders are identical in that they seek the repayment of their principal and interest in full.

13. I am fully aware of my fiduciary duty as a member of the Official Direct Lender Committee and fulfilled those duties to the best of my ability. Furthermore, there have been no allegations that I have failed to fulfill any of my fiduciary duties.

Dated this 19th day of June, 2006.

_____
WILLIAM J. BULLARD

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/revised bullard declaration

4