Erven T. Nelson, Esq.
Nevada Bar #2332
Bolick & Boyer
6060 W. Elton Avenue, Suite A
Las Vegas, NV  89107
Tel:   (702) 870-6060
Fax:  (702) 870-6090
Email:  erv@rlbolick.com

Attorneys for Leo G. Mantas and Others

*Elecontronically filed
June 19, 2006*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| **In re:**<br>**USA COMMERCIAL MORTGAGE COMPANY,**<br>                                                          **Debtor.** | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06 10726 LBR**<br>**Case No. BK-S-06 10727 LBR** |
| **In re:**<br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>                                                          **Debtor.** | **Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| **In re:**<br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>                                                          **Debtor.** | **Chapter 11**<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| **In re:**<br>**USA CAPITAL FIRST TRUST DEED FUND, LLC,**<br>                                                          **Debtor.** | **STATEMENT OF BOLICK & BOYER PURSUANT TO BANKRUPTCY RULE 2019**<br>**(AFFECTS ALL DEBTORS)** |
| **In re:**<br>**USA SECURITIES, LLC,**<br>                                                          **Debtor.** | **Hearing Date:  N/A**<br>**Hearing Time:  N/A** |
| **Affects:**<br> **X**   **All Debtors**<br> ___  **USA Commercial Mortgage Company**<br> ___  **USA Securities, LLC**<br> ___  **USA Capital Realty Advisors, LLC**<br> ___  **USA Capital Diversified Trust Deed Fund, LLC**<br> ___  **USA First Trust Deed Fund, LLC** | |

1

1  I, Erven T. Nelson, Esq., declare, under penalty of perjury, and state, as follows:

2  1.     I am an attorney licensed to practice law in the state of Nevada and am a partner in the law firm of
Bolick & Boyer.  I have personal knowledge of the facts set forth herein and if called as a witness could and
would competently testify thereto.

2.     I am the attorney primarily responsible for representing the following parties in connection with the
above captioned cases, as first deed of trust holders only, with regard to certain loans which were originated
and serviced by the Debtors:

        A.     Leo G. Mantas
             2053 Columbus Way
             Vista, CA  92081

The representation of this client is based on a direct loan he made to borrowers in one or more of various real property development projects currently being serviced by USA Commercial Mortgage Company, namely:  Marlton Square, which is secured by a deed of trust.  The direct loan was made in August, 2005.  The amount of the loan was $150,000.00.

        B.     Ellyson J. Galloway

The representation of this client is based on a direct loan she made to borrowers in one or more of various real property development projects currently being serviced by USA Commercial Mortgage Company, namely:  Bundy Canyon Development, LLC, which is secured by a deed of trust.  The direct loan was made in August, 2005.  The amount of the loan was $85,000.00.

2

C.   World Links, LLC
     c/o Leo G. Mantas
     7668 El Camino Real, Suite 104-183
     Las Costa, CA  92009

The representation of this client is based on direct loans it made to borrowers in various real property development projects currently being serviced by USA Commercial Mortgage Company which are secured by deeds of trust. The following are the direct loans this client made:

| THE GARDENS LLC | $50,000 | 08/05 |
|---|---|---|
| BUNDY CANYON DEVELOPMENT | $75,000 | 08/05 |
| FOX HILLS EAST LLC | $50,000 | 10/05/05 |

D.   Zawacki, LLC
     P.O. Box 5156
     Bear Valley, CA  95223

The representation of this client is based on direct loans it made to borrowers in various real property development projects currently being serviced by USA Commercial Mortgage Company which are secured by deeds of trust. The following are the direct loans this client made:

| BUNDY CANYON | $189,000 | 09/29/05 |
|---|---|---|
| BUNDY CANYON | $200,000 | 01/28/05 |
| CLEAR CREEK PLANTATION | $200,000 | 03/01/05 |
| GRAMERCY COURT | $200,000 | 01/31/05 |
| MARLTON SQUARE | $ 70,000 | 06/30/05 |
| PLACER VINEYARDS | $100,000 | 12/15/04 |
| PLACER VINEYARDS 2ND | $100,000 | 12/15/04 |
| PRESERVE AT GALLERIA | $ 50,000 | 02/09/04 |
| ROAM DEVELOPMENT | $290,000 | 03/07/05 |
| STANDARD PROPERTY | $ 50,000 | 12/10/06 |
| TAPIA RANCH | $100,000 | 10/01/04 |
| OCEAN ATLANTIC | $ 50,000 | 02/27/06 |
| UNIVERSAL HAWAII | $100,000 | 02/28/06 |

3

  E. Erven J. Nelson, Trustee and Frankie J. Nelson, Trustee
    Erven J. Nelson & Frankie J. Nelson Trust
    9032 N. Cheyenne Way
    Park City, UT  84098

