My name is Jerrold T. Martin
I am an investor lender in
U.S.A. Capital Mortgage
Case # 06-10725-BR
Please put my name on the
mailing list

Thank You

Jerrold T. Martin

JERROID T. MARTIN

JERROID MARTIN
8423 PASO ROBLES
NORTHRIDGE CALIF
91325