Erven T. Nelson, Esq.
Nevada Bar No. 2332
Bolick & Boyer
6060 W. Elton Avenue, Suite A
Las Vegas, NV  89107
Telephone: (702) 870-6060
Facsimile (702) 870-6090
Email: erv@rlbolick.com

Attorneys for Leo G. Mantas and Others

| | |
|---|---|
| **Electronically filed** | |
| **on June 19, 2006** | |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br>**USA COMMERCIAL MORTGAGE COMPANY,**<br>Debtor. | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06 10726 LBR**<br>**Case No. BK-S-06 10727 LBR** |
| **In re:**<br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>Debtor. | **Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| **In re:**<br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>Debtor. | **Chapter 11**<br><br>**Jointly Administered Under** |
| **In re:**<br>**USA CAPITAL FIRST TRUST DEED FUND, LLC,**<br>Debtor. | **Case No. BK-S-06-10725 LBR**<br><br>**STATEMENT OF BOLICK & BOYER PURSUANT** |
| **In re:**<br>**USA SECURITIES, LLC,**<br>Debtor. | **TO BANKRUPTCY RULE 2019**<br>**(AFFECTS ALL DEBTORS)** |
| **Affects:**<br> **X  All Debtors**<br>___  **USA Commercial Mortgage Company**<br>___  **USA Securities, LLC**<br>___  **USA Capital Realty Advisors, LLC**<br>___  **USA Capital Diversified Trust Deed Fund, LLC**<br>___  **USA First Trust Deed Fund, LLC** | **Hearing Date:  N/A**<br>**Hearing Time:  N/A** |

### CERTIFICATE OF SERVICE

1.      We filed the following document(s) on June 19, 2006:

### BANKRUPTCY RULE 2019 STATEMENT OF BOLICK & BOYER

2.      I served the above-named document by the following means to the persons as listed below:

■        a.      **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- FRANKLIN C. ADAMS
  Franklin.adams@bbklaw.com; arthur.johnston@bbklaw.com
- KELLY J. BRINKMAN
  kbrinkman@gooldpatterson.com
- MATTHEW Q. CALLISTER
  mqc@callister-reynolds.com; Maggie@callister-reynolds.com
- CANDACE C. CARLYON
  ltreadway@sheacarlyon.com; ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;
  rsmith@sheacarlyon.com
- ROB CHARLES
  rcharles@lrlaw.com; cjordan@lrlaw.com
- KEVIN B. CHRISTENSEN
  kbchrislaw@aol.com
- JANET L. CHUBB
  jlc@jonesvargas.com; tbw@jonesvargas.com
- JEFFREY A. COGAN
  Jeffrey@jeffreycogan.com; sarah@jeffreycogan.com
- WILLIAM D. COPE
  Cope_guerra@yahoo.com
- CICI CUNNINGHAM
  bankruptcy@rocgd.com
- LAUREL E. DAVIS
  bklsclv@lionelsawyer.com; ldavis@lionelsawyer.com; gbagley@lionelsawyer.com;
  ldavisq@aol.com
- THOMAS H. FELL
  THF@GORDONSILVER.COM; BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING
  sfleming@halelane.com; dbergsing@haleland.com; ecfvegas@halelane.com
- GREGORY E. GARMAN
  bankruptcynotices@gordonsilver.com
- TALITHA B. GRAY
  tbg@gordonsilver.com; bankruptcynotices@gordonsilver.com
- MARJORIE A. GUYMON
  bankruptcy@goldguylaw.com; ddias@goldguylaw.com
- EDWARD J. HANIGAN
  Haniganlaw@earthlink.net; haniganlaw1@earthlink.net
- XANNA R. HARDMAN
  Xanna.hardman@gmail.com
- CHRISTOPHER D. JAIME
  cjaime@waltherkey.com; kbernhar@waltherkey.com
- EVAN L. JAMES
  ejameslv@earthlink.net; kbchrislaw@aol.com
- ROBERT R. KINAS
  rkinas@swlaw.com; mstrand@swlaw.com; jlustig@swlaw.com; lholding@swlaw.com;
  imccord@swlaw.com
- NILE LEATHAM
  nleatham@klnevada.com; ckishi@klnevada.com; bankruptcy@klnevada.com
- ROBERT C. LEPOME
  Robert@robertlepome.com; susan@robertlepome.com
- REGINA M. MCCONNELL
  rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY
  Lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT
  mcknightlaw@cox.net; gkopang@lawlasvegas.com; cburke@lawlasvegas.com;
  sforemaster@lawlasvegas.com

- JEANETTE E. MCPHERSON
  jmcpherson@s-mlaw.com; bkfilings@s-mlaw.com
- DAVID MINCIN
  mcknightlaw@cox.net; gkopang@lawlasvegas.com; cburke@lawlasvegas.com;
  sforemaster@lawlasvegas.com
- JOHN F. MURTHA
  jmurtha@woodburnandwedge.com
- DONNA M.OSBORN
  jinouye@marquisaurbach.com; dosborn@marquisaurbach.com; tszostek@marquisaurbach.com;
  jcrowe@MarquisAurbach.com; kgallegos@MarquisAurbach.com
- DONALD T. POLEDNAK
  sandplegal@yahoo.com; spbankruptcy@yahoo.com
- SUSAN WILLIAMS SCANN
  sscann@deanerlaw.com; palexander@deanerlaw.com
- LENARD E. SCHWARTZER
  bkfilings@s-mlaw.com
- SHLOMO S. SHERMAN
  ssherman@sheacarlyon.com; aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com;
  ltreadway@sheacarlyon.com; mmallet@sheacarlyon.com; rmsith@sheacarlyon.com
- JEFFREY G. SLOANE
  gjklepel@yahoo.com; rmcconnell@kssattorneys.com
- PETER SUSI
  Cheryl@msmlaw.com; msm@msmlaw.com
- CARYN S. TIJSSELING
  cst@beesleyandpeck.com; aha@beesleyandpeck.com
- JOAN C. WRIGHT
  jwright@allisonmackenzie.com; jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOE
  bankruptcynotices@gordonsilver.com

▬ b.    **United States mail, postage fully prepaid** (list persons and addresses):

JOSHUA D. BRYSK
Law Offices of James G. Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA  94588

RICHARD J. MASON
130 Pinetree Lane
Riverwoods, IL  60015

NICHOLAS J. SANTORO
400 S. Fourth Street 3rd Floor
Las Vegas, NV  89101

MICHAEL M. SCHMAHL
McQuirewoods, LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL  60601

JAMES G. SCHWARTZ
7901 Stoneridge Drive, Suite 401
Pleasanton, CA  94588

PATRICIA K. SMOOTS
318 N. Grove
Oak Park, IL  0302

BRADLEY J. STEVENS
3300 N. Central Avenue #1800
Phoenix, AZ  85012

GREGORY J. WALCH
400 S. Fourth Street, 3rd Floor
Las Vegas, NV  89101

WILLIAM E. WINFIELD
POB 9100
Oxnard, CA  93031

☐   c.    **Personal Service** (list persons and addresses):
I personally delivered this document to the persons at these addresses.

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

■   c.    **By direct email** (as opposed to through the ECF System) (list persons and email addresses):

Annette Jarvis
AJarvis@rqn.com

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   e.    **By fax transmission** (list persons and fax numbers)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐   f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (A declaration by the messenger must be attached to this Certificate of Service.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated  _19th_ day of ___June_____, 2006.

Susan Gerace_____          //s// Susan Gerace_____
Name                                                        Signature

###