RECEIVED AND FILED

2006 JUN 15 P 1: 27

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \* \* \* \*

In Re: USA Commercial Mortgage Company,

Debtor

)
)
)
)
)
)
)
)
)
)
)

Case No. BK-5-06-10725 LBR

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

The undersigned, attorney of record for [(Name(s) of Party(ies)] __See attached list of parties__, herein has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court." Pursuant to the requirements of the Local Rules of Practice for this Court, (s)he believes it to be in the best interests of the client(s) to designate __Evan Beavers__, Attorney at Law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address of said designated Nevada counsel is:

Evan Beavers, Esq.
1625 Highway 88, Suite 304
Minden, Nevada 89423     Ph: (775) 782-3445

(Street, City, State, Zip Code and Telephone No.)

By this designation the undersigned attorneys and party(ies) agree that this designation constitutes agreement and authorization by the undersigned for the designated resident admitted counsel to sign stipulations binding on all of us.

_____
Attorney at Law

Counsel for __See attached list of parties__

1

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints  Evan Beavers _____

_____

as his/her/their Designated Resident Nevada Counsel in this case.

_____

_____

_____

APPROVED:

DATED: _____, 20____.
LANCE S. WILSON, CLERK

By: _____
          Deputy Clerk

2

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _Evan Beavers_____

_____

as his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Maurey W. Nash_

APPROVED:

DATED: _____, 20___.
LANCE S. WILSON, CLERK

By: _____
Deputy Clerk

Parties:
Albert Lee, Linda Lee, Steve Miller, John Nash, Maurey Nash, Jen-Shih Lee, Lian-Pin Lee, Gary Potts, Eva Potts, Scott Mollahan, Valerie Mollahan, Jeff Guiterrez, Katie Guiterrez, Michael Cichon, Marilee Cichon, and Christine Westland.

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints __Evan Beavers_____

_____

as his/her/their Designated Resident Nevada Counsel in this case.

*Katie Gutierrez*
Katie Gutierrez

APPROVED:

DATED: _____, 20___
LANCE S. WILSON, CLERK

By: _____
      Deputy Clerk

2

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints __Evan Beavers_____

as his/her/their Designated Resident Nevada Counsel in this case.

*Christine Westland* (signature)

APPROVED:

DATED: _____, 20___.
LANCE S. WILSON, CLERK

By: _____
        Deputy Clerk

2

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints  Evan Beavers  _____

_____

as his/her/their Designated Resident Nevada Counsel in this case.

_____*Valene Callahan*_____

APPROVED:

DATED: _____, 20____.
LANCE S. WILSON, CLERK

By: _____
        Deputy Clerk

2

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints __Evan Beavers_____

as his/her/their Designated Resident Nevada Counsel in this case.

_____
*[signature]*

APPROVED:

DATED: _____, 20____.
LANCE S. WILSON, CLERK

By: _____
       Deputy Clerk

2

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints ___Evan Beavers_____

_____

as his/her/their Designated Resident Nevada Counsel in this case.

_____

APPROVED:

DATED: _____, 20___.
LANCE S. WILSON, CLERK

By: _____
        Deputy Clerk

2