**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on June 19, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** 06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10727 | Date: N/A  Time: N/A  **Affecting:**  ¨ All Cases  **or Only:**  ☒ USA Commercial Mortgage Company |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | ¨ USA Capital Realty Advisors, LLC  ¨ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC** 06-10729        **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, proposed attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following documents:

   A) Response to Application of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Order Authorizing Employment and Retention of Alvarez & Marsal, LLC as its Financial and Real Estate Advisor *Nunc pro Tunc* to June 1, 2006 [DE 696];

1742363.1

LEWIS AND ROCA LLP
LAWYERS

1  B) Joinder in Debtors' Application for Administrative Order Establishing
2     Procedures for Interim Compensation and Reimbursement of Expenses of
3     Professional [DE 697];
4  C) Limited Joinder in Debtors' Motion for Order Approving Agreement with
5     Investment Partners [DE 714];
6  D) Joinder in Motion for Authority to Forbear and to Provide Further Funding
7     for Certain outstanding Loans [DE 718]; and
8  E) Response to Motion for Emergency Interim and Permanent Orders
9     Authorizing the Debtors to Obtain Post-Petition Financing [DE 719].
10 2. I Served the above-named documents by the following means to the persons as
11    listed below:
12 A) ECF System to the persons listed on Exhibit A on June 19, 2006;
13 B) Email and U.S. Mail, postage prepaid mail on June 19, 2006 to all persons
14    listed on the Master Service List on file with this Court not included in A).
15 I declare under penalty of perjury that the foregoing is true and correct.
16 DATED this 19th day of June, 2006.

/s/ Christine E. Laurel
Christine E. Laurel

1742363.1