ELECTRONICALLY FILED
JUNE 19, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail:    fmerola@stutman.com
           ekarasik@stutman.com
           cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail:    jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com
           ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: June 21, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

## NOTICE OF ENTRY OF ORDER SHORTENING TIME ON ALVAREZ & MARSAL, LLC EMPLOYMENT APPLICATION

## NOTICE OF ENTRY OF ORDER SHORTENING TIME ON APPLICATION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL, LLC AS ITS FINANCIAL AND REAL ESTATE ADVISOR NUNC PRO TUNC TO JUNE 1, 2006 (AFFECTS USA FIRST TRUST DEED FUND, LLC)

PLEASE TAKE NOTICE that an Order Shortening Time on Application of Official Committee of Equity Security Holders of USA Capital First Trust Deed Funds, LLC for Order Authorizing Employment and Retention of Alvarez & Marsal, LLC as its Financial and Real Estate Advisor Nunc Pro Tunc to June 1, 2006 was entered on June 16, 2006, a true and correct copy of which is attached hereto.

DATED this 19th day of June, 2006.

SHEA & CARLYON, LTD.

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432



**Entered on Docket
June 16, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA, ESQ.<br>California State Bar No. 136934<br>EVE H. KARASIK, ESQ.<br>California State Bar No. 155356<br>CHRISTINE M. PAJAK<br>California State Bar No. 217173<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>E-mail:    fmerola@stutman.com<br>          ekarasik@stutman.com<br>          cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA, ESQ.<br>Nevada State Bar No 000405<br>CANDACE C. CARLYON ESQ.<br>Nevada State Bar No. 002666<br>SHLOMO S. SHERMAN, ESQ.<br>Nevada State Bar No. 009688<br>233 S. Fourth Street, Second Floor<br>Las Vegas, NV 89101<br>Telephone: (702)471-7432<br>Facsimile: (702)471-7435<br>Email:  jshea@sheacarlyon.com<br>        ccarlyon@sheacarlyon.com<br>        ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |

**ORDER SHORTENING TIME ON ALVAREZ & MARSAL, LLC EMPLOYMENT APPLICATION**

Affects

☒ All Debtors
☐ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☐ USA First Trust Deed Fund, LLC

Date: June 21, 2006
Time: 9:30 a.m.
Place: Courtroom #1

**ORDER SHORTENING TIME ON APPLICATION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL, LLC AS ITS FINANCIAL AND REAL ESTATE ADVISOR NUNC PRO TUNC TO JUNE 1, 2006**

**(AFFECTS USA FIRST TRUST DEED FUND, LLC)**

The Court, having considered the Motion for Order Shortening Time (the "OST Motion") on the Application of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Order Authorizing Employment and Retention of Alvarez & Marsal, LLC as its Financial and Real Estate Advisor Nunc Pro Tunc to June 1, 2006 (the "Employment Application"); and the pleadings, papers and records on file herein; and good cause appearing therefore:

IT IS HEREBY ORDERED that the OST Motion is granted, and that the Employment Application will be heard by a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the 21st day of June, 2006 at 9:30 a.m. A copy of the Employment Application is on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101. Additional copies are available at no charge from the BMC website, located at **http://www.bmcgroup.com/usacmc**.

IT IS FURTHER ORDERED that pursuant to the Amended Order Establishing Case Management Procedures entered by this Court on May 17, 2006, the deadline to file and serve objections to Requests for Relief set on shortened time shall be no later than Thursday, June 15,

2

2006. Any brief filed in reply to an objection to Request for Relief shall be filed by noon on June 20, 2006. Courtesy copies of all pleadings must be delivered to the Bankruptcy Court Clerk's office upon filing.

IT IS FURTHER ORDERED that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

SUBMITTED BY:

STUTMAN, TREISTER & GLATT, P.C.

_/s/ Andrew M. Parlen_

EVE H. KARASIK, ESQ.
ANDREW M. PARLEN, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

and

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
233 S. Fourth St., Second Floor
Las Vegas, NV 89101

###

396568v1

3