|   |   |   |
|---|---|---|
| 1 | JANET L. CHUBB, ESQ.<br>Nevada State Bar No. 176 | *Electronically Filed on June 19, 2006* |
| 2 | LOUIS M. BUBALA III, ESQ.<br>Nevada State Bar No. 8974 | |
| 3 | JONES VARGAS<br>100 W. Liberty St, 12th Floor | |
| 4 | P.O. Box 281<br>Reno, NV 89504-0281 | |
| 5 | Telephone: 775-786-5000<br>Fax: 775-786-1177 | |
| 6 | Email: jlc@jonesvargas.com | |
|   | and tbw@jonesvargas.com | |
| 7 | and lbubala@jonesvargas.com | |
| 8 | Attorneys for JV Direct Lenders: Fertitta Enterprises, Inc.;<br>Mojave Canyon, Inc.; A. William and Ranee L. Ceglia; | |
| 9 | Robert A. and Sandra L. Cowman; Andrew and Ellen Dauscher;<br>Drs. David and Bonny Enrico; David W. and Pamela K. Sexton; | |
| 10 | Evelyn Asher Sheerin, Trustee for the benefit of The Chris<br>H. Sheerin (deceased) and Evelyn Asher Sheerin 1984 Trust | |
| 11 | Dated 5/31/84, Evelyn Asher Sherrin, Trustee of the<br>Chris and Evelyn Sheerin 1990 Trust, Sheerins Inc.; | |
| 12 | Bruce Corum, Trustee of the Credit Shelter Trust, Juanita<br>N. Carter, Charles B. Anderson Trust, Rita P. Anderson | |
| 13 | Trust, Baltes Company and the Mault Family Trust<br>("JV Direct Lenders") | |

<div style="margin-left: 6em;">JONES VARGAS<br>100 W. Liberty Street, 12th Floor<br>P.O. Box 281<br>Reno, Nevada 89504-0281<br>Tel: (775) 786-5000   Fax: (775) 786-1177</div>

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                              Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br>Chapter       11 |
| USA CAPITAL REALTY ADVISORS, LLC,<br>                                                              Debtor. | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                              Debtor. | **JV DIRECT LENDERS' JOINDER IN THE OFFICIAL COMMITTEE OF DIRECT LENDERS' OPPOSITION TO DEBTORS' MOTION FOR AUTHORITY TO FORBEAR AND TO PROVIDE FURTHER FUNDING FOR CERTAIN OUTSTANDING LOANS [AFFECTS USA COMMERCIAL MORTGAGE, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND USA CAPITAL FIRST TRUST DEED FUND, LLC]** |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                              Debtor. | |
| USA SECURITIES, LLC,<br>                                                              Debtor. | |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: June 21, 2006<br>Hearing Time: 9:30 a.m. |

Jones Vargas represents, among others, Drs. David and Bonny Enrico, David W. and Pamela K. Sexton, A. William Ceglia, and Charles B. Anderson as Trustee of the Charles B. Anderson Trust, who are Direct Lenders to and named beneficiaries of the HFAH Clear Lake Loan(s). These Direct Lenders join The Official Committee of Direct Lenders Opposition to Debtors' Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans, with regard to the HFAH Clear Lake Loan(s).

DATED this 19th day of June, 2006.

JONES VARGAS

By:  //s// Janet L. Chubb
JANET L. CHUBB, ESQ.
LOUIS M. BUBALA, ESQ.

Attorneys for JV Direct Lender