JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
  and  tbw@jonesvargas.com
  and  lbubala@jonesvargas.com

*Electronically Filed on June 14th, 2006*

Attorneys for JV Direct Lenders: Fertitta Enterprises, Inc.; Mojave Canyon, Inc.; A. William and Ranee L. Ceglia; Robert A. and Sandra L. Cowman; Andrew and Ellen Dauscher; Drs. David and Bonny Enrico; David W. and Pamela K. Sexton; Evelyn Asher Sheerin, Trustee for the benefit of The Chris H. Sheerin (deceased) and Evelyn Asher Sheerin 1984 Trust Dated 5/31/84, Evelyn Asher Sherrin, Trustee of the Chris and Evelyn Sheerin 1990 Trust, Sheerins Inc.; Bruce Corum, Trustee of the Credit Shelter Trust, Juanita N. Carter, Charles B. Anderson Trust, Rita P. Anderson Trust, Baltes Company, and the Mault Family Trust ("JV Direct Lenders")

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                    Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                    Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                    Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                    Debtor.<br><br>USA SECURITIES, LLC,<br>                                                    Debtor.<br><br>Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter          11<br><br>**JV DIRECT LENDERS' JOINDER IN THE U.S. TRUSTEE'S OPPOSITION TO DEBTORS' MOTION TO REMOVE A MEMBER OF THE EXECUTORY CONTRACT RIGHTS COMMITTEE**<br>**[AFFECTS USA COMMERCIAL MORTGAGE COMPANY]**<br><br>Hearing Date:  June 21, 2006<br>Hearing Time:  9:30 a.m. |

1

H:\Fs1Wp51\Direct Lenders-Beneficiaries\JV Direct Lenders 500953.1\Pleadings\Joinder in Oppos Remove Fertitta - U.S. Trustee.doc

Jones Vargas represents numerous direct lenders who are named beneficiaries ("JV Direct Lenders") of certain loans which were originated and serviced by Debtor USA Commercial Mortgage Co. (hereinafter, "Debtor" or "USA Commercial").  Specifically, Jones Vargas represents Fertitta Enterprises, Inc.; Mojave Canyon, Inc.; A. William and Ranee L. Ceglia; Robert A. and Sandra L. Cowman; Andrew and Ellen Dauscher; Drs. David and Bonny Enrico; David W. and Pamela K. Sexton; Evelyn Asher Sheerin, Trustee for the benefit of The Chris H. Sheerin (deceased) and Evelyn Asher Sheerin 1984 Trust Dated 5/31/84, Evelyn Asher Sherrin, Trustee of the Chris and Evelyn Sheerin 1990 Trust, Sheerins Inc.; Bruce Corum, Trustee of the Credit Shelter Trust Juanita N. Carter, Charles B. Anderson Trust, Rita P. Anderson Trust, Baltes Company, and the Mault Family Trust.

The JV Direct Lenders, specifically on behalf of Fertitta Enterprises, Inc., joins in the U.S. Trustee's Opposition to Debtors' Motion to Remove a Member of Executory Contract Rights Committee filed on June 19, 2006.

The other JV Direct Lenders also join in the U.S. Trustee's Opposition to Debtors' Motion to Remove a Member of Executory Contract Rights Committee filed on June 19, 2006.

DATED this 19th day of June, 2006.

JONES VARGAS

By:   //s// Janet L. Chubb
     JANET L. CHUBB, ESQ.
     LOUIS M. BUBALA, ESQ.

Attorneys for JV Direct Lender

2

H:\Fs1Wp51\Direct Lenders-Beneficiaries\JV Direct Lenders 500953.1\Pleadings\Joinder in Oppos Remove Fertitta - U.S. Trustee.doc