1  JANET L. CHUBB, ESQ.
   Nevada State Bar No. 176
2  LOUIS M. BUBALA III, ESQ.
   Nevada State Bar No. 8974
3  JONES VARGAS
   100 W. Liberty St, 12th Floor
4  P.O. Box 281
   Reno, NV 89504-0281
5  Telephone:  775-786-5000
   Fax:  775-786-1177
6  Email:  jlc@jonesvargas.com
      and   tbw@jonesvargas.com
7     and   lbubala@jonesvargas.com

8  Attorneys for JV Direct Lenders: Fertitta Enterprises, Inc.;
   Mojave Canyon, Inc.; A. William and Ranee L. Ceglia;
9  Robert A. and Sandra L. Cowman; Andrew and Ellen Dauscher;
   Drs. David and Bonny Enrico; David W. and Pamela K. Sexton;
10 Evelyn Asher Sheerin, Trustee for the benefit of The Chris
   H. Sheerin (deceased) and Evelyn Asher Sheerin 1984 Trust
11 Dated 5/31/84, Evelyn Asher Sherrin, Trustee of the
   Chris and Evelyn Sheerin 1990 Trust, Sheerins Inc.;
12 Bruce Corum, Trustee of the Credit Shelter Trust, Juanita
   N. Carter, Charles B. Anderson Trust, Rita P. Anderson
13 Trust, and Baltes Company ("JV Direct Lenders")

| Electronically Filed on |
| June 19, 2006 |

14           **UNITED STATES  BANKRUPTCY COURT**

15               **DISTRICT OF NEVADA**

16 | In re:

17 | USA COMMERCIAL MORTGAGE COMPANY,
   |                                         Debtor.
18 |

19 | USA CAPITAL REALTY ADVISORS, LLC,
   |                                         Debtor.
20 |

21 | USA CAPITAL DIVERSIFIED TRUST DEED FUND,
   | LLC,                                    Debtor.
22 |

23 | USA CAPITAL FIRST TRUST DEED FUND, LLC,
   |                                         Debtor.
24 |

25 | USA SECURITIES, LLC,
   |                                         Debtor.

   Affects:
26 ■ All Debtors
   ☐ USA Commercial Mortgage Company
27 ☐ USA Capital Realty Advisors, LLC
   ☐ USA Capital Diversified Trust Deed Fund, LLC
28 ☐ USA Capital First Trust Deed Fund, LLC
   ☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter        11

**JV DIRECT LENDERS' JOINDER
IN THE U. S. TRUSTEE'S
OPPOSITION TO DEBTORS'
MOTION FOR AUTHORITY TO
FORBEAR AND TO PROVIDE
FURTHER FUNDING FOR
CERTAIN OUTSTANDING LOANS
[AFFECTS USA COMMERCIAL
MORTGAGE, USA CAPITAL
DIVERSIFIED TRUST DEED
FUND, LLC, AND USA CAPITAL
FIRST TRUST DEED FUND, LLC]**

Hearing Date:   June 21, 2006
Hearing Time:  9:30 a.m.

*Jones Vargas
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177*

1

1   Jones Vargas represents the following Direct Lenders, among others, in the specific named

2   loans:

3   1.   Drs. David and Bonny Enrico, David W. and Pamela K. Sexton, A. William Ceglia,

4   Charles B. Anderson as Trustee of the Charles B. Anderson Trust, and Rita P. Anderson as Trustee of

5   the Rita P. Anderson Trust are Direct Lenders and named beneficiaries of the HFAH Clear Lake

6   loan(s).

7   2.   David W. and Pamela K. Sexton and Charles B. Anderson as Trustee of the Charles B.

8   Anderson Trust are Direct Lenders and named beneficiaries of the Amesbury-Hatters Point Condominium

9   Loan.

10  3.   Charles B. Anderson as Trustee of the Charles B. Anderson Trust is a Direct Lender and named

11  beneficiary of the HFAH Riviera Loan.

12  4.   Charles B. Anderson as Trustee of the Charles B. Anderson Trust, Rita P. Anderson as Trustee

13  of the Rita P. Anderson Trust and David W. and Pamela K. Sexton are Direct Lenders and named

14  beneficiaries of the HFAH North Yonkers (One Point Street, Inc.) loan.

15  These Direct Lenders are affected by the Debtors' Motion For Authority To Forbear And To

16  Provide Further Funding For Certain Outstanding Loans.  As best that can be determined at this

17  time, these individuals have not been notified of this motion as required by the Court's June 5,

18  2006 Order Limiting Notice and Approving Master Service List for Limited Notice [Docket No.

19  473], and, therefore, they join in the U.S. Trustee's Opposition filed today.

20  DATED this 19th day of June, 2006.

21  JONES VARGAS

22

23  By:   //s// Janet L. Chubb
        JANET L. CHUBB, ESQ.
        LOUIS M. BUBALA, ESQ.

24

25  Attorneys for JV Direct Lender

26

27

28

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177