**Entered on Docket
June 20, 2006**

_(signature)_

**Hon. Linda B. Riegle
United States Bankruptcy Judge**

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: thf@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
E-mail: bmh@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

### UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | ORDER RE APPLICATION OF<br>THE OFFICIAL COMMITTEE<br>OF HOLDERS OF<br>EXECUTORY CONTRACT<br>RIGHTS THROUGH USA |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/406292

| Affects: | COMMERCIAL MORTGAGE |
|---|---|
| ☐ All Debtors | COMPANY TO EMPLOY |
| ☒ USA Commercial Mortgage Company | GORDON & SILVER, LTD. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | Date: 6/5/06 |
| ☐ USA Securities, LLC | Time: 9:30 a.m. |

The <u>Application of the Official Committee of Holders of Executory Contract rights</u> <u>through USA Commercial Mortgage Company to Employ Gordon & Silver, Ltd.</u> ("Application") having come on for hearing before the above-captioned Court on June 5, 2006, at 9:30 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Application and supporting pleadings, and having considered the statements of counsel and the pleadings filed in opposition to the Application, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Application is Approved subject to and conditioned upon Gordon & Silver, Ltd. not representing Nevada State Bank with regard to any matters relating to the Debtors or Thomas Hantges and Joseph Milanowski.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:                    APPROVED/DISAPPROVED:

SCHWARTZER & McPHERSON              STUTMAN, TREISTER & GLATT, P.C.
LAWFIRM

By:_____              By:_____
~~Lenard E. Schwartzer, Esq.~~              ~~Frank A. Merola, Esq.~~
Attorneys for Debtors                        Eve H. Karasik, Esq.
                                             Christine M. Pajak, Esq.
                                             Attorney for the Official Committee of Equity
                                             Surity Holders of USA Capital First Trust
                                             Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/406292

2

| | |
|---|---|
| **Affects:** | **COMMERCIAL MORTGAGE** |
| ☐ All Debtors | **COMPANY TO EMPLOY** |
| ☒ USA Commercial Mortgage Company | **GORDON & SILVER, LTD.** |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | Date: 6/5/06 |
| ☐ USA Securities, LLC | Time: 9:30 a.m. |

The <u>Application of the Official Committee of Holders of Executory Contract rights</u> <u>through USA Commercial Mortgage Company to Employ Gordon & Silver, Ltd.</u> ("Application") having come on for hearing before the above-captioned Court on June 5, 2006, at 9:30 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Application and supporting pleadings, and having considered the statements of counsel and the pleadings filed in opposition to the Application, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Application is Approved subject to and conditioned upon Gordon & Silver, Ltd. not representing Nevada State Bank with regard to any matters relating to the Debtors or Thomas Hantges and Joseph Milanowski.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:                    APPROVED/DISAPPROVED:

SCHWARTZER & McPHERSON                  STUTMAN, TREISTER & GLATT, P.C.
LAW FIRM

By: _____          By: _____
Lenard E. Schwartzer, Esq.             Frank A. Merola, Esq.
Attorneys for Debtors                  Eve H. Karasik, Esq.
                                       Christine M. Pajak, Esq.
                                       Attorney for the Official Committee of Equity
                                       Surity Holders of USA Capital First Trust
                                       Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/406292

2

| | |
|---|---|
| Affects: | **COMMERCIAL MORTGAGE** |
| ☐ All Debtors | **COMPANY TO EMPLOY** |
| ☒ USA Commercial Mortgage Company | **GORDON & SILVER, LTD.** |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Date: 6/5/06 |
| ☐ USA Capital First Trust Deed Fund, LLC | Time: 9:30 a.m. |
| ☐ USA Securities, LLC | |

The <u>Application of the Official Committee of Holders of Executory Contract rights</u> <u>through USA Commercial Mortgage Company to Employ Gordon & Silver, Ltd.</u> ("Application") having come on for hearing before the above-captioned Court on June 5, 2006, at 9:30 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Application and supporting pleadings, and having considered the statements of counsel and the pleadings filed in opposition to the Application, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Application is Approved subject to and conditioned upon Gordon & Silver, Ltd. not representing Nevada State Bank with regard to any matters relating to the Debtors or Thomas Hantges and Joseph Milanowski.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: _____
    GERALD M. GORDON, ESQ.
    GREGORY R. GARMAN, ESQ.
    TALITHA B. GRAY, ESQ.
    Attorneys for the Official Committee of Holders of Executory
    Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:      APPROVED/DISAPPROVED:

