ELECTRONICALLY FILED
June 20, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>CHRISTINE M. PAJAK<br>(CA State Bar No. 217173), Members of<br>Stutman, Treister & Glatt P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>Email:    fmerola@stutman.com<br>            ekarasik@stutman.com<br>            cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>Nevada State Bar No. 002666)<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688<br>233 South Fourth Street, Second Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile: (702) 471-7435<br><br>Email:    jshea@sheacarlyon.com<br>            ccarlyon@sheacarlyon.com<br>            ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust
Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>        Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: June 21, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

**SUPPLEMENTAL CERTIFICATE OF SERVICE RE: LIMITED OPPOSITION TO DEBTORS' MOTION FOR ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

396767v1

I HEREBY CERTIFY that on the 19th day of June, 2006, I served the following document:

**LIMITED OPPOSITION TO DEBTORS' MOTION FOR ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

I served the above named document(s) by the following means to the persons as listed below:

☐ a. ECF System.

☒ b. United States mail, postage full prepaid to the following:    See Attached Rider

☐ c. Personal service.

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email.

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

396767v1                                2

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of June, 2006.

/s/ Joanne E. Metcalf
Joanne C. Metcalf, an employee of STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION.

396767v1

3

USA Commercial Mortgage Company
#5870
Master Service List
Doc. #390939, v/2

Debtors
USA Commercial Mortgage Co., et al.
Attn: Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Attys for Debtors
Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 So. State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Attys for Debtors
Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 So. Jones Blvd., Suite 1
Las Vegas, NV 89146-5308

Office of the U.S. Trustee
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

CO-COUNSEL FOR EQUITY
SECURITY HOLDERS OF USA
CAPITAL FIRST TRUST DEED FUND,
LLC

James Patrick Shea, Candace Carlyon,
Shawn W. Miller & Shlomo S. Sherman
Shea & Carlyon, Ltd
233 S. Fourth St., 2nd Floor
Las Vegas, NV 89101

USA CAPITAL REALTY ADVISORS,
LLC
UNSECURED CREDITORS

Kummer, Kaempfer, Bonner & Renshaw
3800 Howard Hughes Pkwy.
7th Floor
Las Vegas, NV 89109

Intershow
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

USA SECURITIES, LLC
UNSECURED CREDITORS

James Hull
c/o Signature Financial
2601 Airport Drive
Torrance, CA 90505

George Gorman
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

R. Hagmaier
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Tim Rich
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

COUNSEL FOR OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS OF USA COMMERCIAL
MORTGAGE COMPANY

Rob Charles, Susan M. Freeman
Lewis and Roca, LLP
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, NV 89109

UNSECURED CREDITORS'
COMMITTEE FOR USA COMMERCIAL
MORTGAGE COMPANY

Bunch, Dell
1909 Red Robin Court
Las Vegas, NV 89134

Dell Bunch dba Loan Partners Capital
Attn: Donald R. Walker
9209 Eagle Hills Drive
Las Vegas, NV 89134-6109

Advanced Information System
Attn: Michael T. Yoder
4270 Cameron St., Suite 1
Las Vegas, NV 89103

Russell Ad Development Group, LLC
P.O. BOX 28216
Scottsdale, AZ 85255

Russell/AD Development Group, LLC
Attn: Robert A. Russell
8585 E. Hartford Dr., Ste. 500
Scottsdale, AZ 85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117-7635

