LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza                         E-Filed on June 20, 2006
300 South Fourth Street
Las Vegas, NV  89101
Telephone:  (702) 383-8888
Facsimile:  (702) 383-8845
Email:  Ldavis@lionelsawyer.com

Attorneys for SCOTT K. CANEPA

**UNITED STATE BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| Debtor. | Case No. BK-S-06-10729-LBR |
| In re: | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | **Jointly Administered Under** |
| Debtor. | **Case No. BK-S-06-10725-LBR** |
| In re: | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | |
| Debtor. | |
| In re: | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| In re: | |
| USA SECURITIES, LLC, | |
| Debtor. | |
| Affects: | |
| [ ] All Debtors | |
| [x] USA Commercial Mortgage Company | |
| [ ] USA Securities, LLC | Date:    June 21, 2006 |
| [ ] USA Capital Realty Advisors, LLC | Time:    9:30 a.m. |
| [x] USA Capital Diversified Trust Deed Fund, LLC | |
| [x] USA First Trust Deed Fund, LLC | |

**(Supplemental) CANEPA OPPOSITION TO
MOTION FOR AUTHORITY TO FORBEAR AND TO PROVIDE FURTHER
FUNDING FOR CERTAIN OUTSTANDING LOANS [Affects USA Commercial
Mortgage Company, USA Capital Diversified Trust Deed Fund, LLC and USA Capital
First Trust Deed Fund, LLC]**

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

1   SCOTT K. CANEPA, a Direct Lender holding over 51% of the beneficial interest in the promissory note secured by deed of trust signed by BOISE/GOWAN, LLC ("Boise/Gowan"), submits this Opposition to only the "funding portion" of the Debtors' Motion for Authority to Forbear and to Provide Further funding for Certain Outstanding Loans ("Funding Motion"). This Opposition is made and based upon the following points and authorities, Mr. Canepa's Motion for relief from the automatic stay to terminate the Loan Servicing Agreement with respect to the Boise/Gowan loan, reply, supporting declarations, exhibits and the Court's record for the hearing on Mr. Canepa's Motion held June 15, 2006 at 10:00 a.m. (Docket 292, 293 632, 636).

## POINTS AND AUTHORITIES

1.  On June 9, 2006, the Debtors filed their Funding Motion, seeking permission to advance $125,000 from operating cash on deposit in the bank account of USA Commercial Mortgage Company ("USA Commercial") in order to fund a loan to Boise/Gowan 93 LLC, an Idaho limited liability company ("Boise/Gowan").

2.  Scott E. Bice is a Commissioner for the State of Nevada, Department of Business and Industry, Division of Mortgage Lending ("Division"). Based upon NRS 645B and NAC 645B, the Division has primary regulatory authority over NRS 645B mortgage licenses. *See* Bice Opinion Letter, Canepa Reply Decl., Docket 636, Exhibit O.

3.  The Division has imposed significant limits on USA Commercial's mortgage license. Attached to the Canepa Reply Decl., Docket 636, as Exhibit K is an authentic copy of Mr. Bice's May 1, 2006 Order, and the June 13, 2006 final order issued on behalf of the Division. The May 1, 2006 Order contains nine pages of factual findings and conclusions of law with respect to USA Commercial's myriad and diverse violations of Nevada law, and the Order virtually eliminates USA Commercial's future ability to broker loans funded by non-institutional lenders:

> NOW, THEREFORE, IT IS HEREBY ORDERED that USA mortgage broker's license is conditioned upon USA not making any loans secured by liens on real property funded by private, non-institutional investors; USA may only make loans secured by liens on real property funded by institutional investors.

Canepa Reply Decl. (Docket 636) Exhibit K, attached, May 1, 2006 Order, p. 10 (emphasis added).

4.  Based upon the conditions imposed upon USA Commercial's mortgage license, it is

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-2-

1  not permitted to make the proposed loan to Boise/Gowan from its operating cash.

2      5.    Attached to the Canepa Reply Decl. (Docket 636) as <u>Exhibit H</u> is an authentic copy of the Boise/Gowan Construction Loan Agreement dated August 26, 2005 which he signed as a Direct Lender.  Section Three of the Construction Loan Agreement contains the following provisions:

> 3.1 <u>Amount of the Loan.</u>  Subject to the terms and conditions set forth in this Agreement, Lender agrees to make a loan ("Loan") to Borrower in a principal amount of Two Million One Hundred Fifty Thousand Dollars ($2,150,000) (the "Loan Amount"). ...
>
> 3.2 <u>Increase in Loan Amount</u>.  From the Effective Date through and including August 1, 2006, <u>Lender and USA shall have the exclusive right, but not the obligation, to increase the Loan amount to an amount not to exceed Two Million Five Hundred Fifty Thousand Dollars ($2,550,000).</u>  ...

Canepa Reply Declaration, (Docket 636)  <u>Exhibit H</u>, attached, pp. 6-7 (emphasis added).

6.  Mr. Canepa's Loan Servicing Agreement entered into with USA Commercial, <u>Exhibit E</u>, *see* Scott Canepa Declaration in Support of Motion ("Initial Decl.") (Docket 293), contains the following provision:

> Notwithstanding the foregoing or any other provision contained herein, <u>USA may not permit any modification to any Loan that would ... change the outstanding principal amount, or extend the maturity date, without Lender's prior consent</u>; provided, however, if Lender fails to grant or deny its consent within three (3) business days after notice from USA, Lenders shall be deemed to have conclusively given its consent.

Initial Decl., DE 293, <u>Exhibit E</u>, p. 3, Section 2(e), last sentence (emphasis added).

7.  The Special Power of Attorney that Mr. Canepa signed with respect to the Boise Gowan Loan, Initial Decl. DE 293, <u>Exhibit F</u>, contains the following provision:

> The services to be performed are described below: ...
>
> (c)    To modify and amend the Note or Deed of Trust <u>on such terms and conditions as required by the Loan Agreement</u>, subject to the provisions of this Declaration.

<u>Exhibit F</u>, pp. 1-2 (emphasis added).

///

///

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

8. Mr. Canepa does not consent to an additional advance of $125,000 to Boise/Gowan. Canepa Reply Declaration, (Docket 636), ¶12(c).

9. On June 15, 2006, the Bankruptcy Court heard Mr. Canepa's Motion for Relief from Stay to Terminate Loan Servicing Agreement on Boise/Gowan, and to retain a new loan servicing agent ("Canepa Motion'). The Canepa Motion was continued to August 4, 2006, at 9:30 a.m. As a condition of continuing the hearing date to August 4, the Bankruptcy Court ordered the parties to maintain the status quo on the loan, which includes: (a) no additional advances to the borrower; and (b) no extension of the August 26, 2006 loan maturity date. This condition requires a denial of the Funding Motion.

10. Mr. Canepa incorporates herein by reference, as though fully set forth at length, his points and authorities, declarations and exhibits filed in support of the Canepa Motion (Motion and Reply), Docket 292, 293, 632, 636.

For each of these reasons, and based upon the legal analysis more particularly set forth in the Canepa Motion, the Funding Motion must be denied.

Dated: June 19, 2006.

Respectfully submitted,

LIONEL SAWYER & COLLINS


By   /s/   Laurel E. Davis
         Laurel E. Davis

Attorneys for Scott Canepa

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845