## EXHIBIT "A"

### LENDER

| | NAMES | AMOUNT |
|---|---|---|
| 1. | Jeremy Ainsworth, an unmarried man | $100,000 |
| 2. | Webster I. Beadle & Susanne Beadle, husband & wife, as community property with right of survivorship | $150,000 |
| 3. | Suzanne Brehmer, a single woman | $65,000 |
| 4. | Scott K. Canepa | $1,250,000 |
| 5. | Donna M. Cangelosi Trustee of the Donna M. Cangelosi Family Trust | $50,000 |
| 6. | Leslie E. Durham, an unmarried woman, and Brandon A. Durham, an unmarried man, as joint tenants with the right of survivorship | $50,000 |
| 7. | Janice Fortune Trustee of the Janice Fortune Living Trust dated 10/8/96 | $50,000 |
| 8. | Frederick W. Kewell II, Trustee of the Barbara J. Kewell Trust dated 7/18/89 | $50,000 |
| 9. | Minter Investments LP, a Nevada Limited Partnership | $64,000 |
| 10. | Annemarie Rehberger, Trustee of the Acres Profit Sharing Plan | $50,000 |
| 11. | Manuel F. Rendon & Constance M. Rendon, husband & wife, as joint tenants with right of survivorship | $50,000 |
| 12. | Thalia Nicholas Routsis Trustee of the Thalia Routsis Family Trust dated 7/24/90 | $50,000 |
| 13. | Thomas R. Sexton, a single man | $121,000 |
| 14. | Bunny C. Vreeland, an unmarried woman | $50,000 |
| | TOTAL | $2,150,000 |

41

**EXHIBIT "B"**

<u>APPROVED BUDGETS</u>

| <u>ITEM</u> | <u>AMOUNT</u> |
|---|---|
| Initial Property Acquisition | $1,452,505 |
| Acquisition of River Rock | $  346,888 |
| Engineering Fees | $      8,000 |
| Legal and Title | $      3,000 |
| Acquisition Fee | $    87,150 |
| Engineering and Development | $  173,345 |
| Taxes and Expenses | $    50,000 |
| Loan fees | $    76,500 |
| Construction Control | $      2,500 |
| Interest | $  300,000 |
| Title & closing costs | $    50,112 |
| TOTAL | $2,550,000 |

42

**EXHIBIT "C"**

DISBURSEMENT SCHEDULE

All advances after the closing are subject to Section 3.2 of the Loan Agreement. Month "X" means "X" months after closing.

| MONTH | TOTAL | INTEREST | DRAWS |
|---|---|---|---|
| Close | $2,112,155 | $37,845 | $2,150,000 |
| Month 1 | $ 48,000 | $23,000 | $ 25,000 |
| Month 2 | $ 48,000 | $23,000 | $ 25,000 |
| Month 3 | $ 49,000 | $24,000 | $ 25,000 |
| Month 4 | $ 49,500 | $24,500 | $ 25,000 |
| Month 5 | $ 50,000 | $25,000 | $ 25,000 |
| Month 6 | $ 33,845 | $25,500 | $ 8,345 |
| Month 7 | $ 26,000 | $26,000 | 0 |
| Month 8 | $ 26,000 | $26,000 | 0 |
| Month 9 | $ 27,000 | $27,000 | 0 |
| Month 10 | $ 27,000 | $27,000 | 0 |
| Month 11 | $ 11,155 | $11,155 | 0 |
| Month 12 | $ 0 | $ 0 | 0 |
| Total | $2,550,000 | $300,000 | $2,250,000 |

43

**EXHIBIT "D"**

IMPROVEMENT PLANS

**EXHIBIT "E"**

<u>PERMITTED EXCEPTIONS</u>

Items 1 and 2 (with all taxes paid current), 3 and 4 (with all assessments paid current), and 5 through 17, as shown on Schedule C of that Commitment issued by Chicago Title  with an effective date of August 17, 2005.

## EXHIBIT "F"

## LEGAL DESCRIPTION

Property located in Ada County, Idaho more particularly described as follows:

**PARCEL 1:**

**PARCEL 2:**

46

LEGAL DESCRIPTION
EXHIBIT 'B'

Order No : 5000528062AK

Parcel A:

A parcel located in the West Half of Section 1, Township 2 North, Range 2 East, Boise Meridian, Ada County, Idaho, more particularly described as follows:

Commencing at a brass cap monument marking the Northwest corner of said Section 1 from which a brass cap monument marking the Southwest corner of the Northwest Quarter of said Section 1 bears

South 0°44'40" West a distance of 2673.38 feet; thence

South 0°44'40" West along the Westerly boundary of said Section 1 a distance of 740.48 feet to a 1-inch diameter aluminum cap on the Southerly right of way of Gowen Road and the POINT OF BEGINNING: thence leaving said Westerly boundary

South 76°13'11" East along said Southerly right of way a distance of 67.75 feet to a 5/8-inch diameter iron pin; thence leaving said Southerly right of way

South 0°44'40" West along a line 66 feet East of and parallel to the Westerly boundary of said Section 1 a distance of 1917.14 feet to a 5/8-inch diameter iron pin; thence continuing along said line

South 0°26'52" West a distance of 156.74 feet to a 5/8-inch diameter iron pin; thence leaving said line

South 76°13'47" East a distance of 1172.73 feet to a 5/8-inch diameter iron pin on the Westerly right of way of the Union Pacific Railroad; thence along said Westerly right of way a distance of 57.24 feet along the arc of a 3879.71 foot radius non-tangent curve left, said curve having a central angle of 0°50'43" and a long chord bearing

