ELECTRONICALLY FILED
JUNE 20, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
|    ekarasik@stutman.com |    ccarlyon@sheacarlyon.com |
|    cpajak@stutman.com |    ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: June 5, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

**NOTICE OF ENTRY OF ORDER APPROVING STUTMAN,**
**TREISTER & GLATT, P.C. EMPLOYMENT APPLICATION (AS AMENDED)**

**NOTICE OF ENTRY OF ORDER AUTHORIZING OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO EMPLOY STUTMAN, TREISTER & GLATT, P.C., AS ITS SPECIAL BANKRUPTCY COUNSEL EFFECTIVE MAY 10, 2006 (AFFECTS USA FIRST TRUST DEED FUND, LLC)**

PLEASE TAKE NOTICE that an Order Authorizing Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Employ Stutman, Treister & Glatt, P.C., as its Special Bankruptcy Counsel Effective May 10, 2006 was entered on June 19, 2006, a true and correct copy of which is attached hereto.

DATED this 20th day of June, 2006.

SHEA & CARLYON, LTD.

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432



Entered on Docket
June 19, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor. | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

### ORDER APPROVING STUTMAN, TREISTER & GLATT P.C. EMPLOYMENT APPLICATION (AS AMENDED)

1

391733v3

| | |
|---|---|
| Affects | ) |
| | ) |
| ☐ All Debtors | ) Date: June 5, 2006 |
| ☐ USA Commercial Mortgage Co. | ) Time: 9:30 a.m. |
| ☐ USA Securities, LLC | ) Place: Courtroom #2 |
| ☐ USA Capital Realty Advisors, LLC | ) |
| ☐ USA Capital Diversified Trust Deed | ) |
| ☒ USA First Trust Deed Fund, LLC | ) |

**ORDER AUTHORIZING OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO EMPLOY STUTMAN, TREISTER & GLATT, P.C., AS ITS SPECIAL BANKRUPTCY COUNSEL EFFECTIVE MAY 10, 2006
(AFFECTS USA FIRST TRUST DEED FUND, LLC)**

This matter having come on for hearing on the Application (the "Application") for Order Appointed Stutman, Treister & Glatt, P.C., as Special Bankruptcy Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Deed Committee"), and amendment thereto (the "Amendment"); Frank A. Merola, Esq. of the law firm of Stutman, Treister & Glatt, P.C. ("ST&G") appearing on behalf of the First Trust Deed Committee; and other appearances being noted on the record; and the Court having considered the Application and the Amendment thereto; the Declaration and the Statement of Disinterestedness of Jeffrey H. Davidson, Esq. in support thereof; the various oppositions and replies thereto; the pleadings, papers and records on file in this matter; and all objections having been withdrawn; and it appearing to the Court that the attorneys at ST&G are disinterested persons who do not hold or represent an interest adverse to the Debtors' estates in the matters upon which they are to be engaged, and that their employment for the purposes set forth in the Application is in the best interest of USA First Trust Deed Fund, LLC and its estate; and good cause appearing,

IT IS HEREBY ORDERED that the Application is granted and the First Trust Deed

2

391733v3

Committee is authorized to employ ST&G as its special bankruptcy counsel herein on the terms set forth in the Application, the Amendment thereto, the Declaration thereon, and any further order the Court may issue, effective as of May 10, 2006.

| SUBMITTED BY: | APPROVED/DISAPPROVED: |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SCHWARTZER & MCPHERSON, P.C. |
| */s/ Eve H. Karasik/* | |
| Frank A. Merola, Esq.<br>Eve H. Karasik, Esq.<br>Christine M. Pajak, Esq.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | Lenard Schwartzer, Esq.<br>Jeanette McPherson, Esq.<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, NV 89109 |
| Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | Counsel for the Debtors |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| GORDON & SILVER, LTD. | LEWIS AND ROCA, LLP |
| Gerald M. Gordon, Esq.<br>Gregory E. Garman, Esq.<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, NV 89109 | ROB CHARLES, ESQ.<br>SUSAN M. FREEMAN, ESQ.<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, Nevada 89109 |
| Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company | [Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |

3

391733v3

1  Committee is authorized to employ ST&G as its special bankruptcy counsel herein on the
2  terms set forth in the Application, the Amendment thereto, the Declaration thereon, and any
3  further order the Court may issue, effective as of May 10, 2006.

