ELECTRONICALLY FILED
JUNE 20, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
|          ekarasik@stutman.com |          ccarlyon@sheacarlyon.com |
|          cpajak@stutman.com |          ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br> Debtor | BK-S-06-10725-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br> Debtor | BK-S-06-10726-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br> Debtor | BK-S-06-10727-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br> Debtor. | BK-S-06-10728-LBR <br> Chapter 11 |
| In re: <br> USA SECURITIES, LLC, <br> Debtor. | BK-S-06-10729-LBR <br> Chapter 11 |
| Affects <br> ☐ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☒ USA First Trust Deed Fund, LLC | Date: June 5, 2006 <br> Time: 9:30 a.m. <br> Place: Courtroom #1 |

**NOTICE OF ENTRY OF ORDER APPROVING**
**SHEA & CARLYON, LTD. EMPLOYMENT APPLICATION**

Page 1 of 2

**NOTICE OF ENTRY OF ORDER AUTHORIZING OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO EMPLOY SHEA & CARLYON, LTD. AS ITS SPECIAL NEVADA COUNSEL EFFECTIVE MAY 10, 2006
(AFFECTS USA FIRST TRUST DEED FUND, LLC)**

PLEASE TAKE NOTICE that an Order Authorizing Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Employ Shea & Carlyon, Ltd., as its Special Nevada Counsel Effective May 10, 2006 was entered on June 20, 2006, a true and correct copy of which is attached hereto.

DATED this 20th day of June, 2006.

SHEA & CARLYON, LTD.

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432



**Entered on Docket**
**June 20, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
|---|---|
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
|              ekarasik@stutman.com |              ccarlyon@sheacarlyon.com |
|              cpajak@stutman.com |              ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | ) BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | ) Chapter 11 |
| Debtor | ) |
| In re: | ) BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) Chapter 11 |
| Debtor | ) |
| In re: | ) BK-S-06-10727-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Chapter 11 |
| Debtor | ) |
| In re: | ) BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) Chapter 11 |
| Debtor. | ) |
| In re: | ) BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | ) Chapter 11 |
| Debtor. | ) |

**ORDER APPROVING SHEA & CARLYON EMPLOYMENT APPLICATION**

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

1

Affects

☐ All Debtors
☐ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☒ USA First Trust Deed Fund, LLC

Date: June 5, 2006
Time: 9:30 a.m.
Place: Courtroom #2

## ORDER AUTHORIZING OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO EMPLOY SHEA & CARLYON, LTD. AS ITS SPECIAL NEVADA COUNSEL EFFECTIVE MAY 10, 2006

### (AFFECTS CASE NO. 06-10728 - USA CAPITAL FIRST TRUST DEED FUND, LLC)

This matter having come on for hearing on the Application (the "Application") for Order Appointed Shea & Carlyon, Ltd. as Special (Nevada) Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Deed Committee"); Candace C. Carlyon, Esq. of the law firm of Shea & Carlyon, Ltd. appearing on behalf of the First Trust Deed Committee; and other appearances being noted on the record; and the Court having considered the Application and the Amendment thereto; the Declaration and the Statement of Disinterestedness of James Patrick Shea, Esq. in support thereof; the various oppositions and replies thereto; the pleadings, papers and records on file in this matter; and all objections having been withdrawn; and good cause appearing:

IT IS HEREBY ORDERED that the Application is granted and the First Trust Deed Committee is authorized to employ the law firm of Shea & Carlyon, Ltd. as its special Nevada counsel herein on the terms set forth in the Application, the Amendment thereto, and the Declaration thereon, effective as of May 10, 2006.

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

| | |
|---|---|
| SUBMITTED BY: | APPROVED/DISAPPROVED BY: |
| SHEA & CARLYON, LTD. | GORDON & SILVER, LTD |
| */s/ James Patrick Shea* | |
| JAMES PATRICK SHEA, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>SHLOMO S. SHERMAN, ESQ.<br>233 South Fourth Street, 2nd Floor<br>Las Vegas, NV 89101 | GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>3960 Howard Hughes Pkwy, 9th Floor<br>Las Vegas, NV 89109 |
| *Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* | *Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| APPROVED/DISAPPROVED BY: | APPROVED/DISAPPROVED BY: |
| STUTMAN, TREISTER & GLATT, P.C. | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| */s/ Frank A. Merola* | |
| FRANK A. MEROLA, ESQ.<br>EVE H. KARASIK, ESQ.<br>CHRISTINE M. PAJAK, ESQ.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4407 |
| *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* | *[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

