HANEY, WOLOSON & MULLINS
WADE B. GOCHNOUR
Nevada Bar No. 6314
ARYN M. FITZWATER
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
702-474-7557
*Attorneys for Liberty Bank*

E-FILED on June 20, 2006

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR)<br>Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor. | Chapter 11<br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **NOTICE OF APPEARANCE OF COUNSEL** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

## NOTICE OF APPEARANCE OF COUNSEL

Wade B. Gochnour and Aryn M. Fitzwater, of the law offices of Haney, Woloson & Mullins, hereby give notice of their appearance as counsel of record for Liberty Bank. All notices, pleadings or papers filed in the within action should be forwarded to the above address.

DATED this 20th day of June, 2006.

HANEY, WOLOSON & MULLINS

BY: _/s/ Aryn M. Fitzwater_
WADE B. GOCHNOUR
Nevada Bar No. 6314
ARYN M. FITZWATER
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, NV 89102

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax