

HANEY, WOLOSON & MULLINS
1117 South Rancho Drive
Las Vegas, Nevada 89102
(702) 474-7557
(702) 474-7009 Fax

| | | |
|---|---|---|
| 1 | Steven E. Ostrow, Esquire<br>PA Bar ID # 50568 | E-FILED on June 20, 2006 |
| 2 | 1800 One Liberty Place | |
| 3 | Philadelphia, PA 19103-7395<br>Telephone: (215) 864-7000 | |
| 4 | Telecopier: (215) 864-7123 | |
| | ostrows@whiteandwilliams.com | |
| 5 | and | |
| 6 | | |
| 7 | Wade B. Gochnour, Esquire<br>Nevada Bar No. 6314 | |
| 8 | Aryn M. Fitzwater, Esquire<br>Nevada Bar No. 8802 | |
| 9 | Haney, Woloson & Mullins | |
| 10 | 1117 South Rancho Drive<br>Las Vegas, Nevada 89102 | |
| 11 | Telephone: (702) 474-7557<br>Telecopier: (702) 474-7009 | |
| 12 | WadeG@hwmlvlaw.com<br>afitzwater@hwmlvlaw.com | |

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                         Debtor. | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                         Debtor. | Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>                                         Debtor. | Chapter 11<br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                         Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                         Debtor. | **Verified Petition for Permission<br>To Practice in This Case Only By<br>Attorney Not Admitted to the Bar<br>of This Court** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

## VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

I, Steven E. Ostrow, Petitioner, respectfully represent to the Court as follows:

1. Petitioner resides at 1219 Andover Road, Wynnewood, PA 19096, Telephone: (610) 896-8745.

2. That Petitioner is an attorney at law and a member of the law firm of White and Williams LLP, with offices at 1800 One Liberty Place, Philadelphia, Pennsylvania 19103-7395, Telephone: (215) 864-7000, and Facsimile: (215) 864-7123.

3. That Petitioner has been retained personally or as a member of the law firm to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 1987, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the Commonwealth of Pennsylvania where Petitioner regularly practices law.

5. The Petitioner was admitted to practice before the following Courts on the dates indicated for each and that Petitioner is presently a member in good standing of the bars of said Courts.

| COURT | DATE ADMITTED |
| --- | --- |
| EASTERN DISTRICT OF PENNSYLVANIA | 12/22/87 |
| MIDDLE DISTRICT OF PENNSYLVANIA | 07/14/03 |
| UNITED STATES COURT OF APPEALS FOR THE 3RD CIRCUIT | 01/26/93 |

6. That no disciplinary proceedings have been instituted against Petitioner, nor any suspension of license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. That Petitioner has never been denied admission to the Star Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations:

Philadelphia Bar Association

9. That Petitioner or any member of the Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated have not filed applications to appear as counsel under Local Rule IA 10-2 during the past three (3) years.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

13. Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

Dated: June 20, 2006

_____
Steven E. Ostrow, Esquire

Commonwealth of Pennsylvania  )
                              )
County of Philadelphia        )

STEVEN E. OSTROW, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Steven E. Ostrow, Esquire

Subscribed and sworn to before me this
20th day of June, 2006

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LISA ANN ZOLNA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 21, 2007

- 4 -