1  AUGUST B. LANDIS, Assistant United States Trustee
   State Bar # IA PK9228                                    E-Filed on June 20, 2006
2  SCOTT ANDREW FARROW, Attorney
   State Bar # WI  1000609
3  *scott.a.farrow@usdoj.gov*
   **UNITED STATES DEPARTMENT OF JUSTICE**
4  Office of the United States Trustee
   300 Las Vegas Boulevard, So., Suite 4300
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6600 Attorney Ext. 224
6  Facsimile:  (702) 388-6658

7  Attorneys for the Acting United States Trustee
        SARA L. KISTLER
8
                    **UNITED STATES BANKRUPTCY COURT**
9
                          **DISTRICT OF NEVADA**
10
   In re:
11
   **USA Commercial Mortgage Company**          | **Jointly Administered**
12      **06-10725 -- Lead Case**               | Chapter 11 Cases
                                                | Judge **Linda B. Riegle** Presiding
13 **USA Capital Realty Advisors, LLC**
        06-10726                                | Date:   N/A
14                                              | Time:   N/A
   **USA Capital Diversified Trust Deed Fund, LLC**  | **Affecting:**
15      06-10727                                | ☒ All Cases
                                                | **or Only:**
16 **USA Capital First Trust Deed Fund, LLC**   | ☐ USA Commercial Mortgage Company
        06-10728                                | ☐ USA Capital Realty Advisors, LLC
17                                              | ☐ USA Capital Diversified Trust Deed Fund,
   **USA Securities, LLC**                      | LLC
18      06-10729              Debtors           | ☐ USA Capital First Trust Deed Fund, LLC
19

20                    ## CERTIFICATE OF SERVICE
21
        I, the undersigned, certify that I served the following documents:
22
        1.    The United States Trustee's Opposition to Debtors' Motion for Order Approving
23            Agreement With Investment Partners (Affects All Cases);

24      2.    The United States Trustee's Opposition to Debtor's Motion to Remove a Member
              of the Executory Contract Rights Committee (Affects USA Commercial
25            Mortgage Company Only);

26      3.    The United States Trustee's Response to Debtors' Motion for Order Authorizing
              Post-Petition Financing (Affects All Cases); and
27
28      4.    The United States Trustee's Opposition to Debtors' Motion for Authority to
              Forbear and to Provide Further Funding for Certain Outstanding Loans (Affects
              USA Commercial Mortgage and the Fund Debtors)

as follows:

1.    Electronically upon all counsel and parties in interest on the CM/ECF service list as of June 19, 2006; and

2.    By depositing an envelope in the United States Mail, first class postage fully prepaid and addressed to each of the parties listed below, each of which contained a true and correct copy of all of the documents described above, on June 20, 2006:

Joshua D. Brysk
Law Offices of James G. Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA  94588

Annette W. Jarvis
P.O. Box 45385
36 South State Street, #1400
Salt Lake City, UT  84145-0385

Richard J. Mason
130 Pinetree Lane
Riverwoods, IL  60015

Breck E. Milde
60 South Market Street, Suite 200
San Jose, CA  95113

Douglas M. Monson
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145-0385

Erven T. Nelson
6060 West Elton Ave., Suite A
Las Vegas, NV  89107

Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145

Nicholas J. Santoro
400 South Fourth Street, 3rd Floor
Las Vegas, NV  89101

Michael M. Schmahl
McGuire Woods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601

James G. Schwartz
7901 Stoneridge Drive, #401
Pleasanton, CA  94588

Schwartzer & McPherson Law Firm
2850 South Jones Blvd., #1
Las Vegas, NV  89146

Patricia K. Smoots
318 North Grove
Oak Park, IL  60302

Bradley J. Stevens
3300 North Central Avenue, #1800
Phoenix, AZ  85012

Thomas W. Stilley
1000 S.W. Broadway, #1400
Portland, OR  97205

Steven C. Strong
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
Salt Lake City, UT  84145-0385

Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Gregory J. Walch
400 South Fourth Street, 3rd Floor
Las Vegas, NV  89101

William E. Winfield
P.O. Box 9100
Oxnard, CA  93031

Marion E. Wynne
Wilkins, Bankester, Biles & Wynne, P.A.
P.O. Box 1367
Fairhope, AL  36533-1367

Dated:  June 20, 2006

# OFFICE OF THE UNITED STATES TRUSTEE

SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17

By:    _____*/s/ August B. Landis*_____
        August B. Landis
        Assistant United States Trustee
        Las Vegas, Nevada