JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
  and  tbw@jonesvargas.com
  and  lbubala@jonesvargas.com

Attorneys for JV Direct Lenders: Fertitta Enterprises, Inc.;
Mojave Canyon, Inc.; A. William and Ranee L. Ceglia;
Robert A. and Sandra L. Cowman; Andrew and Ellen Dauscher;
Drs. David and Bonny Enrico; David W. and Pamela K. Sexton;
Evelyn Asher Sheerin, Trustee for the benefit of The Chris
H. Sheerin (deceased) and Evelyn Asher Sheerin 1984 Trust
Dated 5/31/84, Evelyn Asher Sherrin, Trustee of the
Chris and Evelyn Sheerin 1990 Trust, Sheerins Inc.;
Bruce Corum, Trustee of the Credit Shelter Trust, Juanita
N. Carter, Charles B. Anderson Trust, Rita P. Anderson
Trust, Baltes Company, and the Mault Family Trust
("JV Direct Lenders")

*Electronically Filed on June 21, 2006*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br>Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | **JV DIRECT LENDERS' CERTIFICATE OF SERVICE OF JOINDERS TO OPPOSITIONS TO DEBTORS' MOTION REGARDING FERTITTA ENTERPRISES and DEBTORS' MOTION REGARDING AUTHORITY TO FORBEAR AND TO PROVIDE FURTHER FUNDING** (Affects USA Commercial Mortgage, USA Capital Diversified Trust Deed Fund, USA Capital First Trust Deed Fund) |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| USA SECURITIES, LLC, Debtor. | |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: June 21, 2006<br>Hearing Time: 9:30 a.m. |

1

1. On June 19, 2006, we filed the following document(s):

**JV DIRECT LENDERS JOINDER IN THE U. S. TRUSTEE'S OPPOSITION TO DEBTORS' MOTION FOR AUTHORITY TO FORBEAR AND TO PROVIDE FURTHER FUNDING FOR CERTAIN OUTSTANDING LOANS**

**JV DIRECT LENDERS' JOINDER IN THE OFFICIAL COMMITTEE OF DIRECT LENDERS' OPPOSITION TO DEBTORS' MOTION FOR AUTHORITY TO FORBEAR AND TO PROVIDE FURTHER FUNDING FOR CERTAIN OUTSTANDING LOANS**

**JV DIRECT LENDERS' JOINDER IN THE OFFICIAL COMMITTEE OF DIRECT LENDERS' OPPOSITION TO DEBTORS' MOTION TO REMOVE FERTITTA ENTERPRISES, INC., AS A MEMBER OF THAT COMMITTEE**

**JV DIRECT LENDERS' JOINDER IN THE U.S. TRUSTEE'S OPPOSITION TO DEBTORS' MOTION TO REMOVE A MEMBER OF THE EXECUTORY CONTRACT RIGHTS COMMITTEE**

2. I served the above-named document(s) by the following means to the persons as listed below:

- ■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK**
  brooksbankt1@sbcglobal.net kaya1@sbcglobal.net
- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com
- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com
- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE**
  cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com
- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

- **THOMAS H. FELL**
  thf@gordonsilver.com bankruptcynotices@gordonsilver.com
- **SCOTT D. FLEMING**
  sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com
- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com
- **GERALD M GORDON**
  bankruptcynotices@gordonsilver.com
- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com
- **EDWARD J. HANIGAN**
  haniganlaw@earthlink.net haniganlaw1@earthlink.net
- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com
- **STEPHEN R HARRIS**
  steve@renolaw.biz noticesbh&p@renolaw.biz
- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com
- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com
- **ROBERT R. KINAS**
  rkinas@swlaw.com
  mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com
- **NILE LEATHAM**
  nleatham@klnevada.com ckishi@klnevada.com;bankruptcy@klnevada.com
- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com
- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com
  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- **DAVID MINCIN**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com

3

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

- **DONNA M. OSBORN**
  jinouye@marquisaurbach.com
  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.com;kgallegos@MarquisAurbach.com
- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com
- **PAUL C RAY**
  info@johnpeterlee.com
- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com
- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com
- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com
  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com
- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com
- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com
- **CARYN S. TIJSSELING**
  cst@beesleyandpeck.com aha@beesleyandpeck.com
- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

b.  And on June 20, 2006, I served the following by **United States mail, postage fully prepaid** (list persons and addresses):

Joshua D Brysk
Law Offices of James G Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

Annette W Jarvis
Douglas M Monson
Steven C Strong
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
POBox 45385
Salt Lake City, UT 84145-0385

Richard J. Mason
130 Pinetree Lane
Riverwoods, IL 60015

Erven T Nelson
6060 W. Elton Avenue, Suite A
Las Vegas, NV 89107

Erven T Nelson
7401 W Charleston Blvd
Las Vegas, NV 89117

Nicholas J Santoro
400 S Fourth St 3rd Floor
Las Vegas, NV 89101

Michael M. Schmahl
McGuire Woods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

4

H:\Fs1Wp51\Direct Lenders-Beneficiaries\JV Direct Lenders 500953.1\Pleadings\COS for all Joinders filed 6.19.06.doc

| | |
|---|---|
| James G Schwartz<br>7901 Stoneridge Dr #401<br>Pleasanton, CA 94588 | Gregory J Walch<br>400 S Fourth St 3rd Floor<br>Las Vegas, NV 89101 |
| Patricia K. Smoots<br>318 N Grove<br>Oak Park, IL 60302 | William E Winfield<br>POBox 9100<br>Oxnard, CA 93031 |
| Bradley J Stevens<br>Jennings, Strouss & Salmon, PLC<br>201 East Washington Street, 11th Floor<br>Phoenix, AZ 85004-2385 | Marion E. Wynne<br>Wilkins, Bankester, Biles & Wynne, P.A.<br>Post Office Box 1367<br>Fairhope, AL 36533-1367 |

Thomas W Stilley
1000 SW Broadway #1400
Portland, OR 97205

❡ c.   **Personal Service** (list persons and addresses):

I personally delivered the document(s) to the persons at these addresses:

❡     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

❡     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

❡ d.   **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

❡ e.   **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

❡ f.   **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 21st day of June, 2006.

|    J. Englehart & Tawney Waldo    |    //s// Tawney Waldo & J. Englehart    |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

6

H:\Fs1Wp51\Direct Lenders-Beneficiaries\JV Direct Lenders 500953.1\Pleadings\COS for all Joinders filed 6.19.06.doc