Entered on Docket
June 22, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; lernce@orrick.com

Brett A. Axelrod (Nevada Bar No. 5859)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

Attorneys for the Official Committee of Equity Security
Holders of USA Capital Diversified Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                      Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                                      Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                      Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                      Debtor. | Date: June 21, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

{00294571;}

Affects:
- ☐ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☒ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

### ORDER APPROVING APPLICATION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO EMPLOY BECKLEY SINGLETON, CHTD. *NUNC PRO TUNC* AS OF JUNE 9, 2006

This Court, having considered the Application by the Official Committee Of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, to Employ Beckley Singleton, Chtd. *Nunc Pro Tunc* as of June 9, 2006 (the "Beckley Application"), as filed by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee"), being represented by Marc A. Levinson, Esq. of Orrick, Herrington & Sutcliffe LLP, and Anne M. Loraditch, Esq. of the law firm of Beckley Singleton, Chtd. at the hearing noted above; other appearances having been made upon the record; the Beckley Application having been noticed to all creditors, investors and parties in interest pursuant to the Court's previous orders; the pleadings, papers and records on file in this matter; and no objections having been filed; and it appearing to the Court that the attorneys at Beckley Singleton, Chtd. are disinterested persons who do not hold or represent an interest adverse to the Debtors' estates in the matters upon which they are to be engaged, and that their employment for the purposes set forth in the Beckley Application is in the best interest of USA Capital Diversified Trust Deed Fund, LLC and its estate; and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Beckley Application is granted, and the Diversified Committee is authorized to employ Beckley Singleton, Chtd. as its Special (Nevada) Counsel herein on the terms set forth in the Beckley Application, and any further order the Court may issue, effective as of June 9, 2006.

///

///



{00294571;}

| | |
|---|---|
| RESPECTFULLY SUBMITTED BY:<br><br>BECKLEY SINGLETON, CHTD.<br><br>By:  /s/ Anne M. Loraditch<br>    BRETT A. AXELROD, ESQ.<br>    ANNE M. LORADITCH, ESQ.<br>    530 Las Vegas Boulevard South<br>    Las Vegas, NV 89101<br><br>*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | APPROVED/DISAPPROVED:<br><br>SCHWARTZER & MCPHERSON LAW FIRM<br><br>By: /s/ Jeanette McPherson<br>    LENARD SCHWARTZER, ESQ.<br>    JEANETTE MCPHERSON, ESQ.<br>    2850 South Jones Blvd., Suite 1<br>    Las Vegas, NV 89146-5308<br><br>*Counsel for the Debtors* |
| APPROVED/DISAPPROVED:<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By:  /s/ Marc A. Levinson<br>    MARC A. LEVINSON, ESQ.<br>    LYNN TRINKA ERNCE, ESQ.<br>    400 Capitol Mall, Suite 3000<br>    Sacramento, California 95814-4407<br><br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | APPROVED/DISAPPROVED:<br><br>LEWIS AND ROCA, LLP<br><br>By: /s/ Rob Charles<br>    SUSAN M. FREEMAN, ESQ.<br>    ROB CHARLES, ESQ.<br>    3993 Howard Hughes Parkway, 6th Floor<br>    Las Vegas, Nevada 89109<br><br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |
| APPROVED/DISAPPROVED:<br><br>STUTMAN TREISTER & GLATT, P.C.<br><br>By:  /s/ Christine Pajak<br>    FRANK A. MEROLA, ESQ.<br>    EVE KARASIK, ESQ.<br>    CHRISTINE PAJAK, ESQ.<br>    1901 Avenue of the Stars, 12th Floor<br>    Los Angeles, California 90067<br><br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | APPROVED/DISAPPROVED:<br><br>SHEA & CARLYON, LTD.<br><br>By: /s/ Candace C. Carlyon<br>    JAMES PATRICK SHEA, ESQ.<br>    CANDACE C. CARLYON, ESQ.<br>    SHLOMO S. SHERMAN, ESQ.<br>    233 South Fourth Street, 2d Floor<br>    Las Vegas, Nevada 89101<br><br>*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* |



{00294571;}

Case 06-10725-gwz    Doc 777    Entered 06/22/06 15:54:58    Page 4 of 5

| | |
|---|---|
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| GORDON & SILVER, LTD. | OFFICE OF THE U.S. TRUSTEE |
| By: /s/ Gregory E. Garman<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, Nevada 89109 | By: /s/ August B. Landis<br>AUGUST B. LANDIS<br>SCOTT A. FARROW<br>300 Las Vegas Boulevard, Suite 4300<br>Las Vegas, Nevada 89101 |
| *Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | *Assistant United States Trustee* |



{00294571;}    Page 4 of 5

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  ☒ approved the form of this order;

  ☐ waived the right to review the order; and/or

  ☐ failed to file and serve papers in accordance with LR 9021(c); and

  the following have disapproved the form of the order:

  n/a

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 21st day of June 2006.

BECKLEY SINGLETON, CHTD.

By: /s/ Anne M. Loraditch
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373

# # #

{00294571;}