GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: thf@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
E-mail: bmh@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company
("Official Committee of Direct Lenders")

E-Filed On 6-22-06

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF ENTRY OF ORDER RE APPLICATION OF THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY TO EMPLOY GORDON & SILVER, LTD.** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: 6/5/06<br>Time: 9:30 a.m. |

PLEASE TAKE NOTICE that an Order Re Application of the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company to

Employ Gordon & Silver, Ltd., a copy of which is attached hereto, was entered in the above-captioned matter on the 20th day of June, 2006.

DATED this 22 day of June, 2006.

GORDON & SILVER, LTD.

By: [signature]

GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
BRIGID M. HIGGINS, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555



Entered on Docket
June 20, 2006

Hon. Linda B. Riegle
United States Bankruptcy Judge

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: thf@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
E-mail: bmh@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **ORDER RE APPLICATION OF THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA** |

| Affects: | **COMMERCIAL MORTGAGE COMPANY TO EMPLOY GORDON & SILVER, LTD.** |
|---|---|
| ☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: 6/5/06<br>Time: 9:30 a.m. |

The Application of the Official Committee of Holders of Executory Contract rights through USA Commercial Mortgage Company to Employ Gordon & Silver, Ltd. ("Application") having come on for hearing before the above-captioned Court on June 5, 2006, at 9:30 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Application and supporting pleadings, and having considered the statements of counsel and the pleadings filed in opposition to the Application, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Application is Approved subject to and conditioned upon Gordon & Silver, Ltd. not representing Nevada State Bank with regard to any matters relating to the Debtors or Thomas Hantges and Joseph Milanowski.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: ______________________
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

**APPROVED/DISAPPROVED:**

SCHWARTZER & McPHERSON LAWFIRM

By:______________________
~~Lenard E. Schwartzer, Esq.~~
Attorneys for Debtors

**APPROVED/DISAPPROVED:**

STUTMAN, TREISTER & GLATT, P.C.

By:______________________
~~Frank A. Merola, Esq.~~
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
Attorney for the Official Committee of Equity Surity Holders of USA Capital First Trust Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/406292

06/12 Jun. 12. 2006 10:46AM SCHWARTZER & MCPHERSON No. 2866 P. 2/6 4/005

| Affects: ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | **COMMERCIAL MORTGAGE COMPANY TO EMPLOY GORDON & SILVER, LTD.** Date: 6/5/06 Time: 9:30 a.m. |
|---|---|

The Application of the Official Committee of Holders of Executory Contract rights through USA Commercial Mortgage Company to Employ Gordon & Silver, Ltd ("Application") having come on for hearing before the above-captioned Court on June 5, 2006, at 9:30 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Application and supporting pleadings, and having considered the statements of counsel and the pleadings filed in opposition to the Application, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Application is Approved subject to and conditioned upon Gordon & Silver, Ltd. not representing Nevada State Bank with regard to any matters relating to the Debtors or Thomas Hantges and Joseph Milanowski.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: ______________________
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

**APPROVED/DISAPPROVED:**

SCHWARTZER & McPHERSON LAWFIRM

By: ______________________
Lenard E. Schwartzer, Esq.
Attorneys for Debtors

**APPROVED/DISAPPROVED:**

STUTMAN, TREISTER & GLATT, P.C.

By: ______________________
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
Attorney for the Official Committee of Equity Surity Holders of USA Capital First Trust Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/406292
Received Time Jun. 12. 9:30AM

| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | COMMERCIAL MORTGAGE COMPANY TO EMPLOY GORDON & SILVER, LTD.<br><br>Date: 6/5/06<br>Time: 9:30 a.m. |
|---|---|

The Application of the Official Committee of Holders of Executory Contract rights through USA Commercial Mortgage Company to Employ Gordon & Silver, Ltd. ("Application") having come on for hearing before the above-captioned Court on June 5, 2006, at 9:30 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Application and supporting pleadings, and having considered the statements of counsel and the pleadings filed in opposition to the Application, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Application is Approved subject to and conditioned upon Gordon & Silver, Ltd. not representing Nevada State Bank with regard to any matters relating to the Debtors or Thomas Hantges and Joseph Milanowski.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: ______________________
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
TALITHA B. GRAY, ESQ.
Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:

SCHWARTZER & McPHERSON LAWFIRM

By: ______________________
Lenard E. Schwartzer, Esq.
Attorneys for Debtors

APPROVED/DISAPPROVED:

STUTMAN, TREISTER & GLATT, P.C.

By: ______________________
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
Attorney for the Official Committee of Equity Surity Holders of USA Capital First Trust Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

**APPROVED/DISAPPROVED:**

Office of the United States Trustee

By [signature]
August Landis, Esq.
Scott Farrow, Esq.

**APPROVED/DISAPPROVED:**

LEWIS AND ROCA, LLP

By: ______________________
Rob Charles, Esq.
Susan M. Freeman, Esq.
[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

**APPROVED/DISAPPROVED:**

ORRICK, HERRINGTON & SUTCLIFFE, LLP

By: ______________________
Marc A. Levinson, Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

**APPROVED/DISAPPROVED:**

Office of the United States Trustee

By________________________
August Landis, Esq.
Scott Farrow, Esq.

**APPROVED/DISAPPROVED:**

LEWIS AND ROCA, LLP

By: ________________________
Rob Charles, Esq.
Susan M. Freeman, Esq.
[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

**APPROVED/DISAPPROVED:**

ORRICK, HERRINGTON & SUTCLIFFE, LLP

By:____________________
Marc A. Levinson, Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

**APPROVED/DISAPPROVED:**

Office of the United States Trustee

By__________________________
August Landis, Esq.
Scott Farrow, Esq.

**APPROVED/DISAPPROVED:**

LEWIS AND ROCA, LLP

By: __________________________
Rob Charles, Esq.
Susan M. Freeman, Esq.
[Proposed] Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

**APPROVED/DISAPPROVED:**

ORRICK, HERRINGTON & SUTCLIFFE, LLP

By:______________________
Marc A. Levinson, Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Court waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ A copy of this proposed order was delivered to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

1. Marc A. Levinson, Esq. on June 12, 2006. Failed to Respond.

###

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

**MDS Marsha D. Stallsworth**

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Tuesday, June 20, 2006 7:11 AM
**To:** Courtmail@nvblei.nvb.uscourts.gov
**Subject:** 06-10725-lbr Order on Application to Employ

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from Lakas, WM entered on 6/20/2006 at 7:10 AM PDT and filed on 6/20/2006
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 738

**Docket Text:**
Order Re Application of THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY to Employ GORDON & SILVER, LTD. (Related document(s) [378]) (Lakas, WM)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**U:\CA\Bill\06-10725-gord..pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/20/2006] [FileNumber=7008110-0]
[0ccd53998b12cf5582987254e5f3855643ad769a0b1bfd5d67e0c9d659343cff0f93
7c98335ede9b44538d51b17e14984db5bc4a99c8ec14dfd00d2082331cd8]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com