AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
SCOTT ANDREW FARROW, Attorney
State Bar # WI 1000609
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Attorneys for the Acting United States Trustee
    SARA L. KISTLER

E-Filed on June 22, 2006

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

**USA Commercial Mortgage Company,** Case No. **06-10725**

**USA Capital Realty Advisors, LLC**, Case No. 06-10726

**USA Capital Diversified Trust Deed Fund, LLC,** Case No. 06-10727

**USA Capital First Trust Deed Fund, LLC**, Case No. 06-10728

**USA Securities, LLC**, Case No. 06-10729

# NOTICE OF *CHANGE OF LOCATION* OF CONTINUED MEETING OF CREDITORS FOR ALL USA CASES

You are listed as a creditor of one or more of the USA cases listed above. To accommodate the large numbers of persons who may attend the upcoming continued Meeting of Creditors, the location of the meeting scheduled for *July 12, 2006 beginning at 9:30 a.m.* has been changed to the following location:

## Cashman Theater @ Cashman Center:
## 850 Las Vegas Blvd. North, Las Vegas, NV 89101

*All creditors of any of the debtors identified above are welcome, but not required, to attend*. This is the continued meeting of creditors of these debtors required to be conducted by the United States Trustee under 11 U.S.C. § 341(a).

SARA L. KISTLER, ACTING U.S. TRUSTEE

By: /s/ August B. Landis
    August B. Landis, Assistant United States Trustee