

Entered on Docket
June 23, 2006

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br>   Debtor. | BK-S-06-10725-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>   Debtor. | BK-S-06-10726-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>   Debtor. | BK-S-06-10727-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>   Debtor. | BK-S-06-10728-LBR <br> Chapter 11 |
| In re: <br> USA SECURITIES, LLC, <br>   Debtor. | BK-S-06-10729-LBR <br> Chapter 11 |

**ORDER APPROVING ALVAREZ & MARSAL, LLC EMPLOYMENT APPLICATION**

1

396818v1

Affects

☐ All Debtors  
☐ USA Commercial Mortgage Co.  
☐ USA Securities, LLC  
☐ USA Capital Realty Advisors, LLC  
☐ USA Capital Diversified Trust Deed  
☒ USA First Trust Deed Fund, LLC  

Date: June 5, 2006  
Time: 9:30 a.m.  
Place: Courtroom #2

**APPLICATION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL, LLC AS ITS FINANCIAL AND REAL ESTATE ADVISOR NUNC PRO TUNC TO JUNE 1, 2006 (AFFECTS USA FIRST TRUST DEED FUND, LLC)**

This matter having come on for hearing on the "Application Of Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC For Order Authorizing Employment And Retention Of Alvarez & Marsal, LLC As Its Financial And Real Estate Advisor Nunc Pro Tunc To June 1, 2006" (the "Application"); Eve H. Karasik, Esq. of the law firm of Stutman, Treister & Glatt, P.C. appearing on behalf of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Committee"); and other appearances being noted on the record; and the Court having considered the Application; the Declaration of Matthew E. Kvarda in support thereof; the response thereto; the pleadings, papers and records on file in this matter; and it appearing to the Court that the advisors and consultants at A&M are disinterested persons who do not hold or represent an interest adverse to the Debtors' estates in the matters upon which they are to be engaged, and that their employment for the purposes set forth in the Application is in the best interest of USA First Trust Deed Fund, LLC and its estate; and good cause appearing,

IT IS HEREBY ORDERED that the Application is granted and the First Trust Committee is authorized to employ A&M as its *nunc pro tunc* to June 1, 2006 as its financial

396818v1

1  and real estate advisor pursuant to sections 330(a) and 1103(a) of the Bankruptcy Code on the
2  terms set forth in the Application, the Declaration thereon, and any further order the Court
3  may issue.

SUBMITTED BY:                                    APPROVED/DISAPPROVED:

STUTMAN, TREISTER & GLATT, P.C.                  SCHWARTZER & MCPHERSON, P.C.

*/s/ Eve H. Karasik*                             */s/ Lenard Schwartzer*

Frank A. Merola, Esq.                            Lenard Schwartzer, Esq.
Eve H. Karasik, Esq.                             Jeanette McPherson, Esq.
Christine M. Pajak, Esq.                         3960 Howard Hughes Pkwy., 9th Floor
1901 Avenue of the Stars, 12th Floor             Las Vegas, NV 89109
Los Angeles, CA 90067

                                                 Counsel for the Debtors

Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC


APPROVED/DISAPPROVED:                            APPROVED/DISAPPROVED:

GORDON & SILVER, LTD.                            LEWIS AND ROCA, LLP

*/s/ Gerald M. Gordon*                           */s/ Rob Charles*

Gerald M. Gordon, Esq.                           ROB CHARLES, ESQ.
Gregory E. Garman, Esq.                          SUSAN M. FREEMAN, ESQ.
3960 Howard Hughes Pkwy., 9th Floor              3993 Howard Hughes Parkway, 6th Floor
Las Vegas, NV 89109                              Las Vegas, Nevada 89109

Counsel for Official Committee of Holders of     Counsel for Official Committee of Unsecured
Executory Contract Rights of USA                 Creditors of USA Commercial Mortgage
Commercial Mortgage Company                      Company

396818v1

| | | |
|---|---|---|
| 1 | APPROVED/DISAPPROVED: | REVIEWED BY: |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP | OFFICE OF THE U.S. TRUSTEE |

*[signature]*

MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407

[Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

*[signatures]*

~~Scott Farrow, Esq.~~ August B. Landis, AUST
300 Las Vegas Blvd. So., #4300
Las Vegas, NV 89101

4

396818v1