ELECTRONICALLY FILED
JUNE 23, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail: fmerola@stutman.com
ekarasik@stutman.com
cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail: jshea@sheacarlyon.com
ccarlyon@sheacarlyon.com
ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | )<br>)<br>) Date: June 21, 2006<br>) Time: 9:30 a.m.<br>) Place: Courtroom #1<br>)<br>)<br>) |

### NOTICE OF ENTRY OF ORDER APPROVING ALVAREZ & MARSAL, LLC EMPLOYMENT APPLICATION

**NOTICE OF ENTRY OF ORDER AUTHORIZING OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO EMPLOY ALVAREZ & MARSAL, LLC AS ITS FINANCIAL AND REAL ESTATE ADVISOR NUNC PRO TUNC TO JUNE 1, 2006
(AFFECTS USA FIRST TRUST DEED FUND, LLC)**

PLEASE TAKE NOTICE that an Order Authorizing Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Employ Alvarez & Marsal, LLC as its Financial and Real Estate Advisor Nunc Pro Tunc to June 1, 2006 was entered on June 23, 2006, a true and correct copy of which is attached hereto.

DATED this 23rd day of June, 2006.

SHEA & CARLYON, LTD.

SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101



**Entered on Docket**
**June 23, 2006**

Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>      Debtor. | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>      Debtor. | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>      Debtor. | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>      Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>      Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

**ORDER APPROVING ALVAREZ & MARSAL, LLC EMPLOYMENT APPLICATION**

1

396818v1

| | |
|---|---|
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: June 5, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #2 |

**APPLICATION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL, LLC AS ITS FINANCIAL AND REAL ESTATE ADVISOR NUNC PRO TUNC TO JUNE 1, 2006 (AFFECTS USA FIRST TRUST DEED FUND, LLC)**

This matter having come on for hearing on the "Application Of Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC For Order Authorizing Employment And Retention Of Alvarez & Marsal, LLC As Its Financial And Real Estate Advisor Nunc Pro Tunc To June 1, 2006" (the "Application"); Eve H. Karasik, Esq. of the law firm of Stutman, Treister & Glatt, P.C. appearing on behalf of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Committee"); and other appearances being noted on the record; and the Court having considered the Application; the Declaration of Matthew E. Kvarda in support thereof; the response thereto; the pleadings, papers and records on file in this matter; and it appearing to the Court that the advisors and consultants at A&M are disinterested persons who do not hold or represent an interest adverse to the Debtors' estates in the matters upon which they are to be engaged, and that their employment for the purposes set forth in the Application is in the best interest of USA First Trust Deed Fund, LLC and its estate; and good cause appearing,

IT IS HEREBY ORDERED that the Application is granted and the First Trust Committee is authorized to employ A&M as its *nunc pro tunc* to June 1, 2006 as its financial

396818v1

```
 1  and real estate advisor pursuant to sections 330(a) and 1103(a) of the Bankruptcy Code on the
 2  terms set forth in the Application, the Declaration thereon, and any further order the Court
 3  may issue.
 4
 5
 6  SUBMITTED BY:                               APPROVED/DISAPPROVED:
 7  STUTMAN, TREISTER & GLATT, P.C.             SCHWARTZER & MCPHERSON, P.C.
 8
 9  _____                 _____
    Frank A. Merola, Esq.                       Lenard Schwartzer, Esq.
10  Eve H. Karasik, Esq.                        Jeanette McPherson, Esq.
    Christine M. Pajak, Esq.                    3960 Howard Hughes Pkwy., 9th Floor
11  1901 Avenue of the Stars, 12th Floor        Las Vegas, NV 89109
    Los Angeles, CA 90067
12                                              Counsel for the Debtors
13  Counsel for the Official Committee of Equity
    Security Holders of USA Capital First Trust
14  Deed Fund, LLC
15
16  APPROVED/DISAPPROVED:                       APPROVED/DISAPPROVED:
17  GORDON & SILVER, LTD.                       LEWIS AND ROCA, LLP
18
19  _____                 _____
    Gerald M. Gordon, Esq.                      ROB CHARLES, ESQ.
20  Gregory E. Garman, Esq.                     SUSAN M. FREEMAN, ESQ.
    3960 Howard Hughes Pkwy., 9th Floor         3993 Howard Hughes Parkway, 6th Floor
21  Las Vegas, NV 89109                         Las Vegas, Nevada 89109
22
    Counsel for Official Committee of Holders of Counsel for Official Committee of Unsecured
23  Executory Contract Rights of USA            Creditors of USA Commercial Mortgage
    Commercial Mortgage Company                 Company
24
25
26
27
28
                                              3
    396818v1
```

| | |
|---|---|
| APPROVED/DISAPPROVED: | REVIEWED BY: |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | OFFICE OF THE U.S. TRUSTEE |
| *[signature]* | *[signature]* *[signature]* |
| MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4407 | ~~Scott Farrow~~, Esq. August B. Landis, AUST<br>300 Las Vegas Blvd. So., #4300<br>Las Vegas, NV 89101 |
| [Proposed] Counsel for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | |

4

396818v1