| | |
|---|---|
| Marc A. Levinson (State Bar No. 57613)<br>Jeffery D. Hermann (State Bar No. 90445)<br>Lynn Trinka Ernce (State Bar No. 179212)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4407<br>Telephone: (916) 447-9200 | E-filed on June 23 2006 |

Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                       Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                       Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                       Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                       Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                       Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THESE CASES ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>**(AFFECTS ALL DEBTORS)** |

US_WEST:260044431.1                      - 1 -

1  Jeffery D. Hermann, Petitioner, respectfully represents to the Court:

2  1.  That Petitioner resides in Arcadia, Los Angeles County, California.

3  2.  That Petitioner is an attorney at law employed by the law firm of Orrick, Sutcliffe & Herrington, LLP, with offices at 777 South Flower Street, Suite 3200, Los Angeles, California 90017 (213) 629-2020.

3.  That Petitioner has been retained personally or as a member of the above law firm by the <u>Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC</u>, to provide legal representation to <u>Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC</u>, in connection with the above-entitled case now pending before this Court.

4.  That, since December 1979, Petitioner has been and presently is a member of good standing of the bar of the higher Court of the State of California where Petitioner regularly practices law.

5.  That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that petitioner is presently a member in good standing of the bars of said courts:

| Court | Date Admitted (Approximate) |
|---|---|
| United States District Court for the District of Hawaii | 1978 |
| United States District Court for the Eastern District of California | 1980 |
| United States District Court for the Northern District of California | 1980 |
| United States District Court for the Central District of California | 1979 |
| United States District Court for the Southern District of California | 1980 |
| United States Court of Appeals for the Ninth Circuit | 1978 |
| United States Court of Appeals for the Fifth Circuit | 1984 |

6.  That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial,

regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: (none).

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member in good standing of the following bar Associations: State Bar of California.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 2005 | In re Washington Group, International | USBC, Nevada | Granted |
| January 2006 | Ronnie Williams v. Trendwest Resorts | USDC, Nevada | Granted |
| January 2006 | Joseph H. Westerfield v. Fairfield Resorts | USDC, Nevada | Granted |
| March 2006 | Joseph H. Westerfield v. Fairfield Resorts | USDC, Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully pray that she be admitted to practice before this court FOR PURPOSES OF THIS CASE ONLY.

DATED: June 22, 2006

PETITIONER

- 3 -

US_WEST:260044431.1

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss. |
| COUNTY OF LOS ANGELES | ) |

Jeffery D. Hermann, Petitioner, being first duly sworn, deposes and says:

That foregoing statements are true.

_____
PETITIONER

Subscribed and sworn to (or affirmed) before me on this 22nd day of June, 2006, by Jeffery D. Hermann, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[Notary seal: ROXANA E. COUSENS ACEDO, Commission # 1435556, Notary Public - California, Los Angeles County, My Comm. Expires Sep 18, 2007]

_____
NOTARY PUBLIC

US_WEST:260044431.1               - 4 -

**ORDER**

The Verified Petition of Jeffery D. Hermann to practice in this case only is approved.

DATED this ____ day of _____, 2006.

                                                    PATRICIA GRAY, CLERK
                                                  UNITED STATES BANKRUPTCY COURT

                                                  By:_____
                                                                   Deputy Clerk