Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:    malevinson@orrick.com; lernce@orrick.com

Attorneys for the Official Committee of Equity Security Holders
of USA Capital Diversified Trust Deed Fund, LLC

E-filed on June 23, 2006

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                Debtor. | **DESIGNATION OF LOCAL COUNSEL**<br><br>**(AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                Debtor. | |
| Affects:<br>☒  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | |

{00295461;}
US_WEST:260034988.1

1

1   The undersigned, one of the attorneys of record for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, the party herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, she believes it to be in the best interests of the client to designate Bob L. Olson, Esq., Brett Axelrod, Esq. and Anne M. Loraditch, Esq., attorneys at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as local counsel in this action. The address of said designated Nevada Counsel is: Beckley Singleton, Chtd., 530 Las Vegas Blvd. South, Las Vegas, NV 89101, Telephone: 702-385-3373, Facsimile 702-385-5024.

By this designation the undersigned attorney and party agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Respectfully submitted this 23rd day of June, 2006.

/s/ Lynn Trinka Ernce

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200

Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

### A. CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other

papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Dated this 23rd day of June 2006.

/s/Anne Loraditch
Bob L. Olson (Nevada Bar No. 3783)
Brett Axelrod (Nevada Bar No. 5859)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373

Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Bob L. Olson, Brett Axelrod and Anne M. Loraditch and the law firm of Beckley Singleton, Chtd., as its Designated Nevada Counsel in this case.

/s/Robert Worthen
Robert Worthen
Chair of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

APPROVED:

Dated this ___ day of _____, 2006

By: _____
    Deputy Clerk

{00295461;}
US_WEST:260034988.1

3