E-Filed On 6-23-06

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: thf@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
E-mail: bmh@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee of Holders of Executory Contract
Rights through USA Commercial Mortgage Company
("Official Committee of Direct Lenders")

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER RE APPLICATION OF THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY TO EMPLOY GORDON & SILVER, LTD.** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: 6/5/06<br>Time: 9:30 a.m. |

1.    On June 22, 2006, I served the foregoing document by the following means:

☒    a.    ECF System to the parties on the attached ECF List.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/408320.doc

2. On June 23, 2006, I served the foregoing document by the following means:

☒ a. United States Mail, postage fully prepaid to the parties on the attached mailing matrix.

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 23rd day of June, 2006.

Trish Huelsman, an employee of
Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/408320.doc

## File a Notice:
06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GORDON, GERALD M entered on 6/22/2006 at 4:03 PM PDT and filed on 6/22/2006
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 778

**Docket Text:**
Notice of Entry of Order Filed by GERALD M GORDON on behalf of OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[738] Order on Application to Employ) (GORDON, GERALD)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pah\Desktop\NOE G&S.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/22/2006] [FileNumber=7018980-0]
[1c2282b82781341a0a27c102e3837989e95a3a50c11fecd62eec18d9812319badef7
df3f0149673fdad8cf6f9ba621cb716df18249774a6de48ebdc7fd0d6768]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

GERALD M GORDON    bankruptcynotices@gordonsilver.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN    xanna.hardman@gmail.com,

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarly(

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasv

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

DONNA M. OSBORN    jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;;kgallegos@MarquisAurbach.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

Request for Special Notice & ( Mail)

ANNETTE W. JARVIS, ESQ
RAY QUINNEY & NEBEKER P.C.
P.O. BOX 45385
FOR: DEBTOR
36 SOUTH STATE STREET, STE. 1400
SALT LAKE CITY, UT 84145-0385

FRANK A. MEROLA, ESQ.
EVE H. KARASIK, ESQ.
STUTMAN, TREISTER & GLATT, P.C.
FOR: EQUITY SEC. HOLDERS
1901 AVE. OF THE STARS, 12TH FL
LOS ANGELES, CA 90067

USA COMMERCIAL MORTGAGE
COMPANY FKA USA CAPITAL
THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

MARC A. LEVINSON, ESQ.
LYNN TRINK ERNCE
ORRICK, HERRINGTON & SUTCLIFFE
400 CAPITAL MALL, #3000
SACRAMENTO, CA 95814

BOB L. OLSON, ESQ.
ANNE M. LORADITCH, ESQ.
BECKLEY SINGLETON, CHTD.
530 LAS VEGAS BLVD. SO.
LAS VEGAS, NV 89101

PETER BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA 95037

BRADLEY J. STEVENS, ESQ.
JENNINGS STROUSS & SALMAN
FOR: LOU O. MALDONADO
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

RICHARD MASON, ESQ.
PATRICIA K. SMOOTS, ESQ.
MICHAEL M. SCHMAHL
MCGUIRE WOODS, LLP
77 W. WACKER DR., #4100
CHICAGO, ILL 60601

