ntcdispoexh

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

USA Commercial Mortgage Company

DEBTOR

BK-S- 06-10725

CHAPTER # 11

DATE:
TIME: 6-21-06
9:00 Am

## NOTICE & ORDER AUTHORIZING DESTRUCTION OF EXHIBITS PURSUANT TO LOCAL RULE 5003(b)(5)

NOTICE IS HEREBY GIVEN pursuant to Local Rule 5003(b)(5) that if the exhibits received in this case proceeding regarding MTN To Remove Fertitta Enterprises are (Type of Hearing) not withdrawn within 20 days after the time for appeal has expired, the Clerk shall destroy or make other disposition as the Court may direct of any such exhibits without further notice.

DATED:
6-21-06

FOR THE COURT
PATRICIA GRAY, CLERK

By _____
Bankruptcy Deputy Clerk

Hand Delivered/Mailed on: 6-21-06
To: A. Jarvis, Counsel for PL
    A Landis, Counsel for U.S. TR
By: _____
Deputy Clerk

2/99orexh2

Exh Log 06-028 LBR