

Entered on Docket
June 27, 2006

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Proposed Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING AND THE BOSWORTH 1988 FAMILY TRUST** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1
P:\USA Commercial Mortgage\Pleadings\Release of Investor Account Funds Motions\Order Denying RONNING Motion Return of NonInvested Funds.DOC

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Date: June 15, 2006
Time: 10:00 a.m.

The Motion For Order Authorizing Return Of Non-Invested Funds Of Grable B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning And The Bosworth 1988 Family Trust (the "Motion") having come before this Court on June 15, 2006; the Debtors, USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors") appearing by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm; Grable B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning And The Bosworth 1988 Family Trust appearing by and through their counsel Robert C. LePome, Esq., it is hereby

ORDERED that the Motion For Order Authorizing Return Of Non-Invested Funds Of Grable B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning And The Bosworth 1988 Family Trust is hereby denied without prejudice as the rights to the funds in the Investor Account will be determined in connection with an Interpleader action.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
and

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Attorneys for Debtor and Debtor-In-Possession

**ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING AND THE BOSWORTH 1988 FAMILY TRUST**

Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: _/s/_
August Landis, Esq.
Scott Farrow, Esq.

Approved/Disapproved by:

_____
Robert C. LePome, Esq.
330 S. Third St., #100B
Las Vegas, NV 89101
Attorney for Grable B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning And The Bosworth 1988 Family Trust

Approved/Disapproved by:

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
Frank A. Merola, Esq.
Eve Karasik, Esq.
Christine Pajak, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

Approved/Disapproved by:

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By: _____
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
Susan M. Freeman
Rob Charles
Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

### #

**ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING AND THE BOSWORTH 1988 FAMILY TRUST**

Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: _____
August Landis, Esq.
Scott Farrow, Esq.

Approved/Disapproved by:

_[signature]_

Robert C. LePome, Esq.
330 S. Third St., #100B
Las Vegas, NV 89101
Attorney for Grable B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning And The Bosworth 1988 Family Trust

Approved/Disapproved by:

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
Frank A. Merola, Esq.
Eve Karasik, Esq.
Christine Pajak, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

Approved/Disapproved by:

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By: _____
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
Susan M. Freeman
Rob Charles
Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

### # #

3
P:\USA Commercial Mortgage\Pleadings\Release of Investor Account Funds Motions\Order Denying RONNING Motion Return of Noninvested Funds.DOC

Jun 26 2006 10:45AM  Robert C. LePome, Esq.    702.385.3417    p.7

ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING AND THE BOSWORTH 1988 FAMILY TRUST

Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: _____
August Landis, Esq.
Scott Farrow, Esq.

Approved/Disapproved by:

_____
Robert C. LePome, Esq.
330 S. Third St., #100B
Las Vegas, NV 89101
Attorney for Grable B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning And The Bosworth 1988 Family Trust

Approved/Disapproved by:

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _/s/ Frank A. Merola_____
Frank A. Merola, Esq.
Eve Karasik, Esq.
Christine Pajak, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

Approved/Disapproved by:

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By: _____
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
Susan M. Freeman
Rob Charles
Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

### #

**ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING AND THE BOSWORTH 1988 FAMILY TRUST**

Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: _____
August Landis, Esq.
Scott Farrow, Esq.

Approved/Disapproved by:

_____
Robert C. LePome, Esq.
330 S. Third St., #100B
Las Vegas, NV 89101
Attorney for Grable B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning And The Bosworth 1988 Family Trust

Approved/Disapproved by:

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
Frank A. Merola, Esq.
Eve Karasik, Esq.
Christine Pajak, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

Approved/Disapproved by:

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By: _____
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
Susan M. Freeman
Rob Charles
Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

### # # #

3

P:\USA Commercial Mortgage\Pleadings\Release of Investor Account Funds Motion\Order Denying RONNING Motion Return of Noninvested Funds.DOC

Received Time Jun.20. 10:39AM

| | |
|---|---|
| ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING AND THE BOSWORTH 1988 FAMILY TRUST | |
| Approved/Disapproved by: | Approved/Disapproved by: |
| OFFICE OF THE U.S. TRUSTEE | |
| By: _____<br>August Landis, Esq.<br>Scott Farrow, Esq. | Robert C. LePome, Esq.<br>330 S. Third St., #100B<br>Las Vegas, NV 89101<br>Attorney for Grable B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning And The Bosworth 1988 Family Trust |
| Approved/Disapproved by: | Approved/Disapproved by: |
| STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD. | GORDON & SILVER, LTD |
| By: _____<br>Frank A. Merola, Esq.<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC | By: _____<br>Gerald M. Gordon, Esq.<br>Gregory E. Garman, Esq.<br>Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| Approved/Disapproved by: | Approved/Disapproved by: |
| ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. | LEWIS AND ROCA, LLP |
| By: /s/ *signature*<br>Mark A. Levinson Esq.<br>Lynn Trinka Ernce, Esq.<br>[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC | By: _____<br>Susan M. Freeman<br>Rob Charles<br>Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |

### # # #

3

P:\USA Commercial Mortgage\Pleadings\Release of Investor Account Funds Motions\Order Denying RONNING Motion Return of NonInvested Funds.DOC

**ORDER DENYING MOTION FOR ORDER AUTHORIZING RETURN OF NON-INVESTED FUNDS OF GRABLE B. RONNING, THE WILD WATER LIMITED PARTNERSHIP, CROSBIE B. RONNING AND THE BOSWORTH 1988 FAMILY TRUST**

Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: _____
August Landis, Esq.
Scott Farrow, Esq.

Approved/Disapproved by:

_____
Robert C. LePome, Esq.
330 S. Third St., #100B
Las Vegas, NV 89101
Attorney for Grable B. Ronning, The Wild Water Limited Partnership, Crosbie B. Ronning And The Bosworth 1988 Family Trust

Approved/Disapproved by:

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
Frank A. Merola, Esq.
Eve Karasik, Esq.
Christine Pajak, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

Approved/Disapproved by:

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By: _____
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
[Proposed] Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _/s/_____
Susan M. Freeman
Rob Charles
Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

### #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122