LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845
Email: Ldavis@lionelsawyer.com

E-Filed on June 26, 2006

Attorneys for SCOTT K. CANEPA

UNITED STATE BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>    Debtor. | |
| Affects:<br>  [ ] All Debtors<br>  [x] USA Commercial Mortgage Company<br>  [ ] USA Securities, LLC<br>  [ ] USA Capital Realty Advisors, LLC<br>  [ ] USA Capital Diversified Trust Deed Fund, LLC<br>  [ ] USA First Trust Deed Fund, LLC | Date: June 15, 2006<br>Time: 10:00 a.m. |

**OBJECTION TO DEBTOR'S PROPOSED ORDER RE:
MOTION FOR RELIEF FROM THE AUTOMATIC STAY
TO TERMINATE LOAN SERVICING AGREEMENT
FOR DIRECT LOAN TO BOISE/GOWAN, LLC**

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA
PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

SCOTT K. CANEPA, by and through his counsel, submits the following objection to the Proposed Order Preliminarily Denying Motion for Relief from the Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan, LLC and Continuing Hearing to August 4, 2006 ("Debtor's Order"), a copy of which is attached as <u>Exhibit 1</u>. Despite good faith efforts to resolve Mr. Canepa's objection to the Debtor's Order, counsel for Mr. Canepa and counsel for the Debtor have not been able to reach agreement, and counsel for Mr. Canepa is now out of the country until July 10. Consequently, Mr. Canepa circulated a proposed alternative Order, to-wit: Order Regarding Motion for Relief from the Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan ("Canepa Order"), a copy of which is attached as <u>Exhibit 2</u>.

Mr. Canepa's objections to the Debtor's Order are as follows:

1. Although the Court did not grant Mr. Canepa's Motion, Mr. Canepa does not believe that it appropriate to literally state that the Court "preliminarily denied" the Motion. Mr. Canepa understood that the June 15, 2006 hearing was the preliminary hearing, and that the Motion was continued to August 4, 2006, at 1:30 p.m. for a final hearing, with the automatic stay to remain in place pending the conclusion of the continued hearing.

2. Because the final hearing is more than 30 days after the conclusion of the Preliminary Hearing held June 15, it is also necessary to add the language contained in the second paragraph of page two of Mr. Canepa's Order (<u>Exhibit 2</u>).

3. Entry of an order which denies the Motion, even on a preliminary basis, may require Mr. Canepa to file an appeal of that order, even though the Motion was continued to August 4. Such an appeal would be unnecessary and costly to Mr. Canepa, parties in interest and to the Debtor's estate.

4. Counsel for other parties in interest have signed both orders, indicating that they will defer to Debtor's counsel and Mr. Canepa's counsel for a proposed resolution. Unfortunately, there was not sufficient time to do so before counsel for Mr. Canepa left the country.

///

///

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA
PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-2-

1  Mr. Canepa therefore provides this objection and alternative order to explain these issues to
2  the Court during her absence.
3  Respectfully submitted,
4  LIONEL SAWYER & COLLINS
5  /s/ Laurel E. Davis
   By _____
6  Laurel E. Davis
   Attorneys for SCOTT K. CANEPA

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA
PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-3-

# EXHIBIT 1

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-4-

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

1

P:\USA Commercial Mortgage\Pleadings\Motion To Lift Stay - Canepa\Order Preliminarily Denying MLS.DOC

(Left margin: SCHWARTZER & McPHERSON LAW FIRM, 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada 89146-5308, Tel: (702) 228-7590 · Fax: (702) 892-0122)

| Affects: | |
|---|---|
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Securities, LLC | Date: June 15, 2006 |
| ☐ USA Capital Realty Advisors, LLC | Time: 10:00 a.m. |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA First Trust Deed Fund, LLC | |

**ORDER PRELIMINARILY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, LLC AND CONTINUING HEARING TO AUGUST 4, 2006[AFFECTS USA COMMERCIAL MORTGAGE CO.]**

The Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC (the "Motion") having come before this Court on June 15, 2006; the Debtors, USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors") appearing by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm; Scott K. Canepa appearing by and through his counsel Laurel E. Davis, Esq. of Lionel Sawyer & Collins, it is hereby

ORDERED that the Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC is preliminarily denied and will be continued to a final hearing on August 4, 2006 at 1:30 p.m.; and

ORDERED that the automatic stay under 11 U.S.C. § 362 shall remain in effect pending the conclusion of, or as a result of, the final hearing and determination under § 362(d) on the Motion set for August 4, 2006, a period which is in excess of 30 days after the conclusion of the preliminary hearing held on June 15, 2006 but which excess time is required due to compelling circumstances; and it is further

/ / /

/ / /

/ / /

/ / /

1  ORDERED that pending the continued hearing on the Motion, the Debtors shall maintain
2  the status quo with respect to the Boise/Gowan 93 LLC loan; absent further order of this Court,
3  the Debtors shall not: (1) make any further advance to the Borrower; or (2) extend, forbear or
4  otherwise modify the maturity date for the loan.
5  Submitted by:
6  Annette W. Jarvis, Utah Bar No. 1649
   RAY QUINNEY & NEBEKER P.C.
7  36 South State Street, Suite 1400
   P.O. Box 45385
8  Salt Lake City, Utah 84145-0385
9  and

11  _____
    Lenard E. Schwartzer, Esq.
12  Jeanette E. McPherson, Esq.
    SCHWARTZER & MCPHERSON LAW FIRM
13  2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada 89146
14  Attorneys for Debtor and Debtor-In-Possession

15      Approved/Disapproved by:                    Approved/Disapproved by:
16  OFFICE OF THE U.S. TRUSTEE                      LIONEL SAWYER & COLLINS
17
18  By:_____                    By:_____
19      August Landis, Esq.                             Laurel E. Davis, Esq.
        Scott Farrow, Esq.                              1700 Bank of America Plaza
20                                                      300 South Fourth Street
                                                        Las Vegas, NV 89101
21                                                      Attorney for Scott K. Canepa

22  Approved/Disapproved by:                        Approved/Disapproved by:
23  STUTMAN TREISTER & GLATT and SHEA               GORDON & SILVER, LTD
24  & CARLYON, LTD.

