```
 1  DANIEL G. BOGDEN
    Nevada Bar No. 2137
 2  United States Attorney
    CARLOS A. GONZALEZ
 3  Assistant United States Attorney
    333 Las Vegas Blvd. South, Suite 5000
 4  Las Vegas, Nevada 89101
    Telephone: (702) 388-6336
 5  Facsimile: (702) 388-6787

 6  Attorneys for United States
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC,<br>    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | (No Hearing Required) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

## MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS

The United States of America, by and through the United States Attorney for the District of Nevada, and pursuant to LR IA 10-3, respectfully requests that the Court permit Mr. Frank A.

Anderson and Ms. Erika E. Barnes to practice before the Court in all matters relating to the above-captioned case.

Mr. Anderson and Ms. Barnes are attorneys with the Pension Benefit Guaranty Corporation, an agency of the federal government.

Mr. Anderson is a member in good standing of the bar of the District of Columbia (Bar No. 478234).

Ms. Barnes is a member in good standing of the bars of the state of California (Bar No. 197309), Virginia (Bar No. 70019), and the District of Columbia (Bar No. 495756).

Accordingly, the United States respectfully requests that an order be issued allowing Mr. Frank A. Anderson and Ms. Erika E. Barnes to practice before the Court in this case.

DATED this____day of June, 2006.

                                  Respectfully submitted,

                                  DANIEL G. BOGDEN
                                  United States Attorney

                                  <u>"/s/" CARLOS A GONZALEZ</u>
                                  Assistant United States Attorney