DANIEL G. BOGDEN
Nevada Bar No. 2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for United States

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | (No Hearing Required) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

### DECLARATION OF FRANK A. ANDERSON

I, FRANK A. ANDERSON, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the federal government. In this capacity, I am assigned to represent PBGC in these bankruptcy proceedings.

2. I am a member in good standing of the District of Columbia bar. My District of Columbia Bar Number is 478234.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6 day of June, 2006 at Washington, DC.

FRANK A. ANDERSON
Attorney