```
 1  DANIEL G. BOGDEN
    Nevada Bar No. 2137
 2  United States Attorney
    CARLOS A. GONZALEZ
 3  Assistant United States Attorney
    333 Las Vegas Blvd. South, Suite 5000
 4  Las Vegas, Nevada 89101
    Telephone:  (702) 388-6336
 5  Facsimile:   (702) 388-6787

 6  Attorneys for United States
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC,<br>                              Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | (No Hearing Required) |
| In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

### CERTIFICATE OF SERVICE RE:  MOTION AND ORDER TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS

I, Carlos A. Gonzales, served copies of the MOTION TO PERMIT APPEARANCE OF

1  GOVERNMENT ATTORNEYS, the DECLARATION OF FRANK A. ANDERSON and
2  ERIKA E. BARNES, and the proposed ORDER GRANTING MOTION TO PERMIT
3  APPEARANCE OF GOVERNMENT ATTORNEYS, upon the persons and entities listed below,
4  at the addresses listed below, by depositing the copies in the United States mail, clearly
5  addressed and postage prepaid.

USA Commercial Mortgage Company
USA Capital Realty Advisors, LLC
USA Capital Diversified Trust Deed Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121
**Debtors**

Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 S. Jones Boulevard, Suite #1
Las Vegas, NV 89146
**Debtors' Counsel**

Gregory E. Garman
Talitha B. Gray
Gordon & Silver, Ltd.
3960 Howard Hughes Pky 9th Floor
Las Vegas, NV 89109
**Counsel for the Official Committee of Executory Contract Holders of USA Commercial Mortgage Company**

Jeffrey H. Davidson
Frank A. Merola
Eve H. Karaski
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

| | |
|---|---|
| 1 | Candace C. Carlyon |
|   | Shawn W. Miller |
| 2 | Shlomo S. Sherman |
|   | Shea & Carlyon, Ltd. |
| 3 | 233 S. Fourth Street, 2nd Floor |
|   | Las Vegas, NV 89101 |
| 4 | **Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC** |
| 5 | |
|   | Robert G. Worthen |
| 6 | 1112 Worthen Cir. |
|   | Las Vegas, NV 89145 |
| 7 | |
|   | Thomas C. Lawyer Family Trust |
| 8 | 45 Ventana Canyon Dr. |
|   | Las Vegas, NV 89113 |
| 9 | |
|   | Charles O. Nichols and Flora A. Nichols |
| 10 | 2561 Seascape Dr. |
|    | Las Vegas, NV 89128 |
| 11 | |
|    | Katz 2000 Separate Property Trust |
| 12 | Sara M. Katz, Managing Trustee |
|    | 4250 Executive Square, #670 |
| 13 | San Diego, CA 92037 |
| 14 | Marjan Rutar |
|    | 4043 Chalfont Court |
| 15 | Las Vegas, NV 89121 |
| 16 | Robert H. Mansfield |
|    | 3611 Victory Avenue |
| 17 | Las Vegas NV 89121-7224 |
|    | **Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed** |
| 18 | **Fund, LLC** |
| 19 | Susan M. Freeman |
|    | Lewis and Roca LLP |
| 20 | 1 South Church Avenue, #700 |
|    | Tucson, AZ 85701-1611 |
| 21 | |
|    | Rob Charles |
| 22 | Lewis and Roca LLP |
|    | 3993 Howard Hughes Parkway, Suite 600 |
| 23 | Las Vegas, NV 89109 |
|    | **Proposed Counsel for the Official Committee of Unsecured Creditors for USA Commercial** |
| 24 | **Mortgage Company** |
| 25 | |
| 26 | |

1 | Office of the U.S. Trustee
300 Las Vegas Boulevard South
2 | Suite 4300
Las Vegas, NV 89101
3 | **U.S. Trustee**

_/s/ Carlos A. Gonzalez_
Carlos A. Gonzalez
Attorney