BMC GROUP, INC.  
1330 East Franklin Avenue  
El Segundo, CA  90245  
Telephone:  (310) 321-5555  
Facsimile:  (310) 640-8071  

E-FILED ON JUNE 27, 2006

Claims Agent for Debtors' Estate

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br><br> USA COMMERCIAL MORTGAGE COMPANY, <br><br>                         Debtor. | Case No. BM-S-06-10725 LBR <br> Case No. BM-S-06-10726 LBR <br> Case No. BM-S-06-10727 LBR <br> Case No. BM-S-06-10728 LBR <br> Case No. BM-S-06-10729 LBR |
| IN RE: <br><br> USA CAPITAL REALTY ADVISORS, LLC, <br><br>                         Debtor. | Chapter 11 |
| IN RE: <br><br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br>                         Debtor. | **Jointly Administered Under Case No. BM-S-06-10725 LBR** |
| IN RE: <br><br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br><br>                         Debtor. | **REQUEST FOR SPECIAL NOTICE** |
| IN RE: <br><br> USA SECURITIES, LLC, <br><br>                         Debtor. | |
| Affects: <br><br> X    ALL DEBTORS | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that the undersigned hereby files a Request for Special Notice as follows: that copies of all notices, claims and other papers filed in the above-referenced bankruptcy proceeding be given to and served upon the following:

> BMC Group, Inc.
> 1330 East Franklin Avenue
> El Segundo, CA 90245
> Phone: (310) 321-5555
> Fax: (310) 640-8071

DATED this 27th day of June 2006.

BMC GROUP, INC.

By: /s/ Jeffrey R. Miller
    Jeffrey R. Miller