BMC GROUP, INC.                                    **E-FILED ON JUNE 27, 2006**
1330 East Franklin Avenue
El Segundo, CA  90245
Telephone:  (310) 321-5555
Facsimile:  (310) 640-8071

Claims Agent for Debtors' Estate

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>_____Debtor.___ | ) Case No. BM-S-06-10725 LBR<br>) Case No. BM-S-06-10726 LBR<br>) Case No. BM-S-06-10727 LBR<br>) Case No. BM-S-06-10728 LBR<br>) Case No. BM-S-06-10729 LBR |
| IN RE:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>_____Debtor.___ | )<br>) Chapter 11<br>)<br>)<br>) |
| IN RE:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><br>_____Debtor.___ | )<br>) **Jointly Administered Under**<br>) **Case No. BM-S-06-10725 LBR**<br>)<br>)<br>)<br>) |
| IN RE:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>_____Debtor.___ | )<br>) **REQUEST FOR SPECIAL**<br>) **NOTICE**<br>)<br>)<br>) |
| IN RE:<br><br>USA SECURITIES, LLC,<br><br>_____Debtor.___ | )<br>)<br>)<br>)<br>) |
| Affects:<br><br>X        ALL DEBTORS | )<br>)<br>)<br>)<br>)<br>) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that the undersigned hereby files a Request for Special Notice as follows:  that copies of all notices, claims and other papers filed in the above-referenced bankruptcy proceeding be given to and served upon the following:

        BMC Group, Inc.
        1330 East Franklin Avenue
        El Segundo, CA 90245
        Phone:  (310) 321-5555
        Fax:  (310) 640-8071

DATED this 27th day of June 2006.

                BMC GROUP, INC.


                By:____/s/ Jeffrey R. Miller_____
                    Jeffrey R. Miller