Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
    and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON June 28, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                         Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                         Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                         Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                         Debtor. | **OBJECTION TO SCOTT K. CANEPA'S PROPOSED ORDER REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, LLC** |
| In re:<br>USA SECURITIES, LLC,<br>                                                         Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 15, 2006<br>Time: 9:30 a.m. |

- 1 -

1    USA Commercial Mortgage Company ("USACM"), by and through its undersigned counsel, submits the following objection to the Proposed Order Regarding Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC (the "Canepa Order") submitted by Scott Canepa ("Canepa"), a copy of which is attached as **Exhibit "1."** Despite good faith efforts to resolve the objection to the Canepa Order, counsel for USACM and counsel for Scott K. Canepa ("Canepa") have not been able to reach an agreement. USACM has circulated a proposed Order, to wit: Order Preliminarily Denying Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC ("USACM Order"), a copy of which is attached as **Exhibit "2"** to which Canepa disapproves.

USACM's objections to the Canepa Order are as follows:

1. USACM understood from the Court's statements that the June 15, 2006 hearing was the preliminary hearing and that the Motion was "preliminarily denied" and continued to August 4, 2006 at 1:30 p.m. for a final hearing, with the automatic stay to remain in place pending the conclusion of the continued hearing. The Canepa Order fails to provide that the Motion was "preliminarily denied" as expressly stated by the Court.

Respectfully submitted this 28th day of June, 2006.

/s/    JEANETTE E. MCPHERSON
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

877769.01

- 2 -

# EXHIBIT 1

Laurel E. Davis, Esq., NBN 3005
LIONEL SAWYER & COLLINS
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101

Attorneys for SCOTT K. CANEPA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 15, 2006<br>Time: 10:00 a.m. |

**ORDER REGARDING MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY TO TERMINATE LOAN SERVICING**
**AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN**
[Affects USA Commercial Mortgage]

The Motion for Relief from the Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan, LLC (the "Motion") came on regularly for hearing, with appearances noted on the record. The Court having considered the moving papers and argument of counsel and persons appearing *in proper person*, and based upon the findings and conclusions

set forth on the record, it is hereby

ORDERED that on June 15, 2006, at 10:00 a.m., the Court held a preliminary hearing on the Motion ("Preliminary Hearing"), and a final hearing on the Motion shall be held August 4, 2006, at 1:30 p.m. ("Final Hearing"). It is

FURTHER ORDERED that the automatic stay of 11 U.S.C. § 362(a) shall remain in effect pending the conclusion of (or as a result of) the Final Hearing and the Court's determination under 11 U.S.C. § 362(d), and the Court expressly finds that compelling circumstances require the Court to conclude the Final Hearing more than 30 days after the conclusion of the Preliminary Hearing. It is

FURTHER ORDERED that pending the conclusion of the Final Hearing, USA Commercial Mortgage Company shall maintain the status quo with respect to the Boise/Gowan 93 LLC loan (the "Loan"), and absent further Order of this Court, Commercial Mortgage Company shall not: (1) make any further advance to the Borrower under the Loan; or (2) extend, forbear or otherwise modify the maturity date of the Loan.

SUBMITTED BY:
LIONEL SAWYER & COLLINS

By: _____/s/ Laurel E. Davis_____
    Laurel E. Davis, Bar No. 3005
    300 South Fourth Street, Suite 1700
    Las Vegas, Nevada 89101

Attorneys for SCOTT K. CANEPA

| Approved/Disapproved by: | Approved/Disapproved by: |
|---|---|
| OFFICE OF THE U.S. TRUSTEE | RAY QUNNEY & NEBEKER, P.C. |
|  | SCHWARTZER & McPHERSON LAW FIRM |
| By: _____ | By: _____ |
|     August Landis, Esq. |     Lenard E. Schwartzer, Esq. |
|     Scott Farrow, Esq. |     Counsel for Debtors and |
|  |     Debtors in Possession |

2

1
2
3   Approved/Disapproved by:                              Approved/Disapproved by:

4   STUTMAN TREISTER & GLATT                              GORDON & SILVER, LTD
    SHEA & CARLYON, LTD.
5
    By: _____                   By: _____
6         Frank A. Merola, Esq.                                 Gerald M. Gordon, Esq.
          Eve Karasik, Esq.                                     Gregory E. Garman, Esq.
7         Counsel for the Official Committee of Equity          Counsel for Official Committee of Holders of
          Security Holders of USA Capital First Trust           Executory Contract Rights of USA
8         Deed Fund LLC                                         Commercial Mortgage Company

