DANIEL G. BOGDEN
Nevada Bar No. 2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone:  (702) 388-6336
Facsimile:   (702) 388-6787

Attorneys for United States

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | (No Hearing Required) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

## DECLARATION OF ERIKA E. BARNES

I, ERIKA E. BARNES, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1        1. I am an attorney with the Pension Benefit Guaranty Corporation ("PBGC"), an agency of

2    the federal government. In this capacity, I am assigned to represent PBGC in these bankruptcy

3    proceedings.

4        2. I am a member in good standing of the bars of the state of California (Bar No. 197309),

5    Virginia (Bar No. 70019), and the District of Columbia (Bar No. 495756).

6        I declare under penalty of perjury that the foregoing is true and correct.

7    Executed on this 6TH day of June, 2006 at Washington, DC.

ERIKA E. BARNES
Attorney

2