1  DANIEL G. BOGDEN
   Nevada Bar No. 2137
2  United States Attorney
   CARLOS A. GONZALEZ
3  Assistant United States Attorney
   333 Las Vegas Blvd. South, Suite 5000
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
5  Facsimile:  (702) 388-6787

6  Attorneys for United States

7              IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF NEVADA
8

9  In re:                                         | Case No. BK-S-06-10725 LBR
   USA COMMERCIAL MORTGAGE COMPANY,                | Case No. BK-S-06-10726 LBR
10                                  Debtor.        | Case No. BK-S-06-10727 LBR
                                                   | Case No. BK-S-06-10728 LBR
11 In re:                                          | Case No. BK-S-06-10729 LBR
   USA CAPITAL REALTY ADVISORS, LLC,               |
12                                  Debtor.        | Chapter 11

13 In re:                                          |
   USA CAPITAL DIVERSIFIED TRUST                   | Jointly Administered Under
14 DEED FUND, LLC,                                 | Case No. BK-S-06-10725 LBR
                                    Debtor.        |
15                                                 |
   In re:                                          |
16 USA CAPITAL FIRST TRUST DEED FUND, LLC,         | (No Hearing Required)
                                    Debtor.        |
17                                                 |
   In re:                                          |
18 USA SECURITIES, LLC,                            |
                                    Debtor.        |
19                                                 |
   Affects:                                        |
20 ☒ All Debtors                                   |
   □ USA Commercial Mortgage Company              |
21 □ USA Capital Realty Advisors, LLC             |
   □ USA Capital Diversified Trust Deed Fund, LLC |
22 □ USA Capital First Trust Deed Fund, LLC       |
   □ USA Securities, LLC                          |
23

24    CERTIFICATE OF SERVICE RE:  MOTION AND ORDER TO PERMIT
              APPEARANCE OF GOVERNMENT ATTORNEYS
25

26    I, Carlos A. Gonzales, served copies of the MOTION TO PERMIT APPEARANCE OF

1  GOVERNMENT ATTORNEYS, the DECLARATION OF FRANK A. ANDERSON and

2  ERIKA E. BARNES, and the proposed ORDER GRANTING MOTION TO PERMIT

3  APPEARANCE OF GOVERNMENT ATTORNEYS, upon the persons and entities listed below,

4  at the addresses listed below, by depositing the copies in the United States mail, clearly

5  addressed and postage prepaid.

6
   USA Commercial Mortgage Company
7  USA Capital Realty Advisors, LLC
   USA Capital Diversified Trust Deed Fund, LLC
8  USA Capital First Trust Deed Fund, LLC
   USA Securities, LLC
9  Thomas J. Allison
   4484 South Pecos Road
10 Las Vegas, NV  89121
   **Debtors**

11
   Annette W. Jarvis
12 Ray Quinney & Nebeker P.C.
   36 South State Street, Suite 1400
13 P.O. Box 45385
   Salt Lake City, UT 84145-0385

14
   Lenard E. Schwartzer
15 Jeanette E. McPherson
   Schwartzer & McPherson Law Firm
16 2850 S. Jones Boulevard, Suite #1
   Las Vegas, NV 89146
17 **Debtors' Counsel**

18 Gregory E. Garman
   Talitha B. Gray
19 Gordon & Silver, Ltd.
   3960 Howard Hughes Pky 9th Floor
20 Las Vegas, NV 89109
   **Counsel for the Official Committee of Executory Contract Holders of USA Commercial**
21 **Mortgage Company**

22 Jeffrey H. Davidson
   Frank A. Merola
23 Eve H. Karaski
   Stutman, Treister & Glatt, P.C.
24 1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA  90067

25

26

1  Candace C. Carlyon
   Shawn W. Miller
2  Shlomo S. Sherman
   Shea & Carlyon, Ltd.
3  233 S. Fourth Street, 2nd Floor
   Las Vegas, NV  89101
4  **Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust
   Deed Fund, LLC**
5
   Robert G. Worthen
6  1112 Worthen Cir.
   Las Vegas, NV 89145
7
   Thomas C. Lawyer Family Trust
8  45 Ventana Canyon Dr.
   Las Vegas, NV  89113
9
   Charles O. Nichols and Flora A. Nichols
10 2561 Seascape Dr.
   Las Vegas, NV  89128
11
   Katz 2000 Separate Property Trust
12 Sara M. Katz, Managing Trustee
   4250 Executive Square, #670
13 San Diego, CA 92037
14 Marjan Rutar
   4043 Chalfont Court
15 Las Vegas, NV  89121
16 Robert H. Mansfield
   3611 Victory Avenue
17 Las Vegas NV  89121-7224
   **Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed
18 Fund, LLC**
19 Susan M. Freeman
   Lewis and Roca LLP
20 1 South Church Avenue, #700
   Tucson, AZ   85701-1611
21
   Rob Charles
22 Lewis and Roca LLP
   3993 Howard Hughes Parkway, Suite 600
23 Las Vegas, NV 89109
   **Proposed Counsel for the Official Committee of Unsecured Creditors for USA Commercial
24 Mortgage Company**
25
26

1  Office of the U.S. Trustee
   300 Las Vegas Boulevard South
2  Suite 4300
   Las Vegas, NV 89101
3  **U.S. Trustee**

4

5  _____
   Carlos A. Gonzalez
   Attorney
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26