**E-Filed On** 6/29/06

1  NOEJ
   SUSAN WILLIAMS SCANN, ESQ.
2  Nevada Bar No. 000776
   PAUL R. CONNAGHAN, ESQ.
3  Nevada Bar No. 003229
   DEANER, DEANER, SCANN, MALAN & LARSEN
4  720 South Fourth Street, Suite #300
   Las Vegas, Nevada 89101
5  (702) 382-6911
   (702) 366-0854, Fax
6  Attorney for Party In Interest
   Franklin/Stratford Investment LLC
7

8              UNITED STATES BANKRUPTCY COURT

9                FOR THE DISTRICT OF NEVADA

10
   In re:                                    Case No.  BK-S-06-10725 LBR
11 USA COMMERCIAL MORTGAGE                   Case No.  BK-S-06-10726 LBR
   COMPANY,                                  Case No.  BK-S-06-10727 LBR
12                                           Case No.  BK-S-06-10728 LBR
                    Debtor                   Case No.  BK-S-06-10729 LBR
13 In re:

14 USA CAPITAL REALTY ADVISORS, LLC.         Chapter 11

15                  Debtor                   Jointly Administered Under
   In re:                                    Case No. BK-S-06-10725 LBR
16
   USA CAPITAL DIVERSIFIED TRUST
17 DEED FUND, LLC.                           Date of Hearing:  June 21, 2006
                                             Time of Hearing:  8:30a.m.
18                  Debtor
   In re:
19
   USA CAPITAL FIRST TRUST                   Affects:
20 DEED FUND, LLC.                           ☒USA Commercial Mortgage Company
                                             ☒USA Capital Diversified Trust Deed Fund, LLC
21                  Debtor                    ☒USA Capital First Trust Deed Fund, LLC
   In re:                                    ☐USA Securities, LLC
22                                           ☐USA Realty Advisors, LLC
   USA SECURITIES, LLC.                      ☐All Debtors
23
                    Debtor
24

25

26      **NOTICE OF ENTRY OF ORDER AUTHORIZING RELEASE OF EXCESS**
        **COLLATERAL  FOR FRANKLIN/STRATFORD LOAN AND PAYMENT**
27      **OF THE SALE PROCEEDS OF 2.51 ACRES PARCEL TO PETRA, INC.**

28      PLEASE TAKE NOTICE that an ORDER AUTHORIZING RELEASE OF EXCESS

1   COLLATERAL  FOR FRANKLIN/STRATFORD LOAN AND PAYMENT  OF THE SALE

2   PROCEEDS OF 2.51 ACRES PARCEL TO PETRA, INC. was entered in the above-entitled matter

3   on  June 26, 2006, a copy of which is attached hereto.

4            DATED this 28th day of June, 2006.

5                                            Respectfully Submitted,

6                                            DEANER, DEANER, SCANN,
                                             MALAN & LARSEN
7

8                               By: _____
                                             SUSAN WILLIAMS SCANN, ESQ.
9                                            Nevada Bar No. 000776
                                             720 South Fourth Street, Suite 300
10                                           Las Vegas, Nevada  89101
                                             Attorney for Party In Interest
11                                           Franklin/Stratford Investment LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Entered on Docket
June 26, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

ORDER
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorney for Party In Interest
Franklin/Stratford Investment LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE<br>COMPANY,<br><br>            Debtor | Case No.   BK-S-06-10725 LBR<br>Case No.   BK-S-06-10726 LBR<br>Case No.   BK-S-06-10727 LBR<br>Case No.   BK-S-06-10728 LBR<br>Case No.   BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>            Debtor | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC.<br><br>            Debtor | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Date of Hearing:  June 21, 2006<br>Time of Hearing:  8:30 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST<br>DEED FUND, LLC.<br><br>            Debtor | Affects:<br>☒USA Commercial Mortgage Company<br>☒USA Capital Diversified Trust Deed Fund, LLC<br>☒USA Capital First Trust Deed Fund, LLC |
| In re:<br>USA SECURITIES, LLC.<br><br>            Debtor | ☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>☐All Debtors |

