**Entered on Docket
June 29, 2006**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**ORDER APPROVING EMERGENCY MOTION FOR ORDER REGARDING PROJECT DISBURSEMENT GROUP, INC.'S DISBURSEMENT OF INTEREST PAYMENTS TO DEBTOR [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY]**

The Emergency Motion for Order Regarding Project Disbursement Group, Inc.'s Disbursement of Interest Payments to Debtor (the "Motion") having come before this Court on June 15, 2006; Project Disbursement Group, Inc. ("PDG") appearing through its counsel, Matthew Q. Callister of the Law Firm of Callister & Reynolds, Debtor and Debtor-in-Possession USA Commercial Mortgage Company ("Debtor") appearing through its counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm, other appearances having been made upon the record; the Court having reviewed the Motion and related pleadings and having heard the argument of the parties, and finding that proper notice having been given, it is hereby

ORDERED that the Emergency Motion for Order Regarding Project Disbursement Group, Inc.'s Disbursement of Interest Payments to Debtor is hereby GRANTED as follows, in that:

1) PDG is authorized and ordered under the terms of the Escrow Agreements and the Control Services Agreements referred to in the Motion (the "Disbursement Agreements") and the relevant loan documents to make all payments to the Debtor as Servicer of the loan funds that are held by PDG as interest reserves to be disbursed periodically to the Debtor (in its capacity as Servicer) as interest payments for the loans (the "Loans") covered by the Disbursement Agreements, and

2) PDG is authorized and ordered under the terms of the Disbursement Agreements and the relevant loan documents to continue to disburse to the Borrowers all loan funds that are held by PDG as construction funds under the Loans for disbursement as directed by the Borrowers, with the consent of the Debtor as Servicer, and

3) The Debtor, as Servicer, is authorized and ordered to continue to provide to PDG with the necessary disbursement instructions and authorizations for the Loans that are consistent with the Disbursement Agreements and terms of the loan documents for the Loans, and

1     4) In those cases where Debtor as Servicer approves a request for disbursement and sends to PDG the appropriate instructions to disburse, and PDG has previously received the disbursement amount from Debtor as Servicer, then PDG is authorized and ordered to immediately make the required disbursements to the Debtor as Servicer for interest payments on the Loans from the interest reserves being held by PDG, and PDG is authorized and ordered to immediately make the required disbursements as directed by the Borrowers, subject to the consent of the Debtor as Servicer, for construction funding on the Loans.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and


/s/    JEANETTE E. MCPHERSON
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Attorneys for Debtors and Debtors-in-Possession

Approved/Disapproved by:                              Approved / Disapproved by


/s/    PHILIP C. ALEXANDER                 /s/    AUGUST LANDIS
Matthew Q. Callister, Esq., NV Bar No. 000827    Office of the U.S. Trustee
CALLISTER & REYNOLDS                          Foley Federal Building
823 Las Vegas Boulevard South                  300 Las Vegas Blvd. South, Suite 4300
Las Vegas, NV  89101                                     Las Vegas NV  89101

/ / /

/ / /

/ / /

| | |
|---|---|
| Approved/Disapproved by: | Approved/Disapproved by: |
| BECKLEY SINGLETON, CHTD. | GORDON & SILVER, LTD. |
| By: */s/ ANNE M. LORADITCH*<br>    BRETT A. AXELROD, ESQ.<br>    ANNE M. LORADITCH, ESQ.<br>    530 Las Vegas Boulevard South<br>    Las Vegas, NV 89101<br><br>*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: */s/    GREGORY E. GARMAN*<br>    GERALD M. GORDON, ESQ.<br>    GREGORY E. GARMAN, ESQ.<br>    3960 Howard Hughes Parkway, 9th Floor<br>    Las Vegas, Nevada 89109<br><br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| Approved/Disapproved by: | Approved/Disapproved by: |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | LEWIS AND ROCA, LLP |
| By: */s/ MARC A. LEVINSON*<br>    MARC A. LEVINSON, ESQ.<br>    LYNN TRINKA ERNCE, ESQ.<br>    400 Capitol Mall, Suite 3000<br>    Sacramento, California 95814-4407<br><br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: */s/    ROB CHARLES*<br>    SUSAN M. FREEMAN, ESQ.<br>    ROB CHARLES, ESQ.<br>    3993 Howard Hughes Parkway, 6th Floor<br>    Las Vegas, Nevada 89109<br><br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |
| Approved/Disapproved by: | Approved/Disapproved by: |
| STUTMAN TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| By: */s/ CHRISTINE PAJAK*<br>    FRANK A. MEROLA, ESQ.<br>    EVE KARASIK, ESQ.<br>    CHRISTINE PAJAK, ESQ.<br>    1901 Avenue of the Stars, 12th Floor<br>    Los Angeles, California 90067<br><br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: */s/    CANDACE C. CARLYON*<br>    JAMES PATRICK SHEA, ESQ.<br>    CANDACE C. CARLYON, ESQ.<br>    SHLOMO S. SHERMAN, ESQ.<br>    233 South Fourth Street, 2d Floor<br>    Las Vegas, Nevada 89101<br><br>*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* |

# # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122