**Entered on Docket
June 29, 2006**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
KONRAD PILATOWICZ
Nevada Bar No. 9651
E-mail: kpilatowicz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>**ORDER DENYING MOTION TO REMOVE FERTITTA ENTERPRISES, INC. AS MEMBER OF OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS** |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/408531

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA Capital First Trust Deed Fund, LLC
- ☐ USA Securities, LLC

Date: June 21, 2006
Time: 9:30 a.m.

Debtors' <u>Motion to Remove Fertitta Enterprises, Inc. as Member of Official Committee of Holders of Executory Contract Rights</u> ("Motion") having come on for hearing before the above-captioned Court on June 21, 2006, at 9:00 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Motion and supporting pleadings, and having considered the testimony elicited at the hearing, statements of counsel and the pleadings filed in opposition to the Motion, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is Denied.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
KONRAD PILAYOWITZ, ESQ.
Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:

SCHWARTZER & McPHERSON LAWFIRM

By:_____
Lenard E. Schwartzer, Esq.
Attorneys for Debtors

APPROVED/DISAPPROVED:

STUTMAN, TREISTER & GLATT, P.C.

By:_____
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
Attorney for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/408531

2

Affects:
- [ ] All Debtors
- [x] USA Commercial Mortgage Company
- [ ] USA Capital Realty Advisors, LLC
- [ ] USA Capital Diversified Trust Deed Fund, LLC
- [ ] USA Capital First Trust Deed Fund, LLC
- [ ] USA Securities, LLC

Date: June 21, 2006
Time: 9:30 a.m.

Debtors' Motion to Remove Fertitta Enterprises, Inc. as Member of Official Committee of Holders of Executory Contract Rights ("Motion") having come on for hearing before the above-captioned Court on June 21, 2006, at 9:00 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Motion and supporting pleadings, and having considered the testimony elicited at the hearing, statements of counsel and the pleadings filed in opposition to the Motion, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is Denied.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: /s/
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
KONRAD PILAYOWITZ, ESQ.
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:

SCHWARTZER & McPHERSON
LAWFIRM

By: /s/
Lenard E. Schwartzer, Esq.
Attorneys for Debtors

APPROVED/DISAPPROVED:

STUTMAN, TREISTER & GLATT, P.C.

By:
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
Attorney for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/408531

2

Received Time Jun 22. 2:39PM

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Date: June 21, 2006
Time: 9:30 a.m.

Debtors' Motion to Remove Fertitta Enterprises, Inc. as Member of Official Committee of Holders of Executory Contract Rights ("Motion") having come on for hearing before the above-captioned Court on June 21, 2006, at 9:00 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Motion and supporting pleadings, and having considered the testimony elicited at the hearing, statements of counsel and the pleadings filed in opposition to the Motion, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is Denied.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
KONRAD PILAYOWITZ, ESQ.
Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:                    APPROVED/DISAPPROVED:

SCHWARTZER & McPHERSON                   STUTMAN, TREISTER & GLATT, P.C.
LAW FIRM

By: _____            By: _____
Lenard E. Schwartzer, Esq.                   Frank A. Merola, Esq.
Attorneys for Debtors                         Eve H. Karasik, Esq.
                                              Christine M. Pajak, Esq.
                                              Attorney for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/408531

2

JUN-22-2006 14:49                    96%                    P.04

APPROVED/DISAPPROVED:

Office of the United States Trustee

By_____
   August Landis, Esq.
   Scott Farrow, Esq.

APPROVED/DISAPPROVED:

ORRICK, HERRINGTON &
SUTCLIFFE, LLP

By:_____
   Marc A. Levinson, Esq.
   Lynn Trinka Emce, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

APPROVED/DISAPPROVED:

LEWIS AND ROCA, LLP

By: /s/ Rl Chs
   Rob Charles, Esq.
   Susan M. Freeman, Esq.
Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/408531

3

| | |
|---|---|
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| Office of the United States Trustee | LEWIS AND ROCA, LLP |
| By_____<br>August Landis, Esq.<br>Scott Farrow, Esq. | By: _____<br>Rob Charles, Esq.<br>Susan M. Freeman, Esq.<br>Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |

APPROVED/DISAPPROVED:

ORRICK, HERRINGTON &
SUTCLIFFE, LLP

By: /s/ signature
Marc A. Levinson, Esq.
Lynn Trinka Ernce, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/408531

3

APPROVED/DISAPPROVED:

Office of the United States Trustee

By: _____
August Landis, Esq.
Scott Farrow, Esq.

APPROVED/DISAPPROVED:

ORRICK, HERRINGTON &
SUTCLIFFE, LLP

By: _____
Marc A. Levinson, Esq.
Lynn Trinka Ernce, Esq.
Counsel for the Official Committee of
Equity Security Holders of USA
Capital Diversified Trust Deed Fund,
LLC

APPROVED/DISAPPROVED:

LEWIS AND ROCA, LLP

By: _____
Rob Charles, Esq.
Susan M. Freeman, Esq.
Counsel for Official Committee of Unsecured
Creditors of USA Commercial Mortgage Company

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

103933-001/408551

3