GORDON & SILVER, LTD.  
GERALD M. GORDON, ESQ.  
Nevada Bar No. 229  
E-mail: gmg@gordonsilver.com  
GREGORY E. GARMAN, ESQ.  
Nevada Bar No. 6654  
E-mail: geg@gordonsilver.com  
KONRAD PILATOWICZ  
Nevada Bar No. 9651  
E-mail: kpilatowicz@gordonsilver.com  
3960 Howard Hughes Pkwy., 9th Floor  
Las Vegas, Nevada 89109  
Telephone (702) 796-5555  
Facsimile (702) 369-2666  
Attorneys for the Official Committee of Holders of Executory  
Contract Rights through USA Commercial Mortgage Company  

E-FILED: 6-29-06

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                        Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                        Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                        Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                        Debtor. | NOTICE OF ENTRY OF ORDER DENYING MOTION TO REMOVE FERTITTA ENTERPRISES, INC. AS MEMBER OF OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS |
| In re:<br>USA SECURITIES, LLC,<br>                        Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: June 21, 2006<br>Time: 9:30 a.m. |

PLEASE TAKE NOTICE that an Order Denying Motion to Remove Fertitta Enterprises,

GORDON & SILVER, LTD.  
ATTORNEYS AT LAW  
NINTH FLOOR  
3960 HOWARD HUGHES PKWY  
LAS VEGAS, NEVADA 89109  
(702) 796-5555  

100933-001/409699

1  Inc. as Member of Official Committee of Holders of Executory Contract Rights, a copy of which
2  is attached hereto, was entered in the above-captioned matter on the ____ day of June, 2006.
3      DATED this 29 day of June, 2006.
4                              GORDON & SILVER, LTD.
5
6                              By: _____
                                   GERALD M. GORDON, ESQ.
7                                  GREGORY E. GARMAN, ESQ.
                                   BRIGID M. HIGGINS, ESQ.
8                                  3960 Howard Hughes Pkwy., 9th Floor
                                   Las Vegas, Nevada 89109
9                                  Attorneys for the Official Committee of Holders of
                                   Executory Contract Rights through USA Commercial
                                   Mortgage Company

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/409699

2

Entered on Docket
June 29, 2006

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

---

1  GORDON & SILVER, LTD.
2  GERALD M. GORDON, ESQ.
   Nevada Bar No. 229
3  E-mail: gmg@gordonsilver.com
   GREGORY E. GARMAN, ESQ.
4  Nevada Bar No. 6654
   E-mail: geg@gordonsilver.com
5  KONRAD PILATOWICZ
   Nevada Bar No. 9651
6  E-mail: kpilatowicz@gordonsilver.com
   3960 Howard Hughes Pkwy., 9th Floor
7  Las Vegas, Nevada 89109
   Telephone (702) 796-5555
8  Facsimile (702) 369-2666

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>ORDER DENYING MOTION TO REMOVE FERTITTA ENTERPRISES, INC. AS MEMBER OF OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109

100933-001/408531

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Date: June 21, 2006
Time: 9:30 a.m.

Debtors' Motion to Remove Fertitta Enterprises, Inc. as Member of Official Committee of Holders of Executory Contract Rights ("Motion") having come on for hearing before the above-captioned Court on June 21, 2006, at 9:00 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Motion and supporting pleadings, and having considered the testimony elicited at the hearing, statements of counsel and the pleadings filed in opposition to the Motion, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is Denied.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
KONRAD PILAYOWITZ, ESQ.
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:

SCHWARTZER & McPHERSON
LAWFIRM

By:_____
Lenard E. Schwartzer, Esq.
Attorneys for Debtors

APPROVED/DISAPPROVED:

STUTMAN, TREISTER & GLATT, P.C.

