Scott D. Fleming, Esq.
Nevada Bar No. 5638
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, Nevada 89109
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: sfleming@halelane.com

Attorneys for Bank of America, N.A.

ELECTRONICALLY FILED June 30, 2006__

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC<br>Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor.<br>_____/<br>In re:<br><br>USA SECURITIES, LLC<br>Debtor.<br>_____/ | Bankruptcy No. BK-S-06-10725-LBR<br>Bankruptcy No. BK-S-06-10726-LBR<br>Bankruptcy No. BK-S-06-10727-LBR<br>Bankruptcy No. BK-S-06-10728-LBR<br>Bankruptcy No. BK-S-06-10729-LBR<br>(Jointly Administered)<br>Chapter 11<br><br>**NOTICE OF CHANGE OF ZIP CODE**<br>(Affects: All Debtors)<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

Please take notice that effective July 1, 2006 the Las Vegas offices of Hale Lane Peek Dennison and Howard will have a new zip code. Our mailing and physical address will remain the same: 3930 Howard Hughes Parkway, 4th Floor, Las Vegas, Nevada, with the zip code changing to **89169**. Our telephone number and fax number will remain the same. Please forward all

///

///

correspondence, pleadings or other mailings directed to Hale Lane's Las Vegas Office to the above stated address.

Dated this 30th day of June, 2006.

/s/ Scott D. Fleming
---
Scott D. Fleming, Esq.
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, Nevada 89109
Email: sfleming@halelane.com
Attorneys for Bank of America, N.A.

## CERTIFICATE OF MAILING

I certify that on the 30th day of June, 2006, I served a copy of the **NOTICE OF CHANGE OF ZIP CODE** by depositing a copy of the same in a sealed envelope in the United States mail, Reno, Nevada, first-class postage fully prepaid, or by electronic notification and addressed to the persons as follows:  See attached list.

**Electronic Mail Notice List**

- **FRANKLIN C. ADAMS** franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- **KELLY J. BRINKMAN** kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK** brooksbankt1@sbcglobal.net kaya1@sbcglobal.net
- **MATTHEW Q. CALLISTER** mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON** ltreadway@sheacarlyon.com ccarlyon@sheacarlyon.com; ankruptcyfilings@sheacarlyon.com;  smith@sheacarlyon.com
- **ROB CHARLES** rcharles@lrlaw.com cjordan@lrlaw.com
- **KEVIN B. CHRISTENSEN** kbchrislaw@aol.com
- **JANET L. CHUBB** jlc@jonesvargas.com tbw@jonesvargas.com
- **JEFFREY A. COGAN** jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE** cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM** bankruptcy@rocgd.com
- **LAUREL E. DAVIS** bklsclv@lionelsawyer.com ldavis@lionelsawyer.com; gbagley@lionelsawyer.com; ldavisesq@aol.com
- **THOMAS H. FELL** THF@GORDONSILVER.COM BANKRUPTCYNOTICES@GORDONSILVER.COM
- **SCOTT D. FLEMING** sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com
- **GREGORY E GARMAN** bankruptcynotices@gordonsilver.com
- **WADE B. GOCHNOUR** wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com
- **CARLOS A. GONZALEZ** carlos.gonzalez2@usdoj.gov Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov; ue.Knight@usdoj.gov
- **GERALD M GORDON** bankruptcynotices@gordonsilver.com
- **TALITHA B. GRAY** tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
- **MARJORIE A. GUYMON** bankruptcy@goldguylaw.com ddias@goldguylaw.com
- **EDWARD J. HANIGAN** haniganlaw@earthlink.net haniganlaw1@earthlink.net
- **XANNA R. HARDMAN** xanna.hardman@gmail.com
- **STEPHEN R HARRIS** steve@renolaw.biz noticesbh&p@renolaw.biz
- **CHRISTOPHER D JAIME** cjaime@waltherkey.com kbernhar@waltherkey.com
- **EVAN L. JAMES** ejameslv@earthlink.net kbchrislaw@aol.com
- **ANNETTE W JARVIS**
- **ROBERT R. KINAS** rkinas@swlaw.com mstrand@swlaw.com; jlustig@swlaw.com; lholding@swlaw.com; imccord@swlaw.com
- **NILE LEATHAM** nleatham@klnevada.com ckishi@klnevada.com; bankruptcy@klnevada.com
- **ROBERT C. LEPOME** robert@robertlepome.com susan@robertlepome.com
- **REGINA M. MCCONNELL** rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY** lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT** mcknightlaw@cox.net gkopang@lawlasvegas.com; cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JEANETTE E. MCPHERSON** bkfilings@s-mlaw.com bkfilings@s-mlaw.com
- **JEANETTE E. MCPHERSON** jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
- **SHAWN W MILLER** bankruptcyfilings@sheacarlyon.com smiller@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com

