

| | |
|---|---|
| 1 | **NORDMAN CORMANY HAIR & COMPTON LLP** |
| 2 | By: William E. Winfield (State Bar No. 122055)<br>1000 Town Center Drive, 6th Floor |
| 3 | P.O. Box 9100<br>Oxnard, CA  93031-9100 |
| 4 | (805) 485-1000 (tel.)<br>(805) 988-8387 (fax) |
| 5 | email:  wwinfield@nchc.com |
| 6 | Attorneys for Creditor, ANDREW WELCHER |

RECEIVED & FILED

Jun 30   9 u1 AM '06

US
BANKRUPTCY COURT
PATRICIA GRAY
CLERK

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

In re

USA COMMERCIAL MORTGAGE COMPANY,

             Debtor.

In re

USA CAPITAL REALTY ADVISORS, LLC,

             Debtor.

In re

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,

             Debtor.

In re

USA CAPITAL FIRST TRUST DEED FUND, LLC

             Debtor.

In re

USA SECURITIES, LLC,

             Debtor.

Affects:
[X] All Debtors
[ ] USA Commercial Mortgage Company
[ ] USA Securities, LLC
[ ] USA Capital Realty Advisors, CCL
[ ] USA Capital Diversified Trust Deed Fund
[ ] USA First Trust Deed Fund, LLC

Case Nos.    BK-S-06-10725 LBR
Case Nos.    BK-S-06-10726 LBR
Case Nos.    BK-S-06-10727 LBR
Case Nos.    BK-S-06-10728 LBR
Case Nos.    BK-S-06-10729 LBR

Chapter 11

Jointly Administered under
Case No. BK-S-06-10725-LBR

DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO (AFFECTS ALL DEBTORS)

16766\001\pld\10264009.DOC

DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

1  The undersigned, attorney for Creditor, Andrew Welcher, has submitted to
2  the Court a "Verified Petition for Permission to Practice in This Case Only" which
3  was filed on June 8, 2006. Not being admitted to the bar of this Court and not
4  maintaining an office in the District of Nevada for the practice of law, he believes it
5  to be in the best interest of the client to designate Frank A. Ellis, III, attorney at
6  law, member of the State Bar of Nevada and previously admitted to practice before
7  the above-entitled Court, as associate local counsel in this action. The address of
8  said designated Nevada Counsel is:

> Frank A. Ellis, III
> Ellis & Gordon PC
> 510 South Ninth Street
> Las Vegas, NV  89101
> (702) 385-3727

By this designation, the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service upon local counsel.

DATED: June 28, 2006.                NORDMAN CORMANY HAIR & COMPTON LLP

                                     By: /s/ William E. Winfield
                                         William E. Winfield
                                         Attorneys for Creditor, Andrew Welcher

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers to served to the admitted out-of-state counsel or record and to keep such counsel informed as to the status of the case.

Dated: June 27, 2006

Frank A. Ellis, III, Esq.
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Frank A. Ellis, III as his Designated Nevada Counsel in this Case.

Dated: June 20, 2006

_____
Andrew Welcher, Creditor

APPROVED:

DATED: _____

PATRICIA GREY, CLERK

BY: _____