Wade B. Gochnour, Esquire (Bar Code #6314)                                    E-FILED on July 3, 2006
Aryn M.Fitzwater, Esquire (Bar Code #8802)
Haney, Woloson & Mullins
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557
Telecopier: (702) 474-7009
WadeG@hwmlvlaw.com
afitzwater@hwmlvlaw.com

and

Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
ostrows@whiteandwilliams.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align=right>Debtor.</div> | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align=right>Debtor.</div> | Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><div align=right>Debtor.</div> | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align=right>Debtor.</div> | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br><br><div align=right>Debtor.</div> | **DESIGNATION OF LOCAL<br>COUNSEL AND CONSENT<br>THERETO** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

## DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for Liberty Bank, herein has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interest of the client to designate Wade B. Gochnour and Aryn M. Fitzwater of Haney, Woloson & Mullins, attorneys at law, members of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada counsel is:

> Wade B. Gochnour, Esq. (Bar Code #6314)
> Aryn M. Fitzwater (Bar Code #8802)
> Haney, Woloson & Mullins
> 1117 South Rancho Drive
> Las Vegas, Nevada 89102
> Telephone: (702) 474-7557
> Telecopier: (702) 474-7009
> WadeG@hwmlvlaw.com
> afitzwater@hwmlvlaw.com

By this designation the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

> /s/ Steven E. Ostrow
> Steven E. Ostrow, Esquire
> PA Bar ID # 50568
> 1800 One Liberty Place
> Philadelphia, PA 19103-7395
> Telephone: (215) 864-7000
> Telecopier: (215) 864-7123
> ostrows@whiteandwilliams.com
>
> Attorney for Liberty Bank

2

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that they are responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that they are responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ Wade B. Gochnour
Wade B. Gochnour, Designated Nevada Counsel

/s/ Aryn M. Fitzwater
Aryn M. Fitzwater, Designated Nevada Counsel

3

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoint Wade B. Gochnour and Aryn M. Fitzwater of Haney, Woloson & Mullins as Designated Nevada Counsel in this case.

/s/ Steven E. Ostrow
Steven E. Ostrow, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone:  (215) 864-7000
Telecopier:  (215) 864-7123
ostrows@whiteandwilliams.com

Attorney for Liberty Bank

4

DOCS_PH 1908888v.1