Entered on Docket
July 06, 2006

Hon. Bruce A. Markell
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

- 1 -

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

## ORDER APPROVING MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. § 105 AND § 363(b)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD-PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR [AFFECTS USA COMMERCIAL MORTGAGE CO.]

Before the Court is the Motion Authorizing Debtor, Pursuant to 11 U.S.C. § 105 and § 363(b)(1), to Accept Loan Payment Proceeds and Provide Partial or Full Releases in Connection With the Sale of Properties Securing Loans Originated by Debtor to Third-Party Borrowers, and to Ratify Partial Releases Previously Provided by the Debtor (the "Motion") filed on May 3, 2006, as Docket No. 135, by Debtor and Debtor-in-Possession USA Commercial Mortgage Company ("Debtor"). The Motion sought authorization pursuant to 11 U.S.C. § 105 and 11 U.S.C. § 363(b)(1), for the Debtor to exercise its powers on behalf of the lenders of the loans outlined in the Motion (the "Direct Lenders") to accept loan payment proceeds and provide the necessary partial releases or full releases and other related documentation required in connection with the sale to bona fide purchasers of properties securing loans originated by the Debtor for the specific nine (9) loans outlined in the Motion (the "Nine Loans") as well as for other loans that have been originated by the Debtor, and for ratification by the Court of any partial releases already provided by the Debtor postpetition for any of the Nine Loans. The Nine Loans are to the following borrowers: (1) The Gardens, LLC, a Florida limited liability company; (2) University Estates, Inc., an Ohio corporation; (3) Bay Pompano Beach, LLC, a Florida limited liability company; (4) 60th Street Venture, LLC, a California limited liability company; (5) 5252 Orange, LLC, a California limited liability company; (6) 5055 Collwood, LLC, a California limited liability company; (7) Gramercy Court, Ltd., a Texas limited partnership; (8) Opaque Land Development, LLC, a Nevada limited liability company; and (9) Roam Development Group, L.P., a Texas limited partnership. Several oppositions to the Motion (the "Objections") were filed on or before May 17, 2006, including the Limited Opposition/Response filed by

the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LCC, filed on May 15, 2006 as Docket No. 341. The Debtor filed the Second Supplemental Declaration of Thomas J. Allison in Support of Debtors' Motions and a Reply Brief in support of the Motion on May 17, 2006. At the hearing held on May 18, 2006, numerous appearances were made upon the record, testimony and other evidence were presented and arguments were made concerning the Motion.

The Court having considered the Supplemental Declaration of Thomas J. Allison and the Second Supplemental Declaration of Thomas J. Allison and exhibits thereto in support of the Motion, the arguments set forth in the Motion and in the Reply, the evidence presented and arguments made at the May 18, 2006 hearing, and other facts of record in the Debtors' bankruptcy cases, and finding that notice of the Motion was adequate and proper, it is hereby

ORDERED that the Motion is GRANTED as follows, in that:

1) The Debtor is authorized after the date of this Order to accept loan payment proceeds and provide the necessary partial releases or full releases and other related documentation required in connection with the sale to bona fide purchasers of properties securing the Nine Loans originated by the Debtor upon the following conditions: (a) the partial releases or full releases must be in accordance with the governing loan documents; (b) the loan for which a partial release is requested must be a performing loan at the time that the partial release is given; (c) the Debtor must either receive commercially reasonable assurances from the borrower requesting the partial release or full release that the requested partial release or full release is in accordance with the governing loan documents and there are no defenses available to the Debtor to the request for the partial release or full release, or the Debtor through independent due diligence consistent with commercially reasonable practices prior to the release must satisfy itself that the requested partial release or full release is in accordance with the governing loan documents and there are no defenses available to the Debtor to the request for the partial release or full release; and

