Reid W. Lambert
Bar # 5744
Woodbury & Kesler, P.C.
265 East 100 South, Suite 300
Salt Lake City, Utah 84111
(801) 364-1100

Attorneys for Joseph Milanowski, Thomas Hantges
and USA Investment Partners, LLC

ORIGINAL

RECEIVED & FILED
JUL 5  1 40 PM '06
US
BANKRUPTCY COURT
PATRICIA GRAY
CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No. BK-S-06-10725-LBR |
| In re<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Case No. BK-S-06-10726-LBR |
| In re<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | Case No. BK-S-06-10727-LBR |
| In re<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | Case No. BK-S-06-10728-LBR |
| In re<br>USA SECURITIES, LLC,<br>    Debtor. | Case No. BK-S-06-10729-LBR |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **JOINTLY ADMINISTERED UNDER**<br>**CASE NO. BK-S-06-10725 LBR** |

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

Reid W. Lambert, Petitioner, respectfully represents to the Court:

1. That the Petitioner resides in Salt Lake City, Utah.

2. That the Petitioner is an attorney at law and a member of the law firm of Woodbury & Kesler, P.C. with offices at 265 East 100 South, Suite 300, Salt Lake City, Utah 84111, and that the telephone number for the law firm is (801) 364-1100.

3. That the Petitioner has been retained personally or as a member of the law firm by Joseph Milanowski to provide legal representation in the above-entitled case now pending before this Court.

4. That since October 1990, the Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Utah where the Petitioner practices law.

5. That the Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that the Petitioner is presently a member in good standing of the bars of said Courts:

| Court | Date Admitted |
|---|---|
| Utah State Courts | October 1990 |
| U.S. Dist. Court, District of Utah | October 1990 |

6. That there are and have been no disciplinary proceedings instituted against the Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. That the Petitioner has never been denied admission to the State Bar of Nevada.

8. That the Petitioner is a member of good standing in the Utah Bar Association.

9. That neither the Petitioner nor any member of the Petitioner's law firm with which the Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years.

10. The Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this State governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. The Petitioner agrees to comply with the standards of professional conduct required of the member of the bar of this Court.

12. The Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That the Petitioner respectfully prays that the Petitioner be admitted to practice before this court FOR THE PURPOSES OF THIS CASE ONLY.

DATED this 26th day of June, 2006.

_____
Reid W. Lambert, Petitioner

State of Utah    )
                 : 
County of Salt Lake  )

Reid W. Lambert, Petitioner, being first sworn, deposes and says: That the foregoing statements are true.

_____
Reid W. Lambert, Petitioner

Subscribed and sworn to before me this ___ day of June, 2006.



_____
Notary Public

**ORDER**

The Verified Petition of Reid W. Lambert to practice in this case only is approved.

DATED this ___ day of June, 2006.