Russell S. Walker
Bar # 3363
Woodbury & Kesler, P.C.
265 East 100 South, Suite 300
Salt Lake City, Utah 84111
(801) 364-1100

Attorneys for Joseph Milanowski, Thomas Hantges
and USA Investment Partners, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No. BK-S-06-10725-LBR |
| In re<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Case No. BK-S-06-10726-LBR |
| In re<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | Case No. BK-S-06-10727-LBR |
| In re<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | Case No. BK-S-06-10728-LBR |
| In re<br>USA SECURITIES, LLC,<br>    Debtor. | Case No. BK-S-06-10729-LBR |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **JOINTLY ADMINISTERED UNDER**<br>**CASE NO. BK-S-06-10725 LBR** |

## DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorneys of record for Joseph Milenowski, Thomas Hantges and USA Investment Partners, LLC, each have submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, they believe it to be in the best interests of the client to designate Joseph Huggins, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above entitled Court, as associate local counsel in this action. The address of the said designated Nevada Counsel is: Huggins & Associates, 1000 N. Green Valley Parkway, Suite 440-2, Henderson, Nevada 89014, telephone: (702) 373-8664, email address: joehuggins@sbcglobal.net.

By this designation the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under the applicable Rules shall run from the date of service on the local counsel.

WOODBURY & KESLER, P.C.

_/s/ Russell S. Walker_
Russell S. Walker
Attorney for Joseph Milanowski

_/s/ Elizabeth R. Loveridge_
Elizabeth R. Loveridge
Attorney for Joseph Milanowski

_/s/ Reid W. Lambert_
Reid W. Lambert
Attorney for Joseph Milanowski

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-State counsel of record and to keep such counsel informed as to the status of the case.

_____
Joseph J. Huggins

## APPOINTMENT OF DEIGNATED NEVADA COUNSEL

The undersigned party appoints Joseph J. Huggins as its Designated Nevada Counsel in this case.

_____
Joseph Milanowski

_____
Thomas Hantges

USA INVESTMENTS PARTNERS LLC
By: _____
Its: Manager

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-State counsel of record and to keep such counsel informed as to the status of the case.

_____
Joseph J. Huggins

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Joseph J. Huggins of Huggins Associates, LLP, as its Designated Nevada Counsel in this case.

_____
Joseph Milanowski

_____
Thomas Hantges

USA INVESTMENTS PARTNERS, LLC

By: _____
Its: _____