

Entered on Docket
July 06, 2006

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail: fmerola@stutman.com
ekarasik@stutman.com
cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail: jshea@sheacarlyon.com
ccarlyon@sheacarlyon.com
ssherman@sheacarlyon.com

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>    Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**ORDER RE MOTION FOR EMERGENCY INTERIM AND PERMANENT ORDERS AUTHORIZING THE DEBTORS TO OBTAIN POST-PETITION FINANCING**<br><br>**(AFFECTS ALL DEBTORS)**<br><br>Date: June 21, 2006<br>Time: 9:00 a.m. |

1

The Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing (the "Motion") having come before this Court pursuant to an Order Shortening Time; the Court hearing the testimony of Thomas J. Allison, reviewing the pleadings on file and the arguments of counsel; the Court finds that there is not sufficient evidence to justify the need for interim authorization financing; it is

ORDERED that the request for interim financing be denied; and it is

FURTHER ORDERED that, if the Debtors wish to pursue the Motion, an Amended Motion, with all supporting documents and declarations, shall be filed and served no later than 5:00 p.m. on July 14, 2006, for hearing on July 25, 2006 at the hour of 9:30 a.m.; and it is

FURTHER ORDERED that any response to the Amended Motion shall be filed and served no later than July 21, 2006, at 5:00 p.m.; and it is

FURTHER ORDERED that any reply to any response to the Amended Motion shall be filed and served no later than July 23, 2006, at noon; and it is

FURTHER ORDERED that any amended budget in support of the Motion must be filed and served no later than 5:00 p.m. on July 19, 2006; and it is

FURTHER ORDERED that courtesy copies of all documents filed shall be provided to the Court concurrently with the filing deadlines set forth above.

SUBMITTED BY:

SHEA & CARLYON, LTD.

_____
James Patrick Shea, Esq.
Candace C. Carlyon, Esq.
Shlomo S. Sherman, Esq.
233 South Fourth Street, 2nd Floor
Las Vegas, NV 89101

*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

2

And

STUTMAN, TREISTER & GLATT, P.C.
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved/Disapproved by:
SCHWARTZER & MCPHERSON LAW FIRM and
RAY QUINNEY & NEBEKER P.C.

/s/ Lenard E. Schwartzer
―――――――――――――――――――
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Annette W. Jarvis, Utah Bar No. 1649
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Counsel for the Debtors

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By: /S/ Rob Charles, Esq.
―――――――――――――――――――
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
Counsel for the Official Committee
of Unsecured Creditors of USA
Commercial Mortgage Company


Approved/Disapproved by:
BECKLEY SINGLETON, CHTD. and
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
MARC A. LEVINSON, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
  Counsel for the Official Committee of
  Equity Security Holders of USA Capital
  Diversified Trust Deed Fund, LLC

Approved/Disapproved by:
GORDON & SILVER, LTD.

By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
Counsel for the Official Committee of
Holders
of Executory Contract Rights of USA
Commercial Mortgage Company

3

1 | And

2 | STUTMAN, TREISTER & GLATT, P.C.
Frank A. Merola, Esq.
3 | Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
4 | 1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
5 |
6 | *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

7 |

8 |

9 | Approved / Disapproved by:                    Approved/Disapproved by:
SCHWARTZER & MCPHERSON LAW            LEWIS AND ROCA, LLP
10 | FIRM and
RAY QUINNEY & NEBEKER P.C.
11 |                                                By:_____
                                                SUSAN M. FREEMAN, ESQ.
12 |                                                ROB CHARLES, ESQ.
                                                Counsel for the Official Committee
13 | _____                of Unsecured Creditors of USA
Lenard E. Schwartzer, Nevada Bar No. 0399       Commercial Mortgage Company
14 | Jeanette E. McPherson, Nevada Bar No. 5423
2850 South Jones Boulevard, Suite 1
15 | Las Vegas, Nevada 89146
Annette W. Jarvis, Utah Bar No. 1649
16 | 36 South State Street, Suite 1400
P.O. Box 45385
17 | Salt Lake City, Utah 84145-0385
18 | Counsel for the Debtors

19 |

20 | Approved/Disapproved by:                      Approved/Disapproved by:
BECKLEY SINGLETON, CHTD. and                  GORDON & SILVER, LTD.
21 | ORRICK, HERRINGTON & SUTCLIFFE LLP

