**Entered on Docket
July 06, 2006**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

___

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Proposed Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER GRANTING DEBTORS' MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF THE PROPER RECIPIENTS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **(AFFECTS ALL DEBTORS)** |

P:\USA Commercial Mortgage\Pleadings\Hold Funds Motion\Order re hold funds motion.doc

- 1 -

| | |
|---|---|
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: June 15, 2006<br>Time: 9:30 a.m. |

The Motion To Temporarily Hold Funds Pending A Determination Of The Proper Recipients (the "Motion") having come before this Court on June 15, 2006; the Debtors, USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors") appearing by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm, the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC appearing by and through their counsel Frank Merola, Esq. of Stutman Treister & Glatt, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC appearing by and through their counsel Marc A. Levinson, Esq. of Orrick Herrington & Sutcliffe, the Committee of Unsecured Creditors of USA Commercial Mortgage Company appearing by and through their counsel Susan Freeman, Esq. of Lewis and Roca, LLP, Susan Scann, Esq. of Deaner Deaner Scann Malan & Larsen appearing on behalf of Franklin/Stratford Investment LLC, it is hereby

ORDERED that the Motion To Temporarily Hold Funds Pending A Determination Of The Proper Recipients is granted and will be continued for a status hearing on August 4, 2006 at 1:30 p.m.

Submitted by:

*/s/ Lenard E. Schwartzer*

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

P:\USA Commercial Mortgage\Pleadings\Hold Funds Motion\Order re hold funds motion.doc

- 2 -

**ORDER GRANTING DEBTORS' MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF THE PROPER RECIPIENTS**
**(AFFECTS ALL DEBTORS)**

Approved / Disapproved by

By:_____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By:_____
SUSAN M. FREEMAN
ROB CHARLES
One S. Church Ave. Suite 700
Tucson, AZ 85701
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C.

By:_____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved/Disapproved by:
DEANER DEANER SCANN MALAN & LARSEN

By:_____
SUSAN WILLIAMS SCANN, ESQ.
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
*Attorney for Party In Interest Franklin/Stratford Investment LLC*

Approved/Disapproved by:
GORDON & SILVER, LTD.

By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89109
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:
BECKLEY SINGLETON, CHTD.

By: /s/ **ANNE M. LORADITCH**
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
SHEA & CARLYON, LTD.

By:_____
JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
233 South Fourth Street, 2d Floor
Las Vegas, Nevada 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

###

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  ORDER GRANTING DEBTORS' MOTION TO TEMPORARILY HOLD FUNDS PENDING A
   DETERMINATION OF THE PROPER RECIPIENTS
2  (AFFECTS ALL DEBTORS)

3  Approved / Disapproved by:                        Approved/Disapproved by:
                                                     DEANER DEANER SCANN MALAN & LARSEN
4

5  By: _____              By: _____
   Office of the U.S. Trustee                        SUSAN WILLIAMS SCANN, ESQ.
6  Foley Federal Building                            720 South Fourth Street, Suite #300
   300 Las Vegas Blvd. South, Suite 4300             Las Vegas, Nevada 89101
7  Las Vegas NV 89101                                *Attorney for Party In Interest
                                                     Franklin/Stratford Investment LLC*
8
   Approved/Disapproved by:                          Approved/Disapproved by:
9  LEWIS AND ROCA, LLP                               GORDON & SILVER, LTD.

10 By: _____              By: _____
   SUSAN M. FREEMAN                                  GERALD M. GORDON, ESQ.
11 ROB CHARLES                                       GREGORY E. GARMAN, ESQ.
   One S. Church Ave. Suite 700                      3960 Howard Hughes Parkway, 9th Floor
12 Tucson, AZ 85701                                  Las Vegas, Nevada 89109
   *Counsel for the Official Committee of Unsecured  Counsel for the Official Committee of Holders of
13 Creditors of USA Commercial Mortgage Company*     Executory Contract Rights of USA Commercial
                                                     Mortgage Company
14

15 Approved/Disapproved by:                          Approved/Disapproved by:
   ORRICK, HERRINGTON & SUTCLIFFE LLP                BECKLEY SINGLETON, CHTD.
16
   By: _____              By: _____
17 MARC A. LEVINSON, ESQ.                            BRETT A. AXELROD, ESQ.
   LYNN TRINKA ERNCE, ESQ.                           ANNE M. LORADITCH, ESQ.
18 400 Capitol Mall, Suite 3000                      530 Las Vegas Boulevard South
   Sacramento, California 95814-4407                 Las Vegas, NV 89101
19 *Counsel for the Official Committee of Equity     Special Nevada Counsel for the Official
   Security Holders of USA Capital Diversified Trust Committee of Equity Security Holders of USA
20 Deed Fund, LLC*                                   Capital Diversified Trust Deed Fund, LLC

21
   Approved/Disapproved by:                          Approved/Disapproved by:
22 STUTMAN TREISTER & GLATT, P.C.                    SHEA & CARLYON, LTD.

