Rocco J. Rocco
12617 Cottageville Lane
Keller, Texas 76248
(817) 337-2338

RECEIVED AND FILED Riegle

2006 JUL -6 A 8: 27

BANKRUPTCY COURT
MARY A. GRAY, CLERK

United States Bankruptcy Court

District of Nevada    06-10725

In RE: Chapter 11    BK-S-~~06-10728~~-LBR

USA Capital First Trust Deed Fund, LLC

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST.

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

R J Rocco

12617 Cottageville Lane

Keller, Texas 76248

(817) 337-2338

Dated this 25th day of June, 2006

*[signature]*
Rocco J. Rocco

Request For Special Notice - 1

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT  DISTRICT OF _NEVADA_ | PROOF OF CLAIM |
|---|---|

Name of Debtor: USA CAPITAL FIRST TRUST DEED FUND, LLC
Case Number: BK-S-06-10728-LBR

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
ROCCO J ROCCO

Name and address where notices should be sent:
12617 COTTAGEVILLE LANE
KELLER, TEXAS 76248
Telephone number: (817) 337-2338

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: 0412

Check here ☐ replaces
if this claim ☐ amends  a previously filed claim, dated:_____

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☒ Other — INVESTOR
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of your SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
         (date)        (date)

2. Date debt was incurred: SEPT. 14, 2004

3. If court judgment, date obtained: —

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
   See reverse side for important explanations.

   Unsecured Nonpriority Claim $ 10,132
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $_____

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $10,132.00 _____ _____ 10,132.00
   (unsecured) (secured) (priority) (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 6-25-06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/ R J Rocco    R J Rocco

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

USA CAPITAL FIRST TRUST DEED FUND LLC
4484 S. PECOS RD.
LAS VEGAS, NV  89121

FEBRUARY 17, 2006

R.J. ROCCO
12617 COTTAGEVILLE LANE
FORT WORTH, TX 76248

DEAR MEMBER:

ATTACHED IS YOUR COPY OF THE PARTNERSHIP FORM 1065 SCHEDULE K-1. THIS SCHEDULE SUMMARIZES YOUR INFORMATION FROM THE PARTNERSHIP. THIS INFORMATION HAS BEEN PROVIDED TO THE INTERNAL REVENUE SERVICE WITH THE U.S. PARTNERSHIP RETURN OF INCOME, FORM 1065.

THE INFORMATION PROVIDED ON THIS SCHEDULE SHOULD BE ENTERED ON YOUR TAX RETURN, IN ACCORDANCE WITH THE INSTRUCTIONS IN SCHEDULE K-1, PAGE 2. IF YOUR RETURN WILL BE PREPARED BY YOUR ACCOUNTANT OR ATTORNEY, YOU SHOULD PROVIDE A COPY OF THIS SCHEDULE TO THE PREPARER WITH YOUR OTHER TAX INFORMATION.

WE THANK YOU FOR THE OPPORTUNITY TO SERVE YOU.

SINCERELY,


USA CAPITAL FIRST TRUST DEED FUND LLC

651105

| Schedule K-1 (Form 1065) | **2005** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|

For calendar year 2005, or tax year beginning _____ ending _____

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | 0. | 15 Credits & credit recapture | |
| 2 Net rental real estate income (loss) | | | |
| 3 Other net rental income (loss) | | 16 Foreign transactions | |
| 4 Guaranteed payments | | | |
| 5 Interest income | 1,032. | | |
| 6a Ordinary dividends | | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | | |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss) | | | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions  A | 900. |
| 9c Unrecaptured sec 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | 20 Other information  A | 1,032. |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss)  A | 0. | | |

### Part I — Information About the Partnership

A Partnership's employer identification number
**88-0491003**

B Partnership's name, address, city, state, and ZIP code
USA CAPITAL FIRST TRUST DEED FUND LLC
4484 S. PECOS RD.
LAS VEGAS, NV  89121

C IRS Center where partnership filed return
OGDEN, UT

D ☐ Check if this is a publicly traded partnership (PTP)
E ☐ Tax shelter registration number, if any _____
F ☐ Check if Form 8271 is attached

### Part II — Information About the Partner

G Partner's identifying number
**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**

H Partner's name, address, city, state, and ZIP code
R.J. ROCCO
12617 COTTAGEVILLE LANE
FORT WORTH, TX 76248

I ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member
J ☒ Domestic partner    ☐ Foreign partner
K What type of entity is this partner?  **INDIVIDUAL**
UNITS: 2 OUT OF 13588.9928

L Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | VARIOUS% | VARIOUS% |
| Loss | VARIOUS% | VARIOUS% |
| Capital | VARIOUS% | VARIOUS% |

M Partner's share of liabilities at year end:
Nonrecourse ............ $ _____
Qualified nonrecourse financing ...... $ _____
Recourse ............ $ 0.

*See attached statement for additional information.

N Partner's capital account analysis:
Beginning capital account ........ $ 10,000.
Capital contributed during the year ..... $ _____
Current year increase (decrease) ....... $ 1,032.
Withdrawals & distributions ....... $( 900.)
Ending capital account .......... $ 10,132.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

For IRS Use Only

JWA   For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 2005

511261
01-11-06