ELECTRONICALLY FILED
JULY 7, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail:  jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | )<br>)<br>) Date: June 21, 2006<br>) Time: 9:00 a.m.<br>) Place: Courtroom #1<br>)<br>)<br>) |

## NOTICE OF ENTRY OF ORDER

## NOTICE OF ENTRY OF ORDER RE MOTION FOR EMERGENCY INTERIM AND PERMANENT ORDERS AUTHORIZING THE DBETORS TO OBTAIN POST-PETITION FINANCING (AFFECTS ALL DEBTORS)

PLEASE TAKE NOTICE that an Order re Motion for Emergency Interim and Permanent Orders Authorizing the Debtors to Obtain Post-Petition Financing was entered on July 6, 2006, a true and correct copy of which is attached hereto.

DATED this 7th day of July, 2006.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432



**Entered on Docket**
**July 06, 2006**

Hon. Bruce A. Markell
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>CHRISTINE M. PAJAK<br>(CA State Bar No. 217173), Members of<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>E-mail:    fmerola@stutman.com<br>           ekarasik@stutman.com<br>           cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON, ESQ.<br>(Nevada State Bar No. 002666<br>SHLOMO S. SHERMAN, ESQ.<br>(Nevada State Bar No. 009688)<br>233 South Fourth Street, Second Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>E-mail:    jshea@sheacarlyon.com<br>           ccarlyon@sheacarlyon.com<br>           ssherman@sheacarlyon.com |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**ORDER RE MOTION FOR EMERGENCY INTERIM AND PERMANENT ORDERS AUTHORIZING THE DEBTORS TO OBTAIN POST-PETITION FINANCING**<br><br>(AFFECTS ALL DEBTORS)<br><br>Date: June 21, 2006<br>Time: 9:00 a.m. |

The Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing (the "Motion") having come before this Court pursuant to an Order Shortening Time; the Court hearing the testimony of Thomas J. Allison, reviewing the pleadings on file and the arguments of counsel; the Court finds that there is not sufficient evidence to justify the need for interim authorization financing; it is

ORDERED that the request for interim financing be denied; and it is

FURTHER ORDERED that, if the Debtors wish to pursue the Motion, an Amended Motion, with all supporting documents and declarations, shall be filed and served no later than 5:00 p.m. on July 14, 2006, for hearing on July 25, 2006 at the hour of 9:30 a.m.; and it is

FURTHER ORDERED that any response to the Amended Motion shall be filed and served no later than July 21, 2006, at 5:00 p.m.; and it is

FURTHER ORDERED that any reply to any response to the Amended Motion shall be filed and served no later than July 23, 2006, at noon; and it is

FURTHER ORDERED that any amended budget in support of the Motion must be filed and served no later than 5:00 p.m. on July 19, 2006; and it is

FURTHER ORDERED that courtesy copies of all documents filed shall be provided to the Court concurrently with the filing deadlines set forth above.

SUBMITTED BY:

SHEA & CARLYON, LTD.

_____
James Patrick Shea, Esq.
Candace C. Carlyon, Esq.
Shlomo S. Sherman, Esq.
233 South Fourth Street, 2nd Floor
Las Vegas, NV 89101

*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

1  And

2  STUTMAN, TREISTER & GLATT, P.C.
   Frank A. Merola, Esq.
3  Eve H. Karasik, Esq.
   Christine M. Pajak, Esq.
4  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067

6  Counsel for the Official Committee of Equity Security Holders of
   USA Capital First Trust Deed Fund, LLC

Approved X Disapproved by:                          Approved/Disapproved by:
SCHWARTZER & MCPHERSON LAW                          LEWIS AND ROCA, LLP
FIRM and
RAY QUINNEY & NEBEKER P.C.
                                                    By: /S/   Rob Charles, Esq.
                                                        SUSAN M. FREEMAN, ESQ.
                                                        ROB CHARLES, ESQ.
_____                         Counsel for the Official Committee
Lenard E. Schwartzer, Nevada Bar No. 0399               of Unsecured Creditors of USA
Jeanette E. McPherson, Nevada Bar No. 5423              Commercial Mortgage Company
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Annette W. Jarvis, Utah Bar No. 1649
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Counsel for the Debtors


Approved/Disapproved by:                            Approved/Disapproved by:
BECKLEY SINGLETON, CHTD, and                        GORDON & SILVER, LTD.
ORRICK, HERRINGTON & SUTCLIFFE LLP


