# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
### Chapter 11

In re:
  USA COMMERCIAL MORTGAGE COMPANY,
  Debtor(s)

_____

ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by ELIZABETH R. LOVERIDGE is approved.

Dated: 7/6/06                                          BY THE COURT

                                                       *[signature]*

                                                       Patricia Gray
                                                       Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2          User: lakaswm              Page 1 of 1                Date Rcvd: Jul 06, 2006
Case: 06-10725               Form ID: ovpbk             Total Served: 5

The following entities were served by first class mail on Jul 08, 2006.
aty         +ELIZABETH R. LOVERIDGE,   WOODBURY & KESLER, P.C.,   265 EAST 100 SOUTH, SUITE 300,
              SALT LAKE CITY, UT 84111-1647
aty         +REID W. LAMBERT,   WOODBURY & KESLER, P.C.,   265 EAST 100 SOUTH, SUITE 300,
              SALT LAKE CITY, UT 84111-1647
aty         +RUSSELL S. WALKER,   265 EAST 100 SOUTH,   SUITE 300,   SALT LAKE CITY, UT 84111-1647
ust         +U.S. TRUSTEE - LV - 11,   300 LAS VEGAS BOULEVARD S.,   SUITE 4300,   LAS VEGAS, NV 89101-5803
            +JOSEPH HUGGINS,   HUGGINS & ASSOCIATES,   1000 N. GREEN VALLEY PARKWAY,   SUITE 440-2,
              HENDERSON, NV 89074-6170

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2006**          **Signature:** _Joseph Speetjens_