**Entered on Docket**
**July 10, 2006**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                Debtor. | Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                Debtor. | **Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                                Debtor. | |

USA Capital_ Revised Stipulation re 7_25 hearing
397116v1

Page 1 of 4

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

## STIPULATION AND ORDER CONTINUING HEARING ON DEBTORS' APPLICATION FOR ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS AND EXTENDING TIME TO FILE RESPONSIVE PLEADINGS (AFFECTS ALL DEBTORS)

IT IS HEREBY STIPULATED and AGREED by and between USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital Trust Deed Fund, LLC (collectively, the "Debtors") by and through their attorneys, the law firm of Schwartzer & McPherson and Ray Quinney & Nebeker; the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company by and through its attorneys, Gordon & Silver, Ltd.; the Official Unsecured Creditors Committee by and through its counsel, Lewis and Roca, LLP; the Official Committee of Equity Security Holders of USA First Trust Deed Fund, LLC by and through its counsel, Stutman, Treister & Glatt, L.P. and Shea & Carlyon, Ltd.; the Official Committee of Equity Security Holders of USA Capital Diversified Trust Fund, LLC by and through its counsel, Orrick Herrington & Sutcliffe, LLP and Beckley Singleton, Chtd.; (collectively, the "Committees") and the Office of the United States Trustee, by and through August B. Landis, Esq. (the "Trustee"); as follows:

WHEREAS, the United States Bankruptcy Court for the District of Nevada (the "Court") has entered an Amended Order Establishing Case Management Procedures that provides that requests for relief must be filed and served at least 25 days prior to a scheduled omnibus hearing date; and

WHEREAS, the Court has set an omnibus hearing for July 25, 2006 (the "July 25 Hearing") in the above-captioned cases; and

WHEREAS, the Court has set July 7, 2006 as the deadline to file and serve requests for relief to be heard on regular notice at the July 25 Hearing, which date is less than 25 days before the July 25 Hearing; and

WHEREAS, a Debtors' Application For Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (the "Application") was filed on June 9, 2006 and set for hearing on June 21, 2006, but was continued to July 25, 2006; and

WHEREAS, a status hearing on the Motion For Order Approving Continued Use Of Cash Through July 29, 2006 Pursuant To Second Revised Budget (Affects All Debtors) (the "Cash Motion") is scheduled for hearing on July 25, 2006 at 9:30 a.m.; and

WHEREAS on June 9, 2006, the Debtors filed a Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing (the "DIP Financing Motion"), which is scheduled to be heard on July 25, 2006 at 9:30 a.m.; and

WHEREAS, the Court has set July 19, 2006 as the deadline by which the Debtors must file their Budget for the Cash Motion; and

WHEREAS, the Parties believe that it is necessary to have additional time to respond to the above-referenced Application, Cash Motion, DIP Financing Motion, and any other request for relief to be heard at the July 25 Hearing filed no later than July 7, 2006, and to allow the Debtors to address, to the extent possible, the concerns of any of the Parties prior to having to file a responsive pleading.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The hearing on the Debtors' Application For Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals shall be continued to August 4, 2006 at 1:30 p.m. The deadline to file responsive pleadings to the Application shall be July 28, 2006. Courtesy copies of said pleadings shall be delivered to the Court no later than July 31, 2006 at 12:00 p.m. PDT. The deadline to file replies to the responses for all parties shall be August 3, 2006 at 12:00 p.m. PDT. Courtesy copies of said pleadings shall be delivered to the Court no later than August 3, 2006 at 12:00 p.m. PDT.

2. The deadline to file responsive pleadings to the Cash Motion, DIP Financing Motion, and any other request for relief to be heard at the July 25 Hearing and filed no later than July 7, 2006 is extended for all parties to July 21, 2006. Courtesy copies of said pleadings shall be delivered to the Court no later than the close of business on July 21, 2006.

3. The deadline to file replies to the responses for all parties shall remain July 24, 2006 at

12:00 p.m. PDT. Courtesy copies of said pleadings shall be delivered to the Court no later than July 24, 2006 at 12:00 p.m. PDT.

