Parsons Behle & Latimer
Nancy L. Allf, Bar No. 0128
Timothy P. Thomas, Bar No. 5148
411 E. Bonneville Ave., #100
Las Vegas, NV 89101
Telephone:   (702) 599-6000
Facsimile:    (702) 599-6062
Co-Counsel for Alexander, et al

Efiled on 7-11-06

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                           Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                           Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                           Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>                                                           Debtor.<br><br>USA SECURITIES, LLC,<br>                                                           Debtor.<br><br>Affects:<br><br>_x_  All Debtors<br><br>___  USA Commercial Mortgage Company<br><br>___  USA Securities, LLC<br><br>___  USA Capital Realty Advistors, LLC<br><br>___  USA Capital Diversified Trust Deed Fund, LLC<br><br>___  USA First Trust Deed Fund, LLC | CASE NO. BK-S-06-10725 LBR<br>CASE NO. BK-S-06-10726 LBR<br>CASE NO. BK-S-06-10727 LBR<br>CASE NO. BK-S-06-10728 LBR<br>CASE NO. BK-S-06-10729 LBR<br><br>Chapter 11 |

**NOTICE OF ASSOCIATION OF CO-COUNSEL**

PLEASE TAKE NOTICE that Stanley Alexander and others who are detailed in the Rule

2019 Disclosure filed by Robert C. LePome as Document #650, hereby gives notice that the undersigned counsel, Nancy L. Allf of Parsons Behle & Latimer, has associated as co-counsel with existing counsel, Robert C. LePome.

DATED: July 11, 2006

PARSONS BEHLE & LATIMER

By: /s/ Nancy L. Allf
Nancy L. Allf, Bar No. 0128
Co-Counsel for Alexander, et al

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing **NOTICE OF ASSOCIATION OF CO-COUNSEL** was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

BMC GROUP, INC., evrato@bmcgroup.com, ecf@bmcgroup.com, jmiller@bmcgroup.com, jbartlett@bmcgroup.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com

THOMAS B. BROOKSBANK brooksbank1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C. CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com rsmith@sheacarlyon.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com

JANET I. CHUBB tbw@jonesvargas.com

JEFFREY A. COOGAN Jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D. COPE cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM bankruptcy@rocgd.com

LAUREL B. DAVIS bklsclv@lionelsawyer.com, ldavisesq@aol.com, ldavis@lionelsawyer.com, gbagley@lionelsawyer.com

THOMAS H. FELL bankruptcynotices@gordonsilver.com

| | |
|---|---|
| 1 | |
| 2 | SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com, ccfvegas@halelane.com |
| 3 | GREGORY E. GARMAN bankruptcynotices@gordonsilver.com |
| 4 | GERALD E. GORDON bankruptcynotices@gordonsilver.com |
| 5 | TALITHA B. GRAY bankruptcynotices@gordonsilver.com |
| 6 | MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 7 | EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 8 | XANNA R. HARDMAN xanna.hardman@gmail.com |
| 9 | STEPHEN R. HARRIS noticesbh&p@renolaw.biz |
| 10 | CHRISTOPHER D. JAIME cjaime@waltherkey.com, kbernhar@walterkey.com |
| 11 | EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com |
| 12 | ROBERT R. KINAS rkinas@swlaw.com, jstrand@swlaw.com, jlistig@swlaw.com, lholding@swlaw.com, imccord@swlaw.com |
| 13 | |
| 14 | NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com, bankruptcy@klnevada.com |
| 15 | ROBERT C. LEPOME Robert@robertlepome.com, susan@robertlepome.com |
| 16 | REGINA M MCCONNELL rmcconnell@kssattorneys.com |
| 17 | WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com |
| 18 | RICHARD MCKNIGHT, mckinghtlaw@cox.net, gkopang@lawlasvegas.com, cburke@lawlasvegas.com,sforemaster@lawlawvegas.com |
| 19 | JEANETTE E. MCPHERSON bkfilings@s-mlaw.com |
| 20 | SHAWN W. MILLER ltreadway@sheacarlyon.com, smiller@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com, rsmith@sheacarlyon.com, abochmer@sheacarlyon.com |
| 21 | |
| 22 | DAVID MINCIN mcknightlaw@cox.net, gkopang@lawlasvegas.com, dmincin@lawlasvegas.com, cburke@lawlasvegas.com, sforemaster@lawlasvegas.com |
| 23 | JOHN F. MURTHA jmurtha@woodburnandwedge.com |
| 24 | DONNA M. OSBORN jinouye@marquisaurbach.com, dosborn@marquisaurbach.com, tszostek@marquisaurbach.com, jcrowe@marquisaurbach.com, kgallegos@marquisaurbach.com |
| 25 | DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 26 | PAUL C. RAY info@johnpeterlee.com |
| 27 | SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com |
| 28 | |

