J. Stephen Peek, Esq., NV. Bar No. 1758
Elissa F. Cadish, Esq., NV Bar No. 4273
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: mkreutzer@halelane.com

Attorneys for Rolland P. Weddell
And Spectrum Financial Group

ELECTRONICALLY FILED July 12, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankruptcy No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY<br>Debtor. | Bankruptcy No. BK-S-06-10726-LBR |
| In re: | Bankruptcy No. BK-S-06-10727-LBR |
| USA CAPITAL REALTY ADVISORS, LLC<br>Debtor. | Bankruptcy No. BK-S-06-10728-LBR |
| In re: | Bankruptcy No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor. | (Jointly Administered)<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor. | **DECLARATION OF MATTHEW J. KREUTZER IN SUPPORT OF ROLLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br>(Affects: All Debtors) |
| In re:<br>USA SECURITIES, LLC<br>Debtor. | Hearing Date: August 4, 2006<br>Hearing Time: 1:30 p.m. |

MATTHEW J. KREUTZER, ESQUIRE, deposes and says:

1. I am an attorney with the law firm Hale Lane Peek Dennison and Howard, which represents Movants Rolland P. Weddell and Spectrum Financial Group (collectively, "Movants") with respect to their appearance in this action. I also represent Movants with respect to their litigation against USA Commercial Mortgage Company ("USA"), which is currently pending in the United States District Court for the District of Nevada, Case No. 2:01-cv-0355-KJD-LRL (the "Action").

2.  I make this declaration in support of Movants' motion, pursuant to § 362(d)(1), for an Order modifying the automatic stay on actions with respect to debtor USA to permit the Action to continue (the "Motion"). I am over eighteen years of age and have personal knowledge of the matters set forth below or state the same based upon knowledge and information that I believe to be true.

3.  Movants' claims in the Action are described in Movants' Fourth Amended Complaint. A true and correct copy of the Fourth Amended Complaint is attached to the Motion as Exhibit B.

4.  In the instant bankruptcy case, USA has explicitly admitted to, in some instances, making payments to the beneficiaries of certain non-performing loans, so that the loans did not go into default. I obtained from PACER one such document in which USA admits to this practice. Specifically, USA makes this admission in its USA's Reply Brief in Support of its Motion for Order Under 11 U.S.C. §§ 105(a), 345, and 363, a true and correct copy of the filed Reply Brief from PACER is attached to the Motion as Exhibit C.

5.  As described in the Motion, in 2003, Principle Centered, Inc. ("PCI") and its subsidiaries, which were parties to the Action (along with Movants) filed for bankruptcy. In the bankruptcy case, this Court held an auction for the sale of claims held by those entities. Movants successfully bid on and were assigned PCI's (and PCI's subsidiaries') claims, and have asserted the assigned claims in the Action. A true and correct copy of the filed Order Approving Sale of Claims to Spectrum Financial Group, dated November 18, 2002, which I obtained from PACER, is attached to the Motion as Exhibit D.

6.  A true and correct copy of USA's counterclaims in the Action, as filed on PACER, is attached to the Motion as Exhibit E.

7.  During the bankruptcy proceedings for the PCI entities, those entities offered to allow this Court to finally adjudicate all claims that were then (and are still) pending in the Action. USA and its co-defendants, however, specifically refused to consent. This is reflected in the Court's Order dated January 17, 2002. A true and correct copy of the Order as filed on PACER is attached to the Motion as Exhibit F.

/ / /

/ / /

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July, 2006, in Las Vegas, Nevada.

_____
Matthew J. Kreutzer

## CERTIFICATE OF MAILING

I certify that on the 12th day of July, 2006, I served a copy of the **DECLARATION OF MATTHEW J. KREUTZER IN SUPPORT OF ROLLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP'S MOTION FOR RELIEF FROM AUTOMATIC STAY** by depositing a copy of the same in a sealed envelope in the United States mail, Reno, Nevada, first-class postage fully prepaid, or by electronic notification and addressed to the persons as follows: See attached list.

**Electronic notice to:**

- FRANKLIN C. ADAMS franklin.adams@bbklaw.com  arthur.johnston@bbklaw.com
- KELLY J. BRINKMAN kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK brooksbankt1@sbcglobal.net  kaya1@sbcglobal.net
- MATTHEW Q. CALLISTER mqc@callister-reynolds.com  maggie@callister-reynolds.com
- CANDACE C CARLYON ltreadway@sheacarlyon.com  ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com;  rsmith@sheacarlyon.com
- ROB CHARLES rcharles@lrlaw.com  cjordan@lrlaw.com
- KEVIN B. CHRISTENSEN kbchrislaw@aol.com
- JANET L. CHUBB jlc@jonesvargas.com  tbw@jonesvargas.com
- JEFFREY A. COGAN jeffrey@jeffreycogan.com  sarah@jeffreycogan.com
- WILLIAM D COPE cope_guerra@yahoo.com  cope_guerra@yahoo.com
- CICI CUNNINGHAM bankruptcy@rocgd.com
- LAUREL E. DAVIS bklsclv@lionelsawyer.com  ldavis@lionelsawyer.com; gbagley@lionelsawyer.com;  ldavisesq@aol.com
- THOMAS H. FELL THF@GORDONSILVER.COM  BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING sfleming@halelane.com  dbergsing@halelane.com, ecfvegas@halelane.com
- GREGORY E GARMAN bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR wgochnour@hwmlvlaw.com  donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov  Darlene.Ruckard@usdoj.gov;

