J. Stephen Peek, Esq., NV. Bar No. 1758
Elissa F. Cadish, Esq., NV Bar No. 8834
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: mkreutzer@halelane.com

Attorneys for Rolland P. Weddell
And Spectrum Financial Group

ELECTRONICALLY FILED July 12, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor. | Bankruptcy No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC<br>    Debtor. | Bankruptcy No. BK-S-06-10726-LBR<br>Bankruptcy No. BK-S-06-10727-LBR<br>Bankruptcy No. BK-S-06-10728-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>    Debtor. | Bankruptcy No. BK-S-06-10729-LBR<br>(Jointly Administered)<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>    Debtor. | **NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br>(Affects: All Debtors) |
| In re:<br>USA SECURITIES, LLC<br>    Debtor. | Hearing Date: August 4, 2006<br>Hearing Time: 1:30 p.m. |

NOTICE IS HEREBY GIVEN that the **MOTION FOR RELIEF FROM AUTOMATIC STAY** was filed on July 12, 2006 by attorneys for Creditors Rolland P. Weddell and Spectrum Financial Group. The motion seeks an order for relief from the automatic stay so that movants may proceed against USA in pending litigation entitled *Rolland P. Weddell, et a. v. USA Commercial Mortgage, et al*, case number 2:01-CV-0355-KJD(LRL).

///

Any Opposition must be filed pursuant to Local Rule 9014(d). Local Rule 9014(d):

> Oppositions to a motion must be filed and service must be completed on the movant no later than 15 days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than 15 days' notice, the opposition must be filed no later than 5 business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If an objection is not timely filed and served, the relief requested may be granted without a hearing.

NOTICE IS FURTHER GIVEN that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the **Foley Federal Building, Courtroom 1, 300 Las Vegas Boulevard South, Las Vegas, Nevada** on the above-referenced date and time. This hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof.

DATED this __12th__ day of July, 2006.

/s/ Matthew J. Kreutzer
J. Stephen Peek, Esq.
Elissa F. Cadish, Esq.
Scott D. Fleming, Esq.
Matthew J. Kreutzer, Esq.
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

Attorneys for Rolland P. Weddell
And Spectrum Financial Group

## CERTIFICATE OF MAILING

I certify that on the 12th day of July, 2006, I served a copy of the **NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY** by depositing a copy of the same in a sealed envelope in the United States mail, Reno, Nevada, first-class postage fully prepaid, or by electronic notification and addressed to the persons as follows:

**Electronic notice to:**

- FRANKLIN C. ADAMS franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- KELLY J. BRINKMAN kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK brooksbankt1@sbcglobal.net kaya1@sbcglobal.net
- MATTHEW Q. CALLISTER mqc@callister-reynolds.com maggie@callister-reynolds.com
- CANDACE C CARLYON ltreadway@sheacarlyon.com ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rsmith@sheacarlyon.com
- ROB CHARLES rcharles@lrlaw.com cjordan@lrlaw.com
- KEVIN B. CHRISTENSEN kbchrislaw@aol.com
- JANET L. CHUBB jlc@jonesvargas.com tbw@jonesvargas.com
- JEFFREY A. COGAN jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- WILLIAM D COPE cope_guerra@yahoo.com cope_guerra@yahoo.com
- CICI CUNNINGHAM bankruptcy@rocgd.com
- LAUREL E. DAVIS bklsclv@lionelsawyer.com ldavis@lionelsawyer.com; gbagley@lionelsawyer.com; ldavisesq@aol.com
- THOMAS H. FELL THF@GORDONSILVER.COM BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING sfleming@halelane.com dbergsing@halelane.com, ecfvegas@halelane.com
- GREGORY E GARMAN bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

