# ROBERT C. LePOME

ATTORNEY AT LAW
THE PHOENIX BUILDING   SUITE 1100B
330 SOUTH THIRD STREET
LAS VEGAS, NEVADA 89101
TELEPHONE (702) 385-5509
FAX (702) 385-3417
www.robertlepome.com

June 30, 2006

Lenard E. Schwartzer
Jeanette E McPherson
2850 South Jones Blvd, Suite 1
Las Vegas, NV 89146

                         Request for copy of certain Hilco appraisals
                         concerning USA Mortgage Direct Lenders

Dear Lenard and Jeanette,

As you know I represent Dr. Alexander and other clients identified pursuant to rule 2019 as detailed in Court Docket #650. I have requested the appraised value from Gordon and Silver who represents the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company. A copy of that letter is enclosed. No response.

It may be that Gordon and Silver has not responded either because they do not have the figures or because they have yet to execute a Confidentiality Agreement as required by Order of the court entered on June 27, 2006 as Document # 803. Hopefully this letter will suffice as a confidentiality agreement between the undersigned and the Debtor.

As you may know, I am a retired Lt. Col. USAFR and held a security clearance in excess of Confidential for more than 24 years (and still hold it in the event that I am recalled).

If you will be so kind as to insert the appraised values in the space provided on the attached list and deliver it to me personally by courier, I shall divulge the information to no one without the written consent of yourself or the court which may approve any such request in chambers. The document which I receive will be handled in accordance with a U.S. National Security rating of "Confidential". My clients will not have a "need to know" the numbers, but I need to know in order to properly advise them.

Very truly yours,

*[signature]*

Robert C. LePome

EXHIBIT "A"





EXHIBIT "A"

| Loan Name | Loan Balance | Summary Appraisal |
|---|---|---|
| 60th Street Venture, LLC | 3,700,000 | |
| 6425 Gess, LTD | 26,500,000 | |
| Amesbury/Hatters Point | 18,672,455 | |
| Ashby Financial $7,200,000 | 7,200,000 | |
| BarUSA/$15,300,000 | 15,300,000 | |
| Bay Pompano Beach, LLC | 15,394,550 | |
| Beau Rivage Homes/$8,000,000 | | |
| Brookmere/Matteson $27,050,000 | 5,904,394 | |
| Bundy Canyon $2,500,000 | 2,300,000 | |
| Cabernet Highlands, LLC | 3,000,000 | |
| Castaic Partners II, LLC | 5,600,000 | |
| Charlevoix Homes, LLC | 3,400,000 | |
| Comman Toltec 160, LLC | 6,375,000 | |
| Del Valle - Livingston | 19,250,000 | |
| Del Valle - Isleton | | |
| Eagle Meadows Development | 31,050,000 | |
| Elizabeth May Real Estate, LLC | 10,050,000 | |
| Fiesta Murrieta | 6,500,000 | |
| Fiesta USA/Stoneridge | 10,000,000 | |
| Foxhill 216, LLC | 25,980,000 | |
| Gateway Stone | 13,185,000 | |
| Glendale Tower Partners, L.P. | 6,500,000 | |
| Gramercy Court Condos | 34,884,500 | |
| Harbor Georgetown, LLC | 8,800,000 | |
| Hasely Canyon | 11,700,000 | |

Exhibit "A"

| | | |
|---|---|---|
| HFA - Rivera Homes for America Holdings, LLC | | |
| HFA - Clear Lake LLC | 16,050,000 | |
| HFA - North Yonkers | | |
| HFA - Rivera 2nd | | |
| HFA - Windham | 5,550,000 | |
| Huntsville | 10,475,000 | |
| I-40 Gateway West, LLC | 4,530,000 | |
| J. Jireh's Corporation | 8,825,000 | |
| La Hacienda Estate, LLC | 6,255,000 | |
| Lake Helen Partners | 3,129,499 | |
| Lerin Hills, LTD | 10,350,000 | |
| Margarita Annex | 12,000,000 | |
| Marlton Square | 30,000,000 | |
| Maquis Hotel | 13,500,000 | |
| Mountain House Business Park | 16,800,000 | |
| Oak Shores II | 12,150,000 | |
| Ocean Atlantic | 2,700,000 | |
| Palm Harbor One, LLC | 28,480,000 | |
| Placer Vineyards | 31,500,000 | |
| Placer Vineyards 2nd | 6,500,000 | |
| Preserve at Galleria, LLC | 4,356,000 | |
| Rio Rancho Executive Plaza, LLC | 2,250,000 | |
| Roam Development Group L.P. | 26,251,945 | |
| Shamrock Tower, LP | 10,500,000 | |
| SVRB $4,500,000 | 1,424,081 | |
| Tapia Ranch | 22,000,000 | |

