Parsons, Behle & Latimer
Nancy L. Allf, Bar No. 0128
Timothy P Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702) 599-6000
nallf@parsonsbehle.com

Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
robert@robertlepome.com

Attorneys for Alexander et, al.

E-filed on July 13, 2006

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
|        Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
|        Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
|        Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
|        Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) | |
|        Debtor | ) | |
| Affects: | ) | |

■ All Debtors                              )
☐ USA Commercial Mortgage Co.              )
☐ USA Securities, LLC                      )
☐ USA Capital Realty Advisors, LLC    )    DATE:    August 16, 2006
☐ USA Capital Diversified Trust Deed  )    TIME:    9:30 AM
☐ USA First Trust Deed Fund, LLC      )
_____)

### NOTICE OF MOTION TO OBTAIN INFORMATION

TO:   ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that a Motion to Obtain Information has been filed on July 13, 2006 by Robert C. LePome, Esq.  You may examine the court file which contains petition for particulars.

Any opposing memorandum must be served and filed within fifteen (15) days after service of this notice and Motion.  In the absence of any opposition, the Court may grant the Application (Local Rule 16).

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will held before a United States Bankruptcy Judge in United States Bankruptcy Courtroom 1, located in the Foley Federal Building, 300 S. Las Vegas Blvd., 3rd Floor, Las Vegas, Nevada

. . .

. . .

. . .

. . .

. . .

. . .

. . .

on the 16th day of August, 2006 at the hour of 9:30 A.M.

   /s/ Robert C. LePome, Esq.
Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
Nevada Bar #1980
(702) 385-5509

and

Parsons, Behle & Latimer
Nancy Allf, Esq., Bar #0128
Timothy P. Thomas, Bar #5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101