**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on July 13, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | Date: N/A<br>Time: N/A<br>**Affecting:** |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | × All Cases<br>or Only:<br>¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC**<br>06-10729 | ¨ USA Capital Diversified Trust Deed Fund, LLC |
| **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

    A) Response to Supplement Brief and Request for Ruling on Issue of Law [DE 867].

1742363.1



2. I Served the above-named document by the following means to the persons as listed below:

    A) ECF System to the persons listed on Exhibit A on July 13, 2006;

    B) Email or U.S. Mail, postage prepaid mail on July 13, 2006 to all persons listed on the Master Service List on file with this Court not included in A).

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of July, 2006.

          /s/ Christine E. Laurel
          Christine E. Laurel

1742363.1