**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on July 14, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>**USA Commercial Mortgage Company**<br>06-10725 – Lead Case<br><br>**USA Capital Realty Advisors, LLC**<br>06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>06-10728<br><br>**USA Capital First Trust Deed Fund, LLC**<br>06-10728<br><br>**USA Securities, LLC**<br>06-10729<br>Debtors. | Jointly Administered<br><br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>**NOTICE OF CHANGE OF ZIP CODE FOR LEWIS AND ROCA LLP**<br><br>Date: July 25, 2006<br>Time: 9:30 a.m.<br>**Affecting:**<br>☒ All Cases<br>or Only:<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |
|---|---|

Lewis and Roca LLP, attorneys for Official Committee of Unsecured Creditors, provides this notice that effective July 1, 2006, the zip code for Lewis and Roca LLP's address in Las Vegas has changed to 89169-0961. The street address, telephone and fax numbers and email addresses remain unchanged.

203220.1



Dated July 14, 2006.

LEWIS AND ROCA LLP

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee*

2

203220.1