1  LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
   LIONEL SAWYER & COLLINS
2  1700 Bank of America Plaza            E-Filed on  July 17, 2006
   300 South Fourth Street
3  Las Vegas, NV  89101
   Telephone:  (702) 383-8888
4  Facsimile:  (702) 383-8845
   Email:  Ldavis@lionelsawyer.com
5
   Attorneys for SCOTT K. CANEPA
6
                    UNITED STATE BANKRUPTCY COURT
7                        DISTRICT OF NEVADA
8
   In re:                              )   Case No. BK-S-06-10725-LBR
9                                      )   Case No. BK-S-06-10726-LBR
   USA COMMERCIAL MORTGAGE COMPANY,    )   Case No. BK-S-06-10727-LBR
10                                     )   Case No. BK-S-06-10728-LBR
            Debtor.                    )   Case No. BK-S-06-10729-LBR
11 _____)
   In re:                              )   Chapter 11
12 USA CAPITAL REALTY ADVISORS, LLC,   )
                                       )   **Jointly Administered Under**
13          Debtor.                    )   **Case No. BK-S-06-10725-LBR**
   _____ )
14 In re:                              )
   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, )
15                                     )
            Debtor.                    )
16 _____)
   In re:                              )
17 USA CAPITAL FIRST TRUST DEED FUND, LLC, )
                                       )
18          Debtor.                    )
   _____)
19 In re:                              )
   USA SECURITIES, LLC,                )
20                                     )
            Debtor.                    )
21 _____)
   Affects:                            )
22        [ ] All Debtors             )
          [x] USA Commercial Mortgage Company    )
23        [ ] USA Securities, LLC     )   Date:   July 25, 2006
          [ ] USA Capital Realty Advisors, LLC   )   Time:   9:30 a.m.
24        [ ] USA Capital Diversified Trust Deed Fund, LLC  )
          [ ] USA First Trust Deed Fund, LLC    )
25 _____)
26              **NOTICE OF HEARING RE: CANEPA OBJECTION
27     TO PROPOSED ORDER AND PROPOSED ALTERNATIVE ORDER RE:
          MOTION FOR RELIEF FROM THE AUTOMATIC STAY
          TO TERMINATE LOAN SERVICING AGREEMENT
28  FOR DIRECT LOAN TO BOISE/GOWAN, LLC [Affects USA Commercial Mortgage]**

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA
PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

NOTICE IS HEREBY GIVEN that on July 25, 2006, at 9:30 a.m., the Bankruptcy Court will hear Scott K. Canepa's Objection to the Order Preliminarily Denying Motion for Relief from the Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan, LLC and Continuing Hearing to August 4, 2006 [Docket No. 804], and Mr. Canepa's proposed alternative Order Re: Motion for Relief From Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan, LLC.

Any Opposition must be filed pursuant to Local Rule 9013(e)(1), which states:

> Except for motions made pursuant to Fed. R. Bankr. P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (eighteen (18) days if service of the motion is by mail pursuant to FRBP 9006(e)&(f)), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule.

If an objection is not timely filed and served, the relief requested may be granted without a hearing. LR 9013(a)(1) and LR 9013(c)(1)(E).

NOTICE IS FURTHER GIVEN that the hearing will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on July 25, 2006, at the hour of 9:30 a.m. before the Honorable Linda B. Riegle.

DATED: July 17, 2006.

LIONEL SAWYER & COLLINS

/s/ Laurel E. Davis

By: _____
LAUREL E. DAVIS
300 South Fourth Street
1700 Bank of America
Las Vegas, Nevada 89101

Attorneys for SCOTT K. CANEPA

Lionel Sawyer & Collins
1700 Bank of America
Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Phone 702.383.8888
Fax 702.383.8845

-2-