Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON JULY 17, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON "ORDER PRELIMINARILY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, LLC AND CONTINUING HEARING TO AUGUST 4, 2006[AFFECTS USA COMMERCIAL MORTGAGE CO.]"** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: July 25, 2006<br>Time: 9:30 a.m. |

1.  On July 17, 2006 I served the following document(s):

    a.  NOTICE OF HEARING ON "ORDER PRELIMINARILY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, LLC AND CONTINUING HEARING TO AUGUST 4, 2006[AFFECTS USA COMMERCIAL MORTGAGE CO.]"

2.  I served the above-named document(s) by the following means to the persons as listed below:

☒   a.  **By ECF System**:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith!@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FEL!L    BA!NKRUPTCY NOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

2  CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
3  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

4  GERALD M GORDON    bankruptcynotices@gordonsilver.com

5  TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

6  MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

7  EDWARD J. HANIGAN !    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

8  XANNA R. HARDMAN    xanna.hardman@gmail.com,

9  STEPHEN R HARRIS    noticesbh&p@renolaw.biz

10 CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

11 EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

12 ANNETTE W JARVIS    ,

13 TY E. KEHOE    TyKehoeLaw@aol.com

14 ROBERT R. KINAS    rkinas@swlaw.com,
15 mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

16 NILE LEATHAM !    nleatham@klnevada.com, ckishi@klnevada.com;ban! kruptcy@ klnevada.com

17 ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

18 REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

19 WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

20 RICHARD MCKNIGHT    mcknightlaw@cox.net,
21 gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

22 SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
23

24 DAVID MINCIN!    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
25

26 JOHN F MURTHA    jmurtha@woodburnandwedge.com

27 ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

28 BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  DONNA M. OSBORN    jinouye@marquisaurbach.com,
2  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

   DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
3
   PAUL C RAY    info@johnpeterlee.com
4
   SUSAN! WILLIAMS SCANN &! nbsp &nb sp sscann@deanerlaw.com, palexander@deanerlaw.com
5
6  SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
   aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@
7  sheacarlyon.com;rsmith@sheacarlyon.com

8  JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

9  PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

10  JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

11  CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

12  U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

13  JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

14  MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com
15  ☐    b.    **By United States mail, postage fully prepaid**:

16  ☐    c.    **By Personal Service**
            I personally delivered the document(s) to the persons at these addresses:
17          ☐    For a party represented by an attorney, delivery was made by handing the
18  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
    other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
19  in the office.
            ☐    For a party, delivery was made by handing the document(s) to the party or by
20  leaving the document(s) at the person's dwelling house or usual place of abode with someone of
    suitable age and discretion residing there.
21
22  ☐    d.    **By direct email (as opposed to through the ECF System)**
            Based upon the written agreement to accept service by email or a court order, I
23  caused the document(s) to be sent to the persons at the email addresses listed below.  I did not
    receive, within a reasonable time after the transmission, any electronic message or other indication
24  that the transmission was unsuccessful.

25
26  ☐    e.    **By fax transmission**
            Based upon the written agreement of the parties to accept service by fax
27  transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
    below.  No error was reported by the fax machine that I used.  A copy of the record of the fax
28  transmission is attached.

☐     f.     **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     July 17, 2006

| LIA DORSEY | /s/     *LIA DORSEY* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |