**LEWIS AND ROCA LLP LAWYERS**

E-Filed on July 17, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | **APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF SIERRA CONSULTING GROUP, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10728 | |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | |
| **USA Securities, LLC**<br>06-10729 | |
| **Debtors.** | |
| | Date:  July 25, 2006<br>Time:  9:30 a.m. |
| | **OST REQUESTED**<br>**Affecting:**<br>¨  All Cases<br>**or Only:**<br>⨯  USA Commercial Mortgage Company<br>¨  USA Capital Realty Advisors, LLC<br>¨  USA Capital Diversified Trust Deed Fund, LLC<br>¨  USA Capital First Trust Deed Fund, LLC |

**TO THE HONORABLE LINDA B. RIEGLE, U.S. BANKRUPTCY JUDGE:**

1753119.1

The Official Unsecured Creditors' Committee for USA Commercial Mortgage Company (the "Committee"), appointed in the above bankruptcy case (the "Case") respectfully requests that the Court approve the employment and retention of Sierra Consulting Group, LLC ("Sierra") as financial advisors to the Committee. In support of this application, the Committee respectfully states as follows:

## I. BACKGROUND

1. On April 13, 2006 (the "Petition Date") USA Commercial Mortgage Company ("USACM"), USA Capital Diversified Trust Deed Fund, LLC ("Diversified"), USA Securities, LLC ("Securities"), USA Capital Realty Advisors, LLC ("Realty") and USA Capital First Trust Deed Fund, LLC (First), ("USACM" and collective with Diversified, Securities, Realty and First, the "Debtors") filed voluntary petitions for relief under chapter 11 of the U.S. Bankruptcy Code ("Bankruptcy Code").

2. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3. On May 10, 2006, the Office of the United States Trustee (the "U.S. Trustee") appointed the following four committees in the Debtors' Cases:

    a. The Official Unsecured Creditors Committee for USACM;

    b. The Official Committee of Holders of Executory Contract Rights through USA Mortgage (the "Direct Lenders' Committee");

    c. The Official Committee of Equity Security Holders of USA First (the "USA First Committee"); and

    d. The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "USA Capital Diversified Committee").

4. Pursuant to an Interim Order dated April 19, 2006, Mesirow Financial Interim Management LLC has been employed as Chief Restructuring Officer for the Debtors and Debtors in Possession. FTI Consulting, Inc., was employed as Financial

Advisors to the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, Nunc Pro Tunc as of June 9, 2006 by order dated June 22, 2006. The Application of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Order Authorizing Employment and Retention of Alvarez & Marsal, LLC as Its Financial and Real Estate Advisor Nunc Pro Tunc to June 1, 2006 was approved by order dated June 23, 2006.

5. The Committee had considered retaining financial advisors for some time. The Committee interviewed candidates on July 11, 2006, and thereafter the Committee formally decided to retain Sierra.

## II. JURISDICTION

6. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is 11 U.S.C. § 1103(a).

## III. RELIEF REQUSTED

7. By this Application, the Committee seeks to employ and retain Sierra pursuant to § 1103(a) of the Bankruptcy Code to perform financial advisory services for the Committee in the Case.

8. The Committee is familiar with the professional standing and reputation of Sierra. The Committee understands and recognizes that Sierra has a wealth of experience in providing financial advisory services in restructuring and reorganization, and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

9. The services of Sierra are deemed necessary to enable the Committee to assess and monitor the efforts of the Debtors and their professional advisors to maximize the value of their respective estates and to generate the greatest possible return to

1753119.1

unsecured creditors of USACM. Further, Sierra is well qualified and able to represent the Committee in a cost-effective, efficient and timely manner.

## IV. SCOPE OF SERVICES

10. Sierra will provide such consulting and advisory services to the Committee and its legal advisors as they deem appropriate and feasible in order to advise the Committee in the course of the Case included but not limited to the following:

- Perform historic financial analyses and review of the USACM books and records;

- Assist in analyzing the loans, assets and other liabilities of USACM;

- Develop recommendations on loans that may require additional funding or disposition;

- Assist the Debtor and the Committee in identifying sources of capital if necessary;

- Assist the Committee and counsel in developing positions and strategies with respect to various facets of these proceedings;

- Work with the Debtors' financial advisor and counsel in developing a plan of reorganization and perform feasibility, liquidation and other analyses as may be required;

- Prepare interim reporting packages to be distributed to Committee members and any other interested creditor of USACM;

- Assist in determining the liabilities of USACM as of the filing;

- Perform financial review of the proceeds that were distributed to the various parties and assist in the development of a strategy to recoup those proceeds;

- Assist in identifying and pursuing any other assets and potential causes of action that the Committee may seek to recover; and

- Perform any other services that the Committee and Sierra mutually agree upon.

11. In light of the employment of Mesirow, FTI and Alvarez & Marsal in the cases, the Committee intends to limit Sierra's work to those non-duplicative issues material to unsecured creditors. Unfortunately, to the extent that the Diversified and Fund

Committees are not willing to commit to share the fruits of their financial advisors' work product, some overlap may be inevitable.

## V.  ELIGIBILITY FOR EMPLOYMENT

12. Sierra has informed the Committee that, except as may be set forth in the affidavit of Edward M. Burr (the "Burr Affidavit") filed simultaneously herewith and incorporated for all purposes herein by this reference, Sierra does not represent or have any connection with any other entity having an adverse interest in connection with these cases, and therefore believes it is eligible to represent the Committee under 11 U.S.C. § 1103(b) of the Bankruptcy Code.

13. Sierra will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exits or arise.  If any new material facts or relationships are discovered, Sierra will supplement its disclosure to the Court.

14. Sierra has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with this case.

## VI.  TERMS OF RETENTION

15. Sierra is not owed any amounts with respect to pre-petition fees and expenses.

16. The Committee understands that Sierra intends to apply to the Court for allowance of compensation and reimbursement of its expenses for its financial advisory support services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, orders of this Court and guidelines established by the U.S. Trustee.  The customary hourly rates subject to periodic adjustments charged by Sierra professionals anticipated to be assigned to this case are as follows:

        Principals                $295 per hour

        Directors                 $250 per hour

1753119.1

| | |
|---|---|
| Associates | $200 per hour |
| Para Professionals | $100 per hour |

17. Sierra acknowledges that the approval of this Application does not indicate Court approval of such rates.

18. There is no agreement or understanding between Sierra and any other entity for the sharing of compensation to be received for services rendered in or in connection with the Case, except as permitted under Bankruptcy Code § 504(b)(1). No compensation will be paid to Sierra except as authorized by order of this Court after notice and an opportunity for hearing.

## VII.  NO PRIOR REQUEST

19. No prior Application for the relief requested herein has been made to this or any other Court.

## VIII.  CONCLUSION

**WHEREFORE**, the Committee respectfully requests the Court to enter an Order authorizing the Committee to employ and retain Sierra as financial advisors for the Committee for the purposes set forth above, and grant such further relief as is just and proper.

RESPECTFULLY SUBMITTED July 17, 2006.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
　　Susan M. Freeman
　　Rob Charles
*Attorneys for Official Unsecured Creditors Committee for USA Commercial Mortgage Company*

6

1753119.1