Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                Debtor. | Date: August 4, 2006<br>Time: 10:00 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>                                                                Debtor. | **SUPPLEMENT TO DEBTORS' MOTION TO DISTRIBUTE FUNDS** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA First Trust Deed Fund, LLC | **(AFFECTS USA COMMERCIAL MORTGAGE, USA CAPITAL DIVERSIFIED TRUST DEED FUND, AND USA CAPITAL FIRST TRUST DEED FUND)** |

1   USA Commercial Mortgage Company ("USA"), USA Capital Diversified Trust Deed
2 Fund, LLC ("Diversified Fund"), and USA Capital First Trust Deed Fund, LLC ("FTD Fund")
3 (collectively, the "Debtors") respectfully submit this Supplement to the Debtors' Motion to
4 Distribute Funds, which was filed July 7, 2006 (docket # 847) (the "Motion to Distribute").

5   As contemplated in paragraph 8 of the Motion to Distribute, USA recently prepared and
6 mailed out statements to Direct Lenders indicating their positions as of the Petition Date with
7 respect to each of the Serviced Loans in which each Direct Lender invested.  After accomplishing
8 that task, USA has continued to update the loan records and post the post-petition servicing and
9 collection activities through June 30, 2006.  USA currently projects that it will have Direct Lender
10 Statements as of June 30, 2006 ready to mail out to the Direct Lenders on or about July 19, 2006.

11   The aggregate amount proposed to be distributed from the Collection Account to Direct
12 Lenders in the first post-petition distribution to be made pursuant to the Motion to Distribute, as
13 explained on pages 5-6 (and elsewhere) in the Motion to Distribute, is the sum of the amounts
14 proposed to be distributed to each Direct Lender by account number (legal vesting name), which
15 in turn is the net of the amounts shown on Line 12 of the Direct Lender Statement(s) as of June 30,
16 2006, for each Direct Lender by account number.  (Note, however, that only net positive amounts
17 per Direct Lender are added together in arriving at the proposed aggregate distribution; net
18 negative amounts, if any, are not reflected in the aggregate distribution figure).  Based on the loan
19 reconciliations performed through June 30, 2006, and consistent with the Direct Lender
20 Statements through June 30, 2006 that will be mailed out shortly to Direct Lenders, the aggregate
21 amount of the initial distribution proposed in the Motion to Distribute is approximately $64.7
22 million.[1]  This proposed distribution does not take into account any potential netting among
23 accounts of Direct Lenders under different vesting names.

24   The Court should note that this proposed distribution from the Collection Account to

---

1. This number, the amount to be distributed to the Direct Lenders, and the amount to be distributed to the FTD Fund are approximate because USA expects there to be some questions raised and adjustments made to the individual loan reconciliations as of June 30, 2006.  Therefore, the numbers will change before checks are issued.

Direct Lenders will include a distribution of approximately $1.8 million to the FTD Fund.[2] This amount, less appropriate reserves for potential claims and administrative expenses, is proposed to be distributed to the members of the FTD Fund. Because the net amount from Line 12 of the various Direct Lender Statements for the Diversified Fund is negative, there will be no similar distribution to the Diversified Fund at this time, and there will be no distribution the members of the Diversified Fund on account of their membership interests at this time.

For purposes of the initial distribution proposed by the Motion to Distribute, a Diversified Fund Members' membership (equity) interest in the Diversified Fund and the negative balance of the Diversified Fund will not affect their individual distribution as a Direct Lender. Likewise, the initial distribution to a FTD Fund member will not be reduced by any net negative balance reflected on the Direct Lender Statements by such member as a Direct Lender.

Respectfully submitted this 17th day of July, 2006.

    /s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

---

2. The Diversified Fund has a negative balance of approximately $3 million and it will receive no distribution at this time.