WHITNEY B. WARNICK, ESQ.
Nevada Bar No. 001573
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 South Rancho Drive, Suite D-4
Las Vegas, NV 89106
(702) 384-7111
*Attorneys for Michael & Carol Hedlund*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

USA COMMERCIAL MORTGAGE COMPANY,

　　　　　Debtor.

Case No. 06-10725-LBR
Chapter   11

### REQUEST FOR SPECIAL NOTICE

TO:   CLERK OF THE BANKRUPTCY COURT; and

TO:   ALL INTERESTED PARTIES.

REQUEST IS HEREBY MADE on behalf of Creditor, MICHAEL & CAROL HEDLUND, that all notices and copies of all documents and pleadings, including adversary pleadings, filed herein be sent to the following counsel:

WHITNEY B. WARNICK, ESQ.
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106

DATED this 17 day of July, 2006.

ALBRIGHT, STODDARD, WARNICK
& ALBRIGHT

By: _____
WHITNEY B. WARNICK, ESQ.
Nevada Bar No. 001573
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
(702) 384-7111
*Attorneys for Michael & Carol Hedlund*

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of Albright, Stoddard, Warnick & Albright, and that I mailed a true and correct copy of the foregoing REQUEST FOR SPECIAL NOTICE this __18__ day of July, 2006, in the above-entitled matter, in the United States Mail, in Las Vegas, Nevada, enclosed in a sealed envelope with postage fully prepaid thereon, via first class mail, and addressed to the following:

Annette W. Jarvis, Esq.
P. O. Box 45385
Salt Lake City, UT 84145

Douglas M. Monson, Esq.
Steven C. Strong, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145

Jeanette E. McPherson, Esq.
2850 South Jones Blvd., #1
Las Vegas, NV 89146

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Stutman, Treister & Glatt Professional Corporation
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Candace C. Carlyon, Esq.
Shawn M. Miller, Esq.
Shlomo S. Sherman, Esq.
Shea & Carlyon, Ltd.
233 South 4th Street, Second Floor
Las Vegas, NV 89101

Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Talitha B. Gray, Esq.
Thomas H. Fell, Esq.
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89109

Bob L. Olson, Esq.
530 Las Vegas Blvd., South
Las Vegas, NV 89101

2

Robert Charles, Esq.
Lewis and Roca LLP
1 South Church Avenue, #700
Tucson, AZ 85701

*Elizabeth Stessel*
An employee of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

3