Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON JULY____, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                  Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                  Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                  Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                  Debtor. | **APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY DAVID W. HUSTON AS SPECIAL CONFLICTS COUNSEL UNDER GENERAL RETAINER**<br>**[AFFECTS USA COMMERCIAL MORTGAGE COMPANY]**<br><br>Date: N/A<br>Time: N/A |
| In re:<br>USA SECURITIES, LLC,<br>                                                  Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

The Application of USA COMMERCIAL MORTGAGE COMPANY ("USACM") to retain and employ David W. Huston, Esq. as Special Conflicts Counsel in matters under general retainer represents:

1. USACM filed a petition for relief under Chapter 11 of the Bankruptcy Code on April 13, 2006.

2. USACM wishes to employ David W. Huston, Esq. ("Huston") as special counsel herein in matters where USACM's bankruptcy counsel, Ray, Quinney & Nebeker and Schwartzer & McPherson Law Firm have a conflict of interest or an appearance of a conflict of interest. In particular, USACM wishes to employ Huston to bring an interpleader action in which USACM will be the plaintiff and USA Capital First Trust Deed Fund (the "FTDFund") will be a defendant. This interpleader action will be brought to determine the ownership of the funds in USACM's Investor Trust Account which contains approximately $1.7 million and against which there are approximately $3.4 million in claims by persons who either sold or purchased fractional interests in direct loan investments. USACM makes no claim against these funds. FTDFund has a claim for approximately $100,000 against these funds. Bankruptcy counsel for USACM believes that it would appear to be inappropriate for counsel, who also represents FTDFund in these proceedings, to represent either USACM or FTDFund in this litigation. Bankruptcy counsel will also ask that FTDFund be represented in this litigation by counsel for the Official Committee of Equity Security Interest Holders of FTDFund.

3. USACM has selected Huston for the reason that he has considerable experience in matters of the character for which he will be retained, and believes Huston is well qualified to represent it in this proceeding.

4. USACM desires to employ Huston as its counsel at the expense of the estate to advise USACM only in matters where USACM's bankruptcy counsel, Ray, Quinney & Nebeker and Schwartzer & McPherson Law Firm have a conflict of interest or an appearance of a conflict of interest such as in the interpleader action discussed above.

5. USACM proposes to retain Huston on the following basis: Huston will, pursuant to Bankruptcy Code Sections 330 and 331, petition the Court for an allowance of fees and will accept

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  such other fees as may be awarded by the Court. Huston expects that its compensation will be
2  based upon a combination of factors, including without limitation, experience of counsel, time
3  expended, results achieved, difficulty of matters undertaken billed at the rate of $300.00 for
4  Huston. Huston will not seek to raise his hourly rate for a minimum of six (6) months after the
5  date of the entry of the order approving its employment. Huston reserves the right to seek an
6  increase in hourly rates in accord with the U.S. Trustee's Guideline on this matter.

7      6.    Huston has no connections with parties in interest in this case and USACM does
8  not believe Huston represents any interest which would be adverse to it or the bankruptcy estate,
9  and his employment would be in the best interests of the estate. This application is accompanied
10 by the Declaration of Huston and it sets forth Huston's connections with USACM, creditors, and
11 other parties in interest, their respective attorneys and accountants, the United States Trustee, or
12 any person employed in the office of the United States Trustee. In addition to the names of all
13 Defendants hereinabove set forth, Exhibit A of the Declaration of Huston sets forth names
14 reviewed to identify any connection or relationship.

15     7.    Huston has received no retainer.

16     Wherefore, USACM prays for an Order of this Court authorizing it to retain and employ
17 David W. Huston, Esq. as Special Conflicts Counsel herein under a general retainer, with the
18 payment of fees subject to continuing review and approval of this Court, and that it have such
19 other and further relief as is just.

20 DATED: June_____, 2006                USA COMMERCIAL MORTGAGE COMPANY

                                         By_____
                                            Thomas J. Allison
                                            Chief Restructuring Officer

Prepared by

_____
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146
Attorneys for Debtors and Debtors-in-Possession

Employment Application Huston FINAL                                                         -3-

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122