Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON JUNE __, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>                                        Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | **DECLARATION OF DAVID W. HUSTON IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY DAVID W. HUSTON AS SPECIAL CONFLICTS COUNSEL UNDER GENERAL RETAINER** |
| In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | **[AFFECTS USA COMMERCIAL MORTGAGE COMPANY]** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: N/A<br>Time: N/A |

1

Employment Application Huston Declaration FINAL

DAVID W. HUSTON states and declares as follows:

1. I am an attorney and counselor at law, duly admitted to practice before all Courts of the State of Nevada and before the United States District Court for the District of Nevada.

2. I maintain an office at 601 South Seventh Street, 2nd Floor, Las Vegas NV 89101.

3. The Debtor, USA Commercial Mortgage Company ("USACM") wishes to retain me as Special Conflicts Counsel for matters in which its bankruptcy counsel, Ray, Quinney & Nebeker or Schwartzer & McPherson Law Firm would have a conflict or an appearance of a conflict. I am experienced in bankruptcy proceedings and am willing to accept as compensation such amounts as may hereafter be allowed by this Court, after notice and hearing. I am willing to accept as compensation such amounts as may hereafter be allowed by this Court, after notice and hearing.

4. My hourly rate is $300.00. I will not seek to raise my rate for a minimum of six (6) months after the date of the entry of the order approving its employment. I reserve the right to seek an increase in hourly rates in accord with the U.S. Trustee's Guideline on this matter.

5. I do not represent any interest that is adverse to USACM, its affiliated debtors, the bankruptcy estates, or any other party in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee in matters upon which I will be engaged as counsel. In addition to the names of all Defendants hereinabove listed, Exhibit A sets forth the names reviewed to identify any connection or relationship.

6. The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid.

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED: June 20th, 2006.

_____
DAVID W. HUSTON, ESQ.

E:\COMPLAINT062006\EmploymentApplicationHustonDeclarationDRAFT.doc
Received Time Jun. 20. 3:34PM

# EXHIBIT A

This information is being provided in connection with the Declaration of Dave W. Huston in support the Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ David W. Huston As Special Conflicts Counsel. The following names were reviewed to identify any connection or relationship:

| Name | Relationship |
|---|---|
| USA Commercial Mortgage Company | Debtor |
| USA Securities, LLC | Debtor |
| USA Capital Realty Advisors, LLC | Debtor |
| USA Capital Diversified Trust Deed Fund, LLC | Debtor |
| USA Capital First Trust Deed Fund, LLC | Debtor |
| USA Investment Partners, LLC | Affiliated Entities |
| USA Commercial Real Estate Group | Affiliated Entities |
| Joseph D. Milanowski | Owners/Directors |
| Thomas A. Hantges | Owners/Directors |
| Paul S. Hamilton | Owners/Directors |
| Ray Quinney & Nebeker | Outside Counsel |
| Nevada State Bank | Unsecured Creditors |
| Pecos Professional Park | Unsecured Creditors |
| Wells Fargo Bank | Unsecured Creditors |
| Bank of America | Unsecured Creditors |
| Haspinov, LLC. | Unsecured Creditors |
| USA Capital RE Group | Unsecured Creditors |
| Citibank | Unsecured Creditors |
| US Bank | Unsecured Creditors |
| Advanced Information Systems | Unsecured Creditors |
| Goold Patterson Ales & Day | Unsecured Creditors |
| West Coast Life Insurance Company | Unsecured Creditors |
| RD Advertising | Unsecured Creditors |
| Redwood Prop | Unsecured Creditors |
| Special Order Systems | Unsecured Creditors |
| Scotsman Publishing, Inc. | Unsecured Creditors |
| Mesirow Financial Consulting, LLC | Restructuring Consultants |