Parsons, Behle & Latimer  
Nancy L. Allf, Bar No. 0128  
Timothy P Thomas, Bar No. 5148  
411 E. Bonneville Ave. #100  
Las Vegas, NV 89101  
(702) 599-6000  
nallf@parsonsbehle.com  

Robert C. LePome, Esq.  
330 S. Third St. #1100B  
Las Vegas, NV 89101  
(702) 385-5509  
Nevada Bar #1980  
robert@robertlepome.com  

Attorneys for Alexander et, al.

E-Filed on July 18, 2006

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | BK-S-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10726-LBR |
| ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10727-LBR |
| ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED ) | |
| FUND, LLC, ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10728-LBR |
| ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, ) | |
| LLC, ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10729-LBR |
| ) | Chapter 11 |
| USA SECURITIES, LLC, ) | |
| Debtor ) | |

1