**Entered on Docket
July 18, 2006**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Proposed Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                                   Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                                     Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                                      Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                                      Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                                                                           Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER RE AMESBURY CONDOMINIUMS, BOISE/GOWAN 93, LLC AND HFA**<br>**[AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY, DEBTOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]**<br><br>Date: June 21, 2006<br>Time: 9:30 a.m. |

1

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☒ USA First Trust Deed Fund, LLC

The Motion For Authority To Forbear And To Provide Further Funding For Certain Outstanding Loans (the "Motion") filed by Debtors having come before this Court after notice to the Master Service List and to the individual investors involved in the loans affects by the Motion; the Court having reviewed the Motion, oppositions, and reply and having heard the representation of counsel and finding good cause, it is

ORDERED that USA Commercial Mortgage Company ("USACMC") is authorized to consent to the sale of condominium units in Phase I of the Amesbury Project and to issue partial releases for these three (3) units in exchange for the net sales proceeds from these three (3) units; and it is

ORDERED that the request to advance funds to Boise/Gowan 93, LLC is withdrawn; and it is

ORDERED that the request concerning the HFA borrowers be continued to a hearing on July 25, 2006 at 9:30 a.m.

Submitted by:

_____
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

ORDER RE AMESBURY CONDOMINIUMS, BOISE/GOWAN 93, LLC AND HFA [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY, DEBTOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]

Approved / Disapproved by

By: _____
Office of the U.S. Trustee

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
Counsel for the Official Committee
of Unsecured Creditors of USA Commercial
Mortgage Company

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and
BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
Counsel for the Official Committee of Equity
Security Holders of USA Capital Diversified
Trust Deed Fund, LLC

Approved/Disapproved by:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
Counsel for the Official Committee of Holders
of Executory Contract Rights of USA
Commercial Mortgage Company

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and SHEA
& CARLYON, LTD.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund LLC

# # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

P:\USA Commercial Mortgage\Pleadings\Fee\Fee And Provide Further Funding Motion\Order Re Amesbury 071206.doc

**ORDER RE AMESBURY CONDOMINIUMS, BOISE/GOWAN 93, LLC AND HFA [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY, DEBTOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]**

Approved / Disapproved by

By: _____
Office of the U.S. Trustee

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

###

**ORDER RE AMESBURY CONDOMINIUMS, BOISE/GOWAN 93, LLC AND HFA [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY, DEBTOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]**

Approved / Disapproved by

By: _____
Office of the U.S. Trustee

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By:_____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and
BECKLEY SINGLETON, CHTD.

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.

By:_____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

# # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3
P:\USA Commercial Mortgage\Pleadings\Forbear And Provide Further Funding Motion\Order Re Amesbury 071206.doc
Received Time Jul.13. 12:58PM

**ORDER RE AMESBURY CONDOMINIUMS, BOISE/GOWAN 93, LLC AND HFA [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY, DEBTOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]**

Approved / Disapproved by

By: _____
Office of the U.S. Trustee

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee
of Unsecured Creditors of USA Commercial
Mortgage Company*

Approved/Disapproved by:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders
of Executory Contract Rights of USA
Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and
BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity
Security Holders of USA Capital Diversified
Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and SHEA
& CARLYON, LTD.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund LLC*

# # #

ORDER RE AMESBURY CONDOMINIUMS, BOISE/GOWAN 93, LLC AND HFA
[AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY, DEBTOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]

Approved / Disapproved by

By: _____
   Office of the U.S. Trustee

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By:_____
   SUSAN M. FREEMAN, ESQ.
   ROB CHARLES, ESQ.
   *Counsel for the Official Committee*
   *of Unsecured Creditors of USA Commercial*
   *Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and
BECKLEY SINGLETON, CHTD.

By:_____
   MARC A. LEVINSON, ESQ.
   LYNN TRINKA ERNCE, ESQ.
   BRETT A. AXELROD, ESQ.
   ANNE M. LORADITCH, ESQ.
   *Counsel for the Official Committee of Equity*
   *Security Holders of USA Capital Diversified*
   *Trust Deed Fund, LLC*

Approved/Disapproved by:

GORDON & SILVER, LTD.

By:_____
   GERALD M. GORDON, ESQ.
   GREGORY E. GARMAN, ESQ.
   *Counsel for the Official Committee of Holders*
   *of Executory Contract Rights of USA*
   *Commercial Mortgage Company*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.

By: *Eve H. Karasik*
   FRANK A. MEROLA, ESQ.
   EVE KARASIK, ESQ.
   CHRISTINE PAJAK, ESQ.
   CANDACE C. CARLYON, ESQ.
   *Counsel for the Official Committee of Equity*
   *Security Holders of USA Capital First Trust*
   *Deed Fund LLC*

### #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122