**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on July 18, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In Re: | Jointly Administered |
|---|---|
| USA Commercial Mortgage Company<br>    06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| USA Capital Realty Advisors, LLC<br>    06-10726 | **ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF SIERRA CONSULTING GROUP, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY** |
| USA Capital Diversified Trust Deed Fund, LLC<br>    06-10728 | |
| USA Capital First Trust Deed Fund, LLC<br>    06-10728 | |
| USA Securities, LLC<br>    06-10729 | |
|                              Debtors. | |
| | Date:  August 4, 2006<br>Time:  1:30 p.m. (hearing may be 9:30 a.m.)<br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

1753445.1

**LEWIS AND ROCA LLP LAWYERS**

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below.

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| August B. Landis, Esq. Office of the U.S. Trustee | July 18, 2006 | X | |
| Gerald M. Gordon, Esq. Gordon & Silver, Ltd. Attorneys for Official Comm. of Holders of Executory Contract Rights of USA Commercial Mortgage Company | July 18, 2006 | X | |
| Eve H. Karisik, Esq. Stutman, Treister & Glatt Attorneys for Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | July 17, 2006 | X | |
| Lenard Schwartzer Schwartzer & McPherson. Attorneys for Debtors | July 19, 2006 | X | |
| Brett Axelrod Beckley Singleton, Chtd. Local Counsel for USA Capital Diversified Trust Deed Fund LLC | July 17, 2006 | X | |

DATED July 18, 2006.

LEWIS AND ROCA LLP

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

1753445.1