**Entered on Docket**
**July 19, 2006**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

Stip and order re 072706 employment orders
397102v1

Page 1 of 4

Affects:
- ☒ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

**STIPULATION AND ORDER RESCHEDULING HEARINGS ON:**
1. **DEBTORS' APPLICATION TO EMPLOY AND RETAIN RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR THE DEBTORS;**

2. **APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER;**

3. **DEBTOR'S MOTION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**
**(AFFECTS ALL DEBTORS)**

IT IS HEREBY STIPULATED and AGREED by and between USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital Trust Deed Fund, LLC (collectively, the "Debtors") by and through their attorneys, the law firm of Schwartzer & McPherson and Ray Quinney & Nebeker; the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company by and through its attorneys, Gordon & Silver, Ltd.; the Official Unsecured Creditors Committee by and through its counsel, Lewis and Roca, LLP; the Official Committee of Equity Security Holders of USA First Trust Deed Fund, LLC by and through its counsel, Stutman, Treister & Glatt, L.P. and Shea & Carlyon, Ltd.; the Official Committee of Equity Security Holders of USA Capital Diversified Trust Fund, LLC by and through its counsel, Orrick Herrington & Sutcliffe, LLP and Beckley Singleton, Chtd.; (collectively, the "Committees") and the Office of the United States Trustee, by and through August B. Landis, Esq. (the "Trustee"); as follows:

WHEREAS, the Court has set an omnibus hearing for July 25, 2006 (the "July 25 Hearing") in the above-captioned cases; and

1     WHEREAS, an Order Granting Debtor's Application To Employ And Retain Schwartzer & McPherson Law Firm As Counsel For All Debtors (the "S&M Employment Order") was entered on June 5, 2006 which scheduled a continued hearing for July 27, 2006 at 9:30 a.m. to consider an extension of the employment of Schwartzer & McPherson Law Firm; and

    WHEREAS, an Order Granting Debtor's Application To Employ And Retain Ray Quinney & Nebeker P.C. As Counsel For All Debtors (the "RQN Employment Order") was entered on June 5, 2006 which scheduled a continued hearing for July 27, 2006 at 9:30 a.m. to consider an extension of the employment of Ray Quinney & Nebeker P.C.; and

    WHEREAS, an Interim Order Authorizing The Employment And Retention Of Thomas J. Allison Of Mesirow Financial Interim Management, LLC As Chief Restructuring Officer For The Debtors And Debtors-In-Possession (the "Mesirow Employment Order") was entered on April 19, 2006 which scheduled a continued hearing for July 27, 2006 at 9:30 a.m. to consider an extension of the employment of Thomas J. Allison of Mesirow Financial Interim Management, LLC; and

    WHEREAS, Omnibus hearings are currently scheduled in this case on July 25, 2006 at 9:30 a.m. and these Motions are the only matters scheduled to be heard on July 27, 2006. Holding a hearing on these Motions at the same time would serve the interests of judicial economy.

    NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1.     The continued hearings on the S&M Employment Order, RQN Employment Order, and Mesirow Employment Order shall be heard on July 25, 2006 at 9:30 a.m. and any response or opposition thereto shall be filed and served on or before July 21, 2006.

DATED this 18th day of July, 2006.

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By: /s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
*Attorneys for the Debtors and Debtors in Possession*

OFFICE OF THE U.S. TRUSTEE

By: /s/
August B. Landis, Esq.
Scott A. Farrow, Esq.

STIPULATION AND ORDER RESCHEDULING HEARING ON; 1. DEBTORS' APPLICATION TO EMPLOY AND RETAIN RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR THE DEBTORS; 2. APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER; 3. DEBTOR'S MOTION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
(AFFECTS ALL DEBTORS)

| GORDON & SILVER, LTD. | ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. |
|---|---|
| By: /s/ Gerald M. Gordon<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: _____<br>Marc A. Levinson, Esq.<br>Brett A. Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |
| STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD. | LEWIS AND ROCA, LLP |
| By: _____<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
   Lenard E. Schwartzer, Esq.
   Jeanette E. McPherson, Esq.
   Attorneys for the Debtors and Debtors in Possession
### ###

STIPULATION AND ORDER RESCHEDULING HEARING ON: 1. DEBTORS' APPLICATION TO EMPLOY AND RETAIN RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR THE DEBTORS; 2. APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER; 3. DEBTOR'S MOTION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
(AFFECTS ALL DEBTORS)

| GORDON & SILVER, LTD. | ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. |
|---|---|
| By: _____<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: _____<br>Marc A. Levinson, Esq.<br>Brett A. Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |
| STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD. | LEWIS AND ROCA, LLP |
| By: /s/ Eve H. Karasik<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

## ORDER

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

STIPULATION AND ORDER RESCHEDULING HEARING ON: 1. DEBTORS' APPLICATION TO EMPLOY AND RETAIN RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR THE DEBTORS; 2. APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER; 3. DEBTOR'S MOTION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION (AFFECTS ALL DEBTORS)

| GORDON & SILVER, LTD. | ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. |
|---|---|
| By: _____<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: _____<br>Marc A. Levinson, Esq.<br>Brett A. Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |
| STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD. | LEWIS AND ROCA, LLP |
| By: _____<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* | By: /s/ Rl Ch<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

### # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

STIPULATION AND ORDER RESCHEDULING HEARING ON: 1. DEBTORS' APPLICATION TO EMPLOY AND RETAIN RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR THE DEBTORS;  2. APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER; 3. DEBTOR'S MOTION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
(AFFECTS ALL DEBTORS)

GORDON & SILVER, LTD.

By: _____
Gerald M. Gordon, Esq.
Gregory M. Garman, Esq.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By: /s/ Anne M. Loraditch
Marc A. Levinson, Esq.
Brett A. Axelrod, Esq.
Anne M. Loraditch, Esq.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

STUTMAN TREISTER & GLATT, L.P. and SHEA & CARLYON, LTD.

By: _____
Eve Karasik, Esq.
Christine Pajak, Esq.
Candace Carlyon, Esq.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

LEWIS AND ROCA, LLP

By: _____
Susan M. Freeman, Esq.
Rob Charles, Esq.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

## ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By: /s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession
### ###

Stip and order re 072706 employment orders_071806
397102v1