**Entered on Docket
July 19, 2006**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

1

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

Date: June 15, 2006
Time: 10:00 a.m.

## ORDER PRELIMINARILY DENYING DIRECT LENDERS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY (AFFECTS USA COMMERCIAL MORTGAGE) AND CONTINUING HEARING TO AUGUST 4, 2006 [AFFECTS USA COMMERCIAL MORTGAGE CO.]

The Direct Lenders' Motion For Relief From The Automatic Stay (the "Motion") having come before this Court on June 15, 2006; the Debtors, USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors") appearing by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm; Direct Lenders appearing by and through their counsel Janet Chubb, Esq. of Jones Vargas, it is hereby

ORDERED that the Direct Lenders' Motion For Relief From The Automatic Stay is preliminarily denied and will be continued to a final hearing on August 4, 2006 at 1:30 p.m.; and

ORDERED that the automatic stay under 11 U.S.C. § 362 shall remain in effect pending the conclusion of, or as a result of, the final hearing and determination under § 362(d) on the Motion set for August 4, 2006, a period which is in excess of 30 days after the conclusion of the

///
///
///
///
///
///
///
///

1  preliminary hearing held on June 15, 2006 but which excess time is required due to compelling
2  circumstances.
3  Submitted by:
4  Annette W. Jarvis, Utah Bar No. 1649
   RAY QUINNEY & NEBEKER P.C.
5  36 South State Street, Suite 1400
   P.O. Box 45385
6  Salt Lake City, Utah 84145-0385
7
   and
8
9  _____
10 Lenard E. Schwartzer, Esq.
   Jeanette E. McPherson, Esq.
11 SCHWARTZER & McPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
12 Las Vegas, Nevada 89146
   Attorneys for Debtor and Debtor-In-Possession
13
14 Approved/Disapproved by:                              Approved/Disapproved by:
15 OFFICE OF THE U.S. TRUSTEE                            JONES VARGAS
16
17 By:_____               By:_____
   August Landis, Esq.                                   Janet Chubb, Esq.
18 Foley Federal Building                                100 W. Liberty, 12th Floor
   300 Las Vegas Blvd. South, Suite 4300                 Reno, Nevada 89501
19 Las Vegas NV 89101                                    *Attorney for Direct Lenders-Beneficiaries*
20 Approved/Disapproved by:                              Approved/Disapproved by:
21 LEWIS AND ROCA, LLP                                   GORDON & SILVER, LTD.
22
23 By:_____               By:_____
   SUSAN M. FREEMAN                                      GERALD M. GORDON, ESQ.
24 ROB CHARLES                                           GREGORY E. GARMAN, ESQ.
25 One S. Church Ave. Suite 700                          3960 Howard Hughes Parkway, 9th Floor
   Tucson, AZ 85701                                      Las Vegas, Nevada 89109
26 *Counsel for the Official Committee of*               *Counsel for the Official Committee of Holders of*
   *Unsecured Creditors of USA Commercial*               *Executory Contract Rights of USA Commercial*
27 *Mortgage Company*                                    *Mortgage Company*
28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3
P:\USA Commercial Mortgage\Pleadings\Motion To Lift Stay - Direct Lenders\Order Preliminarily Denying MLS.DOC

preliminary hearing held on June 15, 2006 but which excess time is required due to compelling circumstances.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

_____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Attorneys for Debtor and Debtor-In-Possession

Approved/Disapproved by:                         Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE                       JONES VARGAS


By:_____                By: /s/ Janet L Chubb
August Landis, Esq.                              Janet Chubb, Esq.
Foley Federal Building                           100 W. Liberty, 12th Floor
300 Las Vegas Blvd. South, Suite 4300            Reno, Nevada 89501
Las Vegas NV  89101                              *Attorney for Direct Lenders-Beneficiaries*

Approved/Disapproved by:                         Approved/Disapproved by:

LEWIS AND ROCA, LLP                              GORDON & SILVER, LTD.


By:_____                By:_____
SUSAN M. FREEMAN                                 GERALD M. GORDON, ESQ.
ROB CHARLES                                      GREGORY E. GARMAN, ESQ.
One S. Church Ave. Suite 700                     3960 Howard Hughes Parkway, 9th Floor
Tucson, AZ  85701                                Las Vegas, Nevada 89109
*Counsel for the Official Committee of*          *Counsel for the Official Committee of Holders of*
*Unsecured Creditors of USA Commercial*          *Executory Contract Rights of USA Commercial*
*Mortgage Company*                               *Mortgage Company*

P:\USA Commercial Mortgage\Pleadings\Motion To Lift Stay - Direct Lenders\Order Preliminarily Denying MLS.DOC

1  preliminary hearing held on June 15, 2006 but which excess time is required due to compelling
2  circumstances.
3  Submitted by:
4  Annette W. Jarvis, Utah Bar No. 1649
   RAY QUINNEY & NEBEKER P.C.
5  36 South State Street, Suite 1400
   P.O. Box 45385
6  Salt Lake City, Utah 84145-0385
7
   and
8

9  _____
10 Lenard E. Schwartzer, Esq.
   Jeanette E. McPherson, Esq.
11 SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
12 Las Vegas, Nevada 89146
   Attorneys for Debtor and Debtor-In-Possession
13

