Parsons, Behle & Latimer  
Nancy L. Allf, Bar No. 0128  
Timothy P Thomas, Bar No. 5148  
411 E. Bonneville Ave. #100  
Las Vegas, NV 89101  
(702) 599-6000  
nallf@parsonsbehle.com  

Robert C. LePome, Esq.  
330 S. Third St. #1100B  
Las Vegas, NV 89101  
(702) 385-5509  
Nevada Bar #1980  
robert@robertlepome.com  

Attorneys for Alexander et, al.

E-Filed on July 19, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
|         Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
|         Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
|        Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
|        Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) | |
|         Debtor | ) | |

Affects:                                              )
   ■ All Debtors                                 )
   ☐ USA Commercial Mortgage Co.            )
   ☐ USA Securities, LLC                    )
   ☐ USA Capital Realty Advisors, LLC       )   DATE:     N/A
   ☐ USA Capital Diversified Trust Deed     )   TIME:     N/A
   ☐ USA First Trust Deed Fund, LLC         )
                                                 )

### AMENDED STATEMENT OF ROBERT C. LEPOME, ESQ. AND NANCY ALLF, ESQ. PURSUANT TO BANKRUPTCY RULE 2019 (AFFECTS ALL DEBTORS)

COMES NOW ROBERT C. LEPOME, ESQ. and NANCY ALLF, ESQ. hereby declares under penalty of perjury and states as follows:

1. I am an attorney licensed to practice law in the State of Nevada and am a sole practitioner in private practice. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2. I am primarily responsible for representing the following parties in connection with the above-captioned cases:

| | |
|---|---|
| Stanley and Florence Alexander<br>P.O. Box 915144<br>Longwood, FL 32779 | Norma Deull<br>140 Riverside Drive #8A<br>New York, NY 10024 |
| James Cielen<br>9775 S. Maryland Pkwy, Suite F102<br>Las Vegas, NV 89127 | Martin Leaf<br>71 Pierce Road<br>P.O. Box 142<br>Windsor, MA 01270 |
| Church of Movement<br>Mark Lurie<br>P.O. Box 513935<br>Los Angeles, CA 90051 | David and Sally Olds<br>25 N. Washington St.<br>Port Washington, NY 11050 |
| Patrick and Susan Davis<br>104 Van Buren Court<br>Colleyville, TX 76034 | Jerome and Charma Block<br>201 S. 18th St Apt. 2119<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Nancy Golden<br>5524 Rainier St.<br>Ventura, CA 93003 | Dr. Carole Talan<br>1299 Kingsbury Grade<br>Gardnerville, NV 89460 |
| Robin Graham<br>1460 Twinridge Road<br>Santa Barbara, CA 93111 | The Wild Water Limited Partnership<br>P.O. Box 9288<br>Incline Village, NV 89452 |
| Pamela Marton<br>2652 ½ Lake View Terrace E.<br>Los Angeles, CA 90039 | Crosbie & Grable Ronning<br>P.O. Box 7804<br>Incline Village, NV 89452 |
| Jeff and Phyllis Karr<br>825 Cooper Basin Rd.<br>Prescott, AZ 86303 | Spectrum Capital, LLC<br>6167 Jarvis Ave. #304<br>Newark, CA 94560 |
| Sharon Juno<br>27139 Stratford Glen Dr.<br>Daphne, AL 36526 | Wolf Voss<br>14 Via Ambra<br>Newport Coast, CA 92657 |
| Jacques Massa<br>Jayam Family, LP<br>7 Paradise Valley Court<br>Henderson, NV 89052 | |
| Matthew and Marilyn Molitch<br>2251 N. Rampart Blvd. #185<br>Las Vegas, NV 89128 | |
| Hans Prakelt<br>2401-A Waterman Blvd. #1-230<br>Fairfield, CA 95434 | |

The representation of these clients is based on direct loans they made to borrowers in one or more of various real property development projects currently being serviced by USA Commercial Mortgage Company which are secured by deeds of trust. The direct loans were made on or before the petition date, and are shown on Exhibit "A".

3. I filed this statement as soon as it was feasible, given the complexity of the case and the issues involved herein.

4. A supplement shall be filed to this statement once all of the relevant information is available.

          Robert C. LePome, Esq.

          /s/ Robert C. LePome, Esq
          Robert C. LePome, Esq.
          330 S. Third St. #1100B
          Las Vegas, NV 89101
          Nevada Bar #1980
          Attorney for Interest Parties

          and

          Parsons, Behle & Latimer
          Nancy Allf, Esq., Bar No. 0128
          Timothy P. Thomas, Bar No. 5148
          411 E. Bonneville Ave. #100
          Las Vegas, NV 89101
          (702)599-6000

## CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that a true and correct copy of the aforegoing was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com,

ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith! @sheacarlyon.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN yvette@ccfirm.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FEL! L BA! NKRUPTCY NOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON bankruptcynotices@gordonsilver.com

TALITHA B. GRAY bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN ! haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN xanna.hardman@gmail.com,

STEPHEN R HARRIS noticesbh&p@renolaw.biz

CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS ,

TY E. KEHOE TyKehoeLaw@aol.com

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

NILE LEATHAM ! nleatham@klnevada.com, ckishi@klnevada.com;ban! kruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN! mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JOHN F MURTHA jmurtha@woodburnandwedge.com

ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com

BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN jinouye@marquisaurbach.com,

dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY info@johnpeterlee.com

SUSAN! WILLIAMS SCANN &! nbsp &nb sp sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com; mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

by electronic service on the 18th day of July, 2006 and to the following by regular

mail on the 18th day of July, 2006

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

RICHARD J. MASON
1! 30 PINETREE LANE
RIVERWOODS, IL 60015

BRECK E. MILDE
60 South Market St, Suite 200
San Jose, CA 95113


DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR

LAS VEGAS, NV 89101

RUSSELL S. WALKER
265 EAST 100 SOUTH SUITE 300
SALT LAKE CITY, UT 84111

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

         /s/ Susan Stanton
        Employee of Robert C. LePome, Esq.