**USA CAPITAL INVESTORS REPRESENTED BY ROBERT C. LEPOME, ESQ. AS OF JULY 18, 2006**

| Client | Borrower | Amount Invested | Monthly Interest | Disputed Interest Set-Off |
|---|---|---|---|---|
| Stanley & Florence Alexander | Marquis Hotel | 150,000 | 13% | 12,484.00 |
| Stanley & Florence Alexander | HFA Clear Lake | 350,000 | 16% | 36,244.00 |
| Stanley & Florence Alexander | HFA - North Yonkers | 100,000 | 12.50% | 13,933.00 |
| Stanley & Florence Alexander | Hasley Canyon | 100,000 | 17% | |
| Stanley & Florence Alexander | I-40 Gateway West, LLC | 53,000 | 15% | |
| Stanley & Florence Alexander | 60th Street, LLC | 100,000 | 15% | |
| Stanley & Florence Alexander | Placer Vineyards | 100,000 | 12.50% | 5,050.00 |
| Stanley & Florence Alexander | Fiesta Development | 100,000 | 12% | |
| Stanley & Florence Alexander | Brookmere/Matteson | 150,000 | 12% | 590 |
| Stanley & Florence Alexander | Roam Development Group | 92,000 | 12% | |
| Stanley & Florence Alexander | Lerin Hills | 200,000 | 15% | |
| Stanley & Florence Alexander | Riviera Homes for America Holdings, LLC | 90,000 | 16.50% | |
| Stanley & Florence Alexander | Lerin Hills | 100,000 | 15% | |
| Stanley & Florence Alexander | Lerin Hills | 125,000 | 15% . | |
| Jerome L. & Charma Block | Gramercy Court Condos | 50,000 | 12% | 2,044.00 |
| Jerome L. & Charma Block | Shamrock Tower, LP | 50,000 | 12% | 7,318.00 |
| Jerome L. & Charma Block | Castaic Partners III LLC | 50,000 | 12.50% . | |
| Jerome L. & Charma Block | 6425 Gess, LTD. | 50,000 | 12% | 3,335.00 |
| Church of Movement | Roam Development Group | 100,000 | 12% | 35 |
| Church of Movement | Del Valle Isleton | 100,000 | 12.50% . | |
| Church of Movement | HFA - North Yonkers | 100,000 | 12.50% | 13,933.00 |
| Church of Movement | Foxhill 216, LLC | 100,000 | 13.50% . | |
| Church of Movement | Bay Pomano Beach | 100,000 | 13% | 811 |
| James R. Cielen | HFA - Riveria 2nd | 25,000 | 18% | |
| James R. Cielen | Preserve at Galleria, LLC | 50,000 | 15% | |
| James R. Cielen | Cabernet | 25,000 | 15% | |
| James R. Cielen | HFA - Windham | 50,000 | 12% | |
| James R. Cielen | Placer Vineyards 2nd | 50,000 | 16% | |
| James R. Cielen | Marquis Hotel | 50,000 | 13% | |
| James R. Cielen | Amesbury/Hatters | 25,000 | 13.50% | |
| James R. Cielen | Hasley Canyon | 25,000 | 17% | |
| Patrick and Susan Davis | Amesbury/Hatters | 50,000 | 13% | 2,764.00 |
| Patrick and Susan Davis | Brookmere/Matteson | 100,000 | 12% | 2,261.00 |
| Patrick and Susan Davis | Beau Rivage | 100,000 | 12% . | |
| S&P Davis Limited Partnership | BarUSA/$15,300,000 | 100,000 | 12.50% | 1,369.00 |
| S&P Davis Limited Partnership | Hasley Canyon | 50,000 | 17% | 2,570.00 |
| S&P Davis Limited Partnership | J. Jireh's Corp. | 100,000 | 12.50% . | |
| S&P Davis Limited Partnership | Amesbury/Hatters | 50,000 | 13% | 753 |
| S&P Davis Limited Partnership | 6424 Gess, LTD. | 100,000 | 12% | 6,669.00 |
| S&P Davis Limited Partnership | Foxhill 216, LLC | 100,000 | 12.50% . | |

| Lender | Loan | Amount | Rate | |
|---|---|---|---|---|
| S&P Davis Limited Partnership | Fiesta USA/Stoneridge | 100,000 | 13% | 10,723.00 |
| S&P Davis Limited Partnership | Del Valle Isleton | 100,000 | 12% | . |
