Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:    malevinson@orrick.com; lernce@orrick.com

E-filed on July 19, 2006

Attorneys for the Official Committee of Equity Security Holders
of USA Capital Diversified Trust Deed Fund, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THESE CASES ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>**(AFFECTS ALL DEBTORS)** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | |

US_WEST:260030496.1

- 1 -

Lynn Trinka Ernce, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Sacramento, Sacramento County, California.

2. That Petitioner is an attorney at law employed by the law firm of Orrick, Sutcliffe & Herrington, LLP, with offices at 400 Capitol Mall, Suite 3000, Sacramento, California, 95814, (916) 447-9200.

3. That Petitioner has been retained personally or as a member of the above law firm by the <u>Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC</u>, to provide legal representation to <u>Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC</u>, in connection with the above-entitled case now pending before this Court.

4. That, since December 1995, Petitioner has been and presently is a member of good standing of the bar of the higher Court of the State of California where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that petitioner is presently a member in good standing of the bars of said courts:

| Court | Date Admitted |
|---|---|
| United States District Court for the Eastern District of California | April 1996 |
| United States District Court for the Northern District of California | March 1996 |
| United States District Court for the Central District of California | February 1996 |
| United States District Court for the Southern District of California | February 1996 |
| United States Court of Appeals for the Ninth Circuit | February 1996 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: (none).

US_WEST:260030496.1

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member in good standing of the following bar Associations: State Bar of California; Sacramento County Bar Association.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 2005 | In re Washington Group, International | USBC, Nevada | Granted |
| January 2006 | Ronnie Williams v. Trendwest Resorts | USDC, Nevada | Granted |
| January 2006 | Joseph H. Westerfield v. Fairfield Resorts | USDC, Nevada | Granted |
| March 2006 | Joseph H. Westerfield v. Fairfield Resorts | USDC, Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully pray that she be admitted to practice before this court FOR PURPOSES OF THIS CASE ONLY.

DATED: 6/22/2006

_____
PETITIONER

- 3 -

US_WEST:260030496.1

1  STATE OF CALIFORNIA        )
                              ) ss.
2  COUNTY OF SACRAMENTO       )

3     Lynn Trinka Ernce, Petitioner, being first duly sworn, deposes and says:

4     That foregoing statements are true.

_____
PETITIONER

Subscribed and sworn to (or affirmed) before me on this 22nd day of June, 2006, by Lynn Trinka Ernce, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC

SEAN MICK
Commission # 1384806
Notary Public - California
Sacramento County
My Comm. Expires Dec 5, 2006

US_WEST:260030697.1                - 4 -

## ORDER

The Verified Petition of Lynn Trinka Ernce to practice in this case only is approved.

DATED this _____ day of _____, 2006.

                              PATRICIA GRAY, CLERK
                              UNITED STATES BANKRUPTCY COURT

                              By: _____
                                            Deputy Clerk