**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on July 19, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases<br>Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | Date: N/A<br>Time: N/A<br>**Affecting:**<br>× All Cases |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | or Only:<br>¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC**<br>06-10729<br>**Debtors.** | ¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following documents:

   A) Ex Parte Application for Order Shortening Time pursuant to Fed. R. Bankr. P. 2014(a) for Order under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of Sierra Consulting Group, LLC as Financial Advisors to the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company [DE 887]; and

   B) Attorney Information Sheet in Support of Ex Parte Application for Order Shortening Time pursuant to Fed. R. Bankr. P. 2014(a) for Order under

1742363.1



Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of Sierra Consulting Group, LLC as Financial Advisors to the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company [DE 888].

2. I Served the above-named document by the following means to the persons as listed below:

    A)    ECF System to the persons listed on Exhibit A on July 18, 2006;

    B)    Email or U.S. Mail, postage prepaid mail on July 18, 2006 to all persons listed on the Master Service List on file with this Court not included in A).

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of July, 2006.

                                                 /s/ Christine E. Laurel
                                                 Christine E. Laurel

1742363.1