E-Filed
July 1̲9̲ , 2006

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone:    407-423-3200
Facsimile:    407-425-8316
E-mail:  abrumby@shutts-law.com

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF NEVADA*

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>  Debtor.<br>_____/ | CASE NOS: BK-5-06-10726 LBR<br>CASE NOS: BK-5-06-10727 LBR<br>CASE NOS. BK-5-06-10728 LBR<br>CASE NOS. BK-5-06-10729 LBR<br><br>CHAPTER 11<br>JOINTLY ADMINISTERED UNDER<br>CASE NO. BK-5-06-10725-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>  Debtor.<br>_____/ | |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND,<br>LLC,<br>  Debtor.<br>_____/ | |
| In re:<br><br>USA SECURITIES, LLC,<br>  Debtor.<br>_____/ | |

Affects:
  ☒ All Debtors
  ☐ USA Commercial Mortgage Co.
  ☐ USA Securities, LLC
  ☐ USA Capital Realty Advisors, LLC
  ☐ USA Capital Diversified Trust Deed
  ☐ USA First Trust Deed Fund, LLC
_____/

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS
<u>CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT</u>**

  Andrew M. Brumby, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Orlando Florida, telephone number, 407-835-6901.

2. That Petitioner is an attorney at law and a member of the law firm of Shutts & Bowen, LLP, with offices at 300 South Orange Avenue, Suite 1000, P.O. Box 4956, Orlando, FL 32802-4956, Telephone Number 407-423-3200.

3. That Petitioner has been retained personally or as a member of the law firm by Standard Property Development, LLC to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 1987, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Florida where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
|---|---|
| USDC-Northern District of Georgia | 1979 |
| USDC-Middle District of Florida | 1987 |
| USDC-Southern District of Florida | 1988 |
| USDC-Northern District of Florida | 2005 |
| 11th Circuit Court of Appeals | 1996 |
| U.S. Supreme Court | 1997 |
| Courts of the State of Georgia | 1979 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any

judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission): None

8. That Petitioner is a member of good standing in the following Bar Associations: State Bar of Georgia; The Florida Bar; The Central Florida Bankruptcy Law Association.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed applications(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Andrew M. Brumby

STATE OF FLORIDA_____ )

COUNTY OF ORANGE_____ )

ANDREW M. BRUMBY, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Andrew M. Brumby

Subscribed and sworn to before me this
18 day of July, 2006.

_____
Notary Public or Clerk of Court

Tracy Augustyni
My Commission DD195827
Expires May 20, 2007

APPROVED:

Dated: this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

10400079

4