E-Filed
July 19, 2006

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Shutts & Bowen LLP
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone:    407-423-3200
Facsimile:    407-425-8316
E-mail:  abrumby@shutts-law.com

and

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada  89130
Telephone:    702-656-2355
Facsimile:    702-656-2776
E-mail: vgourley@1vcm.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

_____/

In re:

USA CAPITAL REALTY ADVISORS, LLC,

    Debtor.

_____/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

    Debtor.

_____/

In re:

USA SECURITIES, LLC,

    Debtor.

_____/

Affects:

    ☒ All Debtors
    ☐ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed
    ☐ USA First Trust Deed Fund, LLC

_____/

CASE NOS: BK-5-06-10726 LBR
CASE NOS: BK-5-06-10727 LBR
CASE NOS. BK-5-06-10728 LBR
CASE NOS. BK-5-06-10729 LBR

CHAPTER 11
JOINTLY ADMINISTERED UNDER
CASE NO. BK-5-06-10725-LBR

E-Filed<br>July ____, 2006

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Andrew M. Brumby, Esquire, of the firm of Shutts & Bowen, LLP, 300 South Orange Avenue, Suite 1000, Post Office Box 4956, Orlando, Florida 32802-4956, and R. Vaughn Gourley, Esq., of the firm of Stephens, Gourley & Bywater, 3636 North Rancho Drive, Las Vegas, Nevada 89130, hereby file this Notice of Appearance as counsel of record in this proceeding for Standard Property Development, LLC.

Pursuant to 11 U.S.C. §1109(b) and F.R.B.P. 2002 and 9010(b), the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add them to the matrix in this case.

By filing this Notice of Appearance, Standard Property Development, LLC, neither consents to nor waives (as applicable) any of the following: (i) any objection it might have to the jurisdiction of the Bankruptcy Court to determine any specific adversary proceeding or contested matter; (ii) that any specific adversary proceeding or contested matter is a core proceeding within the meaning of 28 U.S.C. § 157; (iii) that the Bankruptcy Court may enter a final order or judgment in any non-core proceeding; (iv) any right to jury trial to which it may otherwise be entitled pursuant to the United States Constitution or other applicable law; or (v) that the Bankruptcy Court may conduct any jury trial to which it may otherwise be entitled.

Dated this 19 day of July, 2006.

|  |  |
|---|---|
| *Mailing Address:* | SHUTTS & BOWEN LLP<br>Attorneys for Standard Property Development, LLC<br>300 S. Orange Avenue, Suite 1000<br>Orlando, Florida 32801<br>Post Office Box 4956<br>Orlando, Florida 32802-4956<br>407-423-3200<br>407-425-8316 (Facsimile) |

By: /s/ Andrew M. Brumby
　　Andrew M. Brumby, Esquire
　　Florida Bar No. 0650080

and

STEPHENS, GOURLEY & BYWATER
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone:　702-656-2355
Facsimile:　702-656-2776

By: /s/ R. Vaughn Gourley,
　　R. Vaughn Gourley, Esq.
　　Nevada Bar No. 0503

## CERTIFICATE OF SERVICE

This is to certify that I have this 19 day of July 2006, served a copy of the foregoing Notice of Appearance and Demand for Service of Papers by regular U.S. Mail, postage prepaid thereon, to those persons set forth on the attached matrix.

　　　　　　　　　　　　　　　　　　/s/ Andrew M. Brumby
　　　　　　　　　　　　　　　　　　Andrew M. Brumby, Esq.

10400285_1.DOC

| DEBTOR AND COUNSEL | |
|---|---|
| ANNETTE W. JARVIS<br>DOUGLAS M. MONSON<br>STEVEN C. STRONG<br>RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET, SUITE 1400<br>P.O. BOX 45385<br>SALT LAKE CITY, UTAH 84145-0385<br>ajarvis@rqn.com<br>sstrong@rqn.com<br>dmonson@rqn.com | |
| LENARD E. SCHWARTZER<br>JEANETTE E. MCPHERSON<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 SOUTH JONES BOULEVARD, SUITE 1<br>LAS VEGAS, NEVADA 89146-5308<br>bkfiling@s-mlaw.com | |
| USA COMMERCIAL MORTGAGE<br>USA CAPITAL REALTY ADVISORS, LLC<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>USA SECURITIES, LLC<br>THOMAS J. ALLISON<br>4484 SOUTH PECOS ROAD<br>LAS VEGAS, NV 89121 | |

