Parsons, Behle & Latimer
Nancy L. Allf, Bar No. 0128
Timothy P Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702) 599-6000
nallf@parsonsbehle.com

Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
robert@robertlepome.com

Attorneys for Alexander et, al.

E-Filed on July 19, 2006

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br><br>USA SECURITIES, LLC, | BK-S-06-10729-LBR<br>Chapter 11 |

1

|                            Debtor                    )
| Affects:                                              )
|     ☐ All Debtors                                     )
|     ☒ USA Commercial Mortgage Co.                     )
|     ☐ USA Securities, LLC                             )
|     ☐ USA Capital Realty Advisors, LLC                )   DATE:   August 4, 2006
|     ☒ USA Capital Diversified Trust Deed              )   TIME:   1:30 P.M.
|     ☒ USA First Trust Deed Fund, LLC                  )
|                                                       )

### PARTIAL OPPOSITION TO DEBTORS' MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY COURSE RELEASES AND DISTRIBUTE PROCEEDS

COME NOW Stanley Alexander and others as set forth in the Rule 2019 Disclosure filed herein as Document No. 894, by and through their attorneys Nancy Allf of the firm of Parsons, Behle & Latimer and Robert C. LePome, Esq. and oppose that part of the Debtors' Motion to distribute funds and to Grant Ordinary Course Release and Distribute Proceeds Motion filed as Document No. 847 as would authorize "set-offs" or "recoupment" of those funds paid as interest on their loans, whether "performing" or "non-performing". The amount of the "Set-Offs" is shown, in part, in Schedule "A" attached hereto. The Schedule is incomplete because Debtors did not comply with the Court rule that communication with represented parties should be through their respective counsel. Indeed, Debtor has not forwarded <u>even a copy</u> of its correspondence to the attorneys representing these objecting parties. Some objecting parties are on summer vacation and cannot forward their attorney a copy of their letters from Debtor. Once all of the figures are determined a revised Schedule "A" will be filed. This Partial Opposition is based upon the Points and Authorities attached

2

hereto.

PARSONS, BEHLE & LATIMER

*Nancy l Allf*

/s/ Nancy Allf, Esq.
Nancy Allf, Esq., Bar No. 0128
Timothy P. Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702)599-6000

and

Robert C. LePome
330 S. Third St. #1100B
Las Vegas, NV 89101
Nevada Bar #1980
(702)385-5509

### THE DEBTOR'S MEMORANDUM OF LAW ALLEGING A BASIS FOR NETTING OF INTEREST ADVANCES MADE TO DIRECT LENDERS IS FLAWED

Movant alleges that the legal doctrine of recoupment is applicable to the facts of this case. Movant at page 8 line 4 cites <u>Newbery Corp v. Fireman's Fund</u>, 95 F. 3rd 1392, 1402 (9th Cir. 1996) (quoting <u>Moore v. New York Cotton Exchange</u>, 270 U.S. 593, 610 (1926)) They also site <u>In re Madigan</u>, 270 B.R. 749, 755 (9th Cir. BAP 2001) and <u>In re TLC Hospitals, Inc.</u>, 224 F. 3rd 1008, 1011 (9th Cir. 2000). Movant cites a dozen other cases which are also inapplicable and stand for little more than <u>if Debtor believes</u> that recoupment is proper, Debtor must proceed by an adversary proceeding. As stated previously, recoupment is not a remedy raised by the facts of this case.

The Movant's citation to Section 254 of the Restatement of Trust is also

3

inapplicable to the facts of the case. The key fact which the movant has repeatedly over-looked is that the loan beneficiaries are entitled to each payment that they received and the Debtor acting only as a service agent, is not the source of funds for the payments or for the prior payments or over-payments. The reason for the inapplicability of the various citations by Movant is that their cases address receipts "to which the beneficiary was not entitled". These are not our facts. Our clients were in fact owed the money. The second difference is that they address payment <u>of the funds of the Debtor</u>. The difference is crucial and has been repeatedly argued to this Court and has been repeatedly avoided by Debtor.

Where a person makes payment on the debt of another and the recipient is legally entitled to collect the funds and accepts the payment in good faith restitution (or recoupment) is not available. See <u>Restatement of Restitution</u> (1936), section 13 and section 14.

