Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**E-FILED on July 19, 2006**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF FILING OF THIRD REVISED BUDGET APPLICABLE TO MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH OCTOBER 29, 2006 PURSUANT TO THIRD REVISED BUDGET (AFFECTS ALL DEBTORS)**<br><br>Date: August 4, 2006<br>Time: 1:30 p.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                              Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                              Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                              Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                              Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1  USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors"), hereby attaches hereto as **Exhibit "A"** the Third Revised Budget which is applicable to the Motion for Order Approving the Continued Use of Cash Through October 29, 2006 filed on July 7, 2006.

Respectfully submitted this 19th day of July, 2006.

/s/    Lenard E. Schwartzer
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit "A"

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Continued Use of Cash Through Oct 29\Notice of Third Revised Budget.DOC

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
*($ in thousands)*

### USA Commercial Mortgage

| | \multicolumn{8}{c}{Weekly Cash Forecast — Week Ending} |
|---|---|---|---|---|---|---|---|---|
| | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | 9/3/2006 | 9/10/2006 |
| **Cash Collections** | | | | | | | | |
| *Collections* | | | | | | | | |
| Loan Origination Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Reimbursed Expenses from USA Capital Realty | 0.0 | 0.0 | 0.0 | 415.4 | 0.0 | 0.0 | 0.0 | 206.4 |
| *Loan Servicing Collections* | | | | | | | | |
| Estimated Service Fees [a] | 0.0 | 1,792.0 | 15.4 | 296.5 | 1.6 | 0.0 | 0.0 | 295.1 |
| Outstanding Origination, Extension and Closing Fees | 0.0 | 0.0 | 203.8 | 0.0 | 50.0 | 0.0 | 0.0 | 0.0 |
| **Total Cash Collections Operating Accounts** | $0.0 | $1,792.0 | $219.2 | $711.9 | $51.6 | $0.0 | $0.0 | $501.5 |
| **Cash Disbursements** | | | | | | | | |
| Origination Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Loan Servicing Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $50.0 | $0.0 | $0.0 | $0.0 |
| *Operating Disbursements* | | | | | | | | |
| Salaries & Wages | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 0.0 | 45.0 |
| Payroll Related Benefits | 7.7 | 0.0 | 14.0 | 0.0 | 7.7 | 0.0 | 6.3 | 7.7 |
| Rent | 0.0 | 0.0 | 49.0 | 0.0 | 0.0 | 0.0 | 49.0 | 0.0 |
| Office Operating Disbursements | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Other Operating Disbursements | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| **Total Operating Disbursements** | $87.7 | $35.0 | $143.0 | $35.0 | $137.7 | $35.0 | $90.3 | $87.7 |
| **Bankruptcy Related Disbursements** | | | | | | | | |
| Professional Fees (see schedule for detail) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Trustee Fees | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Other* | | | | | | | | |
| Noticing Agent | 0.0 | 0.0 | 82.6 | 0.0 | 0.0 | 0.0 | 50.0 | 0.0 |
| Appraisal Fees | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Post-Petition Financing* | | | | | | | | |
| Fees for Post-Petition Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Lender Expenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Bankruptcy Related Disbursements** | $0.0 | $105.0 | $82.6 | $0.0 | $0.0 | $0.0 | $50.0 | $0.0 |
| **Total Cash Disbursements Operating Accounts** | $87.7 | $140.0 | $225.5 | $35.0 | $137.7 | $35.0 | $140.3 | $87.7 |
| **NET CHANGE IN CASH** | ($87.7) | $1,652.0 | ($6.3) | $676.9 | ($86.0) | ($35.0) | ($140.3) | $413.9 |
| **Cash Position - USA Commercial Mortgage Estate** | | | | | | | | |
| Total Cash and Cash Equivalents at Beginning of Period | $1,283.8 | $1,196.1 | $2,848.1 | $2,841.8 | $3,518.7 | $3,432.6 | $3,397.6 | $3,257.3 |
| Pre-Petition Cash Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net (Decrease) Increase in Cash and Cash Equivalents | (87.7) | 1,652.0 | (6.3) | 676.9 | (86.0) | (35.0) | (140.3) | 413.9 |
| Estate Funds in Collections Account to Fund Operating Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Cash DIP Operating Account at End of Period** | $1,196.1 | $2,848.1 | $2,841.8 | $3,518.7 | $3,432.6 | $3,397.6 | $3,257.3 | $3,671.2 |
| Estate Funds in Collections Account (see schedule for detail) | $12,827.0 | $12,827.0 | $12,858.6 | $12,858.6 | $12,858.6 | $12,858.6 | $12,893.4 | $12,893.4 |
| **Total USA Commercial Mortgage Estate Cash Balance** | $14,023.1 | $15,675.1 | $15,700.4 | $16,377.3 | $16,291.2 | $16,256.2 | $16,150.8 | $16,564.6 |

