NOH

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone:    407-423-3200
Facsimile:    407-425-8316
E-mail: abrumby@shutts-law.com

and

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone:    702-656-2355
Facsimile:    702-656-2776
E-mail: vgourley@lvcm.com

Attorneys for Creditor
Standard Property Development, LLC

E-Filed on July 20, 2006

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Date of Hearing:** August 16, 2006<br>**Time of Hearing:** 9:30 a.m. |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | CASE NOS: BK-5-06-10726 LBR<br>CASE NOS: BK-5-06-10727 LBR<br>CASE NOS. BK-5-06-10728 LBR<br>CASE NOS. BK-5-06-10729 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | CHAPTER 11<br>JOINTLY ADMINISTERED UNDER CASE NO. BK-5-06-10725-LBR |

In re:

USA SECURITIES, LLC,
    Debtor.

Affects:
    ☒ All Debtors
    ☐ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed
    ☐ USA First Trust Deed Fund, LLC

## NOTICE OF HEARING OF STANDARD PROPERTY DEVELOPMENT, LLC'S

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOTICE IS HEREBY GIVEN that the Motion for Relief from the Automatic Stay was filed herein on July 19, 2006, by Stephens, Gourley & Bywater, counsel for creditor Standard Property Development, LLC.

Any Opposition must be filed pursuant to Local Rule 9013(e)(1).

Local Rule 9013(e)(1): "Except for motions made pursuant to Fed. R. Bank. P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (eighteen (18) days if service of the motions is by mail pursuant to FRBP 9006(e) & (f)), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

If an objection is not timely filed and served, the relief requested may be granted without a hearing. LR 9013(a)(1) and LR 9013(c)(1)(E).

/// /// ///

-2-

1  NOTICE IS FURTHER GIVEN that the hearing on the said Application will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. So., Courtroom 1, 3rd Floor, on August 16, 2006, at the hour of 9:30 a.m.

Dated this 20 day of July, 2006.

STEPHENS, GOURLEY & BYWATER

By: /s/ R. Vaughn Gourley
R. VAUGHN GOURLEY, ESQ.
Nevada Bar No. 0503
3636 North Rancho Drive
Las Vegas, Nevada 89130

and

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956

Attorneys for Creditor
Standard Property Development, LLC