**COS**                                          **E-Filed on July 20, 2006**

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone:      407-423-3200
Facsimile:      407-425-8316
E-mail:  abrumby@shutts-law.com

and

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada  89130
Telephone:      702-656-2355
Facsimile:      702-656-2776
E-mail:  vgourley@lvcm.com

Attorneys for Standard Property Development, LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Date of Hearing:  August 16, 2006**<br>**Time of Hearing:  9:30 a.m.** |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　Debtor. | CASE NOS: BK-5-06-10726 LBR<br>CASE NOS: BK-5-06-10727 LBR<br>CASE NOS. BK-5-06-10728 LBR<br>CASE NOS. BK-5-06-10729 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　Debtor. | CHAPTER 11<br>JOINTLY ADMINISTERED UNDER CASE NO. BK-5-06-10725-LBR |

In re:

USA SECURITIES, LLC,
        Debtor.
_____

Affects:
        ☒ All Debtors
        ☐ USA Commercial Mortgage Co.
        ☐ USA Securities, LLC
        ☐ USA Capital Realty Advisors, LLC
        ☐ USA Capital Diversified Trust Deed
        ☐ USA First Trust Deed Fund, LLC
_____

## CERTIFICATE OF SERVICE

1.    On July 20, 2006, I served the following document(s) (*specify*):

      Standard Property Development, LLC's Motion for Relief From Automatic Stay.

2.    I served the above-named document(s) by the following means to the persons as listed below:

      (***Check all that apply***)

      ☒    **a.**    **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

      ☒    **b.**    **United States mail, postage fully prepaid**
                      (*List persons and addresses. Attach additional paper if necessary*)

      ☐    **c.**    **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

              I personally delivered the document(s) to the persons at these addresses:

                      ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

                      ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual

-2-

place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)** *(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on July 20, 2006.

_____/s/Paula Timmons_____
DECLARANT

Annette W. Jarvis, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt lake City, UT  84145-0385

Steven C. Strong, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt lake City, UT  84145-0385

Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Kummer, Kaempfer, Bonner & Renshaw
3800 Howard Hughes Pkway, 7th Floor
Las Vegas, NV 89109

James Hull
c/o Signature Financial
2601 Airport Drive, #370
Torrance, CA 90505

R. Hagmaier
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Dell Bunch
1909 Red Robin Court
Las Vegas, NV 89134

Russell Ad Development Group, LLC
P.O. Box 28216
Scottsdale, AZ 85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117-7635

Douglass M. Monson, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt lake City, UT  84145-0385

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV  89146-5308

Office of the U.S. Trustee
600 Las Vegas Boulevard, South, Ste. 4300
Las Vegas, NV  89101

Intershow
The Githler Center
1258 North Palm Avenue
Sarasota, FL 34236

George Gorman
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Rob Charles
Susan M. Freeman
Lewis and Roca, LLP
3993 Howard Hughes Parkway, 6th Floor
Las Vegas, NV 89109

Advanced Information Systems
c/o Michael T. Yoder
4270 Cameron Street, Suite #1
Las Vegas, NV 89103

Robert A. Russell
8585 East Hartford Drive, Suite 500
Scottsdale, AZ 85255

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR 97035

Frank A. Merola, Esq.
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Eve H. Karasik, Esq.
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Christine M. Pajak
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

James Patrick Shea
Shea & Carlyon, Ltd.
233 S. Fourth Street, 2nd Floor
Las Vegas, NV  89101

Candace C. Carlyon
Shea & Carlyon, Ltd.
233 S. Fourth Street, 2nd Floor
Las Vegas, NV  89101

Shawn W. Miller
Shea & Carlyon, Ltd.
233 S. Fourth Street, 2nd Floor
Las Vegas, NV  89101

Shlomo S. Sherman
Shea & Carlyon, Ltd.
233 S. Fourth Street, 2nd Floor
Las Vegas, NV  89101

Robert E. Taylor
1535 Flynn Road
Camarillo, CA  93012

Robert E. Taylor
c/o Chuck Heinrichs
198 El Pajaro
Newbury Park, CA  91320

John Warner, Jr., IRA
c/o First Savings Bank
2605 East Flamingo Road
Las Vegas, NV  89121

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT  84770

Mary E. and Matthew J. Moro, JTWROS
1009 8th Street
Manhattan Beach, CA  90266

Richard G. Woudstra Revocable Trust
Richard G. Woudstra, TTEE
P.O. Box 530025
Henderson, NV  89053

Wen Baldwin Separate Property Trust
365 Dooley Drive
Henderson, NV  9015

John Goings
P.O. Box 174
Masonville, CO  80541

Marc A. Levinson
Lynn Trinka Ernce
Orrick, Herrington & Sutcliffe, LLP
400 Capital Mall, Suite 3000
Sacramento, CA  95814

Bob L. Olson
Anne M. Loraditch
Beckley Singleton Chtd.
530 Las Vegas Blvd. South
Las Vegas, NV  89101

