1   LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
    LIONEL SAWYER & COLLINS
2   1700 Bank of America Plaza                    E-Filed on  July 20, 2006
    300 South Fourth Street
3   Las Vegas, NV  89101
    Telephone:  (702) 383-8888
4   Facsimile:  (702) 383-8845
    Email:  Ldavis@lionelsawyer.com
5
    Attorneys for the Canepa Group
6
                    UNITED STATE BANKRUPTCY COURT
7
                          DISTRICT OF NEVADA
8

| | | |
|---|---|---|
| In re: | ) | Case No. BK-S-06-10725-LBR |
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10727-LBR |
| | ) | Case No. BK-S-06-10728-LBR |
| Debtor. | ) | Case No. BK-S-06-10729-LBR |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| | ) | **Jointly Administered Under** |
| Debtor. | ) | **Case No. BK-S-06-10725-LBR** |
| _____ | ) | |
| In re: | ) | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | |
| USA SECURITIES, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| Affects: | ) | |
| [x]  All Debtors | ) | |
| [ ] USA Commercial Mortgage Company | ) | |
| [ ] USA Securities, LLC | ) | Date:  N/A |
| [ ]  USA Capital Realty Advisors, LLC | ) | Time: N/A |
| [ ] USA Capital Diversified Trust Deed Fund, LLC | ) | |
| [ ] USA First Trust Deed Fund, LLC | ) | |
| _____ | ) | |

                        FIRST AMENDMENT TO
            STATEMENT OF LIONEL SAWYER & COLLINS
               PURSUANT TO FED.R.BANKR.P. 2019
                      (AFFECTS ALL DEBTORS)

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA
PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

Laurel E. Davis, makes the following statements:

1.      I am an attorney licensed to practice law in the State of Nevada, and I am a shareholder of the law firm of Lionel Sawyer & Collins.   I have personal knowledge of the facts recited herein, and I am competent to testify regarding them if called as a witness in this matter.

2.      On June 9, 2006, Lionel Sawyer & Collins filed its Statement pursuant to Fed.R.Bankr.P. 2019 [Docket 555], with respect to the Firm's representation of Scott K. Canepa; Shawntelle Davis-Canepa; Scott K. Canepa Defined Benefit Pension Plan; Evelyn G. Canepa Trust, Evelyn G. Canepa and Scott Krusee Canepa Trustees; Gary T. and Lori R. Canepa, Trustees of the G. & L. Trust dated 11/25/91; Louis John Canepa Trustee of the Louis John Canepa Revocable Trust dated 6/18/98; and Michael Wagnon, who are collectively referred to as "the Canepa Group."

3.      This First Amendment is required to add Louis John Canepa IRA as a separate client of Lionel Sawyer & Collins, and to restate and separately identify the Direct Loans and Direct Investment of Louis John Canepa IRA as distinguished from those of Louis John Canepa Trustee of the Revocable Trust dated 6/18/98.  Consequently, this First Amendment shall supersede the initial Fed.R.Bankr.P. 2019 Statement with respect to these two clients.

4.      **Louis John Canepa, IRA ("Louis Canepa IRA")**, c/o Canepa, Riedy & Rubino, 851 S. Rampart Boulevard, #160, Las Vegas, Nevada 89145, regarding the following three matters:

(a)      On or about October 29, 2003, Louis Canepa IRA made a Direct Loan to Brookmere  in the amount of $9,344, which loan is evidenced by a promissory note and secured by a deed of trust.  This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(b)      On or about November 3, 2003, Louis Canepa IRA made a Direct Loan to Opaque Land Development, LLC in the amount of $33,068, which loan is evidenced by a promissory note and secured by a deed of trust.  This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(c)      On  February 23, 2005, Louis Canepa IRA purchased a Direct Investment in the First Trust Deed Fund, LLC. in the amount of $30,000.

Lionel Sawyer & Collins
1700 Bank of America
Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Phone 702.383.8888
Fax 702.383.8845

-2-

1    5.    **Louis John Canepa Trustee of the Louis John Canepa Revocable Trust dated**

2    **6/18/98 ("Louis Canepa Trust")**, c/o Canepa, Riedy & Rubino, 851 S.  Rampart Boulevard, #160,

3    Las Vegas, Nevada 89145, regarding the following two matters:

4        (a)    On  November 10, 2003, Louis Canepa Trust made a Direct Loan to Opaque

5    Land Development, LLC in the amount of $100,000, which loan is evidenced by a promissory note

6    and secured by a deed of trust.  This loan is presently serviced by USACM pursuant to a LSA and

7    Power of Attorney.

8        (b)    On or about November 22, 2004, Louis Canepa Trust made a Direct Loan to

9    Placer County Land Speculators, LLC in the amount of $50,000, which loan is evidenced by a

10    promissory note and secured by a deed of trust.  This loan is presently serviced by USACM pursuant

11    to a LSA and Power of Attorney.

12        I declare under penalty of perjury under the laws of the United States that the foregoing is

13    true and correct.

14        Dated: July 20, 2006.

15                            /s/ Laurel E. Davis

16                            _____
                             Laurel E. Davis

17

18

19

20

21

22

23

24

25

26

27

28

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA
PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-3-