E-Filed
July 20, 2006

Lee D. Mackson, Esq.
Florida Bar No. 435929
SHUTTS & BOWEN LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone:    (305) 358-6300
Facsimile:    (305) 347-7877
E-mail: lmackson@shutts-law.com

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF NEVADA*

In re:

USA COMMERCIAL MORTGAGE COMPANY,
    Debtor.
_____/

In re:

USA CAPITAL REALTY ADVISORS, LLC,
    Debtor.
_____/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
    Debtor.
_____/

In re:

USA SECURITIES, LLC,
    Debtor.
_____/

CASE NOS: BK-5-06-10726 LBR
CASE NOS: BK-5-06-10727 LBR
CASE NOS. BK-5-06-10728 LBR
CASE NOS. BK-5-06-10729 LBR

CHAPTER 11
JOINTLY ADMINISTERED UNDER
CASE NO. BK-5-06-10725-LBR

Affects:
    ☒ All Debtors
    ☐ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed
    ☐ USA First Trust Deed Fund, LLC
_____/

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS
CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

Lee D. Mackson, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Miami, Florida, telephone number, 305-935-3321.

2. That Petitioner is an attorney at law and a member of the law firm of Shutts & Bowen, LLP, with offices at 1500 Miami Center, 201 South Biscayne Boulevard, Miami, Florida 33131, Telephone Number 305-358-6300.

3. That Petitioner has been retained personally or as a member of the law firm by Standard Property Development, LLC to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 1984, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Florida where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
| --- | --- |
| USDC-Middle District of Florida | 1987 |
| USDC-Southern District of Florida | 1985 |
| 11th Circuit Court of Appeals | 1986 |
| U.S. Supreme Court | 1998 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

2

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations: The Florida Bar.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed applications(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Lee D. Mackson

STATE OF FLORIDA )

COUNTY OF MIAMI-DADE )

LEE D. MACKSON, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Lee D. Mackson

Subscribed and sworn to before me this ____ day of _____, 2006.

_____
Notary Public

OFFICIAL NOTARY SEAL
GRACE DELEON
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. DD172627
MY COMMISSION EXP. DEC. 26, 2006

APPROVED:

Dated: this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

MIADOCS 953046 1

4