1   **RES**
    **SUSAN WILLIAMS SCANN, ESQ.**
2   Nevada Bar No. 000776                    **E-Filed On** 7|21|06
    **PAUL R. CONNAGHAN, ESQ.**
3   **Nevada Bar No. 003229**
    **DEANER, DEANER, SCANN, MALAN & LARSEN**
4   **720 South Fourth Street, Suite #300**
    **Las Vegas, Nevada  89101 (702) 382-6911**
5   **Attorney for Party In Interest**
    **Boise Gowan LLC**
6

7                  UNITED STATES BANKRUPTCY COURT

8                   FOR THE DISTRICT OF NEVADA

9   In re:                              )   Case No.  BK-S-06-10725 LBR
    USA COMMERCIAL MORTGAGE             )   Case No.  BK-S-06-10726 LBR
10  COMPANY,                            )   Case No.  BK-S-06-10727 LBR
                                        )   Case No.  BK-S-06-10728 LBR
11              Debtor                  )   Case No.  BK-S-06-10729 LBR
    _____)
    In re:                              )
12  USA CAPITAL REALTY ADVISORS, LLC.   )   Chapter 11
                                        )
13              Debtor                  )   Jointly Administered Under
    _____)   Case No. BK-S-06-10725 LBR
14  In re:                              )
    USA CAPITAL DIVERSIFIED TRUST       )
    DEED FUND, LLC.                     )   Date of Hearing:   August 4, 2006
15                                      )   Time of Hearing:
                Debtor                  )
16  _____)
    In re:                              )
17  USA CAPITAL FIRST TRUST             )   Affects:
    DEED FUND, LLC.                     )   ☒USA Commercial Mortgage Company
18                                      )   ☒USA Capital Diversified Trust Deed Fund, LLC
                Debtor                  )   ☒USA Capital First Trust Deed Fund, LLC
    _____)   ☐USA Securities, LLC
19  In re:                              )   ☐USA Realty Advisors, LLC
    USA SECURITIES, LLC.                )   ☐All Debtors
20                                      )
                Debtor                  )
    _____)

21    **RESPONSE AND REQUEST FOR CLARIFICATION TO THE DEBTORS' MOTION TO**
      **DISTRIBUTE FUNDS AND TO GRANT ORDINARY-COURSE RELEASES AND**
22  **DISTRIBUTE PROCEEDS (AFFECTS USA COMMERCIAL MORTGAGE, USA CAPITAL**
      **DIVERSIFIED TRUST DEED FUND, AND USA CAPITAL FIRST TRUST DEED FUND)**
23
            COMES NOW, PARTY IN INTEREST, BOISE-GOWAN LLC by and through its
24
25  attorneys, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN,

26  MALAN & LARSEN,  and hereby files this Response and Request for Clarification in connection

27  with the above-described Motion

28          1.      Paragraph 4 (on page 16, lines 7 through 10) of the Debtors' Motion states as follows:

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

1    No borrower is entitled to rely upon any partial release or full release that
     was executed by the Debtors' former management prior to the Petition Date
2    to be effective for any sale of collateral that occurred after the Petition Date,
     but such borrower must instead apply to USA for a new partial release or full
3    release to be issued in compliance with the conditions outlined herein;

4    Numerous releases were signed by the Debtors' former management prior to the Petition Date for

5    transactions that closed prior to the Petition Date. This Clarification is sought to ensure that the

6    language in any subsequent order regarding sub-paragraph (f) will exclude any releases and or

7    reconveyances in connection with pre-petition closings. Confusion in this area would have a

8    tremendous impact on title companies and borrowers involved in pre-petition closings. Apparently

9    sub-paragraph(f) is meant only to apply to transactions for which the Debtors signed the release

10   documents prior to the Petition Date but for which no closing occurred until after the Petition Date.

