

**Entered on Docket
July 21, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

Stip re Responses to Mtn Distribute_Cash Motion 071706                    Page 1 of 4

Affects:
- ☒ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

## STIPULATION AND ORDER RE EXTENDING TIME TO FILE RESPONSIVE PLEADINGS [AFFECTS ALL DEBTORS]

IT IS HEREBY STIPULATED and AGREED by and between USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital Trust Deed Fund, LLC (collectively, the "Debtors") by and through their attorneys, Schwartzer & McPherson Law Firm and Ray Quinney & Nebeker, P.C., the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company (the "Direct Lenders Committee") by and through its attorneys, Gordon & Silver, Ltd., the Office of the United States Trustee, by and through August B. Landis (the "Trustee"), the Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC (the "First Trust Equity Holders Committee") by and through its attorneys Stutman Treister & Glatt and Shea & Carlyon, Ltd., the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "Unsecured Creditors Committee") by and through its attorneys Lewis and Roca, LLP, and the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC (the "Diversified Trust Equity Holders Committee") by and through its attorneys Orrick Herrington & Sutcliffe LLP and Beckley Singleton, Chtd. (collectively, the "Parties") as follows:

WHEREAS on July 7, 2006, the Debtors filed a Motion For Order Approving Continued Use of Cash Through October 29, 2006 Pursuant To Third Revised Budget (Affects All Debtors) (the "Cash Motion") which is scheduled to be heard on August 4, 2006 at 1:30 p.m. See Cash Motion, docket no. 846.

WHEREAS on July 7, 2006, the Debtors filed a Motion to Distribute Funds And To Grant Ordinary-Course Releases And Distribute Proceeds (Affects USA Commercial Mortgage, USA

Capital Diversified Trust Deed Fund, And USA Capital First Trust Deed Fund) (the "Motion to Distribute") which is scheduled to be heard on August 4, 2006 at 1:30 p.m. See Motion to Distribute, docket no. 847.

WHEREAS the Debtors intend on filing a supplemental filing to the Motion to Distribute by no later than Friday, July 14, 2006 to report the actual dollar figures sought to be distributed and certain related information, as that information will not be available before this date;

WHEREAS, the Parties believe that it is necessary to have additional time to respond to the above-referenced motion and to allow the Debtors to address, to the extent possible, the concerns of any of the Parties prior to having to file a responsive pleading.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. All Parties shall have up to and including July 27, 2006 to file responsive pleadings to the Motion to Distribute and the Cash Motion. Courtesy copies of said pleadings shall be delivered to the Court no later than July 27, 2006.

2. The deadline to file replies to the responses for all parties shall be August 2, 2006. Courtesy copies of said pleadings shall be delivered to the Court no later than August 3, 2006 at 12:00 p.m. PDT.

3. Nothing in this stipulation prejudices any Party from seeking to continue the hearing or seeking to further continue the response dates.

DATED this 17th day of July, 2006

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & McPHERSON LAW FIRM    OFFICE OF THE U.S. TRUSTEE

By: /s/ Jeanette E. McPherson                By: _____
Lenard E. Schwartzer, Esq.                   August Landis, Esq.
Jeanette E. McPherson, Esq.                  Scott Farrow, Esq.
Attorneys for the Debtors and Debtors in
Possession

///

///

///

Stip re Responses to Mtn Distribute_Cash Motion 071706                    Page 3 of 4

Capital Diversified Trust Deed Fund, And USA Capital First Trust Deed Fund) (the "Motion to Distribute") which is scheduled to be heard on August 4, 2006 at 1:30 p.m. See Motion to Distribute, docket no. 847.

WHEREAS the Debtors intend on filing a supplemental filing to the Motion to Distribute by no later than Friday, July 14, 2006 to report the actual dollar figures sought to be distributed and certain related information, as that information will not be available before this date;

WHEREAS, the Parties believe that it is necessary to have additional time to respond to the above-referenced motion and to allow the Debtors to address, to the extent possible, the concerns of any of the Parties prior to having to file a responsive pleading.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. All Parties shall have up to and including July 27, 2006 to file responsive pleadings to the Motion to Distribute and the Cash Motion. Courtesy copies of said pleadings shall be delivered to the Court no later than July 27, 2006.

