


**Entered on Docket**
**July 21, 2006**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **ORDER GRANTING APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY DAVID W. HUSTON AS SPECIAL CONFLICTS COUNSEL UNDER GENERAL RETAINER [AFFECTS USA COMMERCIAL MORTGAGE]** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Date: N/A
Time: N/A

Upon the application of USA COMMERCIAL MORTGAGE COMPANY ("Debtor"), praying for authority to employ and appoint David W. Huston, Esq. ("Huston") as special conflicts counsel to USA Commercial Mortgage Company ("USACM") herein under a general retainer, and it appearing that no notice of a hearing on said application need be given, and it further appearing that Huston is an attorney admitted to practice in the State of Nevada and before the United States District Court for the District of Nevada, and the Court being satisfied that Huston represents no interest adverse to the USACM, the bankruptcy estate of USACM or the estates of the affiliated Debtors in this matter, that his employment is necessary to deal with matters in which USACM's bankruptcy counsel may have or appear to have a conflict and such employment would be in the best interests of the estate, it is

ORDERED that USACM, be and it hereby is, authorized to employ and appoint David W. Huston, Esq. as its Special Conflicts Counsel in this matter under a general retainer with the payment of fees subject to continuing review and approval of this Court.

Prepared by

*/s/ LENARD E. SCHWARTZER*
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146

Approved/Disapproved by

David W. Huston, Esq.
Law Office of David W. Huston, P.C.
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101

Approved / Disapproved by

Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Date: N/A
Time: N/A

Upon the application of USA COMMERCIAL MORTGAGE COMPANY ("Debtor"), praying for authority to employ and appoint David W. Huston, Esq. ("Huston") as special conflicts counsel to USA Commercial Mortgage Company ("USACM") herein under a general retainer, and it appearing that no notice of a hearing on said application need be given, and it further appearing that Huston is an attorney admitted to practice in the State of Nevada and before the United States District Court for the District of Nevada, and the Court being satisfied that Huston represents no interest adverse to the USACM, the bankruptcy estate of USACM or the estates of the affiliated Debtors in this matter, that his employment is necessary to deal with matters in which USACM's bankruptcy counsel may have or appear to have a conflict and such employment would be in the best interests of the estate, it is

ORDERED that USACM, be and it hereby is, authorized to employ and appoint David W. Huston, Esq. as its Special Conflicts Counsel in this matter under a general retainer with the payment of fees subject to continuing review and approval of this Court.

Prepared by

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146

Approved/Disapproved by

David W. Huston, Esq.
Law Office of David W. Huston, P.C.
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101

Approved / Disapproved by

Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER GRANTING APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY DAVID W. HUSTON AS SPECIAL CONFLICTS COUNSEL UNDER GENERAL RETAINER [AFFECTS USA COMMERCIAL MORTGAGE]**

Approved/~~Disapproved by:~~

LEWIS AND ROCA, LLP

By: [signature]
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.

*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

GORDON & SILVER, LTD.

By:____________________
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.

*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP

By:____________________
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.

*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.

By:____________________
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER GRANTING APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY DAVID W. HUSTON AS SPECIAL CONFLICTS COUNSEL UNDER GENERAL RETAINER [AFFECTS USA COMMERCIAL MORTGAGE]**

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By:________________________
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.

*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

GORDON & SILVER, LTD.

By:________________________
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.

*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP

By:________________________
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.

*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.

By:________________________
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER GRANTING APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY DAVID W. HUSTON AS SPECIAL CONFLICTS COUNSEL UNDER GENERAL RETAINER [AFFECTS USA COMMERCIAL MORTGAGE]**

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By:______________________________
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.

*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

GORDON & SILVER, LTD.

By:______________________________
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.

*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP

By:______________________________
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.

*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.

By:______________________________
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER GRANTING APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY DAVID W. HUSTON AS SPECIAL CONFLICTS COUNSEL UNDER GENERAL RETAINER [AFFECTS USA COMMERCIAL MORTGAGE]**

Approved/Disapproved by:

By:____________________________
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.

*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

By:____________________________
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.

*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

BECKLEY SINGLETON, CHTD. and
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:____________________________
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.

*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: [signature]
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122