

**Entered on Docket
July 21, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR**<br><br>**ORDER VACATING DEADLINES TO FILE PROOFS OF CLAIM CONTAINED IN NOTICES OF CHAPTER 11 BANKRUPTCY CASE**<br><br>[AFFECTS ALL DEBTORS] |

| Affects: |  |
|---|---|
| ☒ All Debtors | |
| ☐ USA Commercial Mortgage Company | |
| ☐ USA Securities, LLC | |
| ☐ USA Capital Realty Advisors, LLC | Date: May 3, 2006 |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Time: 9:30 a.m. |
| ☐ USA First Trust Deed Fund, LLC | |

The Court being informed in open Court that the Notices of Chapter 11 Case issued by the Clerk in each of these Chapter 11 cases contained a section entitled "Deadlines to File a Proof of Claim" which set a deadline of August 15, 2006 ("Initial Bar Date") pursuant to L.R. 3003 for creditors to file proofs of claim in each case, and the Court finding that Bankruptcy Rule 3003(c)(3) provides that the Court shall fix the time within which proofs of claim must be filed and the Court further finding that the Initial Bar Date should be vacated , it is hereby

ORDERED that the Initial Bar Date contained in each of the Notices of Chapter 11 Case is vacated and deemed null and void and a new bar date shall be set upon motion duly filed and heard by the Court.

Submitted by:

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and


/s/ Lenard E. Schwartzer_____
Lenard E. Schwartzer, Esq.,Nevada Bar No. 0399
Jeanette E. McPherson, Esq., Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada   89146
Attorneys for Debtor and Debtor-In-Possession

/ / /

/ / /

/ / /

**ORDER VACATING DEADLINES TO FILE PROOFS OF CLAIM CONTAINED IN NOTICES OF CHAPTER 11 BANKRUPTCY CASE [AFFECTS ALL DEBTORS]**

Approved / Disapproved by

By: */s/ AUGUST LANDIS*
    Office of the U.S. Trustee

Approved/Disapproved by:

  LEWIS AND ROCA, LLP

By : */S/ ROB CHARLES*
    SUSAN M. FREEMAN, ESQ.
    ROB CHARLES, ESQ.
    *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

  GORDON & SILVER, LTD.

By: */S/ GERALD GORDON*
    GERALD M. GORDON, ESQ.
    GREGORY E. GARMAN, ESQ.
    *Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By: */S/ MARC LEVINSON*
    MARC A. LEVINSON, ESQ.
    LYNN TRINKA ERNCE, ESQ.
    BRETT A. AXELROD, ESQ.
    ANNE M. LORADITCH, ESQ.
    *Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.

By: */S/ EVE KARASIK*
    FRANK A. MEROLA, ESQ.
    EVE KARASIK, ESQ.
    CHRISTINE PAJAK, ESQ.
    CANDACE C. CARLYON, ESQ.
    *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

# # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122