ELECTRONICALLY FILED
July 21, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:     fmerola@stutman.com
           ekarasik@stutman.com
           aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:     jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com
           ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date:  July 25, 2006<br>Time:  9:30 a.m.<br>Place: Courtroom #2 |

**SUPPLEMENTAL RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MOTION FOR AUTHORITY TO FORBEAR AND TO PROVIDE FURTHER FUNDING FOR CERTAIN OUTSTANDING LOANS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC)**

398798v3

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), hereby submits its supplemental response (the "Supplemental Response") to the "Motion for Authority to Forbear and To Provide Further Funding for Certain Outstanding Loans" (the "Motion"), filed by USA Commercial Mortgage Company ("USACM"), USA Capital First Trust Deed Fund LLC (the "FTDF") and USA Capital Diversified Trust Deed Fund, LLC, certain of the above-captioned debtors and debtors and possession (the "Debtors"), based on the facts and argument set forth below:

1. On June 9, 2006, the Debtors filed the Motion seeking approval to forbear or provide additional funds to four projects subject to first priority, secured loans made by various investors, including the USA Capital First Trust Deed Fund, LLC.

2. On June 19, 2006, the FTDF Committee filed a limited opposition to the Motion (the "Limited Opposition").

3. On June 26, 2006, the Court entered an order granting the Motion with respect to the Franklin Stratford Project.

4. On July, 18, 2006, the Court entered an order, which among other things, continued the hearing on the Debtors' request to enter into a forbearance agreement with Homes for America Loans with respect to four loans (the "HFA Loans"), including a loan to HFAH-Monaco, LLC (the "Monaco Loan") to July 25, 2006.

5. As set forth in the Limited Opposition, FTDF owns a 100% interest in the loan to Monaco Loan. There is $4 million in principal and approximately $1.3 million in interest due on the Monaco Loan, and the Debtors have deemed the Monaco Loan to be a non-performing loan. The current maturity date is December 19, 2006.

6. The Debtors seek to enter into a forbearance agreement with the borrower on the Monaco Loan until January 1, 2007. The Debtors do not attach a sample forbearance agreement and state only that they will "forbear from declaring a default and . . . forbear from exercising remedies." The FTDF Committee cannot evaluate the forbearance request absent the

1  terms and conditions of such forbearance.

2      7.    Further, despite numerous requests from the FTDF Committee, many of the FTDF Committee's questions about the Monaco Loan, some of which have been pending for six (6) weeks, have not been answered, including why the Monaco Loan is a non-performing loan (and not just because the interest is due, but why such interest is due), whether the former insiders or any of their entities are borrowers on this loan, and the solvency of the loan's guarantor(s) as well as whether the guarantees are collateralized. Significantly, the Debtors have failed to explain adequately why the forbearance will assist the borrower in its ability to refinance. Furthermore, the Debtors have advised that there will no consideration in exchange for the forbearance.

    8.    Notwithstanding the fact that the FTDF Committee has not received answers to its questions and due to the many other pressing issues in these cases, the FTDF Committee has elected not to oppose the forbearance request.

Respectfully submitted this 21st day of July, 2006.

_/s/ Ann Miller_

FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101
Telephone: (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC