**Entered on Docket
July 24, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                                                   Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                                                                   Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                                                                   Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                                                                   Debtor. | **ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                                   Debtor. | Date:  June 21, 2006<br>Time:  9:30 a.m. |

Affects:
- ☒ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA Capital First Trust Deed Fund, LLC
- ☐ USA Securities, LLC

The Debtors' Motion For Order Approving Agreement With Investment Partners (the "Motion") having come before this Court pursuant to an Order shortening Time; the Court having reviewed the pleadings and heard the arguments and representations of counsel (including counsel for USA Investment Partners, LLC ("Investment Partners")), the Court having made its findings on the record and finding good cause, it is

ORDERED that the Motion is granted and the Debtors are authorized to enter into the transactions contemplated by the Motion and to execute and deliver the Promissory Note and Security Agreement attached as Exhibits "A" and "B" to the Motion.

IT IS FURTHER ORDERED that approval of the Motion is premised upon the agreement stated in open court by counsel for Investment Partners that the transactions described in the Motion do not embody a release or compromise of any claims of any of the Debtors against Investment Partners.

IT IS FURTHER ORDERED that:

1. The agreement of the Debtors with Investment Partners does not constitute a release of Investment Partners or compromise of any obligation of Investment Partners on any claims held by any of the Debtors;

2. Except for the payment terms stated in the promissory note payable to USA Commercial Mortgage Company ("USACM"), the agreement does not constitute a waiver of any rights of the Debtors, their bankruptcy estates or their successors and assigns against Investment Partners;

3. The agreement does not prejudice any pre-existing rights that any third parties may have against Investment Partners, including without limitation any rights to set aside or otherwise challenge the security interests and liens of the Debtors against the collateral pledged by Investment Partners under any applicable federal law or

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

state law, or any rights any such parties may have under loan documents, subordination agreements or other contracts or agreements with Investment Partners;

4. The promissory note payable to USACMC shall be held by USACMC for the benefit of all of the Debtors without prejudice to the rights of any other debtors to assert claims to the proceeds of such promissory note and without presumption that the proceeds are the property of USACMC solely because the promissory note is payable to USACMC.

5. The liens and security interests upon the property of Investment Partners granted under the security agreement signed by Investment Partners in favor of all Debtors shall have priority, as among the different Debtors, as decided by further order of this Court.

6. Any payments, collateral, or proceeds of collateral received under the promissory note or the security agreement shall be held for the benefit of all Debtors and shall neither be used, allocated, nor distributed among the Debtors except upon further order of the Court.

Submitted by:

/s/     LENARD E. SCHWARTZER
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

/ / /

/ / /

**ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

Approved / ~~Disapproved~~ by

WHITE AND WILLIAMS LLP

By: _____
STEVE E. OSTROW, ESQ.
WADE B. GOCHNOUR, ESQ.
1800 One Liberty Place
Philadelphia, PA 19103-7395
*Counsel for Liberty Bank*

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By:_____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
JEFFREY HERMANN, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved / Disapproved by

By: _____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:

GORDON & SILVER, LTD.

By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:_____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

# # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

Approved / Disapproved by

WHITE AND WILLIAMS LLP

By: _____
STEVE E. OSTROW, ESQ.
WADE B. GOCHNOUR, ESQ.
1800 One Liberty Place
Philadelphia, PA 19103-7395
*Counsel for Liberty Bank*

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
JEFFREY HERMANN, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved / Disapproved by (signed)

By: _____ (signature)
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

### # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

4

P:\USA Commercial Mortgage\Pleadings\Approve Investment Partners Agreement\ORDER re Agreement with Investment Partners 031706.doc

**ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

| Approved / Disapproved by | Approved / Disapproved by |
|---|---|
| WHITE AND WILLIAMS LLP | |
| By: _____<br>STEVE E. OSTROW, ESQ.<br>WADE B. GOCHNOUR, ESQ.<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395<br>*Counsel for Liberty Bank* | By: _____<br>Office of the U.S. Trustee<br>Foley Federal Building<br>300 Las Vegas Blvd. South, Suite 4300<br>Las Vegas NV 89101 |
| (Approved)/Disapproved by: | Approved/Disapproved by: |
| LEWIS AND ROCA, LLP | GORDON & SILVER, LTD. |
| By: /s/ *[signature]*<br>SUSAN M. FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: _____<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| Approved/Disapproved by: | Approved/Disapproved by: |
| ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. | STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD. |
| By: _____<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br>JEFFREY HERMANN, ESQ.<br>BRETT A. AXELROD, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: _____<br>FRANK A. MEROLA, ESQ.<br>EVE KARASIK, ESQ.<br>CHRISTINE PAJAK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

### # # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

4

P:\USA Commercial Mortgage\Pleadings\Approve Investment Partners Agreement\ORDER re Agreement with Investment Partners 071706.doc

**ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

| Approved / Disapproved by | Approved / Disapproved by |
|---|---|
| WHITE AND WILLIAMS LLP | |
| By: _____ STEVE E. OSTROW, ESQ. WADE B. GOCHNOUR, ESQ. 1800 One Liberty Place Philadelphia, PA 19103-7395 *Counsel for Liberty Bank* | By: _____ Office of the U.S. Trustee Foley Federal Building 300 Las Vegas Blvd. South, Suite 4300 Las Vegas NV 89101 |
| Approved/Disapproved by: | ⟨Approved⟩/Disapproved by: |
| LEWIS AND ROCA, LLP | GORDON & SILVER, LTD. |
| By: _____ SUSAN M. FREEMAN, ESQ. ROB CHARLES, ESQ. *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: [signature] _____ GERALD M. GORDON, ESQ. GREGORY E. GARMAN, ESQ. *Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| Approved/Disapproved by: | Approved/Disapproved by: |
| ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. | STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD. |
| By: _____ MARC A. LEVINSON, ESQ. LYNN TRINKA ERNCE, ESQ. JEFFREY HERMANN, ESQ. BRETT A. AXELROD, ESQ. ANNE M. LORADITCH, ESQ. *Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: _____ FRANK A. MEROLA, ESQ. EVE KARASIK, ESQ. CHRISTINE PAJAK, ESQ. CANDACE C. CARLYON, ESQ. *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

### # # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

Approved / Disapproved by

WHITE AND WILLIAMS LLP

By: _____
STEVE E. OSTROW, ESQ.
WADE B. GOCHNOUR, ESQ.
1800 One Liberty Place
Philadelphia, PA 19103-7395
*Counsel for Liberty Bank*

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
JEFFREY HERMANN, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved / Disapproved by

By: _____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

### # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

| | |
|---|---|
| Approved / Disapproved by | Approved / Disapproved by |
| WHITE AND WILLIAMS LLP | |
| ~~1800 One Liberty Place~~ Philadelphia, PA 19103-7395 *Counsel for Liberty Bank* | ~~300 Las Vegas Blvd. South, Suite 4300~~ Las Vegas NV 89101 |

Approved/Disapproved by:　　　　　　　　　Approved/Disapproved by:

LEWIS AND ROCA, LLP　　　　　　　　　　GORDON & SILVER, LTD.

By:_____　　　By:_____
　　SUSAN M. FREEMAN, ESQ.　　　　　　　　　GERALD M. GORDON, ESQ.
　　ROB CHARLES, ESQ.　　　　　　　　　　　　GREGORY E. GARMAN, ESQ.
　　*Counsel for the Official Committee*　　　　*Counsel for the Official Committee of*
　　*of Unsecured Creditors of USA*　　　　　　*Holders of Executory Contract Rights of*
　　*Commercial Mortgage Company*　　　　　 *USA Commercial Mortgage Company*

Approved/Disapproved by:　　　　　　　　　Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP　　STUTMAN TREISTER & GLATT, P.C. and
and BECKLEY SINGLETON, CHTD.　　　　　SHEA & CARLYON, LTD.

By:_____　　　By: /s/ Eve H. Karasik
　　MARC A. LEVINSON, ESQ.　　　　　　　　　FRANK A. MEROLA, ESQ.
　　LYNN TRINKA ERNCE, ESQ.　　　　　　　　EVE KARASIK, ESQ.
　　JEFFREY HERMANN, ESQ.　　　　　　　　　CHRISTINE PAJAK, ESQ.
　　BRETT A. AXELROD, ESQ.　　　　　　　　　CANDACE C. CARLYON, ESQ.
　　ANNE M. LORADITCH, ESQ.　　　　　　　　*Counsel for the Official Committee of*
　　*Counsel for the Official Committee of*　　　*Equity Security Holders of USA Capital*
　　*Equity Security Holders of USA Capital*　　 *First Trust Deed Fund LLC*
　　*Diversified Trust Deed Fund, LLC*

###

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122