**Entered on Docket
July 24, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

DANIEL G. BOGDEN
Nevada Bar No. 2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone:  (702) 388-6336
Facsimile:   (702) 388-6787

Attorneys for United States

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　Debtor.<br>_____<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br>_____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor .<br>_____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br>_____<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br>_____ | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>(No Hearing Required) |

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

### ORDER GRANTING MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS

This matter comes before the Court pursuant to LR IA 10-3, and the United States' Motion to Permit Appearance of Government Attorneys, which seeks an order allowing Mr. Frank A. Anderson and Ms. Erika E. Barnes to appear before this Court representing the Pension Benefit Guaranty Corporation in all matters relating to the above-captioned case.

Mr. Anderson and Ms. Barnes are attorneys with the Pension Benefit Guaranty Corporation, an agency of the federal government. Mr. Anderson is a member in good standing of the highest court of the District of Columbia. Ms. Barnes is a member in good standing of the highest courts in the State of California, the State of Virginia and the District of Columbia.

It is therefore ORDERED that Mr. Anderson and Ms. Barnes be admitted to appear before this Court for the purpose indicated in the United States' Motion.

IT IS SO ORDERED.

_____
UNITED STATES BANKRUPTCY JUDGE

DATED: _____

Submitted by:

DANIEL G. BOGDEN
United States Attorney

/s/ CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone:  (702) 388-6336
Facsimile:  (702) 388-6787