Case 06-10725-gwz    Doc 948    Entered 07/24/06 06:41:45    Page 1 of 3



Entered on Docket
July 24, 2006

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>  06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>  06-10726 | |
| | Date:  August 4, 2006<br>Time:  1:30 p.m. (Time may be 9:30 a.m.) |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>  06-10727 | **Affecting:**<br>☐ All Cases<br>**or Only:** |
| **USA Capital First Trust Deed Fund, LLC**<br>  06-10728 | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC**<br>  06-10729<br>                        **Debtors.** | ☐ USA Capital First Trust Deed Fund, LLC |

1753285.1

## NOTICE OF HEARING FOR ORDER SHORTENING TIME TO HEAR APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF SIERRA CONSULTING GROUP, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY

This Court having considered the Application Pursuant To Fed. R. Bankr. P. 2014(A) For Order Under § 1103 of the Bankruptcy Code Authorizing the Employment and Retention of Sierra Consulting Group, LLC as Financial Advisors to the Official Unsecured Creditors' Committee For USA Commercial Mortgage Company (the "Sierra Application"), and good cause appearing therefore,

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the Sierra Application be, and the same will be heard by a United States Bankruptcy Judge on the **4th day of August, 2006 at 1:30 p.m.**[1] A copy of the above-referenced Sierra Application may be obtained by accessing PACER through the U.S. Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or through the Bankruptcy Management Solutions Website www.usacapitalcorp.com/news.html and is on file with the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, NV 89101.

**IT IS FURTHER ORDERED AND NOTICE IS FURTHER GIVEN** that parties in interest shall have up to and including the close of business at **5:00 p.m. PST on July 28, 2006** to file and serve responsive pleadings to the Sierra Application and shall deliver courtesy copies of said pleadings, if any, to the Court no later than **July 29, 2006**.

---

[1] The hearing may be rescheduled to 9:30 a.m. Please check the court's calendar.

**IT IS FURTHER ORDERED AND NOTICE IS FURTHER GIVEN** that the Unsecured Creditors' Committee for USA Commercial Mortgage shall have up to and including **noon on August 2, 2006**, to file and serve a brief in reply to any opposition to the Sierra Application and shall deliver courtesy copies of said filing to the Court no later than **noon on August 3, 2006**.

**NOTICE IS FURTHER GIVEN** that this hearing may be continued from time-to-time without further notice except for the announcement of any adjourned dates and times of the above noticed hearing or any adjournment thereof.

DATED July 18, 2006.

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:    /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for the Unsecured Creditors Committee for USA Commercial Mortgage Company*