| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| aparlen@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br>     Debtor | ) BK-S-06-10725-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>     Debtor | ) BK-S-06-10726-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>     Debtor | ) BK-S-06-10727-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>     Debtor. | ) BK-S-06-10728-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA SECURITIES, LLC, <br>     Debtor. | ) BK-S-06-10729-LBR <br> ) Chapter 11 <br> ) |
| Affects <br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☒ USA Capital Diversified Trust Deed <br> ☒ USA First Trust Deed Fund, LLC | ) <br> ) Date: July 25, 2006 <br> ) Time: 9:30 a.m. <br> ) Place: Courtroom #1 <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE OF SUPPLEMENTAL RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MOTION FOR AUTHORITY TO FORBEAR AND TO PROVIDE FURTHER FUNDING FOR CERTAIN OUTSTANDING LOANS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC)**

I HEREBY CERTIFY that on the 21st of July, 2006, I served the following document:

Supplemental Response of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans (Affects Debtors USA Commercial Mortgage Company, USA Capital First Trust Deed Fund, LLC and USA Capital Diversified Trust Deed Fund, LLC).

I served the above named document(s) by the following means to the persons as listed below:

☒ a. **ECF System.** (See attached Notice of Electronic Filing)

☐ b. **United States mail, postage full prepaid to the following:**

☐ c. **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

*SHEA & CARLYON, LTD.*
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of July, 2006.

*/s/ Anna-Marie Boehmer*
Anna-Marie Boehmer, an employee
of SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from SHERMAN, SHLOMO S. entered on 7/21/2006 at 4:06 PM PDT and filed on 7/21/2006
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**   06-10725-lbr
**Document Number:** 943

**Docket Text:**
Supplemental Response Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document (s)[592] Miscellaneous Motion,, filed by Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC.) (SHERMAN, SHLOMO)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\Supplemental Response to Motion to Forbear and Provide Further Funding.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/21/2006] [FileNumber=7106822-0]
[a1f063536f7e1488f5427b831150f6148da6dd0adfb61138381562e00e976bc4669a
c688288c0784aef1d45bedd953be9fd4b9102d4147f923f9321ba05d5cfa]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN    xanna.hardman@gmail.com,

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.co

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheac

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

R VAUGHN GOURLEY
3636 N RANCHO DR
LAS VEGAS, NV 89130

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEWIS AND ROCA LLP
,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP