Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

E-FILED ON JULY 24, 2006

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **AMENDED DECLARATION IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: July 25, 2006<br>Time: 9:30 a.m. |

I, Jeanette E. McPherson hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of Nevada, and I am the managing partner of the Schwartzer & McPherson Law Firm. I have personal knowledge of the facts recited herein, and I am competent to testify regarding them if called as a witness in this matter.

2. I make this declaration and disclosure in support of the Application By Debtor and Debtor-In-Possession To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer (the "Application").

3. Schwartzer & McPherson Law Firm ("S&M" or the "Firm") has been retained to represent USA Commercial Mortgage Company ("USACM"), USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC ("FTD Fund")(collectively, the "Debtors").

4. With respect to S&M's involvement with, or representation of, the debtors and/or creditors in this bankruptcy case, S&M states the following:

    a. S&M represents Silver State Bank ("SSB"), 170 S. Rainbow Blvd., Las Vegas, Nevada, 89145 in a variety of matters unrelated to the Debtors' bankruptcy cases.

    b. SSB is the lender/depository bank to a Security Agreement for 60th Street Venture, LLC which security agreement is evidenced by a Control Account Escrow Agreement And Security Agreement entered into on December 21, 2005. SSB is listed on Schedule G on USACM's bankruptcy petition.

    c. S&M and co-counsel Ray Quinney & Nebeker, P.C. ("RQN") have agreed that any matter arising with respect to SSB that may pose a potential conflict of interest for S&M will be handled solely by RQN.

5. An interpleader action will be filed in which USACM, as plaintiff, has requested that the Court determine which of the defendant claimants (including FTD Fund) are entitled to the approximately $1.7 million in the Investor Account. USACM has no claim to the funds in the Investor Account. However, S&M requested that a special independent counsel be appointed to handle the litigation to avoid the appearance of impropriety.

6. On July 21, 2006, the Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing was withdrawn.

7. Based upon the foregoing, it is my belief that the Firm does not represent any interest which would be adverse to it or the bankruptcy estate. Accordingly, S&M is disinterested under sections 101(14) and 327(a) and (c) of the Bankruptcy Code.

8. To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 21, 2006.

*Jeanette E. McPherson*