Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399J
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors

**E-FILED ON JULY 24, 2006**

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                        Debtor. | |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | **SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO FORBEAR ON FOUR HFA LOANS (AFFESTS USA COMMERCIAL MORTGAGE, USA CAPITAL DIVERSIFIED TRUST DEED FUND AND USA CAPITAL FIRST TRUST DEED FUND)** |
| In re:<br><br>USA SECURITIES, LLC,<br>                                        Debtor. | |
| Affects:<br>☐  All Debtors<br>☒  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☒  USA First Trust Deed Fund, LLC | Date:  July 25, 2006<br>Time:  9:30 a.m. |

1

1    Debtors USA Commercial Mortgage Company ("USACMC"), USA Capital

2   Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively,

3   the "Debtors"), submit this Supplemental Reply Brief in support of the Debtors' "Motion for

4   Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans" (the

5   "Motion"), and in reply to the Supplemental Response filed on July 21, 2006 by the Official

6   Committee of Equity Security Holders of First Trust Deed Fund.

7    Contrary to the inference made in the Supplemental Response of the Official

8   Committee of Equity Security Holders of First Trust Deed Fund, the Debtors' interim

9   management and professionals have spent an extensive amount of time answering the

10   questions and requests for documentation of counsel and advisors for that Committee.

11    As stated in the Motion, USACMC takes the position that entering into forbearance

12   agreements is an activity in the ordinary course of its business and it has the authority

13   under Section 2(e) of the Loan Servicing Agreements to "enter into forbearance and other

14   settlement-related agreements" and that no further Direct Lender approval (including that

15   of the various Committees in these cases) is necessary. However, the current management

16   has requested Court authority to (a) inform the court and all parties of its actions, and (b) to

17   provide assurance to third parties that such actions are authorized.

18    It appears, from the last paragraph of the Supplement Response of the Official

19   Committee of Equity Security Holders of First Trust Deed Fund, that this Committee has

20   "elected not to oppose the forbearance request".

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2

## CONCLUSION

USACMC requests that the Court authorize USACMC to grant limited forbearance to Homes for America Holdings, Inc. and its affiliates until January 1, 2007 with regard to the Four FHA Loans based upon the Debtors' business judgments that these actions are in the best interests of all concerned parties.

DATED: July 24, 2006

/s/    *LENARD E. SCHWARTZER*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Esq., Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas NV  89146
Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3