| | |
|---|---|
| 1 | Annette W. Jarvis, Utah Bar No. 1649 |
| | RAY QUINNEY & NEBEKER P.C. |
| 2 | 36 South State Street, Suite 1400 |
| | P.O. Box 45385 |
| 3 | Salt Lake City, Utah 84145-0385 |
| 4 | Telephone: (801) 532-1500 |
| | Facsimile: (801) 532-7543 |
| 5 | Email: ajarvis@rqn.com |
| 6 | and |
| 7 | Lenard E. Schwartzer |
| | Nevada Bar No. 0399 |
| 8 | Jeanette E. McPherson |
| | Nevada Bar No. 5423 |
| 9 | Schwartzer & McPherson Law Firm |
| | 2850 South Jones Boulevard, Suite 1 |
| 10 | Las Vegas, Nevada 89146-5308 |
| 11 | Telephone: (702) 228-7590 |
| | Facsimile: (702) 892-0122 |
| 12 | E-Mail: bkfilings@s-mlaw.com |
| | Attorneys for Debtors |

E-FILED ON JULY 24, 2006

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | | Case Nos. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | | Case Nos. BK-S-06-10726 LBR |
| | Debtor. | Case Nos. BK-S-06-10727 LBR |
| | | Case Nos. BK-S-06-10728 LBR |
| In re: | | Case Nos. BK-S-06-10729 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | | Chapter 11 |
| | Debtor. | |
| In re: | | SECOND SUPPLEMENTAL DECLARATION |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | | OF THOMAS J. ALLISON IN SUPPORT OF |
| | Debtor. | DEBTORS' MOTION FOR ORDER |
| In re: | | AUTHORIZING (I) THE EMPLOYMENT AND |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | | RETENTION OF MESIROW FINANCIAL |
| | | INTERIM MANAGEMENT, LLC AS CRISIS |
| | Debtor. | MANAGERS FOR THE DEBTORS, AND (II) |
| In re: | | THE DESIGNATION OF THOMAS J. |
| USA SECURITIES, LLC, | | ALLISON OF MESIROW FINANCIAL |
| | Debtor. | INTERIM MANAGEMENT, LLC AS CHIEF |
| Affects: | | RESTRUCTURING OFFICER FOR THE |
| ☒ All Debtors | | DEBTORS AND THE EMPLOYMENT OF |
| ☐ USA Commercial Mortgage Company | | CERTAIN TEMPORARY EMPLOYEES |
| ☐ USA Securities, LLC | | |
| ☐ USA Capital Realty Advisors, LLC | | Date: July 25, 2006 |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | | Time: 9:30 a.m. |
| ☐ USA First Trust Deed Fund, LLC | | |

1

C:\Documents and Settings\mkehl\Local Settings\Temporary Internet Files\OLK9C\Second Supp Declaration T Allison.doc

Received Time Jul. 24. 12:28PM

I, Thomas J. Allison hereby state and declare:

1. I am a Senior Managing Director of Mesirow Financial Interim Management ("MFIM"), a professional services firm engaged in the business of providing interim management services. I submit this second supplemental declaration (the "Second Supplemental Declaration") on behalf of MFIM in support of the Debtors' Motion for Order Authorizing (I) the Employment and Retention of Mesirow Financial Interim Management, LLC as Crisis Managers for the Debtors, and (II) the Designation of Thomas J. Allison of Mesirow Financial Interim Management, LLC as Chief Restructuring Officer of the Debtors and the Employment of Certain Temporary Employees (the "Employment Motion"). I have personal knowledge of the matters set forth herein, and if called as a witness, would testify competently thereto.[1]

2. This case commenced with the filing of a voluntary petition by the Debtor on April 13, 2006.

3. The Employment Motion and a Declaration of Thomas J. Allison in Support of Debtors' Motion for Order Authorizing (I) the Employment and Retention of Mesirow Financial Interim Management, LLC as Crisis Managers for the Debtors, and (II) the Designation of Thomas J. Allison of Mesirow Financial Interim Management, LLC as Chief Restructuring Officer of the Debtors and the Employment of Certain Temporary Employees (the "Original Declaration") was filed in this Court on April 14, 2006 and a First Supplemental Declaration of Thomas J. Allison in Support of Debtors' Motion for Order Authorizing (I) the Employment and Retention of Mesirow Financial Interim Management, LLC as Crisis Managers for the Debtors, and (II) the Designation of Thomas J. Allison of Mesirow Financial Interim Management, LLC as Chief Restructuring Officer of the Debtors and the Employment of Certain Temporary Employees (the First Supplemental Declaration) was filed in this Court on June 13, 2006. The Original Declaration and the First Supplemental Declaration are incorporated herein by reference.

4. The Court allowed the Employment Motion on in interim basis on April 19, 2006 and will conduct a hearing on the Employment Motion on July 25, 2006.

---

[1] Certain of the disclosures herein relate to matters within the knowledge of other professionals at MFIM.

2

5. This Second Supplemental Declaration supplements those disclosures previously made by MFIM in the Original Declaration.

### DISCLOSURE OF CONNECTIONS UNDER BANKRUPTCY RULE 2014(a)

6. MFIM generally retains the law firm of Greenberg Traurig, LLP ("Greenberg") to represent it on fee, retention and other matters arising in its engagements. MFIM has engaged Greenberg to represent it on retention issues and other related matters in these cases.

7. MFIM has been informed that Greenberg represents an unsecured creditor, Nevada State Bank, in these cases. Although there is no known conflict, as a precaution, MFIM has agreed to a waiver of such conflicts, if any, as they may arise and is making this disclosure.

8. To the best of my knowledge, except as disclosed in the Original Declaration, the First Supplemental Declaration or as set forth herein, (a) MFIM has no connections with the Debtors, creditors and any other party-in-interest, or their respective attorneys and advisors; and (b) the MFIM professionals working on this matter are not relatives of the United States Trustee of the District of Nevada or of any known employee in the office thereof, or any United States Bankruptcy Judge of the District of Nevada.

9. If and when additional information becomes known with respect to any other relationships that may exist between MFIM, or its professionals and the Debtors, creditors, or any other party-in-interest which may affect these cases, supplemental affidavits describing such information will be filed with the Court.

I declare, under penalty of perjury, that, to the best of my knowledge, information and belief, that the foregoing is true and correct.

Mesirow Financial Interim Management, LLC

By _____
Thomas J. Allison
Senior Managing Director
Mesirow Financial Consulting, LLC
321 North Clark Street
13th Floor
Chicago, IL 60610

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122