AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*
SCOTT ANDREW FARROW, Attorney
State Bar # WI  1000609
*scott.a.farrow@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile:  (702) 388-6658

E-Filed on July 24, 2006

Attorneys for the Acting United States Trustee
    SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>**USA Commercial Mortgage Company**<br>    06-10725 -- Lead Case<br>**USA Capital Realty Advisors, LLC**<br>    06-10726<br>**USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727<br>**USA Capital First Trust Deed Fund, LLC**<br>    06-10728<br>**USA Securities, LLC**<br>    06-10729              Debtors. | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding<br><br>Date:  N/A<br>Time:  N/A<br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

## NOTICE OF AMENDED APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

Pursuant to 11 U.S.C. §§ 1102(a)(1) and (2), the following unsecured creditors of USA Commercial Mortgage Company, who were unsecured creditors prepetition, who are fairly chosen, are representative of non-investor unsecured creditor interests, and are willing to serve, are appointed to serve as the Official Unsecured Creditors' Committee in the case of  <u>In re USA</u>

<u>Commercial Mortgage Company</u>, Chapter 11 Case No. 06-10725, in addition to the five (5) members previously appointed to serve on May 10, 2006 [Docket No. 201]:

6. Larry L. Rieger and Patsy R. Rieger Revocable Trust Dated 8/14/91

    Contact: Larry L. Rieger, Trustee
    Address: 2615 Glen Eagles Drive
    Reno, NV 89523
    Telephone: (775) 746-1439
    Telefax: (530) 273-3149
    Email: rieg4@sbcglobal.net

7. John Bauer IRA

    Contact: John Bauer
    Address: 40808 North Riverbend
    Anthem, AZ 85086
    Telephone: (623) 551-1516
    Telefax: (623) 551-1516
    Email: JBNV1@cs.com

8. Broadwalk Investments Limited Partnership

    Contact: James R. Bonfiglio, General Partner
    Address: 8635 West Sahara Avenue, Unit 220
    Las Vegas, NV 89117
    Telephone: (702) 869-5242
    Telefax: (702) 869-9474
    Email: JBONFIGLIO62@yahoo.com

9. Nevada State Bank

    Contact: Keriann M. Atencio
    Greenberg Traurig, LLP
    2375 East Camelback Road
    Phoenix, AZ 85016
    Telephone: (602) 445-8562
    Telefax: (602) 445-8100
    Email: AtencioK@GTLaw.com

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
August B. Landis, Assistant United States Trustee
United States Department of Justice