```
                                                              E-Filed On 7/24/06
 1  COVERSHEET
    SUSAN WILLIAMS SCANN, ESQ.
 2  Nevada Bar No. 000776
    PAUL R. CONNAGHAN, ESQ.
 3  Nevada Bar No. 003229
    DEANER, DEANER, SCANN, MALAN & LARSEN
 4  720 South Fourth Street, Suite #300
    Las Vegas, Nevada 89101 (702) 382-6911
 5  Attorney for Party In Interest
    Boise Gowan LLC
 6                      UNITED STATES BANKRUPTCY COURT
                          FOR THE DISTRICT OF NEVADA
 7
    In re:                              )   Case No.  BK-S-06-10725 LBR
 8  USA COMMERCIAL MORTGAGE             )   Case No.  BK-S-06-10726 LBR
    COMPANY,                            )   Case No.  BK-S-06-10727 LBR
 9                                      )   Case No.  BK-S-06-10728 LBR
                        Debtor          )   Case No.  BK-S-06-10729 LBR
10  In re:                              )
    USA CAPITAL REALTY ADVISORS, LLC.   )   Chapter 11
11                                      )
                        Debtor          )   Jointly Administered Under
12  In re:                              )   Case No. BK-S-06-10725 LBR
    USA CAPITAL DIVERSIFIED TRUST       )
13  DEED FUND, LLC.                     )   Date of Hearing:  August 4, 2006
                                        )   Time of Hearing:  1:30P.M.
14                      Debtor          )
    In re:                              )
15  USA CAPITAL FIRST TRUST             )   Affects:
    DEED FUND, LLC.                     )   ☒USA Commercial Mortgage Company
16                                      )   ☐USA Capital Diversified Trust Deed Fund, LLC
                        Debtor          )   ☐USA Capital First Trust Deed Fund, LLC
17  In re:                              )   ☐USA Securities, LLC
    USA SECURITIES, LLC.                )   ☐USA Realty Advisors, LLC
18                                      )   ☐All Debtors
                        Debtor          )
19
        COVERSHEET FOR DECLARATION OF ROBERT RUSSELL IN OPPOSITION TO
20      MOTION FOR RELIEF FROM THE AUTUOATIC STAY TO TERMINATE LOAN
        SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, LLC [AFFECTS
21                  DEBTOR USA COMMERCIAL MORTGAGE COMPANY]

22        Dated this 24th day of July, 2006.

23                                          DEANER, DEANER, SCANN,
                                            MALAN & LARSEN
24
25                                          By: /s/ Susan Williams Scann
                                            SUSAN WILLIAMS SCANN, ESQ.
26                                          Nevada Bar No. 000776
                                            720 South Fourth Street, Suite 300
27                                          Las Vegas, Nevada 89101
                                            Attorney for Party in Interest
28                                          Boise-Gowan, LLC
```

Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**DECLARATION OF ROBERT RUSSELL IN OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, LLC [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY]**<br><br>Date of Hearing: August 4, 2006<br>Time of Hearing: 1:30 p.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC | |

☐ USA First Trust Deed Fund, LLC

ROBERT A. RUSSELL, under penalties of perjury, hereby declares on this 20th day of July, 2006, that:

1. I am the Manager of Boise/Gowan LLC, an Idaho Limited Liability Company ("Borrower" or "Boise/Gowan"). I make this Declaration based upon my own personal knowledge and based upon the regularly kept books and records of Boise/Gowan LLC. I personally have over 37 years of experience managing loan projects such as the Boise/Gowan Loan.

2. On August 26, 2005, USA Commercial Mortgage Company ("USACM") as Servicer originated a loan (the "Boise/Gowan Loan") from certain Direct Lenders to Borrower Boise/Gowan, evidenced by a Loan Agreement dated August 26, 2005 (the "Boise/Gowan Loan Agreement") and other loan documentation.

