AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 224
Facsimile: (702) 388-6658

E-Filed on July 24, 2006

Attorneys for the Acting United States Trustee
    SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

**USA Commercial Mortgage Company**
    **06-10725 -- Lead Case**

**USA Capital Realty Advisors, LLC**
    06-10726

**USA Capital Diversified Trust Deed Fund, LLC**
    06-10727

**USA Capital First Trust Deed Fund, LLC**
    06-10728

**USA Securities, LLC**
    06-10729    Debtors

**Jointly Administered**
Chapter 11 Cases
Judge **Linda B. Riegle** Presiding

Date: July 12, 2006
Time: 9:30 a.m.
**Affecting:**
☒ All Cases
**or Only:**
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

# REPORT OF THE UNITED STATES TRUSTEE
# AT § 341 MEETING OF CREDITORS

The United States Trustee declares:

    1.    (X)  Date of Meeting:  July 12, 2006

    2.    (X)  Meeting concluded.

    3.    ()  Meeting continued to:  **N/A**

    4.    ()  Debtor(s) failed to file Schedules and/or Statement of Affairs.

    5.    ()  Debtor's counsel failed to appear.

    6.    ()  Debtor(s) failed to appear.

1  The United States Trustee declares that the foregoing is true and correct under penalty of perjury.

2  Dated July 24, 2006

3                                     Respectfully submitted,

4                                     **SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
5                                     **REGION 17**

7                              By: */s/ August B. Landis*
                                  August B. Landis, Assistant United States Trustee
                                  United States Department of Justice

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28