Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON JULY 24, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                Debtor. | **AMENDED STATUS AND AGENDA<br>FOR JULY 25, 2006 HEARINGS** |
| In re:<br>USA SECURITIES, LLC,<br>                                                Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: July 25, 2006<br>Time: 9:30 a.m. |

Revised Hearing Status form for 072506 Hearings_072406                                                        - 1 –

1. **Motion For Order Under 11 U.S.C. Sections 105(a), 345, And 363 Approving Debtors' Proposed Cash Management Procedures And Interim Use Of Cash In Accordance With Proposed Cash Budget (Affects USA Commercial Mortgage)** filed by Debtors (the "Cash Motion"). The Cash Motion is listed because it is on the Court's calendar. However, at the May 3, 2006 hearing, the Court approved the Cash Motion and the limited use of cash to the extent and for the purposes reflected in the First Revised Budget through July 16, 2006. The Court's order granting the Cash Motion was entered on May 22, 2006.

2. **Motion to Withdraw as Attorney of Record for Vince Danelian** (the "Withdraw Motion") filed by EDWARD J. HANIGAN on behalf of VINCE DANELIAN. In the Withdraw Motion,

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

3. **Motion For Emergency Interim And Permanent Orders Authorizing The Debtors To Obtain Post-Petition Financing (Affects All Debtors)** (the "Post-Petition Financing Motion") filed by Debtors. The Debtors have filed a Notice of Withdrawal of the Post-Petition Financing Motion on July 21, 2006 (See docket no. 942).

4. **Supplement Brief and Request for Ruling on Issue of Law** (the "Request for Ruling Motion") filed by ROBERT LEPOME on behalf of Interested Party STANLEY ALEXANDER, Interested Party FLORENCE ALEXANDER, Interested Party STANLEY ALEXANDER TRUST, Interested Party HANS J. PRAKELT, Interested Party CAROLE TALAN, Interested Party RICHARD WILLIAMS, Interested Party CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENESS, Interested Party NANCY GOLDEN, Interested Party MOLITCH 97 TRUST, Interested Party MATTHEW MOLTICH, Interested Party MARILY MOLITCH, Interested Party STEPHEN PHILLIPS, Interested Party FRANCES PHILLIPS, Interested Party PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989,

1  Interested Party SPECTRUM CAPITAL, LLC, Interested Party GRABLE L RONNING,
2  Interested Party THE WILD WATER LIMITED PARTNERSHIP, Interested Party CROSBIE B.
3  RONNING, Interested Party THE BOSWORTH 198! 8 FAMILY TRUST, Interested Party
4  PATRICK DAVIS, Interested Party SUSAN DAVIS, Interested Party FIRST SAVINGS BANK,
5  CUSTODIAN FOR PATRICK DAVIS IRA, Interested Party NORMA DEULL, Interested Party
6  MARTIN LEAF, Interested Party MARK OLDS, Interested Party SALLY OLDS, Interested Party
7  JEROME BLOCK, Interested Party CHARMA BLOCK, Interested Party WOLF VOSS,
8  Interested Party CLAUDIA VOSS, Interested Party VOSS FAMILY TRUST, Interested Party
9  ROBIN B GRAHAM, Interested Party CELIA ALLEN GRAHAM, Interested Party GRAHAM
10 FAMILY TRUST DATED 10/26/78, Interested Party JEFF KARR, Interested Party PHYLLIS
11 KARR, Interested Party JAMES CIELEN, Interested Party JAMES R CIELEN IRA, Interested
12 Party MARK R CAMPBELL, Creditor SHARON JUNO.

In the Request for Ruling Motion, the parties move the Court for a decision on an issue of law that was extensively briefed to the Court on May 18, 2006 in Docket #281.  The Request for Ruling Motion is not listed on the Court's calendar and a notice of hearing has not been filed.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY (Response) | July 13, 2006 | 867 |

5. **Debtor's Application For Order Authorizing the Debtors To Retain And Employ Thomas J. Allison of Mesirow Financial Interim Management, LLC ("MFIM") As Chief Restructuring Officer Of The Debtors** filed by Debtors.  The Debtors seek authorization to continue to employ MFIM pursuant to the terms of the Engagement Letter and Standard Terms and Conditions.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Omnibus Response) | July 21, 2006 | 944 |

| Debtors (Reply Brief) | July 24, 2006 | 956 |
|---|---|---|
| Debtors (Second Supplemental Declaration of Thomas J. Allison) | July 24, 2006 | 957 |

