1  David W. Huston, Esq.
   Nevada Bar No. 00855
2  THE LAW OFFICE OF DAVID W. HUSTON, P.C.
   601 S. 7th St., 2d Floor
3  Las Vegas, Nevada 89101
   702/384-9555
4  702/384-9517 (Fax)
   Email: hustonlaw@aol.com
5

6  Special Counsel for USA Commercial Mortgage
   Company, Plaintiff

**Electronically Filed: July 24, 2006**

7
**UNITED STATES BANKRUPTCY COURT**
8
**DISTRICT OF NEVADA**
9

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                              Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                              Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                              Debtor. | **Adversary No. 06-** |
| In re:<br>USA SECURITIES, LLC,<br>                                              Debtor. | **COMPLAINT FOR INTERPLEADER** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>x  USA First Trust Deed Fund, LLC | |
| USA COMMERCIAL MORTGAGE COMPANY<br>                                              Plaintiff,<br>v.<br>JOHN DUTKIN, TRUSTEE; BEVERLY J. STILES, TRUST;<br>ROBERT J. & RUTH A. KEHL; ROCKLIN/REDDING, LLC;<br>RETIREMENT ACCOUNTS INC. CUSTODIAN FOR JUDD<br>ROBBINS IRA; DANIEL & LAURA DRUBIN; GRABLE P.<br>RONNING; GREGORY W. & CARRIE M. STIMPSON; | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | CASTULO O. MARTINEZ; THE WILD WATER LP; CROSBIE B. RONNING; FIRST SAVINGS BANK, CUSTODIAN FOR GEORGE J. MOTTO IRA; JOHN ROBERT MALLIN JR. & MARIE THERESA MALLIN, TRUSTEE MALLIN FAMILY TRUST DATED 7-12-99; PHILLIP N. & BENITA M. RALSTON, TRUSTEE RALSTON FAMILY TRUST DATED 5-16-00; JAMES FEENEY, TRUSTEE E&M HARDWARE PROFIT SHARING PLAN; JANIS N. ROMO, CUSTODIAN FOR MARIO W. ROMO; MARIETTA S. VON BERG, TRUSTEE ; ROBERT W. ULM, TRUSTEE, ROBERT W. ULM LIVING TRUST DATED 4-11-05; PETER A. & FABIOLA A. BOLINO; HOWARD CONNELL AND LORENE CONNELL; JEAN JACQUES BERTHELOT, TRUSTEE OF THE BERTHELOT LIVING TRUST DATED 4-9-03; FIRST TRUST CO. OF ONAGA CUSTODIAN FOR KAREN MOBERLY IRA; BETTY KOSTRUP; WILLIAM P. KENNY AND NANCY J. COSTELLO; GARETH AR CRANER, TRUSTEE OF THE RONALD G GARDNER TRUST; GEORGE W. HUBBARD AND CAROL N. HUBBARD; DONALD PINSKER; JEFF P. DILLENBURG AND KAREN A. DILLENBURG AND PAUL D. GRAF AND MARGARET A. GRAF; BUNNY VREELAND AND SCOTT A. KUSICH; DINA LADD; MARY ANN DEAL; MONIGHETTI, INC.; JOHN G. SCHLICHTING AND ELIZABETH A. SCHLICHTING; DONALD S. TOMLIN AND DOROTHY R. TOMLIN, TRUSTEE OF THE DONALD S. TOMLIN & DOROTHY R. TOMLIN REV. TRUST; MARK L. EAMES AND SANDRA K. EAMES; ROBERT L. OGREN, TRUSTEE FOR THE BENEFIT OF THE ROBERT L. OGREN TRUST DATE D 6-30-92; JASPER BENINCASA, JR.; PAT A. DOLCE AND LORA DEAN DOLCE; DRS. STANLEY ALEXANDER AND FLORENCE ALEXANDER; MW GORTS AND COMPANY AND EDWIN ARNOLD IRA; M. CRAIG MEDOFF TRUSTEE OF THE MEDOFF FAMILY TRUST DATED 9-1-88; USA CAPITAL FIRST TRUST DEED, |
| 22 | Defendants. |

Plaintiff, USA Commercial Mortgage Company ("USACMC"), by and through its counsel, David W. Huston, Esq., hereby complains as follows:

**JURISDICTION**

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157 and 11 U.S.C. § 105.

2. This proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), and (O).

3. This is an adversary proceeding pursuant to Fed.R.Bankr.P. 7022.

4. This court has venue over this proceeding pursuant to 28 U.S.C. § 1409(a).

**GENERAL ALLEGATIONS**

5. USACMC filed for relief under Chapter 11 of the Bankruptcy Code on April 13, 2006 (the "Petition Date").

6. USACMC was primarily in the business of originating, brokering, and servicing commercial real estate loans and fractional interests therein.

7. The loan documents and other records of USACMC indicate that there are approximately 3,600 investors (the "Direct Lenders") whose names appear as a "Lender" for one or more of the Serviced Loans.

8. USACMC brokered assignments of fractional loan interests from Direct Lenders who desired to liquidate certain of their interests ("Assignors") to other Direct Lenders who desired to acquire fractional loan interests ("Assignees").

9. On the Petition Date, USACMC was holding a total of $1,784,971.99, plus some accrued interest (the "Funds"), in its pre-petition "Investors Trust Account" at Wells Fargo Bank (the "WFB Investor Account") in connection with the brokered assignments.

10. Upon information and belief, the Funds represent monies that Assignees transmitted for investment to the WFB Investor Account shortly before the Petition Date that were in turn transmitted to Assignors in checks drawn on the WFB Investor Account that had not cleared as of the Petition Date.

11. USACMC sent the checks to the Assignors upon receipt from the Assignors of an

executed and notarized document entitled "Assignment of Beneficial Interest in Deed of Trust" ("Assignment") specifying the name of the intended Assignee and the amount of the fractional loan interest assigned.

12. When the checks from USACMC to the Assignors were presented for payment from the WFB Investor Account shortly after the Petition Date, they did not clear due to the filing of USACMC's bankruptcy petition.

13. On April 19, 2006, Wells Fargo Bank permitted one of the checks in the amount of $100,000, which had been re-deposited, to clear the WFB Investor Account.

14. On May 2, 2006, USACMC transferred $1,877,080.27, which was the entire balance of the WFB Investor Account on that date, consisting of the Funds, plus accrued interest of $192,108.28, less the $100,000 check Wells Fargo Bank allowed to clear post-petition, to USA's new DIP Investor Account at Bank of America, where the funds are still being held.

15. A spreadsheet listing the Assignors and Assignees (collectively, the "Defendants") and providing a reconciliation of these amounts, along with information concerning the serviced loans involved, is attached hereto as **Exhibit "1**."

## CLAIM FOR RELIEF

### (Interpleader)

16. USACMC repeats and reavers allegations 1 through 15 as if fully set forth herein.

17. The Defendants may have or have asserted competing claims to the Funds and USACMC may be exposed to double liability for payment of these claims.

18. USACMC is holding the Funds in the WFB Investor Account and seeks to interplead these funds, less any attorneys' fees and costs, so that the claims to the Funds can be adjudged and the Funds can be properly disbursed.

WHEREFORE, USACMC prays for judgment as follows:

1. That any and all defendants be restrained from instituting any actions against USACMC for recovery of any amounts being interplead with the Court;

2. That USACMC be discharged from any and all liability with regard to claims to the interpleaded Funds;

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3. That the Defendants be required to resolve the claims to the interpleaded Funds amongst themselves through this proceeding and determine the rightful owner of the Funds; and

4. That USACMC be granted its attorneys' fees and costs and any other relief to which it may be entitled.

Dated this 24th day of July, 2006.

By: /s/David W. Huston
**DAVID W. HUSTON, ESQ.**
The Law Office of David W. Huston, p.c.
Nevada Bar No. 00855
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Attorney for Special Counsel for USA Commercial Mortgage Company

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of The Law Office of David W. Huston, p.c., and that on July 24, 2006, I did deposit in the United States Post Office at Las Vegas, Nevada, via first-class mail, in a sealed envelope with postage fully pre-paid thereon, a true and correct copy of the **Complaint for Interpleader** to the attached mailing matrix.

/s/ Susan E. Waits
SUSAN E. WAITS, an employee of The Law Office of David W. Huston, p.c.

John Durkin, Trustee
4635 Rose Drive
Emmaus, PA 18049

Beverly J. Stiles, Trust
1325 Crescent Moon Drive
N. Las Vegas, NV 89031

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1
2
3
Robert J. & Ruth A. Kehl
4963 Mesa Capella Dr.
Las Vegas, NV 89148

4
5
6
Rocklin/Redding, LLC
Frank Snopko 278 Sussex St.
Carson City, NV 89702

7
8
Retirement Accounts Inc. Custodian For Judd Robbins IRA
1340 Anderson Creek Rd.
Talent, OR 97540

9
10
11
Daniel & Laura Drubin
100 NW 82 Ave #305
Plantation, FL 33324

12
13
Grable P. Ronning
P.O. Box 7804
Incline Village, NV 89452

14
15
16
Gregory W. & Carrie M. Stimpson
2665 Firenze Dr.
Sparks, NV 89434

17
18
19
Castulo O. Martinez
 2208 Hot Oak Rd. Ridge
Las Vegas, NV 89134

20
21
The Wild Water LP
 c/o Grable Ronning
P.O. Box 9288
Incline Village, NV 89452

22
23
24
Crosbie B. Ronning
P.O. Box 7804
Incline Village, NV 89452

25
26
 First Saving Bank C/F George J. Motto IRA
17212 Spates Hill Rd.
Poolesville, MD 20837

27
28
 John Robert Mallin Jr. & Marie Theresa Mallin, Trustee
Mallin Family Trust Dated 7-12-99
9809 Pinnacle Pass Dr.
Las Vegas, NV 89117

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Phillip N & Benita M. Ralston, Trustee Ralston Family Trust Dated 5-16-00
2  28 Hassayampa Tr.
   Henderson, NV 89052

4  James Feeney, Trustee E&M Hardware Profit Sharing Plan
5  P.O. Box 19122
   Reno, NV 89511

7  Janis N. Romo C/F Mario W. Romo
8  P.O. Box 50522
   Henderson, NV 89016

10  Marietta S. Von Berg, Trustee
11  24622 Rimrock Cyn Rd.
    Salinas, CA 93908

13  Robert W. Ulm, Trustee Robert W. Ulm Living Trust Dated 4-11-05
14  414 Morning Glory
    St. Marys, GA 31558

17  Peter A. & Fabiola A. Bolino                     7
18  17412 Serene Dr.
    Morgan Hill, CA 95037

20  Howard Connell and Lorene Connell
    1001 Jennis Silver St.
    Las Vegas, NV 89145

22  Jean Jacques Berthelot Trustee of the Berthelot Living Trust dated 4-9-03
23  9328 Sienna Vista Dr.
24  Las Vegas, NV 89117

26  First Trust Co of Onaga C/F Karen Moberly IRA
    420 Warren Ter.
27  Hinsdale, IL 60521

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Betty Kolstrup
   1830 Balboa Dr.
2  Reno, NV 89503

3  William P Kenny and Nancy J. Costello
   P.O. Box 4242
4  Truckee, CA 96160

5  Gareth AR craner Trustee of the Gareth A. R craner
   Trust dated 6-1-02
6  P.O. Box 1284
   Minden, NV 89423

7  George W. Hubbard and Carol N Hubbard
   6340 N. Calle Tregua Serena
8  Tucson, AZ 85750

9  Donald Pinsker
   8650 W. Verde Way
10 Las Vegas, NV 89149

11 Jeff P Dillenburg and Karen A. Dillenburg and Paul D
   Graf and Margaret A. Graf
12 05135 Forbes Dr.
   Geneva, IL 60134
13
   Bunny Vreeland and Scott A. Jusich
14 2334 Eagle Creek Lane
   Oxnard, CA 93036
15

16
   Dina Ladd
17 355 Mogul Mountain Dr.
   Reno, MV 89523
18
   Mary Ann Deal
19 1813 N. California St.
   Burbank, CA 91505
20

21 Monighetti, Inc
   Pete Monighetti
22 6515 Frankie Lane
   Prunedale, CA 93907
23

24
   John G. Schlichting and Elizabeth A. Schlichting
25 10653 Edaemont Pl.
   Hichland Ranch, CO 80129

26
   Donald S. Tomlin and Dorothy R. Tomlin, Trustee of the
27 Donald S. Tomlin & Dorothy R. Tomlin Rev. Trust
   7145 Beverly Glen Avenue
28 Las Vegas, NV 89110

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Mark L. Eames and Sandra K Eames
2  7849 S. Valentia St.
   Englewood, CO 80112
3
   Robert L. Ogren Trustee for the benefit of the Robert L.
4  Ogren Trust dated 6-30-92
   3768 Rick Stratton Drive
5  Las Vegas, NV 89120

6
   Jasper Benincasa JR
7  9359 Roping Cowboy Ave
   Las Vegas, NV 89178
8

9
   Pat A. Dolce and Lora Dean Dolce
10 4410 W. Jefferson Blvd.
   Los Angeles, CA 90016

11 Drs Stanley Alexander and Florence Alexander
   812 Sweetwater Club Blvd.
12 Longwood, FL 32779

13
   MW Gorts and Company and Edwin Arnold IRA
14 20170 Redwood Dr.
   Forest Hills, CA 95631
15

16 M Craig Medoff Trustee of the Medoff Family Trust
   dated 9-1-88
17 3110 Larkwood Cr.
   Fallbrook, CA 92028
18

19

20

21

22

23

24

25

26

27

28

| B 104 (Rev. 2/92) | ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|

**PLAINTIFFS**: USA Commercial Mortgage Co.

**DEFENDANTS**: [All listed defendants

**ATTORNEYS** (Firm Name, Address, and Telephone No.): Law Office of DWH

**ATTORNEYS** (If Known): Not Known

**PARTY** (Check one box only): ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED):

Complaint Interpleading Funds being held by Plaintiff for the benefit of assignors and assignees of fractional interests among Direct Lenders and for declaratory relief as to their respective rights and interests.

**NATURE OF SUIT** (Check the one most appropriate box only.)

- ☐ 454 To Recover Money or Property
- ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424 To object or to revoke a discharge 11 U.S.C. § 727
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- ☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
- ☒ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ☒ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only): ☒ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND** $: N/A

**OTHER RELIEF SOUGHT**: ∅

☐ JURY DEMAND Check only if demanded in complaint

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

**NAME OF DEBTOR**: USA Commercial Mortgage Company

**BANKRUPTCY CASE NO.**: BK-S-06-10725 (LBR)

**DISTRICT IN WHICH CASE IS PENDING**: Nevada

**DIVISIONAL OFFICE**: Southern

**NAME OF JUDGE**: Reigle

**RELATED ADVERSARY PROCEEDING (IF ANY)**

**PLAINTIFF**: N/A   **DEFENDANT**:   **ADVERSARY PROCEEDING NO.**:

**DISTRICT**:   **DIVISIONAL OFFICE**:   **NAME OF JUDGE**:

**FILING FEE** (Check one box only.): ☐ FEE ATTACHED   ☒ FEE NOT REQUIRED   ☐ FEE IS DEFERRED

**DATE**: July 24, 2006

**PRINT NAME**: David W. Huston

**SIGNATURE OF ATTORNEY (OR PLAINTIFF)**: /s/David W. Huston

JOHN DUTKIN, TRUSTEE; BEVERLY J. STILES, TRUST; ROBERT J. & RUTH A. KEHL; ROCKLIN/REDDING, LLC; RETIREMENT ACCOUNTS INC. CUSTODIAN FOR JUDD ROBBINS IRA; DANIEL & LAURA DRUBIN; GRABLE P. RONNING; GREGORY W. & CARRIE M. STIMPSON; CASTULO O. MARTINEZ; THE WILD WATER LP; CROSBIE B. RONNING; FIRST SAVINGS BANK, CUSTODIAN FOR GEORGE J. MOTTO IRA; JOHN ROBERT MALLIN JR. & MARIE THERESA MALLIN, TRUSTEE  MALLIN FAMILY TRUST DATED 7-12-99; PHILLIP N. & BENITA M. RALSTON, TRUSTEE RALSTON FAMILY TRUST DATED 5-16-00; JAMES FEENEY, TRUSTEE E&M HARDWARE PROFIT SHARING PLAN; JANIS N. ROMO, CUSTODIAN FOR MARIO W. ROMO; MARIETTA S. VON BERG, TRUSTEE ; ROBERT W. ULM, TRUSTEE, ROBERT W. ULM LIVING TRUST DATED 4-11-05; PETER A. & FABIOLA A. BOLINO; HOWARD CONNELL AND LORENE CONNELL; JEAN JACQUES BERTHELOT, TRUSTEE OF THE BERTHELOT LIVING TRUST DATED 4-9-03; FIRST TRUST CO. OF ONAGA CUSTODIAN FOR KAREN MOBERLY IRA; BETTY KOSTRUP; WILLIAM P. KENNY AND NANCY J. COSTELLO; GARETH AR CRANER, TRUSTEE OF THE RONALD G GARDNER TRUST; GEORGE W. HUBBARD AND CAROL N. HUBBARD; DONALD PINSKER; JEFF P. DILLENBURG AND KAREN A. DILLENBURG AND PAUL D. GRAF AND MARGARET A. GRAF; BUNNY VREELAND AND SCOTT A. KUSICH; DINA LADD; MARY ANN DEAL; MONIGHETTI, INC.; JOHN G. SCHLICHTING AND ELIZABETH A. SCHLICHTING; DONALD S. TOMLIN AND DOROTHY R. TOMLIN, TRUSTEE OF THE DONALD S. TOMLIN & DOROTHY R. TOMLIN REV. TRUST; MARK L. EAMES AND SANDRA K. EAMES; ROBERT L. OGREN, TRUSTEE FOR THE BENEFIT OF THE ROBERT L. OGREN TRUST DATE D 6-30-92; JASPER BENINCASA, JR.; PAT A. DOLCE AND LORA DEAN DOLCE; DRS. STANLEY ALEXANDER AND FLORENCE ALEXANDER; MW GORTS AND COMPANY AND EDWIN ARNOLD IRA; M. CRAIG MEDOFF TRUSTEE OF THE MEDOFF FAMILY TRUST DATED 9-1-88; USA CAPITAL FIRST TRUST DEED