# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
**Chapter 11**

In re:
  USA COMMERCIAL MORTGAGE COMPANY,
  Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by LYNN TRINKA ERNCE and the appointment of B.L. OLSON, B. AXELROD, A.M. LORADITCH as designated Nevada Counsel in this case is approved.

Dated: 7/25/06                                   BY THE COURT

                                                 /s/ Patricia Gray

                                                 Patricia Gray
                                                 Clerk of the Bankruptcy Court