

Entered on Docket
July 25, 2006

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Proposed Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | **ORDER APPROVING CONTINUED USE OF CASH THROUGH AUGUST 6, 2006 PURSUANT TO REVISED BUDGET (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Date: June 21, 2006<br>Time: 9:30 a.m. |

P:\USA Commercial Mortgage\Pleadings\Continued Use of Funds through July 29, 2006\Order re continued use of funds 071706.doc    - 1 -

Affects:
- ☒ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA Capital First Trust Deed Fund, LLC
- ☐ USA Securities, LLC

The Motion For Order Approving Continued Use Of Cash Through July 29, 2006 Pursuant To Second Revised Budget (the "Motion") coming before this Court pursuant to an Order Shortening Time; the having reviewed the pleadings and heard the arguments of counsel; and finding good cause, it is

ORDERED that Motion is granted on the following terms:

1. Except as such use was otherwise limited on the record at the June 21, 2006 hearing and specifically excluding the Debtor in Possession financing fees and expenses set forth in the revised budget filed June 20, 2006, the Debtors are authorized to use cash through August 6, 2006, as reflected in the June 20th budget;

2. The Debtors are not authorized to pay professional or other fees incurred outside of the ordinary course of business without prior Court approval, and the professional fee and expense estimates included in the budget are neither approved nor disapproved at this time;

3. The Debtors are to retain in the DIP Collection Account the interest earned on that account and the principal and interest paid by borrowers, except that loan servicing fees and other contractual fees may be collected and used by Debtors as reflected in the June 20th budget.

Submitted by:

/s/     LENARD E. SCHWARTZER
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

ORDER APPROVING CONTINUED USE OF CASH THROUGH AUGUST 6, 2006
PURSUANT TO REVISED BUDGET
(AFFECTS ALL DEBTORS)

Approved / Disapproved by

By: /s/ [signature]
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV  89101

Approved/Disapproved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee
of Unsecured Creditors of USA
Commercial Mortgage Company*

Approved/Disapproved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of
Holders of Executory Contract Rights of
USA Commercial Mortgage Company*

Approved/Disapproved by:
**BECKLEY SINGLETON, CHTD. and
ORRICK, HERRINGTON & SUTCLIFFE
LLP**

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
**STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
First TrustDeed Fund LLC*

///
///
///
///
///
///

ORDER APPROVING CONTINUED USE OF CASH THROUGH AUGUST 6, 2006
PURSUANT TO REVISED BUDGET
(AFFECTS ALL DEBTORS)

Approved / Disapproved by

By: _____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV  89101

Approved/Disapproved by:              Approved/Disapproved by:
LEWIS AND ROCA, LLP                   GORDON & SILVER, LTD.

By: /s/ _____       By: _____
SUSAN M. FREEMAN, ESQ.                GERALD M. GORDON, ESQ.
ROB CHARLES, ESQ.                     GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee*  *Counsel for the Official Committee of*
*of Unsecured Creditors of USA*       *Holders of Executory Contract Rights of*
*Commercial Mortgage Company*         *USA Commercial Mortgage Company*

Approved/Disapproved by:              Approved/Disapproved by:
BECKLEY SINGLETON, CHTD. and          STUTMAN TREISTER & GLATT, P.C. and
ORRICK, HERRINGTON & SUTCLIFFE        SHEA & CARLYON, LTD.
LLP

By: _____    By: _____
MARC A. LEVINSON, ESQ.                FRANK MEROLA, ESQ.
LYNN TRINKA-ERNCE, ESQ.               EVE KARASIK, ESQ.
BRETT A. AXELROD, ESQ.                CHRISTINE PAJAK, ESQ.
ANNE M. LORADITCH, ESQ.               CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of*  *Counsel for the Official Committee of*
*Equity Security Holders of USA Capital* *Equity Security Holders of USA Capital*
*Diversified Trust Deed Fund, LLC*    *First TrustDeed Fund LLC*

///
///
///
///
///
///

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Continued Use of Funds through July 29, 2006\Order re continued use of funds 071706.doc    - 3 -

ORDER APPROVING CONTINUED USE OF CASH THROUGH AUGUST 6, 2006 PURSUANT TO REVISED BUDGET
(AFFECTS ALL DEBTORS)

Approved / Disapproved by

By: _____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:
GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:
BECKLEY SINGLETON, CHTD. and
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First TrustDeed Fund LLC*

///
///
///
///
///
///

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Continued Use of Funds through July 29, 2006\Order re continued use of funds 071706.doc

- 3 -

Received Time Jul. 17.  2:54PM

ORDER APPROVING CONTINUED USE OF CASH THROUGH AUGUST 6, 2006
PURSUANT TO REVISED BUDGET
(AFFECTS ALL DEBTORS)

Approved / Disapproved by

By: _____
    Office of the U.S. Trustee
    Foley Federal Building
    300 Las Vegas Blvd. South, Suite 4300
    Las Vegas NV 89101

| Approved/Disapproved by:<br>**LEWIS AND ROCA, LLP** | Approved/Disapproved by:<br>**GORDON & SILVER, LTD.** |
|---|---|
| By: _____<br>  SUSAN M. FREEMAN, ESQ.<br>  ROB CHARLES, ESQ.<br>  *Counsel for the Official Committee*<br>  *of Unsecured Creditors of USA*<br>  *Commercial Mortgage Company* | By: _____<br>  GERALD M. GORDON, ESQ.<br>  GREGORY E. GARMAN, ESQ.<br>  *Counsel for the Official Committee of*<br>  *Holders of Executory Contract Rights of*<br>  *USA Commercial Mortgage Company* |
| Approved/Disapproved by:<br>**BECKLEY SINGLETON, CHTD.** and<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP** | Approved/Disapproved by:<br>**STUTMAN TREISTER & GLATT, P.C.** and<br>**SHEA & CARLYON, LTD.** |
| By: /s/ ANNE M. LORADITCH<br>  MARC A. LEVINSON, ESQ.<br>  LYNN TRINKA-ERNCE, ESQ.<br>  BRETT A. AXELROD, ESQ.<br>  ANNE M. LORADITCH, ESQ.<br>  *Counsel for the Official Committee of*<br>  *Equity Security Holders of USA Capital*<br>  *Diversified Trust Deed Fund, LLC* | By: _____<br>  FRANK MEROLA, ESQ.<br>  EVE KARASIK, ESQ.<br>  CHRISTINE PAJAK, ESQ.<br>  CANDACE C. CARLYON, ESQ.<br>  *Counsel for the Official Committee of*<br>  *Equity Security Holders of USA Capital*<br>  *First TrustDeed Fund LLC* |

///
///
///
///
///
///

Salt Lake City, Utah 84145-0385

**ORDER APPROVING CONTINUED USE OF CASH THROUGH AUGUST 6, 2006 PURSUANT TO REVISED BUDGET (AFFECTS ALL DEBTORS)**

Approved / Disapproved by

By:_____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

| Approved/Disapproved by:<br>**LEWIS AND ROCA, LLP** | Approved/Disapproved by:<br>**GORDON & SILVER, LTD.** |
|---|---|
| By:_____<br>SUSAN M. FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By:_____<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| Approved/Disapproved by:<br>**BECKLEY SINGLETON, CHTD.** and<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP** | Approved/Disapproved by:<br>**STUTMAN TREISTER & GLATT, P.C.** and<br>**SHEA & CARLYON, LTD.** |
| By:_____<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA-ERNCE, ESQ.<br>BRETT A. AXELROD, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: /s/ Eve H. Karasik<br>FRANK MEROLA, ESQ.<br>EVE KARASIK, ESQ.<br>CHRISTINE PAJAK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First TrustDeed Fund LLC* |

///
///
///
///
///

ALTERNATIVE METHOD re: RULE 9021:
In accordance with Local Rule 9021, the undersigned certifies:

____ The court waived the requirements of LR 9021.

__X__ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

__X__ approved the form of this order:
____ waived the right to review the order and/or
____ failed to file and serve papers in accordance with LR 9021(c)

____ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

____ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

Submitted by:

/s/ LENARD E. SCHWARTZER
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM

\# \# \#