Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on July 25, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF FILING OF LOAN SUMMARY AS OF JUNE 30, 2006**<br><br>**(AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: N/A<br>Time: N/A |

1

USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors") hereby file the attached loan summary as of June 30, 2006.

Respectfully submitted this 25th day of July, 2006.

/s/     LENARD E. SCHWARTZER
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

USA Capital
Loan Summary
As of June 30, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 6/30/06 | Interest Outstanding at 6/30/06 | Interest Prepaid to Direct Lenders[3] | Collection Account | | | Due to Direct Lenders | Due to | | Individual Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest | Principal | Service Fee | | DIV Fund | First Trust | | |
| Non-Performing | 3685 San Fernando Road Partners, L.P. | 8/2/05 | 7,350,000 | 174,358 | - | 174,358 | - | 12,250 | 162,108 | - | 1,809 | 159,748 | 83 |
| Performing | 5055 Collwood, LLC | 2/24/06 | 1,275,955 | 19,526 | - | 68,849 | 224,045 | 6,167 | 286,726 | - | - | 286,726 | 33 |
| Repaid | 5252 Orange, LLC | 12/22/05 | - | - | - | 191,977 | 3,800,000 | 10,450 | 3,981,527 | - | - | 3,981,527 | 66 |
| Performing | 60th Street Venture, LLC | 12/22/05 | 3,700,000 | 55,424 | - | 170,226 | - | 9,250 | 160,976 | - | - | 160,976 | 49 |
| Non-Performing | 6425 Gess, LTD | 4/14/05 | 26,500,000 | 2,806,860 | 1,679,821 | - | - | - | - | - | - | - | 286 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 12/16/02 | 19,242,193 | 992,148 | 985,339 | 966,251 | - | 79,547 | - | - | - | - | 393 |
| Non-Performing | Anchor B, LLC | 5/31/05 | 5,835,422 | 772,434 | 517,607 | - | - | - | - | - | - | - | 50 |
| Non-Performing | Ashby Financial $7,200,000[4] | 5/3/04 | 7,200,000 | 1,884,000 | 1,591,201 | - | - | - | - | - | - | - | 73 |
| Special Situation | B & J Investments[1] | 9/29/99 | - | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | BarUSA/$15,300,000 (Barusa, LLC) | 11/24/03 | 15,300,000 | 1,112,604 | 366,213 | 1,121 | - | - | - | - | - | - | 221 |
| Performing | Bay Pompano Beach, LLC | 6/20/05 | 14,748,415 | 163,348 | 107,732 | 275,222 | 1,624,877 | 25,658 | 1,766,709 | 8,281 | 21,256 | 1,737,171 | 407 |
| Repaid | Beastar, LLC[2] | 5/2/05 | - | - | - | - | - | - | - | - | - | - | 84 |
| Repaid | Beau Rivage Homes/$8,000,000[2] | 1/2/03 | 65,051 | 10,138 | - | - | - | - | - | - | - | - | 157 |
| Performing | Binford Medical Developers, LLC | 8/31/05 | 7,450,000 | 148,212 | - | 173,213 | - | 12,959 | 160,254 | - | 27,641 | 132,613 | 92 |
| Performing | Boise/Gowen 93, LLC | 8/26/05 | 2,425,000 | - | - | 102,813 | - | 6,063 | 96,750 | - | - | 96,750 | 17 |
| Non-Performing | Brookmere/Matteson $27,050,000[5] | 10/29/03 | 5,964,848 | 134,249 | 84,859 | 64,553 | - | 5,652 | - | - | - | - | 229 |
| Performing | Bundy Canyon $1,050,000 (Bundy Canyon Land Development, LLC) | 1/6/06 | 1,050,000 | - | 23,333 | 70,525 | - | 6,125 | 41,067 | - | - | 41,067 | 1 |
| Non-Performing | Bundy Canyon $2,500,000 (Bundy Canyon Land Development, LLC) | 5/2/05 | 2,300,000 | 46,029 | - | 56,119 | - | 4,235 | 51,884 | - | - | 51,884 | 34 |
| Non-Performing | Bundy Canyon $5,000,000 (Bundy Canyon Land Development, LLC) | 9/28/05 | 4,250,000 | 124,565 | - | 64,161 | - | 4,672 | 59,489 | - | - | 59,069 | 43 |
| Performing | Bundy Canyon $5,725,000 (Bundy Canyon Land Development, LLC) | 1/14/05 | 5,725,000 | - | - | 249,394 | - | 18,873 | 230,521 | - | - | 230,521 | 53 |
| Non-Performing | Bundy Canyon $7,500,000 (Bundy Canyon Land Development, LLC) | 8/17/05 | 6,700,000 | 194,291 | - | 101,957 | - | 7,662 | 94,295 | - | - | 94,295 | 83 |
| Not Funded | Bundy Canyon $8.9 (Bundy Canyon Land Development, LLC) | 4/5/06 | - | - | - | - | - | - | - | - | - | - | 117 |
| Special Situation | BySynergy, LLC $4,434,446[1] | 2/3/06 | TBD | - | - | - | - | - | - | - | - | - | 3 |
| Performing | Cabernet Highlands, LLC | 2/17/05 | 3,000,000 | 36,375 | 16,406 | 115,000 | - | 7,500 | 91,094 | - | - | 91,094 | 65 |
| Non-Performing | Castaic Partners II, LLC | 7/11/05 | 5,600,000 | 327,558 | 73,822 | - | - | - | - | - | - | - | 57 |
| Performing | Castaic Partners III, LLC | 9/22/05 | 4,675,000 | 136,029 | 87,208 | 168,442 | - | 13,025 | 68,209 | - | 365 | 67,115 | 65 |
| Performing | Charlevoix Homes, LLC (Lindsay and Chandler Heights, LLC) | 4/3/06 | 3,400,000 | - | - | 132,978 | - | 8,217 | 124,761 | - | - | 124,761 | 40 |
| Non-Performing | Clear Creek Plantation (Arapahoe Land Investments, L.P.) | 3/15/05 | 2,900,000 | 88,879 | - | 18,499 | - | 2,416 | 16,083 | - | 555 | 15,529 | 36 |
| Non-Performing | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 12/17/03 | 3,800,000 | 44,829 | 5,245 | 121,389 | - | 9,500 | 106,644 | 527 | 106,117 | 0 | 2 |
| Non-Performing | Colt CREC Building (Colt Gateway LLC) | 9/26/03 | 3,718,777 | 1,928,526 | 565,564 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #1 (Colt Gateway LLC) | 7/10/03 | 1,500,000 | 852,665 | 170,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #2 (Colt Gateway LLC) | 7/10/03 | 3,100,000 | 1,255,206 | 352,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt Gateway LLC | 1/17/03 | 5,628,328 | 1,136,560 | 874,926 | - | - | - | - | - | - | - | 3 |

**Preliminary Numbers Subject to Revision**

**USA Capital**
**Loan Summary**
**As of June 30, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 6/30/06 | Interest Outstanding at 6/30/06 | Interest Prepaid to Direct Lenders[3] | Collection Account — Interest | Collection Account — Principal | Collection Account — Service Fee | Due to Direct Lenders | DIV Fund | Due to First Trust | Due to Individual Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | Colt Second TD (Colt Gateway LLC) | 8/19/03 | 1,000,000 | 541,140 | 384,583 | - | - | - | - | - | - | - | 1 |
| Performing | Columbia Managing Partners, LLC | 9/1/05 | 2,210,000 | - | - | 92,903 | - | 1,575 | 91,328 | - | 91,328 | - | 1 |
| Performing | ComVest Capital (Comvest Capital Satellite Arms, Inc) | 1/11/06 | 4,125,000 | 44,688 | - | 135,236 | - | 10,313 | 124,923 | - | 22,259 | 102,664 | 56 |
| Non-Performing | Copper Sage Commerce Center Phase II (Copper Sage Commerce Center, LLC) | 3/1/06 | 3,550,000 | 64,613 | - | 84,490 | - | 3,860 | 80,630 | - | - | 79,153 | 51 |
| Repaid | Copper Sage Commerce Center, LLC | 6/9/04 | - | - | - | 20,545 | 1,138,696 | 1,535 | 1,157,706 | - | - | 1,150,471 | 28 |
| Performing | Cornman Toltec 160, LLC | 6/24/05 | 6,375,000 | - | - | 254,592 | - | 20,979 | 233,613 | - | - | 233,420 | 96 |
| Performing | Cottonwood Hills, LLC | 6/14/05 | 4,000,000 | - | - | 191,163 | - | 13,333 | 177,830 | - | 44,457 | 133,372 | 21 |
| Performing | Del Valle - Livingston (Del Valle Capital Corporation, Inc) | 8/25/05 | 19,250,000 | 200,496 | - | 614,955 | - | 48,125 | 566,830 | - | 3,798 | 563,031 | 239 |
| Repaid | Del Valle Isleton (Del Valle Capital Corporation, Inc.) | 3/22/05 | - | - | - | 193,521 | 6,900,000 | 14,003 | 7,079,518 | - | 205,203 | 6,874,314 | 76 |
| Non-Performing | Eagle Meadows Development[6] | 10/19/05 | 31,050,000 | 1,100,273 | 295,545 | 667,618 | - | 50,901 | 321,172 | - | 37,775 | 283,397 | 295 |
| Non-Performing | Elizabeth May Real Estate, LLC | 2/24/06 | 10,050,000 | 283,960 | - | 127,833 | - | 10,374 | 117,459 | - | 1,402 | 116,056 | 147 |
| Special Situation | EPIC Resorts[1] | Undetermined | TBD | - | - | - | - | - | - | - | - | - | 1 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 11/14/05 | 6,600,000 | 71,550 | - | 145,383 | - | 11,000 | 134,383 | - | 134,383 | - | 1 |
| Non-Performing | Fiesta Development McNaughton (Fiesta Development, Inc.) | 1/10/05 | 6,000,000 | 1,257,266 | - | - | - | - | - | - | - | - | 1 |
| Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 4/14/05 | 6,500,000 | 65,000 | - | 222,683 | - | 16,250 | 206,433 | - | - | 203,415 | 69 |
| Non-Performing | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 6/15/04 | 20,500,000 | 4,382,398 | 3,368,263 | - | - | - | - | - | - | - | 227 |
| Non-Performing | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 9/22/03 | 10,000,000 | 2,883,058 | 2,368,514 | - | - | - | - | - | - | - | 100 |
| Performing | Fiesta/Beaumont $2.4m (Fiesta Development, Inc.) | 9/17/04 | 2,400,000 | 25,000 | - | 76,667 | - | 6,000 | 70,667 | - | - | 70,667 | 36 |
| Non-Performing | Foxhill 216, LLC[6] | 2/23/06 | 25,980,000 | 818,646 | - | 367,577 | - | 26,321 | 341,256 | - | 328 | 340,928 | 300 |
| Non-Performing | Franklin - Stratford Investments, LLC | 3/30/05 | 5,225,000 | 111,508 | 7,235 | 116,564 | - | 9,401 | 99,928 | 19,316 | 80,612 | (0) | 2 |
| Repaid | Freeway 101[2] | 8/9/04 | - | - | - | - | - | - | - | - | - | - | 57 |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC) | 11/18/05 | 13,185,000 | 420,370 | - | 139,932 | - | 10,835 | 129,097 | - | 979 | 128,118 | 161 |
| Non-Performing | Glendale Tower Partners, L.P. | 6/9/05 | 6,500,000 | 155,228 | - | 152,424 | - | 10,833 | 141,590 | - | - | 139,717 | 95 |
| Repaid | Golden State Investments II, L.P. | 6/27/05 | - | - | 50,796 | 173,041 | 2,850,001 | 12,160 | 2,960,086 | - | 259,657 | 2,700,429 | 37 |
| Performing | Goss Road Savannah Homes, LLC | 11/2/04 | 1,000,000 | - | - | 52,373 | - | 3,333 | 49,040 | - | - | 48,918 | 20 |
| Non-Performing | Gramercy Court Condos (Gramercy Court, Ltd.) | 6/25/04 | 34,884,500 | 1,328,121 | 364,872 | 490,410 | - | 28,354 | 97,184 | - | 12,733 | 84,451 | 332 |
| Non-Performing | Harbor Georgetown, L.L.C. | 8/16/04 | 8,800,000 | 561,497 | 146,803 | - | - | - | - | - | - | - | 103 |
| Performing | Hasley Canyon (Los Valles Land & Golf, LLC.) | 3/3/04 | 11,700,000 | 1,776,150 | 1,270,041 | 225,000 | - | 9,750 | - | - | - | - | 114 |
| Performing | Hesperia II (Southern California Land Development, LLC) | 4/1/05 | 4,250,000 | - | - | 242,675 | - | 10,625 | 232,050 | - | - | 232,050 | 65 |
| Repaid | HFA - Riviera Riviera-Homes for America Holdings LLC) | 6/24/05 | - | - | 547,709 | 767,361 | 5,000,000 | 44,550 | 5,175,102 | - | - | 5,175,102 | 90 |
| Non-Performing | HFA- Clear Lake LLC | 1/6/05 | 16,050,000 | 2,909,635 | 2,140,552 | - | - | - | - | - | - | - | 207 |

**Preliminary Numbers Subject to Revision**

USA Capital
Loan Summary
As of June 30, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 6/30/06 | Interest Outstanding at 6/30/06 | Interest Prepaid to Direct Lenders[3] | Collection Account | | | Due to Direct Lenders | DIV Fund | Due to | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest | Principal | Service Fee | | | First Trust | Individual Direct Lenders | |
| Repaid | HFA- North Yonkers (One Point Street, Inc.) | 1/11/05 | - | - | 3,313,671 | 4,168,403 | 24,000,000 | 326,332 | 24,528,400 | - | 909,595 | 23,567,704 | 298 |
| Repaid | HFA- Riviera 2nd  (Riviera-HFAH, LLC) | 4/29/04 | - | - | 2,354,180 | 2,698,080 | 8,000,000 | 147,914 | 8,195,986 | - | - | 8,195,986 | 99 |
| Non-Performing | HFA- Windham (HFAH Asylum, LLC) | 11/15/04 | 5,550,000 | 1,095,721 | 800,862 | - | - | - | - | - | - | - | 74 |
| Non-Performing | HFA-Clear Lake 2nd  (HFAH Clear Lake, LLC) | 6/24/05 | 2,750,000 | 465,448 | 288,935 | - | - | - | - | - | - | - | 36 |
| Non-Performing | HFAH/Monaco, LLC | 12/19/03 | 4,000,000 | 1,372,500 | 1,189,500 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Huntsville (West Hills Park Joint Venture) | 3/31/04 | 10,475,000 | 765,618 | 663,446 | 360,777 | - | 28,463 | - | - | - | - | 116 |
| Performing | I-40 Gateway West,  LLC | 1/11/05 | 4,530,000 | 943 | - | 184,220 | - | 15,100 | 169,120 | - | - | 156,053 | 46 |
| Non-Performing | I-40 Gateway West, LLC 2nd | 3/1/06 | 1,065,000 | 43,657 | - | 13,727 | - | 830 | 12,896 | - | - | 12,896 | 23 |
| Non-Performing | Interstate Commerce Center Phase II ISCC Phase II, LLC | 8/11/04 | 1,856,849 | 82,733 | - | - | - | - | - | - | - | - | 2 |
| Non-Performing | Interstate Commerce Center, LLC | 2/20/04 | 2,529,758 | 71,852 | 215,292 | 152,668 | - | 12,649 | - | - | - | - | 4 |
| Performing | J. Jireh's Corporation | 9/2/05 | 8,825,000 | - | - | 387,563 | - | 29,325 | 358,238 | - | 10,757 | 347,480 | 105 |
| Performing | La Hacienda Estate, LLC | 11/11/04 | 6,255,000 | 947 | - | 247,620 | - | 17,894 | 229,726 | - | - | 227,890 | 83 |
| Non-Performing | Lake Helen Partners[7] | 12/7/04 | 3,159,704 | 173,716 | - | 26,784 | - | - | 26,784 | 1,944 | 7,383 | 17,217 | 35 |
| Repaid | LCG Gilroy, LLC | 11/23/04 | - | - | 244,764 | 494,248 | 4,950,000 | 36,988 | 5,162,496 | - | 286,805 | 4,875,690 | 59 |
| Performing | Lerin Hills, LTD | 12/7/05 | 10,350,000 | 131,129 | - | 397,421 | - | 25,762 | 371,659 | - | - | 371,659 | 130 |
| Non-Performing | Margarita Annex[8] | 7/26/04 | 12,000,000 | 401,953 | 109,365 | 255,667 | - | 20,000 | 126,302 | - | 32,417 | 93,884 | 105 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 8/11/05 | 30,000,000 | 1,315,493 | 1,718,780 | 1,912,138 | - | 153,126 | 40,232 | - | 158 | 39,715 | 272 |
| Non-Performing | Marlton Square 2nd (MS Acquisition Company, LLC) | 8/11/05 | 6,000,000 | 332,607 | 249,655 | 250,267 | - | 12,217 | - | - | - | - | 108 |
| Non-Performing | Marquis Hotel  (USA Investors VI, LLC) | 3/29/05 | 13,500,000 | 3,048,095 | 2,366,244 | - | - | - | - | - | - | - | 169 |
| Performing | Meadow Creek Partners, LLC | 2/23/06 | 8,250,000 | 89,375 | - | 206,808 | - | 18,833 | 187,975 | - | 1,641 | 186,335 | 103 |
| Non-Performing | Midvale Marketplace, LLC | 6/30/05 | 4,075,000 | 334,057 | 154,424 | - | - | - | - | - | - | - | 49 |
| Performing | Mountain House Business Park (Pegasus-MH Ventures I, LLC) | 6/10/04 | 16,800,000 | - | - | 720,549 | - | 52,047 | 668,502 | 1,990 | 34,818 | 630,581 | 202 |
| Performing | Oak Shores II  (John E. King and Carole D. King) | 6/6/05 | 12,150,000 | 130,541 | - | 403,350 | - | 30,251 | 373,098 | 246 | 5,541 | 367,286 | 176 |
| Non-Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 1/23/06 | 8,925,000 | 285,468 | 3,810 | 92,276 | - | 7,178 | 81,288 | - | 11,872 | 69,416 | 105 |
| Performing | Ocean Atlantic  (Ocean Atlantic/PFG-Westbury, LLC) | 11/1/05 | 2,700,000 | 33,750 | - | 103,500 | - | 6,750 | 96,750 | - | - | 96,750 | 32 |
| Repaid | Opaque/Mt. Edge $7,350,000[2] (Opaque Land Development, LLC) | 11/5/03 | - | - | 778,347 | 856,615 | 4,827,970 | 74,806 | 4,831,432 | - | - | 4,831,432 | 95 |
| Non-Performing | Palm Harbor One, LLC | 12/14/05 | 28,480,000 | 846,919 | - | 411,223 | - | 31,257 | 379,966 | - | 21,266 | 358,700 | 309 |
| Non-Performing | Placer Vineyards (Placer County Land Speculators, LLC) | 12/10/04 | 31,500,000 | 2,615,891 | 1,231,726 | 1,009 | - | - | - | - | - | - | 343 |
| Non-Performing | Placer Vineyards 2nd  (Placer County Land Speculators, LLC) | 12/10/04 | 6,500,000 | 628,418 | 260,360 | - | - | - | - | - | - | - | 118 |
| Performing | Preserve at Galleria, LLC | 10/6/05 | 4,018,000 | - | - | 223,727 | 822,250 | 10,707 | 1,035,270 | - | - | 1,034,158 | 73 |
| Performing | Redwood Properties, LLC | 11/15/05 | 269,641 | 24,169 | - | 60,114 | - | - | 60,114 | - | - | - | 1 |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 1/17/06 | 2,250,000 | 47,293 | - | 46,284 | - | 3,772 | 42,512 | - | 1,323 | 41,189 | 32 |

**Preliminary Numbers Subject to Revision**

**USA Capital**
**Loan Summary**
**As of June 30, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 6/30/06 | Interest Outstanding at 6/30/06 | Interest Prepaid to Direct Lenders[3] | Collection Account Interest | Principal | Service Fee | Due to Direct Lenders | DIV Fund | First Trust | Individual Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | Roam Development Group L.P. | 3/23/05 | 26,566,257 | 679,022 | - | 412,287 | 211,172 | 33,105 | 590,354 | - | 13,967 | 576,388 | 291 |
| Special Situation | Saddleback[1] | Undetermined | TBD | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Shamrock Tower, LP (619 Main. LP) | 8/5/04 | 10,500,000 | 1,954,644 | 1,483,297 | - | - | - | - | - | - | - | 87 |
| Special Situation | Sheraton Hotel[1] | 9/28/99 | TBD | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Slade Development, Inc. | 12/5/05 | 3,525,000 | 57,551 | - | 98,997 | - | 7,195 | 91,802 | - | - | 90,499 | 40 |
| Performing | Southern California Land 2nd (Southern California Land Development, LLC) | 8/3/05 | 2,800,000 | - | - | 161,311 | - | 9,333 | 151,978 | - | - | 150,078 | 33 |
| Performing | Standard Property Development, LLC | 2/27/06 | 9,640,000 | 100,417 | 46,195 | 342,072 | - | 21,604 | 274,273 | - | 19,091 | 255,182 | 115 |
| Performing | SVRB $4,500,000 (SVRB Investments, LLC) | 4/27/05 | 1,424,082 | 10,586 | - | 77,509 | - | 6,900 | 70,609 | - | - | 70,609 | 67 |
| Performing | SVRB 2nd $2,325,000 (SVRB Investments, LLC) | 4/27/05 | 2,325,000 | 31,000 | - | 95,067 | - | 5,813 | 89,254 | - | - | 80,617 | 25 |
| Non-Performing | Tapia Ranch (Castaic Partners, LLC) | 9/28/04 | 22,000,000 | 1,339,485 | 356,133 | 3,983 | - | - | - | - | - | - | 179 |
| Non-Performing | Ten-Ninety, Ltd./$4,150,0000[9] | 12/30/02 | 4,150,000 | 1,969,484 | 1,676,535 | - | - | - | - | - | - | - | 18 |
| Non-Performing | Ten-Ninety | 4/15/02 | 55,113,781 | 26,962,089 | 1,252,110 | - | - | - | - | - | - | - | 1 |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 3/31/06 | 2,500,000 | 78,442 | - | - | - | - | - | - | - | - | 1 |
| Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 8/15/05 | 1,925,000 | 542 | - | 91,488 | 500,000 | 6,795 | 584,693 | - | 8,877 | 552,384 | 34 |
| Non-Performing | The Gardens, LLC Timeshare (The Gardens, LLC) | 3/24/04 | 4,133,619 | 49,777 | - | 390,118 | 1,666,382 | 25,996 | 2,030,504 | 110,277 | 630,156 | 1,290,070 | 51 |
| Repaid | Universal Hawaii[2] | 8/6/04 | - | - | - | - | - | - | - | - | - | - | 127 |
| Performing | University Estates, Inc. | 4/11/05 | 4,825,920 | - | - | 196,509 | 560,100 | 12,290 | 744,319 | - | 744,319 | - | 1 |
| Performing | Urban Housing Alliance - 435 Lofts (Urban Housing Alliance, LLC) | 7/13/05 | 8,150,000 | 95,083 | - | 288,959 | - | 20,375 | 268,584 | - | 989 | 266,507 | 110 |
| Non-Performing | Wasco Investments LLC | 11/23/04 | 6,450,000 | 618,769 | 326,158 | 6,017 | - | - | - | - | - | - | 86 |
| | **Totals** | | **$850,381,100** | **$81,730,593** | **$39,531,228** | **$25,681,346** | **$67,075,492** | **$1,836,237** | **78,962,039** | **$142,582** | **$3,793,633** | **$74,844,876** | **10,546** |

[1] These loans have undetermined amounts outstanding due to bankruptcy, foreclosures, change of ownership, etc.

[2] Principal payments by borrower not returned to Investors.

[3] Interest paid to Investors in excess of amounts paid by borrowers.

[4] Borrower is Ashby Financial Company, Inc. and R&D Land Investors, LLC.

[5] Borrower is Brookmere, LLC and Lord & Essex Matteson, LLC

[6] Borrowers are Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, and Fox Hills 37, LLC.

[7] Borrower is Old City, L.C. and Lake Helen Partners, LLC

[8] Borrower is John E. King and Carole D. King

[9] Borrower is Ten-Ninety, Ltd. And William R. Levas and Dorothy Z. Lucas, Trustees of the Lucas Family Trust

**Preliminary Numbers Subject to Revision**