# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
### Chapter 11

In re:
    USA COMMERCIAL MORTGAGE COMPANY,
    Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by STEVEN E. OSTROW and the appointment of WADE B. GOCHNOUR & ARYN M. FITZWATER as designated Nevada Counsel in this case is approved.

Dated: 7/26/06                      BY THE COURT

*/s/ Patricia Gray*

Patricia Gray
Clerk of the Bankruptcy Court