# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
**Chapter 11**

In re:
    USA COMMERCIAL MORTGAGE COMPANY,
    Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by LEE D. MACKSON and the appointment of R. VAUGHN GOURLEY & DAVID STEPHENS as designated Nevada Counsel in this case is approved.

Dated: 7/26/06                                                BY THE COURT

*(signature)*

Patricia Gray
Clerk of the Bankruptcy Court