1    Jeffrey G. Sloane, Esq. (NSB# 784)
     Regina M. McConnell, Esq. (NSB# 8029)
2    Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
     1389 Galleria Drive, Suite 200
3    Henderson NV 89014
     Telephone: (702) 362-6666; Facsimile: (702) 362-2203
4    rmcconnell@kssattorneys.com
     jsloane@kssattorneys.com
5
     and
6
     Richard J. Mason, PC
7    Patricia K. Smoots
     Michael M. Schmahl
8    McGuireWoods LLP
     77 W. Wacker Drive, Suite 4100
9    Chicago, IL  60601
     Telephone: (312) 849-8100; Facsimile: (312) 849-3690
10   rjmason@mcguirewoods.com
     psmoots@mcguirewoods.com
11   mschmahl@mcguirewoods.com

12   *Admitted Pro Hac Vice*

13             **UNITED STATES BANKRUPTCY COURT**
                  **DISTRICT OF NEVADA**
14

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>           Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>           Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>           Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>           Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br><br>           Debtor. | **CERTIFICATE OF SERVICE** |
| Affects:<br> **X**  All Debtors<br> __  USA Commercial Mortgage Company<br> __  USA Capital Realty Advisors, LLC<br> __  USA Capital Diversified Trust Deed Fund, LLC<br> __  USA Capital First Trust Deed Fund, LLC<br> __  USA Securities, LLC | |

1

### CERTIFICATE OF SERVICE

2   1.     We filed the following document on July 27, 2006:

3        **Limited Objection of the Kantor Group to Debtors' Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds**

4

5   2.     I served the above-named document by the following means to the persons as listed below:

6        a.    **ECF System** (See "Notice of Electronic Filing" attached as Exhibit A).

7        b.    **United States Mail, postage fully prepaid,** to the following:

8            EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

9

10          JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

11

12          ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

13

14          FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

15

16          R VAUGHN GOURLEY
3636 N RANCHO DR
LAS VEGAS, NV 89130

17

18          ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

19

20

21          MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

22

23

24          REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

25

26          ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

27

28

1

LEE D. MACKSON
SHUTTS & BOWEN LLP

2

1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD

3

MIAMI, FL 33131

4

RICHARD J. MASON
130 PINETREE LANE

5

RIVERWOODS, IL 60015

6

BRECK E. MILDE
60 SOUTH MARKET ST, SUITE 200

7

SAN JOSE, CA 95113

8

DOUGLAS M MONSON RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET

9

SUITE 1400
PO BOX 45385

10

SALT LAKE CITY, UT 84145-0385

11

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD

12

3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR

13

LAS VEGAS, NV 89169

14

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400

15

P.O. BOX 45385
SALT LAKE CITY, UT 84145

16

17

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR

18

LAS VEGAS, NV 89101

19

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP

20

77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

21

JAMES G SCHWARTZ
7901 STONERIDGE DR #401

22

PLEASANTON, CA 94588

23

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1

24

LAS VEGAS, NV 89146

25

PATRICIA K. SMOOTS
318 N GROVE

26

OAK PARK, IL 60302

27

BRADLEY J STEVENS
3300 N CENTRAL AVE

28

PHOENIX, AZ 85012

1   BRADLEY J STEVENS
    3300 N CENTRAL AVE #1800
2   PHOENIX, AZ 85012

3   THOMAS W STILLEY
    1000 SW BROADWAY #1400
4   PORTLAND, OR 97205

5   STEVEN C STRONG
    RAY QUINNEY & NEBEKER P.C.
6   36 SOUTH STATE STREET
    SUITE 1400
7   SALT LAKE CITY, UT 84145-0385

8   STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
    1901 AVENUE OF THE STARS, 12TH FLR
9   LOS ANGELES, CA 90067

10  GREGORY J WALCH
    400 S FOURTH ST 3RD FLOOR
11  LAS VEGAS, NV 89101

12  RUSSELL S. WALKER
    265 EAST 100 SOUTH
13  SUITE 300
    SALT LAKE CITY, UT 84111
14
    WILLIAM E WINFIELD
15  POB 9100
    OXNARD, CA 93031
16
    MARION E. WYNNE
17  WILKINS, BANKESTER, BILES & WYNNE, P.A.
    POST OFFICE BOX 1367
18  FAIRHOPE, AL 36533-1367

19
    I declare under penalty of perjury that the foregoing is true and correct.
20
    DATED this 27th day of July, 2006.
21

22
                    /s/ Joseph McLaughlin
23                  Joseph McLaughlin, an employee of
                    KRAVITZ, SCHNITZER, SLOANE,
24                      JOHNSON & EBERHARDY, CHTD.

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MCCONNELL, REGINA M. entered on 7/27/2006 at 12:08 PM PDT and filed on 7/27/2006
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**        06-10725-lbr
**Document Number:**        985

**Docket Text:**
Objection Limited Objection of the Kantor Group to Debtors' Motion to Distribute Funds and to Grant Ordinary - Course Releases and Distribute Proceeds Filed by REGINA M. MCCONNELL on behalf of 401(K) PROFIT SHARING PLAN, LYNN KANTOR, DR. GARY KANTON, KANTOR, GARY L KANTOR, LYNN KANTOR IRA (Related document(s)[847] Miscellaneous Motion, filed by Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC.) (MCCONNELL, REGINA)

The following document(s) are associated with this transaction:

**Document description:**  Main Document
**Original filename:** O:\rmm\_KSS Data\Kantor\Limited Obj.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/27/2006] [FileNumber=7125575-0]
[42db028822a8b2bbd36b0812317d17be52fb50f8cf726295084c55929e1778720dc3
d21395057681d96c8f8035679d4d7183462c267ee6fd611531853bba5090]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS        franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF        nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC.        evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN        kbrinkman@goolddpatterson.com,

THOMAS R BROOKSBANK        brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER        mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON        ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith! @sheacarlyon.com

ROB CHARLES        rcharles@lrlaw.com, cjordan@lrlaw.com

1   MICHAEL W. CHEN    yvette@ccfirm.com

2   KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

3   JANET L. CHUBB    tbw@jonesvargas.com

4   JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

5   WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

6   CICI CUNNINGHAM    bankruptcy@rocgd.com

7   LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
    ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
8
    THOMAS H. FEL! L    BA! NKRUPTCY NOTICES@GORDONSILVER.COM
9
    SCOTT D. FLEMING    sfleming@halelane.com,
10  dbergsing@halelane.com,ecfvegas@halelane.com

11  GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

12  WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

13  CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
    Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
14
    GERALD M GORDON    bankruptcynotices@gordonsilver.com
15
    TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
16
    MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
17
    EDWARD J. HANIGAN !    haniganlaw@earthlink.net, haniganlaw1@earthlink.net
18
    XANNA R. HARDMAN    xanna.hardman@gmail.com,
19
    STEPHEN R HARRIS    noticesbh&p@renolaw.biz
20
    DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
21
    CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
22
    EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
23
    ANNETTE W JARVIS    ,
24
    TY E. KEHOE    TyKehoeLaw@aol.com
25
    ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw!
26  .com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

27  ZAC HARIAH LARSON    ecf@lslawnv.com

28  NILE LEATHAM    nleatham@klnevada.com,

1   ckishi@klnevada.com;bankruptcy@klnevada.com

2   ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

3   REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

4   WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

5   RICHARD MCKNIGHT    mcknightlaw@cox.net,
    gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

6   JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

7   JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

8   SHAWN W! MILLER    bankruptcyfilings@sheacarlyon.com,
    smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sh
    eacarlyon.com

9

10  DAVID MINCIN    mcknightlaw@cox.net,
    gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@
    lawlasvegas.com

11

12  JOHN F MURTHA    jmurtha@woodburnandwedge.com

13  ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

14  BOB L. OLSON    ecffilings@beckleylaw.com,
    bolson@beckleylaw.com;dgriffis@beckleylaw.com

15

16  DONNA M. OSBORN    ebaker@marquisaurbach.com,
    dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

17

    DONALD T. POLE! DNAK    san! dplegal@ yahoo.com, spbankruptcy@yahoo.com

18

19  PAUL C RAY    info@johnpeterlee.com

20  SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

21  LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

    SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
22  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;
    mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

23

24  JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

25  DAVID A. STEPHENS    dstephens@lvcm.com

    PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
26
    JEFFREY R. SYLVESTER !    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
27
    CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com
28

1    U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov,

2    WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

3    JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

4    MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

5    **06-10725-lbr Notice will not be electronically mailed to:**

6
7    EVAN BEAVERS
   1625 HIGHWAY 88, #304
   MINDEN, NV 89423

8
9    JOSHUA D BRYSK
   LAW OFFICES OF JAMES G SCHWARTZ
   7901 STONERIDGE DRIVE, SUITE 401
   PLEASANTON, CA 94588

10
11    ELISSA F CADISH
   3930 HOWARD HUGHS PKWY, 4TH FLR
   LAS VEGAS, NV 89169

12
13    FRANK A ELLIS
   510 S 9TH ST
   LAS VEGAS, NV 89101

14
15    R VAUGHN GOURLEY
   3636 N RANCHO DR
   LAS VEGAS, NV 89130

16
17    ANNETTE W JARVIS
   POB 45385
   36 SOUTH STATE STREET, #1400
18    SALT LAKE CITY, UT 84145-0385

19    MATTHEW J. KREUTZER
   HALE LANE PEEK DENNISON AND HOWARD
20    3930 HOWARD HUGHES PARKWAY
   FOURTH FLOOR
21    LAS VEGAS, NV 89169

22    REID W. LAMBERT !
   WOODBURY & KESLER, P.C.
23    265 EAST 100 SOUTH, SUITE 300
   SALT LAKE CITY, UT 84111

24
25    ELIZABETH R. LOVERIDGE
   WOODBURY & KESLER, P.C.
   265 EAST 100 SOUTH, SUITE 300
26    SALT LAKE CITY, UT 84111

27

28

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

BRECK E. MILDE
60 South Market St, Suite 200
San Jose, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE ! CITY, UT 84145-0385

J. STEPHEN PEEK !
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

1  BRADLEY J STEVENS
   3300 N CENTRAL AVE
2  PHOENIX, A! Z 85012

3  BRADLEY J STEVENS
   3300 N CENTRAL AVE #1800
4  PHOENIX, AZ 85012

5  THOMAS W STILLEY
   1000 SW BROADWAY #1400
6  PORTLAND, OR 97205

7  STEVEN C STRONG
   RAY QUINNEY & NEBEKER P.C.
8  36 SOUTH STATE STREET
   SUITE 1400
9  SALT LAKE CITY, UT 84145-0385

10 STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
   1901 AVENUE OF THE STARS, 12TH FLR
11 LOS ANGELES, CA 90067

12 GREGORY J WALCH
   400 S FOURTH ST 3RD FLOOR
13 LAS VEGAS, NV 89101

14 RUSSELL S. WALKER
   265 EAST 100 SOUTH
15 SUITE 300
   SALT LAKE CITY, UT 84111
16
   WILLIAM E WINFIELD
17 POB 9100
   OXNARD, CA 93031
18
   MARION E. WYNNE
19 WILKINS, BANKESTE! R, BILES & WYNNE, P.A.
   POST OFFICE BOX 1367
20 FAIRHOPE, ! AL 36533 -1367

21

22

23

24

25

26

27

28