**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on July 27, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company<br>    06-10725 – Lead Case<br><br>USA Capital Realty Advisors, LLC<br>    06-10726<br><br>USA Capital Diversified Trust Deed Fund, LLC<br>    06-10728<br><br>USA Capital First Trust Deed Fund, LLC<br>    06-10728<br><br>USA Securities, LLC<br>    06-10729<br><br>                    Debtors. | Jointly Administered<br><br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>**LIMITED OPPOSITION TO DEBTORS' MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH OCTOBER 29, 2006 PURSUANT TO THIRD REVISED BUDGET**<br><br>Date: August 4, 2006<br>Time: 1:30 p.m.<br>**Affecting:**<br>☒ All Cases<br>or Only:<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company responds to the Motion for Order Approving Continued Use of Cash Through October 29, 2006 Pursuant to Third Revised Budget filed by the Debtors on July 7, 2006 and the Third Revised Budget (the "Budget") filed on July 19, 2006.

203902.1

**LEWIS AND ROCA LLP**
LAWYERS

## I. PROFESSIONAL FEES

The Budget provides a forecast for professional fees incurred. It does not provide for payment of professional fees until the week of September 17, 2006. The amount and source of professional fee payments should be deemed unresolved by this Motion, rather addressed only in the context of an interim award of professional fees.

## II. DISTRIBUTION TO LENDERS

The forecast anticipates authority from the Court to make distributions from the collections account, presumably pursuant to a separate motion set for hearing on August 4, 2006. Approval of the Budget should not be deemed to be approval of distributions, rather the issue of distributions should be determined only pursuant to that separate motion.

## III. ACCOUNTING

Although employment of the Committee's financial advisor is subject to this Court's approval on August 4, 2006, the Committee's financial advisor (Sierra Consulting Group, LLC – Ted Burr) has asked Debtors for information concerning items in the Forecast, back up, and an accounting of actual expenditures to prior forecasts. To date, Debtors have been unable to provide that information.

The Motion and the Budget should be approved only on the condition that Debtors cooperate with one financial advisor on behalf of the several committees to completely account for the items in the Forecast, and upon the condition that Debtors provide a weekly report comparing actual results to the Budget to all of the Committees. Absent this information, the Committee and the other Committees are unable to provide any oversight.

203902.1



1    Dated July 27, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee*

203902.1