# EXHIBIT A

1491622.1

## USA Commercial Mortgage Company
*Proposed Motion to Distribute Funds - Lender Example*

| Per Database: | MFC Client ID | MFC Account ID | MFC Loan Code | Current Investment | Principal Owed by USACMC | Interest Paid By Borrower | Interest Paid to Investor | Total Collection Account Balance | Principal Not in Collection Account | Interest Paid By Borrower Pre Petition | Proposed Payment to Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sorted by Client ID #** | | | | | | | | | | | |
| | 1003300 | 1001452 | 111116 | ($0.01) | ($0.01) | $144,787.91 | $162,007.95 | $0.00 | ($0.01) | $132,691.26 | ($17,220.04) |
| | 1003300 | 1001452 | 111120 | $0.00 | $0.00 | $50,013.57 | $35,972.23 | $0.00 | $0.00 | $52,101.49 | $14,041.34 |
| | 1003300 | 1001452 | 111138 | $350,000.00 | $0.00 | $12,843.03 | $0.00 | $0.00 | $0.00 | $0.00 | $12,843.03 |
| | 1003300 | 1001452 | 111159 | $1,000,000.00 | $0.00 | $61,027.66 | $225,333.26 | $0.00 | $0.00 | $61,027.66 | ($164,305.60) |
| | 1003300 | 1001452 | 111160 | $110,000.00 | $0.00 | $57,743.66 | $239,470.92 | $0.00 | $0.00 | $57,489.12 | ($181,727.26) |
| | 1003300 | 1001452 | 111169 | $0.00 | $0.00 | $26,036.48 | $25,994.81 | $0.00 | $0.00 | $23,507.88 | $41.67 |
| | 1003300 | 1001452 | 111173 | $150,000.00 | $0.00 | $30,359.58 | $22,066.69 | $0.00 | $0.00 | $24,866.23 | $8,292.89 |
| | 1003300 | 1001452 | 111188 | $270,000.00 | $0.00 | $20,582.11 | $11,025.00 | $0.00 | $0.00 | $10,818.62 | $9,557.11 |
| | 1003300 | 1001452 | 111191 | $225,000.00 | $0.00 | $9,860.15 | $11,200.00 | $0.00 | $0.00 | $5,568.09 | ($1,339.85) |
| | 1003300 | 1001452 | 111192 | $800,000.00 | $0.00 | $55,798.36 | $202,800.09 | $0.00 | $0.00 | $55,798.36 | ($147,001.73) |
| | 1003300 | 1001452 | 111203 | $500,000.00 | $0.00 | $77,972.27 | $98,000.02 | $0.00 | $0.00 | $78,000.05 | ($20,027.75) |
| | 1003300 | 1001452 | 111207 | $0.00 | $200,000.00 | $33,006.64 | $26,125.02 | $200,000.00 | $0.00 | $0.00 | $206,881.62 |
| | 1003300 | 1001452 | 111218 | $1,000,000.00 | $0.00 | $165,106.25 | $127,500.02 | $0.00 | $0.00 | $146,891.99 | $37,606.23 |
| | 1003300 | 1001452 | 111219 | $800,000.00 | $0.00 | $128,695.74 | $143,333.31 | $0.00 | $0.00 | $133,323.47 | ($14,637.57) |
| | 1003300 | 1001452 | 111221 | $0.00 | $0.00 | $0.00 | $4,316.67 | $0.00 | $0.00 | $0.00 | ($4,316.67) |
| | 1003300 | 1001886 | 111154 | $175,000.00 | $0.00 | $9,499.52 | $7,777.78 | $0.00 | $0.00 | $6,415.04 | $1,721.74 |
| | 1003300 | 1001886 | 111182 | $35,000.00 | $0.00 | $423.83 | $13.20 | $0.00 | $0.00 | $451.11 | $410.63 |
| | 1003300 | 1001886 | 111204 | $205,813.44 | $44,186.56 | $26,624.92 | $15,104.18 | $46,739.15 | ($2,552.59) | $16,701.27 | $58,259.89 |
| | 1003300 | 1003901 | 111182 | $15,000.00 | $0.00 | $181.65 | $5.66 | $0.00 | $0.00 | $193.34 | $175.99 |
| | 1003300 | 1004575 | 111130 | $250,000.00 | $0.00 | $38,208.79 | $28,416.64 | $0.00 | $0.00 | $30,445.28 | $9,792.15 |
| | 1003300 | 1004575 | 111173 | $250,000.00 | $0.00 | $50,599.34 | $36,777.74 | $0.00 | $0.00 | $41,443.75 | $13,821.60 |
| | 1003300 | 1004575 | 111207 | $0.00 | $150,000.00 | $24,754.95 | $19,593.75 | $150,000.00 | $0.00 | $0.00 | $155,161.20 |
| | | | | | | | | | | **Net Sorted By Client ID #** | **($21,969.38)** |
| **Sorted by Account ID #** | | | | | | | | | | | |
| | 1003300 | **1001452** | 111116 | ($0.01) | ($0.01) | $144,787.91 | $162,007.95 | $0.00 | ($0.01) | $132,691.26 | ($17,220.04) |
| | 1003300 | **1001452** | 111120 | $0.00 | $0.00 | $50,013.57 | $35,972.23 | $0.00 | $0.00 | $52,101.49 | $14,041.34 |
| | 1003300 | **1001452** | 111138 | $350,000.00 | $0.00 | $12,843.03 | $0.00 | $0.00 | $0.00 | $0.00 | $12,843.03 |
| | 1003300 | **1001452** | 111159 | $1,000,000.00 | $0.00 | $61,027.66 | $225,333.26 | $0.00 | $0.00 | $61,027.66 | ($164,305.60) |
| | 1003300 | **1001452** | 111160 | $110,000.00 | $0.00 | $57,743.66 | $239,470.92 | $0.00 | $0.00 | $57,489.12 | ($181,727.26) |
| | 1003300 | **1001452** | 111169 | $0.00 | $0.00 | $26,036.48 | $25,994.81 | $0.00 | $0.00 | $23,507.88 | $41.67 |
| | 1003300 | **1001452** | 111173 | $150,000.00 | $0.00 | $30,359.58 | $22,066.69 | $0.00 | $0.00 | $24,866.23 | $8,292.89 |
| | 1003300 | **1001452** | 111188 | $270,000.00 | $0.00 | $20,582.11 | $11,025.00 | $0.00 | $0.00 | $10,818.62 | $9,557.11 |
| | 1003300 | **1001452** | 111191 | $225,000.00 | $0.00 | $9,860.15 | $11,200.00 | $0.00 | $0.00 | $5,568.09 | ($1,339.85) |
| | 1003300 | **1001452** | 111192 | $800,000.00 | $0.00 | $55,798.36 | $202,800.09 | $0.00 | $0.00 | $55,798.36 | ($147,001.73) |
| | 1003300 | **1001452** | 111203 | $500,000.00 | $0.00 | $77,972.27 | $98,000.02 | $0.00 | $0.00 | $78,000.05 | ($20,027.75) |
| | 1003300 | **1001452** | 111207 | $0.00 | $200,000.00 | $33,006.64 | $26,125.02 | $200,000.00 | $0.00 | $0.00 | $206,881.62 |
| | 1003300 | **1001452** | 111218 | $1,000,000.00 | $0.00 | $165,106.25 | $127,500.02 | $0.00 | $0.00 | $146,891.99 | $37,606.23 |
| | 1003300 | **1001452** | 111219 | $800,000.00 | $0.00 | $128,695.74 | $143,333.31 | $0.00 | $0.00 | $133,323.47 | ($14,637.57) |
| | 1003300 | **1001452** | 111221 | $0.00 | $0.00 | $0.00 | $4,316.67 | $0.00 | $0.00 | $0.00 | ($4,316.67) |
| | | | | | | | | | | | **($261,312.58)** |
| | 1003300 | **1001886** | 111154 | $175,000.00 | $0.00 | $9,499.52 | $7,777.78 | $0.00 | $0.00 | $6,415.04 | $1,721.74 |
| | 1003300 | **1001886** | 111182 | $35,000.00 | $0.00 | $423.83 | $13.20 | $0.00 | $0.00 | $451.11 | $410.63 |
| | 1003300 | **1001886** | 111204 | $205,813.44 | $44,186.56 | $26,624.92 | $15,104.18 | $46,739.15 | ($2,552.59) | $16,701.27 | $58,259.89 |
| | | | | | | | | | | | **$60,392.27** |
| | 1003300 | **1003901** | 111182 | $15,000.00 | $0.00 | $181.65 | $5.66 | $0.00 | $0.00 | $193.34 | $175.99 |
| | | | | | | | | | | | **$175.99** |
| | 1003300 | **1004575** | 111130 | $250,000.00 | $0.00 | $38,208.79 | $28,416.64 | $0.00 | $0.00 | $30,445.28 | $9,792.15 |
| | 1003300 | **1004575** | 111173 | $250,000.00 | $0.00 | $50,599.34 | $36,777.74 | $0.00 | $0.00 | $41,443.75 | $13,821.60 |
| | 1003300 | **1004575** | 111207 | $0.00 | $150,000.00 | $24,754.95 | $19,593.75 | $150,000.00 | $0.00 | $0.00 | $155,161.20 |
| | | | | | | | | | | | **$178,774.95** |
| | | | | | | | | | | **Total to be paid - Sorted by Account ID** | **$239,343.20** |
| **Sorted by Loan Code #** | | | | | | | | | | | |
| | 1003300 | 1001452 | **111116** | ($0.01) | ($0.01) | $144,787.91 | $162,007.95 | $0.00 | ($0.01) | $132,691.26 | ($17,220.04) |
| | 1003300 | 1001452 | **111120** | $0.00 | $0.00 | $50,013.57 | $35,972.23 | $0.00 | $0.00 | $52,101.49 | **$14,041.34** |
| | 1003300 | 1004575 | **111130** | $250,000.00 | $0.00 | $38,208.79 | $28,416.64 | $0.00 | $0.00 | $30,445.28 | **$9,792.15** |
| | 1003300 | 1001452 | **111138** | $350,000.00 | $0.00 | $12,843.03 | $0.00 | $0.00 | $0.00 | $0.00 | **$12,843.03** |
| | 1003300 | 1001886 | **111154** | $175,000.00 | $0.00 | $9,499.52 | $7,777.78 | $0.00 | $0.00 | $6,415.04 | **$1,721.74** |
| | 1003300 | 1001452 | **111159** | $1,000,000.00 | $0.00 | $61,027.66 | $225,333.26 | $0.00 | $0.00 | $61,027.66 | **($164,305.60)** |
| | 1003300 | 1001452 | **111160** | $110,000.00 | $0.00 | $57,743.66 | $239,470.92 | $0.00 | $0.00 | $57,489.12 | **($181,727.26)** |
| | 1003300 | 1001452 | **111169** | $0.00 | $0.00 | $26,036.48 | $25,994.81 | $0.00 | $0.00 | $23,507.88 | **$41.67** |
| | 1003300 | 1001452 | **111173** | $150,000.00 | $0.00 | $30,359.58 | $22,066.69 | $0.00 | $0.00 | $24,866.23 | **$8,292.89** |
| | 1003300 | 1004575 | **111173** | $250,000.00 | $0.00 | $50,599.34 | $36,777.74 | $0.00 | $0.00 | $41,443.75 | **$13,821.60** |
| | 1003300 | 1001886 | **111182** | $35,000.00 | $0.00 | $423.83 | $13.20 | $0.00 | $0.00 | $451.11 | **$410.63** |
| | 1003300 | 1003901 | **111182** | $15,000.00 | $0.00 | $181.65 | $5.66 | $0.00 | $0.00 | $193.34 | **$175.99** |
| | 1003300 | 1001452 | **111188** | $270,000.00 | $0.00 | $20,582.11 | $11,025.00 | $0.00 | $0.00 | $10,818.62 | **$9,557.11** |
| | 1003300 | 1001452 | **111191** | $225,000.00 | $0.00 | $9,860.15 | $11,200.00 | $0.00 | $0.00 | $5,568.09 | **($1,339.85)** |
| | 1003300 | 1001452 | **111192** | $800,000.00 | $0.00 | $55,798.36 | $202,800.09 | $0.00 | $0.00 | $55,798.36 | **($147,001.73)** |
| | 1003300 | 1001452 | **111203** | $500,000.00 | $0.00 | $77,972.27 | $98,000.02 | $0.00 | $0.00 | $78,000.05 | **($20,027.75)** |
| | 1003300 | 1001886 | **111204** | $205,813.44 | $44,186.56 | $26,624.92 | $15,104.18 | $46,739.15 | ($2,552.59) | $16,701.27 | **$58,259.89** |
| | 1003300 | 1001452 | **111207** | $0.00 | $200,000.00 | $33,006.64 | $26,125.02 | $200,000.00 | $0.00 | $0.00 | **$206,881.62** |
| | 1003300 | 1004575 | **111207** | $0.00 | $150,000.00 | $24,754.95 | $19,593.75 | $150,000.00 | $0.00 | $0.00 | **$155,161.20** |
| | 1003300 | 1001452 | **111218** | $1,000,000.00 | $0.00 | $165,106.25 | $127,500.02 | $0.00 | $0.00 | $146,891.99 | **$37,606.23** |
| | 1003300 | 1001452 | **111219** | $800,000.00 | $0.00 | $128,695.74 | $143,333.31 | $0.00 | $0.00 | $133,323.47 | **($14,637.57)** |
| | 1003300 | 1001452 | **111221** | $0.00 | $0.00 | $0.00 | $4,316.67 | $0.00 | $0.00 | $0.00 | **($4,316.67)** |
| | | | | | | | | | | **Total to be paid - Sorted by Loan Code** | **$528,607.10** |