GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee
of Holders of Executory Contract Rights through
USA Commercial Mortgage Company ("Official Committee of
Direct Lenders")

E-Filed On July 27, 2006

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **OFFICIAL COMMITTEE OF DIRECT LENDERS OPPOSITION TO DEBTORS' MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH OCTOBER 29, 2006, PURSUANT TO THIRD REVISED BUDGET** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: August 4, 2006<br>Time: 9:30 a.m. |

///

///

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/414328.doc

On May 22, 2006, this Court entered its <u>Second Order Approving Debtors' Cash Management Procedures and Cash Usage</u> ("Cash Order"). Generally, the Cash Order authorized the Debtors to fund the operation and administration of their respected estates through their one percent (1%) annual servicing fee the Debtor receives for ongoing collections in its capacity as a loan servicer. Otherwise, the Court ordered the segregation of all principal and interest received from ongoing collections.

On July 7, 2006, Debtors filed their <u>Motion for Order Approving Continued Use of Cash Through October 29, 2006 Pursuant to Third Revised Budget</u> ("Third Budget"). As set forth in the Third Budget, Debtors are only seeking to use funds in the separate DIP Collection Account to the extent they have contractual rights to "collect servicing fees and other fees and costs." See Motion page 4 line 10. The Debtors further acknowledge that they are "not seeking permission to use any funds being held in the separate DIP Investor Account . . ." <u>Id</u>. at line 8.

Here, the Debtors are not seeking, and the Official Committee of Direct Lenders sees no justification for, Debtors funding their ongoing operations from anything other than from the proceeds they receive from post-petition loan servicing fees. To the extent Debtors seek to use the Amended Budget as a means to obtain Court approval to enter into loan extension or exercise remedies against Direct Lenders or "pre-paid interests," the Official Committee of Direct Lenders object. Instead the Debtors' should be limited to funding the operation and administration of their estates through only the one percent (1%) annual servicing fee and other

///

///

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/414328.doc

2

maintenance fees earned on a post-petition basis. Otherwise, all funds received on account of principal and interest must be segregated.

DATED this 27th day of July, 2006.

GORDON & SILVER, LTD.

By: /s/ _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89109
Attorneys for the Official Committee
of Holders of Executory Contract Rights
through USA Commercial Mortgage Company
("Official Committee of Direct Lenders")

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/414328.doc

3