Erven T. Nelson, Esq.
Nevada Bar No. 2332
Bolick & Boyer
6060 W. Elton Avenue, Suite A
Las Vegas, NV  89107
Telephone: (702) 870-6060
Facsimile (702) 870-6090
Email: erv@rlbolick.com

*Electronically filed on July 27, 2006*

Attorneys for Leo G. Mantas and Others

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>**USA COMMERCIAL MORTGAGE COMPANY,**<br>                         **Debtor.** | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06 10726 LBR**<br>**Case No. BK-S-06 10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| In re:<br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>                         **Debtor.** | |
| In re:<br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>                         **Debtor.** | **Chapter 11**<br><br>**Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>**USA CAPITAL FIRST TRUST DEED FUND, LLC,**<br>                         **Debtor.** | **Hearing Date:  August 4, 2006**<br>**Hearing Time:  9:30 a.m.** |
| In re:<br>**USA SECURITIES, LLC,**<br>                         **Debtor.** | |
| **Affects:**<br>___ All Debtors<br>_x_ USA Commercial Mortgage Company<br>___ USA Securities, LLC<br>___ USA Capital Realty Advisors, LLC<br>_x_ USA Capital Diversified Trust Deed Fund, LLC<br>_x_ USA First Trust Deed Fund, LLC | **CERTIFICATE OF SERVICE** |

1. We filed the following document(s) on July 27, 2006:

**MANTAS GROUP'S JOINDER IN STANLEY ALEXANDER AND OTHER INTERESTED PARTIES' PARTIAL OPPOSITION TO DEBTOR'S MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY COURSE RELEASES AND DISTRIBUTE PROCEEDS**

2. I served the above-named document by the following means to the persons as listed below:

■     a.     **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- FRANKLIN C. ADAMS
  Franklin.adams@bbklaw.com; arthur.johnston@bbklaw.com
- NANCY L. ALLF
  nallf@parsonsbehle.com; klawrence@parsonsbehle.com; tthomas@parsonsbehle.com;ecf@parsonsbehle.com
  BMC GROUP, INC.
  evrato@bmcgroup.com; ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com
- KELLY J. BRINKMAN
  kbrinkman@gooldpatterson.com
- THOMAS R. BROOKSBANK
  Brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net
- MATTHEW Q. CALLISTER
  mqc@callister-reynolds.com; Maggie@callister-reynolds.com
- CANDACE C. CARLYON
  ltreadway@sheacarlyon.com; ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com; rsmith@sheacarlyon.com
- ROB CHARLES
  rcharles@lrlaw.com; cjordan@lrlaw.com
- MICHAEL W. CHEN
  Yvette@ccfirm.com
- KEVIN B. CHRISTENSEN
  kbchrislaw@aol.com
- JANET L. CHUBB
  jlc@jonesvargas.com; tbw@jonesvargas.com
- JEFFREY A. COGAN
  Jeffrey@jeffreycogan.com; sarah@jeffreycogan.com
- WILLIAM D. COPE
  Cope_guerra@yahoo.com
- CICI CUNNINGHAM
  bankruptcy@rocgd.com
- LAUREL E. DAVIS
  bklsclv@lionelsawyer.com; ldavis@lionelsawyer.com; gbagley@lionelsawyer.com; ldavisq@aol.com
- THOMAS H. FELL
  THF@GORDONSILVER.COM; BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING
  sfleming@halelane.com; dbergsing@haleland.com; ecfvegas@halelane.com
- GREGORY E. GARMAN
  bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR
  wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ
  Carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov
- GERALD M. GORDON
  bankruptcynotices@gordonsilver.com
- TALITHA B. GRAY
  tbg@gordonsilver.com; bankruptcynotices@gordonsilver.com
- MARJORIE A. GUYMON
  bankruptcy@goldguylaw.com; ddias@goldguylaw.com
- EDWARD J. HANIGAN
  Haniganlaw@earthlink.net; haniganlaw1@earthlink.net
- XANNA R. HARDMAN
  Xanna.hardman@gmail.com
- STEPHEN R. HARRIS
  noticesbh&p@renolaw.biz

- CHRISTOPHER D. JAIME
  cjaime@waltherkey.com; kbernhar@waltherkey.com
- EVAN L. JAMES
  ejameslv@earthlink.net; kbchrislaw@aol.com
- TY E. KEHOE
  TyKehoeLaw@aol.com
- ROBERT R. KINAS
  rkinas@swlaw.com; mstrand@swlaw.com; jlustig@swlaw.com; lholding@swlaw.com; imccord@swlaw.com`
- ZACHARIAH LARSON
  ecf@lslawnv.com
- NILE LEATHAM
  nleatham@klnevada.com; ckishi@klnevada.com; bankruptcy@klnevada.com
- ROBERT C. LEPOME
  Robert@robertlepome.com; susan@robertlepome.com
- REGINA M. MCCONNELL
  rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY
  Lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT
  mcknightlaw@cox.net; gkopang@lawlasvegas.com; cburke@lawlasvegas.com; sforemaster@lawlasvegas.com
- JEANETTE E. MCPHERSON
  jmcpherson@s-mlaw.com; bkfilings@s-mlaw.com
- SHAWN W. MILLER
  bankruptcyfilings@sheacarlyon.com; smiller@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
- DAVID MINCIN
  mcknightlaw@cox.net; gkopang@lawlasvegas.com; cburke@lawlasvegas.com; sforemaster@lawlasvegas.com
- JOHN F. MURTHA
  jmurtha@woodburnandwedge.com
- BOB L. OLSON
  ecffilings@beckleylaw.com; bolson@geckleylaw.com; dgriffis@eckleylaw.com
- DONNA M.OSBORN
  jinouye@marquisaurbach.com; dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; jcrowe@MarquisAurbach.com; kgallegos@MarquisAurbach.com
- DONALD T. POLEDNAK
  sandplegal@yahoo.com; spbankruptcy@yahoo.com
- PAUL CRAY
  info@johnpeterlee.com
- SUSAN WILLIAMS SCANN
  sscann@deanerlaw.com; palexander@deanerlaw.com
- LENARD E. SCHWARTZER
  bkfilings@s-mlaw.com
- SHLOMO S. SHERMAN
  ssherman@sheacarlyon.com; aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; mmallet@sheacarlyon.com; rmsith@sheacarlyon.com
- JEFFREY G. SLOANE
  gjklepel@yahoo.com; rmcconnell@kssattorneys.com
- DAVID A. STEPHENS
  dstephens@lvcm.com
- PETER SUSI
  Cheryl@msmlaw.com; msm@msmlaw.com
- JEFFREY R. SYLVESTER
  jeff@sylvesterpolednak.com; David@sylvesterpolednak.com
- CARYN S. TIJSSELING
  cst@beesleyandpeck.com; aha@beesleyandpeck.com

- U.S. TRUSTEE – LV – 11
  USTPRegion17.lv.ecf@usdoj.gov
- JOAN C. WRIGHT
  jwright@allisonmackenzie.com; jbrooks@allisonmackenzie.com
- JOAN C. WRIGHT
  jwright@allisonmackenzie.com; jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOE
  bankruptcynotices@gordonsilver.com

■ b. **United States mail, postage fully prepaid** (list persons and addresses):

EVAN BEAVERS
1625 Highway 88 #304
Minden, NV 89423

JOSHUA D. BRYSK
Law Offices of James G. Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

ELISSA F. CADISH
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, NV 89169

FRANK A. ELLIS
510 S. 9th Street
Las Vegas, NV 89101

R. VAUGHN GOURLEY
3636 N. Rancho Drive
Las Vegas, NV 89130

ANNETTE W. JARVIS
POB 45385
36 South State Street #1400
Salt Lake City, UT 84145-0385

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN, LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

| | |
|---|---|
| 1 | RICHARD J. MASON |
|   | 130 Pinetree Lane |
| 2 | Riverwoods, IL  60015 |
| 3 | BRECK E. MILDE |
|   | 60 South Market St., Suite 200 |
| 4 | San Jose, CA  95113 |
| 5 | DOUGLAS M. MONSON |
|   | RAY QUINNEY & NEBEKER PC |
|   | 36 South State Street |
| 6 | Suite 1400 |
|   | Salt Lake City, UT  84145-0385 |
| 7 | |
|   | NICHOLAS J. SANTORO |
| 8 | 400 S. Fourth Street 3rd Floor |
|   | Las Vegas, NV  89101 |
| 9 | |
|   | MICHAEL M. SCHMAHL |
| 10 | McQuirewoods, LLP |
|   | 77 W. Wacker Drive, Suite 4100 |
| 11 | Chicago, IL  60601 |
| 12 | JAMES G. SCHWARTZ |
|   | 7901 Stoneridge Drive, Suite 401 |
|   | Pleasanton, CA  94588 |
| 13 | |
|   | SCHWARTZER & MCPHERSON LAW FIRM |
| 14 | 2850 S. Jones Blvd. #1 |
|   | Las Vegas, NV  89146 |
| 15 | |
|   | PATRICIA K. SMOOTS |
| 16 | 318 N. Grove |
|   | Oak Park, IL  0302 |
| 17 | |
|   | BRADLEY J. STEVENS |
| 18 | 3300 N. Central Avenue #1800 |
|   | Phoenix, AZ  85012 |
| 19 | |
|   | THOMAS W. STILLEY |
| 20 | 1000 SW Broadway #1400 |
|   | Portland, OR 97205 |
| 21 | |
|   | STEVEN C. STRONG |
| 22 | RAY QUINNEY & NEBEKER PC |
|   | 36 South State Street |
|   | Suite 1400 |
| 23 | Salt Lake City, UT  84145 |
| 24 | STUTMAN, TREISTER & GLATT PC |
|   | 1901 Avenue of the Stars, 12th Floor |
| 25 | Los Angeles, CA  90067 |
| 26 | GREGORY J. WALCH |
|   | 400 S. Fourth Street, 3rd Floor |
| 27 | Las Vegas, NV  89101 |
| 28 | |

RUSSELL S. WALKER
265 East 100 South
Suite 300
Salt Lake City, UT  84111

WILLIAM E. WINFIELD
POB 9100
Oxnard, CA  93031

MARION E. WYNNE
WILINS, BANKESTER, BILES & WYNNE PA
POST OFFICE BOX 1367
FAIRHOPE, AL  36533-1367

☐ c. **Personal Service** (list persons and addresses):
I personally delivered this document to the persons at these addresses.

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

■ c. **By direct email** (as opposed to through the ECF System) (list persons and email addresses):

Annette Jarvis
AJarvis@rqn.com

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission** (list persons and fax numbers)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐ f. **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (A declaration by the messenger must be attached to this Certificate of Service).

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Dated  27th  day of      July           , 2006.

3
     Susan Gerace                              //s// Susan Gerace
4    Name                                      Signature

5

6
                                              ###
7

8