Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON July 27, 2006

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF ENTRY OF ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: June 21, 2006<br>Time: 9:30 a.m. |

1  TO ALL PARTIES IN INTEREST:

2  PLEASE TAKE NOTICE THAT an Order Approving Agreement With Investment

3  Partners was entered on July 24, 2006, a copy of which is attached hereto.

4  Dated this 26th day of July, 2006

/s/    *Lenard E. Schwartzer, Esq*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

**CERTIFICATES OF SERVICE**

1. On July 27, 2006 I served the following document(s):

   a. Notice of Entry of Order Approving Agreement With Investment Partners

2. I served the above-named document(s) by the following means to the persons as listed below:

☒   a.   **By ECF System**:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith!@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FEL! L    BA! NKRUPTCY NOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

| | |
|---|---|
| 1 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 2 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, |
| 3 | Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 4 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 5 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 6 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 7 | EDWARD J. HANIGAN !    haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 8 | |
| 9 | XANNA R. HARDMAN    xanna.hardman@gmail.com, |
| 10 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 11 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 12 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 13 | ANNETTE W JARVIS    , |
| 14 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 15 | ROBERT R. KINAS    rkinas@swlaw.com, |
| 16 | mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com |
| 17 | ZACHARIAH LARSON !    ecf@lslawnv.com |
| 18 | NILE LEATHAM !    nleatham@klnevada.com, |
| 19 | ckishi@klnevada.com;bankruptcy@klnevada.com |
| 20 | ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com |
| 21 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com, |
| 22 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com, |
| 23 | |
| 24 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 25 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.c! |
| 26 | om;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 27 | DAVID MINCIN    mcknightlaw@cox.net, |
| 28 | gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |

JOHN F MURTHA    jmurtha@woodburnandwedge.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Approve Investment Partners Agreement\NOE order.doc    - 4 -

1  ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

2  BOB L. OLSON     ecffilings@beckleylaw.com,
3  bolson@beckleylaw.com;dgriffis@beckleylaw.com

4  DONNA M. OSBORN     ebaker@marquisaurbach.com,
   dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
5

6  DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com

7  PAUL C R! AY     ! info@joh npeterlee.com

8  SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

9  SHLOMO S. SHERMAN     ssherman@sheacarlyon.com,
10 aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

11
12 JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

13 DAVID A. STEPHENS     dstephens@lvcm.com

14 PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

15 JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

16 CARYN S. ! TIJSSELING     cst@beesleymatteoni.com, aha@beesleymatteoni.com

17 U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov,

18 WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com
19
20 JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

21 MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

22  ☒     b.     **By United States mail, postage fully prepaid**:

23 STEVE E. OSTROW, ESQ.                    REID W. LAMBERT
   WADE B. GOCHNOUR, ESQ.                   WOODBURY & KESLER, P.C.
24 WHITE AND WILLIAMS LLP                   265 EAST 100 SOUTH, SUITE 300
25 1800 One Liberty Place                   SALT LAKE CITY, UT 84111
   Philadelphia, PA  19103-7395
26

27  ☐     c.     **By Personal Service**
28          I personally delivered the document(s) to the persons at these addresses:
        ☐     For a party represented by an attorney, delivery was made by handing the
   document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or

1  other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

2  ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:   July 27, 2006

LIA DORSEY                              /s/     LIA DORSEY
(Name of Declarant)                     (Signature of Declarant)



**Entered on Docket
July 24, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                    Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                    Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                    Debtor. | **ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                                    Debtor. | Date: June 21, 2006<br>Time: 9:30 a.m. |

1

Affects:
- ☒ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA Capital First Trust Deed Fund, LLC
- ☐ USA Securities, LLC

The Debtors' Motion For Order Approving Agreement With Investment Partners (the "Motion") having come before this Court pursuant to an Order shortening Time; the Court having reviewed the pleadings and heard the arguments and representations of counsel (including counsel for USA Investment Partners, LLC ("Investment Partners")), the Court having made its findings on the record and finding good cause, it is

ORDERED that the Motion is granted and the Debtors are authorized to enter into the transactions contemplated by the Motion and to execute and deliver the Promissory Note and Security Agreement attached as Exhibits "A" and "B" to the Motion.

IT IS FURTHER ORDERED that approval of the Motion is premised upon the agreement stated in open court by counsel for Investment Partners that the transactions described in the Motion do not embody a release or compromise of any claims of any of the Debtors against Investment Partners.

IT IS FURTHER ORDERED that:

1. The agreement of the Debtors with Investment Partners does not constitute a release of Investment Partners or compromise of any obligation of Investment Partners on any claims held by any of the Debtors;

2. Except for the payment terms stated in the promissory note payable to USA Commercial Mortgage Company ("USACM"), the agreement does not constitute a waiver of any rights of the Debtors, their bankruptcy estates or their successors and assigns against Investment Partners;

3. The agreement does not prejudice any pre-existing rights that any third parties may have against Investment Partners, including without limitation any rights to set aside or otherwise challenge the security interests and liens of the Debtors against the collateral pledged by Investment Partners under any applicable federal law or

      state law, or any rights any such parties may have under loan documents, subordination agreements or other contracts or agreements with Investment Partners;

4. The promissory note payable to USACMC shall be held by USACMC for the benefit of all of the Debtors without prejudice to the rights of any other debtors to assert claims to the proceeds of such promissory note and without presumption that the proceeds are the property of USACMC solely because the promissory note is payable to USACMC.

5. The liens and security interests upon the property of Investment Partners granted under the security agreement signed by Investment Partners in favor of all Debtors shall have priority, as among the different Debtors, as decided by further order of this Court.

6. Any payments, collateral, or proceeds of collateral received under the promissory note or the security agreement shall be held for the benefit of all Debtors and shall neither be used, allocated, nor distributed among the Debtors except upon further order of the Court.

Submitted by:

*/s/ LENARD E. SCHWARTZER*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

/ / /

/ / /

3
P:\USA Commercial Mortgage\Pleadings\Approve Investment Partners Agreement\ORDER re Agreement with Investment Partners 071706.doc

**ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

Approved / ~~Disapproved~~ by

WHITE AND WILLIAMS LLP

By: _____
STEVE E. OSTROW, ESQ.
WADE B. GOCHNOUR, ESQ.
1800 One Liberty Place
Philadelphia, PA 19103-7395
*Counsel for Liberty Bank*

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
JEFFREY HERMANN, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved / Disapproved by

By: _____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

# # #

4

P:\USA Commercial Mortgage\Pleadings\Approve Investment Partners Agreement\ORDER re Agreement with Investment Partners 071006_(2).doc

**ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

Approved / Disapproved by

WHITE AND WILLIAMS LLP

By: _____
STEVE E. OSTROW, ESQ.
WADE B. GOCHNOUR, ESQ.
1800 One Liberty Place
Philadelphia, PA 19103-7395
*Counsel for Liberty Bank*

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
JEFFREY HERMANN, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved / Disapproved by

By: _____[signature]_____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

### ###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

4

P:\USA Commercial Mortgage\Pleadings\Approve Investment Partners Agreement\ORDER re Agreement with Investment Partners 031706.doc

**ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

Approved / Disapproved by

WHITE AND WILLIAMS LLP

By: _____
STEVE E. OSTROW, ESQ.
WADE B. GOCHNOUR, ESQ.
1800 One Liberty Place
Philadelphia, PA 19103-7395
Counsel for Liberty Bank

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
JEFFREY HERMANN, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved / Disapproved by

By: _____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

###

4

P:\USA Commercial Mortgage\Pleadings\Approve Investment Partners Agreement\ORDER re Agreement with Investment Partners 071706.doc

# ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)

Approved / Disapproved by

WHITE AND WILLIAMS LLP

By: _____
STEVE E. OSTROW, ESQ.
WADE B. GOCHNOUR, ESQ.
1800 One Liberty Place
Philadelphia, PA 19103-7395
*Counsel for Liberty Bank*

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee
of Unsecured Creditors of USA
Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
JEFFREY HERMANN, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
Diversified Trust Deed Fund, LLC*

Approved / Disapproved by

By: _____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by: (Approved circled)

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of
Holders of Executory Contract Rights of
USA Commercial Mortgage Company*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
First Trust Deed Fund LLC*

# # #

4

1  **ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

Approved / Disapproved by

WHITE AND WILLIAMS LLP

By: _____
STEVE E. OSTROW, ESQ.
WADE B. GOCHNOUR, ESQ.
1800 One Liberty Place
Philadelphia, PA 19103-7395
*Counsel for Liberty Bank*

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: /s/ Jeffrey D. Vermaun
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
JEFFREY HERMANN, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved / Disapproved by

By: _____
Office of the U.S. Trustee
Foley Federal Building
300 Las Vegas Blvd. South, Suite 4300
Las Vegas NV 89101

Approved/Disapproved by:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

### #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER APPROVING AGREEMENT WITH INVESTMENT PARTNERS (AFFECTS ALL DEBTORS)**

| Approved / Disapproved by | Approved / Disapproved by |
|---|---|
| WHITE AND WILLIAMS LLP | |
| ~~1800 One Liberty Place~~ Philadelphia, PA 19103-7395 *Counsel for Liberty Bank* | 300 Las Vegas Blvd. South, Suite 4300 Las Vegas NV 89101 |

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By:_____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

GORDON & SILVER, LTD.

By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
JEFFREY HERMANN, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.

By: /s/ Eve H. Karasik
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

### # # #