**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on July 27, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** 06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10727 | Date: N/A<br>Time: N/A<br>**Affecting:**<br>× All Cases<br>or Only: |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | ¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC** 06-10729 | ¨ USA Capital Diversified Trust Deed Fund, LLC |
| **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC |

1.   I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following documents:

  A)   Third Amendment to Verified Statement of Rob Charles Pursuant to Bankruptcy Rules 2014 in Support of Application by Official Committee of Unsecured Creditors to Employ Lewis and Roca LLP as Counsel for the Committee [DE 983]; and

  B)   Limited Opposition to Debtors' Motion for Order Approving Continued Use of Cash through October 29, 2006 Pursuant to Third Revised Budget [DE 992];

1742363.1

C) Response to Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds [DE 995] and

D) Declaration of Edward M. Burr in Support of Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds [DE 996]

2. I Served DE 983 by the following means to the persons as listed below:

A) ECF System to the persons listed on Exhibit A on July 26, 2006;

B) Email on July 26, 2006 to all persons with email addresses listed on the Master Service List on file with this Court not included in A).

C) U.S. Mail, postage prepaid mail on July 27, 2006 to all persons without email addresses listed on the Master Service List on file with this Court not included in A).

3. I served DE 992, 995, and 996 by the following means to the persons as listed below:

A) ECF System to the persons listed on Exhibit A on July 27, 2006;

B) Email or U.S. Mail, postage prepaid mail on July 27, 2006 to all persons listed on the Master Service List on file with this Court not included in A).

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of July, 2006.

/s/ Christine E. Laurel
Christine E. Laurel

1742363.1