# EXHIBIT A

1491622.1

**Miscellaneous:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from CHARLES, ROB entered on 7/26/2006 at 1:52 PM PDT and filed on 7/26/2006
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 983

**Docket Text:**
Amended Declaration *Third Amendment to Verified Statement of Rob Charles Pursuant to Bankruptcy Rules 2014 in Support of Application by Official Committee of Unsecured Creditors to Employ Lewis and Roca LLP as Counsel for the Committee* Filed by ROB CHARLES on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY (Related document(s)[688] Declaration,, filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY) (CHARLES, ROB)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\CLaurel\Desktop\Nevada Filings\3rd Verified Statement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/26/2006] [FileNumber=7121290-0]
[40407eda1d2b86d6a57c22004f96c33e0e9b94d98adadaa778a415bda852da1f5936
0f0a77d588939e6ef0ee822369b368aec0e8240b67f990e584006dd0b104]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

https://ecf.nvb.uscourts.gov/cgi-bin/Dispatch.pl?597054818162865                    7/26/2006

CANDACE C CARLYON  ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES  rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN  yvette@ccfirm.com

KEVIN B. CHRISTENSEN  kbchrislaw@aol.com,

JANET L. CHUBB  tbw@jonesvargas.com

JEFFREY A. COGAN  jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE  cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM  bankruptcy@rocgd.com

LAUREL E. DAVIS  bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL  BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING  sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN  bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR  wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ  carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON  bankruptcynotices@gordonsilver.com

TALITHA B. GRAY  bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON  bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN  haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN  xanna.hardman@gmail.com,

STEPHEN R HARRIS  noticesbh&p@renolaw.biz

DAVID W. HUSTON  dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME  cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES  ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS   ,

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyo

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasv

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

R VAUGHN GOURLEY
3636 N RANCHO DR
LAS VEGAS, NV 89130

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR

LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEWIS AND ROCA LLP

,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON

,

BRECK E. MILDE
60 South Market St, Suite 200
San Jose, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

NICHOLAS J SANTORO

400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

RUSSELL S. WALKER
265 EAST 100 SOUTH
SUITE 300
SALT LAKE CITY, UT 84111

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367