1   JANET L. CHUBB, ESQ.
    Nevada Bar # 176
2   JONES VARGAS
    100 W. Liberty St, 12th Floor
3   P.O. Box 281
    Reno, NV 89504-0281
4   Telephone:  (775) 786-5000
    Fax:  775-786-1177
5   Email:  jlc@jonesvargas.com
            tbw@jonesvargas.com
6
    Attorneys for JV Direct Lenders
7

**Electronically Filed on
July 28, 2006**

8                  **UNITED STATE  BANKRUPTCY COURT**

9                       **DISTRICT OF NEVADA**

10  In re:                                           Case No.    BK-S-06-10725 LBR
                                                     Case No.    BK-S-06-10726 LBR
11  USA COMMERCIAL MORTGAGE COMPANY,                 Case No.    BK-S-06-10727 LBR
                        Debtor.                      Case No.    BK-S-06-10728 LBR
12  _____      Case No.    BK-S-06-10729 LBR

13  USA CAPITAL REALTY ADVISORS, LLC                 Chapter     11
                        Debtor.
14  _____      **Jointly Administered Under
                                                     Case No. BK-S-06-10725 LBR**
15  USA CAPITAL DIVERSIFIED TRUST DEED
    FUND, LLC,                                        **REQUEST FOR SPECIAL NOTICE
16                      Debtor.                       [AFFECTS ALL DEBTORS]**
    _____
17
    USA CAPITAL FIRST TRUST DEED FUND,
18  LLC,
                        Debtor.                        Hearing Date:    n/a
19  _____       Hearing Time:    n/a

20  USA SECURITIES, LLC,
                        Debtor.
21  _____
    Affects:
23   : All Debtors
     □ USA Commercial Mortgage Company
24   □ USA Securities, LLC
     □ USA Capital Realty Advisors, LLC
25   □ USA Capital Diversified Trust Deed Fund
     □ USA First Trust Deed Fund, LLC
26

27

28
    TO:     ALL INTERESTED PARTIES

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice anderson baltes 7.27.06.doc

                                    -1-

1  The Charles B. Anderson Trust, Rita P. Anderson Trust, and Baltes Company, JV Direct

2  Lenders in the above-referenced bankruptcy estate, hereby request notice of all pleadings, papers,

3  hearings, meetings and other matters in connection with the above-captioned case.

4  Notices pursuant to this request are to be sent to the following address:

5  Charles B. Anderson Trust
   Rita P. Anderson Trust
6  Baltes Company
   211 Copper Ridge Court
7  Boulder City, NV 89005
   Telephone:  702-565-0835
8  Email:  chasband@earthlink.net

9  Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim,

10  document, suit, motion or any other writing or conduct, shall constitute a waiver of the following

11  rights:

12  1.  Right to have any final orders in any non-core matters entered only after de novo

13  review by a United States District Judge;

14  2.  Right to trial by jury in any proceeding in which this right exists, whether the right

15  be designated legal or private, whether the right is asserted in any related case, controversy or

16  proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under Section

17  157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under

18  statute or the United States Constitution;

19  3.  Right to have the United States District Court withdraw the reference of this matter

20  in any proceeding subject to mandatory or discretionary withdrawal; or,

21  4.  Other rights, claims, actions, defenses, setoffs, recoupments or other matters to

23  which this party is entitled under any agreements, at law or in equity, or under the United States

24  Constitution.

25  The Charles B. Anderson Trust, Rita P. Anderson Trust, and Baltes Company expressly

26  reserve all of the rights listed above.

27  ////

28

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice anderson baltes 7.27.06.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1    Filing this request for notice or participating in this bankruptcy proceeding shall not be

2    deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

3        DATED: July 28, 2006

4                                                    JONES VARGAS

5

6                                            By:    //s// Janet L. Chubb
                                                    JANET L. CHUBB
7
                                            Attorneys for Direct Lenders/Beneficiaries
8

9

10

11

12

13

14

15

16

17

18

19

20

21

23

24

25

26

27

28

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice anderson baltes 7.27.06.doc

-3-

**CERTIFICATE OF SERVICE**

1.      On July 28, 2006, I served the following document(s):

REQUEST FOR SPECIAL NOTICE

2.      I served the above-named document(s) by the following means to the persons as listed below:

:      a.      **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- **NANCY L ALLF**
  nallf@parsonsbehle.com;klawrence@parsonsbehle.com;tthomas@parsonsbehle.com; ecf@parsonsbehle.com
- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK**
  brooksbankt1@sbcglobal.net kaya1@sbcglobal.net
- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com;ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com
- **MICHAEL W. CHEN**
  michael@ccfirm.com yvette@ccfirm.com
- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com
- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE**
  cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com
- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com;ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- **THOMAS H. FELL**
  thf@gordonsilver.com bankruptcynotices@gordonsilver.com
- **SCOTT D. FLEMING**
  sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com
- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com
- **WADE B. GOCHNOUR**
  wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com
- **CARLOS A. GONZALEZ**
  carlos.gonzalez2@usdoj.gov;arlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice anderson baltes 7.27.06.doc

-4-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1  • **GERALD M GORDON**
bankruptcynotices@gordonsilver.com
2  • **TALITHA B. GRAY**
tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
3  • **MARJORIE A. GUYMON**
bankruptcy@goldguylaw.com ddias@goldguylaw.com
4  • **EDWARD J. HANIGAN**
haniganlaw@earthlink.net haniganlaw1@earthlink.net
5  • **XANNA R. HARDMAN**
xanna.hardman@gmail.com
6  • **STEPHEN R HARRIS**
steve@renolaw.biz noticesbh&p@renolaw.biz
7  • **DAVID W. HUSTON**
dwh@hustonlaw.net swaits@hustonlaw.net
8  • **CHRISTOPHER D JAIME**
cjaime@waltherkey.com kbernhar@waltherkey.com
9  • **EVAN L. JAMES**
ejameslv@earthlink.net kbchrislaw@aol.com
10  • **ANNETTE W JARVIS**
• **TY E. KEHOE**
11  TyKehoeLaw@aol.com
• **ROBERT R. KINAS**
12  rkinas@swlaw.com
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com
13  • **ZACHARIAH LARSON**
14  ecf@lslawnv.com
• **NILE LEATHAM**
15  nleatham@klnevada.com ckishi@klnevada.com;bankruptcy@klnevada.com
• **ROBERT C. LEPOME**
16  robert@robertlepome.com susan@robertlepome.com
• **REGINA M. MCCONNELL**
17  rmcconnell@kssattorneys.com
• **WILLIAM L. MCGIMSEY**
18  lawoffices601@lvcoxmail.com
• **RICHARD MCKNIGHT**
19  mcknightlaw@cox.net
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
20  • **JEANETTE E. MCPHERSON**
21  bkfilings@s-mlaw.com          bkfilings@s-mlaw.com;jmcpherson@s-mlaw.com
bkfilings@s-mlaw.com
23  • **SHAWN W MILLER**
bankruptcyfilings@sheacarlyon.com;smiller@sheacarlyon.com;aboehmer@sheacarly
24  on.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
• **DAVID MINCIN**
25  mcknightlaw@cox.net;kopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke
@lawlasvegas.com,sforemaster@lawlasvegas.com
26  • **JOHN F MURTHA**
jmurtha@woodburnandwedge.com
27  • **ERVEN T. NELSON**
erv@rlbolick.com susan@rlbolick.com
28
H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice anderson baltes 7.27.06.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1  • **BOB L. OLSON**
ecffilings@beckleylaw.com bolson@beckleylaw.com;dgriffis@beckleylaw.com
2  • **DONNA M. OSBORN**
ebaker@marquisaurbach.com;dosborn@marquisaurbach.com;tszostek@marquisaurb
3  ach.com;kgallegos@MarquisAurbach.com
• **DONALD T. POLEDNAK**
4  sandplegal@yahoo.com spbankruptcy@yahoo.com
• **PAUL C RAY**
5  info@johnpeterlee.com
• **SUSAN WILLIAMS SCANN**
6  sscann@deanerlaw.com palexander@deanerlaw.com
• **LENARD E. SCHWARTZER**
7  bkfilings@s-mlaw.com
• **SHLOMO S. SHERMAN**
8  ssherman@sheacarlyon.com;aboehmer@sheacarlyon.com;bankruptcyfilings@sheaca
rlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarl
9  yon.com
• **JEFFREY G. SLOANE**
10  gjklepel@yahoo.com rmcconnell@kssattorneys.com
• **DAVID A. STEPHENS**
11  dstephens@lvcm.com
• **PETER SUSI**
12  cheryl@msmlaw.com msm@msmlaw.com
• **JEFFREY R. SYLVESTER**
13  jeff@sylvesterpolednak.com David@sylvesterpolednak.com
• **CARYN S. TIJSSELING**
14  cst@beesleymatteoni.com aha@beesleymatteoni.com
• **WHITNEY B. WARNICK**
15  wbw@albrightstoddard.com bstessel@albrightstoddard.com
• **JOAN C WRIGHT**
16  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
• **MATTHEW C. ZIRZOW**
17  bankruptcynotices@gordonsilver.com

18  **:**  b.  **United States mail, postage fully prepaid** (list persons and
addresses):
19
Evan Beavers
20  1625 Highway 88, #304
Minden, NV  89423
21
Joshua D Brysk
23  Law Offices of James G Schwartz
7901 Stoneridge Drive, Suite 401
24  Pleasanton, CA 94588

25  Elissa F. Cadish, Esq.
Matthew J. Kreutzer, Esq.
26  J. Stephen Peek, Esq.
Hale Lane Peek Dennison
27  3920 Howard Hughes Pky, 4th Floor
Las Vegas, NV  89169
28

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice anderson baltes 7.27.06.doc

-6-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1

2   R. Vaughn Gourley, Esq.
Stephens Gourley & Bywater, P.C.

3   3636 N. Rancho Dr.
Las Vegas, NV  89130

4

Thomas J. Allison

5   c/o USA Capital
4484 S. Pecos Blvd.

6   Las Vegas, NV  89121

7   Reid W. Lambert, Esq.
Elizabeth P. Loveridge, Esq.

8   Russell S. Walker, Esq.
Woodbury & Kesler, P.C.

9   265 East 100 Southy, Suite 300
Salt Lake City, UT 84111

10

Lee D. Mackson, Esq.

11  Shutts & Bowen, LLP
1500 Miami Center

12  201 South Biscayne Blvd.
Miami, FL  33131

13

Breck E. Milde, Esq.

14  60 South Market St., #200
San Jose, CA  95113

15

James G Schwartz

16  7901 Stoneridge Dr #401
Pleasanton, CA 94588

17

Thomas W Stilley

18  1000 SW Broadway #1400
Portland, OR 97205

19

Gregory J Walch

20  400 S Fourth St 3rd Floor
Las Vegas, NV 89101

21

Marion E. Wynne, Esq.

23  Wilkins, Bankester, Biles & Wynne, P.A.
Post Office Box 1367

24  Fairhope, AL 36533-1367

25          ❾  c.       **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these

26                      addresses:

27                      ❾          For a party represented by an attorney, delivery was made by
handing the document(s) to the attorney or by leaving the

28                                 document(s) at the attorney's office with a clerk or other person

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice anderson baltes 7.27.06.doc

-7-

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1          in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

2

3    ❾    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

4

5    :    d.    **By direct email (as opposed to through the ECF System**) (list Persons and email addresses):

6

7    Susan M. Freeman
sfreeman@lrlaw.com

8    Frank Merola, Eve Karasik & Christine M. Pajak
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

9

10   Marc A. Levinson & Lynn Trinka Ernce
malevinson@orick.com;lernce@orrick.com

11   Bob L. Olson & Anne M. Loraditch
bolson@beckleylaw.com; aloraditch@beckleylaw.com

12

13   Stan Wolken
bayareastan@yahoo.com

14   Nicholas J. Santoro
NSantoro@Nevadafirm.com

15

16   Jed A. Hart, Esq.
jhart@angelogordon.com

17   Bradley J. Stevens, Esq.
bstevens@jsslaw.com

18

19   Richard Mason, Patricia K. Smoots, & Michael M. Schmahl
rjmason@mcguirewoods.com;psmoots@mcguirewoods.com; mschmahl@mcguirewood.com

20   Andrew Welcher c/o William E. Winfield,
wwinfield@nchc.com

21

23   Annette W. Jarvis, Steven C. Strong, & Douglas M. Monson
ajarvis@rqn.com; sstrong@rqn.com; dmonson@rqn.com

24          Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

25

26

27    ❾    e.    **By fax transmission** (list persons and fax numbers):

28

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice anderson baltes 7.27.06.doc

-8-

1

2

3

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

4

❾ f.    **By messenger**:

5

6

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

7

8

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 28th day of  July, 2006.

9

10

   J. Englehart & Tawney Waldo            //s// Tawney Waldo & J. Englehart
Name                                           Signature

11

12

13

14

15

16

17

18

19

20

21

23

24

25

26

27

28

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice anderson baltes 7.27.06.doc