JANET L. CHUBB, ESQ.
Nevada Bar # 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
       tbw@jonesvargas.com

Attorneys for JV Direct Lenders

*Electronically Filed on July 28, 2006*

**UNITED STATE BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　Debtor.<br>_____<br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC<br>　　　　　　　Debtor.<br>_____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　Debtor.<br>_____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　Debtor.<br>_____<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　　Debtor.<br>_____<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund<br>☐ USA First Trust Deed Fund, LLC | Case No.   BK-S-06-10725 LBR<br>Case No.   BK-S-06-10726 LBR<br>Case No.   BK-S-06-10727 LBR<br>Case No.   BK-S-06-10728 LBR<br>Case No.   BK-S-06-10729 LBR<br><br>Chapter    11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR**<br><br>**REQUEST FOR SPECIAL NOTICE<br>[AFFECTS ALL DEBTORS]**<br><br>Hearing Date:   n/a<br>Hearing Time:   n/a |

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice corum 7.27.06.doc

-1-

TO: ALL INTERESTED PARTIES

Bruce H. Corum and Juanita N. Carter, JV Direct Lenders in the above-referenced bankruptcy estate, hereby request notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

Notices pursuant to this request are to be sent to the following address:

Bruce H. Corum, Trustee of the Credit Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864
Telephone: 916-487-4766
Email: thecorumhouse@yahoo.com

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver of the following rights:

1. Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

2. Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under Section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

3. Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or,

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

Mr. Corum and Ms. Carter expressly reserve all of the rights listed above.

////

////

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice corum 7.27.06.doc

-2-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1  Filing this request for notice or participating in this bankruptcy proceeding shall not be
2  deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

3  DATED: July 28, 2006

4                                                   JONES VARGAS

6                                    By:    //s// Janet L. Chubb
                                               JANET L. CHUBB

                           Attorneys for Direct Lenders/Beneficiaries

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice corum 7.27.06.doc

-3-

**CERTIFICATE OF SERVICE**

1. On July 28, 2006, I served the following document(s):

   REQUEST FOR SPECIAL NOTICE

2. I served the above-named document(s) by the following means to the persons as listed below:

   **:** a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- **NANCY L ALLF**
  nallf@parsonsbehle.com;klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK**
  brooksbankt1@sbcglobal.net kaya1@sbcglobal.net
- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com;ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com
- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com
- **MICHAEL W. CHEN**
  michael@ccfirm.com yvette@ccfirm.com
- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com
- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE**
  cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com
- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com;ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- **THOMAS H. FELL**
  thf@gordonsilver.com bankruptcynotices@gordonsilver.com
- **SCOTT D. FLEMING**
  sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com
- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com
- **WADE B. GOCHNOUR**
  wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com
- **CARLOS A. GONZALEZ**
  carlos.gonzalez2@usdoj.gov;arlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice corum 7.27.06.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1. - **GERALD M GORDON**
     bankruptcynotices@gordonsilver.com
2. - **TALITHA B. GRAY**
     tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
3. - **MARJORIE A. GUYMON**
     bankruptcy@goldguylaw.com ddias@goldguylaw.com
4. - **EDWARD J. HANIGAN**
     haniganlaw@earthlink.net haniganlaw1@earthlink.net
5. - **XANNA R. HARDMAN**
     xanna.hardman@gmail.com
6. - **STEPHEN R HARRIS**
     steve@renolaw.biz noticesbh&p@renolaw.biz
7. - **DAVID W. HUSTON**
     dwh@hustonlaw.net swaits@hustonlaw.net
8. - **CHRISTOPHER D JAIME**
     cjaime@waltherkey.com kbernhar@waltherkey.com
9. - **EVAN L. JAMES**
     ejameslv@earthlink.net kbchrislaw@aol.com
10. - **ANNETTE W JARVIS**
11. - **TY E. KEHOE**
      TyKehoeLaw@aol.com
12. - **ROBERT R. KINAS**
      rkinas@swlaw.com
      mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com
13. - **ZACHARIAH LARSON**
      ecf@lslawnv.com
14. - **NILE LEATHAM**
      nleatham@klnevada.com ckishi@klnevada.com;bankruptcy@klnevada.com
15. - **ROBERT C. LEPOME**
      robert@robertlepome.com susan@robertlepome.com
16. - **REGINA M. MCCONNELL**
      rmcconnell@kssattorneys.com
17. - **WILLIAM L. MCGIMSEY**
      lawoffices601@lvcoxmail.com
18. - **RICHARD MCKNIGHT**
      mcknightlaw@cox.net
      gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
19. - **JEANETTE E. MCPHERSON**
      bkfilings@s-mlaw.com              bkfilings@s-mlaw.com;jmcpherson@s-mlaw.com
      bkfilings@s-mlaw.com
20. - **SHAWN W MILLER**
      bankruptcyfilings@sheacarlyon.com;smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
21. - **DAVID MINCIN**
      mcknightlaw@cox.net;kopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
22. - **JOHN F MURTHA**
      jmurtha@woodburnandwedge.com
23. - **ERVEN T. NELSON**
      erv@rlbolick.com susan@rlbolick.com

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice corum 7.27.06.doc

-5-

- **BOB L. OLSON**
  ecffilings@beckleylaw.com bolson@beckleylaw.com;dgriffis@beckleylaw.com
- **DONNA M. OSBORN**
  ebaker@marquisaurbach.com;dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com
- **PAUL C RAY**
  info@johnpeterlee.com
- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com
- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com
- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com;aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com
- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com
- **DAVID A. STEPHENS**
  dstephens@lvcm.com
- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com
- **JEFFREY R. SYLVESTER**
  jeff@sylvesterpolednak.com David@sylvesterpolednak.com
- **CARYN S. TIJSSELING**
  cst@beesleymatteoni.com aha@beesleymatteoni.com
- **WHITNEY B. WARNICK**
  wbw@albrightstoddard.com bstessel@albrightstoddard.com
- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

: b. **United States mail, postage fully prepaid** (list persons and addresses):

Evan Beavers
1625 Highway 88, #304
Minden, NV  89423

Joshua D Brysk
Law Offices of James G Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

Elissa F. Cadish, Esq.
Matthew J. Kreutzer, Esq.
J. Stephen Peek, Esq.
Hale Lane Peek Dennison
3920 Howard Hughes Pky, 4th Floor
Las Vegas, NV  89169

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice corum 7.27.06.doc

-6-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1

2  R. Vaughn Gourley, Esq.
   Stephens Gourley & Bywater, P.C.
3  3636 N. Rancho Dr.
   Las Vegas, NV 89130
4
   Thomas J. Allison
5  c/o USA Capital
   4484 S. Pecos Blvd.
6  Las Vegas, NV 89121

7  Reid W. Lambert, Esq.
   Elizabeth P. Loveridge, Esq.
8  Russell S. Walker, Esq.
   Woodbury & Kesler, P.C.
9  265 East 100 Southy, Suite 300
   Salt Lake City, UT 84111
10
   Lee D. Mackson, Esq.
11 Shutts & Bowen, LLP
   1500 Miami Center
12 201 South Biscayne Blvd.
   Miami, FL 33131
13
   Breck E. Milde, Esq.
14 60 South Market St., #200
   San Jose, CA 95113
15
   James G Schwartz
16 7901 Stoneridge Dr #401
   Pleasanton, CA 94588
17
   Thomas W Stilley
18 1000 SW Broadway #1400
   Portland, OR 97205
19
   Gregory J Walch
20 400 S Fourth St 3rd Floor
   Las Vegas, NV 89101
21
   Marion E. Wynne, Esq.
23 Wilkins, Bankester, Biles & Wynne, P.A.
   Post Office Box 1367
24 Fairhope, AL 36533-1367

25      ❾ c.     **Personal Service** (list persons and addresses):
                  I personally delivered the document(s) to the persons at these
26                addresses:

27              ❾       For a party represented by an attorney, delivery was made by
                        handing the document(s) to the attorney or by leaving the
28                      document(s) at the attorney's office with a clerk or other person

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice corum 7.27.06.doc

-7-

Case 06-10725-gwz   Doc 1022   Entered 07/28/06 08:42:28   Page 8 of 9

in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

- ❾ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ d. **By direct email (as opposed to through the ECF System)** (list Persons and email addresses):

Susan M. Freeman
sfreeman@lrlaw.com

Frank Merola, Eve Karasik & Christine M. Pajak
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

Marc A. Levinson & Lynn Trinka Ernce
malevinson@orick.com;lernce@orrick.com

Bob L. Olson & Anne M. Loraditch
bolson@beckleylaw.com; aloraditch@beckleylaw.com

Stan Wolken
bayareastan@yahoo.com

Nicholas J. Santoro
NSantoro@Nevadafirm.com

Jed A. Hart, Esq.
jhart@angelogordon.com

Bradley J. Stevens, Esq.
bstevens@jsslaw.com

Richard Mason, Patricia K. Smoots, & Michael M. Schmahl
rjmason@mcguirewoods.com;psmoots@mcguirewoods.com; mschmahl@mcguirewood.com

Andrew Welcher c/o William E. Winfield,
wwinfield@nchc.com

Annette W. Jarvis, Steven C. Strong, & Douglas M. Monson
ajarvis@rqn.com; sstrong@rqn.com; dmonson@rqn.com

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

❾ e. **By fax transmission** (list persons and fax numbers):

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice corum 7.27.06.doc

-8-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1
2
3

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

4   ❾ f.   **By messenger**:

5
6

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 28th day of July, 2006.

|    J. Englehart & Tawney Waldo    |   //s// Tawney Waldo & J. Englehart   |
|---|---|
| Name | Signature |

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\request for notice corum 7.27.06.doc

-9-