Jeffrey G. Sloane, Esq. (NSB# 784 )
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com
    and
Richard J. Mason, PC
Patricia K. Smoots
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com

*Admitted Pro Hac Vice*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor.<br>Affects: | **VERIFIED STATEMENT OF<br>MCGUIREWOODS LLP BY MICHAEL<br>M. SCHMAHL PURSUANT TO<br>BANKRUPTCY RULE 2019<br>(AFFECTS ALL DEBTORS)** |

☒ All Debtors
☐ USA Commercial Mortgage Company        Date: N/A
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC          Time: N/A
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

## VERIFIED STATEMENT OF MCGUIREWOODS LLP BY MICHAEL M. SCHMAHL PURSUANT TO BANKRUTPCY RULE 2019

Michael M. Schmahl, on behalf of McGuireWoods LLP, hereby declares under penalty of perjury and states as follows:

1. I am an attorney licensed to practice law in the states of Illinois and Wisconsin and am an associate in the law firm of McGuireWoods LLP. Pursuant to a prior Order entered by the Court, I have been admitted to practice before this Court in the above-captioned bankruptcy cases. I have personal knowledge of the facts set forth herein and if called as a witness could competently testify thereto.

2. Richard J. Mason, an attorney licensed to practice law in the state of Illinois and partner at McGuireWoods, and I are primarily responsible for representing the following parties in connection with these bankruptcy cases:

(a) Dr. Gary Kantor, 2816 Vista Del Sol, Las Vegas, Nevada 89120, with respect to his: (i) approximately 2,484,866.44 shares of the USA Capital Diversified Trust Deed Fund, LLC with a share value of approximately $2,484,866.44 invested more than a year before the commencement of these cases; (ii) direct loan of $500,000 to Marlton Square made on an undetermined date currently believed to be in June 2005; (iii) direct loan of $500,000 to 6425 Gess, Ltd. made on a date in 2005 that has yet to be verified; and (iv) direct loan of $500,000 to Fiesta Murrieta made on a date that has yet to be verified before the commencement of these cases;

(b) Mrs. Lynn Kantor (f/k/a Lynn Maguire), 2816 Vista Del Sol, Las Vegas, Nevada 89120, with respect to her: (i) approximately 255,331.95 shares shares of the USA Capital Diversified Trust Deed Fund, LLC with a share value of approximately $255,331.95 invested more than a year before the commencement of these cases; (ii) direct loan of $22,894.49 to Amesbury/Hatters Point made on a date that has yet to be verified that is believed to be more than a year before the commencement of these cases; and (iii) direct loan of $65,000 to Marlton Square made on a date that has yet to be verified but currently believed to be in June 2005;

(c) Kantor Nephrology Consultants, Ltd. 401(k) Profit Sharing Plan, Dr. Gary Kantor, Trustee, 1750 E. Desert Inn, Suite 200, Las Vegas, NV 89109, with respect to its: (i) approximately 2,706,869.69 shares of the USA Capital Diversified Trust Deed Fund, LLC, with a share value of approximately $2,706,869.69 invested more than a year before the commencement of these cases; and (ii) direct loan of $500,000 to Marlton Square made on June 2, 2005; and

(d) Lynn Kantor IRA, Mrs. Lynn Kantor, 2816 Vista Del Sol, Las Vegas, Nevada 89120, with respect to its approximately 10.44 shares of the USA First Trust Deed Fund, LLC with a share value of approximately $52,111 invested more than a year before the commencement of these cases.

3. Jeffrey Sloane and Regina McConnell of the law firm Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd., located in Henderson, Nevada, are representing each of the above parties as local Nevada counsel.

4. A supplement to this Statement will be filed once all of the relevant information has been obtained.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 28th day of July, 2006

                        /s/ Micahel M. Schmahl
                        Michael M. Schmahl
                        McGuireWoods, LLP
                        77 W. Wacker Drive
                        Suite 4100
                        Chicago, IL 60601
                        (T) (312) 750-8881
                        (F) (312) 920-6598
                        One of the Attorneys for the Dr. Gary Kantor, Kantor Nephrology Consultants, Ltd., Mrs. Lynn Kantor (f/k/a Lynn Maguire), and the Lynn Kantor IRA

## CERTIFICATE OF SERVICE

1. We filed the following document on July 28, 2006:

      **VERIFIED STATEMENT OF MCGUIREWOODS LLP BY MICHAEL M. SCHMAHL PURSUANT TO BANKRUPTCY RULE 2019 (AFFECTS ALL DEBTORS)**

2. I served the above-named document by the following means to the persons as listed below:

a.   **ECF System** (See "Notice of Electronic Filing" attached as Exhibit A).

      FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

      NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

      BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

      KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

      THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith!@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FEL! L    BA! NKRUPTCY NOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN !    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN    xanna.hardman@gmail.com,

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw!.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZAC HARIAH LARSON    ecf@lslawnv.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

| | |
|---|---|
| 1 | |
| 2 | SHAWN W! MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 3 | |
| 4 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 5 | |
| 6 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 7 | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com |
| 8 | BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 9 | |
| 10 | DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 11 | |
| 12 | DONALD T. POLE! DNAK    san! dplegal@ yahoo.com, spbankruptcy@yahoo.com |
| 13 | |
| 14 | PAUL C RAY    info@johnpeterlee.com |
| 15 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |
| 16 | |
| 17 | LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |
| 18 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com |
| 19 | |
| 20 | JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 21 | |
| 22 | DAVID A. STEPHENS    dstephens@lvcm.com |
| 23 | PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |
| 24 | JEFFREY R. SYLVESTER !    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com |
| 25 | |
| 26 | CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com |
| 27 | |
| 28 | |

        U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

        WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
        JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

        MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

b.    **United States Mail, postage fully prepaid,** to the following:

        EVAN BEAVERS
        1625 HIGHWAY 88, #304
        MINDEN, NV 89423

        JOSHUA D BRYSK
        LAW OFFICES OF JAMES G SCHWARTZ
        7901 STONERIDGE DRIVE, SUITE 401
        PLEASANTON, CA 94588

        ELISSA F CADISH
        3930 HOWARD HUGHS PKWY, 4TH FLR
        LAS VEGAS, NV 89169

        FRANK A ELLIS
        510 S 9TH ST
        LAS VEGAS, NV 89101

        R VAUGHN GOURLEY
        3636 N RANCHO DR
        LAS VEGAS, NV 89130

        ANNETTE W JARVIS
        POB 45385
        36 SOUTH STATE STREET, #1400
        SALT LAKE CITY, UT 84145-0385

        MATTHEW J. KREUTZER
        HALE LANE PEEK DENNISON AND HOWARD
        3930 HOWARD HUGHES PARKWAY
        FOURTH FLOOR
        LAS VEGAS, NV 89169

| | |
|---|---|
| 1 | REID W. LAMBERT |
|  | WOODBURY & KESLER, P.C. |
| 2 | 265 EAST 100 SOUTH, SUITE 300 |
|  | SALT LAKE CITY, UT 84111 |
| 3 | |
| 4 | ELIZABETH R. LOVERIDGE |
|  | WOODBURY & KESLER, P.C. |
| 5 | 265 EAST 100 SOUTH, SUITE 300 |
|  | SALT LAKE CITY, UT 84111 |
| 6 | |
| 7 | LEE D. MACKSON |
|  | SHUTTS & BOWEN LLP |
| 8 | 1500 MIAMI CENTER |
|  | 201 SOUTH BISCAYNE BOULEVARD |
| 9 | MIAMI, FL 33131 |
| 10 | RICHARD J. MASON |
|  | 130 PINETREE LANE |
| 11 | RIVERWOODS, IL 60015 |
| 12 | |
|  | BRECK E. MILDE |
| 13 | 60 SOUTH MARKET ST, SUITE 200 |
|  | SAN JOSE, CA 95113 |
| 14 | |
| 15 | DOUGLAS M MONSON RAY QUINNEY & |
|  | NEBEKER P.C. |
| 16 | 36 SOUTH STATE STREET |
|  | SUITE 1400 |
| 17 | PO BOX 45385 |
|  | SALT LAKE CITY, UT 84145-0385 |
| 18 | |
| 19 | J. STEPHEN PEEK |
|  | HALE LANE PEEK DENNISON AND HOWARD |
| 20 | 3930 HOWARD HUGHES PARKWAY |
|  | FOURTH FLOOR |
| 21 | LAS VEGAS, NV 89169 |
| 22 | RAY QUINNEY & NEBEKER P.C. |
|  | 36 SOUTH STATE STREET, SUITE 1400 |
| 23 | P.O. BOX 45385 |
|  | SALT LAKE CITY, UT 84145 |
| 24 | |
| 25 | NICHOLAS J SANTORO |
|  | 400 S FOURTH ST 3RD FLOOR |
| 26 | LAS VEGAS, NV 89101 |
| 27 | |
| 28 | |

|     |                                           |
| --- | ----------------------------------------- |
| 1   | MICHAEL M. SCHMAHL                        |
|     | MCGUIREWOODS LLP                          |
| 2   | 77 W. WACKER DRIVE, SUITE 4100            |
| 3   | CHICAGO, IL 60601                         |
|     |                                           |
| 4   | JAMES G SCHWARTZ                          |
|     | 7901 STONERIDGE DR #401                   |
| 5   | PLEASANTON, CA 94588                      |
|     |                                           |
| 6   | SCHWARTZER & MCPHERSON LAW FIRM           |
| 7   | 2850 S. JONES BLVD., #1                   |
|     | LAS VEGAS, NV 89146                       |
| 8   |                                           |
|     | PATRICIA K. SMOOTS                        |
| 9   | 318 N GROVE                               |
|     | OAK PARK, IL 60302                        |
| 10  |                                           |
| 11  | BRADLEY J STEVENS                         |
|     | 3300 N CENTRAL AVE                        |
| 12  | PHOENIX, AZ 85012                         |
|     | BRADLEY J STEVENS                         |
| 13  | 3300 N CENTRAL AVE #1800                  |
|     | PHOENIX, AZ 85012                         |
| 14  |                                           |
| 15  | THOMAS W STILLEY                          |
|     | 1000 SW BROADWAY #1400                    |
| 16  | PORTLAND, OR 97205                        |
|     |                                           |
| 17  | STEVEN C STRONG                           |
|     | RAY QUINNEY & NEBEKER P.C.                |
| 18  | 36 SOUTH STATE STREET                     |
|     | SUITE 1400                                |
| 19  | SALT LAKE CITY, UT 84145-0385             |
| 20  |                                           |
|     | STUTMAN, TREISTER & GLATT PROFESSIONAL    |
| 21  | CORPORATION                               |
|     | 1901 AVENUE OF THE STARS, 12TH FLR        |
| 22  | LOS ANGELES, CA 90067                     |
| 23  |                                           |
|     | GREGORY J WALCH                           |
| 24  | 400 S FOURTH ST 3RD FLOOR                 |
|     | LAS VEGAS, NV 89101                       |
| 25  |                                           |
| 26  |                                           |
| 27  |                                           |
| 28  |                                           |

RUSSELL S. WALKER
265 EAST 100 SOUTH
SUITE 300
SALT LAKE CITY, UT 84111

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

MOJAVE CANYON, INC.
ATTN: JB PARTAIN, PRESIDENT
1400 COLORADO ST., C
BOULDER CITY, NV 89005

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of July, 2006.


/s/ Joseph McLaughlin
Joseph McLaughlin, an employee of
KRAVITZ, SCHNITZER, SLOANE,
    JOHNSON & EBERHARDY, CHTD.