ELECTRONICALLY FILED
July 28, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934 | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688 |
| Stutman, Treister & Glatt P.C. | 233 South Fourth Street, Second Floor |
| 1901 Avenue of the Stars, 12th Floor | Las Vegas, Nevada 89101 |
| Los Angeles, California 90067 | Telephone: (702) 471-7432 |
| Telephone: (310) 228-5600 | Facsimile: (702) 471-7435 |
| Facsimile: (310) 228-5788 | |
| Email:  fmerola@stutman.com | Email:   jshea@sheacarlyon.com |
|        ekarasik@stutman.com |         ccarlyon@sheacarlyon.com |
|        cpajak@stutman.com |         ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: August 4, 2006<br>Time: 9:30 a.m. |

**SUPPLEMENTAL CERTIFICATE OF SERVICE RE: RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO DEBTORS' MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY-COURSE RELEASES AND DISTRIBUTE PROCEEDS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC)**

398984v1

I HEREBY CERTIFY that on the 27th of July, 2006, I served the following document:

**RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO DEBTORS' MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY-COURSE RELEASES AND DISTRIBUTE PROCEEDS (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC)**

I served the above named document(s) by the following means to the persons as listed below:

☐ a. **ECF System.**

☒ b. **United States mail, postage full prepaid to the following:   See Attached Rider**

☐ c. **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ d. **By direct email to Stan Wolken at <u>bayareastan@yahoo.com</u>. on July 28, 2006.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

398984v1

2

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of July, 2006.

*[signature]*
Joanne C. Metcalf, an employee
of STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

398984v1

USA Commercial Mortgage Company
#5870
Master Service List
Doc. #390939, v/2

| | | |
|---|---|---|
| Debtors<br>USA Commercial Mortgage Co., et al.<br>Attn: Thomas J. Allison<br>4484 South Pecos Road<br>Las Vegas, NV 89121 | Attys for Debtors<br>Annette W. Jarvis<br>Ray Quinney & Nebeker P.C.<br>36 So. State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | Attys for Debtors<br>Lenard E. Schwartzer<br>Jeanette E. McPherson<br>Schwartzer & McPherson Law Firm<br>2850 So. Jones Blvd., Suite 1<br>Las Vegas, NV 89146-5308 |
| Office of the U.S. Trustee<br>300 Las Vegas Blvd. South<br>Suite 4300<br>Las Vegas, NV 89101 | CO-COUNSEL FOR EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC | James Patrick Shea, Candace Carlyon, Shawn W. Miller & Shlomo S. Sherman<br>Shea & Carlyon, Ltd<br>233 S. Fourth St., 2nd Floor<br>Las Vegas, NV 89101 |
| USA CAPITAL REALTY ADVISORS, LLC<br>UNSECURED CREDITORS | Kummer, Kaempfer, Bonner & Renshaw<br>3800 Howard Hughes Pkwy.<br>7th Floor<br>Las Vegas, NV 89109 | Intershow<br>The Githler Center<br>1258 North Palm Ave.<br>Sarasota, FL 34236 |
| USA SECURITIES, LLC<br>UNSECURED CREDITORS | James Hull<br>c/o Signature Financial<br>2601 Airport Drive<br>Torrance, CA 90505 | George Gorman<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 |
| R. Hagmaier<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | Tim Rich<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY |
| Rob Charles, Susan M. Freeman<br>Lewis and Roca, LLP<br>3993 Howard Hughes Parkway, 6th Floor<br>Las Vegas, NV 89169-0961 | UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY | Bunch, Dell<br>1909 Red Robin Court<br>Las Vegas, NV 89134 |
| Dell Bunch dba Loan Partners Capital<br>Attn: Donald R. Walker<br>9209 Eagle Hills Drive<br>Las Vegas, NV 89134-6109 | Advanced Information System<br>Attn: Michael T. Yoder<br>4270 Cameron St., Suite 1<br>Las Vegas, NV 89103 | Russell Ad Development Group, LLC<br>P.O. BOX 28216<br>Scottsdale, AZ 85255 |
| Russell/AD Development Group, LLC<br>Attn: Robert A. Russell<br>8585 E. Hartford Dr., Ste. 500<br>Scottsdale, AZ 85255 | Annee Nounna<br>8057 Lands End Court<br>Las Vegas, NV 89117-7635 | Robert L. Hagmaier<br>15254 Candlewood Court<br>Lake Oswego, OR 97035 |
| COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC | Robert E. Taylor<br>1535 Flynn Road<br>Camarillo, CA 93012 | Robert E. Taylor<br>c/o Chuck Heinrichs<br>198 El Pajaro<br>Newbury Park, CA 91320 |

| | | |
|---|---|---|
| John Warner Jr., IRA<br>C/O First Savings Bank<br>2605 East Flamingo Rd<br>Las Vegas, NV 89121 | John H. Warner, Jr.<br>2048 North Chettro Trail<br>St. George, UT 84770-5345 | Mary E. & Matthew Moro<br>1009 – 8th Street<br>Manhattan Beach, CA 90266 |
| Richard G. Woudstra Revoc. Trust<br>Richard G. Woudstra Trustee<br>P.O. Box 530025<br>Henderson, NV 89053 | Wen Baldwin Separate<br>Property Trust u/a/d 9/2/97<br>Wen Baldwin, Trustee<br>365 Dooley Drive<br>Henderson, NV 89015 | John Goings<br>P.O. Box 174<br>Masonville, CO 80541 |
| COUNSEL FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | Marc A. Levinson<br>Lynn Trinka Ernce<br>Orrick, Herrington & Sutcliff, LLP<br>400 Capital Mall, Suite 3000<br>Sacramento, CA 95814 | Bob L. Olson<br>Anne M. Loraditch<br>Beckley Singleton Chtd.<br>530 Las Vegas Blvd. South<br>Las Vegas, NV 89101 |
| COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | Robert Worthen<br>1112 Worthen Circle<br>Las Vegas, NV 89145 | Katz 2000 Separate Property Trust<br>Sara M. Katz,<br>Managing Trustee<br>4250 Executive Square, #670<br>San Diego, CA 92037 |
| Thomas C. Lawyer Family Trust<br>Atn: Thomas C. Lawyer<br>45 Ventana Canyon Dr.<br>Las Vegas, NV 89113 | Jerry T. McGimsey<br>3115 S. El Camino Road<br>Las Vegas, NV 89146-6621 | Charles O. Nichols and Flora A. Nichols<br>2561 Seascape Drive<br>Las Vegas, NV 89128 |
| Robert Hardy<br>6510 Ansonia Court<br>Las Vegas, NV 89118-1874 | COUNSEL FOR THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY | Gordon & Silver, LTD.<br>Attn: Gerald M. Gordon, Gregory E. Garman, Talitha B. Gray & Matthew C. Zirzow, Esq.<br>3960 Howard Hughes Pkwy, 9th Fl.<br>Las Vegas, NV 89109 |
| USA COMMERCIAL MORTGAGE CO. EXECUTORY CONTRACTS DIRECT LENDER COMMITTEE | Fertitta Enterprises, Inc.<br>2960 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89102 | William J. Bullard<br>Fertitta Enterprises, Inc.<br>P.O. Box 27555<br>Las Vegas, NV 89126-1555 |
| Helms Homes, LLC<br>Atn: Terry Helms<br>809 Upland Blvd.<br>Las Vegas, NV 89107 | Terry R. Helms Living Trust 11/94<br>Atn: Terry Helms<br>809 Upland Blvd.<br>Las Vegas, NV 89107 | Dennis Flier, Inc. Defined Benefit Trust Dated 6/29/87<br>20155 Porto Vita Way, #1803<br>Aventura, FL 33180 |
| Arthur Polacheck<br>2056 Woodlake Circle<br>Deerfield Beach, FL 33442 | James W. McCollum & Pamela P. McCollum<br>1011 F Avenue<br>Coronado, CA 92118 | Edward M. Homfeld<br>Homfeld II, LLC<br>777 S. Federal Highway<br>Suite N-409<br>Pompano Beach, FL 33062 |
| Homfeld II, LLC<br>Atn: Edward W. Homfeld<br>858 Bishop Road<br>Grosse Pointe Park, MI 48230 | GOVERNMENTAL AND REGULATORY ENTITIES: | Nevada Mortgage Lending Div.<br>Attn: Susan Eckhardt<br>3075 E. Flamingo #100<br>Las Vegas, NV 89121 |

U.S. Securities & Exchange Comm.
Attn: Sandra W. Lavigna.
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036-3648

DMV and Public Safety
Records Section
555 Wright Way
Carson City, NV 89711-0250

IRS
Attn: Bankruptcy Dept.
Stop 5028
110 City Parkway
Las Vegas, NV 89106

Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

IRS
Ogden, UT 84201

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

Don Tomlin
c/o David W. Mounier
15316 Sky High Road
Escondido, CA 92025

Richard McKnight, Esq.
330 South Third St., #900
Las Vegas, NV 89101

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV 89074

Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street N.W.
Washington, D.C. 20005-4026

Employers Ins. Co. of NV
Attn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

Secretary of State
State of Nevada
202 N. Carson Street
Carson City, NV 89701

Daniel G. Bogden
Carlos A. Gonzalez
Office of U.S. Atty, District of Nevada
323 Las Vegas Blvd. So. #5000
Las Vegas, NV 89101

FHA/HUD
District Office
333 North Rancho Dr., #700
Las Vegas, NV 89106-3797

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155-1401

Maryetta Bowman
534 Enchanted Lkes Drive
Henderson, NV 89052

R. J. Rocco
12617 Cottageville Lane
Keller, TX 76248

Robert R. Kinas, Esq.
Jennifer L. McBee
Snell & Wilmer, LLP
3800 Howard Hughes Parkway, #1000
Las Vegas, NV 89109

Kelly J. Brinkman, Esq.
Goold Patterson, Alex & Day
4496 So. Pecos Road
Las Vegas, NV 89121

Dept. of Employment Training
Employ. Sec Div. Contribut. Sec.
500 East Third Street
Carson City, NV 89713-0030

NV Dept. of Taxation
Bankruptcy Division
555 E. Washington #1300
Las Vegas, NV 89101

NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

U.S. Dept. of Justice
Tax Div. – Western Region
P.O. Box 683
Ben Franklin Station
Washington D.C. 20044

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

NOTICES OF
APPEARANCE/REQUESTS FOR
SPECIAL NOTICE

Edward W. Homfeld
Homfeld II, LLC
777 South Federal Highway, Suite N-409
Pompano Beach, Florida 33062

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Michael R. Shuler
c/o Jay R. Eaton
Eaton & O'Leary, PLLC
115 Grove Avenue
Prescott, AZ 86301

Janet L. Chubb, Esq.
Jones Vargas
100 West Liberty St., 12th Floor
P.O Box 281
Reno, NV 89504-0281

Martin B. Weiss, Esq.
The Garrett Group, LLC
One Betterworld Circle, Suite 300
Temecula, CA 92590

William L. McGimsey, Esq.
601 E. Charleston Blvd.
Las Vegas, NV 89104

STAN WOLKEN
Send notice to:
bayareastan@yahoo.com

Nile Leatham
James Macrobbie
Kolesar & Leatham, CHTD
3320 W. Sahara Ave., #380
Las Vegas, NV 89102-3202

S&J Enterprise Invest.
c/o Caryn S. Tijsseling, Esq.
Beesley, Peck & Matteoni, Ltd.
5011 Meadowood Mall Way, Ste. 300
Reno, NV 89502

Bradley J. Stevens
3300 N. Central Avenue
Suite 1800
Phoenix, AZ 85012

Jeffrey G. Sloane
Regina M. McConnell
Kravitz, Schnitzer, Sloane, Johnson et al.
1389 Galleria Dr., Suite 200
Henderson, NV 89014

Donald Polednak
Jeffrey R. Sylvester
Sylvester & Polednak, Ltd,
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128

Bay Communities
c/o Chris McKinney
4800 No. Federal Highway, Suite A205
Boca Raton, FL 33431

Andrew Welcher
c/o Nordman Cormany Hair & Compton
Attn: William E. Winfield, Esq.
1000 Town Center Dr., Sixth Fl.
P.O. Box 9100
Oxnard, CA 93031

Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

Paul & Donna Jacques
810 S.E. 7th St., A103
Deerfield Beach, FL 33441

Sean Najarian, Esq.
The Najarian Law Firm
283 S. Lake Ave., Suite 205
Pasadena, CA 91101

Laurel L. Davis, Esq.
Lionel Sawyer & Collins
4700 Bank of America Plaza
300 S. Fourth St.
Las Vegas, NV 89101

Nicholas J. Santoro
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

CiCi Cunningham/James Kohl &
Christine Roberts
Rawlings Olson Cannon, et al.
9950 W. Cheyenne Ave.
Las Vegas, NV 89129

Kevin B. Christensen, Xanna
Hardman & Evan James
7440 W. Sahara Ave.
Las Vegas, NV 89117

Peter Susi, Esq., Jae Michaelson, Esq.
Michaelson, Susi & Michaelson
Seven W. Figueroa St., 2nd Floor
Santa Barbara, CA 93101

Bolick & Boyer
Erven Nelson/Robert Bolick
6060 W. Elton Ave., Suite A
Las Vegas, NV 89107

Robert Verchota, Gen. Partner
c/o R&N Real Estate Inv. LP
Attn: Jeffrey A. Cogan, Esq.
3990 Vegas Drive
Las Vegas, NV 89108

Vince Danelian
P.O. Box 97782
Las Vegas, NV 89193

Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

Bank of America
c/o Scott D. Fleming, Esq.
Hale Lane Peek Dennison Howard
3930 Howard Hughes Pkwy. 4th Fl
Las Vegas, NV 89109

American Express Bank FSB
c/o Gilbert B. Weisman, Esq.
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Jed A. Hart
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Franklin C. Adams, Esq.
Best Best & Krieger, LLP
3750 University Ave. #400
P.O. Box 1028
Riverside, CA 92502-1028

R. Mason/P. Smoots/M. Schmahl
McGuire Woods LLP
77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601

Allison Mackenzie Russell, et al.
Joan C. Wright
402 N. Division St.
P.O. Box 646
Carson City, NV 89702

Callister & Reynolds
Matthew Q. Callister
823 Las Vegas Blvd. South
Las Vegas, NV 89101

Law Offices Of James G. Schwartz
Attn: James G. Schwartz/Joshua D. Brysk
7901 Stoneridge Drive, Ste. 401
Pleasanton, CA 94588

Scott K. Canepa
Canepa, Riedy & Rubino
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

Franklin/Stratford Investment LLC
c/o Deaner, Deaner,, Scann et al.
Atn: Susan Scann/Paul Connaghan
720 So. Fourth Street, Ste. 300
Las Vegas, NV 89101

Thomas R. Brooksbank
Brooksbank & Associates
689 Sierra Rose Dr., Suite A-2
Reno, NV 89511

Stephen R. Harris
Belding, Harris & Petroni, Ltd.
Attys for Frank Snopko
417 West Plumb Lane
Reno, NV 89509

Wade Gochnour/Aryn Fitzwater
Haney, Woloson & Mullins
Attys for Liberty Bank
1117 So. Rancho Drive
Las Vegas, NV 89102

Joseph Huggins
Huggins & Associates
1000 N. Green Valley Pkwy., #440-2
Henderson, NV 89014

Andrew M. Brumby, Esq.
Shutts & Bowen
Attys for Standard Property Development, LLC
P.O. Box 4956
Orlando, Florida 32802-4956

Woodburn & Wedge
Attn: John F. Murtha, Esq.
6100 Neil Road, Ste. 500
P.O. Box 2311
Reno, NV 89505

William D. Cope
Cope & Guerra
595 Humboldt Street
Reno, NV 89509-1603

Russell James Zuardo
1296 High Forest Avenue
Las Vegas, NV 89123

BMC Group, Inc.
1330 East Franklin Ave.
El Segundo, CA 90245

Jonathan L. Mills
Sugar, Friedberg & Felsenthal, LLP
Attys for Norman Kiven
30 North Lasalle St., Suite 3000
Chicago, IL 60602

R. Walker/E. Loveridge/R. Lamber
Woodbury & Kesler, P.C.
Attys for Milanwoski, Hantges, etc., et al
265 E. 100 South, Suite 300
Salt Lake City, UT 84111

R. Vaughn Gourley, Esq.
Stephens, Gourley & Bywater
Attys for Standard Property Development, LLC
3636 No. Rancho Drive
Las Vegas, NV 89130

Howard Connell
1001 Jennis Silver Street
Las Vegas, NV 89145

Thomas & Stilly, Sussman, Shank, LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-33089

John Peter Lee, Ltd.
John Peter Lee, Esq.
830 Las Vegas Blvd., South
Las Vegas, NV 89101

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

Goldsmith & Guymon, P.C.
Attn: Marjorie A. Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134

Whitney B. Warnick, Esq.
Albright, Stoddard, Warnick & Albright
Attys for Michael & Carol Hedlund
801 So. Rancho Drive, Suite D-4
Las Vegas, NV 89106