LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845
Email: Ldavis@lionelsawyer.com

E-Filed on July 28, 2006

Attorneys for THE CANEPA GROUP

## UNITED STATE BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br> Debtor. | Case No. BK-S-06-10725-LBR <br> Case No. BK-S-06-10726-LBR <br> Case No. BK-S-06-10727-LBR <br> Case No. BK-S-06-10728-LBR <br> Case No. BK-S-06-10729-LBR |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br> Debtor. | Chapter 11 <br> **Jointly Administered Under** <br> **Case No. BK-S-06-10725-LBR** |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br> Debtor. | |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br> Debtor. | |
| In re: <br> USA SECURITIES, LLC, <br> Debtor. | |
| Affects: <br> [ ] All Debtors <br> [x] USA Commercial Mortgage Company <br> [ ] USA Securities, LLC <br> [ ] USA Capital Realty Advisors, LLC <br> [x] USA Capital Diversified Trust Deed Fund, LLC <br> [x] USA First Trust Deed Fund, LLC | Date:   August 4, 2006 <br> Time:   9:30 a.m. |

## CANEPA GROUP JOINDER IN OFFICIAL COMMITTEE OF DIRECT LENDERS' LIMITED OPPOSITION TO MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY COURSE RELEASES AND DISTRIBUTE PROCEEDS

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

The Canepa Group consists of eight Direct Lenders[1] whose original investments in 14 different loans exceed $3.1 million,[2] and one Direct Investor who holds a membership interest in the USA First Trust Deed Fund, LLC in the amount of $30,000.[3] In response to the Debtor's Motion to Distribute Funds and to Grant Ordinary Course Releases and to Distribute Proceeds (Docket 847) and the Supplement to the Motion (Docket 880), the Canepa Group submits this Joinder[4] in the Official Committee of Direct Lenders' Limited Opposition to Motion to Distribute Funds and To Grant Ordinary Course Releases and to Distribute Proceeds filed July 28, 2006 (Docket 1042).

Dated: July 28, 2006.

Respectfully submitted,

LIONEL SAWYER & COLLINS

By /s/ Laurel E. Davis
_____
Laurel E. Davis

Attorneys for THE CANEPA GROUP

---

[1] Scott K. Canepa; Shawntelle Davis-Canepa; Scott K. Canepa Defined Benefit Pension Plan; Evelyn G. Canepa Trust, Evelyn G. Canepa and Scott Krusee Canepa Trustees; Gary T. and Lori R. Canepa, Trustees of the G. & L. Trust dated 11/25/91; Louis John Canepa IRA; Louis John Canepa Trustee of the Louis John Canepa Revocable Trust dated 6/18/98; and Michael Wagnon (collectively "the Canepa Group"). *See* Fed.R.Bankr.P. 2019 Disclosures, Docket 555 and Docket 910.

[2] 3685 Fernando Road, Boise Gowan, Brookmere, Bundy Canyon, Cabernet, Clear Creek, Fiesta/Murietta, Hasley Canyon, Margarita Annex, Opaque, Placer Vineyards, Placer Vineyards 2nd, Rio Bravo/SVRB, and Southern California Land Development (Hesperia II). *See* Fed.R.Bankr.P. 2019 Disclosures, Docket 555 and Docket 910.

[3] Louis John Canepa IRA.

[4] Counsel for the Debtors granted the Canepa Group an extension of one day, or until July 28, 2006, within which to respond to the Motion to Distribute Funds and to Grant Ordinary Course Releases and Distribute Proceeds.

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845