```
1   AUGUST B. LANDIS, Assistant United States Trustee
    State Bar # IA PK9228                                E-Filed on July 31, 2006
2   SCOTT ANDREW FARROW, Attorney
    State Bar # WI 1000609
3   scott.a.farrow@usdoj.gov
    UNITED STATES DEPARTMENT OF JUSTICE
4   Office of the United States Trustee
    300 Las Vegas Boulevard, So., Suite 4300
5   Las Vegas, Nevada 89101
    Telephone: (702) 388-6600 Attorney Ext. 224
6   Facsimile:  (702) 388-6658

7   Attorneys for the Acting United States Trustee
         SARA L. KISTLER
8
```

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

| | |
|---|---|
| **USA Commercial Mortgage Company**<br>    06-10725 -- Lead Case | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding |
| **USA Capital Realty Advisors, LLC**<br>    06-10726 | Date:   N/A<br>Time:   N/A |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727 | **Affecting:**<br>☐ All Cases<br>**or Only:** |
| **USA Capital First Trust Deed Fund, LLC**<br>    06-10728 | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC**<br>    06-10729                Debtors | ☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served the following document:

> The United States Trustee's Limited Opposition to Debtors' Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds (Affects All Cases)

as follows:

1. Electronically upon all counsel and parties in interest on the CM/ECF service list as of July 27, 2006; and

2. By depositing an envelope in the United States Mail, first class postage fully prepaid and addressed to each of the parties listed below, each of which contained a true and correct copy of all of the document described above, on July 31, 2006.

| | | |
|---|---|---|
| 1 | | |
| 2 | Joshua D. Brysk | Bradley J. Stevens |
| 3 | Law Offices of James G. Schwartz<br>7901 Stoneridge Drive, Suite 401 | 3300 North Central Avenue, #1800<br>Phoenix, AZ  85012 |
| 4 | Pleasanton, CA  94588 | Thomas W. Stilley |
| 5 | Annette W. Jarvis<br>P.O. Box 45385 | 1000 S.W. Broadway, #1400<br>Portland, OR  97205 |
| 6 | 36 South State Street, #1400<br>Salt Lake City, UT  84145-0385 | Steven C. Strong<br>Ray Quinney & Nebeker, P.C. |
| 7 | Richard J. Mason | 36 South State Street, Suite 1400 |
| 8 | 130 Pinetree Lane<br>Riverwoods, IL  60015 | Salt Lake City, UT  84145-0385 |
| 9 | Breck E. Milde | Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor |
| 10 | 60 South Market Street, Suite 200<br>San Jose, CA   95113 | Los Angeles, CA  90067 |
| 11 | Douglas M. Monson | Gregory J. Walch<br>400 South Fourth Street, 3rd Floor |
| 12 | Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400 | Las Vegas, NV  89101 |
| 13 | P.O. Box 45385<br>Salt Lake City, UT  84145-0385 | William E. Winfield<br>P.O. Box 9100 |
| 14 | Erven T. Nelson | Oxnard, CA  93031 |
| 15 | 6060 West Elton Ave., Suite A<br>Las Vegas, NV  89107 | Marion E. Wynne<br>Wilkins, Bankester, Biles & Wynne, P.A. |
| 16 | Ray Quinney & Nebeker P.C. | P.O. Box 1367<br>Fairhope, AL  36533-1367 |
| 17 | 36 South State Street, Suite 1400<br>P.O. Box 45385 | Evan Beavers |
| 18 | Salt Lake City, UT  84145 | 1625 Highway 88 #304<br>Minden, NV 89423 |
| 19 | Nicholas J. Santoro<br>400 South Fourth Street, 3rd Floor | Elissa F. Cadish |
| 20 | Las Vegas, NV  89101 | 3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 |
| 21 | Michael M. Schmahl<br>McGuire Woods LLP | Frank Ellis |
| 22 | 77 West Wacker Drive, Suite 4100<br>Chicago, IL  60601 | 510 So.9th Street<br>Las Vegas, NV 89101 |
| 23 | James G. Schwartz | R. Vaughn Gourley |
| 24 | 7901 Stoneridge Drive, #401<br>Pleasanton, CA  94588 | 3636 No. Rancho Dr.<br>Las Vegas, NV 89130 |
| 25 | Schwartzer & McPherson Law Firm | Matthew K. Kreutzer |
| 26 | 2850 South Jones Blvd., #1<br>Las Vegas, NV  89146 | 3930 Howard Hughes Parkway , 4th Floor<br>Las Vegas, NV 89169 |
| 27 | Patricia K. Smoots | |
| 28 | 318 North Grove<br>Oak Park, IL  60302 | |

| | |
|---|---|
| Reid W. Lambert<br>Woodbury & Kesler, P.C.<br>265 East 100 South, Suite 300<br>Salt Lake City, UT 84111 | J. Stephen Peek<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 |
| Elizabeth R. Loveridge<br>Woodbury & Kesler, P.C.<br>265 East 100 South, Suite 300<br>Salt Lake City, UT 84111 | Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145 |
| Lee D. Macson<br>1500 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131 | Russell S. Walker<br>265 East 100 South<br>Suite 300<br>Salt Lake City 84111 |

Dated: July 31, 2006

**OFFICE OF THE UNITED STATES TRUSTEE**

SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17

By:    */s/ August B. Landis*
          August B. Landis
          Assistant United States Trustee
          Las Vegas, Nevada