Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**E-FILED ON JULY 31, 2006**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                             Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                             Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                             Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                             Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                             Debtor. | **RESPONSE TO MOTION TO OBTAIN INFORMATION**<br><br>**[AFFECTS ALL DEBTORS]** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: August 16, 2006<br>Time: 9:30 a.m. |

USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors"), hereby submit this response to the Motion to Obtain Information (docket no. 868).

## POINTS AND AUTHORITIES

### Facts

1. The Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on April 13, 2006. By order entered June 9, 2006, the Court approved the joint administration of the Debtors' bankruptcy cases.

2. On or about July 13, 2006, Nancy Allf ("Allf") and Robert C. LePome ("LePome"), on behalf of Stanley Alexander and others identified in the Rule 2019 statement filed in this case as docket no. 650 ("clients"), filed a Motion to Obtain Information (the "Motion").

3. The Motion requests that LePome be provided with copies of the appraisals recently obtained by the Debtors on those properties securing loans in which the Allf and LePome clients hold a direct interest.

4. Debtors' counsel has been in contact with LePome regarding the Motion and the parties are working on finalizing a confidentiality agreement so that copies of the requested appraisals can be turned over to LePome.

### RESPONSE

Based on LePome's representation to Debtors' counsel that he represents the clients identified in the Rule 2019 statement on file in this case as docket no. 650, and that he has been authorized by his clients to obtain copies of the real estate appraisals that were prepared for the Debtors on those properties securing loans in which his clients hold a direct interest, the Debtors do not have an objection to providing copies of the appropriate appraisals to LePome subject to the execution of a confidentiality agreement. LePome has indicated in the Motion and orally to Debtors' counsel that he is willing to execute a confidentiality agreement, and Debtors' counsel has sent a proposed confidentiality agreement to LePome. After receipt of the confidentiality agreement executed by LePome, Debtors will provide the appraisals to LePome. LePome has

indicated that after he receives the appraisals, the Motion will be withdrawn.

The Debtors request, if this Motion is heard, that any order requiring the Debtors to produce the appraisals be conditioned upon the recipients executing a confidentiality agreement.

Respectfully submitted this 31st day of July, 2006.

/s/     Lenard E. Schwartzer
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

885446.01 (amended)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3
P:\USA Commercial Mortgage\Pleadings\Obtain Information Motion\Response to Motion to Obtain Information 073106.DOC

**CERTIFICATE OF SERVICE**

1. On July 31, 2006, I served the following document(s):

    a. Response To Motion To Obtain Information [Affects All Debtors]

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System**:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith!@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FEL! L    BA! NKRUPTCY NOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 2 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 3 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 4 | EDWARD J. HANIGAN !    haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 5 | XANNA R. HARDMAN    xanna.hardman@gmail.com, |
| 6 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 7 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 8 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 9 | ANNETTE W JARVIS    , |
| 10 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 11 | ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com |
| 12 | |
| 13 | ZACHARIAH LARSON !    ecf@lslawnv.com |
| 14 | NILE LEATHAM !    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 15 | ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com |
| 16 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com, |
| 17 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com, |
| 18 | |
| 19 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 20 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.c! |
| 21 | om;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 22 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 23 | |
| 24 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com |
| 25 | |
| 26 | BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 27 | DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 28 | DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  PAUL C R! AY    ! info@joh npeterlee.com

2  SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

3  SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
4  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

5  JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

6  DAVID A. STEPHENS    dstephens@lvcm.com

7  PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

8  JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

9  CARYN S. ! TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

10  U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

11  WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

12  JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

13  MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

☐   b.   **By United States mail, postage fully prepaid**:
☐   c.   **By Personal Service**
        I personally delivered the document(s) to the persons at these addresses:
  ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
  ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
☐   d.   **By direct email (as opposed to through the ECF System)**
        Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.
☐   e.   **By fax transmission**
        Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.
☐   f.   **By messenger**
        I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on:    July 31, 2006

LIA DORSEY                                                      /s/    LIA DORSEY
(Name of Declarant)                                             (Signature of Declarant)

6

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122