JUL-26-06 14:4  Case 06-10725-gwz    Doc 1058    Entered 08/01/06 06:29:23    Page 1 of 3    T-089  P.002/004  F-396



**Entered on Docket
August 01, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: N/A<br>Time: N/A |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

Stipulation and Order Re Lease

1

Received Time Jul. 26. 3:48PM

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

**STIPULATION AND ORDER REGARDING REJECTION OF LEASE WITH S&J ENTERPRISE INVESTMENTS INC. [AFFECTS USA COMMERCIAL MORTGAGE COMPANY]**

USA Commercial Mortgage Company, Debtor and Debtor-in-Possession ("Debtor" or "USA"), by and through its counsel, Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, and S&J Enterprise Investments Inc., by and through its counsel, Caryn Tijsseling, Esq., hereby stipulate and agree as follows:

WHEREAS, the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on April 13, 2006 (the "Petition Date"), and the Debtor continues to operate its business and possess its property as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

WHEREAS, the Debtor is a party to a Lease as lessee with S&J Enterprise Investments Inc. ("S&J")(the "Lease"). Under the Lease, the Debtor leased real property located at 5488 Reno Corporate Drive, Suite 100, Reno, Nevada 89511 (the "Premises").

WHEREAS, the Debtor vacated the Premises on or around May 15, 2006.

///
///
///
///
///
///
///
///

4     2.     The Lease is hereby rejected as of May 15, 2006.

5     DATED: July 26, 2006             DATED: July 26th 2006.

7     _/s/ Jeanette E. McPherson_         _/s/ Caryn Tijsseling_

Jeanette E. McPherson, Esq.           Caryn Tijsseling, Esq.
8    Schwartzer & McPherson Law Firm      Beesley, Peck, Matteoni, Ltd.
2850 South Jones Boulevard, Suite 1       5011 Meadowood Mall Way, #300
9    Las Vegas, NV 89146                 Reno, NV 89502
Attorneys for Debtors and Debtors-in-Possession    Attorneys for S&J Enterprise Investments Inc.

12     **IT IS SO ORDERED.**

13     Submitted By:

14     _/s/ Jeanette E. McPherson_

Jeanette E. McPherson, Esq.
15   Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
16   Las Vegas, NV 89146
17   Attorneys for Debtors and
Debtors-in-Possession            ###

SCHWARTZER & McPHERSON LAW
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 • Fax: (702) 892-0122

3

Stipulation and Order Re Lease