LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on August 1, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    **06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>    **06-10726** | Judge Linda B. Riegle Presiding<br>**CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    **06-10727** | Date:  N/A<br>Time:  N/A |
| **USA Capital First Trust Deed Fund, LLC**<br>    **06-10728** | **Affecting:**<br>✕  All Cases<br>**or Only:**<br>¨  USA Commercial Mortgage Company<br>¨  USA Capital Realty Advisors, LLC |
| **USA Securities, LLC**<br>    **06-10729**<br>                          **Debtors.** | ¨  USA Capital Diversified Trust Deed Fund, LLC<br>¨  USA Capital First Trust Deed Fund, LLC |

1.    I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the

Official Committee of Unsecured Creditors of USA Commercial Mortgage

Company, served the following document:

    A)    Reply in Support of Application to Employ Sierra Consulting Group, LLC
        [DE 1057].

2.    I served DE 1057 by the following means to the persons as listed below:

1742363.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1    A)    ECF System to the persons listed on Exhibit A on July 31, 2006;

2    B)    Email on July 31, 2006 to all persons with email addresses listed on the

3          Master Service List on file with this Court not included in A).

4    C)    U.S. Mail, postage prepaid mail on August 1, 2006 to all persons without

5          email addresses listed on the Master Service List on file with this Court not

6          included in A).

7    I declare under penalty of perjury that the foregoing is true and correct.

8    DATED this 1st day of August, 2006.

9

10                                    /s/ Christine E. Laurel
                                      Christine E. Laurel
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2