# EXHIBIT "1"

## Wrong Debtor Claims

| Claim No. | Claimant | Date Filed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 3 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 22, 2006 | $37,860.24 | While Claimant is a FTDF Member, the supporting documentation attached to the proof of claim indicates that the basis of this claim is the Claimant's direct loan to Bay Pompano Beach, LLC. | Disallow in its entirety. |
| 4 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 22, 2006 | $51,033.34 | While Claimant is a FTDF Member, the supporting documentation attached to the proof of claim indicates that the basis of this claim is the Claimant's direct loan to Homes for America Holding. | Disallow in its entirety. |
| 5 | Frieda Moon, an unmarried woman and Sharon c. Van Ert, an unmarried woman, as joint tenants with right of survivorship | May 23, 2006 | $51,033.34 | Claimant is not a FTDF Member nor is she otherwise connected to the FTDF. Proof of claim appears to be based on various loans made by Claimant through USACM. | Disallow in its entirety. |

1

401852v1

| Claim No. | Claimant | Date Filed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 8 | Frieda Moon, an unmarried woman and Sharon c. Van Ert, an unmarried woman, as joint tenants with right of survivorship | May 23, 2006 | $51,076.38 | Claimant is not a FTDF Member nor is she otherwise connected to the FTDF. Proof of claim appears to be based on a loan made to Marlton Square Associates, LLC. | Disallow in its entirety. |
| 9 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 23, 2006 | $51,076.38 | While Claimant is a FTDF Member, the supporting documentation attached to the proof of claim indicates that the basis of this claim is the Claimant's direct loan to Castaic Partners III, LLC. | Disallow in its entirety. |
| 10 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 23, 2006 | $25,538.20 | While Claimant is a FTDF Member, the supporting documentation attached to the proof of claim indicates that the basis of this claim is the Claimant's direct loan to BarUSA, LLC. | Disallow in its entirety. |
| 11 | Brenda Falvai | June 2, 2006 | $50,933.34 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on a loan made to Del Valle Capital Corporation, Inc. | Disallow in its entirety. |

2

401852v1

| Claim No. | Claimant | Date Filed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 12 | Brenda Falvai | June 2, 2006 | $50,972.22 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on a loan made to Glendale Tower Partners, LLC. | Disallow in its entirety. |
| 13 | Brenda Falvai | June 2, 2006 | $50,933.34 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on a loan made to John and Carol King. | Disallow in its entirety. |
| 14 | Brenda Falvai | June 2, 2006 | $50,933.34 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on a loan made to John and Carol King. | Disallow in its entirety. |
| 15 | Brenda Falvai | June 2, 2006 | $37,860.24 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on a loan made to Bay Pompano Beach, LLC. | Disallow in its entirety. |
| 18 | Melanie Cowan | June 23, 2006 | $100,000.00 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on loans made to Homes for America Holding and Eagle Meadows Development, Ltd. . | Disallow in its entirety. |

401852v1

| Claim No. | Claimant | Date Filed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 21 | Ross Deller | June 23, 2006 | $50,000.00 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on investment in the DTDF. | Disallow in its entirety. |
| 22 | Ross Deller | June 23, 2006 | $120,000.00 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on a loan made to Roam Development Group, L.P. | Disallow in its entirety. |
| 23 | Ross Deller | June 23, 2006 | $50,000.00 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on investment in DTDF. | Disallow in its entirety. |
| 24 | Ross Deller | June 23, 2006 | $100,000.00 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on investment in the DTDF. | Disallow in its entirety. |
| 27 | Edward J. Quinn and Darlene A. Quinn | July 24, 2006 | $156,388.48 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on loans made to Freeway 101 USA Investors, LLC, LCG Gilroy, LLC, and Bay Pompano Beach, LLC. | Disallow in its entirety. |

4

401852v1

| Claim No. | Claimant | Date Filed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 28 | Edward J. Quinn and Darlene A. Quinn | July 26, 2006 | $156,388.48 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on loans made to Freeway 101 USA Investors, LLC, LCG Gilroy, LLC, and Bay Pompano Beach, LLC. | Disallow in its entirety. |
| 29 | Edward J. Quinn and Darlene A. Quinn | July 26, 2006 | $156,388.48 | Claimant is not a FTDF Member nor otherwise connected to the FTDF. Proof of claim appears to be based on loans made to Freeway 101 USA Investors, LLC, LCG Gilroy, LLC, and Bay Pompano Beach, LLC. | Disallow in its entirety. |

401852v1