# EXHIBIT "1"

## Equity Interests

| Claim No. | Claimant | Date Filed | Claim Amount | Proposed Disposition |
|---|---|---|---|---|
| 2 | Joseph Grgurich | April 27, 2006 | $25,000.00 | Reclassify as proof of interest. |
| 6 | Frieda Moon FBO Sharon C. Van Ert | May 23, 2006 | $35,583.34 | Reclassify as proof of interest. |
| 7 | Frieda Moon FBO Sharon C. Van Ert | May 23, 2006 | $17,538.18 | Reclassify as proof of interest. |
| 17 | Concetta Carnicelli or Margaret Valli JT WROS | June 23, 2006 | $45,000.00 | Reclassify as proof of interest. |
| 19 | Louie and Charlotte Polanco | June 23, 2006 | $13,110.26 | Reclassify as proof of interest. |
| 20 | Joseph Grgurich | June 23, 2006 | $25,000.00 | Reclassify as proof of interest. |
| 25 | Rocco J. Rocco | July 7, 2006 | $10,132.00 | Reclassify as proof of interest. |
| 26 | Heinrich Richard Weber and Brigitte S. Weber | July 21, 2006 | $30,275.00 | Reclassify as proof of interest. |

401851v1