ELECTRONICALLY FILED
August 1, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:    fmerola@stutman.com
          ekarasik@stutman.com
          aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:    jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Hearing**<br>Date: August 31, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

**NOTICE OF OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIMS BASED ON PREPETITION EQUITY SECURITY INTERESTS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC AND CLAIMANTS CONCETTA CARNICELLI, JOSEPH GRGURICH; FRIEDA MOON, LOUIE AND CHARLOTTE POLANCO, ROCCO J. ROCCO, MARGARET VALLI, SHARON C. VAN ERT, AND HEINRICH RICHARD AND BRIGITTE S. WEBER)**

401838v1

**PLEASE TAKE NOTICE** that on August 1, 2006, the **"Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC To Claims Based On Prepetition Equity Security Interests Of USA Capital First Trust Deed Fund, LLC"** (the "Objection") was filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"). Pursuant to the Objection, the FTDF Committee seeks the reclassification of certain proofs of claim (the "Equity Interests") on the grounds that they do not reflect "claims" against USA Capital First Trust Deed Fund, LLC ( the "FTDF") as that term is defined in Bankruptcy Code section 101(5). Rather, the Equity Interests reflect "equity security" interests based on the membership interests in the FTDF. The Equity Interests and the requested treatment of such claims by the FTDF Committee are as follows:

| Claim No. | Claimant | Date Filed | Claim Amount | Proposed Disposition |
|---|---|---|---|---|
| 2 | Joseph Grgurich | April 27, 2006 | $25,000.00 | Reclassify as proof of interest. |
| 6 | Frieda Moon FBO Sharon C. Van Ert | May 23, 2006 | $35,583.34 | Reclassify as proof of interest. |
| 7 | Frieda Moon FBO Sharon C. Van Ert | May 23, 2006 | $17,538.18 | Reclassify as proof of interest. |
| 17 | Concetta Carnicelli or Margaret Valli JT WROS | June 23, 2006 | $45,000.00 | Reclassify as proof of interest. |
| 19 | Louie and Charlotte Polanco | June 23, 2006 | $13,110.26 | Reclassify as proof of interest. |
| 20 | Joseph Grgurich | June 23, 2006 | $25,000.00 | Reclassify as proof of interest. |
| 25 | Rocco J. Rocco | July 7, 2006 | $10,132.00 | Reclassify as proof of interest. |
| 26 | Heinrich Richard Weber and Brigitte S. Weber | July 21, 2006 | $30,275.00 | Reclassify as proof of interest. |

401838v1

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on August 31, 2006, at the hour of 9:30 a.m.

**PLEASE TAKE FURTHER NOTICE** that any response to the Objection must be filed by **August 24, 2006** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

! The court may *refuse to allow you to speak* at the scheduled hearing; and

! The court may *rule against you* without formally calling the matter at the hearing.

DATED: August 1, 2006

　　　　　　　　　　　　　　　　　　　　　／s／ Andrew M. Parlen
Andrew M. Parlen, Esq.
Stutman, Treister & Glatt
Professional Corporation
Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

401838v1                                3