**Entered on Docket
August 02, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br><br>**Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| Affects: | Current Date: |
|---|---|
| ☐ All Debtors | Date:   August 4, 2006 |
| ☒ USA Commercial Mortgage Company | Time:   9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | **New Hearing Date:** |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Date:   August 16, 2006 |
| ☐ USA Capital First Trust Deed Fund, LLC | Time:   9:30 a.m. |
| ☐ USA Securities, LLC | |

IT IS HEREBY STIPULATED and AGREED by and between USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors") by and through their attorneys, the law firm of Schwartzer & McPherson and Ray Quinney & Nebeker; and Creditors Rolland P. Weddell and Spectrum Financial Group, by and through their attorneys, Hale Lane Peek Dennison and Howard ("Hale Lane"), as follows:

WHEREAS on July 12, 2006, Hale Lane filed a <u>Motion For Relief From Automatic Stay</u> (the "Lift Stay Motion") which is scheduled to be heard on August 4, 2006 at 1:30 p.m.  <u>See</u> Lift Stay Motion, docket no. 863.

WHEREAS, the Parties believe that it is necessary to have additional time to respond to the above-referenced motion and to allow the Debtors to address, to the extent possible, the concerns of any of the Parties prior to having to file a responsive pleading.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The hearing on the Lift Stay Motion shall be continued to August 16, 2006 at 9:30 a.m.

2. All Parties shall have up to and including August 4, 2006 to file responsive pleadings to the Lift Stay Motion.  Courtesy copies of said pleadings shall be delivered to the Court no later than August 7, 2006.

/ / /

/ / /

/ / /

/ / /

/ / /

2. The deadline to file replies to the responses for all parties shall be August 11, 2006. Courtesy copies of said pleadings shall be delivered to the Court no later than August 14, 2006.

DATED this 31st day of July, 2006.           DATED this 31 day of July, 2006.

**RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM**

By: *(signature)*
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
*Attorneys for the Debtors and Debtors in Possession*

**HALE LANE PEEK DENNISON AND HOWARD**

By: *(signature)*
J. Stephen Peek, Esq.
Elissa F. Cadish, Esq.
Matthew J. Kreutzer, Esq.
*Attorneys for Rolland P. Weddell and Spectrum Financial Group*

## ORDER

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: *(signature)*
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for the Debtors and Debtors in Possession

###