**Entered on Docket
August 02, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

EDWARD J. HANIGAN, ESQ.
Nevada Bar #000242
199 N. Arroyo Grande Blvd. #200
Henderson, NV 89074
Telephone: (702) 434-1300
Facsimile: (702) 434-6405

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No:    BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **ORDER GRANTING<br>WITHDRAWAL OF<br>EDWARD J. HANIGAN, ESQ.<br>AS ATTORNEY FOR<br>VINCE DANELIAN** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor. | Date:    July 25, 2006<br>Time:    9:30 a.m. |

1

In re:
USA SECURITIES, LLC,

　　　　　　　　　　Debtor.

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

This matter having come before the Court upon the Motion of Edward J. Hanigan, Esq. to withdraw as counsel in this matter for Creditor Vince Danelian, the Court having reviewed the Motion and no opposition having been filed, for good cause,

IT IS HEREBY ORDERED that the Motion of Edward J. Hanigan to withdraw as attorney for Vince Danelian is granted;

IT IS FURTHER ORDERED that all further correspondence in this matter to Vince Danelian shall be mailed to Vince Danelian, P.O. Box 97782, Las Vegas, NV 89193.

　　　　　DATED: _____, 2006.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States Bankruptcy Court Judge

In accordance with LR 9021, counsel submitting this document certifies as follows:

　　_____　　The court has waived the requirement of approval under LR 9021.

　　__X__　　No parties appeared or filed written objections, and there is no trustee appointed in the case.

　　_____　　I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

2

1  Submitted by:

3  Edward J. Hanigan, Esq.
   Nevada Bar #000242
4  199 N. Arroyo Grande Blvd. #200
   Henderson, NV 89074
5  Telephone: (702) 434-1300
   Facsimile: (702) 434-6405

### #