Parsons, Behle & Latimer
Nancy L. Allf, Bar No. 0128
Timothy P Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702) 599-6000
nallf@parsonsbehle.com

Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
robert@robertlepome.com

Attorneys for Alexander et, al.

E-Filed on August 1, 2006

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>               Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>               Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>               Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>               Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br><br>USA SECURITIES, LLC,<br>               Debtor | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>    ■ All Debtors | |

| ☐ USA Commercial Mortgage Co. | ) | | |
|---|---|---|---|
| ☐ USA Securities, LLC | ) | | |
| ☐ USA Capital Realty Advisors, LLC | ) | DATE: | August 4, 2006 |
| ☐ USA Capital Diversified Trust Deed | ) | TIME: | 9:30 A.M. |
| ☐ USA First Trust Deed Fund, LLC | ) | | |
| | ) | | |

SECOND AMENDED STATEMENT OF ROBERT C. LEPOME, ESQ. AND NANCY ALLF, ESQ. PURSUANT TO BANKRUPTCY RULE 2019 (AFFECTS ALL DEBTORS)

COMES NOW ROBERT C. LEPOME, ESQ. and NANCY ALLF, ESQ. hereby declares under penalty of perjury and states as follows:

1. Robert C. LePome is an attorney licensed to practice law in the State of Nevada and am a sole practitioner in private practice. Nancy Allf, Esq. is an attorney licensed to practice in the State of Nevada and is a partner in the law firm of Parsons, Behle and Latimer. Both attorneys have associated for the purpose representing Stanley Alexander and others identified below. We have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2. We are primarily responsible for representing the following parties in connection with the above-captioned cases:

Stanley and Florence Alexander
P.O. Box 915144
Longwood, FL 32779

James Cielen
9775 S. Maryland Pkwy, Suite F102
Las Vegas, NV 89127

Church of Movement
Mark Lurie
P.O. Box 513935
Los Angeles, CA 90051

Patrick and Susan Davis
104 Van Buren Court
Colleyville, TX 76034

Norma Deull
140 Riverside Drive #8A
New York, NY 10024

Martin Leaf
71 Pierce Road
P.O. Box 142

Windsor, MA 01270

David and Sally Olds
25 N. Washington St.
Port Washington, NY 11050

Jerome and Charma Block
201 S. 18th St Apt. 2119
Philadelphia, PA 19103

Nancy Golden
5524 Rainier St.
Ventura, CA 93003

Robin Graham
1460 Twinridge Road
Santa Barbara, CA 93111

Pamela Marton
2652 ½ Lake View Terrace E.
Los Angeles, CA 90039

Jeff and Phyllis Karr
825 Cooper Basin Rd.
Prescott, AZ 86303

Sharon Juno
27139 Stratford Glen Dr.
Daphne, AL 36526

Jacques Massa
Jayam Family, LP
7 Paradise Valley Court
Henderson, NV 89052

Matthew and Marilyn Molitch
2251 N. Rampart Blvd. #185
Las Vegas, NV 89128

Daniel D. Newman
Daniel D. Newman Trust
125 Elysian Drive
Sedona, AZ 86336

Hans Prakelt
2401-A Waterman Blvd. #1-230
Fairfield, CA 95434

Dr. Carole Talan
1299 Kingsbury Grade
Gardnerville, NV 89460

Louise Teeter
Norman Teeter
Robert Teeter
Rudolf Winkler
Carmel Winkler
Winkler Family Trust
4201 Via Marina, Suite 300
Marina del Rey, CA 90292

The Wild Water Limited Partnership
P.O. Box 9288
Incline Village, NV 89452

Crosbie & Grable Ronning
P.O. Box 7804
Incline Village, NV 89452

Spectrum Capital, LLC
6167 Jarvis Ave. #304
Newark, CA 94560

Wolf Voss
14 Via Ambra
Newport Coast, CA 92657

The representation of these clients is based on direct loans they made to borrowers in one or more of various real property development projects currently

being serviced by USA Commercial Mortgage Company which are secured by deeds of trust. The direct loans were made on or before the petition date, and are shown on Exhibit "A".

3. This statement is filed as soon as it was feasible, given the complexity of the case and the issues involved herein.

4. This supplements and replaces the statement filed June 14, 2006 as Docket No 650.

Robert C. LePome, Esq.

/s/ Robert C. LePome, Esq
Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
Nevada Bar #1980
Attorney for Interest Parties
and
Parsons, Behle & Latimer
Nancy Allf, Esq., Bar No. 0128
Timothy P. Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702)599-6000

## CERTIFICATE OF SERVICE

I, Toni Rios, hereby certify that a true and correct copy of the aforegoing was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC. evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith1@sheacarlyon.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN yvette@ccfirm.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FEL! L BA! NKRUPTCY NOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON bankruptcynotices@gordonsilver.com

TALITHA B. GRAY bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN ! haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN xanna.hardman@gmail.com,

STEPHEN R HARRIS noticesbh&p@renolaw.biz

CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS ,

TY E. KEHOE TyKehoeLaw@aol.com

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

NILE LEATHAM ! nleatham@klnevada.com, ckishi@klnevada.com;ban! kruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

REGINA M. MCCONNELL rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN! mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JOHN F MURTHA jmurtha@woodburnandwedge.com

ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com

BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY info@johnpeterlee.com

SUSAN! WILLIAMS SCANN &! nbsp &nb sp sscann@deanerlaw.com,
palexander@deanerlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

SHLOMO S. SHERMANssherman@sheacarlyon.com.
;aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com
ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

by electronic service on the 1st day of August, 2006 and to the following by

regular mail on the 1st day of August, 2006

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

FRANK A ELLIS

510 S 9TH ST
LAS VEGAS, NV 89101

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

RICHARD J. MASON
1!30 PINETREE LANE
RIVERWOODS, IL 60015

BRECK E. MILDE
60 South Market St, Suite 200
San Jose, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100

CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

RUSSELL S. WALKER
265 EAST 100 SOUTH SUITE 300
SALT LAKE CITY, UT 84111

WILLIAM E WINFIELD

POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

/s/ Toni Rios
Employee of Robert C. LePome, Esq.

USA CAPITAL INVESTORS REPRESENTED BY ROBERT C. LEPOME, ESQ. AS OF JULY 27, 2006

| Client | Borrower | Amount Invested | Interest | Agreed Interest | Disputed Set-Off |
|---|---|---|---|---|---|
| Stanley & Florence Alexander | Marquis Hotel | 150,000 | 13% | | 12,484 |
| Stanley & Florence Alexander | HFA Clear Lake | 350,000 | 16% | | 36,244 |
| Stanley & Florence Alexander | HFA - North Yonkers | 100,000 | 12% | | 13,933 |
| Stanley & Florence Alexander | Hasley Canyon | 100,000 | 17% | 371 | |
| Stanley & Florence Alexander | I-40 Gateway West, LLC | 53,000 | 15% | 683 | |
| Stanley & Florence Alexander | 60th Street, LLC | 100,000 | 15% | 1,465 | |
| Stanley & Florence Alexander | Placer Vineyards | 100,000 | 12.50% | | 5,050 |
| Stanley & Florence Alexander | Fiesta Murrieta | 100,000 | 12% | 1,203 | |
| Stanley & Florence Alexander | Brookmere/Matteson | 150,000 | 12% | | 590 |
| Stanley & Florence Alexander | Roam Development Group | 92,000 | 12% | | 32 |
| Stanley & Florence Alexander | Lerin Hills | 200,000 | 15% | | 85 |
| Stanley & Florence Alexander | Riviera Homes for America Holdings, LLC | 90,000 | 16.50% | | 11,756 |
| Stanley & Florence Alexander | Lerin Hills | 100,000 | 15% | | 85 |
| Stanley & Florence Alexander | Lerin Hills | 125,000 | 15% | | 85 |
| Jerome L. & Charma Block | Gramercy Court Condos | 50,000 | 12% | | 2,044 |
| Jerome L. & Charma Block | Shamrock Tower, LP | 50,000 | 12% | | 7,318 |
| Jerome L. & Charma Block | Castaic Partners III LLC | 50,000 | 12.50% | 412 | |
| Jerome L. & Charma Block | 6425 Gess, LTD. | 50,000 | 12% | | 3,335 |
| Church of Movement | Roam Development Group | 100,000 | 12% | | 35 |
| Church of Movement | Del Valle Isleton | 100,000 | 12.50% | 433 | |
| Church of Movement | HFA - North Yonkers | 100,000 | 12.50% | | 13,933 |
| Church of Movement | Foxhill 216, LLC | 100,000 | 13.50% | 9 | |
| James R. Cielen | Bay Pomano Beach | 100,000 | 13% | | 811 |
| James R. Cielen | HFA - Riveria 2nd | 25,000 | 18% | | 6,975 |
| James R. Cielen | Preserve at Galleria, LLC | 50,000 | 15% | 356 | |
| James R. Cielen | Cabernet | 25,000 | 15% | 41 | |
| James R. Cielen | HFA - Windham | 50,000 | 12% | | 7,833 |
| James R. Cielen | Placer Vineyards 2nd | 50,000 | 16% | | 2,481 |
| James R. Cielen | Marquis Hotel | 50,000 | 13% | | 9,442 |
| James R. Cielen | Amesbury/Hatters | 25,000 | 13.50% | | 1,324 |
| James R. Cielen | Hasley Canyon | 25,000 | 17% | | 2,592 |
| Patrick and Susan Davis | Amesbury/Hatters | 50,000 | 13% | | 2,764 |
| Patrick and Susan Davis | Brookmere/Matteson | 100,000 | 12% | | 2,261 |
| Patrick and Susan Davis | Beau Rivage | 100,000 | 12% | 3,004 | |
| S&P Davis Limited Partnership | BarUSA/$15,300,000 | 100,000 | 12.50% | | 1,369 |
| S&P Davis Limited Partnership | Hasley Canyon | 50,000 | 17% | | 2,570 |
| S&P Davis Limited Partnership | J. Jireh's Corp. | 100,000 | 12.50% | 765 | |
| S&P Davis Limited Partnership | Amesbury/Hatters | 50,000 | 13% | | 753 |
| S&P Davis Limited Partnership | 6424 Gess, LTD. | 100,000 | 12% | | 6,669 |
| S&P Davis Limited Partnership | Foxhill 216, LLC | 100,000 | 12.50% | 9 | |

Ex 'A'

| Lender | Loan | Amount | Rate | Col1 | Col2 |
|---|---|---:|---:|---:|---:|
| S&P Davis Limited Partnership | Fiesta USA/Stoneridge | 100,000 | 13% | | 10,723 |
| S&P Davis Limited Partnership | Del Valle Isleton | 100,000 | 12% | 433 | |
| S&P Davis Limited Partnership | Roam Development Group | 100,000 | 12% | | 35 |
| S&P Davis Limited Partnership | Tapia Ranch | 100,000 | 12.50% | | 1,568 |
| S&P Davis Limited Partnership | Rio Rancho Executive Plaza | 100,000 | 12% | 935 | |
| S&P Davis Limited Partnership | HFA Clear Lake | 50,000 | 12% | | 6,767 |
| S&P Davis Limited Partnership | Del Valle - Livingston | 50,000 | 12% | 369 | |
| S&P Davis Limited Partnership | Charlevoix Homes | 100,000 | 15% | 0 | |
| S&P Davis Limited Partnership | I-40 Gateway West, LLC | 50,000 | 12% | | 145 |
| S&P Davis Limited Partnership | Margarita Annex | 50,000 | 12% | | 128 |
| S&P Davis Limited Partnership | Gramercy Apartments | 100,000 | 12% | | 2,380 |
| S&P Davis Limited Partnership | Brookmere/Matteson | 100,000 | 12% | | 283 |
| S&P Davis Limited Partnership | Bay Pomano Beach | 100,000 | 12.50% | | 722 |
| S&P Davis Limited Partnership | Ocean Atlantic | 100,000 | 12% | 924 | |
| First Savings Bank, Custodian for Pat Davis IRA | Beau Rivage | 50,000 | 18% | 1,502 | |
| First Savings Bank, Custodian for Pat Davis IRA | Oak Shores II | 70,000 | 12% | | 263 |
| First Savings Bank, Custodian for Pat Davis IRA | BarUSA/$15,300,000 | 66,000 | 12.50% | | 1,045 |
| First Savings Bank, Custodian for Pat Davis IRA | Amesbury/Hatters | 50,000 | 13% | | 3,517 |
| First Savings Bank, Custodian for Susan Davis IR/ | Amesbury/Hatters | 50,000 | 13% | | 1,407 |
| First Savings Bank, Custodian for Susan Davis IR/ | Beau Rivage | 50,000 | 18% | 601 | |
| First Savings Bank, Custodian for Susan Davis IR/ | BarUSA/$15,300,000 | 66,000 | 12.50% | | 412 |
| Norma Deull | Gramercy Court Condos | 50,000 | 12% | | 2,044 |
| Norma Deull | Bay Pomano Beach | 50,000 | 12.50% | | 211 |
| Norma Deull | HFA - North Yonkers | 50,000 | 12% | | 6,967 |
| Nancy Golden | Placer Vineyards | 50,000 | 12.50% | | 2,525 |
| Nancy Golden | Wasco Investments | 50,000 | 12% | | 2,898 |
| Nancy Golden | Oak Shores II | 60,000 | 12% | 51 | |
| Nancy Golden | Fiesta Murrieta | 50,000 | 12% | 147 | |
| Nancy Golden | Roam Development Group | 50,000 | 12% | | 18 |
| Robin Graham | Brookmere/Matteson $27,050.00 | 114,500 | 12% | | 1,263 |
| Robin Graham | Margarita Annex | 300,000 | 12% | | |
| Robin Graham | Harbor Georgetown | 200,000 | 12% | | |
| Robin Graham | Tapia Ranch | 200,000 | 12.50% | | 535 |
| Robin Graham | Placer Vineyards | 100,000 | 13% | | 1,955 |
| Robin Graham | HFA - North Yonkers | 150,000 | 13% | | 10,050 |
| Robin Graham | HFA - Clear Lake | 100,000 | 16% | | 6,700 |
| Robin Graham | Roam Development Group | 100,000 | 12% | 490 | |
| Robin Graham | Del Valle Isleton | 200,000 | 13% | 1,198 | |
| Robin Graham | 6425 Gess, Ltd. | 100,000 | 12% | | 6,669 |
| Robin Graham | Bay Pampano Beach | 150,730 | 13% | | 2,193 |
| Robin Graham | Del Valle - Livingston | 100,000 | 12% | 738 | |
| Robin Graham | Binford Medical Developers | 100,000 | | 974 | |
| Robin Graham | Comvest Capital | 100,000 | | 992 | |
| Jayem Family LP | Amesbury/Hatters | 75,000 | 13% | | 5,296 |
| Jayem Family LP | Beau Rivage | 113,215 | 18% | 2,590 | |

| Lender | Loan | Amount | Rate | Col1 | Col2 |
|---|---|---|---|---|---|
| Jayem Family LP | Mountain House Business Park | 75,000 | 13% | | 1,003 |
| Jayem Family LP | La Hacienda Estate, LLC | 100,000 | 12% | | 906 |
| Jayem Family LP | HFA - North Yonkers | 100,000 | 12% | | 13,933 |
| Jayem Family LP | Bundy Canyon $5,725,000 | 240,000 | 13% | 1,425 | |
| Jayem Family LP | Bay Pomano Beach | 50,243 | 12.50% | | 361 |
| Jayem Family LP | Comvest Capital | 60,000 | 12% | 595 | |
| Jayem Family LP | Rio Rancho Executive Plaza | 250,000 | 12% | 1,556 | |
| Sharon Juno | 6425 Gess, Ltd. | 70,000 | 12% | | 4,668 |
| Phyllis Marina Karr | Mountain House Business Hotel | 60,000 | 12% | 802 | |
| Phyllis Marina Karr | La Hacienda Estate, LLC | 60,000 | 12% | 544 | |
| Martin Leaf | Gramercy Court Condos | 50,000 | 12% | | 2,044 |
| Martin Leaf | HFA - North Yonkers | 50,000 | 12% | | 6,967 |
| Martin Leaf | Bay Pomano Beach | 50,000 | 12.50% | | 260 |
| Pamela Jean Marton | Bay Pomano Beach | 50,000 | 12.50% | | 271 |
| Pamela Jean Marton | Palm Harbor One | 50,000 | 12% | 478 | |
| Matthew Molitch | Ocean Atlantic | 50,000 | 12% | 462 | |
| Matthew Molitch | HFA Clear Lake | 50,000 | 12% | | 6,767 |
| Matthew Molitch | Marlton Square | 300,000 | 12.50% | | 6,636 |
| Matthew Molitch | 6425 Gess, LTD. | 50,000 | 12% | | 3,335 |
| Matthew Molitch | Fiesta USA/Stoneridge | 100,000 | 13% | | 24,283 |
| Matthew Molitch | Roam Development Group | 200,000 | 12% | | 70 |
| Matthew Molitch | Rio Rancho Executive Plaza | 50,000 | 12% | 467 | |
| Matthew Molitch | Brookmere/Matteson | 100,000 | 12% | | 2,544 |
| Matthew Molitch | Foxhill 216, LLC | 50,000 | 12.50% | 4 | |
| Marilyn & Matthew Molitch | Gramercy Court Condos | 50,000 | 12% | | 2,044 |
| First Savings Bank, Custodian for Matthew Molitch | Bundy Canyon $5,725,000 | 54,000 | 13% | | 95 |
| Daniel D. Newmen Trust | Brookmere/Matteson | 65,000 | 12% | | 1,653 |
| Daniel D. Newmen Trust | Gramercy Court Condos | 75,000 | 12% | | 612 |
| Daniel D. Newmen Trust | Mountain House Business Park | 35,000 | 13% | 318 | |
| Daniel D. Newmen Trust | Fiesta Oak Valley | 50,000 | 13% | | 8,446 |
| Daniel D. Newmen Trust | Universal Hawaii | 50,000 | 12% | 565 | |
| Daniel D. Newmen Trust | HFA - Clear Lake | 70,000 | 16% | | 9,473 |
| Daniel D. Newmen Trust | I-40 Gateway West, LLC | 70,000 | 15% | | 171 |
| Daniel D. Newmen Trust | Oak Shores II | 85,000 | 12% | | 319 |
| Daniel D. Newmen Trust | Bundy Canyon $5,000,000 | 90,000 | 13% | 1,081 | |
| Daniel D. Newmen Trust | Castaic Partners III LLC | 60,000 | 12.50% | 494 | |
| Daniel D. Newmen Trust | Gateway Stone | 50,000 | 12% | | 82 |
| Daniel D. Newmen Trust | Ocean Atlantic $9,425,000 | 70,000 | 12% | 646 | |
| Daniel D. Newmen Trust | Standard Property Development | 50,000 | 12.50% | 353 | |
| David and Sally Olds | Palm Harbor One | 50,000 | 12% | | 7,318 |
| David and Sally Olds | Shamrock Tower, LP | 50,000 | 12% | | |
| David and Sally Olds | 6425 Gess, LTD | 50,000 | 12% | | 3,335 |
| David and Sally Olds | Lake Helen Partners | 50,000 | 14% | | |
| David and Sally Olds | HFA Clear Lake | 50,000 | 12% | | 6,767 |
| Frances E. Phillips | Palm Harbor One | 50,000 | 12% | | |

| Lender | Borrower | Amount | Rate | Col1 | Col2 |
|---|---|---|---|---|---|
| Frances E. Phillips | Bay Pomano Beach | 50,000 | 12.50% | | 271 |
| Stephen and Frances Phillips | Foxhill 216, LLC | 50,000 | 12.50% | 4 | |
| Stephen and Frances Phillips | Bundy Canyon $2,500,000 | 50,000 | 12% | 653 | |
| Stephen and Frances Phillips | Del Valle - Livingston | 50,000 | 12% | 363 | 2,423 |
| Hans J. Prakelt | Wasco Investments | 50,000 | 12% | | |
| Hans J. Prakelt | Foxhill 216, LLC | 50,000 | 12.50% | 4 | |
| Hans J. Prakelt | Golden State Investments II | 50,000 | 12% | | 699 |
| Hans J. Prakelt | Roam Development Group | 100,000 | 12% | | 35 |
| Hans J. Prakelt | SVRB Rio Bravo $4,500,000 | 50,000 | 12% | 294 | |
| Hans J. Prakelt | Palm Harbor One | 50,000 | 12% | 478 | |
| Crosbie Ronning | Lerin Hills | 50,000 | 15% | | 149 |
| Crosbie Ronning | Fiesta Murrieta[1] | 50,000 | 12% | 602 | |
| Crosbie Ronning | Placer Vineyards | 50,000 | 12.50% | | 2,525 |
| Grable B. Ronning | Margarita Annex | 50,000 | 12% | 251 | |
| Grable B. Ronning | Fiesta Murrieta[1] | 100,000 | 12% | 1,203 | 376 |
| Grable B. Ronning | Oak Shores II | 100,000 | 12% | | |
| Grable B. Ronning | Universal Hawaii | 100,000 | 12% | 1,130 | |
| Grable B. Ronning | Corman Toltec 160, LLC | 100,000 | 12% | 257 | |
| Grable B. Ronning | Placer Vineyards | 85,000 | 12.50% | | 4,292 |
| Grable B. Ronning | Rio Bravo (SVRB) | 100,000 | 12% | 588 | |
| Grable B. Ronning | Roam Development Group | 100,000 | 12% | | 35 |
| Bosworth 1988 Trust | Castaic Partners II LLC | 100,000 | 12.50% | | 1,659 |
| Bosworth 1988 Trust | Placer Vineyards | 50,000 | 12.50% | | 2,525 |
| Wild Water Limited Partnership | Margarita Annex | 50,000 | 12% | 251 | |
| Wild Water Limited Partnership | Corman Toltec 160, LLC | 50,000 | 12% | 129 | |
| Wild Water Limited Partnership | Foxhill 216, LLC | 50,000 | 12.50% | 116 | |
| Wild Water Limited Partnership | Elizabeth May Real Estate | 50,000 | 12% | 466 | |
| Wild Water Limited Partnership | Oak Shores II | 50,000 | 12% | | 188 |
| Wild Water Limited Partnership | Fiesta Murrieta[1] | 50,000 | 12% | 602 | |
| Wild Water Limited Partnership | SVRB Rio Bravo $4,500,000 | 50,000 | 12% | 294 | |
| Wild Water Limited Partnership | Universal Hawaii | 50,000 | 12% | 565 | |
| Wild Water Limited Partnership | Castaic Partners II LLC | 50,000 | 12% | | 829 |
| Spectrum Capital, LLC | Roam Development Group | 50,000 | 12% | | 18 |
| Spectrum Capital, LLC | Ocean Atlantic | 50,000 | 12% | 462 | |
| Spectrum Capital, LLC | Oak Shores II | 50,000 | 12% | 62 | |
| Spectrum Capital, LLC | BarUSA/$15,300,000 | 40,000 | 12.50% | | 1,553 |
| Spectrum Capital, LLC | Amesbury/Hatters | 40,000 | 13% | | 1,980 |
| Spectrum Capital, LLC | Glendale Tower | 50,000 | 12.50% | 730 | |
| Spectrum Capital, LLC | Harbor Georgetown | 50,000 | 12% | 178 | |
| Spectrum Capital, LLC | HFA - North Yonkers | 50,000 | 12% | | 6,967 |
| Spectrum Capital, LLC | Huntsville | 50,000 | 12% | | 1,797 |
| Spectrum Capital, LLC | Lerin Hills | 50,000 | 15% | | 149 |
| Spectrum Capital, LLC | Marlton Square | 50,000 | 12.50% | | 1,106 |
| Spectrum Capital, LLC | Marquis Hotel | 50,000 | 13% | | 9,442 |
| Spectrum Capital, LLC | Brookmere/Matteson | 30,000 | 12% | | 763 |

| Lender | Loan | Amount | Rate | Col1 | Col2 |
|---|---|---:|---:|---:|---:|
| Spectrum Capital, LLC | Shamrock Tower, LP | 50,000 | 12% | | 2,358 |
| Spectrum Capital, LLC | Universal Hawaii | 50,000 | 12% | 565 | |
| Spectrum Capital, LLC | Elizabeth May Real | 500,000 | 12% | 466 | |
| First Savings Bank, Custodian for Louise Teeter IF | Amesbury/Hatters | 30,000 | 13% | | 1,198 |
| First Savings Bank, Custodian for Louise Teeter IF | Bay Pomano Beach | 61,000 | 12.50% | | 415 |
| First Savings Bank, Custodian for Louise Teeter IF | Brookmere/Matteson | 60,000 | 12% | | 787 |
| First Savings Bank, Custodian for Louise Teeter IF | Fiesta Oak Valley | 60,000 | 13% | | 10,135 |
| First Savings Bank, Custodian for Louise Teeter IF | Fiesta USA/Stoneridge | 55,000 | 13% | | 11,459 |
| First Savings Bank, Custodian for Louise Teeter IF | Gateway Stone | 50,000 | 12% | | 82 |
| First Savings Bank, Custodian for Louise Teeter IF | Gramercy Court Condos | 54,000 | 12% | | 1,350 |
| First Savings Bank, Custodian for Louise Teeter IF | Mountain House Business Hotel | 50,000 | 12% | 669 | |
| First Savings Bank, Custodian for Louise Teeter IF | Placer Vineyards | 50,000 | 12.50% | | 2,525 |
| First Savings Bank, Custodian for Louise Teeter IF | Universal Hawaii | 82,000 | 12% | 926 | |
| First Savings Bank, Custodian for Louise Teeter IF | Urban Housing | 50,000 | 12.50% | 697 | |
| Norman Teeter | Amesbury/Hatters | 25,000 | 13% | | 1,614 |
| Norman Teeter | Bay Pomano Beach | 50,000 | 12.50% | | 271 |
| Norman Teeter | Brookmere/Matteson | 60,000 | 12% | | 1,526 |
| Norman Teeter | Fiesta Oak Valley | 82,000 | 13% | | 13,851 |
| Norman Teeter | Placer Vineyards | 100,000 | 12.50% | | 5,050 |
| Norman Teeter | Universal Hawaii | 55,000 | 12% | 621 | |
| Louise and Norman Teeter | Universal Hawaii | 65,000 | 12% | 599 | |
| Louise and Norman Teeter | Urban Housing | 60,000 | 12.50% | 836 | |
| Robert Teeter | Brookmere/Matteson | 25,000 | 12% | | 636 |
| Robert Teeter | Fiesta Oak Valley | 60,000 | 13% | | 10,135 |
| First Savings Bank, Custodian for Rudolf Winkler I | Amesbury/Hatters | 25,000 | 13% | | 1,021 |
| First Savings Bank, Custodian for Rudolf Winkler I | Huntsville | 50,000 | 12% | | 3,749 |
| First Savings Bank, Custodian for Rudolf Winkler I | Mountain House Business Hotel | 50,000 | 12% | 669 | |
| First Savings Bank, Custodian for Rudolf Winkler I | Harbor Georgetown | 50,000 | 12% | | 949 |
| First Savings Bank, Custodian for Rudolf Winkler I | HFA - Windham | 75,000 | 12% | | 11,750 |
| First Savings Bank, Custodian for Rudolf Winkler I | Urban Housing | 74,000 | 12.50% | 1,031 | |
| Carmel Winkler Trustee of the Winkler Family Trus | Amesbury/Hatters | 25,000 | 13% | | 1,759 |
| Carmel Winkler Trustee of the Winkler Family Trus | Brookmere/Matteson | 25,000 | 12% | | 636 |
| Carmel Winkler Trustee of the Winkler Family Trus | Harbor Georgetown | 50,000 | 12% | | 949 |
| Carmel Winkler Trustee of the Winkler Family Trus | HFA - North Yonkers | 50,000 | 12% | | 6,967 |
| Winkler Family Trust | Amesbury/Hatters | 25,000 | 13% | | 1,759 |
| Winkler Family Trust | Brookmere/Matteson | 100,000 | 12% | | 2,544 |
| Winkler Family Trust | Huntsville | 50,000 | 12% | | 3,749 |
| Winkler Family Trust | Harbor Georgetown | 50,000 | 12% | | 949 |
| Winkler Family Trust | HFA - Windham | 100,000 | 12% | | 15,667 |
| Winkler Family Trust | HFA - North Yonkers | 50,000 | 12% | | 6,967 |
| Winkler Family Trust | Roam Development Group | 100,000 | 12% | | 35 |
| Winkler Family Trust | 6425 Gess, LTD | 100,000 | 12% | | 6,669 |
| Winkler Family Trust | Urban Housing | 50,000 | 12.50% | 697 | |
| Winkler Family Trust | Comvest Capital | 50,000 | | 496 | |
| Carole Talan | Eagle Meadows | 100,000 | 12.50% | | 1,010 |

| Name | Property | Amount | Rate | Interest | Interest 2 |
|---|---|---|---|---|---|
| Carole Talan | Del Valle - Livingston | 50,000 | 12% | | |
| Voss Family Trust | Gateway Stone | 50,000 | 12% | 369 | 82 |
| Voss Family Trust | Marquis Hotel | 100,000 | 13% | | 3,593 |
| Voss Family Trust | Ashby Financial $7,200,000 | 130,000 | 12% | | 28,730 |
| Voss Family Trust | Del Valle - Livingston | 100,000 | 12% | 738 | |
| Voss Family Trust | Wasco Investments | 90,000 | 12% | | 4,361 |
| Voss Family Trust | SVRB Rio Bravo $4,500,000 | 100,000 | 12% | 588 | |
| Voss Family Trust | Placer Vineyards | 125,000 | 12.50% | | 6,312 |
| Voss Family Trust | Oak Shores II | 100,000 | 12% | 589 | |
| Voss Family Trust | Mountain House Business Hotel | 75,000 | 12% | 1,912 | |
| Voss Family Trust | Mountain House Business Hotel | 75,000 | 12% | 1,912 | |
| Voss Family Trust | Marlton Square | 60,000 | 12.50% | | 1,327 |
| Voss Family Trust | Margarita Annex | 100,000 | 12% | | 945 |
| Voss Family Trust | 6425 Gess, LTD. | 120,000 | 12% | | 8,003 |
| Voss Family Trust | Huntsville | 100,000 | 12% | | 6,090 |
| Voss Family Trust | Foxhill 216, LLC | 50,000 | 12.50% | 4 | |
| Voss Family Trust | HFA - North Yonkers | 125,000 | 12% | | 17,417 |
| | | | | $542,791 | $594,053 |

Note: 1 The Fiesta Development, Inc. (Murieta) interest in the names of

Crosbie B. Ronning- ($50,000.00)- $602

Wild Water LTD- ($50,000.00)- $602

Grable Ronning- ($100,000.00)- $1,203.00

Hereafter "RONNING" are the subject of an Interpleader Action.

Ronning believes this $2,407.00 should be paid to the "RONNING" investors.

The $54,279 does not include these amounts.