Parsons, Behle & Latimer                    E-Filed on August 2, 2006
Nancy L. Allf, Bar No. 0128
Timothy P Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702) 599-6000
nallf@parsonsbehle.com

Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
robert@robertlepome.com

Attorneys for Alexander et, al.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) | |
| Debtor | ) | |
| Affects: | ) | |
| ☐ All Debtors | ) | |

■ USA Commercial Mortgage Co.      )
□ USA Securities, LLC               )
□ USA Capital Realty Advisors, LLC  )        DATE:       August 31, 2006
■ USA Capital Diversified Trust Deed )        TIME:       9:30 A.M.
■ USA First Trust Deed Fund, LLC    )
_____ )

*ERATTA TO*

## MOTION FOR PAYMENT OF PROCEEDS OF NOTES SECURED BY DEEDS OF TRUST WITHOUT REDUCTION FOR NETTING

Come now Direct Lenders Alexander and others shown in the Second Amended of Robert C. LePome, Esq. And Nancy Allf, Esq. Pursuant to Rule 2019 filed as Docket No. _1060_ represented by Nancy Allf of the firm of Parsons, Behle, & Latimer and Robert C. LePome Esq. and move the Court for an order that Debtor pay distributions to Movant as called for in their Servicing Agreement without reduction for netting. The amount due Movant's is not less than the total of the amount of "agreed" and "disputed" interest as shown as Exhibit "A" hereto.

This Motion is based upon the Points and Authorities attached hereto.

ROBERT C. LePOME, ESQ.

*Nancy Allf for*

Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV  89101
Nevada Bar #1980
Attorney for Defendant

## POINTS AND AUTHORITIES

The investment of Stanley Alexander and other Movants is shown on Exhibit "A" hereto.  Debtor as loan servicer is contractually required to collect and distribute all

funds placed for collection by Movants. Debtor has proposed to withhold and either convert unto itself funds shown as "disputed" interest or allow others to do so. Debtor tries to justify this conversion by various theories, none of which justify any with holding of Movants funds. The Loan Servicing Agreement applicable to the Debtor and all Movants are substantially in the form attached as Exhibit 1 to Direct Lenders/Beneficiaries' Opposition to Debtor's Proposed Case Management Plan filed herein by Janet CHUBB on May 1, 2006 as Attachment 1 to Docket No. 103. All Movants were given monthly statements by Debtor indicating that all interest was paid by the borrowers on time and all such interest was remitted until April 3, 2006.

A sample copy of the Debtors' letter to Mr. Voss dated April 29, 2005 is attached as page 6 to Exhibit "B". Most Movants extended their loans when Debtor reported that a fully performing borrower had requested such extension. An example is taken from the letter of Debtor to the Voss Family Trust. The Debtor states in its letter:

> "The borrower approached USA CAPITAL regarding extending the balance of this loan for an additional 12 months. The borrower is completing the entitlements and our loan will be taken out in the next 12 months through sale of the property. Currently the loan matures on May 13, 2005. The loan will have a new maturity date of May 13, 2006. A loan extension signature page and a new Power of Attorney are enclosed for your signature. Every investor who elects to stay in the loan must sign the loan extension signature page and a new power of attorney and return them in the self-stamped envelop provided. Please note that the signature in the new Power of Attorney must be notarized. Your interest checks will continue to arrive around the 10th of every month."

Debtor represented that the borrower was making his payments on time and needed an additional year to complete the entitlements and have the loan taken out.

Replying on this representation, Mr. Voss elected to execute the Extension Agreement and new Power of Attorney.

All objecting parties maintain that there were no interest "advances" to them by USA Commercial Mortgage. Most signed extension agreements. As always, USA Commercial Mortgage reported that the borrower was making the interest payments on time. Therefore there was no advance to the lender. There was an advance to the borrower by USA Commercial so that the borrower would be "current". These advances to the borrower thereby creating an account receivable from the borrower payable to USA Commercial.

The funds receipted for by these objecting parties ("lenders") were applied to the payment of their loans forwarded by their agent. Each lender was legally entitled to collect the interest and all payments were received in good faith. Under these facts there is no possibility of restitution or recoupment or "set offs". <u>Chase Manhattan Bank v. Burden</u> 489 A 2d 494, 497 (D.C. App. 1985), <u>Greenwald v. Chase Manhattan Mort. Corp.</u>, 241 F. 3rd 78, 79 (C.A.1 2001).

The Court should also be mindful of the case of <u>In re Golden Triangle Capital Inc.</u>, 171 B.R.79 (9th Cir BAP 1994) cited by several attorneys herein. This 9th Circuit case involved the Debtor <u>(Triangle)</u> which was acting as a loan servicing agent for a loan evidenced by a promissory note and secured by a Deed of Trust. This is precisely the situation of Debtor herein as it relates to the objecting parties identified in Exhibit "A" herein. In <u>Triangle</u>, the California Department of Real Estate and the FBI seized the funds in <u>Triangle's</u> bank account which contained funds to be used to fund a loan.

The funds seized were turned over to a Court appointed received for Triangle.  The state appointed receiver filed its Chapter 7 bankruptcy.  An adversary proceeding complaint was filed in Bankruptcy Court to determine entitlement to the funds.  Bankruptcy Judge Hargrove ruled that the funds belonged to the estate.  He was overuled by the 9th Circuit BAP panel in the reported case.

The BAP Court gave a dissertation on the law of trusts and then held that the legal fictions were not necessary to a conclusion of the issue.   "The property nevertheless should be excluded from the estate under section 541" Golden Triangle at 83.  Congress could not be more clear.  11 USC 541(b)(1) states "Property of the estate does not include any power that the debtor may exercise solely for the benefit of an entity other than the debtor."

The appellate Court held that since Triangle was only a conduit for the funds, except for its nominal [servicing] fee, the debtor never had rights in the funds. Id at 83.  The Court further held that property has never become part of the estate. The Court need not fashion an "equitable remedy".  All movants have filed their objection to the July 7, 2006 proposed distribution in so far as it allows any withhold for "netting".  Such objection was filed July 19, 2006.

. . .

. . .

. . .

. . .

. . .

. . .

<u>CONCLUSION</u>

The Court should grant this Motion so that the funds being withheld by Debtor

should be ordered released to Movants Immediately.

Parsons, Behle & Latimer
Nancy Allf, Esq., Bar No. 0128
Timothy P. Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702)599-6000

and

/s/ _Nancy Allf_____
Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
Nevada Bar #1980
(702)385-5509

USA CAPITAL INVESTORS REPRESENTED BY ROBERT C. LEPOME, ESQ. AS OF JULY 27, 2006

| Client | Borrower | Amount Invested | Interest | Agreed Interest | Disputed Set-Off |
|---|---|---|---|---|---|
| Stanley & Florence Alexander | Marquis Hotel | 150,000 | 13% | | 12,484 |
| Stanley & Florence Alexander | HFA Clear Lake | 350,000 | 16% | | 36,244 |
| Stanley & Florence Alexander | HFA - North Yonkers | 100,000 | 12% | | 13,933 |
| Stanley & Florence Alexander | Hasley Canyon | 100,000 | 17% | 371 | |
| Stanley & Florence Alexander | I-40 Gateway West, LLC | 53,000 | 15% | 683 | |
| Stanley & Florence Alexander | 60th Street, LLC | 100,000 | 15% | 1,465 | |
| Stanley & Florence Alexander | Placer Vineyards | 100,000 | 12.50% | | 5,050 |
| Stanley & Florence Alexander | Fiesta Murrieta | 100,000 | 12% | 1,203 | |
| Stanley & Florence Alexander | Brookmere/Matteson | 150,000 | 12% | | 590 |
| Stanley & Florence Alexander | Roam Development Group | 92,000 | 12% | | 32 |
| Stanley & Florence Alexander | Lerin Hills | 200,000 | 15% | | 85 |
| Stanley & Florence Alexander | Riviera Homes for America Holdings, LLC | 90,000 | 16.50% | | 11,756 |
| Stanley & Florence Alexander | Lerin Hills | 100,000 | 15% | | 85 |
| Stanley & Florence Alexander | Lerin Hills | 125,000 | 15% | | 85 |
| Jerome L. & Charma Block | Gramercy Court Condos | 50,000 | 12% | | 2,044 |
| Jerome L. & Charma Block | Shamrock Tower, LP | 50,000 | 12% | | 7,318 |
| Jerome L. & Charma Block | Castaic Partners III LLC | 50,000 | 12.50% | 412 | |
| Jerome L. & Charma Block | 6425 Gess, LTD. | 50,000 | 12% | | 3,335 |
| Church of Movement | Roam Development Group | 100,000 | 12% | | 35 |
| Church of Movement | Del Valle Isleton | 100,000 | 12.50% | 433 | |
| Church of Movement | HFA - North Yonkers | 100,000 | 12.50% | | 13,933 |
| Church of Movement | Foxhill 216, LLC | 100,000 | 13.50% | 9 | |
| Church of Movement | Bay Pomano Beach | 100,000 | 13% | | 811 |
| James R. Cielen | HFA - Riveria 2nd | 25,000 | 18% | | 6,975 |
| James R. Cielen | Preserve at Galleria, LLC | 50,000 | 15% | 356 | |
| James R. Cielen | Cabernet | 25,000 | 15% | 41 | |
| James R. Cielen | HFA - Windham | 50,000 | 12% | | 7,833 |
| James R. Cielen | Placer Vineyards 2nd | 50,000 | 16% | | 2,481 |
| James R. Cielen | Marquis Hotel | 50,000 | 13% | | 9,442 |
| James R. Cielen | Amesbury/Hatters | 25,000 | 13.50% | | 1,324 |
| James R. Cielen | Hasley Canyon | 25,000 | 17% | | 2,592 |
| Patrick and Susan Davis | Amesbury/Hatters | 50,000 | 13% | | 2,764 |
| Patrick and Susan Davis | Brookmere/Matteson | 100,000 | 12% | | 2,261 |
| Patrick and Susan Davis | Beau Rivage | 100,000 | 12% | 3,004 | |
| S&P Davis Limited Partnership | BarUSA/$15,300,000 | 100,000 | 12.50% | | 1,369 |
| S&P Davis Limited Partnership | Hasley Canyon | 50,000 | 17% | | 2,570 |
| S&P Davis Limited Partnership | J. Jireh's Corp. | 100,000 | 12.50% | 765 | |
| S&P Davis Limited Partnership | Amesbury/Hatters | 50,000 | 13% | | 753 |
| S&P Davis Limited Partnership | 6424 Gess, LTD. | 100,000 | 12% | | 6,669 |
| S&P Davis Limited Partnership | Foxhill 216, LLC | 100,000 | 12.50% | 9 | |



Ex "A"

| Investor | Property | Amount | Percent | | |
|---|---|---|---|---|---|
| S&P Davis Limited Partnership | Fiesta USA/Stoneridge | 100,000 | 13% | 433 | 10,723 |
| S&P Davis Limited Partnership | Del Valle Isleton | 100,000 | 12% | | 35 |
| S&P Davis Limited Partnership | Roam Development Group | 100,000 | 12% | | 1,568 |
| S&P Davis Limited Partnership | Tapia Ranch | 100,000 | 12.50% | 935 | |
| S&P Davis Limited Partnership | Rio Rancho Executive Plaza | 100,000 | 12% | | 6,767 |
| S&P Davis Limited Partnership | HFA Clear Lake | 50,000 | 12% | | |
| S&P Davis Limited Partnership | Del Valle - Livingston | 50,000 | 12% | 369 | 145 |
| S&P Davis Limited Partnership | Charlevoix Homes | 100,000 | 15% | 0 | 128 |
| S&P Davis Limited Partnership | I-40 Gateway West, LLC | 50,000 | 12% | | |
| S&P Davis Limited Partnership | Margarita Annex | 50,000 | 12% | | 2,380 |
| S&P Davis Limited Partnership | Gramercy Apartments | 100,000 | 12% | | |
| S&P Davis Limited Partnership | Brookmere/Matteson | 100,000 | 12% | | 283 |
| S&P Davis Limited Partnership | Bay Pomano Beach | 100,000 | 12.50% | | 722 |
| S&P Davis Limited Partnership | Ocean Atlantic | 100,000 | 12% | 924 | |
| First Savings Bank, Custodian for Pat Davis IRA | Beau Rivage | 50,000 | 18% | 1,502 | |
| First Savings Bank, Custodian for Pat Davis IRA | Oak Shores II | 70,000 | 12% | | 263 |
| First Savings Bank, Custodian for Pat Davis IRA | BarUSA/$15,300,000 | 66,000 | 12.50% | | 1,045 |
| First Savings Bank, Custodian for Pat Davis IRA | Amesbury/Hatters | 50,000 | 13% | | 3,517 |
| First Savings Bank, Custodian for Susan Davis IR/ | Amesbury/Hatters | 50,000 | 13% | 601 | 1,407 |
| First Savings Bank, Custodian for Susan Davis IR/ | Beau Rivage | 66,000 | 18% | | 412 |
| First Savings Bank, Custodian for Susan Davis IR/ | BarUSA/$15,300,000 | 50,000 | 12.50% | | 2,044 |
| Norma Deull | Gramercy Court Condos | 50,000 | 12% | | 211 |
| Norma Deull | Bay Pomano Beach | 50,000 | 12.50% | | 6,967 |
| Norma Deull | HFA - North Yonkers | 50,000 | 12.50% | | 2,525 |
| Nancy Golden | Placer Vineyards | 50,000 | 12% | | 2,898 |
| Nancy Golden | Wasco Investments | 50,000 | 12% | 51 | |
| Nancy Golden | Oak Shores II | 60,000 | 12% | | |
| Nancy Golden | Fiesta Murrieta | 50,000 | 12% | 147 | |
| Nancy Golden | Roam Development Group | 50,000 | 12% | | 18 |
| Robin Graham | Brookmere/Matteson $27,050.00 | 114,500 | 12% | | 1,263 |
| Robin Graham | Margarita Annex | 300,000 | 12% | 53 | |
| Robin Graham | Harbor Georgetown | 200,000 | 12% | 173 | 535 |
| Robin Graham | Tapia Ranch | 200,000 | 12.50% | | |
| Robin Graham | Placer Vineyards | 100,000 | 13% | | 1,955 |
| Robin Graham | HFA - North Yonkers | 150,000 | 13% | | 10,050 |
| Robin Graham | HFA - Clear Lake | 100,000 | 16% | | 6,700 |
| Robin Graham | Roam Development Group | 100,000 | 12% | 490 | |
| Robin Graham | Del Valle Isleton | 200,000 | 13% | 1,198 | |
| Robin Graham | 6425 Gess, Ltd. | 100,000 | 12% | | 6,669 |
| Robin Graham | Bay Pampano Beach | 150,730 | 13% | | 2,193 |
| Robin Graham | Del Valle - Livingston | 100,000 | 12% | 738 | |
| Robin Graham | Binford Medical Developers | 100,000 | | 974 | |
| Robin Graham | Comvest Capital | 100,000 | | 992 | |
| Jayem Family LP | Amesbury/Hatters | 75,000 | 13% | | |
| Jayem Family LP | Beau Rivage | 113,215 | 18% | 2,590 | 5,296 |

| Name | Property | Amount | Rate | | |
|---|---|---|---|---|---|
| Jayem Family LP | Mountain House Business Park | 75,000 | 13% | 1,003 | |
| Jayem Family LP | La Hacienda Estate, LLC | 100,000 | 12% | 906 | |
| Jayem Family LP | HFA - North Yonkers | 100,000 | 12% | | 13,933 |
| Jayem Family LP | Bundy Canyon $5,725,000 | 240,000 | 13% | 1,425 | |
| Jayem Family LP | Bay Pomano Beach | 50,243 | 12.50% | | 361 |
| Jayem Family LP | Comvest Capital | 60,000 | 12% | 595 | |
| Jayem Family LP | Rio Rancho Executive Plaza | 250,000 | 12% | 1,556 | |
| Sharon Juno | 6425 Gess, Ltd. | 70,000 | 12% | | 4,668 |
| Phyllis Marina Karr | Mountain House Business Hotel | 60,000 | 12% | 802 | |
| Phyllis Marina Karr | La Hacienda Estate, LLC | 60,000 | 12% | 544 | |
| Martin Leaf | Gramercy Court Condos | 50,000 | 12% | | 2,044 |
| Martin Leaf | HFA - North Yonkers | 50,000 | 12% | | 6,967 |
| Martin Leaf | Bay Pomano Beach | 50,000 | 12.50% | | 260 |
| Pamela Jean Marton | Bay Pomano Beach | 50,000 | 12.50% | 478 | |
| Pamela Jean Marton | Palm Harbor One | 50,000 | 12% | | 271 |
| Matthew Molitch | Ocean Atlantic | 50,000 | 12% | 462 | |
| Matthew Molitch | HFA Clear Lake | 50,000 | 12% | | 6,767 |
| Matthew Molitch | Marlton Square | 300,000 | 12.50% | | 6,636 |
| Matthew Molitch | 6425 Gess, LTD. | 50,000 | 12% | | 3,335 |
| Matthew Molitch | Fiesta USA/Stoneridge | 100,000 | 13% | | 24,283 |
| Matthew Molitch | Roam Development Group | 200,000 | 12% | | 70 |
| Matthew Molitch | Rio Rancho Executive Plaza | 50,000 | 12% | 467 | |
| Matthew Molitch | Brookmere/Matteson | 100,000 | 12% | | 2,544 |
| Matthew Molitch | Foxhill 216, LLC | 50,000 | 12.50% | 4 | |
| Marilyn & Matthew Molitch | Gramercy Court Condos | 50,000 | 12% | | 2,044 |
| First Savings Bank, Custodian for Matthew Molitch | Bundy Canyon $5,725,000 | 54,000 | 13% | | 95 |
| Daniel D. Newmen Trust | Brookmere/Matteson | 65,000 | 12% | | 1,653 |
| Daniel D. Newmen Trust | Gramercy Court Condos | 75,000 | 12% | | 612 |
| Daniel D. Newmen Trust | Mountain House Business Park | 35,000 | 13% | 318 | |
| Daniel D. Newmen Trust | Fiesta Oak Valley | 50,000 | 13% | | 8,446 |
| Daniel D. Newmen Trust | Universal Hawaii | 50,000 | 12% | 565 | |
| Daniel D. Newmen Trust | HFA - Clear Lake | 70,000 | 16% | | 9,473 |
| Daniel D. Newmen Trust | I-40 Gateway West, LLC | 70,000 | 15% | | 171 |
| Daniel D. Newmen Trust | Oak Shores II | 85,000 | 12% | | 319 |
| Daniel D. Newmen Trust | Bundy Canyon $5,000,000 | 90,000 | 13% | 1,081 | |
| Daniel D. Newmen Trust | Castaic Partners III LLC | 60,000 | 12.50% | 494 | |
| Daniel D. Newmen Trust | Gateway Stone | 50,000 | 12% | | 82 |
| Daniel D. Newmen Trust | Ocean Atlantic $9,425,000 | 70,000 | 12% | 646 | |
| Daniel D. Newmen Trust | Standard Property Development | 50,000 | 12.50% | 353 | |
| David and Sally Olds | Palm Harbor One | 50,000 | 12% | | 7,318 |
| David and Sally Olds | Shamrock Tower, LP | 50,000 | 12% | | |
| David and Sally Olds | 6425 Gess, LTD | 50,000 | 12% | | 3,335 |
| David and Sally Olds | Lake Helen Partners | 50,000 | 14% | | |
| David and Sally Olds | HFA Clear Lake | 50,000 | 12% | | 6,767 |
| Frances E. Phillips | Palm Harbor One | 50,000 | 12% | | |

| Name | Entity | | | | |
| --- | --- | --- | --- | --- | --- |
| Frances E. Phillips | Bay Pomano Beach | | | | 271 |
| Stephen and Frances Phillips | Foxhill 216, LLC | 50,000 | 12.50% | 4 | |
| Stephen and Frances Phillips | Bundy Canyon $2,500,000 | 50,000 | 12.50% | 653 | |
| Stephen and Frances Phillips | Del Valle – Livingston | 50,000 | 12% | 363 | 2,423 |
| Hans J. Prakelt | Wasco Investments | 50,000 | 12% | | |
| Hans J. Prakelt | Foxhill 216, LLC | 50,000 | 12.50% | 4 | |
| Hans J. Prakelt | Golden State Investments II | 50,000 | 12% | | 699 |
| Hans J. Prakelt | Roam Development Group | 100,000 | 12% | | 35 |
| Hans J. Prakelt | SVRB Rio Bravo $4,500,000 | 50,000 | 12% | 294 | |
| Hans J. Prakelt | Palm Harbor One | 50,000 | 12% | 478 | |
| Crosbie Ronning | Lerin Hills | 50,000 | 15% | | 149 |
| Crosbie Ronning | Fiesta Murrieta[1] | 50,000 | 12% | 602 | |
| Crosbie Ronning | Placer Vineyards | 50,000 | 12.50% | | 2,525 |
| Grable B. Ronning | Margarita Annex | 50,000 | 12% | 251 | |
| Grable B. Ronning | Fiesta Murrieta[1] | 100,000 | 12% | 1,203 | |
| Grable B. Ronning | Oak Shores II | 100,000 | 12% | | 376 |
| Grable B. Ronning | Universal Hawaii | 100,000 | 12% | 1,130 | |
| Grable B. Ronning | Corman Toltec 160, LLC | 100,000 | 12% | 257 | |
| Grable B. Ronning | Placer Vineyards | 85,000 | 12.50% | | 4,292 |
| Grable B. Ronning | Rio Bravo (SVRB) | 100,000 | 12% | 588 | |
| Grable B. Ronning | Roam Development Group | 100,000 | 12% | | 35 |
| Bosworth 1988 Trust | Castaic Partners II LLC | 100,000 | 12.50% | | 1,659 |
| Bosworth 1988 Trust | Placer Vineyards | 50,000 | 12.50% | | 2,525 |
| Wild Water Limited Partnership | Margarita Annex | 50,000 | 12% | 251 | |
| Wild Water Limited Partnership | Corman Toltec 160, LLC | 50,000 | 12% | 129 | |
| Wild Water Limited Partnership | Foxhill 216, LLC | 50,000 | 12.50% | 116 | |
| Wild Water Limited Partnership | Elizabeth May Real Estate | 50,000 | 12% | 466 | |
| Wild Water Limited Partnership | Oak Shores II | 50,000 | 12% | | 188 |
| Wild Water Limited Partnership | Fiesta Murrieta[1] | 50,000 | 12% | 602 | |
| Wild Water Limited Partnership | SVRB Rio Bravo $4,500,000 | 50,000 | 12% | 294 | |
| Wild Water Limited Partnership | Universal Hawaii | 50,000 | 12% | 565 | |
| Wild Water Limited Partnership | Castaic Partners II LLC | 50,000 | 12% | | 829 |
| Wild Water Limited Partnership | Roam Development Group | 50,000 | 12% | | 18 |
| Spectrum Capital, LLC | Ocean Atlantic | 50,000 | 12% | 462 | |
| Spectrum Capital, LLC | Oak Shores II | 50,000 | 12% | 62 | |
| Spectrum Capital, LLC | BarUSA/$15,300,000 | 40,000 | 12.50% | | 1,553 |
| Spectrum Capital, LLC | Amesbury/Hatters | 40,000 | 13% | | 1,980 |
| Spectrum Capital, LLC | Glendale Tower | 50,000 | 12.50% | 730 | |
| Spectrum Capital, LLC | Harbor Georgetown | 50,000 | 12% | 178 | |
| Spectrum Capital, LLC | HFA – North Yonkers | 50,000 | 12% | | 6,967 |
| Spectrum Capital, LLC | Huntsville | 50,000 | 12% | | 1,797 |
| Spectrum Capital, LLC | Lerin Hills | 50,000 | 15% | | 149 |
| Spectrum Capital, LLC | Marlton Square | 50,000 | 12.50% | | 1,106 |
| Spectrum Capital, LLC | Marquis Hotel | 50,000 | 13% | | 9,442 |
| Spectrum Capital, LLC | Brookmere/Matteson | 30,000 | 12% | | 763 |

| Name | Property | Units | % | | |
|---|---|---|---|---|---|
| Spectrum Capital, LLC | Shamrock Tower, LP | 50,000 | 12% | | 2,358 |
| Spectrum Capital, LLC | Universal Hawaii | 50,000 | 12% | 565 | |
| Spectrum Capital, LLC | Elizabeth May Real | 500,000 | 12% | 466 | |
| First Savings Bank, Custodian for Louise Teeter IF | Amesbury/Hatters | 30,000 | 13% | | 1,198 |
| First Savings Bank, Custodian for Louise Teeter IF | Bay Pomano Beach | 61,000 | 12.50% | | 415 |
| First Savings Bank, Custodian for Louise Teeter IF | Brookmere/Matteson | 60,000 | 12% | | 787 |
| First Savings Bank, Custodian for Louise Teeter IF | Fiesta Oak Valley | 60,000 | 13% | | 10,135 |
| First Savings Bank, Custodian for Louise Teeter IF | Fiesta USA/Stoneridge | 55,000 | 13% | | 11,459 |
| First Savings Bank, Custodian for Louise Teeter IF | Gateway Stone | 50,000 | 12% | | 82 |
| First Savings Bank, Custodian for Louise Teeter IF | Gramercy Court Condos | 54,000 | 12% | 669 | 1,350 |
| First Savings Bank, Custodian for Louise Teeter IF | Mountain House Business Hotel | 50,000 | 12% | | 2,525 |
| First Savings Bank, Custodian for Louise Teeter IF | Placer Vineyards | 50,000 | 12.50% | 926 | |
| First Savings Bank, Custodian for Louise Teeter IF | Universal Hawaii | 82,000 | 12% | | 13,851 |
| First Savings Bank, Custodian for Louise Teeter IF | Urban Housing | 50,000 | 12.50% | 697 | |
| Norman Teeter | Amesbury/Hatters | 25,000 | 13% | | 5,050 |
| Norman Teeter | Bay Pomano Beach | 50,000 | 12.50% | | 1,614 |
| Norman Teeter | Brookmere/Matteson | 60,000 | 12% | | 271 |
| Norman Teeter | Fiesta Oak Valley | 82,000 | 13% | | 1,526 |
| Norman Teeter | Placer Vineyards | 100,000 | 12.50% | | 5,050 |
| Norman Teeter | Universal Hawaii | 55,000 | 12% | 621 | |
| Louise and Norman Teeter | Universal Hawaii | 65,000 | 12% | 599 | |
| Louise and Norman Teeter | Urban Housing | 60,000 | 12.50% | 836 | |
| Robert Teeter | Brookmere/Matteson | 25,000 | 12% | | 636 |
| Robert Teeter | Fiesta Oak Valley | 60,000 | 13% | | 10,135 |
| First Savings Bank, Custodian for Rudolf Winkler I | Amesbury/Hatters | 25,000 | 13% | | 1,021 |
| First Savings Bank, Custodian for Rudolf Winkler I | Huntsville | 50,000 | 12% | | 3,749 |
| First Savings Bank, Custodian for Rudolf Winkler I | Mountain House Business Hotel | 50,000 | 12% | 669 | |
| First Savings Bank, Custodian for Rudolf Winkler I | Harbor Georgetown | 50,000 | 12% | | 949 |
| First Savings Bank, Custodian for Rudolf Winkler I | HFA – Windham | 75,000 | 12% | | 11,750 |
| First Savings Bank, Custodian for Rudolf Winkler I | Urban Housing | 74,000 | 12.50% | 1,031 | |
| Carmel Winkler Trustee of the Winkler Family Trus | Amesbury/Hatters | 25,000 | 13% | | 1,759 |
| Carmel Winkler Trustee of the Winkler Family Trus | Brookmere/Matteson | 25,000 | 12% | | 636 |
| Carmel Winkler Trustee of the Winkler Family Trus | Harbor Georgetown | 50,000 | 12% | | 949 |
| Carmel Winkler Trustee of the Winkler Family Trus | HFA – North Yonkers | 50,000 | 12% | | 6,967 |
| Winkler Family Trust | Amesbury/Hatters | 25,000 | 13% | | 1,759 |
| Winkler Family Trust | Brookmere/Matteson | 100,000 | 12% | | 2,544 |
| Winkler Family Trust | Huntsville | 50,000 | 12% | | 3,749 |
| Winkler Family Trust | Harbor Georgetown | 50,000 | 12% | | 949 |
| Winkler Family Trust | HFA – Windham | 100,000 | 12% | | 15,667 |
| Winkler Family Trust | HFA – North Yonkers | 50,000 | 12% | | 6,967 |
| Winkler Family Trust | Roam Development Group | 100,000 | 12% | | 35 |
| Winkler Family Trust | 6425 Gess, LTD | 100,000 | 12% | | 6,669 |
| Winkler Family Trust | Urban Housing | 50,000 | 12.50% | 697 | |
| Winkler Family Trust | Comvest Capital | 50,000 | 12.50% | 496 | |
| Carole Talan | Eagle Meadows | 100,000 | 12.50% | | 1,010 |

| | | | | | |
|---|---|---|---|---|---|
| Carole Talan | Del Valle - Livingston | 50,000 | 12% | 369 | 82 |
| Voss Family Trust | Gateway Stone | 50,000 | 12% | | 3,593 |
| Voss Family Trust | Marquis Hotel | 100,000 | 13% | | 28,730 |
| Voss Family Trust | Ashby Financial $7,200,000 | 130,000 | 12% | 738 | |
| Voss Family Trust | Del Valle - Livingston | 100,000 | 12% | | 4,361 |
| Voss Family Trust | Wasco Investments | 90,000 | 12% | | |
| Voss Family Trust | SVRB Rio Bravo $4,500,000 | 100,000 | 12% | 588 | 6,312 |
| Voss Family Trust | Placer Vineyards | 125,000 | 12.50% | | |
| Voss Family Trust | Oak Shores II | 100,000 | 12% | 589 | |
| Voss Family Trust | Mountain House Business Hotel | 75,000 | 12% | 1,912 | |
| Voss Family Trust | Mountain House Business Hotel | 75,000 | 12% | 1,912 | |
| Voss Family Trust | Marlton Square | 60,000 | 12.50% | | 1,327 |
| Voss Family Trust | Margarita Annex | 100,000 | 12% | | 945 |
| Voss Family Trust | 6425 Gess, LTD. | 120,000 | 12% | | 8,003 |
| Voss Family Trust | Huntsville | 100,000 | 12% | | 6,090 |
| Voss Family Trust | Foxhill 216, LLC | 50,000 | 12.50% | 4 | |
| Voss Family Trust | HFA - North Yonkers | 125,000 | 12% | | 17,417 |
| | | | | $542,791 | $594,053 |

Note: 1 The Fiesta Development, Inc. (Muriela) interest in the names of

Crosbie B. Ronning- ($50,000.00)- 5602

Wild Water LTD- ($50,000.00)- 5602

Grable Ronning- ($100,000.00)- $1,203.00

Hereafter "RONNING" are the subject of an Interpleader Action.

Ronning believes this $2,407.00 should be paid to the "RONNING" investors.

The $54,279 does not include these amounts.



April 29, 2005

Wolf Dieter Voss & Claudia Voss Trustees of The Voss Family Trust Under Trust dated 10/4/99
14 Via Ambra
Newport Beach, CA 92657

RE:    **Ashby Financial $7.2m**

Dear Wolf:

Thank you for your participation in the **Ashby Financial $7,200,000** loan through USA Capital. The borrower approached USA Capital regarding extending the balance of this loan for an additional 12 months. The borrower is completing the entitlements and our loan will be taken out in the next 12 months through sale of the property.

Currently the loan matures on May 13, 2005. The loan will have a new maturity date of May 13, 2006. A loan extension signature page and a new Power of Attorney are enclosed for your signature. Every investor who elects to stay in the loan must sign the loan extension signature page and a new Power of Attorney and return them in the self-stamped envelope provided. Please note that the signatures on the new Power of Attorney must be notarized.

Your interest checks will continue to arrive around the 10th of every month. If you chose not to stay in the loan for the period of the extension, please contact your broker immediately so that paperwork can be completed to return your initial investment.

We appreciate your continued confidence and trust along with your prompt attention to this matter. If you should have any questions regarding your investment, please contact your broker in the Las Vegas office (888) 921-8009, the Incline Village office (775) 833-2233 or the Reno office (866) 851-8180.

Sincerely,

Joseph D. Milanowski
President

Enclosure

v.1 Rev. 8/04

EX "B"