Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06-10726 LBR**<br>**Case No. BK-S-06-10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| **In re:**<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | **Chapter 11**<br><br>**Jointly Administered Under** |
| **In re:**<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Case No. BK-S-06-10725 LBR** |
| **In re:**<br><br>USA CAPITAL TRUST DEED FUND, LLC,<br>Debtor. | |
| **In re:**<br><br>USA SECURITIES, LLC,<br>Debtor. | |

**Affects:**
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

## CERTIFICATE OF MAILING (Affects All Debtors)

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2. At the direction of Schwartzer & McPherson Law Firm, Counsel for the Debtors and Debtors-in-Possession in the above-captioned cases, copies of the document identified below by docket number were sent to those persons listed on the Service List attached hereto as Exhibit "A" at the addresses shown thereon and via the modes of service indicated thereon, on the 27th day of July, 200:

| | |
|---|---|
| Docket No. 984 | AMENDED NOTICE OF HEARINGS REGARDING: 1) DEBTORS' MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY-COURSE RELEASES AND DISTRIBUTE PROCEEDS (AFFECTS USA COMMERCIAL MORTGAGE, USA CAPITAL DIVERSIFIED TRUST DEED FUND, AND USA CAPITAL FIRST TRUST DEED FUND); 2) MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH OCTOBER 29, 2006 PURSUANT TO THIRD REVISED BUDGET (AFFECTS ALL DEBTORS). [Re: Docket Nos. 847, 846 and 860] |

Exhibit "A"   Service List regarding Docket No. 984

DATED: July 31, 2006
El Segundo, California

_____
James H. Myers

State of California        )
                           ) ss
County of Los Angeles      )

Personally appeared before me on July 31, 2006, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

JAMES F. BARTLETT
Comm # 1523213
NOTARY PUBLIC - CALIFORNIA
Los Angeles County
My Comm. Expires Oct. 30, 2008

**EXHIBIT A**

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 193

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 20542 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR: DEBTOR), AJARVIS@RQN.COM | E-mail |
| 20542 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR: DEBTOR), DMONSON@RQN.COM | E-mail |
| 20542 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR: DEBTOR), SSTRONG@RQN.COM | E-mail |
| 20542 | ANDREW M BRUMBY, SHUTTS & BOWEN LLP, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT LLC), ABRUMBY@SHUTTS-LAW.COM | E-mail |
| 20542 | ANNEE NOUNNA, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ANNEE NOUNNA), BELLA8049@AOL.COM | E-mail |
| 20542 | ARTHUR POLACHECK, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: A POLACHECK & G POLCHECK), ARTCLASSICS@BELLSOUTH.NET | E-mail |
| 20543 | ATTILA JEFZENSZKY, 1720 COLAVITA WAY, RENO, NV, 89521 | US Mail (1st Class) |
| 20542 | ATTN SARA M KATZ MNG TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: KATZ 2000 SEPARATE PRPTY TRUST), SKATZ@KATZANDASSOCIATES.COM | E-mail |
| 20543 | B OLSON/B AXELROD/A LORADITCH, BECKLEY SINGLETON CHTD, (TRANSFEROR: EQUITY SEC HOLDERS COMMITTEE), 530 LAS VEGAS BLVD S, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 20543 | BANKRUPTCY CLERK, CLARK COUNTY TREASURER, (TRANSFEROR: CLARK COUNTY), PO BOX 551220, LAS VEGAS, NV, 89155-1220 | US Mail (1st Class) |
| 20543 | BANKRUPTCY DEPT, INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), STOP 5028, 110 CITY PKWY, LAS VEGAS, NV, 89106 | US Mail (1st Class) |
| 20543 | BANKRUPTCY DESK, EMPLOYERS INSURANCE CO OF NV, (TRANSFEROR: EMPLOYERS INSURANCE CO OF NV), 9790 GATEWAY DR, RENO, NV, 89521-5906 | US Mail (1st Class) |
| 20543 | BANKRUPTCY DIVISION, NY DEPARTMENT OF TAXATION, (TRANSFEROR: NY DEPARTMENT OF TAXATION), 555 E WASHINGTON, #1300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 20542 | BRADLEY J STEVENS, JENNINGS STROUSS & SALMON PLC, (TRANSFEROR: LOU O MOLDONADO, TRUSTEE), BSTEVENS@JSSLAW.COM | E-mail |
| 20543 | BRECK E MILDE, TERRA LAW LLP, (TRANSFEROR: ALBERT LEE), 60 S MARKET ST, STE 200, SAN JOSE, CA, 95113 | US Mail (1st Class) |
| 20542 | C CUNNINGHAM/J KOHL/C ROBERTS, RAWLINGS OLSON CANNON ETAL, (TRANSFEROR: PROSPECT HIGH INCOME FUND, ETAL), BANKRUPTCY@ROCGD.COM | E-mail |
| 20543 | C/O BANKRUPTCY CLERK, CLARK COUNTY, (TRANSFEROR: CLARK COUNTY ASSESSOR), PO BOX 551401, LAS VEGAS, NV, 89155-1401 | US Mail (1st Class) |
| 20542 | CARYN S TIJSSELING, BEESLEY PECK & MATTEONI LTD, (TRANSFEROR: S&J ENTERPRISE INVESTMENTS INC), AHA@BEESLEYANDPECK.COM | E-mail |
| 20542 | CARYN S TIJSSELING, BEESLEY PECK & MATTEONI LTD, (TRANSFEROR: S&J ENTERPRISE INVESTMENTS INC), CST@BEESLEYANDPECK.COM | E-mail |
| 20542 | CHARLES O NICHOLS, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: CHARLES O NICHOLS & FLORA A NICHOLS), HARLEYNICHOLS@COX.NET | E-mail |
| 20543 | CHRIS MCKINNEY, BAY COMMUNITIES, 4800 N FEDERAL HIGHWAY, STE A205, BOCA RATON, FL, 33431 | US Mail (1st Class) |
| 20542 | CHRISTOPHER D JAIME, WALTHER KEY MAUPIN ETAL, (TRANSFEROR: GANNAWAY CHARITABLE REMAINDER TRUST), CJAIME@MCLRENOLAW.COM | E-mail |
| 20543 | DAVID W MOUNIER, (TRANSFEROR: DON TOMLIN), 15316 SKY HIGH RD, ESCONDIDO, CA, 92025 | US Mail (1st Class) |
| 20542 | DENNIS FLIER, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: DENNIS FLIER INC DBT DATED 6/29/87), DSFOM@AOL.COM<br>*email failed* | E-mail |
| 20544 | DENNIS FLIER, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: DENNIS FLIER INC DBT DATED 6/29/87), USA COMMERCIAL MORTGAGE CO, 20155 PORTIO VITA WY #1803, AVENTURA, FL, 33180 | US Mail (1st Class) |
| 20543 | DISTRICT COUNSEL, INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), 110 CITY PKWY, LAS VEGAS, NV, 89106 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 20543 | DISTRICT OF NEVADA, (TRANSFEROR: US ATTORNEY'S OFFICE), 323 LAS VEGAS BLVD S, #5000, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 20543 | DISTRICT OFFICE, FHA/HUD, (TRANSFEROR: FHA/HUD), 333 N RANCHO DR, #700, LAS VEGAS, NV, 89106-3797 | US Mail (1st Class) |
| 20543 | DMV/PUBLIC SAFETY RECORDS SECTION, (TRANSFEROR: DMV/PUBLIC SAFETY RECORDS SECTION), 555 WRIGHT WAY, CARSON CITY, NV, 89711-0250 | US Mail (1st Class) |
| 20542 | DONALD R WALKER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: DEL BUNCH DBA LOAN PTNS CAPITAL), DRWALKER1@COX.NET | E-mail |
| 20542 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: COMMUNITY BANK OF NEVADA), SANDPLEGAL@YAHOO.COM | E-mail |
| 20542 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: COMMUNITY BANK OF NEVADA), SPBANKRUPTCY@YAHOO.COM | E-mail |
| 20542 | EDWARD J HANIGAN, LAW OFFICES, (TRANSFEROR: VINCE DANELIAN), HANIGANLAW@EARTHLINK.NET | E-mail |
| 20542 | EDWARD W HOMFELD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: HOMFELD II LLC), NHOMFELD@GMAIL.COM | E-mail |
| 20543 | EDWARD W HOMFELD, HOMFELD II LLC, (TRANSFEROR: HOMFELD II LLC), 777 S FEDERAL HIGHWAY, STE N-409, POMPANO BEACH, FL, 33062 | US Mail (1st Class) |
| 20543 | EMPLOYMENT SEC DIV CONTRIB SEC, DEPARMENT OF EMPLOYMENT TRAINING, (TRANSFEROR: DOET), 500 E 3RD ST, CARSON CITY, NV, 89713-0030 | US Mail (1st Class) |
| 20542 | ERVEN T NELSON/ROBERT L BOLICK, BOLICK & BOYER, (TRANSFEROR: LEO MANTAS), ERV@RLBOLICK.COM | E-mail |
| 20543 | EVAN BEAVERS, LOCAL COUNSEL, (TRANSFEROR: ALBERT LEE), 1625 HIGHWAY 88, STE 304, MINDEN, NV, 89423 | US Mail (1st Class) |
| 20543 | FERTITTA ENTERPRISES INC, (TRANSFEROR: COMMITTEE CONTRACT RIGHTS HOLDERS), 2960 W SAHARA AVE, STE 200, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 20543 | FRANK A ELLIS III, ELLIS & GORDON PC, (TRANSFEROR: ANDREW WELCHER), 510 S 9TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 20542 | FRANKLIN C ADAMS, BEST BEST & KRIEGER LLP, ARTHUR.JOHNSTON@BBKLAW.COM | E-mail |
| 20542 | FRANKLIN C ADAMS, BEST BEST & KRIEGER LLP, FRANKLIN.ADAMS@BBKLAW.COM | E-mail |
| 20543 | GEORGE GORMAN, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES LLC), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 20542 | GILBERT B WEISMAN, C/O BECKET AND LEE LLP, (TRANSFEROR: AMERICAN EXPRESS BANK FSB), NOTICES@BECKET-LEE.COM | E-mail |
| 20542 | HOWARD CONNELL, HOWLOR5@AOL.COM | E-mail |
| 20543 | INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), OGDEN, UT, 84201 | US Mail (1st Class) |
| 20543 | INTERSHOW, (TRANSFEROR: USA CAPITAL REALTY ADVISORS LLC), THE GITHLER CENTER, 1258 N PALM AVE, SARASOTA, FL, 34236 | US Mail (1st Class) |
| 20542 | J DAVIDSON/F MEROLA/E KARASIK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), CPAJAK@STUTMAN.COM | E-mail |
| 20542 | J DAVIDSON/F MEROLA/E KARASIK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), EKARASIK@STUTMAN.COM | E-mail |
| 20542 | J DAVIDSON/F MEROLA/E KARASIK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), FMEROLA@STUTMAN.COM | E-mail |
| 20542 | JAMES G SCHWARTZ/JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, (TRANSFEROR: RODNEY ROLOFF ETAL), JOSH@JGSCHWARTZ.COM | E-mail |
| 20543 | JAMES HULL, C/O SIGNATURE FINANCIAL, (TRANSFEROR: USA SECURITIES LLC), 2601 AIRPORT DR, # 370, TORRANCE, CA, 90505 | US Mail (1st Class) |
| 20542 | JAMES MCCOLLUM, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: JAMES MCCOLLUM & PAMELA MCCOLLUM), JAMESWMCCOLLUM@AOL.COM | E-mail |
| 20542 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), ABOEHMER@SHEACARLYON.COM | E-mail |
| 20542 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), BANKRUPTCYFILINGS@SHEACARLYON.COM | E-mail |
| 20542 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), CCARLYON@SHEACARLYON.COM | E-mail |
| 20542 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), LTREADWAY@SHEACARLYON.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 20542 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), RSMITH@SHEACARLYON.COM | E-mail |
| 20542 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), SMILLER@SHEACARLYON.COM | E-mail |
| 20542 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), SSHERMAN@SHEACARLYON.COM | E-mail |
| 20542 | JANET L CHUBB, JONES VARGAS, (TRANSFEROR: JOSEPH, LORETTA AND MARK DONNOLO), JLC@JONESVARGAS.COM | E-mail |
| 20542 | JANET L CHUBB, JONES VARGAS, (TRANSFEROR: JOSEPH, LORETTA AND MARK DONNOLO), TBW@JONESVARGAS.COM | E-mail |
| 20543 | JANNY CATHARINA BROUWER, 2533 KINNARD AVE, HENDERSON, NV, 89074 | US Mail (1st Class) |
| 20543 | JAY R EATON, EATON & O'LEARY PLLC, (TRANSFEROR: MICHAEL R SHULER), 115 GROVE AVE, PRESCOTT, AZ, 86301 | US Mail (1st Class) |
| 20542 | JED A HART, ANGELO GORDON & CO, JHART@ANGELOGORDON.COM | E-mail |
| 20542 | JEFFREY A COGAN, LAW OFFICES OF JEFFREY A COGAN CHTD, (TRANSFEROR: ROBERT VERCHOTA GEN PTNR), JEFFREY@JEFFREYCOGAN.COM | E-mail |
| 20542 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), GIKLEPEL@KSSATTORNEYS.COM | E-mail |
| 20542 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), JSLOANE@KSSATTORNEYS.COM | E-mail |
| 20542 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), RMMCONNELL@KSSATTORNEYS.COM | E-mail |
| 20542 | JEFFREY R SYLVESTER, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: USA COMMERCIAL REAL ESTATE GROUP), JEFF@SYLVESTERPOLEDNAK.COM | E-mail |
| 20543 | JERROLD T MARTIN, (TRANSFEROR: JERROLD T MARTIN), 8423 PASO ROBLES, NORTHRIDGE, CA, 91325 | US Mail (1st Class) |
| 20542 | JERRY T MCGIMSEY, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: JERRY T MCGIMSEY), JTMACG@EARTHLINK.COM | E-mail |
| 20542 | JOAN C WRIGHT, ALLISON MACKENZIE RUSSELL ETAL, (TRANSFEROR: ROYAL VACATINO SUITES INC), JBROOKS@ALLISONMACKENZIE.COM | E-mail |
| 20542 | JOAN C WRIGHT, ALLISON MACKENZIE RUSSELL ETAL, (TRANSFEROR: ROYAL VACATINO SUITES INC), JWRIGHT@ALLISONMACKENZIE.COM | E-mail |
| 20542 | JOHN F MURTHA, WOODBURN AND WEDGE, (TRANSFEROR: JOHN AND GARY MICHELSEN), JMURTHA@WOODBURNANDWEDGE.COM | E-mail |
| 20542 | JOHN GOINGS, (TRANSFEROR: COMMITTEE USA CAP 1ST TR DEED), JGOINGS@BHWK.COM | E-mail |
| 20542 | JOHN H WARNER JR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: JOHN H WARNER JR), WQF1@AOL.COM | E-mail |
| 20543 | JOHN PETER LEE, JOHN PETER LEE LTD, 830 LAS VEGAS BLVD S, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 20543 | JOHN WARNER JR IRA, (TRANSFEROR: EQUITY SECURITY HOLDERS COMMITTEE), C/O FIRST SAVINGS BANK, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 20543 | JOHN WARNER JR IRA, C/O FIRST SAVINGS BANK, (TRANSFEROR: COMMITTEE OF USA CAPITAL 1ST TRUST), 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 20542 | JOSEPH HUGGINS, HUGGINS & ASSOCIATES, (TRANSFEROR: J MILANOWSKI, T HANTAGES, ETAL), JOEHUGGINS@SBCGLOBAL.NET | E-mail |
| 20542 | KELLY J BRINKMAN, GOOLD PATTERSON ALES & DAY, (TRANSFEROR: GOOLD PATTERSON ALES & DAY), KBRINKMAN@GOOLDPATTERSON.COM | E-mail |
| 20543 | KERMIT KRUSE, 2710 ALBANY AVE, DAVIS, CA, 95616 | US Mail (1st Class) |
| 20542 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR: ROSEBERRY FAMILY LP/ROBT WORTHEN), EJAMESLV@EARTHLINK.COM | E-mail |
| 20542 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR: ROSEBERRY FAMILY LP/ROBT WORTHEN), KBCHRISLAW@AOL.COM | E-mail |
| 20542 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR: ROSEBERRY FAMILY LP/ROBT WORTHEN), XANNA.HARDMAN@GMAIL.COM | E-mail |
| 20543 | KUMMER KAEMPFER ETAL, (TRANSFEROR: USA CAPITAL REALTY ADVISORS LLC), 3800 HOWARD HUGHES PKWY, 7TH FL, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 20542 | KURT HUNSBERGER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: GANNAWAY CHARITIBLE REMAINDER TRST), KHUNSBERGER@WALTHERKEY.COM<br>email failed | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 20544 | KURT HUNSBERGER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: GANNAWAY CHARITABLE REMAINDER TRST), USA CAPITAL DIVERSIFIED TRUST DEED, 3500 LAKESIDE CT #200, RENO, NV, 89520 | US Mail (1st Class) |
| 20542 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), BKLSCLV@LIONELSAWYER.COM | E-mail |
| 20542 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), GBAGLEY@LIONELSAWYER.COM | E-mail |
| 20542 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), LDAVIS@LIONELSAWYER.COM | E-mail |
| 20542 | LENARD SCHWARTZER/J MCPHERSON, SCHWARTZER & MCPHERSON LAW FIRM, (TRANSFEROR: DEBTOR LOCAL COUNSEL), BKFILINGS@S-MLAW.COM | E-mail |
| 20543 | LOAN SERVICE AND CLAIMS, DEPT OF VETERANS AFFAIRS, (TRANSFEROR: DEPT OF VETERANS AFFAIRS), 3225 N CENTRAL, PHOENIX, AZ, 85102 | US Mail (1st Class) |
| 20542 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), LERNCE@ORRICK.COM | E-mail |
| 20542 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), MALEVINSON@ORRICK.COM | E-mail |
| 20543 | MARGIE GANDOLFO, 1724 ARROW WOOD DR, RENO, NV, 89521 | US Mail (1st Class) |
| 20542 | MARION E WYNNE, WILKINS BANKESTER BILES & WYNNE PA, (TRANSFEROR: SHARON JUNO), TWYNNE@WBBWLAW.COM | E-mail |
| 20542 | MARJORIE A GUYMON, GOLDSMITH & GUYMON PC, (TRANSFEROR: MOUNTAIN WEST MORTGAGE ETC), MGUYMON@GOLDGUYLAW.COM | E-mail |
| 20543 | MARTIN B WEISS, THE GARRETT GROUP LLC, ONE BETTERWORLD CIR, STE 300, TEMECULA, CA, 92590 | US Mail (1st Class) |
| 20542 | MARY ELLEN MORO, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: MARY ELLEN MORO), MARYELLEN.MORO@VERIZON.NET | E-mail |
| 20543 | MARYETTA BOWMAN, 534 ENCHANTED LAKES DR, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 20542 | MATTHEW Q CALLISTER, CALLISTER & REYNOLDS, (TRANSFEROR: PROJECT DISBURSEMENT GROUP INC), MAGGIE@CALLISTER-REYNOLDS.COM | E-mail |
| 20542 | MATTHEW Q CALLISTER, CALLISTER & REYNOLDS, (TRANSFEROR: PROJECT DISBURSEMENT GROUP INC), MQC@CALLISTER-REYNOLDS.COM | E-mail |
| 20542 | MICHAEL T YODER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ADVANCED INFORMATION SYSTEMS), MYODER@AISINFO.COM | E-mail |
| 20542 | NICHOLAS J SANTORO, NICHOLAS J SANTORO ESQ, (TRANSFEROR: NICHOLAS SANTORO ETAL), NSANTORO@NEVADAFIRM COM | E-mail |
| 20542 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR: MIKLOS STEUER), JMACROBBIE@KLNEVADA.COM | E-mail |
| 20542 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR: MIKLOS STEUER), NLEATHAM@KLNEVADA.COM | E-mail |
| 20543 | OFFICE OF CHIEF COUNSEL, PENSION BENEFIT GUARANTY CORP, (TRANSFEROR: PBGC), 1200 K ST NW, WASHINGTON, DC, 20005-4026 | US Mail (1st Class) |
| 20543 | OFFICE OF LABOR COMMISSIONER, (TRANSFEROR: OFFICE OF LABOR COMMISSIONER), 555 E WASHINGTON AVE, STE 4100, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 20543 | OFFICE OF THE UNITED STATES TRUSTEE, (TRANSFEROR: UST), 600 LAS VEGAS BLVD SOUTH, STE 4300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 20544 | P JACOBI/A ABRAMS/M KIVEN, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), 30 N LASALLE ST, STE 3000, CHICAGO, IL, 60602 | US Mail (1st Class) |
| 20542 | P JACOBI/A ABRAMS/M KIVEN, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), AABRAMS@SFF-LAW.COM | E-mail |
| 20542 | P JACOBI/A ABRAMS/M KIVEN, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), MKIVEN@SFF-LAW.COM<br>*email failed* | E-mail |
| 20542 | P JACOBI/A ABRAMS/M KIVEN, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), PJACOBI@SFF-LAW.COM | E-mail |
| 20543 | PAUL & DONNA JACQUES, 810 SE 7TH ST, A103, DEERFIELD BEACH, FL, 33441 | US Mail (1st Class) |
| 20543 | PETER BOLINO, 17412 SERENE DR, MORGAN HILL, CA, 95037 | US Mail (1st Class) |
| 20542 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), CHERYL@MSMLAW.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 20542 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), JAY@MSMLAW.COM | E-mail |
| 20542 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), MSM@MSMLAW.COM | E-mail |
| 20542 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), PETER@MSMLAW.COM | E-mail |
| 20543 | R HAGMAIER, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES LLC), 4510 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 20542 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), IMCCORD@SWLAW.COM | E-mail |
| 20542 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), JLUSTIG@SWLAW.COM | E-mail |
| 20542 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), JMCBEE@SWLAW.COM | E-mail |
| 20542 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), MSTRAND@SWLAW.COM | E-mail |
| 20542 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), RKINAS@SWLAW.COM | E-mail |
| 20544 | R VAUGHN GOURLEY, STEPHENS GOURLEY & BYWATER, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT LLC), 3636 N RANCHO DR, LAS VEGAS, NV, 89130 | US Mail (1st Class) |
| 20542 | R VAUGHN GOURLEY, STEPHENS GOURLEY & BYWATER, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT LLC), VGOURLEY@1VCM.COM<br>*email failed* | E-mail |
| 20543 | REVENUE DIVISION, NV DEPARTMENT OF TAXATION, (TRANSFEROR: NV DEPARTMENT OF TAXATION), CAPITOL COMPLEX, CARSON CITY, NV, 89710-0003 | US Mail (1st Class) |
| 20543 | RICHARD G WOUDSTRA TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: RICHARD G WOUDSTRA REV TRUST), USA CAPITAL FIRST TRUST DEED FUND, PO BOX 530025, HENDERSON, NV, 89053 | US Mail (1st Class) |
| 20542 | RICHARD HOROWITZ, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: RICHARD HOROWITZ), RAH1800@AOL.COM | E-mail |
| 20542 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), MSCHMAHL@MCGUIREWOODS.COM | E-mail |
| 20542 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), PSMOOTS@MCGUIREWOODS.COM | E-mail |
| 20542 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), RJMASON@MCGUIREWOODS.COM | E-mail |
| 20542 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), CBURKE@LAWLASVEGAS.COM | E-mail |
| 20542 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), GKOPANG@LAWLASVEGAS.COM | E-mail |
| 20542 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), RMCKNIGHT@LAWLASVEGAS.COM | E-mail |
| 20542 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), SFOREMASTER@LAWLASVEGAS.COM | E-mail |
| 20542 | ROB CHARLES, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), RCHARLES@LRLAW.COM | E-mail |
| 20542 | ROBERT A RUSSELL, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: RUSSELL/AD DEVELOP GROUP LLC), R.RUSSELL@INDUSTRIALWEST.COM | E-mail |
| 20542 | ROBERT E TAYLOR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: CHUCK HEINRICHS), CHUCKHEIN@EARTHLINK.COM | E-mail |
| 20543 | ROBERT E TAYLOR, USA CAPITAL FIRST TRUST DEED FUND, (TRANSFEROR: EQUITY SECURITY HOLDER COMMITTEE), 1535 FLYNN RD, CAMARILLO, CA, 93012 | US Mail (1st Class) |
| 20543 | ROBERT H MANSFIELD, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: ROBERT H MANSFIELD), USA CAPITAL DIVERSIFIED TRUST DEED, 3611 VICTORY AVE, LAS VEGAS, NV, 89121-7224 | US Mail (1st Class) |
| 20543 | ROBERT HARDY, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), 6510 ANSONIA CT, LAS VEGAS, NV, 89118-1874 | US Mail (1st Class) |
| 20542 | ROBERT L HAGMAIER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ROBERT L HAGMAIER), RHAGMAIER@FWG.COM | E-mail |

USA Commercial Mortgage Company fka USA Capi

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 20543 | ROBERT RUSSELL, RUSSELL AD DEVELOPMENT GROUP LLC, (TRANSFEROR: CREDITORS COMMITTEE USACMC), PO BOX 28216, SCOTTSDALE, AZ, 85255 | US Mail (1st Class) |
| 20542 | ROBERT WORTHEN, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: ROBERT WORTHEN), ROBERTWORTHEN@EARTHLINK.COM | E-mail |
| 20543 | ROCCO J ROCCO, (TRANSFEROR: ROCCO J ROCCO), 12617 COTTAGEVILLE LANE, KELLER, TX, 76248 | US Mail (1st Class) |
| 20542 | RUSSELL JAMES ZUARDO, RJZRPH@COX.NET | E-mail |
| 20543 | RUSSELL S WALKER, WOODBURY & KESLER PC, (TRANSFEROR: J MILANOWSKI, T HANTGES ETAL), 265 E 100 SOUTH, STE 300, SALT LAKE CITY, UT, 84111 | US Mail (1st Class) |
| 20543 | SANDRA W LAVIGNA, US SECURITIES AND EXCHANGE COMM, (TRANSFEROR: SEC), 5760 WILSHIRE BLVD, 11TH FL, LOS ANGELES, CA, 90036-3648 | US Mail (1st Class) |
| 20542 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), DBERGSING@HALELANE.COM | E-mail |
| 20542 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), ECFVEGAS@HALELANE.COM | E-mail |
| 20542 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), SFLEMING@HALELANE.COM | E-mail |
| 20544 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, 851 S RAMPART BLVD, #160, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 20542 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, GMUSCARI@DEFECTLAWYERS.COM | E-mail |
| 20542 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, SCAPENA@DEFECTLAWYERS.COM<br>email failed | E-mail |
| 20542 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, SCOTTCANEPA@YAHOO.COM | E-mail |
| 20542 | SEAN NAJARIAN, THE NAJARIAN LAW FIRM, SEAN@NLF.LA | E-mail |
| 20542 | STAN WOLKEN, BAYAREASTAN@YAHOO.COM | E-mail |
| 20543 | STATE OF NEVADA, (TRANSFEROR: SECRETARY OF STATE), 202 N CARSON ST, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 20542 | STEPHANIE L COOPER, THE COOPER CHRISTENSEN LAW FIRM LLP, (TRANSFEROR: MARGARITA JUNG, SECURED CREDITOR), STEPHANIE@CCFIRM.COM | E-mail |
| 20542 | STEPHEN R HARRIS, BELDING HARRIS & PETRONI LTD, (TRANSFEROR: FRANK SNOPKO), STEVE@RENOLAW.BIZ | E-mail |
| 20542 | STEVEN E OSTROW, WHITE AND WILLIAMS, (TRANSFEROR: LIBERTY BANK), OSTROWS@WHITEANDWILLIAMS.COM | E-mail |
| 20544 | SUSAN ECKHARDT, NEVADA MORTGAGE LENDING DIVISION, (TRANSFEROR: NEVADA MORTGAGE LENDING DIVISION), 3075 E FLAMINGO, NO 100, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 20542 | SUSAN ECKHARDT, NEVADA MORTGAGE LENDING DIVISION, (TRANSFEROR: NEVADA MORTGAGE LENDING DIVISION), SECKHARDT@MLD.NV.GOV<br>email failed | E-mail |
| 20542 | SUSAN M FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), SFREEMAN@LRLAW.COM | E-mail |
| 20542 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (TRANSFEROR: FRANKLIN/STRATFORD INVESTMENT LLC), PALEXANDER@DEANERLAW.COM | E-mail |
| 20542 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (TRANSFEROR: FRANKLIN/STRATFORD INVESTMENT LLC), SSCANN@DEANERLAW.COM | E-mail |
| 20542 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), GEG@GORDONSILVER.COM | E-mail |
| 20542 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), GMG@GORDONSILVER.COM | E-mail |
| 20542 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), MCZ@GORDONSILVER.COM | E-mail |
| 20542 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), TBG@GORDONSILVER.COM | E-mail |
| 20542 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), THF@GORDONSILVER.COM | E-mail |
| 20543 | TAX DIVISION WESTERN REGION, US DEPT OF JUSTICE, (TRANSFEROR: UNITED STATES DEPT OF JUSTICE), PO BOX 683, BEN FRANKLIN STATION, WASHINGTON, DC, 20044 | US Mail (1st Class) |
| 20542 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: HELMS HOMES LLC), USABANKRUPTCY@COX.NET | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 20542 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: TERRY R HELMS LIVING TRST 11/94), USABANKRUPTCY@COX NET | E-mail |
| 20542 | THOMAS C LAWYER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: THOMAS C LAWYER FAMILY TRUST), TCLAWYER@TRANE.COM | E-mail |
| 20543 | THOMAS J ALLISON, USA COMMERCIAL MORTGAGE, (TRANSFEROR: ALL DEBTORS), 4484 S PECOS RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 20542 | THOMAS R BROOKSBANK, BROOKSBANK & ASSOCIATES, (TRANSFEROR: AUGUSTINE TUFFANELLI), TOM@TOMBROOKSBANK.COM | E-mail |
| 20544 | THOMAS STILLEY, SUSSMAN SHANK LLP, (TRANSFEROR: DAVID FOSSATI), 1000 SW BROADWAY, STE 1400, PORTLAND, OR, 97205-3089 | US Mail (1st Class) |
| 20542 | THOMAS STILLEY, SUSSMAN SHANK LLP, (TRANSFEROR: DAVID FOSSATI), TOM@SUSMANSHANK.COM<br>*email failed* | E-mail |
| 20543 | TIM RICH, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 20543 | VINCE DANELIAN, PO BOX 97782, LAS VEGAS, NV, 89193 | US Mail (1st Class) |
| 20542 | WADE B GOCHNOUR/ARYN M FITZWATER, HANEY WOLOSON & MULLINS, (TRANSFEROR: LIBERTY BANK), AFITZWATER@HWMLVLAW.COM | E-mail |
| 20542 | WADE B GOCHNOUR/ARYN M FITZWATER, HANEY WOLOSON & MULLINS, (TRANSFEROR: LIBERTY BANK), WGOCHNOUR@HWMLVLAW.COM | E-mail |
| 20543 | WEN BALDWIN TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR· WEN BALDWIN SEP PROP TRST - 9/2/97), USA CAPITAL FIRST TRUST DEED FUND, 365 DOOLEY DR, HENDERSON, NV, 89015 | US Mail (1st Class) |
| 20542 | WILLIAM D COPE, COPE & GUERRA, (TRANSFEROR: COPE & GUERRA), COPE_GUERRA@YAHOO.COM | E-mail |
| 20542 | WILLIAM E WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR: ANDREW WELCHER, CREDITOR), WWINFIELD@NCHC.COM | E-mail |
| 20542 | WILLIAM J BULLARD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: FERTITTA ENTERPRISES INC), BBULLARD@GORDONBIERSCH.COM | E-mail |
| 20542 | WILLIAM L MCGIMSEY, LAWOFFICES601@LVCOXMAIL.COM | E-mail |
| 20542 | WILLIAM WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR: ANDREW WELCHER), WWINFIELD@NCHC.COM | E-mail |

**Subtotal for this group: 193**