|  |  |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649<br>Douglas M. Monson, Utah Bar No. 2293<br>Steven C. Strong, Utah Bar No. 6340<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>Telephone: (801) 532-1500<br>Facsimile: (801) 532-7543<br>Email: ajarvis@rqn.com<br>and<br>Lenard E. Schwartzer, Nevada Bar No. 0399<br>Jeanette E. McPherson, Nevada Bar No. 5423<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada  89146-5308<br>Telephone:  (702) 228-7590<br>Facsimile:  (702) 892-0122<br>E-Mail:  bkfilings@s-mlaw.com<br>Attorneys for Debtors | **E-FILED ON AUGUST 2, 2006** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                    Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR AUTHORITY, SUBJECT TO ADVANCE APPROVAL BY NEVADA MORTGAGE LENDING DIVISION, FOR FERTITTA ENTERPRISES OR ITS AFFILIATE TO PROVIDE AN ADDITIONAL ADVANCE FOR THE RIO RANCHO EXECUTIVE PLAZA LOAN SERVICED BY DEBTOR USA COMMERCIAL MORTGAGE COMPANY [AFFECTS  DEBTOR USA COMMERCIAL MORTGAGE COMPANY AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]**<br><br>Date:  OST Requested for August 8, 2006<br>Time:  OST Requested |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

885314      -

Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm, attorney for the above captioned debtors and debtors in possession (the "Debtor"), under penalties of perjury, hereby declares on this 2nd day of August, 2006 that:

1.  A Motion For Authority, Subject To Advance Approval By Nevada Mortgage Lending Division, For Fertitta Enterprises Or Its Affiliate To Provide An Additional Advance For The Rio Rancho Executive Plaza Loan Serviced By Debtor USA Commercial Mortgage Company (the "Motion") has been filed. This Motion requests that the Court authorize the Debtors to do the following:

    a.  Subject to the advance approval of the Division of Mortgage Lending of the Nevada Department of Business and Industry, for Debtor USACM to modify the Loan Documents for the existing loan (the "Rio Rancho Loan") serviced by USACM that has been extended to Borrower Rio Rancho Executive Plaza, LLC, a New Mexico limited liability company ("Rio Rancho" or "Borrower"), to provide for an additional loan advance in the amount of $3,132,000.00 to Rio Rancho from Fertitta Enterprises or its affiliate as an additional Direct Lender on the Rio Rancho Loan, upon the terms and conditions set forth in the Fertitta Term Sheet that is attached to the Motion as Exhibit "A."

    b.  For Debtor First Trust Deed Fund, one of the existing Direct Lenders for the Rio Rancho Loan, to consent to the Additional Advance.

2.  Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3.  This Motion is requested to be heard on August 8, 2006 (on shortened time) because, according to the borrower, if it is not heard on August 8, 2006 and funded on August 9, 2006, the project will be liened by the project contractors and work will stop, irreparably damaging the project. Reducing the value of the project will reduce the security of the existing Direct Lenders. Not timely funding the project will likely result in a claim by Rio Rancho against USA Commercial Mortgage for breach of a loan commitment.[1]

4.  The next omnibus hearing date in these cases is August 16, 2006 at 9:30 a.m.

---

[1] Debtors do not concede that there is a binding loan commitment.

885314    -

5. Counsel for each of the Committees and the Office of the United States Trustee have consented to this matter being heard on shortened time.

DATED: August 2, 2006

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Nevada Bar No. 0399
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas NV  89146

Attorneys for Debtors and Debtors-in-Possession

885314.01/dmm

885314    -