Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:    malevinson@orrick.com;  jhermann@orrick.com
lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com; aloraditch@beckleylaw.com

Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC

E-filed on August 2, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: August 4, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #2 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **DIVERSIFIED TRUST DEED FUND COMMITTEE'S MOTION TO STRIKE FIRST TRUST DEED FUND COMMITTEE'S SUR-REPLY** |

{00305289;}                                  - 1 -

| Affects: | |
|---|---|
| ☐ All Debtors | (Affects indicated Debtors) |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Securities, LLC | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☒ USA First Trust Deed Fund, LLC | |

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Fund Committee"), appointed in the chapter 11 case of USA Capital Diversified Trust Deed Fund, LLC ("Diversified"), submits this motion to strike the Omnibus Reply to the Responses and Oppositions Filed Against the Debtors' Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds (the "Sur-Reply") filed by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "First Fund Committee"). In support thereof, the Diversified Fund Committee states as follows:

1. The First Fund Committee did not file the Debtors' Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds (the "Distribution Motion") and, thus, is not the moving party on the matter.

2. The First Fund Committee is one of several parties having timely filed pleadings in opposition to the Distribution Motion.

3. The First Fund Committee has now also filed the Sur-Reply – with only 1 business day's notice before the Omnibus Hearings set for this Friday, August 4, 2006, at 9:30 a.m. – to oppose the oppositions to the Distribution Motion filed by the Diversified Fund Committee and the Official Committee of Unsecured Creditors.

4. The parties in interest obviously have different positions and differences of opinion regarding the Distribution Motion. Yet, no other party opposed to the Distribution Motion filed any sur-reply to the other oppositions filed in response to the Distribution Motion because to do so is inappropriate.

{00305289;}
US_WEST:260056390.6

- 2 -

5. Under this Court's own rules of procedure and its Orders entered in the above-captioned bankruptcy cases, the Sur-Reply is improper and should be stricken from the record. See LR 9014; Case Administration Orders.

6. For the Court to give the Sur-Reply any consideration whatsoever, being filed on such short notice when the other opposing parties who followed this Court's rules are focused on preparing for the Omnibus Hearings (as is the Court), would be patently unfair in these cases when there are myriad issues to be addressed and affording time and attention to address improperly filed pleadings is uncharacteristically costly.

7. Moreover, not striking the Sur-Reply would set a dangerous precedent for response after response after response to be filed when other hotly contested issues, that are just over the horizon, come to the forefront. It is difficult enough to manage the deluge of paper triggered by the various constituencies in these cases given the tight time constraints for responses to be timely filed without the floodgates being flung open to improper filings.

WHEREFORE, for the forgoing reasons, the Diversified Fund Committee respectfully requests that the Court strike the Sur-Reply and consider only those pleadings properly filed under this Court's rules of procedure and Orders previously entered in these cases when deciding the Distribution Motion.

Respectfully submitted this 2nd day of August 2006.

_____
BOB L. OLSON (Nevada Bar No. 3783)
ANNE M. LORADITCH (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373

MARC A. LEVINSON (California Bar No. 57613)
JEFFERY D. HERMANN (California Bar No. 90445)
LYNN TRINKA ERNCE (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200

COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

{00305289;}
US_WEST:260056390.6

- 3 -