Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON AUGUST 2, 2006

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                  Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                  Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                  Debtor. | **DEBTOR'S REPLY BRIEF IN SUPPORT OF DEBTORS' APPLICATION FOR ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**<br>**(AFFECTS ALL DEBTORS)** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                  Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                                  Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: August 4, 2006<br>Time: 9:30 a.m. |

USA Commercial Mortgage Company ("USA"), USA Capital Realty Advisors, LLC ("Realty"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital First Trust Deed Fund, LLC ("FTDF"), and USA Securities, LLC, ("Securities")(collectively, the "Debtors")

file this Reply Brief to clarify certain matters concerning Debtors' Application For Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals (Affects All Debtors) (the "Application").

A. **ALLOCATION OF FEES**

Each of the Debtors' professionals has acknowledged that their fees and costs should be allocated among the Debtors. In order to accomplish this, the Debtors' professionals have maintained detailed time records. The Debtors' professionals are allocating fees and costs between the Debtors' estates with the majority of fees being allocated to USA Commercial Mortgage Company.

To date, the Debtors' professionals have not made allocations to individual loans because their clients are the Debtors (not the Direct Lenders), and the Debtors are obligated for the payment of fees (subject to Court approval).

However, the Debtors' professionals are willing to allocate their fees in a manner consistent with one another. It is the intention of the Debtors' professionals to agree on a format for allocating fees and costs in the next 15 days.

B. **DEFERRAL OF FEES**

The Debtors' professionals do not agree that a distribution to Direct Lenders or fund members should be a pre-condition of the payment of their fees and costs, although it is within the discretion of the Committees' professionals if they want to voluntarily do so. While the Debtors and their professionals have sought to have this Court authorize a substantial interim distribution to Direct Lenders, such a distribution is not a certainty. There are numerous objections that have been filed to the distribution motion including the objections of certain of the Committees that may be sustained and prevent distribution to investors.

Further, the Debtors' professionals believe there are substantial assets which will come into the Bankruptcy Estates which are not subject to liens or equitable interests of investors (such as interest collected from borrowers which was previously paid to investors and funds collected from USA Investment Partners). Thus, it is not economically feasible for the Debtors' professionals to participate in these cases without interim compensation.

C. **SCHEDULE FOR FEE APPLICATION**

The Debtors propose that its professionals file interim fee applications for fees and costs incurred through July 31, 2006 no later than August 31, 2006 which will be set for hearing on September 28, 2006. The Debtors have also requested that the Committees' counsel follow this same schedule to consolidate the costs of noticing such applications.

D. **RELIEF REQUESTED**

The Debtors seek an order establishing the procedures for interim (monthly) compensation (80%) and reimbursement of expenses (100%) for its professionals and, if the Committees so desire, for the Committees' professionals. The procedures for the payment of such interim compensation and reimbursement are those set forth in the Application.

Respectfully submitted this 2nd day of August, 2006.

/s/     *Jeanette E. McPherson*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

# CERTIFICATE OF SERVICE

1. On August 2, 2006 I served the following document(s):

   a. **DEBTOR'S REPLY BRIEF IN SUPPORT OF DEBTORS' APPLICATION FOR ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (AFFECTS ALL DEBTORS)**

2. I served the above-named document(s) by the following means to the persons as listed below:
   ☒   a.   **By ECF System**:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith! @sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FEL! L    BA! NKRUPTCY NOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

1  WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

2  CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov,
3  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

4  GERALD M GORDON     bankruptcynotices@gordonsilver.com

5  TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

6  MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

7  XANNA R. HARDMAN !    xanna.hardman@gmail.com,

8  STEPHEN R HARRIS     noticesbh&p@renolaw.biz

9  DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

10  CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

11  EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

12  ANNETTE W JARVIS     ,

13  TY E. KEHOE     TyKehoeLaw@aol.com

14  ROBERT R. KINAS     rkinas@swlaw.com,
15  mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

16  ZACHARIAH LARSON !    ecf@lslawnv.com

17  NILE LEATHAM !    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

18  ROBERT C. LEPOME     robert@robertlepome.com, susan@robertlepome.com

19  ANNE M. LORADITCH     ecffilings@beckleylaw.com,
20  aloraditch@beckleylaw.com;pkois@beckleylaw.com

21  REGINA M. MCCONNELL     rmcconnell@kssattorneys.com,

22  WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com,

23  RICHARD MCKNIGHT     mcknightlaw@cox.net,
    gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

24  SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com,
25  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

26
27  DAVID MINCIN     mcknightlaw@cox.net,
    gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
28

Reply Brief_080206           - 5 -

1  JOHN F MURTHA     jmurtha@woodburnandwedge.com

2  ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

3  BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

4  DONNA M. OSBORN     jinouye@marquisaurbach.com,
   dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

5  DONALD T. POLEDNAK ! &n bsp     sandplegal@yahoo.com, spbankruptcy@yahoo.com

6  PAUL C RAY     info@johnpeterlee.com

7  SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

8  SHLOMO S. SHERMAN     ssherman@sheacarlyon.com,
9  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

10 JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

11

12 DAVID A. STEPHENS     dstephens@lvcm.com

13 PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

14 JEFFREY R. SYLVESTER !    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

15 CARYN S. TIJSSELING     cst@beesleymatteoni.com, aha@beesleymatteoni.com

16 U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov,

17 WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

18 JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

19 MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

20 ☐    b.    **By United States mail, postage fully prepaid**:

21 ☐    c.    **By Personal Service**
              I personally delivered the document(s) to the persons at these addresses:
22  ☐    For a party represented by an attorney, delivery was made by handing the document(s) to
23 the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
24  ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and
25 discretion residing there.
   ☐    d.    **By direct email (as opposed to through the ECF System)**
26         Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a
27 reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.
28

Reply Brief_080206                      - 6 -

☐     e.     **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on:     August 2, 2006

LIA DORSEY                          /s/     LIA DORSEY
(Name of Declarant)                    (Signature of Declarant)