Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: August 4, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **DECLARATION OF THOMAS J. ALLISON IN SUPPORT OF DEBTORS' MOTIONS TO BE HEARD AUGUST 4, 2006**<br><br>**(AFFECTS ALL DEBTORS)** |

1

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

I, Thomas J. Allison, hereby declare, verify and state as follows:

1.    Pursuant to an order of this Court, I serve as the Chief Restructuring Officer ("CRO") of the five debtors in these jointly administered Chapter 11 bankruptcy cases, USA Commercial Mortgage Company ("USACM"), USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund"), and USA First Trust Deed Fund, LLC ("FTD Fund") (collectively, the "Debtors").

2.    I make this Declaration in support of the Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds (the "Motion to Distribute") filed by USACM, Diversified Fund, and FTD Fund (docket no. 847), and the Debtors' Motion for Order Approving Continued Use of Cash Through October 29, 2006 Pursuant to Third Revised Budget (the "Motion to Use Cash") (docket no. 846). This Declaration is based upon personal knowledge and the facts set forth herein.

**Reconstruction of Loan Servicing Records**

3.    As a loan servicing company, USACM is required to keep books and records of the Serviced Loans[1] on a loan-by-loan basis. Upon my appointment as CRO, I directed my staff to investigate the allegations of improper accounting for the Serviced Loans and to reconstruct the books and records of the loan portfolio in order to properly account for the payments and disbursements made with respect to each loan in the portfolio. The reconstruction effort focused on accounting for each loan on a separate basis. This effort necessarily included an analysis of the position of each Direct Lender in each specific loan. The Direct Lenders for each of the Serviced Loans are identified on an "Exhibit A" list attached to each promissory note and deed of trust, as modified by various assignment documents ("Assignments") evidencing transfers by and among Direct Lenders of fractional interests in the loans.

4.    At my direction, USACM prepared a Loan Summary as of the Petition Date containing various data respecting the 115 loans that constitute the Serviced Loans. To obtain the information necessary for the Loan Summary, as well as for the Debtors'

---

[1] Capitalized terms not otherwise defined herein are defined in the Motion to Distribute.

2

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Schedules and Statement of Financial Affairs, and the Direct Lender Statements prepared as of the Petition Date, it was first necessary to obtain, analyze and reconstruct the loan data. This process began with analyzing the existing USACM database containing data from 2004-2006. As of the Petition Date, USACM's loan servicing database contained substantial errors, including but not limited to the following: (a) some borrower payments were not entered into the system; (b) most interest payments from borrowers were not posted in a timely manner; (c) payments were not applied according to the governing loan documents, which indicate that payments are applied first to outstanding interest, then principal; (d) the amount of interest owed by borrowers was not calculated with correct days or correct amount of principal owing; (e) check numbers used were not in sequence or were used multiple times; and (f) servicing fees were not charged, or were calculated incorrectly using an interest rate "spread" rather than the loan service fee allowed pursuant to the Servicing Agreements signed by each Direct Lender. The research of USACM's books and records also revealed that the historical data prior to 2004 were kept in Access or Excel electronic files that were overwritten as they were updated, leaving no historical or audit trail. In addition, there was no reliable system for tracking the numerous assignments in and out of various loans.

5.    Thus, in order to reconstruct the accounting for each loan, it was necessary to review and analyze the source documentation of Direct Lenders' deposits of investment funds, fundings to the borrowers, and assignments of Direct Lenders in or out of a loan. Bank deposits, deposit or clear dates from bank statements, and Assignments were reviewed and documented.

6.    A Loan General Ledger was prepared for each of the Serviced Loans using the source data and the applying the correct interest rate and days outstanding, applying payments first to outstanding interest then to principal, correcting to use actual dates for the receipt of interest payments, calculating the amount of unpaid interest owed to Direct Lenders as the promissory note interest rate less the 1% loan servicing fee allowed under the Servicing Agreements, tracking assignments in and out of various loans, and recharacterizing payments made to Direct Lenders on a particular loan after the borrower

3

had repaid the loan as principal repayments, not interest payments (because interest was no longer due from the borrower).

### Calculation of Loan Servicing Fees

7.    Prior to the Petition Date, USACM had no consistent practice for charging loan servicing fees. No reference to the loan servicing fees allowed under the Servicing Agreement of each investor was in the loan servicing system. With approximately 3,600 Direct Lenders, with each Direct Lender having an investment, on average, in 3 to 4 separate loans, and with multiple assignments in and out of various loans at irregular intervals, the lack of an automated system for tracking the appropriate loan servicing fee for each Direct Lender in each particular loan makes it nearly impossible to determine the proper loan servicing fee (somewhere between 1% or 3% annually) for each loan. What can be determined is that each Direct Lender agreed to at least a 1% servicing fee for each loan, and so I instructed my staff to calculate the applicable loan servicing fee at 1% for all amounts collected after the Petition Date. No adjustments were made to any servicing fees charged (or not charged) on amounts collected and disbursed to Direct Lenders prior to the Petition Date. Since the Petition Date, loan servicing fees are being assessed as payments are made by borrowers into the Collection Account.

### Information Presented in the Loan Summary

8.    The Loan Summary (and the information represented therein) is the starting point for the June 30, 2006 Direct Lender Statements, which, as explained below and in the Motion to Distribute, is the source of the amounts proposed to be distributed under the Motion to Distribute. The updated Loan Summary that corresponds to the June 30 Direct Lender Statements (and which was filed previously with the Court) is attached hereto as Exhibit D. The columns of information contained in the Loan Summary are described below:

> a. Loan Outstanding is the remaining principal balance owed by the borrower;
>
> b. Interest Outstanding is interest accrued but unpaid as of the date of the Loan Summary;
>
> > 1. Interest is listed as outstanding if it has not been received by USACM;

4

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2.  Interest held by a disbursing agent is listed as outstanding (because not received by USACM) but does not cause the loan to be listed as non-performing;

c.  Interest Prepaid to Investors is the amount of interest paid to Direct Lenders in excess of amounts received from the borrower.

The Collection Account includes:

i.      Interest held in the Collection Account

ii.     Principal held in the Collection Account (payments are applied to unpaid interest first).

iii.    Service Fees applicable to amounts collected.

d.  "Due to" columns are the amounts held in the Collection Account minus any pre-paid interest to investors, multiplied by the percentage of ownership of the loan by each fund, or the Direct Lenders as a whole.  The number of investors who would share in that pool of money is indicated.

9.    Three iterations of the Loan Summary (as updated periodically) have been filed with the Court, with the latest version tying to the aggregate figures corresponding to the Direct Lender Statements recently mailed with information as of June 30, 2006.  Borrower Interest Statements have also been sent to the borrowers under the respective the Loan Agreements, some with new calculations of principal, interest outstanding, compounding of past due interest and late fees.  As each set of information is published, the Debtors receive responses and input from Direct Lenders and the borrowers.  The Debtors investigate each issue raised and any new information provided, and make adjustments to the books and records as warranted.

**The Balance of the Collection Account**

10.    The funds held in the Collection Account as of the Petition Date totaled $9,053,417, including $152,999 in outstanding checks leaving a book balance of $8,900,421.  Mesirow researched each loan history to determine if payments received on the loan could be identified as being in or not in the Collection Account.  The loan payments received were examined on a loan-by-loan basis to make this determination.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Each loan was examined to determine what amount in the Collection Account, if any, could be attributed to that loan. The interest and principal amounts collected in April prior to the Petition Date total $4,213,493. The interest and principal amounts collected in March and remaining in the Collection Account total $4,433,542. The book balance of the Collection Account on the Petition Date less these two amounts is $253,386. The allocation of this final $253,386 amount among specific loans has not yet been determined.

11.    Post petition collections through June 30, 2006 total $84,477,188. When added to the Collection Account balance as of the Petition Date, the total amount in the Collection Account as of June 30, 2006 was approximately $93.5 million. Of that amount, the Motion to Distribute proposes to distribute approximately $68.2 million to Direct Lenders, which includes approximately $2.4 million to be distributed to the FTD Fund. (These two amounts are slightly higher than the $64.7 million and $1.8 million figures set forth in the Supplement to Debtors' Motion to Distribute filed July 17, 2006, due to some revisions and corrections made after that filing but before the Direct Lender Statements as of June 30, 2006 were mailed to the Direct Lenders). My team has provided to each of the four Official Committees in these cases spreadsheets detailing the amounts to be distributed to each Direct Lender, and the Direct Lender Statements mailed to Direct Lenders indicate the amount to be distributed to them in the proposed initial distribution.

12.    The difference between the $93.5 million in the Collection Account as of June 30, 2006 and the $68.2 million proposed to be distributed to Direct Lenders in the initial distribution is $25.3 million, which consists of $12 million in post-petition collections from borrowers of interest prepaid to Direct Lenders pre-petition, to be held pending further determination by the Court; $11.5 million of netted funds (including principal and interest) to be held; and $1.8 million of loan servicing fees to be transferred to USACM's operating account.

13.    The total amount in the Collection Account as of June 30, 2006 includes the following amounts received from borrowers on loans that were repaid in full (no principal balance remains):

| Loan Name | Principal | Interest | Total |
|---|---|---|---|
| 5252 Orange | $ 3,800,000.00 | $ 133,076.56 | $ 3,933,076.56 |
| Copper Sage | 179,105.65 | 20,545.31 | 199,650.96 |
| Del Valle Isleton | 6,520,000.00 | 319,492.30 | 6,839,492.30 |
| Golden State Investments | 2,850,000.00 | 173,041.84 | 3,023,041.84 |
| HFA - North Yonkers | 24,000,000.00 | 4,168,402.75 | 28,168,402.75 |
| HFA - Riviera | 5,000,000.00 | 767,361.09 | 5,767,361.09 |
| HFA - Riviera 2nd | 8,000,000.00 | 2,698,080.00 | 10,698,080.00 |
| LCC Gilroy | 4,950,000.00 | 494,247.79 | 5,444,247.79 |
| Opaque Mt Edge | 4,827,970.00 | 856,614.77 | 5,684,584.77 |
| Total | $60,127,075.65 | $ 9,630,862.41 | $69,757,938.06 |

14.     Of the repaid loans referred to above, a Hilco appraisal was done only on the LCC Gilroy loan (paid 6/30/06). A reasonable allocation of the Hilco appraisal fees to the LLC Gilroy appraisal is $5,000.

**Direct Lender Statements**

15.     Exhibit B to the Motion to Distribute was a sample of the Direct Lender Statements mailed to Direct Lenders giving loan accounting information for each Direct Lender per loan as of the Petition Date. The aggregate figures in those Statements tie to the figures listed in Debtors' Statements and Schedules.

16.     Attached hereto as Exhibit E is a sample of the updated Direct Lender Statements prepared as of June 30, 2006, which were mailed to investors on or about July 25, 2006. As indicated in the Explanatory Notes included with Exhibit B, these Statements indicate the Direct Lenders' positions in their investments, the amount of money USACM is holding for their benefit in the Collection Account, and the amount of unpaid interest owed by the Borrower on their behalf, and the amount, if any, of principal repaid by the borrower that is not held in the Collection Account but is owed by USACM to the Direct Lender.

17.     The servicing fees referred to on Line 7 of the Direct Lender Statements were calculated as described in paragraph 7 above.

18.     The $68.2 million that USACM proposes to release from the Collection Account is the sum of the amounts proposed to be distributed to each Direct Lender by account vesting name (as explained in the Motion to Distribute). The amount (if any)

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

7

proposed to be distributed to each Direct Lender is the net sum of the figures on Line 12 of each Direct Lender Statement for loans in which the Direct Lender in question invested.

19.     In my business judgment, the method and efforts described above, and the underlying bases and assumptions used in reconstructing the loan-by-loan records for the Serviced Loans and in calculating the amounts listed in the Direct Lender Statements, are reasonable and justifiable.

### The Motion to Use Cash

20.     I am aware of the objections to the Motion to Use Cash filed by the four Official Committees in these cases (collectively the "Committees").

21.     Attached hereto as <u>Exhibit F</u> is the Debtors' proposed cash budget through October 29, 2006, as revised and updated to address certain objections to the Motion to Use Cash raised by the Committees.

22.     The Motion to Use Cash does not seek approval to use amounts for the payment of professional fees or the distribution to investors set forth therein. The Motion to Use Cash also does not seek a determination that the amounts listed as "Estate Funds in the Collection Account" as set forth in the budget constitute property of the Debtors' estates. The Debtors understand that the approval of the professional fees and the distributions to investors, as well as the determination of whether the amounts labeled as "estate funds" in the Collection Account are property of the estates, will be determined in later proceedings before this Court.

23.     In my business judgment, the amounts proposed to be used by the Debtors' estates as set forth in the revised cash budget attached hereto are reasonable and appropriate.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 2nd day of August, 2006.

Thomas J. Allison

8

# EXHIBIT D

**USA Capital**
**Loan Summary**
**As of June 30, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 6/30/06 | Interest Outstanding at 6/30/06 | Interest Prepaid to Direct Lenders[3] | Collection Account — Interest | Collection Account — Principal | Collection Account — Service Fee | Collection Account — Due to Direct Lenders | Due to — DIV Fund | Due to — First Trust | Due to — Individual Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | 3685 San Fernando Road Partners, L.P. | 8/2/05 | 7,350,000 | 174,358 | - | 174,358 | - | 12,250 | 162,108 | - | 1,809 | 159,748 | 83 |
| Performing | 5055 Collwood, LLC | 2/24/06 | 1,275,955 | 19,526 | - | 68,849 | 224,045 | 6,167 | 286,726 | - | - | 286,726 | 33 |
| Repaid | 5252 Orange, LLC | 12/22/05 | - | - | - | 191,977 | 3,800,000 | 10,450 | 3,981,527 | - | - | 3,981,527 | 66 |
| Performing | 60th Street Venture, LLC | 12/22/05 | 3,700,000 | 55,424 | - | 170,226 | - | 9,250 | 160,976 | - | - | 160,976 | 49 |
| Non-Performing | 6425 Gess, LTD | 4/14/05 | 28,500,000 | 2,806,860 | 1,679,821 | - | - | - | - | - | - | - | 286 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 12/16/02 | 19,242,193 | 992,148 | 985,339 | 966,251 | - | 79,547 | - | - | - | - | 393 |
| Non-Performing | Anchor B, LLC | 5/31/05 | 5,835,422 | 772,434 | 517,607 | - | - | - | - | - | - | - | 50 |
| Non-Performing | Ashby Financial $7,200,000[4] | 5/3/04 | 7,200,000 | 1,884,000 | 1,591,201 | - | - | - | - | - | - | - | 73 |
| Special Situation | B & J Investments[1] | 9/29/99 | - | - | - | - | - | - | - | - | - | - | - |
| Non-Performing | BarUSA/$15,300,000 (Barusa, LLC) | 11/24/03 | 15,300,000 | 1,112,604 | 366,213 | - | - | - | - | - | - | - | 221 |
| Performing | Bay Pompano Beach, LLC | 6/20/05 | 14,748,415 | 163,348 | 107,732 | 275,222 | 1,624,877 | 25,658 | 1,766,709 | 8,281 | 21,256 | 1,737,171 | 407 |
| Repaid | Beastar, LLC[2] | 5/2/05 | - | - | - | 1,121 | - | - | - | - | - | - | 84 |
| Repaid | Beau Rivage Homes/$8,000,000[2] | 1/2/03 | 66,051 | 10,138 | - | - | - | - | - | - | - | - | 157 |
| Performing | Binford Medical Developers, LLC | 8/31/05 | 7,450,000 | 148,212 | - | 173,213 | - | 12,959 | 160,254 | - | 27,641 | 132,613 | 92 |
| Performing | Boise/Gowen S3, LLC | 8/26/05 | 2,425,000 | - | - | 102,813 | - | 6,063 | 96,750 | - | - | 96,750 | 17 |
| Non-Performing | Brookmere/Matteson $27,050,000[5] | 10/29/03 | 5,964,848 | 134,249 | 84,859 | 84,553 | - | 5,652 | - | - | - | - | 229 |
| Performing | Bundy Canyon $1,050,000 (Bundy Canyon Land Development, LLC) | 1/6/06 | 1,050,000 | - | - | 70,525 | - | 6,125 | 41,067 | - | - | 41,067 | 1 |
| Non-Performing | Bundy Canyon $2,500,000 (Bundy Canyon Land Development, LLC) | 5/2/05 | 2,300,000 | 46,029 | 23,333 | 56,119 | - | 4,235 | 51,884 | - | - | 51,884 | 34 |
| Non-Performing | Bundy Canyon $5,000,000 (Bundy Canyon Land Development, LLC) | 8/17/05 | 6,700,000 | 194,291 | - | 101,967 | - | 7,662 | 94,295 | - | - | 94,295 | 83 |
| Performing | Bundy Canyon $5,725,000 (Bundy Canyon Land Development, LLC) | 1/14/05 | 5,725,000 | - | - | 249,394 | - | 18,873 | 230,521 | - | - | 230,521 | 53 |
| Non-Performing | Bundy Canyon $7,500,000 (Bundy Canyon Land Development, LLC) | 9/22/05 | 4,675,000 | 136,029 | 87,208 | 168,442 | - | 13,025 | 68,209 | - | 365 | 67,115 | 65 |
| Not Funded | Bundy Canyon $8.9 (Bundy Canyon Land Development, LLC) | 4/5/06 | TBD | - | - | - | - | - | - | - | - | - | 117 |
| Special Situation | BySynergy, LLC $4,434,446 | 2/3/06 | 3,000,000 | 36,375 | 16,406 | 115,000 | - | 7,500 | 91,094 | - | - | 91,094 | 3 |
| Performing | Cabernet Highlands, LLC | 2/17/05 | 3,000,000 | - | - | - | - | - | - | - | - | - | 65 |
| Non-Performing | Castaic Partners II, LLC | 7/11/05 | 5,600,000 | 327,568 | 73,822 | - | - | - | - | - | - | - | 57 |
| Performing | Castaic Partners III, LLC | 9/22/05 | 4,675,000 | 138,029 | - | - | - | - | - | - | - | - | 65 |
| Performing | Chandler Heights, LLC | 4/3/06 | 3,400,000 | - | - | 132,978 | - | 8,217 | 124,761 | - | - | 124,761 | 40 |
| Non-Performing | Charlevoix Homes, LLC (Lindsay and Chandler Heights, LLC) | 3/15/05 | 2,900,000 | 88,879 | - | 18,499 | - | 2,416 | 16,083 | - | 555 | 15,529 | 36 |
| Non-Performing | Clear Creek Plantation (Arapahoe Land Investments, L.P.) |  | - | - | - | - | - | - | - | - | - | - | - |
| Non-Performing | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 12/17/03 | 3,800,000 | 44,829 | 5,245 | 121,389 | - | 9,500 | 106,644 | 527 | 106,117 | 0 | 2 |
| Non-Performing | Colt CREC Building (Colt Gateway, LLC) | 9/26/03 | 3,718,777 | 1,928,526 | 565,564 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #1 (Colt Gateway LLC) | 7/10/03 | 1,500,000 | 852,665 | 170,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #2 (Colt Gateway LLC) | 7/10/03 | 3,100,000 | 1,255,206 | 352,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt Gateway, LLC | 1/17/03 | 5,628,328 | 1,136,560 | 874,926 | - | - | - | - | - | - | - | 3 |

**Preliminary Numbers Subject to Revision**

**USA Capital**
**Loan Summary**
**As of June 30, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 6/30/06 | Interest Outstanding at 6/30/06 | Interest Prepaid to Direct Lenders[3] | Collection Account | | | Due to | | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest | Principal | Service Fee | Due to Direct Lenders | DIV Fund | First Trust | Individual Direct Lenders | |
| Non-Performing | Colt Second TD (Colt Gateway LLC) | 8/19/03 | 1,000,000 | 541,140 | 384,583 | - | - | - | - | - | - | - | 1 |
| Performing | Columbia Managing Partners, LLC | 9/1/05 | 2,210,000 | - | - | 92,903 | - | 1,575 | 91,328 | - | 91,328 | - | 1 |
| Performing | ComVest Capital (Comvest Capital Satellite Arms, Inc) | 1/11/06 | 4,125,000 | 44,688 | - | 135,236 | - | 10,313 | 124,923 | - | 22,259 | 102,664 | 56 |
| Non-Performing | Copper Sage Commerce Center Phase II (Copper Sage Commerce Center, LLC) | 3/1/06 | 3,550,000 | 64,613 | - | 84,490 | - | 3,860 | 80,630 | - | - | 79,153 | 51 |
| Repaid | Copper Sage Commerce Center, LLC | 6/9/04 | - | - | - | 20,545 | 1,138,696 | 1,535 | 1,157,706 | - | - | 1,150,471 | 28 |
| Performing | Cornman Toltec 160, LLC | 6/24/05 | 6,375,000 | - | - | 254,592 | - | 20,979 | 233,613 | - | - | 233,420 | 96 |
| Performing | Cottonwood Hills, LLC | 6/14/05 | 4,000,000 | - | - | 191,163 | - | 13,333 | 177,830 | - | 44,457 | 133,372 | 21 |
| Performing | Del Valle - Livingston (Del Valle Capital Corporation, Inc) | 8/25/05 | 19,250,000 | 200,496 | - | 614,955 | - | 48,125 | 566,830 | - | 3,798 | 563,031 | 239 |
| Repaid | Del Valle Isleton (Del Valle Capital Corporation, Inc) | 3/22/05 | - | - | - | 193,521 | 6,900,000 | 14,003 | 7,079,518 | - | 205,203 | 6,874,314 | 76 |
| Non-Performing | Eagle Meadows Development[6] | 10/19/05 | 31,050,000 | 1,100,273 | 295,545 | 667,618 | - | 50,901 | 321,172 | - | 37,775 | 283,397 | 295 |
| Non-Performing | Elizabeth May Real Estate, LLC | 2/24/06 | 10,050,000 | 283,960 | - | 127,833 | - | 10,374 | 117,469 | - | 1,402 | 116,056 | 147 |
| Special Situation | EPIC Resorts | Undetermined | TBD | - | - | - | - | - | - | - | - | - | 1 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 11/14/05 | 6,600,000 | 71,550 | - | 145,383 | - | 11,000 | 134,383 | - | 134,383 | - | 1 |
| Non-Performing | Fiesta Development McNaughton (Fiesta Development, Inc.) | 1/10/05 | 6,000,000 | 1,257,266 | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 4/14/05 | 6,500,000 | 65,000 | - | 222,683 | - | 16,250 | 206,433 | - | - | 203,415 | 69 |
| Non-Performing | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 6/15/04 | 20,500,000 | 4,382,398 | 3,368,263 | - | - | - | - | - | - | - | - | 227 |
| Non-Performing | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 9/22/03 | 10,000,000 | 2,883,058 | 2,368,514 | - | - | - | - | - | - | - | - | 100 |
| Performing | Fiesta/Beaumont $2.4m (Fiesta Development, Inc) | 9/17/04 | 2,400,000 | 25,000 | - | 76,667 | - | 6,000 | 70,667 | - | - | 70,667 | 36 |
| Non-Performing | Foxhill 216, LLC[6] | 2/23/06 | 25,980,000 | 818,646 | - | 367,577 | - | 26,321 | 341,256 | - | 328 | 340,928 | 300 |
| Non-Performing | Franklin - Stratford Investments, LLC | 3/30/05 | 5,225,000 | 111,508 | 7,235 | 116,564 | - | 9,401 | 99,928 | 19,316 | 80,612 | (0) | 2 |
| Repaid | Freeway 101[6] | 8/9/04 | - | - | - | - | - | - | - | - | - | - | 57 |
| Non-Performing | Gateway Stone Associates, LLC (Gateway Stone Associates, LLC) | 11/18/05 | 13,185,000 | 420,370 | - | 139,932 | - | 10,835 | 129,097 | - | 979 | 128,118 | 161 |
| Non-Performing | Glendale Tower Partners, L.P. | 6/9/05 | 6,500,000 | 155,228 | - | 152,424 | - | 10,833 | 141,590 | - | - | 139,717 | 95 |
| Repaid | Golden State Investments II, L.P. | 6/27/05 | - | - | 50,796 | 173,041 | 2,850,001 | 12,160 | 2,960,086 | - | 259,657 | 2,700,429 | 37 |
| Non-Performing | Goss Road Savannah Homes (LLC) | 11/2/04 | 1,000,000 | - | - | 52,373 | - | 3,333 | 49,040 | - | - | 48,918 | 20 |
| Non-Performing | Gramercy Court Condos (Gramercy Court, Ltd.) | 6/25/04 | 34,884,500 | 1,328,121 | 364,872 | 490,410 | - | 28,354 | 97,184 | - | 12,733 | 84,451 | 332 |
| Non-Performing | Harbor Georgetown, L.L.C. | 8/16/04 | 8,800,000 | 561,497 | 146,803 | - | - | - | - | - | - | - | - | 103 |
| Performing | Hasley Canyon (Los Valles Land & Golf, LLC) | 3/3/04 | 11,700,000 | 1,776,150 | 1,270,041 | 225,000 | - | 9,750 | - | - | - | - | - | 114 |
| Performing | Hesperia II (Southern California Land Development, LLC) | 4/1/05 | 4,250,000 | - | - | 242,675 | - | 10,625 | 232,050 | - | - | 232,050 | 65 |
| Repaid | HFA - Riviera Riviera Homes for America Holdings LLC | 6/24/05 | - | - | 547,709 | 767,361 | 5,000,000 | 44,550 | 5,175,102 | - | - | 5,175,102 | 90 |
| Non-Performing | HFA - Clear Lake LLC | 1/6/05 | 16,050,000 | 2,909,635 | 2,140,552 | - | - | - | - | - | - | - | - | 207 |

**USA Capital**
**Loan Summary**
**As of June 30, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 6/30/06 | Interest Outstanding at 6/30/06 | Interest Prepaid to Direct Lenders[3] | Collection Account | | | Due to | | | Individual Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Interest | Principal | Service Fee | Due to Direct Lenders | DIV Fund | First Trust | | |
| Repaid | HFA- North Yonkers (One Point Street, Inc.) | 1/11/05 | - | | | 3,313,671 | 4,168,403 | 24,000,000 | 326,332 | 24,528,400 | | 909,595 | 23,567,704 | 298 |
| Repaid | HFA- Riviera 2nd (Riviera-HFAH, LLC) | 4/29/04 | | | | 2,354,180 | 2,698,080 | 8,000,000 | 147,914 | 8,195,986 | | | 8,195,986 | 99 |
| Non-Performing | HFA- Windham (HFAH Asylum, LLC) | 11/15/04 | 5,550,000 | 1,095,721 | 800,862 | | | | | | | | | 74 |
| Non-Performing | HFA-Clear Lake 2nd (HFAH Clear Lake, LLC) | 6/24/05 | 2,750,000 | 465,448 | 288,935 | | | | | | | | | 36 |
| Non-Performing | HFAH/Monaco, LLC | 12/19/03 | 4,000,000 | 1,372,500 | 1,189,500 | | | | | | | | | |
| Non-Performing | Huntsville (West Hills Park Joint Venture) | 3/31/04 | 10,475,000 | 765,618 | 663,446 | 360,777 | | 28,463 | | | | | | 116 |
| Performing | I-40 Gateway West, LLC | 1/11/05 | 4,530,000 | 943 | | 184,220 | | 15,100 | 169,120 | | | 156,053 | | 46 |
| Non-Performing | I-40 Gateway West, LLC 2nd | 3/1/06 | 1,065,000 | 43,657 | | 13,727 | | 830 | 12,896 | | | 12,896 | | 23 |
| Non-Performing | Interstate Commerce Center Phase II (ISCC Phase II, LLC | 8/11/04 | 1,856,849 | 82,733 | | | | | | | | | | 2 |
| Non-Performing | Interstate Commerce Center, LLC | 2/20/04 | 2,529,758 | 71,852 | 215,292 | 152,668 | | 12,649 | | | | | | 4 |
| Performing | J. Jireh's Corporation | 9/2/05 | 8,825,000 | | | 387,563 | | 29,325 | 358,238 | | | 347,480 | | 105 |
| Performing | La Hacienda Estate, LLC | 11/11/04 | 6,255,000 | 947 | | 247,620 | | 17,894 | 229,726 | | | 227,890 | | 83 |
| Non-Performing | Lake Helen Partners | 12/7/04 | 3,159,704 | 173,716 | | 26,784 | | | 26,784 | 1,944 | 7,383 | 17,217 | | 35 |
| Repaid | LCG Gilroy, LLC | 11/23/04 | - | | | 244,764 | 494,248 | 4,950,000 | 36,988 | 5,162,496 | | 286,805 | 4,875,690 | 59 |
| Performing | Lenn Hills, LTD | 12/7/05 | 10,350,000 | 131,129 | | 397,421 | | 25,762 | 371,659 | | | 371,659 | | 130 |
| Non-Performing | Marquita Annex | 7/26/04 | 12,000,000 | 401,953 | 109,365 | 255,667 | | 20,000 | 126,302 | | 32,417 | 93,884 | | 105 |
| Non-Performing | Marlton Square 2nd (MS Acquisition Company, LLC) | 8/11/05 | 30,000,000 | 1,315,493 | 1,718,780 | 1,912,138 | | 153,126 | 40,232 | | 158 | 39,715 | | 272 |
| Non-Performing | Marlton Square (MS Acquisition LLC) | 8/11/05 | 6,000,000 | 332,607 | 249,655 | 250,267 | | 12,217 | | | | | | 108 |
| Non-Performing | Marquis Hotel (USA Investors VI, LLC) | 3/29/05 | 13,500,000 | 3,048,095 | 2,366,244 | | | | | | | | | 169 |
| Performing | Meadow Creek Partners, LLC | 2/23/06 | 8,250,000 | 89,375 | | 206,808 | | 18,833 | 187,975 | | 1,641 | 186,335 | | 103 |
| Non-Performing | Midvale Marketplace, LLC | 6/30/05 | 4,075,000 | 334,057 | 154,424 | | | | | | | | | 49 |
| Performing | Mountain House Business Park ("Pegasus-MH Ventures I, LLC") | 6/10/04 | 16,800,000 | - | | 720,549 | | 52,047 | 668,502 | 1,990 | 34,818 | 630,581 | | 202 |
| Performing | Oak Shores II (John E. King and Carole D. King) | 6/6/05 | 12,150,000 | 130,541 | | 403,350 | | 30,251 | 373,098 | 246 | 5,541 | 367,286 | | 176 |
| Non-Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 1/23/06 | 8,925,000 | 285,468 | 3,810 | 92,276 | | 7,178 | 81,288 | | 11,872 | 69,416 | | 105 |
| Performing | Ocean Atlantic (Ocean Atlantic/PFG-Westbury, LLC) | 11/1/05 | 2,700,000 | 33,750 | | 103,500 | | 6,750 | 96,750 | | | 96,750 | | 32 |
| Repaid | Opaque/MH Edge $7,350,000 (Opaque Land Development, LLC) | 11/5/03 | - | | | 856,615 | 4,827,970 | 74,806 | 4,831,432 | | | 4,831,432 | | 95 |
| Non-Performing | Palm Harbor One, LLC | 12/14/05 | 28,480,000 | 846,919 | 778,347 | 411,223 | | 31,257 | 379,966 | | 21,266 | 358,700 | | 309 |
| Non-Performing | Placer Vineyards (Placer County Placer Vineyards 2nd (Placer County | 12/10/04 | 31,500,000 | 2,615,891 | 1,231,726 | 1,009 | | | | | | | | 343 |
| Non-Performing | Land Speculators, LLC | 12/10/04 | 6,500,000 | 628,418 | 260,360 | 223,727 | 822,250 | 10,707 | 1,035,270 | | | 1,034,158 | | 118 |
| Performing | Preserve at Galleria, LLC | 10/6/05 | 4,018,000 | | | 60,114 | | | 60,114 | | | | | 73 |
| Performing | Redwood Properties, LLC | 11/15/05 | 269,641 | 24,169 | | | | | | | | | | 1 |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 1/17/06 | 2,250,000 | 47,293 | | 46,284 | | 3,772 | 42,512 | | 1,323 | 41,189 | | 32 |

USA Capital
Loan Summary
As of June 30, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 6/30/06 | Interest Outstanding at 6/30/06 | Interest Prepaid to Direct Lenders[3] | Collection Account Interest | Principal | Service Fee | Due to Direct Lenders | DIV Fund | First Trust | Individual Direct Lenders | No. of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | Roam Development Group L.P.[1] | 3/23/05 | 26,566,257 | 679,022 | - | 412,267 | 211,172 | 33,105 | 590,354 | - | 13,967 | 576,388 | 291 |
| Special Situation | Saddleback[1] | Undetermined | TBD | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Shannock Tower, L.P. (619 Main, LP) | 8/5/04 | 10,500,000 | 1,954,644 | 1,483,297 | - | - | - | - | - | - | - | 87 |
| Special Situation | Sheraton Hotel[1] | 9/28/99 | TBD | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Slade Development, Inc. | 12/5/05 | 3,525,000 | 57,551 | - | 98,997 | - | 7,195 | 91,802 | - | - | 90,499 | 40 |
| Performing | Southern California Land 2nd (Southern California Land Development, LLC) | 8/3/05 | 2,800,000 | - | - | 161,311 | - | 9,333 | 151,978 | - | - | 150,078 | 33 |
| Performing | Standard Property Development, LLC | 2/27/06 | 9,640,000 | 100,417 | - | 342,072 | - | 21,604 | 274,273 | - | 19,091 | 255,182 | 115 |
| Performing | SVRB $4,500,000 (SVRB Investments, LLC) | 4/27/05 | 1,424,082 | 10,586 | 46,195 | 77,509 | - | 6,900 | 70,609 | - | - | 70,609 | 67 |
| Performing | SVRB 2nd $2,325,000 (SVRB Investments, LLC) | 4/27/05 | 2,325,000 | 31,000 | - | 95,067 | - | 5,813 | 89,254 | - | - | 80,617 | 25 |
| Non-Performing | Tapia Ranch (Castaic Partners, LLC) | 9/28/04 | 22,000,000 | 1,339,485 | 356,133 | 3,983 | - | - | - | - | - | - | 179 |
| Non-Performing | Ten-Ninety, Ltd./$4,150,000[9] | 12/30/02 | 4,150,000 | 1,969,484 | 1,676,535 | - | - | - | - | - | - | - | 18 |
| Non-Performing | Ten-Ninety | 4/15/02 | 55,113,781 | 26,962,089 | 1,252,110 | - | - | - | - | - | - | - | 1 |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 3/31/06 | 2,500,000 | 78,442 | - | - | - | - | - | - | - | - | 1 |
| Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 8/15/05 | 1,925,000 | 542 | - | 91,488 | 500,000 | 6,795 | 584,693 | - | 8,877 | 552,384 | 34 |
| Non-Performing | The Gardens, LLC Timeshare (The Gardens, LLC) | 3/24/04 | 4,133,619 | 49,777 | - | 390,118 | 1,666,382 | 25,996 | 2,030,504 | 110,277 | 630,156 | 1,290,070 | 51 |
| Repaid | Universal Hawaii[2] | 8/6/04 | - | - | - | - | - | - | - | - | - | - | 127 |
| Performing | University Estates, Inc. | 4/11/05 | 4,825,920 | - | - | 196,509 | 560,100 | 12,290 | 744,319 | - | 744,319 | - | 1 |
| Performing | Urban Housing Alliance - 435 Lofts (Urban Housing Alliance, LLC) | 7/13/05 | 8,150,000 | 96,083 | - | 268,969 | - | 20,375 | 268,584 | - | 989 | 266,507 | 110 |
| Non-Performing | Wasco Investments LLC | 11/23/04 | 6,450,000 | 618,769 | 326,158 | 6,017 | - | - | - | - | - | - | 86 |
| **Totals** | | | $850,381,100 | $81,730,593 | $39,531,228 | $25,681,346 | $67,075,492 | $1,836,237 | 78,962,039 | $142,582 | $3,793,633 | $74,844,876 | 10,546 |

[1] These loans have undetermined amounts outstanding due to bankruptcy, foreclosures, change of ownership, etc.
[2] Principal payments by borrower not returned to investors.
[3] Interest paid to Investors in excess of amounts paid by borrowers.
[4] Borrower is Ashby Financial Company, Inc. and R&D Land Investors, LLC.
[5] Borrower is Brookmere, LLC and Lord & Essex Matteson, LLC
[6] Borrowers are Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, and Fox Hills 37, LLC.
[7] Borrower is Old City, L.C. and Lake Helen Partners, LLC
[8] Borrower is John E. King and Carole D. King
[9] Borrower is Ten-Ninety, Ltd. And William R. Levas and Dorothy Z. Lucas, Trustees of the Lucas Family Trust

# EXHIBIT E

**USA Commerical Mortgage Company**
as Loan Servicing Agent for Loans Listed Below
**Loan Summary for Client ID** ████

## Individual Investments

Vesting Name:   ████████████████████████████████

Address:        ████████████████████
                ████████████████
                ████████████████████
                ████████████

| Loan Name | Dates | Performance Evaluation | Original Investment | Current Investment | Principal Due to (from) Investor - USA CMC | Interest Due to (from) Investor - USA CMC | Total Due to (Owed from) Investor |
|---|---|---|---|---|---|---|---|
| Brookmere/Matteson $27,050,000 | 10/29/03 - 06/30/06 | Performing | $100,000 | $24,658 | ($175) | ($616) | ($791) |
| Gramercy Court Condos | 06/25/04 - 06/30/06 | Non-Performing | $100,000 | $100,000 | $0 | ($1,818) | ($1,818) |
| Placer Vineyards | 12/15/04 - 06/30/06 | Non-Performing | $75,000 | $75,000 | $0 | ($3,219) | ($3,219) |
| Bay Pompano Beach | 05/10/05 - 06/30/06 | Non-Performing | $100,487 | $46,089 | $27,923 | $695 | $28,618 |
| | | Totals: | $375,487 | $245,747 | $27,748 | ($4,958) | $22,790 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party.  This statement is not intended to represent a loan payoff quote.  USA reserves the right to update and supplement this statement.

**Prepared by MFIM, LLC**                    THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006.

# USA Commerical Mortgage Company ("USA")
## as Loan Servicing Agent for
### Brookmere/Matteson $27,050,000
#### as of June 30, 2006

Vesting Name: 
Address:

Client ID:

Performance Evaluation:        Performing

| | | |
|---|---|---:|
| 1. | Original Principal Investment | $100,000 |
| 2. | Principal Investment Assigned Out | 0 |
| 3. | Net Principal Investment | $100,000 |
| | | |
| 4. | Principal Payments Made by Borrower to USA | $75,342 |
| 5. | Principal Payments Remitted by USA to Lender | 75,516 |
| 6. | Principal Payments Unremitted by USA to Lender | ($175) |
| | | |
| 7. | Interest Paid to USA by Borrower, net of service fee | $21,504 |
| 8. | Interest Remitted or Advanced by USA to Lender | 22,120 |
| 9. | Interest Due to (from) Lender | ($616) |
| | | |
| 10. | Unremitted Principal held in Collection Account | ($168) |
| 11. | Interest Due to (from) Lender | (616) |
| 12. | Net Amount Currently Due to (from) Lender | ($784) |
| | | |
| 13. | Unremitted Principal not held in Collection Account | ($7) |
| 14. | Interest Unpaid to USA by Borrower, net of service fee | $592 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

# USA Commerical Mortgage Company ("USA")

as Loan Servicing Agent for

**Gramercy Court Condos**

as of June 30, 2006

Vesting Name: ██████████████████████████████████

Address: ███████████████████

███████████████

██████████████

Client ID: ████

Performance Evaluation:       Non-Performing

| | | |
|---|---|---:|
| 1. | Original Principal Investment | $100,000 |
| 2. | Principal Investment Assigned Out | 0 |
| 3. | Net Principal Investment | $100,000 |
| | | |
| 4. | Principal Payments Made by Borrower to USA | $0 |
| 5. | Principal Payments Remitted by USA to Lender | 0 |
| 6. | Principal Payments Unremitted by USA to Lender | $0 |
| | | |
| 7. | Interest Paid to USA by Borrower, net of service fee | $18,549 |
| 8. | Interest Remitted or Advanced by USA to Lender | 20,367 |
| 9. | Interest Due to (from) Lender | ($1,818) |
| | | |
| 10. | Unremitted Principal held in Collection Account | $0 |
| 11. | Interest Due to (from) Lender | (1,818) |
| 12. | Net Amount Currently Due to (from) Lender | ($1,818) |
| | | |
| 13. | Unremitted Principal not held in Collection Account | $0 |
| 14. | Interest Unpaid to USA by Borrower, net of service fee | $5,504 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

Prepared by MFIM, LLC

THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006.

# USA Commerical Mortgage Company ("USA")

as Loan Servicing Agent for

**Placer Vineyards**

as of June 30, 2006

Vesting Name: ██████████████████████████

Address: ████████████████████████

████████████████████

████████████████

Client ID: ██████

Performance Evaluation:        Non-Performing

| | | |
|---|---|---:|
| 1. | Original Principal Investment | $75,000 |
| 2. | Principal Investment Assigned Out | 0 |
| 3. | Net Principal Investment | $75,000 |
| | | |
| 4. | Principal Payments Made by Borrower to USA | $0 |
| 5. | Principal Payments Remitted by USA to Lender | 0 |
| 6. | Principal Payments Unremitted by USA to Lender | $0 |
| | | |
| 7. | Interest Paid to USA by Borrower, net of service fee | $8,265 |
| 8. | Interest Remitted or Advanced by USA to Lender | 11,484 |
| 9. | Interest Due to (from) Lender | ($3,219) |
| | | |
| 10. | Unremitted Principal held in Collection Account | $0 |
| 11. | Interest Due to (from) Lender | (3,219) |
| 12. | Net Amount Currently Due to (from) Lender | ($3,219) |
| | | |
| 13. | Unremitted Principal not held in Collection Account | $0 |
| 14. | Interest Unpaid to USA by Borrower, net of service fee | $6,008 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

## USA Commerical Mortgage Company ("USA")

as Loan Servicing Agent for

### Bay Pompano Beach

as of June 30, 2006

Vesting Name: ███████████████████████████

Address: ███████████████

███████████

███████████

Client ID: ████

Performance Evaluation:        Non-Performing

| | | |
|---|---|---:|
| 1. | Original Principal Investment | $100,487 |
| 2. | Principal Investment Assigned Out | 0 |
| 3. | Net Principal Investment | $100,487 |
| | | |
| 4. | Principal Payments Made by Borrower to USA | $54,398 |
| 5. | Principal Payments Remitted by USA to Lender | 26,475 |
| 6. | Principal Payments Unremitted by USA to Lender | $27,923 |
| | | |
| 7. | Interest Paid to USA by Borrower, net of service fee | $10,332 |
| 8. | Interest Remitted or Advanced by USA to Lender | 9,637 |
| 9. | Interest Due to (from) Lender | $695 |
| | | |
| 10. | Unremitted Principal held in Collection Account | $4,886 |
| 11. | Interest Due to (from) Lender | 695 |
| 12. | Net Amount Currently Due to (from) Lender | $5,581 |
| | | |
| 13. | Unremitted Principal not held in Collection Account | $23,037 |
| 14. | Interest Unpaid to USA by Borrower, net of service fee | $487 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

**Prepared by MFIM, LLC**

**USA Commercial Mortgage Company ("USA")**

Explanatory Notes to the Loan-by-Loan Lender Reconciliation Statements ("Statements")



*The numbered explanations below correspond to the line numbers on the Statements:*

1.    Line 1 is the total principal amount invested in the loan under each discrete "Vesting Name" (for example, "John Doe IRA" is a different Vesting Name than "John Doe, Trustee of the John Doe Family Trust").

2.    Line 2 is the amount of the principal investment shown on Line 1 that was later assigned out (i.e., sold) by this Lender to another Lender for which USA was the broker for the assignment(s).

3.    Line 3 is the difference between Line 1 and Line 2 and represents the Lender's net principal investment in this loan.

4.    Line 4 is the total amount of principal repayments attributable to the Lender in this loan that were made by the Borrower to USA as servicer on the loan.

5.    Line 5 is the amount of the principal repayments shown on Line 4 that was remitted by USA to the Lender. Payments made to the Lender after the Borrower paid off the loan in full have been reclassified as principal payments and are included in this Line. These payments may have been originally reported to the Lender as interest.

6.    Line 6 is the amount of the principal repayments shown on Line 4 that was not remitted by USA to the Lender. (Line 6 is the difference between Line 4 and Line 5).

7.    Line 7 is the total amount of interest payments attributable to the Lender on this loan that were made by the Borrower to USA as servicer on the loan, net of USA's 1% servicing fee. A 1% annual service fee on the Lenders outstanding principal has been calculated according to the terms of the servicing agreement for the months of uncollected interest. That is, a service fee is being charged on all loans, regardless of pre-petition practice, for the months represented by the interest currently being collected.

8.    Line 8 is the total amount in interest payments that USA remitted or advanced to the Lender on account of this loan (whether or not the Borrower had made a corresponding interest payment to USA). This should equal the amount of interest payments the Lender has received.

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

9.    Line 9 is the difference between Line 7 and Line 8. If the number is positive, it represents interest that the Borrower paid to USA as servicer on account of Lender's interest in this loan that USA has not yet remitted to the Lender. If the number is negative (in parentheses), it represents interest that USA paid to the Lender on this loan above and beyond what the Borrower had paid to USA as servicer.

10.    Line 10 is the amount of the unremitted principal shown in Line 6 that is being held in USA's collection account on behalf of the Lender. This figure has not been determined as of the Filing date, but will be shown on future statements. On this statement, all unremitted principal is on Line 13.

11.    Line 11 is the same as Line 9.

12.    Line 12 is net amount that USA believes is currently due to (or from) the Lender (the sum of Line 10 and Line 11). If the number is positive, it is the net amount USA believes it is holding on behalf of the Lender on this loan. If the number is negative (in parentheses), it represents the net overpayment USA made to the Lender on this loan.

13.    Line 13 is the amount of unremitted principal shown on Line 6 that is not held in USA's collection account. Line 13 (unremitted principal not held), when added with Line 10 (unremitted principal held), equals Line 6 (total unremitted principal repayments on this loan).

14.    Line 14 is the amount of unpaid interest that the Borrower owes to USA as servicer on this loan that is attributable to this Lender, net of USA's 1% service fee. This amount, if USA is able to collect it from the Borrower, would reduce the amount of overpaid interest (if any) due from the Lender shown on Line 9.

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

Prepared by MFIM, LLC                                    THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006.

# EXHIBIT F

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
*($ in thousands)*

## USA Commercial Mortgage

| | | | | | Weekly Cash Forecast — Week Ending | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | 9/3/2006 | 9/10/2006 | 9/17/2006 |
| **Cash Collections** | | | | | | | | | |
| *Collections* | | | | | | | | | |
| Loan Origination Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Reimbursed Expenses from USA Capital Realty | 0.0 | 0.0 | 0.0 | 415.4 | 0.0 | 0.0 | 0.0 | 206.4 | 0.0 |
| *Loan Servicing Collections* | | | | | | | | | |
| Estimated Service Fees [a] | 0.0 | 0.0 | 15.4 | 2,132.8 | 1.6 | 0.0 | 0.0 | 295.1 | 0.0 |
| Outstanding Origination, Extension and Closing Fees | 0.0 | 0.0 | 203.8 | 0.0 | 50.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Cash Collections Operating Accounts** | $0.0 | $0.0 | $219.2 | $2,548.1 | $51.6 | $0.0 | $0.0 | $501.5 | $0.0 |
| **Cash Disbursements** | | | | | | | | | |
| Origination Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Loan Servicing Expenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Operating Disbursements* | | | | | | | | | |
| Salaries & Wages | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 45.0 | 45.0 |
| Payroll Related Benefits | 7.7 | 0.0 | 14.0 | 0.0 | 7.7 | 0.0 | 10.3 | 7.7 | 7.7 |
| Rent | 0.0 | 0.0 | 49.0 | 0.0 | 50.0 | 0.0 | 0.0 | 0.0 | 49.0 |
| Office Operating Disbursements | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Other Operating Disbursements | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| **Total Operating Disbursements** | $87.7 | $35.0 | $143.0 | $35.0 | $137.7 | $35.0 | $90.3 | $87.7 | $235.0 |
| **Bankruptcy Related Disbursements** | | | | | | | | | |
| Professional Fees (see schedule for detail) [b] | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $4,050.3 |
| Trustee Fees | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Other* | | | | | | | | | |
| Noticing Agent | 0.0 | 0.0 | 82.6 | 0.0 | 0.0 | 0.0 | 50.0 | 0.0 | 0.0 |
| Appraisal Fees | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Post-Petition Financing* | | | | | | | | | |
| Fees for Post-Petition Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Lender Expenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Bankruptcy Related Disbursements** | $0.0 | $105.0 | $82.6 | $0.0 | $0.0 | $0.0 | $50.0 | $0.0 | $4,050.3 |
| **Total Cash Disbursements Operating Accounts** | $87.7 | $140.0 | $225.5 | $35.0 | $137.7 | $35.0 | $140.3 | $87.7 | $4,285.3 |
| **NET CHANGE IN CASH** | ($87.7) | ($140.0) | ($6.3) | $2,513.1 | ($86.0) | ($35.0) | ($140.3) | $413.9 | ($4,285.3) |

## Cash Position - USA Commercial Mortgage Estate

| | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | 9/3/2006 | 9/10/2006 | 9/17/2006 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Total Cash and Cash Equivalents at Beginning of Period | $1,283.8 | $1,196.1 | $1,056.1 | $1,049.8 | $3,562.9 | $3,476.9 | $3,441.9 | $3,301.6 | $3,715.5 |
| Pre-Petition Cash Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net (Decrease) Increase in Cash and Cash Equivalents | (87.7) | (140.0) | (6.3) | 2,513.1 | (86.0) | (35.0) | (140.3) | 413.9 | (4,285.3) |
| Estate Funds in Collections Account to Fund Operating Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 740.0 |
| **Total Cash DIP Operating Account at End of Period** | $1,196.1 | $1,056.1 | $1,049.8 | $3,562.9 | $3,476.9 | $3,441.9 | $3,301.6 | $3,715.5 | $170.2 |
| Estate Funds in Collections Account (see schedule for detail) [c] | $12,827.0 | $12,827.0 | $12,858.6 | $12,858.6 | $12,858.6 | $12,858.6 | $12,893.4 | $12,893.4 | $12,153.4 |
| **Total USA Commercial Mortgage Estate Cash Balance** | $14,023.1 | $13,883.1 | $13,908.4 | $16,421.5 | $16,335.5 | $16,300.5 | $16,195.0 | $16,608.9 | $12,323.6 |

Notes:

a. Service fees for work ending 8/13/06 include service fees accrued from 4/13/06 thru 6/30/06 estimated to be $1,830,000.

b. Actual fees and expenses for the Debtors' Professionals will be allocated among the debtors. Currently, there is no reliable basis for this allocation to be used prospectively. Therefore, the budget shows all payments made by USA CM which is expected to receive the largest allocation.

c. Funds in the Collections Account identified as Estate Funds reflect amounts collected from borrowers for which interest has already been prepaid to investors. A motion to determine the ownership of these funds will be scheduled to be heard by the Court on September 13, 2006.

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
($ in thousands)

## Additional Accounts

| | Weekly Cash Forecast — Week Ending | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | 9/3/2006 | 9/10/2006 | 9/17/2006 |
| **USA Capital Realty Advisors - DIP Operating Account** | | | | | | | | | |
| Beginning Cash Balance | 167.6 | 167.6 | 167.4 | 167.4 | 167.4 | 167.4 | 167.4 | 167.4 | 167.4 |
| Management Fees Collected | 0.0 | 0.0 | 0.0 | 415.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Expense Reimbursement due USA CMC | 0.0 | 0.0 | 0.0 | (415.4) | 0.0 | 0.0 | 0.0 | (81.4) | 0.0 |
| Trustee Fees | (0.3) | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance | 167.6 | 167.4 | 167.4 | 167.4 | 167.4 | 167.4 | 167.4 | 167.4 | 167.4 |
| **USA Securities - DIP Operating Account** | | | | | | | | | |
| Beginning Cash Balance USA Securities | 18.4 | 18.4 | 18.2 | 18.2 | 18.2 | 18.2 | 18.2 | 18.2 | 18.2 |
| Trustee Fees | (0.3) | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance USA Securities | 18.4 | 18.2 | 18.2 | 18.2 | 18.2 | 18.2 | 18.2 | 18.2 | 18.2 |
| **Diversified Trust - DIP Operating Account** | | | | | | | | | |
| Beginning Cash Balance DTDF | 511.5 | 511.5 | 511.3 | 511.3 | 386.3 | 386.3 | 386.3 | 386.3 | 261.3 |
| Cash Payment for DTDF Professional Fees [f] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Payment for Allocation of Debtor Professional Fees [f] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (657.6) |
| Management Fees Paid by DTDF | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Distribution from Collections Account | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 |
| Distribution to Members [e] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.4 | 0.0 |
| Trustee Fees | (0.3) | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance DTDF [h] | 511.5 | 511.3 | 511.3 | 386.3 | 386.3 | 386.3 | 386.3 | 261.3 | (295.9) |
| **First Trust - DIP Operating Account** | | | | | | | | | |
| Beginning Balance FTDF [h] | (125.0) | (125.0) | (125.3) | (125.3) | (415.6) | 1,961.6 | 1,961.6 | 1,961.6 | 1,880.2 |
| Cash Payment for FTDF Professional Fees | 0.0 | 0.0 | 20,300.0 | 0.0 | 4,000.0 | 0.0 | 0.0 | 8,835.0 | (768.7) |
| Interest Income to Investors [c] | 0.0 | 0.0 | 242.7 | (290.4) | 2,377.2 | 0.0 | 0.0 | 0.0 | 2,376.5 |
| Distribution to Investors [d] | 0.0 | 0.0 | (15.4) | (125.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Service Fees to USA CMC | 0.0 | 0.0 | (15.4) | (1.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Trustee Fees | (0.3) | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance FTDF [h] | (125.0) | (125.3) | (125.3) | 396.3 | 1,961.6 | 1,961.6 | 1,961.6 | 1,880.2 | 261.3 |
| **Collections Account** | | | | | | | | | |
| Beginning Balance Collections Account (Investor Funds) | 88,298.5 | 88,298.5 | 88,298.5 | 108,825.8 | 106,693.1 | 42,535.6 | 42,535.6 | 42,739.2 | 42,739.2 |
| Expected Principal Return | 0.0 | 0.0 | 20,300.0 | 0.0 | (68,155.8) | 0.0 | 0.0 | (8.4) | (15,817.9) |
| Interest Income to Investors [c] | 0.0 | 0.0 | 242.7 | 0.0 | 4,000.0 | 0.0 | 203.5 | 8,835.0 | 0.0 |
| Total Account Collections | 0.0 | 0.0 | 20,542.7 | 0.0 | (64,155.8) | 0.0 | 203.5 | 8,826.5 | (15,817.9) |
| Distribution to Investors [d] | 0.0 | 0.0 | 0.0 | (82,132.8) | 0.0 | 0.0 | 0.0 | (295.1) | 0.0 |
| Service Fees to USA CMC | 0.0 | 0.0 | 0.0 | (1.6) | 0.0 | 0.0 | 0.0 | (295.1) | 0.0 |
| Total Disbursements | 0.0 | 0.0 | 0.0 | (82,132.8) | 0.0 | 0.0 | 0.0 | (295.1) | 0.0 |
| Ending Balance Collections Account (Investor Funds) | 88,298.5 | 88,298.5 | 108,825.8 | 106,693.1 | 42,535.6 | 42,535.6 | 42,739.2 | 51,289.0 | 51,289.0 |
| **Investors Account** | | | | | | | | | |
| Beginning Balance Investors Account | 101,125.5 | 101,125.5 | 121,684.5 | 119,517.7 | 55,394.2 | 55,394.2 | 55,632.6 | 64,162.5 | 47,504.5 |
| Ending Balance Collections Account (Total) | 101,125.5 | 121,684.5 | 119,517.7 | 55,394.2 | 55,394.2 | 55,632.6 | 64,162.5 | 47,504.5 | 47,504.5 |
| **Executory Contract Committee** | | | | | | | | | |
| Beginning Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Executory Contract Committee Cash Due for Prof. Fees [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 480.0 |
| Cash Payment for allocation of Debtor Professional Fees [a][f] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Balance Executory Contract Committee | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Cash Due Executory Contract Committee** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 460.0 |

Notes:

a. Source of payment for Executory Contract Committees will be via surcharge or some other source yet to be determined.

b. To the extent they exist, deficits in the operating accounts for First Trust Deed Fund and Diversified Trust Fund are expected to be filled via amounts reserved prior to the distribution of funds to Fund Members.

c. Assumes investment in a Bank of America Money Market Fund at 3.23%.

d. A separate motion to distribute funds has been filed with the Court and will be heard on 8/4/06. No distribution will be made without approval of this motion.

e. Distributions to fund members will occur after determination of reserves to fund claims, professional fees and other expenses. A motion to hear claim expenses will be heard by the court on Aug. 31, 2006. The Debtors will request that the issue of the reserve amount be continued to be heard at the same time.

f. Actual fees and expenses for the Debtors' Professionals will be allocated among the debtors. Currently, there is no reliable basis for this allocation to be used prospectively. Therefore, this budget shows all payments made by USA CM which is expected to receive the largest allocation.

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
*($ in thousands)*

## Supplemental Schedules - Professional Fees

| | Week Ending | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | 9/3/2006 | 9/10/2006 | 9/17/2006 |
| **Debtor Professional Fees (as incurred)** | | | | | | | | | |
| Financial Advisor Fees & Disbursements | $140.0 | $140.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 |
| Legal Counsel Fees & Disbursements | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| Local Counsel | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| PR Firm | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| Other Legal Professionals | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: | | | | | | | | | |
| Allocation of Professional Fees to DTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Allocation of Professional Fees to FTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Allocation of Professional Fees to Executory Contracts Committee [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Committee Professionals (as incurred)** | | | | | | | | | |
| **Unsecured Creditors Committee** | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| Financial Advisor Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| **Weekly Accrual for USA CMC Professional Fees** | $290.8 | $290.8 | $250.8 | $250.8 | $250.8 | $250.8 | $250.8 | $250.8 | $250.8 |
| Cash Payment for Debtor Professionals by USA CMC | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $4,050.3 |
| Cash Payment for Debtor Professionals by DTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Payment for Debtor Professionals by FTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Payment for Debtor Professionals by Executory Contract Committee [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Incurred and Unpaid Professional Fees USA CMC** | $4,772.1 | $5,062.8 | $5,313.6 | $5,564.3 | $5,815.1 | $6,065.8 | $6,316.6 | $6,567.3 | $2,767.8 |
| **Equity Security Holders of USA Capital FTDF** | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| Financial Advisor Fees & Disbursements | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 |
| **Weekly Accrual for FTDF Professional Fees** | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 |
| Cash Payment for FTDF Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $768.7 |
| **Incurred and Unpaid Professional Fees** | $653.9 | $960.9 | $1,067.9 | $1,174.9 | $1,281.9 | $1,388.9 | $1,495.9 | $1,602.9 | $941.2 |
| **Equity Security Holders of USA Capital DTDF** | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Financial Advisor Fees & Disbursements | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 40.0 | 40.0 |
| **Weekly Accrual for DTDF Professional Fees** | $110.0 | $110.0 | $110.0 | $110.0 | $110.0 | $110.0 | $110.0 | $100.0 | $100.0 |
| Cash Payment for DTDF Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $657.6 |
| **Incurred and Unpaid Professional Fees** | $712.0 | $822.0 | $932.0 | $1,042.0 | $1,152.0 | $1,262.0 | $1,372.0 | $1,472.0 | $914.4 |
| **Holders of Executory Contract Rights** | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Weekly Accrual for Executory Committee Professional Fees** | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Cash Payment for Executory Committee Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $480.0 |
| **Incurred and Unpaid Professional Fees** | $480.0 | $540.0 | $600.0 | $660.0 | $720.0 | $780.0 | $840.0 | $900.0 | $480.0 |
| **Total Weekly Accrual for Bankruptcy Professional Fees** | $567.8 | $567.8 | $527.8 | $527.8 | $527.8 | $527.8 | $527.8 | $517.8 | $517.8 |
| **Total Cash Payment for Bankruptcy Professional Fees** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $1,906.3 |
| **Total Incurred and Unpaid Bankruptcy Professional Fees** | $6,618.0 | $7,385.7 | $7,913.5 | $8,441.2 | $8,969.0 | $9,496.7 | $10,024.5 | $10,542.2 | $5,103.4 |

a.  Actual fees and expenses for the Debtors' Professionals will be allocated among the debtors.  Currently, there is no reliable basis for this allocation to be used prospectively.  Therefore, this budget shows all payments made by USA CM which is expected to receive the largest allocation.

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
*($ in thousands)*

| | Weekly Cash Forecast | | | | | | |
| | Week Ending | | | | | | |
| USA Commercial Mortgage | 9/24/2006 | 10/1/2006 | 10/8/2006 | 10/15/2006 | 10/22/2006 | 10/29/2006 | Total |
|---|---|---|---|---|---|---|---|
| **Cash Collections** | | | | | | | |
| **Collections** | | | | | | | |
| Loan Origination Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Reimbursed Expenses from USA Capital Realty | 0.0 | 0.0 | 206.4 | 0.0 | 0.0 | 0.0 | 828.2 |
| **Loan Servicing Collections** | | | | | | | |
| Estimated Service Fees [a] | 55.8 | 9.1 | 1.4 | 270.5 | 0.0 | 0.0 | 2,781.8 |
| Outstanding Origination, Extension and Closing Fees | 525.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 778.8 |
| **Total Cash Collections Operating Accounts** | **$580.8** | **$9.1** | **$207.8** | **$270.5** | **$0.0** | **$0.0** | **$4,388.7** |
| **Cash Disbursements** | | | | | | | |
| **Loan Servicing Expenses** | | | | | | | |
| **Operating Disbursements** | | | | | | | |
| Salaries & Wages | 45.0 | 0.0 | 45.0 | 400.0 | 45.0 | 0.0 | 965.0 |
| Payroll Related Benefits | 0.0 | 6.3 | 7.7 | 0.0 | 7.7 | 0.0 | 64.8 |
| Rent | 0.0 | 49.0 | 0.0 | 0.0 | 0.0 | 0.0 | 147.0 |
| Office Operating Disbursements | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 225.0 |
| Other Operating Disbursements | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 300.0 |
| **Total Operating Disbursements** | **$80.0** | **$90.3** | **$87.7** | **$435.0** | **$87.7** | **$35.0** | **$1,701.8** |
| **Bankruptcy Related Disbursements** | | | | | | | |
| Professional Fees (see schedule for detail) [b] | $0.0 | $0.0 | $0.0 | $1,003.0 | $0.0 | $0.0 | $5,053.3 |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.0 | 13.0 |
| **Other** | | | | | | | |
| Noticing Agent | 0.0 | 0.0 | 50.0 | 0.0 | 0.0 | 0.0 | 182.6 |
| Appraisal Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 |
| **Post-Petition Financing** | | | | | | | |
| Fees for Post-Petition Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Lender Expenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Bankruptcy Related Disbursements** | **$0.0** | **$0.0** | **$50.0** | **$1,003.0** | **$0.0** | **$8.0** | **$5,348.8** |
| **Total Cash Disbursements Operating Accounts** | **$80.0** | **$90.3** | **$137.7** | **$1,438.0** | **$87.7** | **$43.0** | **$7,050.6** |
| **NET CHANGE IN CASH** | **$500.8** | **($81.2)** | **$70.1** | **($1,167.5)** | **($87.7)** | **($43.0)** | **($2,661.9)** |
| **Cash Position - USA Commercial Mortgage Estate** | | | | | | | |
| Total Cash and Cash Equivalents at Beginning of Period | $170.2 | $671.1 | $589.9 | $660.0 | $100.2 | $100.2 | $1,283.8 |
| Pre-Petition Cash Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net (Decrease) Increase in Cash and Cash Equivalents | 500.8 | (81.2) | 70.1 | (1,167.5) | (87.7) | (43.0) | (2,661.9) |
| Estate Funds in Collections Account to Fund Operating Account | 0.0 | 0.0 | 0.0 | 607.7 | 87.7 | 43.0 | 1,478.4 |
| **Total Cash DIP Operating Account at End of Period** | **$671.1** | **$589.9** | **$660.0** | **$100.2** | **$100.2** | **$100.2** | **$100.2** |
| Estate Funds in Collections Account (see schedule for detail) [c] | $12,153.4 | $12,187.3 | $12,187.3 | $11,578.6 | $11,492.0 | $11,449.0 | $11,449.0 |
| **Total USA Commercial Mortgage Estate Cash Balance** | **$12,824.4** | **$12,777.2** | **$12,847.3** | **$11,679.9** | **$11,592.2** | **$11,549.2** | **$11,549.2** |

Notes:

a. Service fees for week ending 9/13/06 include service fees accrued from 4/13/06 thru 6/30/06 estimated to be $1,836,000.

b. Actual fees and expenses for the Debtors' Professionals will be allocated among the debtors. Currently, there is no reliable basis for this allocation to be used prospectively. Therefore, this budget shows all payments made by USA CM which is expected to receive the largest allocation.

c. Funds in the Collections Account identified as Estate Funds reflect amounts collected from borrowers for which interest has already been prepaid to investors. A motion to determine the ownership of these funds will be scheduled to be heard by the Court on September 13, 2006.

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
*($ in thousands)*

### Additional Accounts

| | | Weekly Cash Forecast — Week Ending | | | | | |
|---|---|---|---|---|---|---|---|
| | 9/24/2006 | 10/1/2006 | 10/8/2006 | 10/15/2006 | 10/22/2006 | 10/29/2006 | Total |
| **USA Capital Realty Advisors - DIP Operating Account** | | | | | | | |
| Beginning Cash Balance | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.6 |
| Management Fees Collected | 0.0 | 0.0 | 206.4 | 0.0 | 0.0 | 0.0 | 828.2 |
| Expense Reimbursement due USA CMC | 0.0 | 0.0 | (206.4) | 0.0 | 0.0 | 0.0 | (828.2) |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.5) |
| Ending Cash Balance | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.1 | $167.1 |
| **USA Securities - DIP Operating Account** | | | | | | | |
| Beginning Cash Balance USA Securities | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.4 |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.5) |
| Ending Cash Balance USA Securities | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $17.9 | $17.9 |
| **Diversified Trust - DIP Operating Account** | | | | | | | |
| Beginning Cash Balance DTDF | ($295.9) | ($295.9) | ($295.9) | ($420.9) | ($854.7) | ($854.7) | $511.5 |
| Cash Payment for DTDF Professional Fees [f] | 0.0 | 0.0 | 0.0 | (440.0) | 0.0 | 0.0 | (1,097.6) |
| Cash Payment for Allocation of Debtor Professional Fees [f] | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | 0.0 |
| Management Fees Paid by DTDF | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (375.0) |
| Distribution from Collections Account | 0.0 | 0.0 | 0.0 | 932.9 | 0.0 | 0.0 | 106.5 |
| Distribution to Members [e] | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.5) |
| Ending Cash Balance DTDF [e] | ($295.9) | ($295.9) | ($420.9) | ($854.7) | ($854.7) | ($855.0) | ($855.0) |
| **First Trust - DIP Operating Account** | | | | | | | |
| Beginning Balance FTDF [b] | $3,489.9 | $3,489.9 | $3,489.9 | $3,408.5 | $3,913.4 | $3,913.4 | ($125.0) |
| Cash Payment for FTDF Professional Fees [f] | 0.0 | 0.0 | 0.0 | (426.0) | 0.0 | 0.0 | (1,196.7) |
| Cash Payment for Allocation of Debtor Professional Fees [f] | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | (453.2) |
| Management Fees Paid by FTDF | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Distribution from Collections Account | 0.0 | 25,239.7 | 3,791.8 | 932.9 | 0.0 | 0.0 | 5,686.6 |
| Distribution to Members [e] | 0.0 | 133.6 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.5) |
| Ending Cash Balance FTDF [b] | $3,489.9 | $3,489.9 | $3,408.5 | $3,913.4 | $3,913.4 | $3,913.1 | $3,913.1 |
| **Collections Account** | | | | | | | |
| Beginning Balance Collections Account (Investor Funds) | $35,451.1 | $67,795.3 | $93,159.4 | $96,949.8 | $77,624.6 | $77,624.6 | $88,298.5 |
| Expected Principal Return | 32,400.0 | 25,239.7 | 3,791.8 | 0.0 | 0.0 | 0.0 | 94,556.4 |
| Interest Income to Investors [d] | 0.0 | 133.6 | 0.8 | 0.0 | 0.0 | 0.0 | 579.8 |
| Total Account Collections | $32,400.0 | $25,373.2 | $3,791.8 | $0.0 | $0.0 | $0.0 | $95,136.2 |
| Distribution to Investors [d] | 0.0 | 0.0 | (81.4) | (19,054.6) | 0.0 | 0.0 | (103,028.4) |
| Service Fees to USA CMC | (55.0) | (9.1) | (1.4) | (270.5) | 0.0 | 0.0 | (2,781.8) |
| Total Disbursements | ($55.0) | ($9.1) | ($1.4) | ($19,325.2) | $0.0 | $0.0 | ($105,810.2) |
| Ending Balance Collections Account (Investor Funds) | $67,795.3 | $93,159.4 | $96,949.8 | $77,624.6 | $77,624.6 | $77,624.6 | $77,624.6 |
| **Investor Funds** | | | | | | | |
| Beginning Balance Collections Account (Estate Funds) | $12,153.4 | $12,153.4 | $12,187.3 | $12,187.3 | $11,579.6 | $11,492.0 | $12,827.0 |
| Interest Income to Estate [d] | 0.0 | 33.9 | 0.0 | 0.0 | (907.7) | (87.7) | 100.3 |
| Transfer to Fund Operating Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (43.0) | (1,478.4) |
| Ending Balance Collections Account (Estate Funds) | $12,153.4 | $12,187.3 | $12,187.3 | $11,579.6 | $11,492.0 | $11,449.0 | $11,449.0 |
| Ending Balance Collections Account (Total) | $79,948.7 | $105,346.7 | $109,137.1 | $89,204.2 | $89,116.6 | $89,073.6 | $89,073.6 |
| **Investors Account** | | | | | | | |
| Cash Balance Investors Account | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 |
| **Executory Contract Committee** | | | | | | | |
| Executory Contract Committee Cash Due for Prof. Fees [g] | $0.0 | $0.0 | $0.0 | $240.0 | $0.0 | $0.0 | $720.0 |
| Cash Payment for allocation of Debtor Professional Fees [g][f] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Cash Due Executory Contract Committee | 0.0 | 0.0 | 0.0 | 240.0 | 0.0 | 0.0 | $720.0 |

Notes:

a. Source of payment for Executory Contract Committees will be via purchase or some other source yet to be determined.

b. To the extent they exist, deficits in the operating accounts for First Trust Deed Fund and Diversified Trust Deed Fund are expected to be filled via amounts reserved prior to the distribution of funds to Fund Members.

c. Assumes investment in a Bank of America Money Market Fund at 5.25%.

d. A separate motion to distribute funds has been filed with the Court and will be heard on 8/4/06. No distribution will be made without approval of this motion.

e. Distributions to fund members will occur after determination of reserves to fund claims, professional fees and other expenses. A motion to hear claim disputes will be heard by the court on Aug. 31, 2006. The Debtors will request that the issue of the reserve amount be continued to be heard at the same time.

f. Actual fees and expenses for the Debtors' Professionals will be allocated among the debtors. Currently, there is no reliable basis for this allocation to be used prospectively. Therefore, this budget shows all payments made by USA CM which is expected to receive the largest allocation.

Preliminary Numbers Subject to Revision

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
*($ in thousands)*

## Supplemental Schedules - Professional Fees

| | Weekly Cash Forecast | | | | | | |
|---|---|---|---|---|---|---|---|
| | Week Ending | | | | | | |
| | 9/24/2006 | 10/1/2006 | 10/8/2006 | 10/15/2006 | 10/22/2006 | 10/29/2006 | Total |
| **Debtor Professional Fees (as incurred)** | | | | | | | |
| Financial Advisor Fees & Disbursements | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $1,580.0 |
| Legal Counsel Fees & Disbursements | 75.0 | 75.0 | 50.0 | 50.0 | 50.0 | 50.0 | 1,025.0 |
| Local Counsel | 25.0 | 25.0 | 16.7 | 16.7 | 16.7 | 16.7 | 341.7 |
| PPF Firm | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 11.3 |
| Other Legal Professionals | 0.0 | 5.0 | 5.0 | 0.0 | 0.0 | 5.0 | 15.0 |
| Less: | | | | | | | |
| Allocation of Professional Fees to DTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Allocation of Professional Fees to FTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Allocation of Professional Fees to Executory Contracts Committee [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Committee Professionals (as incurred)** | | | | | | | |
| *Unsecured Creditors Committee* | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 375.0 |
| Financial Advisor Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 375.0 |
| **Weekly Accrual for USA CMC Professional Fees** | $250.8 | $255.8 | $222.4 | $217.4 | $217.4 | $222.4 | $3,722.9 |
| *Incurred Creditors Committee* | | | | | | | |
| Cash Payment for Debtor Professionals by USA CMC [a] | $0.0 | $0.0 | $0.0 | $1,003.0 | $0.0 | $0.0 | $5,053.3 |
| Cash Payment for Debtor Professionals by DTDF [a] | 0.0 | 0.0 | 0.0 | 428.0 | 0.0 | 0.0 | 1,196.7 |
| Cash Payment for Debtor Professionals by FTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Payment for Debtor Professionals by Executory Contract Committee [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Incurred and Unpaid Professional Fees USA CMC** | $3,018.6 | $3,274.3 | $3,486.7 | $2,711.1 | $2,928.6 | $3,151.0 | $3,151.0 |
| **Equity Security Holders of USA Capital FTDF** | | | | | | | |
| Legal Counsel Fees & Disbursements | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 1125.0 |
| Financial Advisor Fees & Disbursements | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 480.0 |
| **Weekly Accrual for FTDF Professional Fees** | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $1,605.0 |
| Cash Payment for FTDF Professional Fees | $0.0 | $0.0 | $0.0 | $428.0 | $0.0 | $0.0 | $1,196.7 |
| **Incurred and Unpaid Professional Fees** | $1,048.2 | $1,155.2 | $1,262.2 | $941.2 | $1,048.2 | $1,155.2 | $1,155.2 |
| **Equity Security Holders of USA Capital DTDF** | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 900.0 |
| Financial Advisor Fees & Disbursements | 40.0 | 40.0 | 35.0 | 35.0 | 35.0 | 35.0 | 650.0 |
| **Weekly Accrual for DTDF Professional Fees** | $100.0 | $100.0 | $95.0 | $95.0 | $95.0 | $95.0 | $1,550.0 |
| Cash Payment for DTDF Professional Fees | $0.0 | $0.0 | $0.0 | $440.0 | $0.0 | $0.0 | $1,097.6 |
| **Incurred and Unpaid Professional Fees** | $1,014.4 | $1,114.4 | $1,209.4 | $864.4 | $959.4 | $1,054.4 | $1,054.4 |
| **Holders of Executory Contract Rights** | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 900.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Weekly Accrual for Executory Committee Professional Fees** | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $900.0 |
| Cash Payment for Executory Committee Professional Fees | $0.0 | $0.0 | $0.0 | $240.0 | $0.0 | $0.0 | $720.0 |
| **Incurred and Unpaid Professional Fees** | $540.0 | $600.0 | $600.0 | $480.0 | $540.0 | $600.0 | $600.0 |
| **Total Weekly Accrual for Bankruptcy Professional Fees** | $517.8 | $522.8 | $484.4 | $479.4 | $479.4 | $484.4 | $7,777.9 |
| **Total Cash Payment for Bankruptcy Professional Fees** | $0.0 | $0.0 | $0.0 | $1,108.0 | $0.0 | $0.0 | $3,014.3 |
| **Total Incurred and Unpaid Bankruptcy Professional Fees** | $5,621.1 | $6,143.9 | $6,628.3 | $4,996.7 | $5,476.1 | $5,960.6 | $5,960.6 |

a. Accrual fees and expenses for the Debtors' Professionals will be allocated among the debtors. Currently, there is no reliable basis for this allocation to be used prospectively. Therefore, this budget shows all payments made by USA CM which is expected to receive the largest allocation.

Preliminary Numbers Subject to Revision