EDWARD J. HANIGAN, ESQ.
Nevada Bar #000242
199 N. Arroyo Grande Blvd. #200
Henderson, NV 89074
Telephone: (702) 434-1300
Facsimile: (702) 434-6405

E-filed on
August 3, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                      Debtor.<br><br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                      Debtor.<br><br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                      Debtor.<br><br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>                      Debtor.<br><br>In re:<br>USA SECURITIES, LLC,<br>                      Debtor.<br><br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No:   BK-S-06-10725-LBR<br>                 BK-S-06-10726-LBR<br>                 BK-S-06-10727-LBR<br>                 BK-S-06-10728-LBR<br>                 BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR**<br><br>**NOTICE OF ENTRY OF**<br>**ORDER GRANTING**<br>**WITHDRAWAL OF**<br>**EDWARD J. HANIGAN, ESQ.**<br>**AS ATTORNEY FOR**<br>**VINCE DANELIAN**<br><br>Date:     July 25, 2006<br>Time:    9:30 a.m. |

1

PLEASE TAKE NOTICE that on August 2, 2006, an *Order Granting Withdrawal of Edward J. Hanigan, Esq. As Attorney for Vince Danelian* was entered in the above entitled matter. A copy of which is attached hereto.

DATED this 2nd day of August, 2006.

*[signature]*
EDWARD J. HANIGAN, ESQ.
Nevada Bar No. 000242
199 N. Arroyo Grande Blvd. #200
Henderson, NV 89074
Telephone: (702) 434-1300
Facsimile: (702) 434-6405



Entered on Docket
August 02, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

EDWARD J. HANIGAN, ESQ.
Nevada Bar #000242
199 N. Arroyo Grande Blvd. #200
Henderson, NV 89074
Telephone: (702) 434-1300
Facsimile: (702) 434-6405

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No:  BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | <u>**ORDER GRANTING<br>WITHDRAWAL OF<br>EDWARD J. HANIGAN, ESQ.<br>AS ATTORNEY FOR<br>VINCE DANELIAN**</u> |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>    Debtor. | Date:  July 25, 2006<br>Time:  9:30 a.m. |

1

In re:
USA SECURITIES, LLC,

Debtor.

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

This matter having come before the Court upon the Motion of Edward J. Hanigan, Esq. to withdraw as counsel in this matter for Creditor Vince Danelian, the Court having reviewed the Motion and no opposition having been filed, for good cause,

IT IS HEREBY ORDERED that the Motion of Edward J. Hanigan to withdraw as attorney for Vince Danelian is granted;

IT IS FURTHER ORDERED that all further correspondence in this matter to Vince Danelian shall be mailed to Vince Danelian, P.O. Box 97782, Las Vegas, NV 89193.

DATED: _____, 2006.

_____
United States Bankruptcy Court Judge

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____ The court has waived the requirement of approval under LR 9021.

__X__ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

2


Submitted by:

Edward J. Hanigan, Esq.
Nevada Bar #000242
199 N. Arroyo Grande Blvd. #200
Henderson, NV 89074
Telephone: (702) 434-1300
Facsimile: (702) 434-6405

# # #