Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON AUGUST 3, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
|---|---|
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | **Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **STATUS AND AGENDA FOR AUGUST 4, 2006 HEARINGS** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: August 4, 2006<br>Time: 9:30 a.m. |

Hearing Status form for 080406 Hearings        - 1 –

1.  **Debtors' Motion To Temporarily Hold Funds Pending A Determination Of The Proper Recipients, And Memorandum Of Points And Authorities** (Affects USA Commercial Mortgage) (the "Hold Funds Motion") filed by Debtors. The Hold Funds Motion requests an Order granting USACM the authority to continue to collect and hold payments and loan payoffs pending the prompt investigation and analysis by the Debtors of various issues as set forth in this motion.

| Opposition Filed By: | Date | Docket No. |
| --- | --- | --- |
| Stanley Alexander Trust, et al | May 18, 2006 | 281 |
| James Corison (Limited Opposition) | May 18, 2006 | 285 |
| Richard McKnight | May 22, 2006 | 323 |
| Gregory Walch | May 23, 2006 | 340 |
| Nicholas Santoro | May 23, 2006 | 342 |
| Canepa Group | May 24, 2006 | 345 |
| Norman Kiven | May 25, 2006 | 366 |
| Direct Lenders-Beneficiaries | May 26, 2006 | 377 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Statement) | May 26, 2006 | 379 |
| Official Committee of Holders of Executory Rights through USACMC | May 26, 2006 | 384 |
| Mountain West Mortgage, LLC (Joinder in Oppositions) | May 28, 2006 | 396 |
| McKnight Supplemental | June 9, 2006 | 569 |
| Official Committee of Unsecured Creditors For USA Commercial Mortgage Company (Joinder) | June 9, 2006 | 573 |
| USA Commercial Mortgage (Reply) | June 13, 2006 | 641 |

Hearing Status form for 080406 Hearings        - 2 –

2. **Motion For Relief From Stay Property: Various Real Property** (Affects USA Commercial Mortgage) (the "Direct Lender Lift Stay Motion") filed by Janet L. Chubb on behalf of Direct Lenders. The Direct Lender Lift Stay Motion seeks relief from the automatic stay to terminate USA Commercial as the loan servicing agent, pursuant to the terms of their Loan Servicing Agreement.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Debtors and Debtors-In-Possession | May 26, 2006 | 387 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Statement) | May 26, 2006 | 376 |
| Official Committee of Holders of Executory Rights through USACMC (Omnibus Response) | May 30, 2006 | 406 |
| Official Committee of Unsecured Creditors of USACM (Omnibus Response) | June 9, 2006 | 566 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Direct Lenders-Beneficiaries | June 13, 2006 | 627 |

3. **Motion To Compel Debtor To Continue To Forward Lender Payments to Direct Lenders; Motion To Delay Or Prohibit Appraisals On Performing Loans** (Affects USA Commercial Mortgage) (the "Direct Lender Compel Motion") filed by Janet L. Chubb on behalf of Direct Lenders. The Direct Lender Compel Motion moves the Court to Order Debtor USA Commercial Mortgage, as servicing agent, to continue to forward all borrower payments to the Direct Lenders on all performing loans. The Direct Lenders also move for an order that delays or prohibits USA Commercial from appraising properties securing performing loans, unless USA Commercial agrees not to surcharge Direct Lenders for appraisal costs.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Stanley Alexander Trust, et al (Joinder) | May 22, 2006 | 319 |

Hearing Status form for 080406 Hearings        - 3 –

| | | |
|---|---|---|
| USA Commercial Mortgage | May 26, 2006 | 374 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Statement) | May 26, 2006 | 376 |
| Official Committee of Holders of Executory Rights through USACMC (Omnibus Response) | May 30, 2006 | 406 |
| Lou Maldonado | June 2, 2006 | 445 |
| Official Committee of Unsecured Creditors For USA Commercial Mortgage Company (Omnibus Response) | June 9, 2006 | 573 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Direct Lenders-Beneficiaries | June 13, 2006 | 626 |

4. **Application To Employ Sierra Consulting Group, LLC As Financial Advisors To The Official Unsecured Creditors' Committee For USA Commercial Mortgage Pursuant To Fed. R. Bankr. P. 2014(A) For Order Under Section 1103 Of The Bankruptcy Code** (the "Sierra Employment Motion") filed By Rob Charles on behalf of Official Committee Of Unsecured Creditors For USA Commercial Mortgage Company.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Direct Lenders | July 28, 2006 | 1029 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Official Committee of Unsecured Creditors for USA Commercial Mortgage | July 31, 2006 | 1057 |

5. **Motion Directing Payments To Direct Lenders** (the "Direct Lender Motion") filed by David Mincin on behalf of Richard McKnight. The Direct Lender Motion seeks an order of the Court directing Debtors to pay all sums that become due the McKnight Trust and other parties that made direct loans to borrowers.

Hearing Status form for 080406 Hearings        - 4 –

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company (Response) | May 30, 2006 | 406 |
| Debtors | June 7, 2006 | 520 |

6. **Motion For Order Approving Continued Use Of Cash Through July 29, 2006 Pursuant To Second Revised Budget (Affects All Debtors)** (the "Continued Cash Motion") filed by Debtors. The Continued Cash Motion requests that the Court enter an order approving the Debtors' continued use of cash through the week ending July 29, 2006. See Debtors' Amended 13-Week Cash Forecast filed on June 9, 2006. An Order Approving Continued Use of Cash Through August 6, 2006 Pursuant To Third Revised Budget was entered on July 25, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Jones Vargas' Direct Lenders (Conditional Opposition) | 6/14/06 | 647 |
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC and Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Joint Limited Opposition) | 6/14/06 | 654 |
| Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company | 6/14/06 | 658 |
| Response: Debtors (Fifth Supplemental Declaration of Thomas J. Allison In Support of Motions) | 6/20/06 | 750 |

/ / /

7. **Application For Administrative Order Establishing Procedures For Interim Compensation And Reimbursement of Expenses of Professionals (Affects All Debtors)** filed by Debtors. This Motion requests that an order of the Court establishing a procedure for the payment of interim compensation and the reimbursement of expenses of certain professionals retained by the Debtors and the official committees in these jointly administered cases.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Unsecured Creditors for USA Commercial Mortgage (JOINDER) | June 19, 2006 | 697 |
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC and Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (JOINT RESPONSE) | July 28, 2006 | 1039 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Debtors | August 2, 2006 | 1089 |

8. **Motion For Order Approving Continued Use Of Cash Through October 29, 2006 Pursuant To Second Revised Budget (Affects All Debtors)** (the "Continued Cash Motion") filed by Debtors. The Continued Cash Motion requests that the Court enter an order approving the Debtors' continued use of cash through the week ending October 29, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC and Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (JOINT OPPOSITION) | July 27, 2006 | 988 |
| Official Committee of Unsecured Creditors for USA Commercial Mortgage | July 27, 2006 | 992 |

| | | | |
|---|---|---|---|
| (LIMITED OPPOSITION) | | | |
| Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company | July 27, 2006 | 997 | |
| **Reply Filed By:** | **Date** | **Docket No.** | |
| Debtors (Declaration of Thomas J. Allison In Support of Motions To Be Heard On August 4, 2006) | August 2, 2006 | 1090 | |
| Debtors | August 2, 2006 | 1091 | |

9. **Debtors' Motion To Distribute Funds And To Grant Ordinary-Course Releases And Distribute Proceeds (Affects USA Commercial Mortgage, USA Capital Diversified Trust Deed Fund, And USA Capital First Trust Deed Fund)** (the "Distribute Funds Motion") filed by Debtors. In this Motion, the moving Debtors request an order authorizing USA Commercial Mortgage Company ("USA") to distribute certain funds held in USA's collection account to direct lenders, and authorizing USA Capital Diversified Trust Deed Fund, LLC and USA Capital First Trust Deed Fund, LLC to further distribute certain funds to their respective fund members. USA seeks permission to distribute promptly to Direct Lenders a substantial portion of the funds currently held in the Collection Account.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Stanley Alexander, et al. (Partial Opposition) | July 19, 2006 | 905 |
| Boise Gowan (Response) | July 21, 2006 | 936 |
| Kantor Group (Limited Objection) | July 27, 2006 | 985 |
| JV Direct Lenders (Partial Opposition) | July 27, 2006 | 986 |
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (Limited Opposition) | July 27, 2006 | 987 |
| Prospect High Income Fund | July 27, 2006 | 991 |
| Official Committee of Unsecured Creditors for USA | July 27, 2006 | 995 |

Hearing Status form for 080406 Hearings         - 7 –

| | | | |
|---|---|---|---|
| | Commercial Mortgage (Response) | | |
| | Norman Kiven (Response) | July 27, 2006 | 999 |
| | Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Response) | July 27, 2006 | 1000 |
| | Mantas Group (Joinder in Alexander Opposition) | July 27, 2006 | 1001 |
| | U.S. Trustee (Limited Opposition) | July 27, 2006 | 1005 |
| | Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company | July 28, 2006 | 1042 |
| | Canepa Group (Joinder in Limited Opposition) | July 28, 2006 | 1044 |
| | Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Omnibus Reply to Responses) | August 2, 2006 | 1084 |
| | Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (Motion to Strike First Trust Deed Fund's Sur-Reply) | August 2, 2006 | 1088 |
| | **Reply Filed By:** | **Date** | **Docket No.** |
| | Debtors (Declaration of Thomas J. Allison In Support of Motions To Be Heard On August 4, 2006) | August 2, 2006 | 1090 |
| | Debtors | August 2, 2006 | 1092 |

/ / /

/ / /

/ / /

Hearing Status form for 080406 Hearings    - 8 –

10. **Motion For Relief From Automatic Stay** filed by Hale Lane Peek Dennison and Howard on behalf of Rolland Weddell and Spectrum Financial Group. A stipulation and order continuing the hearing on this Motion to August 16, 2006 was entered on August 2, 2006.

Respectfully submitted this 3rd day of August, 2006.

/s/    Jeanette E. McPherson
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
and
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

Hearing Status form for 080406 Hearings        - 9 -