# EXHIBIT C

**Investor:** Richard McKnight and Sheila J. McKnight, Trustees of the McKnight 2000 Family Trust, dated 4/20/00

# SPECIAL POWER OF ATTORNEY

The undersigned, does hereby appoint USA Commercial Mortgage Company my true and lawful attorney to perform services related to the following loan in which I own a beneficial interest. A loan is being made to **5252 Orange, LLC** (the "Borrower") in an amount up to Three Million Eight Hundred Thousand Dollars ($3,800,000). In connection with the Loan, the Borrower executed a promissory note (the "Note") and a Deed of Trust and Assignment of Rents (the "Deed of Trust") to _____ as Trustee, in favor of Lender as beneficiary. The Deed of Trust was dated as of _____ and recorded on _____ as Instrument No. _____ in Book _____ in the Official Records of _____ _____ County, _____. Capitalized terms used herein and not otherwise defined herein are used with the meanings given them in the Note and Deed of Trust.

The services to be performed are described below:

    a. To ask, demand, sue for, recover, collect and receive each and every sum of money, debt, account and demand, (which is now due or hereafter shall become due, owing and payable) belonging to or claimed by it in connection with the Loan, and to use and take any lawful means for the recovery thereof by legal process or otherwise, and to execute and deliver a satisfaction or release therefore;

    b. To exercise any or all of the following powers as to the Deed of Trust, and the real property and personal property encumbered thereby:

        (1) To execute and deliver notices of default under the Deed of Trust,

        (2) To execute and deliver notice(s) of breach and election to sell and all other necessary documents in connection with a trustee's sale under the Deed of Trust,

        (3) To execute and deliver full and/or partial reconveyances of the Deed of Trust upon the payment therefore to the undersigned, as required by the Deed of Trust, which payments to the undersigned are to be made directly to the undersigned, in proportion to their respective interests, and not to said attorney-in-fact; and

        (4) In the event of a foreclosure of the Deed of Trust, to sell the real property for the satisfaction of the indebtedness secured by it;

        (5) To execute any and all the subdivision map(s) affecting the real property encumbered by the Deed of Trust; and to execute any certificates or documents to permit the recording of covenants, conditions, and restrictions of record (CC & R's) affecting the real property encumbered by the Deed of Trust, or

**Investor:**   Richard McKnight and Sheila J. McKnight, Trustees of the McKnight 2000 Family Trust, dated 4/20/00

any amendments or revocations thereof, that are appropriate or necessary for the development of the real property;

©   To modify and amend the Note or Deed of Trust on such terms and conditions as required by the Loan Agreement, subject to the provisions of this Declaration.

This power of attorney shall not be effective to authorize any transaction that subordinates the priority of the recorded deed of trust that secures this loan unless accompanied by a writing issued by the undersigned that consents to such subordination.

This power of attorney shall not be effective to authorize the use or release of money in which the undersigned owns a beneficial interest for any purpose except for the provision of the services described above relating to the loan described above unless accompanied by written authorization by the undersigned for the use or release of money for the other purpose.

This power of attorney is effective for the term of the loan after the date executed but may be extended for additional increments not to exceed six (6) months each if authorized in writing by the undersigned. Only one such authorization may be given for an extension during each extension period.

I give and grant to my said attorney full power to execute in my name contracts, escrow instructions, conveyances, mortgages, deeds of trust, and all other documents necessary to carry out the services described herein as fully to all intents and purposes as the undersigned might or could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do, or cause to be done, by virtue of these presents.

(Signature page or pages follow. This document is invalid if anything other than the signature page or pages [including the notary jurat] follow this page)

v.2 Rev. 10/04                                                2

**Investor:**   Richard McKnight and Sheila J. McKnight, Trustees of the McKnight 2000 Family Trust, dated 4/20/00

WITNESS MY HAND this ___15___ day of __Dec_____, 2005.

**LENDER:** Richard McKnight and Sheila J. McKnight, Trustees of the McKnight 2000 Family Trust, dated 4/20/00

_____    _____
Richard McKnight, Trustee                            Sheila J. McKnight, Trustee

STATE OF __Nevada_____ )
                                              ) ss.
COUNTY OF __Clark_____ )

On __Dec 15__, 2005, before me, __Gwen E. Kopang__, a Notary Public in and for said State, personally appeared **Richard McKnight, Trustee of the McKnight 2000 Family Trust, dated 4/20/00,** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Signature

(Seal) NOTARY PUBLIC
GWEN E. KOPANG
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JUNE 11, 2009
No: 97-2602-1

v.2 Rev. 10/04                          3

**Investor:** Richard McKnight and Sheila J. McKnight, Trustees of the McKnight 2000 Family Trust, dated 4/20/00

STATE OF Nevada      )
                     ) ss.
COUNTY OF Clark      )

On Dec. 15, 2005, before me, Gwen E. Kopang, a Notary Public in and for said State, personally appeared **Sheila J. McKnight, Trustee of the McKnight 2000 Family Trust, dated 4/20/00**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_Gwen E. Kopang_
Notary Signature

[Notary Seal: NOTARY PUBLIC GWEN E. KOPANG, STATE OF NEVADA - COUNTY OF CLARK, MY APPOINTMENT EXP. JUNE 11, 2009, No: 97-2802-1]

v.2 Rev. 10/04                                                4