David Mincin, Esq.
State Bar No. 5427
Richard McKnight, Esq.
State Bar No. 1313
THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

**Efiled on August 3, 2006.**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| USA COMMERCIAL MORTGAGE COMPANY, | Case m BK-S-06-10725-LBR |
|---|---|
| Debtor. | |

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 3RD day of August 2006, service of a true and correct copy of the OPPOSITION TO THE RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO DEBTORS MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY COURSE RELEASES AND DISTRIBUTE PROCEEDS (AFFECTS ALL DEBTORS) was made by:

**X**    ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

Page 1 of 4

1  THOMAS R BROOKSBANK brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

2  MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

3  CANDACE C CARLYON ltreadway@sheacarlyon.com,
4  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith! @sheacarlyon.com

5  ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

6  MICHAEL W. CHEN yvette@ccfirm.com

7  KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

8  JANET L. CHUBB tbw@jonesvargas.com
9

10  JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

11  WILLIAM D COPE cope_guerra@yahoo.com, cope_guerra@yahoo.com

12  CICI CUNNINGHAM bankruptcy@rocgd.com

13  LAUREL E. DAVIS bklsclv@lionelsawyer.com,
14  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

15  THOMAS H. FEL! L BA! NKRUPTCY NOTICES@GORDONSILVER.COM

16
17  SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

18  GREGORY E GARMAN bankruptcynotices@gordonsilver.com

19  WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

20  CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov,
21  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

22  GERALD M GORDON bankruptcynotices@gordonsilver.com

23  TALITHA B. GRAY bankruptcynotices@gordonsilver.com

24  MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com
25

26  XANNA R. HARDMAN ! xanna.hardman@gmail.com,

27  STEPHEN R HARRIS noticesbh&p@renolaw.biz

28

| | |
|---|---|
| 1 | |
| 2 | DAVID W. HUSTON dwh@hustonlaw.net, swaits@hustonlaw.net |
| 3 | CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 4 | EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com |
| 5 | ANNETTE W JARVIS , |
| 6 | TY E. KEHOE TyKehoeLaw@aol.com |
| 7 | ROBERT R. KINAS rkinas@swlaw.com, |
| 8 | mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com |
| 9 | ZACHARIAH LARSON ! ecf@lslawnv.com |
| 10 | NILE LEATHAM ! nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 11 | |
| 12 | ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com |
| 13 | ANNE M. LORADITCH ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 14 | |
| 15 | REGINA M. MCCONNELL rmcconnell@kssattorneys.com, |
| 16 | WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com, |
| 17 | JEANETTE E. MCPHERSON bkfilings@s-mlaw.com |
| 18 | JEANETTE E. MCPHERSON bkfilings@s-mlaw! .com |
| 19 | |
| 20 | SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 21 | |
| 22 | JOHN F MURTHA jmurtha@woodburnandwedge.com |
| 23 | ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com |
| 24 | |
| 25 | BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 26 | DONNA M. OSBORN jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 27 | |
| 28 | Page 3 of 4 |

1  DONALD T. POLEDNAK ! &n bsp sandplegal@yahoo.com, spbankruptcy@yahoo.com

2  PAUL C RAY info@johnpeterlee.com

3  SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

4  LENARD E. SCHWARTZER bkfilings@s-mlaw.com

5

6  SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

7

8  JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

9  DAVID A. STEPHENS dstephens@lvcm.com

10  PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

11

12  JEFFREY R. SYLVESTER ! jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

13  CARYN S. TIJSSELING cst@beesleymatteoni.com, aha@beesleymatteoni.com

14  U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

15  WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com

16

17  JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

18  MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

19

20

21

22                                              /s/    Carol Burke
                                                An Employee of
23                                              Law Offices of Richard McKnight

24

25

26

27

28                                     Page 4 of 4