Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

**E-FILED ON AUGUST 3, 2006**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **AMENDED MOTION FOR AUTHORITY, SUBJECT TO ADVANCE APPROVAL BY NEVADA MORTGAGE LENDING DIVISION, FOR FERTITTA ENTERPRISES OR ITS AFFILIATE TO PROVIDE AN ADDITIONAL ADVANCE FOR THE RIO RANCHO EXECUTIVE PLAZA LOAN SERVICED BY DEBTOR USA COMMERCIAL MORTGAGE COMPANY [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date of Hearing: OST Requested<br>Time of Hearing: OST Requested |

Debtors in Possession USA COMMERCIAL MORTGAGE COMPANY ("USACM") and USA FIRST TRUST DEED FUND, LLC ("First Trust Deed Fund") (collectively the "Debtors"), by and through their counsel Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm, filed on August 2, 2006, their "Motion for Authority, Subject to Advance Approval by Nevada Mortgage Lending Division, for Fertitta Enterprises or its Affiliate to Provide an Additional Advance for the Rio Rancho Executive Plaza Loan Serviced by Debtor USA Commercial Mortgage Company (the "Motion"). The Debtors hereby file this Amended Motion (the "Amended Motion") to submit to the Court the attached Amended Summary Term Sheet outlining the revised terms of the Fertitta Offer outlined in the Motion (such Amended Summary Term Sheet being attached hereto as Amended Exhibit "A"), such revised Fertitta Offer providing as follows:

1. As outlined in the Motion, Fertitta Enterprises or an affiliate of Fertitta Enterprises ("Fertitta") has offered, subject to the advance approval of the Nevada Mortgage Lending Division, to make an additional advance of $3,773,000 on the Rio Rancho Loan, which would increase the Loan Amount on the Rio Rancho Loan from $2,250,000 to $6,023,000. Paragraph 15 of the Motion states the terms and conditions of the Fertitta offer (the "Fertitta Offer") to make the Additional Advance (which is subject to the advance approval of the Division, as outlined above). As more fully outlined in the Amended Summary Term Sheet of Fertitta attached hereto as Amended Exhibit "A," Fertitta has amended the Fertitta Offer to provide that Fertitta is no longer requiring that the Debtors obtain the written consent in writing of all of the current Direct Lenders to the Additional Advance. Instead, the approval of the Direct Lenders to the Additional Advance is being sought pursuant to Section 2(e) of the Loan Servicing Agreement, which provides that Debtor USACM may not permit any modification to any Loan that would change the outstanding principal amount of the Loan without the Direct Lenders' prior consent; provided, however, that if any Direct Lender fails to grant or deny its consent within three (e) business days after notice from Debtor USACM, such Direct Lender shall be deemed to have conclusively given its consent.

2. It is also the Debtors' understanding that with respect to the equity participation outlined in the Fertitta Offer that will be paid to the participants in the Additional Advance, that all

participants in the Additional Advance will receive from, or participate in the greater of $400,000.00 or a 50% interest, in whatever interest in any success fee or equity participation currently held by Debtor USACM in the Rio Rancho Project, and that the participants in the Additional Advance will share this equity participation among themselves (and not with Debtor USACM) on a proportionate basis, based upon their respective funding participations in the total Additional Advance of $3,773,000.00.

## **CONCLUSION**

The Debtors request that the Motion, as amended by this Amended Motion, be granted, and that the Court authorize Debtor USACM (after the advance approval of the Nevada Mortgage Lending Division is given) to take the actions outlined above to modify the Loan Documents for the Rio Rancho Loan to provide for the Additional Advance with respect to the Rio Rancho Loan, and to otherwise implement the terms of the amended Fertitta Offer as outlined in the Amended Exhibit "A" to this Amended Motion, and that the Court authorize Debtor First Trust Deed Fund to consent to the Additional Advance, based upon the Debtors' business judgments that these actions are in the best interests of all concerned parties. The Debtors also request that the automatic 10 day stay under Bankruptcy Rule 6004(g) not apply to any Order granting the Amended Motion, and that such Order be effective immediately upon entry of such Order.

DATED: August 3, 2006.

        Annette W. Jarvis, Utah Bar No. 1649
        Douglas M. Monson, Utah Bar No. 2293
        Steven C. Strong, Utah Bar No. 6340
        RAY QUINNEY & NEBEKER P.C.
        36 South State Street, Suite 1400
        P.O. Box 45385
        Salt Lake City, Utah 84145-0385

and

   /s/ Lenard E. Schwartzer
        Lenard E. Schwartzer, Nevada Bar No. 0399
        Jeanette E. McPherson, Esq., Nevada Bar No. 5423
        SCHWARTZER & MCPHERSON LAW FIRM
        2850 South Jones Boulevard, Suite 1
        Las Vegas NV  89146
        Attorneys for Debtors and Debtors-in-Possession

# AMENDED EXHIBIT "A" TO MOTION

**Amended Fertitta Offer Term Sheet**

See Attached