**Entered on Docket
August 04, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
300 South Fourth Street, Suite 1700
Las Vegas, NV 89101
Telephone: (702) 383-8888
Email: Ldavis@lionelsawyer.com

Attorneys for SCOTT K. CANEPA

# UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor.<br>_____<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor.<br>_____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor.<br>_____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor.<br>_____<br>In re:<br>USA SECURITIES, LLC,<br><br>    Debtor.<br>_____<br>Affects:<br>    [ ] All Debtors<br>    [x] USA Commercial Mortgage Company<br>    [ ] USA Securities, LLC<br>    [ ] USA Capital Realty Advisors, LLC<br>    [ ] USA Capital Diversified Trust Deed Fund, LLC<br>    [ ] USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725-LBR**<br><br><br><br>**STIPULATION AND ORDER<br>TO CONTINUE<br>FINAL HEARING ON<br>MOTION FOR RELIEF<br>FROM THE AUTOMATIC<br>STAY TO TERMINATE<br>LOAN SERVICING AGREEMENT<br>FOR DIRECT LOAN TO<br>BOISE/GOWAN<br>(Affects USA Commercial<br>Mortgage Company)**<br><br><br>Date:    August 4, 2006<br>Time:    9:30 a.m. |

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

1  WHEREAS, Scott Canepa's Motion for Relief From the Automatic Stay to Terminate Loan Servicing Agreement for Direct Loan to Boise/Gowan ("Boise/Gowan Motion") is presently scheduled for a Final Hearing on August 4, 2006 at 9:30 a.m. ("Final Hearing");

4  WHEREAS, as set forth in the Robert Russell Declaration filed with the Court on July 24, 2006 [DE 961], the borrower on the Boise/Gowan loan has indicated that it intends to pay the Boise/Gowan loan in full on the August 31, 2006 maturity date;

7  IT IS THEREFORE STIPULATED AND AGREED as follows:

8  1. The Final Hearing on the Boise/Gowan Motion shall be continued to August 31, 2006, at the hour of 9:30 a.m.

10  2. The automatic stay of 11 U.S.C. § 362(a) shall remain in effect until the Final Hearing is concluded.

12  DATED: August 2, 2006.

| LIONEL SAWYER & COLLINS | RAY QUINNEY & NEBEKER, P.C.<br>SCHWARTZER & McPHERSON |
|---|---|
| /s/ Laurel E. Davis<br>By: _____<br>Laurel E. Davis, Bar No. 3005<br>300 South Fourth St., #1700<br>Las Vegas, NV 89101 | /s/ Annette Jarvis<br>By: _____<br>Annette Jarvis<br>Lenard Schwartzer |
| Attorneys for SCOTT K. CANEPA | Attorneys for Debtors |

**ORDER**

It is hereby Ordered.

SUBMITTED BY:
LIONEL SAWYER & COLLINS

/s/ Laurel E. Davis
By: _____
Laurel E. Davis, Bar No. 3005
300 South Fourth St., #1700
Las Vegas, NV 89101

Attorneys for SCOTT K. CANEPA

# # #

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-2-