Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON AUGUST 4, 2006

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF HEARING ON AMENDED MOTION FOR AUTHORITY, SUBJECT TO ADVANCE APPROVAL BY NEVADA MORTGAGE LENDING DIVISION, FOR FERTITTA ENTERPRISES OR ITS AFFILIATE TO PROVIDE AN ADDITIONAL ADVANCE FOR THE RIO RANCHO EXECUTIVE PLAZA LOAN SERVICED BY DEBTOR USA COMMERCIAL MORTGAGE COMPANY [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | Hearing Date: August 8, 2006<br>Hearing Time: 10:30 a.m. |

- 1 –

Case 06-10725-gwz    Doc 1113    Entered 08/04/06 16:21:37    Page 2 of 3

NOTICE IS HEREBY GIVEN that Debtors in Possession USA COMMERCIAL MORTGAGE COMPANY ("USACM") and USA FIRST TRUST DEED FUND, LLC ("First Trust Deed Fund") (collectively the "Debtors"), by and through their counsel Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm, have filed a Motion For Authority, Subject To Advance Approval By Nevada Mortgage Lending Division, For Fertitta Enterprises Or Its Affiliate To Provide An Additional Advance For The Rio Rancho Executive Plaza Loan Serviced By Debtor USA Commercial Mortgage Company (the "Motion") on August 2, 2006 and an Amended Motion For Authority, Subject To Advance Approval By Nevada Mortgage Lending Division, For Fertitta Enterprises Or Its Affiliate To Provide An Additional Advance For The Rio Rancho Executive Plaza Loan Serviced By Debtor USA Commercial Mortgage Company (the "Amended Motion") on August 3, 2006.

The Amended Motion requests that the Court authorize the Debtors to do the following:

a.  Subject to the advance approval of the Division of Mortgage Lending of the Nevada Department of Business and Industry, for Debtor USACM to modify the Loan Documents for the existing loan (the "Rio Rancho Loan") serviced by USACM that has been extended to Borrower Rio Rancho Executive Plaza, LLC, a New Mexico limited liability company ("Rio Rancho" or "Borrower"), to make an additional advance of $3,773,000 on the Rio Rancho Loan, which would increase the Loan Amount on the Rio Rancho Loan from $2,250,000 to $6,023,000, upon the terms and conditions set forth in the Term Sheet that is attached to the Amended Motion as Exhibit "A."

b.  That with respect to the equity participation outlined in the Fertitta Offer that will be paid to the participants in the Additional Advance, that all participants in the Additional Advance will receive from, or participate in the greater of $400,000.00 or a 50% interest, in whatever interest in any success fee or equity participation currently held by Debtor USACM in the Rio Rancho Project, and that the participants in the Additional Advance will share this equity participation among themselves (and not with Debtor USACM) on a proportionate basis, based upon their respective funding participations in the total

- 2 –

Additional Advance of $3,773,000.00.

A copy of the Amended Motion and may be obtained by accessing BMC Group, Inc.'s website at www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-0100, or by contacting the office of the Debtor's counsel, Ray Quinney & Nebeker P.C., telephone: (801) 532-1500 or fax: (801) 532-7543.

If an objection is not timely filed and served, the relief requested may be granted without a hearing.

NOTICE IS FURTHER GIVEN that the hearing may be continued without further notice.

NOTICE IS FURTHER GIVEN that unless otherwise indicated herein, the hearing will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada on **August 8, 2006 at 10:30 a.m.**

Respectfully submitted on August 4, 2006.

/s/     Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385