Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON AUGUST 4, 2006

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
|---|---|
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | **Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| In re: USA SECURITIES, LLC, Debtor. | **CERTIFICATE OF SERVICE OF OPPOSITION TO STANDARD PROPERTY DEVELOPMENT'S MOTION FOR RELIEF FROM AUTOMATIC STAY [AFFECTS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND]** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: August 16, 2006<br>Time: 9:30 a.m. |

COM                                          - 1 –

1  1. On August 4, 2006 I served the following document(s):

2      a. Opposition To STANDARD PROPERTY DEVELOPMENT's Motion For Relief From

3  Automatic Stay [Affects USA Commercial Mortgage Company and USA Capital First Trust Deed

4  Fund]

5  2. I served the above-named document(s) by the following means to the persons as listed

6  below:

7  ☒   a.   **By ECF System**:

8  FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

9  NANCY L ALLF    nallf@parsonsbehle.com,
10 klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

11 BMC GROUP, INC.    evrato@bmcgroup.com,
12 ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

13 KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

14 THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

15 MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

16 CANDACE C CARLYON    ltreadway@sheacarlyon.com,
   ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith!@sheacarlyon.com
17 ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

18 MICHAEL W. CHEN    yvette@ccfirm.com
19
   KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,
20
21 JANET L. CHUBB    tbw@jonesvargas.com

22 JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

23 WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

24 CICI CUNNINGHAM    bankruptcy@rocgd.com

25 LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
26 ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

27 THOMAS H. FEL! L    BA! NKRUPTCY NOTICES@GORDONSILVER.COM

28 SCOTT D. FLEMING    sfleming@halelane.com,
   dbergsing@halelane.com,ecfvegas@halelane.com

COM                                    - 2 –

1  
2  GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

3  WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

4  CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
5  
6  GERALD M GORDON    bankruptcynotices@gordonsilver.com

7  TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

8  MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

9  EDWARD J. HANIGAN !    haniganlaw@earthlink.net, haniganlaw1@earthlink.net

10  XANNA R. HARDMAN    xanna.hardman@gmail.com,

11  STEPHEN R HARRIS    noticesbh&p@renolaw.biz

12  
13  CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

14  EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

15  ANNETTE W JARVIS    ,

16  TY E. KEHOE    TyKehoeLaw@aol.com

17  ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com
18  
19  ZACHARIAH LARSON !    ecf@lslawnv.com

20  NILE LEATHAM !    nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com
21  
22  ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

23  REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

24  WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

25  
26  RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

27  SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.c!
om;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
28  

DAVID MINCIN    mcknightlaw@cox.net,

COM                                                          - 3 –

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

2

3  JOHN F MURTHA    jmurtha@woodburnandwedge.com

4  ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

5  BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

6

7  DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

8

9  DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

10  PAUL C R! AY    ! info@joh npeterlee.com

11  SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

12  SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com

13

14  JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

15

16  DAVID A. STEPHENS    dstephens@lvcm.com

17  PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

18  JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

19  CARYN S. ! TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

20  U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

21  WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

22

23  JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

24  MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

25  ☒    b.    **By United States mail, postage fully prepaid**:

26  R VAUGHN GOURLEY
3636 N RANCHO DR
27  LAS VEGAS, NV 89130

28

COM    - 4 –

1  Andrew Brumby, Esq.
2  Shutts & Bowen LLP
   300 South Orange Avenue, Suite 1000
3  PO Box 4956
   Orlando, Florida 32802-4956
4

5  ☐    c.    **By Personal Service**
            I personally delivered the document(s) to the persons at these addresses:
6       ☐    For a party represented by an attorney, delivery was made by handing the
   document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
7  other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
   in the office.
8       ☐    For a party, delivery was made by handing the document(s) to the party or by
   leaving the document(s) at the person's dwelling house or usual place of abode with someone of
9  suitable age and discretion residing there.

10
11 ☐    d.    **By direct email (as opposed to through the ECF System)**
            Based upon the written agreement to accept service by email or a court order, I
12 caused the document(s) to be sent to the persons at the email addresses listed below. I did not
   receive, within a reasonable time after the transmission, any electronic message or other indication
13 that the transmission was unsuccessful.

14 ☐    e.    **By fax transmission**
            Based upon the written agreement of the parties to accept service by fax
15 transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
   below. No error was reported by the fax machine that I used. A copy of the record of the fax
16 transmission is attached.

17
18 ☐    f.    **By messenger**
            I served the document(s) by placing them in an envelope or package addressed to
   the persons at the addresses listed below and providing them to a messenger for service.
19

20 **I declare under penalty of perjury that the foregoing is true and correct.**

21 Signed on:    August 4, 2006

22 LIA DORSEY                                        /s/    LIA DORSEY
   (Name of Declarant)                               (Signature of Declarant)
23

24
25
26
27
28

COM                                        - 5 –