1   Annette W. Jarvis, Utah Bar No. 1649                    **E-FILED ON AUGUST 4, 2006**

    RAY QUINNEY & NEBEKER P.C.

2   36 South State Street, Suite 1400

    P.O. Box 45385

3   Salt Lake City, Utah 84145-0385

4   Telephone: (801) 532-1500

    Facsimile: (801) 532-7543

5   Email: ajarvis@rqn.com

6   and

7   Lenard E. Schwartzer

    Nevada Bar No. 0399

8   Jeanette E. McPherson

    Nevada Bar No. 5423

9   Schwartzer & McPherson Law Firm

10  2850 South Jones Boulevard, Suite 1

    Las Vegas, Nevada  89146-5308

11  Telephone:  (702) 228-7590

    Facsimile:  (702) 892-0122

12  E-Mail:  bkfilings@s-mlaw.com

13  Attorneys for Debtors and Debtors-in-Possession

                    **UNITED STATES BANKRUPTCY COURT**

14                         **DISTRICT OF NEVADA**

15  In re:                                    Case No. BK-S-06-10725 LBR

16  USA COMMERCIAL MORTGAGE COMPANY,          Case No. BK-S-06-10726 LBR

                                              Case No. BK-S-06-10727 LBR
                                Debtor.
                                              Case No. BK-S-06-10728 LBR

17  In re:                                    Case No. BK-S-06-10729 LBR

    USA CAPITAL REALTY ADVISORS, LLC,

18                              Debtor.        Chapter 11

19  In re:

    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,   **Jointly Administered Under**

20                              Debtor.        **Case No. BK-S-06-10725 LBR**

21  In re:

    USA CAPITAL FIRST TRUST DEED FUND, LLC,

22                              Debtor.

23  In re:                                    **CERTIFICATE OF SERVICE OF**
                                              **OPPOSITION TO MOTION FOR**
    USA SECURITIES, LLC,                      **RELIEF FROM AUTOMATIC STAY**
                                              **FILED BY ROLLAND P. WEDDELL**
24                              Debtor.        **AND SPECTRUM FINANCIAL**
                                              **GROUP**
    Affects:
25                                            **(AFFECTS USA COMMERCIAL**
      ☐  All Debtors                          **MORTGAGE COMPANY)**
26    ☒  USA Commercial Mortgage Company

      ☐  USA Capital Realty Advisors, LLC     Date:  August 16, 2006
27    ☐  USA Capital Diversified Trust Deed Fund, LLC   Time:  9:30 a.m.
      ☐  USA Capital First Trust Deed Fund, LLC
28    ☐  USA Securities, LLC

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

COM                              - 1 –

1

2

3

4

    1.  On August 4, 2006 I served the following document(s):

        a. Opposition To Motion For Relief From Automatic Stay Filed By Rolland P. Weddell

And Spectrum Financial Group (Affects USA Commercial Mortgage Company)

    2.  I served the above-named document(s) by the following means to the persons as listed

below:

☒     a.    **By ECF System**:

FRANKLIN C. ADAMS      franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF      nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC.      evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN      kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK      tom@tombrooksbank.com, renee@tombrooksbank.com

MATTHEW Q. CALLISTER      mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON      ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@! sheacarlyon.com

ROB CHARLES      rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN      yvette@ccfirm.com

KEVIN B. CHRISTENSEN      kbchrislaw@aol.com,

JANET L. CHUBB      tbw@jonesvargas.com

JEFFREY A. COGAN      jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE      cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM      bankruptcy@rocgd.com

LAUREL E. DAVIS      bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

COM                                        - 2 –

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

THOMAS H. FELL!    BAN! KRUPTCYN OTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com,
dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

XANNA R. HARDMAN !    xanna.hardman@gmail.com,

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    !    ecf@lslawnv.com

NILE LEATHAM !    nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

COM

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

RICHARD MCKNIGHT     mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@
sheacarlyon.com

DAVID MINCIN     mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster
@lawlasvegas.com

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

BOB L. OLSON     ecffilings@beckleylaw.com,
bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN     jinouye@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.c
om

DONALD T. POLEDNAK ! &nb sp     sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY     info@johnpeterlee.com

SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

SHLOMO S. SHERMAN     ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.co
m;rsmith@sheacarlyon.com

JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS     dstephens@lvcm.com

PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER !     jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING     cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov,

WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

COM                              - 4 –

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

☐    b.    **By United States mail, postage fully prepaid**:

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    August 4, 2006

LIA DORSEY                              _/s/    LIA DORSEY_
(Name of Declarant)                     (Signature of Declarant)

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122