E-Filed On 8/4/06

**COVERSHEET**
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorney for Party In Interest
Boise Gowan LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                   Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>                   Debtor | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>                   Debtor | Date of Hearing: August 4, 2006<br>Time of Hearing: 1:30P.M. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>                   Debtor | Affects:<br>☒USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>☒USA Capital First Trust Deed Fund, LLC<br>☐USA Securities, LLC |
| In re:<br>USA SECURITIES, LLC.<br><br>                   Debtor | ☐USA Realty Advisors, LLC<br>☐All Debtors |

**COVERSHEET FOR DECLARATION OF ROBERT RUSSELL IN SUPPORT OF DEBTORS' AMENDED MOTION FOR AUTHORITY, SUBJECT TO ADVANCE APPROVAL BY NEVADA MORTGAGE LENDING DIVISION, FOR FERTITTA ENTERPRISES OR ITS AFFILIATE TO PROVIDE AN ADDITIONAL ADVANCE FOR THE RIO RANCHO EXECUTIVE PLAZA LOAN SERVICED BY DEBTOR USA COMMERCIAL MORTGAGE COMPANY [AFFECTS DEBTOR COMMERCIAL MORTGAGE COMPANY AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]**

Dated this 4th day of August, 2006.

DEANER, DEANER, SCANN,
MALAN & LARSEN

By: /s/ Susan Williams Scann
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorney for Party in Interest

Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                      Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                      Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                      Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                      Debtor. | DECLARATION OF ROBERT A. RUSSELL IN SUPPORT OF DEBTORS' AMENDED MOTION FOR AUTHORITY, SUBJECT TO ADVANCE APPROVAL BY NEVADA MORTGAGE LENDING DIVISION, FOR FERTITTA ENTERPRISES OR ITS AFFILIATE TO PROVIDE AN ADDITIONAL ADVANCE FOR THE RIO RANCHO EXECUTIVE PLAZA LOAN SERVICED BY DEBTOR USA COMMERCIAL MORTGAGE COMPANY [AFFECTS |
| In re:<br>USA SECURITIES, LLC,<br>                                      Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC | |

885345                                   - 1 -

MORTGAGE COMPANY AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]

Date of Hearing: OST Requested
Time of Hearing: OST Requested

ROBERT A. RUSSELL, under penalties of perjury, hereby declares on this ____ day of August, 2006, that:

1. I am the Manager of Borrower Rio Rancho Executive Plaza, LLC, a New Mexico limited liability company ("Rio Rancho" or "Borrower"). I make this Declaration based upon my own personal knowledge and based upon the regularly kept books and records of Rio Rancho. I personally have over 37 years of experience managing loan projects such as the Rio Rancho Loan.

2. On January 17, 2006, Debtor USA Commercial Mortgage Company ("USACM") as Servicer originated a loan (the "Rio Rancho Loan") from certain Direct Lenders to Borrower Rio Rancho, evidenced by a Loan Agreement dated January 17, 2006 (the "Rio Rancho Loan Agreement") and other loan documentation.

3. The Rio Rancho Loan is the source of funding for a construction/development project being developed by the Borrower (the "Rio Rancho Project") for a 48,000 square foot office condominium project in Rio Rancho (Albuquerque), New Mexico.

4. To my knowledge there are currently 32 Direct Lenders for the Rio Rancho Loan. Debtor USA First Trust Deed Fund, LLC ("First Trust Deed Fund") is one of the 32 current Direct Lenders for the Rio Rancho Loan, and has a $70,000 undivided interest in the Rio Rancho Loan funding.

5. The original principal balance of the Rio Rancho Loan when it was originated on January 17, 2006, was $2,000,000. Section 3.2 of the Construction Loan Agreement dated January 17, 2006, between the Borrower and the Direct Lenders for the Rio Rancho Loan, provides in part as follows: "3.2 Increase in Loan Amount. From the Effective Date through and including January 1, 2007, [Direct] Lender[s] and USA [CM] shall have the exclusive right, but

885345
- 2 -

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  not the obligation, to increase the Loan Amount to an amount not to exceed Six Million One
2  Hundred Thousand Dollars ($6,100,000). All amounts that [Direct] Lender[s] may advance after
3  the Effective Date shall increase the Loan Amount and be used for the following purposes: (i) to
4  pay loan fees and closing costs in connection therewith, (ii) to fund the Interest Reserve (defined
5  below), and (iii) to pay Project Costs in accordance with the Approved Budgets. Upon each
6  increase in the Loan Amount, Borrower shall execute amendments to the Note and the Deed of
7  Trust which shall memorialize the increase in the Loan Amount, the change in the identity of the
8  persons and entities which comprise [Direct] Lender[s] and their respective undivided interests in
9  the Loan." The approved budget is $6,100,000.00.

10      6.    The interest rate for the Rio Rancho Loan is 12.5% per annum.

11      7.    The Guarantors of the Rio Rancho Loan are Russell/AD Development Group, LLC,
12  and myself, Robert A. Russell, individually (the "Guarantors").

13      8.    Pursuant to a Fee Agreement dated January 17, 2006, between the Borrower and
14  Debtor USACM, Borrower agreed to pay the following Exit Fee to Debtor USACM: "4. **Exit**
15  **Fee.** Borrower shall pay to USA[CM] an exit fee equal to 40% of the net profits from the sale of
16  the Property, payable from the closing of each sale when all of the Property is sold. The term 'net
17  profits' as used herein means the total consideration paid for the Property less customary and
18  necessary closing costs; provided, however, that [if] a real estate brokerage commission is paid to
19  Borrower or an affiliate of Borrower, then the maximum that may be deducted to calculate net
20  profit shall be 2% of the total consideration."

21      9.    The Rio Rancho Loan is secured by a first priority Deed of Trust, Assignment of
22  Rents, Security Agreement and Fixture Filing dated January 17, 2006, between the Borrower as
23  Trustor and the Direct Lenders as Beneficiaries (the "Deed of Trust") on the Rio Rancho Project.
24  The Deed of Trust was recorded in Sandoval County, New Mexico on January 20, 2006 in Book
25  409 at Page 3317 of Sandoval County Records. The Deed of Trust provides that it secures the
26  initial $2,000,000 advance on the Rio Rancho Loan, and also states that it is "understood that the
27  Note amount may be increased to $6,100,000".
28  885345

- 3 -

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

10. The Maturity Date of the Rio Rancho Loan is January 20, 2007 (twelve months from the date the Deed of Trust was recorded).

11. On March 17, 2006, an additional advance of $250,000 was made on the Rio Rancho Loan, which was evidenced by a First Amendment to Deed of Trust (the "Trust Deed Amendment") and a First Amendment to Loan Documents dated March 17, 2006 (the "First Amendment") signed by the Borrower, the Guarantors, and Debtor USACM as Attorney-in-Fact for the Direct Lenders, evidencing the increase in the Loan Amount for the Rio Rancho Loan from $2,000,000 to $2,250,000.

12. The construction on the Rio Rancho Project commenced in February 2006, shortly after the Rio Rancho Loan was closed. However, the Borrower is in desperate need of additional funding to complete the construction of the Rio Rancho Project. The Borrower has presold one of the five buildings in the Rio Rancho Project to a medical group, and has also leased one of the buildings to Waste Management, Inc. However, if the Borrower is unable to get immediate additional funding for the uncompleted Rio Rancho Project, the Borrower will be forced to abandon the Rio Rancho Project for lack of construction funding, and let the ensuing litigation take its course.

13. The Borrower has very few feasible alternatives for the partially completed Rio Rancho Project. The Rio Rancho Project currently consists of several building pads in a fenced area on vacant land. The contractor is threatening to file liens if it is not paid immediately, and the Borrower also anticipates litigation by the lessee, Waste Management, Inc., and the medical group that is purchasing one of the buildings from the Borrower if the Borrower is forced to abandon the Rio Rancho Project. The Borrower's refinancing options for a partially completed construction project are very expensive.

14. It is my understanding that Fertitta Enterprises or an affiliate of Fertitta Enterprises ("Fertitta") has offered (the "Fertitta Offer"), subject to the advance approval of the Nevada Mortgage Lending Division, to make an additional advance (the "Additional Advance") of $3,773,000 on the Rio Rancho Loan, which would increase the Loan Amount on the Rio Rancho

885345                                    - 4 -

by the Borrower. A completed construction project that is a candidate for a sale to an investor or a take-out loan from a permanent financing source is much more likely to generate the funds needed to pay off the Rio Rancho Loan than an uncompleted construction project that is likely to be encumbered with mechanic's liens and embroiled in other litigation.

17. Approving the Fertitta Offer will eliminate a potential source of contention or litigation between the Debtors, the existing Direct Lenders, and the Borrower regarding whether or not there are additional funding obligations to the Borrower.

18. Approving the Fertitta Offer will also prevent a collapse of the construction funding for the Rio Rancho Project and avoid claims litigation resulting from the collapse of the Rio Rancho Project that would likely involve the Debtors, the Direct Lenders on the Rio Rancho Loan, the Borrower, the guarantors of the Rio Rancho Loan, and the contractor for the Rio Rancho Project.

19. Approving the Fertitta Offer should result in the repayment in full of the Rio Rancho Loan after the Rio Rancho Project is completed, which will benefit not only the Debtors' bankruptcy estates, but also benefit the Direct Lenders for the Rio Rancho Loan.

Executed this 4st day of August, 2006.

_____
Robert A. Russell

885345.03/dmm

885345                                           - 5 -

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122