**LEWIS AND ROCA LLP LAWYERS**

E-Filed on August 4, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>**USA Commercial Mortgage Company**<br>    **06-10725 – Lead Case**<br><br>**USA Capital Realty Advisors, LLC**<br>    **06-10726**<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>    **06-10728**<br><br>**USA Capital First Trust Deed Fund, LLC**<br>    **06-10728**<br><br>**USA Securities, LLC**<br>    **06-10729**<br>                                        **Debtors.** | Jointly Administered<br><br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>**Omnibus Joinder**<br><br>Date: August 16, 2006<br>Time: 9:30 a.m.<br>**Affecting:**<br>¨ All Cases<br>**or Only:**<br>☓ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>☓ USA Securities, LLC |

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company joins in the following:

- Opposition to Standard Property Development's Motion for Relief from Automatic Stay [DE 1112];

- Opposition to Motion for Relief from Automatic Stay filed by Rolland P. Weddell and Spectrum Financial Group [DE 1110]; and

- Opposition of the Official Committee of Security Equity Holders of USA Capital First Trust Deed Fund, LLC to Standard Property Development, LLC's Motion for Relief from the Automatic Stay [DE 1111].

1758717.1



Dated August 4, 2006.

**LEWIS AND ROCA LLP**

By <u>/s/ RC (#006593)</u>
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

1758717.1