Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON AUGUST 7, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON AMENDED MOTION FOR AUTHORITY, SUBJECT TO** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ADVANCE APPROVAL BY NEVADA MORTGAGE LENDING DIVISION, FOR FERTITTA ENTERPRISES OR ITS AFFILIATE TO PROVIDE AN** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **ADDITIONAL ADVANCE FOR THE RIO RANCHO EXECUTIVE PLAZA LOAN SERVICED BY DEBTOR USA COMMERCIAL MORTGAGE COMPANY** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **[AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]**<br><br>Hearing Date: August 8, 2006<br>Hearing Time: 10:30 a.m. |

1. On August 4, 2006 I served the following document(s):

   a. Notice of Hearing of Amended Motion For Authority, Subject To Advance Approval By Nevada Mortgage Lending Division, For Fertitta Enterprises Or Its Affiliate To Provide An Additional Advance For The Rio Rancho Executive Plaza Loan Serviced By Debtor USA Commercial Mortgage Company

2. I served the above-named document(s) by the following means to the persons as listed below:

☒   a.   **By Federal Express Priority Overnight Mail with Requested Saturday Delivery to**:

Anne E. Abrams
Anne E. Abrams Trustee of the Abrams Trust dtd 10/23/96
10490 Wilshire Blvd. # 703
Los Angeles, CA  90024

Robert P. Anderson
Robert P. Anderson, Trustee of the Robert P. Anderson Revocable Living Trust dated 10/22/01
3363 Rolan Court
Las Vegas, NV  89121

Annabelle P. Arcilla
A A Salazar Multi Services, Inc., Annabelle P. Archilla President
2961 East Serene Ave
Henderson, NV  89074

Gerald L. Bittner, Sr.
Gerald L. Bittner, Sr. DDS Inc Profit Sharing Plan & Trust
dated 1/15/91
14067 Apricot Hill
Saratoga, CA  95070

Peter Bogart
Wayne Dotson Co., a Nevada Company
c/o Aniketos Corp.
1500 Tirol Drive
Incline Village, NV  89451

Doyne J. Carson
Doyne J. Carson & Elsie L. Carson Trustees of the Carson Family Trust dated 11-19-04
7820 Settlers Ridge Lane
Las Vegas, NV  89145

Terrence Clark
Terrence R. Clark & Phyllis L. Clark Trustees
 of the Clark 1998 Trust
217 Via Lido Nord
Newport Beach, CA  92663

Martin Davis
Martin A. Davis & Virginia Lee Davis Trustees
of the Davis Family 2000 Trust
3900 Galt Ocean Drive
Playa del Mar 1701
Fort Lauderdale, FL  33308

Patrick Davis
S & P Davis Limited Partnership, a Texas Partnership
104 Van Buren Court
Colleyville, TX  76034

Patrick J. Doyle
Patrick J. Doyle and Jim M. Doyle Trustees of the Doyle Family Trust dated 9/23/1999
10770 Osage Rd.
Reno, NV  89506

Mark L. Eames
Mark L. Eames & Sandra K. Eames, husband & wife, as joint tenants with right of survivorship
7849 S. Valentia St.
Englewood, CO  80112

Christian Elbert
Pioneer Accounting & Investments, LLC, a Colorado LLC, Christian Elbert Manager
10333 Fairlawn Trail
Highlands Ranch, CO  80130

Donald Forbes
Donald H. Forbes & Raquel R. Forbes Trustees of the Forbes Revocable Trust dated 9/18/03
2199 Tiger Willow Drive
Henderson, NV  89012

Ronald G. Gardner
Ronald G. Gardner Trustee of the Ronald G. Gardner Trust
430 Bavarian Drive
Carson City, NV  89705

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Michael John Goodwin
Michael John Goodwin, an unmarried man
555 Yellow Pine Rd
Reno, NV 89511

Edward W. Homfeld
Edward W. Homfeld, an unmarried man
2515 N. Atlantic Blvd.
Ft. Lauderdale, FL 33305

Bernard A. Kloenne
Bernard A. Kloenne Trustee of the Bernard Kloenne Living Trust dated 10/10/86
1646 Avenida Verde Vista
San Dimas, CA 91773

Kenneth W. Koerwitz
Kenneth W. Koerwitz & Jan Case Koerwitz Trustees of the Kenneth W. Koerwitz & Jan Case Koerwitz Family Trust dated 5/13/03
411 Walnut St PMB298
Green Cove Springs, FL 32043

Richard G. Leiby
Richard Glenn Leiby & Carol K. Leiby Trustees of the
Leiby Family 1992 Trust dated 7/8/92
3101 Brownbirds Nest Dr
Henderson, NV 89052

Ron Lifton
Ron Lifton & Leonora Lifton Trustees of the
Lifton Trust dated 2/9/99
5706 Meadows Del Mar
San Diego, CA 92130

D. A. Lomax
Area 2 LLC, a Nevada limited liability company
2715 Evergreen Oaks Dr
Henderson, NV 89052

Jacques M. Massa
Jayem Family LP, a Nevada limited partnership
7 Paradise Valley Ct
Henderson, NV 89052

Gladys Mathers
Gladys Mathers, a single woman, & Joann Nunes, an unmarried woman, as joint tenants with right of survivorship
1741 Lavender Court
Minden, NV 89423

Matthew Molitch
Matthew Molitch Trustee of the Molitch 1997 Trust
2251 N Rampart #185
Las Vegas, NV  89128

Joann B. Nunes
Joann B. Nunes, an unmarried woman, & Gladys Mathers, a single woman, as joint tenants with right of survivorship
1741 Lavender Court
Minden, NV  89423

Phillip S. Palmintere
Phillip A. Palmintere & Nanci S. Palmintere Trustees of the Palmintere Revocable Trust dated 6/19/98
11219 Stauffer Lane
Cupertino, CA  95014

Robert H. Perlman
Robert H. Perlman & Lynn R. Perlman Trustees of the Robert H. Perlman & Lynn R. Perlman Trust dated 9/17/92
2877 Paradise Road 3501
Las Vegas, NV  89109

Jack Polen
Jack Polen Trustee of Jack & Gladys Polen Family Trust dated 6/28/88
3150 E Tropicana #234
Las Vegas, NV  89109

Brian L. Riley
First Savings Bank Custodian for Brian L. Riley IRA
2710 Crestwood Lane
Highland Village, TX  75077

Donald W. Spring
Donald W. Spring and Evelyn Mae Spring, husband and wife, as joint tenants with the right of survivorship
3153 Canyon Oaks Terrace
Chico, CA  95928

☒    c.    **By Federal Express Priority Overnight Mail with Requested Monday Delivery to**:

Ralph White
Ralph M. White, an unmarried man,
Transfer on Death to Walter White
426 Whitewater Drive
Bullhead City, AZ  86442

☐     d.     **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     e.     **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     f.     **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     g.     **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on:     August 7, 2006

_Alison H. Hansen_             _Alison H. Hansen_
(Name of Declarant)                        (Signature of Declarant)