Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON AUGUST 7, 2006

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: August 8, 2006<br>Hearing Time: 10:30 a.m. |

COM Notice of HEaring 080406                - 1 –

1    1. On August 3, 2006, I served the Amended Motion For Authority, Subject To Advance Approval By Nevada Mortgage Lending Division, For Fertitta Enterprises Or Its Affiliate To Provide An Additional Advance For The Rio Rancho Executive Plaza Loan Serviced By Debtor USA Commercial Mortgage Company.

2. On August 4, 2006 I served the Notice of Hearing of Amended Motion For Authority, Subject To Advance Approval By Nevada Mortgage Lending Division, For Fertitta Enterprises Or Its Affiliate To Provide An Additional Advance For The Rio Rancho Executive Plaza Loan Serviced By Debtor USA Commercial Mortgage Company

3. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System**:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith@! sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

COM Notice of HEaring 080406    - 2 –

| | |
|---|---|
| 1 | LAUREL E. DAVIS    bklsclv@lionelsawyer.com, |
| 2 | ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com |
| 3 | THOMAS H. FELL!    BAN! KRUPTCYN OTICES@GORDONSILVER.COM |
| 4 | SCOTT D. FLEMING    sfleming@halelane.com, |
| 5 | dbergsing@halelane.com,ecfvegas@halelane.com |
| 6 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 7 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 8 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, |
| 9 | Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 10 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 11 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 12 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 13 | XANNA R. HARDMAN !    xanna.hardman@gmail.com, |
| 14 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 15 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 16 | |
| 17 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 18 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 19 | ANNETTE W JARVIS    , |
| 20 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 21 | ROBERT R. KINAS    rkinas@swlaw.com, |
| 22 | mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com |
| 23 | ZACHARIAH LARSON   !   ecf@lslawnv.com |
| 24 | NILE LEATHAM !    nleatham@klnevada.com, |
| 25 | ckishi@klnevada.com;bankruptcy@klnevada.com |
| 26 | ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com |
| 27 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, |
| 28 | aloraditch@beckleylaw.com;pkois@beckleylaw.com |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

COM Notice of HEaring 080406            - 3 –

1  REGINA M. MCCONNELL     rmcconnell@kssattorneys.com,

2  WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com,

3  RICHARD MCKNIGHT     mcknightlaw@cox.net,
4  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

5  JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com

6  JEANETTE E. MCPHERSON     bkfilings@s-mlaw.! com

7  SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com,
8  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@
9  sheacarlyon.com

10 DAVID MINCIN     mcknightlaw@cox.net,
   gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster
11 @lawlasvegas.com

12 JOHN F MURTHA     jmurtha@woodburnandwedge.com

13 ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

14 BOB L. OLSON     ecffilings@beckleylaw.com,
15 bolson@beckleylaw.com;dgriffis@beckleylaw.com

16 DONNA M. OSBORN     jinouye@marquisaurbach.com,
17 dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.c
   om
18 DONALD T. POLEDNAK ! &nb sp    sandplegal@yahoo.com, spbankruptcy@yahoo.com

19 PAUL C RAY     info@johnpeterlee.com

20 SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

21 LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

22 SHLOMO S. SHERMAN     ssherman@sheacarlyon.com,
23 aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.co
   m;rsmith@sheacarlyon.com
24

25 JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

26 DAVID A. STEPHENS     dstephens@lvcm.com

27 PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

28 JEFFREY R. SYLVESTER !     jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

2  U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

3  WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

4
5  JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

6  MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

7
   ☐    b.    **By United States mail, postage fully prepaid**:
8
   ☐    c.    **By Personal Service**
9          I personally delivered the document(s) to the persons at these addresses:
10         ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
11  other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
12         ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of
13  suitable age and discretion residing there.

14
    ☐    d.    **By direct email (as opposed to through the ECF System)**
15         Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not
16  receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.
17
    ☐    e.    **By fax transmission**
18         Based upon the written agreement of the parties to accept service by fax
19  transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax
20  transmission is attached.

21  ☐    f.    **By messenger**
           I served the document(s) by placing them in an envelope or package addressed to
22  the persons at the addresses listed below and providing them to a messenger for service.

23
    **I declare under penalty of perjury that the foregoing is true and correct.**
24
    Signed on:    August 7, 2006
25
26  LIA DORSEY_____    /s/    _LIA DORSEY_____
    (Name of Declarant)                          (Signature of Declarant)
27

28

COM Notice of HEaring 080406         - 5 –