Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

**E-FILED ON AUGUST 7, 2006**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                             Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                             Debtor. | Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                             Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                             Debtor. | **SUPPLEMENT TO AMENDED MOTION FOR AUTHORITY, SUBJECT TO ADVANCE APPROVAL BY NEVADA MORTGAGE LENDING DIVISION, FOR FERTITTA ENTERPRISES OR ITS AFFILIATE TO PROVIDE AN ADDITIONAL ADVANCE FOR THE RIO RANCHO EXECUTIVE PLAZA LOAN SERVICED BY DEBTOR USA COMMERCIAL MORTGAGE COMPANY [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]** |
| In re:<br>USA SECURITIES, LLC,<br>                                                             Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date of Hearing: August 8, 2006<br>Time of Hearing: 10:30 a.m. |

Debtors in Possession USA COMMERCIAL MORTGAGE COMPANY ("USACM") and USA FIRST TRUST DEED FUND, LLC ("First Trust Deed Fund") (collectively the "Debtors"), by and through their counsel Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm, attach a copy of the letter dated August 7, 2006 from Scott E. Bice, Commissioner of the Mortgage Lending Division, waiving the restriction on USACM's license to permit the funding of an additional advance for the Rio Rancho Executive Plaza loan described in the Amended Motion.

DATED: August 7, 2006.

>Annette W. Jarvis, Utah Bar No. 1649
>Douglas M. Monson, Utah Bar No. 2293
>Steven C. Strong, Utah Bar No. 6340
>RAY QUINNEY & NEBEKER P.C.
>36 South State Street, Suite 1400
>P.O. Box 45385
>Salt Lake City, Utah 84145-0385
>
>and
>
>  /s/ Lenard E. Schwartzer
>Lenard E. Schwartzer, Nevada Bar No. 0399
>Jeanette E. McPherson, Esq., Nevada Bar No. 5423
>SCHWARTZER & MCPHERSON LAW FIRM
>2850 South Jones Boulevard, Suite 1
>Las Vegas NV  89146
>Attorneys for Debtors and Debtors-in-Possession

# AMENDED EXHIBIT "B" TO MOTION

**Letter from Scott E. Bice, Commissioner of Mortgage Lending Division**

See Attached



KENNY C GUINN
*Governor*

SYDNEY H WICKLIFFE, C P A
*Director*

STATE OF NEVADA
**DIVISION OF MORTGAGE LENDING**
DEPARTMENT OF BUSINESS AND INDUSTRY

SCOTT E BICE
*Commissioner*

August 7, 2006

Mr. Mark Olson
Chief Operating Officer
USA Capital
4484 South Pecos Rd.
Las Vegas, NV
89121

Re: Request for waiver of conditioned Mortgage Broker License Number 333

Dear Mr. Olsen:

The Division of Mortgage Lending "MLD" has received your waiver request regarding the additional Private Investor funding on the project known as Rio Rancho. MLD believes that it is in the best interest of the original direct lenders to allow this project to be completed as addressed in your motion as well as those issues addressed by the borrower, Robert Russell's, declaration of August 4, 20006. MLD will consent to a waiver to your current license to fund the additional $3,773,000 with the following conditions:

1. The original 32 direct lenders are given the right of first refusal to fund the additional advance, not to exceed their original percentage of ownership. If time is of the essence and USA utilizes Fertita to initially fund the advance, the direct lenders must be allowed a period of time not to exceed 30 days in which Fertita will assign that % of ownership to the original direct lender with all new rights including the sharing of 50% of the exit fee.

2. Section 3.2 (g). Fertita needs to be substituted to a new servicer acceptable to at least 51% of the Direct Lenders.

Carson City Office

400 W. King Street, Suite 406
Carson City, Nevada 89703
(775) 684-7060   Fax (775) 684-7061

Web Address:www mld nv gov

Las Vegas Office
Office of the Commissioner
3075 E Flamingo Suite 104-A
Las Vegas, NV 89121
(702) 486-0780   Fax (702) 486-0785



STATE OF NEVADA
**DIVISION OF MORTGAGE LENDING**
DEPARTMENT OF BUSINESS AND INDUSTRY

If you have any questions or need any further information please feel free to contact me at 702-486-0789 at any time.

Sincerely,

Scott E. Bice
Commissioner

Carson City Office

400 W King Street, Suite 406
Carson City, Nevada 89703
(775) 684-7060   Fax (775) 684-7061

Web Address:www.mld.nv.gov

Las Vegas Office
Office of the Commissioner
3075 E Flamingo Suite 104-A
Las Vegas, NV 89121
(702) 486-0780   Fax (702) 486-0785