**Entered on Docket
August 08, 2006**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

**ORDER
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada  89101 (702) 382-6911
Attorneys for Plaintiff Rio Rancho Professional Plaza, LLC**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br>          Debtor | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br>          Debtor | Date of Hearing:  August  8, 2006<br>Time of Hearing: 10:30 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br>          Debtor | Affects:<br>☐USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>☐USA Capital First Trust Deed Fund, LLC |
| In re:<br>USA SECURITIES, LLC.<br>          Debtor | ☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>☐All Debtors |

**ORDER GRANTING DEBTORS' AMENDED MOTION FOR AUTHORITY, SUBJECT
TO ADVANCE APPROVAL BY NEVADA MORTGAGE LENDING DIVISION,
FOR FERTITTA ENTERPRISES OR ITS AFFILIATE TO PROVIDE AN ADDITIONAL**

**ADVANCE FOR THE RIO RANCHO EXECUTIVE PLAZA LOAN SERVICED BY DEBTOR USA COMMERCIAL MORTGAGE COMPANY [AFFECTS DEBTOR COMMERCIAL MORTGAGE COMPANY AND DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC]**

The Debtors filed an Amended Motion for Authority, Subject to Advance Approval by Nevada Mortgage Lending Division, For Fertitta Enterprises or its Affiliate to Provide an Additional Advance for the Rio Rancho Executive Plaza Loan Serviced by Debtor USA Commercial Mortgage Company [ Affects Debtor Commercial Mortgage Company and Debtor USA Capital First Trust Deed Fund, LLC] ("the Motion") which came on for hearing on August 8, 2006.  The Court, having reviewed the Motion and the Declaration of Robert A. Russell in support of the Motion and finding that the committee representing the holders of interests in the Debtor USA Capital First Trust Deed Fund, LLC, and beneficiaries  on the Rio Rancho Deed of Trust having no objection to the Motion and the proper notice having been given and that the Motion is in the best interest of the Debtors and their respective estate,  and it appearing that no further hearing or notice is required and after due deliberation and sufficient cause appearing therefor, and subject to advance approval of the Nevada Mortgage Lending Division,

1.    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtors' Amended Motion for Authority, Subject to Advance Approval by Nevada Mortgage Lending Division, For Fertitta Enterprises or its Affiliate to Provide an Additional Advance for the Rio Rancho Executive Plaza Loan Serviced by Debtor USA Commercial Mortgage Company [ Affects Debtor Commercial Mortgage Company and Debtor USA Capital First Trust Deed Fund, LLC] be, including the assignment of the greater of $400,000.00 or 50% of the success fee from USACM to Fertitta and the same hereby is approved and granted;

2.    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the advance approval from the Nevada Mortgage Lending Division has been given whereby the original 32 direct lenders are given the right of first refusal to fund the additional advance, not to exceed their original percentage of ownership.  If time is of the essence and USA utilizes Fertitta to initially fund the advance, the direct lenders must be allowed a period of time not to exceed 30 days in which Fertitta will assign that percentage of ownership to the original direct lender with all new rights including

the sharing of 50% of the success fee; further, Fertitta may be substituted as a new servicer upon the consent of the Direct Lenders who hold at least 51% of the outstanding balance of the Loan;

3.  IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor, USA Commercial Mortgage Company is hereby authorized to take all necessary and reasonable action and to sign any and all documents necessary to close the escrow to which the loan is being funded, and to carry out and complete the terms and conditions of the loan without further order of the court;

4.  IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the payment to participants in the Fertitta funding to have principal and interest payments paid on the Fertitta funding (but not on other loan interests held by participants in the Fertitta Funding) without hold backs, offsets or other impairments in the bankruptcy proceedings;

5.  IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the automatic ten (10) day stay under Bankruptcy Rule 6004(g) has been waived and does not apply to this Order, and this Order is effective immediately upon entry;

6.  IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that all signatures are waived except Lenard E. Schwartzer or Jeanette E. McPherson, Brigid Higgins, Candace Carlyon and August B. Landis, all of whom appeared at the hearing on this matter on August 8, 2006.

PREPARED BY:

DEANER, DEANER, SCANN,
MALAN & LARSEN

/s/ Paul R. Connaghan
  PAUL R. CONNAGHAN, ESQ.
  Nevada Bar No. 003229
  720 South Fourth Street, Suite #300
  Las Vegas, Nevada  89101 (702) 382-6911
  Attorneys for Plaintiff Rio Rancho Professional Plaza, LLC

1  APPROVED BY:

2  SCHWARTZER & McPHERSON LAW FIRM

3  /s/ Lenard E. Schwartzer
   Lenard E. Schwartzer, ESQ.
4  Nevada Bar No. 5423
   Jeanette E. McPherson, ESQ.
5  Nevada Bar No. 0005423
   2850 South Jones Boulevard, Suite 1
6  Las Vegas, Nevada  89146
   Attorneys for Debtors
7
   APPROVED BY:
8
   SHEA & CARLYON, LTD.
9
   /s/ Candace C. Carlyon
10 Candace C. Carlyon, ESQ.
   Nevada Bar No. 002666
11 233 S. 4th Street, Second Floor
   Las Vegas, Nevada  89101
12
   APPROVED BY:
13
   GORDON & SILVER, LTD.
14
   /s/ Brigid Higgins
15 Brigid Higgins, ESQ.
   Nevada Bar No. 005990
16 3960 Howard Hughes Pkwy., 9th Flr.
   Las Vegas, Nevada  89109
17

18 UNITED STATES DEPARTMENT OF JUSTICE
   OFFICE OF THE UNITED STATES TRUSTEE
19
   /s/ August B. Landis
20 August B. Landis
   Assistant United States Trustee
21 300 Las Vegas Blvd. South, Ste., 4300
   Las Vegas, NV  89101
22                                          ###

23

24

25 F:\OFFICE\CLIENTS\Rio Rancoh Executive Plaza LLC vs. USA Commercial\Docs\Order.wpd

26

27

28                                  4