**Entered on Docket**
**August 09, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date:  N/A<br>Time:  N/A |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

Stipulation and Order Re extension of lease

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO ASSUME OR REJECT LEASE WITH HASPINOV, LLC [AFFECTS USA COMMERCIAL MORTGAGE COMPANY]**

USA Commercial Mortgage Company,  Debtor and Debtor-in-Possession ("Debtor"), by and through its counsel, Jeanette E. McPherson, Esq. of  Schwartzer & McPherson Law Firm, and Haspinov, LLC, by and through its counsel, Jeffrey R. Sylvester, Esq., hereby stipulate and agree as follows:

WHEREAS the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on April 13, 2006 (the "Petition Date"), and the Debtor continues to operate its business and possess its property as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

WHEREAS the Debtor is a lessee under an "Office Lease" with Haspinov, LLC ("Haspinov") as the landlord (the "Lease").

WHEREAS, under the Lease, the Debtor leases real property located at 4480 South Pecos Road, Las Vegas, Nevada 89121(the "Premises").

WHEREAS the term of the Lease was to commence on April 1, 2002 and is to expire "on the same day of the 120th successive month following the first month of the lease, said term being ten years."

WHEREAS due to the status of this bankruptcy case, the Debtor has not made a decision whether to assume or reject the Lease.

WHEREAS the time to assume or reject the Lease under 11 U.S.C. § 365(d)(4) expires on August 11, 2006.

WHEREAS because the Debtor has not made a decision whether to assume or reject the Lease due to the status of this bankruptcy case, "cause" under 11 U.S.C. § 365(d)(4) exists to

2

Stipulation and Order Re extension of lease

1    extend the time for the Debtor to assume or reject the Lease.

2        **NOW, THEREFORE,** in consideration of the foregoing, the Debtor and Haspinov agree

3    as follows:

4        1.        The foregoing recitals are true and incorporated herein in full.

5        2.        The deadline for the Debtor to assume or reject the Lease under 11 U.S.C. §

6    365(d)(4) is hereby extended to and including November 11, 2006.

7    DATED:  August 8, 2006                    DATED:  August 8, 2006.

8

9    /s/ Jeanette E. McPherson_____        Jeffrey R. Sylvester, Esq._____
     Jeanette E. McPherson, Esq.                Jeffrey R. Sylvester, Esq.
10   Schwartzer & McPherson Law Firm            Sylvester & Polednak
     2850 South Jones Boulevard, Suite 1        7371 Prairie Falcon, #120
11   Las Vegas, NV  89146                       Las Vegas, NV  89128
     Attorneys for Debtors and Debtors-in-Possession    Attorneys for Haspinov, LLC
12
                              **<u>ORDER</u>**
13
        **IT IS SO ORDERED.**
14
     Submitted By:
15
     /s/ Jeanette E. McPherson_____
16   Jeanette E. McPherson, Esq.
     Schwartzer & McPherson Law Firm
17   2850 South Jones Boulevard, Suite 1
     Las Vegas, NV  89146
18   Attorneys for Debtors and
19   Debtors-in-Possession

20                                        ###

21

22

23

24

25

26

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

Stipulation and Order Re extension of lease