Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**E-FILED ON AUGUST 10, 2006**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **MOTION TO REJECT PERSONAL PROPERTY LEASES** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: September 28, 2006<br>Time: 9:30 a.m. |

motion to reject leases

1

USA Commercial Mortgage Company, Debtor and Debtor-in-Possession ("Debtor" or "USACM"), by and through its counsel, Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, hereby files its Motion To Reject Personal Property Leases. This Motion is made and based upon 11 U.S.C. § 365, the Points And Authorities set forth herein, the pleadings on file, and any argument to be presented at the time of hearing on this Motion. As set forth herein, USACM seeks approval to reject the unexpired leases listed on the Schedule of Leases attached as Exhibit A to Exhibit 1.

## POINTS AND AUTHORITIES

### Facts

1. The Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on April 13, 2006. The Debtor continues to operate its business and possess its property as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

2. USACM is a party to numerous unexpired personal property leases (collectively, the "Leases"). A "Schedule of Leases" which contains a listing of the Leases and their most relevant terms is attached as Exhibit A to Exhibit 1.

3. The Debtor seeks authorization through this Motion to reject each of the Leases listed on the Schedule of Leases.

4. The Debtor seeks to reject the Leases in its business judgment as they do not benefit the Debtor or its creditors.

5. The Leases are for the lease of equipment and property that is not being used by the Debtor.

6. The Debtor has not made the payments under the Leases since the Petition Date.

### Memorandum of Law

Section 365(a) the Bankruptcy Code provides that a debtor-in-possession, with court approval, may reject any executory contract or unexpired lease. Although the Bankruptcy Code does not set forth guidelines for determining whether to approve a debtor-in-possession's decision to assume an executory contract or unexpired lease, the courts have overwhelmingly applied a "business judgment" test when reviewing such a decision. See, e.g., Group of Inst. Investors v.

Chicago, M., St. P. & Pac. R.R., 318 U.S. 523, 550, 63 S.Ct. 727, 742-43 (1943); NLRB v. Bildisco & Bildisco, 465 U.S. 513, 523, 104 S.Ct. 1188, 1194 (1984); Lubrizol Enters., Inc. v. Richmond Metal Finishers, Inc. (In re Richmond Metal Finishers, Inc.), 756 F.2d 1043, 1046-47 (4th Cir.1985), cert. denied, 475 U.S. 1057 (1986); Carey v. Mobil Oil Corp. (In re Tilco, Inc.), 558, F.2d 1369, 1372 (10th Cir. 1977); Robertson v. Pierce (In re Chi-Feng Huang), 23 B.R. 798, 800 (B.A.P. 9th Cir. 1982).

A debtor-in-possession satisfies the "business judgment" test when it reasonably decides, in good faith, that rejection will benefit its estate. In re Chipwich, Inc., 54 B.R. 427, 430-31 (Bankr. S.D.N.Y. 1985); Commercial Fin., Ltd. v. Hawaii Dimensions, Inc. (In re Hawaii Dimensions, Inc.), 47 B.R. 425, 427 (D. Haw.1985) ("Under the business judgment test, a court should approve a debtor's proposed assumption if such assumption will benefit the estate.") Bankruptcy courts generally approve a debtor-in-possession's decision to assume a lease or executory contract absent either: (a) a showing of bad faith or abuse of discretion; or (b) a demonstration that assumption will not benefit the estate or its creditors. Chipwich, 54 B.R. at 430-31.

USACM requests approval of its decision to reject the Leases. USACM does not use the equipment or property that is the subject of the Leases. Thus, USACM seeks to reject the Leases because the assumption of the Leases will not benefit USACM or its creditors.

///

///

///

///

///

motion to reject leases

3

## CONCLUSION

Based upon the foregoing, USACM respectfully requests that this Motion To Reject Personal Property Leases be granted, and that each of the leases listed on the Schedule of Leases attached as Exhibit A to Exhibit 1 be deemed rejected.

DATED this _____ day of August, 2006.

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

motion to reject leases

# EXHIBIT 1

motion to reject leases

5

```
 1  Annette W. Jarvis, Utah Bar No. 1649
    RAY QUINNEY & NEBEKER P.C.
 2  36 South State Street, Suite 1400
    P.O. Box 45385
 3  Salt Lake City, Utah 84145-0385
 4  Telephone: (801) 532-1500
    Facsimile: (801) 532-7543
 5  Email: ajarvis@rqn.com
    and
 6  Lenard E. Schwartzer
 7  Nevada Bar No. 0399
    Jeanette E. McPherson
 8  Nevada Bar No. 5423
    Schwartzer & McPherson Law Firm
 9  2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada 89146-5308
10  Telephone: (702) 228-7590
11  Facsimile: (702) 892-0122
    E-Mail: bkfilings@s-mlaw.com
12  Attorneys for Debtors and Debtors-in-Possession
```

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | DECLARATION OF SUSAN M. SMITH IN SUPPORT OF MOTION TO REJECT PERSONAL PROPERTY LEASES [AFFECTS USA COMMERCIAL MORTGAGE COMPANY] |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:<br>Time: |

1
declaration of Susan M.Smith in support of motion to reject leases_revised

I, Susan M. Smith, declare, verify, and state as follows:

1. I am over the age of 18, have personal knowledge of the facts herein, and am competent to testify thereto.

2. I am a Senior Vice President at Mesirow Interim Financial Management. I have personal knowledge of the facts stated herein and make this Declaration in support of the Motion To Reject Personal Property Leases.

3. USA Commercial Mortgage ("USACM" or the "Debtor") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on April 13, 2006 (the "Petition Date"). The Debtor continues to operate its business and possess its property as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

4. USACM is a party to numerous unexpired personal property leases (collectively, the "Leases"). I have reviewed the Leases and a listing of these Leases is set forth in the "Schedule of Leases" attached hereto as **Exhibit A**.

5. The Debtor seeks authorization to reject each of the Leases listed on the Schedule of Leases.

6. The Debtor seeks to reject the Leases in its business judgment as they do not benefit the Debtor or its creditors.

7. The Leases are for the lease of equipment and property that is not being used by the Debtor.

8. The Debtor has not made the payments under the Leases since the Petition Date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
SUSAN M. SMITH

2
declaration of Susan M.Smith in support of motion to reject leases_revised

# EXHIBIT A

## Schedule of Leases

See Attached

motion to reject leases

## SCHEDULE OF LEASES

| No. | Lessor | Lease No. | Origination Lease Date | Lease Term | Payment Terms | Equipment | Security Deposit Payment/ Advance Payment |
|---|---|---|---|---|---|---|---|
| 1 | Technology Investment Partners | 030122-000 | 2/17/04 | 36 mos. | $2,454.87/mo. with purchase option | Computer Equip. | First and Last mos. = $4,909.74 |
| 2 | Marlin Leasing | 208723 | Appr. 01/08/03 | 60 mos. | $1,194.33 + taxes/mo. with purchase option | Computer Equip. | $2,388.66 |
| 3 | Toshiba Financial Services | 7171537-001 | 11/06/02 | 48 mos. | $2,107.54 + taxes/mo. with purchase option | Computer Equip. | $0.00 |
| 4 | Hewlett-Packard | 500147DF | 07/03/02 | 36 mos. | $4,650.25 + taxes/mo. with purchase option | Computer Equip. | Approx. Advance Payment = $4,953.64 |
| 5 | Information Leasing Corporation | 404230002 | 12/05/02 | 60 mos. | $2,203.83/mo. with purchase option | Electronic Equip. | First and Last mos. = $4,407.66 |
| 6 | SuccessLease | 4151232-002 | 10/24/02 | 48 mos. | $2,008.78 + taxes/mo. with purchase option | Computer Equip. | $0.00 |
| 7 | GE Capital Corporation | 4162322-001 | 11/21/02 | 60 mos. | $1,931.30 + taxes/mo. with purchase option | Computer Equip. | $3,862.60 |
| 8 | ABB Business Finance | App. No.: 99756 | 11/21/02 | 60 mos. | $2,051.69 + taxes/mo. with purchase option | Computer Equip. | Two mos. = $4,103.38 |
| 9 | CapitalWerks, LLC | 1000-12309 | 08/12/02 | 36 mos. | 3.343% x equipment cost funded + taxes/mo. | Computer Equip. | $37,500.00 plus 2 x 3.343% x funded equipment cost |
| 10 | Bankers Leasing Company (Banleaco) | 0032327 | 12/12/02 | 60 mos. | $1,641.00/mo. with purchase option | Computer Equip. | $0.00 |
| 11 | Balboa Capital | 46702-002 | 06/03/04 | 36 mos. | $1,019.67 + taxes/mo. with purchase option | Computer Equip. | $2,039.34 |
| 12 | Citicorp Vendor Finance, Inc. | 3095670 | 11/13/01 | 60 mos. | $998.09 + taxes/mo. with purchase option | Copier/Printer | $0.00 |
| 13 | Ascom Hasler Leasing | 4162481-001 | 11/18/02 | 36 mos. | $196.27/mo. | Office Equip. | Last mo. = $196.27 |
| 14 | IOS Capital | 99903C | 05/22/01 | 60 mos. | $1,881.00 + taxes/quarterly | Copier | $0.00 |
| 15 | IOS Capital | 15677A | 04/30/03 | 60 mos. | $368.00 + taxes/mo. | Copier/Printer | $0.00 |
| 16 | IOS Capital | 1117952 | 10/29/02 | 60 mos. | $469.00 + taxes/mo. | Copier | $0.00 |
| 17 | Key Equipment Finance | N/A | 03/13/03 | 48 mos. | $395.00 + taxes/mo. with purchase option | Computer and Office Equip. | $0.00 |
| 18 | Sterling National Bank | 604-5345 | 04/28/03 | 60 mos. | $995.75/mo. with purchase option | Office Equip. and Office Furniture | First and Last mos. = $1,991.50 |