JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
   and   tbw@jonesvargas.com
   and   lbubala@jonesvargas.com

*Electronically Filed on August 10, 2006*

Attorneys for JV Direct Lenders: Fertitta Enterprises, Inc.; Mojave Canyon, Inc.; A. William and Ranee L. Ceglia; Robert A. and Sandra L. Cowman; Andrew and Ellen Dauscher; Drs. David and Bonny Enrico; David W. and Pamela K. Sexton; Evelyn Asher Sheerin, Trustee for the benefit of The Chris H. Sheerin (deceased) and Evelyn Asher Sheerin 1984 Trust Dated 5/31/84, Evelyn Asher Sherrin, Trustee of the Chris and Evelyn Sheerin 1990 Trust, Sheerins Inc.; Bruce Corum, Trustee of the Credit Shelter Trust, Juanita N. Carter, Charles B. Anderson Trust, Rita P. Anderson Trust, Baltes Company and the Mault Family Trust ("JV Direct Lenders")

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | **JV DIRECT LENDERS' JOINDER IN THE OPPOSITION OF THE OFFICIAL COMMITTEE OF SECURITY EQUITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO STANDARD PROPERTY DEVELOPMENT, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>■ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | [AFFECTS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND]<br><br>Hearing Date: August 16, 2006<br>Hearing Time: 9:30 a.m. |

1

The JV Direct Lenders, by and through Janet L. Chubb and Jones Vargas, incorporate by reference and join in the Opposition of the Official Committee of Security Equity Holders of USA Capital First Trust Deed Fund, LLC to Standard Property Development's Motion for Relief from the Automatic Stay.

DATED this 10th day of August, 2006.

JONES VARGAS

By:  //s// Janet L. Chubb
JANET L. CHUBB, ESQ.
LOUIS M. BUBALA, ESQ.

Attorneys for JV Direct Lender

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

# CERTIFICATE OF SERVICE

1. On August 10, 2006, we filed the following document(s):

   **JV DIRECT LENDERS' JOINDER IN THE OPPOSITION OF THE OFFICIAL COMMITTEE OF SECURITY EQUITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO STANDARD PROPERTY DEVELOPMENT,LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

2. I served the above-named document(s) by the following means to the persons as listed below:

   ■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com

- **NANCY L ALLF**
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com

- **THOMAS R BROOKSBANK**
  tom@tombrooksbank.com renee@tombrooksbank.com

- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com

- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;
  rmsmith@sheacarlyon.com

- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com

- **MICHAEL W. CHEN**
  michael@ccfirm.com yvette@ccfirm.com

- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com

- **JANET L. CHUBB**
  jlc@jonesvargas.com tbw@jonesvargas.com

- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

3

- **WILLIAM D COPE**
  cope_guerra@yahoo.com cope_guerra@yahoo.com

- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com

- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

- **THOMAS H. FELL**
  THF@GORDONSILVER.COM BANKRUPTCYNOTICES@GORDONSILVER.COM

- **SCOTT D. FLEMING**
  sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com

- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com

- **WADE B. GOCHNOUR**
  wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com

- **CARLOS A. GONZALEZ**
  carlos.gonzalez2@usdoj.gov
  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

- **GERALD M GORDON**
  bankruptcynotices@gordonsilver.com

- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com

- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com

- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com

- **STEPHEN R HARRIS**
  steve@renolaw.biz noticesbh&p@renolaw.biz

- **BRIGID M. HIGGINS**
  bankruptcynotices@gordonsilver.com

- **DAVID W. HUSTON**
  dwh@hustonlaw.net swaits@hustonlaw.net

- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com

- **ANNETTE W JARVIS**

- **TY E. KEHOE**
  TyKehoeLaw@aol.com

- **ROBERT R. KINAS**
  rkinas@swlaw.com
  mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

- **ZACHARIAH LARSON**
  ecf@lslawnv.com

- **JOHN J. LAXAGUE**
  jlaxague@caneclark.com

- **NILE LEATHAM**
  nleatham@klnevada.com ckishi@klnevada.com;bankruptcy@klnevada.com

- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com

- **ANNE M. LORADITCH**
  ecffilings@beckleylaw.com aloraditch@beckleylaw.com;pkois@beckleylaw.com

- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com

- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com

- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

- **JEANETTE E. MCPHERSON**
  bkfilings@s-mlaw.com bkfilings@s-mlaw.com

- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com bkfilings@s-mlaw.com

- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com
  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;
  rsmith@sheacarlyon.com

1
2
3
- **DAVID MINCIN**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com, sforemaster@lawlasvegas.com

4
5
- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com

6
- **ERVEN T. NELSON**
  erv@rlbolick.com susan@rlbolick.com

7
8
- **BOB L. OLSON**
  ecffilings@beckleylaw.com bolson@beckleylaw.com;dgriffis@beckleylaw.com

9
10
11
- **DONNA M. OSBORN**
  jinouye@marquisaurbach.com
  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com

12
- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com

13
14
- **PAUL C RAY**
  info@johnpeterlee.com

15
16
- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com

17
- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com

18
19
20
- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com
  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

21
22
- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com

23
- **DAVID A. STEPHENS**
  dstephens@lvcm.com

24
25
- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com

26
27
- **JEFFREY R. SYLVESTER**
  jeff@sylvesterpolednak.com David@sylvesterpolednak.com

28
- **CARYN S. TIJSSELING**
  cst@beesleymatteoni.com aha@beesleymatteoni.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1  - **WHITNEY B. WARNICK**
     wbw@albrightstoddard.com bstessel@albrightstoddard.com

2  - **JOAN C WRIGHT**
     jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com

3  - **MATTHEW C. ZIRZOW**
     bankruptcynotices@gordonsilver.com

: b. **United States mail, postage fully prepaid** (list persons and addresses):

Thomas J. Allison
c/o USA Capital
4484 S. Pecos Blvd.
Las Vegas, NV 89121

Evan Beavers
1625 Highway 88, #304
Minden, NV 89423

Joshua D Brysk
Law Offices of James G Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

Elissa F. Cadish, Esq.
Matthew J. Kreutzer, Esq.
J. Stephen Peek, Esq.
Hale Lane Peek Dennison
3920 Howard Hughes Pky, 4th Floor
Las Vegas, NV 89169

Vince Danelian
P.O. Box 97782
Las Vegas, NV 89193

Frank A. Ellis
510 South 9th Street
Las Vegas, NV 89101

R. Vaughn Gourley, Esq.
Stephens Gourley & Bywater, P.C.
3636 N. Rancho Dr.
Las Vegas, NV 89130

Reid W. Lambert, Esq.
Elizabeth P. Loveridge, Esq.
Russell S. Walker, Esq.
Woodbury & Kesler, P.C.

7

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Joinder in Committee's Oppos-Relief from A-S 2nd one.doc

265 East 100 South, Suite 300
Salt Lake City, UT 84111

Lee D. Mackson, Esq.
Shutts & Bowen, LLP
1500 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131

Breck E. Milde, Esq.
60 South Market St., #200
San Jose, CA 95113

James G Schwartz
7901 Stoneridge Dr #401
Pleasanton, CA 94588

Thomas W Stilley
1000 SW Broadway #1400
Portland, OR 97205

Gregory J Walch
400 S Fourth St 3rd Floor
Las Vegas, NV 89101

Marion E. Wynne, Esq.
Wilkins, Bankester, Biles & Wynne, P.A.
Post Office Box 1367
Fairhope, AL 36533-1367

    ❾  c.  **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

        ❾  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

        ❾  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    :  d.  **By direct email (as opposed to through the ECF System)** (list Persons and email addresses):

Susan M. Freeman
sfreeman@lrlaw.com

Frank Merola, Eve Karasik & Christine M. Pajak
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com
Marc A. Levinson & Lynn Trinka Ernce
malevinson@orick.com;lernce@orrick.com

Bob L. Olson & Anne M. Loraditch

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

8

1  bolson@beckleylaw.com; aloraditch@beckleylaw.com

2  Stan Wolken
   bayareastan@yahoo.com

3

4  Nicholas J. Santoro
   NSantoro@Nevadafirm.com

5  Jed A. Hart, Esq.
   jhart@angelogordon.com

6

7  Bradley J. Stevens, Esq.
   bstevens@jsslaw.com

8  Richard Mason, Patricia K. Smoots, & Michael M. Schmahl
   rjmason@mcguirewoods.com;psmoots@mcguirewoods.com; mschmahl@mcguirewood.com

9

10 Andrew Welcher c/o William E. Winfield,
   wwinfield@nchc.com

11 Annette W. Jarvis, Steven C. Strong, & Douglas M. Monson
   ajarvis@rqn.com; sstrong@rqn.com; dmonson@rqn.com

12

13 Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

16  ❒ e.  **By fax transmission** (list persons and fax numbers):

17  Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

20  ❒ f.  **By messenger**:

21  I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service.  (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 10th day of August, 2006.

| Cheryl Byrne | //s// Cheryl Byrne |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177