**Entered on Docket
August 08, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | Chapter 11<br>**Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | DATE: August 4, 2006<br>TIME: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | |
| Affects:<br> ☒ All Debtors<br> ☐ USA Commercial Mortgage Company<br> ☐ USA Securities, LLC<br> ☐ USA Capital Realty Advisors, LLC<br> ☐ USA Capital Diversified Trust Deed Fund, LLC<br> ☐ USA First Trust Deed Fund, LL | |

ORDER REGARDING IMPOSITION OF SANCTIONS

A Supplemental Order Establishing Case Management Procedures was entered in this consolidated case on June 5, 2006. This order established guidelines for the delivery of courtesy copies to the Court for the judge, which states:

> 2. Any attorney who fails to deliver to the Clerk of this Court a courtesy (paper) copy of his pleadings which are e-filed with the Court by the end of the next judicial business day **(but not later than noon the judicial business day before any hearing)** shall pay the Court $75; (emphasis added).

An "Opposition to the Response of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Debtors Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds (Affects all Debtors)" was filed by the Law Office of Richard McKnight on August 3rd, 2006. A courtesy copy was not received by the Court until August 4, 2006, after the hearing had begun. Therefore;

IT IS HEREBY ORDERED THAT sanctions in the amount of **$75** shall be paid by the Law Office of Richard McKnight to the Clerk of the Bankruptcy Court for failure to timely deliver a courtesy copy to the Court. Said sanctions shall be paid within ten days of entry of this order.

Copies noticed through ECF to:
    Richard McKnight

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2          User: lakaswm             Page 1 of 1              Date Rcvd: Aug 08, 2006
Case: 06-10725               Form ID: pdf805           Total Served: 1

The following entities were served by first class mail on Aug 10, 2006.
aty          +RICHARD MCKNIGHT,    330 S. THIRD ST. #900,    LAS VEGAS, NV 89101-6016

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2006**                             **Signature:**    *Joseph Speetjens*