

Entered on Docket
August 11, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtor and Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER GRANTING:** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **(1) APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER;** |

P:\USA Commercial Mortgage\Pleadings\Employment Application RQN\Order Granting Employment Applications 080206.doc

- 1 -

| | |
|---|---|
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **(2) DEBTOR'S APPLICATION TO EMPLOY AND RETAIN RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR ALL DEBTORS);**<br><br>**(3) DEBTORS' MOTION FOR ORDER AUTHORIZING (I) THE EMPLOYMENT AND RETENTION OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CRISIS MANAGERS FOR THE DEBTORS, AND (II) THE DESIGNATION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND THE EMPLOYMENT OF CERTAIN TEMPORARY EMPLOYEES**<br><br>Date: July 25, 2006<br>Time: 9:30 a.m. |

The Debtor's Motion For Order Authorizing (I) the Employment and Retention of Mesirow Financial Interim Management, LLC as Crisis Managers for the Debtors, and (II) the Designation of Thomas J. Allison of Mesirow Financial Interim Management, LLC As Chief Restructuring Officer for the Debtors and the Employment of certain Temporary Employees (the "Mesirow Application", Docket No. 6), the Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer (the "S&M Application", Docket No. 21), and the Application To Employ Ray Quinney & Nebeker P.C. As Counsel For The Debtors (the "RQN Application", Docket No. 23), (collectively referred to as the "Employment Applications") having come on for hearing before this Court on July 25, 2006 pursuant to the Orders previously entered by the Court (Docket Nos. 26, 474 and 475) and the Stipulation and Order (Docket No. 890); the Debtors, USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, and USA Capital First Trust Deed Fund (collectively referred to as "Debtors") appearing by and through their counsel, Annette W. Jarvis, Esq. of Ray Quinney & Nebeker P.C. and Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm; other appearances having been made upon the record; the Court having considered the objections on

1  file and the oral objections having been made in Court; the Court having made its findings of fact
2  and conclusions of law on the record and good cause appearing, it is
3      ORDERED that the Employment Applications are granted through October 2, 2006; and it
4  is further
5      ORDERED that the Court will consider an extension of the Employment Applications on
6  September 28, 2006 at 9:30 a.m.

| Submitted by: | Approved / Disapproved by |
|---|---|
| RAY QUINNEY & NEBEKER P.C. and SCHWARTZER & MCPHERSON LAW FIRM | SARA L. KISTLER ACTING U.S. TRUSTEE REGION 17 |
| By: /s/ *LENARD E. SCHWARTZER* Lenard E. Schwartzer, Esq. Jeanette E. McPherson, Esq. Attorneys for Debtor and Debtor-In-Possession | By: _____ August B. Landis, Assistant U.S. Trustee |
| Approved/Disapproved by: | Approved/Disapproved by: |
| LEWIS AND ROCA, LLP | GORDON & SILVER, LTD. |
| By:_____ SUSAN M. FREEMAN, ESQ. ROB CHARLES, ESQ. *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By:_____ GERALD M. GORDON, ESQ. GREGORY E. GARMAN, ESQ. *Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| Approved/Disapproved by: | Approved/Disapproved by: |
| ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. | STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD. |
| By:_____ MARC A. LEVINSON, ESQ. LYNN TRINKA ERNCE, ESQ. BRETT A. AXELROD, ESQ. ANNE M. LORADITCH, ESQ. *Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: /s/ *CANDACE C. CARLYON* FRANK A. MEROLA, ESQ. EVE KARASIK, ESQ. CHRISTINE PAJAK, ESQ. CANDACE C. CARLYON, ESQ. *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

### # # #

1  file and the oral objections having been made in Court; the Court having made its findings of fact
2  and conclusions of law on the record and good cause appearing, it is
3      ORDERED that the Employment Applications are granted through October 2, 2006; and it
4  is further
5      ORDERED that the Court will consider an extension of the Employment Applications on
6  September 28, 2006 at 9:30 a.m.

7  Submitted by:                                    Approved / Disapproved by

8  RAY QUINNEY & NEBEKER P.C. and                   SARA L. KISTLER
9  SCHWARTZER & MCPHERSON LAW FIRM                  ACTING U.S. TRUSTEE
                                                    REGION 17
10
    By: _____              By: _____
11  Lenard E. Schwartzer, Esq.                       August B. Landis, Assistant U.S. Trustee
    Jeanette E. McPherson, Esq.
12  Attorneys for Debtor and Debtor-In-Possession

13  Approved/Disapproved by:                         Approved/Disapproved by:
14
    LEWIS AND ROCA, LLP                              GORDON & SILVER, LTD.
15

16  By: _____              By: _____
17  SUSAN M. FREEMAN, ESQ.                           GERALD M. GORDON, ESQ.
    ROB CHARLES, ESQ.                                GREGORY E. GARMAN, ESQ.
18  *Counsel for the Official Committee of*          *Counsel for the Official Committee of*
    *Unsecured Creditors of USA Commercial*          *Holders of Executory Contract Rights of*
19  *Mortgage Company*                               *USA Commercial Mortgage Company*

20  Approved/Disapproved by:                         Approved/Disapproved by:
21
    ORRICK, HERRINGTON & SUTCLIFFE LLP               STUTMAN TREISTER & GLATT, P.C. and
22  and BECKLEY SINGLETON, CHTD.                     SHEA & CARLYON, LTD.
23

24  By: _____              By: _____
    MARC A. LEVINSON, ESQ.                           FRANK A. MEROLA, ESQ.
25  LYNN TRINKA ERNCE, ESQ.                          EVE KARASIK, ESQ.
    BRETT A. AXELROD, ESQ.                           CHRISTINE PAJAK, ESQ.
26  ANNE M. LORADITCH, ESQ.                          CANDACE C. CARLYON, ESQ.
    *Counsel for the Official Committee of Equity*   *Counsel for the Official Committee of*
27  *Security Holders of USA Capital Diversified*    *Equity Security Holders of USA Capital*
28  *Trust Deed Fund, LLC*                           *First Trust Deed Fund LLC*

                                            # # #

1. file and the oral objections having been made in Court; the Court having made its findings of fact
2. and conclusions of law on the record and good cause appearing, it is
3.     ORDERED that the Employment Applications are granted through October 2, 2006; and it
4. is further
5.     ORDERED that the Court will consider an extension of the Employment Applications on
6. September 28, 2006 at 9:30 a.m.

| Submitted by: | Approved / Disapproved by |
|---|---|
| RAY QUINNEY & NEBEKER P.C. and SCHWARTZER & MCPHERSON LAW FIRM | SARA L. KISTLER ACTING U.S. TRUSTEE REGION 17 |
| By: _____ Lenard E. Schwartzer, Esq. Jeanette E. McPherson, Esq. Attorneys for Debtor and Debtor-In-Possession | By: _____ August B. Landis, Assistant U.S. Trustee |
| Approved/Disapproved by: | Approved/Disapproved by: |
| LEWIS AND ROCA, LLP | GORDON & SILVER, LTD. |
| By: _____ SUSAN M. FREEMAN, ESQ. ROB CHARLES, ESQ. *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: _____ GERALD M. GORDON, ESQ. GREGORY E. GARMAN, ESQ. *Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| Approved/Disapproved by: | Approved/Disapproved by: |
| ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. | STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD. |
| By: _____ MARC A. LEVINSON, ESQ. LYNN TRINKA ERNCE, ESQ. BRETT A. AXELROD, ESQ. ANNE M. LORADITCH, ESQ. *Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: _____ FRANK A. MEROLA, ESQ. EVE KARASIK, ESQ. CHRISTINE PAJAK, ESQ. CANDACE C. CARLYON, ESQ. *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

###

1  file and the oral objections having been made in Court; the Court having made its findings of fact
2  and conclusions of law on the record and good cause appearing, it is
3      ORDERED that the Employment Applications are granted through October 2, 2006; and it
4  is further
5      ORDERED that the Court will consider an extension of the Employment Applications on
6  September 28, 2006 at 9:30 a.m.

| Submitted by: | Approved / Disapproved by |
|---|---|
| RAY QUINNEY & NEBEKER P.C. and SCHWARTZER & MCPHERSON LAW FIRM | SARA L. KISTLER ACTING U.S. TRUSTEE REGION 17 |
| By: _____ Lenard E. Schwartzer, Esq. Jeanette E. McPherson, Esq. Attorneys for Debtor and Debtor-In-Possession | By: _____ August B. Landis, Assistant U.S. Trustee |
| Approved/Disapproved by: | Approved/Disapproved by: |
| LEWIS AND ROCA, LLP | GORDON & SILVER, LTD. |
| By: _____ SUSAN M. FREEMAN, ESQ. ROB CHARLES, ESQ. *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: _____ GERALD M. GORDON, ESQ. GREGORY E. GARMAN, ESQ. *Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| Approved/Disapproved by: | Approved/Disapproved by: |
| ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. | STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD. |
| By: _____ MARC A. LEVINSON, ESQ. LYNN TRINKA ERNCE, ESQ. BRETT A. AXELROD, ESQ. ANNE M. LORADITCH, ESQ. *Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: _____ FRANK A. MEROLA, ESQ. EVE KARASIK, ESQ. CHRISTINE PAJAK, ESQ. CANDACE C. CARLYON, ESQ. *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

### #

1  ALTERNATIVE METHOD re: RULE 9021:

2  In accordance with Local Rule 9021, the undersigned certifies:

   ____The court waived the requirements of LR 9021.

3  **X** I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared
4  at the hearing regarding this matter and/or who filed a written objection and each has:
       **X** approved the form of this order;
       ____waived the right to review the order and/or
5      **X** failed to file and serve papers in accordance with LR 9021(c)

6  ____I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared
   at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this
   order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the
7  following have disapproved the form of the order:

8  ____No opposition was filed to the motion and no other party or counsel appeared at the hearing.

9  ###