

Entered on Docket
August 11, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | ) Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company**<br>**06-10725 – Lead Case** | ) Chapter 11 Cases |
| | ) Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>**06-10726** | ) |
| | ) Date: August 4, 2006 |
| **USA Capital Diversified Trust Deed Fund,**<br>**LLC** | ) Time: 9:30 a.m. |
| **06-10727** | ) **Affecting:** |
| | ) ☐ All Cases |
| **USA Capital First Trust Deed Fund, LLC**<br>**06-10728** | ) or Only: |
| | ) ☒ USA Commercial Mortgage Company |
| **USA Securities, LLC**<br>**06-10729** | ) ☐ USA Capital Realty Advisors, LLC |
| | ) ☐ USA Capital Diversified Trust Deed Fund, LLC |
| **Debtors.** | ) ☐ USA Capital First Trust Deed Fund, LLC |
| | ) ☐ USA Securities, LLC |

1753454.2

**ORDER APPROVING APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF SIERRA CONSULTING GROUP, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY**

This Court having considered the Application Pursuant To Fed. R. Bankr. P. 2014(A) For Order Under § 1103 of the Bankruptcy Code Authorizing the Employment and Retention of Sierra Consulting Group, LLC as Financial Advisors to the Official Unsecured Creditors' Committee For USA Commercial Mortgage Company (the "Sierra Application"), as filed by the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company (the "Committee"), being represented by Lewis and Roca LLP at the hearing noted above; other appearances having been made upon the record; the Sierra Application having been noticed to all creditors, investors and parties in interest pursuant to the Court's previous orders; the pleadings, papers and record on file in this matter; the Court having considered any objections filed in opposition to the Application, and it appearing to the Court that the advisors and consultants of Sierra Consulting Group, LLC ("Sierra") are disinterested persons who do not hold or represent an interest adverse to the Debtors' estates in the matters upon which they are to be engaged, and that their employment for the purposes set forth in the Sierra Application is in the best interest of the Committee, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Sierra Application is granted, and the Committee is authorized to employ Sierra as its financial advisors herein on the terms set forth in the Sierra Application, and any further order the Court may issue, effective as of July 14, 2006.

1753454.2

RESPECTFULLY SUBMITTED BY:

LEWIS AND ROCA LLP

By: /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for the Unsecured Creditors
Committee for USA Commercial
Mortgage Company*

APPROVED/DISAPPROVED:

GORDON & SILVER, LTD

By: _____
Gerald M. Gordon
Gregory E. Garman
3960 Howard Hughes Parkway, 9th Fl
Las Vegas, NV 89109

APPROVED/DISAPPROVED:

RAY QUINNEY & NEBEKER PC

By: _____
Annette W. Jarvis
Douglas M. Monson
Steven C. Strong
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385

APPROVED/DISAPPROVED:

OFFICE OF THE US TRUSTEE

By: _____  AUST
August B. Landis
Scott A. Farrow
300 Las Vegas Blvd., Suite 4300
Las Vegas, NV 89101

APPROVED/DISAPPROVED:

STUTMAN TREISTER & GLATT, PC

By: _____
Frank A. Merola
Eve H. Karasik
Christine Pajak
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

APPROVED/DISAPPROVED:

ORRICK, HERRINGTON & SUTCLIFF, LLP

By: _____
Marc A. Levinson
400 Capitol Mall, Ste. 3000
Sacramento, CA 95814-4497

1753454.1

| | |
|---|---|
| RESPECTFULLY SUBMITTED BY: | APPROVED/DISAPPROVED: |
| LEWIS AND ROCA LLP | OFFICE OF THE U.S. TRUSTEE |
| By: /s/ RC (#0006593)<br>Susan M. Freeman<br>Rob Charles<br>*Attorneys for the Unsecured Creditors Committee for USA Commercial Mortgage Company* | By:_____<br>August B. Landis<br>Scott A. Farrow<br>300 Las Vegas Blvd., Suite 4300<br>Las Vegas, NV 89101 |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| GORDON & SILVER, LTD | STUTMAN TREISTER & GLATT, PC |
| By: /s/ (signed)<br>Gerald M. Gordon<br>Gregory E. Garman<br>3960 Howard Hughes Parkway, 9th Fl<br>Las Vegas, NV 89109 | By:_____<br>Frank A. Merola<br>Eve H. Karasik<br>Christine Pajak<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| RAY QUINNEY & NEBEKER PC | ORRICK, HERRINGTON & SUTCLIFF, LLP |
| By:_____<br>Annette W. Jarvis<br>Douglas M. Monson<br>Steven C. Strong<br>36 South State Street, Suite 1400<br>PO Box 45385<br>Salt Lake City, UT 84145-0385 | By:_____<br>Marc A. Levinson<br>400 Capital Mall, Ste. 3000<br>Sacramento, CA 95814-4497 |

1753454.1

| | |
|---|---|
| RESPECTFULLY SUBMITTED BY: | APPROVED/DISAPPROVED: |
| LEWIS AND ROCA LLP | OFFICE OF THE U.S. TRUSTEE |
| By: /s/ RC (#0006593)<br>Susan M. Freeman<br>Rob Charles<br>*Attorneys for the Unsecured Creditors Committee for USA Commercial Mortgage Company* | By:_____<br>August B. Landis<br>Scott A. Farrow<br>300 Las Vegas Blvd., Suite 4300<br>Las Vegas, NV 89101 |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| GORDON & SILVER, LTD | STUTMAN TREISTER & GLATT, PC |
| By:_____<br>Gerald M. Gordon<br>Gregory E. Garman<br>3960 Howard Hughes Parkway, 9th Fl<br>Las Vegas, NV 89109 | By: /s/ Frank A. Merola<br>Frank A. Merola<br>Eve H. Karasik<br>Christine Pajak<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| RAY QUINNEY & NEBEKER PC | ORRICK, HERRINGTON & SUTCLIFF, LLP |
| By:_____<br>Annette W. Jarvis<br>Douglas M. Monson<br>Steven C. Strong<br>36 South State Street, Suite 1400<br>PO Box 45385<br>Salt Lake City, UT 84145-0385 | By:_____<br>Marc A. Levinson<br>400 Capital Mall, Ste. 3000<br>Sacramento, CA 95814-4497 |

| | |
|---|---|
| RESPECTFULLY SUBMITTED BY: | APPROVED/DISAPPROVED: |
| LEWIS AND ROCA LLP | OFFICE OF THE U.S. TRUSTEE |
| By: /s/ RC (#0006593)<br>Susan M. Freeman<br>Rob Charles<br>*Attorneys for the Unsecured Creditors Committee for USA Commercial Mortgage Company* | By:_____<br>August B. Landis<br>Scott A. Farrow<br>300 Las Vegas Blvd., Suite 4300<br>Las Vegas, NV 89101 |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| GORDON & SILVER, LTD | STUTMAN TREISTER & GLATT, PC |
| By:_____<br>Gerald M. Gordon<br>Gregory E. Garman<br>3960 Howard Hughes Parkway, 9th Fl<br>Las Vegas, NV 89109 | By:_____<br>Frank A. Merola<br>Eve H. Karasik<br>Christine Pajak<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| RAY QUINNEY & NEBEKER PC | ORRICK, HERRINGTON & SUTCLIFF, LLP |
| By: /s/ [signature]<br>Annette W. Jarvis<br>Douglas M. Monson<br>Steven C. Strong<br>36 South State Street, Suite 1400<br>PO Box 45385<br>Salt Lake City, UT 84145-0385 | By:_____<br>Marc A. Levinson<br>400 Capital Mall, Ste. 3000<br>Sacramento, CA 95814-4497 |

1753454.1

| | |
|---|---|
| RESPECTFULLY SUBMITTED BY: | APPROVED/DISAPPROVED: |
| LEWIS AND ROCA LLP | OFFICE OF THE U.S. TRUSTEE |
| By: /s/ RC (#0006593)<br>Susan M. Freeman<br>Rob Charles<br>*Attorneys for the Unsecured Creditors Committee for USA Commercial Mortgage Company* | By:_____<br>August B. Landis<br>Scott A. Farrow<br>300 Las Vegas Blvd., Suite 4300<br>Las Vegas, NV 89101 |
| APPROVED/DISAPPROVED: | APPROVED/DISAPPROVED: |
| GORDON & SILVER, LTD | STUTMAN TREISTER & GLATT, PC |
| By:_____<br>Gerald M. Gordon<br>Gregory E. Garman<br>3960 Howard Hughes Parkway, 9th Fl<br>Las Vegas, NV 89109 | By:_____<br>Frank A. Merola<br>Eve H. Karasik<br>Christine Pajak<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 |
| APPROVED/DISAPPROVED: | (APPROVED)/DISAPPROVED: |
| RAY QUINNEY & NEBEKER PC | ORRICK, HERRINGTON & SUTCLIFF, LLP |
| By:_____<br>Annette W. Jarvis<br>Douglas M. Monson<br>Steven C. Strong<br>36 South State Street, Suite 1400<br>PO Box 45385<br>Salt Lake City, UT 84145-0385 | By: /s/ signature<br>Marc A. Levinson<br>400 Capital Mall, Ste. 3000<br>Sacramento, CA 95814-4497 |

1753454.1

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.
- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:
  - ☒ approved the form of this order;
  - ☐ Waived the right to review the order; and/or
  - ☐ Failed to file and serve papers in accordance with LR 9021(c); and the following have disapproved the form of the order: N/A
- ☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED August 10, 2006.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for the Unsecured Creditor's Committee for USA Commercial Mortgage Company*

4

1753454.2