**Entered on Docket**
**August 11, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Date: N/A<br>Time: N/A |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | **STIPULATED ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A PLAN TO AUGUST 31, 2006 (AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company | |

Received Time Aug.10. 1:36PM

☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

The matter before the Court is a Stipulation, evidenced by the signatures of undersigned counsel, between USA Commercial Mortgage Company, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC, USA Securities, LLC and USA Capital Realty Advisors, LLC (collectively, the "Debtors"), on the one hand, and the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, the Official Committee of Executory Contract Holders of USA Commercial Mortgage Company, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC and the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company (collectively, the "Committees"), on the other hand, extending the exclusive period set forth in 11 U.S.C. § 1121 for the Debtors to file a plan from August 11, 2006 to August 31, 2006 in order to allow the Debtors and the Committees additional time to further negotiate terms of a plan (or plans) of reorganization for the Debtors. The Court has considered the applicable authorities, including 11 U.S.C. § 1121(d)(1), and the basis for the stipulation, and for good cause appearing, it is

ORDERED that:

(1) The Stipulation is APPROVED;

(2) The exclusive period set forth in 11 U.S.C. § 1121(b) is extended from August 11, 2006 to August 31, 2006 (the "New Exclusivity Deadline"); and

(3) No extensions of the New Exclusivity Deadline shall be granted unless all of the Committees consent to such an extension.

Submitted and approved by:

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors*

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of*
*Unsecured Creditors of USA Commercial*
*Mortgage Company*

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of*
*Holders of Executory Contract Rights of*
*USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and**
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of*
*Equity Security Holders of USA Capital*
*Diversified Trust Deed Fund, LLC*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and**
**SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of*
*Equity Security Holders of USA Capital*
*First Trust Deed Fund, LLC*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Submitted and approved by:

_____
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors*

| Approved by:<br>**LEWIS AND ROCA, LLP** | Approved by:<br>**GORDON & SILVER, LTD.** |
|---|---|
| By: _____<br>SUSAN M. FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: _____<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| Approved by:<br>**BECKLEY SINGLETON, CHTD.** and<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP** | Approved by:<br>**STUTMAN TREISTER & GLATT, P.C.** and<br>**SHEA & CARLYON, LTD.** |
| By: _____<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA-ERNCE, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: _____<br>FRANK MEROLA, ESQ.<br>EVE KARASIK, ESQ.<br>CHRISTINE PAJAK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* |

Submitted and approved by:

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors*

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Marc A. Levinson
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Submitted and approved by:

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors*

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By: *[signature]*
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# # #