E-Filed
August 14, 2006

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone:    407-423-3200
Facsimile:    407-425-8316
E-mail:   abrumby@shutts-law.com

and

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone:    702-656-2355
Facsimile:    702-656-2776
E-mail: vgourley@1vcm.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,
    Debtor.
_____/

In re:

USA CAPITAL REALTY ADVISORS, LLC,
    Debtor.
_____/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
    Debtor.
_____/

In re:

USA SECURITIES, LLC,
    Debtor.
_____/

Affects:
    ☐ All Debtors
    ☒ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed
    ☒ USA First Trust Deed Fund, LLC
_____/

CASE NOS: BK-5-06-10726 LBR
CASE NOS: BK-5-06-10727 LBR
CASE NOS. BK-5-06-10728 LBR
CASE NOS. BK-5-06-10729 LBR
CHAPTER 11
JOINTLY ADMINISTERED UNDER
CASE NO. BK-5-06-10725-LBR

ORLDOCS 10443337 1

E-Filed
August ___, 2006

## SUPPLEMENTAL AFFIDAVIT OF GEORGE VENTURELLA IN SUPPORT OF STANDARD DEVELOPMENT PROPERTY, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

CAME BEFORE the undersigned officer duly authorized to administer oath George Venturella ("Venturella"), and after first being duly sworn, stated that the following facts are true and correct and within his personal knowledge.

1. My name is George Venturella; I am over the age of 18. I am the managing member of Standard Property Development LLC ("Movant"), and am authorized to give this affidavit on its behalf. I am competent to testify with respect to the matters set forth herein. This affidavit is filed in supplement to my affidavit filed on July 19, 2006 (the "Original Affidavit").

2. Attached hereto and incorporated herein as Exhibit 1 is a true and correct copy of the First Amendment to Loan Documents by and between Movant and the Direct Lenders identified on Exhibit A to the First Amendment to Loan Documents. The purpose of the First Amendment to Loan Documents was to evidence the initial construction advance of $1.4 million on the construction funding under the earlier loan commitment made by the Direct Lenders (as defined in the Original Affidavit) to Movant.

3. Attached hereto and incorporated herein as Exhibit 2 is a true and correct copy of a letter dated August 4, 2006 from USA Commercial Mortgage Company, as the agent for the Direct Lenders, to Movant declaring a default under the terms of the Note and other Loan Documents, as defined in the Original Affidavit. Such letter suggests that should the indebtedness not be paid on or before August 17, 2006, the Direct Lenders, acting through their agent, USA

ORLDOCS 10443337 1

E-Filed<br>
August ___, 2006

Commercial Mortgage Company, intend to institute legal action against Movant and/or its members.

FURTHER AFFIANT SAYETH NOT.

_____<br>
GEORGE VENTURELLA

Sworn to and subscribed before me this __10__ day of __August__, 2006 by George Venturella, to me personally known or who has produced _____ as identification and who did/did not take an oath.

_____<br>
NOTARY PUBLIC

**OFFICIAL SEAL**
**JAMIE L STRZECHOWSKI**
Notary Public – State of Illinois
My Commission Expires October 26, 2009

Typed or Printed Name of Notary _____<br>
My commission expires: _____<br>
Serial No., if any: _____

## CERTIFICATE OF SERVICE

This is to certify that I have this __14__ day of August 2006, served a copy of the foregoing by regular U.S. Mail, postage prepaid thereon, to those persons set forth on the attached matrix.

/s/ Andrew M. Brumby<br>
Andrew M. Brumby, Esq.

3

ORLDOCS 10443337 1

# FIRST AMENDMENT TO LOAN DOCUMENTS

Reference is made to that certain Construction Loan Agreement (the "Loan Agreement"), dated as of February 27, 2006 by and between **STANDARD PROPERTY DEVELOPMENT, LLC**, a Florida limited liability company ("Borrower"), and those persons listed on Exhibit "A" thereto ("Lenders"). Capitalized terms used but not otherwise defined herein are used with the same meanings assigned to them in the Loan Agreement.

## RECITALS

A. WHEREAS Section 3.2 of the Loan Agreement provides for increases in the Loan Amount up to $17,750,000; and

B. WHEREAS the Loan is evidenced by a Note dated February 27, 2006 in the principal amount of $17,750,000, of which $8,240,000 (Loan Amount) has been advanced as of the date of this amendment, and which Note is secured by a Mortgage dated February 27, 2006, recorded on or about March 15, 2006 in the Official Records of Orange County, State of Florida; and

C. WHEREAS, Borrower has requested an increase in the Loan Amount of $1,400,000 and USA is willing to and has arranged for such increase.

D. WHEREAS **George Venturella and Steven Parmee** (colectively "Guarantor") guaranteed the Loan, and explicitly agreed that his guaranty would remain valid and enforceable in the event the Loan was modified;

NOW, THEREFORE, Lender, Borrower, Guarantor, and USA hereby agree as follows:

1. <u>Increase in Loan Amount</u>. The Loan Amount advanced is hereby increased from $8,240,000 to $9,640,000. Interest on the additional $1,400,000 shall begin to accrue at the close of escrow of the additional advance.

2. <u>Amendment of Note</u>. The Note is hereby amended by adding thereto a new Exhibit "A," in the form attached hereto describing the Lenders.

3. <u>Amendment of Mortgage</u>. The Mortgage is hereby amended to add the new Mortgagees to include the new investors and reflect the revised percentage interests on each in the amount secured, and to add a new Exhibit "A" to reflect these changes. In connection therewith, Borrower agrees to execute and deliver for recording an amendment to the Mortgage in the form annexed hereto as Exhibit "B." Borrower also agrees to pay all costs and expenses in connection with recording the amendment, as well as the cost of an endorsement to the Title Insurance Policy to reflect these changes.

4. <u>Incorporation with Loan Documents</u>. This Amendment modifies the Loan Documents as specifically recited herein, and is incorporated as an amendment to the Note, Mortgage, and Loan

EXHIBIT 1

Agreement. Except as modified hereby, all terms, covenants and conditions of the Loan Documents remain unchanged.

5. <u>Affirmation of Guaranty</u>. Guarantors hereby reaffirm that their Guaranty remains in full force and effect, as expressly set forth therein, after this Amendment becomes effective.

6. <u>Validity of Loan Documents; No Defenses</u>. Borrower represents and acknowledges that the Mortgage and all other Loan Documents are in full force and effect, and that Borrower has no knowledge of any defense to the validity or enforceability of any of them.

Dated this __15__ day of __March__, 2006.

**BORROWERS:** Standard Property Development, LLC,
a Florida limited liability company

By: _____
George Venturella, Manager

**GUARANTOR:**

_____
George Venturella

_____
Steven Parmee

**LENDER:** USA Commercial Mortgage Company, Attorney-in-Fact

By:_____
Joseph D. Milanowski, President

2

# EXHIBIT "A"

## LENDER

| | NAMES | AMOUNT |
|---|---|---|
| 1 | Premiere Holdings Inc. Defined Benefit Pension Plan & Trust | $50,000 |
| 2 | Anne E. Abrams Trustee of the Abrams Living Trust dtd 10/23/96 | $50,000 |
| 3 | Sidney R. Adams and Lisa Adams Investment Account | $60,000 |
| 4 | August J. Amaral Inc. a Nevada corporation | $100,000 |
| 5 | Charles B. Anderson Trustee of the Charles B. Anderson Trust | $100,000 |
| 6 | First Savings Bank Custodian for Edwin E. Arnold IRA | $50,000 |
| 7 | Louise M. Barker a widower | $50,000 |
| 8 | Harriet Bender Trustee of The Bender Family Trust By-Pass Trust dated 7/30/92 | $100,000 |
| 9 | Robert B. Bender & Paula S. Bender husband & wife as joint tenants with right of survivorship | $250,000 |
| 10 | Land Exchange Accommodators | $300,000 |
| 11 | Peter A. Bolino & Fabiola A. Bolino Trustees of the Bolino Family Revocable Trust dated 3/6/95 | $60,000 |
| 12 | James R. Bonfiglio & Donna M. Bonfiglio General Partners of the Broadwalk Investments Limited Partnership | $100,000 |
| 13 | Jerome Bresson Trustee of the Jerome Bresson Revocable Trust dated 12/1/89 | $100,000 |
| 14 | Michael T. Bridges Trustee of the Bridges Family Trust | $100,000 |
| 15 | William L. Brogan & Dyxeen L. Brogan husband and wife as joint tenants with right of survivorship | $50,000 |
| 16 | Charles R. Brooks and Wendy S. Brooks husband and wife as joint tenants with right of survivorship | $50,000 |
| 17 | Howard D. Brooks & Doreen C. Brooks Trustees of the Brooks Living Trust dated 6/30/97 | $50,000 |
| 18 | Richard L. Cadieux & Clara M. Cadieux husband & wife as joint tenants with right of survivorship | $100,000 |
| 19 | Peter W. Capone & Deidre D. Capone husband & wife as joint tenants with right of survivorship | $50,000 |
| 20 | James B. Cardwell & Reba Jo Cardwell Trustees of the Cardwell Family Trust | $495,000 |
| 21 | James B. Cardwell Trustee of the Cardwell Charitable Trust | $339,000 |
| 22 | Reba Jo Cardwell a married woman dealing with her sole and separate property | $100,000 |
| 23 | Tracy Cavin Trustee Of The Tracy Cavin Family Trust UTD 11/10/03 | $60,000 |
| 24 | Bernard Cohen and Elaine Cohen Trustees of the Bernard Cohen Trust dated 3/24/88 | $50,000 |

| | | |
|---|---|---|
| 25 | Gareth A. R. Craner Trustee of The Gareth A. R. Craner Trust Dtd 6/01/02 | $50,000 |
| 26 | Richard N. Dahlke a married man dealing with his sole & separate property | $50,000 |
| 27 | Monica J. Della an unmarried woman | $50,000 |
| 28 | First Savings Bank Custodian For George A. Di Gioia IRA | $85,000 |
| 29 | Patrick J. Doyle and Jill M. Doyle Trustees of the Doyle Family Trust dated 9/23/1999 | $50,000 |
| 30 | Charles B. Dunn IV Trustee of the Charles B. Dunn IV Trust dated 8/12/05 | $50,000 |
| 31 | William Dupin & Penny Dupin husband & wife as joint tenants with right of survivorship | $50,000 |
| 32 | Ellis L. Elgart and Sivia V. Elgart Trustees of the Ellis L. Elgart Revocable Living Trust dated 7/8/02 | $50,000 |
| 33 | Sagrario T. Evers Trustee of the Sagrario T. Evers Living Trust dated 5/1/01 | $50,000 |
| 34 | Joseph A. Farrah & Emily T. Farrah Trustees of the Farrah Family Trust dated 9/18/03 | $50,000 |
| 35 | Dionisio A. Fernandes MD and Fiola Fernandes husband and wife Joint Tenants with Right of Survivorship | $50,000 |
| 36 | Seymour Frank a married man dealing with his sole and separate property | $50,000 |
| 37 | Anthony Fruscione and Lyda Fruscione Trustees of The Fruscione Family Trust dated 11/21/2005. | $50,000 |
| 38 | Theodore J. Fuller and Joan L. Fuller Trustee of the Fuller Family Trust dated 5/29/97 | $50,000 |
| 39 | Ronald G. Gardner Trustee of the Ronald G. Gardner Trust | $200,000 |
| 40 | First Savings Bank custodian for Richard W. Gilmour IRA | $50,000 |
| 41 | Theodora Gottwald an unmarried woman | $50,000 |
| 42 | William Harrison Goulding and Elizabeth R. Goulding husband & wife as joint tenants with right of survivorship | $50,000 |
| 43 | David W. Grace & Denise Grace Trustees of the David W. Grace & Denise Grace Family Trust dated 10/18/96 | $50,000 |
| 44 | Jeff Hacker an unmarried man | $50,000 |
| 45 | James W. Hale Sr. an unmarried man | $50,000 |
| 46 | Joanne A. Halvorson a married woman dealing with her sole & separate property | $50,000 |
| 47 | Christian K. Hartmann & Katharina Hartmann Trustees of the Hartmann 1997 Trust U/A dated 1/29/97 | $90,000 |
| 48 | Raymond G. Hawkins an unmarried man | $200,000 |
| 49 | Diane H. Higgins a married woman dealing with her sole and separate property | $100,000 |
| 50 | Robert Hitchins an unmarried man | $50,000 |

| # | Name | Amount |
|---|---|---|
| 51 | John A. Hoglund & Patricia O. Hoglund husband & wife as joint tenants with right of survivorship | $50,000 |
| 52 | John M. Hoover & Suzanne J. Hoover Trustees of the Hoover Family 1985 Trust dated 4/3/85 | $125,000 |
| 53 | Richard Houlihan a single man | $50,000 |
| 54 | Milton P Kaplan MD TTEE FBO the Milton P Kaplan Profit Sharing Plan Dtd 10/1/77 | $50,000 |
| 55 | G. Robert Knoles and Christina G. Knoles husband and wife as joint tenants with the rights of survivorship | $50,000 |
| 56 | Patrice A. Labossiere a single woman dealing with her sole and separate property | $50,000 |
| 57 | Renee Leff-Kaplan a married woman dealing with her sole and separate property | $50,000 |
| 58 | F. Ted Lemons | $50,000 |
| 59 | James E. Lofton & Denise G. Lofton husband & wife as joint tenants with right of survivorship | $50,000 |
| 60 | Mary Council Mayfield Trustee of the Hazel R. Council Trust dated 9/23/05 | $50,000 |
| 61 | Rudy Leroy McTee & Sharon Kaye McTee Trustees of the R & S McTee 1995 Trust dated 4/20/95 | $50,000 |
| 62 | Joseph E. Mele a married man dealing with his sole and separate property | $100,000 |
| 63 | Don D. Meyer an unmarried man & Dennis E. Hein an unmarried man as joint tenants with right of survivorship | $50,000 |
| 64 | Michaelian Holdings LLC a Nevada limited liability company | $100,000 |
| 65 | Mahendra C. Mody a single man | $75,000 |
| 66 | Monighetti Inc. a Nevada corporation | $50,000 |
| 67 | Wesley L. Monroe & Jeannie M. Monroe as joint tenants with right of survivorship | $200,000 |
| 68 | Daniel D. Newman Trustee of the Daniel D. Newman Trust dated 11/1/92 | $50,000 |
| 69 | Roger Noorthoek an unmarried man | $50,000 |
| 70 | Robert L. Ogren Trustee for the benefit of the Robert L. Ogren Trust dated 6/30/92 | $100,000 |
| 71 | Philip A. Palmintere & Nanci S. Palmintere Trustees of the Palmintere Revocable Trust dated 6/19/98 | $50,000 |
| 72 | Mojave Canyon Inc. a Nevada Corporation; J.B. Partain President | $125,000 |
| 73 | First Savings Bank Custodian For C. Nicholas Pereos IRA | $50,000 |
| 74 | Beaux Pontak and Denise Pontak husband and wife as Joint Tenants With Right of Survivorship | $50,000 |
| 75 | Stephanie K. Resley an unmarried woman | $50,000 |
| 76 | Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91 | $50,000 |

| # | Name | Amount |
|---|---|---|
| 77 | Seymour H. Rosenberg Trustee of the Seymour H. Rosenberg Revocable Trust dated 11/20/03 | $50,000 |
| 78 | First Savings Bank Custodian For Robert A. Schell IRA | $50,000 |
| 79 | Karl O. Schelling a married man dealing with his sole & separate property | $50,000 |
| 80 | Walter E. Seebach Trustee of the Walter E. Seebach Living Trust dated 11/1/85 | $75,000 |
| 81 | First Savings Bank Custodian For James W. Shaw IRA | $60,000 |
| 82 | Michael Shubic | $25,000 |
| 83 | Tommie W. Sisk a divorced man | $50,000 |
| 84 | Donald J. Smith & Shirley M. Smith Trustees of the Donald J. Smith & Shirley M. Smith Trust | $100,000 |
| 85 | Terrance H. Smith a single man | $100,000 |
| 86 | First Trust Co. of Onaga Custodian For Robert Speckert IRA | $100,000 |
| 87 | Jennifer Chong Stalder Trustee of the Chong Chu Stalder Trust dated 4/19/90 | $50,000 |
| 88 | Nicholas A. Steinmetz & Cynthia M. Steinmetz Trustees of the 2001 Steinmetz Family Trust | $50,000 |
| 89 | Gordon N. Stimpson & Marjorie I. Stimpson Co-Trustees of The Stimpson Family Trust Dated 5/9/00 | $50,000 |
| 90 | Bertha M. Strauss an unmarried woman | $70,000 |
| 91 | Leonard L. Teachenor & Therese M. Teachenor Trustees of the Leonard and Therese Teachenor Trust dated 2/12/01 | $50,000 |
| 92 | Cal Terrill & Judy Terrill Trustees of the Terrill Family Revocable Living Trust dated 3/11/02 | $50,000 |
| 93 | Jack S. Tiano Trustee for An Accountancy Corporation Profit Sharing Plan & Trust dated 02/28/1997 | $50,000 |
| 94 | William E. Trappman and Carol B. Trappman husband and wife as joint tenants with the rights of survivorship | $50,000 |
| 95 | Carol A. Tripp a married woman dealing with her sole and separate property | $50,000 |
| 96 | T-2 Enterprises LLC. Manager Warren W. Tripp | $75,000 |
| 97 | T-3 Enterprises LLC. Manager Warren W. Tripp | $50,000 |
| 98 | Tripp Enterprises Inc. a Nevada corporation | $100,000 |
| 99 | Warren W. Tripp Trustee of the Tripp Enterprises Inc. Restated Profit Sharing Plan | $50,000 |
| 100 | Warren W. Tripp a married man dealing with his sole & separate property | $100,000 |
| 101 | Gary E. Tucker & Linda L. Tucker husband & wife as joint tenants with right of survivorship | $50,000 |
| 102 | George Turner an unmarried man | $120,000 |
| 103 | Robert H. Turner & Nancy A. Turner Trustees of the 1994 Turner Family Trust dated 9/23/94 | $100,000 |

| | | |
|---|---|---|
| 104 | USA Capital First Trust Deed Fund | $671,000 |
| 105 | Malden Ventures Ltd. Defined Benefit Pension Plan | $50,000 |
| 106 | Marsha G. Vieira an unmarried woman | $250,000 |
| 107 | Tobias Von Euw Trustee of the Tobias Von Euw Revocable Trust dated 11/23/04 | $80,000 |
| 108 | Robert R. Wade Trustee of the Robert R. Wade Revocable Trust dated 5/22/01 | $70,000 |
| 109 | Scott E. Wagner an unmarried man | $80,000 |
| 110 | David C. Wahl and Margaret A. Wahl husband and wife as joint tenants with the right of survivorship | $50,000 |
| 111 | Darren E. Watson A single man transfer on death to Linda L. Watson | $50,000 |
| 112 | Kurt Weber & Patricia Weber Husband and wife as joint tenants with right of survivorship | $50,000 |
| 113 | Bruce H. Womble & R. Joanne Womble Trustees of the Womble Living Trust dtd 2/3/98 | $100,000 |
| 114 | Robert R. Wright & Betty M. Wright Trustees of the Wright Trust | $50,000 |
| 115 | Zawacki a California LLC | $50,000 |
| | TOTAL | $9,640,000 |

## EXHIBIT "B"

## FIRST AMENDMENT TO MORTGAGE

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Mortgagor hereby agrees to the execution, delivery, and recording of this Amendment to that certain Mortgage (the "Mortgage") dated February 27, 2006, executed in favor of those persons listed on Exhibit "A" as Mortgagees. The Mortgage was recorded on March _15_, 2006 as Document No _20060173324_ in Book _8533_, Page _0282_ in the Official Records of Orange County, State of Florida.

Said Mortgage is hereby amended to add a new **Exhibit "A"** (in the form attached hereto) thereto to reflect the present Mortgagees.

Said Mortgage affects the real property described on **Exhibit "B"** hereto.

Dated this _15_ day of _March_, 2006.

MORTGAGOR:    Standard Property Development, LLC

By: _____
    George Venturella, Manager

BENEFICIARY:    USA Commercial Mortgage Company, Attorney-in-Fact

By: _____
    Joseph D. Milanowski, President

4



August 4, 2006

Standard Property Development, LLC
300 S. Orange Ave. Ste 1000
Orlando, Florida 32801
Attn: Steven Parmee

Re:   Standard Property Development, LLC

Dear Steven Parmee:

USA Commercial Mortgage Company is the agent for the Lenders on the Loan described above. Standard Property Development, LLC is in default of its obligations under that Promissory Note executed in connection with the above-described loan, in that the Borrower has failed to pay monthly interest payment that was due on July 1, 2006. If you fail to cure these defaults within thirteen (13) days of the date of this letter, USA, on behalf of the Lenders, may declare the entire principal balance of the Note and all other obligations under the loan to be immediately due and payable in full. George Venturella and Steven Parmee are in default of their written guaranty in which they guaranteed and promised to pay all of the debts owed by Standard Property Development, LLC under the Note.

Pursuant to the terms of the Note, if you fail to cure the above-described defaults within the time stated in this notice, all sums owing under all of the Loan Documents shall bear interest from the date of default until paid in full at the default rate of twenty percent (20%) per annum.

Under the terms of the loan documents, and due to the default described above, Standard Property Development, LLC and George Venturella and Steven Parmee are liable for and responsible for payment of the attorneys' fees and costs incurred by USA in enforcing the rights of the Lenders and collecting the amounts owed, to the extent allowed by law.

If you require additional information, please contact Amanda Stevens at 702-734-2400. Nothing in this letter shall be deemed to be a waiver of any rights available to USA or Lenders, and all such rights are expressly reserved. Please also be advised that no communication from or on behalf of USA or Lenders shall be deemed to modify the terms of the written loan documents which govern your obligations, and no agreement, understanding, or forbearance regarding this loan transaction is binding upon USA or Lenders unless made in a writing or writings executed by USA, as agent of Lenders.

Sincerely,

Mark L Olson
COO

EXHIBIT 2

cc:    George Venturella
       Personal and Confidential
       300 S. Orange Ave. Ste 1000
       Orlando, Florida 32801

       Steven Parmee
       Personal and Confidential
       300 S. Orange Ave. Ste 1000
       Orlando, Florida 32801