| | |
|---|---|
| Parsons Behle & Latimer<br>Nancy L. Allf, Bar No. 0128<br>nallf@parsonsbehle.com<br>411 E. Bonneville Ave., #100<br>Las Vegas, NV  89101<br>Telephone:    (702) 599-6000<br>Facsimile:    (702) 599-6062 | Efiled on  8-15-06 |

Robert C. LePome, Bar No. 1980
Robert@robertlepome.com
330 S. Third St. #1100B
Las Vegas, NV  89101
Telephone:  (702) 385-5509

Attorneys for Alexander, et al

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>　　　　　　　　　　　　　　　Debtor.<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br><br>Affects:<br><br>　_x_　All Debtors<br><br>　___　USA Commercial Mortgage Company<br><br>　___　USA Securities, LLC<br><br>　___　USA Capital Realty Advistors, LLC<br><br>　___　USA Capital Diversified Trust Deed Fund, LLC<br><br>　___　USA First Trust Deed Fund, LLC | CASE NO.  BK-S-06-10725 LBR<br>CASE NO.  BK-S-06-10726 LBR<br>CASE NO.  BK-S-06-10727 LBR<br>CASE NO.  BK-S-06-10728 LBR<br>CASE NO.  BK-S-06-10729 LBR<br><br>Chapter 11<br><br><br><br><br><br><br>DATE:  August 16, 2006<br>TIME:   9:30 a.m. |

### NOTICE OF WITHDRAWAL OF MOTION TO OBTAIN INFORMATION

16482.001/881617.1

PLEASE TAKE NOTICE that the Motion to Obtain Information filed by Robert C. LePome and Nancy Allf on July 13, 2006 is hereby withdrawn.

DATED: August 14, 2006

PARSONS BEHLE & LATIMER

By: /s/ Nancy L. Allf
Nancy L. Allf, Bar No. 0128

And

/s/ Robert C. LePome, Esq.

Attorneys for Alexander, et a.

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION TO OBTAIN INFORMATION** was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

BMC GROUP, INC., evrato@bmcgroup.com, ecf@bmcgroup.com, jmiller@bmcgroup.com, jbartlett@bmcgroup.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com

THOMAS B. BROOKSBANK brooksbank1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C. CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com rsmith@sheacarlyon.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com

JANET I. CHUBB tbw@jonesvargas.com

JEFFREY A. COOGAN Jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D. COPE cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM bankruptcy@rocgd.com

LAUREL B. DAVIS bklsclv@lionelsawyer.com, ldavisesq@aol.com, ldavis@lionelsawyer.com, gbagley@lionelsawyer.com

1  THOMAS H. FELL bankruptcynotices@gordonsilver.com

2  SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,
3  ccfvegas@halelane.com

4  GREGORY E. GARMAN bankruptcynotices@gordonsilver.com

5  GERALD E. GORDON bankruptcynotices@gordonsilver.com

6  TALITHA B. GRAY bankruptcynotices@gordonsilver.com

7  MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

8  EDWARD J. HANIGAN haniganlaw@earthlink.net, haniganlaw1@earthlink.net

9  XANNA R. HARDMAN xanna.hardman@gmail.com

10  STEPHEN R. HARRIS noticesbh&p@renolaw.biz

11  CHRISTOPHER D. JAIME cjaime@waltherkey.com, kbernhar@walterkey.com

12  EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

13  ROBERT R. KINAS rkinas@swlaw.com, jstrand@swlaw.com, jlistig@swlaw.com,
    lholding@swlaw.com, imccord@swlaw.com

14  NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com, bankruptcy@klnevada.com

15  ROBERT C. LEPOME Robert@robertlepome.com, susan@robertlepome.com

16  REGINA M MCCONNELL rmcconnell@kssattorneys.com

17  WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com

18  RICHARD MCKNIGHT, mckinghtlaw@cox.net, gkopang@lawlasvegas.com,
19  cburke@lawlasvegas.com,sforemaster@lawlawvegas.com

20  JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

21  SHAWN W. MILLER ltreadway@sheacarlyon.com, smiller@sheacarlyon.com,
    bankruptcyfilings@sheacarlyon.com, rsmith@sheacarlyon.com, abochmer@sheacarlyon.com

22  DAVID MINCIN mcknightlaw@cox.net, gkopang@lawlasvegas.com,
23  dmincin@lawlasvegas.com, cburke@lawlasvegas.com, sforemaster@lawlasvegas.com

24  JOHN F. MURTHA jmurtha@woodburnandwedge.com

25  DONNA M. OSBORN jinouye@marquisaurbach.com, dosborn@marquisaurbach.com,
    tszostek@marquisaurbach.com, jcrowe@marquisaurbach.com, kgallegos@marquisaurbach.com

26  DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

27  PAUL C. RAY info@johnpeterlee.com

28

1. SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com
2. LENARD E. SCHWARTZER bkfilings@s-mlaw.com
3. SHLOMO SHERMAN ssherman@sheacarlyon.com, abochmer@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com, mmallet@sheacarlyon.com, rsmith@sheacarlyon.com
5. JEFFREY SLOANE giklepel@yahoo.com, rmcconnell@kssattorneys.com
6. PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com
7. CARYN S. TUSSELING cst@beesleyandpeck.com, aha@beesleyandpeck.com
8. U.S. TRUSTEE – LV – 11 USTPRegion17.lv.ecf@usdoj.gov
9. JOAN C. WRIGTH jwright@allisonmackenzie.com j!brooks@allisonmackenzie.com
10. MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

By the ECF System on the 15 day of August, 2006 and to the following by regular mail on the 15 day of August, 2006.

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV  89423

JOSHUA D. BRYSK
LAW OFFICES OF JAMES G. SCHWARTZ
7901 STONERIDGE DRIVE, STE. 401
PLEASANTON, CA  94588

ANNETTE W. JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT  84145

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL  60015

DOUGLAS M. MONSON
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT  84145

ERVEN T. NELSON
6060 W. ELTON AVE., STE. A
LAS VEGAS, NV  89107

NICHOLAS J. SANTORO
GREGORY J. WALCH
400 W. FOURTH STREET, 3RD FL.
LAS VEGAS, NV  89101

1  MICHAEL M. SCHMAHL
   MCGUIREWOODS OOP
2  77 W. WACKER DR, STE. 4100
   CHICAGO, IL 60601
3

4  SCHWARTZER & MCPHERSON LAW FIRM
   2850 S. JONES BLVD., #1
5  LAS VEGAS, NV 89146

6  PATRICIA K. SMOOTS
   318 N. GROVE
7  OAK PARK, IL 60302

8  BRADLEY K. STEVENS
   3300 N. CENTRAL AVE. #1800
9  PHOENIX, AZ 85012

10 THOMAS W. STILLEY
   1000 SW BROADWAY #1400
11 PORTLAND, OR 97205

12 STEVEN C. STRONG
   POB 45385
13 36 SOUTH STATE STREET, #1400
   SALT LAKE CITY, UT 84145
14
   WILLIAM WINFIELD
15 POB 9100
   OXNARD, CA 93031
16
   MARJON E. WYNNE
17 WILKINS, BANKESTER, BILES & WYNNE
   PO BOX 1367
18 RAIRHOPE, AL 36533-1367

19

20  _K. Lawrence_

21  Employee of Parsons Behle & Latimer