| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>Telephone: (801) 532-1500<br>Facsimile: (801) 532-7543<br>Email: ajarvis@rqn.com<br><br>and<br><br>Lenard E. Schwartzer<br>Nevada Bar No. 0399<br>Jeanette E. McPherson<br>Nevada Bar No. 5423<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada  89146-5308<br>Telephone:  (702) 228-7590<br>Facsimile:  (702) 892-0122<br>E-Mail:  bkfilings@s-mlaw.com<br>Attorneys for Debtors and Debtors-in-Possession | **E-FILED ON AUGUST 15, 2006** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                              Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                              Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                              Debtor. | **CERTIFICATE OF SERVICE OF MOTION TO REJECT PERSONAL PROPERTY LEASES [AFFECTS USA COMMERCIAL MORTGAGE] AND NOTICE OF HEARING ON MOTION TO REJECT PERSONAL PROPERTY LEASES [AFFECTS USA COMMERCIAL MORTGAGE]** |
| In re:<br>USA SECURITIES, LLC,<br>                                                              Debtor. | |
| Affects:<br>☐  All Debtors<br>☒  USA Commercial Mortgage Company<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA Capital First Trust Deed Fund, LLC<br>☐  USA Securities, LLC | Date:   September 28, 2006<br>Time:   9:30 a.m.<br>Place:  Courtroom 1<br>            Foley Federal Building<br>            300 Las Vegas Blvd. South |

COM 081506                                                        - 1 –

1.  On August 14, 2006 I served the following document(s):

    a. **MOTION TO REJECT PERSONAL PROPERTY LEASES [AFFECTS USA COMMERCIAL MORTGAGE]**

    b. **NOTICE OF HEARING ON MOTION TO REJECT PERSONAL PROPERTY LEASES [AFFECTS USA COMMERCIAL MORTGAGE]**

2.  I served the above-named document(s) by the following means to the persons as listed below:

☐    a.    **By ECF System**:

☒    b.    **By United States mail, postage fully prepaid**:

SEE ATTACHED MAILING MATRIX

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on:     August 15, 2006

LIA DORSEY                                            */s/*     LIA DORSEY
(Name of Declarant)                             (Signature of Declarant)

COM 081506                             - 2 –

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | |
|---|---|---|
| TECHNOLOGY INVESTMENT PARTNERS<br>3955 PINNACLE COURT<br>SUITE 200<br>AUBURN HILLS, MI 48326 | MARLIN LEASING<br>124 GAITHER DRIVE, SUITE 170<br>MOUNT LAUREL, NJ 08054 | TOSHIBA FINANCIAL SERVICES<br>201 W. BIG BEAVER RD., #800<br>TROY, MI 48084 |
| HEWLETT PACKARD<br>420 MOUNTAIN AVE.<br>PO BOX 6<br>MURRAY HILL, NJ 07974 | INFORMATION LEASING CORP.<br>2366 N. GLASSELL, #Q<br>ORANGE, CA 92865 | SUCCESS LEASE<br>210 W. BIG BEAVER ROAD<br>TROY, MI 48084 |
| GE CAPITAL EXPRESS FINANCIAL<br>201 W. BIG BEAVER ROAD<br>TROY, MI 48084 | ABB BUSINESS FINANCE<br>ONE RESEARCH DRIVE<br>WESTBORO, MA 01581 | CAPITAL WORKS, LLC<br>2151 MICHELSON DR., #255<br>IRVINE, CA 92612 |
| BANLEACO<br>2366 N. GLASSELL ST., #Q<br>ORANGE, CA 92665 | BALBOA CAPITAL<br>2010 MAIN ST., 11TH FLOOR<br>IRVINE, CA 92614 | CITICORP VENDOR FINANCE, INC.<br>PO BOX 7247-0322<br>PHILADELPHIA, PA 19170 |
| ASCOM<br>PO BOX 802585<br>CHICAGO, IL 60680 | IMAGE MANAGEMENT<br>PO BOX 9115<br>MACON, GA 31208 | IMAGE MANAGEMENT<br>PO BOX 9115<br>MACON, GA 31208 |
| IMAGE MANAGEMENT<br>PO BOX 9115<br>MACON, GA 31208 | KEY EQUIPMENT FINANCE<br>66 SOUTH PEARL STREET<br>PO BOX 1339<br>ALBANY, NY 12201 | IMAGE MANAGEMENT<br>PO BOX 9115<br>MACON, GA 31208 |
| | | STERLING NATIONAL BANK<br>500 SEVENTH AVENUE<br>11TH FLOOR<br>NEW YORK, NY 10018 |