G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
BENNAIR R. BATEMAN, ESQ.
Nevada Bar No. 9338
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Dr., Suite D-4
Las Vegas, NV 89106
(702) 384-7111
Attorneys for Don Smith, et al

E-Filed on 8/15/06

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor | CASE NO. BK-S-06-10725-LBR<br>CASE NO. BK-S-06-10726-LBR<br>CASE NO. BK-S-06-10727-LBR<br>CASE NO. BK-S-06-10728-LBR<br>CASE NO. BK-S-06-10729-LBR |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | Chapter 11 |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | Jointly Administered Under<br>CASE NO. BK-S-06-10725-LBR |
| In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor | Date: August 16, 2006<br>Time: 9:30 a.m. |
| In Re:<br>USA SECURITIES, LLC,<br>Debtor | |

**JOINDER TO STANDARD PROPERTY DEVELOPMENT'S MOTION FOR RELIEF FROM AUTOMATIC STAY** [Affects USA Commercial Mortgage And USA Capital First Trust Deed Fund]

COMES NOW, Donald J. Smith, Shirley M. Smith, Robert Speckert, Bruce H. Womble, Joanne Womble, Robert Bender, Harriet Bender, William Brogan, Dixie Brogan, named Defendants in movant STANDARD PROPERTY DEVELOPMENT's pending lawsuit in Florida and as parties in interest (hereinafter collectively referred to as "DEFENDANTS"), by and through their attorneys of the firm ALBRIGHT, STODDARD, WARNICK & ALBRIGHT and joins STANDARD PROPERTY DEVELOPMENT's Motion for Relief from Automatic Stay.

///

///

G:\Ben\1joinder don smith.wpd

DEFENDANTS herein desire to have the Court lift the automatic stay, because USA COMMERCIAL MORTGAGE is an essential party to the lawsuit for the purpose that STANDARD PROPERTY has indicated that it intends to add USA CAPITAL, et al as defendants to its pending lawsuit in Florida. DEFENDANTS are direct lenders who used USA CAPITAL, et al as its broker and servicing agent with limited authority. Therefore, USA CAPITAL is a necessary party for proper adjudication of the pending lawsuit in Florida. As a result, if the stay is not lifted at this time, it would necessitate DEFENDANTS bringing an identical motion to lift stay. In the alternative, DEFENDANTS desire to have this honorable Court enjoin the pending lawsuit in Florida and/or transfer the matter under the auspices and control of this Bankruptcy Court.

DATED this 15 day of August, 2006.

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

*Ben Bateman*

G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
BENNAIR R. BATEMAN, ESQ.
Nevada Bar No. 9338
801 S. Rancho Dr, Ste. D-4
Las Vegas, Nevada 89106
(702) 384-7111
Attorneys for Don Smith, et al