**LEWIS AND ROCA LLP LAWYERS**

Efiled on 8/15/06

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>**06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>**06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>**06-10728** | **Response To Motion For Payment Of Proceeds Of Notes Secured By Deeds Of Trust Without Reduction For Netting** |
| **USA Capital First Trust Deed Fund, LLC**<br>**06-10728** | Date:  August 31, 2006<br>Time:  9:30 a.m.<br>**Affecting:**<br>¨ All Cases<br>**or Only:** |
| **USA Securities, LLC**<br>**06-10729**<br>**Debtors.** | ✕ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>✕ USA Capital Diversified Trust Deed Fund, LLC<br>✕ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC |

The Official Unsecured Creditors' Committee for USA Commercial Mortgage Company opposes the Motion for Payment of Proceeds of Notes Secured by Deeds of Trust Without Reduction for Netting [DE 1061] for the reasons stated in the Committee's Response to Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds [DE 995] (substantive and procedural reasons for hold-backs), which

204804.1

**LEWIS AND ROCA LLP**
LAWYERS

was supported by the Declaration of Edward M. Burr [DE 996]; and the Committee's Response to Supplement Brief and Request for Ruling on Issue of Law [DE 867] (procedural flaws in LePome request for an advisory opinion, as this Court has previously recognized), which are incorporated herein by reference.

In addition, the Committee has formally requested the Debtors to commence an adversary proceeding or proceedings to recover prepaid interest as a fraudulent transfer under Bankruptcy Code §§ 544, 548, 550 and applicable state law, or alternatively has authority from the Debtors for the Committee to commence such litigation. Debtors' temporary hold on the funds to enable later offsets is a reasonable and appropriate way to avoid the necessity of multiple, expensive collection proceedings later if the parties do not resolve their disputes over entitlement to the money.[1] Indeed, as the Court heard at one of the early hearings in this case, some [probably most] direct lenders prefer to have entitlement to funds determined before disbursements instead of being sued later in one or another capacity after receiving money from the estate.

Accordingly, the Committee requests that the motion be denied without prejudice at this time.

Dated August 15, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

---

[1] *Citizens Bank of Maryland v. Strumpf*, 516 U.S. 16, 18 (1995).

204804.1