G. MARK ALBRIGHT, ESQ.  
Nevada Bar No. 1394  
BENNAIR R. BATEMAN, ESQ.  
Nevada Bar No. 9338  
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**  
801 South Rancho Dr., Suite D-4  
Las Vegas, NV 89106  
(702) 384-7111  
Attorneys for Don Smith, et al

E-Filed on 8/15/06

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: USA COMMERCIAL MORTGAGE COMPANY, Debtor | CASE NO. BK-S-06-10725-LBR<br>CASE NO. BK-S-06-10726-LBR<br>CASE NO. BK-S-06-10727-LBR<br>CASE NO. BK-S-06-10728-LBR<br>CASE NO. BK-S-06-10729-LBR |
|---|---|
| In Re: USA CAPITAL REALTY ADVISORS, LLC, Debtor | Chapter 11 |
| In Re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor | Jointly Administered Under<br>CASE NO. BK-S-06-10725-LBR |
| In Re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor | Date: August 16, 2006<br>Time: 9:30 a.m. |
| In Re: USA SECURITIES, LLC, Debtor | |

### CERTIFICATE OF MAILING

I hereby certify that I am an employee of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT and that on the _15_ day of August, 2006, I placed a copy of the JOINDER TO STANDARD PROPERTY DEVELOPMENT'S MOTION FOR RELIEF FROM AUTOMATIC STAY, in the above-entitled matter, in the United States Mails, at Las Vegas, Nevada, enclosed in a sealed envelope with postage fully prepaid thereon, via first class mail, addressed to the following:

| Annette W. Jarvis, Esq.<br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>P. O. Box 45385<br>Salt Lake City, UT 84145 | Douglass M. Monson, Esq.<br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>P. O. Box 45385<br>Salt Lake City, UT 84145 |
|---|---|

G:\Ben\Certificate of Mailing-Joinder.wpd

| | |
|---|---|
| Steven C. Strong, Esq.<br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>P. O. Box 45385<br>Salt Lake City, UT 84145 | Lenard E. Schwartzer<br>Jeanette E. McPherson<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, NV 89145 |
| Thomas J. Allison<br>4484 South Pecos Road<br>Las Vegas, NV 89121 | Office of the U.S. Trustee<br>600 Las Vegas Boulevard, South, Suite 4300<br>Las Vegas, NV 89101 |
| Kummer, Kaempfer, Bonner & Renshaw<br>3800 Howard Hughes Pkwy, 7th Floor<br>Las Vegas, NV 89109 | Intershow<br>The Githler Center<br>1258 North Palm Avenue<br>Sarasota, FL 34236 |
| James Hull<br>c/o Signature Financial<br>2601 Airport Drive, #970<br>Torrance, CA 90505 | George Gorman<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 |
| R. Hagmaler<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | Rob Charles<br>Susan M. Freeman<br>Lewis and Roca, LLP<br>3993 Howard Hughes Pkwy, 6th Floor<br>Las Vegas, NV 89109 |
| Dell Bunch<br>1909 Red Robin Court<br>Las Vegas, NV 89134 | Advanced Information Systems<br>c/o Michael T. Yoder<br>4270 Cameron Street, Suite #1<br>Las Vegas, NV 89103 |
| Russell ad Development Group, LLC<br>P. O. Box 28216<br>Scottsdale, AZ 85255 | Robert A. Russell<br>8585 East Hartford Drive, Suite 500<br>Scottsdale, AZ 85255 |
| Annee Nounna<br>8057 Lands End Court<br>Las Vegas, NV 89117 | Robert L. Hagmaler<br>15254 Candlewood Court<br>Lake Oswego, OR 97035 |
| Frank A. Merola, Esq.<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | Eve H. Karaslk, Esq.<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 |
| Christine M. Pajak<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | James Patrick Shea<br>Shea & Carlyon, Ltd.<br>233 South Fourth Street, 2nd Floor<br>Las Vegas, NV 89101 |
| Candace C. Carlyon<br>Shea & Carlyon, Ltd.<br>233 South Fourth Street, 2nd Floor<br>Las Vegas, NV 89101 | Shawn W. Miller<br>Shea & Carlyon, Ltd.<br>233 South Fourth Street, 2nd Floor<br>Las Vegas, NV 89101 |

| | |
|---|---|
| Shlomo S. Sherman<br>Shea & Carlyon, Ltd.<br>233 South Fourth Street, 2nd Floor<br>Las Vegas, NV 89101 | Robert E. Taylor<br>1535 Flynn Road<br>Camarillo, CA 93012 |
| Robert E. Taylor<br>c/o Chuck Heinrichs<br>198 El Pajaro<br>Newbury Park, CA 91820 | John Warner, Jr., IRA<br>c/o First Savings Bank<br>2605 East Flamingo Road<br>Las Vegas, NV 89121 |
| John H. Warner, Jr.<br>2048 North Chettro Trail<br>St. George, UT 84770 | Mary E. And Matthew J. Moro<br>1009 8th Street<br>Manhattan Beach, CA 90266 |
| Richard G. Woudstra Revocable Trust<br>Richard G. Woudstra, TTEE<br>P. O. Box 530025<br>Henderson, NV 89053 | Wen Baldwin Separate Property Trust<br>365 Dooley Drive<br>Henderson, NV 89015 |
| John Goings<br>P. O. Box 174<br>Masonville, CO 80541 | Marc A. Levinson<br>Lynn Trinka Bruce<br>Orrick, Herrington & Sutcliffe, LLP<br>400 Capital Mall, Suite 300D<br>Sacramento, CA 95814 |
| Bob L. Olson<br>Anne M. Loraditch<br>Beckley Singleton, Chtd.<br>530 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Robet G. Worthen<br>1112 Worthen Circle<br>Las Vegas, NV 89145 |
| Katz 2000 Separate Property Trust<br>Sara M. Katz, Managing Trustee<br>4250 Executive Square, #670<br>San Diego, CA 92037 | Thomas C. Lawyer Family Trust<br>45 Ventana Canyon Drive<br>Las Vegas, NV 89113 |
| Jerry T. McGimsey<br>3115 South El Camino Road<br>Las Vegas, NV 89146 | Charles O. Nichols and Flora A. Nichols<br>2561 Seascape Drive<br>Las Vegas, NV 89128 |
| Robert Hardy<br>6510 Ansonia Court<br>Las Vegas, NV 89118 | Gerald M. Gordon<br>Gregory E. Carman<br>Gordon & Silver, Ltd.<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89109 |
| Talitha B. Gray<br>Matthew C. Zirzow<br>Gordon & Silver<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89109 | Fertitta Enterprises, Inc.<br>2960 W. Sahara Venue, Suite 20D<br>Las Vegas, NV 89102 |
| William J. Bullard<br>Fertitta Enerprises, Inc.<br>P. O. Box 27555<br>Las Vegas, NV 89126 | Helms Homes, LLC<br>c/o Terry Helms<br>809 Upland Blvd.<br>Las Vegas, NV 89107 |

| | |
|---|---|
| Terry Helms Living Trust<br>809 Upland Blvd.<br>Las Vegas, NV 89107 | Dennis Flier, Inc.<br>Defined Benefit Trust<br>20155 Porto Vita Way, #1803<br>Aventura, FL 33180 |
| Arthur Polacheck and Glorianne Polacheck<br>2056 Woodlake Circle<br>Deerfield Beach, FL 33442 | James W. McCollum & Pamela P. McCollum<br>1011 F. Avenue<br>Coronado, CA 92118 |
| Homefield II, LLC<br>777 South Federal Highway<br>Suite N-409<br>Pompano Beach, FL 33062 | Homefield II, LLC<br>c/o Edward W. Homefield<br>858 Bishop Road<br>Grosse Point Park, MI 48230 |
| Nevada Mortgage Lending Division<br>Attn: Susan Eckhardt<br>3075 East Flamingo, #100<br>Las Vegas, NV 89121 | U. S. Securities and Exchange Commission<br>Attn: Sandra W. Lavigna<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036 |
| Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K. Street, N.W.<br>Washington, DC 20005 | Department of Employment Training<br>Employment Securities Division<br>Contributions Section<br>500 East Third Street<br>Carson City, NV 89718 |
| DMV and Public Safety Records Section<br>555 Wright Way<br>Carson City, NV 89711 | Employers Insurance Co. Of NV<br>Attn: Bankruptcy Desk<br>9790 Gateway Drive<br>Reno, NV 89521 |
| NV Department of Taxation<br>Bankruptcy Division<br>555 East Washington, #1300<br>Las Vegas, NV 89101 | Internal Revenue Service<br>Attn: Bankruptcy Desk<br>Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89106 |
| Secretary of State<br>State of Nevada<br>202 North Carson Street<br>Carson City, NV 89701 | NV Department of Taxation<br>Revenue Division<br>Capital Complex<br>Carson City, NV 89710 |
| Office of Labor Commissioner<br>555 East Washington Avenue, Suite 4100<br>Las Vegas, NV 89101 | Daniel G. Bogden<br>Carlos A. Gonzalez<br>Office of the U.S. Attorney<br>District of Nevada<br>333 Las Vegas Blvd. So., #5000<br>Las Vegas, NV 89155 |
| U. S. Department of Justice<br>Tax Division - Western Region<br>P. O. Box 683 - Ben Franklin Station<br>Washington, DC 20044 | District Counsel<br>Internal Revenue Service<br>110 City Parkway<br>Las Vegas, NV 89106 |
| Internal Revenue Service<br>Ogden, UT 84201 | FHA/HUD<br>District Office<br>300 South Las Vegas Blvd. Suite 2900<br>Las Vegas, NV 89155 |

| | |
|---|---|
| Dept of Veterans Affairs<br>Loan Service and Claims<br>3225 North Central<br>Phoenix, AZ 85012 | Clark County Treasurer<br>c/o Bankruptcy Clerk<br>P. O. Box 551220<br>Las Vegas, NV 89155 |
| Clark County Assessor<br>c/o Bankruptcy Clerk<br>P. O. Box 551401<br>Las Vegas, NV 89155 | Don Tomlin<br>c/o David W. Mounder<br>15316 Sky High Road<br>Escondido, CA 92025 |
| Maryetta Bowman<br>534 Enchanted Lakes Drive<br>Henderson, NV 89052 | Edward W. Homefield<br>Homefield II, LLC<br>777 South Federal Highway, Suite N-409<br>Pompano Beach, FL 33062 |
| Richard McKnight, Esq.<br>Law Offices of Richard McKnight<br>330 South Third street, #900<br>Las Vegas, NV 89101 | RJ Rocco<br>12617 Cottageville Lane<br>Keller, TX 76248 |
| Margie Gandolfo<br>1724 Arrow Wood Drive<br>Reno, NV 89521 | Janny Catharina Brouwer<br>2533 Kinnard Avenue<br>Henderson, NV 89074 |
| Robert R. Kinas, Esq.<br>Jennifer L. McBee<br>Snell & Wilmer, LLP<br>3800 Howard Hughes Parkway, #1000<br>Las Vegas, NV 89109 | Michael R. Shuler<br>c/o Jay R. Eaton<br>Eaton & O'Leary, PLLC<br>115 Grove Avenue<br>Prescott, AZ 86301 |
| Kermit Kruse<br>2710 Albany Avenue<br>Davis, CA 95616 | Kelly J. Brinkman, Esq.<br>Goold, Patterson, Alex & Day<br>4496 South Pecos Road<br>Las Vegas, NV 89121 |
| Janet L. Chubb, Esq.<br>Jones Vargas<br>100 West Liberty Street, 12th Floor<br>P. O. Box 281<br>Reno, NV 89504 | Martin B. Weiss, Esq.<br>The Garrett Group, LLC<br>One Better World Circle, Suite 800<br>Temecula, CA 92590 |
| Vince Danelian<br>P. O. Box 97782<br>Las Vegas, NV 89193 | William l. McGimsey, Esq.<br>601 East Charleston Blvd.<br>Las Vegas, NV 89104 |
| Paul & Donna Jacques<br>810 SE 7th Street, A103<br>Deerfield Beach, FL 33441 | Peter Bolino<br>17412 Serene Drive<br>Morgan Hill, CA 95037 |
| Sean Najarian, Esq.<br>The Najarian Law Firm<br>283 S. Lake Avenue, Suite 205<br>Pasadena, CA 91101 | Scott D. Gleming<br>Hale Lane Peek Dennison and Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89109 |

G:\Ben\Certificate of Mailing-Joinder.wpd

| | |
|---|---|
| Goldsmith & Guymon, P.C.<br>Attn: Marjorie A. Guymon<br>2055 North Village Center Circle<br>Las Vegas, NV 89134 | Joseph Huggins<br>Huggins & Associates<br>1000 North green Valley Parkway,<br>Suite 440-2<br>Henderson, NV 89014 |
| Russell S. Walker<br>Elizabeth R. Loveridge<br>Reid W. Lamber<br>Woodbury & Kesler, P.C.<br>265 East 100 South, Suite 300<br>Salt Lake City, UT 84111 | |
| Nils Leatham<br>James B. Macrobble<br>Kolesar & Leatham, Chtd<br>3320 West Sahara Avenue, Suite 380<br>Pasadena, CA 91101 | Laurel B. David<br>Lionel Sawyer & Collins<br>4700 Bank of American Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101 |
| Gilbert B. Weisman<br>Becket and Lee LLP<br>P. O. Box 3001<br>Malvern, PA 19355 | Caryn S. Tijsseling<br>Beesley, Peck & Matteoni, Ltd.<br>5011 Meadowood Mall Way, #300<br>Reno, NV 89502 |
| Nicholas J. Santoro<br>400 South Fourth Street, 3rd Floor<br>Las Vegas, NV 89101 | Jed A. Hart<br>Angelo, Gordon & Col,<br>245 Park Avenue, 26th Floor<br>New York, NY 10167 |
| Bradley J. Stevens<br>Jennings, Strouss & Salmon, PLC<br>The Collier Center, 11th Floor<br>201 E. Washington Street<br>Phoenix, AZ 85004 | Cici Cunningham<br>James A. Kohl<br>Christine Robert<br>Rawlings, Olson, Cannon, et al<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 |
| Thomas R. Stilley<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205 | Franklin C. Adams<br>Best Best & Krieger LLP<br>3750 University Avenue<br>P. O. Box 1028<br>Riverside, CA 92502 |
| Jeffrey G. Sloane<br>Regina M. McConnell<br>Kravitz, Schnitzer, Sloane, Johnson, et al.<br>1389 Galleria Drive, Suite 200<br>Henderson, NV 89014 | Kevin B. Christensen<br>Xanna R. Hardman<br>Evan James<br>7440 West Sahara Avenue<br>Las Vegas, NV 89117 |
| Richard Mason<br>Patricia K. Smoots<br>Michael M. Schmahl<br>McGuire Woods, LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601 | Donald T. Polednak<br>Jeffrey R. Sylvester<br>Sylvester & Polednak, Ltd<br>7371 Prairie Falcon, Suite 120<br>Las Vegas, NV 89702 |

G:\Ben\Certificate of Mailing-Joinder.wpd        Page 6 of 8

| | | |
|---|---|---|
| 1<br>2<br>3 | Peter Susi<br>Jay L. Michaelson<br>Michaelson, Susi & Michaelson<br>Seven West Figueroa Street, 2nd Floor<br>Santa Barbara, CA 93101 | Joan C. Wright<br>Allison, MacKenzie, Russell, Pavlakis, et al<br>402 North Division Street<br>P. O. Box 646<br>Carson City, NV 89702 |
| 4<br>5 | Bay Communities<br>c/o Chris McKinney<br>4800 North Federal Highway, Suite A205<br>Boca Raton, FL 33431 | Erven T. Nelson<br>Bolick & Boyer<br>6060 W. Elton Avenue, Suite A<br>Las Vegas, NV 89107 |
| 6<br>7<br>8<br>9 | Matthew Q. Callister<br>Callister & Reynolds<br>823 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Andrew Welcher<br>c/o Nordman Company Hair & Compton LLP<br>Attn: William B. Winfield, Esq.<br>10000 Town Center Drive, 6th Floor<br>P. O. Box 9100<br>Oxnard, CA 93031 |
| 10<br>11<br>12 | Robert Verchota, General Partner<br>R&N Real Estate Investments, LP<br>c/o Jeffrey A. Cogan<br>3990 Vegas Drive<br>Las Vegas, NV 89108 | Law Offices of James G. Schwartz<br>Joshua D. Brysk, Esq.<br>7901 Stoneridge Drive, Suite 401<br>Pleasanton, CA 94588 |
| 13<br>14 | Scott K. Canepa<br>Canepa, Riedy & Rubino<br>851 S. Rampart Blvd., #160<br>Las Vegas, NV 89145 | John F. Murtha<br>Woodburn & Wedge<br>6100 Nell Road, Suite 500<br>P. O. Box 2311 |
| 15<br>16<br>17<br>18 | Howard Connell<br>1001 Jennis Silver Street<br>Las Vegas, NV 89145 | Susan Williams Scann<br>Paul R. Connaghan<br>Deaner Deaner Scann Malan & Larsen<br>Attorneys for Franklin/<br>Stratford Investment, LLC<br>720 South Fourth Street, Suite 300<br>Las Vegas, NV 89101 |
| 19<br>20 | William D. Cope<br>Cope & Guerra<br>595 Humboldt Street<br>Reno, NV 89509 | Thomas & Stilley<br>Sussman Shank, LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205 |
| 21<br>22<br>23 | Thomas R. Brooksbank<br>Brooksbank & Associates<br>689 Sierra Rose Drive, Suite A-2<br>Reno, NV 89511 | Russell James Zurado<br>1296 High Forest Avenue<br>Las Vegas, NV 89123 |
| 24<br>25 | John Peter Lee, Esq.<br>John Peter Lee Ltd.<br>830 Las Vegas Blvd South<br>Las Vegas, NV 89101 | Stephen R. Harris<br>Belding Harris & Petroni, Ltd<br>417 West Plumb Lane<br>Reno, NV 89509 |
| 26<br>27 | BMC Group, Inc.<br>1330 East Franklin Avenue<br>El Segundo, CA 90245 | Jerrold T. Martin<br>8423 Paso Robles<br>Northridge, CA 91325 |

28

G:\Ben\Certificate of Mailing-Joinder.wpd        Page 7 of 8

| Wade B. Gochnour<br>Aryn M. Fitzwater<br>Haney Woloson & Mullins<br>1117 South Rancho Drive<br>Las Vegas, NV 89102 | Jonathan L. Mills<br>Sugar, Friedberg & Felsenthal LlP<br>30 North LaSalle Street, Suite 3000<br>Chicago, IL 60602 |
|---|---|
|  |  |
|  |  |
|  |  |

*Elizabeth Stessel* (signature)

An employee of ALBRIGHT, STODDARD,
WARNICK & ALBRIGHT

G:\Ben\Certificate of Mailing-Joinder.wpd