Christopher D. Jaime, Esq., # 4640                    E-filed on: August 16, 2006
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
(775) 827-2000 (phone)
(775-827-2185 (fax)
e-mail: cjaime@mclrenolaw.com

Attorneys for Dr. James & Tracy Murphy,
Trustees of The Murphy Family Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Jointly Administered |
| | ) Chapter 11 Cases |
| USA Commercial Mortgage Company | ) Judge Linda B. Riegle Presiding |
|     06-10725 – Lead Case | ) |
| | ) Date:      N/A |
| USA Capital Realty Advisors, LLC | ) Time:      N/A |
|     06-10726 | ) |
| | ) **Affecting:** |
| USA Capital Diversified Trust Deed Fund, LLC | ) ☐ All Cases |
|     06-10727 | ) **or Only:** |
| | ) ☒ USA Commercial Mortgage Company |
| USA Capital First Trust Deed Fund, LLC | ) ☐ USA Capital Realty Advisors, LLC |
|     06-10728 | ) ☐ USA Capital Diversified Trust Deed Fund, |
| | )    LLC |
| USA Securities, LLC | ) ☐ USA Capital First Trust Deed Fund, LLC |
|     06-10729      Debtors. | ) ☐ USA Securities, LLC |
| | ) |

## CERTIFICATE OF SERVICE

    1.     On August 15, 2006 I served three Proofs of Claim which were filed on behalf of

Dr. James & Tracy Murphy, Trustees of The Murphy Family Trust: Proof of Claim (Cabernet),

Claim No. 99, Proof of Claim (Elizabeth May), Claim No. 100, and Proof of Claim (Palm Harbor

AUPIN, COX & LEGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

One), Claim No. 101.

      2.     The above-named documents were served on counsel for debtors Jeannete E. McPherson and Lenard E. Schwartzer through the ECF System, which e-mailed a copy of each claim to Ms. McPherson and Mr. Schwartzer after the claims were filed (bkfilings@s-mlaw.com).

      3.     On August 16, 2006, I served the above-named documents on co-counsel for debtors, Annette W. Jarvis, by United States mail, postage fully prepaid, addressed to Ms. Jarvis at P.O. Box 45385, 36 South Lake Street, #1400, Salt Lake City, UT 84145-0385.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: August 16, 2006

                            *Karen Bernhardt*

Karen Bernhardt, Employee of
Maupin, Cox & LeGoy

AUPIN, COX & LeGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

J:\wpdata\CDJ\USA Capital\cert.service.murphy.poc.wpd    2