Christopher D. Jaime, Esq., # 4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
(775) 827-2000 (phone)
(775-827-2185 (fax)
e-mail: cjaime@mclrenolaw.com

E-filed on August 16, 2006

Attorneys for Peter M. DiGrazia DMD PSP

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | ) Jointly Administered |
| --- | --- |
|  | ) Chapter 11 Cases |
| USA Commercial Mortgage Company | ) Judge Linda B. Riegle Presiding |
| 06-10725 – Lead Case | ) |
|  | ) Date:    N/A |
| USA Capital Realty Advisors, LLC | ) Time:    N/A |
| 06-10726 | ) |
|  | ) **Affecting:** |
| USA Capital Diversified Trust Deed Fund, LLC | ) ☐ All Cases |
| 06-10727 | ) **or Only:** |
|  | ) ☒ USA Commercial Mortgage Company |
| USA Capital First Trust Deed Fund, LLC | ) ☐ USA Capital Realty Advisors, LLC |
| 06-10728 | ) ☐ USA Capital Diversified Trust Deed Fund, |
|  | )     LLC |
| USA Securities, LLC | ) ☐ USA Capital First Trust Deed Fund, LLC |
| 06-10729             Debtors. | ) ☐ USA Securities, LLC |
|  | ) |

## CERTIFICATE OF SERVICE

1.  On August 15, 2006 I served a Proof of Claim which was filed on behalf of Peter M. DiGrazia DMD PSP, Claim No. 102.

2.  The above-named document was served on counsel for debtors Jeannete E. McPherson and Lenard E. Schwartzer through the ECF System, which e-mailed a copy of the

MAUPIN, COX & LEGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

J:\wpdata\CDJ\USA Capital\cert.service.digrazia.poc.cm.wpd    1

claim to Ms. McPherson and Mr. Schwartzer after the claim was filed (bkfilings@s-mlaw.com).

3. On August 16, 2006, I served the above-named document on co-counsel for debtors, Annette W. Jarvis, by United States mail, postage fully prepaid, addressed to Ms. Jarvis at P.O. Box 45385, 36 South Lake Street, #1400, Salt Lake City, UT 84145-0385.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: August 16, 2006

*Karen Bernhardt*
Karen Bernhardt, Employee of
Maupin, Cox & LeGoy

AUPIN, COX & LEGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

J:\wpdata\CDJ\USA Capital\cert.service.digrazia.poc.cm.wpd   2