Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666; Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

and

Richard J. Mason, PC
Patricia K. Smoots
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100; Facsimile: (312) 849-3690
rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com

*Admitted Pro Hac Vice*

E-FILED ON 8/18/06

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **NOTICE OF CONTINUING LIMITED OBJECTION OF THE KANTOR GROUP TO DEBTORS' MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY-COURSE RELEASES AND DISTRIBUTE PROCEEDS** |
| Affects:<br>  All Debtors<br>  USA Commercial Mortgage Company<br>  USA Securities, LLC<br>  USA Capital Realty Advisors, LLC<br>  USA Capital Diversified Trust Deed Fund, LLC<br>  USA First Trust Deed Fund, LLC | Date: August 31, 2006<br>Time: 9:30 A.M. |