Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666; Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

and

Richard J. Mason, PC
Patricia K. Smoots
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100; Facsimile: (312) 849-3690
rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com

*Admitted Pro Hac Vice*

E-FILED ON 8/18/06

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>　　　　　　Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>　　　　　　Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　Debtor.<br>Affects:<br>　**X**　All Debtors<br>　___　USA Commercial Mortgage Company<br>　___　USA Capital Realty Advisors, LLC<br>　___　USA Capital Diversified Trust Deed Fund, LLC<br>　___　USA Capital First Trust Deed Fund, LLC<br>　___　USA Securities, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR**<br><br>**OPPOSITION OF THE KANTOR GROUP TO MOTION FOR PAYMENT OF PROCEEDS OF NOTES SECURED BY DEEDS OF TRUST WITHOUT REDUCTION FOR NETTING [Docket No. 1080]**<br><br>Date: August 31, 2006<br><br>Time: 9:30 A.M. |

**OPPOSITION OF THE KANTOR GROUP TO MOTION FOR PAYMENT OF PROCEEDS OF NOTES SECURED BY DEEDS OF TRUST WITHOUT REDUCTION FOR NETTING**

Dr. Gary Kantor, personally and as the trustee of the Kantor Nephrology Consultants, Ltd. 401(k) Profit Sharing Plan, and Mrs. Lynn Kantor (f/k/a Lynn Maguire), personally and on behalf of the Lynn Kantor IRA (collectively, the "Kantor Group"), hereby submits this limited objection to the Motion for Payment of Proceeds of Notes Secured By Deeds of Trust Without Reduction for Netting (the "Motion") [**Docket No. 1080**] filed by Robert C. LePome, Esq. and Nancy Allf, Esq. on behalf of a number of claimed direct lenders (collectively the "Moving Parties"), and asserts that the Court should defer ruling on the Motion to a later date, and, in support thereof, respectfully states as follows:

1. In the Motion, the Moving Parties are seeking the immediate distribution to them of money USA Commercial Mortgage Company ("USA") is withholding from interim distributions as described in the Debtors' Motion to Distribute Funds and To Grant Ordinary-Course Releases and Distribute Proceeds [**Docket No. 847**] and further clarified by the statements on the record at the hearing in these cases on August 4, 2006 (the "August 4th Hearing").

2. To date, the Debtors only recently issued account statements to direct lenders and members of the USA First Trust Deed Fund, LLC and the USA Capital Diversified Trust Deed Fund, LLC; many parties are currently in the process of analyzing their investments and the circumstances related to any distributions withheld by USA; and the Debtors have yet to propose chapter 11 plans.

3. Moreover, as clarified at the August 4th Hearing, the rights of the Moving Parties (and any other party) to any distributions withheld by USA have been preserved.

4. Under these circumstances, the issues related to any parties' ultimate rights to the withheld distributions should not be resolved at the present time.

5. Additionally, the Moving Parties can not, pursuant to Rule 7001 of the Federal Rules of Bankruptcy Procedure, obtain the relief they are seeking in the context of a motion.

6. The members of the Kantor Group reserve all of their rights to take a substantive position on the issues raised in the Motion at a later time.

/ / /

1  WHEREFORE, the members of the Kantor Group respectfully request that the Court deny the
2  Motion without prejudice and grant such other and further relief as the Court determines is just or
3  appropriate.
4  DATED this 18th day of August, 2006.
5  Respectfully submitted,

/s/ Regina M. McConnell, Esq.
Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666; Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

and

Richard J. Mason, PC
Patricia K. Smoots
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100; Facsimile: (312) 849-3690
rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com

*Admitted Pro Hac Vice*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | 1.   We filed the following document on August 18, 2006: |
| 3 | **OPPOSITION OF THE KANTOR GROUP TO MOTION FOR PAYMENT OF PROCEEDS OF NOTES SECURED BY DEEDS OF TRUST WITHOUT REDUCTION FOR NETTING [Docket No. 1080]** |
| 5 | 2.   I served the above-named document by the following means to the persons as listed below: |
| 6 | a.   ECF System via email to the following: |

FRANKLIN C. ADAMS   franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF   nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

BMC GROUP, INC.   evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN   kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK   brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER   mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith!@sheacarlyon.com

ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN   yvette@ccfirm.com

KEVIN B. CHRISTENSEN   kbchrislaw@aol.com,

JANET L. CHUBB   tbw@jonesvargas.com

JEFFREY A. COGAN   jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE   cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM   bankruptcy@rocgd.com

LAUREL E. DAVIS   bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)   tfette@daca4.com

THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM

| | |
|---|---|
| 1 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com |
| 2 | |
| 3 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 4 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 5 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 6 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 7 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 8 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 9 | EDWARD J. HANIGAN !    haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 10 | XANNA R. HARDMAN    xanna.hardman@gmail.com, |
| 11 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 12 | BRIGID M. HIGGINS    noticesbh&p@renolaw.biz |
| 13 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 14 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 15 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 16 | ANNETTE W JARVIS    , |
| 17 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 18 | ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw!.com;jlustig@swlaw.com;chaines@swlaw.com;jmccord@swlaw.com |
| 19 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 20 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 21 | |
| 22 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 23 | ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com |
| 24 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com |
| 25 | |
| 26 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com, |
| 27 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com, |
| 28 | |

Page 5 of 9

| | |
|---|---|
| 1 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 2 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com |
| 3 | |
| 4 | SHAWN W. MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 5 | |
| 6 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 7 | |
| 8 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 9 | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com |
| 10 | BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 11 | DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 12 | |
| 13 | DONALD T. POLEDNAK    san! dplegal@yahoo.com, spbankruptcy@yahoo.com |
| 14 | PAUL C RAY    info@johnpeterlee.com |
| 15 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |
| 16 | LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |
| 17 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com |
| 18 | |
| 19 | AMBRISH S. SIDHU    ecf@lslawnv.com |
| 20 | JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 21 | DAVID A. STEPHENS    dstephens@lvcm.com |
| 22 | PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |
| 23 | JEFFREY R. SYLVESTER !    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com |
| 24 | |
| 25 | CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com |
| 26 | U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov, |
| 27 | WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 28 | |

1     JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

2     MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

       **b.**     **United States Mail, postage fully prepaid, to the following:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89169

VINCE DANIELIAN
PO BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

R VAUGHN GOURLEY
3636 N RANCHO DR
LAS VEGAS, NV 89130

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

| | |
|---|---|
| 1 | LEE D. MACKSON |
|   | SHUTTS & BOWEN LLP |
| 2 | 1500 MIAMI CENTER |
|   | 201 SOUTH BISCAYNE BOULEVARD |
| 3 | MIAMI, FL 33131 |
| 4 | RICHARD J. MASON |
|   | 130 PINETREE LANE |
| 5 | RIVERWOODS, IL 60015 |
| 6 | BRECK E. MILDE |
|   | 60 SOUTH MARKET ST, SUITE 200 |
| 7 | SAN JOSE, CA 95113 |
| 8 | DOUGLAS M MONSON |
|   | RAY QUINNEY & NEBEKER P.C. |
| 9 | 36 SOUTH STATE STREET |
|   | SUITE 1400 |
| 10 | PO BOX 45385 |
|   | SALT LAKE CITY, UT 84145-0385 |
| 11 | |
|   | J. STEPHEN PEEK |
| 12 | HALE LANE PEEK DENNISON AND HOWARD |
|   | 3930 HOWARD HUGHES PARKWAY |
| 13 | FOURTH FLOOR |
|   | LAS VEGAS, NV 89169 |
| 14 | |
|   | RAY QUINNEY & NEBEKER P.C. |
| 15 | 36 SOUTH STATE STREET, SUITE 1400 |
|   | P.O. BOX 45385 |
| 16 | SALT LAKE CITY, UT 84145 |
| 17 | NICHOLAS J SANTORO |
|   | 400 S FOURTH ST 3RD FLOOR |
| 18 | LAS VEGAS, NV 89101 |
| 19 | MICHAEL M. SCHMAHL |
|   | MCGUIREWOODS LLP |
| 20 | 77 W. WACKER DRIVE, SUITE 4100 |
|   | CHICAGO, IL 60601 |
| 21 | |
|   | JAMES G SCHWARTZ |
| 22 | 7901 STONERIDGE DR #401 |
|   | PLEASANTON, CA 94588 |
| 23 | |
|   | SCHWARTZER & MCPHERSON LAW FIRM |
| 24 | 2850 S. JONES BLVD., #1 |
|   | LAS VEGAS, NV 89146 |
| 25 | |
|   | PATRICIA K. SMOOTS |
| 26 | 318 N GROVE |
|   | OAK PARK, IL 60302 |
| 27 | |
| 28 | |

, OFFICES

| | |
|---|---|
| 1 | BRADLEY J STEVENS |
|  | 3300 N CENTRAL AVE |
| 2 | PHOENIX, AZ 85012 |
| 3 | BRADLEY J STEVENS |
|  | 3300 N CENTRAL AVE #1800 |
| 4 | PHOENIX, AZ 85012 |
| 5 | THOMAS W STILLEY |
|  | 1000 SW BROADWAY #1400 |
| 6 | PORTLAND, OR 97205 |
| 7 | STEVEN C STRONG |
|  | RAY QUINNEY & NEBEKER P.C. |
| 8 | 36 SOUTH STATE STREET |
|  | SUITE 1400 |
| 9 | SALT LAKE CITY, UT 84145-0385 |
| 10 | STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION |
|  | 1901 AVENUE OF THE STARS, 12TH FLR |
| 11 | LOS ANGELES, CA 90067 |
| 12 | GREGORY J WALCH |
|  | 400 S FOURTH ST 3RD FLOOR |
| 13 | LAS VEGAS, NV 89101 |
| 14 | RUSSELL S. WALKER |
|  | 265 EAST 100 SOUTH |
| 15 | SUITE 300 |
|  | SALT LAKE CITY, UT 84111 |
| 16 | |
|  | WILLIAM E WINFIELD |
| 17 | POB 9100 |
|  | OXNARD, CA 93031 |
| 18 | |
|  | MARION E. WYNNE |
| 19 | WILKINS, BANKESTER, BILES & WYNNE, P.A. |
|  | POST OFFICE BOX 1367 |
| 20 | FAIRHOPE, AL 36533-1367 |

21    I declare under penalty of perjury that the foregoing is true and correct.

22    DATED this 18th day of August, 2006.

24                                                    /s/ Joseph McLaughlin
                                                      Joseph McLaughlin, an employee of
25                                                    KRAVITZ, SCHNITZER, SLOANE,
                                                           JOHNSON & EBERHARDY, CHTD.