Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666; Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

and

Richard J. Mason, PC
Patricia K. Smoots
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100; Facsimile: (312) 849-3690
rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com

*Admitted Pro Hac Vice*

E-FILED ON 8/18/06

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>                              Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>                              Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | **NOTICE OF CONTINUING LIMITED OBJECTION OF THE KANTOR GROUP TO DEBTORS' MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY-COURSE RELEASES AND DISTRIBUTE PROCEEDS** |
| Affects:<br>  All Debtors<br>  USA Commercial Mortgage Company<br>  USA Securities, LLC<br>  USA Capital Realty Advisors, LLC<br>  USA Capital Diversified Trust Deed Fund, LLC<br>  USA First Trust Deed Fund, LLC | Date: August 31, 2006<br>Time: 9:30 A.M. |

**NOTICE OF CONTINUING LIMITED OBJECTION OF THE KANTOR GROUP TO DEBTORS' MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY-COURSE RELEASES AND DISTRIBUTE PROCEEDS**

Dr. Gary Kantor, personally and as the trustee of the Kantor Nephrology Consultants, Ltd. 401(k) Profit Sharing Plan, and Mrs. Lynn Kantor (f/k/a Lynn Maguire), personally and on behalf of the Lynn Kantor IRA (collectively, the "Kantor Group"), timely filed a limited objection (the "Limited Objection") [**Docket No. 985**] to the Debtors' Motion to Distribute Funds and To Grant Ordinary-Course Releases and Distribute Proceeds (the "Motion") [**Docket No. 847**]. Portions of the Motion, including the Debtors' request for authority to make additional interim distributions in the future, were continued at the initial hearing on the Motion on August 4, 2006 (the "Initial Hearing"). As stated by the Kantor Group's counsel at the Initial Hearing, the Kantor Group continues to assert its Limited Objection with respect to any additional and/or future interim distributions made by the Debtors.

DATED this 18th day of August, 2006.

Respectfully submitted,

    /s/ Regina M. McConnell, Esq.
Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666; Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

and

Richard J. Mason, PC
Patricia K. Smoots
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100; Facsimile: (312) 849-3690
rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com

*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

1. We filed the following document on August 18, 2006:

   **NOTICE OF CONTINUING LIMITED OBJECTION OF THE KANTOR GROUP TO DEBTORS' MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY-COURSE RELEASES AND DISTRIBUTE PROCEEDS**

2. I served the above-named document by the following means to the persons as listed below:

   a. **ECF System via email to the following:**

   FRANKLIN C. ADAMS   franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

   NANCY L ALLF   nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

   BMC GROUP, INC.   evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

   KELLY J. BRINKMAN   kbrinkman@gooldpatterson.com,

   THOMAS R BROOKSBANK   brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

   MATTHEW Q. CALLISTER   mqc@callister-reynolds.com, maggie@callister-reynolds.com

   CANDACE C CARLYON   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith!@sheacarlyon.com

   ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com

   MICHAEL W. CHEN   yvette@ccfirm.com

   KEVIN B. CHRISTENSEN   kbchrislaw@aol.com,

   JANET L. CHUBB   tbw@jonesvargas.com

   JEFFREY A. COGAN   jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

   WILLIAM D COPE   cope_guerra@yahoo.com, cope_guerra@yahoo.com

   CICI CUNNINGHAM   bankruptcy@rocgd.com

   LAUREL E. DAVIS   bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

   DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)   tfette@daca4.com

   THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM

| | |
|---|---|
| 1 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com |
| 2 | |
| 3 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 4 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 5 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 6 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 7 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 8 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 9 | EDWARD J. HANIGAN !    haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 10 | XANNA R. HARDMAN    xanna.hardman@gmail.com, |
| 11 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 12 | BRIGID M. HIGGINS    noticesbh&p@renolaw.biz |
| 13 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 14 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 15 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 16 | ANNETTE W JARVIS    , |
| 17 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 18 | ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw!.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com |
| 19 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 20 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 21 | |
| 22 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 23 | ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com |
| 24 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com |
| 25 | |
| 26 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com, |
| 27 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com, |
| 28 | |

| | |
|---|---|
| 1 | RICHARD MCKNIGHT  mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 2 | JEANETTE E. MCPHERSON  bkfilings@s-mlaw.com |
| 3 | SHAWN W. MILLER  bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 4 | DAVID MINCIN  mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 5 | JOHN F MURTHA  jmurtha@woodburnandwedge.com |
| 6 | ERVEN T. NELSON  erv@rlbolick.com, susan@rlbolick.com |
| 7 | BOB L. OLSON  ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 8 | DONNA M. OSBORN  ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 9 | DONALD T. POLEDNAK  san!dplegal@yahoo.com, spbankruptcy@yahoo.com |
| 10 | PAUL C RAY  info@johnpeterlee.com |
| 11 | SUSAN WILLIAMS SCANN  sscann@deanerlaw.com, palexander@deanerlaw.com |
| 12 | LENARD E. SCHWARTZER  bkfilings@s-mlaw.com |
| 13 | SHLOMO S. SHERMAN  ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com |
| 14 | AMBRISH S. SIDHU  ecf@lslawnv.com |
| 15 | JEFFREY G. SLOANE  gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 16 | DAVID A. STEPHENS  dstephens@lvcm.com |
| 17 | PETER SUSI  cheryl@msmlaw.com, msm@msmlaw.com |
| 18 | JEFFREY R. SYLVESTER !  jeff@sylvesterpolednak.com, David@sylvesterpolednak.com |
| 19 | CARYN S. TIJSSELING  cst@beesleymatteoni.com, aha@beesleymatteoni.com |
| 20 | U.S. TRUSTEE - LV - 11  USTPRegion17.lv.ecf@usdoj.gov, |
| 21 | WHITNEY B. WARNICK  wbw@albrightstoddard.com, bstessel@albrightstoddard.com |

| | | |
|---|---|---|
| 1 | JOAN C WRIGHT | jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com |
| 2 | MATTHEW C. ZIRZOW | bankruptcynotices@gordonsilver.com |

      b.    **United States Mail, postage fully prepaid, to the following:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89169

VINCE DANIELIAN
PO BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

R VAUGHN GOURLEY
3636 N RANCHO DR
LAS VEGAS, NV 89130

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

| | |
|---|---|
| 1 | LEE D. MACKSON |
|   | SHUTTS & BOWEN LLP |
| 2 | 1500 MIAMI CENTER |
|   | 201 SOUTH BISCAYNE BOULEVARD |
| 3 | MIAMI, FL 33131 |
| 4 | RICHARD J. MASON |
|   | 130 PINETREE LANE |
| 5 | RIVERWOODS, IL 60015 |
| 6 | BRECK E. MILDE |
|   | 60 SOUTH MARKET ST, SUITE 200 |
| 7 | SAN JOSE, CA 95113 |
| 8 | DOUGLAS M MONSON |
|   | RAY QUINNEY & NEBEKER P.C. |
| 9 | 36 SOUTH STATE STREET |
|   | SUITE 1400 |
| 10 | PO BOX 45385 |
|   | SALT LAKE CITY, UT 84145-0385 |
| 11 | |
|   | J. STEPHEN PEEK |
| 12 | HALE LANE PEEK DENNISON AND HOWARD |
|   | 3930 HOWARD HUGHES PARKWAY |
| 13 | FOURTH FLOOR |
|   | LAS VEGAS, NV 89169 |
| 14 | |
|   | RAY QUINNEY & NEBEKER P.C. |
| 15 | 36 SOUTH STATE STREET, SUITE 1400 |
|   | P.O. BOX 45385 |
| 16 | SALT LAKE CITY, UT 84145 |
| 17 | NICHOLAS J SANTORO |
|   | 400 S FOURTH ST 3RD FLOOR |
| 18 | LAS VEGAS, NV 89101 |
| 19 | MICHAEL M. SCHMAHL |
|   | MCGUIREWOODS LLP |
| 20 | 77 W. WACKER DRIVE, SUITE 4100 |
|   | CHICAGO, IL 60601 |
| 21 | |
|   | JAMES G SCHWARTZ |
| 22 | 7901 STONERIDGE DR #401 |
|   | PLEASANTON, CA 94588 |
| 23 | |
|   | SCHWARTZER & MCPHERSON LAW FIRM |
| 24 | 2850 S. JONES BLVD., #1 |
|   | LAS VEGAS, NV 89146 |
| 25 | |
|   | PATRICIA K. SMOOTS |
| 26 | 318 N GROVE |
|   | OAK PARK, IL 60302 |
| 27 | |
| 28 | |

, OFFICES

| | |
|---|---|
| 1 | BRADLEY J STEVENS |
| | 3300 N CENTRAL AVE |
| 2 | PHOENIX, AZ 85012 |
| | |
| 3 | BRADLEY J STEVENS |
| | 3300 N CENTRAL AVE #1800 |
| 4 | PHOENIX, AZ 85012 |
| | |
| 5 | THOMAS W STILLEY |
| | 1000 SW BROADWAY #1400 |
| 6 | PORTLAND, OR 97205 |
| | |
| 7 | STEVEN C STRONG |
| | RAY QUINNEY & NEBEKER P.C. |
| 8 | 36 SOUTH STATE STREET |
| | SUITE 1400 |
| 9 | SALT LAKE CITY, UT 84145-0385 |
| | |
| 10 | STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION |
| | 1901 AVENUE OF THE STARS, 12TH FLR |
| 11 | LOS ANGELES, CA 90067 |
| | |
| 12 | GREGORY J WALCH |
| | 400 S FOURTH ST 3RD FLOOR |
| 13 | LAS VEGAS, NV 89101 |
| | |
| 14 | RUSSELL S. WALKER |
| | 265 EAST 100 SOUTH |
| 15 | SUITE 300 |
| | SALT LAKE CITY, UT 84111 |
| 16 | |
| | WILLIAM E WINFIELD |
| 17 | POB 9100 |
| | OXNARD, CA 93031 |
| 18 | |
| | MARION E. WYNNE |
| 19 | WILKINS, BANKESTER, BILES & WYNNE, P.A. |
| | POST OFFICE BOX 1367 |
| 20 | FAIRHOPE, AL 36533-1367 |

21   I declare under penalty of perjury that the foregoing is true and correct.

22   DATED this 18th day of August, 2006.

24                                    /s/ Joseph McLaughlin
                                      Joseph McLaughlin, an employee of
25                                    KRAVITZ, SCHNITZER, SLOANE,
                                           JOHNSON & EBERHARDY, CHTD.