E-filed on August 18, 2006

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Bob L. Olson (Nevada Bar No. 3783) |
| Lynn Trinka Ernce (California Bar No. 179212) | Anne M. Loraditch (Nevada Bar No. 8164) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BECKLEY SINGLETON, CHTD. |
| 400 Capitol Mall, Suite 3000 | 530 Las Vegas Boulevard South |
| Sacramento, CA  95814-4497 | Las Vegas, NV 89101 |
| Telephone:  (916) 447-9200 | Telephone:  (702) 385-3373 |
| Facsimile:  (916) 329-4900 | Facsimile:  (702) 385-5024 |
| Email:     malevinson@orrick.com; | Email:     bolson@beckleylaw.com; |
|                 lernce@orrick.com |                 aloraditch@beckleylaw.com |

Attorneys for the Official Committee of Equity
Security Holders of USA Capital Diversified Trust
Deed Fund, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                              Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                              Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                              Debtor. | Date:  August 31, 2006<br>Time:  9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>                                                              Debtor. | Place:  Courtroom #2 |
| Affects:<br>☐  All Debtors<br>☒  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☒  USA First Trust Deed Fund, LLC | **DIVERSIFIED TRUST DEED FUND COMMITTEE'S JOINDER IN OPPOSITIONS TO MOTION FOR PAYMENT OF PROCEEDS OF NOTES SECURED BY DEEDS OF TRUST WITHOUT REDUCTION FOR NETTING**<br><br>**(AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL FIRST TRUST DEED FUND, LLC, AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC)** |

OHS West:260075805.1                                               - 1 -

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee") appointed in the above-captioned bankruptcy case, hereby partially joins in the oppositions of the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC ("FTDF Committee") and the Debtors to the *Motion For Payment Of Proceeds Of Notes Secured By Deeds Of Trust Without Reduction For Netting* ("Motion") and, in support of such joinder, respectfully states as follows:

### Partial Joinder in FTDF Opposition

The Diversified Committee has reviewed FTDF Committee's opposition to the Motion ("FTDF Opposition") filed on August 16, 2006, and hereby joins in the argument contained in the second full paragraph of the Memorandum of Points and Authorities of the FTDF Opposition, found at page 3, lines 10 through 21, which states as follows:

> As described in the FTDF Response and FTDF Reply, the dispute over the monies that the Debtors withhold from interim distributions is for another day. At this time, the FTDF Committee currently opposes any effort to restrict the rights of the Debtors (including, but not limited to, any rights under §502(d), recoupment, or setoff). The FTDF Committee believes that these issues will likely be determined through the confirmation process; however, if it becomes necessary to engage in full-blown litigation regarding such rights, a party seeking to require the Debtors to pay over disputed funds is not appropriately brought by a "motion to Compel Payment." The FTDF Committee, therefore, requests that the present motion be denied. This is also appropriate as no prejudice will inure to any party as a result. With the withheld funds segregated into a separate account (which monies cannot be used by any party without further Court authorization), the rights of the parties in interest with respect to these retained funds will not be prejudiced in any way.

### Partial Joinder in Debtors' Opposition

The Diversified Committee has reviewed a draft of the Debtors' opposition to the Motion entitled Response To Motion To Obtain Information (Affects All Debtors) ("Debtors' Opposition") and hereby joins in the first two arguments of the Debtors' Opposition, which the Diversified Committee anticipates will be timely filed on August 18, 2006.

///

///

OHS West:260075805.1

### Conclusion

Based on the foregoing, the Diversified Committee respectfully requests that the Court deny the Motion in its entirety.

Respectfully submitted this 18th day of August, 2006.

/s/ Anne M. Loraditch

---

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373

and

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200

- 3 -

OHS West:260075805.1