Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666; Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

and

Richard J. Mason, PC
Patricia K. Smoots
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100; Facsimile: (312) 849-3690
rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com

*Admitted Pro Hac Vice*

E-FILED ON 8/18/06

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br> Debtor. | Case No. BK-S-06-10725 LBR <br> Case No. BK-S-06-10726 LBR <br> Case No. BK-S-06-10727 LBR |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br> Debtor. | Case No. BK-S-06-10728 LBR <br> Case No. BK-S-06-10729 LBR |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC <br> Debtor. | Chapter 11 |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC <br> Debtor. | **Jointly Administered Under** <br> **Case No. BK-S-06-10725 LBR** |
| In re: <br> USA SECURITIES, LLC, <br> Debtor. | **NOTICE OF CONTINUING LIMITED OBJECTION OF THE KANTOR GROUP TO DEBTORS' MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY-COURSE RELEASES AND DISTRIBUTE PROCEEDS** |
| Affects: <br> All Debtors <br> USA Commercial Mortgage Company <br> USA Securities, LLC <br> USA Capital Realty Advisors, LLC <br> USA Capital Diversified Trust Deed Fund, LLC <br> USA First Trust Deed Fund, LLC | Date: August 31, 2006 <br> Time: 9:30 A.M. |

Page 1 of 8

**NOTICE OF CONTINUING LIMITED OBJECTION OF THE KANTOR GROUP TO DEBTORS' MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY-COURSE RELEASES AND DISTRIBUTE PROCEEDS**

Dr. Gary Kantor, personally and as the trustee of the Kantor Nephrology Consultants, Ltd. 401(k) Profit Sharing Plan, and Mrs. Lynn Kantor (f/k/a Lynn Maguire), personally and on behalf of the Lynn Kantor IRA (collectively, the "Kantor Group"), timely filed a limited objection (the "Limited Objection") [**Docket No. 985**] to the Debtors' Motion to Distribute Funds and To Grant Ordinary-Course Releases and Distribute Proceeds (the "Motion") [**Docket No. 847**]. Portions of the Motion, including the Debtors' request for authority to make additional interim distributions in the future, were continued at the initial hearing on the Motion on August 4, 2006 (the "Initial Hearing"). As stated by the Kantor Group's counsel at the Initial Hearing, the Kantor Group continues to assert its Limited Objection with respect to any additional and/or future interim distributions made by the Debtors.

DATED this 18th day of August, 2006.

Respectfully submitted,

      /s/ Regina M. McConnell, Esq.
Jeffrey G. Sloane, Esq. (NSB# 784)
Regina M. McConnell, Esq. (NSB# 8029)
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson NV 89014
Telephone: (702) 362-6666; Facsimile: (702) 362-2203
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com

and

Richard J. Mason, PC
Patricia K. Smoots
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8100; Facsimile: (312) 849-3690
rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com

*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

1. We filed the following document on August 18, 2006:

   **NOTICE OF CONTINUING LIMITED OBJECTION OF THE KANTOR GROUP TO DEBTORS' MOTION TO DISTRIBUTE FUNDS AND TO GRANT ORDINARY-COURSE RELEASES AND DISTRIBUTE PROCEEDS**

2. I served the above-named document by the following means to the persons as listed below:

   a. **ECF System via email to the following:**

   FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

   NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

   BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

   KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

   THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

   MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

   CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rsmith!@sheacarlyon.com

   ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

   MICHAEL W. CHEN    yvette@ccfirm.com

   KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

   JANET L. CHUBB    tbw@jonesvargas.com

   JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

   WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

   CICI CUNNINGHAM    bankruptcy@rocgd.com

   LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

   DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

   THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

| | |
|---|---|
| 1 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com |
| 2 | |
| 3 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 4 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 5 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 6 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 7 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 8 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 9 | EDWARD J. HANIGAN !    haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 10 | XANNA R. HARDMAN    xanna.hardman@gmail.com, |
| 11 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 12 | BRIGID M. HIGGINS    noticesbh&p@renolaw.biz |
| 13 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 14 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 15 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 16 | ANNETTE W JARVIS    , |
| 17 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 18 | ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw!.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com |
| 19 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 20 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 21 | |
| 22 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 23 | ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com |
| 24 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com |
| 25 | |
| 26 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com, |
| 27 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com, |
| 28 | |

| | |
|---|---|
| 1 | RICHARD MCKNIGHT   mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 2 | |
| 3 | JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com |
| 4 | SHAWN W. MILLER   bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 5 | |
| 6 | DAVID MINCIN   mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 7 | |
| 8 | JOHN F MURTHA   jmurtha@woodburnandwedge.com |
| 9 | ERVEN T. NELSON   erv@rlbolick.com, susan@rlbolick.com |
| 10 | BOB L. OLSON   ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 11 | DONNA M. OSBORN   ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 12 | |
| 13 | DONALD T. POLEDNAK   san!dplegal@yahoo.com, spbankruptcy@yahoo.com |
| 14 | PAUL C RAY   info@johnpeterlee.com |
| 15 | SUSAN WILLIAMS SCANN   sscann@deanerlaw.com, palexander@deanerlaw.com |
| 16 | LENARD E. SCHWARTZER   bkfilings@s-mlaw.com |
| 17 | SHLOMO S. SHERMAN   ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;rsmith@sheacarlyon.com |
| 18 | |
| 19 | AMBRISH S. SIDHU   ecf@lslawnv.com |
| 20 | JEFFREY G. SLOANE   gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 21 | DAVID A. STEPHENS   dstephens@lvcm.com |
| 22 | PETER SUSI   cheryl@msmlaw.com, msm@msmlaw.com |
| 23 | JEFFREY R. SYLVESTER !   jeff@sylvesterpolednak.com, David@sylvesterpolednak.com |
| 24 | |
| 25 | CARYN S. TIJSSELING   cst@beesleymatteoni.com, aha@beesleymatteoni.com |
| 26 | U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov, |
| 27 | WHITNEY B. WARNICK   wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 28 | |

1  JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

2  MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

    b.    **United States Mail, postage fully prepaid, to the following:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89169

VINCE DANIELIAN
PO BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

R VAUGHN GOURLEY
3636 N RANCHO DR
LAS VEGAS, NV 89130

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

Page 6 of 8

1  LEE D. MACKSON
   SHUTTS & BOWEN LLP
2  1500 MIAMI CENTER
   201 SOUTH BISCAYNE BOULEVARD
3  MIAMI, FL 33131

4  RICHARD J. MASON
   130 PINETREE LANE
5  RIVERWOODS, IL 60015

6  BRECK E. MILDE
   60 SOUTH MARKET ST, SUITE 200
7  SAN JOSE, CA 95113

8  DOUGLAS M MONSON
   RAY QUINNEY & NEBEKER P.C.
9  36 SOUTH STATE STREET
   SUITE 1400
10 PO BOX 45385
   SALT LAKE CITY, UT 84145-0385
11
   J. STEPHEN PEEK
12 HALE LANE PEEK DENNISON AND HOWARD
   3930 HOWARD HUGHES PARKWAY
13 FOURTH FLOOR
   LAS VEGAS, NV 89169
14
   RAY QUINNEY & NEBEKER P.C.
15 36 SOUTH STATE STREET, SUITE 1400
   P.O. BOX 45385
16 SALT LAKE CITY, UT 84145

17 NICHOLAS J SANTORO
   400 S FOURTH ST 3RD FLOOR
18 LAS VEGAS, NV 89101

19 MICHAEL M. SCHMAHL
   MCGUIREWOODS LLP
20 77 W. WACKER DRIVE, SUITE 4100
   CHICAGO, IL 60601
21
   JAMES G SCHWARTZ
22 7901 STONERIDGE DR #401
   PLEASANTON, CA 94588
23
   SCHWARTZER & MCPHERSON LAW FIRM
24 2850 S. JONES BLVD., #1
   LAS VEGAS, NV 89146
25
   PATRICIA K. SMOOTS
26 318 N GROVE
   OAK PARK, IL 60302
27

28

Page 7 of 8

|   |   |
|---|---|
| 1 | BRADLEY J STEVENS |
|   | 3300 N CENTRAL AVE |
| 2 | PHOENIX, AZ 85012 |
| 3 | BRADLEY J STEVENS |
|   | 3300 N CENTRAL AVE #1800 |
| 4 | PHOENIX, AZ 85012 |
| 5 | THOMAS W STILLEY |
|   | 1000 SW BROADWAY #1400 |
| 6 | PORTLAND, OR 97205 |
| 7 | STEVEN C STRONG |
|   | RAY QUINNEY & NEBEKER P.C. |
| 8 | 36 SOUTH STATE STREET |
|   | SUITE 1400 |
| 9 | SALT LAKE CITY, UT 84145-0385 |
| 10 | STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION |
|    | 1901 AVENUE OF THE STARS, 12TH FLR |
| 11 | LOS ANGELES, CA 90067 |
| 12 | GREGORY J WALCH |
|    | 400 S FOURTH ST 3RD FLOOR |
| 13 | LAS VEGAS, NV 89101 |
| 14 | RUSSELL S. WALKER |
|    | 265 EAST 100 SOUTH |
| 15 | SUITE 300 |
|    | SALT LAKE CITY, UT 84111 |
| 16 |   |
|    | WILLIAM E WINFIELD |
| 17 | POB 9100 |
|    | OXNARD, CA 93031 |
| 18 |   |
|    | MARION E. WYNNE |
| 19 | WILKINS, BANKESTER, BILES & WYNNE, P.A. |
|    | POST OFFICE BOX 1367 |
| 20 | FAIRHOPE, AL 36533-1367 |
| 21 | I declare under penalty of perjury that the foregoing is true and correct. |
| 22 | DATED this 18th day of August, 2006. |
| 23 |   |
| 24 | /s/ Joseph McLaughlin |
|    | Joseph McLaughlin, an employee of |
| 25 | KRAVITZ, SCHNITZER, SLOANE, |
|    | JOHNSON & EBERHARDY, CHTD. |