

**Entered on Docket**
**August 21, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
        and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                  Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                  Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                  Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                  Debtor. | **ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY ROLLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP(AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| In re:<br>USA SECURITIES, LLC,<br>                                  Debtor. | |
| Affects:<br>  ☐  All Debtors<br>  ☒  USA Commercial Mortgage Company<br>  ☐  USA Capital Realty Advisors, LLC<br>  ☐  USA Capital Diversified Trust Deed Fund, LLC<br>  ☐  USA Capital First Trust Deed Fund, LLC<br>  ☐  USA Securities, LLC | Date:  August 16, 2006<br>Time:  9:30 a.m. |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

The Motion for Relief from Automatic Stay (the "Motion") filed by Rolland P. Weddell and Spectrum Financial Group having come before this Court after notice; the movants being represented by Elissa F. Cadish, Esq. of Hale Lane Peek Dennison and Howard, USA Commercial Mortgage Company being represented by Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm, Rob Charles, Esq. of Lewis and Roca, LLP representing the Official Committee of Unsecured Creditors, and other appearances having been made on the record;  the Court having reviewed the pleadings, having heard the arguments of counsel and having made its findings and conclusions on the record, it is

ORDERED that the Motion is denied; and it is further

ORDERED that the automatic stay in this case does not apply to the movants' claims against non-debtor defendants in the litigation now pending in the United States District Court for the District of Nevada as Case No. CV-S-01-0355-KJD-LRL.

Prepared by

SCHWARTZER & McPHERSON LAW FIRM

By: /s/ Lenard E. Schwartzer, Esq
    LENARD E. SCHWARTZER, ESQ.
    *Counsel for USA Commercial Mortgage Company*

Approved/Disapproved by:

  LEWIS AND ROCA, LLP

By: /s/ Rob Charles, Esq.
    ROB CHARLES, ESQ.
    SUSAN M. FREEMAN, ESQ.
    *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

          HALE LANE PEEK DENIISON and HOWARD

By: /s/  Elissa F. Cadish, Esq.
    ELISSA F. CADISH, ESQ.
    SCOTT D. FLEMING, ESQ.
    *Counsel for Rolland P. Weddell and Spectrum Financial Group*

# # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122