Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON AUGUST 21, 2006

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **MONTHLY OPERATING REPORT FOR JULY 2006**<br>**(AFFECTS USA SECURITIES, LLC)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC<br>☒ USA Securities, LLC | |

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: USA Securities, LLC

Case No. 06-10729-LBR

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 07/31/06           PETITION DATE: 04/13/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

2. **Asset and Liability Structure**

|  | End of Current Month | End of Prior Month | As of April 13, 2006 |
|---|---|---|---|
| a. Current Assets | $18,155 | $21,607 | |
| b. Total Assets | $18,155 | $21,607 | $19,128 |
| c. Current Liabilities | $22,358 | $0 | |
| d. Total Liabilities | $83,183 | $60,764 | $1,240 |

3. **Statement of Cash Receipts & Disbursements for Month**

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | ($3,211) | $0 | $1,501 |
| b. Total Disbursements | $241 | $173 | $414 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($3,452) | ($173) | $1,087 |
| d. Cash Balance Beginning of Month | $21,607 | $21,780 | $17,068 |
| e. Cash Balance End of Month (c + d) | $18,155 | $21,607 | $18,155 |

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | ($25,871) | ($349) | ($84,143) |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $22,358 | $0 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $1,557 | $0 | |

At the end of this reporting month:

|  | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | | X |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  N/A ;    U.S. Trustee Quarterly Fees  X ; Check if filing is current for: Post-petition tax reporting and tax returns:  N/A
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct

Date: 8-20-06

Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 07/31/06 _____

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| | | $0 | 1 | Gross Sales | | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold  (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $0 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 | Salaries | | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| $1,817 | | ($1,817) | 15 | Personal Property | $1,817 | |
| $3,211 | | ($3,211) | 16 | Real Property | $560 | |
| | | $0 | 17 | Insurance | | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| $222 | | ($222) | 22 | Other Taxes | $7,898 | |
| | | $0 | 23 | Other Selling | | |
| $94 | | ($94) | 24 | Other Administrative | $617 | |
| | | $0 | 25 | Interest | | |
| | | $0 | 26 | Other Expenses:  Legal | $52,724 | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $5,344 | $0 | ($5,344) | 35 | **Total Expenses** | $63,616 | $0 |
| ($5,344) | $0 | ($5,344) | 36 | **Subtotal** | ($63,616) | $0 |
| | | | | **Reorganization Items:** | | |
| ($20,277) | | $20,277 | 37 | Professional Fees | ($20,277) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| ($250) | | $250 | 41 | U S Trustee Quarterly Fees | ($250) | |
| | | $0 | 42 | | | |
| ($20,527) | $0 | $20,527 | 43 | **Total Reorganization Items** | ($20,527) | $0 |
| ($25,871) | $0 | | 44 | Net Profit (Loss) Before Federal & State Taxes | ($84,143) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($25,871) | $0 | $0 | 46 | **Net Profit (Loss)** | ($84,143) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended 07/31/06

**Assets**

| | | From Schedules | Market Value[1] |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $18,155 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: _____ | | |
| 8 | _____ | | |
| 9 | **Total Current Assets** | | $18,155 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: _____ | D | |
| 17 | _____ | D | |
| 18 | _____ | D | |
| 19 | _____ | D | |
| 20 | _____ | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | _____ | | |
| 25 | _____ | | |
| 26 | _____ | | |
| 27 | _____ | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $18,155 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

1 - The method used to estimate the market value of assets was net book value at the end of the current reporting period as market value has not been determined.

Revised 1/1/98

# Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | | |
|---|---|---|---|---:|
| 30 | Salaries and wages | | | |
| 31 | Payroll taxes | | | |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | A | | $2,081 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | $20,277 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $22,358 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $22,358 |

    **Pre-Petition Liabilities (allowed amount)[1]**

| | | | |
|---|---|---|---:|
| 47 | Secured claims[1] | F | $0 |
| 48 | Priority unsecured claims[1] | F | $7,637 |
| 49 | General unsecured claims[1] | F | $53,188 |
| 50 | **Total Pre-Petition Liabilities** | | $60,825 |
| 51 | **Total Liabilities** | | $83,183 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | $19,115 |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($84,143) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | ($65,028) |
| 60 | **Total Liabilities and Equity (Deficit)** | $18,155 |

**NOTE:**

    1 - Allowed Amounts have not yet been determined and are contingent upon approval from the Bankruptcy Court. The pre-petition liabilities' amounts above reflect the claimed amounts filed on Schedules.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $524 | |
| 31-60 Days | | $654 | |
| 61-90 Days | | $452 | $1,557 |
| 91+ Days | | $451 | |
| Total accounts receivable/payable | $0 | $2,081 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
    Yes _____  No _____
How often do you take a complete physical inventory?

  Weekly _____
  Monthly _____
  Quarterly _____
  Semi-annually _____
  Annually _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used

Valuation methods -
  FIFO cost _____
  LIFO cost _____
  Lower of cost or market _____
  Retail method _____
  Other _____
    Explain

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed[1] Amount | Allowed[2] Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | $7,637 | |
| General unsecured claims | $53,188 | |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Bank of America | | | |
| Account Type | Analyzed Checking | | | |
| Account No. | 3755532448 | | | |
| Account Purpose | General | | | |
| Balance, End of Month | $18,155 | | | |
| Total Funds on Hand for all Accounts | $18,155 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**NOTES:**
1 - Claimed Amounts reflects amounts filed on schedules and is subject to change as proof of claims are filed and further pre-petition invoices are identified.
2 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended 07/31/06

|    |                                                      | Actual Current Month | Cumulative (Case to Date) |
|----|------------------------------------------------------|---------------------|---------------------------|
|    | **Cash Receipts**                                    |                     |                           |
| 1  | Rent/Leases Collected                                |                     |                           |
| 2  | Cash Received from Sales                             |                     |                           |
| 3  | Interest Received                                    |                     |                           |
| 4  | Borrowings                                           |                     |                           |
| 5  | Funds from Shareholders, Partners, or Other Insiders |                     |                           |
| 6  | Capital Contributions                                |                     |                           |
| 7  | Return of Security Deposits                          | ($3,211)            | $1,501                    |
| 8  |                                                      |                     |                           |
| 9  |                                                      |                     |                           |
| 10 |                                                      |                     |                           |
| 11 |                                                      |                     |                           |
| 12 | **Total Cash Receipts**                              | ($3,211)            | $1,501                    |
|    | **Cash Disbursements**                               |                     |                           |
| 13 | Payments for Inventory                               |                     |                           |
| 14 | Selling                                              |                     |                           |
| 15 | Administrative                                       | ($9)                | $164                      |
| 16 | Capital Expenditures                                 |                     |                           |
| 17 | Principal Payments on Debt                           |                     |                           |
| 18 | Interest Paid                                        |                     |                           |
|    | Rent/Lease:                                          |                     |                           |
| 19 |    Personal Property                  |                     |                           |
| 20 |    Real Property                      |                     |                           |
|    | Amount Paid to Owner(s)/Officer(s)                   |                     |                           |
| 21 |    Salaries                           |                     |                           |
| 22 |    Draws                              |                     |                           |
| 23 |    Commissions/Royalties              |                     |                           |
| 24 |    Expense Reimbursements             |                     |                           |
| 25 |    Other                              |                     |                           |
| 26 | Salaries/Commissions (less employee withholding)     |                     |                           |
| 27 | Management Fees                                      |                     |                           |
|    | Taxes:                                               |                     |                           |
| 28 |    Employee Withholding               |                     |                           |
| 29 |    Employer Payroll Taxes             |                     |                           |
| 30 |    Real Property Taxes                |                     |                           |
| 31 |    Other Taxes                        |                     |                           |
| 32 | Other Cash Outflows:                                 |                     |                           |
| 33 |    U.S. Trustee Quarterly Fees        | $250                | $250                      |
| 34 |                                                      |                     |                           |
| 35 |                                                      |                     |                           |
| 36 |                                                      |                     |                           |
| 37 |                                                      |                     |                           |
| 38 | **Total Cash Disbursements:**                        | $241                | $414                      |
| 39 | **Net Increase (Decrease) in Cash**                  | ($3,452)            | $1,087                    |
| 40 | **Cash Balance, Beginning of Period**                | $21,607             | $17,068                   |
| 41 | **Cash Balance, End of Period**                      | $18,155             | $18,155                   |

Revised 1/1/98

# STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended   07/31/06

| | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | ($9) | $164 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Return of Security Deposits | $3,211 | ($1,501) |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | Net Cash Provided (Used) by Operating Activities before Reorganization Items | ($3,202) | $1,337 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U S Trustee Quarterly Fees | $250 | $250 |
| 31 | | | |
| 32 | Net Cash Provided (Used) by Reorganization Items | ($250) | ($250) |
| 33 | Net Cash Provided (Used) for Operating Activities and Reorganization Items | ($3,452) | $1,087 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | Net Cash Provided (Used) by Investing Activities | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | Net Cash Provided (Used) by Financing Activities | $0 | $0 |
| 44 | Net Increase (Decrease) in Cash and Cash Equivalents | ($3,452) | $1,087 |
| 45 | Cash and Cash Equivalents at Beginning of Month | $21,607 | $17,068 |
| 46 | Cash and Cash Equivalents at End of Month | $18,155 | $18,155 |

Revised 1/1/98