Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com; sstrong@rqn.com; dmonson@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON AUGUST 22, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **MASTER SERVICE LIST FOR LIMITED NOTICE # 4 DATED AUGUST 22, 2006 [AFFECTS ALL DEBTORS]** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: N/A<br>Time: N/A |

| | |
|---|---|
| **DEBTOR AND COUNSEL** | |
| ANNETTE W. JARVIS DOUGLAS M. MONSON STEVEN C. STRONG RAY QUINNEY & NEBEKER P.C. 36 SOUTH STATE STREET, SUITE 1400 P.O. BOX 45385 SALT LAKE CITY, UTAH 84145-0385 ajarvis@rqn.com sstrong@rqn.com dmonson@rqn.com | |
| LENARD E. SCHWARTZER JEANETTE E. MCPHERSON SCHWARTZER & MCPHERSON LAW FIRM 2850 SOUTH JONES BOULEVARD, SUITE 1 LAS VEGAS, NEVADA  89146-5308 bkfiling@s-mlaw.com | |
| USA COMMERCIAL MORTGAGE USA CAPITAL REALTY ADVISORS, LLC USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC USA CAPITAL FIRST TRUST DEED FUND, LLC USA SECURITIES, LLC THOMAS J. ALLISON 4484 SOUTH PECOS ROAD LAS VEGAS, NV  89121 | |
| **THE UNITED STATES TRUSTEE** | |
| OFFICE OF THE U.S. TRUSTEE 600 LAS VEGAS BLVD., SOUTH, STE. 4300 LAS VEGAS, NV  89101 USTPRegion17.lv.ecf@usdoj.gov | |
| **USA CAPITAL REALTY ADVISORS, LLC – UNSECURED CREDITORS** | |
| KUMMER, KAEMPFER, BONNER & RENSHAW 3800 HOWARD HUGHES PKWY., 7TH FLOOR LAS VEGAS, NV  89109 | INTERSHOW THE GITHLER CENTER 1258 NORTH PALM AVE. SARASOTA, FL  34236 |
| **USA SECURITIES, LLC – UNSECURED CREDITORS** | |
| JAMES HULL C/O SIGNATURE FINANCIAL 2601 AIRPORT DRIVE, #370 TORRANCE, CA  90505 | GEORGE GORMAN C/O FINANCIAL WEST GROUP 4510 E. THOUSAND OAKS BLVD. THOUSAND OAKS, CA  91362 |

SCHWARTZER & MCPHERSON LAW FIRM 2850 South Jones Boulevard, Suite 1 Las Vegas, Nevada 89146-5308 Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| R. HAGMAIER<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 | TIM RICH<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 |
| **COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY** ||
| ROB CHARLES<br>SUSAN M. FREEMAN<br>LEWIS AND ROCA, LLP<br>3993 HOWARD HUGHES PARKWAY, 6TH FLOOR<br>LAS VEGAS, NV 89109<br>rcharles@lrlaw.com<br>sfreeman@lrlaw.com | |
| **UNSECURED CREDITORS COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY** ||
| BUNCH, DELL<br>1909 RED ROBIN COURT<br>LAS VEGAS, NV 89134<br><br>C/O DONALD R. WALKER<br>9209 EAGLE HILLS DR.<br>LAS VEGAS, NV 89134-6109<br>drwalker1@cox.net | ADVANCED INFORMATION SYSTEMS<br>C/O MICHAEL T. YODER<br>4270 CAMERON STREET, SUITE #1<br>LAS VEGAS, NV 89103<br>myoder@aisinfo.com |
| RUSSELL AD DEVELOPMENT GROUP, LLC<br>P.O. BOX 28216<br>SCOTTSDALE, AZ 85255<br><br>ROBERT A. RUSSELL<br>8585 EAST HARTFORD DR., SUITE 500<br>SCOTTSDALE, AZ 85255<br>r.russell@industrialwest.com | ANNEE NOUNNA<br>8057 LANDS END COURT<br>LAS VEGAS, NV 89117-7635<br>Bella8049@aol.com |
| ROBERT L. HAGMAIER<br>15254 CANDLEWOOD COURT<br>LAKE OSWEGO, OR 97035<br>rhagmaier@fwg.com | LARRY L. RIEGER AND PATSY RIEGER REVOCABLE TRUST<br>LARRY L. RIEGER, TRUSTEE<br>2615 GLEN EAGLES DRIVE<br>RENO, NV 89523<br>Rieg4@sbcglobal.net |

| | |
|---|---|
| JOHN BAUER IRA<br>40808 NORTH RIVERBEND<br>ANTHEM, AZ 85086<br>jbnvi@cs.com | BROADWALK INVESTMENTS L.P.<br>JAMES R. BONFIGLIO, G.P.<br>8635 WEST SAHARA AVE., UNIT 220<br>LAS VEGAS, NV 89117<br>Jbonfiglio62@yahoo.com |
| NEVADA STATE BANK<br>KERIANN M. ATENCIO<br>GREENBERG TRAURIG, LLP<br>2375 EAST CAMELBACK ROAD<br>PHOENIX, AZ 85016<br>atenciok@GTLaw.com | |

**COUNSEL FOR THE EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC**

| | |
|---|---|
| FRANK A. MEROLA<br>EVE H. KARASIK<br>CHRISTINE M. PAJAK<br>STUTMAN, TREISTER & GLATT, P.C.<br>1901 AVENUE OF THE STARS, 12TH FLOOR<br>LOS ANGELES, CA 90067<br>fmerola@stutman.com<br>ekarasik@stutman.com<br>cpajak@stutman.com | JAMES PATRICK SHEA<br>CANDACE C. CARLYON<br>SHAWN W. MILLER<br>SHLOMO S. SHERMAN<br>SHEA & CARLYON, LTD.<br>233 S. fourth Street, 2nd Floor<br>Las Vegas, NV 89101<br>bankruptcyfilings@sheacarlyon.com<br>ccarlyon@sheacarlyon.com<br>smiller@sheacarlyon.com<br>ssherman@sheacarlyon.com<br>ltreadway@sheacarlyon.com<br>rsmith@sheacarlyon.com<br>aboehmer@sheacarlyon.com |

**COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.**

| | |
|---|---|
| ROBERT E. TAYLOR<br>1535 FLYNN ROAD<br>CAMARILLO, CA 93012<br><br>C/O CHUCK HEINRICHS<br>198 EL PAJARO<br>NEWBURY PARK, CA 91320<br>chuckhein@earthlink.net | JOHN WARNER JR., IRA<br>C/O FIRST SAVINGS BANK<br>2605 EAST FLAMINGO RD<br>LAS VEGAS, NV 89121<br><br>JOHN H. WARNER, JR.<br>2048 NORTH CHETTRO TRAIL<br>ST. GEORGE, UT 84770<br>wqfl@aol.com |
| MARY E. AND MATTHEW J. MORO, JTWROS<br>1009 8TH ST<br>MANHATTAN BEACH, CA 90266<br>maryellen.moro@verizon.net | RICHARD G. WOUDSTRA REVOCABLE TRUST<br>RICHARD G. WOUDSTRA, TTEE<br>P.O. BOX 530025<br>HENDERSON, NV 89053 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 • Fax: (702) 892-0122

| | |
|---|---|
| WEN BALDWIN SEPARATE PROPERTY TRUST<br>365 DOOLEY DRIVE<br>HENDERSON, NV 89015 | JOHN GOINGS<br>P.O. BOX 174<br>MASONVILLE, CO 80541<br>jgoings@bhwk.com |
| **COUNSEL FOR OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC** ||
| MARC A. LEVINSON<br>LYNN TRINKA ERNCE<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 CAPITOL MALL, SUITE 3000<br>SACRAMENTO, CA 95814<br>malevinson@orrick.com<br>lernce@orrick.com | BOB L. OLSON<br>ANNE M. LORADITCH<br>BECKLEY SINGLETON CHTD.<br>530 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89101<br>bolson@beckleylaw.com<br>aloraditch@beckleylaw.com |
| **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.** ||
| ROBERT G. WORTHEN<br>1112 WORTHEN CIR.<br>LAS VEGAS, NV 89145<br>robertworthen@earthlink.net | KATZ 2000 SEPARATE PROPERTY TRUST<br>SARA M. KATZ, MANAGING TRUSTEE<br>4250 EXECUTIVE SQUARE, #670<br>SAN DIEGO, CA 92037<br>skatz@katzandassociats.com |
| THOMAS C. LAWYER FAMILY TRUST<br>45 VENTANA CANYON DR.<br>LAS VEGAS, NV 89113<br>tclawyer@trane.com | JERRY T. MCGIMSEY<br>3115 SOUTH EL CAMINO RD.<br>LAS VEGAS, NV 89146-6621<br>jtmacg@earthlink.net |
| CHARLES O. NICHOLS AND FLORA A. NICHOLS<br>2561 SEASCAPE DR.<br>LAS VEGAS, NV 89128<br>harleynicols@cox.net | ROBERT HARDY<br>6510 ANSONIA COURT<br>LAS VEGAS, NV 89118-1874 |
| **COUNSEL FOR THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS OF USA COMMERCIAL MORTGAGE COMPANY** ||
| GERALD M. GORDON<br>GREGORY E. GARMAN<br>TALITHA B. GRAY<br>MATTHEW C. ZIRZOW<br>GORDON & SILVER, LTD<br>3960 HOWARD HUGES PARKWAY, 9TH FLOOR<br>LAS VEGAS, NV 89109<br>gmg@gordonsilver.com<br>geg@gordonsilver.com<br>tbgt@gordonsilver.com<br>bankruptcynotices@gordonsilver.com | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY | |
|---|---|
| FERTITTA ENTERPRISES, INC.<br>ATTN: WILLIAM J. BULLARD, CFO<br>2960 WEST SAHARA AVENUE, SUITE 200<br>LAS VEGAS, NV 89102<br>bbullard@gordonbiersch.com | HELMS HOMES, LLC<br>C/O TERRY HELMS<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107<br>amillionaire4u@earthlink.net |
| TERRY HELMS LIVING TRUST<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107<br>amillionaire4u@earthlink.net | DENNIS FLIER, INC. DEFINED BENEFIT TRUST<br>20155 PORTO VITA WAY #1803<br>AVENTURA, FL 33180<br>dsfom1@aol.com |
| ARTHUR POLACHECK AND GLORIANNE POLACHECK<br>2056 WOODLAKE CIR.<br>DEERFIELD BEACH FL 33442<br>artclassics@bellsouth.net | JAMES W. MCCOLLUM & PAMELA P. MCCOLLUM<br>1011 F. AVENUE<br>CORONADO, CA 92118<br>james@mccollum@aol.com |
| HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY<br>SUITE N-409<br>POMPANO BEACH, FL 33062<br><br>C/O EDWARD W. HOMFELD<br>858 BISHOP ROAD<br>GROSSE POINTE PARK, MI 48230<br>nhomfeld@gmacc.com | |
| **GOVERNMENTAL and REGULATORY ENTITIES** | |
| NEVADA MORTGAGE LENDING DIVISION<br>ATTN: SUSAN ECKHARDT<br>3075 EAST FLAMINGO #100<br>LAS VEGAS, NV 89121<br>seckhardt@mld.nv.gov | U.S. SECURITIES AND EXCHANGE COMMISSION<br>ATTN: SANDRA W. LAVIGNA.<br>5670 WILSHIRE BLVD., 11TH FLOOR<br>LOS ANGELES, CA 90036-3648 |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K. STREET, N.W.<br>WASHINGTON, D.C. 20005-4026 | DEPARTMENT OF EMPLOYMENT TRAINING<br>EMPLOYMENT SEC DIV, CONTRIBUTIONS SECTION<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713-0030 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | |
|---|---|---|
| 1 | DMV AND PUBLIC SAFETY RECORDS SECTION<br>555 WRIGHT WAY<br>CARSON CITY, NV 89711-0250 | EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY DESK<br>9790 GATEWAY DRIVE<br>RENO, NV 89521-5906 |
| 4 | NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS, NV 89101 | INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 |
| 7 | SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY, NV 89701 | NV DEPARTMENT OF TAXATION<br>REVENUE DIVISION<br>CAPITOL COMPLEX<br>CARSON CITY, NV 89710-0003 |
| 10 | OFFICE OF LABOR COMMISSIONER<br>555 EAST WASHINGTON AVE., SUITE 4100<br>LAS VEGAS, NV 89101 | DANIEL G. BOGDEN<br>CARLOS A. GONZALEZ<br>OFFICE OF THE U.S. ATTORNEY<br>DISTRICT OF NEVADA<br>333 LAS VEGAS BLVD. SO, #5000<br>LAS VEGAS, NV 89101 |
| 14 | UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>P.O. BOX 683 – BEN FRANKLIN STATION<br>WASHINGTON, D.C. 20044 | DISTRICT COUNSEL<br>INTERNAL REVENUE SERVICE<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 |
| 17 | INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 | FHA/HUD<br>DISTRICT OFFICE<br>300 SOUTH LAS VEGAS BLVD. SUITE 2900<br>LAS VEGAS, NV 89101-5833 |
| 19 | DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE AND CLAIMS<br>3225 NORTH CENTRAL<br>PHOENIX, AZ 85012 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155-1220 |
| 22 | CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>P.O. BOX 551401<br>LAS VEGAS, NV 89155-1401 | |
| 25 | **NOTICES OF APPEARANCE/REQUESTS FOR NOTICE** | |
| 26 | DON TOMLIN<br>C/O DAVID W. MOUNIER<br>15316 SKY HIGH ROAD<br>ESCONDIDO, CA 92025 | MARYETTA BOWMAN<br>534 ENCHANTED LAKES DRIVE<br>HENDERSON, NV 89052 |
| 28 | EDWARD W. HOMFELD | RICHARD MCKNIGHT, ESQ. |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY, SUITE N-409<br>POMPANO BEACH, FLORIDA 33062 | LAW OFFICES OF RICHARD MCKNIGHT<br>330 SOUTH THIRD STREET #900<br>LAS VEGAS, NV 89101<br>mcknightlaw@cox.net<br>gkopang@lawlasvegas.com<br>cburke@lawlasvegas.com<br>sforemaster@lawlasvegas.com |
| RJ ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TX 76248 | MARGIE GANDOLFO<br>1724 ARROW WOOD DRIVE<br>RENO, NV 89521 |
| JANNY CATHARINA BROUWER<br>2533 KINNARD AVENUE<br>HENDERSON, NV 89074 | ROBERT R. KINAS, ESQ.<br>JENNIFER L. McBEE<br>SNELL & WILMER, LLP<br>3800 HOWARD HUGHES PKWY, #1000<br>LAS VEGAS, NV 89109<br>rkinas@swlaw.com<br>mstrand@swlaw.com<br>jlustig@swlaw.com<br>lholding@swlaw.com<br>imccord@swlaw.com |
| MICHAEL R. SHULER<br>C/O JAY R. EATON<br>EATON & O'LEARY, PLLC<br>P.O. BOX 18<br>FAIRBURY, IL 61739 | KERMIT KRUSE<br>2710 ALBANY AVENUE<br>DAVIS, CA 95616 |
| KELLY J. BRINKMAN, ESQ.<br>GOOLD PATTERSON, ALEX & DAY<br>4496 SOUTH PECOS ROAD<br>LAS VEGAS, NV 89121<br>kbrinkman@gooldpatterson.com | JANET L. CHUBB, ESQ.<br>JONES VARGAS<br>100 WEST LIBERTY STREET, 12TH FLOOR<br>P.O. BOX 281<br>RENO, NV 89504-0281<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com |
| MARTIN B. WEISS, ESQ.<br>THE GARRETT GROUP, LLC<br>ONE BETTERWORLD CIRCLE, SUITE 300<br>TEMECULA, CA 92590 | ATTILA JEFZENSZKY<br>1720 COLAVITA WAY<br>RENO, NV 89521 |
| VINCE DANELIAN<br>P.O. BOX 97782<br>LAS VEGAS, NV 89193 | WILLIAM L. MCGIMSEY, ESQ.<br>601 EAST CHARLESTON BLVD.<br>LAS VEGAS, NV 89104<br>lawoffices601@lvcoxmail.com |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| PAUL & DONNA JACQUES<br>810 SE 7TH STREET, A103<br>DEERFIELD BEACH, FL 33441 | PETER BOLINO<br>17412 SERENE DRIVE<br>MORGAN HILL, CA 95037 |
| STAN WOLKEN<br>Send notice to:<br>bayareastan@yahoo.com | SEAN NAJARIAN, ESQ.<br>THE NAJARIAN LAW FIRM<br>283 S. LAKE AVENUE, SUITE 205<br>PASADENA, CA 91101<br>sean@nlf.la |
| SCOTT D. FLEMING<br>HALE LANE PEEK DENNISION AND HOWARD<br>3930 HOWARD HUGES PARKWAY, 4TH FLOOR<br>LAS VEGAS, NV 89169<br>sfleming@halelane.com<br>dbergsing@halelane.com<br>ecfvegas@halelane.com | NILE LEATHAM<br>JAMES B. MACROBBIE<br>KOLESAR & LEATHAM, CHTD<br>3320 WEST SARAHA AVE., SUITE 380<br>LAS VEGAS, NV 89102-3202<br>nleatham@klnevada.com<br>jmacrobbie@klnevada.com |
| LAUREL E. DAVIS<br>LIONEL SAWYER & COLLINS<br>4700 BANK OF AMERICAN PLAZA<br>300 SOUTH FOURTH STREET<br>LAS VEGAS, NV 89101<br>ldavis@lionelsawyer.com<br>bklsclv@lionelsawyer.com<br>gbagley@lionelsawyer.com<br>ldavisesq@aol.com | GILBERT B. WEISMAN<br>BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 |
| CARYN S. TIJSSELING<br>BEESLEY, PECK & MATTEONI, LTD<br>5011 MEADOWOOD MALL WAY, #300<br>RENO, NV 89502<br>cst@beesleyandpeck.com<br>aha@beesleyandpeck.com | NICHOLAS J. SANTORO<br>400 SOUTH FOURTH STREET 3RD FLOOR<br>LAS VEGAS, NV 89101<br>NSantoro@Nevadafirm.com |
| JED A. HART<br>ANGELO, GORDON & CO.<br>245 PARK AVENUE, 26TH FLOOR<br>NEW YORK, NY 10167<br>jhart@angelogordon.com | BRADLEY J. STEVENS<br>JENNINGS, STROUSS & SALMON, P.L.C.<br>THE COLLIER CENTER, 11TH FLOOR<br>201 E. WASHINGTON STREET<br>PHOENIX, ARIZONA 85004-2385<br>bstevens@jsslaw.com |
| CiCi CUNNINGHAM, JAMES A. KOHL<br>CHRISTINE ROBERTS<br>RAWLINGS, OLSON, CANNON, GORMLEY & DESRUISSEAUX<br>9950 WEST CHEYENNE AVE.<br>LAS VEGAS, NV 89129<br>bankruptcy@rocgd.com | THOMAS R. STILLEY<br>SUSSMAN SHANK LLP<br>1000 SW BROADWAY, SUITE 1400<br>PORTLAND, OR 97205-3089 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| FRANKLIN C. ADAMS<br>BEST BEST & KRIEGER LLP<br>3750 UNIVERSITY AVE<br>P.O. BOX 1028<br>RIVERSIDE, CA 92502-1028<br>franklin.adams@bbklaw.com<br>arthur.johnston@bbklaw.com | JEFFREY G. SLOANE<br>REGINA M. McCONNELL<br>KRAVITZ, SCHNITZER, SLOANE, JOHNSON, & EBERHARDY, CHTD.<br>1389 GALLERIA DR. SUITE 200<br>HENDERSON, NV 89014<br>rmcconnell@kssattorneys.com<br>jsloane@kssattorneys.com<br>giklepel@yahoo.com |
| KEVIN B. CHRISTENSEN<br>XANNA R. HARDMAN<br>EVAN JAMES<br>7440 WEST SAHARA AVE.<br>LAS VEGAS, NV 89117<br>kbchrislaw@aol.com<br>xanna.hardman@gmail.com<br>ejameslv@earthlink.net | RICHARD MASON<br>PATRICIA K. SMOOTS<br>MICHAEL M. SCHMAHL<br>McGUIRE WOODS, LLP<br>77 WEST WACKER DR., SUITE 4100<br>CHICAGO, IL 60601<br>rjmason@mcquirewoods.com<br>psmoots@mcquirewoods.com<br>mschmahl@mcquirewoods.com |
| DONALD T. POLEDNAK<br>JEFFREY R. SYLVESTER<br>SYLVESTER & POLEDNAK, LTD<br>7371 PRAIRIE FALCON, SUITE 120<br>LAS VEGAS, NV 89128<br>sandplegal@yahoo.com<br>spbankruptcy@yahoo.com<br>jeff@sylvesterpolednak.com | PETER SUSI<br>JAY L. MICHAELSON<br>MICHAELSON, SUSI & MICHAELSON<br>SEVEN WEST FIGUEROA ST. 2ND FLOOR<br>SANTA BARBARA, CA 93101-3191<br>peter@msmlaw.com<br>jay@msmlaw.com<br>cheryl@msmlaw.com<br>msm@msmlaw.com |
| JOAN C. WRIGHT<br>ALLISON, MacKENZIE, RUSSELL, PAVLAKIS, WRIGHT & FAGAN, LTD.<br>402 NORTH DIVISION STREET<br>P.O. BOX 646<br>CARSON CITY, NV 89702<br>jwright@allisonmackenzie.com<br>jbrooks@allionmackenzie.com | BAY COMMUNITIES<br>C/O CHRIS MCKINNEY<br>4800 NO. FEDERAL HIGHWAY, SUITE A205<br>BOCA RATON, FL 33431 |
| ERVEN T. NELSON<br>BOLICK & BOYER<br>6060 W. ELTON AVENUE, SUITE A<br>LAS VEGAS, NV 89107 | MATTHEW Q. CALLISTER<br>CALLISTER & REYNOLDS<br>823 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89101 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| | mqc@callister-reynolds.com<br>maggie@callister-reynolds.com |
| ANDREW WELCHER<br>c/o NORDMAN CORMANY HAIR & COMPTON LLP<br>ATTN: WILLIAM E. WINFIELD, ESQ.<br>1000 TOWN CENTER DRIVE, 6TH FLOOR<br>P.O. BOX 9100<br>OXNARD, CA 93031<br>wwinfield@nchc.com | ROBERT VERCHOTA, GENERAL PARTNER<br>R&N REAL ESTATE INVESTMENTS, LP<br>c/o JEFFREY A. COGAN<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV 89108<br>jeffrey@jeffreycogan.com |
| LAW OFFICES OF JAMES G. SCHWARTZ<br>JOSHUA D. BRYSK, ESQ.<br>7901 STONERIDGE DRIVE, SUITE 401<br>PLEASANTON, CA 94588 | SCOTT K. CANEPA<br>CANEPA, RIEDY & RUBINO<br>851 S. RAMPART BLVD. #160<br>LAS VEGAS, NV 89145<br>scanepa@defectlawyers.com<br>gmuscari@defectlawyers.com<br>scottcanepa@yahoo.com |
| JOHN F. MURTHA<br>WOODBURN & WEDGE<br>6100 NEIL ROAD, SUITE 500<br>P.O. BOX 2311<br>RENO, NV 89505<br>jmurtha@woodburnandwege.com | HOWARD CONNELL<br>1001 JENNIS SILVER STREET<br>LAS VEGAS, NV 89145<br>Howlor5@aol.com |
| SUSAN WILLIAMS SCANN<br>PAUL R. CONNAGHAN<br>DEANER, DEANER, SCANN MALAN & LARSEN<br>ATTORNEYS FOR FRANKLIN/STRATFORD<br>INVESTMENT, LLC<br>720 SOUTH FOURTH STREET, SUITE #300<br>LAS VEGAS, NV 89101<br>sscann@deanerlaw.com<br>palexander@deanerlaw.com | WILLIAM D. COPE<br>COPE & GUERRA<br>595 HUMBOLDT STREET<br>RENO, NV 89509-1603<br>cope-guerra@yahoo.com |
| THOMAS &. STILLEY<br>SUSSMAN SHANK, LLP<br>ATTORNEYS FOR DAVID FOSSATI<br>1000 SW BROADWAY, SUITE 1400<br>PORTLAND, OR 97205-3089<br>tom@susmanshank.com | THOMAS R. BROOKSBANK<br>BROOKSBANK &ASSOCIATES<br>ATTORNEYS FOR AUGUSTINE TUFFANELLI<br>689 SIERRA ROSE DRIVE, SUITE A-2<br>RENO, NV 89511<br>tom@tombrooksbank.com |
| RUSSELL JAMES ZUARDO<br>1296 HIGH FOREST AVE<br>LAS VEGAS, NV 89123<br>rjzrph@cox.net | JOHN PETER LEE, LTD<br>JOHN PETER LEE, ESQ.<br>830 LAS VEGAS BOULEVARD SOUTH<br>LAS VEGAS, NV 89101 |

| | |
|---|---|
| STEPHEN R. HARRIS<br>BELDING, HARRIS & PETRONI, LTD.<br>ATTORNEYS FOR FRANK SNOPKO<br>417 WEST PLUMB LANE<br>RENO, NV  89509 | BMC GROUP, INC.<br>1330 EAST FRANKLIN AVE.<br>EL SEGUNDO, CA  90245 |
| JERROLD T. MARTIN<br>8423 PASO ROBLES<br>NORTHRIDGE, CA  91325 | WADE B. GOCHNOUR<br>ARYN M. FITZWATER<br>HANEY, WOLOSON & MULLINS<br>ATTORNEYS FOR LIBERTY BANK<br>1117 SOUTH RANCHO DRIVE<br>LAS VEGAS, NV  89102 |
| JONATHAN L. MILLS<br>SUGAR, FRIEDBERG & FELSENTHAL LLP<br>For Norman Kiven<br>30 NORTH LASALLE STREET, SUITE 3000<br>CHICAGO, IL  60602 | GOLDSMITH & GUYMON, P.C.<br>ATTN: MARJORIE A. GUYMON<br>2055 N. VILLAGE CENTER CIRCLE<br>LAS VEGAS, NV 89134 |
| JOSEPH HUGGINS<br>HUGGINS & ASSOCIATES<br>1000 N. GREEN VALLEY PARKWAY, SUITE 440-2<br>HENDERSON, NV  89014<br>joehuggins@sbcglobal.net | RUSSELL S. WALKER<br>ELIZABETH R. LOVERIDGE<br>REID W. LAMBER<br>WOODBURY & KESLER, P.C.<br>ATTORNEYS FOR MILANWOSKI, HANTGES,<br> USA INVESTMENT PARTNERS<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT  84111 |
| NANCY L. ALLF<br>TIMOTHY P. THOMAS<br>PARSONS BEHLE & LATIMER<br>CO-COUNSEL FOR ALEXANDER ET AL<br>411 E. BONNEVILLE AVE., #100<br>LAS VEGAS, NV 89101 | GARY A. SHEERIN, ESQ.<br>177 WEST PROCTOR STREET, #B<br>CARSON CITY, NV  89703 |
| ANDREW DAUSCHER<br>ELLEN DAUSCHER<br>P.O. BOX 10031<br>ZEPHYR COVE, NV  89448 | KEHL FAMILY<br>C/O MR. KEN BONNET<br>3184 HIGHWAY 22<br>P.O. BOX 720<br>RIVERSIDE, IA  52327<br>ken.bonnet@riversidecasinoandresort.com |
| MR. ALLEN J. MAULT<br>2422 AQUASANTA<br>TUSTON, CA  92782 | A. WILLIAM CEGLIA<br>RANEE L. CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV  89704<br>awilliam@ceglia.name |
| CHARLES B. ANDERSON TRUST<br>RITA P. ANDERSON TRUST<br>BALTES COMPANY<br>211 COPPER RIDGE COURT<br>BOULDER CITY, NV  89005<br>chasband@earthlink.net | SIERRA HEALTH SERVICES<br>ATTN:  FRANK COLLINS<br>2724 NORTH TENAYA WAY<br>P.O. BOX 15645<br>LAS VEGAS NV  89114-5645<br>leg104@sierrahealth.com<br>caromi@sierrahealth.com |

| | |
|---|---|
| BRUCE H. CORUM, TRUSTEE OF THE CREDIT SHELTER TRUST<br>JUANITA N. CARTER<br>4442 VALMONTE DRIVE<br>SACRAMENTO, CA  95864<br>thecorumhouse@yahoo.com | ROBERT A. COWMAN<br>SANDRA L. COWMAN<br>1525 WINTERWOOD AVENUE<br>SPARKS, NV  89434<br>spddcbob@aol.com |
| DR. DAVID R. ENRICO<br>DR. BONNY K. ENRICO<br>2072 ALMYRA ROAD<br>SPARTA, TN  38583-5168<br>skypilot1@blomand.net | DAVID W. SEXTON<br>PAMELA K. SEXTON<br>21929 NORTH 79TH PLACE<br>SCOTTSDALE, AZ  85255<br>PamSexton@cox.net |
| MOJAVE CANYON INC.<br>ATTN;  J.B. PARTAIN, PRESIDENT<br>1400 COLORADO STREET, #C<br>BOULDER CITY, NV  89005<br>mcijb@swbell.net | R. VAUGHN GOURLEY, ESQ.<br>STEPHENS GOURLEY & BYWATER, P.C.<br>3636 N. RANCHO DR.<br>LAS VEGAS, NV 89130<br>vgourley@lvcm.com |
| ANDREW M. BRUMBY, ESQ.<br>SHUTTS & BOWEN, LLP<br>300 SOUTH ORANGE AVE., STE. 1000<br>PO BOX 4956<br>ORLANDO, FL 32802-4956<br>abrumby@shutts-law.com | |

Respectfully submitted this 22nd day of August, 2006.

    /s/     Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122