ELECTRONICALLY FILED
AUGUST 23 2006

STUTMAN, TREISTER & GLATT, P.C.
JEFFREY H. DAVIDSON
(CA State Bar No. 73980),
FRANK A. MEROLA
(CA State Bar No. 136934), and
EVE H. KARASIK
(CA State Bar No. 155356)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:  jdavidson@stutman.com
        fmerola@stutman.com
        ekarasik@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
(NV State Bar No. 000405)
CANDACE C. CARLYON
(NV State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(NV State Bar No. 009688)
233 S. Fourth Street, Second Floor
Las Vegas, NV  89101
Telephone: (702)471-7432
Facsimile: (702)471-7435
Email:  jshea@sheacarlyon.com
        ccarlyon@sheacarlyon.com
        ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | DATE: N/A<br>TIME: N/A |

<u>**SUPPLEMENTAL DECLARATION OF JAMES PATRICK SHEA, ESQ. AND STATEMENT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR ORDER APPOINTING SHEA & CARLYON, LTD. AS SPECIAL (NEVADA) COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC**</u>

I, James Patrick Shea, Esq., hereby declare and state as follows:

1. The following facts are personally known to me and if called to testify thereto, I could and would do so under oath.

2. I make this supplemental declaration and statement of disinterestedness ("Supplemental Declaration") in support of the Application (the "Application") for Order Appointing Shea & Carlyon, Ltd. as Special (Nevada) Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTD Committee"), which Application the Court granted by an Order entered on June 20, 2006 (docket #739).

3. To the best of my knowledge, and based upon the Declaration of Disinterestedness herein, neither Shea & Carlyon, nor any of its shareholders have any present connection with the any of the official committees appointed in the USA cases, the debtors, any creditors of the estate, any party in interest, their attorneys or accountants, the United States Trustee and any person employed in the office of the United States Trustee other than those described in the Application, in my initial declaration in support thereof, and in this Supplemental Declaration.

4. With respect to Shea & Carlyon's involvement with, or representation of, the debtors and/or creditors in this Bankruptcy Case, Shea & Carlyon hereby discloses the following connections and developments that have been uncovered in the course of its involvement in the USA cases:

   a. Shea & Carlyon represents Wells Fargo Bank ("Wells Fargo") in numerous matters, including issues relating to the USACMC prepetition and postpetition bank accounts, as well as prepetition debts owed by USACMC to Wells Fargo. On June 19, 2006, USACMC filed a complaint against Wells Fargo seeking to

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

recover $100,000 due to a check for that amount that Wells Fargo honored post-petition. On July 24, 2006, USACMC filed an interpleader action with respect to funds in an Investor Account held with Wells Fargo. On August 8, 2006, USACMC filed a motion with the Court to consolidate the two actions. Shea & Carlyon currently represent the interests of Wells Fargo in these two actions. However, Shea & Carlyon and it co-counsel Stutman, Treister & Glatt ("ST&G") have agreed that any matter arising with respect to Wells Fargo that may pose a potential conflict of interest for Shea & Carlyon will be handled solely by ST&G.

b. In early 2002, Epic Resorts-Westpark Resorts, LLC initiated a lawsuit in the District Court of Nevada (case no. A444634), seeking to recover approximately $80,000 owed to it by the defendant in that action. The action was interrupted by Epic Resorts' filing bankruptcy in late 2002 in the United States Bankruptcy Court, District of Delaware (case no, 02-12892-MFW). In early 2003, Shea & Carlyon was approached by a representative of Epic Resorts, and was asked whether it would be beneficial to the estate for Shea & Carlyon to pursue the State Court action in some context. Although Shea & Carlyon reviewed certain documents relative to that lawsuit, the matter was not ultimately pursued. Shea & Carlyon's involvement in the USA cases have revealed that one of the more problematic loans in the portfolio of the Official Committee of Equity Security Holders of USA Capital Diversified Fund, LLC involve a borrower named Epic Resorts-Palm Springs Marquis Villas, LLC, which may or may not be an affiliate of Epic Resorts-Westpark Resorts, LLC.

5.  In addition to the above, Shea & Carlyon has also performed a computerized "conflicts check" as to the names of each borrower on each of the loans in which USA Capital First Trust Deed Fund, LLC holds an interest. There were no conflicts disclosed by this search other than those previously disclosed in Shea & Carlyon's Application.

6.  Based upon the foregoing, it is my belief that neither Shea & Carlyon, nor any shareholder in Shea & Carlyon, represents any interest adverse to the FTD Committee for which it has been retained. Accordingly, Shea & Carlyon is disinterested under sections 101(14) and 327(a) and (c) of the Bankruptcy Code.

7.  To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of August, 2006.

SHEA & CARLYON, LTD.

_____
JAMES PATRICK SHEA, ESQ.

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

4