```
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors
```

E-FILED ON AUGUST 24, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                       Debtor. | Case Nos. BK-S-06-10725  LBR<br>Case Nos. BK-S-06-10726  LBR<br>Case Nos. BK-S-06-10727  LBR<br>Case Nos. BK-S-06-10728  LBR<br>Case Nos. BK-S-06-10729  LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                       Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                       Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                       Debtor. | **SUPPLEMENTAL DECLARATION IN SUPPORT OF APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER** |
| In re:<br>USA SECURITIES, LLC,<br>                                                       Debtor. | |
| Affects:<br> ☒ All Debtors<br> ☐ USA Commercial Mortgage Company<br> ☐ USA Securities, LLC<br> ☐ USA Capital Realty Advisors, LLC<br> ☐ USA Capital Diversified Trust Deed Fund, LLC<br> ☐ USA First Trust Deed Fund, LLC | Date:  n/a<br>Time: n/a |

1

P:\USA Commercial Mortgage\Pleadings\Employment Application SM\Second Amended Declaration re Emp App SM_082306.doc

I, Jeanette E. McPherson hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of Nevada, and I am the managing partner of the Schwartzer & McPherson Law Firm. I have personal knowledge of the facts recited herein, and I am competent to testify regarding them if called as a witness in this matter.

2. I make this declaration and disclosure in support of the Application By Debtor and Debtor-In-Possession To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer (the "Application").

3. Schwartzer & McPherson Law Firm ("S&M" or the "Firm") has been retained to represent USA Commercial Mortgage Company ("USACM"), USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC ("FTD Fund")(collectively, the "Debtors").

4. With respect to S&M's involvement with, or representation of, the debtors and/or creditors in this bankruptcy case, S&M states the following:

   a. On August 10, 2006, S&M filed a Motion to Reject Personal Property Leases (See Docket No. 1131) in which IKON was listed as a lease that USA proposes to reject.

   b. We have recently discovered that IKON Financial is a lessor for S&M.

   c. S&M and co-counsel Ray Quinney & Nebeker, P.C. ("RQN") have agreed that any matter arising with respect to IKON that may pose a potential conflict of interest for S&M will be handled solely by RQN.

5. Based upon the foregoing, it is my belief that the Firm does not represent any interest which would be adverse to it or the bankruptcy estate. Accordingly, S&M is disinterested under sections 101(14) and 327(a) and (c) of the Bankruptcy Code.

6. To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

DATED:    August 23, 2006

/s/    JEANETTE E. MCPHERSON
Jeanette E. McPherson