LEWIS AND ROCA LLP LAWYERS

Efiled on 8/24/06

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company**<br>    06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>    06-10726 | **Notice of Continuing Objection To Motion For Payment Of Proceeds Of Notes Secured By Deeds Of Trust Without Reduction For Netting** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10728 | |
| **USA Capital First Trust Deed Fund, LLC**<br>    06-10728 | Date:    August 31, 2006<br>Time:    9:30 a.m.<br>**Affecting:**<br>¨ All Cases<br>**or Only:**<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>× USA Capital Diversified Trust Deed Fund, LLC<br>× USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC |
| **USA Securities, LLC**<br>    06-10729<br>                    **Debtors.** | |

The Official Unsecured Creditors' Committee for USA Commercial Mortgage Company opposes the request for continuing authority to make payments as requested in the Debtors' Motion To Distribute Funds And To Grant Ordinary Course Releases And Distribute Proceeds (the "Distribution Motion") [DE 847] for the reasons stated in the Committee's Response to Motion to Distribute Funds and to Grant Ordinary-Course

205436.1

LEWIS AND ROCA LLP
LAWYERS

Releases and Distribute Proceeds [DE 995], which was supported by the Declaration of Edward M. Burr [DE 996].  The Committee is not waiving the substantive arguments previously made and considered by this Court, rather this opposition notes that Debtors still have not proposed any means of withholding sums that should be withheld under any reasonable view of Lenders' rights *vis a vis* the servicing agent.

Specifically, each of the following issues was raised in the Committee's Response and has not been addressed by Debtors as of this writing:

- Mesirow Interim Financial Management LLC ("Mesirow") should determine and USA Commercial Mortgage Company ("USACM") as servicing agent hold back from the appropriate Lenders a 3% servicing fee where the applicable Loan Servicing Agreement ("LSA") so provides.  Conversely, a Lender whose fee is 1% should not have additional servicing fees withheld because Mesirow has not yet analyzed this issue.

- Mesirow should allocate the costs of the Hilco appraisals on a loan-by-loan basis and USACM should deduct those costs before distributions are made.

- The fees and expenses of Debtors' professionals incurred in collecting Loans must be addressed.  Neither Borrowers nor Lenders should get a free ride at the expense of USACM's unsecured creditors for such expenses.[1]

- The fees and expenses associated with the Direct Lenders Committee must be addressed.  Just as the USA Capital Diversified Trust Deed Fund, LLC and USA Capital First Trust Deed Fund, LLC estates are paying the expenses of the professionals representing their respective interests, so too must the Direct Lenders, not the unsecured creditors of USACM.

---

[1] There can be no argument that USACM's professionals must keep their time and expense and Debtors must seek to recover expense incurred in collecting Loans from Borrowers in default.  If the professionals keep the time and expense, and USACM collects those fees from the Borrowers, then the fees are kept by USACM and the Lenders need not be charged.

205436.1



Mesirow and Debtors have known about these issues at least since the Committee filed its Response. The issues have not been resolved as of this writing, although the Committee has made a written proposal.

Accordingly, the Committee requests that the request to make additional distributions be continued until Debtors resolve the foregoing concerns. A brief continuance should not impose any hardship on Lenders as Mesirow has not, as of this writing, identified the distribution it proposes to make for July collections.[2] (Mesirow did not circulate the Loan Status Report for July collections until August 23, 2006.) The continued hearing could perhaps occur as soon as the hearing presently scheduled for September 13, 2006.

Dated August 24, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

---

[2] The Committee reserves the right to object to any distribution when Mesirow provides its accounting of a proposed distribution.