E-FILED ON AUGUST 24, 2006

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                 Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                 Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                 Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                 Debtor. | **NOTICE OF ENTRY OF ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY ROLLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                 Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: August 16, 2006<br>Time: 9:30 a.m. |

NOE and COM re Order Denying Motion for Relief from Automatic Stay 082406      - 1 –

1  NOTICE IS HEREBY GIVEN that an Order Denying Motion for Relief from Automatic
2  Stay Filed by Rolland P. Weddell and Spectrum Financial Group (Affects USA Commercial
3  Mortgage Company) was entered on August 24, 2006, a copy of which is attached hereto.
4  Dated: August 24, 2006

/s/ Lenard Schwartzer

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Ewq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Attorney for Debtors and Debtors-in-Possession

**CERTIFICATE OF SERVICE**

1. On August 24, 2006 I served the following document(s):

    a. Notice of Entry of Order Denying Motion for Relief from Automatic Stay Filed by Rolland P. Weddell and Spectrum Financial Group (Affects USA Commercial Mortgage Company)

2. I served the above-named document(s) by the following means to the persons as listed below:

☐   a.   **By ECF System**:

☒   b.   **By United States mail, postage fully prepaid**:

Rob Charles, Jr., Esq.
Lewis and Roca, LLP
3993 Howard Hughes Pkwy.
#600
Las Vegas, NV  89109

Elissa F. Cadish, Esq.
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Pkwy.
4th Floor
Las Vegas, NV  89109

☐   c.   **By Personal Service**

   I personally delivered the document(s) to the persons at these addresses:

   ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   d.   **By direct email (as opposed to through the ECF System)**

   Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  ☐   e.   **By fax transmission**

2       Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

5  ☐   f.   **By messenger**

        I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:   August 24, 2006

REBECCA MOSS                           /s/   *REBECCA MOSS*
(Name of Declarant)                    (Signature of Declarant)

NOE and COM re Order Denying Motion for Relief from Automatic Stay 082406          − 4 −



**Entered on Docket
August 21, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
    and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                    Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                    Debtor. | **ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY ROLLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: August 16, 2006<br>Time: 9:30 a.m. |

P:\USA Commercial Mortgage\Lift Stay Motions\Weddell, Spectrum\Order Denying MLS.DOC                                Page 1 of 2

The Motion for Relief from Automatic Stay (the "Motion") filed by Rolland P. Weddell and Spectrum Financial Group having come before this Court after notice; the movants being represented by Elissa F. Cadish, Esq. of Hale Lane Peek Dennison and Howard, USA Commercial Mortgage Company being represented by Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm, Rob Charles, Esq. of Lewis and Roca, LLP representing the Official Committee of Unsecured Creditors, and other appearances having been made on the record; the Court having reviewed the pleadings, having heard the arguments of counsel and having made its findings and conclusions on the record, it is

ORDERED that the Motion is denied; and it is further

ORDERED that the automatic stay in this case does not apply to the movants' claims against non-debtor defendants in the litigation now pending in the United States District Court for the District of Nevada as Case No. CV-S-01-0355-KJD-LRL.

Prepared by

SCHWARTZER & McPHERSON LAW FIRM

By: /s/ Lenard E. Schwartzer, Esq.
LENARD E. SCHWARTZER, ESQ.
*Counsel for USA Commercial Mortgage Company*

Approved/Disapproved by:

LEWIS AND ROCA, LLP

By: /s/ Rob Charles, Esq.
ROB CHARLES, ESQ.
SUSAN M. FREEMAN, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

HALE LANE PEEK DENIISON and HOWARD

By: /s/ Elissa F. Cadish, Esq.
ELISSA F. CADISH, ESQ.
SCOTT D. FLEMING, ESQ.
*Counsel for Rolland P. Weddell and Spectrum Financial Group*

### ###