Parsons, Behle & Latimer  
Nancy L. Allf, Bar No. 0128  
Timothy P Thomas, Bar No. 5148  
411 E. Bonneville Ave. #100  
Las Vegas, NV 89101  
(702) 599-6000  
nallf@parsonsbehle.com  

and  

Robert C. LePome, Esq.  
330 S. Third St. #1100B  
Las Vegas, NV 89101  
(702) 385-5509  
Nevada Bar #1980  
robert@robertlepome.com  

E-Filed on August 24, 2006

Attorneys for Alexander et, al.

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | BK-S-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY ) | |
|         Debtor        ) | |
| In re: ) | BK-S-06-10726-LBR |
| ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, ) | |
|         Debtor        ) | |
| In re: ) | BK-S-06-10727-LBR |
| ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED ) | |
| FUND, LLC, ) | |
|         Debtor        ) | |
| In re: ) | BK-S-06-10728-LBR |
| ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, ) | |
| LLC, ) | |
|         Debtor        ) | |
| In re: ) | BK-S-06-10729-LBR |
| ) | Chapter 11 |

| | | | |
|---|---|---|---|
| USA SECURITIES, LLC, | ) | | |
|             Debtor | ) | | |
| Affects: | ) | | |
|    ■ All Debtors | ) | | |
|    ☐ USA Commercial Mortgage Co. | ) | | |
|    ☐ USA Securities, LLC | ) | | |
|    ☐ USA Capital Realty Advisors, LLC | ) | DATE: | August 31, 2006 |
|    ☐ USA Capital Diversified Trust Deed | ) | TIME: | 9:30 A.M. |
|    ☐ USA First Trust Deed Fund, LLC | ) | | |
| | ) | | |

### OBJECTION TO STIPULATED ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIOD TO FILE A PLAN TO AUGUST 31, 2006 (AFFECTS ALL DEBTORS)

COMES NOW Direct Lenders Alexander and others shown in the Second Amended Statement of Robert C. LePome, Esq. And Nancy Allf, Esq. Pursuant to Rule 2019 filed as Docket #1077 of the firm of Parsons, Behle, & Latimer and Robert C. LePome Esq. and object to the Stipulated Order Extending the Debtors' Exclusive Period to file a Plan to August 31, 2006 (Affects All Debtors) entered on August 11, 2006 filed as Docket #1139.  The Stipulated Order was not presented to all counsel for approval in this case.  The Direct Lenders object to any further  extensions in this matter.  The Plan and Disclosure Statement should be filed immediately so that this

. . .

. . .

. . .

. . .

. . .

. . .

matter may move forward.

/s/ Robert C. LePome, Esq.
Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
Nevada Bar #1980
(702) 385-5509

and

Parsons, Behle & Latimer
Nancy Allf, Esq., Bar #0128
Timothy P. Thomas, Bar #5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
