ELECTRONICALLY FILED
AUGUST 25, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| E-mail:   fmerola@stutman.com | E-mail:   jshea@sheacarlyon.com |
|          ekarasik@stutman.com |          ccarlyon@sheacarlyon.com |
|          aparlen@stutman.com |          ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>) Date: N/A<br>) Time: N/A<br>)<br>)<br>) |

**FIRST COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF MONTHLY INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)**

The Application of Shea & Carlyon, Ltd. ("SC"), special (Nevada) counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), respectfully represents as follows:

1. SC hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing May 10, 2006 and ending July 31, 2006 (the "Application Period").

2. SC seeks allowance and payment of interim compensation for fees in the amount of $132,098.20, representing 80% of the fees for services rendered during the Application Period, plus $6,100, representing 100% of the expenses incurred during that period, for a total award of **$138,198.20**. The total fees represent 634.75 hours expended during the Application Period.

3. Attached as **Exhibit "A"** hereto is the name of each professional who performed services in connection with this case during the Application Period and the hourly rate for each such professional. Attached as **Exhibit "B"** hereto is a summary of the expenses incurred during the Application Period. Detailed schedules of both the time expended by SC professionals during the Application Period, as well as expenses incurred during that period, are attached to the First Interim Fee and Expense Application of Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, filed concurrently herewith, as Exhibits 2 and 3, respectively.

4. This Application is being served electronically upon the Office of the United States Trustee, the Debtors, the Debtors' restructuring professionals, the Debtors' counsel, and counsel for each of the official committees appointed in these cases. In addition, this Application is being served by mail upon the individual members of the FTDF Committee.

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

5.  Pursuant to this Court's in-court ruling on the Debtors' Application for Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, made on August 4, 2006,[1] USA Capital First Trust Deed Fund, LLC (the "FTDF") is authorized to make the payment requested herein without a further hearing or order of the Court unless an objection to this Application is served upon SC on or before September 15, 2006. If such an objection is filed, the FTDF is authorized to pay the appropriate percentage of only those amounts not subject to the objection.

6.  The payment of interim compensation and reimbursement of expenses sought in this Application is on account and is not final. Upon the conclusion of these cases, SC will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in these cases. Any interim fees or reimbursement of expenses approved by the Court and received by SC will be credited against such final fees and expenses as may be allowed by the Court.

7.  Neither SC nor any member of SC's firm has any agreement or understanding of any kind to divide, pay over or share any portion of the fees or expenses to be awarded to SC with any other person or attorney except as between the professionals of SC's firm.[2]

WHEREFORE, SC respectfully requests that the FTDF pay to Shea and Carlyon, Ltd. interim compensation in the amount of $138,198.20, as requested herein pursuant to and in accordance with the terms of this Court's ruling with respect to Debtors' Application for

---

[1] No payments are contemplated unless and until the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals is entered.

[2] One of the firm's professionals, Dawn M. Cica, Esq., is affiliated with the firm on an "of Counsel" basis. Ms. Cica did not expend time on this matter during the Application Period.

*SHEA & CARLYON, LTD.*
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

DATED this 25th day of August, 2006.

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 South Fourth Street, Second Floor
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

# EXHIBIT "A"

**EXHIBIT "A" TO FIRST COVER SHEET**
**FEE APPLICATION OF SHEA & CARLYON, LTD.**
**SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL**
**COMMITTEE OF EQUITY SECURITY HOLDERS OF**
**USA CAPITAL FIRST TRUST DEED FUND, LLC**

| Names of Professionals and Paraprofessionals | Hours Billed this Period | Rate | Total for Period[1] |
|---|---:|---:|---:|
| James Patrick Shea | 113.00 | $425.00 | $44,540.00 |
| Candace C. Carlyon | 163.50 | $425.00 | $65,343.75 |
| Shawn W. Miller | 0.20 | $325.00 | $65.00 |
| Shlomo S. Sherman | 164.30 | $190.00 | $30,685.00 |
| Paralegal | 41.30 | $150.00 | $6,195.00 |
| Legal Assistants | 152.45 | $120.00 | $18,294.00 |

**Total Hours** (Including paraprofessional time)  **Total Fees**  **Blended Rate**
634.75                                              $165,122.75    $260.14

**Total Hours** (Excluding paraprofessional time)  **Total Fees**  **Blended Rate**
441                                                 $140,633.75    $318.90

---

[1] In many instances, the amount billed is lower than the hours versus rate, due to "no charge" time.

# EXHIBIT "B"

**EXHIBIT "C" TO FIRST COVER SHEET
FEE APPLICATION OF SHEA & CARLYON, LTD.
SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS OF
USA CAPITAL FIRST TRUST DEED FUND, LLC**

| EXPENSE | RATE | TOTAL |
| --- | --- | --- |
| Copying | $.10 per page or actual cost for outside copying service | $4093.50 |
| Delivery | $7.50 per delivery | $240.00 |
| Facsimile | $1.00 per page for long distance transmission; $.50 per page for receipt/local transmission | $105.00 |
| Telephone | Actual costs for long distance and/or teleconferencing services | $11.93 |
| Postage / FedEx | Actual costs | $35.02 |
| Pacer | Actual costs | $189.20 |
| Scanning | $.10 per page | $97.50 |
| Filing Fee | Actual costs | $700 |
| Meals | Actual costs | $627.85 |
| **TOTAL:** | | **$6,100** |