ELECTRONICALLY FILED
AUGUST 25, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| E-mail:   fmerola@stutman.com | E-mail:   jshea@sheacarlyon.com |
|           ekarasik@stutman.com |          ccarlyon@sheacarlyon.com |
|           aparlen@stutman.com |          ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | Date: September 25, 2006<br>Time: 9:30 a.m. |

**DECLARATION OF SHLOMO S. SHERMAN, ESQ. IN SUPPORT OF THE FIRST INTERIM FEE AND EXPENSE APPLICATION OF SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)**

I, SHLOMO S. SHERMAN, ESQ., hereby declare as follows:

1. The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

2. I am an associate with the law firm of Shea & Carlyon, Ltd. ("SC"), special (Nevada) counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), and I make this declaration in support of the First Interim Fee and Expense Application of Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "Application").

3. I have personally reviewed the information contained in the Application, and the same is true and correct to the best of my knowledge, information and belief.

4. SC bills for expenses, including in house photocopies ($.25 per page); telefax transmissions ($1.00 per page long distance; $.50 per page local); scanning/large print jobs ($.10 per page); messenger service ($7.50 to $10.00 per "run" or actual cost where outside messenger service is required on an emergency or out of area basis); postage (actual cost); Westlaw (actual cost)[1]; long distance telephone (actual cost); and third party expenses (including court reporter fees, costs of tapes and transcripts, outside copying services, filing fees, and meals).

5. The chronological list of fees and expenses incurred through July 31, 2006 attached to the Application as Exhibit 2 and 3, respectively, are true and accurate copies invoices that are maintained by SC in the ordinary course of business.

6. I have personally reviewed and edited the bill in this matter, and it represents

---

[1] SC currently subscribes to unlimited use of federal and state cases and statutes and does not pass charges for such flat fee subscriptions on to its clients.

1  the true and correct charges to the best of my knowledge, information and belief.

2  DATED this 25th day of August, 2006

_____
SHLOMO S. SHERMAN, ESQ.