**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on August 25, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**  06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**  06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC**  06-10727 | Date: N/A  Time: N/A  **Affecting:** |
| **USA Capital First Trust Deed Fund, LLC**  06-10728 | × All Cases  **or Only:**  ¨ USA Commercial Mortgage Company  ¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC**  06-10729  **Debtors.** | ¨ USA Capital Diversified Trust Deed Fund, LLC  ¨ USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

   A) Notice of Continuing Objection to Motion for Payment of Proceeds of Notes Secured by Deeds of Trust without Reduction for Netting [DE 1186].

2. I served DE 1186 by the following means to the persons as listed below:

1742363.1

1  A) ECF System to the persons listed on Exhibit A on August 24, 2006;

2  B) Email and U.S. Mail, postage prepaid mail on August 24, 2006 to all persons

3  listed on the Master Service List on file with this Court not included in A).

4  I declare under penalty of perjury that the foregoing is true and correct.

5  DATED this 25th day of August, 2006.

                         /s/ Christine E. Laurel
                         Christine E. Laurel

1742363.1