ELECTRONICALLY FILED
AUGUST 29, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail:    fmerola@stutman.com
           ekarasik@stutman.com
           cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail:    jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com
           ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security
Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

## NOTICE OF ENTRY OF STIPULATION AND ORDER

**NOTICE OF ENTRY OF STIPULATION AND ORDER CONTINUING HEARING ON OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO PROOF OF CLAIM FILED BY PROSPECT HIGH INCOME FUND, ML CBOIV (CAYMAN) LTD, PAMCO CAYMAN, LTD., PAM CAPITAL FUNDING, L.P., HIGHLAND CRUSADER FUND, LTD., AND PCMG TRADING PARTNERS XXIII, L.P. (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

PLEASE TAKE NOTICE that a Stipulation and Order Continuing Hearing on Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proof of Claim filed by Prospect High Income Fund, ML CBOIV (Cayman) Ltd, Pamco Cayman, Ltd., Pam Capital Funding, L.P., Highland Crusader Fund, Ltd., and PCMG Trading Partners XXIII, L.P. (Affects Debtor USA Capital First Trust Deed Fund, LLC) was entered on August 25, 2006, a true and correct copy of which is attached hereto.

DATED this 29th day of August, 2006.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Second Floor
Las Vegas, NV 89101

> The stipulation for continuance is approved. However, Highland Capital shall file any response at least fifteen days before the hearing. Any reply shall be filed at least five days before the hearing.

Entered on Docket
August 25, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:   fmerola@stutman.com
         ekarasik@stutman.com
         aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:   jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | |

402096v1

**STIPULATION AND ORDER CONTINUING HEARING ON OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO PROOF OF CLAIM FILED BY PROSPECT HIGH INCOME FUND, ML CBOIV (CAYMAN) LTD, PAMCO CAYMAN, LTD., PAM CAPITAL FUNDING, L.P., HIGHLAND CRUSADER FUND, LTD., AND PCMG TRADING PARTNERS XXIII, L.P. (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

IT IS HEREBY STIPULATED and AGREED by and between the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTD Fund Committee") by and through its attorneys Stutman, Treister & Glatt P.C. and Shea & Carlyon, Ltd., and Prospect High Income Fund, ML BCOIV (Cayman) Ltd., Pamco Cayman, Ltd., Pam Capital Funding, L.P., Highland Crusader Fund, Ltd., and PCMG Trading Partners XXIII, L.P. (collectively, "Highland Capital") by and through their attorneys Rawlings, Olson, Cannon, Gormley & Desrruisseaux, as follows:

WHEREAS on June 7, 2006, Highland Capital filed a proof of claim (the "Highland Capital Claim") asserting a $20 million general unsecured claim against USA Capital First Trust Deed Fund, LLC (the "FTD Fund"), which claim is claim number 16 on the FTD Fund claims register;

WHEREAS on August 1, 2006, the FTD Fund Committee filed an objection to the Highland Capital Claim (the "Highland Capital Claim Objection") [docket no. 1068] on the grounds that the Highland Capital Claim is based on a lawsuit against USA Capital Diversified Trust Deed Fund, LLC, and that, accordingly, the FTD Fund has no liability on account of such claim;

WHEREAS the FTD Fund Committee properly noticed the hearing on the Highland Capital Claim Objection for August 31, 2006 at 9:30 a.m;

WHEREAS the FTD Fund Committee and Highland Capital have agreed to continue the hearing on the Highland Capital Claim Objection to allow the parties more time to investigate the Highland Capital Claim;

NOW, THEREFORE, the FTD Fund Committee and Highland Capital hereby stipulate and agree as follows:

402096v1

2

1. The hearing on the Highland Capital Claim Objection shall be continued for approximately sixty (60) days to the omnibus hearing date scheduled for October 30, 2006 at 9:30 a.m.

2. Pursuant to Rule 3007(b) of the Local Rules of Bankruptcy Practice, the deadline for Highland Capital to respond to the Highland Capital Claim Objection shall be 5 business days before the hearing on the Highland Capital Claim Objection.

Dated this 23rd day of August, 2006.

By: /s/ _____

FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101
Telephone: (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC

By: _____
CICI CUNNINGHAM ( _____ )
RAWLINGS, OLSON, CANNON, GORMLEY & DESRRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) _____
COUNSEL FOR PROSPECT HIGH INCOME FUND,
ML CBO IV (CAYMAN), LTD., PAMCO CAYMAN, LTD.,
PAM CAPITAL FUNDING, L.P., HIGHLAND CRUSADER FUND, LTD.,
AND PCMG TRADING PARTNERS XXIII, L.P.

402096v1                                          3

1.     1.     The hearing on the Highland Capital Claim Objection shall be continued for approximately sixty (60) days to the omnibus hearing date scheduled for October 30, 2006 at 9:30 a.m.

2.     Pursuant to Rule 3007(b) of the Local Rules of Bankruptcy Practice, the deadline for Highland Capital to respond to the Highland Capital Claim Objection shall be 5 business days before the hearing on the Highland Capital Claim Objection.

Dated this ____ day of August, 2006.

By: _____

FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101
Telephone: (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC

By: _____
CICI CUNNINGHAM (4910)
RAWLINGS, OLSON, CANNON, GORMLEY & DESRRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
COUNSEL FOR PROSPECT HIGH INCOME FUND,
ML CBO IV (CAYMAN), LTD., PAMCO CAYMAN, LTD.,
PAM CAPITAL FUNDING, L.P., HIGHLAND CRUSADER FUND, LTD.,
AND PCMG TRADING PARTNERS XXIII, L.P.

402096v1      3

Approved / Disapproved by:
OFFICE OF THE U.S. TRUSTEE

By: _____
August B. Landis

**ORDER**

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

STUTMAN, TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
Christine M. Pajak, Esq.
Shlomo S. Sherman, Esq.
Attorneys for the Official Committee of
Equity Security Holders of USA Capital First
Trust Deed Fund, LLC

402096v1

-4-