

**Entered on Docket
August 29, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                           Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                           Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                           Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                           Debtor. | **STIPULATED ORDER RE<br>STANDARD PROPERTY<br>DEVELOPMENT'S MOTION FOR<br>RELIEF FROM AUTOMATIC STAY<br>[AFFECTS USA COMMERCIAL<br>MORTGAGE COMPANY AND USA<br>CAPITAL FIRST TRUST DEED<br>FUND]** |
| In re:<br>USA SECURITIES, LLC,<br>                                           Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | Date: August 16, 2006<br>Time: 9:30 a.m. |

1  The Motion for Relief from Automatic Stay (the "Motion") filed by Standard Property Development ("Standard") having come before this court; Standard being represented by Andrew M. Brumby, Esq. of Shutts & Bowen, LLP and David Stephens, Esq. of Stephens, Gourley & Bywater, USA Commercial Mortgage Company ("USACM"), and USA Capital First Trust Deed Fund, LLC ("Capital First") (collectively, the "Debtors"), being represented by Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm and Annette W. Jarvis, Esq. of Ray, Quinney & Nebeker P.C., the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund being represented by Candace C. Carlyon, Esq. of Shea & Carlyon, Ltd., the Official Committee of Holders of Executory Contract Rights ("Direct Lenders") being represented by Gregory E. Garman, Esq. of Gordon & Silver, Ltd., the JV Direct Lenders being represented by Janet L. Chubb, Esq. of Jones Vargas, Rob Charles, Esq. of Lewis and Roca representing the Official Committee of Unsecured Creditors and other appearances having been made on the record; the Court hearing the representations of counsel and finding good cause, it is

ORDERED that the hearing of the Motion be continued to September 28, 2006 at 9:30 a.m.; and it is further

ORDERED that the current defendants in the action pending in the Circuit Court for the 9th Judicial circuit in and for Orange County, Florida as case No. 2006-CA-5756 (the "Florida Action") shall have until October 10, 2006 to answer or otherwise file pleadings in the Florida Action and said deadline is without prejudice to any request by Direct Lenders for additional time to answer or otherwise file pleadings in the Florida Action; and it is further

ORDERED that any motion for a preliminary injunction against the prosecution of the Florida Action filed by the Debtors in this court shall be heard on at least 25 days notice to Standard and its counsel; and it is further

///
///
///
///
///

...

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

ORDERED that the Debtors shall provide Standard with an accounting of the funds held in the interest reserve account within 10 days.

Prepared by:

**SCHWARTZER & McPHERSON LAW FIRM and RAY QUINNEY & NEBEKER, P.C.**

By: /s/
LENARD E. SCHWARTZER, ESQ.
*Counsel for USA Commercial Mortgage Company And USA Capital First Trust Deed Fund*

Approved/Disapproved by:
**LEWIS AND ROCA, LLP**

By:_____
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:
**GORDON & SILVER, LTD.**

By: /s/
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:
**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:_____
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By:_____
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved/Disapproved by:
**JONES VARGAS**

By:_____
JANET L. CHUBB, ESQ.
*Counsel for the JV Direct Lenders*

Approved/Disapproved by:
**SHUTTS & BOWEN LLP and STEPHENS, GORLEY & BYWATER**

By:_____
ANDREW M. BRUMBY, ESQ.
*Counsel for Standard Property Development,*

###

ORDERED that the Debtors shall provide Standard with an accounting of the funds held in the interest reserve account within 10 days.

Prepared by:

**SCHWARTZER & McPHERSON LAW FIRM and RAY QUINNEY & NEBEKER, P.C.**

By:_____
LENARD E. SCHWARTZER, ESQ.
*Counsel for USA Commercial Mortgage Company
And USA Capital First Trust Deed Fund*

Approved/Disapproved by:
**LEWIS AND ROCA, LLP**

By: */s/ Rob Charles*
ROB CHARLES, ESQ.
*Counsel for the Official Committee of
Unsecured Creditors of USA Commercial
Mortgage Company*

Approved/Disapproved by:
**GORDON & SILVER, LTD.**

By:_____
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders
of Executory Contract Rights of USA
Commercial Mortgage Company*

Approved/Disapproved by:
**BECKLEY SINGLETON, CHTD. and
ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Anne M. Loraditch*
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity
Security Holders of USA Capital Diversified
Trust Deed Fund, LLC*

Approved/Disapproved by:
**STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.**

By: */s/ Candace C. Carlyon*
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund LLC*

Approved/Disapproved by:
**JONES VARGAS**

By: */s/ Janet L. Chubb*
JANET L. CHUBB, ESQ.
*Counsel for the JV Direct Lenders*

Approved/Disapproved by:
**SHUTTS & BOWEN LLP and STEPHENS, GORLEY & BYWATER**

By:_____
ANDREW M. BRUMBY, ESQ.
*Counsel for Standard Property Development,*

### # #

ORDERED that the Debtors shall provide Standard with an accounting of the funds held in the interest reserve account within 10 days.

Prepared by:

**SCHWARTZER & McPHERSON LAW FIRM and RAY QUINNEY & NEBEKER, P.C.**

By:_____
LENARD E. SCHWARTZER, ESQ.
*Counsel for USA Commercial Mortgage Company And USA Capital First Trust Deed Fund*

Approved/Disapproved by:
**LEWIS AND ROCA, LLP**

By:_____
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:
**GORDON & SILVER, LTD.**

By:_____
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:
**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:_____
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By:_____
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

Approved/Disapproved by:
**JONES VARGAS**

By:_____
JANET L. CHUBB, ESQ.
*Counsel for the JV Direct Lenders*

Approved/Disapproved by:
**SHUTTS & BOWEN LLP and STEPHENS, GORLEY & BYWATER**

By:_____
ANDREW M. BRUMBY, ESQ.
*Counsel for Standard Property Development,*

### # #