JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
   and   tbw@jonesvargas.com
   and   lbubala@jonesvargas.com

*Electronically Filed on August 30, 2006*

**Attorneys for JV Direct Lenders**:
Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Juanita N. Carter; A. William Ceglia; Ranee L. Ceglia; Robert A. & Sandra L. Cowman; Bruce Corum, Trustee of the Credit Shelter Trust; Andrew & Ellen Dauscher; Drs. David & Bonny Enrico; Fertitta Enterprises, Inc.; Judith L Fountain Irrevocable Trust Dated 8/26/97; Kehl Family; The Mault Family Trust;  Mojave Canyon, Inc.; David W. & Pamela K. Sexton; Evelyn Asher Sheerin, Trustee for the Benefit of The Chris H. Sheerin (deceased) and Evelyn Asher Sheerin 984 Trust Dated 5/31/84; Evelyn Asher Sherrin, Trustee of the Chris and Evelyn Sheerin 1990 Trust; Sheerins Inc.; and Sierra Health Services

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                               Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC, Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                               Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                               Debtor.<br><br>USA SECURITIES, LLC,<br>                                                               Debtor.<br><br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter         11<br><br><br>**AMENDED STATEMENT OF JONES VARGAS PURSUANT TO BANKRUPTCY RULE 2019 (AFFECTS ALL DEBTORS)**<br><br>Hearing Date:    n/a<br>Hearing Time:   n/a |

1

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Rule 2019 Statement-Amended.doc

1   I, Janet L. Chubb, Esq., declare, under penalty of perjury, and state, as follows:

2   1.   I am an attorney licensed to practice law in the state of Nevada and am a
3   shareholder of the law firm of Jones Vargas.  I have personal knowledge of the facts set forth
4   herein and if called as a witness could and would competently testify thereto.

5   2.   Louis M. Bubala, Esq., an associate of Jones Vargas, and I are the attorneys
6   primarily responsible for representing the following JV Direct Lenders in connection the above-
7   captioned cases, as first deed of trust holders only, with regard to certain loans which were
8   originated and serviced by the Debtors.

9   3.   The representation of each client is based on direct loans each of them made to the
10  borrowers in one or more of various real property development projects listed below, which are
11  currently being serviced by USA Commercial Mortgage Company and which are secured by deeds
12  of trust.

13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

| Name(s) of Lenders | Borrower | Amount of Loan | Status of Loan |
|---|---|---|---|
| Charles B. Anderson Trust<br>211 Copper Ridge Court<br>Boulder City, NV 89005 | 5252 Orange, LLC<br>60th Street Venture<br>6425 Gess Ltd.<br>Amesbury/Hatters<br>Bay Pompano Beach<br>Beastar, LLC<br>Copper Sage<br>Del Valle Isleton<br>Eagle Meadows<br>Fiesta/Beaumont<br>Glendale Tower<br>Golden State<br>Gramercy Court<br>HFAH-Clear Lake<br>HFAH- North Yonkers/One Point St<br>Huntsville<br>Margarita Annex<br>Marlton Square[1]<br>Oak Shores II<br>Opaque/Mt. Edge<br>Placer Vineyards<br>Placer Vineyards 2nd<br>Riviera (HFA)<br>Roam Development<br>Standard Property<br>Tapia Ranch/Castaic Partners<br>Wasco Investments | $100,000<br>$125,000<br>$300,000<br>$100,000<br>$200,000<br>$100,000<br>$100,000<br>$303,500<br>$200,000<br>$100,000<br>$100,000<br>$100,000<br>$200,000<br>$100,000<br>$100,000<br><br>$200,000<br>$100,000<br>$100,000<br>$160,000<br>$225,000<br>$200,000<br>$100,000<br>$150,000<br>$100,000<br>$100,000<br>$100,000<br>$120,000 | Performing<br>Performing<br>Non-Performing<br>Non-Performing<br>Non-Performing<br>Repaid[2]<br>Performing<br>Repaid[2]<br>Non-Performing<br>Performing<br>Performing<br>Non-Performing<br>Non-Performing<br>Non-Performing<br>Non-Performing<br><br>Non-Performing<br>Non-Performing<br>Non-Performing<br>Performing<br>Non-Performing<br>Non-Performing<br>Non-Performing<br>Non-Performing<br>Performing<br>Performing<br>Non-Performing<br>Non-Performing |
| Rita P. Anderson Trust<br>211 Copper Ridge Court<br>Boulder City, NV 89005 | 5252 Orange, LLC<br>60th Street Venture<br>6425 Gess<br>Eagle Meadows<br>Fiesta/Beaumont<br>HFAH-Clear Lake<br>HFAH-North Yonkers/One Point St<br>Marlton Square[2]<br>Placer Vineyards<br>Roam Development<br>Tapia Ranch/Castaic Partners<br>Wasco Investments | $100,000<br>$100,000<br>$100,000<br>$150,000<br>$100,000<br>$100,000<br>$100,000<br><br>$100,000<br>$100,000<br>$100,000<br>$100,000<br>$120,000 | Performing<br>Performing<br>Non-Performing<br>Non-Performing<br>Performing<br>Non-Performing<br>Non-Performing<br><br>Non-Performing<br>Non-Performing<br>Performing<br>Non-Performing<br>Non-Performing |

---

[1] Marlton Square & MS Acquisition are the same thing.  Marlton Square 2nd is also affiliated with MS Acquisition

[2] Loan repaid, but direct lenders have not been repaid.

3

Jones Vargas
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

| Name(s) of Lenders | Borrower | Amount of Loan | Status of Loan |
|---|---|---|---|
| Baltes Company<br>211 Copper Ridge Court<br>Boulder City, NV 89005 | 3685 San Fernando<br>Binford Medical<br>Del Valle - Livingston<br>J. Jireh's Corporation<br>Marlton Square 2nd [1] | $150,000<br>$100,000<br>$100,000<br>$200,000<br>$100,000 | Performing<br>Performing<br>Performing<br>Performing<br>Non-Performing |
| Juanita N. Carter<br>4442 Valmonte Drive<br>Sacramento, CA 95864 | Marlton Square[1] | $50,000 | Non-Performing |
| A. William Ceglia<br>3720 Pocohena Court<br>Washoe Valley, NV 89704 | Bay Pompano Beach, LLC<br>HFAH Clear Lake, LLC<br>Palm Harbor One, LLC | $50,000<br>$110,000<br>$50,000 | Non-Performing<br>Non-Performing<br>Non-Performing |
| Ranee L. Ceglia<br>3720 Pocohena Court<br>Washoe Valley, NV 89704 | Mountain House Business Park/Peguasus-MH Ventures I, LLC | $50,000 | Performing |
| Bruce H. Corum, Trustee of the Credit Shelter Trust<br>4442 Valmonte Drive<br>Sacramento, CA 95864 | BarUSA<br>Del Valle/Livingston<br>Fox Hills 216 et al.<br>Fiesta Oak Valley/Oak Mesa<br>Ocean Atlantic Chicago, LLC<br>Palm Harbor One, LLC<br>Tapia Ranch/ Castaic Partners<br>Wasco Investments | $125,000<br>$100,000<br>$100,000<br>$125,000<br>$100,000<br>$50,000<br>$200,000<br>$75,000 | Non-Performing<br>Performing<br>Performing<br>Non-Performing<br>Performing<br>Non-Performing<br>Non-Performing<br>Non-Performing |
| Robert A. Cowman<br>Sandra L. Cowman<br>1525 Winterwood Avenue<br>Sparks, NV 89434 | 6425 Gess, Ltd<br>Brookmere, LLC<br>Elizabeth May Real Estate, LLC | $75,000<br>$50,000<br>$75,000 | Non-Performing<br>Performing<br>Performing |
| Andrew and Ellen Dauscher<br>P. O. Box 10031<br>Zephyr Cove, NV 89448 | Cabernet Highlands, LLC<br>Lake Helen/Old City LLC<br>Marlton Square[1]<br>Mountain House Business Park/Peguasus-MH Ventures I, LLC<br>Palm Harbor One, LLC<br>Universal Hawaii/Sparks Galleria Investors, LLC | $100,000<br>$100,000<br>$100,000<br>$100,000<br><br>$150,000<br>$100,000 | Non-Performing<br>Non-Performing<br>Non-Performing<br>Performing<br><br>Non-Performing<br>Repaid[2] |

4

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

| NAME(S) OF LENDERS | BORROWER | AMOUNT OF LOAN | STATUS OF LOAN |
|---|---|---|---|
| Ellen Dauscher in Trust for Carleigh Joy, Alexandra Zoe, and Julian Grace Dauscher | Marlton Square[1] | $100,000 | Non-Performing |
| Dr. David R. Enrico Dr. Bonny K. Enrico 2072 Almyra Road Sparta, TN 38583-5168 | 3685 San Fernando Road 6425 Gess Ltd. HFAH-Clear Lake, LLC Margarita Annex Mountain House Bus. Park/Pegasus-MH Ventures I, LLC | $100,000 $100,000 $95,000 $100,000 $75,000 | Performing Non-Performing Non-Performing Non-Performing Performing |
| Fertitta Enterprises, Inc. William J. Bullard, CFO 2960 W.Sahara Ave. # 200 Las Vegas, NV 89102 | Brookmere, LLC Colt Gateway Marlton Square[1] Tapia Ranch/ Castaic Partners | $1,000,000 $4,000,000 $3,000,000 $5,000,000 | Performing Non-Performing Non-Performing Non-Peforming |
| Judith Fountain Irrevocable Trust Dated 8/26/97 Judy Fountain, Trustee 9808 Bridgeview Drive Reno, NV 89521-4051 | Fiesta Oak Valley/Oak Mesa | $250,000 | Non-Performing |
| Kehl Family c/o Mr. Ken Bonnet 3184 Highway 22 P. O. Box 720 Riverside, IA 52327 | *Robert & Ruth Kehl:* 3685 San Fernando Road Anchor B Ashby BarUSA Brookmere Bundy Canyon Copper Sage Del Valle - Livingston Eagle Meadows/Foxhill 185 Fiesta Oak Valley/Oak Mesa Fiesta USA/Stoneridge Foxhill 216, etc. Freeway 101 Gateway Stone Glendale Tower Ptnrs Granmercy Court HFAH - Clear Lake Hunstville La Hacienda Mountain Home Business Park-Pegasus MH Venture Ocean Atlantic Palm Harbor One Placer Vineyard Shamrock Tower Tapia Ranch/Castaic Ten-Ninety | $500,000 $250,000 $1,000,000 $850,000 $1,000,000 $1,500,000 $1,000,000 $600,000 $1,000,000 $500,000 $500,000 $400,000 $300,000 $500,000 $400,000 $165,000 $1,000,000 $500,000 $250,000 $520,000  $400,000 $500,000 $2,000,000 $500,000 $500,000 $600,000 | Performing Non-Performing Non-Performing Non-Performing Performing Performing Performing Performing Non-Performing Non-Performing Non-Performing Performing Repaid[2] Non-Performing Performing Non-Performing Non-Performing Non-Performing Performing Performing  Performing Non-Performing Non-Performing Non-Performing Non-Performing Non-Performing |

5

| N<small>AME</small>(<small>S</small>) <small>OF</small> L<small>ENDERS</small> | B<small>ORROWER</small> | A<small>MOUNT OF</small> L<small>OAN</small> | S<small>TATUS OF</small> L<small>OAN</small> |
|---|---|---|---|
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Kevin Kehl*<br>BarUSA<br>Bay Pompano Beach<br>I-40 Gateway West<br>Placer Vineyards<br>Roam Development<br>Tapia Ranch/Castaic | $200,000<br>$150,000<br>$150,000<br>$150,000<br>$150,000<br>$200,000 | Non-Performing<br>Non-Performing<br>Performing<br>Non-Performing<br>Performing<br>Non-Performing |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Kevin Kehl For Susan L. Kehl*<br>Bay Pompano Beach | $10,000 | Non-Performing |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Kevin Kehl for Andrew R. Kehl*<br>Bay Pompano Beach | $10,000 | Non-Performing |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Daniel J. Kehl*<br>Ashby<br>Huntsville<br>Tapia Ranch/Castaic<br>Ten-Ninety | $300,000<br>$500,000<br>$200,000<br>$200,000 | Non-Performing<br>Non-Performing<br>Non-Performing<br>Non-Performing |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Robert A. Kehl*<br>BarUSA<br>Bay Pompano Beach<br>Fox Hills<br>Ocean Atlantic<br>Ten-Ninety | $300,000<br>$300,000<br>$500,000<br>$500,000<br>$400,000 | Non-Performing<br>Non-Performing<br>Non-Performing<br>Performing<br>Non-Performing |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Krystina L. Kehl*<br>Placer Vineyards | $500,000 | Non-Performing |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Kevin McKee*<br>Fox Hills 216<br>Gateway Stone<br>Eagle Meadows/Foxhill 185 | $100,000<br>$100,000<br>$300,000 | Non-Performing<br>Non-Performing<br>Non-Performing |

J<small>ONES</small> V<small>ARGAS</small>
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Rule 2019 Statement-Amended.doc

| N<small>AME</small>(<small>S</small>) <small>OF</small> L<small>ENDERS</small> | B<small>ORROWER</small> | A<small>MOUNT OF</small> L<small>OAN</small> | S<small>TATUS OF</small> L<small>OAN</small> |
|---|---|---|---|
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Kehl Development Corp.*<br>Eagle Meadows/Foxhill 185<br>Placer Vineyards<br>Opaque/Mt. Edge | $400,000<br>$500,000<br>$1,000,000 | Non-Performing<br>Non-Performing<br>Non-Performing |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Patrick J. Anglin*<br>Bay Pompano Beach<br>Palm Harbor One<br>Tapia Ranch/Castaic | $50,000<br>$100,000<br>$50,000 | Non-Performing<br>Non-Performing<br>Non-Performing |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Christina M. Kehl*<br>BarUSA<br>Bay Pompano Beach<br>Fiesta/Stoneridge<br>Freeway 101<br>I-40 Gateway West<br>Palm Harbor One<br>Placer Vineyards<br>Tapia Ranch/Castaic | $200,000<br>$150,000<br>$150,000<br>$125,000<br>$100,000<br>$50,000<br>$200,000<br>$50,000 | Non-Performing<br>Non-Performing<br>Non-Performing<br>Repaid[2]<br>Performing<br>Non-Performing<br>Non-Performing<br>Non-Performing |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Judy A. Bonnet*<br>BarUSA<br>Fiesta Oak Valley/Oak Mesa | $50,000<br>$100,000 | Non-Performing<br>Non-Performing |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Cynthia Winter*<br>BarUSA<br>Freeway 101<br>I-40 Gateway West<br>Placer Vineyards<br>Ten-Ninety | $200,000<br>$200,000<br>$200,000<br>$100,000<br>$200,000 | Non-Performing<br>Repaid[2]<br>Performing<br>Non-Performing<br>Non-Performing |
| Kehl Family<br>c/o Mr. Ken Bonnet<br>3184 Highway 22<br>P. O. Box 720<br>Riverside, IA  52327 | *Warren Hoffman Family Investments*<br>Tapia Ranch/Castaic | $50,000 | Non-Performing |
| The Mault Family Trust<br>Allen J. Mault and Marita Mault, Trustees<br>2422 Aquasanta<br>Tustin, CA  92782 | Eagle Meadows/Fox Hills 185 etc. | $50,000 | Non-Performing |

J<small>ONES</small> V<small>ARGAS</small><br>100 W. Liberty Street, 12th Floor<br>P.O. Box 281<br>Reno, Nevada 89504-0281<br>Tel: (775) 786-5000    Fax: (775) 786-1177

7

| Name(s) of Lenders | Borrower | Amount of Loan | Status of Loan |
|---|---|---|---|
| Mojave Canyon Inc.<br>Attn: J.B. Partain, President<br>1400 Colorado Street #C<br>Boulder City, NV 89005 | HFAH Clear Lake<br>Midvale Marketplace, LLC<br>Roam Development Group, LP<br>Standard Property Development | $150,000<br>$150,000<br>$100,000<br>$125,000 | Non-Performing<br>Non-Performing<br>Performing<br>Performing |
| Evelyn Asher Sheerin, Trustee for the benefit of The Chris H. Sheerin (deceased) and Evelyn Asher Sheerin 1984 Trust<br>c/o Gary A. Sheerin, Esq.<br>177 W. Proctor St., #B<br>Carson City, NV 89703 | Marlton Square[1] | $50,000 | Non-Performing |
| Sheerins Inc.<br>c/o Gary A. Sheerin, Esq.<br>177 W. Proctor St., #B<br>Carson City, NV 89703 | 3685 San Fernando Road Partners | $50,000 | Performing |
| David W. Sexton<br>Pamela K. Sexton<br>21929 N. 79th Place<br>Scottsdale, AZ 85255 | Amesburyport (Hatter's Point)<br>Brookmere, LLC<br>Bundy Canyon Land Develpt<br>Gramercy Court, Ltd.<br>HFAH-Clear Lake, LLC<br>HFAH - North Yonkers (One Point Street, Inc.) | $100,000<br>$50,000<br>$50,000<br>$50,000<br>$50,000<br>$50,000 | Non-Performing<br>Performing<br>Performing<br>Non-Performing<br>Non-Performing<br>Non-Performing |
| Sierra Health Services<br>Attn: Frank Collins<br>2724 N. Tenaya Way<br>P. O. Box 15645<br>Las Vegas, NV 89114-5645 | Gramercy Court Condos<br>Marlton Square[1] | $1,000,000<br>$1,000,000 | Non-Performing<br>Non-Performing |

4. The total of the loans made by the above-referenced individuals and entities is approximately $51,193,500.00, depending on if the information our clients have received from the Debtor is complete and accurate.

5. The majority of these loans were made more than a year prior to the filing of petitions by the Debtors.

8

6. A supplement to this Statement will be filed upon the retention by any additional JV Direct Lenders.

DATED this 30th day of August, 2006.

        JONES VARGAS

        By:  //s// Janet L. Chubb
           JANET L. CHUBB, ESQ.
           LOUIS M. BUBALA, ESQ.

        Attorneys for JV Direct Lenders

# CERTIFICATE OF SERVICE

1.   We filed the following document(s) on August 30, 2006:

**AMENDED BANKRUPTCY RULE 2019 STATEMENT OF JONES VARGAS**

2.   Upon filing, I served the above-named document(s) by the following means to the persons as listed below:

:   a.   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- **NANCY L ALLF**
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- **OGONNA M. ATAMOH**
  oatamoh@nevadafirm.com
  bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK**
  tom@tombrooksbank.com renee@tombrooksbank.com
- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com;ccarlyon@sheacarlyon.com;
- bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com
- **MICHAEL W. CHEN**
  michael@ccfirm.com yvette@ccfirm.com
- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com
- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE**
  cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com
- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- **THOMAS H. FELL**
  thf@gordonsilver.com bankruptcynotices@gordonsilver.com
- **SCOTT D. FLEMING**
  sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com
- **WADE B. GOCHNOUR**
  wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com
- **CARLOS A. GONZALEZ**
  carlos.gonzalez2@usdoj.gov
  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- **GERALD M GORDON**
  bankruptcynotices@gordonsilver.com
- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com
- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com
- **STEPHEN R HARRIS**
  steve@renolaw.biz noticesbh&p@renolaw.biz
- **BRIGID M. HIGGINS**
  bankruptcynotices@gordonsilver.com
- **DAVID W. HUSTON**
  dwh@hustonlaw.net swaits@hustonlaw.net
- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com
- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com
- **TY E. KEHOE**
  TyKehoeLaw@aol.com
- **ROBERT R. KINAS**
  rkinas@swlaw.com;mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com
- imccord@swlaw.com
- **ZACHARIAH LARSON**
  ecf@lslawnv.com
- **JOHN J. LAXAGUE**
  jlaxague@caneclark.com
- **NILE LEATHAM**
  nleatham@klnevada.com ckishi@klnevada.com;bankruptcy@klnevada.com
- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com
- **ANNE M. LORADITCH**
  ecffilings@beckleylaw.com aloraditch@beckleylaw.com;pkois@beckleylaw.com
- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

- **JEANETTE E. MCPHERSON**
  bkfilings@s-mlaw.com
- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com
- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com;smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- **DAVID MINCIN**
  mcknightlaw@cox.net;kopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com
- **ERVEN T. NELSON**
  erv@rlbolick.com susan@rlbolick.com
- **VICTORIA L NELSON**
  bkecf@nevadafirm.com;vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- **BOB L. OLSON**
  ecffilings@beckleylaw.com bolson@beckleylaw.com;dgriffis@beckleylaw.com
- **DONNA M. OSBORN**
  jinouye@marquisaurbach.com;dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com
- **PAUL C RAY**
  info@johnpeterlee.com
- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com
- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com
- **JAMES PATRICK SHEA**
  bankruptcyfilings@sheacarlyon.com
- ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com
  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- **AMBRISH S. SIDHU**
  asidhu@lslawnv.com ecf@lslawnv.com
- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com
- **DAVID A. STEPHENS**
  dstephens@lvcm.com
- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com
- **JEFFREY R. SYLVESTER**
  jeff@sylvesterpolednak.com David@sylvesterpolednak.com

12

- **CARYN S. TIJSSELING**
  cst@beesleymatteoni.com aha@beesleymatteoni.com
- **WHITNEY B. WARNICK**
  wbw@albrightstoddard.com bstessel@albrightstoddard.com
- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

🖙 b.      **United States mail, postage fully prepaid** (list persons and addresses):

**Evan Beavers**
1625 Highway 88, #304
Minden, NV 89423

**Joshua D Brysk**
Law Offices Of James G Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

**Elissa F Cadish**
3930 Howard Hughes Pkwy, 4th Flr
Las Vegas, NV 89169

**Vince Danelian**
P.O. Box 97782
Las Vegas, NV 89193

**Frank A Ellis**
510 S 9th St
Las Vegas, NV 89101

**George D Frame**
601 Greenway Road, Ste D
Henderson, NV 89015

**R Vaughn Gourley**
3636 N Rancho Dr
Las Vegas, NV 89130

**Reid W. Lambert**
Woodbury & Kesler, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111

**Elizabeth R. Loveridge**
Woodbury & Kesler, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111

**Lee D. Mackson**

13

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Rule 2019 Statement-Amended.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1  Shutts & Bowen LLP
   1500 Miami Center
2  201 South Biscayne Boulevard
   Miami, FL 33131
3

4  **Breck E. Milde**
   Terra Law LLP
   60 South Market St, Suite 200
5  San Jose, CA 95113

6
   **James G Schwartz**
7  7901 Stoneridge Dr #401
   Pleasanton, CA 94588

8
   **Thomas W Stilley**
9  1000 SW Broadway #1400
   Portland, OR 97205

10

11 **Gregory J Walch**
   400 S Fourth St 3rd Floor
12 Las Vegas, NV 89101

13 **Russell S. Walker**
   265 East 100 South
   Suite 300
14 Salt Lake City, UT 84111

15
   **Marion E. Wynne**
16 Wilkins, Bankester, Biles & Wynne, P.A.
   Post Office Box 1367
17 Fairhope, AL 36533-1367

18       ❾ c.    **Personal Service** (list persons and addresses):
                 I personally delivered the document(s) to the persons at these addresses:
19
                 ❾    For a party represented by an attorney, delivery was made by
20               handing the document(s) to the attorney or by leaving the document(s) at
                 the attorney's office with a clerk or other person in charge, or if no one is in
21               charge by leaving the document(s) in a conspicuous place in the office.

22               ❾    For a party, delivery was made by handing the document(s) to the
                 party or by leaving the document(s) at the person's dwelling house or usual
23               place of abode with someone of suitable age and discretion residing there.

24       :  d.   **By direct email (as opposed to through the ECF System)** (list persons
                 and email addresses):
25
   **Susan M. Freeman**
26 sfreeman@lrlaw.com

27 **Frank Merola, Eve Karasik & Christine M. Pajak**
   fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com
28
   **Marc A. Levinson & Lynn Trinka Ernce**

14

malevinson@orick.com;lernce@orrick.com

**Stan Wolken**
bayareastan@yahoo.com

**Nicholas J. Santoro**
NSantoro@Nevadafirm.com

**Jed A. Hart, Esq.**
jhart@angelogordon.com

**Bradley J. Stevens, Esq.**
bstevens@jsslaw.com

**Richard Mason, Patricia K. Smoots, & Michael M. Schmahl**
rjmason@mcguirewoods.com; psmoots@mcguirewoods.com; mschmahl@mcguirewood.com

**Andrew Welcher c/o William E. Winfield,**
wwinfield@nchc.com

**Annette W. Jarvis, Steven C. Strong, & Douglas M. Monson**
ajarvis@rqn.com; sstrong@rqn.com; dmonson@rqn.com

❾ e.   **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

❾ f.   **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 30th day of August, 2006.

|    Tawney Waldo    |    //s// Tawney Waldo    |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

15

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Rule 2019 Statement-Amended.doc