Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
    and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON AUGUST 30, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,
                                                    Debtor.

In re:
USA CAPITAL REALTY ADVISORS, LLC,
                                                    Debtor.

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
                                                    Debtor.

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                                    Debtor.

In re:
USA SECURITIES, LLC,
                                                    Debtor.

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR
Chapter 11
Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF HEARING OF DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 327(a) AND 331 AUTHORIZING RETENTION OF PROFESSIONALS UTILIZED BY DEBTORS IN THE ORDINARY COURSE OF BUSINESS (AFFECTS ALL DEBTORS)**

Date: September 28, 2006
Time: 9:30 a.m.

NOTICE IS HEREBY GIVEN that USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors") by and through their counsel, have filed a Motion For An Order Pursuant To 11 U.S.C. §§ 105(a), 327(a) And 331 Authorizing Retention Of Professionals Utilized By Debtors In The Ordinary Course Of Business (Affects All Debtors) (the "Motion"). The

1  Motion seeks an order authorizing the retention and payment of certain professionals utilized by the
2  Debtors in the ordinary course of business without the necessity of a separate, formal retention application
3  approved by this Court and the authority to compensate such professionals for post-petition services
4  rendered, subject to certain limitations as set forth in the Motion.
5      Any Opposition must be filed pursuant to Local Rule 9014(e)(1).

> Local Rule 9014(e)(1): Except for motions made pursuant to Fed.R.Bank.P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion.  If the hearing has been set on less than fifteen (15) days' notice,  the opposition must be filed no later than five (5) business days prior to the hearing unless otherwise ordered by the court.  The opposition must set forth all relevant facts and must contain a legal memorandum.  An opposition may be supported by affidavits or declarations that confirm to the provisions of LR 9014(d).

12      A copy of the Motion and may be obtained by  accessing BMC Group, Inc.'s website at
13  www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court website
14  for Nevada at    www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-0100, or by
15  contacting the office of the Debtor's counsel, Ray Quinney & Nebeker P.C., telephone: (801) 532-1500 or
16  fax:  (801) 532-7543.
17      If an objection is not timely filed and served, the relief requested may be granted without a hearing.
18      NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further
19  notice.
20      NOTICE IS FURTHER GIVEN that unless otherwise indicated herein, the hearing on the Motion
21  will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas
22  Boulevard South, Third Floor, Courtroom 1, Las Vegas, Nevada on **September 28, 2006 at 9:30 a.m.**
23  DATED: August 29, 2006

/s/     *Jeanette E. McPherson*
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
and
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385