Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON AUGUST 30, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STATUS AND AGENDA FOR AUGUST 31, 2006 HEARINGS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: August 31, 2006<br>Time: 9:30 a.m. |

Hearing Status form for 083106 Hearings         - 1 –

1. **Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC** (Affects USA Commercial Mortgage) filed by Laurel Davis on behalf of Scott K. Canepa (the "Boise/Gowan Lift Stay Motion"). The Boise/Gowan Lift Stay Motion has been continued to this date and seeks relief from the automatic stay to change the loan servicing agent and terminate the Loan Servicing Agreement as to the Boise/Gowan loan.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| USA Commercial Mortgage | June 2, 2006 | 468 |
| Donna Cangelosi | June 5, 2006 | 503 |
| Official Committee of Unsecured Creditors of USA Commercial Mortgage (Omnibus Response) | June 9, 2006 | 566 |
| Scott K. Canepa (Reply) | June 13, 2006 | 632 |
| Boise/Gowan LLC (Declaration in Opposition) | July 24, 2006 | 961 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Joinder in Opposition) | July 28, 2006 | 1037 |

2. **Debtors' Motion To Distribute Funds And To Grant Ordinary-Course Releases And Distribute Proceeds (Affects USA Commercial Mortgage, USA Capital Diversified Trust Deed Fund, And USA Capital First Trust Deed Fund)** (the "Distribute Funds Motion") filed by Debtors. In this Motion, the moving Debtors request an order authorizing USA Commercial Mortgage Company ("USA") to distribute certain funds held in USA's collection account to direct lenders, and authorizing USA Capital Diversified Trust Deed Fund, LLC and USA Capital First Trust Deed Fund, LLC to further distribute certain funds to their respective fund members. USA seeks permission to distribute promptly to Direct Lenders a substantial portion of the funds currently held in the Collection Account. A **Debtor's Modification to Motion to Distribute Funds And To Grant Ordinary-Course Releases And**

1  **Distribute Proceeds** was filed on August 29, 2006 (See, Docket No. 1203). An Order (A)
2  Granting (i) Debtors' Motion To Distribute Funds; (ii) Debtors' Hold Funds Motion And (B)
3  Denying (i) The Lift Stay motion And (ii) McKnight Motion (Affects USA Commercial
4  Mortgage, USA Capital Diversified Trust Deed Fund, And USA Capital First Trust Deed Fund,
5  was entered on August 24, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Stanley Alexander, et al. (Partial Opposition) | July 19, 2006 | 905 |
| Boise Gowan (Response) | July 21, 2006 | 936 |
| Kantor Group (Limited Objection) | July 27, 2006 | 985 |
| JV Direct Lenders (Partial Opposition) | July 27, 2006 | 986 |
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (Limited Opposition) | July 27, 2006 | 987 |
| Prospect High Income Fund | July 27, 2006 | 991 |
| Official Committee of Unsecured Creditors for USA Commercial Mortgage (Response) | July 27, 2006 | 995 |
| Norman Kiven (Response) | July 27, 2006 | 999 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Response) | July 27, 2006 | 1000 |
| Mantas Group (Joinder in Alexander Opposition) | July 27, 2006 | 1001 |
| U.S. Trustee (Limited Opposition) | July 27, 2006 | 1005 |
| Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company | July 28, 2006 | 1042 |
| Canepa Group (Joinder in Limited Opposition) | July 28, 2006 | 1044 |

Hearing Status form for 083106 Hearings       - 3 –

| | | |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Omnibus Reply to Responses) | August 2, 2006 | 1084 |
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (Motion to Strike First Trust Deed Fund's Sur-Reply) | August 2, 2006 | 1088 |
| McKnight 2000 Family Trust and Richard McKnight SEP-IRA | August 3, 2006 | 1100 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Debtors (Declaration of Thomas J. Allison In Support of Motions To Be Heard On August 4, 2006) | August 2, 2006 | 1090 |
| Debtors | August 2, 2006 | 1092 |

3. **Motion For Order Approving Continued Use Of Cash Through October 29, 2006 Pursuant To Second Revised Budget (Affects All Debtors)** (the "Continued Cash Motion") filed by Debtors. The Continued Cash Motion requests that the Court enter an order approving the Debtors' continued use of cash through the week ending October 29, 2006. An order granting this Motion has been circulated among counsel and will be lodged with the Court.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC and Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (JOINT OPPOSITION) | July 27, 2006 | 988 |
| Official Committee of Unsecured Creditors for USA Commercial Mortgage (LIMITED OPPOSITION) | July 27, 2006 | 992 |

Hearing Status form for 083106 Hearings        - 4 –

| | | |
|---|---|---|
| Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company | July 27, 2006 | 997 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Debtors (Declaration of Thomas J. Allison In Support of Motions To Be Heard On August 4, 2006) | August 2, 2006 | 1090 |
| Debtors | August 2, 2006 | 1091 |

4. **Motion For Payment of Proceeds of Notes Secured By Deeds of Trust Without Reduction For Netting** (the "Payment of Proceeds Motion") filed by Nancy Allf on behalf of Florence Alexander, Stanley Alexander, Stanley Alexander Trust, Charma Block, Jerome Block, Mark R. Campbell, Church of the Movement of Spiritual Inner Awareness, James Cielen, James R. Cielen, IRA, Patrick Davis, Susan Davis, Norma Deull, James Dickinson, First Savings Bank, Custodian For Patrick Davis IRA, Nancy Golden, Robin B. Graham, Graham Family Trust Dated 10/26/78, Jayem Family Ltd Partnership, Sharon Juno, Jeff Karr, Phyllis Karr, Martin Leaf, Pamela Marton, Marilyn Molitch, Molitch 97 Trust, Matthew Moltich, Mark Olds, Sally Olds, Frances Phillips, Stephen Phillips, Phillips Family Trust Dated October 24, 2989, Hans J. Prakelt, Crosbie B. Ronning, Grable L. Ronning, Spectrum Capital, LLC, Carole Talan, The Bosworth 1988 Family Trust, The Wild Water Limited Partnership, Claudia Voss, Wolf Voss, Voss Family Trust, Richard Williams. The Payment of Proceeds Motion requests that the Court enter an order that Debtor pay distributions to Movants as called for in the Servicing Agreement without reduction for netting.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | August 16, 2006 | 1160 |
| The Kantor Group | August 18, 2006 | 1162 |
| Debtors (Response) | August 18, 2006 | 1168 |

Hearing Status form for 083106 Hearings       - 5 –

| Official Committee of Unsecured Creditors for USA Commercial Mortgage | August 28, 2006 | 1186 |
| --- | --- | --- |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Stanley Alexander, et al. | August 28, 2006 | 1196 |

5. **Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC To Misfiled Claims (Affects Debtor USA Capital First Trust Deed Fund, LLC And Claimants Melanie Cowan, Ross Deller, Brenda Falvai, Frieda Moon, Edward J. And Darlene A. Quinn, And Sharon C. Van Ert)** (the "Claim Objection") filed by Shlomo S. Sherman on behalf of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC. The USA Capital First Trust Deed Fund, LLC Committee objects to the proofs of claim referenced in the Claim Objection on the grounds that they have been erroneously filed against USA Capital First Trust Deed Fund, LLC.

| Opposition Filed By: | Date | Docket No. |
| --- | --- | --- |
| n/a | | |

6. **Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC To Claims Based on Prepetition Equity Security Interests of USA Capital First Trust Deed Fund, LLC (Affects Debtor USA Capital First Trust Deed Fund, LLC And Claimants Concetta Carnicelli, Joseph Grgurich; Frieda Moon, Louie and Charlotte Polanco, Rocco J. Rocco, Margaret Valli, Sharon C. Van Ert, And Heinrich Richard And Brigitte S. Weber)** (the "Claim Objection") filed by Shlomo S. Sherman on behalf of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC. The USA Capital First Trust Deed Fund, LLC Committee objects to the proofs of claim referenced in the Claim Objection on the grounds that they do not reflect "claims" against USA Capital First Trust Deed Fund, LLC as that term is defined in Bankruptcy Code section 101(5).

| Opposition Filed By: | Date | Docket No. |
| --- | --- | --- |
| n/a | | |

7.  **Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC To Proof of Claim Filed By Prospect High Income Funds, ML CBOIV (CAYMAN) Ltd, Pamco Cayman, Ltd., Pam Capital Funding, L.P., Highland Crusader Fund, Ltd., And PCMG Trading Partners XXIII, L.P. (Affects Debtor USA Capital First Trust Deed Fund, LLC)** (the "Claim Objection") filed by Shlomo S. Sherman on behalf of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC.  The USA Capital First Trust Deed Fund, LLC Committee objects to and seeks disallowance of claim number 16 on the grounds that the claim is based on a lawsuit against USA Capital Diversified Trust Deed Fund, LLC and that, accordingly, the FTDF has no liability on account of such claim.  A Stipulation and Order Continuing Hearing on Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LL to Proof of Claim Filed by Prospect High Income Fund, ML CBOIV was entered on August 29, 2006 rescheduling this hearing to October 30, 2006 at 9:30 a.m.

8.  **Scheduling Conference re Complaint**, in adversary 06-1146 LBR., USA Commercial Mortgage Company v. Wells Fargo Bank, N.A., and James Feeney.

9.  **Objection To Stipulated Order Extending The Debtors' Exclusive Period To File A Plan To August 31, 20006** filed by Robert C. LePome.

DATED: August 30, 2006

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
and
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession