# EXHIBIT "2"

## 05870-0000: Postpetition Costs and Expenses

### COSTS AND DISBURSEMENTS

Postpetition Costs and Expenses

| Cost Category | Month | Amount |
|---|---|---|
| Air Fare | May 2006 | 861.10 |
| | June 2006 | 477.20 |
| | July 2006 | 954.40 |
| | Total | 2,292.70 |
| Air Freight | May 2006 | 43.59 |
| | June 2006 | 77.48 |
| | July 2006 | 58.10 |
| | Total | 179.17 |
| Airport Transportation | May 2006 | 171.40 |
| | June 2006 | 167.00 |
| | July 2006 | 342.80 |
| | Total | 681.20 |
| Business Meals | June 2006 | 46.58 |
| | July 2006 | 136.61 |
| | Total | 183.19 |
| Car Rental | June 2006 | 359.14 |
| | Total | 359.14 |
| Computer Research Expense | June 2006 | 33.45 |
| | July 2006 | 2,220.50 |
| | Total | 2,253.95 |
| Copy Production | May 2006 | 5,465.75 |
| | June 2006 | 12,383.50 |
| | July 2006 | 2,061.25 |
| | Total | 19,910.50 |
| Document Processing | May 2006 | 159.25 |
| | June 2006 | 184.92 |
| | July 2006 | 112.00 |
| | Total | 456.17 |
| Fax In | May 2006 | 24.00 |
| | June 2006 | 35.00 |
| | July 2006 | 3.50 |
| | Total | 62.50 |
| Fax Out | May 2006 | 17.00 |
| | June 2006 | 5.00 |
| | July 2006 | 1.50 |
| | Total | 23.50 |
| Hotel | May 2006 | 653.90 |
| | June 2006 | 812.80 |

|  |  |  |
|---|---|---|
|  | July 2006 | 806.47 |
|  | Total | 2,273.17 |
| Long Distance Telephone | May 2006 | 465.57 |
|  | June 2006 | 733.35 |
|  | July 2006 | 498.44 |
|  | Total | 1,697.36 |
| Parking Expense | June 2006 | 131.00 |
|  | July 2006 | 26.32 |
|  | Total | 157.32 |
| Parking Validation | July 2006 | 48.00 |
|  | Total | 48.00 |
| Postage | May 2006 | 458.73 |
|  | June 2006 | 640.05 |
|  | July 2006 | 249.15 |
|  | Total | 1,347.93 |
| Taxi | June 2006 | 20.00 |
|  | July 2006 | 35.00 |
|  | Total | 55.00 |
| Telephone - Long Distance Expense | June 2006 | 241.67 |
|  | July 2006 | 72.04 |
|  | Total | 313.71 |
| Ucc Search | July 2006 | 42.00 |
|  | Total | 42.00 |

Total Costs by Category:

| | |
|---|---|
| Air Fare | 2,292.70 |
| Air Freight | 179.17 |
| Airport Transportation | 681.20 |
| Business Meals | 183.19 |
| Car Rental | 359.14 |
| Computer Research Expense | 2,253.95 |
| Copy Production | 19,910.50 |
| Document Processing | 456.17 |
| Fax In | 62.50 |
| Fax Out | 23.50 |
| Hotel | 2,273.17 |
| Long Distance Telephone | 1,697.36 |
| Parking Expense | 157.32 |
| Parking Validation | 48.00 |
| Postage | 1,347.93 |
| Taxi | 55.00 |
| Telephone - Long Distance Expense | 313.71 |
| Ucc Search | 42.00 |
| Total | 32,336.51 |

## SUMMARY FOR 05870-0000: Postpetition Costs and Expenses

| | |
|---|---|
| Total Costs and Disbursements This Invoice | 32,336.51 |

Amount Due 32,336.51

# EXHIBIT "3"

## SUMMARY OF FEES FOR THE PERIOD

| Name | Title | Time | Rate | Amount |
|---|---|---|---|---|
| Jeffrey H. Davidson | Shareholder | 61.1 | 650.00 | 39,715.00 |
| George C. Webster II | Shareholder | 4.0 | 640.00 | 2,560.00 |
| Frank A. Merola | Shareholder | 105.7 | 575.00 | 60,777.50 |
| Ronald L. Fein | Shareholder | 0.8 | 725.00 | 580.00 |
| Eve H. Karasik | Shareholder | 436.0 | 550.00 | 239,800.00 |
| George M. Treister | Of Counsel | 0.7 | 725.00 | 507.50 |
| Christine M. Pajak | Associate | 353.3 | 350.00 | 123,655.00 |
| Gina M Najolia | Associate | 16.5 | 325.00 | 5,362.50 |
| Andrew M. Parlen | Associate | 250.2 | 295.00 | 73,809.00 |
| Alexander F. Porter | Law Clerk | 2.3 | 150.00 | 345.00 |
| David M. Telfer | Law Clerk | 1.3 | 150.00 | 195.00 |
| Kendra A. Johnson | Paralegal | 70.2 | 180.00 | 12,636.00 |
| Jeff M. Fleiss | Paralegal | 0.1 | 180.00 | 18.00 |
| Case Clerk | Case Clerk | 56.3 | 60.00 | 3,378.00 |
|  |  | 1,358.5 |  | 563,338.50 |

# EXHIBIT "4"

## BIOGRAPHIES OF MEMBERS OF STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION WHO RENDERED SUBSTANTIAL SERVICES DURING THE FIRST INTERIM PERIOD

**JEFFREY H. DAVIDSON**, born Brookline, Massachusetts, April 7, 1952; admitted to bar, 1977, California. Education: Harvard University (B.A., cum laude, 1973); Harvard University (J.D., cum laude, 1976). Fraternity: Phi Beta Kappa. *Member*: Los Angeles County Bar Association (Chairman, Commercial Law and Bankruptcy Section, 1987-1988, Secretary, 1986-1987, Executive Committee, 1985-; Chairman, Bankruptcy Committee, 1984-1986, Member, 1983-; Member, Nominating Committee for County Bar Trustees and Officers, 1988), Federal Bar Association (Member, Bankruptcy Section, 1990-) and American Bar Association (Member, Section on Business Law; Business Bankruptcy Committee; UCC Committee); The State Bar of California (Chairman, UCC Committee, 1986-1987; Vice Chairman, UCC Committee, 1985-1986; Member, UCC Committee, Business Law Section, 1984-1987, 1992-1995, and 1999-2002; Member, 1987-1990 and Treasurer, 1989-1990, Executive Committee, Business Law Section); Member, Bench/Bar Committee on Local Bankruptcy Rules for the Central District of California; Financial Lawyers Conference (Member, Board of Governors, 1988-1991, 2001-2004; 2005-; Secretary 2005-2006; Executive Committee, 1990-1991, 2004-); American Bankruptcy Institute (Member, Business Reorganization Committee, Healthcare Committee, and Uniform Commercial Code Committee). Fellow, American College of Bankruptcy.

**FRANK A. MEROLA**, born Syracuse, New York, June 17, 1963; admitted to bar, 1988, California. Education: Georgetown University (B.S., cum laude, 1985); University of California at Los Angeles (J.D. 1988); Distinguished Advocate, Moot Court Honors Program 1986-1987; Moot Court Honors Program Executive Board of Judges 1987-1988; Order of the Coif; Order of the Barristers. Co-Author: "Ignoring Congressional Intent: Eight Years of Judicial Legislation," 62 Am. Bankr. L.J. 1, 1988. *Member:* American Bar Association (Member, Business Law Section and Subcommittee on Entertainment, Gaming and Real Estate Related Issues); The State Bar of California (Member, Debtor/Creditor Relations and Bankruptcy Committee); Los Angeles County Bar Association (Member, Commercial Law and Bankruptcy Section); Turnaround Managers Association (Chairman-Legislative Action Committee 1996-1998; Director 1998-2001).

**EVE H. KARASIK**, born Cambridge, Massachusetts, September 2, 1962; admitted to bar, 1991, California. Education: University of California, Berkeley (B.A., with High Honors, 1984); University of Southern California (J.D. 1991); Member, Order of the Coif. Managing Editor, University of Southern California Computer Law and Major Tax Planning Journals. Author, "A Normative Analysis Of Disclosure, Privacy, And Computers: The State Cases," 10 Computer/L.J. 603, 1990. *Member:* Los Angeles County (Commercial Law and Bankruptcy Section) and American Bar Association (Business Law Section); The State Bar of California (Business Law Section).

**CHRISTINE M. PAJAK**, born Winston-Salem, North Carolina, May 31, 1973; admitted to bar, 2001, California. Education: Douglass College, Rutgers University (B.A., High Honors, 1995); Stanford Law School (J.D., Honors, 2001).

*Member*. Phi Beta Kappa. Recipient: The Hilmer Oehlmann, Jr. Prize. *Member*: The State Bar of California and American Bar Association.

**ANDREW M. PARLEN**, born Pasadena, California, July 2, 1977; admitted to bar, 2004, California. Education: University of California, Berkeley (B.A. highest honors, 1999), Harvard Law School (J.D., cum laude, 2003). Member: Phi Beta Kappa. Law Clerk to the Honorable Stephen V. Wilson, U.S. District Court, Central District of California, 2003-2004. *Member*: The State Bar of California and American Bar Association.