Exhibit "A"



Entered on Docket
June 23, 2006

Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12ᵗʰ Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>         Debtor. | )  BK-S-06-10725-LBR<br>)  Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>         Debtor. | )  BK-S-06-10726-LBR<br>)  Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>         Debtor. | )  BK-S-06-10727-LBR<br>)  Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>         Debtor. | )  BK-S-06-10728-LBR<br>)  Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>         Debtor. | )  BK-S-06-10729-LBR<br>)  Chapter 11<br>) |

## ORDER APPROVING ALVAREZ & MARSAL, LLC EMPLOYMENT APPLICATION

1

396818v1

| | |
|---|---|
| 1 | Affects ) |
| 2 | ) |
| | ☐ All Debtors ) Date: June 5, 2006 |
| 3 | ☐ USA Commercial Mortgage Co. ) Time: 9:30 a.m. |
| | ☐ USA Securities, LLC ) Place: Courtroom #2 |
| 4 | ☐ USA Capital Realty Advisors, LLC ) |
| | ☐ USA Capital Diversified Trust Deed ) |
| 5 | ☒ USA First Trust Deed Fund, LLC ) |

**APPLICATION OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL, LLC AS ITS FINANCIAL AND REAL ESTATE ADVISOR NUNC PRO TUNC TO JUNE 1, 2006 (AFFECTS USA FIRST TRUST DEED FUND, LLC)**

This matter having come on for hearing on the "Application Of Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC For Order Authorizing Employment And Retention Of Alvarez & Marsal, LLC As Its Financial And Real Estate Advisor Nunc Pro Tunc To June 1, 2006" (the "Application"); Eve H. Karasik, Esq. of the law firm of Stutman, Treister & Glatt, P.C. appearing on behalf of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Committee"); and other appearances being noted on the record; and the Court having considered the Application; the Declaration of Matthew E. Kvarda in support thereof; the response thereto; the pleadings, papers and records on file in this matter; and it appearing to the Court that the advisors and consultants at A&M are disinterested persons who do not hold or represent an interest adverse to the Debtors' estates in the matters upon which they are to be engaged, and that their employment for the purposes set forth in the Application is in the best interest of USA First Trust Deed Fund, LLC and its estate; and good cause appearing,

IT IS HEREBY ORDERED that the Application is granted and the First Trust Committee is authorized to employ A&M as its *nunc pro tunc* to June 1, 2006 as its financial

2

396818v1

1   and real estate advisor pursuant to sections 330(a) and 1103(a) of the Bankruptcy Code on the

2   terms set forth in the Application, the Declaration thereon, and any further order the Court

3   may issue.

4

5

6   SUBMITTED BY:                                    APPROVED/DISAPPROVED:

7   STUTMAN, TREISTER & GLATT, P.C.                  SCHWARTZER & MCPHERSON, P.C.

8   *[signature]*                                    *[signature]*

9   Frank A. Merola, Esq.                            Lenard Schwartzer, Esq.

10  Eve H. Karasik, Esq.                             Jeanette McPherson, Esq.
    Christine M. Pajak, Esq.                         3960 Howard Hughes Pkwy., 9th Floor

11  1901 Avenue of the Stars, 12th Floor             Las Vegas, NV 89109
    Los Angeles, CA 90067

12                                                   Counsel for the Debtors

13  Counsel for the Official Committee of Equity
    Security Holders of USA Capital First Trust

14  Deed Fund, LLC

15

16  APPROVED/DISAPPROVED:                            APPROVED/DISAPPROVED:

17  GORDON & SILVER, LTD.                            LEWIS AND ROCA, LLP

18  *[signature]*                                    *[signature]*

19  Gerald M. Gordon, Esq.

20  Gregory E. Garman, Esq.                          ROB CHARLES, ESQ.
    3960 Howard Hughes Pkwy., 9th Floor              SUSAN M. FREEMAN, ESQ.

21  Las Vegas, NV 89109                              3993 Howard Hughes Parkway, 6th Floor
                                                     Las Vegas, Nevada 89109

22
    Counsel for Official Committee of Holders of     Counsel for Official Committee of Unsecured

23  Executory   Contract   Rights   of   USA         Creditors of USA Commercial Mortgage
    Commercial Mortgage Company                      Company

24

25

26

27

28
                                          3

    396818v1

1   APPROVED/DISAPPROVED:          REVIEWED BY:

2   ORRICK, HERRINGTON & SUTCLIFFE    OFFICE OF THE U.S. TRUSTEE

3   LLP

4

5   _____    Scott Farrow, Esq. August B Landis, AUST

     MARC A. LEVINSON, ESQ.        300 Las Vegas Blvd. So., #4300

6   LYNN TRINKA ERNCE, ESQ.        Las Vegas, NV 89101

     400 Capitol Mall, Suite 3000

7   Sacramento, California 95814-4407

8   [Proposed] Counsel for Official Committee

     of Equity Security Holders of USA Capital

9   Diversified Trust Deed Fund, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                            4

  396818v1

Exhibit "B"

Exhibit B

## USA CAPITAL FIRST TRUST DEED FUND, LLC
### Summary of Fees and Expenses By Person
### June 1, 2006 - July 31, 2006

| Name | Title | Hourly Rate | Total Time | Gross Fees | Net Fees and Expenses |
|---|---|---|---|---|---|
| Gregory G. Gotthardt | Managing Director | $ 550 | 46.0 | $ 25,300.00 | $ 25,300.00 |
| Matthew E. Kvarda | Senior Director | $ 450 | 166.8 | 75,060.00 | 75,060.00 |
| Dirk S. Aulabaugh | Senior Director | $ 450 | 186.3 | 83,835.00 | 83,835.00 |
| Stephen R. Peterson | Director | $ 350 | 25.9 | 9,065.00 | 9,065.00 |
| Jay Ian | Analyst | $ 205 | 10.1 | 2,070.50 | 2,070.50 |
| | | | 435.1 | $ 195,330.50 | $ 195,330.50 |
| | | | | Less: 15% Fee Reduction | (29,299.58) |
| | | | | | 166,030.93 |
| | | | | Plus: Expenses | 2,339.68 |
| | | | | | $ 168,370.61 |

Exhibit "C"

Exhibit C

**USA CAPITAL FIRST TRUST DEED FUND, LLC**
**Summary of Fees and Expenses By Matter**
**June 1, 2006 - July 31, 2006**

| Project Description | Total Time for the Period | Total Gross Fees for the Period | Total Net Fees for the Period |
|---|---|---|---|
| Analysis of FTD Fund Properties | 243.9 | $108,540.50 | $92,259.43 |
| Analysis of Restructuring/Litigation Alternatives | 60.1 | 27,125.00 | 23,066.25 |
| Analysis of Potential Purchase Offers | 4.1 | 1,975.00 | 1,678.75 |
| Analysis of Financing Alternatives | 12.0 | 5,400.00 | 4,590.00 |
| Attendance and Participation in Court Hearings | 16.7 | 7,515.00 | 6,387.75 |
| Analysis of Motions Filed in the Cases | 7.5 | 3,375.00 | 2,868.75 |
| Retention/Billing/Administrative Matters | 8.4 | 3,920.00 | 3,332.00 |
| Meetings/Teleconferences with Debtors and Debtors' Advisors | 25.4 | 11,430.00 | 9,715.50 |
| Meetings/Teleconferences with Committee and Committee's Advisors | 45.7 | 20,965.00 | 17,820.25 |
| Analysis of Distribution Issues | 8.8 | 3,960.00 | 3,366.00 |
| Analysis of Financial Information | 2.5 | 1,125.00 | 966.25 |
| | 435.1 | $ 195,330.50 | $ 166,030.93 |

Exhibit "D"

Exhibit D

**USA CAPITAL FIRST TRUST DEED FUND, LLC**
**Summary of Fees By Person (Gotthardt)**
**June 1, 2006 - July 31, 2006**

| Project Description | Total Time for the Period | Total Gross Fees for the Period | Total Net Fees for the Period |
|---|---|---|---|
| Analysis of FTD Fund Properties | 35.1 | $19,305.00 | $16,409.25 |
| Analysis of Restructuring/Litigation Alternatives | 0.8 | 440.00 | 374.00 |
| Analysis of Potential Purchase Offers | 1.3 | 715.00 | 607.75 |
| Analysis of Financing Alternatives | - | - | - |
| Attendance and Participation in Court Hearings | - | - | - |
| Analysis of Motions Filed in the Cases | - | - | - |
| Retention/Billing/Administrative Matters | 1.4 | 770.00 | 654.50 |
| Meetings/Teleconferences with Debtors and Debtors' Advisors | - | - | - |
| Meetings/Teleconferences with Committee and Committee's Advisors | 7.4 | 4,070.00 | 3,459.50 |
| Analysis of Distribution Issues | - | - | - |
| Analysis of Financial Information | - | - | - |
| | 46.0 | $ 25,300.00 | $ 21,505.00 |

Exhibit C

USA CAPITAL FIRST TRUST DEED FUND, LLC
Summary of Fees and Expenses By Person (Kvarda)
June 1, 2006 - July 31, 2006

| Project Description | Total Time for the Period | Total Gross Fees for the Period | Total Net Fees for the Period |
|---|---|---|---|
| Analysis of FTD Fund Properties | 11.7 | $5,265.00 | $4,475.25 |
| Analysis of Restructuring/Litigation Alternatives | 57.2 | 25,740.00 | 21,879.00 |
| Analysis of Potential Purchase Offers | 2.8 | 1,260.00 | 1,071.00 |
| Analysis of Financing Alternatives | 12.0 | 5,400.00 | 4,590.00 |
| Attendance and Participation in Court Hearings | 16.7 | 7,515.00 | 6,387.75 |
| Analysis of Motions Filed in the Cases | 3.8 | 1,710.00 | 1,453.50 |
| Retention/Billing/Administrative Matters | 4.3 | 1,935.00 | 1,644.75 |
| Meetings/Teleconferences with Debtors and Debtors' Advisors | 23.5 | 10,575.00 | 8,988.75 |
| Meetings/Teleconferences with Committee and Committee's Advisors | 23.5 | 10,575.00 | 8,988.75 |
| Analysis of Distribution Issues | 8.8 | 3,960.00 | 3,366.00 |
| Analysis of Financial Information | 2.5 | 1,125.00 | 956.25 |
| | 166.8 | $ 75,060.00 | $ 63,801.00 |

Exhibit C

USA CAPITAL FIRST TRUST DEED FUND, LLC
Summary of Fees By Person (Aulabaugh)
June 1, 2006 - July 31, 2006

| Project Description | Total Time for the Period | Total Gross Fees for the Period | Total Net Fees for the Period |
|---|---|---|---|
| Analysis of FTD Fund Properties | 164.5 | $74,025.00 | $62,921.25 |
| Analysis of Restructuring/Litigation Alternatives | 2.1 | 945.00 | 803.25 |
| Analysis of Potential Purchase Offers | - | - | - |
| Analysis of Financing Alternatives | - | - | - |
| Attendance and Participation in Court Hearings | - | - | - |
| Analysis of Motions Filed in the Cases | 3.7 | 1,665.00 | 1,415.25 |
| Retention/Billing/Administrative Matters | 2.7 | 1,215.00 | 1,032.75 |
| Meetings/Teleconferences with Debtors and Debtors' Advisors | 1.9 | 855.00 | 726.75 |
| Meetings/Teleconferences with Committee and Committee's Advisors | 11.4 | 5,130.00 | 4,360.50 |
| Analysis of Distribution Issues | - | - | - |
| Analysis of Financial Information | - | - | - |
| | 186.3 | $ 83,835.00 | $ 71,259.75 |

Exhibit C

**USA CAPITAL FIRST TRUST DEED FUND, LLC**
**Summary of Fees By Person (Peterson)**
**June 1, 2006 - July 31, 2006**

| Project Description | Total Time for the Period | Total Gross Fees for the Period | Total Net Fees for the Period |
|---|---|---|---|
| Analysis of FTD Fund Properties | 22.5 | $7,875.00 | $6,693.75 |
| Analysis of Restructuring/Litigation Alternatives | - | - | - |
| Analysis of Potential Purchase Offers | - | - | - |
| Analysis of Financing Alternatives | - | - | - |
| Attendance and Participation in Court Hearings | - | - | - |
| Analysis of Motions Filed in the Cases | - | - | - |
| Retention/Billing/Administrative Matters | - | - | - |
| Meetings/Teleconferences with Debtors and Debtors' Advisors | - | - | - |
| Meetings/Teleconferences with Committee and Committee's Advisors | 3.4 | 1,190.00 | 1,011.50 |
| Analysis of Distribution Issues | - | - | - |
| Analysis of Financial Information | - | - | - |
| | 25.9 | $ 9,065.00 | $ 7,705.25 |

Exhibit C

## USA CAPITAL FIRST TRUST DEED FUND, LLC
### Summary of Fees By Person (Ian)
### June 1, 2006 - July 31, 2006

| Project Description | Total Time for the Period | Total Gross Fees for the Period | Total Net Fees for the Period |
|---|---|---|---|
| Analysis of FTD Fund Properties | 10.1 | $2,070.50 | $1,759.93 |
| Analysis of Restructuring/Litigation Alternatives | - | - | - |
| Analysis of Potential Purchase Offers | - | - | - |
| Analysis of Financing Alternatives | - | - | - |
| Attendance and Participation in Court Hearings | - | - | - |
| Analysis of Motions Filed in the Cases | - | - | - |
| Retention/Billing/Administrative Matters | - | - | - |
| Meetings/Teleconferences with Debtors and Debtors' Advisors | - | - | - |
| Meetings/Teleconferences with Committee and Committee's Advisors | - | - | - |
| Analysis of Distribution Issues | - | - | - |
| Analysis of Financial Information | - | - | - |
| | 10.1 | $ 2,070.50 | $ 1,759.93 |

Exhibit "E"

| Project Name | Date | Consultant | Matter | Hours | Description |
|---|---|---|---|---|---|
| USA Capital | | | | | |
| | 6/4/2006 | Gotthardt | 7 | 1.1 | Engagement letter drafting, comments & discussion |
| | 6/5/2006 | Gotthardt | 2 | 0.8 | review of MF Business Update |
| | 6/5/2006 | Gotthardt | 1 | 2.7 | review of portfolio information, meeting summaries & other correspondence |
| | 6/7/2006 | Gotthardt | 1 | 1.3 | Review of Franklin/Stratford emergency motion and follow-up discussions |
| | 6/7/2006 | Gotthardt | 1 | 1.0 | Conference call with MF to discussion Franklin/Stratford and other loans |
| | 6/7/2006 | Gotthardt | 9 | 0.7 | Conference call with ST and Wen to discuss recommendations to CC |
| | 6/8/2006 | Gotthardt | 1 | 0.3 | Discussion with ST regarding extension vs. forebearance on certain loans |
| | 6/13/2006 | Gotthardt | 1 | 1.1 | Review of loan portfolio information |
| | 6/15/2006 | Gotthardt | 1 | 0.8 | Review of loan portfolio information |
| | 6/15/2006 | Gotthardt | 1 | 0.5 | internal discussions regarding collateral adequacy |
| | 6/16/2006 | Gotthardt | 1 | 0.4 | discussion with Aulabaugh regarding Hilco appraisals |
| | 6/19/2006 | Gotthardt | 1 | 1.7 | review of collateral appraisals for 5 properties |
| | 6/19/2006 | Gotthardt | 1 | 0.4 | discussion of collateral appraisal deficiencies with Aulabaugh |
| | 6/20/2006 | Gotthardt | 1 | 0.8 | preparation of appraisal questions |
| | 6/22/2006 | Gotthardt | 1 | 0.3 | review of appraisal issue prior to call |
| | 6/22/2006 | Gotthardt | 1 | 1.1 | conf. call with Mesirow & Hilco re: appraisals |
| | 6/26/2006 | Gotthardt | 1 | 0.8 | review and discussion of non-performing memo draft |
| | 6/26/2006 | Gotthardt | 1 | 1.1 | review and discussion of additional funding loan information |
| | 6/26/2006 | Gotthardt | 1 | 0.5 | review of various portfolio summary information |
| | 6/28/2006 | Gotthardt | 1 | 0.8 | review and discussion of Hilco appraisal feedback |
| | 6/28/2006 | Gotthardt | 1 | 0.4 | discussion of content of appraisal feedback memo |
| | 6/28/2006 | Gotthardt | 1 | 1.5 | review and discussion of issues on additional funding loans |
| | Total Hours | | | 20.1 | |

| Project Name | Date | Consultant | Matter | Hours | Description |
|---|---|---|---|---|---|
| USA Capital | 7/17/2006 | Gotthardt | 1 | 1.9 | review of multiple emails and attached documents backed up from previous two weeks |
| | 7/17/2006 | Gotthardt | 1 | 1.6 | review of multiple appraisal reviews and questions prepared for Mesirow |
| | 7/19/2006 | Gotthardt | 1 | 1.1 | Meeting with Aulabaugh to go over details of loans with specific funding request and appraisal review matters on other loans |
| | 7/19/2006 | Gotthardt | 1 | 2.4 | Review of documents related to HFAH Monaco loan for purposes of Debtors motion for forbearance |
| | 7/20/2006 | Gotthardt | 9 | 3.3 | Preparation and participation in FTDF committee meeting |
| | 7/20/2006 | Gotthardt | 1 | 0.3 | Conference call with debtors re: HFAH Monaco forbearance |
| | 7/21/2006 | Gotthardt | 1 | 0.6 | review and revision of Response to Monaco request for forbearance |
| | 7/21/2006 | Gotthardt | 1 | 1.5 | Review of Standard Development Motion of Relief from Stay and related loan docs and appraisal |
| | 7/24/2006 | Gotthardt | 1 | 0.8 | Review of Wasco appraisal |
| | | Gotthardt | 9 | 0.7 | Discussions with Kvarda and Karasik on various matters |
| | | Gotthardt | 1 | 0.3 | Summary of questions related to HFA Monaco for Karasik |
| | | Gotthardt | 1 | 0.3 | review and follow-up of Allison declaration re: forbearance |
| | | Gotthardt | 1 | 0.1 | review of June 30 loan status report |
| | 7/25/2006 | Gotthardt | 9 | 0.9 | Committee conference call |
| | 7/26/2006 | Gotthardt | 1 | 0.8 | review of UHA DPO corres., summary analysis and review of related appraisals |
| | 7/26/2006 | Gotthardt | 1 | 1.1 | reading new appraisals and updating collateral over/under analysis |
| | 7/27/2006 | Gotthardt | 1 | 1.4 | preparation for weekly call with Debtor regarding new funding requests, rev. reqs., appraisals, & other docs |
| | | Gotthardt | 9 | 1.6 | call with committees |
| | | Gotthardt | 3 | 0.9 | call with potential purchaser |
| | | Gotthardt | 1 | 1.8 | call with Eve, Jack, and Mary to discuss loans that require funding |
| | 7/28/2006 | Gotthardt | 9 | 0.2 | Committee conference call |
| | 7/28/2006 | Gotthardt | 7 | 0.3 | review and coordination of various emails and documents from debtors and committee |
| | 7/31/2006 | Gotthardt | 1 | 0.7 | Review LOIs |
| | | Gotthardt | 3 | 0.4 | Discussion of sale scenarios |
| | | Gotthardt | 1 | 0.9 | Analysis of discounted portfolio value |
| | | Total Hours | | 25.9 | |

NAME: KVARDA

| DESCRIPTION | MATTER CODE | DATE | TIME |
|---|---|---|---|
| PARTICIPATED IN DISCUSSION WITH COUNSEL RE: CURRENT RESTRUCTURING ISSUES TO BE ADDRESSED | 2 | 6/1/2006 | 0.6 |
| TOOK TELEPHONE CALL FROM COMMITTEE MEMBER RE: VARIOUS RESTRUCTURING ISSUES FACING THE COMMITTEE | 2 | 6/1/2006 | 0.4 |
| PARTICIPATED IN DISCUSSION WITH COUNSEL AND COMMITTEE MEMBER RE: CURRENT RESTRUCTURING ISSUES TO BE ADDRESSED | 2 | 6/1/2006 | 0.4 |
| ANALYZED MESIROW FINANCIAL PRESENTATION RE: CURRENT STATUS OF THE CASE AND NOTED QUESTIONS AND CONCERNS THERETO | 2 | 6/1/2006 | 0.8 |
| ANALYZED MAY 26TH LOAN STATUS REPORT PREPARED BY MESIROW FINANCIAL AND NOTED FOLLOW-UP ITEMS THERETO | 1 | 6/1/2006 | 1.2 |
| PERFORMED VARIOUS TASKS RELATED TO THE PREPARATION OF THE RETENTION DOCUMENTS IN THIS CASE | 7 | 6/2/2006 | 0.8 |
| HELD A TELEPHONE DISCUSSION WITH COUNSEL AND COMMITTEE MEMBER RE: CURRENT RESTRUCTURING ISSUES TO BE ADDRESSED | 2 | 6/2/2006 | 0.6 |
| DRAFTED CORRESPONDENCE TO MESIROW PERSONNEL RE: VARIOUS RESTRUCTURING ISSUES TO BE ADDRESSED | 2 | 6/2/2006 | 0.7 |
| HELD A TELEPHONE DISCUSSION WITH COUNSEL RE: CURRENT RESTRUCTURING ISSUES TO BE ADDRESSED | 2 | 6/2/2006 | 0.4 |
| ANALYZED VARIOUS DOCUMENTS RECENTLY FILED IN THE CASE AND NOTED QUESTIONS THERETO | 6 | 6/2/2006 | 0.9 |
| PREPARED FOR TELECONFERENCE WITH MESIROW REPRESENTATIVES | 8 | 6/3/2006 | 0.3 |
| PARTICIPATED IN TELECONFERENCE WITH MESIROW REPRESENTATIVES | 8 | 6/3/2006 | 0.9 |
| DRAFTED MEMORANDUM TO COUNSEL SUMMARIZING CONVERSATION AND CONCERNS RE: ISSUES RAISED DURING TELECONFERENCE WITH MESIROW | 8 | 6/4/2006 | 0.6 |
| REVIEWED VARIOUS DOCUMENTS IN PREPARATION FOR MEETING WITH THE DEBTORS THE FOLLOWING DAY | 8 | 6/4/2006 | 1.3 |
| CONTINUED TO REVIEW AND ANALYZE VARIOUS DOCUMENTS IN PREPARATION FOR MEETINGS WITH DEBTOR LATER IN THE DAY | 8 | 6/5/2006 | 0.8 |
| PARTICIPATED IN MEETING WITH DEBTOR AND OTHER REPRESENTATIVES | 8 | 6/5/2006 | 2.3 |
| RETURNED VARIOUS EMAILS TO LEGAL COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/5/2006 | 3.0 |
| ANALYZED VARIOUS MOTIONS RECENTLY FILED IN THE CASE AND NOTED RESPONSES TO COMMITTEE COUNSEL | 6 | 6/6/2006 | 0.7 |
| PREPARED INITIAL DRAFT OF VARIOUS RETENTION DOCUMENTS | 7 | 6/6/2006 | 0.9 |
| TOOK TELEPHONE CALL FROM STUTMAN REPRESENTATIVES RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/7/2006 | 0.4 |
| REVIEWED REVISIONS TO RETENTION DOCUMENTS MADE BY STUTMAN FOR ACCEPTABILITY | 7 | 6/7/2006 | 0.6 |
| REVIEWED AND ANALYZED NEW 13-WEEK CASH FORECAST PREPARED IN THE CASE AND NOTED FOLLOW-UP QUESTIONS THERETO | 4 | 6/8/2006 | 1.6 |
| PARTICIPATED IN TELECONFERENCE WITH MESIROW REPRESENTATIVES RE: 13 WEEK CASH FORECAST | 4 | 6/8/2006 | 0.7 |

**NAME: KVARDA**

| DESCRIPTION | MATTER CODE | DATE | TIME |
|---|---|---|---|
| HELD TELEPHONE DISCUSSION WITH STUTMAN REPRESENTATIVES RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/9/2006 | 0.4 |
| ANALYZED REVISED 13 WEEK CASH FLOW FORECAST PREPARED BY MESIROW | 4 | 6/12/2006 | 0.8 |
| HELD TELEPHONE DISCUSSION WITH STUTMAN REPRESENTATIVES RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/12/2006 | 0.4 |
| DRAFTED MEMO TO COMMITTEE RE: ISSUES WITH REVISED 13 WEEK CASH FLOW FORECAST | 4 | 6/12/2006 | 0.7 |
| REVISED AND FINALIZED RETENTION DOCUMENTS FOR COMMITTEE REVIEW | 7 | 6/12/2006 | 0.8 |
| REVIEWED DIP TERM SHEET AND NOTED ISSUES AND CONCERNS THERETO | 4 | 6/12/2006 | 1.3 |
| REVIEWED AND ANALYZED HOLD FUNDS MOTION AND NOTED QUESTIONS AND CONCERNS THERETO | 6 | 6/12/2006 | 0.9 |
| PREPARED FOR HEARINGS AND MEETINGS FOLLOWING DAY | 5 | 6/14/2006 | 1.8 |
| PARTICIPATED IN VARIOUS BANKRUPTCY COURT HEARINGS | 5 | 6/15/2006 | 4.0 |
| PARTICIPATED IN VARIOUS MEETINGS AND DISCUSSIONS WITH COMMITTEE MEMBERS AND VARIOUS PROFESSIONALS | 9 | 6/15/2006 | 2.2 |
| CONTINUED TO PARTICIPATE IN VARIOUS BANKRUPTCY COURT HEARINGS | 5 | 6/15/2006 | 1.8 |
| RETURNED EMAILS TO COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/16/2006 | 0.8 |
| RETURNED EMAILS TO VARIOUS COMMITTEE MEMBERS RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/16/2006 | 0.9 |
| HELD MULTIPLE TELEPHONE DISCUSSIONS WITH COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/16/2006 | 1.3 |
| PREPARED VARIOUS ANALYSES RELATED TO THE CURRENT STATUS OF THE FTDF LOANS | 1 | 6/18/2006 | 0.5 |
| PREPARED FOR TELECONFERENCE WITH THE DEBTOR AND THE OTHER COMMITTEES RE: VARIOUS RESTRUCTURING INITIATIVES | 8 | 6/19/2006 | 0.7 |
| PARTICIPATED IN TELECONFERENCE WITH THE DEBTOR AND THE OTHER COMMITTEES RE: VARIOUS RESTRUCTURING ALTERNATIVES | 8 | 6/19/2006 | 1.8 |
| CONTINUED TO PREPARE VARIOUS ANALYSES RELATED TO THE CURRENT STATUS OF THE FTDF LOANS | 1 | 6/19/2006 | 2.6 |
| PREPARED FOR MEETING LATER IN THE DAY WITH COMPANY REPRESENTATIVES RE: VARIOUS RESTRUCTURING INITIATIVES | 8 | 6/20/2006 | 1.2 |
| PARTICIPATED IN A PORTION OF MEETINGS WITH COMPANY REPRESENTATIVES RE: VARIOUS RESTRUCTURING INITIATIVES | 8 | 6/20/2006 | 1.8 |
| PARTICIPATED IN TELECONFERENCE WITH COMMITTEE COUNSEL AND POTENTIAL DIP FINANCING SOURCES | 4 | 6/20/2006 | 1.1 |
| REVIEWED AND ANALYZED VARIOUS INFORMATION PROVIDED BY MESIROW AND COMPANY PROFESSIONALS AND NOTED FOLLOW-UP ITEMS THERETO | 2 | 6/20/2006 | 1.1 |
| RETURNED VARIOUS EMAILS TO COMMITTEE PROFESSIONALS RE: DIP FINANCING AND STATUS OF MEETINGS WITH MESIROW | 2 | 6/20/2006 | 0.6 |
| REVIEWED LATEST DRAFT OF RESPONSE TO COMMITTEE OBJECTIONS FILED BY THE DEBTORS AND NOTED REMAINING ISSUES THERETO RE: DIP FINANCING | 6 | 6/20/2006 | 1.3 |
| REVIEWED VARIOUS DOCUMENTS IN PREPARATION FOR COURT HEARINGS THE FOLLOWING DAY | 5 | 6/20/2006 | 0.7 |

**NAME: KVARDA**

| DESCRIPTION | MATTER CODE | DATE | TIME |
|---|---|---|---|
| PARTICIPATED IN A MEETING WITH THE DEBTORS' PROFESSIONALS AND DIVERSIFIED COMMITTEE IN AN ATTEMPT TO RESOLVE REMAINING ISSUES RE: DIP FINANCING | 8 | 6/21/2006 | 1.1 |
| ATTENDED VARIOUS HEARINGS IN THE DAY RE: DIP FINANCING, COMMITTEE ISSUES, CASH COLLATERAL AND OTHER RESTRUCTURING ISSUES | 5 | 6/21/2006 | 8.0 |
| UPDATED VARIOUS ANALYSES IN PREPARATION FOR TELECONFERENCE WITH COMMITTEE LATER IN THE DAY | 9 | 6/22/2006 | 1.3 |
| PARTICIPATED IN A TELECONFERENCE WITH THE COMMITTEE RE: VARIOUS RESTRUCTURING ISSUES | 9 | 6/22/2006 | 1.9 |
| HELD TELEPHONE DISCUSSIONS WITH POTENTIAL DIP FINANCING SOURCES AND TAKE-OUT LENDERS | 4 | 6/22/2006 | 0.7 |
| HELD A TELEPHONE DISCUSSION WITH COMMITTEE CHAIR RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/22/2006 | 0.3 |
| SUPPLEMENTED VARIOUS ANALYSES PREPARED FOR THE COMMITTEE IN RESPONSE TO CERTAIN COMMENTS RECEIVED FROM COMMITTEE MEMBERS | 2 | 6/22/2006 | 0.7 |
| HELD A TELEPHONE DISCUSSION WITH COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/23/2006 | 0.4 |
| HELD FOLLOW-UP TELEPHONE DISCUSSIONS WITH POTENTIAL DIP FINANCING SOURCES AND TAKE-OUT LENDERS | 4 | 6/23/2006 | 0.6 |
| HELD A FOLLOW-UP DISCUSSION WITH POTENTIAL DIP LENDER | 4 | 6/26/2006 | 0.4 |
| REVIEWED SUMMARY OF PRIOR WEEK'S HEARING PREPARED BY COUNSEL AND NOTED COMMENTS THERETO | 5 | 6/26/2006 | 0.4 |
| PARTICIPATED IN DISCUSSION WITH COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ALTERNATIVES | 2 | 6/26/2006 | 0.4 |
| PARTICIPATED IN FOLLOW-UP DISCUSSION WITH COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ALTERNATIVES | 2 | 6/26/2006 | 0.4 |
| RETURNED EMAIL TO COMMITTEE COUNSEL AND COMMITTEE MEMBERS RE: VARIOUS RESTRUCTURING ALTERNATIVES | 2 | 6/26/2006 | 0.6 |
| REVIEWED MEMORANDUM AND NOTED COMMENTS AND REVISIONS THERETO RE: STATUS OF NON-PERFORMING LOANS | 1 | 6/27/2006 | 0.8 |
| RETURNED EMAILS TO COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ALTERNATIVES | 2 | 6/27/2006 | 0.4 |
| FURTHER REVIEWED AND REVISED MEMORANDUM RE: STATUS OF VARIOUS NON-PERFORMING LOANS | 1 | 6/28/2006 | 1.1 |
| HELD MULTIPLE DISCUSSIONS WITH COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/28/2006 | 0.8 |
| RETURNED EMAILS TO COMMITTEE COUNSEL AND COMMITTEE CHAIR RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/28/2006 | 0.4 |
| RETURNED TELEPHONE CALLS TO POTENTIAL DIP LENDERS AND TAKE OUT FINANCING | 4 | 6/28/2006 | 0.4 |
| PREPARED FOR TELECONFERENCE RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/29/2006 | 0.7 |
| PARTICIPATED IN TELECONFERENCE RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/29/2006 | 1.9 |
| PARTICIPATED IN FOLLOW-UP CALL WITH COMMITTEE COUNSEL AND COMMITTEE CHAIR RE: VARIOUS RESTRUCTURING ISSUES | 2 | 6/29/2006 | 0.4 |

NAME: KVARDA

| DESCRIPTION | MATTER CODE | DATE | TIME |
|---|---|---|---|
| REVIEWED AND ANALYZED STATEMENTS AND SCHEDULES FILED IN THE CASE AND NOTED FOLLOW-UP QUESTIONS THERETO | 11 | 6/29/2006 | 0.7 |
| RETURNED EMAILS TO VARIOUS PARTIES-IN-INTEREST IN THE CASE | 2 | 6/29/2006 | 0.7 |
| REVIEWED VARIOUS APPRAISAL SUMMARIES AND NOTED ITEMS FOR FOLLOW-UP THE FOLLOWING DAY | 1 | 6/29/2006 | 0.6 |
| PREPARED FOR COMMITTEE TELECONFERENCE LATER IN THE DAY | 9 | 6/30/2006 | 0.6 |
| PARTICIPATED IN COMMITTEE TELECONFERENCE | 9 | 6/30/2006 | 1.7 |

80.9

**NAME: KVARDA**

| DESCRIPTION | MATTER CODE | DATE | TIME |
|---|---|---|---|
| HELD MULTIPLE DISCUSSIONS WITH COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/5/2006 | 1.2 |
| ANALYZED VARIOUS ISSUES RELATED TO COLLECTIONS TO DATE ON FTDF LOANS | 1 | 7/5/2006 | 1.4 |
| RETURNED EMAILS TO COMMITTEE COUNSEL AND COMMITTEE CHAIR RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/5/2006 | 0.9 |
| ADDRESSED VARIOUS BILLING MATTERS | 7 | 7/5/2006 | 0.8 |
| BEGAN TO PREPARE VARIOUS SUPPLEMENTAL ANALYSES RELATED TO THE LOANS REQUESTED BY COMMITTEE COUNSEL AND COMMITTEE MEMBERS | 1 | 7/6/2006 | 0.7 |
| HELD MULTIPLE DISCUSSIONS WITH COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/6/2006 | 0.7 |
| CONTINUED TO PREPARE VARIOUS SUPPLEMENTAL ANALYSES RELATED TO THE LOANS REQUESTED BY COMMITTEE COUNSEL AND COMMITTEE MEMBERS | 1 | 7/6/2006 | 0.6 |
| PARTICIPATED IN MULTIPLE TELEPHONE DISCUSSIONS WITH COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/7/2006 | 1.3 |
| RETURNED EMAILS TO COMMITTEE COUNSEL AND COMMITTEE MEMBERS RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/7/2006 | 0.6 |
| ANALYZED DRAFT OF FTDF STATEMENTS AND POST-PETITION INFORMATION AND NOTED FOLLOW-UP ITEMS THERETO | 10 | 7/7/2006 | 0.7 |
| BEGAN TO PREPARE DRAFT OF MEMORANDUM TO COMMITTEE RE: VARIOUS RESTRUCTURING ISSUES IN THE CASE | 2 | 7/8/2006 | 2.3 |
| PREPARED VARIOUS ANALYSES TO INCLUDE IN MEMORANDUM TO THE COMMITTEE RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/8/2006 | 1.7 |
| FINALIZED MEMORANDUM TO COMMITTEE RE: VARIOUS RESTRUCTURING ISSUES IN THE CASE | 2 | 7/8/2006 | 2.1 |
| PREPARED FOR MEETINGS LATER IN THE DAY WITH THE COMMITTEES AND THE DEBTORS | 8 | 7/11/2006 | 1.4 |
| PARTICIPATED IN PRE-MEETING WITH COMMITTEE | 9 | 7/11/2006 | 1.8 |
| PARTICIPATED IN MEETING WITH COMMITTEES AND DEBTORS | 8 | 7/11/2006 | 4.1 |
| PREPARED FOR MEETINGS LATER IN THE DAY WITH DEBTORS | 8 | 7/12/2006 | 1.4 |
| PARTICIPATED IN MEETINGS WITH DEBTORS | 8 | 7/12/2006 | 2.6 |
| PARTICIPATED IN TELEPHONE DISCUSSION WITH COMMITTEE COUNSEL | 9 | 7/12/2006 | 0.6 |
| PARTICIPATED IN DISCUSSION WITH COMMITTEE COUNSEL AND COMMITTEE CHAIR | 9 | 7/12/2006 | 1.2 |
| ANALYZED VARIOUS ISSUES RELATED TO POTENTIAL LITIGATION IN THE CASE | 2 | 7/12/2006 | 1.6 |
| BEGAN TO PREPARE PRESENATION TO COMMITTEE RE: VARIOUS POTENTIAL LITIGATION IN THE CASE | 2 | 7/13/2006 | 2.3 |
| RETURNED VARIOUS EMAILS TO COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/13/2006 | 0.8 |
| RETURNED VARIOUS EMAILS TO COMMITTEE MEMBERS RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/13/2006 | 0.7 |
| FINALIZED PRESENATION TO COMMITTEE RE: VARIOUS POTENTIAL LITIGATION IN THE CASE | 2 | 7/14/2006 | 2.2 |
| PREPARED FOR TELECONFERENCE WITH COMMITTEE RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/14/2006 | 1.1 |

NAME: KVARDA

| DESCRIPTION | MATTER CODE | DATE | TIME |
|---|---|---|---|
| PARTICIPATED IN TELECONFERENCE WITH COMMITTEE MEMBERS AND COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/14/2006 | 0.8 |
| RETURNED VARIOUS EMAILS TO COMMITTEE MEMBERS RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/17/2006 | 0.8 |
| PARTICIPATED IN MULTIPLE DISCUSSIONS WITH COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/17/2006 | 1.3 |
| REVIEWED AND ANALYZED DRAFT PLAN TERM SHEET PREPARED BY COMMITTEE COUNSEL AND NOTED COMMENTS AND POTENTIAL REVISIONS THERETO | 2 | 7/17/2006 | 2.6 |
| PREPARED UPDATED APPRASAL SUMMARY IN PREPARATION FOR COMMITTEE MEETING LATER IN THE WEEK | 1 | 7/18/2006 | 1.4 |
| PREPARED LISTING OF OUTSTANDING INFORMATION REQUESTS FROM MESIROW | 11 | 7/18/2006 | 0.7 |
| HELD MULTIPLE TELEPHONE DISCUSSIONS WITH COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING INITIATIVES | 2 | 7/18/2006 | 1.3 |
| PREPARED VARIOUS ANALYSES TO BE DISCUSSED AT COMMITTEE MEETING THE FOLLOWING DAY | 9 | 7/19/2006 | 2.1 |
| CONTINUED TO PREPARE VARIOUS ANALYSES TO BE DISCUSSED AT COMMITTEE MEETING THE FOLLOWING DAY | 9 | 7/19/2006 | 2.3 |
| RETURNED EMAILS TO COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/19/2006 | 0.8 |
| RETURNED EMAILS TO COMMITTEE MEMBERS RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/19/2006 | 0.6 |
| PREPARED FOR MEETING LATER IN THE DAY WITH COMMITTEE MEMBERS | 9 | 7/20/2006 | 1.3 |
| PARTICIPATED IN PORTION OF TELECONFERENCE WITH COMMITTEE AND COMMITTEE COUNSEL | 9 | 7/20/2006 | 0.8 |
| PARTICIPATED IN MEETINGS WITH COMMITTEE, COMMITTEE COUNSEL AND COUNSEL FOR DIRECT LENDERS | 9 | 7/20/2006 | 3.2 |
| MET WITH POTENTIAL PURCHASER | 3 | 7/21/2006 | 0.7 |
| PARTICIPATED IN TELECONFERENCE WITH COMMITTEES AND DEBTORS | 8 | 7/21/2006 | 1.2 |
| PARTICIPATED IN TELECONFERENCE WITH COMMITTEE COUNSEL AND COMMITTEE CHAIR RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/21/2006 | 0.8 |
| REPLIED TO VARIOUS EMAILS FROM COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/22/2006 | 0.7 |
| ATTENDED TO VARIOUS BILLING MATTERS | 7 | 7/22/2006 | 0.4 |
| REVIEWED AND ANALYZED THE RECENT OPERATING BUDGET PREPARED BY MESIROW AND NOTED VARIOUS ISSUES AND FOLLOW-UP ITEMS THERETO | 4 | 7/22/2006 | 1.7 |
| DRAFTED VARIOUS FOLLOW-UP INFORMATION REQUESTS | 11 | 7/22/2006 | 1.1 |
| HELD A TELEPHONE DISCUSSION WITH COMMITTEE COUNSEL RE: ISSUES RELATED OT THE OPERATING BUDGET | 4 | 7/22/2006 | 0.6 |
| RETURNED EMAILS TO COMMITTEE COUNSEL AND COMMITTEE CHAIR RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/23/2006 | 0.8 |
| TOOK A CALL FROM COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/24/2006 | 0.4 |
| ANALYZED VARIOUS EMAILS AND ATTACHMENTS THERETO FROM VARIOUS PARTIES IN INTERES TIN THE CASE | 2 | 7/24/2006 | 0.9 |

**NAME: KVARDA**

| DESCRIPTION | MATTER CODE | DATE | TIME |
|---|---|---|---|
| PARTICIPATED IN TELEPHONE DISCUSSION WITH DEBTORS' PROFESSIONALS RE: WEEKLY OPERATING BUDGET | 4 | 7/24/2006 | 0.3 |
| REVIEWED AND REVISED PLAN TERM SHEET | 2 | 7/24/2006 | 1.3 |
| HELD DISCUSSION WITH COMMITTEE COUNSEL RE: PLAN TERM SHEET AND WEEKLY OPERATING BUDGET | 2 | 7/24/2006 | 0.6 |
| RETURNED EMAILS TO COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/25/2006 | 0.8 |
| PREPARED ANALYSIS OF APPRAISED VALUE TO LOAN PRINCIPAL | 1 | 7/25/2006 | 0.7 |
| PREPARED FOR COMMITTEE CALL | 9 | 7/25/2006 | 0.4 |
| PARTICIPATED IN COMMITTEE CALL | 9 | 7/25/2006 | 0.8 |
| DRAFTED EMAIL TO COMMITTEE RE: VARIOUS FOLLOW-UP ISSUES TO CONFERENCE CALL | 9 | 7/25/2006 | 0.7 |
| PARTICIPATED IN TELECONFERENCE WITH COMMITTEE COUNSEL | 9 | 7/26/2006 | 0.6 |
| REVIEWED AND COMMENTED RE: CASH COLLATERAL MOTION | 4 | 7/26/2006 | 1.1 |
| REVIEWED AND COMMENTED RE: DISTRIBUTION MOTION | 10 | 7/27/2006 | 0.8 |
| PARTICIPATED IN TELECONFERENCE RE: MOTION TO DISTRIBUTE | 10 | 7/27/2006 | 0.6 |
| HELD A TELEPHONE DISCUSSION WITH POTENTIAL PURCHASER RE: VARIOUS ISSUES | 4 | 7/27/2006 | 0.4 |
| REVIEWED LETTER OF INTENT FORM POTENTIAL PURCHASER AND NOTED FOLLOW-UP COMMENTS AND QUESTIONS THERETO | 4 | 7/28/2006 | 0.4 |
| PARTICIPATED IN TLECONFERENCE WITH POTENTIAL PURCHASER RE: VARIOUS ISSUES | 4 | 7/28/2006 | 0.6 |
| RETURNED EMAILS TO COMMITTEE COUNSEL RE: VARIOUS RESTRUCTURING ISSUES | 2 | 7/28/2006 | 0.9 |
| ANALYZED LETTER OF INTENT FROM PROSPECTIVE PURCHASER AND NOTED FOLLOW-UP COMMENTS AND QUESTIONS THERETO | 4 | 7/31/2006 | 0.7 |
| FURTHER ANALYZED DISTRIBUTION MECHANICS FOR FTDF FUND AND BEGAN TO PREPARE ANALYSIS THEREOF | 10 | 7/31/2006 | 1.9 |
| DRAFTED REPLIES TO VARIOUS EMAILS RECEIVED FROM COMMITTEE COUNSEL | 2 | 7/31/2006 | 0.8 |
| DRAFTED REPLIES TO VARIOUS EMAILS RECEIVED FROM COMMITTEE MEMBERS | 2 | 7/31/2006 | 0.6 |
| ANALYZED VARIOUS DISTRIBUTION INFORMATION PREPARED BY MESIROW AND NOTED QUESTIONS AND ISSUES THERETO | 10 | 7/31/2006 | 4.8 |

85.9

| Project Name | Date | Task | Consultant | Matter Code | Hours | Description |
|---|---|---|---|---|---|---|
| USA Capital | 6/1/2006 | | Aulabaugh | 7 | 1.8 | CC to discuss case |
| | 6/2/2006 | | Aulabaugh | 2 | 2.1 | review Debtor presentation |
| | | | | 7 | 0.6 | internal discussions |
| | 6/4/2006 | | Aulabaugh | 7 | 0.3 | CC on upcoming Committee meeting |
| | | | | 9 | 0.3 | review MK notes on Mesirow call on Saturday |
| | 6/7/2006 | | Aulabaugh | 1 | 0.8 | review motion on the Franklin/Stratford property sale and funding |
| | | | | 1 | 1.1 | research market data relating to Franklin/Stratford property sale |
| | | | | 1 | 0.3 | conversation with MK on Franklin/Stratford sale issues |
| | | | | 1 | 1.2 | review purchase agreement, contractor draw schedule, counter offer, etc. |
| | 6/8/2006 | | Aulabaugh | 1 | 0.6 | research comps on Franklin/Stratford deal |
| | | | | 1 | 2.2 | reading deed of Trust on Franklin/Stratford Investments LLC |
| | | | | 1 | 0.7 | develop questions for call with developer |
| | | | | 1 | 1.1 | Conference call with Franklin/Stratford developer |
| | | | | 1 | 0.7 | CC with Stutman and Committee to discuss earlier call |
| | 6/9/2006 | | Aulabaugh | 1 | 3.4 | reviewing loan docs on Amesberry HattersPoint and Franklin/Stratford |
| | | | | 1 | 0.8 | email correspondence about the various loans and follow up on Franklin/Stratford legal description |
| | 6/12/2006 | | Aulabaugh | 1 | 4.2 | review various loan documents relating to Amesberry, Franklin/Stratford and Homes for America info |
| | 6/13/2006 | | Aulabaugh | 6 | 3.7 | review motions filed |
| | 6/14/2006 | | Aulabaugh | 1 | 0.6 | Conversation with Debtor's Advisor relating to release of appraisal and Stratford loan reserve |
| | | | | 1 | 0.3 | Call with Stutman relaying conversations with Debtor and FTI Consulting |
| | | | | 1 | 0.4 | Call with FTI Consulting on Stratford Loan |
| | 6/15/2006 | | Aulabaugh | 9 | 0.2 | conversation with Stutman |
| | | | | 9 | 1.1 | Conference call of debtor/creditor meeting |
| | 6/16/2006 | | Aulabaugh | 1 | 0.8 | review Shamrock Tower appraisal |
| | | | | 1 | 1.1 | review HFA Monaco appraisal |
| | | | | 1 | 1.1 | review 10.23 acre site in Gilroy appraisal |
| | | | | 1 | 1.3 | review Lake Helen appraisal |
| | | | | 1 | 0.6 | Communication with Stutman |
| | 6/17/2006 | | Aulabaugh | 1 | 2.7 | Draft comments on Shamrock, HFA Monaco, vacant site in Gilroy and Lake Helen appraisals |
| | 6/19/2006 | | Aulabaugh | 8 | 1.1 | weekly debtor call |
| | | | | 1 | 0.8 | finish drafting comments on appraisals |
| | | | | 1 | 1.2 | review HFA Monaco loan docs |
| | 6/20/2005 | | Aulabaugh | 1 | 3.2 | review non-performing loan portfolio and travel to LV to meet with Debtors |
| | | | | 1 | 2.4 | meet with debtor |
| | | | | 1 | 1.3 | review loan support files for Stratford and Comvest |

| Date | | Name | Hours | Description |
|---|---|---|---|---|
| 6/21/2006 | | Aulabaugh | 1 | 3.2 | travel home from LV and review of meeting notes from Debtor meeting |
| 6/22/2006 | | Aulabaugh | 1 | 2.7 | reviewing (4) appraisals and drafting appraisal questions for Hilco |
| 6/23/2006 | | Aulabaugh | 1 | 1.1 | CC with Mesirow and Hilco regarding aforementioned appraisals |
| | | | 1 | 2.1 | begin drafting memo regarding non-performing loans |
| | | | 1 | 0.7 | review loans requesting additional funding |
| 6/23/2006 | | Aulabaugh | 1 | 0.9 | CC with Mesirow about non-performing loans |
| | | | 1 | 2.6 | drafting non-performing loan memo |
| | | | 1 | 1.4 | begin reviewing loan docs requesting additional funding |
| 6/26/2006 | | Aulabaugh | 1 | 3.2 | continue non-performing loan memo draft |
| | | | 1 | 0.4 | speak with MF about appraisal timing and response to questions |
| | | | 9 | 0.4 | Conference call with Sluman regarding plan, DIP and strategy |
| 6/27/2006 | | Aulabaugh | 1 | 1.3 | review comments from Hilco regarding appraisals |
| | | | 1 | 2.3 | reviewing loan docs on additional funding loans |
| | | | 1 | 1.7 | initial memo drafting on appraisals |
| 6/28/2006 | | Aulabaugh | 1 | 2.2 | finalize non-performing loan memo |
| | | | 1 | 1.4 | work on appraisal memo |
| | | | 1 | 1.6 | begin reviewing new appraisals |
| 6/29/2006 | | Aulabaugh | 1 | 1.2 | reviewing rio rancho appraisal |
| | | | 1 | 1.1 | reviewing comvest condo appraisal |
| | | | 1 | 0.8 | reviewing amesbury appraisal |
| | | | 1 | 3.6 | reviewing loan documents relating to non-performing loan portfolio |
| 6/30/2006 | | Aulabaugh | 9 | 1.9 | Conference call with Committee |
| | | | 1 | 0.4 | Conference call with Monty at Mesirow |
| | | | 1 | 3.2 | continue to review loan documents and supporting information relating to non-performing loan portfolio |
| | | | 1 | 1.4 | Discussion with David Herr of Westland Corp. to discuss Huntsville loan |
| | | **Total Hours** | | 88.9 | |

| Project Name | Date | Task | Consultant | matter | Hours | Description |
|---|---|---|---|---|---|---|
| USA Capital | 7/5/2006 | | Aulabaugh | 1 | 1.2 | CC to discuss Huntsville negotiations; discuss appraisal timing |
| | | | | 1 | 4.6 | review recently received appraisals |
| | | | | 1 | 3.2 | drafting appraisal comment presentation for committee |
| | | | | 1 | 1.2 | various conference calls and email communication with Mesirow regarding a variety of loans |
| | 7/6/2006 | | Aulabaugh | 1 | 4.8 | reviewing appraisals |
| | | | | 1 | 4.2 | work on appraisal presentation |
| | | | | 1 | 0.9 | discussions with Mesirow on appraisals and loan details |
| | 7/7/2006 | | Aulabaugh | 1 | 6.7 | work on appraisal analysis presentation |
| | | | | 1 | 3.4 | begin reviewing new appraisals |
| | 7/10/2006 | | Aulabaugh | 1 | 2.6 | reading/reviewing motions filed by debtor and Stutman |
| | | | | 1 | 5.3 | Reviewing new appraisals |
| | 7/11/2006 | | Aulabaugh | 1 | 4.1 | meeting with debtor |
| | | | | 9 | 1.8 | meeting with FTDF committee |
| | | | | 9 | 1.2 | prepare for committee meeting |
| | | | | 9 | 2.1 | review motions, Stutman memos and our presentation |
| | 7/12/2006 | | Aulabaugh | 1 | 2.6 | meeting with debtor to discuss loan negotiations, etc. |
| | | | | 1 | 3.2 | begin reviewing new appraisals |
| | | | | 1 | 2.2 | follow up with Mesirow regarding certain loan questions (Harbor Georgetown, Interstate Phase II and Huntsville) |
| | 7/13/2006 | | Aulabaugh | 1 | 1.4 | reviewing staff remarks on certain appraisals |
| | | | | 1 | 2.6 | reviewing loan docs on Harbor Georgetown, Interstate Phase II and Huntsville |
| | 7/14/2006 | | Aulabaugh | 9 | 1.6 | CC with Committee |
| | | | | 1 | 1.3 | researching Eagle Meadow loan docs to better understand appraisal value |
| | | | | 1 | 2.2 | reviewing appraisal comments from staff on Tapia Ranch and Castaic Partners II |
| | | | | 1 | 3.3 | researching loan docs relating to Anchor B, Gramercy and Shamrock (all related to Tracy Suttles) |
| | 7/16/2006 | | Aulabaugh | 1 | 2.2 | review appraisals of Roam Development, Midvale and J. Jiren |
| | 7/17/2006 | | Aulabaugh | 1 | 1.4 | review Harbor Georgetown Loan |
| | | | | 1 | 0.7 | reviewing LOI for payoff on Tapia Ranch |
| | | | | 1 | 2.7 | understanding loan support documents relating to Cloudbreak, Brysnery and J. Jireh |
| | 7/18/2006 | | Aulabaugh | 9 | 0.8 | CC with Committee and Counsel (May and Eve) |
| | | | | 1 | 0.7 | Call with Mesirow relating to Castaic and Eagle Meadows and Monaco Forbearance agreement |
| | | | | 1 | 2.6 | reviewing Castaic Partners III appraisal |
| | | | | 1 | 2.9 | Elizabeth May appraisal, Franklin Stratford and Roam Development |
| | | | | 1 | 1.4 | communications with Stutman and Mesirow |
| | 7/19/2006 | | Aulabaugh | 1 | 0.7 | internal conversation about funding requests |
| | | | | 8 | 0.8 | debtor call |
| | | | | 1 | 0.4 | review updated funding requirements |
| | | | | 1 | 2.2 | appraisal reviews |
| | | | | 1 | 3.6 | research and understand loan support info on several loans sent over from Mesirow on 7/18 |
| | | | | 1 | 0.6 | review Franklin Stratford release clauses in loan |
| | 7/25/2006 | | Aulabaugh | 1 | 0.4 | review appraisal summary and update summary totals |

| 7/26/2006 | Aulabaugh | 1 | 0.6 | review and respond to Mesirow comments about Roam Development |
| | | | | |
| 7/31/2006 | Aulabaugh | 1 | 0.3 | internal discussion about loans needs funding |
| | | 1 | 0.9 | review loan information sent by Mesirow |
| | | | | |
| | Aulabaugh | 1 | 1.2 | CC to discuss Huntsville negotiations; discuss appraisal timing |
| | | 1 | 2.6 | review recently received LOIs from potential purchasers |
| | | | | |
| | **Total Hours** | | **97.4** | |

| Project Name | Date | Task | Consultant | Matter | Hours | Description |
|---|---|---|---|---|---|---|
| USA Capital | 6/4/2006 | | Peterson | 1 | 1.8 | analyzed loan documents for various FTDF loans and noted areas of follow-up thereto |
| | 6/5/2006 | | Peterson | 9 | 3.4 | participated in various creditor meetings |
| | 6/6/2006 | | Peterson | 1 | 1.1 | continued to analyze loan documents for various FTDF loans and noted areas of follow-up thereto |
| | | | Total Hours | | 6.3 | |

| Project Name | Date | Consultant | Material | Hours | Description |
|---|---|---|---|---|---|
| USA Capital | 7/13/06 | Peterson | 1 | 5.20 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |
| | 7/14/2006 | Peterson | 1 | 5.20 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |
| | 7/15/2006 | Peterson | 1 | 0.40 | Discuss appraisal review w/ Dirk Aulabaugh. |
| | 7/18/2006 | Peterson | 1 | 1.40 | Review appraisal comments and write up questions for appraisers. |
| | 7/20/2006 | Peterson | 1 | 5.20 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |
| | 7/21/2006 | Peterson | 1 | 1.00 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |
| | 7/31/2006 | Peterson | 1 | 1.20 | Review appraisals rec'd from Mesirow to determine validity, reliability and omissions. Write up analysis of appraisal, questions for appraiser and questions re: project. |
| | | Total Hours | | 19.60 | |

| Project Name | Date | Code | Consultant | Matter | Hours | Description |
|---|---|---|---|---|---|---|
| USA Capital | 7/6/2006 | | Ian | 1 | 2.60 | Update loan information and descriptions on Powerpoint file |
| | | | | 1 | 3.30 | Reformat, revise and organize appraisal summary spreadsheet |
| | | | | | 5.90 | |
| | 7/7/2006 | | Ian | 1 | 2.40 | Powerpoint and appraisal summary spreadsheet revisions |
| | 7/14/2006 | | Ian | 1 | 1.80 | Review and upload apprasial reports received |
| | | | Total Hours | | 10.10 | |

Exhibit "F"

HOME    SITE MAP    SEARCH



# ALVAREZ & MARSAL

NORTH AMERICA  •  EUROPE  •  ASIA  •  LATIN AMERICA

**Alvarez & Marsal Worldwide**

ABOUT A&M  |  GLOBAL SERVICES  |  PROFESSIONALS  |  INDUSTRIES  |  NEWS  |  CAREERS

Home < Professionals < Managing Directors

## PROFESSIONALS

### MANAGING DIRECTORS

**Gregory Gotthardt**
**Managing Director**



Greg Gotthardt, a Managing Director with Alvarez & Marsal Real Estate Advisory Services, LLC in Los Angeles, leads the firm's West Coast real estate practice. Mr. Gotthardt focuses on providing strategic real estate advice and capital acquisition services to corporate and real estate clients.

With more than 20 years of real estate experience, Mr. Gotthardt has deep expertise in acquisitions and dispositions, investment due diligence, appraisals, as well as market and financial feasibility studies related to development, financing, litigation, acquisitions and dispositions. He has helped many institutions to purchase, manage, and sell real estate and real estate loan portfolios. His experience includes a variety of land uses with an emphasis on office, industrial, commercial/retail, residential master-planned communities, and golf properties.

Some of Mr. Gotthardt's notable clients have included large real estate owners, investors and developers such as The Boeing Company, Northrop Grumman, The Irvine Company, Amgen, Bank of America, the Department of Defense, and Lennar Homes.

Prior to joining A&M, Mr. Gotthardt was a Partner with the Real Estate Advisory Services practice of E&Y Kenneth Leventhal Real Estate Group, where he directed the firm's transaction advisory and capital markets activities on the West Coast.

Mr. Gotthardt holds a bachelor's degree in finance from San Diego State University. He serves as a Board member of the University of Southern California's Lusk Center for Real Estate, and as a member of its Leadership Council. He is also a member of real estate professional organizations, including Counselors of Real Estate, Urban Land Institute, and the Appraisal Institute. Mr. Gotthardt is a licensed real estate broker and appraiser in California.

Email: ggotthardt@alvarezandmarsal.com

---

▶ **MANAGING DIRECTORS**

▶ **DIRECTORS**

▶ **MANAGERS**

▶ **CONSULTANTS**

▶ **STAFF**

- Tony Alvarez II
- Bryan P. Marsal
- William Abington
- Thomas Aiello
- Layne J. Albert
- Mark Dominick (Nick) Alv
- Antonio M. Alvarez III
- Paul J. Aversano
- Rebecca Baker
- Tom Baldasare
- Kim Barr
- James W. Barratt
- Craig Beaty
- Embree C. Bedsole
- Eric Benedict
- Joseph A. Bondi
- Stephen Borman
- Cos Borrelli
- Peter Briggs
- Stephen Briscoe
- Gerald L. Brodsky
- Jay Brown
- Scott Brubaker
- Robert Campagna
- Carolyn Campbell
- Anthony Caporrino
- David Carlson
- Peter Cheston
- Steven Cohn
- David Coles
- Sandra Austin Crayton
- Brian L. Cumberland
- Michael Davidson
- James D. Decker
- Ray Dombrowski
- William P. Donohue, Jr.



HOME    SITE MAP    SEARCH

# ALVAREZ & MARSAL

NORTH AMERICA  •  EUROPE  •  ASIA  •  LATIN AMERICA

**Alvarez & Marsal Worldwide**

ABOUT A&M  |  GLOBAL SERVICES  |  PROFESSIONALS  |  INDUSTRIES  |  NEWS  |  CAREERS

Home < Professionals < Directors

## PROFESSIONALS

## DIRECTORS

**Matt Kvarda**
**Director**



Matt Kvarda, a Director at Alvarez & Marsal, LLC, specializes in business valuations, development of short-term and long-term cash flow forecasts, as well as the development, analysis and critique of business plans. He brings significant hands-on experience in the preparation of confidential information memoranda for the sale of companies, business segment profitability analysis and expert witness testimony with respect to plan feasibility, liquidation analyses and going concern values.

With more than 11 years of restructuring experience prior to joining A&M , Mr. Kvarda has acted as both a principal, advisor and expert witness in myriad turnaround, restructuring and reorganization situations. Most recently, Mr. Kvarda led the successful restructuring and reorganization of Daewoo Motor America, Inc., an $800 million distributor of automobiles and related parts in the United States. He also had a significant role in numerous other restructuring assignments including Liberty House, Inc., Party America, Inc., Aladdin Gaming, Fitzgerald's Gaming Corp., Southern California Edison, Fountain View, Inc., Integrated Resources and Manchester Center.

Previously, Mr. Kvarda was a Director in the restructuring practice of a Big Four accounting and consulting firm. He also served as an Assistant Vice President in the Special Assets Group of Bank of America.

Mr. Kvarda holds a B.A. degree in Economics from the University of California, San Diego and an M.B.A. in Finance from the University of California, Los Angeles. He is a Certified Insolvency and Restructuring Advisor (with distinction) and is a member of the Association of Insolvency and Restructuring Advisors. Mr. Kvarda has also participated in and chaired various seminars dealing with a variety of restructuring and reorganization related topics.

Email: mkvarda@alvarezandmarsal.com

▶ MANAGING DIRECTORS

▶ DIRECTORS

▶ MANAGERS

▶ CONSULTANTS

▶ STAFF

- Arnold Adams
- Jonathan Adelson
- Mike Alexander
- Mervyn Alphonso
- Anthony L. Alvizu
- April Andres
- Daniel Ansel
- Philip Armentor
- Nate Arnett
- Hisham Ashour
- Michael Askew
- Dirk Aulabaugh
- Richard Avant
- Brian Ayash
- Lisa Barnick
- Vin Batra
- James Bauer
- Edward Beaudoin
- Emmett Bergman
- Matthew Berk
- Mark Biggers
- Ronald Bisaccia
- Daniel J. Bizzoco
- Jami Blake
- Martin Borders
- Jay Bradford
- Eric Bradford
- Adam Bradley
- Paul K. Bray
- Robert K. Brogan
- Russell C. Bullen
- Brian C. Burns
- Michael Cameron
- Antonio Capo
- Brian Cejka
- Gregory Chastain

HOME    SITE MAP    SEARCH

 **ALVAREZ & MARSAL**

NORTH AMERICA  •  EUROPE  •  ASIA  •  LATIN AMERICA | **Alvarez & Marsal Worldwide**

ABOUT A&M  |  GLOBAL SERVICES  |  PROFESSIONALS  |  INDUSTRIES  |  NEWS  |  CAREERS

Home < Professionals < Directors

## PROFESSIONALS

### DIRECTORS

**Dirk Aulabaugh**
**Director**

 Dirk Aulabaugh is a Senior Director with Alvarez & Marsal Real Estate Advisory Services, LLC based in Los Angeles. He provides strategic real estate counseling advice to a national client base including corporations, real estate investors, developers and major REITs.

Mr. Aulabaugh's primary areas of focus are real estate restructuring, acquisitions and dispositions, financial due diligence, litigation support, financial reporting advisory as it relates to tangible assets and expert testimony in civil and bankruptcy courts.

With more than 14 years of experience, Mr. Aulabaugh has advised on sale-leaseback transactions, performed disposition services and conducted financial due diligence on a variety of complex real estate transactions. He has advised debtors, secured and unsecured lenders on real estate workout options within a bankruptcy context, and has been involved in real estate arbitration proceedings.

Mr. Aulabaugh is a member of real estate professional organizations including the Counselors of Real Estate and the Appraisal Institute, and holds associate memberships with National Association Real Estate Investment Trusts (NAREIT), Urban Land Institute (ULI) and the International Council of Shopping Centers. He is also a member of the Association of Insolvency and Restructuring Advisors (AIRA) and the Turnaround Management Association (TMA). Mr. Aulabaugh is a licensed real estate broker in California.

He has been quoted on real estate trends in The Wall Street Journal and wsj.com, and he appeared on CNBC's Closing Bell as a guest to discuss real estate market conditions.

Mr. Aulabaugh earned a bachelor's degree in business administration in finance and a master's of business administration in real estate from the University of Florida.

▶ MANAGING DIRECTORS

▶ DIRECTORS

▶ MANAGERS

▶ CONSULTANTS

▶ STAFF

- Arnold Adams
- Jonathan Adelson
- Mike Alexander
- Mervyn Alphonso
- Anthony L. Alvizu
- April Andres
- Daniel Ansel
- Philip Armentor
- Nate Arnett
- Hisham Ashour
- Michael Askew
- Dirk Aulabaugh
- Richard Avant
- Brian Ayash
- Lisa Barnick
- Vin Batra
- James Bauer
- Edward Beaudoin
- Emmett Bergman
- Matthew Berk
- Mark Biggers
- Ronald Bisaccia
- Daniel J. Bizzoco
- Jami Blake
- Martin Borders
- Jay Bradford
- Eric Bradford
- Adam Bradley
- Paul K. Bray
- Robert K. Brogan
- Russell C. Bullen
- Brian C. Burns
- Michael Cameron
- Antonio Capo
- Brian Cejka
- Gregory Chastain

HOME    SITE MAP    SEARCH



# ALVAREZ & MARSAL

NORTH AMERICA   •   EUROPE   •   ASIA   •   LATIN AMERICA

**Alvarez & Marsal Worldwide**

ABOUT A&M  |  GLOBAL SERVICES  |  PROFESSIONALS  |  INDUSTRIES  |  NEWS  |  CAREERS

Home < Professionals < Directors

## PROFESSIONALS

## DIRECTORS

### Stephen Peterson
**Director**

Steve Peterson is a Director with Alvarez & Marsal Real Estate Advisory Services, LLC, based in Los Angeles. He provides acquisition and loan portfolio due diligence, valuation, disposition, restructuring, and financial analysis services to institutional real estate investors, including pension advisors.

With more than 20 years of broad real estate analytical experience, Mr. Peterson has performed acquisition due diligence, valuation and appraisal, underwriting, financial and market feasibility studies, troubled debt restructurings, litigation support services and loan securitization due diligence for real estate assets. Mr. Peterson has also prepared financing packages and sales packages for real estate assets.

Mr. Peterson's experience includes analysis of office buildings, industrial / warehouse / research and development properties, apartments, retail centers, hotels, land and leases. He has performed acquisition due diligence for over sixty institutional-grade real estate assets, including office, retail, multi-family and industrial properties in fifteen states, with a total value in excess of $1.5 billion.

Prior to joining A&M, Mr. Peterson provided acquisition due diligence, valuation, disposition and analytical services to a national pension fund advisor. Mr. Peterson began his real estate career with eight years of experience in the consulting department of Kenneth Leventhal & Company, a national certified public accounting firm specializing in real estate, which was acquired by Ernst & Young.

Mr. Peterson earned a bachelor's degree in English literature and a master's degree in business administration from California State University, Fresno. Mr. Peterson is a Certified Public Accountant (CPA) in California, a Certified General Real Estate Appraiser in California and a Certified Management Accountant. Mr. Peterson is a member of the Counselors of Real Estate, the American Institute of Certified Public Accountants, the California Society of Certified Public Accountants and the Institute of Management Accountants.

◪  **MANAGING DIRECTORS**

◪  **DIRECTORS**

◪  **MANAGERS**

◪  **CONSULTANTS**

◪  **STAFF**

- Arnold Adams
- Jonathan Adelson
- Mike Alexander
- Mervyn Alphonso
- Anthony L. Alvizu
- April Andres
- Daniel Ansel
- Philip Armentor
- Nate Arnett
- Hisham Ashour
- Michael Askew
- Dirk Aulabaugh
- Richard Avant
- Brian Ayash
- Lisa Barnick
- Vin Batra
- James Bauer
- Edward Beaudoin
- Emmett Bergman
- Matthew Berk
- Mark Biggers
- Ronald Bisaccia
- Daniel J. Bizzoco
- Jami Blake
- Martin Borders
- Jay Bradford
- Eric Bradford
- Adam Bradley
- Paul K. Bray
- Robert K. Brogan
- Russell C. Bullen
- Brian C. Burns
- Michael Cameron
- Antonio Capo
- Brian Cejka
- Gregory Chastain

Exhibit "G"

Exhibit G

## USA CAPITAL FIRST TRUST DEED FUND, LLC
### Summary of Expenses
### June 1, 2006 - July 31, 2006

| Expense Category | Total Expense |
|---|---|
| Airfare | $ 1,563.90 |
| Rental Car | 227.99 |
| Lodging | 162.55 |
| Out-of-Town Meals | 129.01 |
| Taxi/Cab Fare | 92.00 |
| Parking | 100.00 |
| Mileage | 36.79 |
| Supplies | - |
| Telephone/Conference Calls | - |
| Overnight Mail | 22.44 |
| Other | 5.00 |
| | $ 2,339.68 |