**ELECTRONICALLY FILED**
**August 31, 2006**

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN |
| (CA State Bar No. 230429), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:    fmerola@stutman.com | Email:    jshea@sheacarlyon.com |
|             ekarasik@stutman.com |             ccarlyon@sheacarlyon.com |
|             aparlen@stutman.com |             ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Hearing**<br>Date: August 31, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

**NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR REIMBURSEMENT OF EXPENSES OF COMMITTEE MEMBERS FOR THE PERIOD FROM MAY 10, 2006 THROUGH JULY 31, 2006 <u>(AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)</u>**

402652v1

1  **PLEASE TAKE NOTICE** that on August 31, 2006, the **"First Interim Application of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Reimbursement of Expenses of Committee Members for the Period from May 10, 2006 through July 31, 2006"** (the "Committee Expense Application") was filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee").  Pursuant to the Committee Expense Application, the FTD Fund Committee requests approval of a reimbursement of expenses incurred by members of the FTD Fund Committee in connection with the chapter 11 case of USA Capital First Trust Deed Fund, LLC during the period from May 10, 2006 through July 31, 2006 (the "First Interim Period"). Specifically, Mary Ellen Moro ("Ms. Moro") and Richard G. Woudstra Revocable Trust (the "Woudstra Trust"), two FTD Fund Committee members, respectively request awards of $1,972.38 and $203.13 for reimbursement of expenses related to their service as members of the FTD Fund Committee.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Committee Expense Application will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on September 28, 2006, at the hour of 9:30 a.m.

**PLEASE TAKE FURTHER NOTICE** that any response to the Committee Expense Application must be filed by <u>**September 18, 2006**</u> pursuant to Local Rule 2016-1(C)(2), which states:

> In Chapter 11 cases, any objection to an application for compensation must be filed and served no later than ten (10) days before hearing.  A copy of the objection must be served upon the applicant, the debtor, debtor's attorney, the trustee, and the United States Trustee.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice, the Debtors in the above-captioned cases, the Debtors' attorneys, and the United States Trustee.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

402652v1                                              2

1 !    The court may *refuse to allow you to speak* at the scheduled hearing; and

2 !    The court may *rule against you* without formally calling the matter at the

3 hearing.

4    A copy of the Committee Expense Application may be obtained free of charge by

5 contacting the undersigned attorney by email at aparlen@stutman.com or by telephone at (310)

6 228-5600.


8 DATED: August 31, 2006    \_\_/s/ *Andrew M. Parlen*_____
Andrew M. Parlen, Esq.
Stutman, Treister & Glatt
Professional Corporation
Counsel to the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC

402652v1    3