GORDON & SILVER, LTD.  
GERALD M. GORDON, ESQ.  
Nevada Bar No. 229  
E-mail: gmg@gordonsilver.com  
BRIGID M. HIGGINS, ESQ.  
Nevada Bar No. 5990  
E-mail: bmh@gordonsilver.com  
GREGORY E. GARMAN, ESQ.  
Nevada Bar No. 6654  
E-mail: geg@gordonsilver.com  
3960 Howard Hughes Pkwy., 9th Floor  
Las Vegas, Nevada 89169  
Telephone (702) 796-5555  
Facsimile (702) 369-2666  
Attorneys for the Official Committee  
of Holders of Executory Contract Rights through  
USA Commercial Mortgage Company  

E-Filed On August 31, 2006

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATION OF GORDON & SILVER, LTD. SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: September 28, 2006<br>Time: 9:30 a.m. |

NOTICE IS HEREBY GIVEN that on September 28, 2006 at 9:30 a.m. at the United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1,

GORDON & SILVER, LTD.  
ATTORNEYS AT LAW  
NINTH FLOOR  
3960 HOWARD HUGHES PKWY  
LAS VEGAS, NEVADA 89169  
(702) 796-5555

100933-001/421235.doc

Las Vegas, Nevada 89101, a hearing will be held to consider the First Interim Fee Application of Gordon & Silver, Ltd. Seeking Compensation for Legal Services Rendered and Reimbursement of Expenses filed by Gordon & Silver, Ltd. ("Gordon Firm").

The Gordon Firm requests that the Court allow, on an interim basis, and authorize the Trustee to immediately pay, the following professional fees and costs:

| | |
|---|---|
| Fees: | $257,736.00 |
| Costs: | 1,963.63 |
| TOTAL | $259,699.63 |

A copy of the Fee Application is available upon request or a copy is available for inspection at the United States Bankruptcy Court, Clerk's Office, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

NOTICE IS FURTHER GIVEN that any opposition to the Application must be filed and served on counsel within 15 days after service of this Notice (plus three days for mailing). Any reply to an opposition shall be filed and served no later than 5 business days before the date set for the hearing or as otherwise ordered by the Court. In accordance with LR 9014, the following statement is provided:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/421235.doc

2

NOTICE IS FURTHER GIVEN that in the event objections are filed to the Application, a hearing on Motion will be held before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada 89509, on the 28th day of September, 2006 at 9:30 a.m.

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

DATED this 31st day of August, 2006.

> GORDON & SILVER, LTD.
>
> By: _____
> GERALD M. GORDON, ESQ.
> GREGORY E. GARMAN, ESQ.
> BRIGID M. HIGGINS, ESQ.
> Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/421235.doc

3