Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

E-Filed August 31, 2006

*Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**DECLARATION OF ROBERT WORTHEN IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF BECKLEY SINGLETON, CHTD. FOR THE PERIOD FROM JUNE 9, 2006 THROUGH JULY 31, 2006**<br><br>Hearing Date: September 28, 2006<br>Hearing Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00311913;}    1

I, Robert G. Worthen, declare as follows:

1. I am over the age of 18, am mentally competent, have knowledge of the facts in this matter, and if called upon to do so, could and would testify.

2. I am the duly elected Chair of the Diversified Trust Deed Fund Committee ("DTDF Committee") that was appointed by the Office of the United States Trustee on May 10, 2006. I submit this declaration in support of Beckley's First Interim Fee Application for the Period June 9, 2006 through July 31, 2006 (the "First Application"). I have personal knowledge of the facts set forth below and if called to testify I could and would competently testify to such facts.

3. Pursuant to the Court's order approving Beckley's application to serve as Nevada counsel to the DTDF Committee in this case, Beckley has performed services for the DTDF Committee since June 9, 2006.

4. Beckley has submitted invoices to me, on behalf of the DTDF Committee, for all work performed during the Application Period, copies of which are attached to accompanying Loraditch Declaration as Exhibit 1. On behalf of the DTDF Committee, I have reviewed and approved Beckley's invoices and believe that the amounts sought by Beckley for the Application Period were reasonable and necessary to represent the DTDF Committee in this matter.

5. I have reviewed the Application and, on behalf of the DTDF Committee, support approval of the Application in its entirety.

Executed this 31st day of August at Las Vegas, Nevada.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert G. Worthen

_____
Robert G. Worthen



{00311913;}

2