

**Entered on Docket
August 31, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Date: N/A<br>Time: N/A |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                      Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                      Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                      Debtor. | |
| In re: | |

| | |
|---|---|
| USA SECURITIES, LLC,<br>                                    Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | **STIPULATED ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A PLAN TO SEPTEMBER 15, 2006 (AFFECTS ALL DEBTORS)** |

The matter before the Court is a Stipulation, evidenced by the signatures of undersigned counsel, between USA Commercial Mortgage Company, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC, USA Securities, LLC and USA Capital Realty Advisors, LLC (collectively, the "Debtors"), on the one hand, and the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, the Official Committee of Executory Contract Holders of USA Commercial Mortgage Company, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC and the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company (collectively, the "Committees"), on the other hand, extending the exclusive period set forth in 11 U.S.C. § 1121 for the Debtors to file a plan to September 15, 2006 in order to allow the Debtors and the Committees additional time to further negotiate terms of a plan (or plans) of reorganization for the Debtors. This is the second such stipulation. Pursuant to the first stipulated order extending exclusivity, which was entered by the Court on August 11, 2006 (docket no. 1139), the exclusive period for the Debtors to file a plan was extended from August 11, 20006 to August 31, 2006. The Court has considered the applicable authorities, including 11 U.S.C. § 1121(d)(1), and the basis for this stipulation, and for good cause appearing, it is

ORDERED that:

(1)     The Stipulation is APPROVED;

(2)     The exclusive period set forth in 11 U.S.C. § 1121(b) is extended from August 31, 2006 to September 15, 2006 (the "New Exclusivity Deadline"); and

(3)  No extensions of the New Exclusivity Deadline shall be granted unless all of the Committees consent to such an extension.

Submitted and approved by:

  /s/ Annette W. Jarvis
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors*

Approved by:
**LEWIS AND ROCA, LLP**

By:   /s/ Rob Charles
    SUSAN M. FREEMAN, ESQ.
    ROB CHARLES, ESQ.
    *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**GORDON & SILVER, LTD.**

By:   /s/ Gerald M. Gordon
    GERALD M. GORDON, ESQ.
    GREGORY E. GARMAN, ESQ.
    *Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and
ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Marc A. Levinson
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
Diversified Trust Deed Fund, LLC*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.**

By: /s/ Eve Karasik
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
First Trust Deed Fund, LLC*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122