**SCHEDULE A**

## SUMMARY SHEET

| In re: | | | NAME OF APPLICANT |
|---|---|---|---|
| USA Commercial Mortgage Company 06-10725 – Lead Case | ) Chapter 11 | Fees Previously Requested $0<br>Fees Previously Awarded $0 | Lewis and Roca LLP |
| USA Capital Realty Advisors, LLC 06-10726 | ) (Jointly Administered) | Expenses Previously Requested $0<br>Expenses Previously Awarded | ROLE IN THE CASE<br>Attorneys for Official Committee of Unsecured Creditors for USA Commercial Mortgage Company |
| USA Capital Diversified Trust Deed Fund, LLC 06-10727 | ) **Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC | | CURRENT APPLICATION |
| USA Capital First Trust Deed Fund, LLC 06-10728 | ) ☐ USA Capital Diversified Trust Deed Fund, LLC | Retainer Paid $0<br>Draws on Retainer $0 | Fees Requested $227,901.25<br>Expenses Requested $40,900.51 |
| USA Securities, LLC 06-10729 | ) ☐ USA Capital First Trust Deed Fund, LLC | Replenishment of Retainer $0<br>Remaining Retainer $0 | |
| Debtors | ) | | |

### FEE APPLICATION FOR PERIOD FROM MAY 24, 2006 THROUGH JULY 31, 2006

### ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY.

| | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Susan M. Freeman | 1975 | 121.0 | $510 | $61,710.00 |
| Rob Charles | 1982 | 235.4 | $385 | $90,609.75 |
| **ASSOCIATES** | | | | |
| Scott K. Brown | 2001 | 12.2 | $320 | $3,904.00 |
| Sivan R. Korn | 2002 | 121.8 | $275 | $33,495.00 |
| Marvin C. Ruth | 2005 | 47.5 | $200 | $9,500.00 |

1747559.1

Case 06-10725-gwz    Doc 1225-1    Entered 08/31/06 16:23:50    Page 3 of 3

| ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY. | | | | |
|---|---|---|---|---|
| | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
| **SUMMER ASSOCIATE** | | | | |
| Nakita Williams | N/A | 40.0 | $150 | $6,000.00 |
| **PARALEGALS** | | | | |
| Marilyn Schoenike | N/A | 104.7 | $180 | $18,846.00 |
| Natalie W. Tanner | N/A | 21.7 | $160 | $3,472.00 |
| Carlene Arnold | N/A | 0.3 | $170 | $51.00 |
| **LIBRARY** | | | | |
| Sharon Bundy | N/A | 0.5 | $110 | $55.00 |
| **LITIGATION ASSISTANTS** | | | | |
| Christopher Jordan | N/A | 4.7 | $55 | $258.50 |
| **TOTAL ALL TIMEKEEPERS** | | 709.8 | | **$ 227,901.25** |
| **BLENDED HOURLY RATE ALL PROFESSIONALS =$370.36** | | | | |

2

1747559.1