**EXHIBIT 2**



# Invoice

| Date | Invoice # |
|---|---|
| 8/22/2006 | LV1261 |

3900 Paradise Road
Suite 212
Las Vegas, NV 89019

| Bill To |
|---|
| Lewis & Roca<br>One S. Church Ave. #700<br>Tucson, Arizona 85701 |

*OK to pay* *4653.1* [handwritten signature]

| Ordered By | Terms | Due Date | Acct. Manag... | Fed ID# | Job Number | Client\Matter# |
|---|---|---|---|---|---|---|
| Rob Charles | Net 15 | 9/6/2006 | RJ | 93-1282108 | RJ 06.08.026 | USA |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Scanning | 17,815 | 0.10 | 1,781.50 |
| Electronic Numbering | 17,815 | 0.005 | 89.08 |
| Scanning of Susan Smith's loan books/binders - FTDF loans<br><br>DVD Volume: USA001<br>Bates Range: USA0000001 - 0017815<br><br>Thank you for your business Rob!!!<br>Sales Tax | | 7.75% | 0.00 |

REMITTANCE ADDRESS:
BRIDGE CITY LEGAL, INC.
210 SW MORRISON ST., STE. 300
PORTLAND, OR 97204-3151
503-796-0881

Thank you for your business.

**Total** $1,870.58

*⅓ 623.53* [handwritten]



# Invoice

3900 Paradise Road
Suite 212
Las Vegas, NV 89019

| Date | Invoice # |
|---|---|
| 8/22/2006 | LV1262 |

**Bill To**
Lewis & Roca
One S. Church Ave. #700
Tucson, Arizona 85701

OK to pay 46533.1

| Ordered By | Terms | Due Date | Acct. Manag... | Fed ID# | Job Number | Client\Matter# |
|---|---|---|---|---|---|---|
| Rob Charles | Net 15 | 9/6/2006 | RJ | 93-1282108 | RJ 06.08.026 | USA |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| DVD Duplication | 2 | 30.00 | 60.00 |
| Shipping | 1 | 18.91 | 18.91 |
| DVD Volume: USA001 | | | |
| Bates Range 0000001 - 0017815 | | | |
| Susan Smith's loan books/binders - FTDF loans | | | |
| fed Ex Tracking Number: 854304305039 | | | |
| Thank you for your business Rob!!! | | | |
| Sales Tax | | 7.75% | 0.00 |

REMITTANCE ADDRESS:
BRIDGE CITY LEGAL, INC.
210 SW MORRISON ST., STE. 300
PORTLAND, OR 97204-3151
503-796-088

Thank you for your business.

| | Total | $78.91 |
|---|---|---|

⅓ $26.30