Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone:  (702) 385-3373
Facsimile:   (702) 385-5024
Email:  bolson@beckleylaw.com; aloraditch@beckleylaw.com

E-Filed August 31, 2006

*Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                        Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**NOTICE OF HEARING OF (1) ORRICK, HERRINGTON & SUTCLIFFE LLP'S FIRST INTERIM FEE APPLICATION (JUNE 1, 2006 – JULY 31, 2006; AND (2) FIRST INTERIM FEE APPLICATION OF BECKLEY SINGLETON, CHTD. FOR THE PERIOD FROM JUNE 9, 2006 THROUGH JULY 31, 2006**<br><br>Hearing Date:  September 28, 2006<br>Hearing Time:  9:30 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00311953;}                                          1

NOTICE IS HEREBY GIVEN that, Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel for the Official Committee of Equity Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Committee"), filed its First Interim Fee Application ("Orrick Application") seeking an order from the Court (1) allowing Orrick's professional fees in the amount of $467,794.50 and expenses incurred in the amount of $8,173.54 for the period of June 1, 2006 through July 31, 2006 ("Application Period"); and (2) authorizing debtor USA Capital Diversified Trust Deed Fund, LLC ("DTDF") to pay such amounts upon entry of an order approving the Application.

NOTICE IS FURTHER GIVEN that, Beckley Singleton, Chtd. ("Beckley"), Nevada counsel for the Official Committee of Equity Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Committee"), as appointed by the Office of the United States Trustee (the "UST"), filed its first interim fee application (the "Beckley Application"). Beckley seeks allowance and payment of interim compensation for fees in the amount of $74,332.00 for professional services rendered plus reimbursement of expenses in the amount of $7,917.04, for the period from June 9, 2006 through July 31, 2006 (the "First Application Period"), for a total award of $82,249.04 (the "Requested Compensation").[1] A copy of the Orrick Application and the Beckley Application may be obtained at the bankruptcy court's website at http://www.nvb.uscourts.gov/ or by contacting Beckley Singleton, Chtd. at (702) 385-3373.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

---

[1] The Diversified Trust Deed Fund Committee and Beckley have reserved the right to seek compensation in the other debtors' bankruptcy cases captioned above, pursuant to Sections 503(b)(3) and (4) of the Bankruptcy Code, at such time in the future that they deem appropriate.

{00311953;}    2

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on said Application will be held before a United States Bankruptcy Judge, in courtroom No. 1 at 300 Las Vegas Blvd. South, Las Vegas, Nevada on **September 28, 2006** at the hour of **9:30 a.m.**

Dated this 31st day of August 2006.

BECKLEY SINGLETON, CHTD.

By:   /s/Anne M. Loraditch
Bob L. Olson
Nevada Bar No. 3783
Anne M. Loraditch
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

{00311953;}    3