# EXHIBIT "A"

## Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company

August 28, 2006

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

| | | |
|---|---|---|
| File #: | 30566-00007 |
| Inv #: | Sample |

**Attention:**

**RE:**    USA - Affects some but not all debtors

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Apr-27-06 | LES | Emails re drafts and noticing requirement for motion to return investor funds | 0.50 | $425.00 | 212.50 |
| | LES | Review loan ownership and analysis from T.Allison | 0.30 | $425.00 | 127.50 |
| | Totals | | 0.80 | | $340.00 |
| | **Total Fee & Disbursements** | | | | **$340.00** |
| | **Balance Now Due** | | | | **$340.00** |

TAX ID Number      46-0469211

## Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:  (702) 228-7590
Fax:  (702) 892-0122

USA Commercial Mortgage Company

August 28, 2006

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:  30566-00006
Inv #:  Sample

**Attention:**

**RE:**     USA - Affects All Debtors

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Apr-18-06 | LES | Telephone call with potential mailing/docketing companies (CPT Group, DCA Services, Trumbull Group) | 1.20 | $425.00 | 510.00 |
| | LES | Conference call re SEC and Department of Financial Institutions concerns | 0.60 | $425.00 | 255.00 |
| | LES | Discussion with S.Smith re back wages for key employees; Email to U.S. Trustee re meeting | 0.30 | $425.00 | 127.50 |
| | LES | Email re BMC; Telephone call to A.Jarvis | 0.30 | $425.00 | 127.50 |
| | LES | Work with E.Monson re claims agent employment | 0.30 | $425.00 | 127.50 |
| | LES | Deal with question from Clerk re noticing requirements, Rule 2002(a) and Rule 9006(f) | 0.50 | $425.00 | 212.50 |
| | LES | Meeting with U.S. Trustee re payment of employees | 1.10 | $425.00 | 467.50 |
| | LES | Finalize orders re cash management and wage payment; Email to U.S. Trustee | 0.50 | $425.00 | 212.50 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | LES | Locate resolutions re Mesirow and Allison and send to U.S. Trustee; Email request list to S.Smith | 0.50 | $425.00 | 212.50 |
|  | LD | Telephone call from creditor requesting information. | 0.20 | $140.00 | 28.00 |
| Apr-19-06 | LES | Discuss status with J. McPherson | 0.40 | $425.00 | 170.00 |
|  | LES | Discuss investor issues with J.Chubb | 0.30 | $425.00 | 127.50 |
|  | LES | Emails re notice | 0.20 | $425.00 | 85.00 |
|  | LES | Conference call with BMC Group (mailing and claim service) and clients | 0.80 | $425.00 | 340.00 |
|  | LES | Review and send documents to U.S. Trustee (investor lists, governance documents) | 1.70 | $425.00 | 722.50 |
|  | LES | Telephone call with creditors' and investors' counsel | 1.90 | $425.00 | 807.50 |
|  | LES | Contact bankruptcy court staff re orders to allow administration and noticing of creditors by BMC | 1.20 | $425.00 | 510.00 |
|  | LES | Emails to J. McPherson re conflict issues in representing multiple debtors | 0.90 | $425.00 | 382.50 |
|  | LES | Conference with A.Jarvis and T.Allison re SEC and Nevada Department of Real Estate | 0.80 | $425.00 | 340.00 |

Invoice #:      Sample                      Page   3                      August 28, 2006

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Telephone calls from and to T.Burr re filing (.3); Review and revise motion to extend time to file statements and schedules for each of 5 entities and review and revise application to have motion heard on shortened time, declaration, attorney information sheet and order (.9); Review and respond to emails from E.Monson re same (.2); Conference with A.Jarvis, L. Schwartzer, T.Allison re SEC and Nevada Department of Real Estate (.8) | 2.20 | $325.00 | 715.00 |
| | JEM | Conference with L. Schwartzer re status of case | 0.20 | $325.00 | 65.00 |
| | JEM | Conference with L. Schwartzer re status of filing and management issues, and nature of debt | 0.40 | $325.00 | 130.00 |
| | JEM | Review emails from E.Monson re motion for extension to file schedules | 0.10 | $325.00 | 32.50 |
| | JAI | Telephone call from Z.Larson re 341 meeting | 0.20 | $225.00 | 45.00 |
| | LD | Telephone calls from investors. | 0.50 | $140.00 | 70.00 |
| Apr-27-06 | JEM | Review Opposition to motion re cash management by several investors and their declarations (.4); Draft email to E.Monson re schedules (.1) | 0.50 | $325.00 | 162.50 |
| | JEM | Review Opposition by Benincasa to cash management motion (.2) | 0.20 | $325.00 | 65.00 |
| Apr-28-06 | LES | Review various oppositions; Analyze various arguments re cash management, joint administration | 4.20 | $425.00 | 1,785.00 |
| | LES | Telephone call with various investors and their attorneys | 1.20 | $425.00 | 510.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review email re concern re putting monies in one account and special power of attorney (.2); Review opposition to motion for order filed by Buckalew Trust (.3); Review draft of brief re cash management motion and email re same (.3) | 0.80 | $325.00 | 260.00 |
| | JEM | Review emails re master matrix (.1) | 0.10 | $325.00 | 32.50 |
| | JEM | Telephone call from Marianne re exhibit A re guidelines to BMC order (.1); Review order guidelines and amend same (.3) | 0.40 | $325.00 | 130.00 |
| | JEM | Review opposition and countermotion for sequestering by Seul (.2); Review emails re cash forecast for declaration (.1); Review emails from S.Simmons re courtesy copies (.1); Review email re extension to file Monthly Operating Reports (.1); Review multiple emails re final information for T.Allison declaration (.1); Review Limited Opposition to Debtor's Cash Management Motion by Interim Committee of Concerned Investors (.2); Review multiple oppositions to employment application, cash management and motion for joint administration from B.McGimsey (.2); Review joinder in opposition by A.Gassio (.1) | 1.10 | $325.00 | 357.50 |
| Apr-30-06 | LES | Review objections; Outline opposing arguments | 2.10 | $425.00 | 892.50 |
| | Totals | | 27.90 | | $11,018.00 |

## DISBURSEMENTS

| | |
|---|---|
| Courier | 15.00 |
| Pacer | 251.13 |
| Photocopies | 66.75 |
| Westlaw | 186.81 |

Invoice #:    Sample                                                          August 28, 2006

|                                    |            |
|------------------------------------|-----------:|
| Totals                             |   $519.69  |
| **Total Fee & Disbursements**      | **$11,537.69** |
| **Balance Now Due**                | **$11,537.69** |

TAX ID Number    46-0469211

## Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:   (702) 892-0122

USA Commercial Mortgage Company

August 28, 2006

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

| | |
|---|---|
| File #: | 30566-00001 |
| Inv #: | Sample |

**Attention:**

RE:    USA Commercial Mortgage Company - Chapter 11 Debtor

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Apr-14-06 | LES | Inform judge of First Day Motions | 0.50 | $425.00 | 212.50 |
| | LES | Telephone call to A.Jarvis; Telephone call from B.Beesley and F.Merola re status | 0.70 | $425.00 | 297.50 |
| | LES | Work on First Day Motions with Ray Quinney & Nebeker attorneys | 6.80 | $425.00 | 2,890.00 |
| | LES | Emails with T.Allison re press release and security | 0.50 | $425.00 | 212.50 |
| | LES | Telephone call with C.Carlyon; Review stipulation and email to client | 0.50 | $425.00 | 212.50 |
| | LD | Continue work on first day motions and application to employ Schwartzer & McPherson Law Firm | 4.00 | $140.00 | 560.00 |
| Apr-17-06 | LES | Meeting with T.Allison, S.Smith, A.Jarvis re preparation for hearings | 3.30 | $425.00 | 1,402.50 |
| | LES | Attendance at hearings re joint administration, employment of T.Allison and Mesirow Financial, Use of Cash, Payment of Employees | 3.20 | $425.00 | 1,360.00 |

Invoice #:    Sample    Page 2    August 28, 2006

|  | | | | | |
|---|---|---|---|---|---|
| | LES | Draft orders re employment of T.Allison and Mesirow Financial, Payment of Employees, Use of Cash | 2.90 | $425.00 | 1,232.50 |
| | JEM | Review and respond to email re creditor representation (.2); Telephone call from and to J.Chubb re filing (.1) | 0.30 | $325.00 | 97.50 |
| | JEM | Work on responding to various questions from creditors and interested parties re bankruptcy filing (.4); Review website for responding to questions from investors and prepare response (.3); Telephone call from and to J.Chubb re filing (.1) | 0.80 | $325.00 | 260.00 |
| | LD | Telephone calls from investors requesting information on bankruptcy filings. | 0.40 | $140.00 | 56.00 |
| Apr-18-06 | LES | Research re U.S. District Court litigation; Email to A.Jarvis | 0.80 | $425.00 | 340.00 |
| | LES | Sign Wells Fargo Bank revised stipulation | 0.10 | $425.00 | 42.50 |
| Apr-19-06 | LES | Telephone call with S.Peek re pending litigation; Telephone call to T.Rondeau | 0.20 | $425.00 | 85.00 |
| | LES | Work on Motion for Reconsideration payroll order; Email to E.Monson | 0.50 | $425.00 | 212.50 |
| | JEM | Review and execute motion to extend time, motion to have heard on shortened time, declaration in support of same, order and notice shortening time and attorney information sheet | 0.10 | $325.00 | 32.50 |
| | JEM | Review email from S.Hartman re litigation and escrow funds | 0.10 | $325.00 | 32.50 |

|  | | | | | |
|---|---|---|---|---|---|
|  | LA | Draft order shortening time documents to hear Motion for Additional Time To File Statements and Schedules for each of the five debtors and circulate for final approval | 1.50 | $100.00 | 150.00 |
| Apr-20-06 | LES | Review news article | 0.30 | $425.00 | 127.50 |
|  | LES | Draft Amended Order re Pre Petition Wages; Email to A.Jarvis | 0.50 | $425.00 | 212.50 |
|  | LES | Draft Amended Interim Order re cash management; Email to A.Jarvis | 0.50 | $425.00 | 212.50 |
|  | LES | Provide bank list to S.Smith | 0.50 | $425.00 | 212.50 |
|  | LES | Work on Payroll Exhibit | 0.70 | $425.00 | 297.50 |
|  | LES | Work on motions to limit notice, motion to extend time to file schedules, employ BMC Group | 2.60 | $425.00 | 1,105.00 |
|  | LES | Telephone call from creditors, referrals to BMC | 0.50 | $425.00 | 212.50 |
|  | LES | Work on various motions | 1.90 | $425.00 | 807.50 |
|  | LES | Telephone call re pending litigation; Review complaint re Palm Terrace | 0.50 | $425.00 | 212.50 |
|  | JEM | Review and revise application to employ BMC (.5); Review and revise order re same (.1); Review email to BMC from E.Monson (.1); Review email from L. Schwartzer re motion re reconsideration to be filed (.1); Review email re motion for reconsideration (.1); Conference with L. Schwartzer re issues re consolidation, conflicts, and claims (.5) | 1.40 | $325.00 | 455.00 |
|  | JEM | Review email from S.McIntyre re committee formation | 0.10 | $325.00 | 32.50 |

Case 06-10725-gwz     Doc 1229-1     Entered 08/31/06 16:51:21     Page 11 of 50

| Apr-21-06 | LES | Telephone call from investors; Telephone call from B.Shapiro (attorney for investors) | 0.60 | $425.00 | 255.00 |
|---|---|---|---|---|---|
| | LES | Review and revise Exhibit B to Modified Motion PrePetition Wages | 1.10 | $425.00 | 467.50 |
| | LES | Email to S.Strong re 341 Notice | 0.40 | $425.00 | 170.00 |
| | LES | Respond to investor and attorney calls | 1.90 | $425.00 | 807.50 |
| | LES | Emails re use of cash issues for discussion | 1.80 | $425.00 | 765.00 |
| | LES | Schedule Initial Debtor Interview with C.Finneran (U.S. Trustee) and Mesirow Financial staff | 0.40 | $425.00 | 170.00 |
| | LES | Emails re Wells Fargo Bank and debtor-in-possession accounts | 0.30 | $425.00 | 127.50 |
| | LES | Review BMC application and email from J.Skidmore (BMC) | 0.30 | $425.00 | 127.50 |
| | LES | Work with S.Smith re motions to be filed | 0.20 | $425.00 | 85.00 |
| | JEM | Review and respond to email re committee formation (.1); Review email from T.Burr re compilation of information (.1); Review email from L. Schwartzer re 341 notice (.1) | 0.30 | $325.00 | 97.50 |

| | | | | |
|---|---|---|---|---|
| JEM | Review email from J.Skidmore re BMC notice (.1); Review numerous emails re motion to pay seven key employees and exhibits and payroll schedules (.3); Review and revise modified motion re payments to seven key employees (.5); Review and finalize BMC application and order (.4); Review email re BMC order (.1); Review and execute motion to shorten time to hear motion to pay seven employees (.1); Review and execute declaration in support of same (.1); Review and execute order in support of same (.1); Review exhibits for T.Allison declaration (.1); Review for execution declaration of T.Allison and finalize for filing (.2); Review email from E.Monson re revisions made (.1) | 2.10 | $325.00 | 682.50 |
| JEM | Review numerous emails re conference call and information re investors (.4) | 0.40 | $325.00 | 130.00 |
| JEM | Review email re use of funds for administration (.1); Review email re stipulation with Wells Fargo (.1); Continue work on issues re application for employment of BMC (.3); Draft email to E.Monson re BMC application (.1); Draft email to E.Monson re motion to limit notice (.1); Work on issues raised by E.Monson re motion to limit notice (.2); Review numerous emails re conference call re use of cash management (.2); Conference with counsel for investor re status (.3) | 1.70 | $325.00 | 552.50 |
| LA | Draft order shortening time documents to hear Modified Motion For Authority To Pay Prepetition Wages for each of the five debtors and circulate for final approval | 1.50 | $100.00 | 150.00 |

| | | | | | |
|---|---|---|---|---|---|
| | LA | Telephone call to A.Landis (U.S. Trustee) re order shortening time on multiple motions | 0.20 | $100.00 | 20.00 |
| | LD | Organize files. | 0.80 | $140.00 | 112.00 |
| Apr-24-06 | LES | Email re media coverage | 0.30 | $425.00 | 127.50 |
| | LES | Email re investor relations | 0.20 | $425.00 | 85.00 |
| | LES | Email re motion to limit notice | 0.20 | $425.00 | 85.00 |
| | LES | Emails re 341 notices | 0.50 | $425.00 | 212.50 |
| | LES | Telephone call from C.Finneran re Initial Debtor Interview; Emails with U.S. Trustee letter | 0.50 | $425.00 | 212.50 |
| | LES | Work on draft of joint notice of Chapter 11 to creditors | 1.10 | $425.00 | 467.50 |
| | LES | Conference call re multiple issues | 0.70 | $425.00 | 297.50 |
| | JEM | Review emails re conference call (.1); Review email re Motion to Limit Notice (.1); Review and revise Motion to Limit Notice (.2); Review email re setting hearing date for May 18 (.1); Review and execute application to shorten time for Motion to Limit Notice (.1); Review and execute declaration to shorten time (.1); Review and execute order shortening time (.1); Conference with A. Hosey re creation of exhibit A and lists of 20 largest investors, creditors and equity holders (.3); Review numerous emails re master matrix (.2); Attend conference call with A.Jarvis, T.Allison, etc. re various issues re sale of properties, valuation (1.4); Telephone call from M.Walker re closing of property in San Diego (.1) | 2.80 | $325.00 | 910.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review and revise BMC notice and review emails re same (.2); Review article re Hotel Zosa (.1); Review email re investor query (.1) | 0.40 | $325.00 | 130.00 |
| | LA | Draft order shortening time documents to hear Application to Employ BMC for each of the five debtors and circulate for approval | 1.50 | $100.00 | 150.00 |
| | LD | Organize files. | 3.00 | $140.00 | 420.00 |
| Apr-25-06 | LES | Conference call re noticing of hearings; Conference with J. McPherson and A. Hosey re notices | 0.90 | $425.00 | 382.50 |
| | LES | Conference call with T.Allison re ordinary course; Emails re same | 1.50 | $425.00 | 637.50 |
| | LES | Telephone call to F.Golick (King Ventures) re loan payments | 0.20 | $425.00 | 85.00 |
| | LES | Telephone call to D.Kirk | 0.10 | $425.00 | 42.50 |
| | LES | Conference call re strategy and notices | 2.00 | $425.00 | 850.00 |
| | JEM | Telephone call to M.Walker, counsel for Bank of America (.1); Telephone call from same re facts in closings and intended procedures (.2); Review drafted master mailing matrix and draft email re potential additions (.3) | 0.60 | $325.00 | 195.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Conference call with BMC re notices and amended 341 notice (.6); Review email from investor (.1); Review emails from Bank of America re title company (.1); Draft email to same re closing dates (.1); Attend conference call with A.Jarvis, S.Smith, et al (1.4); Telephone call from E.Karasik re committee representation (.1); Work on issues re comparing revisions from BMC to notice (.4); Conference with S.Strong and E.Mondon re documents to be noticed by BMC and multiple draft emails to E.Monson re same (.5); Review and revise notice of hearing for multiple documents (.2); Review and revise motion to shorten time, declaration and order shortening time for Schwartzer & McPherson Law Firm and Ray Quinney & Nebeker (.4); Conference with A. Hosey re noticing issues for May 3 and May 18 hearings (.3) | 4.40 | $325.00 | 1,430.00 |
| | JEM | Research re trust account and 28 U.S.C. section 959 and Lemons and Western World cases | 0.40 | $325.00 | 130.00 |
| | LA | Draft order shortening time documents to hear Application to Employ Schwartzer & McPherson Law Firm for each of the five debtors; Draft order shortening time documents to hear Application to Employ Ray Quinney & Nebeker for each of the five debtors; Email documents to J.Miller at BMC for noticing | 4.50 | $100.00 | 450.00 |
| Apr-26-06 | LES | Conference call with T.Allison, staff and counsel re joint administration, use of cash, return of investor funds (Bundy loan), SEC and Nevada agency relations, potential committees | 2.50 | $425.00 | 1,062.50 |

| | | | | | |
|---|---|---|---|---|---|
| LES | Review and revise motion to refund investor funds (Bundy loan) | 0.50 | $425.00 | 212.50 |
| LES | Reschedule Initial Debtor Interview with C.Finneran | 0.20 | $425.00 | 85.00 |
| LES | Review Internal Revenue Service Proof Of Claim | 0.20 | $425.00 | 85.00 |
| JEM | Review email from M.Walker re 60th Venture and 5252 Orange (.1); Telephone call to M.Craft of Land America re closings (.1); Review email re borrower's counsel and attempt to contact same (.1); Conference call with BMC re noticing issues (.5); Conferences with E.Monson re BMC notices and review documents re noticing language (.3); Discuss BMC employment order and noticing (.2) | 1.30 | $325.00 | 422.50 |
| JEM | Telephone call from and to E.Karasik re committee representation (.1); Conference with M.Walker re closings (.2); Telephone call from S.Strong re caption issues (.1); Telephone calls to bankruptcy clerk's office re caption issues (.3); Conference with J.Smaha re closing on condo conversions for borrow Mazell Presley (.3); Draft email to E.Monson and others re closings on condo conversions (.2); Review responses re same (.2); Review and execute final motion to limit notice (.1) | 1.50 | $325.00 | 487.50 |
| JEM | Conference with E.Karasik re various issues in bankruptcy case and discuss with L. Schwartzer (.8); Attend conference call with T.Allison, S.Strong, et al (1.8); Review email re Houston closing (.1); Review email re San Diego closing (.1) | 2.80 | $325.00 | 910.00 |
| JEM | Review draft re motion to return funds | 0.20 | $325.00 | 65.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review and execute motions, declarations and orders shortening time re employment applications | 0.30 | $325.00 | 97.50 |
| | LA | Telephone conference with J. McPherson, S. Strong, E. Monson, S. Smith, BMC regarding noticing requirements. | 0.50 | $100.00 | 50.00 |
| | LA | Draft order shortening time documents to hear Motion Limiting Notice and Approving Master Service List for each of the five debtors; Circulate same for final approval | 1.50 | $100.00 | 150.00 |
| Apr-27-06 | JEM | Revise and finalize motion to return investor funds (.2); Review and execute motion to shorten time to hear motion to return funds, declaration in support of same and order shortening time re same (.2); Conference with A. Hosey re amending attorney information sheet (.1); Review emails from J.Smaha re Mailsel Presley (.2) | 0.70 | $325.00 | 227.50 |
| | JEM | Review email from J.Smaha re closings (.1); Draft email to E.Monson re same (.1); Draft email to J.Smaha re status (.1); Review email from S.Strong re motion to distribute and work on finalizing same for filing (.3); Telephone call from M.Walker re closings (.1) | 0.70 | $325.00 | 227.50 |
| | JEM | Conference with J.Greene, counsel for investors, re various issues in case and how debtor functioned (.4); Review issues re cash management and inflow and outflow of monies to respond to inquiries (.4); Review and respond to email from J.Smaha (.1) | 0.90 | $325.00 | 292.50 |
| Apr-28-06 | JEM | Telephone call from S.Fleming re closings in San Diego (.2); Telephone call from investor counsel in Colorado re status and specific loan information (.3) | 0.60 | $325.00 | 195.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Telephone call from investor re funds (.1); Review letter re use of funds (.2); | 0.30 | $325.00 | 97.50 |
| | Totals | | 91.20 | | $30,263.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Pacer | 58.41 |
| | Photocopies | 38.50 |
| | Westlaw | 58.51 |
| Apr-18-06 | Filing Fee : Pro Hac Vice | 175.00 |
| | Totals | $330.42 |
| | **Total Fee & Disbursements** | **$30,593.42** |
| | **Balance Now Due** | **$30,593.42** |

TAX ID Number     46-0469211

### TRUST STATEMENT

|                        | Disbursements | Receipts    |
|------------------------|--------------:|------------:|
| Trust Balance Forward  |               | 62,880.50   |
| Total Trust            | $0.00         | $62,880.50  |
| **Trust Balance**      |               | **$62,880.50** |

## *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:   (702) 228-7590
Fax:   (702) 892-0122

USA Commercial Mortgage Company

August 10, 2006

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

| | File #: | 30566-00003 |
|---|---|---|
| **Attention:** | Inv #: | Sample |

**RE:**   USA Capital Diversified Trust Deed Fund, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Apr-19-06 | JEM | Review motion to extend time, motion to have heard on shortened time, declaration in support of same, order and notice shortening time and attorney information sheet | 0.10 | $325.00 | 32.50 |
| Apr-28-06 | JAI | Telephone call from A.Loraditch (.2); Telephone call to A.Loraditch re insurance and committee (.2) | 0.40 | $225.00 | 90.00 |
| | Totals | | 0.50 | | $122.50 |
| | **Total Fee & Disbursements** | | | | **$122.50** |
| | **Balance Now Due** | | | | **$122.50** |

TAX ID Number     46-0469211

## *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1          Ph:    (702) 228-7590
Las Vegas, NV 89146                          Fax:   (702) 892-0122

USA Commercial Mortgage Company                              August 10, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

|  |  |
|---|---|
| File #: | 30566-00004 |
| Inv #: | Sample |

**Attention:**

**RE:**    USA Capital First Trust Deed Fund, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Apr-19-06 | JEM | Review motion to extend time, motion to have heard on shortened time, declaration in support of same, order and notice shortening time and attorney information sheet | 0.10 | $325.00 | 32.50 |
| | Totals | | 0.10 | | $32.50 |
| | **Total Fee & Disbursements** | | | | **$32.50** |
| | **Balance Now Due** | | | | **$32.50** |

TAX ID Number    46-0469211

## *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1                          Ph:    (702) 228-7590
Las Vegas, NV 89146                                          Fax:   (702) 892-0122


USA Commercial Mortgage Company                                    August 10, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

                                                    File #:    30566-00001c
**Attention:**                                      Inv #:        Sample

**RE:**      USA - Interpleader Action


      **Total Fee & Disbursements**                          **$0.00**

      **Balance Now Due**                                  **$0.00**

TAX ID Number      46-0469211

*Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:   (702) 228-7590
Fax:   (702) 892-0122

USA Commercial Mortgage Company

August 10, 2006

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

|  | File #: | 30566-00001a |
|---|---|---|
| **Attention:** | Inv #: | Sample |

**RE:**   USA - IP adversary

| **Total Fee & Disbursements** | **$0.00** |
|---|---|
| **Balance Now Due** | **$0.00** |

TAX ID Number   46-0469211

## *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

| | | |
|---|---|---|
| File #: | 30566-00002 |
| Inv #: | Sample |

**Attention:**

**RE:**    USA Capital Realty Advisors, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Apr-19-06 | JEM | Review motion to extend time, motion to have heard on shortened time, declaration in support of same, order and notice shortening time and attorney information sheet | 0.10 | $325.00 | 32.50 |
| | Totals | | 0.10 | | $32.50 |
| | **Total Fee & Disbursements** | | | | **$32.50** |
| | **Balance Now Due** | | | | **$32.50** |

TAX ID Number    46-0469211

### Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:   (702) 892-0122

USA Commercial Mortgage Company

August 10, 2006

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:    30566-00005

**Attention:**

Inv #:    Sample

**RE:**    USA Securities, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Apr-19-06 | JEM | Review motion to extend time, motion to have heard on shortened time, declaration in support of same, order and notice shortening time and attorney information sheet | 0.10 | $325.00 | 32.50 |
| | Totals | | 0.10 | | $32.50 |
| | **Total Fee & Disbursements** | | | | **$32.50** |
| | **Balance Now Due** | | | | **$32.50** |

TAX ID Number     46-0469211

## *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:   (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

| | | |
|---|---|---|
| File #: | 30566-00007 |
| Inv #: | Sample |

**Attention:**

**RE:**    USA - Affects some but not all debtors

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Apr-27-06 | LES | Emails re drafts and noticing requirement for motion to return investor funds | 0.50 | $425.00 | 212.50 |
| | LES | Review loan ownership and analysis from T.Allison | 0.30 | $425.00 | 127.50 |
| | Totals | | 0.80 | | $340.00 |
| | **Total Fee & Disbursements** | | | | **$340.00** |
| | **Balance Now Due** | | | | **$340.00** |

TAX ID Number    46-0469211

### *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:     (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company

August 10, 2006

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

|  | File #: | 30566-00001b |
|---|---|---|
| **Attention:** | Inv #: | Sample |

**RE:**     USA - Wells Fargo Adversary

| **Total Fee & Disbursements** | **$0.00** |
|---|---|
| **Balance Now Due** | **$0.00** |

TAX ID Number      46-0469211

## Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:   (702) 228-7590
Fax:  (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

File #:   30566-00006
Inv #:   Sample

**Attention:**

**RE:**   USA - Affects All Debtors

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| May-01-06 | LES | Emails re additional oppositions and Initial Debtor Interview with C.Finneran | 0.50 | $425.00 | 212.50 |
|  | JEM | Review attachments to email from M.Street and compare with BMC order (.2); Telephone call to same re same (.1) | 0.30 | $325.00 | 97.50 |
|  | JEM | Conferences with M.Street re BMC order and noticing issues (.3); Review and sign each BMC amended order (.2); Review partial opposition to cash management motion by G.Walch (.2); Review joinder in opposition to motion for schedules and statements by G.Walch (.2); Telephone call from investor counsel re status (.4) | 1.30 | $325.00 | 422.50 |
|  | JEM | Review email from A.Jarvis re reply brief and declaration (.1); Review emails re May 3 hearings and Initial Debtor Interview (.1); Review multiple oppositions filed by R.LePome on behalf of multiple investors (.4) | 0.60 | $325.00 | 195.00 |
| May-02-06 | LES | Prepare for and attend Initial Debtor Interview | 2.00 | $425.00 | 850.00 |

| | | | | | |
|---|---|---|---|---|---|
| | LES | Work on briefs re cash management | 1.90 | $425.00 | 807.50 |
| | LES | Prepare for hearings re joint administration, payment of wages, extend deadlines for schedules, Wells Fargo setoff | 2.90 | $425.00 | 1,232.50 |
| | LES | Telephone call with J.Chubb, K.Christenson, J.Miller (Nevada Title), D.Draper, Tara (State Bar), B.Buritsky, L.Bubalage | 1.20 | $425.00 | 510.00 |
| | LES | Prepare for hearings; Memorandum to A.Jarvis re same | 1.50 | $425.00 | 637.50 |
| | LIA | Organize court files for May 3, 2006 omnibus hearing | 5.00 | $125.00 | 625.00 |
| May-03-06 | LES | Prepare for and attend omnibus hearing re cash management, joint administration, Wells Fargo stipulation, modified motion re wages | 8.00 | $425.00 | 3,400.00 |
| | LES | Draft Order for Joint Administration and Case Management Procedures | 2.00 | $425.00 | 850.00 |
| | JEM | Conference with A.Hosey re filing issues (.2); Review email re investor inquiry (.1) | 0.30 | $325.00 | 97.50 |
| | JEM | Review letter re CIT (.1); Conference with L. Schwartzer re outcome of hearings and future filings (.2) | 0.30 | $325.00 | 97.50 |
| | JEM | Review Motion to Temporarily Hold Funds (.2); Draft email to S.Strong re same (.1) | 0.30 | $325.00 | 97.50 |
| May-04-06 | JEM | Review draft order re joint administration and revise | 0.40 | $325.00 | 130.00 |
| | JEM | Review multiple emails re BMC noticing and respond to same (.1); Review emails re moving June 2 hearing date and respond to same (.1); Conference with S.Simmons re new hearing date (.1) | 0.30 | $325.00 | 97.50 |

Invoice #:      Sample                         Page   3                                    August 10, 2006

| | JEM | Telephone call from S.Simmons re website address (.3); Work on issues re website address (.1) | 0.40 | $325.00 | 130.00 |
|---|---|---|---|---|---|
| May-05-06 | JEM | Review emails re changing hearing date to June 1 and respond to same and request information re other parties affected (.2); Telephone call to S.Simmons re same (.1); Review email re preparation of orders (.1); Review emails re joint administration order (.1); Review email re motion to temporarily hold funds (.1); Review emails re asset sale (.1); Review emails re BMC conference call and respond to same (.1); Prepare for BMC conference call (.2); Attend BMC conference call (.5); Review email re filing schedules (.1); Conference with S.Farrow re order re joint administration (.3); Conferences with S.Simmons re entry and issues re signatures (.2); Revise order granting motion for joint administration (1.2); Conference with L. Schwartzer re order (.2) | 3.50 | $325.00 | 1,137.50 |
| May-07-06 | JEM | Review draft motion to hold funds | 0.30 | $325.00 | 97.50 |
| May-08-06 | LES | Review voluminous email discussions re preparation of various orders, proposed motions and scheduling | 1.10 | $425.00 | 467.50 |
| | JEM | Review and respond to numerous emails re the BMC documents to be noticed (1.4); Work on issues re noticing and timing of numerous motions and conferences with A.Jarvis and S.Strong and Eileen re same (2.1); Draft emails and reply to response to J.Chubb (.2); Review and revise notice of hearing for multiple motions (.4); Review and revise motion to pay debtor-in-possession due diligence expense and review emails re same (.5); Draft email to S.Smith re tax returns (.1) | 4.70 | $325.00 | 1,527.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review and revise final version of motion to temporarily hold funds (.4); Review emails re timing of holding funds (.1);  Review email re formation of one or more committees (.1); Review and respond to email from T.Waldo (.1); Telephone calls from and to Eileen re order re joint administration and case management (.2); Review email from M.Kehl and email from T.Barry (.1); Conferences with S.Farrow re case management order and hearing (.2); Review emails re debt purchase (.1) | 1.30 | $325.00 | 422.50 |
| May-09-06 | LES | Review emails; Telephone call to investors and potential lenders | 1.70 | $425.00 | 722.50 |
| | JEM | Telephone call to Eileen at bankruptcy court re filing (.1); Review multiple emails from D.Monson re same (.2); Review and respond to emails re declarations and exhibits (.2); Draft case management procedures order (.4); Review emails from A.Jarvis re response period (.1); Review email from S.Farrow re joint administration order (.1) | 1.10 | $325.00 | 357.50 |
| May-10-06 | LES | Review letter from E.Karasik re motion to authorize reimbursement of due diligence expenses | 0.30 | $425.00 | 127.50 |
| | LES | Telephone conference with investors, attorneys | 0.70 | $425.00 | 297.50 |
| | LES | Discussion with A.Landis (U.S. Trustee) re management issues | 0.30 | $425.00 | 127.50 |

|  | JEM | Review email from S.Smith re Monthly Operating Reports and respond to same (.2); Telephone call to S.Farrow re stipulation and order re Monthly Operating Reports (.2); Telephone call to S.Smith re same and issues re loan payments (.3); Telephone call to S.Farrow re same (.1); Conference with Eileen re case management procedures order (.1) | 0.90 | $325.00 | 292.50 |
|---|---|---|---|---|---|
|  | JEM | Attend conference call with debtor's counsel and Mesirow Financial | 1.50 | $325.00 | 487.50 |
|  | JEM | Review fax from E.Karasik re debtor-in-possession financing information (.1); Conference with S.Smith re BMC amended order (.1) | 0.20 | $325.00 | 65.00 |
| May-11-06 | LES | Telephone call from investors or their counsel | 0.60 | $425.00 | 255.00 |
|  | LES | Memorandum to T.Allison re management issues of U.S. Trustee | 0.30 | $425.00 | 127.50 |
|  | JEM | Telephone call from M.DeLuna re requested information (.1); Telephone call to same re disclosure request (.1); Telephone call from S.Farrow re stipulation and order re Monthly Operating Reports (.1) | 0.30 | $325.00 | 97.50 |
|  | JEM | Review joinder in motion for retention of funds | 0.10 | $325.00 | 32.50 |
|  | JEM | Telephone call to S.Farrow re changes to case management order and review email re same (.1) | 0.10 | $325.00 | 32.50 |
| May-12-06 | LES | Research re Sunrise international bankruptcy case, $4.5 million payment and 126 acres | 1.90 | $425.00 | 807.50 |
| May-15-06 | LES | Review objection to employment of counsel by U.S. Trustee | 0.40 | $425.00 | 170.00 |

| | LES | Emails re Internal Revenue Service and PGBC | 0.20 | $425.00 | 85.00 |
|---|---|---|---|---|---|
| | LES | Conference call with T.Allison, S.Smith, M.Kehl, A.Jarvis and S.Strong | 1.00 | $425.00 | 425.00 |
| | JEM | Review and respond to email from S.Strong re orders (.1); Review opposition to employment application of Ray Quinney & Nebeker (.2); Review opposition to employment application of Schwartzer & McPherson Law Firm (.2) | 0.50 | $325.00 | 162.50 |
| | JEM | Review and revise stipulation and order re Monthly Operating Reports and draft email to S.Smith re same (.3); Draft email to A.Jarvis et al re segregation of professional funds motion (.2); Review opposition to employment applications filed by U.S. Trustee's office (.5); Work on reply briefs re employment and legal research re same (2.1) | 3.10 | $325.00 | 1,007.50 |
| May-16-06 | LES | Review and revise Reply Brief re employment of counsel | 0.50 | $425.00 | 212.50 |
| | JEM | Review emails from A.Jarvis, S.Strong and M.Kehl re commitment letter (.1); Review and execute multiple orders re cash management (.1); Review email re stipulation and order to U.S. Trustee (.1); Review agenda of motions set for hearing (.2); Review email from T.Burr and respond (.1); Review Limited Opposition by Committee re Motion to Limit Notice (.1) | 0.70 | $325.00 | 227.50 |

Invoice #:    Sample                    Page    7                              August 10, 2006

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review opposition by Committee to Ray Quinney & Nebeker employment application (.1); Review spreadsheet re investor buyout (.1); Review notice of committment letter for filing and committment letter (.3); Review notice of errata and errata (.1); Review email from S.Strong re filings (.1); Legal research re 327 and conflicts and work on brief in support of employment application (4.9); Conference with T.Burr re various issues re case and committees (.2) | 5.80 | $325.00 | 1,885.00 |
| May-17-06 | LES | Review Reply Briefs to be filed | 0.90 | $425.00 | 382.50 |
| | LES | Prepare for 341 meeting; Meeting with A.Landis and client | 1.50 | $425.00 | 637.50 |
| | LES | Attend 341 meeting | 4.00 | $425.00 | 1,700.00 |
| | LES | Meeting with client re 341 meeting and motion calendar | 1.10 | $425.00 | 467.50 |
| | LES | Prepare for hearing and various motions | 2.30 | $425.00 | 977.50 |
| | JEM | Review and revise brief in support of employment application of Schwartzer & McPherson Law Firm (.4); Review Reply Brief re Ray Quinney & Nebeker employment (.3); Review email re mailing matrix and work on issues re same re filing (.3); Review, revise and execute reply brief in support of motion to pay due diligence fee (.4); Review T.Allison second supplemental declaration for filing (.4); Work on and revise status and agenda re May 18 hearings (.6) | 2.40 | $325.00 | 780.00 |
| | JEM | Telephone call from D.Monson re errata to term sheet (.1); Review errata and finalize for filing and work on issues re court copies (.3) | 0.40 | $325.00 | 130.00 |

| | | | | | |
|---|---|---|---|---|---|
| May-18-06 | LES | Prepare for hearing on multiple motions | 0.50 | $425.00 | 212.50 |
| | LES | Attend hearing re various motions | 4.00 | $425.00 | 1,700.00 |
| | LES | Draft orders | 2.20 | $425.00 | 935.00 |
| | JEM | Review email re termination of pension (.1); Review email from S.Strong re orders (.1); Telephone call from Darla at bankruptcy court re stipulations and orders and notes from Judge (.2); Review opposition to Motion To Temporarily Hold Funds by F.Adams (.3); Review opposition by S.Alexander to Motion To Temporarily Hold Funds (.3) | 1.00 | $325.00 | 325.00 |
| May-19-06 | LES | Telephone call from F.Anderson and E.Barnes at PBGC re status of debtors and Defined Benefit Plan | 0.30 | $425.00 | 127.50 |
| | LES | Telephone call from A.Abrams re order re extension of time to object | 0.10 | $425.00 | 42.50 |
| | JEM | Review emails re C.Pajak (.1); Telephone call to C.Pajak re service list (.1); Review and respond to email re filing Monthly Operating Reports and verify information with U.S. Trustee's office (.2); Review and revise orders re limiting notice, employment, case management supplement and work on issues re proper filing (.4); Review employment application and declarations from Shea and Carlyon (.4) | 1.20 | $325.00 | 390.00 |

|           | JEM | Conference with L. Schwartzer re potential employment of conflict counsel (.2); Review email from T.Barry re interest reserves (.1); Review notice to hear Shea and Carlyon application on shortened time (.1); Review email re revisions to order limiting notice (.1); Review email re information about UCC for USA website (.1) | 0.60 | $325.00 | 195.00 |
|-----------|-----|--------------------------------------------------|------|---------|--------|
| May-22-06 | LES | Review Monthly Operating Reports | 0.90 | $425.00 | 382.50 |
|           | JEM | Review opposition to multiple motions for return of funds and consider issues re same (.3) | 0.30 | $325.00 | 97.50 |
|           | JEM | Review email from Darla at bankruptcy court and draft email to A.Hosey re same | 0.10 | $325.00 | 32.50 |
|           | JEM | Review email from C.Pajak re response to debtor's motion deadline (.1); Review and respond to same and review ECF list (.3); Telephone call from F.Merola re extension and review email from same re same (.1); Draft response re grant of extension (.1); Review email from A.Jarvis re extension (.1); Review Monthly Operating Reports from S.Smith for each Debtor (.5); | 1.20 | $325.00 | 390.00 |
| May-23-06 | JEM | Review email re master service list (.1); Review opposition to temporarily hold funds from R.McKnight and supporting documents and continue same (.5); Review email re matrix for order limiting notice (.1); Review joinder in opposition to debtor's motion to temporarily hold funds (.1); Review revisions to proposed orders from E.Monson (.2) | 1.00 | $325.00 | 325.00 |
| May-24-06 | LES | Emails re Reno meeting with creditors/investors | 0.50 | $425.00 | 212.50 |

| | JEM | Review T.Allison's Declaration in support of opposition to motion and work on issues re exhibits (.3); Review email from M.Kehl re testimony and respond to same (.2); Review email from S.Strong re California securities (.1) | 0.60 | $325.00 | 195.00 |
|---|---|---|---|---|---|
| | JEM | Review and execute order re case management amendment (.1); Review and revise Schwartzer & McPherson Law Firm fee application order and Ray Quinney & Nebeker fee application order (.1); Review and revise order limiting notice (.1) | 0.30 | $325.00 | 97.50 |
| | JEM | Conference with L. Schwartzer re matrix (.1); Review draft order re limiting notice (.1) | 0.20 | $325.00 | 65.00 |
| May-25-06 | LES | Attendance at meeting in Reno with 150 investors/members, D.Cangelosi, S.Bice (Commissioner of Mortgage Lending Division and M.Olson) | 8.00 | $425.00 | 3,400.00 |
| | JEM | Review email from E.Monson re matrix (.1); Review email re oppositions from S.Strong (.1); Review email re additional requests for notice (.1); Review email from R.Ulm and response to same (.2) | 0.50 | $325.00 | 162.50 |
| | JEM | Review and execute five orders re limiting notice (.2); Review and execute five orders re Schwartzer & McPherson Law Firm fee application (.2); Review and execute five orders re Ray Quinney and Nebeker fee application (.2) | 0.60 | $325.00 | 195.00 |
| May-26-06 | LES | Review email from D.Monson re proposed order; Email re local rule 9021(b) | 0.20 | $425.00 | 85.00 |
| | LES | Draft Stipulation and Order to continue certain June 5 hearings | 0.40 | $425.00 | 170.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review emails from C.Pajak re matrix and draft multiple emails re same and telephone calls from same and work on issues re providing matrix (.5); Review email from D.Monson re proposed order and review proposed order (.2); Review email re signatures for opposing counsel (.1); Review email re continuing motion to hold funds motion (.1); Review emails from A.Jarvis re appraisal opposition (.1) | 1.00 | $325.00 | 325.00 |
| | JEM | Review statement regarding debtors' motion to hold funds and objection to release funds motions (.2) | 0.20 | $325.00 | 65.00 |
| May-30-06 | LES | Review correspondence from creditors' counsel | 0.90 | $425.00 | 382.50 |
| | JEM | Review emails re payments and hold funds | 0.20 | $325.00 | 65.00 |
| May-31-06 | JEM | Review email from A.Jarvis re J.Chubb stipulation (.1); Review email re 2019 Statements (.1); Review emails re order shortening time for motion to extend budget (.1); Conference with S.Strong re stipulation and order and various issues re motions pending (.4) | 0.70 | $325.00 | 227.50 |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Review response by Direct Lenders' committee to various motions (.3); Review briefly assignment documents from S.Strong (.2); Review motion re responses deadlines (.1); Review multiple emails re stipulation and order to continue and execution re same (.3); Review oppositions by Kiven to motion to hold funds (.2); Review and revise notice of filing revised loan summary and review edits from S.Smith (.3); Review emails re stipulation and order re continuing June 5 hearings (.2); Review email from R.Charles re stipulation and order (.1); Review email from C.Pajak re writ of attachment (.2) | 1.90 | $325.00 | 617.50 |
| LIA | Telephone call from C.Pajak re order shortening time to hear Motion for Continued Use of Cash and amend attorney information sheet re same | 0.30 | $125.00 | 37.50 |
| LIA | Revise stipulation to continue June 5 hearings pursuant to edits and email to all parties for signature; Work on issues re multiple revisions of stipulation and wrong versions signed by parties | 1.00 | $125.00 | 125.00 |

| | | | | |
|---|---|---|---|---|
| Totals | | 105.80 | | $38,805.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Courier | 62.00 |
| | Pacer | 412.59 |
| | Photocopies | 140.00 |
| May-24-06 | Travel : Parking @ McCarran International Airport | 12.00 |

| | | |
|---|---|---|
| Totals | | $626.59 |

| | | |
|---|---|---|
| **Total Fee & Disbursements** | | **$39,431.59** |

**Balance Now Due**                                                    **$39,431.59**

TAX ID Number    46-0469211

## *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company                                   August 10, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:      30566-00001
**Attention:**                                                    Inv #:          Sample

**RE:**    USA Commercial Mortgage Company - Chapter 11 Debtor

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| May-01-06 | JEM | Telephone call from T.Coffing re status of case (.3); Telephone call from S.Schwartz re status of case (.1); Review email from D.Monson re motion to authorize debtor to issue releases (.1); Review and revise motion to authorize debtor to issue releases (.4); Review email re loan servicing agreement and review same (.3); Review email re amounts for motion re releases (.1) | 1.30 | $325.00 | 422.50 |
|  | JEM | Review emails re G and S opposition and nonperforming loans and Benincasa loan (.1); Review email re Walch loans and offset (.1); Review opposition filed by J.Chubb on behalf of direct lender - beneficiaries (.3); Review email re T.Rondeau and abuse of process claims (.1) | 0.60 | $325.00 | 195.00 |

| May-02-06 | JEM | Review multiple numerous emails re T.Allison declaration (.1); Review revised declaration of T.Allison (.2); Telephone call from M.Kehl re U.S. Trustee's fees (.1); Review and revise Reply Brief re motion for cash management and reply to opposition (.4); Review emails re same (.1); Draft email to S.Strong re finalizing reply brief (.1); Review oppositions filed by N.Santoro (.1); Review opposition by R.LePome (.1); Telephone call to S.Schwartz re case status (.1) | 1.30 | \$325.00 | 422.50 |
|---|---|---|---|---|---|
| | JEM | Review opposition filed by R.McKnight (.2); Review filings by N.Santoro (.1); Review multiple revisions to T.Allison's declaration (.1); Review multiple revisions to Reply Brief and consider same (.1); Review objection to Wells Fargo stipulation (.1); Review errata to opposition filed by Direct Lenders group (.1); Review supplement from R.LePome (.1); Review affidavit of M.Gross In Support Of Supplement (.1);  Review email from D.Monson re motion for ordinary course and respond (.1); Review and revise motion for ordinary course (.8); Review emails from D.Monson re same (.1); Draft email and review email from S.Strong re revisions to Reply Brief (.2); Review email from D.Monson re new closing issues and continue same in connection with motion re authorization re ordinary course (.4); Review revised final brief and revise for final version and discern filing issues (.9); | 3.40 | \$325.00 | 1,105.00 |
| May-03-06 | JEM | Review Joinder in Opposition filed by Canepa Group (.1); Telephone call from T.Coleman re investor group (.3) | 0.40 | \$325.00 | 130.00 |

Invoice #:    Sample                    Page   3                          August 10, 2006

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review and revise motion to shorten time re motion re transactions in ordinary course | 0.20 | $325.00 | 65.00 |
| | JEM | Review and revise motion to shorten time to hear motion re transactions in ordinary course (.2); Review and execute declaration in support of same (.1); Review and execute order re same (.1); Conference with A. Hosey re BMC noticing issues (.1); Review email from R.McKnight re Roam property (.1); Telephone call from and to same re Roam property (.1; Conferences with A. Hosey re attorney information sheet re motion re closing transactions (.1); Telephone call from M.Guymon re status of case (.4); Telephone call from M.Schmall re court hearings (.1); Conference with P.Alexander re disbursement agent PDG and status of case (.4) | 1.80 | $325.00 | 585.00 |
| | JEM | Draft email to D.Monson re PDG counsel (.1); Review emails from S.Strong and M.Kehl re same (.1); Telephone call from T.Coleman re status of case (.4); Review email from T.Burr (.1); Telephone call from investor's counsel re status (.2); Review letter from Graub (.1) | 1.00 | $325.00 | 325.00 |
| May-04-06 | JEM | Review email from D.Monson to M.Kehl re PDG documents (.1); Review email re inquiry from Terrells (.1); Review letter from Chicago Title re 5252 Orange (.1); Review letter from C.Clark re conversion to Chapter 7 (.1); Review letter from investor (.1); Conference with M.Callister re PDG issues and stipulation and order (.3); Telephone call to D.Monson re same (.1); Conference with D.Monson re stipulation and order and send draft (.2); | 1.10 | $325.00 | 357.50 |

| May-05-06 | JEM | Telephone call from investor re status (.2) | 0.20 | $325.00 | 65.00 |
|-----------|-----|---------------------------------------------|------|---------|--------|
|           | JEM | Review Motion For Order Authorizing Return of Non-Invested Funds (.3) | 0.30 | $325.00 | 97.50 |
|           | JEM | Telephone call to J.Chubb and draft email to J.Chubb re new hearing date and review response (.2) | 0.20 | $325.00 | 65.00 |
| May-08-06 | JEM | Telephone call from G.Giles re Incline Village lease (.1); Draft email to S.Smith re same (.1); Review Motion re Emergency Motion For Order To Compel Fidelity to Make Disbursements (.3); | 0.50 | $325.00 | 162.50 |
|           | JEM | Review email re Gordon and Silver ad hoc committee (.1); Review email from investor (.1) | 0.20 | $325.00 | 65.00 |

| | | | | | |
|---|---|---|---|---|---|
| May-09-06 | JEM | Review numerous emails re motion to compel payments (.3); Conferences with D.Monson and A.Jarvis re motion to compel payments (.2); Review and revise motion to compel re Fidelity (.4); Review and execute application to shorten time (.2); Telephone calls to R.Bozarth re same (.1); Review and execute order shortening time (.1); Review and execute attorney information sheet (.1); Telephone call from and to N.Allf re hotel on Convention Center (.2); Conference with G.Giles re Incline Village lease, lift stay and status of case (.3); Review email from T.Burr re status of committee and respond (.1); Review email from E.Karasik re debtor-in-possession term sheet (.1); Telephone call from M.Guymon re Gramercy project (.4); Draft email to M.Guymon re motion to authorize and hearing (.2); Telephone call from S.Strong re Wells Fargo (.1); Conference with S.Strong and S.Smith re Wells Fargo and Incline Village (.3); Telephone call from Eileen re hearing on motion to compel (.1); Review email from M.Kehl re motion to compel (.1); Conference with S.Simmons re motion to compel (.1) | 3.40 | $325.00 | 1,105.00 |
| | JEM | Telephone call from and to M.Katz re status of case (.1) | 0.10 | $325.00 | 32.50 |
| May-10-06 | LES | Review letter from J.Jorgensen (WFB); Research issues; Draft letter to C.Carlyon re collection account; Email to client; Review comments | 1.20 | $425.00 | 510.00 |
| | JEM | Review emails re tax returns (.1); Review email from Bank of America re closings (.1) | 0.20 | $325.00 | 65.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review email from C.Carlyon re return of invested monies and Bundy Canyon and work on issues re same (.2); Review email re compensation motion (.1); Review emails from R.Ogren and responses (.2); Review email re UCC member (.1); Draft email re motion to compel (.1); Review emails for agenda for conference call (.1); Review email from M.Guymon re Gramercy and interest payment issues (.2); Draft email to D.Monson re same and review response from A.Jarvis re interest payments (.1); Review email from K.Schmidt re Fidelity projects (.1) | 1.20 | $325.00 | 390.00 |
| | JEM | Telephone calls to G.Giles re proposed stipulation and order re rejection of lease and administrative expenses (.3); Review and revise stipulation and order re Fidelity and finalize (.3); Review and respond to numerous emails re same (.2); Telephone call from B.Bozarth re revision to stipulation and execution and draft email to D.Monson re revision (.3); Review emails from B.Bozarth re stipulation and order (.1); Work on issues re entry of stipulation and order (.1); Review email re information for Binford Development (.1) | 1.40 | $325.00 | 455.00 |
| May-11-06 | LES | Revise fax to C.Carlyon re Wells Fargo Collection Account; Email to client | 0.30 | $425.00 | 127.50 |
| | JEM | Draft email to S.Smith re receipt of check from King Ventures (.1); Review emails from C.Carlyon re Bundy project (.1) | 0.20 | $325.00 | 65.00 |

Invoice #:      Sample                    Page    7                              August 10, 2006

| | JEM | Telephone call from and to J.Graub re Binford project and further funds (.2); Telephone call from S.Simmons re amending case management procedures order (.1); Telephone call from J.Greene re purchasing property and telephone call to same (.1); Draft stipulation and order re Monthly Operating Reports (.5); Work on issues raised by S.Farrow re case management procedures order and telephone call to S.Farrow re same (.2); Conference with S.Smith re Incline Village lease and claims under lease and Wells Fargo issues (.2); Review and revise order granting motion re statements and schedules (.2); Review and revise order re case management (.2); Draft email re hotel property (.1); Conferences with J.Greene re same (.2); Review email from partner in nondebtor related entity (.1); Telephone call to S.Simmons re case management order (.1) | 2.20 | $325.00 | 715.00 |
| | JEM | Conference with investor's lawyer re status | 0.40 | $325.00 | 130.00 |
| | JEM | Review and revise order re payment to prepetition employees and review motion re same | 0.20 | $325.00 | 65.00 |
| May-12-06 | LES | Telephone call from C.Carlyon re Wells Fargo collection account; Email to client | 0.50 | $425.00 | 212.50 |
| | LES | Emails re filing Term Sheet to support motion to use funds for due diligence | 0.30 | $425.00 | 127.50 |
| | LES | Email re monthly payment of Mesirow | 0.30 | $425.00 | 127.50 |
| | LES | Email re Internal Revenue Service request (pension plan report) | 0.20 | $425.00 | 85.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Conferences with G.Giles re rejection of lease and stipulation (.2); Draft email to S.Smith re remaining property (.1); Telephone call with same re same (.1); Review stipulation and order re PDG (.3); Review emails from P.Alexander and S.Strong re same and respond to same (.2); Telephone call from S.Strong re stipulation and order with PDG (.1); Revise final version of stipulation and order per revisions (.2) | 1.10 | $325.00 | 357.50 |
| | JEM | Review email from C.Carlyon and respond (.1); Review email from L. Schwartzer re Arizona bankruptcy (.1); Review responses from M.Kehl and A.Jarvis re Arizona bankruptcy foreclosure (.1); Telephone call from S.Simmons re case management order and review rules with her (.3); Conference with S.Simmons and S.Farrow re case management order (.2); Review and revise same (.1); Review email from M.Guymon re multiple issues re projects (.2); Review email from M.Guymon re response from D.Monson (.1) | 1.20 | $325.00 | 390.00 |
| | JEM | Draft stipulation and order re lease with Incline Village lessor (.5); Telephone call from investor re status (.1) | 0.60 | $325.00 | 195.00 |
| | JEM | Review motion by Direct Lenders | 0.40 | $325.00 | 130.00 |
| | JEM | Review emails re professional payments; Review motion to return funds from F.Benincasa (.2) | 0.20 | $325.00 | 65.00 |
| May-15-06 | LES | Discuss stipulation re Tahoe/Reno office | 0.10 | $425.00 | 42.50 |
| | LES | Emails re Wells Fargo collection account | 0.40 | $425.00 | 170.00 |
| | JEM | Review email re Meadow Creek | 0.10 | $325.00 | 32.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Draft email to S.Smith re Incline Village lease (.1); Review Incline Village lease and finalize stipulation and order re Incline Village lease (.8); Review series of emails re same and respond to same (.3) | 1.20 | $325.00 | 390.00 |
| | JEM | Draft email re stipulation and order re lease et G.Giles and telephone call to same (.2); Draft email re stipulation and order re lease instead of 9019 motion (.1); Attend conference call re status of motions (.4); Review objection to payments to pay due diligence fee by Canepa Group (.2); Review email re committee counsel (.1); Revise, finalize and execute orders re statements and schedules (.1); Revise, finalize and execute orders re payment of prepetition wages; Revise, finalize and execute order re cash management order (.1); Review email and response from C.Carlyon re Wells Fargo (.1) | 1.30 | $325.00 | 422.50 |
| May-16-06 | LES | Meeting with G.Valentine and R.Creaser of Financial West Group re claims of broker's customers | 0.60 | $425.00 | 255.00 |
| | LES | Review letter re Royal Hotel from N.Allf; Forward same to T.Allison | 0.20 | $425.00 | 85.00 |
| | LES | Telephone call from J.Wright re Royal Hotel | 0.20 | $425.00 | 85.00 |
| | JEM | Review letter from N.Allf re second deed of trust holder on Royal Hotel (.2); | 0.20 | $325.00 | 65.00 |
| | JEM | Draft email to G.Giles re stipulation and order re Incline Village (.1); Review partial opposition to motion re accepting loan payments on behalf of G.Walch and opposition re N.Santoro (.1) | 0.20 | $325.00 | 65.00 |

| May-17-06 | LES | Review documents re Bundy Canyon motion and Jayen Family, LP; Facsimiles to R.Kinas; Email to client | 1.10 | $425.00 | 467.50 |
| | LES | Email to F.Wright (potential lender) and client | 0.20 | $425.00 | 85.00 |
| | JEM | Review opposition re closing motion from T.Markwell (.); Review Schoonover objection to motion to accept loan payments (.1); Review objection to Bundy Canyon motions (1.1); Review, revise and execute Reply to opposition re ordinary course motion (.3); Review joinder in Welsh opposition (.1) | 1.70 | $325.00 | 552.50 |
| | JEM | Telephone call from R.Bupp re investor P.Hurt and status of case (.5); Review letter from Marlin Leasing re lease of rental equipment (.1); Review response by R.Snyder (.1); Review objection from Jayem Trust and all attachments (.3); Review response to same and documents (.2); Review fax to R.Kinas re Jayem (.1) | 1.30 | $325.00 | 422.50 |
| May-18-06 | JEM | Telephone call from borrower re list of performing/non-performing loans and review website re same (.4); Telephone call from T.Alexander re assumption/rejection of leases with GE and status of cases (.2); Review email from same re leases and draft email to S.Smith re same (.1) | 0.70 | $325.00 | 227.50 |
| May-19-06 | LES | Letter from T.Harmon re Lenin Hills loan and refinancing | 0.20 | $425.00 | 85.00 |
| | JEM | Review motion for relief from stay for direct loan (.2); Review declaration re motion for relief from stay (.1) | 0.30 | $325.00 | 97.50 |