| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review email from M.Guymon re funds in trust (.1); Review email from M.Guymon re Mountain West Mortgage and attachments (.2); Review email to A.Jarvis re release of funds motions (.1); Review email re status of interest reserves (.1); Review email re PDG stipulation and order and respond to same (.2); Review email re debtor-in-possession account and wiring instructions (.1); Review email re PDG stipulation and order (.1); Review letter from A.Abrams (.1); Review letter from T.Harmon re Lerin Hills (.1); | 1.10 | \$325.00 | 357.50 |
| May-22-06 | LES | Review email from E.Barnes (PBGC) and forward to S.Smith for response | 0.20 | \$425.00 | 85.00 |
| | LES | Email to C.Carlyon (Wells Fargo Bank) re wiring instructions | 0.20 | \$425.00 | 85.00 |
| | LES | Telephone call from A.Abrams re fax concerning extension of time to object | 0.20 | \$425.00 | 85.00 |
| | LES | Review opposition to Motion to Release Investor Accounts; Research debtor-in-possession interpleader cases | 1.70 | \$425.00 | 722.50 |

|          | JEM | Review draft opposition to motions filed by multiple investors (Alexander, Ronning, Benincasa, etc) (.3); Conference with S.Strong re same and declaration for same (.2); Review final version of opposition to motions for return of funds (.3); Telephone call from S.Strong re further revisions and finalize same (.3); Review declaration of T.Allison in support of same (.2); Review emails re final comments for same (.2); Work on issues re revisions to PDG stipulation and order (.1); Review email re documents re PBGC (.1); Review email from A.Jarvis re Bundy Canyon (.1); Review email re potential judgment in favor of USA (.1) | 1.90 | $325.00 | 617.50 |
| May-23-06 | LES | Email re PBGC | 0.20 | $425.00 | 85.00 |
|          | LES | Telephone call from D.Cangelosi re USACM committee; Email to T.Allison and counsel | 0.50 | $425.00 | 212.50 |
|          | LES | Emails re Amesbury/Hatters Point and Gramercy Court condos releases per Court order | 0.30 | $425.00 | 127.50 |

Invoice #:      Sample                              Page   13                              August 10, 2006

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review email from M.Kehl re PDG and respond (.1); Review email from S.Strong re PDG (.1); Review Motion Regarding PDG's Disbursement of Interest Payments (.2); Review and respond to email from P.Alexander re shortening time (.1); Review application to shorten time (.1); Review declaration in support of application to shorten time (.1); Review email re PBGC information (.1); Review letter from California Department of Corporation and email re same (.2); Review email re USACM committee not being represented by Stutman (.1); Review notice re resignation from committee by Gannaway Charitable Trust (.1); Review email from D.Monson re partial releases for Grammercy and Amesbury/Hatter loans (.1); Telephone call from and to C.Pajak re PDG stipulation and order (.1) | 1.40 | $325.00 | 455.00 |
| | JEM | Telephone call from investor re status (.3); Conference with M.Guymon re investor funds (.1) | 0.40 | $325.00 | 130.00 |
| May-24-06 | LES | Telephone call with D.Cangelosi | 0.50 | $425.00 | 212.50 |
| | JEM | Telephone call from C.Pajak re PDG and matrix (.3); Review draft order re motion to authorize partial releases (.2); Review email re language re all loans in motion to authorize partial releases (.1) | 0.60 | $325.00 | 195.00 |
| | JEM | Review opposition to Hilco employment application by Canepa (.2); Review Canepa opposition to motion to hold funds (.2) | 0.40 | $325.00 | 130.00 |
| May-25-06 | JEM | Review letter from C.Cunningham re stipulation to toll state court action (.1) | 0.10 | $325.00 | 32.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review opposition to Stutman employment application (.2); Review Alexander reply to opposition (.2); Review email re counsel for creditors committee's requests and postponing motions (.1); Review email from D.Monson re partial releases and Amesbury (.2); Review email from R.Bupp re projects (.1); Review email from M.Guymon re Roam payments (.1); Conference with J.Sylvester re status of case, BMC website and USA Capital website (.5) | 1.40 | $325.00 | 455.00 |
| | JEM | Review email from D.Monson to C.Pajak re PDG disbursements (.1); Review email re Meadow Creek project and respond to same (.2); | 0.30 | $325.00 | 97.50 |
| | JEM | Telephone call from R.Bupp re three investments and status (.3) | 0.30 | $325.00 | 97.50 |
| May-26-06 | LES | Telephone call to D.Spatorico (counsel for investor) | 0.10 | $425.00 | 42.50 |
| | LES | Telephone call to S.Kerr (counsel for investor) | 0.10 | $425.00 | 42.50 |
| | LES | Email from D.Monson re partial releases of liens (condos) and application of payment | 0.20 | $425.00 | 85.00 |
| | LES | Email re R.Ulm; email re need to obtain counsel | 0.20 | $425.00 | 85.00 |
| | LES | Review and comment on Opposition to Direct Lenders (Chubb) Motion for Relief | 0.50 | $425.00 | 212.50 |
| | LES | Review and comment on Opposition to Direct Lenders (Chubb) Motion for Payment | 0.50 | $425.00 | 212.50 |
| | LES | Review Stipulation and Order allowing late opposition by Direct Lenders (Gordon and Silver) Committee | 0.20 | $425.00 | 85.00 |

| JEM | Telephone call from G.Garman re extension to file opposition (.1); Telephone call to same re extension (.1); Telephone call from G.Garman re opposition and replies and status of committee representation (.3); Telephone call from T.Gray re order shortening time for Gordon and Silver employment application (.1); Review and execute stipulation and order from Gordon and Silver (.2) | 0.80 | $325.00 | 260.00 |
| JEM | Review and respond to email from E.Monson re opposition to Direct Lenders motion (.1); Review and revise opposition to Direct Lenders' motion (.4); Review email re Stutman not representing both Fund committees (.2); Review opposition to Stutman application from McKnight (.2); Review email from M.Guymon re partial releases (.1); Review email from M.Guymon re PDG stipulation and order (.1); Review email from .Guymon re disbursing funds (.2); Review order shortening time application from Gordon and Silver (.2); Review Gordon and Silver employment application, declaration and agreement and exhibits (.3); Review employment application from Gordon and Silver (.2); Review opposition to motion to hold funds by Direct Lenders (.3); Review email re PDG stipulation and order (.1); Review and revise opposition to various motions re Alexander, etc. (.4) | 2.80 | $325.00 | 910.00 |
| JEM | Review email re P.Hurt (.1); Review email from D.Monson re P.Hurt (.1); Review direct lenders opposition to Hilco application (.2) | 0.40 | $325.00 | 130.00 |
| JEM | Review opposition by Gordon and Silver to Hilco application (.2) | 0.20 | $325.00 | 65.00 |

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Draft application, declaration and proposed order shortening time to hear Motion for Continued Use of Cash (1.5); Telephone call to U.S. Trustee, G.Garman and E.Karasik re order shortening time and draft attorney information sheet (.5); Email to L. Schwartzer re G.Garman comments for order shortening time and review response from same (.2); Prepare documents for filing and file same (.5) | 2.70 | $125.00 | 337.50 |
| May-30-06 | JEM | Review email from D.Monson re R.Bupp (.1); Review email from T.Barry re documents for R.Bupp (.1) | 0.20 | $325.00 | 65.00 |
| | JEM | Review emails from S.Strong re motion to extend budget (.1); Telephone call from C.Pajak re Gordon and Silver fee application hearing and objection time and emails (.2); Review and revise motion re extension of budget (.4); Telephone call from company seeking to provide financing (.2); Review email re Cangilosi meeting (.1); Review email re confidentiality agreement (.1); Review joinder in opposition to motion to hold funds by Mountain West Mortgage (.3) | 1.40 | $325.00 | 455.00 |
| May-31-06 | JEM | Review correspondence from T.Harmon re Lerin Hills (.1); Review email from D.Monson re signatures for order re motion for partial release (.1); Review email re Alexander and Ronning motions (.1); Review finalized order re motion to authorize partial releases (.2); Review email from G.Gordon re meeting with committee and execution of stipulation and order (.1); Review email to establish meeting between G.Gordon and T.Allison re progress (.1) | 0.70 | $325.00 | 227.50 |

Invoice #:       Sample          Page   17                                     August 10, 2006

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review stipulation and order re Gordon and Silver extension to file response (.1) | 0.10 | $325.00 | 32.50 |
| | Totals | | 60.90 | | $20,392.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Pacer | 109.47 |
| | Photocopies | 31.00 |
| | Postage | 1.74 |
| | Westlaw | 439.88 |
| May-30-06 | Reimburse Emp : Airline Ticket | 250.60 |
| | Totals | $832.69 |

| | | |
|---|---|---|
| | **Total Fee & Disbursements** | **$21,225.19** |
| | **Balance Now Due** | **$21,225.19** |

TAX ID Number      46-0469211

## TRUST STATEMENT

| | Disbursements | Receipts |
|---|---|---|
| Trust Balance Forward | | 62,880.50 |
| Total Trust | $0.00 | $62,880.50 |
| **Trust Balance** | | **$62,880.50** |

## *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

|  |  |
|---|---|
| File #: | 30566-00003 |
| Inv #: | Sample |

**Attention:**

**RE:**    USA Capital Diversified Trust Deed Fund, LLC

| **Total Fee & Disbursements** | **$0.00** |
|---|---|
| **Balance Now Due** | **$0.00** |

TAX ID Number    46-0469211

## *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:  (702) 228-7590
Fax:  (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

|  | File #: | 30566-00004 |
|---|---|---|
| **Attention:** | Inv #: | Sample |

**RE:**    USA Capital First Trust Deed Fund, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| May-18-06 | JEM | Review application to be employed by Stutman Treister (.4) | 0.40 | $325.00 | 130.00 |
| May-25-06 | JEM | Review opposition by R.LePome to Stutman fee application (.1) | 0.10 | $325.00 | 32.50 |
|  | JEM | Telephone call from C.Pajak re matrix (.1); Review and finalize matrix (.2); Draft email to C.Pajak re same (.1) | 0.40 | $325.00 | 130.00 |
| May-26-06 | JEM | Review amended application for employment of Shea and Carlyon (.1); Review amended application for employment by Stutman Treister (.1); | 0.20 | $325.00 | 65.00 |
|  | JEM | Review limited opposition to Hilco application from Stutman and redlined agreement (.2) | 0.20 | $325.00 | 65.00 |
| May-30-06 | JEM | Review opposition to Stutman employment applications by U.S. Trustee (.3); Review oppositions to Shea and Carlyon employment application by U.S. Trustee (.2) | 0.50 | $325.00 | 162.50 |
|  | Totals |  | 1.80 |  | $585.00 |

Invoice #:    Sample                         Page   2                                    August 10, 2006

**Total Fee & Disbursements**                                                 **$585.00**

**Balance Now Due**                                                           **$585.00**

TAX ID Number      46-0469211

## *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1          Ph:     (702) 228-7590
Las Vegas, NV 89146                          Fax:    (702) 892-0122

USA Commercial Mortgage Company                        August 10, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

                                             File #:    30566-00001c
**Attention:**                               Inv #:          Sample

**RE:**    USA - Interpleader Action

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| May-24-06 | JEM | Telephone call from S.Strong re interpleader action (.1) | 0.10 | $325.00 | 32.50 |
| | Totals | | 0.10 | | $32.50 |
| | **Total Fee & Disbursements** | | | | **$32.50** |
| | **Balance Now Due** | | | | **$32.50** |

TAX ID Number     46-0469211

## *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:   (702) 228-7590
Fax:   (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

File #:    30566-00001a

**Attention:**

Inv #:    Sample

RE:    USA - IP adversary

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| May-15-06 | LES | Work on draft complaint and Application for Writ of Attachment against USA Investment Partners | 3.50 | $425.00 | 1,487.50 |
| May-16-06 | LES | Conference call with T.Allison, S.Smith, M.Kehl, S.Strong and A.Jarvis re negotiations with USA Investment Partners | 0.70 | $425.00 | 297.50 |
| | LES | Email memorandum re interest rate and due date compromise with USA Investment Partners | 1.10 | $425.00 | 467.50 |
| | JEM | Review email re Investment Partners (.1) | 0.10 | $325.00 | 32.50 |
| May-24-06 | JEM | Review email re complaint against IP (.1) | 0.10 | $325.00 | 32.50 |
| May-25-06 | JEM | Review emails re complaint re IP | 0.20 | $325.00 | 65.00 |
| | JEM | Review draft complaint against IP (.2) | 0.20 | $325.00 | 65.00 |
| | JEM | Review email re filing complaint against IP (.1) | 0.10 | $325.00 | 32.50 |
| May-26-06 | LES | Emails re potential Milanowski litigation | 0.20 | $425.00 | 85.00 |

Invoice #:      Sample                    Page   2                                    August 10, 2006

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review emails re complaint against IP | 0.10 | $325.00 | 32.50 |
| | JEM | Work on drafting complaint against IP, Hartges and Milanowski | 1.20 | $325.00 | 390.00 |
| May-29-06 | JEM | Continue work on complaint against Milanowski, Hantges and IP and continue issues re various claims to bring and damages | 3.30 | $325.00 | 1,072.50 |
| May-30-06 | JEM | Review and revise complaint and various claims | 1.40 | $325.00 | 455.00 |
| May-31-06 | LES | Review and revise complaint against Investment Partners | 0.90 | $425.00 | 382.50 |
| | LES | Work on complaint to recover from Investment Partners | 1.90 | $425.00 | 807.50 |
| | JEM | Continue work on and revise complaint and develop claims | 1.90 | $325.00 | 617.50 |
| | LIA | Finalize Milanowski complaint and draft adversary cover and summons | 0.50 | $125.00 | 62.50 |
| Totals | | | 17.40 | | $6,385.00 |

**Total Fee & Disbursements**                                              $6,385.00

**Balance Now Due**                                                       $6,385.00

TAX ID Number      46-0469211

### *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

**Attention:**

File #:    30566-00002
Inv #:    Sample

**RE:**    USA Capital Realty Advisors, LLC

| | |
|---|---|
| **Total Fee & Disbursements** | $0.00 |
| **Balance Now Due** | **$0.00** |

TAX ID Number    46-0469211

***Schwartzer & McPherson Law Firm***
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:   (702) 892-0122


USA Commercial Mortgage Company

August 10, 2006

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

|  | File #: | 30566-00005 |
|---|---|---|
| **Attention:** | Inv #: | Sample |

**RE:**    USA Securities, LLC

| **Total Fee & Disbursements** | **$0.00** |
|---|---|
| **Balance Now Due** | **$0.00** |

TAX ID Number     46-0469211

## Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:   (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

File #:    30566-00007
**Attention:**                                                                        Inv #:         Sample

**RE:**      USA - Affects some but not all debtors

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| May-01-06 | JEM | Review email re motion to hold funds temporarily (.1); Review numerous multiple emails re declaration for brief (.2); Review declaration of T.Allison (.2) | 0.50 | $325.00 | 162.50 |
| May-05-06 | JEM | Review and revise application for employment of Hilco (.5); Review agreement and documents in support of same (.7); Work on issues re scheduling Hilco application (.1) | 1.30 | $325.00 | 422.50 |
| May-11-06 | JEM | Review emails and notification of appointment of four committees (.2) | 0.20 | $325.00 | 65.00 |
| May-16-06 | LES | Telephone call from F.Wright (potential loan buyer) | 0.30 | $425.00 | 127.50 |

| | | | | | |
|---|---|---|---|---|---|
| May-22-06 | JEM | Telephone call from E.Karasik re posting on website (.1); Review email from J.Davidson re UCC posting (.1); Review material UCC wants posted (.1); Conference with S.Strong re same (.1); Review emails from A.Jarvis and M.Olson re UCC posting (.1); Draft email to A.Hosey re information for website (.1); | 0.60 | $325.00 | 195.00 |
| | JEM | Review email from C.Pajak re confidentiality agreement (.1) | 0.10 | $325.00 | 32.50 |
| May-24-06 | JEM | Telephone call from S.Strong and A.Jarvis re investor meeting in Reno (.1); Conference with L. Schwartzer re investor meeting (.1); Review emails re investor meeting (.1) | 0.30 | $325.00 | 97.50 |
| | JEM | Conference with L. Schwartzer re investor meeting (.2) | 0.20 | $325.00 | 65.00 |
| May-26-06 | LES | Review email from A.Jarvis re Creditors Committee requests | 0.20 | $425.00 | 85.00 |
| May-31-06 | JEM | Review email re meeting with all committees (.1); Review email from A.Jarvis re establishing meeting date (.1) | 0.20 | $325.00 | 65.00 |
| | Totals | | 3.90 | | $1,317.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Photocopies | | 3.00 |
| Totals | | $3.00 |
| **Total Fee & Disbursements** | | **$1,320.50** |
| **Balance Now Due** | | **$1,320.50** |

TAX ID Number    46-0469211

## Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company

August 10, 2006

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

|  |  |
|---|---|
| File #: | 30566-00001b |
| Inv #: | Sample |

**Attention:**

**RE:**    USA - Wells Fargo Adversary

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| May-10-06 | JEM | Telephone call to and conference with C.Carlyon re check for $100,000 and other issues re Wells Fargo (.3); Telephone call to S.Smith re same (.2); Legal research re liability under 542(c) re Wells Fargo and $100,000 check (.9); Review Wells Fargo stipulation and order (.1); Review emails re Wells Fargo closing account (.1) | 1.60 | $325.00 | 520.00 |
| May-11-06 | LES | Discuss problems with Wells Fargo Bank with J. McPherson | 0.30 | $425.00 | 127.50 |
| May-12-06 | JEM | Review email from S.Smith re Wells Fargo checks clearing (.1); Draft letter to C.Carlyon re returning funds that cleared post-petition (.4); Conference with S.Smith and L. Schwartzer re same (.3); Research re 362 and 549 and interplay with section 542 (1.4); Review email from C.Carlyon re investor funds and respond to same (.1); Review email from C.Carlyon re Investor Trust Account (.1) | 2.40 | $325.00 | 780.00 |

Invoice #:      Sample                      Page  2                                              August 10, 2006

| | | | | | |
|---|---|---|---|---|---|
| May-16-06 | LES | Emails with S.Smith re potential claim against Wells Fargo Bank (post-petition transfer) | 0.70 | $425.00 | 297.50 |
| | JEM | Review and respond to email from S.Smith re Wells Fargo (.1); Review emails from S.Smith re Wells Fargo issues (.1); Conference with L. Schwartzer re issues re complaint against Wells Fargo (.3) | 0.50 | $325.00 | 162.50 |
| | JEM | Review additional emails re Wells Fargo complaint issues (.1) | 0.10 | $325.00 | 32.50 |
| | JEM | Review additional emails re Wells Fargo complaint issues | 0.10 | $325.00 | 32.50 |
| May-17-06 | JEM | Work on complaint against Wells Fargo (1.1) | 1.10 | $325.00 | 357.50 |
| May-18-06 | JEM | Continue work on complaint against Wells Fargo and J.Feeney (.9) | 0.90 | $325.00 | 292.50 |
| May-22-06 | JEM | Legal research re section 105 and section 362(h) and revise complaint against Wells Fargo | 0.70 | $325.00 | 227.50 |
| May-25-06 | JEM | Draft email to S.Smith re Wells Fargo complaint (.1) | 0.10 | $325.00 | 32.50 |
| May-31-06 | LES | Review and revise complaint against Wells Fargo Bank and Feeney | 0.30 | $425.00 | 127.50 |
| | Totals | | 8.80 | | $2,990.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Westlaw | | 29.08 |
| Totals | | $29.08 |
| **Total Fee & Disbursements** | | **$3,019.08** |
| **Balance Now Due** | | **$3,019.08** |

TAX ID Number      46-0469211

# *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:   (702) 892-0122

USA Commercial Mortgage Company                                          August 10, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:    30566-00006
**Attention:**                                                          Inv  #:        Sample

**RE:**        USA - Affects All Debtors

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jun-01-06 | LES | Work on stipulations regarding schedule; emails with various counsel | 0.70 | $425.00 | 297.50 |
| | JEM | Review and respond to emails from C. Pajak (.1); Review email regarding writ issue and respond to same (.2); Telephone call from S. Simmons regarding matrix and order limiting notice (.2); Telephone call from C. Pajak regarding continuance of Motion to Hold Funds (.2); Draft email to G. Garman regarding direct lender database (.1); Draft email to parties re: Rule 2019 and work on issues noticing same (.4) | 1.20 | $325.00 | 390.00 |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Review Jones Vargas 2019 Statement (.2); Review email regarding signatures to revised stipulation and order regarding continuance (.1); Review email from C. Pajak regarding execution of stipulation and order and forward to L. Dorsey (.1); Review email regarding stipulation and order regarding motion to hold funds from S. Strong (.1); Review multiple emails regarding issues regarding motion to hold funds and stipulation and order (.1); Review email regarding May 3 transcript (.1); Review emails from R. Lepome and A. Landis regarding execution of stipulation and order (.1); Draft email to M. Guymon regarding stipulation and order (.1); Review emails from E. Karasik regarding meetings (.1); Review emails from S. Freeman regarding meeting on Monday or Tuesday (.1); Review emails from S. Strong regarding continuance of motion to hold funds (.1); Review order regarding hearing regarding motion to extend budget (.1) | 1.30 | $325.00 | 422.50 |
| JEM | Telephone call from D. Monson regarding order regarding release of funds | 0.20 | $325.00 | 65.00 |
| LIA | Coordinate signatures for revised stipulation to continue June 5 hearings (.3); Telephone call to U.S. Trustee, L.Bubales, R.LePome and M.Guymon re signature for stipulation (.4); Conference with L.Bubales and J. McPherson re lodging stipulation (.3) | 1.00 | $125.00 | 125.00 |
| LIA | Work on Status Agenda for June 5 hearings (1.5) and review and respond to email inquiry re status of same (.2) | 1.70 | $125.00 | 212.50 |

|           |     |                                                                                                                                                                                                                                                                                                                                                                                                                                     |      |          |          |
|-----------|-----|-----|------|----------|----------|
|           | LIA | Prepare D.Monson and S.Strong Verified Petition and Designation of Local Counsel for filing | 0.40 | $125.00 | 50.00 |
| Jun-02-06 | LES | Telephone calls and emails regarding judges order continuing hearing | 0.70 | $425.00 | 297.50 |
|           | JEM | Conference with S. Strong regarding execution of stipulation and order regarding continuance of motion to hold funds and reply to opposition to motion to hold funds (.3); Conference with S. Simmons regarding stipulating and order to hold funds (.2); Review draft of reply to opposition to motion to hold funds (.3); Review email regarding 6/2/06 filings (.1); Review email from A. Jarvis regarding limited objections to employment applications (.1) | 1.00 | $325.00 | 325.00 |
|           | LIA | Organize court files for June 5 omnibus hearing | 3.00 | $125.00 | 375.00 |
| Jun-05-06 | LES | Prepare for hearings on various motions | 1.70 | $425.00 | 722.50 |
|           | LES | Attendance at Omnibus hearing | 2.50 | $425.00 | 1,062.50 |
|           | LES | Meeting with client | 2.50 | $425.00 | 1,062.50 |
|           | LES | Review proposed protocol motion (Stutman draft) for affect on debtors | 1.50 | $425.00 | 637.50 |
|           | JEM | Review memorandum regarding 6/05/06 hearing (.2); Telephone call from S. Strong regarding cash forecast (.1); Review email and cash forecast (.1); Review and revise notice regarding filing 13-week cash forecast and review pleadings for linking (.4); Telephone call from S. Strong regarding final budget (.1); Telephone call from M. Brown regarding status of case (.1) | 1.00 | $325.00 | 325.00 |

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Attendance at omnibus hearing re Motion Employ Hilco, Motion for Return of Non-Invested Funds, Application to Employ Stutman Treister, Shea and Carlyon, and Gordon and Silver (4.0); Prepare memorandum to J. McPherson and L. Schwartzer re outcome of motions (.3) | 4.30 | $125.00 | 537.50 |
| | LIA | Revise Notice of Filing of 13-Week Cash Forecast pursuant to J. McPherson edits and prepare same for filing | 0.30 | $125.00 | 37.50 |
| Jun-06-06 | JEM | Review email from E. Karasik regarding matrix (.1); Draft email to C. Hurst regarding revisions to matrix (.1): Conference with A. Hosey regarding matrix and updating and service issues (.2); Review email from A. Jarvis regarding orders (.1); Review email from C. Hurst regarding matrix (.1); Conference with L. Dorsey and A. Hosey and revise motions filed and status of corresponding orders and issues regarding noticing orders (.5); Review filing of notice of cash forecast (.1); Review email regarding verified petition orders (.1) | 1.30 | $325.00 | 422.50 |
| | LIA | Work on order status chart | 0.30 | $125.00 | 37.50 |
| Jun-07-06 | LES | Discuss status of proposed and lodged orders with J. McPherson | 0.20 | $425.00 | 85.00 |
| | LES | Emails regarding order shortening time for committee application for protocol order | 0.20 | $425.00 | 85.00 |
| | JEM | Review and revise schedule regarding pending motions and orders (.3); Draft order denying due diligence reimbursement motion (.3) | 0.60 | $325.00 | 195.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Draft order denying motion for due diligence fee and review motion regarding same (.4) | 0.40 | $325.00 | 130.00 |
| | LIA | Email correspondence to S.Sherman re executed signature page to Committee order shortening time | 0.10 | $125.00 | 12.50 |
| | LIA | Work on Agenda for June 15, 2006 hearing (1.5); Review email from J. McPherson re status of orders for chart and adversaries (.2); Work on order status chart (.3) | 2.00 | $125.00 | 250.00 |
| Jun-08-06 | LES | Email regarding security agreement by Milanowski and Hantges regarding limited partnership; email to A. Jarvis regarding press release | 0.30 | $425.00 | 127.50 |
| | JEM | Review and revise order regarding denying due diligence reimbursement motion (.2); Telephone call from M. Olson regarding status of orders and press release (.2); Review and revise status and agenda report (.3); Review email from M. Olson regarding press release (.2); Draft response to same (.1); Review email response to same from L. Schwartzer (.1); Review email regarding updated matrix (.1); Review email from M. Levinson regarding comments to employment orders (.1) | 1.10 | $325.00 | 357.50 |
| | JEM | Review email from A. Jarvis regarding filings for Friday 6/9/06 (.1); Review and respond to same (.1); Review list of documents to be noticed by BNC and review orders (.3) | 0.50 | $325.00 | 162.50 |

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Review email from L. Schwartzer and R.Charles re exhibits from May 3, 2006 hearing (.2); Email to and from R.Charles re exhibits needed (.2); Locate exhibits from hearing (1.2); Email to C.Hurst and Ray Quinney re exhibits unable to locate (.2) and review response from same; Email to R.Charles re exhibits located and exhibits that will be forwarded later (.2) | 2.00 | $125.00 | 250.00 |
| Jun-09-06 | LES | Work on debtor-in-possession financing; emails regarding order shortening time | 1.90 | $425.00 | 807.50 |
| | LES | Work on professional payment protocol; emails regarding order shortening time; research; add legal authority | 2.30 | $425.00 | 977.50 |
| | JEM | Review emails from G. Gordon and R. Charles regarding employment issues and language and consider issues regarding same (.1); Review corrected cash budget and draft notice of filing (.4); Review email from L. Schwartzer regarding employment application order language (.1); Review email from S. Strong regarding employment application order language (.1); Review multiple emails regarding having heard motions heard on shortened time (.1); Work out issues regarding documents to be noticed by BMC (.2); Review multiple emails regarding employment orders (.1); Review email regarding filings on shortened time (.1); Review email from A. Jarvis regarding filings on shortened time (.1) | 1.30 | $325.00 | 422.50 |

| | | | | |
|---|---|---|---|---|
| JEM | Review multiple emails from G. Gordon regarding requests for shortening time(.1); Review multiple emails from L. Ernce regarding order shortening time documents (.1); Review multiple emails regarding 9019 motion regarding compromise with investment partners (.2); Review email from G. Garman regarding service of subpoena (.1); Briefly review motion to establish interim payment procedures (.2); Review email regarding term sheet and review same (.3) Review email from D. Monson regarding documents (.1); Review email from A. Jarvis regarding debtor-in-possession  financing (.1); Review email from E. Karasik regarding requests to shorten time (.1); Review and revise attorney information sheets and determine responses from all interested parties (.3); Review debtor-in-possession financing motion (.2) Review omnibus response by R. Charles (.1) | 1.90 | $325.00 | 617.50 |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Review multiple emails from A. Jarvis regarding orders (.2); Review and respond to email from J. Miller regarding mailout and authority for email service (.2); Review request for order shortening time regarding debtor-in-possession financing (.1); Review request for order shortening time regarding motion to approve procedures regarding professionals (.1); Review 2019 Statement of L. Sawyer (.1); Review request regarding order shortening time for motion to approve security agreement (.2); Review and revise motion to approve security agreement (.2); Review email from S. Werkheiser regarding filings (.1); Review multiple emails from L. Ernce regarding shortening time (.1); Review amended cash forecast and review and revise and finalize notice of amended cash forecast (.4); Review exhibits regarding agreement with investment partners (.1) | 1.80 | $325.00 | 585.00 |
| LIA | Receipt and review of emails from L. Schwartzer and J. McPherson re five motions to be filed on order shortening time and review email correspondence from Ray Quinney re same | 0.30 | $125.00 | 37.50 |
| LIA | Work on order shortening time application (.2), declaration (.2), attorney information sheet (.2), and order (.2) re Motion For Procedures Order re Payment of Professionals; Review email correspondence from counsel re approval/disapproval of order shortening time and update attorney information sheet to reflect same (.2) | 1.00 | $125.00 | 125.00 |

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Work on order shortening time application (.2), declaration (.2), attorney information sheet (.2), and order (.2) re Motion to Approve Agreement with Investment Partners; Review email correspondence from counsel re approval/disapproval of order shortening time and update attorney information sheet to reflect same (.2) | 1.00 | $125.00 | 125.00 |
| | LIA | Work on order shortening time application (.2), declaration (.2), attorney information sheet (.2), and order (.2) re Motion for debtor-in-possession funding; Review email correspondence from counsel re approval/disapproval of order shortening time and update attorney information sheet to reflect same (.2) | 1.00 | $125.00 | 125.00 |
| Jun-12-06 | LES | Review order shortening time opposition to committee information protocol | 0.50 | $425.00 | 212.50 |
| | LES | Review and revise press statement | 0.50 | $425.00 | 212.50 |
| | LES | Review various drafts of two press releases | 0.90 | $425.00 | 382.50 |
| | JEM | Review email from A. Stevens regarding 6/15/06 hearings (.1); Review U.S. Trustee opposition to access information motion and consider same (.2); Review objection by ECC to have multiple motions heard on shortened time (.2); Review email from S. Monson regarding filing response and response (.2); | 0.70 | $325.00 | 227.50 |
| | LIA | Review email from L.Ernce re requested revisions to Master Service List (.2) and work on same (.3) | 0.50 | $125.00 | 62.50 |
| Jun-13-06 | LES | Work on briefing stipulation | 1.00 | $425.00 | 425.00 |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Review email from S.Smith regarding supplemental declaration regarding conflict of Mesirow and review same and have filed (.3); Draft email  to same regarding same (.1); Review reply brief to Motion to Temporarily Hold Funds and execute same (.4); Revise Stipulation and Order  regarding extension to respond to committees for multiple motions filed on June 9 and review emails regarding same (.8); Review email  from E. Monson regarding filings (.1); Review email to G. Garman regarding posting (.1); Review emails regarding call in for meeting (.1); Review email from G. Garman regarding execution of stipulation and order (.1);   Review email from A. Jarvis and review and revise draft notice of five motions filed on June 5 and review motions for same and review additions to same (1.6) | 3.60 | $325.00 | 1,170.00 |
| LIA | Work on Notice of Omnibus Hearings On Order Shortening Time for June 21, 2006 | 0.50 | $125.00 | 62.50 |
| LIA | Work on Stipulation Re Extension Of Time To File Responsive Papers to motions set on order shortening time | 0.50 | $125.00 | 62.50 |
| LIA | Telephone call to Eileen at bankruptcy court re dial-in instructions for June 15 hearing (.2) and conference with L. Schwartzer re same (.1); Email correspondence to all counsel re dial-in instructions and review and respond to email from R.Charles re same (.2) | 0.50 | $125.00 | 62.50 |
| LIA | Work on Status And Agenda For June 15, 2006 Omnibus Hearings | 1.00 | $125.00 | 125.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | LIA | Email correspondence with BMC Group re USA First Trust Deed Fund Order Re Limiting Notice and issues re not on the court docket (.2); Telephone call to Eileen at bankruptcy court re same (.2); Email correspondence with BMC Group re instructions for noticing and preparation of proofs of service (.2) | 0.60 | $125.00 | 75.00 |
| Jun-14-06 | LES | Review emails from counsel | 1.20 | $425.00 | 510.00 |
|  | LES | Prepare for hearings | 1.60 | $425.00 | 680.00 |
|  | JEM | Review Rule 2019 statement from S. Seann (.1); Telephone call from S. Smith regarding filing of schedules (.2); Work out issues regarding allowing BMC to file schedules and telephone call to S. Smith regarding same (.2); Review emails regarding noticing from J. Miller and D. Monson (.1); Review and finalize status and agenda for 6/15/06 hearings (.7); Review joint limited opposition by fund committees to motion for order continuing use of cash (.2); Review Jones Vargas direct lender's conditional opposition to debtor's motion for order approving continued use of cash (.2) | 1.70 | $325.00 | 552.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review email from L.Ernce regarding stipulation and order regarding continuance (.1); Review and execute stipulation and order regarding extension of time to respond (.1); Review email regarding posting on website (.1); Review and revise statement to put on BMC website regarding hearing call in (.1); Review email from E. Monson regarding fourth supplemental declaration of T. Allison and respond to same regarding filing (.1); Review for filing T. Allison's fourth supplemental declaration of T. Allison (.2); Review emails from D. Monson regarding noticing issues (.1); Review email from D. Monson regarding noticing (.1) | 0.90 | $325.00 | 292.50 |
| | LIA | Telephone call with M.Street at bankruptcy court re filing of schedules for five debtors | 0.20 | $125.00 | 25.00 |
| | LIA | Organize court files for June 15 omnibus hearing | 4.00 | $125.00 | 500.00 |
| | LIA | Prepare notice of hearing for filing re multiple order shortening time motions filed June 9 and work on issues re noticing with BMC Group | 1.00 | $125.00 | 125.00 |
| Jun-15-06 | LES | Prepare for hearings | 1.20 | $425.00 | 510.00 |
| | LES | Hearings regarding various motions | 4.20 | $425.00 | 1,785.00 |
| | LES | Memorandum regarding orders | 0.30 | $425.00 | 127.50 |
| | LES | Assist in filing schedules | 2.10 | $425.00 | 892.50 |
| | LIA | Work on issues re e-filing of USA Schedules and Statement of Financial Affairs; Review emails from Mesirow and BMC regarding debtor's schedules | 1.00 | $125.00 | 125.00 |

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Work on Amendment cover sheet for petition schedules for each of five debtors | 1.50 | $125.00 | 187.50 |
| Jun-16-06 | LES | Emails regarding order | 0.50 | $425.00 | 212.50 |
| | JEM | Work on issues regarding matrix | 0.20 | $325.00 | 65.00 |
| | JEM | Conference with L. Schwartzer regarding signatures on orders (.1); Telephone call from A. Parlen regarding noticing issues (.2) | 0.30 | $325.00 | 97.50 |
| | JEM | Telephone call from S. Strong regarding hearing motions on 6/21 | 0.20 | $325.00 | 65.00 |
| Jun-19-06 | LES | Review emails with documents | 1.50 | $425.00 | 637.50 |
| | JEM | Telephone call from and telephone call to A. Parlen regarding response to order shortening time and case management order (.1) | 0.10 | $325.00 | 32.50 |
| | JEM | Review joinder by UCC to motion to approve settlement with investment partners (.1) | 0.10 | $325.00 | 32.50 |
| | LIA | Download and forward to counsel via email oppositions, order, joinder and responses to various motions received via CM/ECF (x23) (1.2) and organize pleadings received via ECF for June 21 Omnibus hearing (1.0); | 2.20 | $125.00 | 275.00 |
| | LIA | Email to BMC re proof of service for notice of hearings set on order shortening time (.1); Finalize certificates of mailing for e-filing (.2) | 0.30 | $125.00 | 37.50 |
| | LIA | Work on Status And Agenda For June 21, 2006 Omnibus Hearing | 0.30 | $125.00 | 37.50 |
| Jun-20-06 | LES | Review documents filed in opposition to various debtor motions | 3.00 | $425.00 | 1,275.00 |
| | LES | Prepare for hearing on various motions | 5.60 | $425.00 | 2,380.00 |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Review and respond to emails from K. Ottaviano (.2); Conference with K. Ottaviano regarding revisions to draft debtor-in-possession order and telephone call to E. Monson regarding same (.3); Telephone call from S. Smiith regarding schedules and amendments (.2); Review email  regarding replies (.1); Review and respond to email  from M. Kehl regarding Hilco order (.1) | 0.90 | $325.00 | | 292.50 |
| JEM | Telephone call from counsel for Liberty Bank regarding objection to motion to approve settlement with Investment Partners (.2); Review objection by Liberty Bank to motion to approve settlement with Investment Partners (.3); Work on status and agenda and review court calendar and compare (1.4); Review multiple emails from D. Monson regarding orders (.1) | 2.00 | $325.00 | | 650.00 |
| JEM | Briefly Review interim financing order | 0.40 | $325.00 | | 130.00 |
| JEM | Telephone call from B. Axelrod regarding financing (.1); Draft response to B. Axelrod regarding financing (.1); Review 5th supplemental declaration of T. Allison for filing and review emails regarding exhibits (.4); Telephone call from S. Monson regarding documents for declaration (.1); | 0.70 | $325.00 | | 227.50 |
| JEM | Review, revise and execute reply to oppositions to motion to approve settlement | 0.30 | $325.00 | | 97.50 |
| LIA | Organize court files for June 21, 2006 Omnibus Hearing | 3.00 | $125.00 | | 375.00 |
| LIA | Work on Status And Agenda for June 21 Omnibus Hearing; Telephone call from counsel re status of same | 1.00 | $125.00 | | 125.00 |

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Email correspondence to all counsel re change in hearing time and calls with BMC re getting website to reflect changes | 0.30 | $125.00 | 37.50 |
| | LIA | Finalize Reply re Investment Partners Agreement (.3) and Fifth Supplemental Declaration of T.Allison (.3) for filing | 0.60 | $125.00 | 75.00 |
| Jun-21-06 | LES | Prepare for hearings on various motions | 2.00 | $425.00 | 850.00 |
| | LES | Attend hearings on various motions | 11.00 | $425.00 | 4,675.00 |
| | JEM | Review email from D. Monson regarding order (.1); Review emails regarding teleconference for hearing (.1); Review email from D. Monson inquiries from M. Guymon (.1); Review declaration of S. Ostrow (.1); Draft response to email from M. Kehl regarding dates for hearings (.2) | 0.60 | $325.00 | 195.00 |
| Jun-22-06 | LES | Prepare various orders | 2.00 | $425.00 | 850.00 |
| | JEM | Telephone call from and telephone call to S. Smith regarding amended schedules and Monthly Operating Reports (.2) | 0.40 | $325.00 | 130.00 |
| | JEM | Review notice of change of location regarding 341 meeting (.1) | 0.10 | $325.00 | 32.50 |
| Jun-23-06 | JEM | Review Letter to from E. Karasik regarding allocation of fees between debtors (.2); Review emails from A. Jarvis regarding revisions to protocols order (.1); Review Draft order denying motion for debtor-in-possession financing (.2); Review email from A. Jarvis regarding agenda for 6/27/06 conference call (.1); Review email from A. Jarvis regarding info regarding schedules to court and committees and respond (.1); Review email from S. Smith regarding same (.1) | 0.80 | $325.00 | 260.00 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| | LIA | Draft Order Granting Motion to Temporarily Hold Funds | 0.50 | $125.00 | | 62.50 |
| Jun-26-06 | JEM | Review email regarding interim fee procedures motion and respond to same (.2); Review email regarding stipulation to extend time to respond to July 25 hearing (.2) | 0.40 | $325.00 | | 130.00 |
| | JEM | Review order regarding motion to temporarily hold funds (.1); Review email  from A. Loraditch regarding same (.1) | 0.20 | $325.00 | | 65.00 |
| Jun-27-06 | JEM | Draft e-mail to L.Dorsey re: continuance of Motion re: fee procedures (all debtors) and review response (.2); Review e-mail from R. Charles re: Order Preliminarily Denying Direct Lenders Motion to Lift Stay (all debtors)(.1); Review e-mail from A. Jarvis re: various issues re: Orders (all debtors) and draft Response to same (.3) | 0.60 | $325.00 | | 195.00 |
| | JEM | Draft email to S.Strong regarding agenda for 6/27/06 meeting and review response (.2); Review motion for appearance and related documents filed by PBGC attorneys (.3); Attend 6/27/06 conference call with committees and discuss status of case and motions to be filed (1.1) | 1.60 | $325.00 | | 520.00 |
| | LIA | Review email re request for continuance of hearing on Application for Interim Compensation Procedures and telephone call to Eileen at bankruptcy court re preparing stipulation | 0.40 | $125.00 | | 50.00 |

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Draft stipulation continuing Application for Interim Compensation Procedures (.5) and revise stipulation per A.Parlen email request to include extension of time to file responsive pleadings for motions settlement for hearing on July 25 (.5) | 1.00 | $125.00 | 125.00 |
| Jun-28-06 | LES | Emails regarding telephone conference | 0.30 | $425.00 | 127.50 |
| | LES | Review options regarding allocation of time for billing | 0.50 | $425.00 | 212.50 |
| | LES | Review Nevada Department of Taxation claim | 0.20 | $425.00 | 85.00 |
| | JEM | Telephone calls from and to C. Carlyon re: allocation of fees and schedules (.3); Review e-mail from C. Carlyou re: schedules (.1); Review e-mail to A. Jarvis and S. Strong re: Investment Partners Financing Orders and Continued Use of Funds Motion (.1); Review e-mail from S. Strong re: call to C. Carlyon re: schedules (.1); Work on issues re: fee application and division of time (.3) | 0.90 | $325.00 | 292.50 |
| Jun-29-06 | LES | Review orders entered | 0.30 | $425.00 | 127.50 |
| | JEM | Draft e-mails to S. Strong re: Orders re: continued use of cash and settlement with Investment Partners (all debtors)(.2) | 0.20 | $325.00 | 65.00 |
| | JEM | Attend conference call with committees re: schedules and proposed payment information (all debtors)(2.1) | 2.10 | $325.00 | 682.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review e-mail from A. Parlen re: Stipulation and Order re: Continuation of Hearing re: fee procedures and cash budget and responses and revisions to same (all debtors)(.3); Review and revise Stipulation and Order after additions from A. Parlen (all debtors)(.3); Review e-mail to A. Parlen re: final revised Stipulation and Order (all debtors)(.1); Review e-mail from A. Parlen re: further revisions to Stipulation and Order (all debtors)(.1); Review e-mail from S. Strong re: Continued Use of Funds Motion and respond to same (all debtors)(.2); Review e-mail re: outstanding orders that were submitted (all debtors)(.1); Review e-mail from M. Levenson re: Stipulation and Order Extending Response Time (all debtors)(.1); Review e-mail from M. Levenson re: Investment Partners Motion for Approval Order (all debtors)(.1); Review e-mail re: Response to M. Levenson re: Debtor-in-Possession Financing Order (all debtors)(.1) | 1.40 | $325.00 | 455.00 |
| | LIA | Revise stipulation and order continuing Interim Compensation Procedures per edits | 0.20 | $125.00 | 25.00 |
| | LIA | Work on revisions to order re continued use of funds and agreement with Investment Partners | 0.40 | $125.00 | 50.00 |
| | LIA | Finalize order re debtor-in-possession financing for review and circulation | 0.20 | $125.00 | 25.00 |
| | LIA | Email correspondence transmitting Order Re Debtor-In-Possession Financing and stipulation to counsel for review, comment and signature | 0.20 | $125.00 | 25.00 |
| Jun-30-06 | LES | Respond to request from N. Leatham | 0.50 | $425.00 | 212.50 |

| | | | | | |
|---|---|---|---|---|---|
| LES | Review revised order; E-mails to A. Jarvis (.4) | 0.40 | $425.00 | 170.00 |
| JEM | Review e-mail to M. Levinson re: Debtor-in-Possession Financing Term Sheet (.1); Review e-mail from C. Carlyon re: Debtor-in-Possession Financing Order (.1); Review revised Debtor-in-Possession Financing Order from C. Carlyon (.1); Review comments from M. Levenson re: Order re: post-petition financing (.1); Review revised Order re: Continued Use of Funds with E. Karasik changes (.1); Review e-mail from S. Ostrow re: Invesment Partners Orders (.1); Review multiple e-mails re: Investment Partners Order (.1); Review e-mail from  J. Herman re: Investment Partners Motion Order (.1); Review e-mail from M. Levenson re: comments on Order re: Continued Cash (.2); Review e-mail from G. Gordon re: Motion re: Investment Partners (.1); Review comments from E. Karasik re: Investment Partners Order (.1) | 1.20 | $325.00 | 390.00 |
| LIA | Begin work on separating time costs out for each debtor | 1.00 | $125.00 | 125.00 |
| LIA | Receipt and review of E.Karasik requested revisions to Order Re Continued Use Of Cash and work on redlined version of same for review and signature | 0.20 | $125.00 | 25.00 |
| LIA | Receipt and review of email from G.Gordon re revising Order Re Investment Partners and email word version of order to same | 0.20 | $125.00 | 25.00 |
| Totals | | 133.70 | | $40,692.50 |

**DISBURSEMENTS**

Courier         35.00

Pacer                                                      264.99
Photocopies                                                 42.25
                                                          _____
Totals                                                    $342.24

**Total Fee & Disbursements**                             **$41,034.74**
                                                          _____
**Balance Now Due**                                       **$41,034.74**

TAX ID Number        46-0469211

# Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

File #:    30566-00001
Inv  #:    Sample

**Attention:**

**RE:**    USA Commercial Mortgage Company - Chapter 11 Debtor

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jun-01-06 | LES | Telephone call from borrowers counsel, email to T. Allison | 0.50 | $425.00 | 212.50 |
| | LES | Review email from M. Olson regarding funding project, Standard Property | 0.10 | $425.00 | 42.50 |
| | JEM | Review and respond to email from G. Garman regarding Direct Lenders list (.1); Review emails regarding A. Brumby and Standard Property Development (.3); Draft email to S. Strong and S. Smith regarding direct lender database and review responses regarding same (.2) | 0.60 | $325.00 | 195.00 |
| Jun-02-06 | LES | Review and revise complaint in interpleader regarding investor trust account | 0.70 | $425.00 | 297.50 |
| | JEM | Review email from D. Monson regarding partial release order (.1) | 0.10 | $325.00 | 32.50 |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Telephone call from Goldsmith and Guymon regarding information on where investor funds went (.1); Review and revise Reply In Support of Application to Employ HLCO (.4); Review declaration in support of reply (.2); Telephone call from S. Smith regarding stipulation and order to continue motion to hold funds and review oppositions (.4); Review email from L. Dieter regarding investor in various projects (.3); Review and revise limited objection to Gordon and Silver employment application (.3); Review and revise limited objections to Stutman Treister employment application and Shea and Carlyon firm (.4); Review case management order regarding timing of filing and draft email to S. Strong regarding same. | 2.30 | $325.00 | | 747.50 |
| JEM | Review joinder in direct lenders' motions by L. Maldonado (.1); Review 2014 Statement filed by Lewis and Roca (.4); Review stipulation and order entered regarding motion to hold funds (.1); Review email regarding filing opposition to motion to lift stay filed by Canepa Group (.1); Review emails regarding Donna Cangelosi (.1); Review and revise opposition to motion to lift stay filed by S. Canepa (.4); Review Benincasa reply to opposition to Benincasa motion (.2) | 1.30 | $325.00 | | 422.50 |
| LIA | Prepare Status Agenda for filing | 0.30 | $125.00 | | 37.50 |
| LIA | Draft Opposition to Canepa Motion to Lift Stay and efile same | 0.50 | $125.00 | | 62.50 |

| Jun-05-06 | JEM | Draft email to S. Strong, D. Monson and S. Smith re: Michael Gorts (.1); Review email from A. Jarvis and S. Strong regarding investor funds (.1); Review email from A. Jarvis regarding motion to reconstitute (.1); Review email from D. Monson regarding response from G. Walch regarding proposed order regarding motion to release(.1); Review email from E. Karasik regarding proposed order releasing funds (.1) | 0.50 | $325.00 | 162.50 |
| | JEM | Telephone call from investor regarding status (.1); Telephone call from D. Monson regarding status of PDG stipulation and order (.1); Review email to C. Pajak regarding PDG stipulation and order (.1); | 0.30 | $325.00 | 97.50 |
| | JEM | Review email from D. Monson regarding response to investor inquiry (.1) | 0.10 | $325.00 | 32.50 |
| | JEM | Review declaration of G. Garman regarding prior representation (.1); Review reply to opposition to employment of Gordon and Silver(.3) | 0.40 | $325.00 | 130.00 |
| | JEM | Review email from D. Monson regarding email from L. Deeter and request for information (.1) | 0.10 | $325.00 | 32.50 |
| Jun-06-06 | LES | Email regarding reconstitution of direct lenders committee | 0.40 | $425.00 | 170.00 |
| | JEM | Review email from M. Guymon regarding execution of the order (.1); Review email from D. Monson regarding M. Guymon's clients payment (.1); Review email from A. Jarvis regarding requests for investor information (.1) | 0.30 | $325.00 | 97.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Telephone call from R. Bupp regarding investments for P. Hurt (.3); Review email from R. Bupp (.1); Review email from D. Monson regarding limited opposition to PDG motion (.1); Review and revise limited opposition to PDG motion to obtain exhibits (.4); Review email from M. Olson regarding Bundy Canyon motion (.1); Review new Benincasa motion for return of funds (.2); Review opposition filed by D. Langelosi (.2); Review employment application for Lewis and Roca (.3); Review order shortening time regarding hearing on Lewis and Roca employment application (.1); Review fax from investor and have emailed to S. Smith (.2); Review errata to Direct Lender's motion to lift stay (.2) | 2.20 | $350.00 | 770.00 |
| | LIA | Email correspondence to S.Smith with letter from investor (.2); Email correspondence to counsel re orders approving verified petition (.1); Prepare Limited Opposition to PDG's Emergency Motion for filing (.3) | 0.60 | $125.00 | 75.00 |
| Jun-07-06 | LES | Email regarding new Benincasa motion | 0.10 | $425.00 | 42.50 |
| | JEM | Review email from E. Monson regarding opposition to McKnight motion (.1); Draft response email to E. Monson regarding opposition to McKnight motion (.1); Review email from L. Ernce regarding executing Bundy Canyon order (.1); Telephone call from same regarding same and revise order (.1); Review motion from F. Benincasa (.3) | 0.60 | $325.00 | 195.00 |
| | JEM | Draft order granting Bundy Canyon motion and review motion regarding same (.4) | 0.40 | $325.00 | 130.00 |

|          |     |                                                                                                                                                                                                                                                                                                                                                                       |      |          |        |
|----------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|--------|
|          | LIA | Telephone call from two creditors requesting information re status of case and getting on service lists | 0.20 | $125.00 | 25.00 |
| Jun-08-06 | JEM | Review email regarding Bundy Canyon order (.1); Telephone call from creditor regarding investment (.1); Review email regarding Gordon and Silver employment application (.1); Review email from E. Karasik regarding Gordon and Silver employment order (.1) | 0.40 | $325.00 | 130.00 |
|          | JEM | Telephone call to S. Simmons and Eileen regarding stipulation and order regarding Fidelity (.2) | 0.20 | $325.00 | 65.00 |
|          | LIA | Work on Order Denying Motion to Return Non-Invested Funds (.5); Draft letter to Benincasas re Order Denying Motion to Return Non-Invested Funds (.3); Forward proposed Benincasa order to counsel for review and signature (.3) | 1.10 | $125.00 | 137.50 |
| Jun-09-06 | LES | Work on motion to remove Fertitta; emails regarding order shortening time | 1.70 | $425.00 | 722.50 |
|          | JEM | Review and revise motion regarding removal of Fertitta from committee (.3); Telephone call from and to S. Strong regarding filings (.3) Telephone call from M. Olson regarding Bundy Canyon (.1); Review Bundy Canyon for concerns raised by title company (.2); Review email from S. Sherman and proposed employment application (3); Review email from G. Gordon regarding language in employment application order (.1); Review email from A. Landis regarding Benincasa order (.1) | 1.40 | $325.00 | 455.00 |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Telephone to Orange County Title company regarding complying with order (.3); Conference with M. Olson regarding title company compliance (.1);  Review language for employment application orders from R. Charles (.1); Review email from A. Landis regarding committee composition (.1); Review joinder by Lewis and Roca to limited opposition to PDG motion (.1); Review and revise motion to remove Fertitta from committee (.4); Review and revise application to shorten time, declaration in support of same and order shortening time (.4); Review and execute final versions (.2); Review email from S. Strong regarding Bundy Canyon (.1); Review exhibits and reorganize same for Fertitta motion (.2) | 2.00 | $325.00 | 650.00 |
| JEM | Review email from A. Jarvis regarding Fertitta motion (.1); Review email from E. Karasik regarding polling committee (.1); Review declarations in support of same (.4); Review fax from S. Scann and telephone call to and from same regarding documents (.2); Conference with Orange County title's counsel regarding complying with Bundy Canyon orders (.3);  Review email from G. Garman and attached letter regarding direct lenders requested to be posted (.3) | 1.40 | $325.00 | 455.00 |
| JEM | Review opposition to motions to lift stay (.2); Review supplemental brief from R. McKnight (.3); Review email from R. Charles regarding order shortening time regarding motion to approve security agreement (.1); Review email from and to L. Davis and response regarding postpetition deed of trust (.1) | 0.70 | $325.00 | 227.50 |

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |       |          |          |
| -------- | --- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ----- | -------- | -------- |
|          | LIA | Work on order shortening time application (.2), declaration (.2), attorney information sheet (.2), and order (.2) re Motion to Remove Fertitta Enterprises, Inc. from Executive Contract Holders Committee; Review email correspondence from counsel re approval/disapproval of order shortening time and update attorney information sheet to reflect same (.2) | 1.00  | $125.00  | 125.00   |
| Jun-12-06 | LES | Review documents; forward to G. Garman (per request)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | 0.50  | $425.00  | 212.50   |
|          | JEM | Legal research regarding cases for Orange Coast Title (2.1); Draft email to M. Kaluger regarding jurisdiction (1.2)                                                                                                                                                                                                                                                                                                                                                                                                                        | 3.30  | $325.00  | 1,072.50 |
|          | JEM | Review email from S. Strong regarding Bundy Canyon (.1); Review multiple emails from M. Olson and M Kehl regarding Bundy Canyon issues (.1);  Review multiple emails regarding motion regarding Fertitta and information to press (.2); Review multiple emails from multiple parties regarding motion to remove Fertitta and press release and suggestions (.3); Review order from NMLD regarding order conditioning license (.1); Review email from R. Charles regarding debtor-in-possession financing (.1) | 0.90  | $325.00  | 292.50   |
| Jun-13-06 | LES | Respond to information requests from direct lenders committee                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | 0.80  | $425.00  | 340.00   |
|          | JEM | Draft emails to M. Olson regarding final instructions (.2); Review response to email regarding borrower instructions (.1); Review reply to opposition of motion filed by direct lenders (.3); Review reply to opposition to motions by Canepa (.4)                                                                                                                                                                                                                                                                                          | 1.00  | $325.00  | 325.00   |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Review multiple emails from S. Bice and letter from same (.2); Review email from M. Olson regarding S. Bice (.2); Review email from M. Kaluger to S. Bice regarding instructions (.1); Review email from M. Olson regarding Bundy Canyon ownership and operating agreement (.1); Review multiple emails from M. Olson regarding Bundy (.1); Review newspaper article regarding motion to remove Fertitta (.2); Review Bundy purchase agreements (.2); Review multiple emails from M. Olson regarding Bundy instructions(.2); Telephone call from investor regarding status and refer to websites (.2); Draft set of instructions from USA Commercial Mortgage for Orange County Title and instructions from Bundy Canyon for Orange (2.3); Review corporate ownership of Bundy and USA Investors II (.2); Conference with M. Olson regarding same (.2); Draft emails to M. Olson regarding operating agreement of Bundy and discrepancy in amount with original instructions (.3); Review multiple emails from M. Olson regarding S. Bice and original instructions (.1); Review emails from A. Jarvis regarding reply (.1); Draft emails to M. Kaluger regarding instructions (.2); Review response to M. Kaluger regarding same (.1); Review Email from S. Bice to M. Kaluger regarding release of funds (.1); Review advisor opinion from S. Bice regarding Canepa termination (.1); Review email from M. Kaluger regarding instructions (.1); Review instructions from M. Olson's signature and delete language regarding receipt of instructions (.1); Review email from M. Olson regarding instructions (.1); Telephone call from S. Strong | 6.20 | $325.00 | 2,015.00 |

| | | | | | |
|---|---|---|---|---|---|
| Jun-14-06 | JEM | Draft email to B. Reider and M. Kaluger regarding executed instructions and review email from M. Olson regarding same (.2); Review email from M. Kaluger regarding borrower instructions (.1); Review email from M. Olson regarding instructions (.1); Review email from R. Charles regarding Lewis and Roca employment application (.1); Review string of emails from A. Burnham regarding borrower instructions (.1); Review string of emails regarding borrower instructions and who to execute (.1); Review email from L. Walker regarding return of Bundy Canyon funds (.1); R Review email from F. Benincasa with new motion for return of funds (.2); Review email from M. Olson regarding Bundy Canyon funds (.1); review and respond to email from P. Alexander regarding PDG motion (.1) | 1.20 | $325.00 | 390.00 |
| | JEM | Review email from M. Kaluger regarding wire transfer (.1); Review email regarding order granting motion for partial release (.1); Review email from M. Olson regarding wire transfer (.1) | 0.30 | $325.00 | 97.50 |
| Jun-15-06 | JEM | Review evidentiary objections and Motion to Strike filed by Canepa Group | 0.20 | $325.00 | 65.00 |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Draft email to S. Smith regarding filing of schedules and SOFA's (.2); Review email from L. Walker regarding revising Bundy Canyon funds (.1); Review letter from A. Zmalia regarding not responding to lawsuit and withdrawing (.1); Work on issues regarding filing schedules (.3); Conferences with S. Smith regarding filings (.2); Review email from S.Smith regarding cover pages (.1); Review email from L.Walker regarding Bundy Canyon order and respond to same (.2) Review cover sheet for USA Capital schedules and general disclosures SOFA and review schedules and SOFA (.9)  Review email regarding Bundy Canyon payments (.1) | 2.20 | $325.00 | 715.00 |
| JEM | Review Opposition to Debtor's Motion For Order Approving Continued Use of Cash by G. Gamman | 0.20 | $325.00 | 65.00 |
| JEM | Review SOFA of USA Commercial Mortgage for filing (.5); Review Email from S. Steele regarding SOFA for USA Commercial Mortgage (.1); Telephone call from J. Miller regarding filing of schedules and email from same (.2) Briefly Review USA Commercial Mortgage schedules for filing (.3); Review Email from S. Steele regarding amendments (.1) | 1.30 | $325.00 | 422.50 |
| LIA | Work on Amendment cover sheet for Schedule of Financial Affairs for each of the five debtors | 1.50 | $125.00 | 187.50 |