| Jun-16-06 | JEM | Review email from M. Kaluger (.1); Review email from bankruptcy court regarding payment (.1); Telephone call from counsel for Capital Source and continue issues regarding same (.2); Draft email regarding Capital Source (.1); Review Motion to Stay Proceedings in Prospect High case (.2) | 0.70 | $325.00 | 227.50 |
| | JEM | Telephone call from D. Monson regarding PDG Order (.1); Telephone call from S. Strong regarding PDG order and respond to same (.2) | 0.30 | $325.00 | 97.50 |
| | JEM | Draft email to K. Ottaviano regarding counsel and look up counsel (.1); Draft email to J. MacRobbie regarding representation (.1); Draft email to S. Strong regarding signatures and Review response (.2) | 0.40 | $325.00 | 130.00 |
| | JEM | Review response from K. Ottaviano regarding same (.1); Draft email regarding representation of Capital Source (.1) | 0.20 | $325.00 | 65.00 |
| | JEM | Review email from M. Olson regarding Bundy Canyon and respond to same | 0.10 | $325.00 | 32.50 |

| Jun-19-06 | JEM | Review second amendment to Lewis and Roca 2014 statement (.1); Review supplemental declaration of Orrick Herrington regarding relationship with Lewis and Roca (.1); Telephone call from A. Abrams regarding Bundy Canyon payment and review payment (.2); Review joinder to procedures for payment of professional fees by Lewis and Roca (.1); Review emails regarding entry or order regarding Benincasa and employment of Stutman Treister (.1); Review opposition to motion for approval of settlement with investment partners (.2); Review numerous entries of orders regarding employment of Lewis and Roca, denial f reimbursement for financing expenses (.1); Review U.S. Trustee's opposition to motion to remove Fertitta (.2); Review email  from R. Charles regarding no signatures on order (USACM) (.1); Review U.S. Trustee's opposition to motion to settle claim with investment partners (.2); Review response to motion for approval of debtor-in-possession financing by U.S. Trustee (.2); Review email  regarding loans regarding HFA and Review response from E. Karasik (.1); Review responses by ECC to motion to approve agreement with investment partners (.3); Review declaration of T. Gray regarding response to motion to approve settlement with investment partners (.1); Review opposition by U.S. Trustee to motion to forbear (.3); Review limited opposition by Orrick to motion to approve settlement with investment partners (.3); Review opposition by ECC to motion to approve debtor-in-possession financing (.3); Review opposition to motion to approve debtor-in-possession | 4.60 | $325.00 | 1,495.00 |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Review declaration of Bullard in support of opposition to motion to remove Fertitta (.2); Draft email to A. Jarvis regarding workload (.1); Review opposition by ECC to motion to remove Fertitta Enterprises from committee (.3) | 0.60 | $325.00 | | 195.00 |
| JEM | Telephone call to K.Ottaviano regarding meeting (.1); Telephone call from S. Smith regarding filing amendments and Mesirow as custodian (.2); Telephone call to clerk's office regarding amendments (.1); Review email regarding drafting Canepa order (.1); Telephone call from J. Miller regarding amendments to schedules (.2); Review email  from R. Arobogast regarding schedules and amendments (.1); Review email from S. Smith regarding listing of Arobogast investments (.1) | 0.90 | $325.00 | | 292.50 |
| JEM | Review and sign order denying motion regarding Alexander Trust and order denying Ronning motion (.1) | 0.10 | $325.00 | | 32.50 |
| JEM | Review email  regarding noticing to direct lenders (.1); Draft email to J. Miller and S. Smith (.1); Review email  regarding noticing to direct lenders (.1) | 0.30 | $325.00 | | 97.50 |
| LIA | Draft Order Denying Alexander Motion (.3) and circulate to all counsel for review (.2) | 0.50 | $125.00 | | 62.50 |
| LIA | Draft Order Denying Ronning Motion (.3) and circulate to all counsel for review (.2) | 0.50 | $125.00 | | 62.50 |
| LIA | Draft Order Preliminarily Denying Canepa Motion to Lift Stay (.4); Review email requesting additional language to order (.1) and email to L. Schwartzer and J. McPherson re same (.1) | 0.60 | $125.00 | | 75.00 |

| Date | | | | | |
|------|-----|-------------|------|---------|--------|
| Jun-20-06 | JEM | Review joinder in opposition to motion to remove Fertitta (.1); Review joinder to U.S. Trustee's opposition to debtor's motion to remove Fertitta (.1); Review email from L. Davis regarding draft order regarding Motion to Lift Stay and conference with L. Schwartzer regarding specific court ruling (.2); Review, revise, finalize and execute reply to opposition to motion to Fertitta (.4); Review email  from P. Alexander regarding PDG order (.1); Draft response to P. Alexander regarding PDG order and review reply (.1); Review email from R. Charles regarding 362 and Canepa order (.1); Work on issues raised by K. Ottaviano (.2) Telephone call from lawyer regarding Bundy funds (.1) | 1.40 | $325.00 | 455.00 |
| | JEM | Review email from M. Guymon regarding motion regarding ordinary course (.1); Review and respond to email  from M. Guymon re same (.1); Review and respond to emails from E. Monson (.1) | 0.30 | $325.00 | 97.50 |
| | JEM | Review and sign order denying Motion to Lift Stay regarding Boise/Gowan (.1); Review emails regarding Hilco order, Alexander and Ronning motions (.1); Review suggested revisions to reply regarding Fertitta (.1); Review draft order regarding PDG (.2); Telephone call from S. Smith regarding amendments and work on issues regarding same (.2) | 0.70 | $325.00 | 227.50 |
| | LIA | Finalize Reply Brief Re Remove Committee Member for filing (.3) | 0.30 | $125.00 | 37.50 |
| Jun-21-06 | JEM | Review proposed order regarding PDG (.1); Draft emails regarding reformatting (.2) | 0.30 | $325.00 | 97.50 |

| | | | | |
|---|---|---|---|---|
| JEM | Review email from R. Charles regarding PDG order (.1); Review emails re Canepa Motion to Lift Stay order, Review 362 and draft order with revisions and draft email to L. Davis regarding same (.4); Telephone call from and telephone call to D. Monson regarding order regarding partial release (.3); Review multiple emails regarding partial release and work on issues regarding signatures for orders (.3); Conference with M. Guymon regarding partial release of order (.1) | 1.20 | $325.00 | 390.00 |

| | | | | | |
|---|---|---|---|---|---|
| Jun-22-06 | JEM | Review and respond to emails from L. Davis (.1); Revise draft order denying Canepa motions and review 362(e) (.4); Review draft order from L. Davis and conference with L. Schwartzer regarding language (.3); Review email from L. Davis regarding alternate order and respond (.2); Draft email to parties regarding Canepa order (.1); Review response from R. Charles regarding changes and work on same (.2); Review email from A. Stevens regarding Roam interest (.2); Review email regarding Franklin/Stratford order (.1); Work on issues regarding partial release order and revise (.3); Review emails from A. Landis regarding Canepa Motion to Lift Stay order (.1); Review emails from multiple parties regarding Canepa Motion to Lift Stay order (.1); Review and execute motion regarding denial regarding Fertitta and verify correctness (.2); Review email from D. Monson regarding Franklin/Stratford loan (.1); Review email from E. Karasik regarding order regarding Canepa Motion to Lift Stay (.1); Review multiple emails regarding Canepa Motion to Lift Stay order (.1); Telephone call from and telephone call to S. Smith regarding USA Capital Mortgage amendments (.1); Review email from D. Monson regarding Franklin/Stratford order and revisions (.2); Telephone call from S. Scann regarding Franklin/Stratford order (.2); Review email from M. Levinson regarding PDG order (.1); Review email from D. Monson regarding final order regarding Franklin/Stratford and review same (.3); | 3.50 | $325.00 | 1,137.50 |

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Finalize Order Re Partial Releases and make revisions to comply with local rules (.5) and circulate to all counsel for review and signature (.2) | 0.70 | $125.00 | 87.50 |
| Jun-23-06 | JEM | Telephone call from and to P. Connaghan regarding order regarding Franklin/Stratford (.2); Review order and email from D. Monson regarding same (.3) | 0.50 | $325.00 | 162.50 |
| | JEM | Review email from M. Kehl regarding investors account payment (.1); Review email from G. Garman regarding signature to PDG order (.1); Telephone call from investor of USACM regarding change of contact information (.2) | 0.40 | $325.00 | 130.00 |
| | JEM | Review draft amended schedules and SOFA for USACM and work on issues regarding filings | 0.70 | $325.00 | 227.50 |
| | LIA | Draft amendment cover sheet for Commercial Mortgage schedules and finalize amended schedules of assets and liabilities for filing | 0.30 | $125.00 | 37.50 |
| | LIA | Draft amendment cover sheet for Commercial Mortgage statement of financial affairs and finalize statement for filing | 0.30 | $125.00 | 37.50 |
| | LIA | Email correspondence to counsel re orders denying Alexander and Ronning motions (.2); Receipt and review of emails from same (.3) and compile signatures for orders to upload | 0.50 | $125.00 | 62.50 |
| | LIA | Draft cover sheet for Monthly Operating Report and finalize same for filing | 0.20 | $125.00 | 25.00 |
| | LIA | Draft Order Denying Motion to Compel | 0.50 | $125.00 | 62.50 |
| | LIA | Draft Order Preliminary Denying Direct Lenders' (JV) Motion to Lift Stay | 0.50 | $125.00 | 62.50 |

| Jun-26-06 | JEM | Review email from S. Smith regarding USACM amendments (.1); Draft email to L. Dorsey regarding USACM amendments (.1); Review email from M. Kehl regarding assignor/assignee funds held by USACM (.1); Telephone call to M. Kehl regarding same (.1); Review and respond to email from M. Kehl regarding same and how proceeds will be paid (.2); Review notice of entry of order re Franklin/Stratford loan (.1); Review email from S. Strong regarding assignor/assignee funds (.1); Review email from P. Connaghan regarding Franklin/Stratford order(.1); Review email from D. Monson regarding Franklin/Stratford payment information (.1) | 1.00 | $325.00 | 325.00 |
| Jun-27-06 | JEM | Telephone call from B. LePome regarding meaning of unremitted principal on USACM schedules and case law regarding no need to return improperly paid funds regarding USACM (.2); Review schedules of USACM regarding unremitted principal (.3); Review and revise objection to form of Canepa order regarding USACM (.3); Review and revise stipulation and order to continue hearing and response deadlines and review emails regarding same (.5); Draft email to S. Smith regarding USACM Schedule F (.1); Review email from T. Kehoe regarding 2004 exam (.1); Draft response to T. Kehoe regarding 2004 exam (.1) | 1.60 | $325.00 | 520.00 |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Review emails from G. Bagley regarding Canepa's order regarding stay relief and execute (.2); Conference with A. Hosey regarding change of information for N. Kivens and review email regarding same (.1); Review email from A. Jarvis regarding investor information request and meeting with J. Gordon (.1); Review escrow instructions regarding Franklin/Stratford (.1); Review email from S. Strong regarding Canepa order (.1) | 0.60 | $325.00 | 195.00 |
| JEM | Telephone call from A. Stevens and D. Monson re: Order re: Motion to Authorize Partial Release (affects USACM) | 0.20 | $325.00 | 65.00 |
| JEM | Conference with A. Hosey re: change of information form for N.Kivens and review e-mail re: same (USACM)(.1); Review e-mail from A. Jarvis re: investor info request and meeting with J. Gordon (USACM)(.1); Review escrow instructions re: Franklin/Stratford (USACM)(.2); Review e-mail from S. Strong re: Canepa Order (USACM)(.1); Review Subpoena from Gordon & Silver for USACM (.2); Review Response to Subpoena (.3); Review e-mails from G. Bagley re: Canepa's Order re: Stay Relief and execute (USACM)(.2) | 1.20 | $325.00 | 390.00 |
| LIA | Draft objection to Canepa proposed order on Motion to Lift Stay (.5); Revise same per edits and prepare same and exhibits for filing (.2) | 0.70 | $125.00 | 87.50 |

| | | | | | |
|---|---|---|---|---|---|
| Jun-28-06 | JEM | Review email regarding filing supplement to motions filed by Canepa (.1); Review email from S. Smith regarding unremitted principal for USACM Schedule F (.1); Review email from D. Monson regarding executed escrow instruction for Franklin/Stratford (.1); Review email from C.Pajak regarding order regarding direct lenders Motion to Lift Stay (.1); Telephone call to B. LePome regarding unremitted principal for USACM (.1); Telephone call from B. Lepome regarding unremitted principal for USACM (.1) | 0.60 | $325.00 | 195.00 |
| | JEM | Telephone call from A.Stevens regarding PDG order (.2); Review email from P.Alexander regarding PDG order and determine status (.2); Draft email to P.Alexander regarding PDG order (.2); Review and finalize Stipulation and Order regarding continuance and extension of response time to budget motion and financing (.2); Draft email to A.Parlen regarding same (.1); Review email from A.Parlen regarding same and respond to same (.2) | 1.10 | $325.00 | 357.50 |
| | JEM | Telephone call from D. Colvin regarding payment by borrower of funds (.2) | 0.20 | $325.00 | 65.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review e-mail re: filing Supplement to Motion to Lift Stay filed by Canepa (.1); Review e-mail from S. Smith re: unremitted principal for USACM Schedule F (.1); Review e-mail from D. Monson re: executed escrow instruction for Franklin/Stratford (.1); Review e-mail from C. Pajak re: Order re: Direct Lenders' Motion to Lift Stay (.1); Telephone call to B. Lepome re: unremitted principal for USACM (.1); Telephone call from B. Lepome re: unremitted principal for USACM (.1) | 0.60 | $325.00 | 195.00 |
| | JEM | Telephone call from A.Stevens re: PDG Order (.2); Review e-mail from P. Alexander re: PDG Order and determine status (.2); Draft e-mail to P.Alexander re: PDG Order (.1); Review and finalize Stipulation and Order re: Continuance and Extension of Response Time to Budget Motion and Financing (.2); Draft e-mail to A.Parlen re: same (.1); Review e-mail from A.Parlen re: same and respond to same (.2); Draft e-mail to S.Smith re: conference with C.Carlyon re: schedules (.2); Telephone calls from R.Holley re: client wanting to provide financing (.2) | 1.40 | $325.00 | 455.00 |
| | LIA | Finalize order re partial releases to lodge for court's signature | 0.20 | $125.00 | 25.00 |
| Jun-29-06 | LES | Telephone call from D. Colvin regarding M. Olson | 0.10 | $425.00 | 42.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review Entry of PDG Order and draft e-mail to A. Stevens re: same (USACM)(.2); Review Entry of Order Denying Motion to Remove Fertita (USACM)(.1); Review e-mail re: noticing issues for USACM Schedules and conference with A. Hosey re: same (.3); Review Supplemental Brief from R. Lepome (USACM)(.3); Review e-mails from S. Strong re: Investment Partners Order (USACM)(.1) | 1.00 | $325.00 | 325.00 |
| | LIA | Receipt and review of additional signature page to partial release order and revise order and upload for court's signature | 0.20 | $125.00 | 25.00 |
| Jun-30-06 | LES | Telephone call from R. LePome; Meet with R. LePome (.5) | 0.50 | $425.00 | 212.50 |
| | JEM | Review e-mail from D. Monson re: Palm Harbor One loan (.2); Review e-mails re: closing Wells Fargo bank account (.2); Review e-mail from M. Olson re: Wells Fargo account (.1); Review e-mail from R. Bupp re: requested loan information re: Fiesta Stoneridge and Meadowcreek (.2); Telephone call from R. Bupp re: requested loan information (.3); Review e-mail re: B. Bullard inquiry re: loans (.1); Review e-mail from T. Kehoe: request for documents (.1); Review additional e-mail re: Palm Harbor One loan (.2); | 1.40 | $325.00 | 455.00 |
| | Totals | | 76.80 | | $23,315.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Courier | 10.00 |
| | Pacer | 35.31 |
| | Photocopies | 27.50 |
| | Postage | 1.02 |
| Jun-30-06 | Photocopies | 0.50 |

| | |
|---|---|
| Totals | $74.33 |
| **Total Fee & Disbursements** | **$23,389.33** |
| **Balance Now Due** | **$23,389.33** |

TAX ID Number        46-0469211

## TRUST STATEMENT

|  | Disbursements | Receipts |
|---|---|---|
| Trust Balance Forward | | 62,880.50 |
| Total Trust | $0.00 | $62,880.50 |
| **Trust Balance** | | **$62,880.50** |

# Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company                                    August 10, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:    30566-00003
**Attention:**                                                    Inv #:        Sample

**RE:**        USA Capital Diversified Trust Deed Fund, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jun-02-06 | JEM | Review notice of amendment to committee of USA Capital Diversified Trust Fund | 0.20 | $325.00 | 65.00 |
| Jun-08-06 | LES | Review motion for stay in state court litigation | 0.20 | $425.00 | 85.00 |
| Jun-13-06 | JEM | Review notice and order shortening time regarding employment application of Orrick Herrington | 0.10 | $325.00 | 32.50 |
|  | JEM | Review employment application of Orrick, Herrington and declaration and documents to shorten time (.4); Review employment application of Beckley Singleton, declarations and documents to shorten time (.4) | 0.80 | $325.00 | 260.00 |
| Jun-15-06 | JEM | Review Diversified Trust Deed Funds SOFA (.4); Review Diversified Trust Deed Funds Schedules for filing (.5) | 0.90 | $325.00 | 292.50 |
| Jun-20-06 | LES | Review and sign employment orders | 0.30 | $425.00 | 127.50 |
|  | JEM | Review order and notice regarding employment of FTI Consulting | 0.10 | $325.00 | 32.50 |

| Jun-23-06 | LIA | Draft cover sheet for Monthly Operating Report and finalize same for filing | 0.20 | $125.00 | 25.00 |
|---|---|---|---|---|---|
| Jun-28-06 | JEM | Review email  from A.Jarvis regarding Diversified Trust professionals and recovery of monies from bad loans | 0.20 | $325.00 | 65.00 |
| | JEM | Review e-mail from A. Jarvis re: Diversified Trust Professionals and recovery of monies from bad loans (.2) | 0.20 | $325.00 | 65.00 |
| Jun-30-06 | LES | Review letter from C. Roberts re: State Court litigation; Review file; Prepare letter (.5) | 0.50 | $425.00 | 212.50 |
| | Totals | | 3.70 | | $1,262.50 |

**DISBURSEMENTS**

| Photocopies | 0.25 |
|---|---|
| Totals | $0.25 |
| **Total Fee & Disbursements** | **$1,262.75** |
| **Balance Now Due** | **$1,262.75** |

TAX ID Number      46-0469211

# Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

**Attention:**

File #:    30566-00004
Inv  #:        Sample

**RE:**        USA Capital First Trust Deed Fund, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jun-02-06 | JEM | Review email from S. Strong regarding Shea and Carlyon employment application (.1); Review omnibus reply to oppositions to employment applications filed by Stutman Treister and Shea and Carlyon (.2) | 0.30 | $325.00 | 97.50 |
| | JEM | Review notice of amendments to appointment of committee for USA Capital First Trust Deed Fund (.2); Review notice of withdrawal by R. McKnight to opposition to employment application filed by Stutman Treister (.1) | 0.30 | $325.00 | 97.50 |
| Jun-05-06 | JEM | Review email regarding verified petition to practice pro hac vice for A. Parlen and C. Pajak (.1); Telephone call from A. Parlen regarding order shortening time (.1) | 0.20 | $325.00 | 65.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jun-08-06 | JEM | Review email from A. Parlen regarding Stutman employment order and review same (.2); Review response from L. Schwartzer regarding Stutman employment order (.1); Review email regarding list of committee members (.1); Review email from M. Levinson regarding employment order from Stutman (.1); Review email from C. Pajak regarding employment order (.1) | 0.60 | $325.00 | 195.00 |
| Jun-09-06 | LES | Emails regarding employment orders | 0.30 | $425.00 | 127.50 |
|  | LES | Email regarding employment order | 0.20 | $425.00 | 85.00 |
|  | JEM | Review draft order regarding Stutman from E. Karasik | 0.10 | $325.00 | 32.50 |
| Jun-12-06 | JEM | Review email from A. Parlen regarding red line of Stutman Treister and Glatt employment order and same (.2); Review email from A. Parlen regarding retention of Alvarez and Marsal (.1) | 0.30 | $325.00 | 97.50 |
| Jun-14-06 | LES | sign order for Stutman (again) | 0.20 | $425.00 | 85.00 |
|  | JEM | Review email from A. Parlen regarding Stutman Treister and Glatt employment order (.1); | 0.10 | $325.00 | 32.50 |
| Jun-15-06 | JEM | Review First Trust schedules for filing (.5); Review cover sheet general disclosures and SOFA for First Trust (.8) | 1.30 | $325.00 | 422.50 |
| Jun-16-06 | JEM | Review order shortening time regarding hearing on employment of Alvarez and Marsal | 0.10 | $325.00 | 32.50 |
|  | JEM | Review response to employment of Alvarez and Marsal | 0.10 | $325.00 | 32.50 |
| Jun-23-06 | JEM | Review order employing Alvarez and Marsal | 0.10 | $325.00 | 32.50 |

|          | LIA | Draft cover sheet for Monthly Operating Report and finalize same for filing | 0.20 | $125.00 | 25.00 |
|----------|-----|------|------|---------|--------|
| Jun-30-06 | LES | Review revised Order; E-mails to A. Jarvis (.4) | 0.40 | $425.00 | 170.00 |
|          |     | Totals | 4.80 |  | $1,630.00 |

**Total Fee & Disbursements**                                                    **$1,630.00**

**Balance Now Due**                                                              **$1,630.00**

TAX ID Number        46-0469211

# Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:     (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company                                    August 10, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:      30566-00001c
**Attention:**                                                    Inv #:          Sample

**RE:**       USA - Interpleader Action

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jun-01-06 | JEM | Draft complaint for interpleader and legal research regarding requirements | 2.60 | $325.00 | 845.00 |
| Jun-02-06 | JEM | Review and finalize interpleader complaint | 0.50 | $325.00 | 162.50 |
| Jun-05-06 | JEM | Review list of defendants for interpleader (.1); Draft email to S. strong and A. Jarvis regarding interpleader and naming debtor as defendant (.2) | 0.30 | $325.00 | 97.50 |
| Jun-06-06 | JEM | Review email from S. Smith regarding Interpleader | 0.10 | $325.00 | 32.50 |
| Jun-07-06 | JEM | Review email from S. Strong regarding interpleading complaint (.1); Review email from S. Smith regarding interpleader complaint and function of same (.1); Review email from S. Strong regarding interpleader action (.1) | 0.30 | $325.00 | 97.50 |
| Jun-08-06 | JEM | Work out issues regarding finalizing complaint and names of defendants and service of same | 0.20 | $325.00 | 65.00 |
| Jun-09-06 | JEM | Draft email to S. Smith regarding information for interpleader action | 0.10 | $325.00 | 32.50 |

| Jun-12-06 | JEM | Review emails regarding interpleader complaint | 0.10 | $325.00 | 32.50 |
|---|---|---|---|---|---|
| Jun-14-06 | JEM | Review email from L. Schwartzer regarding interpleader action | 0.10 | $325.00 | 32.50 |
| Jun-19-06 | LIA | Work on determining names of defendants for complaint | 1.50 | $125.00 | 187.50 |
| Jun-21-06 | JEM | Telephone call from  D. Huston regarding determination of ownership | 0.10 | $325.00 | 32.50 |
|  | LIA | Revise Order Approving D.Huston Application | 0.20 | $125.00 | 25.00 |
| Jun-22-06 | JEM | Telephone call to D. Huston regarding issues regarding interpleader action | 0.20 | $325.00 | 65.00 |
| Jun-28-06 | LES | Revise documents regarding employment of D. Huston | 0.50 | $425.00 | 212.50 |
| Jun-29-06 | LIA | Revise order re employment of Huston (.3); Email correspondence to all counsel transmitting application, declaration and order re employment of Huston for review and signature (.2) | 0.50 | $125.00 | 62.50 |

|  | Totals | | 7.30 | | $1,982.50 |
|---|---|---|---|---|---|

**Total Fee & Disbursements**                           **$1,982.50**

**Balance Now Due**                           **$1,982.50**

TAX ID Number        46-0469211

## *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company                                       August 10, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:    30566-00001a
Inv #:        Sample

**Attention:**

**RE:**    USA - IP adversary

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jun-01-06 | LES | Work on application for temporary restraining order, declaration, order regarding investment partners | 3.50 | $425.00 | 1,487.50 |
| Jun-02-06 | JEM | Review letter from D. Monson regarding filing of UCC regarding USA Investment Partners | 0.20 | $325.00 | 65.00 |
| Jun-07-06 | LES | Email regarding proposed adversary against USA Investment Partners Royal Hotel sale | 0.30 | $425.00 | 127.50 |
| | Totals | | 4.00 | | $1,680.00 |

**Total Fee & Disbursements**                                        **$1,680.00**

**Balance Now Due**                                                    **$1,680.00**

TAX ID Number        46-0469211

### *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

File #:    30566-00002
Inv #:    Sample

**Attention:**

**RE:**    USA Capital Realty Advisors, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jun-23-06 | LIA | Draft cover sheet for Monthly Operating Report and finalize same for filing | 0.20 | $125.00 | 25.00 |
| | | Totals | 0.20 | | $25.00 |

**Total Fee & Disbursements**    **$25.00**

**Balance Now Due**    **$25.00**

TAX ID Number    46-0469211

# *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company

August 10, 2006

c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:    30566-00005
Inv #:    Sample

**Attention:**

**RE:**    USA Securities, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jun-15-06 | JEM | Work on issues regarding changing cover pages and review schedules for USA Securities and general disclosure (1.0), Conference with J. Miller regarding same (.3); Review email from J. Miller regarding cover pages and response to same (.2); | 1.50 | $325.00 | 487.50 |
| Jun-23-06 | LIA | Draft cover sheet for Monthly Operating Report and finalize same for filing | 0.20 | $125.00 | 25.00 |
| | Totals | | 1.70 | | $512.50 |

**Total Fee & Disbursements**    **$512.50**

**Balance Now Due**    **$512.50**

TAX ID Number    46-0469211

# *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:   (702) 228-7590
Fax:   (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 10, 2006

File #:      30566-00007

**Attention:**

Inv  #:        Sample

**RE:**      USA - Affects some but not all debtors

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jun-01-06 | JEM | Review email regarding meeting with committees | 0.10 | $325.00 | 32.50 |
| Jun-02-06 | LES | Telephone calls and emails regarding meeting with committees | 0.60 | $425.00 | 255.00 |
| | JEM | Review email from A. Jarvis regarding meeting on Monday with committees (.1); Review email from C Pajak regarding committee meeting (.1); Review email from S. Freeman regarding committee meeting (.1); Review email from A. Landis regarding committee meetings (.1); Review emails regarding confidentiality agreement (.2); Review email to A. Landis regarding committee compensation (.1); Review email regarding confidentiality agreement from A. Jarvis (.1); Review email regarding motion to reconstitute committee and review draft of same (.4) | 1.20 | $325.00 | 390.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | JEM | Conference with S. Freeman and R. Charles regarding meeting and location (.3); Review emails from L. Schwartzer regarding committee meeting (.1); Conference with L. Schwartzer regarding 6/5/06 hearings and committee meeting (.2); Review email from R. Charles regarding committee meeting (.1); Review email from R. Charles regarding committee meeting location (.1); Review email from E. Karasik regarding committee meeting (.1); Review supplement to prior email from E. Karasik regarding committee meeting (.1); Review email from L. Ernce regarding committee meeting (.1); Review email from L. Schwartzer regarding committee meeting (.1) | 1.20 | $325.00 | 390.00 |
| Jun-05-06 | LES | Meeting with committees and then counsel | 2.50 | $425.00 | 1,062.50 |
| | JEM | Telephone call to S.Strong regarding conference call regarding confidentiality agreement and status of orders (.3); Review email from C. Pajak regarding conference call (.1); Review email from A.Jarvis regarding request for notice (.1); Review motion for order from holders of executory contract rights committee regarding compliance with 1102 and establishing information procedures (.5); Review proposed order for same (.3) | 1.30 | $325.00 | 422.50 |
| | JEM | Telephone call to A. Parlen regarding shortening time (.1); Telephone call from A. Parlen regarding confidentiality agreement and hearing regarding same (.1) | 0.20 | $325.00 | 65.00 |
| Jun-06-06 | LES | Review emails regarding requests from various committee counsel | 0.70 | $425.00 | 297.50 |
| | JEM | Review email regarding conference call with committee | 0.10 | $325.00 | 32.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jun-07-06 | LES | Memorandum regarding service list | 0.20 | $425.00 | 85.00 |
| | JEM | Review joint information protocol motions (.5); Review email from G. Garman regarding protocol motion (.1); Review email regarding request for special notice (.1); Review finalized protocol motion (.4); Review notice of hearing regarding protocol motion (.1); Review email from M. Levinson regarding revisions (.1); Review additional email from M. Levinson regarding revision(.1); Review order shortening time regarding protocol motion (.1); Review and respond to email from M. Olson (.5); Conference with L. Schwartzer regarding various orders (.2); Review email from S. Strong and respond regarding protocol motion (.2); | 2.80 | $325.00 | 910.00 |
| | JEM | Review email from E.Karasik regarding order (.1); Review email regarding filing opposition to motion to direct payments (.1); Review email regarding filing protocol motion (.1); Review email from A.Jarvis regarding status (.1) | 0.70 | $325.00 | 227.50 |
| | JEM | Review multiple emails regarding extending time to respond to protocol motion and respond to same (.3) | 0.30 | $325.00 | 97.50 |
| Jun-09-06 | LES | Work on motion for authority to forbear (1.3); Email regarding order shortening time of same (.2) | 1.50 | $425.00 | 637.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | JEM | Review email from E. Karasik regarding order shortening time on motion to forbear (.1); Review email from A. Landis regarding order shortening time on motion to forbear (.1); Review lengthy motion to forbear and provide further funding and revise same (1.4); Review email from D. Monson regarding motion to forbear (.1); Review documents attached to declarations regarding motion to forbear (.4); Telephone call from D. Monson regarding motion to forbear and review email from same regarding same (.1); | 2.20 | $325.00 | 715.00 |
| | JEM | Review email regarding draft order regarding Hilco application (.2); Review multiple emails from G. Gordon regarding orders shortening time regarding Friday motions (.1); Review email from E. Karasik regarding language in employment application orders (.1); Review multiple emails from E. Karasik regarding order language and consider issues regarding same (.1) | 0.50 | $325.00 | 162.50 |
| | JEM | Revise and respond to email regarding Hilco order and respond to same (.1) | 0.10 | $325.00 | 32.50 |
| | LIA | Work on order shortening time application (.2), declaration (.2), attorney information sheet (.2), and order (.2) re Motion to Forbear (non-ordinary course motions); Telephone call and email correspondence from S.Scann re declarations of Russell and Buentges as exhibits to motion (.2) | 1.00 | $125.00 | 125.00 |
| Jun-12-06 | LES | Review order shortening time regarding various motions ensure proper distribution | 0.50 | $425.00 | 212.50 |
| | LES | Emails regarding shortening time for committees counsels and financial advisors | 0.30 | $425.00 | 127.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review email to E. Karasik regarding motion to forbear (.1); Review multiple emails regarding committee meetings and agenda (.1) | 0.20 | $325.00 | 65.00 |
| Jun-13-06 | JEM | Review email from D.Monson regarding supplemental response to protocol motion (.1); Review email from D. Monson regarding noticing issues and draft response to same (.3); Review and respond to A.Tsu regarding Hilco order (.1); Review email from A. Jarvis regarding noticing (.1); Review email from R. Charles regarding Stipulation and Order for extension (.1); | 0.70 | $325.00 | 227.50 |
| | JEM | Review email from C. Carlyon regarding committee meeting (.1); Review email regarding noticing issues regarding Motion to Forbear (.1) | 0.20 | $325.00 | 65.00 |
| Jun-14-06 | JEM | Review email from S. Strong regarding agenda for committee meeting (.1); Review email regarding information for confidential portion of committee meeting (.1) | 0.20 | $325.00 | 65.00 |
| | JEM | Review and execute supplemental response to joint procedures motion and red-lined agreement (.3) | 0.30 | $325.00 | 97.50 |
| | JEM | Review joint omnibus reply to oppositions to committees protocol motion (.3) | 0.30 | $325.00 | 97.50 |
| Jun-15-06 | LES | Meeting with 3 committees | 2.50 | $425.00 | 1,062.50 |
| Jun-19-06 | JEM | Review opposition to motion to forbear by ECC (.4); Review joinder by UCC in motion to forbear (.1); Review motion from A. Jarvis regarding responsibilities (.1); Review opposition by Canepa to motion to forbear (.2) | 0.80 | $325.00 | 260.00 |

| | | | | |
|---|---|---|---|---|
| JEM | Review email from A. Tsu regarding Hilco order (.1); Work on issues regarding Hilco order (.1); Draft response to A. Tsu (.1); Review email  from A. Parlen regarding resignation of J. Congress (.1); Draft email  to L. Dorsey and C. Hurst regarding resignation of J. Congress (.3); Conference with A. Parlen regarding opposition time (.3); Review emails from L. Dorsey regarding Hilco order (.1); Draft email  to same regarding Hilco order and circulation (.2) | 1.30 | $325.00 | 422.50 |
| JEM | Review multiple emails regarding Hilco order (.1); Review joinder by Diversified Committee in First Trust Deed Committee's opposition to motion to approve agreement with Investment Partners (.2) | 0.30 | $325.00 | 97.50 |
| LIA | Make formatting changes and finalize Order Authorizing Employment of HILCO (.3) and circulate same via email correspondence to all counsel for review (.2) | 0.50 | $125.00 | 62.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| Jun-20-06 | JEM | Review joinder in opposition to motion to forbear by J. Chubb (.1); Review emails from B. Kotter regarding reply to motion to forbear (.1); Review joinder in opposition to motion to forbear by J. Chubb (.1); Review emails from B. Kotter regarding reply to motion to forbear (.1); Review joinder to U.S. Trustee's opposition to motion to forbear (.1); Review supplemental opposition to motion to forbear by Canepa (.1); Review, revise, and finalize reply to motion to forbear(.4); Review and respond to emails from B. Kotter regarding reply to motion to forbear (.1); Draft email regarding courtesy copies (.1); Review supplemental Canepa opposition to motion to forbear (.2); Telephone call from creditor re motion to forbear (.1) | 1.50 | $325.00 | 487.50 |
| | JEM | Review emails re Hilco order (.1); Review email regarding definition of confidential (.1) | 0.20 | $325.00 | 65.00 |
| | LIA | Finalize Reply Brief Re Motion to Forbear for filing | 0.30 | $125.00 | 37.50 |
| Jun-22-06 | JEM | Review email from A. Parlen and draft protocols motion (.3); Review email from M. Levinson regarding revisions to joint information motion order (.2) | 0.50 | $325.00 | 162.50 |

| | | | | | |
|---|---|---|---|---|---|
| Jun-23-06 | JEM | Review Monthly Operating Reports for filing for each debtor (1.0): Telephone call from A. Parlen regarding execution of protocol order (.1); Review emails from A. Parlen regarding protocol order (.1); Draft email to A. Jarvis regarding protocols order (.1); Review response from A. Jarvis regarding protocols order and draft email to A. Parlen regarding revision (.2); Review email from A. Parlen regarding protocols order (.1); Review emails from M. Levinson regarding changes to protocols order (.2); Review revised protocols order for signature (.1); Review email from A. Landis regarding revisions to protocols order (.1); | 2.00 | $325.00 | 650.00 |
| | JEM | Telephone call from R. Charles regarding protocols order (.1); Review revision to protocols order from G. Garman and response form A. Parlen (1); Review revised protocols order (.1); Review email from A. Parlen regarding suggested changes to protocols order (.1); Review multiple emails regarding protocols order and suggested revisions (.2); Review and sign revised protocols order (.2); Review further multiple emails regarding protocols order (.2) | 1.00 | $325.00 | 325.00 |
| Jun-26-06 | JEM | Review email from D. Monson regarding release of funds issues and Morgan Griffin and Franklin/Stratford (.2); Review email from P. Connaghan regarding Morgan Griffin and releases (.3); Review email and request for partial consequence Regarding Franklin/Stratford (regarding fund debtors) (.3) | 0.80 | $325.00 | 260.00 |

|            |     |                                                                                                                                                                                                                                                                                                                            |      |          |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|            | JEM | Review email from C.Pajak regarding signature page of FTDF for order regarding motion to hold funds (.1); Review email  from E. Karasik regarding 6/27 conference call (.1); Review multiple emails regarding agenda for conference call on 6/27 (.3)                                                                          | 0.50 | $325.00  | 162.50   |
| Jun-28-06  | JEM | Draft email  to S.Smith regarding conference with C.Carlyon regarding schedules (.2); Review multiple emails regarding committee meeting for 6/28/06 (.3)                                                                                                                                                                    | 0.50 | $325.00  | 162.50   |
|            | JEM | Review e-mails re: committee meeting for 6/28/06 (.1); Review e-mail re: bar date and draft response and samples (.3)                                                                                                                                                                                                        | 0.40 | $325.00  | 130.00   |
| Jun-29-06  | LES | Conference call with committees presentation of proposals regarding distribution                                                                                                                                                                                                                                            | 4.00 | $425.00  | 1,700.00 |
|            | JEM | Review e-mail re: committee meetings (USACM, FTDF, DTDF)(.1); Review e-mail from R. Charles re: revisions to Debtor-in-Possession Lending Motion (USACM, FTDF, DTDF)(.1); Review e-mail from M. Levenson re: revision to Debtor-in-Possession Lending Motion (USACM, FTDF, DTDF)(.1)                                           | 0.30 | $325.00  | 97.50    |

|            |        |        |
|------------|--------|--------|
| Totals     | 37.30  | $13,042.50 |

**DISBURSEMENTS**

| Westlaw |        | 237.11   |
|---------|--------|----------|
| Totals  |        | $237.11  |

| **Total Fee & Disbursements** | **$13,279.61** |
|-------------------------------|----------------|
| **Balance Now Due**           | **$13,279.61** |

TAX ID Number      46-0469211

# Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company                                    August 10, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:    30566-00001b
**Attention:**                                                    Inv  #:        Sample

**RE:**    USA  - Wells Fargo Adversary

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jun-06-06 | JEM | Review email  from S. Smith regarding check payments (.1); Review and revise complaint to specify payments and clarify prayer (.9); Draft email to S. Smith regarding same (.1); Review email from S. Smith regarding Wells Fargo complaint and hearing with interpleader (.1) | 1.20 | $325.00 | 390.00 |
| | JEM | Review email regarding Wells Fargo accounts | 0.10 | $325.00 | 32.50 |
| Jun-19-06 | JEM | Review and execute documents to file complaint; Review adversary sheet and summons | 0.30 | $300.00 | 90.00 |
| | LIA | Work on revisions to Wells Fargo/Feeney adversary complaint for final review and signature (.3); Prepare adversary summons for Wells Fargo and determine service (.4); Prepare adversary summons for J.Feeney and determine service (.4); Prepare adversary cover sheet to complaint (.2) and determine exhibits (.2) | 1.50 | $125.00 | 187.50 |

| Jun-20-06 | JEM | Review email from R. Ogren regarding complaint against Feeney and review response | 0.20 | $325.00 | 65.00 |
| Jun-21-06 | LIA | Draft Receipt of Copy re Wells Fargo complaint and summons | 0.20 | $125.00 | 25.00 |
| | | Totals | 3.50 | | $790.00 |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| | Courier | | 17.00 |
| | Photocopies | | 5.50 |
| | Postage | | 1.11 |
| Jun-19-06 | Filing Fee : Adversary Complaint: USA v. Wells Fargo | | 250.00 |
| Jun-26-06 | Photocopies | | 0.50 |
| | Totals | | $274.11 |

**Total Fee & Disbursements**  $1,064.11

**Balance Now Due**  $1,064.11

TAX ID Number   46-0469211

### *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1

Las Vegas, NV 89146

Ph:    (702) 228-7590

Fax:   (702) 892-0122

USA Commercial Mortgage Company

c/o Annette W. Jarvis

36 South State Street, Suite 1400

Salt Lake City, UT 84145

August 23, 2006

File #:    30566-00006

Inv  #:        Sample

**Attention:**

**RE:**    USA - Affects All Debtors

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|

| Jul-03-06 | JEM | Review e-mail from G. Gordon re: Debtor-in-Possession financing and proposed changes (.1); Review e-mail from G. Gordon re: Order re: Investment Partners and proposed changes (.2); Review e-mail from J. Herman re: Motion re: Investment Partners and Order and changes (.2); Review e-mail from C. Carlyon re: Debtor-in-Possession Order and review finalized version (.1); Review e-mail from M. Levenson re: additional changes to Debtor-in-Possession Financing Motion Order (.1); Review e-mails from G. Gordon and C. Carlyon re: final version of Debtor-in-Possession Financing Motion Order (.1); Review e-mail from G. Gorman re: Debtor-in-Possession Financing Order signature page (.1); Review e-mails from A. Landis re: Stipulation and Order Continuing Fee Protocol Motion and Response Time (.1); Review e-mail from M. Levinson re: Debtor-in-Possession Financing Order (.1); Review e-mail from A. Landis re: Debtor-in-Possession Financing Motion Order (.1); | 1.10 | $325.00 | 357.50 |
| Jul-05-06 | JEM | Review e-mail to M. Levenson re: Stipulation and Order re: Fee Protocol Motion (all debtors)(.1) | 0.10 | $325.00 | 32.50 |

|         | JEM | Review e-mail from T. Allison re: Debtor-in-Possession financing with W. Ballard (USACM)(.1); Review e-mail from G. Bagley re: Canepa Motion to Lift Stay Supplement (USACM)(.1); Review letter from D. Ritter re: Servicing Agreement (USACM)(.1); Telephone call from D. Monson and A.Stevens re: Partial Release Order (USACM)(.1): Draft e-mail to D. Monson and A. Stevens re: Partial Release Order (USACM)(.1) | 0.50 | $325.00 | 162.50 |
| Jul-06-06 | JEM | Conference with A. Parlen re: 7/5/06 committee meeting (all debtors)(.1); Draft e-mail to L. Davis re: supplement filings (.1) | 0.20 | $325.00 | 65.00 |
|         | LIA | Email correspondence to S.Sherman re financing order | 0.30 | $125.00 | 37.50 |
|         | LIA | Email correspondence with M.Levinson re Interim Procedures stipulation and order | 0.20 | $125.00 | 25.00 |
|         | LIA | Finalize order re Motion to Hold Funds with 9021 certification | 0.20 | $125.00 | 25.00 |
| Jul-06-06 | JEM | Review and sign Stipulation and Order Continuing Hearing re: interim procedures | 0.10 | $325.00 | 32.50 |
|         | JEM | Review designation of local counsel for J.Milanowski and Hantges (.2); Review e-mail from A.Parlen re: stipulation and order and signature of L. Ernce (.1) | 0.30 | $325.00 | 97.50 |
|         | JEM | Review letter to Title Company re: funds being held on projects (USACM)(.1); Telephone call from S. Strong re: Motion to Distribute (USACM)(.1) | 0.20 | $325.00 | 65.00 |
|         | JEM | Review e-mail from L. Schwartzer re: confidentiality issues | 0.20 | $325.00 | 65.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | LIA | Email correspondence to counsel re stipulation and status of executed signature pages to the order on Direct Lenders' Motion to Lift Stay | 0.20 | $125.00 | 25.00 |
|  | LIA | Receipt and review of emails re revisions to Order Re Investment Partners Agreement from J.Herman (Orrick) and G.Gordon and differing forms of orders (.3); Email to same and re-format order and re-circulate to all counsel for review (.5) | 0.80 | $125.00 | 100.00 |
| Jul-07-06 | LIA | Finalize Motion Continued Use of Cash Through October 29, 2006 and exhibits for same for e-filing | 1.00 | $125.00 | 125.00 |
| Jul-10-06 | LES | Review revised Order re: Investment Partners | 0.20 | $425.00 | 85.00 |
|  | LES | Review revised Order re: Investment Partners (.1) | 0.10 | $425.00 | 42.50 |
|  | LES | Work on Order Approving Settlement with Investment Partners, e-mails with E. Karasik | 0.90 | $425.00 | 382.50 |
|  | JEM | Review e-mail re: conference call (.1); Review multiple e-mails re: conference room on 7/11/06 (.1); Conference with L. Dorsey re: Investment Partners Motion (.2) | 0.40 | $325.00 | 130.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Telephone call to A.Landis re: phone equipment for section 341 meeting (.3); Review e-mails re: phone equipment forwarded from A.Landis (.1); Telephone call from C.Pajak re: equipment at section 341 meeting and telephone call to same re: same (.1); Review multiple e-mails re: setting up committee meeting and issues re: telephone line (.3); Review e-mail from E.Karasik re: committee meeting (.1); Review multiple e-mails re: Investment Partners' Settlement Order (.2); Review e-mail from E.Karasik re: August 4th hearing date for Motion to Use Cash and review stipulation and order re: same (.3) | 1.40 | $325.00 | 455.00 |
| | LIA | Work on Notice of Hearings of Motion to Distribute Funds and Motion for Continued Use of Cash | 1.50 | $125.00 | 187.50 |
| | LIA | Finalize third version of order re Investment Partners and email to all counsel for review | 0.50 | $125.00 | 62.50 |
| Jul-11-06 | JEM | Review and sign Stipulation and Order Extending Time (all debtors)(.1); Review and sign Master Service List for Limited Notice #3 (all debtors)(.2); Review Order Cancelling Claims Bar Date (all debtors)(.1); | 0.40 | $325.00 | 130.00 |
| | JEM | Review e-mail from S.Smith re: fee application and review new code provisions re: same (.3); Telephone call from M.Guymon re: same (.1); Review invoice from D.Huston (.1) | 0.50 | $325.00 | 162.50 |
| | LIA | Coordinate service of notice of omnibus hearings on August 4 with BMC | 0.30 | $125.00 | 37.50 |
| | LIA | Revisions to continued use of cash order and memorandum to L. Schwartzer re same | 0.20 | $125.00 | 25.00 |
| | LIA | Work on July 25 status and agenda | 0.50 | $125.00 | 62.50 |

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Begin work on August 4 status and agenda | 0.50 | $125.00 | 62.50 |
| | LIA | Receipt and review of email from C.Hurst re Master Service List #3 (.1); Research recent requests for notice received via ECF, mail, and facsimile and requests received for changes to addresses (.3) and work on updating Master Service List #3 (.4) | 0.80 | $125.00 | 100.00 |
| | LIA | Email to all counsel with revised order re continue use of cash through August 6 | 0.20 | $125.00 | 25.00 |
| | LIA | Telephone call with J.Oriti at USA re binders of schedules and statements | 0.20 | $125.00 | 25.00 |
| Jul-12-06 | LES | Prepare for 341 Meeting (1.0) | 1.00 | $425.00 | 425.00 |
| | LES | Attend 341 Meeting (.5) | 0.50 | $425.00 | 212.50 |
| | LES | Post-meeting discussion with counsel and client (.5) | 0.50 | $425.00 | 212.50 |
| | JEM | Review e-mail from S.Smith re: 341 Meeting and phone line (.1); Draft response to e-mail from S.Smith re: phone line (.1); Review e-mail from R.Charles re: withdrawing bar date (.1); Review revised Order Vacating Bar Date (.1); Review e-mail from S. Smith re: fee applications and timing and review pleadings re: same (.3); Review e-mail re: extension for responding to Motion to Use Cash (.1); Review e-mail from E. Karasik re: Order Granting Motion re: Investment Partners and funds referenced in Order (.2); Review e-mail from E. Karasik re: Order: Continued Use of Cash (.1); Review revised Order Approving Continued Use of Cash through 8/6 (.2);  Review e-mail re: 7/25 status hearing on Motion to Use Cash (all debtors)(.1) | 1.40 | $325.00 | 455.00 |

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Telephone calls from and emails from various parties re 341 meeting and availability of telephonic participation | 0.30 | $125.00 | 37.50 |
| | LIA | Finalize Master Service List #3 for efiling | 0.20 | $125.00 | 25.00 |
| | LIA | Receipt and review of multiple emails re Order Vacating Proof Of Claim Deadline | 0.20 | $125.00 | 25.00 |
| | LIA | Receipt and review of email from J.Miller (BMC) re status of noticing Notice of Motion to Distribute | 0.10 | $125.00 | 12.50 |
| | LIA | Review multiple emails from E.Karasik re Investment Partners order, Continued Use of Cash order, and stipulation | 0.30 | $125.00 | 37.50 |
| | LIA | Revise stipulation and order re responses to Motion to Distribute and add response deadlines to Cash Motion per E.Karasik email | 0.30 | $125.00 | 37.50 |
| | LIA | Telephone call with (.2) and email to (.2) Rebecca at Mesirow re format of fee application and local rules | 0.40 | $125.00 | 50.00 |
| Jul-13-06 | LES | Memorandum re: Orders (.2) | 0.20 | $425.00 | 85.00 |
| | JEM | Review e-mail from R.Charles re: Investment Partners Order revisions (all debtors)(.1); Review e-mail re: further revision re: Investment Partners Order (all debtors)(.1); Review listing of status of pending orders (all debtors)(.2); | 0.40 | $325.00 | 130.00 |
| | JEM | Review e-mail from A.Landis re: his position on various orders (.2); Review Motion to Obtain Information and attachments and Notice (.4) | 0.60 | $325.00 | 195.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Conference with A.Loraditch re: various issues re: 341 Meeting and USA (.4); Review response by UCC to LePome's Supplemental Brief (.2); Review e-mail from J.Hermann re: Investment Partners Order (.1) | 0.70 | $325.00 | 227.50 |
| | JEM | Draft e-mail to S.Smith re: interim fee procedures and review interim fee procedures application (.5); Draft e-mail to A.Jarvis and S.Strong re: fee applications (.2); Review Motion to Obtain Information (.2) | 0.90 | $325.00 | 292.50 |
| | LIA | Finalize Stipulation and Order re responses to Motion to Distribute/Cash Motion and transmit to all counsel for review and signature | 0.20 | $125.00 | 25.00 |
| | LIA | Receipt and review of email from L. Schwartzer re status of orders (.1); Research re orders circulated for signature, orders lodged with the court and orders entered (.2) and memorandum to L. Schwartzer and J. McPherson re same (.2) | 0.50 | $125.00 | 62.50 |
| | LIA | Receipt and review of Motion to Lift Stay, Motion to Obtain Information and Responses received via ECF, calendar pertinent deadlines and transmittal of same to all USA counsel | 0.30 | $125.00 | 37.50 |
| Jul-14-06 | LES | E-mails re: scheduling Motions, drafting Order; Memorandum re: debtor-in-possession financing problems (.9) | 0.90 | $425.00 | 382.50 |
| | LES | Review Stipulation re: employment hearings (.2) | 0.20 | $425.00 | 85.00 |

JEM     Work on issues re: hearing date for     3.40     $325.00     1,105.00
employment applications and
review employment orders re: same
(all debtors)(.3); Review draft
section 341 meeting report (all
debtors)(.3); Review e-mail from
L.Davis re: Mesirow employment
application (all debtors)(.1); Draft
e-mail to L. Davis re: hearings on
continued employment applications
(all debtors)(.2); Review e-mail re:
listing of 7/25 hearings (all
debtors)(.1); Review e-mail from
S.Strong re: 7/25 court calendar (all
debtors)(.1); Review e-mail from
M.Olson re: website information
(all debtors)(.1); Review e-mail re:
supplemental filing re: Motion to
Distribute (all debtors)(.1); Review
red-lined comments from S.Strong
re:section 341 meeting article (all
debtors)(.2); Review e-mail re:
continuing employment
applications (all debtors)(.2);
Review e-mail from S.Strong re:
hearing on employment
applications (all debtors)(.1);
Review e-mail from S.Smith re:
revisions to section 341 meeting
information (all debtors)(.1);
Review e-mail from A.Jarvis re:
7/25 and 7/27 hearings (all
debtors)(.1); Review e-mail re:
Stipulation to change 7/27 hearings
(all debtors)(.1); Review e-maiils
re: T.Hanges' cooperation in case
(all debtors)(.2); Review e-mail
from M.Olson re: upcoming
hearings (all debtors)(.2); Review
e-mail from L.Schwartzer re: what
is settlement for 7/25 hearing date
(all debtors)(.1); Review e-mail
from A. Jarvis re: continuing
hearings re: stay relief for 7/25 (all
debtors)(.1); Review e-mail from
S.Strong re: moving stay relief
motions for 7/25 to 8/24 (all
debtors)(.1); Review e-mail from
M.Levinson re: bar date vacating
order (all debtors)(.1); Review

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Receipt and review of email from A.Landis (UST) re orders | 0.20 | $125.00 | 25.00 |
| | LIA | Receipt and review of email from J. McPherson re hearings scheduled for July 27 and Canepa Motion to Lift Stay order; Review of bankruptcy docket and email to J. McPherson re same | 0.40 | $125.00 | 50.00 |
| | LIA | Receipt and review of email from L. Schwartzer re employment orders and July 27 hearing | 0.20 | $125.00 | 25.00 |
| | LIA | Draft stipulation and order continuing July 27 motions | 0.50 | $125.00 | 62.50 |
| | LIA | Emails with R.McJimson (Mesirow) re fee application and deadlines | 0.20 | $125.00 | 25.00 |
| | LIA | Finalize Stipulation and order and email same to all counsel requesting review and comments | 0.20 | $125.00 | 25.00 |
| | LIA | Begin work on separating time entries out per debtor and matter | 2.00 | $125.00 | 250.00 |
| Jul-17-06 | LES | Memorandum to L. Dorsey re rescheduling hearings | 0.30 | $425.00 | 127.50 |
| | JEM | Review e-mail from J.Herman re: Order Investment Partners Motion (all debtors)(.1); Review e-mail from E. Karasik re: Stipulation and Order re: extending time to respond to Motion to Distribute (all debtors)(.1); Review e-mail from G.Gordon re: Stipulation and Order re: extending time to respond to Motion to Distribute (all debtors)(.1); Review e-mails re: 7/25 hearings (all debtors)(.2) | 0.50 | $325.00 | 162.50 |
| | JEM | Review e-mail re: Order Approving Continued Use of Cash (all debtors)(.1) | 0.10 | $325.00 | 32.50 |
| | JEM | Draft e-mail to M. Olson re: Reno lease and questions. | 0.20 | $325.00 | 65.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review e-mail from M. Kehl re: fee application process (all debtors)(.1); Draft response to M. Kehl re: fee application process and timeframes (all debtors)(.3); Review e-mail re: Investment Partners Order final draft (all debtors)(.1) | 0.50 | $325.00 | 162.50 |
| | LIA | Finalize Order re Bar Dates and transmit same to Court | 0.20 | $125.00 | 25.00 |
| | LIA | Review email from C.Hurst re hearing scheduled for July 25 and respond to same | 0.30 | $125.00 | 37.50 |
| | LIA | Review emails from E.Karasik and J.Hermann re Investment Partners order (.2); Revise order per requested edits and conference with L. Schwartzer re same (.3); Transmit via email second revised order to all counsel for review (.1) | 0.60 | $125.00 | 75.00 |
| Jul-18-06 | LES | Emails with S.Strong and T.Allison re July 25 calendar | 0.30 | $425.00 | 127.50 |
| | JEM | Review e-mail re: fee application process from M.Kehl (all debtors)(.1); Draft response to same (all debtors)(.2) | 0.30 | $325.00 | 97.50 |
| | JEM | Review revision to Stipulation and Order re: hearing on employment applications for Debtors and Mesirow (all debtors)(.1); Review e-mail from M.Kehl re: filing of fee application (all debtors)(.1); Review e-mail from A.Jarvis re: fee application process (all debtors)(.1); Review e-mail re: fee application process and filing date (all debtors)(.1); Review Stipulation and Order re: hearings on employment applications (all debtors)(.1) | 0.50 | $325.00 | 162.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review e-mail from A. Loraditch re: Stipulation and Order re: 7/27 hearings (all debtors)(.1); Review e-mail from A. Landis re: Stipulation and Order re: hearings on continued employment (all debtors)(.1); Review e-mail re: request for fee amount projections (all debtors)(.1) | 0.30 | $325.00 | 97.50 |
| | LIA | Telephone call from bankruptcy court re stipulation moving July 27 hearings to July 25 Omnibus hearing date and email to counsel re need to lodge stipulation with court today (.3); Emails from M.Levinson and E.Karasik re revisions to stipulation and revise same (.3) | 0.60 | $125.00 | 75.00 |
| | LIA | Email to BMC Group re proof of service for August 4 Notice of Hearing (.2); Receipt and review of same and prepare for filing (.2) | 0.40 | $125.00 | 50.00 |
| | LIA | Finalize stipulation re July 27 hearings and telephone call to Cheryl at bankruptcy court re same | 0.30 | $125.00 | 37.50 |
| Jul-19-06 | JEM | Conference with L. Dorsey re fee application and procedures to follow (ALL) (.6); telephone call from S. Strong re filing of cash forecast (ALL) (.1); review case forecast from M. Kehl (ALL) (.2); review notice of entry of order re stipulation and order moving employment application hearing (ALL) (.1) | 1.00 | $325.00 | 325.00 |
| | JEM | Review email from S. Strong re cash forecast (ALL) (.1); review email re 07/25 hearings (ALL) (.1); telephone call from E. Monson re cash forecast (ALL) (.1) | 0.30 | $325.00 | 97.50 |
| | LIA | Telephone call with and email from J.Hulet re teleconference for July 25 hearing | 0.20 | $125.00 | 25.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | LIA | Work on separating time entries out for fee application | 2.50 | $125.00 | 312.50 |
|  | LIA | Conference with A. Hosey and J. McPherson re billing and procedures re fee application | 0.20 | $125.00 | 25.00 |
|  | LIA | Prepare and finalize third revised budget re continued use of cash for filing | 0.20 | $125.00 | 25.00 |
| Jul-20-06 | JEM | Draft memorandum re amended disclosure for employment re Silver State Bank | 0.20 | $325.00 | 65.00 |
|  | JEM | Review email re fee applications and respond to same re noticing and filing deadline (ALL) (.4); review multiple emails re 07/25 hearings (ALL) (.2) | 0.60 | $325.00 | 195.00 |
|  | JEM | Review email from E.Monson re 07/25 hearing on motion for cash usage (ALL) (.1); Review emails re updated phone conference number (ALL) (.1); Receive and review status and agenda for 07/25 hearings (ALL) (.4) | 0.60 | $325.00 | 195.00 |
|  | LIA | Email from J.Hulet (Gordon & Silver) re conference call for July 25 hearing and email to same; Telephone call to Conference Calls Unlimited re setting conference call for July 25 Omnibus Hearing and work on issues re same; Telephone call to and from J.Hulet | 1.50 | $125.00 | 187.50 |
|  | LIA | Work on Status and Agenda for July 25 hearing (.3) and telephone call with attorney for investor re status of same and availability for viewing on website (.2) | 0.50 | $125.00 | 62.50 |

| | | | | | |
|---|---|---|---|---:|---:|
| | LIA | Emails to committee counsel re telephonic participation in July 25 hearing (.2); Email to BMC and M.Olson (USA Capital) re updating website with dial in information and review emails from same re same (.2); Email to Eileen at bankruptcy court re moderator dial in instructions for hearing (.1) | 0.50 | $125.00 | 62.50 |
| Jul-21-06 | LES | Memorandum re July 25 calendar items | 0.20 | $425.00 | 85.00 |
| | JEM | Draft reply to oppositions to employment applications (ALL) (1.1); draft email to S. Strong re postpetition financing motion (ALL) (.1); telephone call from S.Strong re 07/25 hearings, status and employment issues (ALL) (.6); receive and review agenda for 07/25 hearings (ALL) (.3); work on issues re withdrawal of postpetition financing motion (ALL) (.2); review email from E.Monson re 07/25 hearings (ALL) (.1); receive and review amended declaration re employment of Schwartzer & McPherson Law Firm (ALL) (.4); review omnibus response to employment applications by committees (ALL) (.3); | 3.10 | $325.00 | 1,007.50 |
| | LIA | Draft Amended Declaration re employment of Schwartzer & McPherson Law Firm | 0.40 | $125.00 | 50.00 |
| | LIA | Finalize Status and Agenda for July 25 hearing | 0.20 | $125.00 | 25.00 |
| | LIA | Draft Notice of Withdrawal of debtor-in-possession financing motion (.2) and prepare same for filing (.1) | 0.30 | $125.00 | 37.50 |