|          |     |                                                                                                                                                                                                                                                                                       |      |          |          |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|          | LIA | Receipt of opposition to Schwartzer & McPherson Law Firm and Ray Quinney employment via ECF and forward same to debtor's counsel and Mesirow (.2) and update Status and Agenda for July 25 hearing (.1)                                                                                 | 0.30 | $125.00  | 37.50    |
| Jul-23-06 | LIA | Continue work on separating out time entries for fee application                                                                                                                                                                                                                       | 1.20 | $125.00  | 150.00   |
| Jul-24-06 | LES | Work on response re employment of counsel                                                                                                                                                                                                                                              | 0.80 | $425.00  | 340.00   |
|          | LES | Prepare for hearings re employment of Mesirow, Ray Quinney, and Schwartzer & McPherson Law Firm                                                                                                                                                                                        | 2.10 | $425.00  | 892.50   |
|          | LES | Prepare for hearing re use of funds                                                                                                                                                                                                                                                    | 0.50 | $425.00  | 212.50   |
|          | JEM | Continue work on reply to supplemental oppositions and responses by committees to continued employment (ALL) (3.4); review notice re investment partners motion order (ALL) (.1); review supplemental declaration re retention of Mesiron (ALL) (.2)                                     | 3.70 | $325.00  | 1,202.50 |
|          | JEM | Review and sign amended status and agenda (ALL) (.3); telephone call from M. Kehl re declaration re retention (ALL) (.1); review email from M. Kehl re execution of declaration (ALL) (.1); review notice of conclusion of 341 meeting (ALL) (.1)                                        | 0.60 | $325.00  | 195.00   |
|          | LIA | Telephone call to Eileen at bankruptcy court re motions not on court calendar for July 25 omnibus hearing and telephone conference issues (.3); Conference with J.Hulet (Gordon & Silver) re teleconference issues (.2); Work on obtaining copies of pleadings not on court's calendar for court per Eileen's request (.5) | 1.00 | $125.00  | 125.00   |

|         | LIA | Finalize Reply Brief re Continued Employment of Schwartzer & McPherson Law Firm, Ray Quinney and Mesirow for filing | 0.20 | $125.00 | 25.00 |
|---------|-----|----|------|---------|-------|
|         | LIA | Finalize Amended Declaration Supporting Application to Employ Schwartzer & McPherson Law Firm for filing and arrange for courtesy copies to Court | 0.30 | $125.00 | 37.50 |
|         | LIA | Revise Status and Agenda for July 25 hearing to reflect recently filed pleadings and prepare same for filing | 0.30 | $125.00 | 37.50 |
|         | LIA | Work on organizing court files for July 25 hearing | 2.50 | $125.00 | 312.50 |
|         | LIA | Draft Notice of Entry of Order and certificate of service re Order Approving Agreement with Investment Partners | 0.40 | $125.00 | 50.00 |
| Jul-25-06 | LIA | Draft order re Schwartzer & McPherson Law Firm, Ray Quinney and Mesirow employment | 0.40 | $125.00 | 50.00 |
|         | LIA | Review emails re filing loan summary and prepare cover sheet and efile same | 0.30 | $125.00 | 37.50 |
| Jul-26-06 | LES | Prepare for hearings on various motions | 1.00 | $425.00 | 425.00 |
|         | LES | Hearings re various motions (employment, forebear, Canepa order) | 2.50 | $425.00 | 1,062.50 |
|         | LES | Revise order re employment | 0.50 | $425.00 | 212.50 |
|         | JEM | Telephone call from J. Blakely of "The Deal" re: Post-Petition Financing Motion (all debtors) | 0.20 | $325.00 | 65.00 |
|         | LIA | Conference with Eileen re August 4 Omnibus Hearing and time change and email to L. Schwartzer and J. McPherson re same | 0.20 | $125.00 | 25.00 |

| | | | | | |
|---|---|---|---|---|---|
| | LIA | Continue work on separating time entries | 0.70 | $125.00 | 87.50 |
| | LIA | Review email from L. Schwartzer re August 4 hearing and notice (.1) and draft Amended Notice of Hearing with correct hearing time (.2) | 0.30 | $125.00 | 37.50 |
| Jul-27-06 | JEM | Review email from J. Mills re service of amended notice (ALL) | 0.10 | $325.00 | 32.50 |
| | LIA | Prepare Amended Notice for August 4 hearing for e-filing and email to J.Miller at BMC re noticing and email to J.Bartlett at BMC re changing time listed on website and telephone calls with J.Miller re same | 0.60 | $125.00 | 75.00 |
| | LIA | Receipt of oppositions to Motion to Distribute filed by Fund Committees, Prospect High and Kantor Group and transmit same to debtor's counsel and Mesirow | 0.20 | $125.00 | 25.00 |
| | LIA | Receipt of oppositions from UCC and Fund Committees to Cash Motion and transmit same to debtor's counsel and Mesirow | 0.20 | $125.00 | 25.00 |
| | LIA | Receipt of multiple oppositions, declarations, responses and joinder to Motion to Distribute Funds and transmit same to debtor's counsel and Mesirow | 0.40 | $125.00 | 50.00 |
| Jul-28-06 | JEM | Review joint limited opposition by Fund Committees to motion to use cash (.4) | 0.40 | $325.00 | 130.00 |
| | JEM | Review opposition to motion for continued use of cash by ECC (.3); review response of committees to application for administrative order (.4) | 0.70 | $325.00 | 227.50 |
| Jul-30-06 | LIA | Begin work on first interim fee application | 1.00 | $125.00 | 125.00 |

| Jul-31-06 | LES | Email re US Trustee involvement in business decisions | 0.80 | $425.00 | 340.00 |
| | LES | Analyze August 04 calendar, assignment of preparation; email to A. Jarvis | 1.20 | $425.00 | 510.00 |
| | LIA | Review email re Liberty Bank and order entered re Investment Partners agreement and respond to same | 0.20 | $125.00 | 25.00 |
| | LIA | Review email from E.Monson and L. Schwartzer (.2) and finalize Response to Motion to Obtain Information for filing and certificate of service of same (.3) | 0.50 | $125.00 | 62.50 |
| | LIA | Work on fee application | 1.00 | $125.00 | 125.00 |
| | Totals | | 76.40 | | $19,300.00 |

**DISBURSEMENTS**

| | Courier | 101.50 |
| | Pacer | 82.17 |
| | Photocopies | 152.50 |
| | Postage | 1.26 |
| | Westlaw | 55.40 |
| Jul-18-06 | Photocopies | 2.25 |
| | Totals | $395.08 |

**Total Fee & Disbursements**                        $19,695.08

**Balance Now Due**                                  $19,695.08

TAX ID Number      46-0469211

# Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:   (702) 228-7590
Fax:  (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 23, 2006

File #:     30566-00007
Inv #:      Sample

**Attention:**

**RE:**     USA - Affects some but not all debtors

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jul-05-06 | JEM | Review e-mail from E. Karasik re: committee meeting and review Response (USACM, FTDF, DTDF)(.1) | 0.10 | $325.00 | 32.50 |
| Jul-06-06 | JEM | Review e-mail from S.Strong re: committee meeting (.1); Review and respond to e-mail from S.Strong re: Motion to Distribute response deadlines (.2) | 0.30 | $325.00 | 97.50 |
| | LIA | Receipt and review of email from J. McPherson re Motion to Distribute (.2) and work on stipulation and order regarding extending time to file responsive pleadings (1.0) | 1.20 | $125.00 | 150.00 |
| Jul-07-06 | JEM | Review e-mail from E. Monson re: Motion to Use Cash (.1); Review e-mail from M. Kehl re: Motion to Use Cash (.1); Review draft Motion to Distribute Cash and e-maiil re: same (.7); Review and finalize Motion to Distribute Cash (.5) | 1.40 | $325.00 | 455.00 |
| | LIA | Finalize Motion to Distribute Funds and exhibits for same for filing | 1.00 | $125.00 | 125.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jul-10-06 | LES | Conference call with committee counsel re: Motion to Distribute | 0.90 | $425.00 | 382.50 |
| | JEM | Attend conference call with committees (.8); Telephone call to S. Strong re: Motion to Distribute (.1) | 0.90 | $325.00 | 292.50 |
| | JEM | Draft e-mail and review Order Limiting Notice re: noticing of Motion to Distribute (.4); Telephone call to and from S.Strong re: same (.2); Review e-mail from J.Miller at BMC re Motion to Distribute notice (.1); Review and revise Notice re: Motion to Distribute and Motion for Continued Use of Funds (.4) | 1.10 | $325.00 | 357.50 |
| | LIA | Work on Stipulation re response deadlines to Motion to Distribute Funds | 1.50 | $125.00 | 187.50 |
| | LIA | Email to all counsel regarding committees/debtors meeting scheduled for July 11, 006 | 0.30 | $125.00 | 37.50 |
| Jul-11-06 | LES | Prepare for meeting (1.1) | 1.10 | $425.00 | 467.50 |
| | LES | Meeting with A. Landis (UST), T. Allison and A. Jarvis re: status of case, 341 Meeting (1.9) | 1.90 | $425.00 | 807.50 |
| | LES | Prepare for meeting witih committees (.5) | 0.50 | $425.00 | 212.50 |
| | LES | Meeting with committees (4.5) | 4.50 | $425.00 | 1,912.50 |
| | LES | Post-meeting discussion withi client (.5) | 0.50 | $425.00 | 212.50 |
| | JEM | Review and finalize Notice of Hearing re: Motion to Distribute and work on noticing issues | 0.40 | $325.00 | 130.00 |
| | LIA | Review multiple emails from counsel re motion to forbear order and requested revisions | 0.20 | $125.00 | 25.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | LIA | Multiple telephone call from counsel re telephonic participation in committee meeting | 0.20 | $125.00 | 25.00 |
| Jul-12-06 | JEM | Review e-mail from S.Strong re: stipulation and order re: extension deadlines for Motion to Distribute (.1); Review e-mail re: drafting order re: Motion to Distribute (.1); Review e-mail re: drafting order re: Motion to Distribute (.1) | 0.30 | $325.00 | 97.50 |
| Jul-17-06 | LES | Review and revise supplement to motion to distribute funds | 1.30 | $425.00 | 552.50 |
| | LIA | Finalize Order re Motion to Forbear and transmit same to Court | 0.20 | $125.00 | 25.00 |
| | LIA | Revise stipulation re responses to Motion to Distribute per M.Levinson's email and circulate to all counsel for review and signature | 0.30 | $125.00 | 37.50 |
| Jul-18-06 | LES | Emails with M. Kiehl, M. Olson re distribution to direct lenders and funds | 0.30 | $425.00 | 127.50 |
| | JEM | Review e-mail re: Motion to Distribute Supplement (.3); Review e-mail from L.Davis re: Motion to Distribute Supplement (.1) | 0.40 | $325.00 | 130.00 |
| | LIA | Email to A.Landis (OUST) re stipulation and order to Motion to Distribute | 0.20 | $125.00 | 25.00 |
| Jul-20-06 | LES | Work on issues related to use of cash | 2.70 | $425.00 | 1,147.50 |
| | JEM | Draft email to E.Monson re committee meeting on 07/19 | 0.10 | $325.00 | 32.50 |
| Jul-24-06 | LES | Prepare for hearings re HFA forbearance | 1.10 | $425.00 | 467.50 |
| | LIA | Finalize Declaration of T.Allison In Support of Motion to Forbear for filing (.2); Finalize Supplemental Reply Brief re Motion to Forbear (.2) | 0.40 | $125.00 | 50.00 |

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| Jul-25-06 | LIA | Draft order re Motion to Forbear | 0.30 | $125.00 | 37.50 |
| Jul-26-06 | LES | Meeting with Committees and Racebrook Capital | 2.50 | $425.00 | 1,062.50 |
| | LES | Revise orders re forbearance | 0.50 | $425.00 | 212.50 |
| | JEM | Review multiple e-mails re: scheduling of weekly calls (USACM, FTDF, DTDF)(.2) | 0.20 | $325.00 | 65.00 |
| | JEM | Review e-mail from E. Karasik re: committee call (.1); Review e-mail from S. Strong re: committee call (.1) | 0.20 | $325.00 | 65.00 |
| | LIA | Review multiple emails re Forbear order and revise same per S.Strong edits | 0.30 | $125.00 | 37.50 |
| Jul-27-06 | LES | Conference call re: Motion for Distribution, Funding Requirements and Fertita proposal and Plans of Reorganization (1.2) | 1.20 | $425.00 | 510.00 |
| Jul-31-06 | LIA | CMC/FTDF: Review emails re motion re Rio Rancho Executive Plaza Loan and August 4 hearing date (.2); Prepare order shortening time application (.2), declaration (.2), attorney information sheet (.2), and order (.2) re Rio Rancho Loan Motion | 1.00 | $125.00 | 125.00 |
| | | Totals | 31.50 | | $10,717.50 |

**DISBURSEMENTS**

| Date | Description | Amount |
|------|-------------|--------|
| Jul-19-06 | Miscellaneous client expense :  Conference Room Golden Nugget 7/11/06 | 1,198.00 |
| | Totals | $1,198.00 |
| | **Total Fee & Disbursements** | **$11,915.50** |
| | **Balance Now Due** | **$11,915.50** |

TAX ID Number      46-0469211

# Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:   (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 23, 2006

File #:    30566-00001
Inv #:          Sample

**Attention:**

**RE:**    USA Commercial Mortgage Company - Chapter 11 Debtor

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jul-03-06 | JEM | Review e-mail from A. Landis re: Order re: preliminarily denying direct lenders Motion | 0.10 | $325.00 | 32.50 |
| Jul-06-06 | LES | Meeting arrangements, check on status of Motion; Telephone call from R. LePome (.5) | 0.50 | $425.00 | 212.50 |
| | JEM | Review e-mail re: order re: partial release and draft e-mail to A.Stevens re: same (.1); Review e-mail from D.Monson re: HFA forebearance (.1); Review e-mail from G.Bagley re: Canepa Motion to Lift Stay Supplement and draft response (.1); Review e-mail from S.Strong re: AFA forebearance issue (.1); Review e-mail to M.Guymon re: partial releases and Roam Development (.1); Review and respond to e-mail from S.Strong re: noon deadline for Reply (.1); Review e-mail from M. Kehl re: HFA forebearance issue (.1); Telephone call from S. Strong re: Motion to Distribute (.1) | 0.80 | $325.00 | 260.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review e-mail to L.Ernce re: Order Denying Direct Lenders' Motion to Lift Stay (.1); Review e-mail from M.Kehl re: AFA forebearance (.1); Review e-mail from M.Guymon re: partial releases order (.2); Review e-mail re: Amesbury condo Order (.1); Review e-mail to M.Guymon re: partial release and amounts (.2); Review e-mail from M.Guymon re: payments (.1); Review e-mail re: payoff for loan (.1) | 0.90 | $325.00 | 292.50 |
| | JEM | Review and revise Motion to Continue to Use Cash (.4); Draft e-mails to E. Monson re: same and respond (.2); Review e-mail from investor re: return of additional Bundy funds and string of e-mails with M. Olson (.2); Draft e-mail to M. Olson re: same (.1); Telephone call from M. Olson r: same (.1) | 1.00 | $325.00 | 325.00 |
| Jul-07-06 | LES | Review and discuss Motion to Use Cash with J. McPherson (.3) | 0.30 | $425.00 | 127.50 |
| | LES | Telephone call from C. Sculley (HFA) re: forebearance; Review status; Check status of Order; E-mail to counsel (.5) | 0.50 | $425.00 | 212.50 |
| | JEM | Review e-mail from A. Jarvis re: circulation of Motion to Distribute (USACM, FTDF, DTDF)(.1); Review multiple e-mails re: Order: Amesbury Condominiums and review Order re: same (USACM)(.3); Review e-mail re: meeting with A. Landis re: case issues (all debtors)(.1); Review e-mail from A. Landis re: Amesbury Order (USACM)(.1); Review 2004 Exam Order re: Lerin Hills (USACM)(.2); Review e-mail from E. Karasik re: Order re: Amesbury (USACM)(.1) | 1.10 | $325.00 | 357.50 |
| Jul-10-06 | JEM | Draft e-mail to B. Berry re: return of Bundy funds (.1); Review proposed press release (.2) | 0.30 | $325.00 | 97.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Telephone call from D.Thrower re: issues re: Rochlin Redding (.1); Telephone call to same re: Rochlin Redding (.4); Review e-mail from C.Hurst re: Petition Amendment (.1); Review e-mail from M.Olson and multiple attachments re: information to be posted on website (.4); Review e-mail from S.Smith re: same (.1) | 0.70 | $325.00 | 227.50 |
| | LIA | Finalize order re Direct Lenders' Motion to Lift Stay with 9021 certification | 0.30 | $125.00 | 37.50 |
| Jul-11-06 | JEM | Review e-mail with multiple attachments re: HFA loan (USACM)(.3); Review e-mail re: HFA Forebearance (USACM)(.2); Review e-mail from M. Guymon re: payment of funds for Roam (USACM)(.1); Review e-mail re: interest payoff for Roam project (USACM)(.1); Review e-mails from A. Stevens re: payoff for Roam project (USACM)(.1); Review e-mail from Jeff Miller re: Noticing of Motion to Distribute (USACM)(.1) | 0.90 | $325.00 | 292.50 |
| | JEM | Review e-mail from J.Miller re: noticing issues (.2); Review article in WRI re: distributions (.2); Review e-mail re: Amesbury Order (.1); Review Notice of Association of Counsel for Alexanders (.2); Review e-mail from S.Strong re: Bundy Canyon and Bob Berry (.2); Review numerous e-mails Roam Development interest payments (.3) | 1.20 | $325.00 | 390.00 |
| Jul-12-06 | JEM | Conference with J.Sylvester re: assumption/rejection of real property leases and information re: same (.4); Review e-mail from A. Stevens re: Roam (.1) | 0.50 | $325.00 | 162.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | JEM | Review e-mail from L.Davis re: Canepa Motion to Lift Stay (.1); Draft response e-mail to L.Davis (.1); Review e-mail from M.Guymon re: Roam Development (.1); Review e-mail re: partial releases (.1); Review e-mail from E.Karasik re: Stipulation and Order re: extension for responding to Motion to Distribute (.1); Review order re: Amesbury Condominiums (.1); Review Motion to Lift Stay filed by R.Weddell and attachments (.5); Review Notice of Hearing on Weddell's Motion to Lift Stay and Declaration in Support of same (.3); Review e-mail re: confidentiality of information (.1) | 1.50 | $325.00 | 487.50 |
| | LIA | Email to T.Allison re application to employ D.Huston | 0.20 | $125.00 | 25.00 |
| | LIA | Receipt and review of Weddell Motion to Lift Stay received via ECF and calendar pertinent dates and email same to all USA counsel with declaration and notice along with reminder of pertinent opposition deadlines | 0.20 | $125.00 | 25.00 |
| Jul-13-06 | LES | Telephone call from J. Edwards (.2) | 0.20 | $425.00 | 85.00 |
| | LES | Memorandum re: Orders (.3) | 0.30 | $425.00 | 127.50 |
| | JEM | Telephone call from A.Abrams re: noticing issues for investor (USACM)(.1); Review e-mail from A.Abrams re: noticing issues (USACM)(.1); Review and revise stipulation re: extension to respond to Motion to Distribute (USACM)(.2); Review e-mail from S.Smith to A.Abrams re: BMC (USACM)(.1) | 0.50 | $325.00 | 162.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Telephone call from L.Davis re: Canepa Motion to Lift Stay Order and information issues (.4); Draft e-mail to S. Strong re: real property leases (USACM)(.3); Review response to S. Strong re: same (USACM)(.1); Draft Reply to S. Strong re: same and stipulations (USACM)(.3) | 1.10 | $325.00 | 357.50 |
| | JEM | Review multiple e-mails re: Palm Harbor project and releases (USACM)(.3); Review e-mail re: handling Weddell Motion to Lift Stay and conference with L. Schwartzer re: issues re: same (USACM)(.4) | 0.70 | $325.00 | 227.50 |
| | JEM | Review e-mail from L.Davis re: refusal to allow supplement re: Boise/Gowan Motion and forward to A.Jarvis (USACM)(.1); Review e-mail from L.Davis re: competing Orders re: Canepa Lift Stay (USACM)(.1); Review e-mails from M. Olson re: S.Bice and M.Etterman (USACM)(.2); Review e-mail from L.Davis re: request for information for several loans and continue issues re: same (USACM)(.3);  Review e-mail from L. Davis re: information request and work on issues (USACM)(.3); Review e-mail from A. Jarvis re: real property leases (USACM)(.1) | 1.10 | $325.00 | 357.50 |
| | LIA | Transmit Lerin Hills subpoena duces tecum to all USA counsel and calendar pertinent deadlines | 0.20 | $125.00 | 25.00 |
| Jul-14-06 | LES | Telephone call from T. Gilloon re: Rohan Development Group; Check website information; Telephone call to T. Gilloon (.5) | 0.50 | $425.00 | 212.50 |
| | LES | Correspondence re: liability policy (.2) | 0.20 | $425.00 | 85.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Draft e-mail to L.Dorsey re: Canepa competing orders (.1) Review response re: same and forward to L.Davis (.1); Draft e-mail to L.Davis re: 7/25 hearing and revise website for same (.2); Review response re: 7/27 hearing date (.1); Review e-mail re: Stipulation and Order Continuing Response Time to Motion to Distribute (.1) | 0.60 | $325.00 | 195.00 |
| | JEM | Review e-mail re: hearing re: competing orders re: Canepa and forward to L.Davis (USACM)(.2); Review e-mail from S.Smith re: real property lease in Reno (USACM)(.1); Review e-mail from J.Oriti re: Reno lease (USACM)(.1); Review e-mail from S.Smith re: Reno lease (USACM)(.1) | 0.50 | $325.00 | 162.50 |
| | JEM | Review e-mail from M.Olson re: information regarding Reno lease (USACM)(.1); Review e-mail re: unremitted principal (USACM)(.1); Review e-mail from S.Smith re: unremitted principal (USACM)(.1); Review e-mail from A.Parlen re: employment of Stutman re: interpleader (USACM)(.1); Review e-mail from L.Schwartzer re: interpleader and employment of Stutman (USACM)(.1); Review letter from S.Sanchez re: withdrawal of notice and handle (USACM)(.2); Review Amended Statement of R.LePome (USACM)(.1); Review Motion for Order Shortening Time re: Sierra (USACM)(.2) | 1.00 | $325.00 | 325.00 |
| Jul-17-06 | LES | Emails re distribution motion | 0.20 | $425.00 | 85.00 |
| | LES | Emails re Canepa requests for documents | 0.40 | $425.00 | 170.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review e-mail re: Canepa information request (USACM)(.1); Review and sign Notice of Hearing re: competing Canepa Orders (USACM)(.1); Review e-mail re: request to close Wells Fargo collection account (USACM)(.1) | 0.30 | $325.00 | 97.50 |
| | JEM | Review and sign Stipulation and Order re: Motion to Distribute with new revisions (USACM)(.1); Review e-mail re: execution on Stipulation and Order re: Motion to Distribute (USACM)(.1) | 0.20 | $325.00 | 65.00 |
| | LIA | Telephone call from Eileen at bankruptcy court re noticing of objection to order re Boise/Gowan Motion to Lift Stay (.2) and draft notice re same and prepare notice for filing (.3) | 0.50 | $125.00 | 62.50 |
| Jul-18-06 | LES | Review Wedell complaint, research applicability of section 523 to corporation; Draft letter to M.Kreutzer (Hale Lane) re complaint filed | 2.20 | $425.00 | 935.00 |
| | LES | Email and telephone call to T. Allison re interpleader/employment of D. Huston | 0.30 | $425.00 | 127.50 |
| | LES | Telephone call and emails with R. Charles re July 25 calendar; email to co-counsel | 0.40 | $425.00 | 170.00 |
| | LES | Telephone call with M. Kehl; email to C. Sculley re HFA forbearance | 0.30 | $425.00 | 127.50 |
| | LES | Emails with A. Jarvis re Canepa/Boise Gowan motion and strategy | 0.30 | $425.00 | 127.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | JEM | Review complaint filed by R.Weddell re: 523 (USACM)(.4); Review Application to Employ Sierra Consulting (USACM)(.4); Review e-mail from S.Strong re: Weddell Complaint (USACM)(.1); Review Declaration of T.Burr in Support of Employment of Sierra (USACM)(.1); Review e-mail from D.Monson re: Canepa order (USACM)(.1); Telephone call from K.Larsen re: Meadow Creek project (USACM)(.3); Draft e-mail to D.Monson re: Meadow Creek project (USACM)(.4); Review Rule 9011 to Hale Lane re: Weddell Complaint (USACM)(.1) | 1.90 | $325.00 | 617.50 |
| | LIA | Receipt and review of email from J. McPherson and D.Monson re lodged order re Canepa Motion to Lift Stay and forward same to S.Scann and D.Monson | 0.20 | $125.00 | 25.00 |
| Jul-19-06 | LES | Draft declaration for HFA; email to C. Scully | 0.70 | $425.00 | 297.50 |
| | LES | Review budget; prepare for filing | 3.20 | $425.00 | 1,360.00 |
| | LES | Telephone call with R. McKnight (direct lender) | 0.20 | $425.00 | 85.00 |
| | LES | Telephone call re distribution motion with various direct lenders re individual reports | 1.20 | $425.00 | 510.00 |
| | LES | Emails with client re HFA refinancing and declaration | 0.30 | $425.00 | 127.50 |
| | JEM | Telephone call from B. Meric of Key Bank re notices of USACM filing (USACM) (.1) | 0.10 | $325.00 | 32.50 |
| | JEM | Telephone call from B. Lepone re information to be sent (USACM) (.1) | 0.10 | $325.00 | 32.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Telephone call from A. Abrams re distribution information (USACM) (.1); review BMC site and USA Capital site for information requested and draft email to A. Abrams re same (USACM) (.5); telephone call from T. Burn re status of employment (USACM) (.1); review information re listing of Silver State (USACM) (.1); review entry of order preliminarily denying direct lenders motion (USACM) (.1) | 0.90 | $325.00 | 292.50 |
| | JEM | Review partial opposition to motion to distribute funds (USACM) (.3); review motion to appear pro hac vice from David Stephens (USACM) (.1); review motion to lift stay filed by Standard Development (USACM) (.4) | 0.80 | $325.00 | 260.00 |
| | LIA | Receipt and review of Motion to Lift Stay by Standard Development Property and Affidavit and forward same to debtor's counsel and Mesirow and calendar pertinent opposition deadlines | 0.20 | $125.00 | 25.00 |
| Jul-20-06 | LES | Email to C. Scully re Chowdhury declaration | 0.50 | $425.00 | 212.50 |
| | LES | Prepare for conference call; conference call with direct lenders and HFA re forbearance | 0.50 | $425.00 | 212.50 |
| | LES | Review final declaration from Chowdhury | 0.20 | $425.00 | 85.00 |

| | | | | |
|---|---|---|---|---|
| JEM | Review memorandum re: Gramm Leach Bliley Act (USACM) (.3); telephone call from A. Abrams re investor information (USACM) (.2); draft email to S. Smith re Norman Kivens information (USACM) (.2); review declaration Chodury re AFA loans (USACM) (.3); attend conference call re Chodury (USACM) (.4); review email re maturation of Boise/Gowan loan and declaration of R.Russell in opposition to Canepa motion to lift stay (USACM) (.4); review email to Brian re Palm Harbor loan (USACM) (.2); review order re 2004 examination from T.Kehoe (USACM) (.1); review email re change of Canepa address and draft email to BMC and S.Smith re same (USACM) (.2) | 2.30 | $325.00 | 747.50 |
| JEM | Review for filing monthly operating reports for USA Capital for April, May, June 2006 | 0.60 | $325.00 | 195.00 |
| JEM | Review email re Lionel Sawyer and Collins amended 2019 statement | 0.20 | $325.00 | 65.00 |
| JEM | Review for filing monthly operating reports for USACM for April, May, June 2006 | 0.90 | $325.00 | 292.50 |
| JEM | Telephone call to K.Larson re Meadow Creek Partners project | 0.30 | $325.00 | 97.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review email re Lerin Hills 2004 exam (USACM) (.1); review response and request for clarification to debtors' motion to distribute (USACM) (.2); telephone call from D. Huston re information for interpleader action (USACM) (.2); review email from S. Smith re Yegen letter and respond to same (USACM) (.2); review email from D. Monson re Boise Gowan response (USACM) (.1); review email from S. Smith re investor information (USACM) (.1); review supplemental response re motion to forebear (USACM) (.2); telephone call to lessor re rejection of Reno lease (USACM) (.3); telephone call to C. Tijsseling re rejection of Reno lease (USACM) (.2); review lease and draft stipulation and order re rejection of Reno lease (USACM) (.7); draft email to S. Strong re Reno lease (USACM) (.1); | 2.40 | $325.00 | 780.00 |
| | LIA | Receipt and review of 2004 order for exam of Person Most Knowledgeable at USA and forward same to debtor's counsel and Mesirow with reminder re pertinent dates | 0.20 | $125.00 | 25.00 |
| | LIA | Email from L. Schwartzer re Chowdury declaration and prepare same for filing | 0.30 | $125.00 | 37.50 |
| Jul-21-06 | LES | Review media coverage | 0.60 | $425.00 | 255.00 |
| | LES | Telephone call from J. Lensky (Employee Benefit Security Administration) | 0.50 | $425.00 | 212.50 |
| | LES | Review Weddell motion to lift stay; begin drafting opposition | 3.50 | $425.00 | 1,487.50 |
| | LES | Work on opposition to Weddell motion to lift automatic stay | 2.20 | $425.00 | 935.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | JEM | Review letter from E.C. Yegen re discrepancy in amount paid (USACM) (.3); draft letter to E.C. Yegen (USACM) (.3); Review email re Robert Russell re Boise Gowan motion to lift stay (USACM) (.1) | 0.70 | $325.00 | 227.50 |
| Jul-24-06 | LES | Prepare for hearing re Canepa order | 0.50 | $425.00 | 212.50 |
|  | JEM | Telephone call from M. Schmall re various document inquiries (USACM) (.2); review email from M. Schmall re document requests (USACM) (.3); review notice re amendment to unsecured creditors committee (USACM) (.2) | 0.70 | $325.00 | 227.50 |
|  | JEM | Review affidavit of R. Russell (USACM) (.1); review email from J. Oriti re ACS servicing agreement (USACM) (.1) | 0.20 | $325.00 | 65.00 |
|  | JEM | Review email re supplemental declarations re forebearance (USACM) (.1); review order re permitting appearance of government attorneys (USACM) (.1); review order re order shortening time on motion re Sierra (USACM) (.1); review supplemental declaration re forebearance (USACM) (.1); further reviewed and revised supplemental brief re forebearance (USACM) (.1); | 0.50 | $325.00 | 162.50 |
|  | LIA | Transmit order shortening time re application to employ Sierra Consulting to debtor's counsel and Mesirow with pertinent deadlines and calendar same | 0.10 | $125.00 | 12.50 |
| Jul-25-06 | JEM | Telephone call from A. Abrams re information re Norman Kivens (USACM) (.1); another telephone call from A. Abrams re information re Norman Kivens (USACM) (.2) | 0.30 | $325.00 | 97.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Draft email to S. Strong re Reno lease (USACM) (.2); review email from S. Strong re Reno lease (USACM) (.1) | 0.30 | $325.00 | 97.50 |
| | JEM | Review email re Reno stipulation and order and finalize same | 0.20 | $325.00 | 65.00 |
| | JEM | Review email from S. Strong re response to Weddill motion to lift stay (USACM) (.1); review email re order approving use of cash (USACM) (.1); review email re filing of loan summaries (USACM) (.1); review email re revised loan summaries (USACM) (.1) | 0.40 | $325.00 | 130.00 |
| | LIA | Email to G.Bagley (Lionel Sawyer) re Order on Boise/Gowan Motion to Lift Stay | 0.20 | $125.00 | 25.00 |
| Jul-26-06 | LES | Review revised loan summary issues; email to staff | 0.30 | $425.00 | 127.50 |
| | LES | Telephone call from press re: debtor-in-possession financing (.2) | 0.20 | $425.00 | 85.00 |
| | LES | Telephone call from real estate broker re: Placer Vineyard loan (.2) | 0.20 | $425.00 | 85.00 |
| | LES | Review Fertita Enterprise funding proposal (.2) | 0.20 | $425.00 | 85.00 |
| | LES | Review Loan Funding Requirements; Analyze for potential solution (1.4) | 1.40 | $425.00 | 595.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review e-mail from L.Davis re: Boise Gowan Motion to Lift Stay (USACM)(.1); Review e-mail re: Weddell Relief from Stay Motion (USACM)(.1); Review e-mail re: Levin Hills 2004 Exam (USACM)(.1); Review e-mails re: response to request from Canepa (USACM)(.2); Telephone call to J. Sylvester's office re: Agreement to extend time to assume or reject leases in Las Vegas (USACM)(.2); Work on issues re: August 4 hearing time (USACM)(.2); Review list of funding requirements for existing loans (USACM)(.4); Review e-mail re: drafting amended notice re: August 4 hearings (USACM)(.1); Review e-mail from M. Olson re: August 4 hearing (USACM)(.1); Review e-mail re: pending litigation and steps to be taken (USACM)(.2); Review e-mail from L. Davis re: Canepa requests (USACM)(.1); Review loan summary report (USACM)(.3) | 2.10 | $325.00 | 682.50 |
| | JEM | Draft e-mail to A. Jarvis and E. Monson re: Canepa requests (USACM)(.2) | 0.20 | $325.00 | 65.00 |
| Jul-27-06 | LES | Review Kanter Group Objection; E-mail to client (.3) | 0.30 | $425.00 | 127.50 |
| | LES | Review Texas foreclosure action re: Gramercy Court; Discuss need to review Texas  Mechanic's Lien law and contact Plaintiff's counsel (.5) | 0.50 | $425.00 | 212.50 |
| | LES | Memorandum re: accountant liability (3.3) | 3.30 | $425.00 | 1,402.50 |
| | LES | Review Oppositions to Motion to Dismiss; Begin work on responses (4.5) | 4.50 | $425.00 | 1,912.50 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review email re August 04 hearing (USACM) (.1); review email re noticing of amended notice re motion to distribute (USACM) (.1); telephone call from M. Guymon and J. Pengilley re Grammercy Court project (USACM) (.6); conference with LES re status of finding re Grammercy (USACM) (.3); draft email to D. Monson re Grammercy Court issues (USACM) (.3); telephone call from D. Monson re Grammercy (USACM) (.3); review complaint filed by F.T. Leach Builders against Grammercy (USACM) (.3); review email re postings on website and postings re investor inquiries (USACM) (.9); review objection by Kantor Group re motion to distribute (USACM) (.4); review email re rejection of leases and execution of contracts (USACM) (.1); review opposition by J. Chubb to motion to distribute (USACM) (.4); review DTDF opposition to motion to distribute (USACM) (.9); review opposition by UCC to motion to use cash (USACM) (.2) | 4.90 | $325.00 | 1,592.50 |
| | JEM | Legal research re mechanics liens under Texas law re Grammercy Court project and review complaint (USACM) (1.1) | 1.10 | $325.00 | 357.50 |
| | LIA | Email correspondence to S.Smith, M.Olson and M.Kehl re letter from U.S. Department of Labor | 0.20 | $125.00 | 25.00 |
| Jul-28-06 | LES | Review records re Botaba Realty litigation in Chicago; email to client re notice and contents of litigation | 0.30 | $425.00 | 127.50 |
| | LES | Emails re scheduling Weddell motion to lift stay and opposition | 0.20 | $425.00 | 85.00 |
| | LES | Emails re Standard Property Development project status | 0.30 | $425.00 | 127.50 |

| | | | | |
|---|---|---|---|---|
| LES | Emails re additional claim | 0.20 | $425.00 | 85.00 |
| JEM | Telephone call from D. Monson re Gramercy Court project and telephone call to same (.2); conference with D. Monson and J. Pengilly re Gramercy and 30 million loan (.5) | 0.70 | $325.00 | 227.50 |
| JEM | Revise opposition by Prospect Fund to motion to distribute (.4); review declaration in support of opposition to motion to distribute (.5); review opposition to motion to distribute by N. Kivens (.3); review response to motion to distribute by FTDF (.4); review declaration of T. Burn in support of motion to distribute (.4) | 2.00 | $325.00 | 650.00 |
| JEM | Review Mantas' Groups joinder in partial opposition to motion to distribute (.3); review UCC's response to motion to distribute (.4); review emails from R. Bupp re: request for information re certain loans (.2); review amended 2014 sheet from R. Charles (.2); draft response to R. Bupp re Porter Hunt and loan status (.2); review pleadings re Botaba Realty (.2); review U.S. Trustee's opposition to motion to distribute (.3); review and revise and execute stipulation and order re Weddell motion to lift stay (.4); conference with S. Strong re same (.2); draft email to S. Strong re same (.1); review opposition by ECC to employment of Sierra (.2); review email re Botaba Realty complaint (.1); review email re leases to reject (.1); review email from R. Charles re Weddell motion to lift stay and response (.2) | 3.10 | $325.00 | 1,007.50 |

| | | | | |
|---|---|---|---|---|
| JEM | Review joinder by FTDF in opposition to Boise/Gowan motion to lift stay (.1); review joinder by FTDF in opposition to Direct Lenders' motion to lift stay (.1 | 0.20 | $325.00 | 65.00 |
| JEM | Review email from E. Monson re compliance with Canepa requests (.1); review email re Fertita proposal (.1); review additional email re Fertita proposal and S. Scann (.1) | 0.30 | $325.00 | 97.50 |
| JEM | Draft email to R. Bupp re Porter Hunt (.1); review email re drafting Fertita motion (.1); review Fertita term sheet (.3); review email re Grammercy Court and attached proposal (.2); review email re drafting Fertita motion (.1); review email from R. Bupp re Porter Hunt (.1); review joinder in Direct Lenders' opposition to motion to distribute from Canepa (.2); review email re pending litigation (.2); review email re motion for Fertita financing subject to Scott Bice approval (.1) | 1.40 | $325.00 | 455.00 |
| LIA | Email to D.Monson re Gramercy petition | 0.20 | $125.00 | 25.00 |
| LIA | Review email re Weddell Motion to Lift Stay (.2) and work on stipulation to continue hearing and extend response deadlines (.5) | 0.70 | $125.00 | 87.50 |
| LIA | Review email from L. Schwartzer re Botaba Realty litigation (.1); Draft Notice of Bankruptcy Filing in Botaba Realty litigation in Illinois (.3) and draft letter to Clerk of Circuit Court in Illinois re filing of notice (.2) | 0.60 | $125.00 | 75.00 |
| LIA | Finalize Stipulation to Continue Weddell and Spectrum Motion to Lift Stay (.2) and email same to E.Cadish (Hale Lane) for review (.1) | 0.30 | $125.00 | 37.50 |

| Date | | | | | |
|---|---|---|---|---|---|
| Jul-30-06 | LES | Continued research re potential claims against brokers (fraudulent transfer) to recover commissions | 1.20 | $425.00 | 510.00 |
| | LES | Analyze proposed Rio Rancho loan from Fertitta Enterprises | 0.80 | $425.00 | 340.00 |
| Jul-31-06 | LES | Review proposed motion for authorization for Fertitta funding of Rio Rancho project | 1.50 | $425.00 | 637.50 |
| | LES | Emails re Fertitta funding of Rio Rancho project | 0.70 | $425.00 | 297.50 |
| | LES | Telephone call re Placer County Land Speculators (Placer Vineyards loan) | 0.40 | $425.00 | 170.00 |
| | LES | Emails re Fertitta funding of Rio Rancho | 0.80 | $425.00 | 340.00 |
| | JEM | Review motion for approval of financing with Fertita (.5); review email re basis for Fertita motion on shortened time (.1); telephone call to S. Scann re same (.1); draft email to L. Dorsey re Fertita financing motion on shortened time (.1); review email from E. Cadish re stipulation and order re Weddell litigation (.2); telephone call from J. Sylvester re Las Vegas leases (.1) | 1.10 | $325.00 | 357.50 |

| | | | | |
|---|---|---|---|---|
| JEM | Telephone call from S. Scann re Fertita funding motion (.2); review memorandum re potential suit against brokers (.3); review email re Fertita financing motion to be requested to be heard on 08/04 (.2); review email from S. Smith re conference call (.1); review letter from Liberty Bank and draft email to L. Dorsey re same (.2); review email to S. Scann re motion to expedite (.1); review email re subordination agreement re Liberty Bank (.1); review email from Santa Fe re checks returned for non-sufficient funds and continue on issues re same (.2); review email from M. Olson re loan summary postings (.2); review email re status of Standard Property Dev. project (.1); review request re having motion re Fertita financing heard on shortened time (.1); review email re additional funding commitment for Rio Rancho loan (.1); review response to E. Cadish re 08/16 hearing date (.1); review email re funding interest reserve (.1); review email from B. Russell re Rio Rancho loan (.1); review emails re interest reserve for Rio Rancho (.2); review email re terms of financing by Fertita for Rio Rancho (.1) | 2.50 | $325.00 | 812.50 |
| JEM | Review email from M. Guymon re Gramercy project (.1); review email from D. Monson re Gramercy project (.1); review Gramercy title report (.2); review email from D. Cangelosi re investor statements (.2); review response to motion to obtain information (.2) | 0.80 | $325.00 | 260.00 |

| | | | | | |
|---|---|---|---|---|---|
| JEM | Review email from A. Jarvis re Jerry Gordon's portion re Rio Rancho (.2); review email from Jerry Gordon re Rio Rancho financing and responsive email (.2); review email from A. Jarvis re Rio Rancho financing (.1) | 0.50 | $325.00 | | 162.50 |
| JEM | Review email re Rio Rancho financing on shortened time (.1); review email re request for hearing on Rio Rancho motion (.1) | 0.20 | $325.00 | | 65.00 |
| JEM | Review email re drafting responses to motion to pay direct lenders (.1); review emails re 08/04 hearing (.1); review email re brokers' commissions (.1); telephone call to J. Sylvester re lease extension (.1) | 0.40 | $325.00 | | 130.00 |
| LIA | Review email from E.Cadish (Hale Lane) re stipulation and order to Weddell Motion to Lift Stay (.2); Revise stipulation and email to E.Cadish (.3) | 0.50 | $125.00 | | 62.50 |

| | | | | |
|---|---|---|---|---|
| | Totals | 93.40 | | $33,135.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Courier | 5.00 |
| | Pacer | 54.45 |
| | Photocopies | 10.75 |
| | Postage | 2.67 |
| | Westlaw | 415.01 |
| Jul-05-06 | Photocopies | 2.25 |

| | | |
|---|---|---|
| | Totals | $490.13 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$33,625.13** |
| **Balance Now Due** | **$33,625.13** |

TAX ID Number        46-0469211

## TRUST STATEMENT

|  | Disbursements | Receipts |
|---|---|---|
| Trust Balance Forward | | 62,880.50 |
| Total Trust | $0.00 | $62,880.50 |
| **Trust Balance** | | **$62,880.50** |

# Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 23, 2006

File #:    30566-00001b
Inv #:    Sample

**Attention:**

**RE:**    USA  - Wells Fargo Adversary

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Jul-06-06 | JEM | Review e-mail from C. Carlyon re: Acceptance of Service and Abeyance and continue same (.2) | 0.20 | $325.00 | 65.00 |
| Jul-10-06 | JEM | Review Answer and Counterclaim and continue issues re: same (.4) | 0.40 | $325.00 | 130.00 |
| Jul-17-06 | LES | Emails re WFB account | 0.30 | $425.00 | 127.50 |
| Jul-24-06 | JEM | Review email and respond to same re scheduling conference time (.2) | 0.20 | $325.00 | 65.00 |
|  | LIA | Review email re summons and scheduling conference date; Revise summons with correct scheduling conference date and arrange for same to be issued | 0.30 | $125.00 | 37.50 |
| Jul-27-06 | LIA | Prepare Acceptance of Service for re-issued summons and arrange for service of same to Wells Fargo counsel (.2) and arrange for service of re-issued summons to J.Feeney and counsel (.2); Prepare certificate of service of re-issued summons (.1) | 0.50 | $125.00 | 62.50 |

| Jul-28-06 | JEM | Review Rule 9011 letter from Shea and Carleyon and continue issues re same (.4); draft email to S. Smith re course of action (.2) | 0.60 | $325.00 | 195.00 |
|-----------|-----|------|------|---------|--------|
|           |     | Totals |   2.50 |         | $682.50 |

**DISBURSEMENTS**

| Courier | 22.00 |
|---------|-------|
| Photocopies | 10.50 |
| Postage | 2.22 |
| Totals | $34.72 |

**Total Fee & Disbursements**                                 **$717.22**

**Balance Now Due**                                           **$717.22**

TAX ID Number       46-0469211

# *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1

Las Vegas, NV 89146

Ph:    (702) 228-7590

Fax:    (702) 892-0122

USA Commercial Mortgage Company

c/o Annette W. Jarvis

36 South State Street, Suite 1400

Salt Lake City, UT 84145

August 23, 2006

File #:    30566-00001a

Inv  #:          Sample

**Attention:**

**RE:**      USA - IP adversary

| | |
|---|---|
| **Total Fee & Disbursements** | **$0.00** |
| **Balance Now Due** | **$0.00** |

TAX ID Number      46-0469211

# Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 23, 2006

File #:    30566-00001c

Inv #:    Sample

**Attention:**

**RE:**    USA - Interpleader Action

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jul-05-06 | JEM | Conference with D. Huston re: employment application for interpleader action (USACM)(.2) | 0.20 | $325.00 | 65.00 |
| | LIA | Telephone call to G.Garman re Order Employing D.Huston as special conflicts counsel | 0.10 | $125.00 | 12.50 |
| Jul-06-06 | JEM | Draft e-mail to L. Schwartzer re: employment of Stutman Treester and review Response (.2) | 0.20 | $325.00 | 65.00 |
| Jul-11-06 | LIA | Telephone call with D.Huston re status of application and order to employ him as special counsel (.2) and receipt and review of email from G.Garman re same (.1) | 0.30 | $125.00 | 37.50 |
| Jul-25-06 | JEM | Return telephone call to D. Huston re documents for interpleader action (.3) | 0.30 | $325.00 | 97.50 |
| | Totals | | 1.10 | | $277.50 |

**Total Fee & Disbursements**                                    **$277.50**

**Balance Now Due**                                              **$277.50**

TAX ID Number        46-0469211

# Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company                                    August 23, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:    30566-00003
**Attention:**                                                    Inv #:    Sample

**RE:**    USA Capital Diversified Trust Deed Fund, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jul-05-06 | LIA | Telephone call with C.Roberts' office re Stipulation To Stay Proceedings in Prospect High Income Fund litigation and L. Schwartzer's position with regard to executing the stipulation | 0.20 | $125.00 | 25.00 |
| Jul-20-06 | JEM | Review for filing monthly operating reports for USA DTDF for April, May, June 2006 | 0.80 | $325.00 | 260.00 |
| Jul-21-06 | LES | Review and revise application to employ Stutman as special counsel; email to A. Parlen, email to T. Allison | 0.70 | $425.00 | 297.50 |
| Jul-25-06 | JEM | Conference with A. Loraditch re fee entries (DTDF) (.2) | 0.20 | $325.00 | 65.00 |
| | Totals | | 1.90 | | $647.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Pacer | | 46.53 |
| Totals | | $46.53 |

**Total Fee & Disbursements**                                     $694.03

**Balance Now Due**                                               $694.03

TAX ID Number        46-0469211

# *Schwartzer & McPherson Law Firm*

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company                                      August 23, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:      30566-00004
**Attention:**                                                          Inv  #:         Sample

**RE:**        USA Capital First Trust Deed Fund, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jul-05-06 | JEM | Telephone call from A. Parlen re: committee authority for representing Interpleader Defendant (FTDF)(.1); Conference with A. Parlen re: same (.2) | 0.30 | $325.00 | 97.50 |
| Jul-06-06 | LES | Draft Application, Declaration, Order re: employment of Stutman as Special Counsel for interpleader action (2.2) | 2.20 | $425.00 | 935.00 |
| Jul-12-06 | JEM | Review e-mail re: payment information to be supplied to FTDF (.1); Review e-mail from S.Smith re: information for investors in FTDF (.1); Review e-mail from S.Smith re: information for investors in FTDF (.1) | 0.30 | $325.00 | 97.50 |
| Jul-13-06 | LES | Memorandum re: Orders (.2) | 0.20 | $425.00 | 85.00 |
| Jul-18-06 | LES | Emails with A. Parlen re employment of Stutmar as special counsel | 0.30 | $425.00 | 127.50 |
| Jul-20-06 | JEM | Review for filing monthly operating reports for USA FTDF for April, May, June 2006 | 0.80 | $325.00 | 260.00 |

| | | | | | |
|---|---|---|---|---|---|
| | JEM | Review email from A. Parlen re employment (FTDF) (.1) | 0.10 | $325.00 | 32.50 |
| Jul-23-06 | LES | Review supplemental response from FTDF committee; draft supplemental declaration of T. Allison; draft supplemental reply brief | 2.20 | $425.00 | 935.00 |
| Jul-31-06 | JEM | Review email from E. Karasik re vacation and absence (.1) | 0.10 | $325.00 | 32.50 |
| | Totals | | 6.50 | | $2,602.50 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies | 0.50 |
| Westlaw | 30.62 |
| Totals | $31.12 |
| **Total Fee & Disbursements** | **$2,633.62** |
| **Balance Now Due** | **$2,633.62** |

TAX ID Number      46-0469211

# Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:     (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company                                         August 23, 2006
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

File #:      30566-00002
**Attention:**                                                          Inv  #:          Sample

**RE:**      USA Capital Realty Advisors, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jul-20-06 | LIA | Prepare cover sheet for April, May and June Monthly Operating Report and efile same | 0.60 | $125.00 | 75.00 |
| Jul-21-06 | JEM | Review email re USA Capital Realty monthly operating reports from L.Ernce and work on issues re same and review docket (USACR) (.3); review email from L. Dorsey re same (USACR) (.1); review email from C.Pajak re USA Capital Realty monthly operating reports and review attachments (USACR) (.2) | 0.60 | $325.00 | 195.00 |
| | Totals | | 1.20 | | $270.00 |

**Total Fee & Disbursements**                                                          **$270.00**

**Balance Now Due**                                                          **$270.00**

TAX ID Number      46-0469211

# *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:    (702) 228-7590
Fax:    (702) 892-0122

USA Commercial Mortgage Company
c/o Annette W. Jarvis
36 South State Street, Suite 1400
Salt Lake City, UT 84145

August 23, 2006

File #:    30566-00005
Inv #:    Sample

**Attention:**

**RE:**    USA Securities, LLC

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Jul-12-06 | JEM | Review e-mail re: USA Securities Insurance Policy | 0.10 | $325.00 | 32.50 |
| Jul-20-06 | JEM | Review for filing monthly operating reports for USA Securities for June 2006 | 0.30 | $325.00 | 97.50 |
| | Totals | | 0.40 | | $130.00 |

**Total Fee & Disbursements**                                         **$130.00**

**Balance Now Due**                                         **$130.00**

TAX ID Number        46-0469211