# EXHIBIT "B"

Client Costs Journal
Apr 14/2006 To Jul 31/2006

| Date Entry# | Paid To Explanation | Source | Matter | Client Name | Ref# | G/L Acct | | Amount |
|---|---|---|---|---|---|---|---|---|
| May 31/2006 96928 | Expense Recovery Westlaw | | CER | 30566-00001b USA Commercial Mor | 02981 | 5310 | - Lexis/Wes | 29.08 |
| | Total for May 31/2006 : | | 29.08 | | | | | |
| Jun 19/2006 97779 | Expense Recovery Filing Fee : Adversary Complaint: USA v. W | | CER | 30566-00001b USA Commercial Mor | 03005 | 5010 | - Client Di | 250.00 |
| Jun 19/2006 101211 | Expense Recovery Photocopies | | CER | 30566-00001b USA Commercial Mor | 02995 | 5521 | - Photocopy | 3.00 |
| | Total for Jun 19/2006 : | | 253.00 | | | | | |
| Jun 21/2006 97863 | Expense Recovery Photocopies | | CER | 30566-00001b USA Commercial Mor | 03013 | 5521 | - Photocopy | 2.50 |
| | Total for Jun 21/2006 : | | 2.50 | | | | | |
| Jun 23/2006 97825 | Expense Recovery Courier | | CER | 30566-00001b USA Commercial Mor | 03009 | 5501 | - Delivery | 5.00 |
| Jun 23/2006 99036 | Expense Recovery Postage | | CER | 30566-00001b USA Commercial Mor | 03038 | 5531 | - Postage R | 1.11 |
| | Total for Jun 23/2006 : | | 6.11 | | | | | |
| Jun 26/2006 98615 | Expense Recovery Photocopies | | CER | 30566-00001b USA Commercial Mor | 03026 | 5521 | - Photocopy | 0.50 |
| | Total for Jun 26/2006 : | | 0.50 | | | | | |
| Jun 27/2006 98893 | Expense Recovery Courier | | CER | 30566-00001b USA Commercial Mor | 03036 | 5501 | - Delivery | 12.00 |
| | Total for Jun 27/2006 : | | 12.00 | | | | | |
| Jul 19/2006 99607 | Expense Recovery Photocopies | | CER | 30566-00001b USA Commercial Mor | 03049 | 5521 | - Photocopy | 0.50 |
| | Total for Jul 19/2006 : | | 0.50 | | | | | |
| Jul 24/2006 99581 | Expense Recovery Photocopies | | CER | 30566-00001b USA Commercial Mor | 03049 | 5521 | - Photocopy | 2.00 |
| | Total for Jul 24/2006 : | | 2.00 | | | | | |
| Jul 25/2006 99818 | Expense Recovery Courier | | CER | 30566-00001b USA Commercial Mor | 03051 | 5501 | - Delivery | 5.00 |
| | Total for Jul 25/2006 : | | 5.00 | | | | | |
| Jul 27/2006 99927 | Expense Recovery Photocopies | | CER | 30566-00001b USA Commercial Mor | 03054 | 5521 | - Photocopy | 0.75 |
| Jul 27/2006 99938 | Expense Recovery Photocopies | | CER | 30566-00001b USA Commercial Mor | 03054 | 5521 | - Photocopy | 7.25 |
| Jul 27/2006 99997 | Expense Recovery Postage | | CER | 30566-00001b USA Commercial Mor | 03055 | 5531 | - Postage R | 2.22 |
| Jul 27/2006 100130 | Expense Recovery Courier | | CER | 30566-00001b USA Commercial Mor | 03056 | 5501 | - Delivery | 5.00 |
| | Total for Jul 27/2006 : | | 15.22 | | | | | |
| Jul 28/2006 101596 | Expense Recovery Courier | | CER | 30566-00001b USA Commercial Mor | 03085 | 5501 | - Delivery | 12.00 |
| | Total for Jul 28/2006 : | | 12.00 | | | | | |

*** Client Costs Journal - G/L Account Summary ***

| G/L Account | | Debit | Credit |
|---|---|---|---|
| 5010 | - Client Disb Expense | 337.91 | 250.00 |
| 5310 | - Lexis/Westlaw | | 29.08 |
| 5501 | - Delivery Recovery | | 39.00 |
| 5521 | - Photocopy Recovery | | 16.50 |
| 5531 | - Postage Recovery | | 3.33 |
| | Total: | 337.91 | 337.91 |

REPORT SELECTIONS

| Report: | Client Costs Journal | | |
|---|---|---|---|
| Layout Template: | All | | |
| Requested by: | ADMIN | | |
| Finished: | Monday, August 28, 2006 at 12:37:16 PM | | |
| Date Range: | Apr 14/2006 To Jul 31/2006 | | |
| Matters: | 30566-00001b | | |
| Clients: | All | | |
| Major Clients: | All | | |
| Responsible Lawyer: | All | Client Intro Lawyer: | All |
| Assigned Lawyer: | All | Type of Law: | All |
| Sort by Resp Lawyer: | No | New Page for Each Lawyer: | No |
| G/L Account: | All G/L Accounts | Include Exp. Recoveries: | Yes |
| Ref#: | All Checks | Include Accounts Payable Entries: | Yes |
| G/L Summary Only: | No | Include General Check Allocations: | Yes |
| Display in Order Entered: | No | Show User Name: | No |
| Corrected Entries: | Not Included | Summary by Resp Lawyer: | No |
| Select From: | Active, Inactive, Archived Matters | | |
| Per: | 7.10b | Explanation Codes: | All |

Aug 28/2006
Case 06-10725-gwz    Doc 1229-5    Entered 08/31/06 16:51:21    Page 3 of 14
Page 1
Schwartzer & McPherson Law Firm
Client Costs Journal
Apr 14/2006 To Jul 31/2006

| Date | Entry# | Paid To / Explanation | Source | Matter | Client Name | Ref# | G/L Acct | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Apr 18/2006 | 101241 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02971 | 5521 | - Photocopy | 38.00 |
| | | Total for Apr 18/2006 : | | 38.00 | | | | | |
| Apr 19/2006 | 101219 | Expense Recovery Courier | CER | 30566-00006 | USA Commercial Mor | 02927 | 5501 | - Delivery | 5.00 |
| Apr 19/2006 | 101242 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02971 | 5521 | - Photocopy | 14.75 |
| | | Total for Apr 19/2006 : | | 19.75 | | | | | |
| Apr 20/2006 | 101220 | Expense Recovery Courier | CER | 30566-00006 | USA Commercial Mor | 02927 | 5501 | - Delivery | 5.00 |
| | | Total for Apr 20/2006 : | | 5.00 | | | | | |
| Apr 21/2006 | 101221 | Expense Recovery Courier | CER | 30566-00006 | USA Commercial Mor | 02927 | 5501 | - Delivery | 5.00 |
| | | Total for Apr 21/2006 : | | 5.00 | | | | | |
| Apr 24/2006 | 101243 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02937 | 5521 | - Photocopy | 14.00 |
| | | Total for Apr 24/2006 : | | 14.00 | | | | | |
| Apr 30/2006 | 101236 | Expense Recovery Pacer | CER | 30566-00006 | USA Commercial Mor | 02935 | 5010 | - Client Di | 60.88 |
| Apr 30/2006 | 101237 | Expense Recovery Pacer | CER | 30566-00006 | USA Commercial Mor | 02935 | 5010 | - Client Di | 190.25 |
| Apr 30/2006 | 101260 | Expense Recovery Westlaw | CER | 30566-00006 | USA Commercial Mor | 02939 | 5310 | - Lexis/Wes | 174.81 |
| Apr 30/2006 | 101261 | Expense Recovery Westlaw | CER | 30566-00006 | USA Commercial Mor | 02939 | 5310 | - Lexis/Wes | 12.00 |
| | | Total for Apr 30/2006 : | | 437.94 | | | | | |
| May 1/2006 | 101238 | Expense Recovery Pacer | CER | 30566-00006 | USA Commercial Mor | 02960 | 5010 | - Client Di | 195.00 |
| | | Total for May 1/2006 : | | 195.00 | | | | | |
| May 2/2006 | 101244 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02964 | 5521 | - Photocopy | 20.00 |
| May 2/2006 | 101245 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02964 | 5521 | - Photocopy | 14.00 |
| | | Total for May 2/2006 : | | 34.00 | | | | | |
| May 3/2006 | 101250 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02972 | 5521 | - Photocopy | 3.75 |
| | | Total for May 3/2006 : | | 3.75 | | | | | |
| May 4/2006 | 101222 | Expense Recovery Courier | CER | 30566-00006 | USA Commercial Mor | 02953 | 5501 | - Delivery | 5.00 |
| | | Total for May 4/2006 : | | 5.00 | | | | | |
| May 8/2006 | 101247 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02972 | 5521 | - Photocopy | 8.00 |
| | | Total for May 8/2006 : | | 8.00 | | | | | |
| May 12/2006 | 101223 | Expense Recovery Courier | CER | 30566-00006 | USA Commercial Mor | 02953 | 5501 | - Delivery | 5.00 |
| | | Total for May 12/2006 : | | 5.00 | | | | | |
| May 15/2006 | 101224 | Expense Recovery Courier | CER | 30566-00006 | USA Commercial Mor | 02953 | 5501 | - Delivery | 14.00 |
| May 15/2006 | 101246 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02968 | 5521 | - Photocopy | 15.75 |
| May 15/2006 | 101249 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02968 | 5521 | - Photocopy | 4.50 |
| | | Total for May 15/2006 : | | 34.25 | | | | | |
| May 16/2006 | 101225 | Expense Recovery Courier | CER | 30566-00006 | USA Commercial Mor | 02953 | 5501 | - Delivery | 5.00 |
| May 16/2006 | 101251 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02972 | 5521 | - Photocopy | 4.50 |
| May 16/2006 | 101252 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02972 | 5521 | - Photocopy | 4.25 |
| May 16/2006 | 101254 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02972 | 5521 | - Photocopy | 3.75 |
| | | Total for May 16/2006 : | | 17.50 | | | | | |
| May 17/2006 | 101226 | Expense Recovery Courier | CER | 30566-00006 | USA Commercial Mor | 02953 | 5501 | - Delivery | 14.00 |
| May 17/2006 | 101248 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02969 | 5521 | - Photocopy | 26.00 |
| May 17/2006 | 101253 | Expense Recovery Photocopies | CER | 30566-00006 | USA Commercial Mor | 02969 | 5521 | - Photocopy | 5.50 |
| | | Total for May 17/2006 : | | 45.50 | | | | | |
| May 18/2006 | 101227 | Expense Recovery Courier | CER | 30566-00006 | USA Commercial Mor | 02953 | 5501 | - Delivery | 5.00 |
| | | Total for May 18/2006 : | | 5.00 | | | | | |
| May 23/2006 | 101228 | Expense Recovery Courier | CER | 30566-00006 | USA Commercial Mor | 02961 | 5501 | - Delivery | 14.00 |
| | | Total for May 23/2006 : | | 14.00 | | | | | |
| May 24/2006 | | Expense Recovery | CER | 30566-00006 | USA Commercial Mor | 02954 | 5410 | - Travel | 12.00 |

| Date | Entry# | Paid To / Explanation | Source | Matter | Client Name | Ref# | G/L Acct | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | 101183 | Travel: Parking @ McCarran International Ai | | | | | | | |
| | | Total for May 24/2006 : | 12.00 | | | | | | |
| May 25/2006 | 101239 | Expense Recovery / Pacer | CER | 30566-00006 | USA Commercial Mor | 02960 | 5010 | - Client Di | 149.50 |
| May 25/2006 | 101240 | Expense Recovery / Pacer | CER | 30566-00006 | USA Commercial Mor | 02960 | 5010 | - Client Di | 47.84 |
| | | Total for May 25/2006 : | 197.34 | | | | | | |
| May 26/2006 | 101256 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02962 | 5521 | - Photocopy | 11.00 |
| | | Total for May 26/2006 : | 11.00 | | | | | | |
| May 30/2006 | 101263 | Expense Recovery / Pacer | CER | 30566-00006 | USA Commercial Mor | 02960 | 5010 | - Client Di | 20.25 |
| | | Total for May 30/2006 : | 20.25 | | | | | | |
| May 31/2006 | 101257 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02970 | 5521 | - Photocopy | 19.00 |
| | | Total for May 31/2006 : | 19.00 | | | | | | |
| Jun 1/2006 | 101184 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02978 | 5521 | - Photocopy | 0.50 |
| Jun 1/2006 | 101185 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02978 | 5521 | - Photocopy | 0.75 |
| Jun 1/2006 | 101186 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02978 | 5521 | - Photocopy | 0.75 |
| Jun 1/2006 | 101229 | Expense Recovery / Courier | CER | 30566-00006 | USA Commercial Mor | 02976 | 5501 | - Delivery | 5.00 |
| Jun 1/2006 | 101230 | Expense Recovery / Courier | CER | 30566-00006 | USA Commercial Mor | 03001 | 5501 | - Delivery | 5.00 |
| Jun 1/2006 | 101231 | Expense Recovery / Courier | CER | 30566-00006 | USA Commercial Mor | 03007 | 5501 | - Delivery | 5.00 |
| | | Total for Jun 1/2006 : | 17.00 | | | | | | |
| Jun 6/2006 | 101187 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02989 | 5521 | - Photocopy | 0.75 |
| | | Total for Jun 6/2006 : | 0.75 | | | | | | |
| Jun 7/2006 | 101232 | Expense Recovery / Courier | CER | 30566-00006 | USA Commercial Mor | 03007 | 5501 | - Delivery | 5.00 |
| | | Total for Jun 7/2006 : | 5.00 | | | | | | |
| Jun 8/2006 | 101188 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02982 | 5521 | - Photocopy | 0.50 |
| Jun 8/2006 | 101189 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02982 | 5521 | - Photocopy | 0.50 |
| Jun 8/2006 | 101190 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02983 | 5521 | - Photocopy | 0.75 |
| Jun 8/2006 | 101218 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02994 | 5521 | - Photocopy | 1.00 |
| | | Total for Jun 8/2006 : | 2.75 | | | | | | |
| Jun 9/2006 | 101191 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02986 | 5521 | - Photocopy | 8.50 |
| Jun 9/2006 | 101192 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02986 | 5521 | - Photocopy | 0.75 |
| | | Total for Jun 9/2006 : | 9.25 | | | | | | |
| Jun 12/2006 | 101193 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02988 | 5521 | - Photocopy | 1.25 |
| Jun 12/2006 | 101194 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02988 | 5521 | - Photocopy | 1.50 |
| Jun 12/2006 | 101195 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02988 | 5521 | - Photocopy | 1.50 |
| Jun 12/2006 | 101196 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02988 | 5521 | - Photocopy | 0.50 |
| Jun 12/2006 | 101197 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02988 | 5521 | - Photocopy | 1.25 |
| Jun 12/2006 | 101233 | Expense Recovery / Courier | CER | 30566-00006 | USA Commercial Mor | 03007 | 5501 | - Delivery | 5.00 |
| Jun 12/2006 | 101234 | Expense Recovery / Courier | CER | 30566-00006 | USA Commercial Mor | 03007 | 5501 | - Delivery | 5.00 |
| | | Total for Jun 12/2006 : | 16.00 | | | | | | |
| Jun 13/2006 | 101198 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02991 | 5521 | - Photocopy | 0.50 |
| | | Total for Jun 13/2006 : | 0.50 | | | | | | |
| Jun 14/2006 | 101199 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02992 | 5521 | - Photocopy | 1.00 |
| Jun 14/2006 | 101200 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02992 | 5521 | - Photocopy | 2.00 |
| Jun 14/2006 | 101201 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 02992 | 5521 | - Photocopy | 0.50 |
| Jun 14/2006 | 101235 | Expense Recovery / Courier | CER | 30566-00006 | USA Commercial Mor | 03008 | 5501 | - Delivery | 5.00 |
| Jun 14/2006 | | Expense Recovery | CER | 30566-00006 | USA Commercial Mor | 02992 | 5521 | - Photocopy | 4.00 |

```
Date         Paid To                      Source Matter        Client Name           Ref# G/L Acct              Amount
    Entry#   Explanation
    101258   Photocopies
             Total for Jun 14/2006 :      12.50
Jun 20/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    02996 5521   - Photocopy    3.75
    101202   Photocopies
Jun 20/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    02996 5521   - Photocopy    1.00
    101209   Photocopies
Jun 20/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    02996 5521   - Photocopy    0.75
    101210   Photocopies
             Total for Jun 20/2006 :       5.50
Jun 26/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03006 5521   - Photocopy    2.25
    101203   Photocopies
Jun 26/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03006 5521   - Photocopy    1.75
    101204   Photocopies
Jun 26/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03006 5521   - Photocopy    1.25
    101205   Photocopies
             Total for Jun 26/2006 :       5.25
Jun 30/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03023 5010   - Client Di   14.16
     98459   Pacer
Jun 30/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03023 5010   - Client Di   44.25
     98460   Pacer
Jun 30/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03023 5010   - Client Di   22.96
     98531   Pacer
Jun 30/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03023 5010   - Client Di   71.75
     98532   Pacer
Jun 30/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03023 5010   - Client Di   26.48
     98533   Pacer
Jun 30/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03023 5010   - Client Di   82.75
     98534   Pacer
Jun 30/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03029 5521   - Photocopy    1.00
    101206   Photocopies
Jun 30/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03029 5521   - Photocopy    1.75
    101212   Photocopies
Jun 30/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03023 5010   - Client Di    2.64
    101216   Pacer
             Total for Jun 30/2006 :     267.74
Jul  7/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03045 5521   - Photocopy    2.00
     99181   Photocopies
Jul  7/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03032 5521   - Photocopy    0.75
    101207   Photocopies
Jul  7/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03032 5521   - Photocopy    1.25
    101208   Photocopies
Jul  7/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03032 5521   - Photocopy  110.00
    101259   Photocopies
             Total for Jul  7/2006 :     114.00
Jul 10/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03036 5501   - Delivery     5.00
     98889   Courier
Jul 10/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03035 5521   - Photocopy    1.25
    101213   Photocopies
Jul 10/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03035 5521   - Photocopy    0.50
    101214   Photocopies
             Total for Jul 10/2006 :       6.75
Jul 11/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03034 5521   - Photocopy    1.25
    101215   Photocopies
             Total for Jul 11/2006 :       1.25
Jul 13/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03037 5521   - Photocopy    1.00
     98970   Photocopies
Jul 13/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03037 5521   - Photocopy    1.00
     98973   Photocopies
Jul 13/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03037 5521   - Photocopy    1.25
     98974   Photocopies
Jul 13/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03050 5501   - Delivery    29.50
     99663   Courier
             Total for Jul 13/2006 :      32.75
Jul 17/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03042 5521   - Photocopy    2.25
     99134   Photocopies
Jul 17/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03042 5521   - Photocopy    1.50
     99138   Photocopies
Jul 17/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03045 5521   - Photocopy    2.75
     99192   Photocopies
             Total for Jul 17/2006 :       6.50
Jul 18/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03049 5521   - Photocopy    1.00
     99622   Photocopies
Jul 18/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03050 5501   - Delivery     5.00
     99657   Courier
Jul 18/2006  Expense Recovery             CER    30566-00006   USA Commercial Mor    03062 5521   - Photocopy    2.25
    100973   Photocopies
```

Edward McPherson Law Firm
Client Costs Journal
Apr 14/2006 To Jul 31/2006

| Date | Entry# | Paid To / Explanation | Source | Matter | Client Name | Ref# | G/L Acct | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jul 18/2006 | 100974 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 03062 | 5521 | - Photocopy | 0.25 |
| | | Total for Jul 18/2006 : | | 8.50 | | | | | |
| Jul 19/2006 | 100975 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 03062 | 5521 | - Photocopy | 2.25 |
| Jul 19/2006 | 100976 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 03062 | 5521 | - Photocopy | 1.50 |
| | | Total for Jul 19/2006 : | | 3.75 | | | | | |
| Jul 20/2006 | 99590 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 03049 | 5521 | - Photocopy | 0.50 |
| | | Total for Jul 20/2006 : | | 0.50 | | | | | |
| Jul 24/2006 | 99575 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 03049 | 5521 | - Photocopy | 0.75 |
| Jul 24/2006 | 99583 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 03049 | 5521 | - Photocopy | 9.75 |
| Jul 24/2006 | 99585 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 03049 | 5521 | - Photocopy | 0.75 |
| Jul 24/2006 | 99649 | Expense Recovery / Courier | CER | 30566-00006 | USA Commercial Mor | 03050 | 5501 | - Delivery | 5.00 |
| Jul 24/2006 | 99650 | Expense Recovery / Courier | CER | 30566-00006 | USA Commercial Mor | 03050 | 5501 | - Delivery | 5.00 |
| | | Total for Jul 24/2006 : | | 21.25 | | | | | |
| Jul 27/2006 | 99922 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 03054 | 5521 | - Photocopy | 1.50 |
| Jul 27/2006 | 99935 | Expense Recovery / Photocopies | CER | 30566-00006 | USA Commercial Mor | 03054 | 5521 | - Photocopy | 7.50 |
| Jul 27/2006 | 100000 | Expense Recovery / Postage | CER | 30566-00006 | USA Commercial Mor | 03055 | 5531 | - Postage R | 1.26 |
| Jul 27/2006 | 100917 | Expense Recovery / Courier | CER | 30566-00006 | USA Commercial Mor | 03060 | 5501 | - Delivery | 26.00 |
| Jul 27/2006 | 100918 | Expense Recovery / Courier | CER | 30566-00006 | USA Commercial Mor | 03060 | 5501 | - Delivery | 26.00 |
| | | Total for Jul 27/2006 : | | 62.26 | | | | | |
| Jul 31/2006 | 100998 | Expense Recovery / Westlaw | CER | 30566-00006 | USA Commercial Mor | 03063 | 5310 | - Lexis/Wes | 55.40 |
| Jul 31/2006 | 101077 | Expense Recovery / Pacer | CER | 30566-00006 | USA Commercial Mor | 03064 | 5010 | - Client Di | 45.50 |
| Jul 31/2006 | 101078 | Expense Recovery / Pacer | CER | 30566-00006 | USA Commercial Mor | 03064 | 5010 | - Client Di | 14.56 |
| Jul 31/2006 | 101081 | Expense Recovery / Pacer | CER | 30566-00006 | USA Commercial Mor | 03064 | 5010 | - Client Di | 8.00 |
| Jul 31/2006 | 101082 | Expense Recovery / Pacer | CER | 30566-00006 | USA Commercial Mor | 03064 | 5010 | - Client Di | 2.56 |
| Jul 31/2006 | 101083 | Expense Recovery / Pacer | CER | 30566-00006 | USA Commercial Mor | 03064 | 5010 | - Client Di | 8.75 |
| Jul 31/2006 | 101084 | Expense Recovery / Pacer | CER | 30566-00006 | USA Commercial Mor | 03064 | 5010 | - Client Di | 2.80 |
| | | Total for Jul 31/2006 : | | 137.57 | | | | | |

*** Client Costs Journal - G/L Account Summary ***

| G/L Account | | Debit | Credit |
|---|---|---|---|
| 5010 | - Client Disb Expense | 1883.60 | 1010.88 |
| 5310 | - Lexis/Westlaw | | 242.21 |
| 5410 | - Travel | | 12.00 |
| 5501 | - Delivery Recovery | | 213.50 |
| 5521 | - Photocopy Recovery | | 403.75 |
| 5531 | - Postage Recovery | | 1.26 |
| | Total: | 1883.60 | 1883.60 |

REPORT SELECTIONS

| Report: | Client Costs Journal | | |
|---|---|---|---|
| Layout Template: | All | | |
| Requested by: | ADMIN | | |
| Finished: | Monday, August 28, 2006 at 12:37:48 PM | | |
| Date Range: | Apr 14/2006 To Jul 31/2006 | | |
| Matters: | 30566-00006 | | |
| Clients: | All | | |
| Major Clients: | All | | |
| Responsible Lawyer: | All | Client Intro Lawyer: | All |
| Assigned Lawyer: | All | Type of Law: | All |
| Sort by Resp Lawyer: | No | New Page for Each Lawyer: | No |
| G/L Account: | All G/L Accounts | Include Exp. Recoveries: | Yes |
| Ref#: | All Checks | Include Accounts Payable Entries: | Yes |
| G/L Summary Only: | No | Include General Check Allocations: | Yes |
| Display in Order Entered: | No | Show User Name: | No |

Schwartzer & McPherson Law Firm
Client Costs Journal
Apr 14/2006 To Jul 31/2006

| Date | Paid To | Source Matter | Client Name | Ref# G/L Acct | Amount |
|---|---|---|---|---|---|
| Entry# | Explanation | | | | |
| Corrected Entries: | | Not Included | Summary by Resp Lawyer: | No | |
| Select From: | | Active, Inactive, Archived Matters | | | |
| Ver: | | 7.10b | Explanation Codes: | All | |

Aug 28/2006    Case 06-10725-gwz    Doc 1229-5   Entered 08/31/06 16:51:21    Page 7 of 14    Page 5

Schwartzer & McPherson Law Firm
Client Costs Journal
Apr 14/2006 To Jul 31/2006

| Date | Paid To | Source Matter | Client Name | Ref# G/L Acct | Amount |
|---|---|---|---|---|---|
| Entry# | Explanation | | | | |
| Corrected Entries: | | Not Included | Summary by Resp Lawyer: | No | |
| Select From: | | Active, Inactive, Archived Matters | | | |
| Ver: | | 7.10b | Explanation Codes: | All | |

```
                                                  Client Costs Journal
                                              Apr  14/2006 To Jul  31/2006
Date        Paid To                          Source Matter      Client Name           Ref# G/L Acct              Amount
    Entry#  Explanation
May  3/2006 Expense Recovery                    CER     30566-00007  USA Commercial Mor  02971 5521   - Photocopy       3.00
    101255  Photocopies
            Total for May  3/2006 :            3.00
Jun 30/2006 Expense Recovery                    CER     30566-00007  USA Commercial Mor  03024 5310   - Lexis/Wes     237.11
    101262  Westlaw
            Total for Jun 30/2006 :          237.11
Jul 19/2006 Expense Recovery                    CER     30566-00007  USA Commercial Mor  03047 5010   - Client Di    1198.00
    101178  Miscellaneous client expense:  Conference Ro
            Total for Jul 19/2006 :         1198.00
```

*** Client Costs Journal - G/L Account Summary ***

```
G/L Account                         Debit           Credit
5010     - Client Disb Expense     1438.11         1198.00
5310     - Lexis/Westlaw                            237.11
5521     - Photocopy Recovery                         3.00
                  Total:           1438.11         1438.11
```

REPORT SELECTIONS
```
Report:                    Client Costs Journal
Layout Template:           All
Requested by:              ADMIN
Finished:                  Monday, August 28, 2006 at 12:40:45 PM
Date Range:                Apr  14/2006 To Jul  31/2006
Matters:                   30566-00007
Clients:                   All
Major Clients:             All
Responsible Lawyer:        All                              Client Intro Lawyer:                  All
Assigned Lawyer:           All                              Type of Law:                          All
Sort by Resp Lawyer:       No                               New Page for Each Lawyer:             No
G/L Account:               All G/L Accounts                 Include Exp. Recoveries:              Yes
Ref#:                      All Checks                       Include Accounts Payable Entries:     Yes
G/L Summary Only:          No                               Include General Check Allocations:    Yes
Display in Order Entered:  No                               Show User Name:                       No
Corrected Entries:         Not Included                     Summary by Resp Lawyer:               No
Select From:               Active, Inactive, Archived Matters
Ver:                       7.10b                            Explanation Codes:                    All
```

| Date | Entry# | Paid To / Explanation | Source | Matter | Client Name | Ref# | G/L Acct | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jun 30/2006 | 101217 | Expense Recovery / Photocopies | CER | 30566-00003 | USA Commercial Mor | 03029 | 5521 | - Photocopy | 0.25 |
| | | Total for Jun 30/2006 : | | 0.25 | | | | | |
| Jul 31/2006 | 101079 | Expense Recovery / Pacer | CER | 30566-00003 | USA Commercial Mor | 03064 | 5010 | - Client Di | 35.25 |
| Jul 31/2006 | 101080 | Expense Recovery / Pacer | CER | 30566-00003 | USA Commercial Mor | 03064 | 5010 | - Client Di | 11.28 |
| | | Total for Jul 31/2006 : | | 46.53 | | | | | |

*** Client Costs Journal - G/L Account Summary ***

| G/L Account | | Debit | Credit |
|---|---|---|---|
| 5010 | - Client Disb Expense | 46.78 | 46.53 |
| 5521 | - Photocopy Recovery | | 0.25 |
| | Total: | 46.78 | 46.78 |

REPORT SELECTIONS
Report: Client Costs Journal
Layout Template: All
Requested by: ADMIN
Finished: Monday, August 28, 2006 at 12:41:40 PM
Date Range: Apr 14/2006 To Jul 31/2006
Matters: 30566-00003
Clients: All
Major Clients: All
Responsible Lawyer: All    Client Intro Lawyer: All
Assigned Lawyer: All    Type of Law: All
Sort by Resp Lawyer: No    New Page for Each Lawyer: No
G/L Account: All G/L Accounts    Include Exp. Recoveries: Yes
Ref#: All Checks    Include Accounts Payable Entries: Yes
G/L Summary Only: No    Include General Check Allocations: Yes
Display in Order Entered: No    Show User Name: No
Corrected Entries: Not Included    Summary by Resp Lawyer: No
Select From: Active, Inactive, Archived Matters
Ver: 7.10b    Explanation Codes: All

| Date | Paid To | | Source Matter | Client Name | Ref# G/L Acct | | Amount |
|---|---|---|---|---|---|---|---|
| | Entry# | Explanation | | | | | |
| Jul 31/2006 | Expense Recovery | | CER | 30566-00004  USA Commercial Mor | 03061 5521 | - Photocopy | 0.50 |
| | 100949 | Photocopies | | | | | |
| Jul 31/2006 | Expense Recovery | | CER | 30566-00004  USA Commercial Mor | 03053 5310 | - Lexis/Wes | 30.62 |
| | 100999 | Westlaw | | | | | |
| | Total for Jul 31/2006 : | | 31.12 | | | | |

*** Client Costs Journal - G/L Account Summary ***

| G/L Account | | Debit | Credit |
|---|---|---|---|
| 5010 | - Client Disb Expense | 31.12 | |
| 5310 | - Lexis/Westlaw | | 30.62 |
| 5521 | - Photocopy Recovery | | 0.50 |
| | Total: | 31.12 | 31.12 |

REPORT SELECTIONS
| | | | |
|---|---|---|---|
| Report: | Client Costs Journal | | |
| Layout Template: | All | | |
| Requested by: | ADMIN | | |
| Finished: | Monday, August 28, 2006 at 12:41:56 PM | | |
| Date Range: | Apr 14/2006 To Jul 31/2006 | | |
| Matters: | 30566-00004 | | |
| Clients: | All | | |
| Major Clients: | All | | |
| Responsible Lawyer: | All | Client Intro Lawyer: | All |
| Assigned Lawyer: | All | Type of Law: | All |
| Sort by Resp Lawyer: | No | New Page for Each Lawyer: | No |
| G/L Account: | All G/L Accounts | Include Exp. Recoveries: | Yes |
| Ref#: | All Checks | Include Accounts Payable Entries: | Yes |
| G/L Summary Only: | No | Include General Check Allocations: | Yes |
| Display in Order Entered: | No | Show User Name: | No |
| Corrected Entries: | Not Included | Summary by Resp Lawyer: | No |
| Select From: | Active, Inactive, Archived Matters | | |
| Ver: | 7.10b | Explanation Codes: | All |

```
Date       Paid To                          Source  Matter        Client Name         Ref#   G/L Acct              Amount
   Entry#  Explanation
Apr 14/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02924  5521   - Photocopy       4.00
   94179   Photocopies
           Total for Apr 14/2006 :          4.00
Apr 18/2006 Clerk, U.S. District Court      GR      30566-00001   USA Commercial Mor  4571   5210   - Client Di     175.00
   93998   Filing Fee : Pro Hac Vice
Apr 18/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02924  5521   - Photocopy       8.75
   94205   Photocopies
Apr 18/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02924  5521   - Photocopy       1.25
   94206   Photocopies
Apr 18/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02971  5521   - Photocopy       7.00
   96667   Photocopies
           Total for Apr 18/2006 :          192.00
Apr 19/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02937  5521   - Photocopy       1.50
   95063   Photocopies
           Total for Apr 19/2006 :          1.50
Apr 24/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02937  5521   - Photocopy       1.00
   95005   Photocopies
           Total for Apr 24/2006 :          1.00
Apr 25/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02937  5521   - Photocopy       0.75
   95048   Photocopies
           Total for Apr 25/2006 :          0.75
Apr 26/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02937  5521   - Photocopy       5.00
   95042   Photocopies
Apr 26/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02971  5521   - Photocopy       5.00
   96678   Photocopies
           Total for Apr 26/2006 :          10.00
Apr 27/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02971  5521   - Photocopy       3.25
   96681   Photocopies
           Total for Apr 27/2006 :          3.25
Apr 28/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02937  5521   - Photocopy       1.00
   95025   Photocopies
           Total for Apr 28/2006 :          1.00
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di       6.80
   94901   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di      21.25
   94902   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di       1.12
   94903   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di       3.50
   94904   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di       2.16
   94975   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di       6.75
   94976   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di       1.36
   94979   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di       4.25
   94980   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di       1.44
   94981   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di       4.50
   94982   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di       1.28
   94983   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02935  5010   - Client Di       4.00
   94984   Pacer
Apr 30/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02939  5310   - Lexis/Wes      58.51
   95335   Westlaw
           Total for Apr 30/2006 :          116.92
May  1/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02960  5010   - Client Di       1.36
   96299   Pacer
May  1/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02960  5010   - Client Di       4.25
   96300   Pacer
May  1/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02960  5010   - Client Di      62.40
   96301   Pacer
           Total for May  1/2006 :          68.01
May  2/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02964  5521   - Photocopy       0.50
   96418   Photocopies
May  2/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02971  5521   - Photocopy       5.25
   96682   Photocopies
           Total for May  2/2006 :          5.75
May  3/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02964  5521   - Photocopy       5.75
   96411   Photocopies
May  3/2006 Expense Recovery                CER     30566-00001   USA Commercial Mor  02971  5521   - Photocopy       1.50
   96683   Photocopies
           Total for May  3/2006 :          7.25
```

Schwartzer & McPherson Law Firm
Client Costs Journal
Apr 14/2006 To Jul 31/2006

| Date | Entry# | Paid To / Explanation | Source | Matter | Client Name | Ref# | G/L Acct | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| May 4/2006 | 96742 | Expense Recovery / Postage | CER | 30566-00001 | USA Commercial Mor | 02974 | 5531 | - Postage R | 1.74 |
| | | Total for May 4/2006 : | | 1.74 | | | | | |
| May 5/2006 | 96450 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02965 | 5521 | - Photocopy | 0.50 |
| | | Total for May 5/2006 : | | 0.50 | | | | | |
| May 10/2006 | 96488 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02967 | 5521 | - Photocopy | 0.75 |
| May 10/2006 | 96490 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02967 | 5521 | - Photocopy | 1.25 |
| May 10/2006 | 96495 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02967 | 5521 | - Photocopy | 0.75 |
| | | Total for May 10/2006 : | | 2.75 | | | | | |
| May 12/2006 | 96515 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02967 | 5521 | - Photocopy | 0.75 |
| May 12/2006 | 96697 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02972 | 5521 | - Photocopy | 1.25 |
| | | Total for May 12/2006 : | | 2.00 | | | | | |
| May 15/2006 | 96524 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02968 | 5521 | - Photocopy | 1.00 |
| May 15/2006 | 96540 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02968 | 5521 | - Photocopy | 1.00 |
| | | Total for May 15/2006 : | | 2.00 | | | | | |
| May 17/2006 | 96556 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02969 | 5521 | - Photocopy | 1.00 |
| | | Total for May 17/2006 : | | 1.00 | | | | | |
| May 18/2006 | 96563 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02969 | 5521 | - Photocopy | 0.50 |
| | | Total for May 18/2006 : | | 0.50 | | | | | |
| May 19/2006 | 96575 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02969 | 5521 | - Photocopy | 0.25 |
| May 19/2006 | 96576 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02969 | 5521 | - Photocopy | 1.00 |
| May 19/2006 | 96577 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02969 | 5521 | - Photocopy | 0.75 |
| May 19/2006 | 96578 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02969 | 5521 | - Photocopy | 0.50 |
| May 19/2006 | 96580 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02969 | 5521 | - Photocopy | 0.25 |
| | | Total for May 19/2006 : | | 2.75 | | | | | |
| May 22/2006 | 96363 | Expense Recovery / Pacer | CER | 30566-00001 | USA Commercial Mor | 02960 | 5010 | - Client Di | 3.68 |
| May 22/2006 | 96364 | Expense Recovery / Pacer | CER | 30566-00001 | USA Commercial Mor | 02960 | 5010 | - Client Di | 11.50 |
| May 22/2006 | 96587 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02969 | 5521 | - Photocopy | 0.50 |
| May 22/2006 | 96706 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02972 | 5521 | - Photocopy | 0.50 |
| May 22/2006 | 96982 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02984 | 5521 | - Photocopy | 2.25 |
| | | Total for May 22/2006 : | | 18.43 | | | | | |
| May 24/2006 | 96612 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02970 | 5521 | - Photocopy | 0.75 |
| | | Total for May 24/2006 : | | 0.75 | | | | | |
| May 26/2006 | 96361 | Expense Recovery / Pacer | CER | 30566-00001 | USA Commercial Mor | 02960 | 5010 | - Client Di | 4.80 |
| May 26/2006 | 96362 | Expense Recovery / Pacer | CER | 30566-00001 | USA Commercial Mor | 02960 | 5010 | - Client Di | 15.00 |
| May 26/2006 | 96386 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02962 | 5521 | - Photocopy | 0.50 |
| May 26/2006 | 96387 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02962 | 5521 | - Photocopy | 1.50 |
| | | Total for May 26/2006 : | | 21.80 | | | | | |
| May 30/2006 | 96037 | Lenard E. Schwartzer / Reimburse Emp : Airline Ticket | GB | 30566-00001 | USA Commercial Mor | 4622 | 5350 | - Office/Ge | 250.60 |
| May 30/2006 | 96365 | Expense Recovery / Pacer | CER | 30566-00001 | USA Commercial Mor | 02960 | 5010 | - Client Di | 6.48 |
| | | Total for May 30/2006 : | | 257.08 | | | | | |
| May 31/2006 | 96924 | Expense Recovery / Westlaw | CER | 30566-00001 | USA Commercial Mor | 02980 | 5310 | - Lexis/Wes | 294.03 |
| May 31/2006 | 96925 | Expense Recovery / Westlaw | CER | 30566-00001 | USA Commercial Mor | 02980 | 5310 | - Lexis/Wes | 145.85 |
| May 31/2006 | 96987 | Expense Recovery / Photocopies | CER | 30566-00001 | USA Commercial Mor | 02984 | 5521 | - Photocopy | 0.50 |
| | | Total for May 31/2006 : | | 440.38 | | | | | |
| Jun 1/2006 | | Expense Recovery | CER | 30566-00001 | USA Commercial Mor | 02977 | 5531 | - Postage R | 0.63 |

| Date | Entry# | Paid To / Explanation | Source | Matter | Client Name | Ref# | G/L Acct | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | 96812 | Postage | | | | | | | |
| | | Total for Jun 1/2006 : | | 0.63 | | | | | |
| Jun 6/2006 | 96990 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 02984 | 5521 | - Photocopy | 3.50 |
| | | Total for Jun 6/2006 : | | 3.50 | | | | | |
| Jun 8/2006 | 96972 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 02983 | 5521 | - Photocopy | 1.00 |
| Jun 8/2006 | 97065 | Expense Recovery Postage | CER | 30566-00001 | USA Commercial Mor | 02987 | 5531 | - Postage R | 0.39 |
| | | Total for Jun 8/2006 : | | 1.39 | | | | | |
| Jun 16/2006 | 97827 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03011 | 5521 | - Photocopy | 0.75 |
| Jun 16/2006 | 101179 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 02994 | 5521 | - Photocopy | 0.25 |
| Jun 16/2006 | 101180 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 02994 | 5521 | - Photocopy | 0.50 |
| | | Total for Jun 16/2006 : | | 1.50 | | | | | |
| Jun 19/2006 | 97843 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03012 | 5521 | - Photocopy | 0.75 |
| Jun 19/2006 | 97845 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03012 | 5521 | - Photocopy | 1.25 |
| Jun 19/2006 | 101181 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 02995 | 5521 | - Photocopy | 1.75 |
| Jun 19/2006 | 101182 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 02995 | 5521 | - Photocopy | 3.50 |
| | | Total for Jun 19/2006 : | | 7.25 | | | | | |
| Jun 21/2006 | 97804 | Expense Recovery Courier | CER | 30566-00001 | USA Commercial Mor | 03007 | 5501 | - Delivery | 5.00 |
| Jun 21/2006 | 97806 | Expense Recovery Courier | CER | 30566-00001 | USA Commercial Mor | 03007 | 5501 | - Delivery | 5.00 |
| | | Total for Jun 21/2006 : | | 10.00 | | | | | |
| Jun 22/2006 | 97869 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03014 | 5521 | - Photocopy | 4.00 |
| Jun 22/2006 | 97870 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03014 | 5521 | - Photocopy | 0.75 |
| Jun 22/2006 | 97871 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03014 | 5521 | - Photocopy | 2.00 |
| | | Total for Jun 22/2006 : | | 6.75 | | | | | |
| Jun 26/2006 | 98614 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03026 | 5521 | - Photocopy | 4.00 |
| | | Total for Jun 26/2006 : | | 4.00 | | | | | |
| Jun 27/2006 | 98222 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03019 | 5521 | - Photocopy | 0.25 |
| Jun 27/2006 | 98224 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03019 | 5521 | - Photocopy | 1.25 |
| | | Total for Jun 27/2006 : | | 1.50 | | | | | |
| Jun 28/2006 | 98212 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03018 | 5521 | - Photocopy | 1.25 |
| | | Total for Jun 28/2006 : | | 1.25 | | | | | |
| Jun 29/2006 | 98621 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03026 | 5521 | - Photocopy | 0.75 |
| | | Total for Jun 29/2006 : | | 0.75 | | | | | |
| Jun 30/2006 | 98535 | Expense Recovery Pacer | CER | 30566-00001 | USA Commercial Mor | 03023 | 5010 | - Client Di | 1.32 |
| Jun 30/2006 | 98537 | Expense Recovery Pacer | CER | 30566-00001 | USA Commercial Mor | 03023 | 5010 | - Client Di | 7.60 |
| Jun 30/2006 | 98538 | Expense Recovery Pacer | CER | 30566-00001 | USA Commercial Mor | 03023 | 5010 | - Client Di | 23.75 |
| Jun 30/2006 | 98539 | Expense Recovery Pacer | CER | 30566-00001 | USA Commercial Mor | 03023 | 5010 | - Client Di | 2.64 |
| Jun 30/2006 | 98623 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03026 | 5521 | - Photocopy | 0.50 |
| | | Total for Jun 30/2006 : | | 35.81 | | | | | |
| Jul 5/2006 | 98629 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03026 | 5521 | - Photocopy | 2.25 |
| Jul 5/2006 | 98630 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03026 | 5521 | - Photocopy | 2.25 |
| | | Total for Jul 5/2006 : | | 4.50 | | | | | |
| Jul 7/2006 | 99180 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03045 | 5521 | - Photocopy | 0.75 |
| | | Total for Jul 7/2006 : | | 0.75 | | | | | |
| Jul 10/2006 | 98891 | Expense Recovery Courier | CER | 30566-00001 | USA Commercial Mor | 03036 | 5501 | - Delivery | 5.00 |
| | | Total for Jul 10/2006 : | | 5.00 | | | | | |
| Jul 12/2006 | 99186 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03045 | 5521 | - Photocopy | 1.25 |

## Client Costs Journal
### Apr 14/2006 To Jul 31/2006

| Date | Entry# | Paid To / Explanation | Source | Matter | Client Name | Ref# | G/L Acct | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | **Total for Jul 12/2006 :** | 1.25 | | | | | | |
| Jul 27/2006 | 99924 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03054 | 5521 | - Photocopy | 0.50 |
| | | **Total for Jul 27/2006 :** | 0.50 | | | | | | |
| Jul 28/2006 | 100521 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03058 | 5521 | - Photocopy | 1.25 |
| Jul 28/2006 | 100529 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03058 | 5521 | - Photocopy | 3.75 |
| Jul 28/2006 | 101171 | Expense Recovery Postage | CER | 30566-00001 | USA Commercial Mor | 03068 | 5531 | - Postage R | 1.56 |
| Jul 28/2006 | 101172 | Expense Recovery Postage | CER | 30566-00001 | USA Commercial Mor | 03068 | 5531 | - Postage R | 1.11 |
| | | **Total for Jul 28/2006 :** | 7.67 | | | | | | |
| Jul 31/2006 | 100950 | Expense Recovery Photocopies | CER | 30566-00001 | USA Commercial Mor | 03061 | 5521 | - Photocopy | 1.00 |
| Jul 31/2006 | 101000 | Expense Recovery Westlaw | CER | 30566-00001 | USA Commercial Mor | 03063 | 5310 | - Lexis/Wes | 415.01 |
| Jul 31/2006 | 101085 | Expense Recovery Pacer | CER | 30566-00001 | USA Commercial Mor | 03064 | 5010 | - Client Di | 25.75 |
| Jul 31/2006 | 101086 | Expense Recovery Pacer | CER | 30566-00001 | USA Commercial Mor | 03064 | 5010 | - Client Di | 8.24 |
| Jul 31/2006 | 101087 | Expense Recovery Pacer | CER | 30566-00001 | USA Commercial Mor | 03064 | 5010 | - Client Di | 15.50 |
| Jul 31/2006 | 101088 | Expense Recovery Pacer | CER | 30566-00001 | USA Commercial Mor | 03064 | 5010 | - Client Di | 4.96 |
| | | **Total for Jul 31/2006 :** | 470.46 | | | | | | |

### *** Client Costs Journal - G/L Account Summary ***

| G/L Account | | Debit | Credit |
|---|---|---|---|
| 5010 | - Client Disb Expense | 1727.57 | 257.64 |
| 5210 | - Client Disb Clearin | | 175.00 |
| 5310 | - Lexis/Westlaw | | 913.40 |
| 5350 | - Office/Gen. Expense | | 250.60 |
| 5501 | - Delivery Recovery | | 15.00 |
| 5521 | - Photocopy Recovery | | 110.50 |
| 5531 | - Postage Recovery | | 5.43 |
| | Total: | 1727.57 | 1727.57 |

### REPORT SELECTIONS

| | | | |
|---|---|---|---|
| Report: | Client Costs Journal | | |
| Layout Template: | All | | |
| Requested by: | ADMIN | | |
| Finished: | Monday, August 28, 2006 at 12:42:26 PM | | |
| Date Range: | Apr 14/2006 To Jul 31/2006 | | |
| Matters: | 30566-00001 | | |
| Clients: | All | | |
| Major Clients: | All | | |
| Responsible Lawyer: | All | Client Intro Lawyer: | All |
| Assigned Lawyer: | All | Type of Law: | All |
| Sort by Resp Lawyer: | No | New Page for Each Lawyer: | No |
| G/L Account: | All G/L Accounts | Include Exp. Recoveries: | Yes |
| Ref#: | All Checks | Include Accounts Payable Entries: | Yes |
| G/L Summary Only: | No | Include General Check Allocations: | Yes |
| Display in Order Entered: | No | Show User Name: | No |
| Corrected Entries: | Not Included | Summary by Resp Lawyer: | No |
| Select From: | Active, Inactive, Archived Matters | | |
| Ver: | 7.10b | Explanation Codes: | All |