# EXHIBIT "C"

## TASK 1

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 134.10 | $ 56,992.50 | |
| Jeanette E. McPherson, Esq. | $ 325 | 88.80 | $ 28,860.00 | |
| Jason A. Imes, Esq. | $ 225 | .20 | $ 45.00 | |
| Linda Daugherty, Paralegal | $ 140 | 3.80 | $ 532.00 | |
| Lia Dorsey, Paralegal | $ 125 | 52.40 | $ 6,550.00 | |
| Legal Assistant | $ 100 | 3.70 | $ 370.00 | |
| TOTAL | | 283.00 | $ 93,349.50 | $ 329.86 |

## TASK 2

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 39.70 | $ 16,872.50 | |
| Jeanette E. McPherson, Esq. | $ 325 | 105.20 | $ 34,190.00 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 0.00 | $ 0.00 | |
| Lia Dorsey, Paralegal | $ 125 | 20.50 | $ 2,562.50 | |
| Legal Assistant | $ 100 | 0.00 | $ 0.00 | |
| TOTAL | | 165.40 | $ 53,625.00 | $ 324.21 |

## TASK 3

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 19.40 | $ 8,245.00 | |
| Jeanette E. McPherson, Esq. | $ 325 | 17.50 | $ 5,687.50 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 0.00 | $ 0.00 | |
| Lia Dorsey, Paralegal | $ 125 | 11.90 | $ 1,487.50 | |
| Legal Assistant | $ 100 | 0.00 | $ 0.00 | |
| TOTAL | | 47.60 | $ 15,420.00 | $ 323.95 |

## TASK 4

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 16.20 | $ 6,885.00 | |
| Jeanette E. McPherson, Esq. | $ 325 | 47.50 | $ 15,437.50 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 4.00 | $ 560.00 | |
| Lia Dorsey, Paralegal | $ 125 | 15.10 | $ 1,887.50 | |
| Legal Assistant | $ 100 | 6.00 | $ 600.00 | |
| **TOTAL** | | 88.80 | $ 25,370.00 | $ 285.70 |

## TASK 5

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 54.00 | $ 22,950.00 | |
| Jeanette E. McPherson, Esq. | $ 325 | 47.20 | $ 15,340.00 | |
| Jason A. Imes, Esq. | $ 225 | 0.40 | $ 90.00 | |
| Linda Daugherty, Paralegal | $ 140 | 1.10 | $ 154.00 | |
| Lia Dorsey, Paralegal | $ 125 | 3.30 | $ 412.50 | |
| Legal Assistant | $ 100 | 0.00 | $ 0.00 | |
| **TOTAL** | | 106.00 | $ 38,946.50 | $ 367.42 |

## TASK 6

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 4.10 | $ 1,742.50 | |
| Jeanette E. McPherson, Esq. | $ 325 | 0.50 | $ 162.50 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 0.00 | $ 0.00 | |
| Lia Dorsey, Paralegal | $ 125 | 0.00 | $ 0.00 | |
| Legal Assistant | $ 100 | 0.00 | $ 0.00 | |
| **TOTAL** | | 4.60 | $ 1,905.00 | $ 414.13 |

## TASK 7

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 4.60 | $ 1,955.00 | |
| Jeanette E. McPherson, Esq. | $ 325 | 1.90 | $ 617.50 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 0.00 | $ 0.00 | |
| Lia Dorsey, Paralegal | $ 125 | 0.00 | $ 0.00 | |
| Legal Assistant | $ 100 | 0.00 | $ 0.00 | |
| TOTAL | | 7.50 | $ 2,572.50 | $ 343.00 |

## TASK 8

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 0.10 | $ 42.50 | |
| Jeanette E. McPherson, Esq. | $ 325 | 6.40 | $ 2,080.00 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 0.00 | $ 0.00 | |
| Lia Dorsey, Paralegal | $ 125 | 0.00 | $ 0.00 | |
| Legal Assistant | $ 100 | 1.50 | $ 150.00 | |
| TOTAL | | 6.50 | $ 2,122.50 | $ 326.54 |

## TASK 9

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 3.50 | $ 1,487.50 | |
| Jeanette E. McPherson, Esq. | $ 325 | 9.70 | $ 3,152.50 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 0.00 | $ 0.00 | |
| Lia Dorsey, Paralegal | $ 125 | 2.00 | $ 250.00 | |
| Legal Assistant | $ 100 | 0.00 | $ 0.00 | |
| TOTAL | | 15.20 | $ 4,890.00 | $ 321.71 |

## TASK 10

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 23.20 | $ 9,860.00 | |
| Jeanette E. McPherson, Esq. | $ 325 | 32.30 | $ 10,497.50 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 0.00 | $ 0.00 | |
| Lia Dorsey, Paralegal | $ 125 | 13.60 | $ 1,700.00 | |
| Legal Assistant | $ 100 | 0.00 | $ 0.00 | |
| TOTAL | | 69.10 | $ 22,057.50 | $ 319.21 |

## TASK 11

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 0.20 | $ 85.00 | |
| Jeanette E. McPherson, Esq. | $ 325 | 0.30 | $ 97.50 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 0.00 | $ 0.00 | |
| Lia Dorsey, Paralegal | $ 125 | 0.00 | $ 0.00 | |
| Legal Assistant | $ 100 | 0.00 | $ 0.00 | |
| TOTAL | | 0.50 | $ 182.50 | $ 365.00 |

## TASK 12

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 0.80 | $ 340.00 | |
| Jeanette E. McPherson, Esq. | $ 325 | 1.50 | $ 487.50 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 0.00 | $ 0.00 | |
| Lia Dorsey, Paralegal | $ 125 | 0.20 | $ 25.00 | |
| Legal Assistant | $ 100 | 0.00 | $ 0.00 | |
| TOTAL | | 2.50 | $ 852.50 | $ 341.00 |

## TASK 13

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 1.60 | $ 680.00 | |
| Jeanette E. McPherson, Esq. | $ 325 | 0.80 | $ 260.00 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 0.00 | $ 0.00 | |
| Lia Dorsey, Paralegal | $ 125 | 0.60 | $ 75.00 | |
| Legal Assistant | $ 100 | 0.00 | $ 0.00 | |
| **TOTAL** | | 3.00 | $ 1,015.00 | $ 338.33 |

## TASK 14

| NAME | HOURLY RATE | APPLICATION HOURS | TOTAL FEES | BLENDED RATE |
|---|---|---|---|---|
| Lenard E. Schwartzer, Esq. | $ 425 | 3.10 | $ 1,317.50 | |
| Jeanette E. McPherson, Esq. | $ 325 | 4.20 | $ 1,365.00 | |
| Jason A. Imes, Esq. | $ 225 | 0.00 | $ 0.00 | |
| Linda Daugherty, Paralegal | $ 140 | 0.00 | $ 0.00 | |
| Lia Dorsey, Paralegal | $ 125 | 0.20 | $ 25.00 | |
| Legal Assistant | $ 100 | 0.00 | $ 0.00 | |
| **TOTAL** | | 7.50 | $ 2,707.50 | $ 361.00 |