# EXHIBIT A-1

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road        August 10, 2006
Las Vegas, NV  89121                           Invoice No.  ******
```

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00001**

**Case Administration**

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/13/06 | K Glade | .40 | Work on UCC lien search (.4). |
| 04/13/06 | A Jarvis | .70 | Correspondence regarding preparation of petitions and first day motions. |
| 04/13/06 | A Jarvis | 2.80 | Meet with T. Allison, M. Kehl, S. Smith regarding preparation of first day motions, conferences and correspondence with EA Monson, LA Jenkins, and A. Tsu regarding preparation of first day motions; preparation for meeting with U.S. Trustee and gathering of information for same; review and revise cash management motion, declaration. |
| 04/13/06 | A Jarvis | 1.70 | Meet with U.S. Trustee; discussion of background of case and first day motions, committee (1.7). |
| 04/13/06 | A Jarvis | 1.80 | Complete petitions and arrange for signatures, discussions with T. Allison regarding employee meetings, broker meetings; correspondence regarding first day motions; review and revise same. |
| 04/13/06 | L Jenkins | 1.60 | Read and comment on A. Tsu's first day motions drafted. |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


04/13/06 L Jenkins       .40 Conference with A. Tsu regarding comments on
                             motions drafted by her.

04/13/06 L Jenkins       .30 Conferences with E. Monson regarding first day
                             motion preparation.

04/13/06 L Jenkins       .20 Telephone conference with S. Smith regarding
                             cash management motion.

04/13/06 L Jenkins       .30 Verify current resolutions and telephone
                             conference with M. Kehl regarding same.

04/13/06 L Jenkins       .60 Revise first-day motions.

04/13/06 L Jenkins       .50 Telephone conferences with S. Smith, M. Kehl
                             and M. Pugsley regarding corporate resolutions.

04/13/06 L Jenkins      1.00 Revise cash management motion.

04/13/06 E Monson       9.00 Review emails from SC Strong regarding cash
                             management motion (.2); review emails
                             throughout the day from C. Hurst and J. Oriti
                             regarding equity holder lists (.4); discussion
                             with C. Hurst regarding equity holder lists and
                             lists of 20 largest creditors (.2); conference
                             with L. Jenkins regarding First Day motions
                             (.2); work on ex parte motion for expedited
                             hearing and limiting notice and accompanying
                             order (1.0); review email from SC Strong and
                             draft of cash management motion (.4); review
                             lists of 20 largest equity security holders
                             received from S. Smith and email (.2); review
                             message from AW Jarvis and facilitate with C.
                             Hurst reading her petitions, list of 20 largest
                             creditors (.2); review and revise wage motion
                             and order and ex parte motion for expedited
                             hearing and order (1.8); multiple discussions
                             with L. Jenkins during day regarding First Day
                             Motion and filings (.6); review and revise ex
                             parte motion on expedited hearing and get sent
                             to AW Jarvis (.3); review email from S. Smith
                             regarding exhibits to wage motion (.2); make
                             additional changes to wage motion per S.
                             Smith's comments (.4); discussion with S. Smith
                             regarding status of first day motions (.3);
                             draft motion and order regarding extra time to
                             file statements and schedules (.8); make
                             further revisions to various First Day Motions
                             (1.4); shepardize cases cited in wage motion

Client No. 34585                                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


                        (.3); additional conversation with S. Smith
                        regarding First Day Motions (.2).

04/13/06 S Strong       2.30 Continue work on draft of Debtors' proposed
                        cash-management motion, and circulate draft via
                        email to A. W. Jarvis, M. Kehl, and S. Smith.

04/13/06 C Hurst        7.00 Receipt, review of inventory/address
                        spreadsheets for USA Capital Diversified and
                        USA Capital First TD Fund; work with tech
                        department in creating text files for
                        Bankruptcy filing (1.7); Prepare text files to
                        transmit to L. Schwartzer; transmit petitions
                        and 20 largest lists and other creditor files
                        to Schwartzer; email correspondence between L.
                        Schwartzer's office regarding text files,
                        creditor lists, filing time, additional forms
                        and information needed for emergency filing
                        (5.3).

04/14/06 S Clark        2.20 Discussion of case with Steve Strong, meeting
                        with Peggy Hunt.

04/14/06 A Jarvis        .30 Correspondence regarding filing of petitions,
                        judge assignment.

04/14/06 A Jarvis       2.10 Meetings with EA Monson, LA Jenkins, and A. Tsu
                        regarding preparation of first day motions,
                        changes to same; preparation for hearings;
                        telephone calls to and correspondence with L.
                        Schwartzer and Mesirow regarding filing of
                        first day motions, judge assignment.

04/14/06 A Jarvis       2.50 Conferences and correspondence with L.
                        Schwartzer, EA Monson, A. Tsu, LA Jenkins
                        regarding filing of first day motions; review
                        and revise same; review and organize exhibits;
                        correspondence with Mesirow regarding same.

04/14/06 A Jarvis       2.60 Review and revise first day motions;
                        correspondence with L. Schwartzer regarding
                        same; telephone conference with M. Kehl
                        regarding exhibits; conferences with EA Monson
                        and LA Jenkins regarding motions, filing;
                        prepare for hearing.

04/14/06 L Jenkins       .70 Review and comments on first day motions.

04/14/06  L Jenkins      .80 Conference with A. Jarvis and E. Monson
                             regarding pleadings to draft, case strategy and
                             related issues.

04/14/06  L Jenkins     1.40 Draft orders for first-day motions.

04/14/06  L Jenkins      .60 Review of pleadings for filing today, employee
                             payments and joint administration.

04/14/06  L Jenkins      .30 Conference with A. Jarvis regarding orders for
                             first-day motions.

04/14/06  L Jenkins     1.40 Revise cash management motion; draft related
                             order.

04/14/06  L Jenkins      .20 Telephone conference with L. Schwartzer
                             regarding exhibits to cash management motion.

04/14/06  L Jenkins      .90 Conference with A. Jarvis, E. Monson and
                             telephone conferences with L. Schwartzer all
                             regarding filing first-day motions; review cash
                             management motion and exhibits and revisions to
                             motion; conference with A. Jarvis regarding
                             preparations for hearings on first-day motions.

04/14/06  E Monson      8.00 Meet with AW Jarvis, L. Jenkins and A. Tsu
                             regarding First Day Motions and matters in
                             connection with filing (.7); review and revise
                             orders on time to file schedules, expedited
                             hearing on First Day Motions and Wage Motion
                             (.6); review emails from S. Smith regarding
                             various motions (.2); multiple discussion with
                             S. Smith throughout day regarding First Day
                             Motions (.5); conferences with AW Jarvis
                             through day regarding First Day Motions (.8);
                             conference call with AW Jarvis and S. Smith
                             regarding issues relating to Mesirow
                             application (.2); numerous conversations with
                             L. Schwartzer regarding First Day Motions
                             (1.0); work on revising and getting First Day
                             Motions proofed and finalized (2.6); work on
                             putting together pro hac vice pleadings for AW
                             Jarvis and research for background in
                             connection therewith (1.4).

04/14/06 S Strong        .50 Review petitions as filed in 5 USA cases
                             yesterday (0.2); exchange emails with A. W.
                             Jarvis regarding information for pro hac
                             admittance (0.1); review various first-day
                             motions filed today (0.2).

04/14/06 A Tsu          4.60 Reviewing and editing motion for joint
                             administration; conference call with A. Jarvis,
                             L. Jenkins and E. Monson; drafting proposed
                             order for same.

04/15/06 A Jarvis       1.70 Prepare for hearing on first day motions;
                             correspondence regarding investor inquiries.

04/16/06 A Jarvis       4.80 Prepare for hearings on first day motions;
                             review motions and prepare arguments, summary
                             of case.

04/16/06 S Strong        .20 Exchange emails with B. Spiegel regarding
                             hearing set on first-day motions.

04/17/06 A Jarvis       1.50 Prepare for first day motion hearings;
                             correspondence regarding first day motions,
                             responses to investor questions.

04/17/06 A Jarvis       6.40 Prepare for and attend hearings on first day
                             motions.

04/17/06 A Jarvis        .50 Telephone conference with S. Strong regarding
                             results of hearing, motions needed to be
                             prepared for filing.

04/17/06 L Jenkins      1.00 Research regarding use of cash.

04/17/06 E Monson       3.00 Review emails and discussions with C. Hurst
                             regarding preparing exhibits to certificate of
                             service on first day motion (.4); draft
                             certificate of service on notice of hearing and
                             get finalized and sent to defendant's counsel
                             (.3); review fed-ex emails on returns and get
                             sent to A. Jarvis (.2); review emails from A.
                             Jarvis (.1); discussion with A. Jarvis
                             regarding motion for limited notice going
                             forward (.2); additional discussion with C.
                             Hurst regarding certificate of service and
                             attachments thereto, get finalized and sent to
                             A. Jarvis in Nevada (.3); update S. Strong on
                             filings and discuss other first day motions to
                             be filed (.2); work on other motions relating

                        to first day filings such as additional time to
                        file statements and schedules and limiting
                        notice (1.3).

04/17/06 S Strong       1.80 Telephone conference with A. W. Jarvis
                        regarding results of hearing today on first-day
                        motions and matters needing research and
                        attention (0.6); preliminary research regarding
                        automatic stay and exceptions applicable to
                        governmental entities (0.4); exchange emails
                        with A. Tsu regarding same (0.1); preliminary
                        research regarding holding loan payments (0.4);
                        confer with A. Tsu regarding status of pro hac
                        papers (0.1); email to S. Smith regarding bank
                        contacts and DIP account issues (0.2).

04/17/06 S Tingey        .20 Communicate with M. Kehl regarding requested
                        background information.

04/17/06 C Hurst        3.00 Office conference with E. A. Monson; prepare
                        service list of parties receiving first day
                        motions (2.1); receipt and download of filed
                        petitions and creditors list of five entities
                        (.9).

04/18/06 A Jarvis       2.40 Respond to emails and phone calls from
                        interested parties, Mesirow personnel regarding
                        business operations, status of case.

04/18/06 A Jarvis       3.90 Review and revise orders on first day motions;
                        review and analyze research regarding
                        disposition of funds.

04/18/06 L Jenkins       .60 Conference with A. Jarvis and B. Kotter
                        regarding motion to use cash for 5/3 hearing.

04/18/06 L Jenkins       .20 Conference with B. Kotter regarding research
                        tasks on motion to use cash.

04/18/06 B Kotter        .60 Phone call with T. Randeau regarding pending
                        litigation and upcoming hearing (.2); draft
                        email to A. Jarvis regarding same (.2);
                        conference with L. Jenkins regarding research
                        on cash motion (.2).

Client No. 34585                                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


04/18/06 E Monson        5.15 Discussions with AW Jarvis regarding renewed
                              motion on wages (.2); draft email to S. Smith
                              regardnig information needed for renewed wage
                              motion (.2); further discussion with AW Jarvis
                              on motion relating to property of estate and
                              motion on statements and schedules (.2); draft
                              email to L. Schwartzer regarding motion and
                              order on statements and schedules and review
                              drafts of those pleadings (.4); review email
                              from J. McPherson regarding motion on time to
                              file statements and schedules and send reply
                              (.2); review emails relating to motion to
                              approve notice and claims agent (.3); work on
                              drafting motion to employ notice and claim
                              agent (2.2); draft email to L. Schwartzer on
                              claims agent and review replies and documents
                              from clerk's office (.7); draft email to AW
                              Jarvis on claims agent and review reply (.2);
                              discussion with S. Strong regarding motion on
                              statements and schedules (.1); review email
                              from S. Smith regarding claims agent motion and
                              attachments which include agreement with BMC
                              and fee schedule (.6); review email from L.
                              Schwartzer regarding 341 meeting and notice
                              (.1); review email from Lia Dorsey regarding
                              pleadings relating to additional time to file
                              statements and schedules; forward to S. Smith
                              (.2).

04/18/06 S Strong        7.10 Participate in meeting with T. Allison and
                              debtors' employees re bankruptcy questions and
                              implications (1.4); participate in conference
                              call with T. Allison, M. Kehl, A. W. Jarvis, J.
                              McPherson and M. W. Pugsley regarding various
                              legal and business matters needing attention
                              during first week of case (1.2); review various
                              news reports re the bankruptcy filings (0.5);
                              confer with S. Smith and Mesirow team regarding
                              various business and legal issues (0.6); ;
                              telephone conference with A. W. Jarvis
                              regarding calls from various investors' counsel
                              (0.3); confer with S. Smith regarding corporate
                              and LLC resolutions needed by UST's office, and
                              forward same to her (0.4); telephone conference
                              with A. W. Jarvis to report on day's events
                              (0.4).

Client No. 34585                                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


04/19/06 L Jenkins        .30 Telephone conference with A. Jarvis regarding
                              issues relating to employee payment, restated
                              motion and response to DML request for
                              documents.

04/19/06 E Monson        3.20 Discussion with L. Jenkins regarding renewed
                              wage motion (.2); discussion with S. Strong
                              regarding renewed wage motion (.3); review
                              emails from AW Jarvis and L. Schwartzer
                              regarding renewed wage motion (.2); review
                              emails from L. Schwartzer and J. McPherson
                              regarding bar dates and motions relating
                              thereto (.2); discussion with S. Strong
                              regarding various motions to be drafted and
                              filed (.3); review pleadings from L. Dorsey on
                              additional time to file statements and
                              schedules and send reply email regarding filing
                              (.4); work on drafting motion and order
                              limiting notice (1.0); discussion with L.
                              Schwartzer regarding renewed wage motion (.1);
                              additional discussion with S. Strong regarding
                              status of various motions (.3); review email
                              from L. Schwartzer and draft of renewed wage
                              motion and payroll information from S. Smith
                              (.3); review interim order on case management
                              (.1).

04/19/06 S Strong        4.00 Participate in conference call with S. Smith,
                              L. Schwartzer, and BMC personnel regarding
                              noticing requirements and issues in case,
                              service of Notice of Commencement of Case,
                              proof of claim and proof of interest issues,
                              and related issues (0.8); assist S. Smith and
                              M. Kehl with various case-administration
                              questions and issues (1.3); participate in
                              meeting with T. Allison, M. W. Pugsley, and
                              Mesirow staff regarding current case
                              administration issues and related matters
                              (0.7); telephone conferences with L. A. Jenkins
                              regarding various case administration issues
                              (0.4); telephone conferences with E. A. Monson
                              regarding various case administration issues
                              (0.3); email to C. Hurst regarding form needed
                              for notice of commencement of case, and
                              telephone conference with her regarding same
                              (0.3); leave voice messages for various
                              investors' counsel to return calls received by
                              A. W. Jarvis (0.2).

Client No. 34585                                                    Page:   9
Debtor USA Commercial Mortgage Co., et al.                          August 10, 2006


04/19/06 G Winger        .40 Conference with Steve Strong regarding
                             corporate authorization issues

04/19/06 C Hurst        1.60 Voice mail and email from S. Strong regarding
                             section 341 meeting and deadline notice; access
                             Bankruptcy noticing center website and download
                             form; convert to Word format and refine for
                             further revisions.

04/20/06 L Jenkins       .30 Conference with E. Monson regarding revised
                             wage motion.

04/20/06 E Monson       5.10 Review emails from L. Schwartzer on renewal of
                             wage motion (.2); discussion with S. Strong
                             regarding AW Jarvis' comments on renewed wage
                             motion (.2); work on revising wage motion
                             (1.6); work on Declaration for Thomas Alison
                             (.8); conference with S. Strong and L. Jenkins
                             regarding status of various motions (.3);
                             review email from J. Skidmore regarding BMC
                             application (.1); review emails from L.
                             Schwartzer on the wage motion (.2); review
                             email from Lia Dorseyon BMC application and
                             review as to comments (.7); review email from
                             L. Schwartzer on wage motion (.1); review
                             additional email from L. Schwartzer on
                             attachments (.4); draft various emails on
                             motions to AW Jarvis, SC Strong, LA Jenkins, S.
                             Smith, L. Schwartzer and J. McPherson (.5).

04/20/06 S Strong       2.84 Exchange voice mails with R. G. Winger
                             regarding corporate officer issues (.1);
                             discuss legal issues regarding preparation of
                             Debtors' schedules and statements with S. Smith
                             and other Mesirow professionals (.6); meet with
                             S. Smith, R. Hilson, and others from Mesirow
                             team and Debtors' accounting team to discuss
                             information needed for schedules and statements
                             (1.1); telephone conference with J. Grossman,
                             counsel for an investor, regarding status of
                             case and Debtors' intentions and strategies for
                             dealing with investors and funds (.6);
                             telephone conference with A. W. Jarvis
                             regarding same and various other current case
                             administration issues (0.5); confer with A.

                    Stevens regarding The Gardens LLC pending
                    collateral release issues (0.3); telephone
                    conference with A. W. Jarvis regarding same
                    (0.2); telephone conference with L. A. Jenkins
                    regarding same (0.2); telephone conference with
                    K. G. Glade regarding numerous IT project
                    documents transmitted via email (0.1).

04/20/06 C Hurst      1.30 Receipt and review of correspondence from
                    investor regarding address correction; obtain
                    Amendment form from Nevada counsel (.4); emails
                    with Nevada counsel regarding problems with
                    Court's submission of one investor list -
                    follow up with Tech department (.5); request
                    from Nevada counsel for investor lists in label
                    format - instructions to word processing for
                    same (.4).

04/21/06 A Jarvis      .30 Telephone conference with S. Strong regarding
                    DIP financing, collection, operational issues.

04/21/06 E Monson     5.00 Conferences with SC Strong regarding revisions
                    to wage motion and declaration (.4); review
                    numerous emails and drafts of exhibits from L.
                    Schwartzer and S. Smith regarding modified wage
                    motion and declaration and work on revising and
                    finalizing motion (2.4); draft emails to S.
                    Smith, L. Schwartzer and others on modified
                    wage motion (.3); review emails from L.
                    Schwartzer regarding motion to limit notice and
                    additional parties to include on motion to
                    limit notice (.1); review emails from L.
                    Schwartzer and Julie Skidmore on 341 notice
                    (.2); additional review of email from Lia
                    Dorsey on wage motion; review attachements and
                    send comments (.5); conferences with SC Strong
                    regarding issues to be addressed next week and
                    341 notices (.4); review email from Lennie
                    regarding 341 notices (.1); review email  from
                    Jeanette regarding Exhibit A to motion to limit
                    notices and send reply (.2); follow up on
                    various notice issues (.4).

04/21/06 S Tingey      .30 Review information from investor (.20); memo to
                    M. Kehl regarding same (.10).

Client No. 34585                                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006

04/21/06 G Winger        .80 Research regarding Nevada law pertaining to
                             appointment of corporate officers; conference
                             with Steve Strong regarding the same

04/21/06 C Hurst        2.00 Further emails between Nevada counsel and tech
                             department with problems on one investor list
                             and uploading to Nevada Courts (.3); receipt
                             and revise amendment cover sheet from Nevada
                             (.3); review Nevada local rules regarding
                             amendment (.4); telephone call with S. Strong
                             regarding email from client regarding $175
                             Verified Petition fee; access clerk's website
                             and review dockets regarding same - place
                             calls; messages left with clerk's office
                             regarding payment of fee; draft email to clerk
                             regarding remitting payment (.5); receipt of
                             label documents for 20 largest investor lists;
                             forward to S&M (.3); brief conference with S.
                             Strong regarding status and designation of
                             responsibilities (.2).

04/23/06 A Jarvis       2.40 Research on property of the estate issues.

04/23/06 E Monson        .20 Review numerous emails relating to conference
                             call and issues to be addressed (.2).

04/24/06 A Jarvis        .40 Conference with S. Strong regarding investor
                             issues, cash management, motion to hold funds.

04/24/06 A Jarvis        .80 Correspondence with investors and arrange for
                             answering of questions.

04/24/06 A Jarvis       1.50 Conference call with working group regarding
                             business, regulatory issues, motions to be
                             filed, strategy.

04/24/06 A Jarvis        .60 Conferences with S. Strong and L. Jenkins
                             regarding investor claims, research regarding
                             holding funds.

04/24/06 A Jarvis        .60 Respond to email regarding distribution issues,
                             investors.

04/24/06 A Jarvis        .40 Review pleadings, information requested from US
                             Trustee.

04/24/06 A Jarvis        .60 Research regarding investor funds status.

Client No. 34585                                           Page:   12
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006


04/24/06 L Jenkins      1.50 Telephone conference with Mesirow team, A.
                             Jarvis, S. Strong, K. Glade and others
                             regarding case status, issues with divisions of
                             labors and DIP financing.

04/24/06 L Jenkins       .40 Post-call meeting with S. Strong and A. Jarvis
                             regarding tasks.

04/24/06 B Kotter        .30 Conference with SC Tingey regarding factual
                             questions in USA operations and loan documents
                             (.3).

04/24/06 E Monson       6.20 Work on assisting Mesirow on various legal
                             issues including review of Gramercy loan,
                             review of proposed agreement with Andy Hartges
                             and Devin Lee, review various loan documents in
                             connection with upcoming closing of loans
                             (2.0); meet with Tom Allison, Susan Smith, and
                             others at Mesirow and discuss various issues
                             relating to USA (.6); review and send numerous
                             emails relating to motion to limit notice and
                             mailing matrix (.8); review SC Strong changes
                             to motion to limit notice (.3); discussions
                             with SC Strong regarding issues on limited
                             notice and BMC application (.3); discussion
                             with C. Hurst regarding initial master mailing
                             matrix and revisions thereto (.2); participate
                             in conference call to discuss various legal
                             issues involving Tom Allison, Susan Smith, M.
                             Kehl, LA Jenkins, AW Jarvis, SC Strong, and KG
                             Glade (1.5); review various emails regarding
                             case administration including 342 notice and
                             meeting with US Trustee (.5).

04/24/06 S Strong       8.00 Revise and expand motion to limit notice and
                             work on exhibit to same (1.3); telephone
                             conference with E. A. Monson, BMC, S. Smith, C.
                             Hurst, and A. Hosey regarding same (0.7);
                             review notices of commencement on dockets of 5
                             debtors' cases, and draft and revise combined
                             Notice of Commencement of Cases (2.1); exchange
                             various emails with L. Schwartzer, BMC, E. A.
                             Monson, and S. Smith regarding same (0.3);
                             review L. Schwartzer's comments to same, and
                             exchange follow-up emails to group regarding
                             same (0.3); review and analysis of preliminary
                             List of Investors by Loan prepared by Mesirow
                             (0.8); exchange emails with A. W. Jarvis and L.
                             Schwartzer regarding corporate authority and

                          resolutions (0.2); review status of all motions
                          to be heard on 5/3/06, notices of hearing for
                          same, and items to include in mass mailing to
                          all 7,000+ parties in interest, and discuss
                          same with E. A. Monson and S. Smith (0.8);
                          participate in conference call with T. Allison
                          and Mesirow team, A. W. Jarvis and K. G. Glade
                          from RQN, and local counsel L. Schwartzer and
                          J. McPherson, regarding key issues and
                          strategies in moving cases forward and unique
                          bankruptcy and business issues and challenges
                          in these cases (1.5).

04/24/06 C Hurst      4.20 Office conference with S. Strong regarding
                          limited service list; review dockets and
                          prepare initial draft of same and communicate
                          with E. A. Monson regarding same; revise (3.5);
                          calls from parties inquiring as to notice and
                          public website and review same (.7).

04/25/06 A Jarvis      .20 Correspondence with M. Olson regarding
                          communications with investors.

04/25/06 A Jarvis      .30 Telephone calls to investors counsel.

04/25/06 A Jarvis      .40 Return phone calls and emails to investors and
                          counsel.

04/25/06 A Jarvis      .40 Correspondence on mailing, notice issues.

04/25/06 A Jarvis     1.70 Conference call with working group regarding
                          business, operational issues, status of
                          motions, strategy.

04/25/06 A Jarvis      .80 Conference with L. Jenkins and S. Strong
                          regarding motion to hold funds.

04/25/06 A Jarvis      .30 Conference with S. Strong regarding motion to
                          return funds held in escrow.

04/25/06 A Jarvis      .40 Respond to emails from investor; correspondence
                          with BMC regarding same.

04/25/06 A Jarvis      .40 Review and comment on motion regarding return
                          of funds held in escrow.

04/25/06 L Jenkins        .70 Telephone conference with Ray Quinney & Nebeker
                              and  Mesirow teams regarding status, issues and
                              tasks.

04/25/06 E Monson       10.80 Work on issues relating to initial master
                              matrix to attach to motion to limit notice
                              (.9); conference with SC Strong and L.
                              Schwartzer regarding issues relating to motion
                              to limit notice and various notices and order
                              to be sent out to BMC (.4); work on review of
                              documents and resolving other issues relating
                              to notices and orders to be sent out by BMC
                              (1.9); further review of various contract
                              documents and partial release provisions in
                              connection with closing of upcoming sales
                              (2.4); conference call with BMC, S. Smith, J.
                              Oriti, L. Schwartzer and J. McPherson regarding
                              issues on sending out notice (.5); conference
                              with C. Hurst regarding issues on master
                              mailnig matrix and review emails and calls to
                              Angela Hosey relating to same (.2); further
                              review of Andy Hartges / Devin Lee proposal and
                              draft email to AW Jarvis and review reply (.7);
                              conference call with SC Strong and J. McPherson
                              regarding issues on notice of commencement and
                              other orders and notice we want BMC to send out
                              (.4); review of emails from J. Skidmore
                              regarding order to be sent out and comments to
                              notice of commencement (.3); discussion with AW
                              Jarvis and SC Strong regarding Hartges/Lee
                              proposal (.4); conference with KG Glade
                              regarding partial release issues (.3); forward
                              mailing matrix list to BMC (.1); conference
                              call with KG Glade, SC Strong, and AW Jarvis
                              regarding partial release and ordinary course
                              issues (.6); conference call with M. Pugsley,
                              KG Glade, AW Jarvis, SC Strong, L. Schwartzer,
                              J. McPherson, M. Kehl and Susan Smith regarding
                              various issues relating to real estate
                              appraiser, DIP financing, ordinary course,
                              constructive trust and other issues (1.7).

04/25/06 S Strong        5.80 Telephone conferences with J. Skidmore of MBC,
                              E. A. Monson, S. Smith, and J. McPhearson
                              regarding notices and orders to include in mass
                              mailing to parties in interest, and analysis of
                              related issues (0.8); exchange emails with M.

Client No. 34585                                                  Page:   15
Debtor  USA Commercial Mortgage Co., et al.                       August 10, 2006


                         Kehl and telephone conference with S. Smith
                         regarding need for formal documentation of
                         additional officers of USACM (0.1); telephone
                         conferences with R. G. Winger regarding same
                         (0.2); review drafts of CRO and board
                         resolutions prepared by R. G. Winger regarding
                         same, and transmit to M. Kehl and S. Smith
                         (0.4); telephone conference with investor
                         attorney B. Stevens regarding status of case
                         and debtors' intentions regarding investors
                         (0.3); review local Nev. Bankruptcy rules
                         (0.3); telephone conference with A. W. Jarvis,
                         K. G. Glade and E. A. Monson regarding ordinary
                         course collateral release issues and review
                         documents regarding same (0.8); confer with E.
                         A. Monson and D. M. Monson regarding same
                         (0.4); participate in conference call with T.
                         Allison and Mesirow team, A. W. Jarvis, and L.
                         A. Jenkins regarding facts relating to loans
                         and investors, strategies for moving cases
                         forward, and coordination of efforts on various
                         tasks and assignments (1.7); conference with A.
                         W. Jarvis and L. A. Jenkins regarding
                         strategies and issues for motions for limited
                         use of case and to hold other funds for limited
                         period (0.8).

04/25/06 G Winger     2.40 Conference with Steve Strong regarding
                         appointment of new officers of corporation;
                         review Nevada General Corporation law, Action
                         by Written Consent of Board granting President
                         Authority and court order appointing
                         Restructuring Officer; draft Actions by Written
                         Consent relating to the same

04/25/06 C Hurst      1.10 Follow up with S. Strong and E. A. Monson
                         regarding limited service list (.4); return
                         call to creditor (class N investor -
                         diversified) (.4); receipt of requests for
                         notice and instruction from A. W. Jarvis
                         regarding same (.3).

04/26/06 A Jarvis     1.40 Conference call with T. Allison, Mesirow group,
                         RQN group, and L. Schwartzer regarding case
                         administration issues, preparation of motions,
                         loan issues.

Client No. 34585                                          Page:   16
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


04/26/06 A Jarvis        .50 Conference with SC Strong and EA Monson
                             regarding security agreement, Bundy Canyon
                             loan.

04/26/06 A Jarvis        .50 Conference with SC Strong and LA Jenkins
                             regarding research and drafting of various
                             motions.

04/26/06 A Jarvis        .50 Revise investor Questions and Answers for
                             website.

04/26/06 A Jarvis        .50 Responses to investor inquiries.

04/26/06 L Jenkins      2.40 Telephone conference with S. Strong and A.
                             Jarvis (in part) and Mesirow team regarding
                             status, new issues, strategies and
                             problem-solving motion needed.

04/26/06 E Monson       8.10 Work on issues relating to notices to be sent
                             out by BMC (.6); conference call with S. Smith,
                             J. McPherson and BMC representatives regarding
                             notices (.4); follow up on issues relating to
                             number of notices being sent and conference
                             with SC Strong and S. Smith (.4); further work
                             on changes to and issues relating to Exhibit A
                             to motion to limit notice and adding a
                             provision on receiving notice by email (.8);
                             work on issues relating to motion to return
                             $8.9 million and conferences with T. Allison,
                             Mark Olsen and Susan Smith (1.2); follow up on
                             issues relating to IP loan documents and
                             conferences with KG Glade (.8); conference with
                             A. Stevens and review upcoming closings and
                             partial release issues (1.0); review partial
                             release documents and other loan documents on
                             upcoming closings (1.0); meetings with Devin
                             Lee regarding separation agreement (.5);
                             participate in conference call with Tom
                             Allison, S. Smith, M. Kehl, L. Schwartzer, J.
                             McPherson, SC Strong, LA Jenkins, and AW Jarvis
                             (1.4).

04/26/06 S Strong       9.40 Exchange emails with M. Kehl regarding officer
                             resolutions, telephone conference with him
                             regarding effective date for same, revise
                             resolutions to reflect effective date and
                             re-send to M. Kehl, and confer with R. G.

Case 06-10725-gwz   Doc 1231-1   Entered 08/31/06 21:37:30   Page 18 of 45

Client No. 34585                                                Page:   17
Debtor USA Commercial Mortgage Co., et al.                      August 10, 2006

Winger regarding effective date for resolutions
(0.6); telephone conference with S. Smith
regarding corporate bylaws and name changes of
USACM for bank signing authority, review
relevant documents, and draft and send memo to
S. Smith explaining name changes (0.4); review
and edit proposed Master Service List, exchange
emails with Mesirow team and local counsel
regarding same, telephone conference with A.
Hosey regarding final edits to same (0.6);
participate in conference call with BMC
personnel, Mesirow team, E. A. Monson, and
local counsel regarding details and legal
guidelines for mass mailing today of Notice of
Commencement and related notices and orders to
approx. 7,000 investors, participate in
follow-up discussions with S. Smith and J.
McPherson regarding same, and exchange
follow-up emails regarding same (2.6); exchange
emails with M. W. Pugsley regarding former
officer of USACM (0.2); telephone conference
with S. Smith, M. Olson and E. A. Monson
regarding status of motion for return of Bundy
Canyon escrow funds (0.2), confer with A. W.
Jarvis regarding same (0.2), follow-up
telephone conferences with E. A. Monson and M.
W. Pugsley regarding same (0.3), exchange
emails with M. Olson and S. Smith, and
telephone conference with them, regarding
additional information needed for same (0.3),
and draft motion for return of Bundy Canyon
escrowed funds (3.3); telephone conference with
E. A. Monson, and exchange emails with M. W.
Pugsley, regarding status of and revisions to
lien documents to secure debt owed by IP (0.3);
review email from M. Olson re updating FAQs for
bankruptcy website, exchange emails with A. W.
Jarvis regarding same, and discuss same with A.
W. Jarvis (0.4).

04/26/06 C Hurst        1.00 Call from investor regarding questions about
                             bankruptcy filings (.3); further receipt of
                             Requests for Notice (.2); email to Schwartz and
                             McPherson regarding same (.2); emails with E.
                             Monson regarding service lists (.3).

04/27/06 S Strong        7.50 Review L. Schwartzer's revisions to draft of
                              motion to repay Bundy Canyon escrowed funds,
                              make further revisions and finalize same for
                              filing, and circulate revised draft to Mesirow
                              team and Schwartzer firm (1.3); review, prepare
                              and transmit exhibits for same (0.3); exchange
                              follow-up emails with M. Kehl, M. Olson, S.
                              Smith, and L. Schwartzer regarding finalizing,
                              filing, request to shorten time, and noticing
                              issues regarding same (0.6); exchange emails
                              with A. W. Jarvis and Mesirow team regarding
                              potential for multiple committees, and
                              increased need for joint administration (0.6);
                              confer with D M Monson and E. A. Monson
                              regarding Loan Servicing Agreement and relevant
                              provisions for analysis of ordinary course loan
                              servicing issues, and review further emails
                              from M. Kehl, D. M. Monson and E. A. Monson
                              regarding same (0.5); telephone conference with
                              R. G. Winger regarding need to formalize
                              corporate officer changes with Nevada secretary
                              of state, and review email from R. Madsen with
                              recommendations for same (0.3); exchange emails
                              with M. W. Pugsley and M. Olson re providing to
                              NMLD copies of bankruptcy court documents filed
                              today regarding return of escrowed funds (0.2);
                              confer with A. Tsu regarding research needed
                              regarding property of estate and offset rights,
                              and discuss with her the preliminary research
                              results (0.5); discuss with B. J. Kotter need
                              for research trustee/receivership right to
                              impose equitable administrative fee on estate,
                              and discuss with him the preliminary findings
                              (0.4); review and analysis of Loan Servicing
                              Fee and Nevada statute regarding loan brokers
                              and funds held or collected, conduct related
                              legal and factual research, and prepare early
                              draft of debtors' brief in support of motion
                              for limited use of cash and in reply to
                              objections to same (4.8).

04/27/06 C Hurst         4.40 Set up service list files (.5); office
                              conference with S. Strong regarding loans and
                              investor lists - create Excel spreadsheet and
                              tag and tally loans in which debtor entities
                              are investors (3.4); receipt, review of PDF
                              pleadings and discuss file organization with
                              staff (.5).

Client No. 34585                                              Page:   19
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


04/27/06 P Paralegal    5.90 Separate and organize bankruptcy files; Pacer
                             printouts of pleadings needed to complete
                             files.

04/28/06 A Jarvis        .50 Conference with S. Strong regarding preparation
                             of Allison declaration, response to cash
                             management objections.

04/28/06 A Jarvis        .30 Telephone conference with S. Smith regarding
                             preparation of Allison declaration.

04/28/06 A Jarvis       1.60 Review objections to cash management motion;
                             draft response to same.

04/28/06 A Jarvis       4.30 Draft responses to objections to cash
                             management motion; research regarding same.

04/28/06 S Strong       7.60 Continue drafting Brief in support of holding
                             and using cash, and circulate same via email to
                             RQN, Mesirow and S&M working group (1.1);
                             various conferences with D. M. Monson regarding
                             ordinary course motion and facts for same,
                             review draft of same, and further discussions
                             with him regarding same (0.9); exchange emails
                             with M. Olson and M. Kehl regarding officer
                             authority to sign ordinary course documents
                             confer with A. W. Jarvis and exchange emails
                             with her regarding same (0.4); confer with A.
                             W. Jarvis, telephone conference with S. Smith,
                             and review emails from A. W. Jarvis and T.
                             Allison regarding increased need for joint
                             administration (0.2); review and analysis of
                             relevant documents from investor files and loan
                             files, and exchange emails with M. W. Pugsley
                             and M. Kehl regarding same (1.9); further
                             analysis of Loan Servicing Agreements, and
                             exchange emails with S. Smith and A. W.
                             Jarvis regarding same (0.7); draft and circulate
                             proposed supplemental declaration of T. Allison
                             for 5/3/06 hearing (2.1); exchange emails with
                             A. W. Jarvis and M. Olson regarding
                             solicitation efforts of investor attorney, and
                             analysis of related issues  (0.3).

04/28/06 C Hurst        2.20 Email from S&M regarding creating investor and
                             unsecured lists on label documents for US
                             Trustee; work on same.

Client No. 34585                                              Page:   20
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


04/28/06 P Paralegal   2.40 Organize bankruptcy files; Pacer printouts of
                            pleadings and prepare indices.

04/29/06 A Jarvis      4.20 Research issues regarding use of cash, property
                            of estate; draft response to objections to cash
                            managment motion; Allison declaration.

04/29/06 L Jenkins     1.90 Research and read cases regarding theories and
                            analogies for cash management motion (reply).

04/29/06 L Jenkins     1.40 Research and read cases regarding theories and
                            analogies for cash management motion (reply).

04/29/06 L Jenkins      .50 Conference with A. Jarvis and S. Strong
                            regarding discussion of cases and related
                            issues to cash usage.

04/29/06 S Strong      3.50 Confer with A. W. Jarvis regarding development
                            of arguments regarding servicing fee and use of
                            case (0.6); confer with A. W. Jarvis and L. A.
                            Jenkins regarding same (0.3); review emails
                            from A. W. Jarvis and D. M. Monson regarding
                            ordinary course motion (0.2); further research
                            regarding Nevada mortgage lending law (1.2);
                            telephone conferences with L. A. Jenkins
                            regarding legal support and theories for use of
                            cash to benefit investors (0.4); telephone
                            conference with A. W. Jarvis regarding issues
                            and strategies for 5/3/06 hearing (0.5); review
                            objection to cash usage (0.3).

04/30/06 A Jarvis      2.50 Review objections to cash management motion;
                            draft response to same.

04/30/06 L Jenkins     4.60 Read and research cases regarding various
                            theories supporting motion (reply) by Debtors
                            to use cash for 90 days.

04/30/06 S Strong       .80 Review and respond to various emails from L. A.
                            Jenkins regarding case law addressing legal
                            issues for Brief in support of cash management
                            and usage motion (0.4); further analysis of
                            issues raised by investors' objection (0.4).


TOTAL FOR LEGAL SERVICES RENDERED                              $66,527.25

# EXHIBIT A-2

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                  August 11, 2006
Las Vegas, NV  89121                                     Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00002**

**Asset Analysis and Recovery**

| | | |
|---|---|---|
| 04/17/06 K Glade | .50 | E-mail regarding UCC lien search (0.2); conference with D. Monson regarding UCC lien search (0.1); order UCC lien searches. |
| 04/18/06 K Glade | .40 | Telephone calls with S. Strong regarding terms of loan servicing agreement, structure of mortgage loan documents, and individual investor issues (0.4). |
| 04/18/06 B Kotter | 3.60 | Legal research on property of the estate issues and factual research and review of mortgage servicing documents (3.6). |
| 04/18/06 S Strong | 1.70 | Telephone conference with K. G. Glade regarding serviced loans and status of review of loan files (0.3); confer with S. Steele regarding Loan Summary Sheets and debtors' pre-petition business practices (0.6); review and analysis of loan files from a few sample loans (1.8). |
| 04/19/06 K Glade | .70 | Telephone call with M. Pugsley regarding receivable owed by Investment Partners (0.1); telephone call with M. Kehl regarding documentation of receivables owed by Investment Partners (0.2); review UCC research results (0.4). |

Client No. 34585                                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.                          August 11, 2006


04/19/06 B Kotter       2.30 Legal research on property of the estate issue.

04/19/06 S Strong        .60 Discussion with T. Allison and M. W. Pugsley
                             regarding real estate appraiser needed to
                             evaluate collateral for loans (0.3); review M.
                             Kehl's proposed draft of confidentiality
                             agreement regarding same (0.1); review emails
                             from prospective appraisers confidentiality
                             agreements (0.2).

04/20/06 K Glade        2.80 Review UCC lien search and prepare summary
                             (0.8); telephone call with S. Steele regarding
                             collateral for Investment Partners receivable
                             (0.2); review e-mails of trust deed, title
                             reports and other documents related to proposed
                             collateral for Investment Partners receivable
                             (1.4); telephone call with S. Strong regarding
                             the issue (0.2); telephone call with M. Kehl
                             regarding the issue (0.2).

04/20/06 B Kotter        .40 Legal research on property of the estate
                             issues.

04/20/06 S Strong       1.00 Telephone conference with K. G. Glade regarding
                             collateralization of IP's debt to Commercial
                             Mortgage (0.2); review IP project files with S.
                             Steele of Mesirow to explore possible
                             collateralization of IP debt (0.8).

04/21/06 K Glade        3.20 Review Investment Partners materials to
                             determine possible collateral (1.9); finalize
                             summary of UCC filings; related conferences and
                             e-mails with S. Strong regarding UCC filings
                             (1.3).

04/21/06 B Kotter       3.10 Conference with S. Strong and L. Jenkins
                             regarding assets of the estate; legal research
                             regarding same (3.1).

04/21/06 S Strong       1.30 Meet with K. G. Glade to discuss results of
                             UCC-1 search of Debtor entities (0.4); exchange
                             emails with A. W. Jarvis and S. Smith regarding
                             same (0.3); meet with K. G. Glade to
                             discuss strategies for securing obligation owed by USA
                             Investment Partners to USA Commercial Mortgage
                             and specific projects in which IP may have an
                             interest (.6).

04/22/06 K Glade        2.00 Review loan files to determine Investment
                             Partners assets (2.0).

04/24/06 K Glade        5.80 Review information regarding potential
                             Investment Partners collateral and prepare
                             summary (2.8); e-mail with M. Kehl regarding
                             real properties in which Investment Partners
                             claims an interest (0.9); conference with A.
                             Jarvis regarding IP collateral (0.2);
                             conference with S. Strong regarding S. Strong
                             regarding status telephone conference with Las
                             Vegas and Salt Lake bankruptcy team (1.7);
                             telephone call with M. Kehl regarding possible
                             IP collateral (0.3).

04/24/06 B Kotter       3.40 Legal research on property of the estate issues
                             and conference with AW Jarvis and SC Strong
                             regarding research and factual questions into
                             USA operations.

04/24/06 S Strong        .40 Confer with K. G. Glade regarding details for
                             proposed security agreement for IP to pledge
                             interests, and exchange follow-up emails with
                             him and A. W. Jarvis regarding same.

04/25/06 K Glade        9.00 Review operating agreements of LLCs in which
                             Investment Partners has an interest and prepare
                             related summary (4.8); draft and revise IP note
                             and security agareement (2.0); review partial
                             release, provisions with E. Monson with related
                             telephone call with A. Jarvis (0.9);
                             participate in status telephone conference with
                             bankruptcy team (1.3)

04/25/06 B Kotter       1.70 Discussion with SC Strong regarding property of
                             the estate and legal research on related
                             issues.

04/25/06 S Strong        .40 Telephone conferences with K. G. Glade
                             regarding proposed collateral to secure
                             obligation of IP and review documents regarding
                             same.

04/26/06 K Glade        3.30 Conference with S. Strong regarding IP
                             collateral issues and issues regarding
                             treatment of "Exhibit A" investors (0.2);
                             conference with B. Kotter regarding UCC Article
                             9 issues regarding mortgage loan notes (0.2);

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


                        organize LLC and debt documents for IP
                        collateral (0.6); revise IP security agreement
                        and demand note with related e-mails to M. Kehl
                        and T. Allison (1.8); conference with A. Jarvis
                        regarding revisions to IP collateral documents
                        (0.2); telephone call with M. Kehl regarding IP
                        security agreement (0.3).

04/26/06 A Jarvis       .40 Conference with K. Glade regarding security
                        agreement and correspondence regarding same.

04/27/06 B Kotter       1.70 Legal research on ability to surcharge (1.4);
                        discuss with L. Jenkins and SC Strong (.3).

04/27/06 D Monson       .90 Review e-mail from M. Kehl, and revisions to
                        Promissory Note and Security Agreement for USA
                        Investment Partners and forward to M. Kehl
                        (0.3); telephone call to J. Reed on Tanamera
                        interest, and locate organizational information
                        on Tanamera entity and USA Investment Partners
                        for Security Agreement (0.6).

04/27/06 S Strong       .30 Review status of security documents re IP debt,
                        and review email from K. G. Glade regarding
                        adding Tanamera entity to IP agreement.

04/27/06 S Tingey       .40 Conference with S. Strong and B. Kotter
                        regarding loan servicing issues (.20);
                        conference with S. Strong regarding rights of
                        borrower and loan servicing (.20).

04/28/06 D Monson       .30 Telephone call from J. Reed on Security
                        Agreement for USA Investment Partners (0.1);
                        e-mails to J. Reed on Security Agreement for
                        USA Investment Partners (0.1); e-mail from M.
                        Kehl on revised Security Agreement for USA
                        Investment Partners (0.1).

04/29/06 B Kotter       .30 Legal research on assessing costs/fees against
                        assets/beneficiaries.

TOTAL FOR LEGAL SERVICES RENDERED                            $12,826.00

# EXHIBIT A-3

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No. ******


For Legal Services Rendered Through April 30, 2006


**Matter No. 34585-00004**

**Business Operations**

| | | | |
|---|---|---|---|
| 04/14/06 | A Jarvis | .30 | Correspondence and conference with P. Burke regarding terminated employees. |
| 04/17/06 | A Jarvis | 1.10 | Conference with T. Allison regarding employee wages motion, issues regarding J. Milanowski; meeting with T. Allison and J. Milanowski regarding employee issues; conference with T. Allison regarding operational issues, collection issues. |
| 04/17/06 | A Jarvis | .50 | Correspondence regarding operational issues. |
| 04/18/06 | A Jarvis | 1.20 | Conference call with T. Allison, M. Kehl, M. Pugsley, S. Strong, S. Smith regarding operational and regulatory issues. |
| 04/19/06 | P Burke | .10 | Conference with A. Stevens regarding preparation of termination letters for former employees. |
| 04/19/06 | A Jarvis | .80 | Corresopndence on various operational issues. |
| 04/19/06 | A Jarvis | .70 | Correspondence regarding collection issues, funding and regulatory issues. |
| 04/20/06 | P Burke | .80 | Review draft termination letters. |

Client No. 34585                                                      Page:    2
Debtor USA Commercial Mortgage Co., et al.                            August 10, 2006


04/20/06  A Jarvis       1.20 Correspondence on various operational
                              collection regulatory issues.

04/20/06  A Jarvis        .30 Telephone conference with S. Strong regarding
                              business, collection issues.

04/20/06  A Jarvis        .50 Telephone conference with S. Strong regarding
                              hearing on ordinary course motion, drafting
                              same.

04/20/06  A Jarvis        .40 Telephone conference with S. Strong regarding
                              drafting of motion regarding partial and full
                              releases.

04/20/06  A Jarvis       1.00 Correspondence with Mesirow regarding various
                              operational and regulatory issues.

04/20/06  S Strong       1.20 Discussions with Faisel, company's IT Director,
                              regarding terminated phone service, review
                              email from provider regarding same, and assist
                              with language for email response re bankruptcy
                              prohibition on terminating phone service (0.4);
                              telephone conference with Bob of NevTel
                              regarding need for immediate restoration of
                              phone service and possible sanctions (0.4);
                              follow-up discussions with Faisel regarding
                              same (0.2); review follow-up emails regarding
                              same (0.2).

04/21/06  P Burke         .20 E-mail to client with proposed changes to
                              termination letter.

04/21/06  A Jarvis       1.50 Correspondence regarding business, collection,
                              regulatory issues.

04/21/06  A Jarvis       1.20 Review contracts, agreements with investors.

04/21/06  L Jenkins      1.10 Conference with B. Kotter and S. Strong
                              regarding discussion of research and theories
                              regarding use of cash and related motions and
                              research.

04/24/06  A Jarvis        .70 Correspondence with Mesirow regarding business
                              issues, releases, DIP financing, funding and
                              collection issues.

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


04/25/06 A Jarvis        1.00 Correspondence regarding responses to business
                              questions, funding DIP financing, release
                              issues.

04/25/06 A Jarvis         .20 Correspondence with M. Olson regarding public
                              relations issues.

04/25/06 A Jarvis         .20 Correspondence with EA Monson regarding review
                              of books, legal issues.

04/25/06 A Jarvis         .40 Correspondence on assignment of notes, pending
                              transaction.

04/25/06 S Strong         .60 Exchange emails with M. Olson and A. W. Jarvis
                              regarding vendors' refusal to continue ordinary
                              business with debtors; outline proposed letter
                              to vendors regarding same.

04/26/06 A Jarvis         .30 Conference with DM Monson regarding drafting of
                              motion regarding partial releases on
                              collections.

04/26/06 D Monson         .30 Discuss Partial Release and ordinary course of
                              business issues with A. Jarvis and S. Strong
                              (0.3).

04/27/06 K Glade         2.80 Review 10-90, Inc. documents (1.2); e-mail to
                              M. Kehl changes to IP documents (0.2);
                              telephone call with D. Monson and E. Monson
                              regarding changes to IP documents (0.3);
                              telephone call to Mesirow employee regarding
                              Tanamera entities (0.1); draft e-mail to M.
                              Kehl regarding 10-90, Inc. documents and review
                              response (1.0).

04/27/06 D Monson        6.70 Review e-mails from M. Walker on Bank of
                              America closings and Partial Release forms and
                              legal descriptions for forms; telephone calls
                              from M. Walker (Bank of America); on closings
                              and Partial Release issues (0.4); review loan
                              documentation and partial release provisions
                              and forms of requested partial releases and
                              Loan Servicing Agreement form for Partial
                              Release Motion (3.8); review Subordination
                              Agreements for 5252 Orange and 60th Street

Loans in favor of Bank of America and requested
substitutions of Trustee and Partial
Reconveyances (0.6); review e-mail from M. Kehl
on disbursement problems with Fidelity National
Title (0.1); telephone conference with M. Kehl,
S. Smith and S. Strong on Partial Release
issues (0.3); review A. Stevens e-mails on loan
document details for Motion to Approve Partial
Releases (0.3); review scheduled closing list
from M. Walker for three subordinated loans
(0.2).

04/27/06 E Monson      7.50 Work on motion for approval of transactions in
ordinary course (2.0); review emails from J.
McPherson and spreadsheet on closings (.3);
conference with SC Strong and DM Monson
regarding loan service agreement and review
agreement (.5); review loan documents, partial
releases and upcoming closings with DM Monson
(.8); conference calls with DM Monson, KG Glade
and AW Jarvis at Mesirow regarding  loan
document issues (.4); conference call with DM
Monson and M. Walker regarding 5252 Orange and
60th Street closings (.3); email A. Stevens
regarding additional information and documents
needed on loan closings (.2); review emails
from M. Kehl regarding upcoming loan
disbursement issues and send reply (.2); reveiw
emails from M. Walker regarding Orange and 60th
Street closings (.3); telephone call to J.
Randeau to discuss RICO and abuse of process
litigation (.8); additional conference with DM
Monson and SC Strong regarding various motions
(.4); draft email to Sm Smith regarding
conversation with T. Randeau (.7); draft email
to T. Allison regarding meeting with D. Lee
(.6).

04/27/06 S Strong       .80 Review email from F. Siddiqui regarding
ordinary course business issues regarding
telecom services, telephone conference with M.
Kehl regarding same, and draft responsive email
to F. Siddiqui regarding same.

04/28/06 D Monson      8.10 E-mails to M. Walker on Bank of America
subordinations and 60th Street and 5252 Orange
loan closing (0.4); e-mails from M. Walker on
Bank of America Partial Releases for 60th
Street and 5252 Orange loans and verification

Client No. 34585                                           Page:    5
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006

                              of Bank of America senior lien (0.3); e-mail to
                              A. Stevens on Roam Development Loan Documents
                              (0.1); review e-mails on authorized officer to
                              sign Partial Releases (0.2); e-mails requesting
                              Collwood Subordination Agreement and
                              verification of recording information (0.3);
                              review e-mail and spreadsheet information from
                              J. Smaha (Borrower's attorney); and telephone
                              conference with J. Smaha and S. Presley on
                              Partial Releases and authorizations for 3 loans
                              (0.5); review Roam Development Loan Documents
                              (0.4); review Partial Reconveyance forms for 3
                              loans (0.2); research on ordinary course of
                              business issues and other issues for partial
                              release authorization for Motion to Authorize
                              Partial Releases (1.4); review Loan Servicing
                              Agreement provisions (0.3); draft and revise
                              Motion to Authorize Partial Releases and
                              circulate for comments (4.0).

04/28/06 D Monson       .60 Telephone call with J. Johnson of Fidelity
                              Title on disbursement issues for Meadow Creek
                              and Binford Medical loans (0.2); e-mail to J.
                              Johnson on disbursement issues (0.1); telephone
                              call from B. Bozarth of Fidelity Title on
                              disbursement issues for Meadow Creek and
                              Binford Medical Loans (0.3).

04/29/06 D Monson       .30 Review e-mails on revisions to Partial Release
                              Authorization Motion and on signing partial
                              releases (0.2); review e-mail on Collwood Loan
                              recorded subordination and forward to A. Jarvis
                              (0.1).

TOTAL FOR LEGAL SERVICES RENDERED                          $12,482.00

# EXHIBIT A-4

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    August 10, 2006
Las Vegas, NV  89121                                       Invoice No. ******


For Legal Services Rendered Through April 30, 2006


**Matter No. 34585-00006**

**Employee Benefits/Pensions**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/18/06 | L Jenkins | .40 | Telephone conference with S. Strong regarding critical employee pay and emails with A. Jarvis and E. Monson regarding motion for same. |
| 04/19/06 | S Strong | 1.60 | Discuss key employee retention issues with S. Smith (0.4); discussions with S. Smith regarding issues regarding payroll payment approval needed today (0.6); telephone conferences with L. Schwartzer regarding need for entry of orders authorizing payroll (0.3); assist S. Smith with language for authorization by T. Allison for R. Hilson to instruct bank regarding payroll wire transfer (0.2); review order entered today authorizing payroll and payment of employee prepetition claims (0.1). |
| 04/20/06 | L Jenkins | .30 | Conferences with A. Tsu and E. Monson regarding application to employ appraiser. |
| 04/20/06 | S Strong | .90 | Telephone conference with E. A. Monson regarding issues for renewed motion to pay employee priority claims (.2); review E. A. Monson's draft of modified motion to pay employee claims (0.3); voice message to E. A. Monson regarding same (0.1); draft email with suggested revisions to same, and send to E. A. Monson, L. Schwartzer, and Mesirow team (0.3). |

Client No. 34585                                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.                          August 10, 2006


04/21/06 S Strong          1.10 Discussions with E. A. Monson regarding
                                revisions to motion to pay claims of seven key
                                employees (0.3); confer with R. G. Winger and
                                E. A. Monson regarding corporate officer issues
                                (0.3); review latest draft of motion and
                                declaration regarding same (0.2); email to E.
                                A. Monson, L. Schwartzer, and Mesirow team
                                regarding same (0.1); exchange follow-up emails
                                with S. Smith same (0.2).

04/24/06 P Burke            .30 E-mails to and from client regarding COBRA
                                insurance coverage issues.

04/27/06 S Strong          .30 Review E. A. Monson's email to T. Allison
                                regarding D. Lee proposed separation agreement
                                and related issues, and discuss same with E. A.
                                Monson.

TOTAL FOR LEGAL SERVICES RENDERED                              $1,247.00

# EXHIBIT A-5

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                  August 10, 2006
Las Vegas, NV  89121                                     Invoice No. ******

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00007**

**Fee / Employment Applications**

| | | | |
|---|---|---|---|
| 04/13/06 | A Tsu | 1.90 | Reviewing and making changes to application to hire Ray Quinney & Nebeker as counsel for debtor and supporting affidavit. |
| 04/16/06 | A Tsu | 2.00 | Finalizing application to employ Ray Quinney & Nebeker, supporting affidavit and proposed order. |
| 04/17/06 | A Tsu | 3.10 | Reviewing incoming message from A. Jarvis regarding application to employ (1.2); drafting and editing application to employ Ray Quinney & Nebeker as counsel for Debtor (.4); reviewing and editing declaration of A. Jarvis in support of application to employ Ray Quinney & Nebeker (.7); revising proposed order regarding same (.7); reviewing and editing proposed order granting application to employ Ray Quinney & Nebeker (.3); reviewing and responding to various email and voicemail messages from A. Jarvis regarding application for employment, declaration in support and proposed order (.6); preparing exhibits for same (.2). |

04/19/06 E Monson        2.80 Review email from Julie at BMC regarding
                              application to employ BMC and send reply and
                              guidelines from court (.3); work on application
                              to employ BMD and order (2.1); review agreement
                              between Debtors and BMC (.4).

04/19/06 S Strong         .60 Discuss BMC employment application issues with
                              S. Smith and BMC personnel (0.2); telephone
                              conference with E. A. Monson regarding status
                              of application to employ BMC as noticing agent
                              (0.2); review draft of application to employ
                              BMC (0.2).

04/20/06 E Monson         .20 Draft email and send drafts to J. Skidmore of
                              BMC of drafts of motion and order to employ
                              (.2).

04/20/06 A Tsu           5.10 Reviewing 11 USC Ï 327 and Fed.R.Bankr. 2014
                              and 101(14) in preparation for drafting
                              application to employ real estate appraiser,
                              supporting declaration and proposed order;
                              drafting same.

04/21/06 E Monson        1.20 Review emails from Julie Skidmore and Lia
                              Dorsey regarding BMC application and order and
                              get changes made to pleadings (1.0); draft
                              emails to Lia Dorsey and L. Schwartzer and J.
                              Skidmore regarding BMC application and order
                              (.2).

04/23/06 E Monson         .20 Review email from L. Dorsey and locate fee
                              schedule for BMC and send copy to L. Dorsey
                              (.2).

04/24/06 E Monson         .50 Review numerous emails from Lia Dorsey and
                              Julie Skidmore regarding BMC issues, follow up
                              and send replies (.5).

04/26/06 A Jarvis         .60 Telephone conference with M. Kehl regarding
                              retention of Hilco, terms (.2); correspondence
                              with A. Tsu regarding drafting of application
                              (.4).

04/26/06 L Jenkins        .20 Conference with A. Tsu regarding application to
                              employ appraiser.

Client No. 34585                                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.                     August 10, 2006


04/26/06 A Tsu          3.50 Reviewing and revising motion to employ Hilco
                             and supporting declaration; incorporating
                             additional facts.

04/27/06 S Strong        .30 Exchange emails with M. Kehl, L. Jenkins, and
                             A. Tsu regarding Hilco employment application
                             and papers.

04/27/06 A Tsu          2.20 Reviewing and editing Hilco employment
                             application to incorporate recently discovered
                             factual background information.

04/28/06 L Jenkins       .40 Read appraisers' proposed agreement.

04/28/06 L Jenkins       .30 Telephone conference with J. Lindstrom (Hilco)
                             regarding discussion; draft appraisal
                             agreement.

04/28/06 L Jenkins      1.60 Draft application to retain Hilco as Appraiser.

04/28/06 L Jenkins      2.40 Draft application to employ Hilco as Appraiser.

04/28/06 S Strong        .30 Exchange emails with L. A. Jenkins regarding
                             Hilco employment application and declaration,
                             confer with A. W. Jarvis and D. M. Monson
                             regarding same, and review emails from J.
                             Linstrom regarding same.

04/29/06 L Jenkins       .60 Draft revisions to Hilco application.

04/29/06 L Jenkins      1.40 Draft Linstrom declaration in support of Hilco
                             application.

04/29/06 S Strong        .20 Review emails from L. A. Jenkins regarding
                             Hilco employment application, and exchange
                             follow-up emails with him regarding same.

TOTAL FOR LEGAL SERVICES RENDERED                                  $7,211.50

# EXHIBIT A-6

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road            August 10, 2006
Las Vegas, NV  89121                               Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00010**

**Financing**

| | | | |
|---|---|---|---|
| 04/18/06 | A Jarvis | 1.50 | Conference call with potential lender regarding DIP financing. |
| 04/18/06 | A Jarvis | .30 | Telephone conference with T. Allison regarding negotiations for DIP financing. |
| 04/18/06 | S Strong | .20 | Telephone conference with A. W. Jarvis regarding status of efforts to obtain DIP financing. |
| 04/19/06 | S Strong | 1.50 | Telephone conference with potential lender regarding her firm's interest in being DIP lender (0.4); confer with T. Allison regarding same (0.1); forward form of confidentiality agreement to her (0.1); review proposed form of confidentiality agreement from potential lender firm, make edits to same, and return revised draft to her via email (0.8); confer with M. Kehl regarding back-up DIP lenders (0.1). |
| 04/20/06 | S Strong | .20 | Exchange emails with potential lender regarding confidentiality agreement for back-up DIP lender. |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


04/21/06 S Strong        4.10 Telephone conference with P. Susi, attorney for
                              certain Cal. investors, regarding case status
                              and matters to be heard May 3rd (.3); review
                              email from court clerk regarding pro hac fee
                              for A. W. Jarvis and review docket regarding
                              same (0.1); confer with C. Hurst regarding same
                              (0.1); exchange follow-up emails with C. Hurst
                              regarding clerk's resolution of matter (0.1);
                              voice message to A. W. Jarvis regarding
                              proposed partial liquidation of collateral on
                              The Gardens LLC project (0.1); telephone
                              conference with M. Kehl regarding same (0.1);
                              confer with S. C. Tingey and K. G. Glade
                              regarding rationale for same (0.3); telephone
                              conference with A. Stevens regarding same
                              (0.1); meet with B. J. Kotter to discuss
                              research on Debtors holding, loan payments from
                              serviced loans temporarily (0.2); meet with B.
                              J. Kotter and L. A. Jenkins to discuss research
                              and strategies for same (1.7); further research
                              regarding same (0.6); confer with E. A. Monson
                              regarding case administration issues to address
                              in next week at Debtors' offices (.4).

04/22/06 K Glade          .50 Review proposed DIP loan term sheet (0.5).

04/24/06 L Jenkins        .50 Read memo regarding DIP financing terms.

04/25/06 A Jarvis        1.00 Conference with potential lender regarding
                              potential DIP financing (.8); telephone
                              conference with M. Kehl regarding terms of DIP
                              financing (.2).

04/25/06 A Jarvis         .50 Review DIP financing term sheet.

04/25/06 S Strong         .90 Exchange emails with M. Kehl and A. W. Jarvis
                              regarding proposals from DIP financers (0.2);
                              review and analysis of proposed term sheets
                              (0.7).

TOTAL FOR LEGAL SERVICES RENDERED                              $3,047.00

# EXHIBIT A-7

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road            August 10, 2006
Las Vegas, NV  89121                               Invoice No.  ******


For Legal Services Rendered Through April 30, 2006


**Matter No. 34585-00011**

**Litigation**

| | | | |
|---|---|---|---|
| 04/18/06 | L Jenkins | .50 | Research regarding motion to hold funds. |
| 04/18/06 | L Jenkins | 1.10 | Research regarding motion to hold funds. |
| 04/18/06 | L Jenkins | .90 | Read cases regarding property of the estate. |
| 04/18/06 | L Jenkins | .30 | Research motion to hold funds |
| 04/19/06 | L Jenkins | .80 | Research regarding motion to hold funds. |
| 04/19/06 | L Jenkins | .80 | Research issues relating to automatic stay. |
| 04/19/06 | L Jenkins | .30 | Telephone conference with S. Strong regarding further background for research. |
| 04/20/06 | L Jenkins | .20 | Telephone conference with S. Strong regarding cases supporting cash usage. |
| 04/20/06 | L Jenkins | 1.10 | Research regarding property of the estate. |
| 04/24/06 | A Jarvis | .40 | Correspondence regarding motion to hold funds and discussion regarding funds held in escrow on unfunded loan. |
| 04/24/06 | A Jarvis | .60 | Review and revise motion to hold funds, motion to release funds held in escrow on unfunded loan. |

Client No. 34585                                                Page:    2
Debtor USA Commercial Mortgage Co., et al.                      August 10, 2006


04/25/06 L Jenkins        1.40 Read cases for use/maintaining cash motion.

04/25/06 L Jenkins         .80 Telephone conference with a. Jarvis and S.
                               Strong regarding theories on cash usage and
                               procedural approach.

04/26/06 L Jenkins         .60 Conference with S. Strong and A. Jarvis
                               regarding cash management, usage and related
                               issues.

04/26/06 L Jenkins         .40 Review cases for motion to hold funds.

04/27/06 L Jenkins         .50 Conference with S. Strong regarding theory on
                               cash usage motion.

04/27/06 L Jenkins         .30 Telephone conference with S. Strong and M.
                               Pugsley regarding responses to objections to
                               cash management motion.

04/27/06 S Strong          .70 Telephone conference with S. Smith regarding
                               litigation issue raised by T. Rondeau, confer
                               with E. A. Monson regarding need to discuss
                               with T. Rondeau litigation handling for USACM,
                               confer with E. A. Monson regarding results of
                               call and review email report from E. A. Monson
                               to S. Smith regarding same.

04/27/06 A Tsu            4.80 Researching property of estate and offset and
                               recoupment for USA claim for offset or
                               recoupment of loan and interest payments.

TOTAL FOR LEGAL SERVICES RENDERED                              $4,326.00