# EXHIBIT A-8

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00015**

**Travel Time**

| | | | |
|---|---|---|---|
| 04/13/06 | A Jarvis | 2.50 | Travel from Las Vegas to Salt Lake City. |
| 04/13/06 | A Jarvis | 1.00 | Travel to U.S. Trustee's office and travel back to company (1.0). |
| 04/14/06 | M Pugsley | 8.00 | Travel to Los Angeles for meetings with SEC (3.7); return home (4.3). |
| 04/17/06 | A Jarvis | 2.00 | Travel from Salt Lake City to Las Vegas. |
| 04/17/06 | A Jarvis | 2.40 | Travel back from Las Vegas to Salt Lake City. |
| 04/18/06 | S Strong | 3.30 | Travel from SLC to L.V. for assistance at client offices with first-week bankruptcy issues. |
| 04/19/06 | M Pugsley | 6.70 | Travel to Las Vegas (2.8); travel to Salt Lake City (3.9). |
| 04/20/06 | S Strong | 3.20 | Return travel from Las Vegas to SLC (flight delayed). |
| 04/24/06 | E Monson | 3.50 | Travel to Las Vegas (4.5). |
| 04/25/06 | K Glade | 2.00 | Travel from Salt Lake City to Las Vegas (2.0). |
| 04/25/06 | K Glade | 3.50 | Travel from Las Vegas to Salt Lake City (3.5). |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


04/26/06 E Monson        3.50 Travel from Las Vegas to Salt Lake City (4.5).

04/27/06 M Pugsley       3.50 Travel to Las Vegas for meetings with client
                              and to work with SEC staff (3.5).

04/28/06 M Pugsley       3.90 Return to Salt Lake City (3.9).

TOTAL FOR LEGAL SERVICES RENDERED                            $6,433.00

# EXHIBIT A-9

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 31, 2006
Invoice No. ******


For Legal Services Rendered Through April 30, 2006


**Matter No. 34585-00017**

**Regulatory Matters**

| | | | |
|---|---|---|---|
| 04/13/06 | M Pugsley | 6.70 | Conference with B. Baker regarding status (.7); conference call with A. Jarvis, Tom, Monty and Brent regarding bankruptcy and transition issues (2.1); telephone conference with T. Allison (1.3); review documents from prior firm (2.6). |
| 04/14/06 | A Jarvis | .40 | Correspondence and conference with M. Pugsley regarding meeting with SEC. |
| 04/14/06 | M Pugsley | 2.30 | Meeting with SEC (2.3). |
| 04/15/06 | M Pugsley | .80 | Conference with M. Kehl regarding possible threats and other security issues. |
| 04/17/06 | A Jarvis | .30 | Correspondence regarding Nevada State Mortgage Lending Division issues. |
| 04/17/06 | M Pugsley | 7.20 | Work on organization of documents provided to SEC on Summation Database (4.9); review documents from prior firm and indexing issues (2.3). |
| 04/18/06 | M Pugsley | 6.90 | Participate in conference call with Mesrow and bankruptcy counsel (1.8); review bankruptcy filings (3.8); revise letters to investors and Q's and A's (1.3). |

Client No. 34585                                                Page:    2
Debtor USA Commercial Mortgage Co., et al.                     August 31, 2006


04/18/06 S Strong        .40 Telephone conference with A. W. Jarvis
                             regarding regulatory issues and investigations
                             (0.4).

04/18/06 A Tsu          1.20 Reviewing and preparing documents in
                             preparation for SEC hearing.

04/18/06 A Tsu          1.70 Reviewing April 14, 2006 letter from the Nevada
                             Division of Mortgage Lending; begin factual
                             background research to respond to same.

04/19/06 L Jenkins       .20 Read A. Jarvis email regarding DML request and
                             read and analyze DML request.

04/19/06 L Jenkins      1.90 Draft response to Nevada DML regarding their
                             requests for information.

04/19/06 M Pugsley      8.70 Meetings with SEC regarding various issues
                             (4.2); meetings with T. Allison, Monty and M.
                             Olson (2.7); meeting with T. Allison and J.
                             Milanowski (1.8).

04/20/06 L Jenkins       .20 Revise letter to DML.

04/20/06 L Jenkins       .60 Draft further revisions to letter to Nevada
                             DML.

04/20/06 S Strong       2.30 Confer with T. Allison regarding his meeting
                             with state mortgage lending regulator, and need
                             for letter to her regarding Bundy Canyon
                             project (0.4); confer with L. A. Jenkins
                             regarding status of his draft letter to state
                             regulator regarding documents and information
                             requested by regulator (0.2); review draft of
                             letter from L. A. Jenkins to regulator
                             regarding same (0.3); follow-up discussions
                             with T. Allison regarding same (0.2); draft
                             proposed letter from T. Allison to mortgage
                             lending regulator regarding Bundy Canyon funds
                             (1.2).

04/24/06 M Pugsley      1.30 Telephone conference with T. Allison regarding
                             status of meetings with Nevada MLD and SEC
                             meetings on Friday (.9); telephone conference
                             with K. Glade regarding property securitization
                             and meetings in Las Vegas (.4).

Client No. 34585                                           Page:   3
Debtor USA Commercial Mortgage Co., et al.                 August 31, 2006


04/24/06 K Cassett       .60 Begin creating subpoena index chart detailing
                             documents already produced.

04/25/06 A Jarvis        .30 Correspondence with M. Pugsley regarding SEC
                             issues.

04/25/06 M Pugsley      6.60 Review and revise "FAQ" from M. Olsen for
                             investors (2.3); telephone conference with L.
                             Dean from SEC (.6); telephone conference with
                             T. Allison regarding SEC issues and MLD (.5);
                             conference call with bankruptcy team (1.0);
                             review documents regarding SEC investigation
                             (2.2).

04/25/06 K Cassett      1.90 Continue to review and chart subpoena requests
                             for additional production; brief review of
                             additional boxes to be produced.

04/25/06 P Paralegal    5.50 Conference with Mark Pugsley and Kim Cassett
                             regarding client documents; draft index of same
                             (17 boxes).

04/26/06 R Madsen, II   1.50 Review documentation from Sandra Lavigna,
                             senior SEC bankruptcy counsel; additional
                             review of Actions by Written Consent appointing
                             officers; research with the Nevada secretary of
                             state with respect to removing and replacing
                             officers; additional research with the SEC
                             regarding filing compliance in bankruptcy.

04/26/06 M Pugsley      2.40 Telephone conference with B. Baker regarding
                             status and other issues (.9); conference with
                             A. Jarvis and S. Waterman regarding preparation
                             for bankruptcy hearing (1.2); conference with
                             K. Glade regarding lien motion (.3).

04/26/06 G Winger        .80 Review letter from SEC; conference with Rich
                             Madsen regarding the same; review securities
                             laws; research regarding the same

04/26/06 P Paralegal    5.60 Draft index of client documents (17 boxes).

04/27/06 R Madsen, II   3.10 Additional Research with the SEC regarding
                             no-action letters and other rulings regarding
                             modifications to filing requirements; summary
                             of additional information needed to complete
                             removal and replacement of company officers
                             with the Nevada Secretary of State.

```
Client No. 34585                                   Page:    4
Debtor USA Commercial Mortgage Co., et al.         August 31, 2006
```

04/27/06 M Pugsley      8.60 Attend meetings with T. Allison and M. Kehl
                             regarding various issues (3.5); review
                             documents regarding corporate reorganization
                             and transfer for SEC (2.6); telephone
                             conference with D. Herr regarding West Hills
                             park loan (.7); meeting with T. Allison (1.8).

04/27/06 K Cassett      1.20 Continue drafting chart of documents already
                             produced pursuant to subpoenas.

04/27/06 P Paralegal     .30 Review client documents for originals before
                             shipping.

04/28/06 M Pugsley      4.80 Meeting with client (2.3); meeting with SEC
                             (2.5).

TOTAL FOR LEGAL SERVICES RENDERED                          $19,388.00

# EXHIBIT A-10

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 10, 2006
Las Vegas, NV  89121                                   Invoice No. ******



For Legal Services Rendered Through April 30, 2006


**Matter No. 34585-00023**

**USA Capital Realty Advisors, LLC**

| | | |
|---|---|---|
| 04/18/06 E Monson | .05 | Draft email to L. Schwartzer regarding motion and order on statements and schedules and review drafts of those pleadings (.4); review email from J. McPherson regarding motion on time to file statements and schedules and send reply (.2); discussion with S. Strong regarding motion on statements and schedules (.1); review email from Lia Dorsey regarding pleadings relating to additional time to file statements and schedules; forward to S. Smith (.2). |
| 04/19/06 E Monson | .02 | Review pleadings from L. Dorsey on additional time to file statements and schedules and send reply email regarding filing (.4). |
| 04/20/06 S Strong | .09 | Discuss legal issues regarding preparation of Debtors' schedules and statements with S. Smith and other Mesirow professionals (.6); meet with S. Smith, R. Hilson, and others from Mesirow team and Debtors' accounting team to discuss information needed for schedules and statements (1.1). |

TOTAL FOR LEGAL SERVICES RENDERED                                $37.18

# EXHIBIT A-11

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 10, 2006
Las Vegas, NV  89121                                   Invoice No. ******

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00024**

**USA Securities, LLC**

04/18/06 E Monson      .04 Draft email to L. Schwartzer regarding motion
                           and order on statements and schedules and
                           review drafts of those pleadings (.4); review
                           email from J. McPherson regarding motion on
                           time to file statements and schedules and send
                           reply (.2); discussion with S. Strong regarding
                           motion on statements and schedules (.1); review
                           email from Lia Dorsey regarding pleadings
                           relating to additional time to file statements
                           and schedules; forward to S. Smith (.2).

04/19/06 E Monson      .02 Review pleadings from L. Dorsey on additional
                           time to file statements and schedules and send
                           reply email regarding filing (.4).

04/20/06 S Strong      .09 Discuss legal issues regarding preparation of
                           Debtors' schedules and statements with S. Smith
                           and other Mesirow professionals (.6); meet with
                           S. Smith, R. Hilson, and others from Mesirow
                           team and Debtors' accounting team to discuss
                           information needed for schedules and statements
                           (1.1).

TOTAL FOR LEGAL SERVICES RENDERED                              $37.17

# EXHIBIT A-12

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road        August 10, 2006
Las Vegas, NV  89121                           Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00025**

**FTD - Case Adminstration**

| | | |
|---|---|---|
| 04/18/06 E Monson | .18 | Draft email to L. Schwartzer regarding motion and order on statements and schedules and review drafts of those pleadings (.4); review email from J. McPherson regarding motion on time to file statements and schedules and send reply (.2); discussion with S. Strong regarding motion on statements and schedules (.1); review email from Lia Dorsey regarding pleadings relating to additional time to file statements and schedules; forward to S. Smith (.2). |
| 04/19/06 E Monson | .08 | Review pleadings from L. Dorsey on additional time to file statements and schedules and send reply email regarding filing (.4). |
| 04/20/06 S Strong | .34 | Discuss legal issues regarding preparation of Debtors' schedules and statements with S. Smith and other Mesirow professionals (.6); meet with S. Smith, R. Hilson, and others from Mesirow team and Debtors' accounting team to discuss information needed for schedules and statements (1.1). |

TOTAL FOR LEGAL SERVICES RENDERED                        $148.70

# EXHIBIT A-13

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through April 30, 2006

**Matter No. 34585-00026**

**Diversified-Case Administration**

04/18/06 E Monson          .18 Draft email to L. Schwartzer regarding motion
                               and order on statements and schedules and
                               review drafts of those pleadings (.4); review
                               email from J. McPherson regarding motion on
                               time to file statements and schedules and send
                               reply (.2); discussion with S. Strong regarding
                               motion on statements and schedules (.1); review
                               email from Lia Dorsey regarding pleadings
                               relating to additional time to file statements
                               and schedules; forward to S. Smith (.2).

04/19/06 E Monson          .08 Review pleadings from L. Dorsey on additional
                               time to file statements and schedules and send
                               reply email regarding filing (.4).

04/20/06 S Strong          .34 Discuss legal issues regarding preparation of
                               Debtors' schedules and statements with S. Smith
                               and other Mesirow professionals (.6); meet with
                               S. Smith, R. Hilson, and others from Mesirow
                               team and Debtors' accounting team to discuss
                               information needed for schedules and statements
                               (1.1).

TOTAL FOR LEGAL SERVICES RENDERED                        $148.70

# EXHIBIT A-14

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 31, 2006
Las Vegas, NV  89121                                   Invoice No.  ******


For Legal Services Rendered Through April 30, 2006


**Matter No. 34585-00014**

**Costs**


Costs Advanced:

| Date | Description | Amount |
|---|---|---|
| 04/21/06 | Service Charge - 4/13/06 Airfare AWJ - SLC/LV/SLC - Marion Oakeson | 25.00 |
| 04/30/06 | Federal Express Charges | 1788.19 |
| 04/30/06 | Long Distance Telephone Charges | 6.99 |
| 04/30/06 | Database Legal Research | 2330.91 |
| 04/30/06 | Facsimile Expense (Outgoing) | 6.50 |
| 04/30/06 | Copying Expense | 316.80 |
| 04/30/06 | Filing Fee - | 700.00 |
| 04/30/06 | Facsimile Long Distance Charges | 3.50 |

TOTAL COSTS ADVANCED                                   $5,177.89

Client Address:    **DEBTOR USA COMMERCIAL MORTGAGE CO., E**
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Matter Number: **34585-00014**          Matter Name: **Costs**

**COST DETAIL**

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 03/29/06 | | $0.00 | 013 | 1 | Federal Express Charges | 1817836 |
| jarvs | 04/05/06 | | $0.00 | 013 | 1 | Federal Express Charges | 1817837 |
| rq&n | 04/13/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 11:46 60 PUGSLEY MARK W | 1815407 |
| rq&n | 04/13/06 | | $0.36 | 014 | 1 | Long Distance Telephone Charges 7023886718 LAS VEGA NV 13:53 420 HURST CARRIE | 1815408 |
| monso | 04/13/06 | | $128.92 | 019 | 1 | Westlaw | 1817418 |
| rq&n | 04/14/06 | | $12.00 | 064 | 60 | Copying Expense 041406 OAKESON MARION S | 1815735 |
| rq&n | 04/14/06 | | $2.80 | 064 | 14 | Copying Expense 041406 CRIST SHANNON | 1815736 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821675 |
| pugsl | 04/14/06 | | $15.73 | 013 | 1 | Federal Express Charges | 1821676 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821677 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821678 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821679 |
| pugsl | 04/14/06 | | $28.30 | 013 | 1 | Federal Express Charges | 1821680 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821681 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821682 |
| pugsl | 04/14/06 | | $28.66 | 013 | 1 | Federal Express Charges | 1821683 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821684 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821685 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821686 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821687 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821688 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821689 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821690 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821691 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821692 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821693 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821694 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821695 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821696 |
| pugsl | 04/14/06 | | $30.33 | 013 | 1 | Federal Express Charges | 1821697 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821698 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821699 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821701 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821702 |
| pugsl | 04/14/06 | | $30.40 | 013 | 1 | Federal Express Charges | 1821703 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821704 |
| pugsl | 04/14/06 | | $28.30 | 013 | 1 | Federal Express Charges | 1821705 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821706 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821707 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821708 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821709 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821710 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821711 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821712 |
| pugsl | 04/14/06 | | $28.30 | 013 | 1 | Federal Express Charges | 1821713 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821714 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821715 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821716 |
| pugsl | 04/14/06 | | $36.13 | 013 | 1 | Federal Express Charges | 1821717 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821718 |
| pugsl | 04/14/06 | | $30.40 | 013 | 1 | Federal Express Charges | 1821719 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821723 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821724 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821725 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821726 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821727 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821728 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821729 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821730 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821731 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821732 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821733 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821734 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821735 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821736 |
| pugsl | 04/14/06 | | $28.23 | 013 | 1 | Federal Express Charges | 1821737 |
| pugsl | 04/14/06 | | $15.36 | 013 | 1 | Federal Express Charges | 1821738 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821739 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821740 |
| pugsl | 04/14/06 | | $26.13 | 013 | 1 | Federal Express Charges | 1821741 |
| pugsl | 04/14/06 | | $30.40 | 013 | 1 | Federal Express Charges | 1821742 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| pugsl | 04/14/06 | | $14.93 | 013 | 1 | Federal Express Charges | 1821743 |
| rq&n | 04/17/06 | | $3.50 | 021 | 7 | Facsimile Expense (Outgoing) 17756845630 GLADE KEVIN G | 1815980 |
| rq&n | 04/17/06 | | $1.31 | 491 | 1 | Facsimile Long Distance Charges 17756845630 GLADE KEVIN G | 1815981 |
| rq&n | 04/17/06 | | $1.50 | 021 | 3 | Facsimile Expense (Outgoing) 16503419178 JARVIS ANNETTE | 1815982 |
| rq&n | 04/17/06 | | $1.31 | 491 | 1 | Facsimile Long Distance Charges 16503419178 JARVIS ANNETTE | 1815983 |
| rq&n | 04/18/06 | | $0.80 | 064 | 4 | Copying Expense 041806 PUGSLEY MARK W | 1816649 |
| rq&n | 04/18/06 | | $34.40 | 064 | 172 | Copying Expense 041806 BUSHMAN JULIE | 1816650 |
| rq&n | 04/18/06 | | $2.80 | 064 | 14 | Copying Expense 180406 BUSHMAN JULIE | 1816651 |
| rq&n | 04/18/06 | | $7.00 | 064 | 35 | Copying Expense 041806 BUSHMAN JULIE | 1816652 |
| pugsl | 04/18/06 | 74205 | $175.00 | 272 | 1 | Filing Fee for Designation of Local Counsel and Verified Petition - - - United States District Court | 1816793 |
| pugsl | 04/18/06 | 74204 | $175.00 | 272 | 1 | Filing Fee for Designation of Local Counsel and Verified Petition - - - United States District Court | 1816797 |
| pugsl | 04/18/06 | 74203 | $175.00 | 272 | 1 | Filing Fee for Designation of Local Counsel and Verified Petition - - - United States District Court | 1816798 |
| pugsl | 04/18/06 | 74202 | $175.00 | 272 | 1 | Filing Fee for Designation of Local Counsel and Verified Petition-- - United States District Court | 1816799 |
| kottr | 04/18/06 | | $410.13 | 019 | 1 | Westlaw | 1817413 |
| jenkn | 04/18/06 | | $53.00 | 019 | 1 | Lexis | 1817714 |
| jarvs | 04/18/06 | | $13.63 | 013 | 1 | Federal Express Charges | 1821747 |
| rq&n | 04/19/06 | | $0.20 | 064 | 1 | Copying Expense 041906 HURST CARRIE | 1816684 |
| pugsl | 04/21/06 | 139086 | $25.00 | 111 | 1 | Service Charge - 4/13/06 Airfare AWJ - SLC/LV/SLC - Marion Oakeson | 1816139 |
| rq&n | 04/21/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 7023886257 LAS VEGA NV 10:15 60 HURST CARRIE | 1817024 |
| rq&n | 04/21/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7023886717 LAS VEGA NV 10:19 0 HURST CARRIE | 1817025 |
| rq&n | 04/21/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 11:26 60 STRONG STEVEN | 1817026 |
| rq&n | 04/21/06 | | $0.15 | 014 | 1 | Long Distance Telephone Charges 7022909154 LAS VEGA NV 12:08 120 STRONG STEVEN | 1817027 |
| rq&n | 04/21/06 | | $0.20 | 064 | 1 | Copying Expense 042106 BROWN PATRICIA | 1817028 |
| jenkn | 04/21/06 | | $202.00 | 019 | 1 | Lexis | 1817713 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| rq&n | 04/24/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 3125434499 CHICGOZN IL 14:44 0 PUGSLEY MARK W | 1817242 |
| rq&n | 04/24/06 | | $222.40 | 064 | 1,112 | Copying Expense 240406 COPY CENTER | 1817270 |
| rq&n | 04/24/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 12:03 120 STRONG STEVEN | 1817271 |
| jarvs | 04/24/06 | | $0.00 | 031 | 1 | 3 Ring Binder Expense | 1817336 |
| rq&n | 04/25/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 6022487635 NO PHOEN AZ 13:43 120 STRONG STEVEN | 1817666 |
| rq&n | 04/25/06 | | $1.38 | 014 | 1 | Long Distance Telephone Charges 6507045991 PALO ALT CA 14:51 1680 HURST CARRIE | 1817667 |
| rq&n | 04/25/06 | | $0.60 | 064 | 3 | Copying Expense 042506 BROWN PATRICIA | 1817668 |
| kottr | 04/25/06 | | $93.01 | 019 | 1 | Westlaw | 1818986 |
| rq&n | 04/26/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 10:27 60 STRONG STEVEN | 1818375 |
| rq&n | 04/26/06 | | $1.50 | 021 | 3 | Facsimile Expense (Outgoing) 17756845630 GLADE KEVIN G | 1818376 |
| rq&n | 04/26/06 | | $0.88 | 491 | 1 | Facsimile Long Distance Charges 17756845630 GLADE KEVIN G | 1818377 |
| rq&n | 04/26/06 | | $0.29 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 12:21 300 STRONG STEVEN | 1818378 |
| rq&n | 04/26/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 12:32 60 STRONG STEVEN | 1818379 |
| rq&n | 04/26/06 | | $0.40 | 014 | 1 | Long Distance Telephone Charges 6507045991 PALO ALT CA 16:12 480 HURST CARRIE | 1818380 |
| rq&n | 04/26/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 17:00 0 STRONG STEVEN | 1818381 |
| rq&n | 04/26/06 | | $0.46 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 17:03 540 STRONG STEVEN | 1818382 |
| jarvs | 04/26/06 | | $13.63 | 013 | 1 | Federal Express Charges | 1825249 |
| rq&n | 04/27/06 | | $5.00 | 064 | 25 | Copying Expense 042706 BROWN PATRICIA | 1818383 |
| rq&n | 04/27/06 | | $0.41 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 10:55 480 STRONG STEVEN | 1818384 |
| rq&n | 04/27/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 4158104954 SNFC SF, CA 11:26 60 MONSON ELAINE A | 1818385 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 04/27/06 | | $0.18 | 014 | 1 | Long Distance Telephone Charges 8016993623 SALT LAK UT 11:36 240 MONSON ELAINE A | 1818386 |
| rq&n | 04/27/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 12:12 60 STRONG STEVEN | 1818387 |
| rq&n | 04/27/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 15:41 0 MONSON DOUGLAS M | 1818388 |
| rq&n | 04/27/06 | | $0.71 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 16:14 840 STRONG STEVEN | 1818389 |
| rq&n | 04/27/06 | | $0.20 | 064 | 1 | Copying Expense 042706 BROWN PATRICIA | 1818390 |
| rq&n | 04/27/06 | | $5.20 | 064 | 26 | Copying Expense 042706 BROWN PATRICIA | 1818391 |
| rq&n | 04/27/06 | | $0.61 | 014 | 1 | Long Distance Telephone Charges 6196881557 SNDG SND CA 18:41 720 MONSON DOUGLAS M | 1818392 |
| kottr | 04/27/06 | | $315.27 | 019 | 1 | Westlaw | 1819017 |
| tsu | 04/27/06 | | $272.13 | 019 | 1 | Westlaw | 1819037 |
| rq&n | 04/28/06 | | $0.46 | 014 | 1 | Long Distance Telephone Charges 6023437569 PHOENIX, AZ 09:17 540 MONSON DOUGLAS M | 1818393 |
| rq&n | 04/28/06 | | $0.58 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 11:09 660 STRONG STEVEN | 1818920 |
| rq&n | 04/28/06 | | $1.00 | 064 | 5 | Copying Expense 042806 CRIST SHANNON | 1818921 |
| rq&n | 04/28/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 3059689007 MIAMI, F FL 11:15 60 MONSON DOUGLAS M | 1818922 |
| rq&n | 04/28/06 | | $6.40 | 064 | 32 | Copying Expense 042806 CRIST SHANNON | 1818923 |
| rq&n | 04/28/06 | | $7.20 | 064 | 36 | Copying Expense 042806 HANSEN ALISON | 1818924 |
| rq&n | 04/28/06 | | $7.60 | 064 | 38 | Copying Expense 042806 BROWN PATRICIA | 1818925 |
| rq&n | 04/28/06 | | $1.00 | 064 | 5 | Copying Expense 042806 CRIST SHANNON | 1818926 |
| monsn | 04/28/06 | | $71.45 | 019 | 1 | Westlaw | 1819024 |
| jenkn | 04/30/06 | | $785.00 | 019 | 1 | Lexis | 1818982 |
| COST TOTAL | | | $5,177.89 | | | | |