The representation of this client is based on direct loans it made to borrowers in various real property development projects currently being serviced by USA Commercial Mortgage Company which are secured by deeds of trust.  The following are the direct loans this client made:

| 5252 ORANGE LLC | $ 50,000 | 12/29/05 |
|---|---|---|
| BUNDY CANYON | $100,000 | 01/28/05 |
| FOXHILL 216, LLC | $ 50,000 | 02/01/06 |
| MARLTON SQUARE | $100,000 | 12/07/05 |
| RIVIERA HOMES | $100,000 | 05/20/05 |
| ROAM DEVELOPMENT | $100,000 | 03/07/05 |

  F. Erven J. Nelson, Trustee
    Erven J. Nelson LTD PSP dated 10/31/72
    9032 N. Cheyenne Way
    Park City, UT  84098

The representation of this client is based on direct loans it made to borrowers in various real property development projects currently being serviced by USA Commercial Mortgage Company which are secured by deeds of trust.  The following are the direct loans this client made:

| CLEAR CREEK PLANTATION | $ 75,000 | 07/26/05 |
|---|---|---|
| COM VEST CAPITAL | $ 50,000 | 12/02/05 |
| DEL VALLE ISLETON | $100,000 | 03/28/05 |
| GILROY | $100,000 | 11/24/04 |

4

       G.      D.G. Menchetti, Ltd. Pension Plan
             P.O. Box 7100
             Incline Village, NV  89452

The representation of this client is based on direct loans it made to borrowers in various real property development projects currently being serviced by USA Commercial Mortgage Company which are secured by deeds of trust.  The following are the direct loans this client made:

| | | |
|---|---|---|
| HFA NORTH YONKERS | $200,000.00 | |
| EAGLE MEADOWS DEVELOPMENT | $125,000.00 | 03-24-06 |

       H.      David G. Menchetti
             P.O. Box 7100
             Incline Village, NV  89452

The representation of this client is based on direct loans he made to borrowers in various real property development projects currently being serviced by USA Commercial Mortgage Company which are secured by deeds of trust.  The following are the direct loans this client made:

| | | |
|---|---|---|
| BEASTAR LLC | $250,000.00 | 06-05 |
| MARLTON SQUARE | $250,000.00 | 07-05 |
| BUNDY CANYON LAND DEVELOPMENT LLC | $100,,000.00 | 08-05 |
| BAY POMPANO BEACH | $100,000.00 | 08-05 |

3. I am the attorney primarily responsible for representing the following parties in connection with the above captioned cases, as investors in the USA Capital Diversified Trust Deed Fund, LLC (the "Fund"), which made certain loans which were originated and serviced by the Debtors.

       A.      David G. Menchetti and Forrest Ladd
             P.O. Box 7100
             Incline Village, NV  89452

The representation of this client is based on two investments he made in the Fund, in the amounts of $100,000 and $75,000, designated to USA Capital Account #18590.

| USA CAPITAL DIVERSIFIED TRUST FUND | $100,000 | |
|---|---|---|
| USA CAPITAL DIVERSIFIED TRUST FUND | $ 75,000 | |

  B. EVELYN D. ELLIOTT, SURVIVING TRUSTEE AND SURVIVING GRANTOR OF THE DEAN ELLIOTT AND EVELYN D. ELIOTT FAMILY TRUST
    c/o D.G. Menchetti, Ltd.
    P.O. Box 7100
    Incline Village, NV  89452

The representation of this client is based on one investment she made in the Fund, in the amount of $124,528.48, designated to USA Capital Account #9705.

| USA CAPITAL DIVERISIFIED TRUST FUND | $124,528.48 | |
|---|---|---|

  C. Elizabeth Rose Garibaldi
    c/o D.G. Menchetti, Trust Account
    P.O. Box 7100
    Incline Village, NV  89452

The representation of this client is based on one investment she made in the Fund, in the amount of $426,589.26, designated to USA Capital Account #3884.

| USA CAPITAL DIVERISIFIED TRUST FUND | $426,589.26 | |
|---|---|---|

  D. D.G. Menchetti, Ltd. Pension Plan
    P.O. Box 7100
    Incline Village, NV  89452

6

The representation of this client is based on one investment he made in the Fund, in the amount of $620,780.82, designated to USA Capital Account #3153.

| USA CAPITAL DIVERISIFIED TRUST FUND | $620,780.82 | 01-07-05 |
|---|---|---|

4. I filed this Statement as soon as it was feasible, given the complexity of the case and the issues involved herein.

5. A supplement shall be filed to this statement once all of the relevant information is available.

Dated: June 16, 2006

    /s/ Erven T. Nelson
ERVEN T. NELSON
Nevada Bar #2332
**Bolick & Boyer**
6060 W. Elton, Suite A
Las Vegas, NV 89107
Attorneys for Leo G. Mantas and Others

###