SCHWARTZER & McPHERSON    STUTMAN, TREISTER & GLATT, P.C.
LAW FIRM

By:_____    By:_____
    Lenard E. Schwartzer, Esq.      Frank A. Merola, Esq.
    Attorneys for Debtors         Eve H. Karasik, Esq.
                          Christine M. Pajak, Esq.
                          Attorney for the Official Committee of Equity
                          Surity Holders of USA Capital First Trust
                          Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/406292

2

JUN-12-2006 09:50                                       97%        P.04
TOTAL P.02

1

**APPROVED/DISAPPROVED:**                    **APPROVED/DISAPPROVED:**

2

Office of the United States Trustee          LEWIS AND ROCA, LLP

3

4    By _____              By: _____
        August Landis, Esq.                        Rob Charles, Esq.

5       Scott Farrow, Esq.                          Susan M. Freeman, Esq.
                                                 [Proposed] Counsel for Official Committee of
6                                                Unsecured Creditors of USA Commercial Mortgage
                                                 Company

7
                                             **APPROVED/DISAPPROVED:**
8
                                             ORRICK, HERRINGTON &
9                                            SUTCLIFFE, LLP

10   By:_____
         Marc A. Levinson, Esq.
11       Lynn Trinka Ernce, Esq.
     [Proposed] Counsel for the Official
12   Committee of Equity Security Holders
     of USA Capital Diversified Trust
13   Deed Fund, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

1009.33 001/386292.doc                          3

1

2      **APPROVED/DISAPPROVED:**          **APPROVED/DISAPPROVED:**

3      Office of the United States Trustee    LEWIS AND ROCA, LLP

4      By_____          By_____
              August Landis, Esq.                   Rob Charles, Esq.
5             Scott Farrow, Esq.                     Susan M. Freeman, Esq.
                                             [Proposed] Counsel for Official Committee of
6                                            Unsecured Creditors of USA Commercial Mortgage
                                             Company
7
       **APPROVED/DISAPPROVED:**
8
       ORRICK, HERRINGTON &
9      SUTCLIFFE, LLP

10     By:_____
              Marc A. Levinson, Esq.
11            Lynn Trinka Ernce, Esq.
       [Proposed] Counsel for the Official
12     Committee of Equity Security Holders
       of USA Capital Diversified Trust
13     Deed Fund, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/406292                              3

**APPROVED/DISAPPROVED:**

Office of the United States Trustee

By_____
        August Landis, Esq.
        Scott Farrow, Esq.


**APPROVED/DISAPPROVED:**

ORRICK, HERRINGTON &
SUTCLIFFE, LLP

By:_____
        Marc A. Levinson, Esq.
        Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official
Committee of Equity Security Holders
of USA Capital Diversified Trust
Deed Fund, LLC

**APPROVED/DISAPPROVED:**

LEWIS AND ROCA, LLP

By: _____
        Rob Charles, Esq.
        Susan M. Freeman, Esq.
[Proposed] Counsel for Official Committee of
Unsecured Creditors of USA Commercial Mortgage
Company

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/406292

3

1

### LR 9021 CERTIFICATION

2          In accordance with LR 9021, counsel submitting this document certifies as follows:

3          ☐    The Court waived the requirement of approval under LR 9021.

4          ☐    No parties appeared or filed written objections, and there is no trustee
                 appointed in this case.

5

6          ☒    A copy of this proposed order was delivered to all counsel who appeared
                 at the hearing, any unrepresented parties who appeared at the hearing, and
                 any trustee appointed in this case, and each has approved or disapproved
7                the order, or failed to respond, as indicated below:

8          1.    Marc A. Levinson, Esq. on  June 12, 2006.  Failed to Respond.

9
                                        ###
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/406292.doc