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR 97035

COMMITTEE OF EQUITY SECURITY
HOLDERS OF USA CAPITAL FIRST
TRUST DEED FUND, LLC

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

Robert E. Taylor
c/o Chuck Heinrichs
198 El Pajaro
Newbury Park, CA 91320

| | | |
|---|---|---|
| John Warner Jr., IRA<br>C/O First Savings Bank<br>2605 East Flamingo Rd<br>Las Vegas, NV 89121 | John H. Warner, Jr.<br>2048 North Chettro Trail<br>St. George, UT 84770-5345 | Mary E. & Matthew Moro<br>1009 – 8th Street<br>Manhattan Beach, CA 90266 |
| Richard G. Woudstra Revoc. Trust<br>Richard G. Woudstra Trustee<br>P.O. Box 530025<br>Henderson, NV 89053 | Wen Baldwin Separate<br>Property Trust u/a/d 9/2/97<br>Wen Baldwin, Trustee<br>365 Dooley Drive<br>Henderson, NV 89015 | John Goings<br>P.O. Box 174<br>Masonville, CO 80541 |
| Joseph S. Congress<br>9900 Wilbur May Parkway, #802<br>Reno, NV 89521-4008 | COUNSEL FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | Marc A. Levinson<br>Lynn Trinka Ernce<br>Orrick, Herrington & Sutcliff, LLP<br>400 Capital Mall, Suite 3000<br>Sacramento, CA 95814 |
| COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | Robert Worthen<br>1112 Worthen Circle<br>Las Vegas, NV 89145 | Katz 2000 Separate Property Trust<br>Sara M. Katz,<br>Managing Trustee<br>4250 Executive Square, #670<br>San Diego, CA 92037 |
| Thomas C. Lawyer Family Trust<br>Atn: Thomas C. Lawyer<br>45 Ventana Canyon Dr.<br>Las Vegas, NV 89113 | Jerry T. McGimsey<br>3115 S. El Camino Road<br>Las Vegas, NV 89146-6621 | Charles O. Nichols and Flora A. Nichols<br>2561 Seascape Drive<br>Las Vegas, NV 89128 |
| Robert Hardy<br>6510 Ansonia Court<br>Las Vegas, NV 89118-1874 | Frank Weinman<br>2947 Pinehurst Drive<br>Las Vegas, NV 89109 | COUNSEL FOR THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY |
| Gordon & Silver, LTD.<br>Attn: Gerald M. Gordon, Gregory E. Garman, Talitha B. Gray & Matthew C. Zirzow, Esq.<br>3960 Howard Hughes Pkwy, 9th Fl.<br>Las Vegas, NV 89109 | USA COMMERCIAL MORTGAGE CO.<br>EXECUTORY CONTRACTS<br>DIRECT LENDER COMMITTEE | Fertitta Enterprises, Inc.<br>2960 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89102 |
| William J. Bullard<br>Fertitta Enterprises, Inc.<br>P.O. Box 27555<br>Las Vegas, NV 89126-1555 | Helms Homes, LLC<br>Atn: Terry Helms<br>809 Upland Blvd.<br>Las Vegas, NV 89107 | Terry R. Helms Living Trust 11/94<br>Atn: Terry Helms<br>809 Upland Blvd.<br>Las Vegas, NV 89107 |
| Dennis Flier, Inc. Defined Benefit Trust Dated 6/29/87<br>20155 Porto Vita Way, #1803<br>Aventura, FL 33180 | Arthur Polacheck<br>2056 Woodlake Circle<br>Deerfield Beach, FL 33442 | James W. McCollum & Pamela P. McCollum<br>1011 F Avenue<br>Coronado, CA 92118 |
| Edward M. Homfeld<br>Homfeld II, LLC<br>777 S. Federal Highway<br>Suite N-409<br>Pompano Beach, FL 33062 | Homfeld II, LLC<br>Atn: Edward W. Homfeld<br>858 Bishop Road<br>Grosse Pointe Park, MI 48230 | GOVERNMENTAL AND REGULATORY ENTITIES: |

| | | |
|---|---|---|
| Nevada Mortgage Lending Div.<br>Attn: Susan Eckhardt<br>3075 E. Flamingo #100<br>Las Vegas, NV 89121 | U.S. Securities & Exchange Comm.<br>Attn: Sandra W. Lavigna.<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-3648 | Pension Benefit Guaranty Corp.<br>Office of the Chief Counsel<br>1200 K Street N.W.<br>Washington, D.C. 20005-4026 |
| Dept. of Employment Training<br>Employ. Sec Div. Contribut. Sec.<br>500 East Third Street<br>Carson City, NV 89713-0030 | DMV and Public Safety<br>Records Section<br>555 Wright Way<br>Carson City, NV 89711-0250 | Employers Ins. Co. of NV<br>Attn: Bankruptcy Desk<br>9790 Gateway Drive<br>Reno, NV 89521-5906 |
| NV Dept. of Taxation<br>Bankruptcy Division<br>555 E. Washington #1300<br>Las Vegas, NV 89101 | IRS<br>Attn: Bankruptcy Dept.<br>Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89106 | Secretary of State<br>State of Nevada<br>202 N. Carson Street<br>Carson City, NV 89701 |
| NV Dept. of Taxation<br>Revenue Division<br>Capitol Complex<br>Carson City, NV 89710-0003 | Office of Labor Commissioner<br>555 E. Washington Ave.<br>Suite 4100<br>Las Vegas, NV 89101 | U.S. Attorney<br>District of Nevada<br>323 Las Vegas Blvd. So. #5000<br>Las Vegas, NV 89101 |
| U.S. Dept. of Justice<br>Tax Div. – Western Region<br>P.O. Box 683<br>Ben Franklin Station<br>Washington D.C. 20044 | U.S. Securities & Exchange Comm.<br>Atn: Sarah D. Moyed, Esq.<br>5670 Wilshire Blvd. Ste. 1100<br>Los Angeles, CA 90036-3648 | IRS<br>Ogden, UT 84201 |
| FHA/HUD<br>District Office<br>333 North Rancho Dr., #700<br>Las Vegas, NV 89106-3797 | Dept. of Veterans Affairs<br>Loan Service and Claims<br>3225 North Central<br>Phoenix, AZ 85012 | Clark County Treasurer<br>c/o Bankruptcy Clerk<br>P.O. Box 551220<br>Las Vegas, NV 89155-1220 |
| Clark County Assessor<br>c/o Bankruptcy Clerk<br>P.O. Box 551401<br>Las Vegas, NV 89155-1401 | NOTICES OF<br>APPEARANCE/REQUESTS FOR<br>NOTICE | Don Tomlin<br>c/o David W. Mounier<br>15316 Sky High Road<br>Escondido, CA 92025 |
| Maryetta Bowman<br>534 Enchanted Lkes Drive<br>Henderson, NV 89052 | Edward W. Homfeld<br>Homfeld II, LLC<br>777 South Federal Highway, Suite N-409<br>Pompano Beach, Florida 33062 | Richard McKnight, Esq.<br>330 South Third St., #900<br>Las Vegas, NV 89101 |
| RJ Rocco<br>12617 Cottageville Lane<br>Keller, TX 76248 | Margie Gandolfo<br>1724 Arrow Wood Drive<br>Reno, NV 89521 | Janny Catharina Brouwer<br>2533 Kinnard Avenue<br>Henderson, NV 89074 |
| Robert R. Kinas, Esq.<br>Jennifer L. McBee<br>Snell & Wilmer, LLP<br>3800 Howard Hughes Parkway, #1000<br>Las Vegas, NV 89109 | Michael R. Shuler<br>c/o Jay R. Eaton<br>Eaton & O'Leary, PLLC<br>115 Grove Avenue<br>Prescott, AZ 86301 | Kermit Kruse<br>2710 Albany Avenue<br>Davis, CA 95616 |

Kelly J. Brinkman, Esq.
Goold Patterson, Alex & Day
4496 So. Pecos Road
Las Vegas, NV 89121

Janet L. Chubb, Esq.
Jones Vargas
100 West Liberty St., 12th Floor
P.O Box 281
Reno, NV 89504-0281

Martin B. Weiss, Esq.
The Garrett Group, LLC
One Betterworld Circle, Suite 300
Temecula, CA 92590

Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

Vince Danelian
P.O. Box 97782
Las Vegas, NV 89193

William L. McGimsey, Esq.
601 E. Charleston Blvd.
Las Vegas, NV 89104

Paul & Donna Jacques
810 S.E. 7th St., A103
Deerfield Beach, FL 33441

Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

STAN WOLKEN
Send notice to:
bayareastan@yahoo.com

Sean Najarian, Esq.
The Najarian Law Firm
283 S. Lake Ave., Suite 205
Pasadena, CA 91101

Bank of America
c/o Scott D. Fleming, Esq.
Hale Lane Peek Dennison Howard
3930 Howard Hughes Pkwy. 4th Fl
Las Vegas, NV 89109

Nile Leatham
James Macrobbie
Kolesar & Leatham, CHTD
3320 W. Sahara Ave., #380
Las Vegas, NV 89102-3202

Laurel L. Davis, Esq.
Lionel Sawyer & Collins
4700 Bank of America Plaza
300 S. Fourth St.
Las Vegas, NV 89101

American Express Bank FSB
c/o Gilbert B. Weisman, Esq.
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

S&J Enterprise Invest.
c/o Caryn S. Tijsseling, Esq.
Beesley, Peck & Matteoni, Ltd.
5011 Meadowood Mall Way, Ste. 300
Reno, NV 89502

Nicholas J. Santoro
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Bradley J. Stevens
3300 N. Central Avenue
Suite 1800
Phoenix, AZ 85012

CiCi Cunningham/James Kohl &
Christine Roberts
Rawlings Olson Cannon, et al.
9950 W. Cheyenne Ave.
Las Vegas, NV 89129

Franklin C. Adams, Esq.
Best Best & Krieger, LLP
3750 University Ave. #400
P.O. Box 1028
Riverside, CA 92502-1028

Jeffrey G. Sloane
Regina M. McConnell
Kravitz, Schnitzer, Sloane, Johnson et al.
1389 Galleria Dr., Suite 200
Henderson, NV 89014

Kevin B. Christensen, Xanna
Hardman & Evan James
7440 W. Sahara Ave.
Las Vegas, NV 89117

R. Mason/P. Smoots/M. Schmahl
McGuire Woods LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601

Donald Polednak
Sylvester & Polednak, Ltd,
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128

Peter Susi, Esq., Jae Michaelson, Esq.
Michaelson, Susi & Michaelson
Seven W. Figueroa St., 2nd Floor
Santa Barbara, CA 93101

Allison Mackenzie Russell, et al.
Joan C. Wright
402 N. Division St.
P.O. Box 646
Carson City, NV 89702

Bay Communities
c/o Chris McKinney
4800 No. Federal Highway, Suite A205
Boca Raton, FL 33431

Bolick & Boyer
Erven Nelson/Robert Bolick
6060 W. Elton Ave., Suite A
Las Vegas, NV 89107

Callister & Reynolds
Matthew Q. Callister
823 Las Vegas Blvd. South
Las Vegas, NV 89101

Andrew Welcher
c/o Nordman Cormany Hair & Compton
Attn: William E. Winfield, Esq.
1000 Town Center Dr., Sixth Fl.
P.O. Box 9100
Oxnard, CA 93031

Robert Verchota, Gen. Partner
c/o R&N Real Estate Inv. LP
Attn: Jeffrey A. Cogan, Esq.
3990 Vegas Drive
Las Vegas, NV 89108

Woodburn & Wedge
Attn: John F. Murtha, Esq.
6100 Neil Road, Ste. 500
P.O. Box 2311
Reno, NV 89505

William D. Cope
Cope & Guerra
595 Humboldt Street
Reno, NV 89509-1603

Russell James Zuardo
1296 High Forest Avenue
Las Vegas, NV 89123

Law Offices Of James G. Schwartz
Attn: James G. Schwartz/Joshua D. Brysk
7901 Stoneridge Drive, Ste. 401
Pleasanton, CA 94588

Howard Connell
1001 Jennis Silver Street
Las Vegas, NV 89145

Thomas & Stilly, Sussman, Shank, LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-33089

John Peter Lee, Ltd.
John Peter Lee, Esq.
830 Las Vegas Blvd., South
Las Vegas, NV 89101

Scott K. Canepa
Canepa, Riedy & Rubino
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

Franklin/Stratford Investment LLC
c/o Deaner, Deaner,, Scann et al.
Atn: Susan Scann/Paul Connaghan
720 So. Fourth Street, Ste. 300
Las Vegas, NV 89101

Thomas R. Brooksbank
Brooksbank & Associates
689 Sierra Rose Dr., Suite A-2
Reno, NV 89511