South 23°30'23" East a distance of 57.23 feet to a 1 ½-inch diameter aluminum cap; thence continuing along said Westerly right of way

South 23°19'20" East a distance of 2022.22 feet to a 1 ½-inch diameter aluminum cap; thence continuing along said Westerly right of way a distance of 2363.89 feet along the arc of a 3770.41 foot radius curve right, said curve having a central angle of 3°35'59" and a long chord bearing

South 22°06'36" East a distance of 236.85 feet to a 1 ½-inch diameter aluminum cap; thence continuing along said Westerly right of way a distance of 103.60 feet along the arc of a 1860.08 foot radius curve right, said curve having a central angle of 3°11'29" and a long chord bearing

South 18°01'41" East a distance of 103.59 feet to a 1 ½-inch diameter aluminum cap on the Southerly boundary of said Section 1; thence leaving said Westerly right of way North 89°45'36" West along the Southerly boundary of said Section 1 a distance of 2169.20 feet to a brass cap monument marking the Southwest corner of said Section 1; thence

North 0°26'52" East along the Westerly boundary of said Section 1 a distance of 2654.66 feet to a brass cap monument marking the Southwest corner of the Northwest Quarter of said Section 1; thence continuing along said Westerly boundary

North 0°44'40" East a distance of 1932.90 feet the POINT OF BEGINNING.

Parcel B:

Lot 3 in Block 1 of Medimont Subdivision No. 1, according to the plat thereof, filed in Book 75 of Plats at Pages 7794 and 7795, records of Ada County, Idaho.

# EXHIBIT D

**Sample Payments on Selected Loans**

**Hasley Canyon**

| Direct Lender | Investment | Payment at 1/9/2006 | Interest Rate | Payment at 2/7/2006 | Interest Rate | Payment at 3/10/2006 | Interest Rate |
|---|---|---|---|---|---|---|---|
| Fertitta Enterprises, Inc. | $ 3,083,000.00 | $ 47,786.50 | 18% | $ 47,786.50 | 18% | $ 43,162.00 | 18% |
| Scott K Canepa Defined Benefit Pension Plan | $ 600,000.00 | $ 8,783.33 | 17% | $ 8,783.33 | 17% | $ 7,933.33 | 17% |
| Kenneth Jerry Goulding & Florie Goulding, | $ 100,000.00 | $ 1,463.89 | 17% | $ 1,463.89 | 17% | $ 1,322.22 | 17% |

**Tapia Ranch**

| Direct Lender | Investment | Payment at 1/9/2006 | Interest Rate | Payment at 2/7/2006 | Interest Rate | Payment at 3/10/2006 | Interest Rate |
|---|---|---|---|---|---|---|---|
| Fertitta Enterprises, Inc. | $ 5,000,000.00 | $55,972.22 | 13% | $55,972.22 | 13% | $50,555.56 | 13% |
| Robert J. Kehl & Ruth Ann Kehl, | $ 500,000.00 | $5,381.94 | 12% | $5,381.94 | 12% | $4,861.11 | 12% |
| Rita P. Anderson Trustee | $ 100,000.00 | $1,076.39 | 12% | $1,076.39 | 12% | $972.22 | 12% |

# EXHIBIT E

# USH CAPITAL

4484 S. Pecos Rd.
Las Vegas NV 89121

*Fertitta Interest Example #1*

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Bill Bullard
2960 W Sahara Ave Ste 200
Las Vegas, NV 89102

## Statement Information

| | |
|---|---|
| Page Count | 1 |
| Statement As Of | 02/28/2006 |
| Payment Method | Check (#87721) |

## Payment Summary

| Account: Fertitta Enterprises, Inc. | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 5 | $ 128,906.97 | $ 145,178.94 | $ 274,085.91 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: Brookmere/Matteson** | Original Investment: | | $ 1,000,000.00 | IR: 12.00% | YTD Interest: $ 11,169.32 |
| Interest Payment | 02/01/2006 | 02/27/2006 | $ 373,743.07 | $ 244,836.10 | $ 3,363.69 |
| Interest Payment | 02/28/2006 | 02/28/2006 | $ 244,836.10 | $ 244,836.10 | $ 81.61 |
| Principal Paydown | 02/28/2006 | 02/28/2006 | $ 373,743.07 | $ 244,836.10 | $ 128,906.97 |
| Totals: | | | $ 373,743.07 | $ 244,836.10 | $ 132,352.27 |
| **Investment: Colt Gateway** | Original Investment: | | $ 4,000,000.00 | IR: 15.00% | YTD Interest: $ 60,587.39 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 1,211,747.93 | $ 1,211,747.93 | $ 14,137.06 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 403,915.97 | $ 403,915.97 | $ 4,712.35 |
| Totals: | | | $ 1,615,663.90 | $ 1,615,663.90 | $ 18,849.41 |
| **Investment: Hasley Canyon** | Original Investment: | | $ 3,083,000.00 | IR: 18.00% | YTD Interest: $ 138,735.0 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 1,000,000.00 | $ 1,000,000.00 | $ 14,000.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 383,000.00 | $ 383,000.00 | $ 5,362.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 500,000.00 | $ 500,000.00 | $ 7,000.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 500,000.00 | $ 500,000.00 | $ 7,000.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 700,000.00 | $ 700,000.00 | $ 9,800.00 |
| Totals: | | | $ 3,083,000.00 | $ 3,083,000.00 | $ 43,162.00 |
| **Investment: Marlton Square** | Original Investment: | | $ 3,000,000.00 | IR: 12.50% | YTD Interest: $ 93,750.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 3,000,000.00 | $ 3,000,000.00 | $ 29,166.67 |
| Totals: | | | $ 3,000,000.00 | $ 3,000,000.00 | $ 29,166.67 |
| **Investment: Tapia Ranch** | Original Investment: | | $ 5,000,000.00 | IR: 13.00% | YTD Interest: $ 162,500.0 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 5,000,000.00 | $ 5,000,000.00 | $ 50,555.56 |
| Totals: | | | $ 5,000,000.00 | $ 5,000,000.00 | $ 50,555.56 |

## Full Account Summary

| Account: Fertitta Enterprises, Inc. | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 16,083,000.00 | $ 12,943,500.01 | $ 466,741.72 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**



4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

### Statement Information

|  |  |
|---|---|
| Page Count | 2 |
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

IıIııIIııIIııIıIIIııIııIIıIIıIıIıIıIıIıIıIıII
Mark Hansen
8912 E Pinnacle Peak Rd F9-602
Scottsdale, AZ 85255

## Payment Summary

Account: MLH Family Investment Limited, a Texas company

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 15 | $ 32,226.74 | $ 24,637.96 | $ 56,864.70 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: 6425 Gess. LTD** | | Original Investment: | $ 200,000.00 | IR: 12.00% | YTD Interest: $ 6,000.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 200,000.00 | $ 200,000.00 | $ 1,866.67 |
| Totals: | | | $ 200,000.00 | $ 200,000.00 | $ 1,866.67 |
| **Investment: Bay Pompano Beach** | | Original Investment: | $ 75,000.00 | IR: 12.50% | YTD Interest: $ 1,922.56 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 56,598.54 | $ 56,598.54 | $ 550.26 |
| Totals: | | | $ 56,598.54 | $ 56,598.54 | $ 550.26 |
| **Investment: Brookmere/Matteson** | | Original Investment: | $ 250,000.00 | IR: 12.00% | YTD Interest: $ 2,792.32 |
| Interest Payment | 02/01/2006 | 02/27/2006 | $ 93,435.77 | $ 61,209.03 | $ 840.92 |
| Interest Payment | 02/28/2006 | 02/28/2006 | $ 61,209.03 | $ 61,209.03 | $ 20.40 |
| Principal Paydown | 02/28/2006 | 02/28/2006 | $ 93,435.77 | $ 61,209.03 | $ 32,226.74 |
| Totals: | | | $ 93,435.77 | $ 61,209.03 | $ 33,088.06 |
| **Investment: Del Valle - Livinaston** | | Original Investment: | $ 125,000.00 | IR: 12.00% | YTD Interest: $ 3,750.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 125,000.00 | $ 125,000.00 | $ 1,166.67 |
| Totals: | | | $ 125,000.00 | $ 125,000.00 | $ 1,166.67 |
| **Investment: Eagle Meadows** | | Original Investment: | $ 200,000.00 | IR: 12.50% | YTD Interest: $ 6,250.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 200,000.00 | $ 200,000.00 | $ 1,944.44 |
| Totals: | | | $ 200,000.00 | $ 200,000.00 | $ 1,944.44 |
| **Investment: Gramercy Court** | | Original Investment: | $ 100,000.00 | IR: 12.00% | YTD Interest: $ 2,999.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| Totals: | | | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| **Investment: Harbor Georaetown** | | Original Investment: | $ 250,000.00 | IR: 12.00% | YTD Interest: $ 7,499.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 250,000.00 | $ 250,000.00 | $ 2,333.33 |
| Totals: | | | $ 250,000.00 | $ 250,000.00 | $ 2,333.33 |
| **Investment: Haslev Canvon** | | Original Investment: | $ 150,000.00 | IR: 17.00% | YTD Interest: $ 6,374.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 150,000.00 | $ 150,000.00 | $ 1,983.33 |
| Totals: | | | $ 150,000.00 | $ 150,000.00 | $ 1,983.33 |
| **Investment: HFA- Clear Lake** | | Original Investment: | $ 100,000.00 | IR: 12.00% | YTD Interest: $ 2,999.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| Totals: | | | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| **Investment: HFA- North Yonkers** | | Original Investment: | $ 250,000.00 | IR: 12.00% | YTD Interest: $ 7,499.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 250,000.00 | $ 250,000.00 | $ 2,333.33 |
| Totals: | | | $ 250,000.00 | $ 250,000.00 | $ 2,333.33 |

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: J. Jireh's Corporation | | Original Investment: $ 125,000.00 | | IR: 12.50% | YTD Interest: $ 2,170.14 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 125,000.00 | $ 125,000.00 | $ 1,215.28 |
| Totals: | | | $ 125,000.00 | $ 125,000.00 | $ 1,215.28 |
| Investment: Lerin Hills | | Original Investment: $ 150,000.00 | | IR: 15.00% | YTD Interest: $ 5,625.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 150,000.00 | $ 150,000.00 | $ 1,750.00 |
| Totals: | | | $ 150,000.00 | $ 150,000.00 | $ 1,750.00 |
| Investment: Marquis Hotel | | Original Investment: $ 150,000.00 | | IR: 13.00% | YTD Interest: $ 4,875.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 150,000.00 | $ 150,000.00 | $ 1,516.67 |
| Totals: | | | $ 150,000.00 | $ 150,000.00 | $ 1,516.67 |
| Investment: Placer Vinevards | | Original Investment: $ 300,000.00 | | IR: 12.50% | YTD Interest: $ 9,375.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 300,000.00 | $ 300,000.00 | $ 2,916.67 |
| Totals: | | | $ 300,000.00 | $ 300,000.00 | $ 2,916.67 |
| Investment: Roam Develonment | | Original Investment: $ 250,000.00 | | IR: 12.00% | YTD Interest: $ 7,499.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 250,000.00 | $ 250,000.00 | $ 2,333.33 |
| Totals: | | | $ 250,000.00 | $ 250,000.00 | $ 2,333.33 |

## Full Account Summary

| Account: MLH Family Investment Limited, a Texas company | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 2,825,000.00 | $ 2,617,807.57 | $ 77,635.00 |

**For a detailed breakdown of your statement or additional account information, please visit http://www.tdinvestments.com**



For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

4484 S. Pecos Rd.
Las Vegas NV 89121

lıllıulldıdıdlludıudltldıdıdldlludıld
Donna Cangelosi
5860 Lausanne Drive
Reno, NV 89511

## Statement Information

| | |
|---|---|
| Page Count | 2 |
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

| Account: Donna M. Cangelosi Trustee of the Donna M. Cangelosi Family Trust | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 15 | $ 0.00 | $ 8,820.62 | $ 8,820.62 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: 60th Street Venture.** | | **Original Investment:** | **$ 40,000.00** | **IR: 17.00%** | **YTD Interest: $ 1,284.45** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 40,000.00 | $ 40,000.00 | $ 528.89 |
| Totals: | | | $ 40,000.00 | $ 40,000.00 | $ 528.89 |
| **Investment: 6425 Gess. LTD** | | **Original Investment:** | **$ 50,000.00** | **IR: 12.00%** | **YTD Interest: $ 1,500.01** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Investment: Amesburv/Hatters** | | **Original Investment:** | **$ 150,000.00** | **IR: 13.00%** | **YTD Interest: $ 4,464.43** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 137,366.96 | $ 137,366.96 | $ 1,388.93 |
| Totals: | | | $ 137,366.96 | $ 137,366.96 | $ 1,388.93 |
| **Investment: Beau Rivage** | | **Original Investment:** | **$ 50,000.00** | **IR: 18.00%** | **YTD Interest: $ 121.59** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 2,702.18 | $ 2,702.18 | $ 37.83 |
| Totals: | | | $ 2,702.18 | $ 2,702.18 | $ 37.83 |
| **Investment: Boise/Gowen 93** | | **Original Investment:** | **$ 50,000.00** | **IR: 12.00%** | **YTD Interest: $ 1,500.01** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| **Investment: Cabernet** | | **Original Investment:** | **$ 50,000.00** | **IR: 15.00%** | **YTD Interest: $ 1,874.99** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 583.33 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 583.33 |
| **Investment: Foxhill 216. LLC** | | **Original Investment:** | **$ 60,000.00** | **IR: 12.50%** | **YTD Interest: $ 708.33** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 60,000.00 | $ 60,000.00 | $ 583.33 |
| Totals: | | | $ 60,000.00 | $ 60,000.00 | $ 583.33 |
| **Investment: Glendale Tower** | | **Original Investment:** | **$ 50,000.00** | **IR: 12.50%** | **YTD Interest: $ 1,562.49** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| **Investment: Haslev Canvon** | | **Original Investment:** | **$ 40,000.00** | **IR: 17.00%** | **YTD Interest: $ 1,700.01** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 40,000.00 | $ 40,000.00 | $ 528.89 |
| Totals: | | | $ 40,000.00 | $ 40,000.00 | $ 528.89 |
| **Investment: Hesperia II** | | **Original Investment:** | **$ 40,000.00** | **IR: 16.00%** | **YTD Interest: $ 1,600.00** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 40,000.00 | $ 40,000.00 | $ 497.78 |
| Totals: | | | $ 40,000.00 | $ 40,000.00 | $ 497.78 |
| **Investment: HFA- Riviera 2nd** | | **Original Investment:** | **$ 50,000.00** | **IR: 18.00%** | **YTD Interest: $ 2,250.00** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 25,000.00 | $ 25,000.00 | $ 350.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 25,000.00 | $ 25,000.00 | $ 350.00 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 700.00 |

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Lerin Hills | | Original Investment: | $ 50,000.00 | IR: 15.00% | YTD Interest: $ 1,874.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 583.33 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 583.33 |
| Investment: Margarita Annex | | Original Investment: | $ 100,000.00 | IR: 12.00% | YTD Interest: $ 2,999.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| Totals: | | | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| Investment: Placer Vinevards 2nd | | Original Investment: | $ 50,000.00 | IR: 16.00% | YTD Interest: $ 2,000.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 622.22 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 622.22 |
| Investment: Universal Hawaii | | Original Investment: | $ 75,000.00 | IR: 12.00% | YTD Interest: $ 1,328.51 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 44,283.53 | $ 44,283.53 | $ 413.31 |
| Totals: | | | $ 44,283.53 | $ 44,283.53 | $ 413.31 |

## Full Account Summary

| Account: Donna M. Cangelosi Trustee of the Donna M. Cangelosi Family Trust | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 905,000.00 | $ 814,352.68 | $ 27,582.30 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**

![USA CAPITAL logo]

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

4484 S. Pecos Rd.
Las Vegas NV 89121

ԵՂԵՎ|ԵՂԵՂ|||ԵՂ||ԵՂ||ԵՂ|||ԵՂ|||ԵՂ|||
Barry  Goldstein
19955 NE 38th Ct Apt #2604
Aventura, FL 33180

## Statement Information

| | |
| --- | --- |
| Page Count | 2 |
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

| Account: Barry J. Goldstein & Patricia B. Goldstein, as joint tenants with right of survivorship | | | |
| --- | --- | --- | --- |
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 15 | $ 0.00 | $ 7,748.79 | $ 7,748.79 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
| --- | --- | --- | --- | --- | --- |
| Investment:  6425 Gess. LTD | | Original Investment: | $ 100,000.00 | IR: 12.00% | YTD Interest: $ 2,999.99 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| Totals: | | | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| Investment:  Bav Pompano Beach | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 1,281.70 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 37,732.36 | $ 37,732.36 | $ 366.84 |
| Totals: | | | $ 37,732.36 | $ 37,732.36 | $ 366.84 |
| Investment:  Bundv Canvon | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment:  Bundv Canvon | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment:  Del Valle - Livineston | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment:  Eaele Meadows | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 1,562.49 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Investment:  Elizabeth Mav Real | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 100.00 |
| Interest Payment | 02/23/2006 | 02/28/2006 | $ 50,000.00 | $ 100.00 | $ 100.00 |
| Totals: | | | $ 0.00 | $ 50,000.00 | $ 100.00 |
| Investment:  Foxhill 216. LLC | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 590.28 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Investment:  Glendale Tower | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 1,562.49 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Investment:  HFA- Clear Lake | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment:  J. Jireh's Corporation | | Original Investment: | $ 75,000.00 | IR: 12.50% | YTD Interest: $ 2,343.75 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 75,000.00 | $ 75,000.00 | $ 729.17 |
| Totals: | | | $ 75,000.00 | $ 75,000.00 | $ 729.17 |

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Marlton Square 2nd | | Original Investment: | $ 50,000.00 | IR: 16.00% | YTD Interest: $ 2,000.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 622.22 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 622.22 |
| Investment: Placer Vineyards | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 1,562.49 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Investment: Roam Develoment | | Original Investment: | $ 75,000.00 | IR: 12.00% | YTD Interest: $ 2,250.00 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 75,000.00 | $ 75,000.00 | $ 700.00 |
| Totals: | | | $ 75,000.00 | $ 75,000.00 | $ 700.00 |
| Investment: Tania Ranch | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 1,562.49 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |

## Full Account Summary

| Account: Barry J. Goldstein & Patricia B. Goldstein, as joint tenants with right of survivorship | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 850,000.00 | $ 837,732.36 | $ 23,815.72 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**



4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

lıllııllıdılııdıldlııdııllıdalıdlıldlııdıldl
Taylor Samuels
198 Concho Drive
Reno, NV 89521

## Statement Information

| | |
|---|---|
| Page Count | 1 |
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

| Account: Samuels Foundation, Inc., a Nevada corporation | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 3 | $ 8,378.95 | $ 1,021.16 | $ 9,400.11 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: Ashby Financial** | | Original Investment: | **$ 75,000.00** | **IR: 12.00%** | **YTD Interest: $ 2,250.00** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 75,000.00 | $ 75,000.00 | $ 700.00 |
| Totals: | | | **$ 75,000.00** | **$ 75,000.00** | **$ 700.00** |
| **Investment: Brookmere/Matteson** | | Original Investment: | **$ 100,000.00** | **IR: 12.00%** | **YTD Interest: $ 726.00** |
| Interest Payment | 02/01/2006 | 02/27/2006 | $ 24,293.30 | $ 15,914.35 | $ 218.64 |
| Interest Payment | 02/28/2006 | 02/28/2006 | $ 15,914.35 | $ 15,914.35 | $ 5.30 |
| Principal Paydown | 02/28/2006 | 02/28/2006 | $ 24,293.30 | $ 15,914.35 | $ 8,378.95 |
| Totals: | | | **$ 24,293.30** | **$ 15,914.35** | **$ 8,602.89** |
| **Investment: Tapia Ranch** | | Original Investment: | **$ 10,000.00** | **IR: 12.50%** | **YTD Interest: $ 312.50** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 10,000.00 | $ 10,000.00 | $ 97.22 |
| Totals: | | | **$ 10,000.00** | **$ 10,000.00** | **$ 97.22** |

## Full Account Summary

| Account: Samuels Foundation, Inc., a Nevada corporation | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 285,000.00 | $ 200,914.35 | $ 3,288.50 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**



For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

4484 S. Pecos Rd.
Las Vegas NV 89121

*Fertitta Example #2*

|||
|---|---|
| **Statement Information** | |
| | |
| Page Count | 1 |
| Statement As Of | 10/31/2005 |
| Payment Method | Check (#80993) |

ıllıuıllıluıluıllllıuıluıllılıluılıllluılıl
Bill Bullard
2960 W Sahara Ave Ste 200
Las Vegas, NV 89102

## Payment Summary

| Account: Fertitta Enterprises, Inc. | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 5 | $ 0.00 | $ 160,781.39 | $ 160,781.39 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: Brookmere/Matteson** | | Original Investment: | $ 1,000,000.00 | IR: 12.00% | YTD Interest: $ 69,696.27 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 373,743.07 | $ 373,743.07 | $ 3,862.01 |
| Totals: | | | $ 373,743.07 | $ 373,743.07 | $ 3,862.01 |
| **Investment: Colt Gateway** | | Original Investment: | $ 4,000,000.00 | IR: 15.00% | YTD Interest: $ 286,137.4 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 1,211,747.93 | $ 1,211,747.93 | $ 15,651.74 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 403,915.97 | $ 403,915.97 | $ 5,217.25 |
| Totals: | | | $ 1,615,663.90 | $ 1,615,663.90 | $ 20,868.99 |
| **Investment: Hasley Canyon** | | Original Investment: | $ 3,083,000.00 | IR: 18.00% | YTD Interest: $ 503,452.5 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 1,000,000.00 | $ 1,000,000.00 | $ 15,500.00 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 383,000.00 | $ 383,000.00 | $ 5,936.50 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 500,000.00 | $ 500,000.00 | $ 7,750.00 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 500,000.00 | $ 500,000.00 | $ 7,750.00 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 700,000.00 | $ 700,000.00 | $ 10,850.00 |
| Totals: | | | $ 3,083,000.00 | $ 3,083,000.00 | $ 47,786.50 |
| **Investment: Marlton Square** | | Original Investment: | $ 3,000,000.00 | IR: 12.50% | YTD Interest: $ 116,666.6 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 3,000,000.00 | $ 3,000,000.00 | $ 32,291.67 |
| Totals: | | | $ 3,000,000.00 | $ 3,000,000.00 | $ 32,291.67 |
| **Investment: Tapia Ranch** | | Original Investment: | $ 5,000,000.00 | IR: 13.00% | YTD Interest: $ 604,861.1 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 5,000,000.00 | $ 5,000,000.00 | $ 55,972.22 |
| Totals: | | | $ 5,000,000.00 | $ 5,000,000.00 | $ 55,972.22 |

## Full Account Summary

| Account: Fertitta Enterprises, Inc. | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 16,083,000.00 | $ 13,072,406.98 | $ 1,580,813.99 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**

**USA CAPITAL**

4484 S. Pecos Rd.
Las Vegas NV 89121

llolloollloolololllooloolllololololoolollol
Mark Hansen
8912 E Pinnacle Peak Rd F9-602
Scottsdale, AZ 85255

## Statement Information

| | |
|---|---|
| Page Count | 2 |
| Statement As Of | 10/31/2005 |
| Payment Method | Direct Deposit |

## Payment Summary

| Account: MLH Family Investment Limited , a Texas company | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 13 | $ 1,889.41 | $ 22,604.89 | $ 24,494.30 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment:  6425 Gess. LTD** | | Original Investment: | $ 200,000.00 | IR: 12.00% | YTD Interest: $ 13,133.35 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 200,000.00 | $ 200,000.00 | $ 2,066.67 |
| Totals: | | | $ 200,000.00 | $ 200,000.00 | $ 2,066.67 |
| **Investment:  Bav Pompano Beach** | | Original Investment: | $ 75,000.00 | IR: 12.50% | YTD Interest: $ 4,554.67 |
| Interest Payment | 10/01/2005 | 10/27/2005 | $ 75,000.00 | $ 73,110.59 | $ 703.13 |
| Principal Paydown | 10/28/2005 | 10/28/2005 | $ 75,000.00 | $ 73,110.59 | $ 1,889.41 . |
| Interest Payment | 10/28/2005 | 10/31/2005 | $ 73,110.59 | $ 73,110.59 | $ 101.54 |
| Totals: | | | $ 75,000.00 | $ 73,110.59 | $ 2,694.08 |
| **Investment:  Brookmere/Matteson** | | Original Investment: | $ 250,000.00 | IR: 12.00% | YTD Interest: $ 17,424.07 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 93,435.77 | $ 93,435.77 | $ 965.50 |
| Totals: | | | $ 93,435.77 | $ 93,435.77 | $ 965.50 |
| **Investment:  Del Valle - Livingston** | | Original Investment: | $ 125,000.00 | IR: 12.00% | YTD Interest: $ 2,625.00 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 125,000.00 | $ 125,000.00 | $ 1,291.67 |
| Totals: | | | $ 125,000.00 | $ 125,000.00 | $ 1,291.67 |
| **Investment:  Eagle Meadows** | | Original Investment: | $ 200,000.00 | IR: 12.50% | YTD Interest: $ 555.56 |
| Interest Payment | 10/24/2005 | 10/31/2005 | $ 200,000.00 | $ 200,000.00 | $ 555.56 |
| Totals: | | | $ 200,000.00 | $ 200,000.00 | $ 555.56 |
| **Investment:  Gramercy Court** | | Original Investment: | $ 100,000.00 | IR: 12.00% | YTD Interest: $ 11,166.64 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 100,000.00 | $ 100,000.00 | $ 1,033.33 |
| Totals: | | | $ 100,000.00 | $ 100,000.00 | $ 1,033.33 |
| **Investment:  Harbor Georgetown** | | Original Investment: | $ 250,000.00 | IR: 12.00% | YTD Interest: $ 27,916.64 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 250,000.00 | $ 250,000.00 | $ 2,583.33 |
| Totals: | | | $ 250,000.00 | $ 250,000.00 | $ 2,583.33 |
| **Investment:  Hasley Canyon** | | Original Investment: | $ 150,000.00 | IR: 17.00% | YTD Interest: $ 23,729.14 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 150,000.00 | $ 150,000.00 | $ 2,195.83 |
| Totals: | | | $ 150,000.00 | $ 150,000.00 | $ 2,195.83 |
| **Investment:  HFA- Clear Lake** | | Original Investment: | $ 100,000.00 | IR: 12.00% | YTD Interest: $ 9,533.31 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 100,000.00 | $ 100,000.00 | $ 1,033.33 |
| Totals: | | | $ 100,000.00 | $ 100,000.00 | $ 1,033.33 |
| **Investment:  HFA- North Yonkers** | | Original Investment: | $ 250,000.00 | IR: 12.00% | YTD Interest: $ 24,833.31 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 250,000.00 | $ 250,000.00 | $ 2,583.33 |
| Totals: | | | $ 250,000.00 | $ 250,000.00 | $ 2,583.33 |

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Marquis Hotel | | Original Investment: | $ 150,000.00 | IR: 13.00% | YTD Interest: $ 18,145.86 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 150,000.00 | $ 150,000.00 | $ 1,679.17 |
| Totals: | | | $ 150,000.00 | $ 150,000.00 | $ 1,679.17 |
| Investment: Placer Vineyards | | Original Investment: | $ 300,000.00 | IR: 12.50% | YTD Interest: $ 33,437.52 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 300,000.00 | $ 300,000.00 | $ 3,229.17 |
| Totals: | | | $ 300,000.00 | $ 300,000.00 | $ 3,229.17 |
| Investment: Roam Develoment | | Original Investment: | $ 250,000.00 | IR: 12.00% | YTD Interest: $ 19,916.65 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 250,000.00 | $ 250,000.00 | $ 2,583.33 |
| Totals: | | | $ 250,000.00 | $ 250,000.00 | $ 2,583.33 |

## Full Account Summary

| Account: MLH Family Investment Limited, a Texas company | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 2,400,000.00 | $ 2,241,546.36 | $ 241,981.95 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**

# USA CAPITAL

If you question regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

4484 S. Pecos Rd.
Las Vegas NV 89121

Donna Cangelosi
5860 Lausanne Drive
Reno, NV 89511

## Statement Information

| | |
|---|---|
| Page Count | 2 |
| Statement As Of | 10/31/2005 |
| Payment Method | Direct Deposit |

## Payment Summary

| Account: Donna M. Cangelosi Trustee of the Donna M. Cangelosi Family Trust | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 15 | $ 50,000.00 | $ 9,587.09 | $ 59,587.09 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: 6425 Gess. LTD** | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 3,283.35 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| **Investment: Amesbury/Hatters** | | Original Investment: | $ 150,000.00 | IR: 13.00% | YTD Interest: $ 17,108.24 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 137,366.96 | $ 137,366.96 | $ 1,537.75 |
| Totals: | | | $ 137,366.96 | $ 137,366.96 | $ 1,537.75 |
| **Investment: Banning/Fiesta** | | Original Investment: | $ 75,000.00 | IR: 13.00% | YTD Interest: $ 9,072.89 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 75,000.00 | $ 75,000.00 | $ 839.58 |
| Totals: | | | $ 75,000.00 | $ 75,000.00 | $ 839.58 |
| **Investment: Beau Rivage** | | Original Investment: | $ 50,000.00 | IR: 18.00% | YTD Interest: $ 1,300.11 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 2,702.18 | $ 2,702.18 | $ 41.88 |
| Totals: | | | $ 2,702.18 | $ 2,702.18 | $ 41.88 |
| **Investment: Boise/Gowen 93** | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 916.67 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| **Investment: Cabernet** | | Original Investment: | $ 50,000.00 | IR: 15.00% | YTD Interest: $ 5,562.48 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 645.83 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 645.83 |
| **Investment: Glendale Tower** | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 2,447.90 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 538.19 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 538.19 |
| **Investment: Hasley Canyon** | | Original Investment: | $ 40,000.00 | IR: 17.00% | YTD Interest: $ 6,327.82 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 40,000.00 | $ 40,000.00 | $ 585.56 |
| Totals: | | | $ 40,000.00 | $ 40,000.00 | $ 585.56 |
| **Investment: Hesperia II** | | Original Investment: | $ 40,000.00 | IR: 16.00% | YTD Interest: $ 3,751.10 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 40,000.00 | $ 40,000.00 | $ 551.11 |
| Totals: | | | $ 40,000.00 | $ 40,000.00 | $ 551.11 |
| **Investment: HFA- Riviera 2nd** | | Original Investment: | $ 50,000.00 | IR: 18.00% | YTD Interest: $ 8,375.00 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 25,000.00 | $ 25,000.00 | $ 387.50 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 25,000.00 | $ 25,000.00 | $ 387.50 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 775.00 |
| **Investment: Margarita Annex** | | Original Investment: | $ 100,000.00 | IR: 12.00% | YTD Interest: $ 11,166.64 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 100,000.00 | $ 100,000.00 | $ 1,033.33 |
| Totals: | | | $ 100,000.00 | $ 100,000.00 | $ 1,033.33 |

Page 1 of 2

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Placer Vineyards 2nd | | Original Investment: | $ 50,000.00 | IR: 16.00% | YTD Interest: $ 7,133.35 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 688.89 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 688.89 |
| Investment: Sparks Galleria- Phase | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 5,516.69 |
| Interest Payment | 10/01/2005 | 10/27/2005 | $ 50,000.00 | $ 0.00 | $ 450.00 |
| Principal Paydown | 10/28/2005 | 10/28/2005 | $ 50,000.00 | $ 0.00 | $ 50,000.00 |
| Totals: | | | $ 50,000.00 | $ 0.00 | $ 50,450.00 |
| Investment: Sparks Galleria | | Original Investment: | $ 50,000.00 | IR: 15.00% | YTD Interest: $ 5,351.38 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 31,666.67 | $ 31,666.67 | $ 409.03 |
| Totals: | | | $ 31,666.67 | $ 31,666.67 | $ 409.03 |
| Investment: Universal Hawaii | | Original Investment: | $ 75,000.00 | IR: 12.00% | YTD Interest: $ 6,757.29 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 44,283.53 | $ 44,283.53 | $ 457.60 |
| Totals: | | | $ 44,283.53 | $ 44,283.53 | $ 457.60 |

## Full Account Summary

| Account: Donna M. Cangelosi Trustee of the Donna M. Cangelosi Family Trust | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 930,000.00 | $ 771,019.35 | $ 100,036.99 |

**For a detailed breakdown of your statement or additional account information, please visit http://www.tdinvestments.com**



For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

4484 S. Pecos Rd.
Las Vegas NV 89121

hdlmdldmdddmdmllddddlddlmddd
Barry Goldstein
19955 NE 38th Ct Apt #2604
Aventura, FL 33180

## Statement Information

| | |
|---|---|
| Page Count | 2 |
| Statement As Of | 10/31/2005 |
| Payment Method | Direct Deposit |

## Payment Summary

| Account: Barry J. Goldstein & Patricia B. Goldstein, as joint tenants with right of survivorship | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 13 | $ 1,259.61 | $ 7,184.04 | $ 8,443.65 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: 6425 Gess. LTD** | | Original Investment: | $ 100,000.00 | **IR: 12.00%** | **YTD Interest: $ 6,566.65** |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 100,000.00 | $ 100,000.00 | $ 1,033.33 |
| Totals: | | | $ 100,000.00 | $ 100,000.00 | $ 1,033.33 |
| **Investment: Bay Pompano Beach** | | Original Investment: | $ 50,000.00 | **IR: 12.50%** | **YTD Interest: $ 3,036.43** |
| Interest Payment | 10/01/2005 | 10/27/2005 | $ 50,000.00 | $ 48,740.39 | $ 468.75 |
| Principal Paydown | 10/28/2005 | 10/28/2005 | $ 50,000.00 | $ 48,740.39 | $ 1,259.61 |
| Interest Payment | 10/28/2005 | 10/31/2005 | $ 48,740.39 | $ 48,740.39 | $ 67.70 |
| Totals: | | | $ 50,000.00 | $ 48,740.39 | $ 1,796.06 |
| **Investment: Bundy Canyon** | | Original Investment: | $ 50,000.00 | **IR: 12.00%** | **YTD Interest: $ 550.00** |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| **Investment: Bundy Canyon** | | Original Investment: | $ 50,000.00 | **IR: 12.00%** | **YTD Interest: $ 4,616.69** |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| **Investment: Del Valle - Livingston** | | Original Investment: | $ 50,000.00 | **IR: 12.00%** | **YTD Interest: $ 1,050.00** |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| **Investment: Eagle Meadows** | | Original Investment: | $ 50,000.00 | **IR: 12.50%** | **YTD Interest: $ 138.89** |
| Interest Payment | 10/24/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 138.89 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 138.89 |
| **Investment: Glendale Tower** | | Original Investment: | $ 50,000.00 | **IR: 12.50%** | **YTD Interest: $ 2,447.90** |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 538.19 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 538.19 |
| **Investment: HFA- Clear Lake** | | Original Investment: | $ 50,000.00 | **IR: 12.00%** | **YTD Interest: $ 4,766.69** |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 516.67 |
| **Investment: J. Jireh's Corporation** | | Original Investment: | $ 75,000.00 | **IR: 12.50%** | **YTD Interest: $ 1,562.50** |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 75,000.00 | $ 75,000.00 | $ 807.29 |
| Totals: | | | $ 75,000.00 | $ 75,000.00 | $ 807.29 |
| **Investment: Placer Vineyards** | | Original Investment: | $ 50,000.00 | **IR: 12.50%** | **YTD Interest: $ 5,572.88** |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 538.19 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 538.19 |

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Roam Develooment | | Original Investment: | $ 75,000.00 | IR: 12.00% | YTD Interest: $ 5,975.00 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 75,000.00 | $ 75,000.00 | $ 775.00 |
| Totals: | | | $ 75,000.00 | $ 75,000.00 | $ 775.00 |
| Investment: Sparks Galleria Phase | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 4,364.00 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 20,499.56 | $ 20,499.56 | $ 211.83 |
| Totals: | | | $ 20,499.56 | $ 20,499.56 | $ 211.83 |
| Investment: Tapia Ranch | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 5,815.93 |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 50,000.00 | $ 50,000.00 | $ 538.19 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 538.19 |

## Full Account Summary

| Account: Barry J. Goldstein & Patricia B. Goldstein, as joint tenants with right of survivorship | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 750,000.00 | $ 719,239.96 | $ 46,463.56 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**



For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

4484 S. Pecos Rd.
Las Vegas NV 89121

### Statement Information

|  |  |
|---|---|
| Page Count | 1 |
| Statement As Of | 10/31/2005 |
| Payment Method | Direct Deposit |

Ելիսիլիսիդիսիդիլիսիսիդիսիդիդիդիդիսիդիդ
Taylor Samuels
198 Concho Drive
Reno, NV 89521

## Payment Summary

| Account: Samuels Foundation, Inc., a Nevada corporation | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 3 | $ 0.00 | $ 1,133.67 | $ 1,133.67 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: Ashby Financial** | | Original Investment: | **$ 75,000.00** | **IR: 12.00%** | **YTD Interest: $ 7,700.00** |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 75,000.00 | $ 75,000.00 | $ 775.00 |
| Totals: | | | **$ 75,000.00** | **$ 75,000.00** | **$ 775.00** |
| **Investment: Brookmere/Matteson** | | Original Investment: | **$ 100,000.00** | **IR: 12.00%** | **YTD Interest: $ 4,530.25** |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 24,293.30 | $ 24,293.30 | $ 251.03 |
| Totals: | | | **$ 24,293.30** | **$ 24,293.30** | **$ 251.03** |
| **Investment: Tapia Ranch** | | Original Investment: | **$ 10,000.00** | **IR: 12.50%** | **YTD Interest: $ 975.71** |
| Interest Payment | 10/01/2005 | 10/31/2005 | $ 10,000.00 | $ 10,000.00 | $ 107.64 |
| Totals: | | | **$ 10,000.00** | **$ 10,000.00** | **$ 107.64** |

## Full Account Summary

| Account: Samuels Foundation, Inc., a Nevada corporation | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 185,000.00 | $ 109,293.30 | $ 13,205.96 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**