SUBMITTED BY:                                APPROVED/DISAPPROVED:

STUTMAN, TREISTER & GLATT, P.C.              SCHWARTZER & MCPHERSON, P.C.

_____            _____
Frank A. Merola, Esq.                        Lenard Schwartzer, Esq.
Eve H. Karasik, Esq.                         Jeanette McPherson, Esq.
Christine M. Pajak, Esq.                     3960 Howard Hughes Pkwy., 9th Floor
1901 Avenue of the Stars, 12th Floor         Las Vegas, NV 89109
Los Angeles, CA 90067
                                             Counsel for the Debtors
Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC


APPROVED/DISAPPROVED:                        APPROVED/DISAPPROVED:

GORDON & SILVER, LTD.                        LEWIS AND ROCA, LLP


_____            _____
Gerald M. Gordon, Esq.                       ROB CHARLES, ESQ.
Gregory E. Garman, Esq.                      SUSAN M. FREEMAN, ESQ.
3960 Howard Hughes Pkwy., 9th Floor          3993 Howard Hughes Parkway, 6th Floor
Las Vegas, NV 89109                          Las Vegas, Nevada 89109

Counsel for Official Committee of Holders of  [Proposed] Counsel for Official Committee
Executory Contract Rights of USA              of Unsecured Creditors of USA Commercial
Commercial Mortgage Company                   Mortgage Company

3

391733v3

1  Committee is authorized to employ ST&G as its special bankruptcy counsel herein on the
2  terms set forth in the Application, the Amendment thereto, the Declaration thereon, and any
3  further order the Court may issue, effective as of May 10, 2006.
4
5
6  SUBMITTED BY:                                    APPROVED/DISAPPROVED:
7  STUTMAN, TREISTER & GLATT, P.C.                  SCHWARTZER & MCPHERSON, P.C.
8
9  _____              _____
   Frank A. Merola, Esq.                            Lenard Schwartzer, Esq.
10 Eve H. Karasik, Esq.                             Jeanette McPherson, Esq.
   Christine M. Pajak, Esq.                         3960 Howard Hughes Pkwy., 9th Floor
11 1901 Avenue of the Stars, 12th Floor             Las Vegas, NV 89109
   Los Angeles, CA 90067
12                                                  Counsel for the Debtors
13 Counsel for the Official Committee of Equity
   Security Holders of USA Capital First Trust
14 Deed Fund, LLC

15 APPROVED/DISAPPROVED:                            APPROVED/DISAPPROVED:
16
17 GORDON & SILVER, LTD.                            LEWIS AND ROCA, LLP
18
19 _____              _____
   Gerald M. Gordon, Esq.                           ROB CHARLES, ESQ.
20 Gregory E. Garman, Esq.                          SUSAN M. FREEMAN, ESQ.
   3960 Howard Hughes Pkwy., 9th Floor              3993 Howard Hughes Parkway, 6th Floor
21 Las Vegas, NV 89109                              Las Vegas, Nevada 89109
22 Counsel for Official Committee of Holders of     [Proposed] Counsel for Official Committee
   Executory Contract Rights of USA                 of Unsecured Creditors of USA Commercial
23 Commercial Mortgage Company                      Mortgage Company
24
25
26
27
28                                              3

391733v3

1  Committee is authorized to employ ST&G as its special bankruptcy counsel herein on the
2  terms set forth in the Application, the Amendment thereto, the Declaration thereon, and any
3  further order the Court may issue, effective as of May 10, 2006.

SUBMITTED BY:                                    APPROVED/DISAPPROVED:

STUTMAN, TREISTER & GLATT, P.C.                  SCHWARTZER & MCPHERSON, P.C.

Frank A. Merola, Esq.                            Lenard Schwartzer, Esq.
Eve H. Karasik, Esq.                             Jeanette McPherson, Esq.
Christine M. Pajak, Esq.                         3960 Howard Hughes Pkwy., 9th Floor
1901 Avenue of the Stars, 12th Floor             Las Vegas, NV 89109
Los Angeles, CA 90067
                                                 Counsel for the Debtors
Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC


APPROVED/DISAPPROVED:                            APPROVED/DISAPPROVED:

GORDON & SILVER, LTD.                            LEWIS AND ROCA, LLP

                                                 /s/ illegible

Gerald M. Gordon, Esq.                           ROB CHARLES, ESQ.
Gregory E. Garman, Esq.                          SUSAN M. FREEMAN, ESQ.
3960 Howard Hughes Pkwy., 9th Floor              3993 Howard Hughes Parkway, 6th Floor
Las Vegas, NV 89109                              Las Vegas, Nevada 89109

Counsel for Official Committee of Holders of     [Proposed] Counsel for Official Committee
Executory Contract Rights of USA                 of Unsecured Creditors of USA Commercial
Commercial Mortgage Company                      Mortgage Company

3

391733v3

| | | |
|---|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP | REVIEWED BY: |
| 2 | | OFFICE OF THE U.S. TRUSTEE |
| 3 | */s/ Marc A. Levinson/* | |
| 4 | MARC A. LEVINSON, ESQ. | |
| 5 | LYNN TRINKA ERNCE, ESQ.<br>400 Capitol Mall, Suite 3000 | Scott Farrow, Esq.<br>600 Las Vegas Blvd. So., #430 |
| 6 | Sacramento, California 95814-4407 | Las Vegas, NV 89101 |
| 7 | [Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital | |
| 8 | Diversified Trust Deed Fund, LLC | |

ROBERT C. LEPOME, ESQ.

ROBERT C. LEPOME, ESQ.
330 S. Third St. #1100B
Las Vegas, NC 89101

Counsel for certain interested parties

4

391733v3

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | REVIEWED BY: |
| | OFFICE OF THE U.S. TRUSTEE |
| _____ | *[signature]* |
| MARC A. LEVINSON, ESQ. <br> LYNN TRINKA ERNCE, ESQ. <br> 400 Capitol Mall, Suite 3000 <br> Sacramento, California 95814-4407 | Scott Farrow, Esq. <br> 600 Las Vegas Blvd. So., #430 <br> Las Vegas, NV 89101 |
| [Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | |
| ROBERT C. LEPOME, ESQ. | |
| _____ | |
| ROBERT C. LEPOME, ESQ. <br> 330 S. Third St. #1100B <br> Las Vegas, NC 89101 | |
| Counsel for certain interested parties | |

4

391733v3

| | |
|---|---|
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| GORDON & SILVER, LTD. | LEWIS AND ROCA, LLP |

Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, NV 89109

Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company
ORRICK, HERRINGTON & SUTCLIFFE LLP

MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407

[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

ROBERT C. LEPOME, ESQ.

ROBERT C. LEPOME, ESQ.
330 S. Third St. #1100B
Las Vegas, NC 89101

Counsel for certain interested parties

ROB CHARLES, ESQ.
SUSAN M. FREEMAN, ESQ.
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, Nevada 89109

[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company
REVIEWED BY:

OFFICE OF THE U.S. TRUSTEE

Scott Farrow, Esq.
600 Las Vegas Blvd. So., #430
Las Vegas, NV 89101

4

391733v1

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  ☒ approved the form of this order;

  ☐ waived the right to review this order; and/or

  ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 14th day of June, 2006.

STUTMAN, TREISTER & GLATT, P.C.

_____
ANDREW M. PARLEN, ESQ.
California state bar no. 230429
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

###

5

391733v3