| | | |
|---|---|---|
| 1 | SUBMITTED BY: | APPROVED/DISAPPROVED BY: |
| 2 | SHEA & CARLYON, LTD. | GORDON & SILVER, LTD |
| 3 | | *[signature]* |
| 4 | JAMES PATRICK SHEA, ESQ. | GERALD M. GORDON, ESQ. |
| 5 | CANDACE C. CARLYON, ESQ.<br>SHLOMO S. SHERMAN, ESQ. | GREGORY E. GARMAN, ESQ.<br>3960 Howard Hughes Pkwy, 9th Floor |
| 6 | 233 South Fourth Street, 2nd Floor<br>Las Vegas, NV 89101 | Las Vegas, NV 89109 |
| 7 | | |
| 8 | *Special Nevada Counsel for the Official<br>Committee of Equity Security Holders of* | *Counsel for Official Committee of Holders of<br>Executory Contract Rights of* |
| 9 | *USA Capital First Trust Deed Fund, LLC* | *USA Commercial Mortgage Company* |
| 10 | | |
| 11 | APPROVED/DISAPPROVED BY: | APPROVED/DISAPPROVED BY: |
| 12 | STUTMAN, TREISTER & GLATT, P.C. | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | | |
| 14 | FRANK A. MEROLA, ESQ.<br>EVE H. KARASIK, ESQ. | MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ. |
| 15 | CHRISTINE M. PAJAK, ESQ.<br>1901 Avenue of the Stars, 12th Floor | 400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4407 |
| 16 | Los Angeles, CA 90067 | |
| 17 | *Counsel for the Official Committee of* | *[Proposed] Counsel for Official Committee of Equity* |
| 18 | *Equity Security Holders of<br>USA Capital First Trust Deed Fund, LLC* | *Security Holders of<br>USA Capital Diversified Trust Deed Fund, LLC* |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| SUBMITTED BY: | APPROVED/DISAPPROVED BY: |
| SHEA & CARLYON, LTD. | GORDON & SILVER, LTD |

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
233 South Fourth Street, 2nd Floor
Las Vegas, NV 89101

*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Pkwy, 9th Floor
Las Vegas, NV 89109

*Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

APPROVED/DISAPPROVED BY:

STUTMAN, TREISTER & GLATT, P.C.

APPROVED/DISAPPROVED BY:

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ MarcaLun

FRANK A. MEROLA, ESQ.
EVE H. KARASIK, ESQ.
CHRISTINE M. PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407

*[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

| | | |
|---|---|---|
| 1 | APPROVED/~~DISAPPROVED~~ BY: | APPROVED/DISAPPROVED BY: |
| 2 | LEWIS AND ROCA, LLP | SCHWARTZER & MCPHERSON LAW FIRM |

APPROVED/~~DISAPPROVED~~ BY:

LEWIS AND ROCA, LLP

*/s/ Rob Charles*

ROB CHARLES, ESQ.
SUSAN M. FREEMAN, ESQ.
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, Nevada 89109

*[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

APPROVED/DISAPPROVED BY:

OFFICE OF THE U.S. TRUSTEE

_____
AUGUST B. LANDIS
Office of the United States Trustee
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

Assistant United States Trustee

APPROVED/DISAPPROVED BY:

SCHWARTZER & MCPHERSON LAW FIRM

_____
LENARD SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
2850 South Jones Boulevard, Suite 1,
Las Vegas, NV 89146

*Counsel for the Debtors*

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

4

1 | APPROVED/DISAPPROVED BY:                          APPROVED/DISAPPROVED BY:

2 | LEWIS AND ROCA, LLP                               SCHWARTZER & MCPHERSON LAW FIRM

4 | ROB CHARLES, ESQ.                                 LENARD SCHWARTZER, ESQ.
5 | SUSAN M. FREEMAN, ESQ.                            JEANETTE E. MCPHERSON, ESQ.
    3993 Howard Hughes Parkway, 6th Floor             2850 South Jones Boulevard, Suite 1,
6 | Las Vegas, Nevada 89109                           Las Vegas, NV 89146

7 | [Proposed] Counsel for Official Committee of      Counsel for the Debtors
    Unsecured Creditors of USA Commercial
8 | Mortgage Company

10 | APPROVED/DISAPPROVED BY:

11 | OFFICE OF THE U.S. TRUSTEE

13 | AUGUST B. LANDIS
     Office of the United States Trustee
14 | 300 Las Vegas Boulevard, Suite 4300
     Las Vegas, NV 89101

16 | Assistant United States Trustee

Order Authorizing Official Committee of Equity Security Holders of USA Capital First Trust Deed Funds, LLC to Employ Shea & Carlyon, Ltd. as its Special Nevada Counsel Effective May 10, 2006 (Affects Case No. 06-10728 – USA Capital First Trust Deed Fund, LLC)

1. APPROVED/DISAPPROVED BY:
2. LEWIS AND ROCA, LLP
3.
4. _____
5. ROB CHARLES, ESQ.
   SUSAN M. FREEMAN, ESQ.
6. 3993 Howard Hughes Parkway, 6th Floor
   Las Vegas, Nevada 89109
7. [Proposed] Counsel for Official Committee of
   Unsecured Creditors of USA Commercial
8. Mortgage Company
9.
10. APPROVED/DISAPPROVED BY:
11. OFFICE OF THE U.S. TRUSTEE
12. _____
13. AUGUST B. LANDIS
    Office of the United States Trustee
14. 300 Las Vegas Boulevard, Suite 4300
    Las Vegas, NV 89101
15.
16. Assistant United States Trustee

APPROVED/DISAPPROVED BY:

SCHWARTZER & MCPHERSON LAW FIRM

_____
LENARD SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
2850 South Jones Boulevard, Suite 1,
Las Vegas, NV 89146

Counsel for the Debtors

4

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  ☐ approved the form of this order;

  ☐ waived the right to review this order; and/or

  ☐ failed to file and serve papers in accordance with LR 9021(c).

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

> Rob Charles, Esq.
> LEWIS AND ROCA, LLP
> 3993 Howard Hughes Parkway, 6th Floor
> Las Vegas, Nevada 89109

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 16th day of June, 2006.

SHEA & CARLYON, LTD.

*[signature]*

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, NV 89101

###