DON TOMLIN
C/O DAVID W. MOUNIER
1536 SKY HIGH RD
ESCONDIDO, CA 92025

MARYETTA BOWMAN
534 ENCHATED LAKES DRIVE
HENDERSON, NV 89052

EDWARD W. HOMFELD
HOMFELD II, LLC
777 SOUTH FEDERAL HGWY, #N-409
POMPANO BEACH, FL 33062

RJ ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

MARGIE GANDOLFO
1724 ARROW WOOD DRIVE
RENO, NV 89521

NICHOLAS J. SANTORO
400 SOUTH FOURTH STREET,
3RD FLOOR
LAS VEGAS, NV 89101

JANNY CATHARINA BROUWER
2533 KINNARD AVENUE
HENDERSON, NV 89074

MICHAEL R. SHULER
C/O JAY R. EATON
EATON & O'LEARY, PLLC
115 GROVE AVENUE
PRESCOTT, AZ 86301

KERMIT KRUSE
2710 ALBANY AVENUE
DAVIS, CA 95616

MARTIN B. WEISS, ESQ.
THE GARRETT GROUP, LLC
ONE BETTERWORLD CIRCLE
SUITE 300
TEMECULA, CA 92590

ATTILA JEFZENSZKY
1720 COLAVITA WAY
RENO, NV 89521

PAUL A. & DONNA JACQUES
810 SE 7TH STREET, STE. A-103
DEERFIELD BEACH, FL 33441

STAN WOLKEN
bayareastan@yahoo.com

SEAN NAJARIAN, ESQ.
THE NAJARIAN LAW FIRM
283 S. LAKE AVE., #205
PASADENA, CA 91101

WILLIAM E. WINFIELD, ESQ.
NORDMAN CORMANY ET AL
FOR: ANDREW WELCHER
1000 TOWN CENTER DRIVE 6TH FL
OXNARD, CA 93031-9100

| | | |
|---|---|---|
| GILBER B. WEISMAN, ESQ.<br>BECKET AND LEE LLP<br>FOR: AMERICAN EXPRESS BANK FSB<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | JED A. HART<br>ANGELO, GORDON & CO.<br>245 PARK AVE., 26TH FL<br>NEW YORK, NY 10167 | BAY COMMUNITIES<br>C/O CHRIS MCKINNEY<br>4800 N. FEDERAL HGHWY, #a205<br>BOCA RATON, FL 33431 |
| JOSHYA D. BRYSK, ESQ.<br>LAW OFFICE /JAMES G. SCHWARTZ<br>FOR: ROLOFF, OHMS, PARTCH ET AL<br>7901 STONERIDGE DR., SUITE 401<br>PLEASANTON, CA 94588 | ERVEN T. NELSON, ESQ.<br>BOLICK & BOYER<br>For: MANTAS, GALLOWAY, ET AL<br>6060 W. ELTON AVE., SUITE A<br>LAS VEGAS, NV 89107 | MARION E. WYNNE, ESQ.<br>WILKINS, BANKESTER, BILES ET AL<br>FOR: SHARON JUNO<br>P.O. BOX 1367<br>FAIRHOPE, AL 36533-1367 |
| SCOTT K. CANEPA, ESQ.<br>CANEPA, RIEDY & RUBINO<br>851 S. RAMPART BLVD., #160<br>LAS VEGAS, NV 89108 | THOMAS W. STILLEY<br>SUSSMAN SHANK, LLP<br>FOR: DAVID FOSSATI<br>1000 SW BROADWAY, STE. 1400<br>PORTLAND, OR 97205-0389 | JERROLD T. MARTN<br>8423 PACO ROBLES<br>NORTHRIDGE, CA 91325 |
| HOWARD CONNELL<br>1001 JENNIS SILVER STREET<br>LAS VEGAS, NV 89145 | RUSSELL JAMES ZUARDO<br>1296 HIGH FOREST AVENUE<br>LAS VEGAS, NV 89123 | |
| KUMMER, KAEMPFER, ETAL<br>FOR: INTERSHOW<br>3800 HOWARD HUGHES PKWY, 7TH<br>LAS VEGAS, NV 89109 | JAMES HULL<br>C/O SIGNATURE FINANCIAL<br>2601 AIRPORT DRIVE<br>TORRANCE, CA 90505 | |
| GEORGE GORMAN<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 | R HAGMAIER<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 | TIM RICH<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 |

**Governmental Entities**

| | | |
|---|---|---|
| NEVADA MORTGAGE LENDING DIV.<br>ATTN: SUSAN ECKHARDT<br>3075 E. FLAMINGO, #100<br>LAS VEGAS, NV 89121 | NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS NV 89101 | U.S. SECURITIES AND EXCH. COMM<br>ATTN; SANDRA W. LAVIGNA<br>5670 WILSHIRE BLVD., 11TH FL<br>LOS ANGELES, CA 90036 |
| INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS NV 89106 | DMV AND PUBLIC SAFETY<br>RECORDS SECTION<br>555 WRIGHT WAY<br>CARSON CITY NV 89711-0250 | DEPT OF EMPLOYMENT TRAINING<br>EMPLOY. SEC DIV, CONTRIBUTIONS<br>500 EAST THIRD STREET<br>CARSON CITY NV 89713-0030 |
| SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY NV 89701 | PENSION BENEFIT GTY CORP.<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K. STREET., N.W.<br>WASHINGTON, D.C. 20005 | FHA/HUD<br>DISTRICT OFFICE<br>333 NORTH RANCHO DR., #700<br>LAS VEGAS, NV 89106 |

| | | |
|---|---|---|
| DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE & CLAIMS<br>3225 NORTH CENTRAL<br>PHOENIX, AZ 85012 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>P. O. BOX 551220<br>LAS VEGAS, NV 89155 | CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>P. O. BOX 551401<br>LAS VEGAS, NV 89155 |
| U.S. ATTORNEY<br>DISTRICT OF NEVADA<br>323 LAS VEGAS BLVD. SO. #5000<br>LAS VEGAS, NV 89101 | UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>P. O. BOX 683 – BEN FRANKLIN STA<br>WASHINGTON, D.C. 20044 | |