25  By: _____                     By: _____
        Frank A. Merola, Esq.                           Gerald M. Gordon, Esq.
26      Eve Karasik, Esq.                               Gregory E. Garman, Esq.
27      Christine Pajak, Esq.                           Counsel for Official Committee of Holders
        Counsel for the Official Committee of           of Executory Contract Rights of USA
28      Equity Security Holders of USA Capital          Commercial Mortgage Company
        First Trust Deed Fund LLC

3

P:\USA Commercial Mortgage\Pleadings\Motion To Lift Stay - Canepa\Order Preliminarily Denying MLS.DOC

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER PRELIMINARILY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, LLC AND CONTINUING HEARING TO AUGUST 4, 2006 [AFFECTS USA COMMERCIAL MORTGAGE CO.]**

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: _____
    Mark A. Levinson Esq.
    Lynn Trinka Ernce, Esq.
    [Proposed] Counsel for the Official
    Committee of Equity Security Holders of
    USA Capital Diversified Trust Deed Fund
    LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
    Susan M. Freeman
    Rob Charles
    Counsel for Official
    Committee of Unsecured Creditors of
    USA Commercial Mortgage Company

Approved/Disapproved by:

By: _____
    Donna Cangelosi
    5860 Lausanne Drive
    Reno, NV 89511

### #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

4
P:\USA Commercial Mortgage\Pleadings\Motion To Lift Stay - Canepa\Order Preliminarily Denying MLS.DOC

# EXHIBIT 2

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-5-

Laurel E. Davis, Esq., NBN 3005
LIONEL SAWYER & COLLINS
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101

Attorneys for SCOTT K. CANEPA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 15, 2006<br>Time: 10:00 a.m. |

**ORDER REGARDING MOTION FOR RELIEF FROM THE
AUTOMATIC STAY TO TERMINATE LOAN SERVICING
AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN**
[Affects USA Commercial Mortgage]

The Motion for Relief from the Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan, LLC (the "Motion") came on regularly for hearing, with appearances noted on the record. The Court having considered the moving papers and argument of counsel and persons appearing *in proper person*, and based upon the findings and conclusions

CanepaLSOrder1prev

set forth on the record, it is hereby

ORDERED that on June 15, 2006, at 10:00 a.m., the Court held a preliminary hearing on the Motion ("Preliminary Hearing"), and a final hearing on the Motion shall be held August 4, 2006, at 1:30 p.m. ("Final Hearing"). It is

FURTHER ORDERED that the automatic stay of 11 U.S.C. § 362(a) shall remain in effect pending the conclusion of (or as a result of) the Final Hearing and the Court's determination under 11 U.S.C. § 362(d), and the Court expressly finds that compelling circumstances require the Court to conclude the Final Hearing more than 30 days after the conclusion of the Preliminary Hearing. It is

FURTHER ORDERED that pending the conclusion of the Final Hearing, USA Commercial Mortgage Company shall maintain the status quo with respect to the Boise/Gowan 93 LLC loan (the "Loan"), and absent further Order of this Court, Commercial Mortgage Company shall not: (1) make any further advance to the Borrower under the Loan; or (2) extend, forbear or otherwise modify the maturity date of the Loan.

SUBMITTED BY:
LIONEL SAWYER & COLLINS

By: _____/s/ Laurel E. Davis_____
    Laurel E. Davis, Bar No. 3005
    300 South Fourth Street, Suite 1700
    Las Vegas, Nevada 89101

Attorneys for SCOTT K. CANEPA

| Approved/Disapproved by: | Approved/Disapproved by: |
|---|---|
| OFFICE OF THE U.S. TRUSTEE | RAY QUNNEY & NEBEKER, P.C.<br>SCHWARTZER & McPHERSON LAW FIRM |
| By: _____<br>   August Landis, Esq.<br>   Scott Farrow, Esq. | By: _____<br>   Lenard E. Schwartzer, Esq.<br>   Counsel for Debtors and<br>    Debtors in Possession |

Approved/Disapproved by:

STUTMAN TREISTER & GLATT
SHEA & CARLYON, LTD.

By: _____
    Frank A. Merola, Esq.
    Eve Karasik, Esq.
    Counsel for the Official Committee of Equity
    Security Holders of USA Capital First Trust
    Deed Fund LLC

Approved/Disapproved by:

GORDON & SILVER, LTD

By: _____
    Gerald M. Gordon, Esq.
    Gregory E. Garman, Esq.
    Counsel for Official Committee of Holders of
    Executory Contract Rights of USA
    Commercial Mortgage Company

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
BECKLEY SINGLETON, CHTD.

By: _____
    Mark A. Levinson Esq.
    Counsel for the Official Committee of Equity
    Security Holders of USA Capital Diversified
    Trust Deed Fund LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
    Susan M. Freeman, Esq.
    Rob Charles, Esq.
    Counsel for Official
    Committee of Unsecured Creditors of
    USA Commercial Mortgage Company

Approved/Disapproved by:

By: _____
    Donna Cangelosi
    5860 Lausanne Drive
    Reno, NV 89511

###