9   Approved/Disapproved by:                              Approved/Disapproved by:

10  ORRICK, HERRINGTON & SUTCLIFFE LLP                    LEWIS AND ROCA, LLP
    BECKLEY SINGLETON, CHTD.
11
    By: _____                   By: _____
12        Mark A. Levinson Esq.                                 Susan M. Freeman, Esq.
          Counsel for the Official Committee of Equity          Rob Charles, Esq.
13        Security Holders of USA Capital Diversified           Counsel for Official
          Trust Deed Fund LLC                                   Committee of Unsecured Creditors of
14                                                              USA Commercial Mortgage Company
15
16      Approved/Disapproved by:
17
    By: _____
18        Donna Cangelosi
          5860 Lausanne Drive
19        Reno, NV 89511
20                                              # # #
21
22
23
24
25
26
27
28

3

# EXHIBIT 1

-4-

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                       Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                       Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                       Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                       Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                                       Debtor. | |

1

|  |  |
|---|---|
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 15, 2006<br>Time: 10:00 a.m. |

**ORDER PRELIMINARILY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, LLC AND CONTINUING HEARING TO AUGUST 4, 2006[AFFECTS USA COMMERCIAL MORTGAGE CO.]**

The Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC (the "Motion") having come before this Court on June 15, 2006; the Debtors, USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors") appearing by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm; Scott K. Canepa appearing by and through his counsel Laurel E. Davis, Esq. of Lionel Sawyer & Collins, it is hereby

ORDERED that the Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC is preliminarily denied and will be continued to a final hearing on August 4, 2006 at 1:30 p.m.; and

ORDERED that the automatic stay under 11 U.S.C. § 362 shall remain in effect pending the conclusion of, or as a result of, the final hearing and determination under § 362(d) on the Motion set for August 4, 2006, a period which is in excess of 30 days after the conclusion of the preliminary hearing held on June 15, 2006 but which excess time is required due to compelling circumstances; and it is further

/ / /

/ / /

/ / /

/ / /

2

P:\USA Commercial Mortgage\Pleadings\Motion To Lift Stay - Canepa\Order Preliminarily Denying MLS.DOC

ORDERED that pending the continued hearing on the Motion, the Debtors shall maintain the status quo with respect to the Boise/Gowan 93 LLC loan; absent further order of this Court, the Debtors shall not: (1) make any further advance to the Borrower; or (2) extend, forbear or otherwise modify the maturity date for the loan.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

_____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Attorneys for Debtor and Debtor-In-Possession

| Approved/Disapproved by: | Approved/Disapproved by: |
|---|---|
| OFFICE OF THE U.S. TRUSTEE | LIONEL SAWYER & COLLINS |
| By:_____<br>August Landis, Esq.<br>Scott Farrow, Esq. | By:_____<br>Laurel E. Davis, Esq.<br>1700 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101<br>Attorney for Scott K. Canepa |
| Approved/Disapproved by: | Approved/Disapproved by: |
| STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD. | GORDON & SILVER, LTD |
| By: _____<br>Frank A. Merola, Esq.<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Counsel for the Official Committee of<br>Equity Security Holders of USA Capital<br>First Trust Deed Fund LLC | By: _____<br>Gerald M. Gordon, Esq.<br>Gregory E. Garman, Esq.<br>Counsel for Official Committee of Holders<br>of Executory Contract Rights of USA<br>Commercial Mortgage Company |

3

P:\USA Commercial Mortgage\Pleadings\Motion To Lift Stay - Canepa\Order Preliminarily Denying MLS.DOC

**ORDER PRELIMINARILY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, LLC AND CONTINUING HEARING TO AUGUST 4, 2006 [AFFECTS USA COMMERCIAL MORTGAGE CO.]**

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: _____
    Marc A. Levinson Esq.
    Lynn Trinka Ernce, Esq.
    Counsel for the Official Committee of
    Equity Security Holders of USA Capital
    Diversified Trust Deed Fund LLC

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
    Susan M. Freeman
    Rob Charles
    Counsel for Official
    Committee of Unsecured Creditors of
    USA Commercial Mortgage Company

Approved/Disapproved by:

By:_____
  Donna Cangelosi
  5860 Lausanne Drive
  Reno, NV 89511

# # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122