**ORDER AUTHORIZING RELEASE OF EXCESS COLLATERAL  FOR
FRANKLIN/STRATFORD LOAN AND PAYMENT  OF THE SALE PROCEEDS OF 2.51
<u>ACRES PARCEL TO PETRA, INC.</u>**

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911 • Facsimile (702)366-0854

1    The Debtors filed a Motion for Authority to Forbear and to Provide Further Funding for

2  Certain Outstanding Loans  (Affects Debtor USA Commercial Mortgage,  Debtor Capital Diversified

3  Trust Deed Fund LLC and Debtor USA Capital Diversified Trust Deed Fund LLC)  ("the Motion")

4  which came on for hearing on June 21, 2006.  This Order relates only to the portion of the Motion

5  relating to the Franklin/Stratford Loan.  The Court, having reviewed the portion of the Motion

6  relating to the Franklin/Stratford Loan, the relief sought therein,  the Declarations of Robert A.

7  Russell and  Gary Buentgen in support  of the Franklin/Stratford Investments LLC's

8  ("Franklin/Stratford") portion of the Motion and the Court finding that the Committees representing

9  the Beneficiaries of the Deeds of Trust securing the Franklin/Stratford Loan, namely the Official

10  Committee of  Equity Security Holders of USA Capital First Trust Deed Fund, LLC, 80%

11  beneficiary, consented to the release of funds and payment to Petra, Inc., and the Official Committee

12  of the Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, 20% beneficiary,

13  filed no objection to the Motion and a proper notice having been given and that the portion of the

14  Motion relating to the Franklin/Stratford Loan is in the best interest of the Debtors and their

15  respective estates, and it appearing that no further hearing or notice is required and after due

16  deliberation and sufficient cause appearing therefor,

17        1.        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the portion of the

18  Debtors' Motion For Authority to Forbear and To Provide Further Funding for Certain Outstanding

19  Loans relating to the  Franklin/Stratford sale of the 2.51 acres of real property described on Exhibit

20  "A" attached hereto and incorporated by reference herein  ("The Property") is approved and granted;

21  and

22        2.        IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that

23  Franklin/Stratford is authorized and ordered, after payment of commissions and closings costs to first

24  apply and pay all net sale proceeds of approximately $745,000.00 to Petra Inc., up to and including

25  the full amount of Petra Inc.'s claims and if any excess sale  proceeds remain, the excess shall be

26  paid to Debtor USA Commercial Mortgage Company as servicer, for the benefit of the

27  Franklin/Stratford investors consisting of the USA Capital First Trust Deed Fund, LLC and the USA

28                                                    2

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911 • Facsimile (702) 366-0854

1   Capital Diversified Trust Fund, LLC; and

2       3.   IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Debtor

3   USA Commercial Mortgage Company as Servicer is authorized and ordered to immediately sign and

4   deliver to Franklin/Stratford for closing a request for partial reconveyance releasing the lien of the

5   USA Capital First Trust Deed Fund, LLC and the USA Capital Diversified Trust Fund, LLC arising

6   out of the deed of trust recorded in the Office of the County Recorder of Boise, Idaho on March 31,

7   2005, as Instrument Number 105038725 and all modifications thereof as to the Property, such

8   partial reconveyance to be used upon payment by the buyer of the sale price of good funds to the

9   order of Franklin/Stratford with such lien to attach to the sale proceeds with the same validity,

10  priority and enforceability as they had when attached to the Franklin/Stratford real property.   USA

11  Capital First Trust Deed Fund, LLC and the USA Capital Diversified Trust Fund, LLC have

12  consented to the use of the sale proceeds as provided for in Paragraph 2 above; and

13      4.   IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the

14  automatic ten (10) day stay under Bankruptcy Rule 6004(g) has been waived and does not

15  apply to this Order, and this Order is effective immediately upon entry.

16      5.   IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that

17  all signatures are waived except Lenard E. Schwartzer or Jeanette E. McPherson.

18  PREPARED BY:

19  DEANER, DEANER, SCANN,
    MALAN & LARSEN

20

21  By
22      PAUL R. CONNAGHAN, ESQ.
    Nevada Bar No. 003229
23      SUSAN WILLIAMS SCANN, ESQ.
    Nevada Bar No. 000776
24      720 South Fourth Street, Suite 300
    Las Vegas, Nevada 89101
25      Attorneys for Franklin/Stratford Investments, LLC

26

27

28
                                     3

1    **APPROVED BY:**

2    SCHWARTZER & McPHERSON LAW FIRM

3

4    _[signature]_
     Lenard E. Schwartzer, ESQ.
5    Nevada Bar No. 5423
     Jeanette E. McPherson, ESQ.
6    Nevada Bar No. 0005423
     2850 South Jones Boulevard, Suite 1
7    Las Vegas, Nevada 89146
     Attorneys for Debtors
8

9    **APPROVED BY:**

10   STUTMAN, TREISTER & GLATT, P.C.
11   SHEA & CARLYON, LTD

12   _[signature]_

13   SHLOMO S. SHERMAN
     Nevada Bar No. 9688
14   EVE H. KARASIK, ESQ.
     (California State Bar No. 155356), Members of
15   1901 Avenue of the Stars, 12th Floor
     Los Angeles, California 90067
16   (Proposed) Counsel for the Investor Committees

17                                              ###

18

19

20   F:\OFFICE\CLIENTS\Franklin\Stratford v. USA Commercial MOrtgag\DOC\Order granting  Emergency Motion.wpd

21

22

23

24

25

26

27

28                                    4

DRANER, DRANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6511 Facsimile (702)384-0854

EXHIBIT ___A___

**TITLEONE CORPORATION**

Authorized agent for:

COMMONWEALTH LAND TITLE INSURANCE COMPANY

Commitment Number:   A0657052 JG/DE

**SCHEDULE C**

**PROPERTY DESCRIPTION**

The land referred to in this Commitment is described as follows:

PARCEL E

A parcel of land being a portion of Lot 21 and Lot 22 of Honor Park Subdivision No.3 as on file in Book 78 of Plats at Page 8191 in the Office of the Ada County Recorder, Boise, Idaho, lying in the Northwest quarter of Section 18, Township 3 North, Range 1 East, Boise Meridian, City of Meridian, Ada County, Idaho as shown on Record of Survey No. 7377 recorded as Instrument No, 106072793 in the office of the Ada County Recorder, Boise, Idaho and more particularly described as follows:

COMMENCING at an iron pin marking the Northwest corner of Lot 26, Block 2 of said Honor Park Subdivision No. 3; Thence along the West boundary line of said Lot 26,
South 00°39'36" East 218.68 feet to an iron pin marking the Southwest corner of said Lot 26; Thence along the South boundary line of said Lot 26,
North 89°31'22" East 227.00 feet to an iron pin marking the Northwest corner of Lot 21, Block 2 of said Honor Park Subdivision No. 3 and the POINT OF BEGINNING, thence along the North boundary line of said Lot 21,
North 89°31'22" East 246.12 feet to an iron pin; Thence
South 00°24'38" West 213.15 feet to an iron pin marking a point on a curve to the left; Thence along said curve to the left having a radius of 52.00 feet, a central angle of 16°37'45", a length of 15.09 feet and a long chord that bears
South 77°05'05" West 15.04 feet to an iron pin marking a point on the curve to the left; Thence continuing along the curve to the left having a radius of 52.00 feet, a central angle of 28°39'12", a length of 26.00 feet and a long chord that bears
South 54°26'37" West 25.73 feet to an iron pin; Thence
North 46°02'44" West 24.99 feet to an iron pin, Thence
North 89°50'44" West 193.47 feet to an iron pin on the West boundary of said Honor Park Subdivision No. 3; Thence along said West boundary
North 00°40'02" East 211.56 feet to the POINT OF BEGINNING.

PARCEL H

A parcel of land being a portion of Lot 26 and Lot 25 of Honor Park Subdivision No. 3 as on file in Book 78 of Plats at Page 8191 in the Office of the Ada County Recorder, Boise, Idaho, lying in the Northwest quarter of Section 18, Township 3 North, Range 1 East, Boise Meridian, City of Meridian, Ada County, Idaho as shown on Record of Survey No, 7377 recorded as Instrument No. 106072793 in the office of the Ada County Recorder, Boise, Idaho and more particularly described as follows.

COMMENCING at an iron pin marking the Northwest corner of Lot 26, Block 2 of said Honor Park Subdivision No.3; Thence along the North boundary line of said Lots 25 and 26,
North 89°20'24" East 101.04 feet to an iron pin; Thence continuing
North 00°39'36" West 20.00 feet to an iron pin, Thence continuing
North 89°20'24" East 30.00 feet to an iron pin; Thence continuing

**ALTA Commitment**
**Schedule C**

(A0657052.PFD/A0657052/13)

South 00°39'36" East 20.00 feet to an iron pin; Thence continuing
North 89°20'24" East 98.04 feet to an iron pin marking the POINT OF BEGINNING; thence continuing
North 89°20'24" East 282.92 feet to an iron pin; Thence continuing
North 00°39'36" West 20.00 feet to an iron pin; Thence continuing
North 89°20'24" East 15.00 to an ion pin marking the Northeast corner of said Lot 25; Thence
South 00°39'36" East 50.00 feet to an iron pin; Thence
South 89°20'24" West 50.33 feet to an iron pin; Thence
South 00°24'38" West 190.23 feet to an iron pin on the South boundary of said Lot 25, Thence along the South boundary of said Lot 25,
South 89°31'22" West 246.12 feet to an iron pin marking the Northwest corner of Lot 21, Block 2 of said Honor Park Subdivision; Thence continuing
South 89°31'22" West 3.00 feet to an iron pin; Thence
North 00°40'03" East 219.46 feet to an iron pin marking the POINT OF BEGINNING.

1    **CERTIFICATE OF MAILING**

2

3        I hereby certify that service of the above and foregoing NOTICE OF ENTRY OF ORDER

4    AUTHORIZING RELEASE OF EXCESS COLLATRERAL FOR FRANKLIN STRATFORD

5    LOAN AND PAYMENT OF THE SALE PROCEEDS OF 2.51 ACRES PARCEL TO PETRA,

6    INC. was made this 28th day of June, 2006, by depositing a copy of the same in the United States

7    mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

8
    **DEBTOR AND COUNSEL**
9    ANNETTE W. JARVIS
    RA Y QUINNEY & NEBEKER P.C.
10    36 SOUTH STATE STREET, SUITE 1400
    P.O. BOX 45385
11    SALT LAKE CITY, UTAH 84145-0385

12    LENARD E. SCHWARTZER
    JEANETTE E. MCPHERSON
13    SCHWARTZER & MCPHERSON LAW FIRM
    2850 SOUTH JONES BOULEVARD, SUITE 1
14    LAS VEGAS, NEVADA 89146-5308

15    USA COMMERCIAL MORTGAGE
    USA CAPITAL REALTY ADVISORS, LLC
16    USA CAPITAL DIVERSIFIED TRUST DEED FUND,
    LLC USA CAPITAL FIRST TRUST DEED FUND, LLC
17    USA SECURITIES, LLC
    THOMAS J. ALLISON
18    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121
19

20    **THE UNITED STATES TRUSTEE**
    OFFICE OF THE U.S. TRUSTEE
21    600 LAS VEGAS BLD., SOUTH,
    STE. 4300
22    LAS VEGAS, NV 89101

23    **USA CAPITAL REALTY ADVISORS, LLC - UNSECURED CREDITORS**
    KUMMER, KAEMPFER, BONNER & RENSHAW
24    3800 HOWARD HUGHES PKWY., 7th FLOOR
    LAS VEGAS, NV 89109
25

26    INTERSHOW
    THE GITHLER CENTER
27    1258 NORTH PALM AVE.
    SARASOTA, FL 34236

28

1  **USA SECURITIES, LLC - UNSECURED CREDITORS**
   JAMES HULL
2  C/O SIGNATURE FINANCIAL
   2601 AIRPORT DRIVE
3  TORRANCE, CA 90505

4  GEORGE GORMAN
   C/O FINANCIAL WEST GROUP
5  4510 E. THOUSAND OAKS BLD.
   THOUSAND OAKS, CA 91362
6
   R. HAGMAIER
7  C/O FINANCIAL WEST GROUP
   4510 E. THOUSAND OAKS BLD.
8  THOUSAND OAKS, CA 91362

9  TIM RICH
10 C/O FINANCIAL WEST GROUP
   4510 E. THOUSAND OAKS BLD.
11 THOUSAND OAKS, CA 91362

12 **UNSECURED CREDITORS COMMITTEE FOR USA COMMERCIAL**
   **MORTGAGE COMPANY**
13
   Bunch Bell
14 1909 Red Robin Court
   Las Vegas, NV 89134
15
   Advanced Information Systems
16 c/o Michael T. Yoder
   4270 Cameron Street, Suite #1
17 Las Vegas, NV 89103

18 C/O Donald R. Walker
   9209 Eagle Hills Drive
19 Las Vegas, NV 89134-6109

20 Russell AD Development Group, LLC
   P. O. Box 28216
21 Scottsdale, AZ 85255

22 Robert A. Russell
   8585 East Hartford Drive
23 Suite 500
   Scottsdale, AZ 85255
24
   Annee Nounna
25 8057 Lands End Court
   Las Vegas, NV 89117-7635
26
   Robert L. Hagmaier
27 15254 Candlewood Court
   Lake Oswego, OR 97035
28

1  **[PROPOSED] COUNSEL FOR THE FOLLOWING TWO INVESTOR COMMITTEES: Equity**
**Security Holders of USA Capital First Trust Deed Fund, LLC and Equity Security Holders of**
2  **USA Capital Diversified Trust Deed Fund;**

3  Jeffrey H. Davidson
   Frank A. Merola
4  Eve H. Karaski
   Stutman, Treister & Glatt, P.C.
5  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
6
   James Patrick Shea
7  Candace C. Carlyon
   Shea & Carlyon, LTD.
8  233 S. Fourth Street, 2nd Floor
   Las Vegas, NV 89101
9

10  **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED**
    **FUND, LLC.**
11
    Robert E. Taylor
12  1535 Flynn Road
    Camarillo, CA 93012
13
    John Warner Jr., IRA
14  C/O First Savings Bank
    2605 East Flamingo Road
15  Las Vegas, NV 89121
16
    C/O Chuck Heinrichs
17  198 E. Pajaro
    Newbury Park, CA 91320
18
    John H. Warner, Jr.
19  2048 North Chettro Trail
    St. George, UT 84770
20
    Mary E. and Matthew J. Moro, JTWROS
21  1009 8th Street
    Manhattan Beach, CA 90266
22
    Richard G. Woudstra Revocable Trust
23  Richard G. Woudstra, TTWW
    P. O. Box 530025
24  Henderson, NV 89053
25
    Wen Baldwin Separate Property Trust
    365 Dooley Drive
26  Henderson, NV 89015
27
    Jerry T. McKinsey
    3115 South El Camino Rd.
28  Las Vegas, NV 89146

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1
2  Richard Horowitz
   5 Fir Drive
3  Kings point, NY  11024

4  **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.**

5  Robert G. Northen
   1112 Northen Circle
6  Las Vegas, NV  89145

7  Katz 2000 Separate Property Trust
   Sara M. Katz, Managing Trustee
8  4250 Executive Square, #670
   San Diego, CA  92037
9
   Thomas C. Lawyer Family Trust
10 45 Vientiane Canyon Drive
   Las Vegas, NV  89113
11
   Mardan Ruta
12 4043 Chalons Court
   Las Vegas, NV  89121
13
   Charles O. Nicholls and Flora A. Nicol
14 2561 Seascape Drive
   Las Vegas, NV  89128
15
   Robert H. Mansfield
16 3611 Victory Avenue
   Las Vegas, NV  89121
17
18 **COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY**

19 Fortuity Enterprises, Inc.
   2960 W. Sahara Ave., Suite 200
20 Las Vegas, NV  89102

21 Helms Homes, LLC
   C/O Terry Helms
22 809 Upland BLD.,
   Las Vegas, NV  89107
23
   William J. Bollard
24 Fortuity Enterprises, Inc.
   P. O. Box 27555
25 Las Vegas, NV  89126

26 Terry Helms Living Trust
   809 Upland BLD.
27 Las Vegas, NV  89107

28

6

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1
2
Dennis Flier, Inc. Defined Benefit Trust
20155 Porto Vita Way #1803
Alectura, FL  33180

3
4
Arthur Polacheck and Glorianne Polacheck
2056 Wooklake Circle
Deerfield Beach, FL  33442

5
6
James W. McCollum and Pamela P. McCollum
1011 F. Avenue
Coronado, CA  92118

7
8
Homfeld II, LLC
777 South Federal Highway
Suite –409
Pompano Beach, FL  33062

9
10
C/O Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI  48230

11
12
13
Nevada Mortgage Lending Division
Attn:  Susan Eckhardt
3075 East Flamingo #100
Las Vegas, NV  89121

14
15
U. S. Securities and Exchange Commission
Attn:  Sandra W. Lavigna
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA  90036-3648

16
17
18
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street,  NW
Washington, D.C.  20005-4026

19
20
Department of Employment Training
Employment Sec. Div., Contributions
500 East Third Street
Carson City, NV  89713-0030

21
22
DMV and Public Safety Records Section
555 Wright Way
Carson City, NV  89711-0250

23
24
25
Employers Insurance Co. Of NV
Attn:  Bankruptcy Desk
9790 Gateway Drive
Reno, NV  89521-5906

26
27
28
NV Dept. of Taxation
Bankruptcy Division
555 East Washington, #1300
Las Vegas, NV  89101

7

Internal Revenue Service
Attn: Bankruptcy dept.
Stop 5028 110 City Parkway
Las Vegas, NV 89106

Secretary of State
State of Nevada
202 North Carson Street
Carson City, NV 89701

NV Department of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89701-0003

Office of Labor Commissioner
555 East Washington Ave., Suite 4100
Las Vegas, NV 89101

U. S. Attorney
District of Nevada
323 Las Vegas Blvd., So., #5000
Las Vegas, NV 89101

United States Dept. of Justice
Tax-Division-Western Region
P. O. Box 683-Ben Franklin Station
Washington, D.C. 20044

District Counsel
Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106

Internal Revenue Service
Ogden, UT 84201

FHA/HUD
District Office 333 North Rancho Drive., #700
Las Vegas, NV 89106-3797

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

Clark County Treasurer
C/O Bankruptcy Clerk
P. O. Box 551220
Las Vegas, NV 89155-1220

Clark County Assessor
C/O Bankruptcy Clerk
P. O. Box 551401
Las Vegas, NV 89155-1401

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

8

## NOTICES OF APPEARANCE/REQUESTS FOR NOTICES

1

Don Tomlin
C.O David W. Mounier
15316 Sky High Road
Escondido, CA 92055

Maryetta Bowman
534 Enchanged Lakes Drive
Henderson, NV 89052

Edward W. Homfeld
Homfeld II LLC
777 South Federal Highway, Suite –409
Pompano Beach, FL 33062

Richard McKnight, ESQ.
Law Offices of Richard McKnight
330 S. Third Street, #900
Las Vegas, NV 89101

RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV 89074

Robert R. Kinas, ESQ.
Jennifer L. McBee
Snell & Wilmer, LLP
3800 Howard Hughes Pkwy., #1000
Las Vegas, NV 89109

Michael R. Shuler
C/O Jay R. Eaton
Eaton &O'leary, PLLC
115 Grove Avenue
Las Vegas, NV 89121

Janet L. Chubb, ESQ.Jones Vargas
100 West Liberty Street, 12th Floor
P. O. Box 281
Reno, NV 89504-0281

Martin B. Weiss, ESQ.
The Garrett Group, LLC
One Better World Circle, Suite 300
Temecula, CA 92590

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

9

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attila Jefzenszky
1720 Colavita Way
Reno, NV  89521

Vince Danelian
C/O Edward J. Hanigan, ESQ.
199 N. Arroyo Grande Blvd., #200
Henderson, NV  89074

William L. McKinsey, ESQ.
601 East Charleston BLD.
Las Vegas, NV  89104

Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL  33441

Peter Bolino
17412 Serene Drive
Morgan Hill, CA  95037

Sean Najarian, ESQ.
The Najarian Law Firm
283 S. Lake Avenue, Suite 205
Pasadena, CA  91101

Scott D. Fleming
Hale Lane Peek Dennision and Howard
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, NV  89109

Nile Leatham
James B. Macrobbie
Kolesar & Leatham, CHTD
3320 W. Sahara Ave., Ste., 380
Las Vegas, NV  89102

Laurel E. Davis
Lionel Sawyer & Collins
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas, NV  89101

Gilbert B. Weisman
Becket and Lee LLP
P. O. Box 3001
Malvern, PA  19355-0701

Caryn S. Tijsseling
Beesley, Peck & Matteoni, LTD
5011 Meadowood Mall Way, #300
Reno, NV  89502

10

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1  Nicholas J. Santoro
2  400 S. Fourth Street, 3rd Floor
   Las Vegas, NV  89101

3  Jed A. Hart
   Angelo, Gordon & Co.
4  245 Park Avenue, 26th Floor
   New York, NY  10167

5
   Bradley J. Stevens
6  Robbins & Green, P.A.
   3300 North Central Avenue, Suite 1800
7  Phoenix, AZ  85012

8  CiCi Cunningham, ESQ.
   James A. Kohl, ESQ.
9  Christine Roberts, ESQ.
   Rawlings, Olson, Cannon, Gormley & Desruisseaux
10 9950 W. Cheyenne Avenue
   Las Vegas, NV 89129

11
   Gerald M. Gordon, ESQ.
12 Thomas H. Fell, ESQ.
   Gordon & Silver, LTD.
13 3960 Howard Hughes Parkway, 9th Floor
   Las Vegas, NV  89109

14
   Franklin C. Adams
15 Best Best & Kriefer, LLP
   3750 University Ave.
16 P. O. Box 1028
   Riverside, CA  92502-1028

17
   Jeffrey G. Sloane, ESQ.
18 Regina M. McConnell, ESQ
   Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, CHTD.
19 1389 Galleria Drive., Ste, 200
   Henderson, NV  89014

20
   Kevin B. Christensen
21 Xanna R. Hardman
   7440 W. Sahara Ave.
22 Las Vegas, NV  89117

23 Richard Mason
   Patricia K. Smoots
24 Michael M. Schmahl
   McGuire Woods, LLP
25 77 West Wacker Drive., Ste., 4100
   Chicago, IL  60601

26
   Donald T. Polednak, ESQ.
27 7371 Prairie Falcon, Ste., 120
   Las Vegas, NV  89128

28

                                        11

1  Peter Susi
   Jay L. Michaelson
2  Michaelson, Susi & Michaelson
   Seven West Gigueroa St., 2nd Floor
3  Santa Barbara, CA  93101-3191

4  Joan C. Wright
   Allison, Mackenzie, Russell, Pavlakis, Wright & Fagan, LTD.
5  402 North Division Street
   P. O. Box 646
6  Carson City, NV  89702

7  Bay Communities
   C.O Chris el
8  4800 No. Federal Highway, Suite A205
   Boca Raton, FL  33431

9
   Ervent T. Nelson
10 Bolick & Boyer
   6060 W. Elton Avenue, Ste., A
11 Las Vegas, NV  89107

12 Matthew Q. Callister
   Callister & Reynolds
13 823 Las Vegas Boulevard South
   Las Vegas, NV  89101

14
   Andrew Welcher
15 C/O Nordman Company Hair & Compton LLP
   Attn:  William E. Winfield, ESQ.
16 1000 Town Center Drive, 6th Floor
   Oxnard, CA  93031

17
   Robert Verchota, General Partner
18 R & N Real Estate Investments, LP
   C/O Jeffrey A. Cogan
19 3990 Vegas Drive
   Las Vegas, NV  89108

20
   Law Offices of James G. Schwartz
21 Joshua D. Brysk, ESQ.
   7901 Stoneridge Drive, Suite 401
22 Pleasanton, CA  94588

23 Scott K. Canepa
   Canepa, Reidy & Rubing
24 851 S. Rampart Blvd., #160
   Las Vegas, NV  89145

25
   John F. Murtha
26 Woodburn & Wedge
   Sierra Plaza 6100 Neil Road, Ste., 500
27 P. O. Box 2311
   Reno, NV  89505

28

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

12

Thomas W. Stilley
Sussman Shank LLP
1000 SW Broadway, Ste., 1400
Portland, OR  97205-3089



Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\FranklinStratford v. USA Commercial MOrtgage\DOC\NOEJ Authorizing Release of Funds.wpd

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

13