By:_____
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
Attorney for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

100933-001/408531

2

| Affects: | |
|---|---|
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Date: June 21, 2006 |
| ☐ USA Capital First Trust Deed Fund, LLC | Time: 9:30 a.m. |
| ☐ USA Securities, LLC | |

Debtors' Motion to Remove Fertitta Enterprises, Inc. as Member of Official Committee of Holders of Executory Contract Rights ("Motion") having come on for hearing before the above-captioned Court on June 21, 2006, at 9:00 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Motion and supporting pleadings, and having considered the testimony elicited at the hearing, statements of counsel and the pleadings filed in opposition to the Motion, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is Denied.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: /s/ Gerald M. Gordon
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
KONRAD PILAYOWITZ, ESQ.
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:

SCHWARTZER & McPHERSON
LAWFIRM

By: /s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
Attorneys for Debtors

APPROVED/DISAPPROVED:

STUTMAN, TREISTER & GLATT, P.C.

By:_____
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
Attorney for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC

100933-001/408531

2

Affects:
- [ ] All Debtors
- [x] USA Commercial Mortgage Company
- [ ] USA Capital Realty Advisors, LLC
- [ ] USA Capital Diversified Trust Deed Fund, LLC
- [ ] USA Capital First Trust Deed Fund, LLC
- [ ] USA Securities, LLC

Date: June 21, 2006
Time: 9:30 a.m.

Debtors' Motion to Remove Fertitta Enterprises, Inc. as Member of Official Committee of Holders of Executory Contract Rights ("Motion") having come on for hearing before the above-captioned Court on June 21, 2006, at 9:00 a.m., Gerald M. Gordon of the law firm Gordon & Silver, Ltd., having appeared on behalf of Gordon & Silver, Ltd., and all other appearances having been noted in the record, the Court having reviewed the Motion and supporting pleadings, and having considered the testimony elicited at the hearing, statements of counsel and the pleadings filed in opposition to the Motion, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is Denied.

PREPARED AND SUBMITTED:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
KONRAD PILAYOWITZ, ESQ.
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:

SCHWARTZER & McPHERSON
LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Attorneys for Debtors

APPROVED/DISAPPROVED:

STUTMAN, TREISTER & GLATT, P.C.

By: _____
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
Attorney for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

2

100933-001/408531

06/22/2006 14:48 FAX    ☒005/006

APPROVED/DISAPPROVED:

Office of the United States Trustee

By _____
 August Landis, Esq.
 Scott Farrow, Esq.

APPROVED/DISAPPROVED:

ORRICK, HERRINGTON &
SUTCLIFFE, LLP

By: _____
 Marc A. Levinson, Esq.
 Lynn Trinka Ernce, Esq.
Counsel for the Official Committee of
Equity Security Holders of USA
Capital Diversified Trust Deed Fund,
LLC

(APPROVED)/DISAPPROVED:

LEWIS AND ROCA, LLP

By: _____*[signature]*_____
 Rob Charles, Esq.
 Susan M. Freeman, Esq.
Counsel for Official Committee of Unsecured
Creditors of USA Commercial Mortgage Company

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/408531

3

| | | |
|---|---|---|
| 1 | | |
| 2 | APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| 3 | Office of the United States Trustee | LEWIS AND ROCA, LLP |
| 4 | By_____ | By: _____ |
| 5 | August Landis, Esq.<br>Scott Farrow, Esq. | Rob Charles, Esq.<br>Susan M. Freeman, Esq.<br>Counsel for Official Committee of Unsecured |
| 6 | | Creditors of USA Commercial Mortgage Company |
| 7 | APPROVED/DISAPPROVED: | |
| 8 | ORRICK, HERRINGTON &<br>SUTCLIFFE, LLP | |
| 9 | By: /s/ Marc A. Levinson | |
| 10 | Marc A. Levinson, Esq.<br>Lynn Trinka Ernce, Esq. | |
| 11 | Counsel for the Official Committee of<br>Equity Security Holders of USA | |
| 12 | Capital Diversified Trust Deed Fund,<br>LLC | |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/408531

3

APPROVED/DISAPPROVED:

Office of the United States Trustee

By: _____
August Landis, Esq.
Scott Farrow, Esq.

APPROVED/DISAPPROVED:

ORRICK, HERRINGTON &
SUTCLIFFE, LLP

By: _____
Marc A. Levinson, Esq.
Lynn Trinka Ernce, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

APPROVED/DISAPPROVED:

LEWIS AND ROCA, LLP

By: _____
Rob Charles, Esq.
Susan M. Freeman, Esq.
Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/408531

3