*Hale Lane Peek Dennison and Howard*
*3930 Howard Hughes Parkway, Fourth Floor*
*Las Vegas, Nevada 89109*

::ODMA\PCDOCS\HLLASDOCS\216881\1

- **DAVID MINCIN** mcknightlaw@cox.net gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JOHN F MURTHA** jmurtha@woodburnandwedge.com
- **ERVEN T. NELSON** erv@rlbolick.com susan@rlbolick.com
- **BOB L. OLSON** ecffilings@beckleylaw.com; bolson@beckleylaw.com dgriffis@beckleylaw.com;
- **DONNA M. OSBORN** jinouye@marquisaurbach.com dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
- **DONALD T. POLEDNAK** sandplegal@yahoo.com spbankruptcy@yahoo.com
- **PAUL C RAY** info@johnpeterlee.com
- **SUSAN WILLIAMS SCANN** sscann@deanerlaw.com palexander@deanerlaw.com
- **LENARD E. SCHWARTZER** bkfilings@s-mlaw.com
- **SHLOMO S. SHERMAN** ssherman@sheacarlyon.com aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; mmallet@sheacarlyon.com; rsmith@sheacarlyon.com
- **JEFFREY G. SLOANE** gjklepel@yahoo.com rmcconnell@kssattorneys.com
- **PETER SUSI** cheryl@msmlaw.com msm@msmlaw.com
- **JEFFREY R. SYLVESTER** jeff@sylvesterpolednak.com David@sylvesterpolednak.com
- **CARYN S. TIJSSELING** cst@beesleymatteoni.com aha@beesleymatteoni.com
- **JOAN C WRIGHT** jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW** bankruptcynotices@gordonsilver.com

**and mailed to:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

BRECK E. MILDE
60 South Market St, Suite 200
San Jose, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

| | | |
|---|---|---|
| 1 | BRADLEY J STEVENS<br>3300 N CENTRAL AVE #1800 | WILLIAM E WINFIELD<br>POB 9100 |
| 2 | PHOENIX, AZ 85012 | OXNARD, CA 93031 |
| 3 | THOMAS W STILLEY<br>1000 SW BROADWAY #1400 | MARION E. WYNNE<br>WILKINS, BANKESTER, BILES & WYNNE, P.A. |
| 4 | PORTLAND, OR 97205 | POST OFFICE BOX 1367 |
| 5 | STEVEN C STRONG<br>RAY QUINNEY & NEBEKER P.C. | FAIRHOPE, AL 36533-1367 |
| 6 | 36 SOUTH STATE STREET<br>SUITE 1400 | PETER SUSI<br>MICHAELSON, SUSI & MICHAELSON |
| 7 | SALT LAKE CITY, UT 84145-0385 | 7TH WEST FIGUEROA ST 2ND FLOOR<br>SANTA BARBARA, CA 93101 |

(continued listing)

STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

GREG GARMAN
3960 Howard Hughes Parkway
9th Floor
Las Vegas, NV 89109

PAUL A. JACQUES
810 SE 7th Street A-103
Deerfield Beach, FL 33441

SCOTT K. CANEPA
CANEPA, RIEDY & RUBINO
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

*/s/ Cyndy Arnold*

Employee of Hale Lane Peek Dennison and Howard

*Hale Lane Peek Dennison and Howard*
*3930 Howard Hughes Parkway, Fourth Floor*
*Las Vegas, Nevada 89109*

::ODMA\PCDOCS\HLLASDOCS\216881\1    Page 5 of 5