2) All loan payment proceeds that the Debtor receives as loan servicer pursuant to the requests for partial releases and full releases shall be held in the segregated collection account (the "Collection Account") that has been opened up by the Debtor, and all loan payment proceeds shall be accounted for by the Debtor separately on a loan by loan basis (provided, that the Debtor is not required to

separately segregate the loan payment proceeds in separate subaccounts of the Collection Account, but all loan payment proceeds shall be deposited into a single Collection Account); and

3) The Collection Account funds shall not be commingled with any operating funds of Debtor or any of its affiliates, and the Debtor shall only transfer from the Collection Account to the Debtor's separate operating account the amounts that were approved by this Court for transfer to the Debtor pursuant to the Second Order Approving Debtors' Proposed Cash Management Procedures and Cash Usage that was entered by this Court on May 22, 2006 as Docket No. 315, or such amounts that are approved by this Court for transfer to the Debtor by a separate Order entered in the future; and

4) All liens, rights and interests that the Direct Lenders and any other third party, including USA Capital First Trust Deed Fund LLC, have in any collateral that is being released as a result of the Debtor providing partial releases or full releases shall attach to the loan payment proceeds that the Debtor receives as loan servicer and that are deposited into the segregated Collection Account with the same priority, validity and enforceability that existed prior to such release, and Debtor's contractual rights and any other rights to collect servicing fees and other fees from the loan payment proceeds that the Debtor receives as loan servicer shall also attach to such loan payment proceeds as they are deposited into the segregated Collection Account with the same priority, validity and enforceability that existed prior to such release; and

5) Debtor will provide as part of its monthly operating reports to be filed with the Court the following information: (a) the actual loan payment proceeds and other funds that Debtor actually receives in connection with the partial releases and full releases given to borrowers on any loan and an accounting for such funds on a loan by loan basis; and (b) for any loan where there is a senior lienholder and a subordination agreement, the amount of the sale proceeds that are distributed to any senior lender on such loan pursuant to such subordination agreement and the resulting amount outstanding on the loan to such senior lender after such loan proceeds are distributed to such senior lender; and

6) No borrower is entitled to rely upon any partial release or full release that was executed by Debtor's former management prior to April 13, 2006 (the "Petition Date") to be effective for any sale of collateral that occurred after April 13, 2006, but such borrower must instead apply to the Debtor for a new partial release or full release to be issued in compliance with the conditions outlined in this Order; and

7)      The partial releases and full releases issued by the Debtor after April 13, 2006, and prior to the date of this Order, for the Nine Loans are hereby approved and ratified by the Court; and

8)      The loan payment proceeds that are paid by borrowers or other parties in exchange for any partial releases or full releases that are authorized pursuant to this Order shall be paid to the Debtor as loan servicer and such payments shall be applied and accounted for as described in Paragraphs 2, 3 and 5 above of this Order and in accordance with the governing documents.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

*/s/ Jeanette E. McPherson*
Lenard E. Schwartzer
Jeanette E. McPherson
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Attorneys for Debtors and Debtors-in-Possession

Approved/Disapproved by                              Approved/Disapproved by

_____                         _____
Robert C. LePome, Esq.                               Office of the U.S. Trustee
330 S. Third St., #100B                              Foley Federal Building
Las Vegas, NV 89101                                  300 Las Vegas Blvd. South, Suite 4300
*Attorney for Stanley Alexander Trust, Drs. Stanley* Las Vegas NV 89101
*Alexander And Florence Alexander*

Approved/Disapproved by:                             Approved/Disapproved by:

BECKLEY SINGLETON, CHTD.                             GORDON & SILVER, LTD.

By:_____                      By:_____
BRETT A. AXELROD, ESQ.                               GERALD M. GORDON, ESQ.
ANNE M. LORADITCH, ESQ.                              GREGORY E. GARMAN, ESQ.
530 Las Vegas Boulevard South                        3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89101                                  Las Vegas, Nevada 89109
*Special Nevada Counsel for the Official*            *Counsel for the Official Committee of Holders of*
*Committee of Equity Security Holders of USA*        *Executory Contract Rights of USA Commercial*
*Capital Diversified Trust Deed Fund, LLC*           *Mortgage Company*

- 5 -

**ORDER APPROVING MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. § 105 AND § 363(b)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD-PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR [AFFECTS USA COMMERCIAL MORTGAGE CO.]**

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C.

By:_____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved/Disapproved by:

LIONEL SAWYER & COLLINS

By:_____
LAUREL E. DAVIS, ESQ.
300 S. Fourth Street, #1700
Las Vegas, Nevada 89101
*Counsel for Scott Canepa*

Approved/Disapproved by:

GOLDSMITH & GUYMON, P.C.

By:_____
MARJORIE GUYMON, ESQ.
2055 N. Village Ctr. Cir.
Las Vegas, Nevada 89134
*Counsel for Mountain West Mortgage, LLC*

Approved/Disapproved by: (Approved circled)

LEWIS AND ROCA, LLP

By:_____/s/_____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, Nevada 89109
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

SHEA & CARLYON, LTD.

By:_____
JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
233 South Fourth Street, 2d Floor
Las Vegas, Nevada 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved/Disapproved by:

SNELL & WILMER

By:_____
ROBERT KINAS, ESQ.
MEREDITH STRAND, ESQ.
3800 Howard Hughes Pkwy., 7th Floor
Las Vegas, Nevada 89119
*Counsel for Norman Kiven*

Approved/Disapproved by:

JONES VARGAS

By:_____
JANET CHUBB, ESQ.
100 W. Liberty, 12th Floor
Reno, Nevada 89501
*Counsel for Direct Lenders-Beneficiary*

- 6 -

**ORDER APPROVING MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. § 105 AND § 363(b)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD-PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR [AFFECTS USA COMMERCIAL MORTGAGE CO.]**

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
    MARC A. LEVINSON, ESQ.
    LYNN TRINKA ERNCE, ESQ.
    400 Capitol Mall, Suite 3000
    Sacramento, California 95814-4407
    *Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By:_____
    SUSAN M. FREEMAN, ESQ.
    ROB CHARLES, ESQ.
    3993 Howard Hughes Parkway, 6th Floor
    Las Vegas, Nevada 89109
    *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C.

By:_____
    FRANK A. MEROLA, ESQ.
    EVE KARASIK, ESQ.
    CHRISTINE PAJAK, ESQ.
    1901 Avenue of the Stars, 12th Floor
    Los Angeles, California 90067
    *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved/Disapproved by:

SHEA & CARLYON, LTD.

By:_____
    JAMES PATRICK SHEA, ESQ.
    CANDACE C. CARLYON, ESQ.
    SHLOMO S. SHERMAN, ESQ.
    233 South Fourth Street, 2d Floor
    Las Vegas, Nevada 89101
    *Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved/Disapproved by:

LIONEL SAWYER & COLLINS

By:_____
    LAUREL E. DAVIS, ESQ.
    300 S. Fourth Street, #1700
    Las Vegas, Nevada 89101
    *Counsel for Scott Canepa*

Approved/Disapproved by:

SNELL & WILMER

By:_____
    ROBERT KINAS, ESQ.
    MEREDITH STRAND, ESQ.
    3800 Howard Hughes Pkwy., 7th Floor
    Las Vegas, Nevada 89119
    *Counsel for Norman Kiven*

Approved/Disapproved by:

GOLDSMITH & GUYMON, P.C.

By: /s/ _____
    MARJORIE GUYMON, ESQ.
    2055 N. Village Ctr. Cir.
    Las Vegas, Nevada 89134
    *Counsel for Mountain West Mortgage, LLC*

Approved/Disapproved by:

JONES VARGAS

By:_____
    JANET CHUBB, ESQ.
    100 W. Liberty, 12th Floor
    Reno, Nevada 89501
    *Counsel for Direct Lenders-Beneficiary*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER APPROVING MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. § 105 AND § 363(b)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD-PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR [AFFECTS USA COMMERCIAL MORTGAGE CO.]**

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
   MARC A. LEVINSON, ESQ.
   LYNN TRINKA ERNCE, ESQ.
   400 Capitol Mall, Suite 3000
   Sacramento, California 95814-4407
   *Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C.

By:_____
   FRANK A. MEROLA, ESQ.
   EVE KARASIK, ESQ.
   CHRISTINE PAJAK, ESQ.
   1901 Avenue of the Stars, 12th Floor
   Los Angeles, California 90067
   *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved/Disapproved by:

LIONEL SAWYER & COLLINS

By:_____
   LAUREL E. DAVIS, ESQ.
   300 S. Fourth Street, #1700
   Las Vegas, Nevada 89101
   *Counsel for Scott Canepa*

Approved/Disapproved by:

GOLDSMITH & GUYMON, P.C.

By:_____
   MARJORIE GUYMON, ESQ.
   2055 N. Village Ctr. Cir.
   Las Vegas, Nevada 89134
   *Counsel for Mountain West Mortgage, LLC*

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By:_____
   SUSAN M. FREEMAN, ESQ.
   ROB CHARLES, ESQ.
   3993 Howard Hughes Parkway, 6th Floor
   Las Vegas, Nevada 89109
   *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

SHEA & CARLYON, LTD.

By:_____
   JAMES PATRICK SHEA, ESQ.
   CANDACE C. CARLYON, ESQ.
   SHLOMO S. SHERMAN, ESQ.
   233 South Fourth Street, 2d Floor
   Las Vegas, Nevada 89101
   *Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved/Disapproved by:

SNELL & WILMER

By:_____
   ROBERT KINAS, ESQ.
   MEREDITH STRAND, ESQ.
   3800 Howard Hughes Pkwy., 7th Floor
   Las Vegas, Nevada 89119
   *Counsel for Norman Kiven*

Approved/Disapproved by:

JONES VARGAS

By: /s/ Janet L. Chubb
   JANET CHUBB, ESQ.
   100 W. Liberty, 12th Floor
   Reno, Nevada 89501
   *Counsel for Direct Lenders-Beneficiary*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 - Fax: (702) 892-0122

- 6 -

<u>**ORDER APPROVING MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. § 105 AND § 363(b)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD-PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED BY THE DEBTOR [AFFECTS USA COMMERCIAL MORTGAGE CO.]**</u>

Approved/Disapproved by:

BEST BEST & KRIEGER

By:_____
FRANKLIN C. ADAMS, ESQ.
3750 University Ave., 4th Flr, Box 1028
Riverside, California 92501
Counsel for James Corison

Approved/Disapproved by:

WILLIAM L. MCGIMSEY, P.C.

By:_____
WILLIAM L. MCGIMSEY, ESQ.
601 E. Charleston Blvd
Las Vegas, Nevada 89104
Counsel for

Approved/Disapproved by:

MICHAELSON, SUSI & MICHAELSON

By:_____
JAY L. MICHAELSON, ESQ.
7 West Figueroa Street, 2nd Floor
Santa Barbara, California 93101
Counsel for MICHAELSON, SUSI & MICHAELSON

Approved/Disapproved by:

By: /s/ Nicholas J. Santoro
NICHOLAS J. SANTORO, ESQ.
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Co-Trustee of the Nicholas and Juanita Santoro Family Trust

Approved/Disapproved by:

HALE LANE PEEK DENNISON & HOWARD

By:_____
SCOTT FLEMING, ESQ.
3930 Howard Hughes Pkwy., 4th Flr.
Las Vegas, NV 89109
Counsel for Bank of America

Approved/Disapproved by:

MARQUIS & AURBACH

By:_____
DAVID A. COLVIN, ESQ.
1001 Park Run Drive
Las Vegas, Nevada 89145
Counsel for Harvey Family Trust dated April 13, 1987

Approved/Disapproved by:

LAW OFFICES OF RICHARD MCKNIGHT, P.C.

By:_____
DAVID MINCIN, ESQ.
RICHARD MCKNIGHT, ESQ.
330 S. Third Street, #900
Las Vegas, Nevada 89101
Counsel for Richard McKnight

Approved/Disapproved by:

By:_____
GREGORY J. WALCH, ESQ.
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Counsel for Gregory J. Walch and Shauna M. Walch

###

- 7 -

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  **ORDER APPROVING MOTION AUTHORIZING DEBTOR, PURSUANT TO 11 U.S.C. § 105 AND §**
2  **363(b)(1), TO ACCEPT LOAN PAYMENT PROCEEDS AND PROVIDE PARTIAL OR FULL RELEASES IN CONNECTION WITH THE SALE OF PROPERTIES SECURING LOANS ORIGINATED BY THE DEBTOR TO THIRD-PARTY BORROWERS, AND TO RATIFY PARTIAL RELEASES PREVIOUSLY PROVIDED**
3  **BY THE DEBTOR [AFFECTS USA COMMERCIAL MORTGAGE CO.]**

4  Approved/Disapproved by:                          Approved/Disapproved by:

5  BEST BEST & KRIEGER                               HALE LANE PEEK DENNISON & HOWARD

6  By:_____                        By:_____
7    FRANKLIN C. ADAMS, ESQ.                           SCOTT FLEMING, ESQ.
     3750 University Ave., 4th Flr, Box 1028           3930 Howard Hughes Pkwy., 4th Flr
     Riverside, California 92501                       Las Vegas, NV 89109
8    Counsel for James Corison                         Counsel for Bank of America

9  Approved/Disapproved by:                          Approved/Disapproved by.

10 WILLIAM L. MCGIMSEY, P.C.                         MARQUIS & AURBACH

11 By:_____                        By:_____
12   WILLIAM L. MCGIMSEY, ESQ.                         DAVID A. COLVIN, ESQ.
     601 E. Charleston Blvd                            1001 Park Run Drive
13   Las Vegas, Nevada 89104                           Las Vegas, Nevada 89145
     Counsel for                                       Counsel for Harvey Family Trust dated April
14                                                     13, 1987

15 Approved/Disapproved by:                          Approved/Disapproved by:

16 MICHAELSON, SUSI & MICHAELSON                     LAW OFFICES OF RICHARD MCKNIGHT, P.C.

17 By:_____                        By._____
18   JAY L. MICHAELSON, ESQ.                           DAVID MINCIN, ESQ.
     7 West Figueroa Street, 2nd Floor                 RICHARD MCKNIGHT, ESQ.
19   Santa Barbara, California 93101                   330 S. Third Street, #900
     Counsel for MICHAELSON, SUSI &                    Las Vegas, Nevada 89101
20   MICHAELSON                                        Counsel for Richard McKnight

21 Approved/Disapproved by:                          Approved/Disapproved by:
22
23 By:_____                        By /s/_____
     NICHOLAS J. SANTORO, ESQ.                         GREGORY J. WALCH, ESQ.
24   400 South Fourth Street, Third Floor              400 South Fourth Street, Third Floor
     Las Vegas, Nevada 89101                           Las Vegas, Nevada 89101
25   Co-Trustee of the Nicholas and Juanita            Counsel for Gregory J. Walch and Shauna M.
     Santoro Family Trust                              Walch
26
27                                          ###
28

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

    \_\_\_\_ The court waived the requirements of LR 9021.

    **X** I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:
        **X** approved the form of this order:
        \_\_\_\_ waived the right to review the order and/or
        **X** failed to file and serve papers in accordance with LR 9021(c)

    \_\_\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

    \_\_\_\_ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

###