22 | By: /s/ M. Levinson                           By:_____
23 | MARC A. LEVINSON, ESQ.                         GERALD M. GORDON, ESQ.
BRETT A. AXELROD, ESQ.                          GREGORY E. GARMAN, ESQ.
24 | ANNE M. LORADITCH, ESQ.                        Counsel for the Official Committee of
   Counsel for the Official Committee of       Holders
25 |   Equity Security Holders of USA Capital    of Executory Contract Rights of USA
26 |   Diversified Trust Deed Fund, LLC         Commercial Mortgage Company

27 |

28 |

```
 1  And
 2
    STUTMAN, TREISTER & GLATT, P.C.
    Frank A. Merola, Esq.
 3  Eve H. Karasik, Esq.
    Christine M. Pajak, Esq.
 4  1901 Avenue of the Stars, 12th Floor
    Los Angeles, CA 90067
 5
 6  *Counsel for the Official Committee of Equity Security Holders of
    USA Capital First Trust Deed Fund, LLC*
 7
 8
 9  Approved / Disapproved by:            Approved/Disapproved by:
    SCHWARTZER & MCPHERSON LAW            LEWIS AND ROCA, LLP
10  FIRM and
    RAY QUINNEY & NEBEKER P.C.
11                                        By:_____
                                              SUSAN M. FREEMAN, ESQ.
12                                            ROB CHARLES, ESQ.
                                              Counsel for the Official Committee
13  _____           of Unsecured Creditors of USA
    Lenard E. Schwartzer, Nevada Bar No. 0399  Commercial Mortgage Company
14  Jeanette E. McPherson, Nevada Bar No. 5423
    2850 South Jones Boulevard, Suite 1
15  Las Vegas, Nevada 89146
    Annette W. Jarvis, Utah Bar No. 1649
16  36 South State Street, Suite 1400
    P.O. Box 45385
17  Salt Lake City, Utah 84145-0385
18  Counsel for the Debtors
19
20  Approved/Disapproved by:               Approved/Disapproved by:
    BECKLEY SINGLETON, CHTD. and           GORDON & SILVER, LTD.
21  ORRICK, HERRINGTON & SUTCLIFFE LLP
22
    By:_____      By: /s/ _____
23      MARC A. LEVINSON, ESQ.                 GERALD M. GORDON, ESQ.
        BRETT A. AXELROD, ESQ.                 GREGORY E. GARMAN, ESQ.
24      ANNE M. LORADITCH, ESQ.                Counsel for the Official Committee of
          Counsel for the Official Committee of   Holders
25        Equity Security Holders of USA Capital  of Executory Contract Rights of USA
26        Diversified Trust Deed Fund, LLC        Commercial Mortgage Company
27
28
```

Case 06-10725-gwz    Doc 835    Entered 07/06/06 13:10:16    Page 5 of 7

And

STUTMAN, TREISTER & GLATT, P.C.
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved / Disapproved by:
SCHWARTZER & MCPHERSON LAW FIRM and
RAY QUINNEY & NEBEKER P.C.

_____
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Annette W. Jarvis, Utah Bar No. 1649
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Counsel for the Debtors

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By:_____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

Approved/Disapproved by:
BECKLEY SINGLETON, CHTD. and
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
 MARC A. LEVINSON, ESQ.
 BRETT A. AXELROD, ESQ.
 ANNE M. LORADITCH, ESQ.
  Counsel for the Official Committee of
  Equity Security Holders of USA Capital
  Diversified Trust Deed Fund, LLC

Approved/Disapproved by:
GORDON & SILVER, LTD.

By: /s/ _____
 GERALD M. GORDON, ESQ.
 GREGORY E. GARMAN, ESQ.
 Counsel for the Official Committee of Holders
 of Executory Contract Rights of USA Commercial Mortgage Company

1  (Approved)/ Disapproved by
2
3  By: _____
4  Office of the U.S. Trustee
   Foley Federal Building
5  300 Las Vegas Blvd. South, Suite 4300
   Las Vegas NV 89101
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order;

    ☐ waived the right to review this order; and/or

    ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this ___ day of July, 2006.

                    SHEA & CARLYON, LTD.

                    JAMES PATRICK SHEA, ESQ.
                    CANDACE C. CARLYON, ESQ.
                    SHLOMO S. SHERMAN
                    233 South Fourth Street, Second Floor
                    Las Vegas, NV 89101

### ###

5