23 By: _____              By: _____
   FRANK A. MEROLA, ESQ.                             JAMES PATRICK SHEA, ESQ.
24 EVE KARASIK, ESQ.                                 CANDACE C. CARLYON, ESQ.
   CHRISTINE PAJAK, ESQ.                             SHLOMO S. SHERMAN, ESQ.
25 1901 Avenue of the Stars, 12th Floor              233 South Fourth Street, 2d Floor
   Los Angeles, California 90067                     Las Vegas, Nevada 89101
26 *Counsel for the Official Committee of Equity     Special Nevada Counsel for the Official Committee
   Security Holders of USA Capital First Trust Deed  of Equity Security Holders of USA Capital First
27 Fund LLC*                                         Trust Deed Fund, LLC

28
                                              ###

**ORDER GRANTING DEBTORS' MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF THE PROPER RECIPIENTS**
**(AFFECTS ALL DEBTORS)**

Approved / Disapproved by

By:_____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By:_____
SUSAN M. FREEMAN
ROB CHARLES
One S. Church Ave. Suite 700
Tucson, AZ 85701
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C.

By:_____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved/Disapproved by:
DEANER DEANER SCANN MALAN & LARSEN

By:_____
SUSAN WILLIAMS SCANN, ESQ.
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
*Attorney for Party In Interest Franklin/Stratford Investment LLC*

Approved/Disapproved by:
GORDON & SILVER, LTD.

By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89109
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:
BECKLEY SINGLETON, CHTD.

By:_____
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
SHEA & CARLYON, LTD.

By:_____
JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
233 South Fourth Street, 2d Floor
Las Vegas, Nevada 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

###

# ORDER GRANTING DEBTORS' MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF THE PROPER RECIPIENTS
## (AFFECTS ALL DEBTORS)

Approved / Disapproved by

By: _____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN
ROB CHARLES
One S. Church Ave. Suite 700
Tucson, AZ 85701
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Marc A. Levinson
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved/Disapproved by:
DEANER DEANER SCANN MALAN & LARSEN

By: _____
SUSAN WILLIAMS SCANN, ESQ.
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
*Attorney for Party In Interest Franklin/Stratford Investment LLC*

Approved/Disapproved by:
GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89109
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:
BECKLEY SINGLETON, CHTD.

By: _____
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
SHEA & CARLYON, LTD.

By: _____
JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
233 South Fourth Street, 2d Floor
Las Vegas, Nevada 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

###

**ORDER GRANTING DEBTORS' MOTION TO TEMPORARILY HOLD FUNDS PENDING A DETERMINATION OF THE PROPER RECIPIENTS**
**(AFFECTS ALL DEBTORS)**

Approved / Disapproved by

By: _____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN
ROB CHARLES
One S. Church Ave. Suite 700
Tucson, AZ 85701
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C.

By: [signature]
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved/Disapproved by:
DEANER DEANER SCANN MALAN & LARSEN

By: _____
SUSAN WILLIAMS SCANN, ESQ.
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
*Attorney for Party In Interest Franklin/Stratford Investment LLC*

Approved/Disapproved by:
GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89109
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:
BECKLEY SINGLETON, CHTD.

By: _____
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
SHEA & CARLYON, LTD.

By: _____
JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
233 South Fourth Street, 2d Floor
Las Vegas, Nevada 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

###

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ALTERNATIVE METHOD re: RULE 9021:**
In accordance with Local Rule 9021, the undersigned certifies:

    \_\_\_\_ The court waived the requirements of LR 9021.

    _X_ I delivered a copy of this proposed order on June 26, 2006 to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

        _X_ approved the form of this order:

        \_\_\_\_ waived the right to review the order and/or

        _X_ failed to file and serve papers in accordance with LR 9021(c)

    \_\_\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

    \_\_\_\_ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

Submitted by:

/s/ _JEANETTE E. MCPHERSON_
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM

### #