By:_____                  By:_____
    MARC A. LEVINSON, ESQ.                              GERALD M. GORDON, ESQ.
    BRETT A. AXELROD, ESQ.                              GREGORY E. GARMAN, ESQ.
    ANNE M. LORADITCH, ESQ.                             Counsel for the Official Committee of
      Counsel for the Official Committee of             Holders
      Equity Security Holders of USA Capital            of Executory Contract Rights of USA
      Diversified Trust Deed Fund, LLC                  Commercial Mortgage Company

3

1 And

2 STUTMAN, TREISTER & GLATT, P.C.
Frank A. Merola, Esq.
3 Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
4 1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
5

6 *Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

7

8

9 Approved / Disapproved by:
SCHWARTZER & MCPHERSON LAW
10 FIRM and
RAY QUINNEY & NEBEKER P.C.

11

12 _____

13 Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
14 2850 South Jones Boulevard, Suite 1
15 Las Vegas, Nevada 89146
Annette W. Jarvis, Utah Bar No. 1649
16 36 South State Street, Suite 1400
P.O. Box 45385
17 Salt Lake City, Utah 84145-0385
18 Counsel for the Debtors

19

20 Approved/Disapproved by:
BECKLEY SINGLETON, CHTD. and
21 ORRICK, HERRINGTON & SUTCLIFFE LLP

22
By: /s/ M. Levinson
23 MARC A. LEVINSON, ESQ.
BRETT A. AXELROD, ESQ.
24 ANNE M. LORADITCH, ESQ.
     Counsel for the Official Committee of
25   Equity Security Holders of USA Capital
26   Diversified Trust Deed Fund, LLC

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By:_____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
Counsel for the Official Committee
of Unsecured Creditors of USA
Commercial Mortgage Company

Approved/Disapproved by:
GORDON & SILVER, LTD.

By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
Counsel for the Official Committee of
Holders
of Executory Contract Rights of USA
Commercial Mortgage Company

27

28

3

1  And

2  STUTMAN, TREISTER & GLATT, P.C.
   Frank A. Merola, Esq.
3  Eve H. Karasik, Esq.
   Christine M. Pajak, Esq.
4  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067

6  *Counsel for the Official Committee of Equity Security Holders of
   USA Capital First Trust Deed Fund, LLC*

9  Approved / Disapproved by:                          Approved/Disapproved by:
   SCHWARTZER & MCPHERSON LAW                          LEWIS AND ROCA, LLP
   FIRM and
10 RAY QUINNEY & NEBEKER P.C.

11                                                     By:_____
                                                       SUSAN M. FREEMAN, ESQ.
12                                                     ROB CHARLES, ESQ.
                                                       Counsel for the Official Committee
13 _____                      of Unsecured Creditors of USA
   Lenard E. Schwartzer, Nevada Bar No. 0399           Commercial Mortgage Company
14 Jeanette E. McPherson, Nevada Bar No. 5423
   2850 South Jones Boulevard, Suite 1
15 Las Vegas, Nevada 89146
   Annette W. Jarvis, Utah Bar No. 1649
16 36 South State Street, Suite 1400
   P.O. Box 45385
17 Salt Lake City, Utah 84145-0385
18 Counsel for the Debtors

20 Approved/Disapproved by:                            Approved/Disapproved by:
   BECKLEY SINGLETON, CHTD. and                        GORDON & SILVER, LTD.
21 ORRICK, HERRINGTON & SUTCLIFFE LLP

23 By:_____                   By:_____
   MARC A. LEVINSON, ESQ.                              GERALD M. GORDON, ESQ.
24 BRETT A. AXELROD, ESQ.                              GREGORY E. GARMAN, ESQ.
   ANNE M. LORADITCH, ESQ.                             Counsel for the Official Committee of
25    Counsel for the Official Committee of            Holders
      Equity Security Holders of USA Capital           of Executory Contract Rights of USA
26    Diversified Trust Deed Fund, LLC                 Commercial Mortgage Company

3

Approved / Disapproved by

By: _____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

4

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of proposed order to all attorneys and unrepresented parties who ~~appeared at the hearing regarding this matter and/or~~ who filed a written objection and each has:

  ☒ approved the form of this order;

  ☐ waived the right to review this order; and/or

  ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this ___ day of July, 2006.

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, NV 89101

###

5