DATED this 5th day of July, 2006.

| RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM | OFFICE OF THE U.S. TRUSTEE |
|---|---|
| By: /s/ Jeanette E. McPherson<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>*Attorneys for the Debtors and Debtors in Possession* | By: /s/<br>August B. Landis, Esq.<br>Scott A. Farrow, Esq. |
| GORDON & SILVER, LTD. | ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. |
| By: _____<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: _____<br>Marc A. Levinson, Esq.<br>Brett A. Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |
| STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD. | LEWIS AND ROCA, LLP |
| By: _____<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/ Jeanette E. McPherson
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

12:00 p.m. PDT. Courtesy copies of said pleadings shall be delivered to the Court no later than July 24, 2006 at 12:00 p.m. PDT.

DATED this _____ day of June, 2006.

| | |
|---|---|
| **RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM** | **OFFICE OF THE U.S. TRUSTEE** |
| By: _____<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>*Attorneys for the Debtors and Debtors in Possession* | By: _____<br>August B. Landis, Esq.<br>Scott A. Farrow, Esq. |
| **GORDON & SILVER, LTD.** | **ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.** |
| By: *[signature]*<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: _____<br>Marc A. Levinson, Esq.<br>Brett A. Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |
| **STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD.** | **LEWIS AND ROCA, LLP** |
| By: _____<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
    Lenard E. Schwartzer, Esq.
    Jeanette E. McPherson, Esq.
    Attorneys for the Debtors and Debtors in Possession

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

USA Capital_ Revised Stipulation re 7_25 hearing

Page 4 of 4

Received Time Jun. 30. 11:07AM

12:00 p.m. PDT. Courtesy copies of said pleadings shall be delivered to the Court no later than July 24, 2006 at 12:00 p.m. PDT.

DATED this _____ day of June, 2006.

| | |
|---|---|
| **RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM** | **OFFICE OF THE U.S. TRUSTEE** |
| By: _____<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>*Attorneys for the Debtors and Debtors in Possession* | By: _____<br>August B. Landis, Esq.<br>Scott A. Farrow, Esq. |
| **GORDON & SILVER, LTD.** | **ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.** |
| By: _____<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: /s/ *[signature]*<br>Marc A. Levinson, Esq.<br>Brett A. Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |
| **STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD.** | **LEWIS AND ROCA, LLP** |
| By: _____<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
   Lenard E. Schwartzer, Esq.
   Jeanette E. McPherson, Esq.
   Attorneys for the Debtors and Debtors in Possession

###

USA Capital_ Revised Stipulation re 7_25 hearing
397116v1

Page 4 of 4

12:00 p.m. PDT. Courtesy copies of said pleadings shall be delivered to the Court no later than July 24, 2006 at 12:00 p.m. PDT.

DATED this 29th day of June, 2006.

| | |
|---|---|
| **RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM** | **OFFICE OF THE U.S. TRUSTEE** |
| By: _____<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>*Attorneys for the Debtors and Debtors in Possession* | By: _____<br>August B. Landis, Esq.<br>Scott A. Farrow, Esq. |
| **GORDON & SILVER, LTD.** | **ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.** |
| By: _____<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: _____<br>Marc A. Levinson, Esq.<br>Brett A. Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |
| **STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD.** | **LEWIS AND ROCA, LLP** |
| By: /s/ Eve H. Karasik<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
    Lenard E. Schwartzer, Esq.
    Jeanette E. McPherson, Esq.
    Attorneys for the Debtors and Debtors in Possession

### ###

1  12:00 p.m. PDT. Courtesy copies of said pleadings shall be delivered to the Court no later than July 24,

2  2006 at 12:00 p.m. PDT.

3  DATED this _____ day of June, 2006.

| | |
|---|---|
| **RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM** | **OFFICE OF THE U.S. TRUSTEE** |
| By: _____<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>*Attorneys for the Debtors and Debtors in Possession* | By: _____<br>August B. Landis, Esq.<br>Scott A. Farrow, Esq. |
| **GORDON & SILVER, LTD.** | **ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.** |
| By: _____<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: _____<br>Marc A. Levinson, Esq.<br>Brett A. Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |
| **STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD.** | **LEWIS AND ROCA, LLP** |
| By: _____<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: /s/ *[signature]*<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
   Lenard E. Schwartzer, Esq.
   Jeanette E. McPherson, Esq.
   Attorneys for the Debtors and Debtors in Possession

###