PARSONS BEHLE &
LATIMER
ATTORNEYS AT LAW

99997.793/871470.1                                        - 3 -

| | |
|---|---|
| 1 | LENARD E. SCHWARTZER bkfilings@s-mlaw.com |
| 2 | SHLOMO SHERMAN ssherman@sheacarlyon.com, abochmer@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com, mmallet@sheacarlyon.com, rsmith@sheacarlyon.com |
| 3 | |
| 4 | JEFFREY SLOANE giklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 5 | PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com |
| 6 | CARYN S. TUSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com |
| 7 | U.S. TRUSTEE – LV – 11 USTPRegion17.lv.ecf@usdoj.gov |
| 8 | JOAN C. WRIGTH jwright@allisonmackenzie.com j!brooks@allisonmackenzie.com |
| 9 | MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com |

By the ECF System on the 11th day of July, 2006 and to the following by regular mail on the 11th day of July, 2006.

JOSHUA D. BRYSK
LAW OFFICES OF JAMES G. SCHWARTZ
7901 STONERIDGE DRIVE, STE. 401
PLEASANTON, CA 94588

ANNETTE W. JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

DOUGLAS M. MONSON
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145

ERVEN T. NELSON
6060 W. ELTON AVE., STE. A
LAS VEGAS, NV 89107

NICHOLAS J. SANTORO
GREGORY J. WALCH
400 W. FOURTH STREET, 3RD FL.
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS OOP
77 W. WACKER DR, STE. 4100
CHICAGO, IL 60601

| | |
|---|---|
| 1 | SCHWARTZER & MCPHERSON LAW FIRM |
|   | 2850 S. JONES BLVD., #1 |
| 2 | LAS VEGAS, NV 89146 |
| 3 | PATRICIA K. SMOOTS |
|   | 318 N. GROVE |
| 4 | OAK PARK, IL 60302 |
| 5 | BRADLEY K. STEVENS |
|   | 3300 N. CENTRAL AVE. #1800 |
| 6 | PHOENIX, AZ 85012 |
| 7 | THOMAS W. STILLEY |
|   | 1000 SW BROADWAY #1400 |
| 8 | PORTLAND, OR 97205 |
| 9 | STEVEN C. STRONG |
|   | POB 45385 |
| 10 | 36 SOUTH STATE STREET, #1400 |
|    | SALT LAKE CITY, UT 84145 |
| 11 | |
|    | WILLIAM WINFIELD |
| 12 | POB 9100 |
|    | OXNARD, CA 93031 |
| 13 | |
|    | MARJON E. WYNNE |
| 14 | WILKINS, BANKESTER, BILES & WYNNE |
|    | PO BOX 1367 |
| 15 | RAIRHOPE, AL 36533-1367 |

/s/ K. Lawrence

Employee of Parsons Behle & Latimer

PARSONS BEHLE &
LATIMER
ATTORNEYS AT LAW

99997.793/871470.1

- 5 -