1  Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov
2  - **GERALD M GORDON** bankruptcynotices@gordonsilver.com
3  - **TALITHA B. GRAY** tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
4  - **MARJORIE A. GUYMON** bankruptcy@goldguylaw.com ddias@goldguylaw.com
5  - **EDWARD J. HANIGAN** haniganlaw@earthlink.net haniganlaw1@earthlink.net
6  - **XANNA R. HARDMAN** xanna.hardman@gmail.com
7  - **STEPHEN R HARRIS** steve@renolaw.biz noticesbh&p@renolaw.biz
8  - **CHRISTOPHER D JAIME** cjaime@waltherkey.com kbernhar@waltherkey.com
9  - **EVAN L. JAMES** ejameslv@earthlink.net kbchrislaw@aol.com
10 - **ANNETTE W JARVIS**
11 - **TY E. KEHOE** TyKehoeLaw@aol.com
12 - **ROBERT R. KINAS** rkinas@swlaw.com mstrand@swlaw.com; jlustig@swlaw.com;
13   lholding@swlaw.com; imccord@swlaw.com
14 - **NILE LEATHAM** nleatham@klnevada.com ckishi@klnevada.com;
15   bankruptcy@klnevada.com
16 - **ROBERT C. LEPOME** robert@robertlepome.com susan@robertlepome.com
17 - **REGINA M. MCCONNELL** rmcconnell@kssattorneys.com
18 - **WILLIAM L. MCGIMSEY** lawoffices601@lvcoxmail.com
19 - **RICHARD MCKNIGHT** mcknightlaw@cox.net gkopang@lawlasvegas.com;
20   cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
21 - **JEANETTE E. MCPHERSON** bkfilings@s-mlaw.com bkfilings@s-mlaw.com
22 - **JEANETTE E. MCPHERSON** jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
23 - **SHAWN W MILLER** bankruptcyfilings@sheacarlyon.com smiller@sheacarlyon.com;
24   aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
25 - **DAVID MINCIN** mcknightlaw@cox.net gkopang@lawlasvegas.com;
26   dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
27 - **JOHN F MURTHA** jmurtha@woodburnandwedge.com
28 - **ERVEN T. NELSON** erv@rlbolick.com susan@rlbolick.com

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

::ODMA\PCDOCS\HLLASDOCS\217716\2        Page 5 of 7

- **BOB L. OLSON** ecffilings@beckleylaw.com bolson@beckleylaw.com; dgriffis@beckleylaw.com
- **DONNA M. OSBORN** jinouye@marquisaurbach.com dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
- **DONALD T. POLEDNAK** sandplegal@yahoo.com spbankruptcy@yahoo.com
- **PAUL C RAY** info@johnpeterlee.com
- **SUSAN WILLIAMS SCANN** sscann@deanerlaw.com palexander@deanerlaw.com
- **LENARD E. SCHWARTZER** bkfilings@s-mlaw.com
- **SHLOMO S. SHERMAN** ssherman@sheacarlyon.com aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; mmallet@sheacarlyon.com; rsmith@sheacarlyon.com
- **JEFFREY G. SLOANE** gjklepel@yahoo.com rmcconnell@kssattorneys.com
- **PETER SUSI** cheryl@msmlaw.com msm@msmlaw.com
- **JEFFREY R. SYLVESTER** jeff@sylvesterpolednak.com David@sylvesterpolednak.com
- **CARYN S. TIJSSELING** cst@beesleymatteoni.com aha@beesleymatteoni.com
- **JOAN C WRIGHT** jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW** bankruptcynotices@gordonsilver.com
- **U.S. TRUSTEE - LV - 11**    USTPRegion17.lv.ecf@usdoj.gov

///
///
///

and mailed to:

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FL.
LAS VEGAS, NV 89101

GREG GARMAN
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89109

PAUL A. JACQUES
810 SE 7th Street A-103
Deerfield Beach, FL 33441

SCOTT K. CANEPA
CANEPA, RIEDY & RUBINO
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

/s/ Cyndy Arnold
Employee of Hale Lane Peek Dennison and Howard