- **GERALD M GORDON** bankruptcynotices@gordonsilver.com
- **TALITHA B. GRAY** tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
- **MARJORIE A. GUYMON** bankruptcy@goldguylaw.com ddias@goldguylaw.com
- **EDWARD J. HANIGAN** haniganlaw@earthlink.net haniganlaw1@earthlink.net
- **XANNA R. HARDMAN** xanna.hardman@gmail.com
- **STEPHEN R HARRIS** steve@renolaw.biz noticesbh&p@renolaw.biz
- **CHRISTOPHER D JAIME** cjaime@waltherkey.com kbernhar@waltherkey.com
- **EVAN L. JAMES** ejameslv@earthlink.net kbchrislaw@aol.com
- **ANNETTE W JARVIS**
- **TY E. KEHOE** TyKehoeLaw@aol.com
- **ROBERT R. KINAS** rkinas@swlaw.com mstrand@swlaw.com; jlustig@swlaw.com; lholding@swlaw.com; imccord@swlaw.com
- **NILE LEATHAM** nleatham@klnevada.com ckishi@klnevada.com; bankruptcy@klnevada.com
- **ROBERT C. LEPOME** robert@robertlepome.com susan@robertlepome.com
- **REGINA M. MCCONNELL** rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY** lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT** mcknightlaw@cox.net gkopang@lawlasvegas.com; cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JEANETTE E. MCPHERSON** bkfilings@s-mlaw.com bkfilings@s-mlaw.com
- **JEANETTE E. MCPHERSON** jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
- **SHAWN W MILLER** bankruptcyfilings@sheacarlyon.com smiller@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
- **DAVID MINCIN** mcknightlaw@cox.net gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JOHN F MURTHA** jmurtha@woodburnandwedge.com
- **ERVEN T. NELSON** erv@rlbolick.com susan@rlbolick.com
- **BOB L. OLSON** ecffilings@beckleylaw.com bolson@beckleylaw.com;

dgriffis@beckleylaw.com

- **DONNA M. OSBORN** jinouye@marquisaurbach.com dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
- **DONALD T. POLEDNAK** sandplegal@yahoo.com spbankruptcy@yahoo.com
- **PAUL C RAY** info@johnpeterlee.com
- **SUSAN WILLIAMS SCANN** sscann@deanerlaw.com palexander@deanerlaw.com
- **LENARD E. SCHWARTZER** bkfilings@s-mlaw.com
- **SHLOMO S. SHERMAN** ssherman@sheacarlyon.com aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; mmallet@sheacarlyon.com; rsmith@sheacarlyon.com
- **JEFFREY G. SLOANE** gjklepel@yahoo.com rmcconnell@kssattorneys.com
- **PETER SUSI** cheryl@msmlaw.com msm@msmlaw.com
- **JEFFREY R. SYLVESTER** jeff@sylvesterpolednak.com David@sylvesterpolednak.com
- **CARYN S. TIJSSELING** cst@beesleymatteoni.com aha@beesleymatteoni.com
- **JOAN C WRIGHT** jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW** bankruptcynotices@gordonsilver.com
- **U.S. TRUSTEE - LV - 11**    USTPRegion17.lv.ecf@usdoj.gov

**and mailed to:**

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FL.
LAS VEGAS, NV 89101

*and attached list.*

GREG GARMAN
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89109

PAUL A. JACQUES
810 SE 7th Street A-103
Deerfield Beach, FL 33441

SCOTT K. CANEPA
CANEPA, RIEDY & RUBINO
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

_____/s/ Cyndy Arnold_____
Employee of Hale Lane Peek Dennison and Howard

::ODMA\PCDOCS\HLLASDOCS\217719\1        Page 5 of 5

Thomas J. Allison
4484 S Pecos Rd
Las Vegas, NV 89121

Kummer, Kaempfer, Bonner & Renshaw
3800 Howard Hughes Pkwy, 7th Fl
Las Vegas, NV 89109

Intershow The Githler Center
1258 N Palm Ave
Sarasota, FL 34236

James Hull
c/o Signature Financial
2601 Airport Dr
Torrance, CA 90505

George Gorman
c/o Financial West Group
4510 E Thousand Oaks Blvd
Thousand Oaks, CA 91362

R. Hagmaier & Tim Rich
c/o Financial West Group
4510 E Thousand Oaks Blvd
Thousand Oaks, CA 91362

Bunch, Dell
1909 Red Robin Ct
Las Vegas, NV 89134

Advanced Information Systems
c/o Michael T. Yoder
4270 Cameron St Ste 1
Las Vegas, NV 89103

Russell Ad Development Group, LLC
PO Box 28216
Scottsdale, AZ 85255

Robert A. Russell
8585 E Hartford Dr
Ste 500
Scottsdale, AZ 85255

Annee Nounna
8057 Lands End Ct
Las Vegas, NV 89117-7635

Robert L. Hagmaier
15254 Candlewood Ct
Lake Oswego, OR 97035

Jeffrey H. Davidson,
Frank A. Merola, Eve H. Karaski
Stutman, Treister & Glatt, P.C.
1901 Ave of the Stars 12 Fl
Los Angeles, CA 90067

James Patrick Shea
Candace C. Carlyon
Shea & Carlyon, Ltd
233 S 4 St 2d Fl
Las Vegas, NV 89101

Robert E. Taylor
1535 Flynn Rd
Camarillo, CA 93012

Chuck Heinrichs
198 El Pajaro
Newbury Park, CA 91320

John Warner Jr., IRA
c/o First Savings Bank
2605 E Flamingo Rd
Las Vegas, NV 89121

John H. Warner, Jr.
2048 N Chettro Trail
St George, UT 84770

Mary E. and Matthew J. Moro, JTWROS
1009 8 St
Manhattan Beach, CA 90266

Richard G. Woudstra Revocable Tst
Richard G. Woudstra, TTEE
PO Box 530025
Henderson, NV 89053

Wen Baldwin Separate Property Tst
365 Dooley Dr
Henderson, NV 89015

Jerry T. McGimsey
3115 S El Camino Rd
Las Vegas, NV 89146-6621

Richard Horowitz
5 Fir Dr
Kings Point, NY 11024

Robert G. Worthen
1112 Worthen Cir
Las Vegas, NV 89145

Katz 2000 Separate Property Tst
Sara M. Katz, Managing Trustee
4250 Executive Square #670
San Diego, CA 92037

Thomas C. Lawyer Family Trust
45 Ventana Canyon Dr
Las Vegas, NV 89113

Marjan Rutar
4043 Chalfont Ct
Las Vegas, NV 89121

Charles O. Nichols
Flora A. Nichols
2561 Seascape Dr
Las Vegas, NV 89128

Robert H. Mansfield
3611 Victory Ave
Las Vegas, NV 89121-7224

Fertitta Enterprises, Inc.
2960 W Sahara Ave Ste 200
Las Vegas, NV 89102

William J. Bullard
Fertitta Enterprises, Inc.
PO Box 27555
Las Vegas, NV 89126-1555

Helms Homes, LLC
c/o Terry Helms
809 Upland Blvd
Las Vegas, NV 89107

Terry Helms Living Trust
809 Upland Blvd
Las Vegas, NV 89107

Dennis Flier, Inc. Defined Benefit Trust
20155 Porto Vita Way #1803
Aventura, FL 33180

Arthur Polacheck and Glorianne Polacheck
2056 Woodlake Cir
Deerfield Beach, FL 33442

James W. McCollum and Pamela P. McCollum
1011 F Ave
Coronado, CA 92118

Homfeld II, LLC
777 S Federal Hwy Ste N-409
Pompano Beach, FL 33062

c/o Edward W. Homfeld
858 Bishop Rd
Grosse Pointe Park, MI 48230

Nevada Mortgage Lending Division
Attn: Susan Eckhardt
3075 E Flamingo #100
Las Vegas, NV 89121

U.S. Securities and Exchange Com.
Attn: Sandra W. Lavigna
5670 Wilshire Blvd, 11 Fl
Los Angeles, CA 90036-3648

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K St NW
Washington, DC 20005-4026

Dept of Employment Training
Employment Sec Div, Contrib. Sec.
500 E 3 St
Carson City, NV 89713-0030

DMV and Public Safety Records Section
555 Wright Way
Carson City, NV 89711-0250

Employers Insurance Co. of NV
Attn: Bankruptcy Desk
9790 Gateway Dr
Reno, NV 89521-5906

NV Dept of Taxation
Bankruptcy Division
555 E Washington #1300
Las Vegas, NV 89101

Internal Revenue Service
Attn: Bankruptcy Dept.
Stop 5028, 110 City Parkway
Las Vegas, NV 89106

Secretary of State
State of Nevada
202 N Carson St
Carson City, NV 89701

NV Department of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

Office of Labor Commissioner
555 E Washington Ave Ste 4100
Las Vegas, NV 89101

US Attorney
District of Nevada
323 Las Vegas Blvd So #5000
Las Vegas, NV 89101

United States Dept of Justice
Tax Division - Western Region
PO Box 683 - Ben Franklin Station
Washington, DC 20044

District Counsel
Internal Revenue Service
110 City Pkwy
Las Vegas, NV 89106

Internal Revenue Service
Ogden, UT 84201

FHA/HUD
District Office
333 N Rancho Dr #700
Las Vegas, NV 89106-3797

Dept of Veterans Affairs
Loan Service and Claims
3225 N Central Ave
Phoenix, AZ 85012

Clark County Treasurer
c/o Bankruptcy Clerk
PO Box 551220
Las Vegas, NV 89155-1220

Clark County Assessor
C/o Bankruptcy Clerk
PO Box 551401
Las Vegas, NV 89155-1401

Don Tomlin
c/o David W. Mounier
15136 Sky High Rd
Escondido, CA 92025

Maryetta Bowman
534 Enchanted Lakes Dr
Henderson, NV 89052

Edward W. Homfeld
Homfeld II, LLC
777 S Federal Hwy Ste N-409
Pompano Beach, FL 33062

| | | |
|---|---|---|
| RJ Rocco<br>12617 Cottageville Ln<br>Keller, TX 76248 | Margie Gandolfo<br>1724 Arrow Wood Dr<br>Reno, NV 89521 | Janny Catharina Brouwer<br>2533 Kinnard Ave<br>Henderson, NV 89074 |
| Michael R. Shuler<br>c/o Jay R. Eaton, Eaton & O'Leary<br>115 Grove Ave<br>Prescott, AZ 86301 | Kermit Kruse<br>2710 Albany Ave<br>Davis, CA 95616 | Martin B. Weiss, Esq.<br>The Garrett Group, LLC<br>1 Betterworld Cir Ste 300<br>Temecula, CA 92590 |
| Attila Jefzenszky<br>1720 Colavita Way<br>Reno, NV 89521 | Vince Danelian<br>c/o Edward J. Hanigan, Esq.<br>199 N Arroyo Grande Blvd #200<br>Henderson, NV 89074 | Paul & Donna Jacques<br>810 SE 7 St, A103<br>Deerfield Beach, FL 33441 |
| Peter Bolino<br>17412 Serene Dr<br>Morgan Hill, CA 95037 | Sean Najarian Esq.<br>The Najarian Law Firm<br>283 S Lake Ave Ste 205<br>Pasadena, CA 91101 | Gilbert B. Weisman<br>Becket and Lee LLP<br>P. O. box 3001<br>Malvern, PA 19255-0701 |
| Nicholas J. Santoro<br>400 S 4 St 3d Fl<br>Las Vegas, NV 89101 | Jed A. Hart<br>Angelo, Gordon & Co.<br>245 Park Avenue, 26th Floor<br>New York, NY 101067 | Bradley J. Stevens<br>3300 N Central Ave #1800<br>Phoenix, AZ 85012 |
| CiCi Cunningham, James A. Kohl<br>Christine Roberts<br>Rawlings, Olson, et al<br>9950 W. Cheyenne Ave.<br>Las Vegas, NV 80129 | Richard Mason, et al<br>McGuire Woods, LLP<br>77 W. Wacker, Dr., Ste 4100<br>Chicago, IL 60601 | Donal T. Polednak<br>7371 Pairie Falcon, Suite 120<br>Las Vegas, NV 89128 |
| Bay Communities<br>c/o Chris el<br>4800 No. Federal Hwy, Ste A205<br>Boca Raton, FL 33431 | Andrew Welcher<br>c/o Norman Cormany et al<br>Attn: Wm. E. Winfield, Esq.<br>P. O. Box 9100<br>Oxnard, CA 93031 | Robert Verchota, R&N Real Est.<br>c/o Jeffrey A Cogan<br>3990 Vegas Drive<br>Las Vegas, NV 89109 |
| Evan Beavers<br>1625 Hwy 88, #304<br>Minden, NV 89423 | Joshua D. Brysk<br>Law Offices of James G Schwartz<br>7901 Stoneridge Dr Ste 401<br>Pleasanton, CA 94588 | Breck E. Milde<br>60 S Market St Ste 200<br>San Jose, CA 95113 |
| Douglas M. Monson<br>Ray Quinney & Nebeker PC<br>36 S State St Ste 1400<br>PO Box 45385<br>Salt Lake City, UT 84145-0385<br>Ray Quinney & Nebeker PC | 36 S State St Ste 1400<br>PO Box 45385<br>Salt Lake City, UT 84145 | Michael M. Schmahl<br>McGuire Woods LLP<br>77 W Wacker Dr Ste 4100<br>Chicago, IL 60601 |
| James G. Schwartz<br>7901 Stoneridge Dr #401<br>Pleasanton, CA 94588 | Patricia K. Smoots<br>318 N Grove<br>Oak Park, IL 60302 | Thomas W. Stilley<br>1000 SW Broadway #1400<br>Portland, OR 97205 |

Steven C. Strong
Ray Quinney & Nebeker PC
36 S State St Ste 1400
Salt Lake City, UT 84145-0385

Gregory J. Walch
400 S 4 St 3d Fl
Las Vegas, NV 89101

William E. Winefield
PO Box 9100
Oxnard, CA 93031

Marion E. Wynne
Wilkins Bankester Biles & Wynne
PO Box 1367
Fairhope, AL 36533-1367

Greg Garman
3960 Howard Hughes Pkwy
9th Fl
Las Vegas, NV 89109

Scott K. Canepa
Canepa, Riedy & Rubino
851 S Rampart Blvd #160
Las Vegas, NV 89145

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111