EXHIBIT "A"

| Universal Hawaii paid off | TBD | |
|---|---|---|
| Wasco Investments | 6,450,000 | |

EXHIBIT A

**ROBERT C. LePOME**

ATTORNEY AT LAW
THE PHOENIX BUILDING    SUITE 1100B
330 SOUTH THIRD STREET
LAS VEGAS, NEVADA 89101
TELEPHONE (702) 385-5509
FAX (702) 385-3417
www.robertlepome.com

June 26, 2006

Gregory E. Garman, Esq.
3960 Howard Hughs Pkwy., 9th Floor
Las Vegas, NV 89109

Re: Summary Appraisals

Dear Mr. Garman:

We represent clients as outlined in our rule 2019 disclosure filed as documents #650. Our clients own fractional interests in the enclosed 52 properties. Please forward a copy of the summary appraisal, or at least fill in the amounts on the chart enclosed. Thank you for your early response.

Very truly yours,

Robert C. LePome, Esq.

RCL/tr

EXHIBIT A

| Loan Name | Loan Balance | Summary Appraisal |
|---|---|---|
| 60th Street Venture, LLC | 3,700,000 | |
| 6425 Gess, LTD | 26,500,000 | |
| Amesbury/Hatters Point | 18,672,455 | |
| Ashby Financial $7,200,000 | 7,200,000 | |
| BarUSA/$15,300,000 | 15,300,000 | |
| Bay Pompano Beach, LLC | 15,394,550 | |
| Beau Rivage Homes/$8,000,000 | | |
| Brookmere/Matteson $27,050,000 | 5,904,394 | |
| Bundy Canyon $2,500,000 | 2,300,000 | |
| Cabernet Highlands, LLC | 3,000,000 | |
| Castaic Partners II, LLC | 5,600,000 | |
| Charlevoix Homes, LLC | 3,400,000 | |
| Comman Toltec 160, LLC | 6,375,000 | |
| Del Valle - Livingston | 19,250,000 | |
| Del Valle - Isleton | | |
| Eagle Meadows Development | 31,050,000 | |
| Elizabeth May Real Estate, LLC | 10,050,000 | |
| Fiesta Murrieta | 6,500,000 | |
| Fiesta USA/Stoneridge | 10,000,000 | |
| Foxhill 216, LLC | 25,980,000 | |
| Gateway Stone | 13,185,000 | |
| Glendale Tower Partners, L.P. | 6,500,000 | |
| Gramercy Court Condos | 34,884,500 | |
| Harbor Georgetown, LLC | 8,800,000 | |
| Hasely Canyon | 11,700,000 | |

EXHIBIT "A"

| | | |
|---|---|---|
| HFA - Rivera Homes for America Holdings, LLC | | |
| HFA - Clear Lake LLC | 16,050,000 | |
| HFA - North Yonkers | | |
| HFA - Rivera 2nd | | |
| HFA - Windham | 5,550,000 | |
| Huntsville | 10,475,000 | |
| I-40 Gateway West, LLC | 4,530,000 | |
| J. Jireh's Corporation | 8,825,000 | |
| La Hacienda Estate, LLC | 6,255,000 | |
| Lake Helen Partners | 3,129,499 | |
| Lerin Hills, LTD | 10,350,000 | |
| Margarita Annex | 12,000,000 | |
| Marlton Square | 30,000,000 | |
| Maquis Hotel | 13,500,000 | |
| Mountain House Business Park | 16,800,000 | |
| Oak Shores II | 12,150,000 | |
| Ocean Atlantic | 2,700,000 | |
| Palm Harbor One, LLC | 28,480,000 | |
| Placer Vineyards | 31,500,000 | |
| Placer Vineyards 2nd | 6,500,000 | |
| Preserve at Galleria, LLC | 4,356,000 | |
| Rio Rancho Executive Plaza, LLC | 2,250,000 | |
| Roam Development Group L.P. | 26,251,945 | |
| Shamrock Tower, LP | 10,500,000 | |
| SVRB $4,500,000 | 1,424,081 | |
| Tapia Ranch | 22,000,000 | |



EXHIBIT "A"

| | | |
|---|---|---|
| Universal Hawaii | TBD | |
| Wasco Investments | 6,450,000 | |

Exhibit "A"