14 Approved/Disapproved by:                          Approved/Disapproved by:

15 OFFICE OF THE U.S. TRUSTEE                        JONES VARGAS

16

17 By:_____               By:_____
     August Landis, Esq.                                 Janet Chubb, Esq.
18   Foley Federal Building                              100 W. Liberty, 12th Floor
     300 Las Vegas Blvd. South, Suite 4300               Reno, Nevada 89501
19   Las Vegas NV 89101                                  *Attorney for Direct Lenders-Beneficiaries*

20 Approved/Disapproved by:                          Approved/Disapproved by:

21 LEWIS AND ROCA, LLP                               GORDON & SILVER, LTD.
22
23 By:_____               By:_____
   SUSAN M. FREEMAN                                  GERALD M. GORDON, ESQ.
24 ROB CHARLES                                       GREGORY E. GARMAN, ESQ.
   One S. Church Ave. Suite 700                      3960 Howard Hughes Parkway, 9th Floor
25 Tucson, AZ 85701                                  Las Vegas, Nevada 89109
26 *Counsel for the Official Committee of*           *Counsel for the Official Committee of Holders of*
   *Unsecured Creditors of USA Commercial*           *Executory Contract Rights of USA Commercial*
27 *Mortgage Company*                                *Mortgage Company*
28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  preliminary hearing held on June 15, 2006 but which excess time is required due to compelling
2  circumstances.
3  Submitted by:
4  Annette W. Jarvis, Utah Bar No. 1649
   RAY QUINNEY & NEBEKER P.C.
5  36 South State Street, Suite 1400
6  P.O. Box 45385
   Salt Lake City, Utah 84145-0385
7
8  and
9
10 Lenard E. Schwartzer, Esq.
   Jeanette E. McPherson, Esq.
11 SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
12 Las Vegas, Nevada 89146
   Attorneys for Debtor and Debtor-In-Possession
13
14 Approved/Disapproved by:                           Approved/Disapproved by:
15 OFFICE OF THE U.S. TRUSTEE                         JONES VARGAS
16
17 By:_____                 By:_____
     August Landis, Esq.                                Janet Chubb, Esq.
18   Foley Federal Building                             100 W. Liberty, 12th Floor
     300 Las Vegas Blvd. South, Suite 4300              Reno, Nevada 89501
19   Las Vegas NV 89101                                 *Attorney for Direct Lenders-Beneficiaries*
20 Approved/Disapproved by:                           (Approved)/Disapproved by:
21 LEWIS AND ROCA, LLP                                GORDON & SILVER, LTD.
22
23 By:_____                 By:_____
   SUSAN M. FREEMAN                                   GERALD M. GORDON, ESQ.
24 ROB CHARLES                                        GREGORY E. GARMAN, ESQ.
25 One S. Church Ave. Suite 700                       3960 Howard Hughes Parkway, 9th Floor
   Tucson, AZ 85701                                   Las Vegas, Nevada 89109
26 *Counsel for the Official Committee of*            *Counsel for the Official Committee of Holders of*
   *Unsecured Creditors of USA Commercial*            *Executory Contract Rights of USA Commercial*
27 *Mortgage Company*                                 *Mortgage Company*
28

3

P:\USA Commercial Mortgage\Pleadings\Motion To Lift Stay - Direct Lenders\Order Preliminarily Denying MLS.DOC

Received Time Jun-28. 11:31AM

**ORDER PRELIMINARILY DENYING DIRECT LENDERS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY (AFFECTS USA COMMERCIAL MORTGAGE) AND CONTINUING HEARING TO AUGUST 4, 2006 [AFFECTS USA COMMERCIAL MORTGAGE CO.]**

(Approved)/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Marc A. Levinson
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C.

By:_____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved/Disapproved by:

BECKLEY SINGLETON, CHTD.

By:_____
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

SHEA & CARLYON, LTD.

By:_____
JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
233 South Fourth Street, 2d Floor
Las Vegas, Nevada 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

###

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER PRELIMINARILY DENYING DIRECT LENDERS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY (AFFECTS USA COMMERCIAL MORTGAGE) AND CONTINUING HEARING TO AUGUST 4, 2006 [AFFECTS USA COMMERCIAL MORTGAGE CO.]**

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4407
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved/Disapproved by:

BECKLEY SINGLETON, CHTD.

By:_____
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

SHEA & CARLYON, LTD.

By:_____
JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
233 South Fourth Street, 2d Floor
Las Vegas, Nevada 89101
*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

###

**ALTERNATIVE METHOD re: RULE 9021:**
In accordance with Local Rule 9021, the undersigned certifies:

_____ The court waived the requirements of LR 9021.

__X__ I have delivered a copy of this proposed order on June 27, 2006 to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    __X__ approved the form of this order:
    _____ waived the right to review the order and/or
    __X__ failed to file and serve papers in accordance with LR 9021(c)

_____ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

_____ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

Submitted by:

*/s/ Jeanette E. McPherson*

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM

# # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5
P:\USA Commercial Mortgage\Pleadings\Motion To Lift Stay - Direct Lenders\Order Preliminarily Denying MLS.DOC