| S&P Davis Limited Partnership | Roam Development Group | 100,000 | 12% | 35 |
| S&P Davis Limited Partnership | Tapia Ranch | 100,000 | 12.50% | 1,568.00 |
| S&P Davis Limited Partnership | Rio Rancho Executive Plaza | 100,000 | 12% | . |
| S&P Davis Limited Partnership | HFA Clear Lake | 50,000 | 12% | 6,767.00 |
| S&P Davis Limited Partnership | Del Valle - Livingston | 50,000 | 12% | . |
| S&P Davis Limited Partnership | Charlevoix Homes | 100,000 | 15% | . |
| S&P Davis Limited Partnership | I-40 Gateway West, LLC | 50,000 | 12% | 145 |
| S&P Davis Limited Partnership | Margarita Annex | 50,000 | 12% | 128 |
| S&P Davis Limited Partnership | Gramercy Apartments | 100,000 | 12% | 2,380.00 |
| S&P Davis Limited Partnership | Brookmere/Matteson | 100,000 | 12% | 283 |
| S&P Davis Limited Partnership | Bay Pomano Beach | 100,000 | 12.50% | 722 |
| S&P Davis Limited Partnership | Ocean Atlantic | 100,000 | 12% | . |
| First Savings Bank, Custodian for Pat Davis I | Beau Rivage | 50,000 | 18% | . |
| First Savings Bank, Custodian for Pat Davis I | Oak Shores II | 70,000 | 12% | 263 |
| First Savings Bank, Custodian for Pat Davis I | BarUSA/$15,300,000 | 66,000 | 12.50% | 1,045.00 |
| First Savings Bank, Custodian for Pat Davis I | Amesbury/Hatters | 50,000 | 13% | 3,517.00 |
| First Savings Bank, Custodian for Susan Dav | Amesbury/Hatters | 50,000 | 13% | 1,407.00 |
| First Savings Bank, Custodian for Susan Dav | Beau Rivage | 50,000 | 18% | . |
| First Savings Bank, Custodian for Susan Dav | BarUSA/$15,300,000 | 66,000 | 12.50% | 412 |
| Norma Deull | Gramercy Court Condos | 50,000 | 12% | 2,044.00 |
| Norma Deull | Bay Pomano Beach | 50,000 | 12.50% | 211 |
| Norma Deull | HFA - North Yonkers | 50,000 | 12% | 6,967.00 |
| Nancy Golden | Placer Vineyards | 50,000 | 12.50% | 2,525.00 |
| Nancy Golden | Wasco Investments | 50,000 | 12% | 2,898.00 |
| Nancy Golden | Oak Shores II | 60,000 | 12% | . |
| Nancy Golden | Fiesta Murrieta | 50,000 | | . |
| Nancy Golden | Roam Development Group | 50,000 | 12% | 18 |
| Robin Graham | Brookmere/Matteson #27,050.00 | 114,500 | 12% | 1,263.00 |
| Robin Graham | Margarita Annex | 300,000 | 12% | |
| Robin Graham | Harbor Georgetown | 200,000 | | |
| Robin Graham | Tapia Ranch | 200,000 | | 535 |
| Robin Graham | Placer Vineyards | 100,000 | 13% | 1,955.00 |
| Robin Graham | HFA - North Yonkers | 150,000 | 13% | 10,050.00 |
| Robin Graham | HFA - Clear Lake | 100,000 | 16% | 6,700.00 |
| Robin Graham | Roam Development Group | 100,000 | 12% | |
| Robin Graham | Del Valle Isleton | 200,000 | 13% | |
| Robin Graham | 6425 Gess, Ltd. | 100,000 | 12% | 6,669.00 |
| Robin Graham | Bay Pampano Beach | 150,730 | 13% | 2,193.00 |
| Robin Graham | Del Valle - Livingston | 100,000 | 12% | |
| Robin Graham | Binford Medical Developers | 100,000 | | |
| Robin Graham | Comvest Capital | 100,000 | | |
| Jayem Family LP | Amesbury/Hatters | 75,000 | | 5,276.00 |
| Jayem Family LP | Beau Rivage | 113,215 | | . |

| Name | Property | Amount | Rate | Interest |
|---|---|---|---|---|
| Jayem Family LP | Mountain House Business Park | 75,000 | | . |
| Jayem Family LP | La Hacienda Estate, LLC | 100,000 | | . |
| Jayem Family LP | HFA - North Yonkers | 100,000 | | 13,933.00 |
| Jayem Family LP | Bundy Canyon $5,725,000 | 240,000 | | . |
| Jayem Family LP | Bay Pomano Beach | 50,243 | | 361 |
| Jayem Family LP | Comvest Capital | 60,000 | | . |
| Jayem Family LP | Rio Rancho Executive Plaza | 250,000 | | . |
| Sharon Juno | 6425 Gess, Ltd. | 70,000 | 12% | 4,668.00 |
| Phyllis Marina Karr | Mountain House Business Hotel | 60,000 | 12% | . |
| Phyllis Marina Karr | La Hacienda Estate, LLC | 60,000 | 12% | . |
| Martin Leaf | Gramercy Court Condos | 50,000 | 12% | 2,044.00 |
| Martin Leaf | HFA - North Yonkers | 50,000 | 12% | 6,967.00 |
| Martin Leaf | Bay Pomano Beach | 50,000 | 12.50% | 260 |
| Pamela Jean Marton | Bay Pomano Beach | 50,000 | 12.50% | 271 |
| Pamela Jean Marton | Palm Harbor One | 50,000 | 12% | |
| Matthew Molitch | Ocean Atlantic | 50,000 | 12% | |
| Matthew Molitch | HFA Clear Lake | 50,000 | 12% | |
| Matthew Molitch | Marlton Square | 300,000 | 12.50% | |
| Matthew Molitch | 6425 Gess, LTD. | 50,000 | 12% | |
| Matthew Molitch | Fiesta USA/Stoneridge | 100,000 | 13% | |
| Matthew Molitch | Roam Development Group | 200,000 | 12% | |
| Matthew Molitch | Rio Rancho Executive Plaza | 50,000 | 12% | |
| Matthew Molitch | Brookmere/Matteson | 100,000 | 12% | |
| Matthew Molitch | Foxhill 216, LLC | 50,000 | 12.50% | |
| Marilyn & Matthew Molitch | Gramercy Court Condos | 50,000 | 12% | |
| First Savings Bank, Custodian for Matthew M | Palm Harbor One | 50,000 | 12% | . |
| David and Sally Olds | Shamrock Tower, LP | 50,000 | 12% | 7,318.00 |
| David and Sally Olds | 6425 Gess, LTD | 50,000 | 12% | 3,335.00 |
| David and Sally Olds | Lake Helen Partners | 50,000 | 14% | . |
| David and Sally Olds | HFA Clear Lake | 50,000 | 12% | 6,767.00 |
| David and Sally Olds | Palm Harbor One | 50,000 | 12% | . |
| Frances E. Phillips | Bay Pomano Beach | 50,000 | 12.50% | |
| Frances E. Phillips | Foxhill 216, LLC | 50,000 | 12.50% | |
| Stephen and Frances Phillips | Bundy Canyon $2,500,000 | 50,000 | 12% | |
| Stephen and Frances Phillips | Del Valle - Livingston | 50,000 | 12% | |
| Stephen and Frances Phillips | Wasco Investments | 50,000 | 12% | |
| Hans J. Prakelt | Foxhill 216, LLC | 50,000 | 12.50% | . |
| Hans J. Prakelt | Golden State Investments II | 50,000 | 12% | 699 |
| Hans J. Prakelt | Roam Development Group | 100,000 | 12% | 35 |
| Hans J. Prakelt | SVRB Rio Bravo $4,500,000 | 50,000 | 12% | . |
| Hans J. Prakelt | Palm Harbor One | 50,000 | 12% | . |
| Hans J. Prakelt | Lerin Hills | 50,000 | 15% | 149 |
| Crosbie Ronning | Fiesta Murrieta | 50,000 | 12% | |
| Crosbie Ronning | Placer Vineyards | 50,000 | 12.50% | 2,525.00 |
| Crosbie Ronning | Margarita Annex | 50,000 | 12% | . |

| Lender | Loan | Amount | Rate | |
|---|---|---:|---:|---:|
| Grable B. Ronning | Fiesta Murrieta | 100,000 | 12% | |
| Grable B. Ronning | Oak Shores II | 100,000 | 12% | 376 |
| Grable B. Ronning | Universal Hawaii | 100,000 | 12% . | |
| Grable B. Ronning | Corman Toltec 160, LLC | 100,000 | 12% . | |
| Grable B. Ronning | Placer Vineyards | 85,000 | 12.50% | 4,292.00 |
| Grable B. Ronning | Rio Bravo (SVRB) | 100,000 | 12% . | |
| Grable B. Ronning | Roam Development Group | 100,000 | 12% | 35 |
| Grable B. Ronning | Castaic Partners II LLC | 100,000 | 12.50% | 1,659.00 |
| Bosworth 1988 Trust | Placer Vineyards | 50,000 | 12.50% . | |
| Bosworth 1988 Trust | Margarita Annex | 50,000 | 12% | 2,525.00 |
| Wild Water Limited Partnership | Corman Toltec 160, LLC | 50,000 | 12% . | |
| Wild Water Limited Partnership | Foxhill 216, LLC | 50,000 | 12.50% . | |
| Wild Water Limited Partnership | Elizabeth May Real Estate | 50,000 | 12% . | |
| Wild Water Limited Partnership | Oak Shores II | 50,000 | 12% | 188 |
| Wild Water Limited Partnership | Fiesta Murrieta | 50,000 | 12% | |
| Wild Water Limited Partnership | SVRB Rio Bravo $4,500,000 | 50,000 | 12% . | |
| Wild Water Limited Partnership | Universal Hawaii | 50,000 | 12% . | |
| Wild Water Limited Partnership | Castaic Partners II LLC | 50,000 | 12% | 829 |
| Wild Water Limited Partnership | Roam Development Group | 50,000 | 12% | 18 |
| Spectrum Capital, LLC | Ocean Atlantic | 50,000 | 12% . | |
| Spectrum Capital, LLC | Oak Shores II | 50,000 | 12% . | |
| Spectrum Capital, LLC | BarUSA/$15,300,000 | 40,000 | 12.50% | 1,553.00 |
| Spectrum Capital, LLC | Amesbury/Hatters | 40,000 | 13% | 1,980.00 |
| Spectrum Capital, LLC | Glendale Tower | 50,000 | 12.50% . | |
| Spectrum Capital, LLC | Harbor Georgetown | 50,000 | 12% . | |
| Spectrum Capital, LLC | HFA - North Yonkers | 50,000 | 12% | 6,967.00 |
| Spectrum Capital, LLC | Huntsville | 50,000 | 12% | 1,797.00 |
| Spectrum Capital, LLC | Lerin Hills | 50,000 | 15% | 149.00 |
| Spectrum Capital, LLC | Marlton Square | 50,000 | 12.50% | 1,106.00 |
| Spectrum Capital, LLC | Marquis Hotel | 50,000 | 13% | 9,442.00 |
| Spectrum Capital, LLC | Brookmere/Matteson | 30,000 | 12% | 763.00 |
| Spectrum Capital, LLC | Shamrock Tower, LP | 50,000 | 12% | 2,358.00 |
| Spectrum Capital, LLC | Universal Hawaii | 50,000 | 12% . | |
| Spectrum Capital, LLC | Elizabeth May Real | 500,000 | 12% . | |
| Spectrum Capital, LLC | Eagle Meadows | 100,000 | 12.50% | 1,010.00 |
| Carole Talan | Del Valle - Livingston | 50,000 | 12% . | |
| Carole Talan | Gateway Stone | 50,000 | 12% | 82 |
| Voss Family Trust | Marquis Hotel | 100,000 | 13% | 3593 |
| Voss Family Trust | Ashby Financial $7,200,000 | 130,000 | 12% | 28,730.00 |
| Voss Family Trust | Del Valle - Livingston | 100,000 | 12% . | |
| Voss Family Trust | Wasco Investments | 90,000 | 12% | 4,361.00 |
| Voss Family Trust | SVRB Rio Bravo $4,500,000 | 100,000 | 12% . | |
| Voss Family Trust | Placer Vineyards | 125,000 | 12.50% | 6,312.00 |
| Voss Family Trust | Oak Shores II | 100,000 | 12% . | |
| Voss Family Trust | Mountain House Business Hotel | 75,000 | 12% . | |

| | | | | |
|---|---|---|---|---|
| Voss Family Trust | Mountain House Business Hotel | 75,000 | 12% | . |
| Voss Family Trust | Marlton Square | 60,000 | 12.50% | 1,327.00 |
| Voss Family Trust | Margarita Annex | 100,000 | 12% | 945 |
| Voss Family Trust | 6425 Gess, LTD | 120,000 | 12.00% | 8,003.00 |
| Voss Family Trust | Huntsville | 100,000 | 12% | 6,090.00 |
| Voss Family Trust | Foxhill 216, LLC | 50,000 | 12.50% | . |
| Voss Family Trust | Gramercy Court Condos | 55,000 | 12% | 449 |
| Voss Family Trust | HFA - North Yonkers | 125,000 | 12% | 17,417.00 |