| THE UNITED STATES TRUSTEE | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE<br>600 LAS VEGAS BLVD., SOUTH, STE. 4300<br>LAS VEGAS, NV 89101<br>USTPRegion17.lv.ecf@usdoj.gov | |

| USA CAPITAL REALTY ADVISORS, LLC – UNSECURED CREDITORS | |
|---|---|
| KUMMER, KAEMPFER, BONNER & RENSHAW<br>3800 HOWARD HUGHES PKWY., 7TH FLOOR<br>LAS VEGAS, NV 89109 | INTERSHOW<br>THE GITHLER CENTER<br>1258 NORTH PALM AVE.<br>SARASOTA, FL 34236 |

| USA SECURITIES, LLC – UNSECURED CREDITORS | |
|---|---|
| JAMES HULL<br>C/O SIGNATURE FINANCIAL<br>2601 AIRPORT DRIVE, #370<br>TORRANCE, CA 90505 | GEORGE GORMAN<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 |

2

Master Service List #3   (3)

| | |
|---|---|
| R. HAGMAIER<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 | TIM RICH<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 |
| **COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY** ||
| ROB CHARLES<br>SUSAN M. FREEMAN<br>LEWIS AND ROCA, LLP<br>3993 HOWARD HUGHES PARKWAY, 6TH FLOOR<br>LAS VEGAS, NV 89109<br>rcharles@lrlaw.com<br>sfreeman@lrlaw.com | |
| **UNSECURED CREDITORS COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY** ||
| BUNCH, DELL<br>1909 RED ROBIN COURT<br>LAS VEGAS, NV 89134<br><br>C/O DONALD R. WALKER<br>9209 EAGLE HILLS DR.<br>LAS VEGAS, NV 89134-6109<br>drwalker1@cox.net | ADVANCED INFORMATION SYSTEMS<br>C/O MICHAEL T. YODER<br>4270 CAMERON STREET, SUITE #1<br>LAS VEGAS, NV 89103<br>myoder@aisinfo.com |
| RUSSELL AD DEVELOPMENT GROUP, LLC<br>P.O. BOX 28216<br>SCOTTSDALE, AZ 85255<br><br>ROBERT A. RUSSELL<br>8585 EAST HARTFORD DR., SUITE 500<br>SCOTTSDALE, AZ 85255<br>r.russell@industrialwest.com | ANNEE NOUNNA<br>8057 LANDS END COURT<br>LAS VEGAS, NV 89117-7635<br>Bella8049@aol.com |
| ROBERT L. HAGMAIER<br>15254 CANDLEWOOD COURT<br>LAKE OSWEGO, OR 97035<br>rhagmaier@fwg.com | |

///

3

| COUNSEL FOR THE EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ||
|---|---|
| FRANK A. MEROLA<br>EVE H. KARASIK<br>CHRISTINE M. PAJAK<br>STUTMAN, TREISTER & GLATT, P.C.<br>1901 AVENUE OF THE STARS, 12TH FLOOR<br>LOS ANGELES, CA 90067<br>fmerola@stutman.com<br>ekarasik@stutman.com<br>cpajak@stutman.com | JAMES PATRICK SHEA<br>CANDACE C. CARLYON<br>SHAWN W. MILLER<br>SHLOMO S. SHERMAN<br>SHEA & CARLYON, LTD.<br>233 S. fourth Street, 2nd Floor<br>Las Vegas, NV 89101<br>bankruptcyfilings@sheacarlyon.com<br>ccarlyon@sheacarlyon.com<br>smiller@sheacarlyon.com<br>ssherman@sheacarlyon.com<br>ltreadway@sheacarlyon.com<br>rsmith@sheacarlyon.com<br>aboehmer@sheacarlyon.com |
| **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.** ||
| ROBERT E. TAYLOR<br>1535 FLYNN ROAD<br>CAMARILLO, CA 93012<br><br>C/O CHUCK HEINRICHS<br>198 EL PAJARO<br>NEWBURY PARK, CA 91320<br>chuckhein@earthlink.net | JOHN WARNER JR., IRA<br>C/O FIRST SAVINGS BANK<br>2605 EAST FLAMINGO RD<br>LAS VEGAS, NV 89121<br><br>JOHN H. WARNER, JR.<br>2048 NORTH CHETTRO TRAIL<br>ST. GEORGE, UT 84770<br>wqfl@aol.com |
| MARY E. AND MATTHEW J. MORO, JTWROS<br>1009 8TH ST<br>MANHATTAN BEACH, CA 90266<br>maryellen.moro@verizon.net | RICHARD G. WOUDSTRA REVOCABLE TRUST<br>RICHARD G. WOUDSTRA, TTEE<br>P.O. BOX 530025<br>HENDERSON, NV 89053 |
| WEN BALDWIN SEPARATE PROPERTY TRUST<br>365 DOOLEY DRIVE<br>HENDERSON, NV 89015 | JOHN GOINGS<br>P.O. BOX 174<br>MASONVILLE, CO 80541<br>jgoings@bhwk.com |

| COUNSEL FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ||
|---|---|
| MARC A. LEVINSON<br>LYNN TRINKA ERNCE<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 CAPITOL MALL, SUITE 3000<br>SACRAMENTO, CA  95814<br>malevinson@orrick.com<br>lernce@orrick.com | BOB L. OLSON<br>ANNE M. LORADITCH<br>BECKLEY SINGLETON CHTD.<br>530 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV  89101<br>bolson@beckleylaw.com<br>aloraditch@beckleylaw.com |
| **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.** ||
| ROBERT G. WORTHEN<br>1112 WORTHEN CIR.<br>LAS VEGAS, NV  89145<br>robertworthen@earthlink.net | KATZ 2000 SEPARATE PROPERTY TRUST<br>SARA M. KATZ, MANAGING TRUSTEE<br>4250 EXECUTIVE SQUARE, #670<br>SAN DIEGO, CA  92037<br>skatz@katzandassociats.com |
| THOMAS C. LAWYER FAMILY TRUST<br>45 VENTANA CANYON DR.<br>LAS VEGAS, NV  89113<br>tclawyer@trane.com | JERRY T. MCGIMSEY<br>3115 SOUTH EL CAMINO RD.<br>LAS VEGAS, NV  89146-6621<br>jtmacg@earthlink.net |
| CHARLES O. NICHOLS AND FLORA A. NICHOLS<br>2561 SEASCAPE DR.<br>LAS VEGAS, NV  89128<br>harleynicols@cox.net | ROBERT HARDY<br>6510 ANSONIA COURT<br>LAS VEGAS, NV  89118-1874 |
| **COUNSEL FOR THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY** ||
| GERALD M. GORDON<br>GREGORY E. GARMAN<br>TALITHA B. GRAY<br>MATTHEW C. ZIRZOW<br>GORDON & SILVER, LTD<br>3960 HOWARD HUGES PARKWAY, 9TH FLOOR<br>LAS VEGAS, NV  89109<br>gmg@gordonsilver.com<br>geg@gordonsilver.com<br>tbgt@gordonsilver.com<br>bankruptcynotices@gordonsilver.com | |

| COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY ||
|---|---|
| FERTITTA ENTERPRISES, INC.<br>2960 W. SAHARA AVE., SUITE 200<br>LAS VEGAS, NV 89102<br><br>WILLIAM J. BULLARD<br>FERTITTA ENTERPRISES, INC.<br>P.O. BOX 27555<br>LAS VEGAS, NV 89126-1555<br>bbullard@gordonbiersch.com | HELMS HOMES, LLC<br>C/O TERRY HELMS<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107<br>amillionaire4u@earthlink.net |
| TERRY HELMS LIVING TRUST<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107<br>amillionaire4u@earthlink.net | DENNIS FLIER, INC. DEFINED BENEFIT TRUST<br>20155 PORTO VITA WAY #1803<br>AVENTURA, FL 33180<br>dsfom1@aol.com |
| ARTHUR POLACHECK AND GLORIANNE POLACHECK<br>2056 WOODLAKE CIR.<br>DEERFIELD BEACH FL 33442<br>artclassics@bellsouth.net | JAMES W. MCCOLLUM & PAMELA P. MCCOLLUM<br>1011 F. AVENUE<br>CORONADO, CA 92118<br>james@mccollum@aol.com |
| HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY<br>SUITE N-409<br>POMPANO BEACH, FL 33062<br><br>C/O EDWARD W. HOMFELD<br>858 BISHOP ROAD<br>GROSSE POINTE PARK, MI 48230<br>nhomfeld@gmacc.com | |
| **GOVERNMENTAL and REGULATORY ENTITIES** ||
| NEVADA MORTGAGE LENDING DIVISION<br>ATTN: SUSAN ECKHARDT<br>3075 EAST FLAMINGO #100<br>LAS VEGAS, NV 89121<br>seckhardt@mld.nv.gov | U.S. SECURITIES AND EXCHANGE COMMISSION<br>ATTN: SANDRA W. LAVIGNA.<br>5670 WILSHIRE BLVD., 11TH FLOOR<br>LOS ANGELES, CA 90036-3648 |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K. STREET, N.W.<br>WASHINGTON, D.C. 20005-4026 | DEPARTMENT OF EMPLOYMENT TRAINING<br>EMPLOYMENT SEC DIV, CONTRIBUTIONS SECTION<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713-0030 |

| | |
|---|---|
| DMV AND PUBLIC SAFETY RECORDS SECTION<br>555 WRIGHT WAY<br>CARSON CITY, NV 89711-0250 | EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY DESK<br>9790 GATEWAY DRIVE<br>RENO, NV 89521-5906 |
| NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS, NV 89101 | INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 |
| SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY, NV 89701 | NV DEPARTMENT OF TAXATION<br>REVENUE DIVISION<br>CAPITOL COMPLEX<br>CARSON CITY, NV 89710-0003 |
| OFFICE OF LABOR COMMISSIONER<br>555 EAST WASHINGTON AVE., SUITE 4100<br>LAS VEGAS, NV 89101 | DANIEL G. BOGDEN<br>CARLOS A. GONZALEZ<br>OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF NEVADA<br>333 LAS VEGAS BLVD. SO, #5000<br>LAS VEGAS, NV 89101 |
| UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>P.O. BOX 683 – BEN FRANKLIN STATION<br>WASHINGTON, D.C. 20044 | DISTRICT COUNSEL<br>INTERNAL REVENUE SERVICE<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 |
| INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 | FHA/HUD<br>DISTRICT OFFICE<br>300 SOUTH LAS VEGAS BLVD. SUITE 2900<br>LAS VEGAS, NV 89101-5833 |
| DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE AND CLAIMS<br>3225 NORTH CENTRAL<br>PHOENIX, AZ 85012 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155-1220 |
| CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>P.O. BOX 551401<br>LAS VEGAS, NV 89155-1401 | |
| **NOTICES OF APPEARANCE/REQUESTS FOR NOTICE** ||
| DON TOMLIN<br>C/O DAVID W. MOUNIER<br>15316 SKY HIGH ROAD<br>ESCONDIDO, CA 92025 | MARYETTA BOWMAN<br>534 ENCHANTED LAKES DRIVE<br>HENDERSON, NV 89052 |

| | |
|---|---|
| EDWARD W. HOMFELD<br>HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY, SUITE N-409<br>POMPANO BEACH, FLORIDA 33062 | RICHARD MCKNIGHT, ESQ.<br>LAW OFFICES OF RICHARD MCKNIGHT<br>330 SOUTH THIRD STREET #900<br>LAS VEGAS, NV 89101<br>mcknightlaw@cox.net<br>gkopang@lawlasvegas.com<br>cburke@lawlasvegas.com<br>sforemaster@lawlasvegas.com |
| RJ ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TX 76248 | MARGIE GANDOLFO<br>1724 ARROW WOOD DRIVE<br>RENO, NV 89521 |
| JANNY CATHARINA BROUWER<br>2533 KINNARD AVENUE<br>HENDERSON, NV 89074 | ROBERT R. KINAS, ESQ.<br>JENNIFER L. McBEE<br>SNELL & WILMER, LLP<br>3800 HOWARD HUGHES PKWY, #1000<br>LAS VEGAS, NV 89109<br>rkinas@swlaw.com<br>mstrand@swlaw.com<br>jlustig@swlaw.com<br>lholding@swlaw.com<br>imccord@swlaw.com |
| MICHAEL R. SHULER<br>C/O JAY R. EATON<br>EATON & O'LEARY, PLLC<br>115 GROVE AVENUE<br>PRESCOTT, AZ 86301 | KERMIT KRUSE<br>2710 ALBANY AVENUE<br>DAVIS, CA 95616 |
| KELLY J. BRINKMAN, ESQ.<br>GOOLD PATTERSON, ALEX & DAY<br>4496 SOUTH PECOS ROAD<br>LAS VEGAS, NV 89121<br>kbrinkman@gooldpatterson.com | JANET L. CHUBB, ESQ.<br>JONES VARGAS<br>100 WEST LIBERTY STREET, 12TH FLOOR<br>P.O. BOX 281<br>RENO, NV 89504-0281<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com |
| MARTIN B. WEISS, ESQ.<br>THE GARRETT GROUP, LLC<br>ONE BETTERWORLD CIRCLE, SUITE 300<br>TEMECULA, CA 92590 | ATTILA JEFZENSZKY<br>1720 COLAVITA WAY<br>RENO, NV 89521 |

| | |
|---|---|
| VINCE DANELIAN<br>P.O. BOX 97782<br>LAS VEGAS, NV 89193 | WILLIAM L. MCGIMSEY, ESQ.<br>601 EAST CHARLESTON BLVD.<br>LAS VEGAS, NV 89104<br>lawoffices601@lvcoxmail.com |
| PAUL & DONNA JACQUES<br>810 SE 7TH STREET, A103<br>DEERFIELD BEACH, FL 33441 | PETER BOLINO<br>17412 SERENE DRIVE<br>MORGAN HILL, CA 95037 |
| STAN WOLKEN<br>Send notice to:<br>bayareastan@yahoo.com | SEAN NAJARIAN, ESQ.<br>THE NAJARIAN LAW FIRM<br>283 S. LAKE AVENUE, SUITE 205<br>PASADENA, CA 91101<br>sean@nlf.la |
| SCOTT D. FLEMING<br>HALE LANE PEEK DENNISION AND HOWARD<br>3930 HOWARD HUGES PARKWAY, 4TH FLOOR<br>LAS VEGAS, NV 89109<br>sfleming@halelane.com<br>dbergsing@halelane.com<br>ecfvegas@halelane.com | NILE LEATHAM<br>JAMES B. MACROBBIE<br>KOLESAR & LEATHAM, CHTD<br>3320 WEST SARAHA AVE., SUITE 380<br>LAS VEGAS, NV 89102-3202<br>nleatham@klnevada.com<br>jmacrobbie@klnevada.com |
| LAUREL E. DAVIS<br>LIONEL SAWYER & COLLINS<br>4700 BANK OF AMERICAN PLAZA<br>300 SOUTH FOURTH STREET<br>LAS VEGAS, NV 89101<br>ldavis@lionelsawyer.com<br>bklsclv@lionelsawyer.com<br>gbagley@lionelsawyer.com<br>ldavisesq@aol.com | GILBERT B. WEISMAN<br>BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 |
| CARYN S. TIJSSELING<br>BEESLEY, PECK & MATTEONI, LTD<br>5011 MEADOWOOD MALL WAY, #300<br>RENO, NV 89502<br>cst@beesleyandpeck.com<br>aha@beesleyandpeck.com | NICHOLAS J. SANTORO<br>400 SOUTH FOURTH STREET 3RD FLOOR<br>LAS VEGAS, NV 89101<br>NSantoro@Nevadafirm.com |
| JED A. HART<br>ANGELO, GORDON & CO.<br>245 PARK AVENUE, 26TH FLOOR<br>NEW YORK, NY 10167<br>jhart@angelogordon.com | BRADLEY J. STEVENS<br>JENNINGS, STROUSS & SALMON, P.L.C.<br>THE COLLIER CENTER, 11TH FLOOR<br>201 E. WASHINGTON STREET<br>PHOENIX, ARIZONA 85004-2385<br>bstevens@jsslaw.com |

9

Master Service List #3   (3)

| | |
|---|---|
| CiCi CUNNINGHAM, JAMES A. KOHL<br>CHRISTINE ROBERTS<br>RAWLINGS, OLSON, CANNON, GORMLEY & DESRUISSEAUX<br>9950 WEST CHEYENNE AVE.<br>LAS VEGAS, NV 89129<br>bankruptcy@rocgd.com | THOMAS R. STILLEY<br>SUSSMAN SHANK LLP<br>1000 SW BROADWAY, SUITE 1400<br>PORTLAND, OR 97205-3089 |
| FRANKLIN C. ADAMS<br>BEST BEST & KRIEGER LLP<br>3750 UNIVERSITY AVE<br>P.O. BOX 1028<br>RIVERSIDE, CA 92502-1028<br>franklin.adams@bbklaw.com<br>arthur.johnston@bbklaw.com | JEFFREY G. SLOANE<br>REGINA M. McCONNELL<br>KRAVITZ, SCHNITZER, SLOANE, JOHNSON, & EBERHARDY, CHTD.<br>1389 GALLERIA DR. SUITE 200<br>HENDERSON, NV 89014<br>rmcconnell@kssattorneys.com<br>jsloane@kssattorneys.com<br>giklepel@yahoo.com |
| KEVIN B. CHRISTENSEN<br>XANNA R. HARDMAN<br>EVAN JAMES<br>7440 WEST SAHARA AVE.<br>LAS VEGAS, NV 89117<br>kbchrislaw@aol.com<br>xanna.hardman@gmail.com<br>ejameslv@earthlink.net | RICHARD MASON<br>PATRICIA K. SMOOTS<br>MICHAEL M. SCHMAHL<br>McGUIRE WOODS, LLP<br>77 WEST WACKER DR., SUITE 4100<br>CHICAGO, IL 60601<br>rjmason@mcquirewoods.com<br>psmoots@mcquirewoods.com<br>mschmahl@mcquirewoods.com |
| DONALD T. POLEDNAK<br>JEFFREY R. SYLVESTER<br>SYLVESTER & POLEDNAK, LTD<br>7371 PRAIRIE FALCON, SUITE 120<br>LAS VEGAS, NV 89128<br>sandplegal@yahoo.com<br>spbankruptcy@yahoo.com<br>jeff@sylvesterpolednak.com | PETER SUSI<br>JAY L. MICHAELSON<br>MICHAELSON, SUSI & MICHAELSON<br>SEVEN WEST FIGUEROA ST. 2ND FLOOR<br>SANTA BARBARA, CA 93101-3191<br>peter@msmlaw.com<br>jay@msmlaw.com<br>cheryl@msmlaw.com<br>msm@msmlaw.com |
| JOAN C. WRIGHT<br>ALLISON, MacKENZIE, RUSSELL, PAVLAKIS, WRIGHT & FAGAN, LTD.<br>402 NORTH DIVISION STREET<br>P.O. BOX 646<br>CARSON CITY, NV 89702<br>jwright@allisonmackenzie.com<br>jbrooks@allionmackenzie.com | BAY COMMUNITIES<br>C/O CHRIS MCKINNEY<br>4800 NO. FEDERAL HIGHWAY, SUITE A205<br>BOCA RATON, FL 33431 |

| | |
|---|---|
| ERVEN T. NELSON<br>BOLICK & BOYER<br>6060 W. ELTON AVENUE, SUITE A<br>LAS VEGAS, NV 89107 | MATTHEW Q. CALLISTER<br>CALLISTER & REYNOLDS<br>823 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89101<br>mqc@callister-reynolds.com<br>maggie@callister-reynolds.com |
| ANDREW WELCHER<br>c/o NORDMAN CORMANY HAIR & COMPTON LLP<br>ATTN: WILLIAM E. WINFIELD, ESQ.<br>1000 TOWN CENTER DRIVE, 6TH FLOOR<br>P.O. BOX 9100<br>OXNARD, CA 93031<br>wwinfield@nchc.com | ROBERT VERCHOTA, GENERAL PARTNER<br>R&N REAL ESTATE INVESTMENTS, LP<br>c/o JEFFREY A. COGAN<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV 89108<br>jeffrey@jeffreycogan.com |
| LAW OFFICES OF JAMES G. SCHWARTZ<br>JOSHUA D. BRYSK, ESQ.<br>7901 STONERIDGE DRIVE, SUITE 401<br>PLEASANTON, CA 94588 | SCOTT K. CANEPA<br>CANEPA, RIEDY & RUBINO<br>851 S. RAMPART BLVD. #160<br>LAS VEGAS, NV 89145<br>scanepa@defectlawyers.com<br>gmuscari@defectlawyers.com<br>scottcanepa@yahoo.com |
| JOHN F. MURTHA<br>WOODBURN & WEDGE<br>6100 NEIL ROAD, SUITE 500<br>P.O. BOX 2311<br>RENO, NV 89505<br>jmurtha@woodburnandwege.com | HOWARD CONNELL<br>1001 JENNIS SILVER STREET<br>LAS VEGAS, NV 89145<br>Howlor5@aol.com |
| SUSAN WILLIAMS SCANN<br>PAUL R. CONNAGHAN<br>DEANER, DEANER, SCANN MALAN & LARSEN<br>ATTORNEYS FOR FRANKLIN/STRATFORD<br>INVESTMENT, LLC<br>720 SOUTH FOURTH STREET, SUITE #300<br>LAS VEGAS, NV 89101<br>sscann@deanerlaw.com<br>palexander@deanerlaw.com | WILLIAM D. COPE<br>COPE & GUERRA<br>595 HUMBOLDT STREET<br>RENO, NV 89509-1603<br>cope-guerra@yahoo.com |
| THOMAS &. STILLEY<br>SUSSMAN SHANK, LLP<br>ATTORNEYS FOR DAVID FOSSATI<br>1000 SW BROADWAY, SUITE 1400<br>PORTLAND, OR 97205-3089<br>tom@susmanshank.com | THOMAS R. BROOKSBANK<br>BROOKSBANK &ASSOCIATES<br>ATTORNEYS FOR AUGUSTINE TUFFANELLI<br>689 SIERRA ROSE DRIVE, SUITE A-2<br>RENO, NV 89511<br>tom@tombrooksbank.com |

| | |
|---|---|
| RUSSELL JAMES ZUARDO<br>1296 HIGH FOREST AVE<br>LAS VEGAS, NV 89123<br>rjzrph@cox.net | JOHN PETER LEE, LTD<br>JOHN PETER LEE, ESQ.<br>830 LAS VEGAS BOULEVARD SOUTH<br>LAS VEGAS, NV 89101 |
| STEPHEN R. HARRIS<br>BELDING, HARRIS & PETRONI, LTD.<br>ATTORNEYS FOR FRANK SNOPKO<br>417 WEST PLUMB LANE<br>RENO, NV 89509 | BMC GROUP, INC.<br>1330 EAST FRANKLIN AVE.<br>EL SEGUNDO, CA 90245 |
| JERROLD T. MARTIN<br>8423 PASO ROBLES<br>NORTHRIDGE, CA 91325 | WADE B. GOCHNOUR<br>ARYN M. FITZWATER<br>HANEY, WOLOSON & MULLINS<br>ATTORNEYS FOR LIBERTY BANK<br>1117 SOUTH RANCHO DRIVE<br>LAS VEGAS, NV 89102 |
| JONATHAN L. MILLS<br>SUGAR, FRIEDBERG & FELSENTHAL LLP<br>For Norman Kiven<br>30 NORTH LASALLE STREET, SUITE 3000<br>CHICAGO, IL 60602 | GOLDSMITH & GUYMON, P.C.<br>ATTN: MARJORIE A. GUYMON<br>2055 N. VILLAGE CENTER CIRCLE<br>LAS VEGAS, NV 89134 |
| JOSEPH HUGGINS<br>HUGGINS & ASSOCIATES<br>1000 N. GREEN VALLEY PARKWAY, SUITE 440-2<br>HENDERSON, NV 89014<br>joehuggins@sbcglobal.net | RUSSELL S. WALKER<br>ELIZABETH R. LOVERIDGE<br>REID W. LAMBER<br>WOODBURY & KESLER, P.C.<br>ATTORNEYS FOR MILANWOSKI, HANTGES,<br>USA INVESTMENT PARTNERS<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT 84111 |