This issue of law has been fully briefed for two months. The leading cases both involved Chase Manhattan Bank which, of course, is a lender whose loans have been repeatedly litigated in this Court. The funds due Chase have, for many years been collected by <u>Litton Loan Services</u>.

The two <u>Chase</u> cases that have been repeatedly cited to this Court hold that Restitution (or "Recoupment" if you like that word) was denied because the funds had been received in good faith in the regular course of business. <u>Chase Manhattan Bank v. Burden</u>, 489 A.2d 494, 497 (D.C. App. 1985).

4

A lender has no duty of restitution where it made no misrepresentation and had no notice of mistaken benefits from which it benefitted. <u>Greenwald v. Chase Manhattan Mortg. Corp.</u>, 241 F. 3d 76, 79 (C.A.1, 2001). Indeed, there were no "mistaken" payments in this case. All payments on the debts were made to the Debtors who were legally entitled to collect the interest and all payments were made voluntarily and with full knowledge. There were no "mistaken payments" to someone who was not entitled to receive them.

Argument

The facts are not in dispute. The Debtor forwarded funds of its own or from other lenders and paid these funds to the Direct Investors. <u>The Debtor effectively loaned its own money to the borrowers so that the borrowers would not become delinquent in their loans in the eyes of their lenders</u>. Debtor's conduct benefitted their business. Accordingly, this is exactly what it did <u>as a matter of law</u>. The actions of the Debtor in their reports to the Nevada Commissioner of Mortgage Lending categorized some non-performing loans as "performing". This supports the conclusion that they advanced the interest to the <u>borrower</u> and not the Direct Lender. The Debtor has certain rights of course. It can and has continued to reimburse itself for the funds that it advanced to the borrowers. It also has kept the late fees and interest. This is substantial current income to the Debtor. This reimbursement <u>by the borrower</u> and income to the Debtor has occurred post-petition when loans were reinstated or paid in full. It can also occur "off the top" from proceeds from a foreclosure if and

5

when any foreclosure is needed. The Direct Lenders owe the Debtors nothing. The Debtor's suggestion that these Direct Lenders may "owe money to Debtor" is simply legally wrong and is a scare tactic originally intended to silence the direct lenders so that they will believe they must fund the estate. This "source of funds" was initially deemed necessary and therefore expedient. Subsequent events have shown that there sufficient funds to administer this case from the recent reimbursements to Debtor and the late fees.

## Conclusion

The Motion should be granted in part. No set-offs should be allowed as to these objecting parties.

PARSONS, BEHLE & LATIMER

/s/ Nancy Allf, Esq.
Nancy Allf, Esq., Bar No. 0128
Timothy P. Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702)599-6000

and

Robert C. LePome
330 S. Third St. #1100B
Las Vegas, NV 89101
Nevada Bar #1980
(702)385-5509

CERTIFICATE OF SERVICE

6

I, Karen Lawrence, hereby certify that a true and correct copy of the aforegoing was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith!@sheacarlyon.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN yvette@ccfirm.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FEL! L BA! NKRUPTCY NOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com

7

WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON bankruptcynotices@gordonsilver.com

TALITHA B. GRAY bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN ! haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN xanna.hardman@gmail.com,

STEPHEN R HARRIS noticesbh&p@renolaw.biz

CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS ,

TY E. KEHOE TyKehoeLaw@aol.com

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

NILE LEATHAM ! nleatham@klnevada.com, ckishi@klnevada.com;ban! kruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

8

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

SHAWN W MILLER bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN! mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JOHN F MURTHA jmurtha@woodburnandwedge.com

ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com

BOB L. OLSON ecffilings@beckleylaw.com,
bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY info@johnpeterlee.com

SUSAN! WILLIAMS SCANN &! nbsp &nb sp sscann@deanerlaw.com,
palexander@deanerlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

SHLOMO S. SHERMAN ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;
mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

9

JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

by electronic service on the ~~18th~~ 19th day of July, 2006 and to the following by regular mail on the ~~18th~~ 19th day of July, 2006

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

RICHARD J. MASON
1!30 PINETREE LANE
RIVERWOODS, IL 60015

BRECK E. MILDE
60 South Market St, Suite 200
San Jose, CA 95113

10

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY

1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

RUSSELL S. WALKER
265 EAST 100 SOUTH SUITE 300
SALT LAKE CITY, UT 84111

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

Employee of Parsons, Behle & Latimer

USA CAPITAL INVESTORS REPRESENTED BY ROBERT C. LEPOME, ESQ. AS OF JULY 18, 2006

| Client | Borrower | Amount Invested | Monthly Interest | Disputed Interest Set-Off |
|---|---|---|---|---|
| Stanley & Florence Alexander | Marquis Hotel | 150,000 | 13% | 12,484.00 |
| Stanley & Florence Alexander | HFA Clear Lake | 350,000 | 16% | 36,244.00 |
| Stanley & Florence Alexander | HFA - North Yonkers | 100,000 | 12.50% | 13,933.00 |
| Stanley & Florence Alexander | Hasley Canyon | 100,000 | 17% | |
| Stanley & Florence Alexander | I-40 Gateway West, LLC | 53,000 | 15% | |
| Stanley & Florence Alexander | 60th Street, LLC | 100,000 | 15% | |
| Stanley & Florence Alexander | Placer Vineyards | 100,000 | 12.50% | 5,050.00 |
| Stanley & Florence Alexander | Fiesta Development | 100,000 | 12% | |
| Stanley & Florence Alexander | Brookmere/Matteson | 150,000 | 12% | |
| Stanley & Florence Alexander | Roam Development Group | 92,000 | 12% | 590 |
| Stanley & Florence Alexander | Lerin Hills | 200,000 | 15% | |
| Stanley & Florence Alexander | Riviera Homes for America Holdings, LLC | 90,000 | 16.50% | |
| Stanley & Florence Alexander | Lerin Hills | 100,000 | 15% | |
| Stanley & Florence Alexander | Lerin Hills | 125,000 | 15% | |
| Jerome L. & Charma Block | Gramercy Court Condos | 50,000 | 12% | 2,044.00 |
| Jerome L. & Charma Block | Shamrock Tower, LP | 50,000 | 12% | 7,318.00 |
| Jerome L. & Charma Block | Castaic Partners III LLC | 50,000 | 12.50% | |
| Jerome L. & Charma Block | 6425 Gess, LTD. | 50,000 | 12% | 3,335.00 |
| Church of Movement | Roam Development Group | 100,000 | 12% | 35 |
| Church of Movement | Del Valle Isleton | 100,000 | 12.50% | |
| Church of Movement | HFA - North Yonkers | 100,000 | 12.50% | 13,933.00 |
| Church of Movement | Foxhill 216, LLC | 100,000 | 13.50% | |
| Church of Movement | Bay Pomano Beach | 100,000 | 13% | 811 |
| James R. Cielen | HFA - Riveria 2nd | 25,000 | 18% | |
| James R. Cielen | Preserve at Galleria, LLC | 50,000 | 15% | |
| James R. Cielen | Cabernet | 25,000 | 15% | |
| James R. Cielen | HFA - Windham | 50,000 | 12% | |
| James R. Cielen | Placer Vineyards 2nd | 50,000 | 16% | |
| James R. Cielen | Marquis Hotel | 50,000 | 13% | |
| James R. Cielen | Amesbury/Hatters | 25,000 | 13.50% | |
| James R. Cielen | Hasley Canyon | 25,000 | 17% | |
| Patrick and Susan Davis | Amesbury/Hatters | 50,000 | 13% | 2,764.00 |
| Patrick and Susan Davis | Brookmere/Matteson | 100,000 | 12% | 2,261.00 |
| Patrick and Susan Davis | Beau Rivage | 100,000 | 12% | |
| S&P Davis Limited Partnership | BarUSA/$15,300,000 | 100,000 | 12.50% | 1,369.00 |
| S&P Davis Limited Partnership | Hasley Canyon | 50,000 | 17% | 2,570.00 |
| S&P Davis Limited Partnership | J. Jireh's Corp. | 100,000 | 12.50% | |
| S&P Davis Limited Partnership | Amesbury/Hatters | 50,000 | 13% | 753 |
| S&P Davis Limited Partnership | 6424 Gess, LTD. | 100,000 | 12% | 6,669.00 |
| S&P Davis Limited Partnership | Foxhill 216, LLC | 100,000 | 12.50% | |

| Lender | Loan | Rate | Amount |
|---|---|---|---|
| S&P Davis Limited Partnership | Fiesta USA/Stoneridge | 13% | 10,723.00 |
| S&P Davis Limited Partnership | Del Valle Isleton | 12% | |
| S&P Davis Limited Partnership | Roam Development Group | 12% | 35 |
| S&P Davis Limited Partnership | Tapia Ranch | 12.50% | 1,568.00 |
| S&P Davis Limited Partnership | Rio Rancho Executive Plaza | 12% | |
| S&P Davis Limited Partnership | HFA Clear Lake | 12% | 6,767.00 |
| S&P Davis Limited Partnership | Del Valle – Livingston | 12% | |
| S&P Davis Limited Partnership | Charlevoix Homes | 15% | |
| S&P Davis Limited Partnership | I-40 Gateway West, LLC | 12% | 145 |
| S&P Davis Limited Partnership | Margarita Annex | 12% | 128 |
| S&P Davis Limited Partnership | Gramercy Apartments | 12% | 2,380.00 |
| S&P Davis Limited Partnership | Brookmere/Matteson | 12% | 283 |
| S&P Davis Limited Partnership | Bay Pomano Beach | 12.50% | 722 |
| S&P Davis Limited Partnership | Ocean Atlantic | 12% | |
| First Savings Bank, Custodian for Pat Davis IBeau Rivage | 18% | 263 |
| First Savings Bank, Custodian for Pat Davis IOak Shores II | 12% | 1,045.00 |
| First Savings Bank, Custodian for Pat Davis IBarUSA/$15,300,000 | 12.50% | 3,517.00 |
| First Savings Bank, Custodian for Pat Davis IAmesbury/Hatters | 13% | 1,407.00 |
| First Savings Bank, Custodian for Susan Dav Beau Rivage | 18% | |
| First Savings Bank, Custodian for Susan Dav BarUSA/$15,300,000 | 12.50% | 412 |
| First Savings Bank, Custodian for Susan Dav Amesbury/Hatters | 12% | 2,044.00 |
| Norma Deull | Gramercy Court Condos | 12.50% | 211 |
| Norma Deull | Bay Pomano Beach | 12% | 6,967.00 |
| Norma Deull | HFA - North Yonkers | 12.50% | 2,525.00 |
| Nancy Golden | Placer Vineyards | 13% | 2,898.00 |
| Nancy Golden | Wasco Investments | 12% | |
| Nancy Golden | Oak Shores II | 12% | |
| Nancy Golden | Fiesta Murrieta | 12% | 18 |
| Nancy Golden | Roam Development Group | 12% | 1,263.00 |
| Robin Graham | Brookmere/Matteson #27,050.00 | 12% | |
| Robin Graham | Margarita Annex | | |
| Robin Graham | Harbor Georgetown | | 535 |
| Robin Graham | Tapia Ranch | 13% | 1,955.00 |
| Robin Graham | Placer Vineyards | 13% | 10,050.00 |
| Robin Graham | HFA - North Yonkers | 16% | 6,700.00 |
| Robin Graham | HFA - Clear Lake | 12% | |
| Robin Graham | Roam Development Group | 13% | |
| Robin Graham | Del Valle Isleton | 12% | |
| Robin Graham | 6425 Gess, Ltd. | 13% | 6,669.00 |
| Robin Graham | Bay Pampano Beach | 13% | 2,193.00 |
| Robin Graham | Del Valle – Livingston | 12% | |
| Robin Graham | Binford Medical Developers | | |
| Robin Graham | Comvest Capital | | |
| Jayem Family LP | Amesbury/Hatters | | 5,276.00 |
| Jayem Family LP | Beau Rivage | | |

| Name | Property | Amount | Rate | Amount 2 |
|---|---|---|---|---|
| Jayem Family LP | Mountain House Business Park | 75,000 | | |
| Jayem Family LP | La Hacienda Estate, LLC | 100,000 | | |
| Jayem Family LP | HFA - North Yonkers | 100,000 | | |
| Jayem Family LP | Bundy Canyon $5,725,000 | 240,000 | | |
| Jayem Family LP | Bay Pomano Beach | 50,243 | | |
| Jayem Family LP | Comvest Capital | 60,000 | | |
| Jayem Family LP | Rio Rancho Executive Plaza | 250,000 | | |
| Sharon Juno | 6425 Gess, Ltd. | 70,000 | 12% | |
| Phyllis Marina Karr | Mountain House Business Hotel | 60,000 | 12% | |
| Phyllis Marina Karr | La Hacienda Estate, LLC | 60,000 | 12% | |
| Martin Leaf | Gramercy Court Condos | 50,000 | 12% | |
| Martin Leaf | HFA - North Yonkers | 50,000 | 12% | |
| Martin Leaf | Bay Pomano Beach | 50,000 | 12.50% | |
| Martin Leaf | Bay Pomano Beach | 50,000 | 12% | |
| Pamela Jean Marton | Palm Harbor One | 50,000 | 12% | |
| Pamela Jean Marton | Ocean Atlantic | 50,000 | 12% | |
| Matthew Molitch | HFA Clear Lake | 50,000 | 12% | |
| Matthew Molitch | Marlton Square | 300,000 | 12.50% | |
| Matthew Molitch | 6425 Gess, LTD. | 50,000 | 12% | |
| Matthew Molitch | Fiesta USA/Stoneridge | 100,000 | 13% | |
| Matthew Molitch | Roam Development Group | 200,000 | 12% | |
| Matthew Molitch | Rio Rancho Executive Plaza | 50,000 | 12% | |
| Matthew Molitch | Brookmere/Matteson | 100,000 | 12% | |
| Matthew Molitch | Foxhill 216, LLC | 50,000 | 12.50% | |
| Marilyn & Matthew Molitch | Gramercy Court Condos | 50,000 | 12% | |
| First Savings Bank, Custodian for Matthew M | Palm Harbor One | 50,000 | 12% | |
| David and Sally Olds | Shamrock Tower, LP | 50,000 | 12% | |
| David and Sally Olds | 6425 Gess, LTD | 50,000 | 14% | |
| David and Sally Olds | Lake Helen Partners | 50,000 | 12% | |
| David and Sally Olds | HFA Clear Lake | 50,000 | 12% | |
| David and Sally Olds | Palm Harbor One | 50,000 | 12.50% | |
| David and Sally Olds | Bay Pomano Beach | 50,000 | 12.50% | |
| Frances E. Phillips | Foxhill 216, LLC | 50,000 | 12% | |
| Frances E. Phillips | Bundy Canyon $2,500,000 | 50,000 | 12% | |
| Stephen and Frances Phillips | Del Valle - Livingston | 50,000 | 12% | |
| Stephen and Frances Phillips | Wasco Investments | 50,000 | 12.50% | |
| Stephen and Frances Phillips | Foxhill 216, LLC | 50,000 | 12% | |
| Hans J. Prakelt | Golden State Investments II | 50,000 | 12% | |
| Hans J. Prakelt | Roam Development Group | 100,000 | 12% | |
| Hans J. Prakelt | SVRB Rio Bravo $4,500,000 | 50,000 | 12% | |
| Hans J. Prakelt | Palm Harbor One | 50,000 | 12% | |
| Hans J. Prakelt | Lerin Hills | 50,000 | 15% | |
| Hans J. Prakelt | Fiesta Murrieta | 50,000 | 12% | |
| Crosbie Ronning | Placer Vineyards | 50,000 | 12.50% | 2,525.00 |
| Crosbie Ronning | Margarita Annex | 50,000 | 12% | |

Right-column totals visible: 13,933.00; 361; 4,668.00; 2,044.00; 6,967.00; 260; 271; 6,767.00; 7,318.00; 3,335.00; 699; 35; 149; 2,525.00

| Investor | Loan | Amount | Rate | |
|---|---|---|---|---|
| Grable B. Ronning | Fiesta Murrieta | 100,000 | 12% | |
| Grable B. Ronning | Oak Shores II | 100,000 | 12% | 376 |
| Grable B. Ronning | Universal Hawaii | 100,000 | 12% | |
| Grable B. Ronning | Corman Toltec 160, LLC | 100,000 | 12% | |
| Grable B. Ronning | Placer Vineyards | 85,000 | 12.50% | 4,292.00 |
| Grable B. Ronning | Rio Bravo (SVRB) | 100,000 | 12% | |
| Grable B. Ronning | Roam Development Group | 100,000 | 12% | 35 |
| Grable B. Ronning | Castaic Partners II LLC | 100,000 | 12.50% | 1,659.00 |
| Bosworth 1988 Trust | Placer Vineyards | 50,000 | 12.50% | |
| Bosworth 1988 Trust | Margarita Annex | 50,000 | 12% | 2,525.00 |
| Wild Water Limited Partnership | Corman Toltec 160, LLC | 50,000 | 12% | |
| Wild Water Limited Partnership | Foxhill 216, LLC | 50,000 | 12.50% | |
| Wild Water Limited Partnership | Elizabeth May Real Estate | 50,000 | 12% | |
| Wild Water Limited Partnership | Oak Shores II | 50,000 | 12% | 188 |
| Wild Water Limited Partnership | Fiesta Murrieta | 50,000 | 12% | |
| Wild Water Limited Partnership | SVRB Rio Bravo $4,500,000 | 50,000 | 12% | |
| Wild Water Limited Partnership | Universal Hawaii | 50,000 | 12% | |
| Wild Water Limited Partnership | Castaic Partners II LLC | 50,000 | 12% | 829 |
| Wild Water Limited Partnership | Roam Development Group | 50,000 | 12% | 18 |
| Spectrum Capital, LLC | Ocean Atlantic | 50,000 | 12% | |
| Spectrum Capital, LLC | Oak Shores II | 50,000 | 12.50% | |
| Spectrum Capital, LLC | BarUSA/$15,300,000 | 40,000 | 13% | 1,553.00 |
| Spectrum Capital, LLC | Amesbury/Hatters | 40,000 | 12.50% | 1,980.00 |
| Spectrum Capital, LLC | Glendale Tower | 50,000 | 12% | |
| Spectrum Capital, LLC | Harbor Georgetown | 50,000 | 12% | 6,967.00 |
| Spectrum Capital, LLC | HFA - North Yonkers | 50,000 | 12% | 1,797.00 |
| Spectrum Capital, LLC | Huntsville | 50,000 | 15% | 149.00 |
| Spectrum Capital, LLC | Lerin Hills | 50,000 | 12.50% | 1,106.00 |
| Spectrum Capital, LLC | Marlton Square | 50,000 | 13% | 9,442.00 |
| Spectrum Capital, LLC | Marquis Hotel | 30,000 | 12% | 763.00 |
| Spectrum Capital, LLC | Brookmere/Matteson | 50,000 | 12% | 2,358.00 |
| Spectrum Capital, LLC | Shamrock Tower, LP | 50,000 | 12% | |
| Spectrum Capital, LLC | Universal Hawaii | 500,000 | 12% | |
| Spectrum Capital, LLC | Elizabeth May Real | 100,000 | 12.50% | 1,010.00 |
| Spectrum Capital, LLC | Eagle Meadows | 50,000 | 12% | |
| Carole Talan | Del Valle - Livingston | 50,000 | 12% | |
| Carole Talan | Gateway Stone | 100,000 | 13% | 82 |
| Voss Family Trust | Marquis Hotel | 100,000 | 12% | 3593 |
| Voss Family Trust | Ashby Financial $7,200,000 | 130,000 | 12% | 28,730.00 |
| Voss Family Trust | Del Valle - Livingston | 100,000 | 12% | |
| Voss Family Trust | Wasco Investments | 90,000 | 12% | 4,361.00 |
| Voss Family Trust | SVRB Rio Bravo $4,500,000 | 100,000 | 12.50% | |
| Voss Family Trust | Placer Vineyards | 125,000 | 12% | |
| Voss Family Trust | Oak Shores II | 100,000 | 12% | 6,312.00 |
| Voss Family Trust | Mountain House Business Hotel | 75,000 | 12% | |

| Lender | Borrower | Amount | Rate | Balance |
|---|---|---|---|---|
| Voss Family Trust | Mountain House Business Hotel | 75,000 | 12% | 1,327.00 |
| Voss Family Trust | Marlton Square | 60,000 | 12.50% | 945 |
| Voss Family Trust | Margarita Annex | 100,000 | 12% | 8,003.00 |
| Voss Family Trust | 6425 Gess, LTD | 120,000 | 12.00% | 6,090.00 |
| Voss Family Trust | Huntsville | 100,000 | 12% | |
| Voss Family Trust | Foxhill 216, LLC | 50,000 | 12.50% | |
| Voss Family Trust | Gramercy Court Condos | 55,000 | 12% | 449 |
| Voss Family Trust | HFA - North Yonkers | 125,000 | 12% | 17,417.00 |