Notes:
a. Service fees for week ending 7/30/06 represent estimated service fees accrued since 4/13/06.

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
*($ in thousands)*

**Weekly Cash Forecast**

| | Week Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | 9/3/2006 | 9/10/2006 |
| **Additional Accounts** | | | | | | | | |
| **USA Capital Realty Advisors - DIP Operating Account** | | | | | | | | |
| Beginning Cash Balance | $167.6 | $167.6 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 |
| Management Fees Collected | 0.0 | 0.0 | 0.0 | 415.4 | 0.0 | 0.0 | 0.0 | 206.4 |
| Expense Reimbursement due USA CMC | 0.0 | 0.0 | 0.0 | (415.4) | 0.0 | 0.0 | 0.0 | (206.4) |
| Trustee Fees | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance | $167.6 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 |
| **USA Securities - DIP Operating Account** | | | | | | | | |
| Beginning Cash Balance USA Securities | $18.4 | $18.4 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 |
| Trustee Fees | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance USA Securities | $18.4 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 |
| **Diversified Trust - DIP Operating Account** | | | | | | | | |
| Beginning Cash Balance DTDF | $511.5 | $511.5 | $511.3 | $511.3 | $386.3 | $386.3 | $386.3 | $386.3 |
| Cash Payment for Professional Fees [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Management Fees Paid by DTDF | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (125.0) |
| Trustee Fees | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance DTDF [b] | $511.5 | $511.3 | $511.3 | $386.3 | $386.3 | $386.3 | $386.3 | $261.3 |
| **First Trust - DIP Operating Account** | | | | | | | | |
| Beginning Balance FTDF | ($125.0) | ($125.0) | ($125.3) | ($125.3) | ($415.6) | ($415.6) | ($415.6) | ($415.6) |
| Cash Payment for Professional Fees [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Management Fees Paid by FTDF | 0.0 | 0.0 | 0.0 | (290.4) | 0.0 | 0.0 | 0.0 | (81.4) |
| Trustee Fees | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance FTDF [b] | ($125.0) | ($125.3) | ($125.3) | ($415.6) | ($415.6) | ($415.6) | ($415.6) | ($497.0) |
| **Collections Account** | | | | | | | | |
| Beginning Balance Collections Account (Investor Funds) | $88,298.5 | $88,298.5 | $88,298.5 | $20,843.5 | $3,442.0 | $4,019.6 | $0.0 | $19.2 |
| Estimated Interest Due Investors | 0.0 | 0.0 | 313.1 | 3,738.5 | 21.2 | 0.0 | 0.0 | 3,720.3 |
| Expected Principal Return | 0.0 | 0.0 | 20,300.0 | 0.0 | 4,000.0 | 0.0 | 0.0 | 8,825.0 |
| Interest Income to Investors [c] | 0.0 | 0.0 | 245.9 | 0.0 | 0.0 | 0.0 | 19.2 | 0.0 |
| Total Account Collections | $0.0 | $0.0 | $20,859.0 | $3,738.5 | $4,021.2 | $0.0 | $19.2 | $12,545.3 |
| Distribution to Investors | 0.0 | 0.0 | (88,298.5) | (20,843.5) | (3,442.0) | (4,019.6) | 0.0 | (19.2) |
| Service Fees to USA CMC | 0.0 | 0.0 | (15.4) | (296.5) | (1.6) | 0.0 | 0.0 | (295.1) |
| Total Disbursements | $0.0 | $0.0 | ($88,314.0) | ($21,140.1) | ($3,443.6) | ($4,019.6) | $0.0 | ($314.3) |
| Ending Balance Collections Account (Investor Funds) | $88,298.5 | $88,298.5 | $20,843.5 | $3,442.0 | $4,019.6 | $0.0 | $19.2 | $12,250.2 |
| Beginning Balance Collections Account (Estate Funds) | $12,827.0 | $12,827.0 | $12,827.0 | $12,858.6 | $12,858.6 | $12,858.6 | $12,858.6 | $12,893.4 |
| Interest Income to Estate [c] | 0.0 | 0.0 | 31.6 | 0.0 | 0.0 | 0.0 | 34.8 | 0.0 |
| Transfer to Fund Operating Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Balance Collections Account (Estate Funds) | $12,827.0 | $12,827.0 | $12,858.6 | $12,858.6 | $12,858.6 | $12,858.6 | $12,893.4 | $12,893.4 |
| Ending Balance Collections Account (Total) | $101,125.5 | $101,125.5 | $33,702.2 | $16,300.6 | $16,878.2 | $12,858.6 | $12,912.6 | $25,143.6 |
| **Investors Account** | | | | | | | | |
| Cash Balance Investors Account | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 |
| Executory Contract Committee Cash Due for Prof. Fees [a] | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

Notes:
a. Source of payment for investor and fund committees will be via surcharge or some other source yet to be determined.
b. Deficits in the operating accounts for First Trust Deed Fund and Diversified Trust Deed Fund are expected to be filled via amounts reserved prior to the distribution of funds to Fund Members.
c. Assumes investment in a Bank of America Money Market Fund at 3.25%

Prepared by MFIM, LLC    **Preliminary Numbers Subject to Revision**    Page 2 of 6

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
*($ in thousands)*

### Supplemental Schedules - Professional Fees

| | Weekly Cash Forecast — Week Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | 9/3/2006 | 9/10/2006 |
| **Debtor Professional Fees (as incurred)** | | | | | | | | |
| Financial Advisor Fees & Disbursements | $140.0 | $140.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 |
| Legal Counsel Fees & Disbursements | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| Local Counsel | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| PR Firm | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| Other Legal Professionals | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Committee Professionals (as incurred)** | | | | | | | | |
| <u>Unsecured Creditors Committee</u> | | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| Financial Advisor Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| Weekly Accrual for USA CMC Professional Fees | $290.8 | $290.8 | $250.8 | $250.8 | $250.8 | $250.8 | $250.8 | $250.8 |
| Cash Payment for USA CMC Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees USA CMC | $4,772.1 | $5,062.8 | $5,313.6 | $5,564.3 | $5,815.1 | $6,065.8 | $6,316.6 | $6,567.3 |
| <u>Equity Security Holders of USA Capital FTDF</u> | | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Financial Advisor Fees & Disbursements | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| Weekly Accrual for FTDF Professional Fees | $90.0 | $90.0 | $90.0 | $90.0 | $90.0 | $90.0 | $90.0 | $90.0 |
| Cash Payment for FTDF Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees | $742.9 | $832.9 | $922.9 | $1,012.9 | $1,102.9 | $1,192.9 | $1,282.9 | $1,372.9 |
| <u>Equity Security Holders of USA Capital DTDF</u> | | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Financial Advisor Fees & Disbursements | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 40.0 |
| Weekly Accrual for DTDF Professional Fees | $110.0 | $110.0 | $110.0 | $110.0 | $110.0 | $110.0 | $110.0 | $100.0 |
| Cash Payment for DTDF Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees | $712.0 | $822.0 | $932.0 | $1,042.0 | $1,152.0 | $1,262.0 | $1,372.0 | $1,472.0 |
| <u>Holders of Executory Contract Rights</u> | | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Weekly Accrual for Executory Committee Professional Fees | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Cash Payment for Executory Committee Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees | $480.0 | $540.0 | $600.0 | $660.0 | $720.0 | $780.0 | $840.0 | $900.0 |
| Total Weekly Accrual for Bankruptcy Professional Fees | $550.8 | $550.8 | $510.8 | $510.8 | $510.8 | $510.8 | $510.8 | $500.8 |
| Total Cash Payment for Bankruptcy Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Incurred and Unpaid Bankruptcy Professional Fees | $6,707.0 | $7,257.7 | $7,768.5 | $8,279.2 | $8,790.0 | $9,300.7 | $9,811.5 | $10,312.2 |

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
*($ in thousands)*

### USA Commercial Mortgage

| | Weekly Cash Forecast Week Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 9/17/2006 | 9/24/2006 | 10/1/2006 | 10/8/2006 | 10/15/2006 | 10/22/2006 | 10/29/2006 | Total |
| **Cash Collections** | | | | | | | | |
| Collections | | | | | | | | |
| Loan Origination Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Reimbursed Expenses from USA Capital Realty | 0.0 | 0.0 | 0.0 | 206.4 | 0.0 | 0.0 | 0.0 | 828.2 |
| Loan Servicing Collections | | | | | | | | |
| Estimated Service Fees [a] | 0.0 | 55.8 | 9.1 | 1.4 | 270.5 | 0.0 | 0.0 | 2,737.5 |
| Outstanding Origination, Extension and Closing Fees | 0.0 | 525.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 778.8 |
| **Total Cash Collections Operating Accounts** | $0.0 | $580.8 | $9.1 | $207.8 | $270.5 | $0.0 | $0.0 | $4,344.5 |
| **Cash Disbursements** | | | | | | | | |
| Origination Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Loan Servicing Expenses | $200.0 | $0.0 | $0.0 | $0.0 | $400.0 | $0.0 | $0.0 | $650.0 |
| Operating Disbursements | | | | | | | | |
| Salaries & Wages | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 315.0 |
| Payroll Related Benefits | 0.0 | 0.0 | 6.3 | 7.7 | 0.0 | 7.7 | 0.0 | 64.8 |
| Rent | 0.0 | 0.0 | 49.0 | 0.0 | 0.0 | 0.0 | 0.0 | 147.0 |
| Office Operating Disbursements | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 225.0 |
| Other Operating Disbursements | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 300.0 |
| **Total Operating Disbursements** | $235.0 | $80.0 | $90.3 | $87.7 | $435.0 | $87.7 | $35.0 | $1,701.8 |
| **Bankruptcy Related Disbursements** | | | | | | | | |
| Professional Fees (see schedule for detail) | $4,050.3 | $0.0 | $0.0 | $0.0 | $1,003.0 | $0.0 | $0.0 | $5,053.3 |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.0 | 13.0 |
| Other | | | | | | | | |
| Noticing Agent | 0.0 | 0.0 | 0.0 | 50.0 | 0.0 | 0.0 | 0.0 | 182.6 |
| Appraisal Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 |
| Post-Petition Financing | | | | | | | | |
| Fees for Post-Petition Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Lender Expenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Bankruptcy Related Disbursements** | $4,050.3 | $0.0 | $0.0 | $50.0 | $1,003.0 | $0.0 | $8.0 | $5,348.8 |
| **Total Cash Disbursements Operating Accounts** | $4,285.3 | $80.0 | $90.3 | $137.7 | $1,438.0 | $87.7 | $43.0 | $7,050.6 |
| **NET CHANGE IN CASH** | ($4,285.3) | $500.8 | ($81.2) | $70.1 | ($1,167.5) | ($87.7) | ($43.0) | ($2,706.1) |
| **Cash Position - USA Commercial Mortgage Estate** | | | | | | | | |
| Total Cash and Cash Equivalents at Beginning of Period | $3,671.2 | $126.0 | $626.8 | $545.6 | $615.8 | $56.0 | $56.0 | $1,283.8 |
| Pre-Petition Cash Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net (Decrease) Increase in Cash and Cash Equivalents | (4,285.3) | 500.8 | (81.2) | 70.1 | (1,167.5) | (87.7) | (43.0) | (2,706.1) |
| Estate Funds in Collections Account to Fund Operating Account | 740.0 | 0.0 | 0.0 | 0.0 | 607.7 | 87.7 | 43.0 | 1,478.4 |
| **Total Cash DIP Operating Account at End of Period** | $126.0 | $626.8 | $545.6 | $615.8 | $56.0 | $56.0 | $56.0 | $56.0 |
| Estate Funds in Collections Account (see schedule for detail) | $12,153.4 | $12,153.4 | $12,187.3 | $12,187.3 | $11,579.6 | $11,492.0 | $11,449.0 | $11,449.0 |
| **Total USA Commercial Mortgage Estate Cash Balance** | $12,279.4 | $12,780.2 | $12,733.0 | $12,803.1 | $11,635.6 | $11,548.0 | $11,505.0 | $11,505.0 |

Notes:
a. Service fees for week ending 7/30/06 represent estimated service fees accrued since 4/13/06.

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
*($ in thousands)*

**Weekly Cash Forecast**

| | Week Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 9/17/2006 | 9/24/2006 | 10/1/2006 | 10/8/2006 | 10/15/2006 | 10/22/2006 | 10/29/2006 | Total |
| **Additional Accounts** | | | | | | | | |
| **USA Capital Realty Advisors - DIP Operating Account** | | | | | | | | |
| Beginning Cash Balance | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.6 |
| Management Fees Collected | 0.0 | 0.0 | 0.0 | 206.4 | 0.0 | 0.0 | 0.0 | 828.2 |
| Expense Reimbursement due USA CMC | 0.0 | 0.0 | 0.0 | (206.4) | 0.0 | 0.0 | 0.0 | (828.2) |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.5) |
| Ending Cash Balance | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.1 | $167.1 |
| **USA Securities - DIP Operating Account** | | | | | | | | |
| Beginning Cash Balance USA Securities | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.4 |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.5) |
| Ending Cash Balance USA Securities | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $17.9 | $17.9 |
| **Diversified Trust - DIP Operating Account** | | | | | | | | |
| Beginning Cash Balance DTDF | $261.3 | ($396.3) | ($396.3) | ($396.3) | ($521.3) | ($961.3) | ($961.3) | $511.5 |
| Cash Payment for Professional Fees [a] | (657.6) | 0.0 | 0.0 | 0.0 | (440.0) | 0.0 | 0.0 | (1,097.6) |
| Management Fees Paid by DTDF | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (375.0) |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.5) |
| Ending Cash Balance DTDF [b] | ($396.3) | ($396.3) | ($396.3) | ($521.3) | ($961.3) | ($961.3) | ($961.6) | ($961.6) |
| **First Trust - DIP Operating Account** | | | | | | | | |
| Beginning Balance FTDF | ($497.0) | ($1,163.4) | ($1,163.4) | ($1,163.4) | ($1,244.8) | ($1,604.8) | ($1,604.8) | ($125.0) |
| Cash Payment for Professional Fees [a] | (666.3) | 0.0 | 0.0 | 0.0 | (360.0) | 0.0 | 0.0 | (1,026.3) |
| Management Fees Paid by FTDF | 0.0 | 0.0 | 0.0 | (81.4) | 0.0 | 0.0 | 0.0 | (453.2) |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.5) |
| Ending Cash Balance FTDF [b] | ($1,163.4) | ($1,163.4) | ($1,163.4) | ($1,244.8) | ($1,604.8) | ($1,604.8) | ($1,605.0) | ($1,605.0) |
| **Collections Account** | | | | | | | | |
| Beginning Balance Collections Account (Investor Funds) | $12,250.2 | $0.0 | $33,421.2 | $25,361.9 | $3,809.6 | $3,161.3 | $0.0 | $88,298.5 |
| Estimated Interest Due Investors | 0.0 | 1,077.0 | 100.4 | 19.2 | 3,431.9 | 0.0 | 0.0 | 12,421.6 |
| Expected Principal Return | 0.0 | 32,400.0 | 25,239.7 | 3,791.8 | 0.0 | 0.0 | 0.0 | 94,556.4 |
| Interest Income to Investors [c] | 0.0 | 0.0 | 30.9 | 0.0 | 0.0 | 0.0 | 0.0 | 296.0 |
| Total Account Collections | $0.0 | $33,477.0 | $25,371.0 | $3,810.9 | $3,431.9 | $0.0 | $0.0 | $107,274.0 |
| Distribution to Investors | (12,250.2) | 0.0 | (33,421.2) | (25,361.9) | (3,809.6) | (3,161.3) | 0.0 | (194,627.0) |
| Service Fees to USA CMC | 0.0 | (55.8) | (9.1) | (1.4) | (270.5) | 0.0 | 0.0 | (945.5) |
| Total Disbursements | ($12,250.2) | ($55.8) | ($33,430.3) | ($25,363.3) | ($4,080.1) | ($3,161.3) | $0.0 | ($195,572.6) |
| Ending Balance Collections Account (Investor Funds) | $0.0 | $33,421.2 | $25,361.9 | $3,809.6 | $3,161.3 | $0.0 | $0.0 | $0.0 |
| Beginning Balance Collections Account (Estate Funds) | $12,893.4 | $12,153.4 | $12,153.4 | $12,187.3 | $12,187.3 | $11,579.6 | $11,492.0 | $12,827.0 |
| Interest Income to Estate [c] | 0.0 | 0.0 | 33.9 | 0.0 | 0.0 | 0.0 | 0.0 | 100.3 |
| Transfer to Fund Operating Account | (740.0) | 0.0 | 0.0 | 0.0 | (607.7) | (87.7) | (43.0) | (1,478.4) |
| Ending Balance Collections Account (Estate Funds) | $12,153.4 | $12,153.4 | $12,187.3 | $12,187.3 | $11,579.6 | $11,492.0 | $11,449.0 | $11,449.0 |
| Ending Balance Collections Account (Total) | $12,153.4 | $45,574.6 | $37,549.2 | $15,996.9 | $14,740.9 | $11,492.0 | $11,449.0 | $11,449.0 |
| **Investors Account** | | | | | | | | |
| Cash Balance Investors Account | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 |
| Executory Contract Committee Cash Due for Prof. Fees [a] | $480.0 | $0.0 | $0.0 | $0.0 | $240.0 | $0.0 | $0.0 | $720.0 |

Notes:
a. Source of payment for investor and fund committees will be via surcharge or some other source yet to be determined.
b. Deficits in the operating accounts for First Trust Deed Fund and Diversified Trust Deed Fund are expected to be filled via amounts reserved prior to the distribution of funds to Fund Members.
c. Assumes investment in a Bank of America Money Market Fund at 3.25%

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
*($ in thousands)*

|  | Weekly Cash Forecast Week Ending | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 9/17/2006 | 9/24/2006 | 10/1/2006 | 10/8/2006 | 10/15/2006 | 10/22/2006 | 10/29/2006 | Total |
| **Supplemental Schedules - Professional Fees** | | | | | | | | |
| **Debtor Professional Fees (as incurred)** | | | | | | | | |
| Financial Advisor Fees & Disbursements | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $1,580.0 |
| Legal Counsel Fees & Disbursements | 75.0 | 75.0 | 75.0 | 50.0 | 50.0 | 50.0 | 50.0 | 1,025.0 |
| Local Counsel | 25.0 | 25.0 | 25.0 | 16.7 | 16.7 | 16.7 | 16.7 | 341.7 |
| PR Firm | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 11.3 |
| Other Legal Professionals | 0.0 | 0.0 | 5.0 | 5.0 | 0.0 | 0.0 | 5.0 | 15.0 |
| **Committee Professionals (as incurred)** | | | | | | | | |
| <u>Unsecured Creditors Committee</u> | | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 375.0 |
| Financial Advisor Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 375.0 |
| Weekly Accrual for USA CMC Professional Fees | $250.8 | $250.8 | $255.8 | $222.4 | $217.4 | $217.4 | $222.4 | $3,722.9 |
| Cash Payment for USA CMC Professional Fees | $4,050.3 | $0.0 | $0.0 | $0.0 | $1,003.0 | $0.0 | $0.0 | $5,053.3 |
| Incurred and Unpaid Professional Fees USA CMC | $2,767.8 | $3,018.6 | $3,274.3 | $3,496.7 | $2,711.1 | $2,928.6 | $3,151.0 | $3,151.0 |
| <u>Equity Security Holders of USA Capital FTDF</u> | | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 900.0 |
| Financial Advisor Fees & Disbursements | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 450.0 |
| Weekly Accrual for FTDF Professional Fees | $90.0 | $90.0 | $90.0 | $90.0 | $90.0 | $90.0 | $90.0 | $1,350.0 |
| Cash Payment for FTDF Professional Fees | $666.3 | $0.0 | $0.0 | $0.0 | $360.0 | $0.0 | $0.0 | $1,026.3 |
| Incurred and Unpaid Professional Fees | $796.6 | $886.6 | $976.6 | $1,066.6 | $796.6 | $886.6 | $976.6 | $976.6 |
| <u>Equity Security Holders of USA Capital DTDF</u> | | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 900.0 |
| Financial Advisor Fees & Disbursements | 40.0 | 40.0 | 40.0 | 35.0 | 35.0 | 35.0 | 35.0 | 650.0 |
| Weekly Accrual for DTDF Professional Fees | $100.0 | $100.0 | $100.0 | $95.0 | $95.0 | $95.0 | $95.0 | $1,550.0 |
| Cash Payment for DTDF Professional Fees | $657.6 | $0.0 | $0.0 | $0.0 | $440.0 | $0.0 | $0.0 | $1,097.6 |
| Incurred and Unpaid Professional Fees | $914.4 | $1,014.4 | $1,114.4 | $1,209.4 | $864.4 | $959.4 | $1,054.4 | $1,054.4 |
| <u>Holders of Executory Contract Rights</u> | | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 900.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Weekly Accrual for Executory Committee Professional Fees | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $900.0 |
| Cash Payment for Executory Committee Professional Fees | $480.0 | $0.0 | $0.0 | $0.0 | $240.0 | $0.0 | $0.0 | $720.0 |
| Incurred and Unpaid Professional Fees | $480.0 | $540.0 | $600.0 | $660.0 | $480.0 | $540.0 | $600.0 | $600.0 |
| Total Weekly Accrual for Bankruptcy Professional Fees | $500.8 | $500.8 | $505.8 | $467.4 | $462.4 | $462.4 | $467.4 | $7,522.9 |
| Total Cash Payment for Bankruptcy Professional Fees | $5,854.2 | $0.0 | $0.0 | $0.0 | $2,043.0 | $0.0 | $0.0 | $7,897.2 |
| Total Incurred and Unpaid Bankruptcy Professional Fees | $4,958.8 | $5,459.5 | $5,965.3 | $6,432.7 | $4,852.1 | $5,314.5 | $5,782.0 | $5,782.0 |