Robert G. Worthen
1112 Worthen Cir.
Las Vegas, NV  89145

Katz 2000 Separate Property Trust
Sara M. Katz, Managing Trustee
4250 Executive Square, # 670
San Diego, CA  92037

Thomas C. lawyer Family Trust
45 Ventana Canyon Dr.
Las Vegas, NV  89113

Jerry T. McGimsey
3115 South El Camino Road
Las Vegas, NV 89146-6621

Charles O. Nichols and Flora a. Nichols
2561 Seascape Dr.
Las Vegas, NV  89128

Robert Hardy
6510 Ansonia Court
Las Vegas, NV 89118-1874

Gerald M. Gordon
Gregory E. Garman
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV  89109

Talitha B. Gray
Matthew C. Zirzow
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV  89109

Fertitta Enterprises, Inc.
2960 W. Sahara Avenue, Suite 200
Las Vegas, NV  89102

William J. Bullard
Fertitta Enterprises, Inc.
P.O. Box 27555
Las Vegas, NV 89126-1555

Helms Homes, LLC
c/o Terry Helms
809 Upland Blvd.
Las Vegas, NV  89107

Terry Helms Living Trust
809 Upland Boulevard
Las Vegas, NV  89107

Dennis Flier, Inc.
Defined Benefit Trust
20155 Porto Vita Way #1803
Aventura, FL  33180

Arthur Polacheck and Glorianne Polacheck
2056 Woodlake Circle
Deerfield Beach, FL  33442

James w. McCollum & Pamela P. McCollum
1011 F Avenue
Coronado, CA  92118

Homfeld II, LLC
777 South Federal Highway
Suite N-409
Pompano Beach, FL  33062

Homfeld II, LLC
c/o Edward W. Homfeld
858 Bishop Road
Grosse Point Park, MI  48230

Nevada Mortgage Lending Division
Attn:  Susan Eckhardt
3075 East Flamingo #100
Las Vegas, NV  89121

U.S. Securities and Exchange Commission
Attn:  Sandra W. Lavigna
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA  90036-3648

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C.  20005-4026

DMV and Public Safety Records Section
555 Wright Way
Carson City, NV  89711-0250

NV Department of Taxation
Bankruptcy Division
555 East Washington, #1300
Las Vegas, NV  89101

Secretary of State
State of Nevada
202 North Carson Street
Carson City, NV  89701

Office of Labor Commissioner
555 East Washington Avenue, Suite 4100
Las Vegas, NV  89101

U.S. Department of Justice
Tax Division – Western Region
P.O. Box 683-Ben Franklin Station
Washington, D.C.  20044

Internal Revenue Service
Ogden, UT  84201

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, A Z  85012

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV  89155-1401

Department of Employment Training
Employment Sec Div, Contributions Section
500 East Third Street
Carson City, NV  89713-0030

Employers Insurance Co. of NV
Attn:  Bankruptcy Desk
9790 Gateway Drive
Reno, NV  89521-5906

Internal Revenue Service
Attn:  Bankruptcy Dept.
Stop 5028
110 City Parkway
Las Vegas, NV  89106

NV Department of Taxation
Revenue Division
Capitol Complex
Carson City, NV  89710-0003

Daniel G. Bogden
Carlos A. Gonzalez
Office of the U.S. Attorney
District of Nevada
333 Las Vegas Blvd. So, #5000
Las Vegas, NV  89155-1220

District Counsel
Internal Revenue Service
110 City Parkway
Las Vegas, NV  89106

FHA/HUD
District Office
300 South Las Vegas Blvd. Suite 2900
Las Vegas, NV  89155-1220

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV  89155-1220

Don Tomlin
c/o David W. Mounier
15316 Sky High Road
Escondido, CA  92025

Maryetta Bowman
534 Enchanted Lakes Drive
Henderson, NV  89052

Edward W. Homfeld
Homfeld II, LLC
777 South Federal Highway, Suite N-409
Pompano Beach, FL  33062

Richard McKnight, Esq.
Law Offices of Richard McKnight
330 South Third Street, #900
Las Vegas, NV  89101

RJ Rocco
12617 Cottageville Lane
Keller, TX  76248

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV  89521

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV  89074

Robert R. Kinas, Esq.
Jennifer L. McBee
Snell & Wilmer, LLP
3800 Howard Hughes Pkwy, #1000
Las Vegas, NV  89109

Michael R. Shuler
c/o Jay R. Eaton
Eaton & O'Leary, PLLC
115 Grove Avenue
Prescott, AZ  86301

Kermit Kruse
2710 Albany Avenue
Davis, CA  95616

Kelly J. Brinkman, Esq.
Goold Patterson, Alex & Day
4496 South Pecos Road
Las Vegas, NV  89121

Janet L. Chubb, Esq.
Jones Vargas
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV  89504-0281

Martin B. Weiss, Esq.
The Garrett Group, LLC
One Better World Circle, Suite 300
Temecula, CA  92590

Vince Danelian
P.O. Box 97782
Las Vegas, NV  89193

William L. McGimsey, Esq.
601 East Charleston Blvd.
Las Vegas, NV  89104

Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL  33441

Peter Bolino
17412 Serene Drive
Morgan Hill, CA  95037

Sean Najarian, Esq.
The Najarian Law Firm
283 S. Lake Avenue, Suite 205
Pasadena, CA  91101

Scott D. Fleming
Hale Lane Peek Dennision and Howard
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, NV  89109

Nile Leatham
James B. Macrobbie
Kolesar & Leatham, CHTD
3320 West Saraha Avenue, Suite 380
Pasadena, CA 91101

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Nicholas J. Santoro
400 South Fourth Street 3rd Floor
Las Vegas, NV 89101

Bradley J. Stevens
Jennings, Strouss & Salmon, P.L.C.
The Collier Center Center, 11th Floor
201 E. Washington Street
Phoenix, AZ 85004-2385

Thomas R. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Jeffrey G. Sloane
Regina M. McConnell
Kravitz, Schnitzer, Sloane, Johnson, et al.
1389 Galleria Drive, Suite 200
Hendeson, NV 89014

Richard Mason
Patricia K. Smoots
Michael M. Schmahl
McGuire Woods, LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601

Peter Susi
Jay L. Michaelson
Michaelson, Susi & Michaelson
Seven West Figueroa Street, 2nd Floor
Santa Barbara, CA 93101-3191

Bay Communities
c/o Chris McKinney
4800 No. Federal Highway, Suite A205
Boca Raton, FL 33431

Laurel E. Davis
Lionel Sawyer & Collins
4700 Bank of American Plaza
300 South Fourth Street
Las Vegas, NV 89101

Caryn S. Tijsseling
Beesley, Peck & Matteoni, Ltd.
5011 Meadowood Mall Way, #300
Reno, NV 89502

Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

CiCi Cunningham, James A. Kohl
Christine Robert
Rawlings, Olson, Cannon, et al.
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Franklin C. Adams
Best Best & Krieger LLP
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502-1028

Kevin B. Christensen
Xanna R. Hardman
Evan James
7440 West Sahara Avenue
Las Vegas, NV 89117

Donald T. Polednak
Jeffrey R. Sylvester
Sylvester & Polednak, Ltd.
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128

Joan C. Wright
Allisn, MacKenzie, Russell, Pavlakis, et al.
402 North Division Street
P.O. Box 646
Carson City, NV 89702

Erven T. Nelson
Bolick & Boyer
6060 W. Elton Avenue, Suite A
Las Vegas, NV 89107

Matthew Q. Callister
Callister & Reynolds
823 Las Vegas Blvd. South
Las Vegas, NV 89101

Robert Verchota, General Partner
R&N Real Estate Investments, LP
c/o Jeffrey A. Cogan
3990 Vegas Drive
Las Vegas, NV 89108

Scott K. Canepa
Canepa, Riedy & Rubino
851 S. Rampart Blvd. #160
Las Vegas, NV 89145

Howard Connell
1001 Jennis Silver Street
Las Vegas, NV 89145

William D. Cope
Cope & Guerra
595 Humboldt Street
Reno, NV 89509-1603

Thomas R. Brooksbank
Brooksbank & Associates
689 Sierra RoseDrive, Suite A-2
Reno, NV 89511

John Peter Lee, Ltd.
John Peter Lee, Esq.
830 Las Vegas Boulevard South
Las Vegas, NY 89101

BMC Group, Inc.
1330 East Franklin Avenue
El Segundo, CA 90245

Wade B. Gochnour
Aryn M. Fitzwater
Haney, Woloson & Mullins
1117 South Rancho Drive
Las Vegas, NV 89102

Andrew Welcher
c/o Nordman Company Hair & Compton LLP
Attn: William E. Winfield, Esq.
10000 Town Center Drive, 6th Floor
P.O. Box 9100
Oxnard, CA 93031

Law Offices of James G. Schwartz
Joshua D. Brysk, Esq.
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

John F. Murtha
Woodburn & Wedge
6100 Neil Road, Suite 500
P.O. Box 2311
Reno, NV 89505

Susan Williams Scann
Paul R. Connaghan
Deaner, Deaner, Scann Malan & Larsen
Attorneys for Franklin/Stratford Investment, LLC
720 South Fourth Street, Suite 300
Las Vegas, NV 89101

Thomas & Stilley
Sussman Shank, LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Russell James Zuardo
1296 High Forest Avenue
Las Vegas, NV 89123

Stephen R. Harris
Belding, Harris & Petroni, Ltd.
417 West Plumb Lane
Reno, NV 89509

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

Jonathan L. Mills
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, IL 60602

Goldsmith & Guymon, P.C.
Attn: Marjorie A. Guymon
2055 N. Village Center Circle
Las Vegas, NV  89134

Joseph Huggins
Huggins & Associates
1000 N. Green Valley Parkway, Suite 440-2
Henderson, NY  89014

Russell S. Walker
Elizabeth R. Loveridge
Reid W. Lamber
Woodbury & Kesler, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT  84111