11   The ultimate order should explicitly state that pre-petition closing are excluded.

12        Dated this 20th day of July, 2006.

13                              DEANER, DEANER, SCANN,
                               MALAN & LARSEN
14

15                        By:_____
16                             SUSAN WILLIAMS SCANN, ESQ.
                               Nevada Bar No. 000776
17                             720 South Fourth Street, Suite 300
                               Las Vegas, Nevada 89101
18                             Attorney for Party in Interest
                               Boise-Gowan, LLC
19

20

21   F:\OFFICE\CLIENTS\Boise-Gowan\REsponse & ReQuest Clarification.wpd

22

23

24

25

26

27

28                                         2

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

1

## CERTIFICATE OF MAILING

2  I hereby certify that service of the above and foregoing NOTICE OF COMPLIANCE was

3  made this 20th day of July, 2006, by depositing a copy of the same in the United States mail in Las

4  Vegas, Nevada, postage-prepaid, addressed to the following:

5

**DEBTOR AND COUNSEL**
6  ANNETTE W. JARVIS
RAY QUINNEY & NEBEKER P.C.
7  36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
8  SALT LAKE CITY, UTAH 84145-0385

9  LENARD E. SCHW ARTZER
JEANETTE E. MCPHERSON
10  SCHW ARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BOULEVARD, SUITE 1
11  LAS VEGAS, NEVADA 89146-5308

12  USA COMMERCIAL MORTGAGE
USA CAPITAL REALTY ADVISORS, LLC
13  USA CAPITAL DIVERSIFIED TRUST DEED FUND,
 LLC USA CAPITAL FIRST TRUST DEED FUND, LLC
14  USA SECURITIES, LLC
THOMAS J. ALLISON
15  4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

16
**THE UNITED STATES TRUSTEE**
17  OFFICE OF THE U.S. TRUSTEE
600 LAS VEGAS BLVD., SOUTH,
18  STE. 4300
LAS VEGAS, NV 89101

19
**USA CAPITAL REALTY ADVISORS, LLC - UNSECURED CREDITORS**
20  KUMMER, KAEMPFER, BONNER & RENSHAW
3800 HOWARD HUGHES PKWY., 7Th FLOOR
21  LAS VEGAS, NV 89109

22  INTERSHOW
THE GITHLER CENTER
23  1258 NORTH PALM AVE.
SARASOTA, FL 34236
24

25  **USA SECURITIES, LLC - UNSECURED CREDITORS**
JAMES HULL
26  C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
27  TORRANCE, CA 90505

28

3

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

GEORGE GORMAN
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

TIM RICH
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

**UNSECURED CREDITORS COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY**
Bunch Bell
1909 Red Robin Court
Las Vegas, NV 89134

Advanced Information Systems
c/o Michael T. Yoder
4270 Cameron Street, Suite #1
Las Vegas, NV 89103

C/O Donald R. Walker
9209 Eagle Hills Drive
Las Vegas, NV 89134-6109

Russell AD Development Group, LLC
P. O. Box 28216
Scottsdale, AZ 85255

Robert A. Russell
8585 East Hartford Drive
Suite 500
Scottsdale, AZ 85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117-7635

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR 97035

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

4

1  **[PROPOSED] COUNSEL FOR THE FOLLOWING TWO INVESTOR COMMITTEES: Equity**
   **Security Holders of USA Capital First Trust Deed Fund, LLC and Equity Security Holders of**
2  **USA Capital Diversified Trust Deed Fund;**

3  Jeffrey H. Davidson
   Frank A. Merola
4  Eve H. Karaski
   Stutman, Treister & Glatt, P.C.
5  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
6
   James Patrick Shea
7  Candace C. Carlyon
   Shea & Carlyon, LTD.
8  233 S. Fourth Street, 2nd Floor
   Las Vegas, NV 89101
9

10 **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED**
   **FUND, LLC.**
11
   Robert E. Taylor
12 1535 Flynn Road
   Camarillo, CA 93012
13
   John Warner Jr., IRA
14 C/O First Savings Bank
   2605 East Flamingo Road
15 Las Vegas, NV 89121

16 C/O Chuck Heinrichs
   198 E. Pajaro
17 Newbury Park, CA 91320

18 John H. Warner, Jr.
   2048 North Chettro Trail
19 St. George, UT 84770

20 Mary E. and Matthew J. Moro, JTWROS
   1009 8th Street
21 Manhattan Beach, CA 90266

22 Richard G. Woudstra Revocable Trust
   Richard G. Woudstra, TTWW
23 P. O. Box 530025
   Henderson, NV 89053
24
   Wen Baldwin Separate Property Trust
25 365 Dooley Drive
   Hendersive, NV 89015
26
   Jerry T. McGimsey
27 3115 South El Camino Rd.
   Las Vegas, NV 89146
28

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

Richard Horowitz
5 Fir Drive
Kingspoint, NY  11024

**COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.**

Robert G. Worthen
1112 Worthen Circle
Las Vegas, NV  89145

Katz 2000 Separate Property Trust
Sara M. Katz, Managing Trustee
4250 Executive Square, #670
San Diego, CA  92037

Thomas C. Lawyer Family Trust
45 Ventana Canyon Drive
Las Vegas, NV  89113

Marjan Rutar
4043 Chalfont Court
Las Vegas, NV  89121

Charles O. Nichols and Flora A. Nicols
2561 Seascape Drive
Las Vegas, NV  89128

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV  89121

**COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY**

Fertita Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV  89102

Helms Homes, LLC
C/O Terry Helms
809 Upland Blvd.,
Las Vegas, NV  89107

William J. Bullard
Fertita Enterprises, Inc.
P. O. Box 27555
Las Vegas, NV  89126

Terry Helms Living Trust
809 Upland Blvd.
Las Vegas, NV  89107

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

Dennis Flier, Inc. Defined Benefit Trust
20155 Porto Vita Way #1803
Aventura, FL 33180

Arthur Polacheck and Glorianne Polacheck
2056 Wooklake Circle
Deerfield Beach, FL 33442

James W. McCollum and Pamela P. McCollum
1011 F. Avenue
Coronado, CA 92118

Homfeld II, LLC
777 South Federal Highway
Suite –409
Pompano Beach, FL 33062

C/O Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI 48230

Nevada Mortgage Lending Division
Attn: Susan Eckhardt
3075 East Flamingo #100
Las Vegas, NV 89121

U. S. Securities and Exchange Commission
Attn: Sandra W. Lavigna
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street Street, N.W.
Washington, D.C. 20005-4026

Department of Employment Training
Employment Sec. Div., Contributions
500 East Third Street
Carson City, NV 89713-0030

DMV and Public Safety Records Section
555 Wright Way
Carson City, NV 89711-0250

Employers Insurance Co. Of NV
Attn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

NV Dept. of Taxation
Bankruptcy Division
555 East Washington, #1300
Las Vegas, NV 89101

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

7

1  Internal Revenue Service
   Attn: Bankruptcy dept.
2  Stop 5028 110 City Parkway
   Las Vegas, NV 89106
3
   Secretary of State
4  State of Nevada
   202 North Carson Street
5  Carson City, NV 89701

6  NV Department of Taxation
   Revenue Division
7  Capitol Complex
   Carson City, NV 89701-0003
8
   Office of Labor Commissioner
9  555 East Washington Ave., Suite 4100
   Las Vegas, NV 89101
10
   U. S. Attorney
11 District of Nevada
   323 Las Vegas Blvd., So., #5000
12 Las Vegas, NV 89101

13 United States Dept. of Justice
   Tax-Division-Western Region
14 P. O. Box 683-Ben Franklin Station
   Washington, D.C. 20044
15
   District Counsel
16 Internal Revenue Service
   110 City Parkway
17 Las Vegas, NV 89106

18 Internal Revenue Service
   Ogden, UT 84201
19
   FHA/HUD
20 300 Las Vegas Blvd., #2900
   Las Vegas, NV 89101
21
   Dept. of Veterans Affairs
22 Loan Service and Claims
   3225 North Central
23 Phoenix, AZ 85012

24 Clark County Treasurer
   C/O Bankruptcy Clerk
25 P. O. Box 551220
   Las Vegas, NV 89155-1220
26
   Clark County Assessor
27 C/O Bankruptcy Clerk
   P. O. Box 551401
28 Las Vegas, NV 89155-1401

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382.6911•Facsimile (702) 366-0854

8

## NOTICES OF APPEARANCE/REQUESTS FOR NOTICES

1

2
Don Tomlin
C.O David W. Mounier
3
15316 Sky High Road
Escondido, CA  92055
4

5
Maryetta Bowman
534 Enchanged Lakes Drive
Henderson, NV  89052
6

7
Edward W. Homfeld
Homfeld II LLC
777 South Federal Highway, Suite –409
8
Pompano Beach, FL  33062

9
Richard McKnight, ESQ.
Law Offices of Richard McKnight
10
330 S. Third Street, #900
Las Vegas, NV  89101
11

12
RJ Rocco
12617 Cottageville Lane
Keller, TX  76248
13

14
Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV  89521
15

16
Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV  89074
17

18
Robert R. Kinas, ESQ.
Jennifer L. McBee
Snell & Wilmer, LLP
19
3800 Howard Hughes Pkwy., #1000
Las Vegas, NV  89109
20

21
Michael R. Shuler
C/O Jay R. Eaton
Eaton &O'leary, PLLC
22
115 Grove Avenue
Phoenix, AZ  86301
23

24
Janet L. Chubb, ESQ.Jones Vargas
100 West Liberty Street, 12th Floor
P. O. Box 281
25
Reno, NV  89504-0281

26
Martin B. Weiss, ESQ.
The Garrett Group, LLC
27
One Better World Circle, Suite 300
Temecula, CA  92590
28

*(left margin, vertical text)* DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

9

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1  Attila Jefzenszky
   1720 Colavita Way
2  Reno, NV 89521

3  Vince Danelian
   C/O Edward J. Hanigan, ESQ.
4  199 N. Arroyo Grande Blvd., #200
   Henderson, NV 89074
5
   William L. McGimsey, ESQ.
6  601 East Charleston Blvd.
   Las Vegas, NV 89104
7
   Paul & Donna Jacques
8  810 SE 7th Street, A103
   Deerfield Beach, FL 33441
9
   Peter Bolino
10 17412 Serene Drive
   Morgan Hill, CA 95037
11
   Sean Najarian, ESQ.
12 The Najarian Law Firm
   283 S. Lake Avenue, Suite 205
13 Pasadena, CA 91101

14 Scott D. Fleming
   Hale Lane Peek Dennision and Howard
15 3930 Howard Hughes Parkway, 4th Floor
   Las Vegas, NV 89109
16
   Nile Leatham
17 James B. Macrobbie
   Kolesar & Leatham, CHTD
18 3320 W. Sahara Ave., Ste., 380
   Las Vegas, NV 89102
19
   Laurel E. Davis
20 Lionel Sawyer & Collins
   1700 Bank of America Plaza
21 300 S. Fourth Street
   Las Vegas, NV 89101
22
   Gilbert B. Weisman
23 Becket and Lee LLP
   P. O. Box 3001
24 Malvern, PA 19355-0701

25 Caryn S. Tijsseling
   Beesley, Peck & Matteoni, LTD
26 5011 Meadowood Mall Way, #300
   Reno, NV 89502
27

28

                              10

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1  Nicholas J. Santoro
   400 S. Fourth Street, 3rd Floor
2  Las Vegas, NV  89101

3  Jed A. Hart
   Angelo, Gordon & Co.
4  245 Park Avenue, 26th Floor
   New York, NY  10167

5
   Bradley J. Stevens
6  Robbins & Green, P.A.
   3300 North Central Avenue, Suite 1800
7  Phoenix, AZ  85012

8  CiCi Cunningham, ESQ.
   James A. Kohl, ESQ.
9  Christine Roberts, ESQ.
   Rawlings, Olson, Cannon, Gormley & Desruisseaux
10 9950 W. Cheyenne Avenue
   Las Vegas, NV  89129

11
   Gerald M. Gordon, ESQ.
12 Thomas H. Fell, ESQ.
   Gordon & Silver, LTD.
13 3960 Howard Hughes Parkway, 9th Floor
   Las Vegas, NV  89109

14
   Franklin C. Adams
15 Best Best & Kriefer, LLP
   3750 University Ave.
16 P. O. Box 1028
   Riverside, CA  92502-1028

17
   Jeffrey G. Sloane, ESQ.
18 Regina M. McConnell, ESQ
   Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, CHTD.
19 1389 Galleria Drive., Ste, 200
   Henderson, NV  89014

20
   Kevin B. Christensen
21 Xanna R. Hardman
   7440 W. Sahara Ave.
22 Las Vegas, NV  89117

23 Richard Mason
   Patricia K. Smoots
24 Michael M. Schmahl
   McGuire Woods, LLP
25 77 West Wacker Drive., Ste., 4100
   Chicago, IL  60601

26
   Donald T. Polednak, ESQ.
27 7371 Prairie Falcon, Ste., 120
   Las Vegas, NV  89128

28

11

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1   Peter Susi
    Jay L. Michaelson
2   Michaelson, Susi & Michaelson
    Seven West Gigueroa St., 2nd Floor
3   Santa Barbara, CA 93101-3191

4   Joan C. Wright
    Allison, Mackenzie, Russell, Pavlakis, Wright & Fagan, LTD.
5   402 North Division Street
    P. O. Box 646
6   Carson City, NV 89702

7   Bay Communities
    C.O Chris el
8   4800 No. Federal Highway, Suite A205
    Boca Raton, FL 33431
9
    Ervent T. Nelson
10   Bolick & Boyer
    6060 W. Elton Avenue, Ste., A
11   Las Vegas, NV 89107

12   Matthew Q. Callister
    Callister & Reynolds
13   823 Las Vegas Boulevard South
    Las Vegas, NV 89101
14
    Andrew Welcher
15   C/O Nordman Company Hair & Compton LLP
    Attn: William E. Winfield, ESQ.
16   1000 Town Center Drive, 6th Floor
    Oxnard, CA 93031
17
    Robert Verchota, General Partner
18   R & N Real Estate Investments, LP
    C/O Jeffrey A. Cogan
19   3990 Vegas Drive
    Las Vegas, NV 89108
20
    Law Offices of James G. Schwartz
21   Joshua D. Brysk, ESQ.
    7901 Stoneridge Drive, Suite 401
22   Pleasanton, CA 94588

23   Scott K. Canepa
    Canepa, Reidy & Rubing
24   851 S. Rampart Blvd., #160
    Las Vegas, NV 89145
25
    John F. Murtha
26   Woodburn & Wedge
    Sierra Plaza 6100 Neil Road, Ste., 500
27   P. O. Box 2311
    Reno, NV 89505
28

1   Thomas W. Stilley
    Sussman Shank LLP
2   1000 SW Broadway, Ste., 1400
    Portland, OR 97205-3089

3

    SYLVESTER & POLEDNAK, LTD.
4   Jeffrey R. Sylvester, ESQ.
    7371 Prairie Falcon, #120
5   Las Vegas, NV 89128

6

7

8                                  Employee of DEANER, DEANER, SCANN,
9                                  MALAN & LARSEN

10

11  F:\OFFICE\CLIENTS\Boise-Gowan\REsponse & ReQuest Clarification.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13