2. The deadline to file replies to the responses for all parties shall be August 2, 2006. Courtesy copies of said pleadings shall be delivered to the Court no later than August 3, 2006 at 12:00 p.m. PDT.

3. Nothing in this stipulation prejudices any Party from seeking to continue the hearing or seeking to further continue the response dates.

DATED this _____ day of July, 2006

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM         OFFICE OF THE U.S. TRUSTEE

By: _____              By: _____
Lenard E. Schwartzer, Esq.                August Landis, Esq.
Jeanette E. McPherson, Esq.               Scott Farrow, Esq.
Attorneys for the Debtors and Debtors in
Possession

///

///

///

**STIPULATION AND ORDER RE EXTENDING TIME TO FILE RESPONSIVE PLEADINGS**

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: *Eve H. Karasik* (signed)
Eve Karasik, Esq.
Christine Pajak, Esq.
Candace Carlyon, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By: _____
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
Brett Axelrod, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

LEWIS AND ROCA, LLP

By: _____
Susan M. Freeman, Esq.
Rob Charles, Esq.
Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

**ORDER**

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

### #

## STIPULATION AND ORDER RE EXTENDING TIME TO FILE RESPONSIVE PLEADINGS

| | |
|---|---|
| STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD. | GORDON & SILVER, LTD |
| By: _____<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC | By: _____<br>Gerald M. Gordon, Esq.<br>Gregory E. Garman, Esq.<br>Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. | LEWIS AND ROCA, LLP |
| By: _____<br>Mark A. Levinson Esq.<br>Lynn Trinka Ernce, Esq.<br>Brett Axelrod, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC | By: _____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |

### ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
    Lenard E. Schwartzer, Esq.
    Jeanette E. McPherson, Esq.
    Attorneys for the Debtors and Debtors in Possession

### ###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**STIPULATION AND ORDER RE EXTENDING TIME TO FILE RESPONSIVE PLEADINGS**

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
Eve Karasik, Esq.
Christine Pajak, Esq.
Candace Carlyon, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By: _____
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
Brett Axelrod, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

LEWIS AND ROCA, LLP

By: _____
Susan M. Freeman, Esq.
Rob Charles, Esq.
Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

**ORDER**

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

# # #

1 **STIPULATION AND ORDER RE EXTENDING TIME TO FILE RESPONSIVE PLEADINGS**

STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.

By: _____
Eve Karasik, Esq.
Christine Pajak, Esq.
Candace Carlyon, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon, Esq.
Gregory E. Garman, Esq.
Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By: _____
Mark A. Levinson Esq.
Lynn Trinka Ernce, Esq.
Brett Axelrod, Esq.
Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

LEWIS AND ROCA, LLP

By: /s/ _____
Susan M. Freeman, Esq.
Rob Charles, Esq.
Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company

**ORDER**

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

### # # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Stip re Responses to Mtn Distribute_Cash Motion 071706

Page 4 of 4

**STIPULATION AND ORDER RE EXTENDING TIME TO FILE RESPONSIVE PLEADINGS**

| | |
|---|---|
| STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD. | GORDON & SILVER, LTD |
| By: _____<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC | By: _____<br>Gerald M. Gordon, Esq.<br>Gregory E. Garman, Esq.<br>Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. | LEWIS AND ROCA, LLP |
| By: _____<br>Mark A. Levinson Esq.<br>Lynn Trinka Ernce, Esq.<br>Brett Axelrod, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC | By:_____<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |

**ORDER**

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By _/s/ Jeanette E. McPherson_____
  Lenard E. Schwartzer, Esq.
  Jeanette E. McPherson, Esq.
  Attorneys for the Debtors and Debtors in Possession

### # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122