3. The Boise/Gowan Loan is being used for the purchase and initial development (for further development) of an approximately 93 acre parcel of unimproved land in Boise, Idaho, adjacent to the Boise Municipal Airport (the "Boise/Gowan Project").

4. Since August 26, 2005, there have been two amendments to the Boise/Gowan Loan Agreement, and the Loan Amount has been increased pursuant to these amendments. The most recent amendment, the Second Amendment to Loan Documents (the "Second Amendment") is dated February 21, 2006, and increased the Loan Amount to $2,425,000.

5. The maturity date of the Boise/Gowan Loan is August 31, 2006. One of the Direct Lenders for the Boise/Gowan Loan, Scott Canepa, has filed a Motion for Relief from the Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan, LLC (the "Canepa Stay Relief Motion").

6. It is Boise/Gowan's intention to pay off the Boise/Gowan Loan in full on its maturity date of August 31, 2006.

7. It would be very disruptive to Boise/Gowan's intentions to pay off the Boise/Gowan Loan in full on its maturity date of August 31, 2006, in accordance with the terms of

the Boise/Gowan Loan Documents, if the Canepa Stay Relief Motion were to be granted and Scott Canepa attempted to change the Servicer for the Boise/Gowan Loan just shortly before the maturity date for the Boise/Gowan Loan. Among other things, there would be confusion on the part of Boise/Gowan as to which Servicer was authorized to quote a payoff amount for the Boise/Gowan Loan. There would also be confusion on the part of Boise/Gowan about which Servicer should be paid the funds for the payoff of the Boise/Gowan Loan and which Servicer is authorized to reconvey the Trust Deed lien on the Boise/Gowan Project.

Executed this 20th day of July, 2006.


Robert A. Russell

## CERTIFICATE OF MAILING

I hereby certify that service of the above and foregoing COVERSHEET FOR DECLARATION OF ROBERT RUSSELL IN OPPOSITION TO MOTION FOR RELIEF FROM THE AUTUOATIC STAY TO TERMINATE LOAN SERVICING AGREEMENT FOR DIRECT LOAN TO BOISE/GOWAN, LLC [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY] was made this 24th day of July, 2006, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

**DEBTOR AND COUNSEL**
ANNETTE W. JARVIS
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UTAH 84145-0385

LENARD E. SCHW ARTZER
JEANETTE E. MCPHERSON
SCHW ARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BOULEVARD, SUITE 1
LAS VEGAS, NEVADA 89146-5308

USA COMMERCIAL MORTGAGE
USA CAPITAL REALTY ADVISORS, LLC
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
USA CAPITAL FIRST TRUST DEED FUND, LLC
USA SECURITIES, LLC
THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

**THE UNITED STATES TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
600 LAS VEGAS BLVD., SOUTH,
STE. 4300
LAS VEGAS, NV 89101

**USA CAPITAL REALTY ADVISORS, LLC - UNSECURED CREDITORS**
KUMMER, KAEMPFER, BONNER & RENSHAW
3800 HOWARD HUGHES PKWY., 7Th FLOOR
LAS VEGAS, NV 89109

INTERSHOW
THE GITHLER CENTER
1258 NORTH PALM AVE.
SARASOTA, FL 34236

2

**USA SECURITIES, LLC - UNSECURED CREDITORS**
JAMES HULL
C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
TORRANCE, CA 90505

GEORGE GORMAN
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

TIM RICH
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

**UNSECURED CREDITORS COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY**
Bunch Bell
1909 Red Robin Court
Las Vegas, NV  89134

Advanced Information Systems
c/o Michael T. Yoder
4270 Cameron Street, Suite #1
Las Vegas, NV  89103

C/O Donald R. Walker
9209 Eagle Hills Drive
Las Vegas, NV  89134-6109

Russell  AD Development Group, LLC
P. O. Box 28216
Scottsdale, AZ  85255

Robert A. Russell
8585 East Hartford Drive
Suite 500
Scottsdale, AZ  85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV  89117-7635

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR  97035

3

[PROPOSED] COUNSEL FOR THE FOLLOWING TWO INVESTOR COMMITTEES: Equity Security Holders of USA Capital First Trust Deed Fund, LLC and Equity Security Holders of USA Capital Diversified Trust Deed Fund;

Jeffrey H. Davidson
Frank A. Merola
Eve H. Karaski
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

James Patrick Shea
Candace C. Carlyon
Shea & Carlyon, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101

## COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

John Warner Jr., IRA
C/O First Savings Bank
2605 East Flamingo Road
Las Vegas, NV 89121

C/O Chuck Heinrichs
198 E. Pajaro
Newbury Park, CA 91320

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT 84770

Mary E. and Matthew J. Moro, JTWROS
1009 8th Street
Manhattan Beach, CA 90266

Richard G. Woudstra Revocable Trust
Richard G. Woudstra, TTWW
P. O. Box 530025
Henderson, NV 89053

Wen Baldwin Separate Property Trust
365 Dooley Drive
Hendersive, NV 89015

Jerry T. McGimsey
3115 South El Camino Rd.
Las Vegas, NV 89146

*DEANER, DEANER, SCANN, MALAN & LARSEN*
*720 South Fourth Street, Suite 300*
*Las Vegas, Nevada 89101*
*Telephone (702) 382-6911•Facsimile (702) 366-0854*

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

Richard Horowitz
5 Fir Drive
Kingspoint, NY 11024

### COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.

Robert G. Worthen
1112 Worthen Circle
Las Vegas, NV 89145

Katz 2000 Separate Property Trust
Sara M. Katz, Managing Trustee
4250 Executive Square, #670
San Diego, CA 92037

Thomas C. Lawyer Family Trust
45 Ventana Canyon Drive
Las Vegas, NV 89113

Marjan Rutar
4043 Chalfont Court
Las Vegas, NV 89121

Charles O. Nichols and Flora A. Nicols
2561 Seascape Drive
Las Vegas, NV 89128

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV 89121

### COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY

Fertita Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Helms Homes, LLC
C/O Terry Helms
809 Upland Blvd.,
Las Vegas, NV 89107

William J. Bullard
Fertita Enterprises, Inc.
P. O. Box 27555
Las Vegas, NV 89126

Terry Helms Living Trust
809 Upland Blvd.
Las Vegas, NV 89107

5

Dennis Flier, Inc. Defined Benefit Trust
20155 Porto Vita Way #1803
Aventura, FL 33180

Arthur Polacheck and Glorianne Polacheck
2056 Wooklake Circle
Deerfield Beach, FL 33442

James W. McCollum and Pamela P. McCollum
1011 F. Avenue
Coronado, CA 92118

Homfeld II, LLC
777 South Federal Highway
Suite –409
Pompano Beach, FL 33062

C/O Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI 48230

Nevada Mortgage Lending Division
Attn: Susan Eckhardt
3075 East Flamingo #100
Las Vegas, NV 89121

U. S. Securities and Exchange Commission
Attn: Sandra W. Lavigna
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street Street, N.W.
Washington, D.C. 20005-4026

Department of Employment Training
Employment Sec. Div., Contributions
500 East Third Street
Carson City, NV 89713-0030

DMV and Public Safety Records Section
555 Wright Way
Carson City, NV 89711-0250

Employers Insurance Co. Of NV
Attn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

NV Dept. of Taxation
Bankruptcy Division

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

6

1  555 East Washington, #1300
   Las Vegas, NV  89101
2
   Internal Revenue Service
3  Attn:  Bankruptcy dept.
   Stop 5028 110 City Parkway
4  Las Vegas, NV  89106

5  Secretary of State
   State of Nevada
6  202 North Carson Street
   Carson City, NV  89701
7
   NV Department of Taxation
8  Revenue Division
   Capitol Complex
9  Carson City, NV  89701-0003

10 Office of Labor Commissioner
   555 East Washington Ave., Suite 4100
11 Las Vegas, NV  89101

12 U. S. Attorney
   District of Nevada
13 323 Las Vegas Blvd., So., #5000
   Las Vegas, NV  89101
14
   United States Dept. of Justice
15 Tax-Division-Western Region
   P. O. Box 683-Ben Franklin Station
16 Washington, D.C.  20044

17 District Counsel
   Internal Revenue Service
18 110 City Parkway
   Las Vegas, NV  89106
19
   Internal Revenue Service
20 Ogden, UT  84201

21 FHA/HUD
   300 Las Vegas Blvd., #2900
22 Las Vegas, NV  89101

23 Dept. of Veterans Affairs
   Loan Service and Claims
24 3225 North Central
   Phoenix, AZ  85012
25
   Clark County Treasurer
26 C/O Bankruptcy Clerk
   P. O. Box 551220
27 Las Vegas, NV  89155-1220

28

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

7

Clark County Assessor
C/O Bankruptcy Clerk
P. O. Box 551401
Las Vegas, NV 89155-1401

**NOTICES OF APPEARANCE/REQUESTS FOR NOTICES**

Don Tomlin
C.O David W. Mounier
15316 Sky High Road
Escondido, CA 92055

Maryetta Bowman
534 Enchanged Lakes Drive
Henderson, NV 89052

Edward W. Homfeld
Homfeld II LLC
777 South Federal Highway, Suite –409
Pompano Beach, FL 33062

Richard McKnight, ESQ.
Law Offices of Richard McKnight
330 S. Third Street, #900
Las Vegas, NV 89101

RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV 89074

Robert R. Kinas, ESQ.
Jennifer L. McBee
Snell & Wilmer, LLP
3800 Howard Hughes Pkwy., #1000
Las Vegas, NV 89109

Michael R. Shuler
C/O Jay R. Eaton
Eaton &O'leary, PLLC
115 Grove Avenue
Phoenix, AZ 86301

Janet L. Chubb, ESQ.Jones Vargas
100 West Liberty Street, 12th Floor
P. O. Box 281

8

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1  Reno, NV 89504-0281

2  Martin B. Weiss, ESQ.
   The Garrett Group, LLC
3  One Better World Circle, Suite 300
   Temecula, CA 92590
4
   Attila Jefzenszky
5  1720 Colavita Way
   Reno, NV 89521
6
   Vince Danelian
7  C/O Edward J. Hanigan, ESQ.
   199 N. Arroyo Grande Blvd., #200
8  Henderson, NV 89074

9  William L. McGimsey, ESQ.
   601 East Charleston Blvd.
10 Las Vegas, NV 89104

11 Paul & Donna Jacques
   810 SE 7th Street, A103
12 Deerfield Beach, FL 33441

13 Peter Bolino
   17412 Serene Drive
14 Morgan Hill, CA 95037

15 Sean Najarian, ESQ.
   The Najarian Law Firm
16 283 S. Lake Avenue, Suite 205
   Pasadena, CA 91101
17
   Scott D. Fleming
18 Hale Lane Peek Dennision and Howard
   3930 Howard Hughes Parkway, 4th Floor
19 Las Vegas, NV 89109

20 Nile Leatham
   James B. Macrobbie
21 Kolesar & Leatham, CHTD
   3320 W. Sahara Ave., Ste., 380
22 Las Vegas, NV 89102

23 Laurel E. Davis
   Lionel Sawyer & Collins
24 1700 Bank of America Plaza
   300 S. Fourth Street
25 Las Vegas, NV 89101

26 Gilbert B. Weisman
   Becket and Lee LLP
27 P. O. Box 3001

28                                              9

1  Malvern, PA 19355-0701

2  Caryn S. Tijsseling
   Beesley, Peck & Matteoni, LTD
3  5011 Meadowood Mall Way, #300
   Reno, NV 89502

4

5

   Nicholas J. Santoro
6  400 S. Fourth Street, 3rd Floor
   Las Vegas, NV 89101

7
   Jed A. Hart
8  Angelo, Gordon & Co.
   245 Park Avenue, 26th Floor
9  New York, NY 10167

10 Bradley J. Stevens
   Robbins & Green, P.A.
11 3300 North Central Avenue, Suite 1800
   Phoenix, AZ 85012

12
   CiCi Cunningham, ESQ.
13 James A. Kohl, ESQ.
   Christine Roberts, ESQ.
14 Rawlings, Olson, Cannon, Gormley & Desruisseaux
   9950 W. Cheyenne Avenue
15 Las Vegas, NV 89129

16 Gerald M. Gordon, ESQ.
   Thomas H. Fell, ESQ.
17 Gordon & Silver, LTD.
   3960 Howard Hughes Parkway, 9th Floor
18 Las Vegas, NV 89109

19 Franklin C. Adams
   Best Best & Kriefer, LLP
20 3750 University Ave.
   P. O. Box 1028
21 Riverside, CA 92502-1028

22 Jeffrey G. Sloane, ESQ.
   Regina M. McConnell, ESQ
23 Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, CHTD.
   1389 Galleria Drive., Ste, 200
24 Henderson, NV 89014

25 Kevin B. Christensen
   Xanna R. Hardman
26 7440 W. Sahara Ave.
   Las Vegas, NV 89117

27

28                                                  10

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

Richard Mason
Patricia K. Smoots
Michael M. Schmahl
McGuire Woods, LLP
77 West Wacker Drive., Ste., 4100
Chicago, IL  60601

Donald T. Polednak, ESQ.
7371 Prairie Falcon, Ste., 120
Las Vegas, NV  89128

Peter Susi
Jay L. Michaelson
Michaelson, Susi & Michaelson
Seven West Gigueroa St., 2nd Floor
Santa Barbara, CA  93101-3191

Joan C. Wright
Allison, Mackenzie, Russell, Pavlakis, Wright & Fagan, LTD.
402 North Division Street
P. O. Box 646
Carson City, NV  89702

Bay Communities
C.O Chris el
4800 No. Federal Highway, Suite A205
Boca Raton, FL  33431

Ervent T. Nelson
Bolick & Boyer
6060 W. Elton Avenue, Ste., A
Las Vegas, NV  89107

Matthew Q. Callister
Callister & Reynolds
823 Las Vegas Boulevard South
Las Vegas, NV  89101

Andrew Welcher
C/O Nordman Company Hair & Compton LLP
Attn:  William E. Winfield, ESQ.
1000 Town Center Drive, 6th Floor
Oxnard, CA  93031

Robert Verchota, General Partner
R & N Real Estate Investments, LP
C/O Jeffrey A. Cogan
3990 Vegas Drive
Las Vegas, NV  89108

Law Offices of James G. Schwartz
Joshua D. Brysk, ESQ.
7901 Stoneridge Drive, Suite 401

11

1  Pleasanton, CA 94588

2  Scott K. Canepa
   Canepa, Reidy & Rubing
3  851 S. Rampart Blvd., #160
   Las Vegas, NV 89145

4
   John F. Murtha
5  Woodburn & Wedge
   Sierra Plaza 6100 Neil Road, Ste., 500
6  P. O. Box 2311
   Reno, NV 89505

7

8  Thomas W. Stilley
   Sussman Shank LLP
9  1000 SW Broadway, Ste., 1400
   Portland, OR 97205-3089

10
   SYLVESTER & POLEDNAK, LTD.
11 Jeffrey R. Sylvester, ESQ.
   7371 Prairie Falcon, #120
12 Las Vegas, NV 89128

13

14

15                                                   Employee of DEANER, DEANER, SCANN,
                                                     MALAN & LARSEN
16

17

18 F:\OFFICE\CLIENTS\Boise-Gowan\Coversheet.Affid.Bob Russell.wpd

*Left margin:* DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

12