6. **Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer** filed by Debtors. The Debtors seek authorization to continue to retain and employ the Schwartzer & McPherson Law Firm as counsel under a general retainer agreement.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| McGimsey Family Trust | May 2, 2006 | 68 (BK-S-06-10727 docket) |
| US Trustee | May 12, 2006 | 222 |
| US Trustee (Supplemental Opposition) | July 21, 2006 | 940 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Omnibus Response) | July 21, 2006 | 944 |
| **Reply:** | **Date** | **Docket No.** |
| Reply Brief In Support Of Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer | May 17, 2006 | 268 |
| Amended Declaration In Support Of Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer | July 24, 2006 | 951 |
| Debtors (Reply Brief) | July 24, 2006 | 956 |

7. **Application To Employ And Retain Ray Quinney & Nebeker P.C. As Counsel For All Debtors** filed by Debtors. The Debtors seek authorization to continue to retain and employ Ray Quinney & Nebeker, P.C. as counsel under a general retainer agreement.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| McGimsey Family Trust | May 2, 2006 | 68 (BK-S-06-10727 docket) |
| US Trustee | May 12, 2006 | 221 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | May 15, 2006 | 245 |
| US Trustee (Supplemental Opposition) | July 21, 2006 | 940 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Omnibus Response) | July 21, 2006 | 944 |
| **Reply:** | **Date** | **Docket No.** |
| Reply Memorandum In Support Of Debtors' Application To Employ And Retain RAY QUINNEY & NEBEKER P.C. As Counsel For The Debtors And Response To Various Objections [Applies To All Debtors] | May 17, 2006 | 264 |
| Debtors (Reply Brief ) | July 24, 2006 | 956 |

8. **Motion For Authority To Forbear And To Provide Further Funding For Certain Outstanding Loans [Affects USA Commercial Mortgage, USA Capital Diversified – Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC]** (the "Forbear Motion") filed by the Debtors. The Forbear Motion requests that the Court authorize the Debtors to: 1) release excess collateral for the Franklin/Stratford Loan Agreement to allow for funding of the unfunded requirement to complete the project, 2) make an additional $125,000 Loan Advance from USACM to Borrower Boise/Gowan to fund the unfunded requirement to complete the project, 3) release 3 condominiums in exchange for the net sales price (Amesbury Project) for sales that are full value sales, and 4) forebear from declaring a default or exercising foreclosure and other remedies on four HFA loans (HFA Monaco Loan, the HFAH Clear Lake, the HFAH Clear Lake 2nd Loan and the HFAH Windham/Asylum Loan) until January 1, 2007 even though the Four HFA Loans are Nonperforming Loans, in order to assist the borrowers in their efforts to refinance these loans and pay them off in full.

The Order Re Amesbury Condominiums, Boise/Gowan 93, LLC And HFA entered on July 18, 2006 orders that the request concerning the HFA borrowers be continued to a hearing on July 25, 2006 at 9:30 a.m.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| U.S. Trustee | June 19, 2006 | 706 |
| Scott Canepa | June 19, 2006 | 717 |
| Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (Joinder in Debtor's Motion) | June 19, 2006 | 718 |
| Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company | June 19, 2006 | 719 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Limited Opposition) | June 19, 2006 | 720 |
| Jones Vargas Direct Lenders (Joinder in Opposition) | June 19, 2006 | 734 |
| Jones Vargas Direct Lenders (Joinder in U.S. Trustee Opposition) | June 19, 2006 | 737 |
| Scott Canepa (Supplemental Opposition) | June 20, 2006 | 744 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Supplemental Response) | July 21, 2006 | 943 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Debtors | June 20, 2006 | 749 |
| Debtors (Fifth Supplemental Declaration of Thomas J. Allison In Support of Motions) | June 20, 2006 | 750 |
| Debtors (Supplemental Reply Brief) | July 24, 2006 | 954 |
| Declaration of Thomas J. Allison In Support Of Application By Debtor And Debtor-In-Possession For Authorization To Forbear On Four HFA Loans | July 24, 2006 | 955 |

/ / /

/ / /

9. **Objection To Scott Canepa's Proposed Order Re: Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC** filed by Debtors. This objection pertains to the form of order pertaining to the Proposed Order Re: Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC.

10. **Objection To Debtor's Proposed Order Re: Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC** filed by Scott Canepa. This objection pertains to the form of order pertaining to the Proposed Order Re: Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC.

Respectfully submitted this 24th day of July, 2006.

/s/   JEANETTE E. MCPHERSON
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
and
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession