# EXHIBIT B-1

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No.  ******


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00001**

**Case Administration**

| | | | |
|---|---|---|---|
| 05/01/06 | A Jarvis | 2.40 | Review objections to cash management motion; research and draft response; correspondence with Mesirow regarding preparation of information to present at hearing. |
| 05/01/06 | A Jarvis | .50 | Respond to inquiries from investors. |
| 05/01/06 | A Jarvis | 13.50 | Review objections to cash management order; research issues, prepare reply brief and draft declaration in support of reply; prepare for hearing on cash management motion; review pleadings and car loan. |
| 05/01/06 | L Jenkins | 2.30 | Read cases for cash management, motion to hold funds. |
| 05/01/06 | L Jenkins | 4.90 | Read cases for analogous proposition of receivers or trustee's fees being paid from funds held and related cases. |
| 05/01/06 | L Jenkins | 3.10 | Draft sections of cash management brief relating to surcharging for fees and "true participation" vs. "loan" issue. |

Client No. 34585                                           Page:    2
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006


05/01/06 S Strong        11.70 Review emails from L. A. Jenkins with research
                               findings for brief in support of holding and
                               using cash (0.2); exchange emails with A. W.
                               Jarvis and L. A. Jenkins regarding receivership
                               analogies for same (0.2); confer with B. J.
                               Kotter regarding same (0.1); confer with L. A.
                               Jenkins regarding additional research for same
                               (0.2); telephone conference with S. Smith
                               regarding development of draft supplemental
                               declaration for T. Allison for same (0.1); work
                               on revisions to supplemental declaration of T.
                               Allison (0.5); telephone conference with M.
                               Kehl and S. Smith regarding supplemental
                               declaration and related strategies and issues
                               (1.0); confer with A. W. Jarvis regarding
                               strategies for 5/3/06 hearing and brief (0.3);
                               further analysis for and revisions to
                               declaration (0.7); telephone conference with S.
                               Smith regarding loan servicing fee calculations
                               (0.2); confer with A. W. Jarvis regarding same
                               (0.1); telephone conference with S. Smith
                               regarding further issues concerning cash budget
                               (0.3); further analysis for and revisions to
                               supplemental declaration of T. Allison in
                               support of cash motion (3.1), and circulate
                               same for review by Mesirow team (0.1);
                               telephone conference with S. Smith regarding
                               new objections to cash motion (0.2);  telephone
                               conference with M. Kehl regarding new
                               objections filed to cash motion (0.1); analysis
                               of all objections filed to cash motion (1.1);
                               confer with L. A. Jenkins regarding legal
                               research in support of debtors brief for
                               5/3/06 hearings (0.3); meet with A. W. Jarvis,
                               L. A. Jenkins, and B. J. Kotter regarding
                               coordination of further efforts in researching
                               issues for debtors briefs to be filed for
                               5/3/06 and 5/18/06 hearings (0.3); draft
                               sections of brief to reply to objections to
                               cash motion (2.6).

05/01/06 C Hurst           .80 Receipt of PDF documents; forward for filing
                               (.2); follow-up with mailing labels for US
                               Trustee (.6).

05/01/06 P Paralegal      5.90 Print Pacer documents and organize bankruptcy
                               files.

```
Client No. 34585                                            Page:    3
Debtor USA Commercial Mortgage Co., et al.                  August 10, 2006
```

05/02/06 A Jarvis       2.50 Meeting with US Trustee regarding information
                             requested, case management.

05/02/06 A Jarvis      13.50 Meeting with T. Allison regarding responses to
                             objections to cash management motion; prepare
                             reply brief and declaration of T. Allison for
                             filing with court; revise and comment on
                             budget; discuss budget with Mesirow personnel;
                             gather and prepare for hearing; meeting with T.
                             Allison regarding potential testimony; review
                             objections and prepare arguments.

05/02/06 L Jenkins      .40 Conference with S. Strong regarding status of
                             motions and response.

05/02/06 L Jenkins      .20 Telephone conference with A. Jarvis regarding
                             work on "maintaining cash" issue.

05/02/06 L Jenkins      .30 Conference with S. Strong to discuss issues for
                             status quo motion to hold cash.

05/02/06 L Jenkins     1.70 Read cases and draft motion to maintain status
                             quo and hold cash.

05/02/06 L Jenkins      .30 Conference with S. Strong regarding discussion
                             of theories for motion to hold cash.

05/02/06 L Jenkins     3.00 Draft motion to maintain status quo and hold
                             cash.

05/02/06 S Strong      14.60 Continue analysis of numerous objections to
                             motion for use of cash, drafting sections of
                             reply brief regarding same, and assisting A. W.
                             Jarvis in preparing other sections of reply
                             brief (3.6); review voice messages from A. W.
                             Jarvis regarding final issues for reply
                             regarding use of cash (0.1); revise and
                             finalize Declaration in support (1.3);
                             Telephone conference with M. Kehl regarding
                             declaration and reply brief (0.2); Telephone
                             conference with A. W. Jarvis regarding addition
                             edits (0.2); review draft of budget from M.
                             Kehl (0.2);Telephone conference with M. Kehl
                             regarding servicing fee calculations and other
                             cash flows (0.3); confer with D. M. Monson and

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


                        S. H. Clark regarding same (0.3); Telephone
                        conference with A. W. Jarvis regarding same
                        (0.2); revise cash usage brief (2.7); confer
                        with B. J. Kotter regarding powers of attorney
                        and automatic stay issues for cash usage brief,
                        and review email from him regarding same (0.2);
                        make final edits to Reply, and send to local
                        counsel for filing (0.3); review and analyze
                        late objections filed today to cash usage
                        motion, and related papers, and forward same to
                        A. W. Jarvis for hearing preparations (0.6);
                        conferences with L. Jenkins regarding status of
                        and strategies for motion to hold cash (0.3);
                        telephone conference with A. Jarvis regarding
                        revised outline for motion to hold cash (0.4);
                        confer with S. Tingey regarding legal issues
                        concerning servicing fees for motion to hold
                        cash (0.3); analysis for and drafting of motion
                        to hold cash (3.3); circulate draft with
                        comments to A. Jarvis and Mesirow team (0.1).

05/02/06 C Hurst        1.00 Follow-up on organization, indexing of incoming
                        pleadings; review label documents for US
                        Trustee; work on same.

05/02/06 P Paralegal    6.70 Print Pacer documents and organize bankruptcy
                        files.

05/03/06 A Jarvis       8.00 Prepare for hearings; attend and argue at
                        hearings on cash management motion, joint
                        administration, and payment of employees;
                        presentation of testimony at hearing.

05/03/06 A Jarvis        .50 Telephone conference with S. Strong regarding
                        hearing, preparation of orders; motion to hold
                        funds.

05/03/06 L Jenkins       .30 Conferences with S. Strong regarding further
                        pleadings to file and progress of hearing.

05/03/06 L Jenkins      1.50 Draft motion to hold cash.

Client No. 34585                                                  Page:    5
Debtor USA Commercial Mortgage Co., et al.                       August 10, 2006


05/03/06 S Strong          .80 Confer with L. A. Jenkins regarding status
                               motion and memorandum of law for permission to
                               hold funds (0.3); exchange emails with J.
                               McPherson regarding same (0.1); Telephone
                               conference with A. W. Jarvis regarding results
                               of todays hearing on various motions, and
                               strategies and planning for next tasks (0.4).

05/03/06 C Hurst          1.70 Update files with Notices of Appearance and
                               requests for notice (.2); follow up on
                               pleadings forwarded (.2); complete labels for
                               U.S. Trustee and correspond with Schwartzer and
                               McPherson on same (1.3).

05/03/06 P Paralegal      7.00 Print Pacer documents and organize bankruptcy
                               files.

05/04/06 A Jarvis          .50 Responses to investor inquiries.

05/04/06 A Jarvis          .50 Review pleadings regarding Motion to
                               Temporarily Hold Funds.

05/04/06 L Jenkins         .20 Conference with A. Jarvis regarding report on
                               yesterday's hearing.

05/04/06 L Jenkins         .40 Read cases regarding hold cash research.

05/04/06 L Jenkins        1.30 Draft motion and memo to temporarily hold cash.

05/04/06 L Jenkins         .20 Telephone conference with M. Pugsley and M.
                               Olsen regarding discussion of course of Section
                               341 meeting.

05/04/06 L Jenkins        1.80 Draft motion to hold cash.

05/04/06 L Jenkins        1.50 Draft motion to hold cash.

05/04/06 L Jenkins        1.20 Read cases and draft motion to temporarily hold
                               cash.

05/04/06 B Kotter          .20 Conference with AW Jarvis regarding research
                               into committee appointments under 1102(a)(1)
                               and (a)(2)    (.2).

05/04/06 S Strong         1.40 Telephone conference with M. Kehl regarding
                               information requested by investors attorney,
                               and draft email to J. Chubb regarding same
                               (0.3); review all matters set or to be set
                               for hearings on May 18 or June 2, exchange

Client No. 34585                                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


                         emails with J. McPherson and S. Smith
                         regarding same, and confer with A. W. Jarvis
                         regarding same (0.6); telephone conference
                         with J. McPherson regarding noticing for
                         same, and review noticing requirements (0.2);
                         communications with local counsels office
                         and A. W. Jarvis regarding alternative
                         hearing dates for early June and implications
                         for giving notice (0.3).

05/05/06 A Jarvis     .30 Correspondence with S. Smith regarding
                         information for U.S. Trustee.

05/05/06 A Jarvis    2.60 Draft motion to hold funds pending initial
                         investigation; review case law regarding same.

05/05/06 A Jarvis     .50 Telephone calls with S. Strong regarding motion
                         to hold funds, stay violations, DIP financing
                         issues.

05/05/06 A Jarvis     .30 Telephone conference with S. Strong regarding
                         drafting of orders.

05/05/06 A Jarvis    1.50 Review and revise motion to hold funds;
                         telephone conference with S. Strong regarding
                         same.

05/05/06 L Jenkins    .40 Conferences with S. Strong regarding DIP
                         Financing and other motions to file next week.

05/05/06 B Kotter    3.40 Legal research on committee issues under 1102
                         (1.8); draft proposed orders and employment of
                         time for schedules (.6); and to pay
                         pre-petition wages (.7); and cash management
                         order (.3).

05/05/06 S Strong    3.90 Review voice message from A. W. Jarvis
                         regarding edits needed to motion to hold funds
                         (0.2); review and revise draft of
                         motion/memorandum for authority to hold
                         investor funds (0.8); confer with L. A. Jenkins
                         regarding same (0.2); follow-up telephone
                         conferences with A. W. Jarvis regarding same
                         (0.4); send email to A. Jarvis with drafts of
                         motion and memorandum to hold investor funds
                         (0.1); exchange emails with J. Chubb regarding

Client No. 34585                                                    Page:     7
Debtor USA Commercial Mortgage Co., et al.                          August 10, 2006


                           investor information requests (0.2); work on
                           proposed orders on motions granted at 5/3
                           hearing (0.5), and confer with B. Kotter
                           regarding assistance needed with same (0.3);
                           review drafts of proposed orders, and forward
                           to local counsel for filing (0.2); participate
                           in conference call with J. McPherson, S. Smith
                           and BMC team regarding status of various
                           motions to be noticed in second mass mailing to
                           all parties in interest and details for
                           Mondays mailing (0.5); telephone call with M.
                           Kehl regarding issues in documentation needed
                           regarding IP (0.2); review proposed Joint
                           Administration order and send comments and
                           approval to J. McPhearson (0.3).

05/06/06 A Jarvis      4.60 Draft motion to hold funds pending initial
                           investigation; revise same; draft memo to
                           working group regarding comments on same.

05/06/06 A Jarvis      1.20 Correspondence regarding responses to investor
                           inquiries, issue with respect to automatic
                           stay, funding of developers.

05/08/06 A Jarvis       .40 Correspondence and conferences with S. C.
                           Strong regarding noticing issues.

05/08/06 A Jarvis      1.50 Prepare Motion to Hold Funds.

05/08/06 L Jenkins     1.70 Read and comment on draft of A. W. Jarvis'
                           revisions to motion to hold cash temporarily;
                           review cases relied upon.

05/08/06 L Jenkins      .20 Conference with S. Strong regarding revised
                           motion to hold cash.

05/08/06 L Jenkins      .20 Conference with M. Pugsley regarding issues
                           relating to negotiated payoffs from borrowers.

05/08/06 B Kotter      4.90 Legal research on 1102(a)(1) and (a)(2)
                           committee issues and draft email regarding
                           research to AW Jarvis.

05/08/06 D Monson       .20 Review e-mails on pro hac vice application for
                           Nevada Bankruptcy Court, and begin filling in
                           information for pro hac vice application (0.2).

Client No. 34585                                         Page:    8
Debtor USA Commercial Mortgage Co., et al.              August 10, 2006


05/08/06 S Strong        6.30 Analysis for and preparation of proposed order
                              on cash management/usage (1.4); review docket
                              and status of motions and pending orders to be
                              submitted today (0.4); exchange emails with BMC
                              regarding same (0.2); confer with A. W. Jarvis
                              regarding status of motions to be filed and
                              notice of hearings to go out today, telephone
                              conference with A. Jarvis and J. McPherson
                              regarding same, and review proposed Notice of
                              Hearings (0.9); confer with A. Jarvis and M.
                              Kehl regarding edits needed to draft of Motion
                              to Hold Cash, work on various edits, confer
                              with A. Tsu regarding cite-checking of case
                              authority for motion, further revisions to
                              motion, and circulate revised draft to A. W.
                              Jarvis for review (2.8); make final edits to
                              Motion to Hold Cash and transmit to local
                              counsel for filing (0.6).

05/08/06 A Tsu           1.30 Key citing cases for debtors' motion to
                              temporarily hold funds pending a determination
                              of proper recipients and memorandum of points
                              and authorities.

05/08/06 C Hurst         1.70 Download ECF registration forms; review same;
                              contact Nevada Bankruptcy Court ECF clerk
                              regarding requirements and procedures (.7);
                              prepare Petitions to Practice in Nevada for
                              Steve Strong and D. M. Monson (1.0).

05/08/06 C Hurst          .80 Return call to attorney representing investors;
                              print off pleadings requested; confirm hearings
                              on May 18th; prepare transmittal letter (.5);
                              review updated dockets on BMC (.3).

05/08/06 P Paralegal     2.00 Print Pacer documents and organize bankruptcy
                              files.

05/09/06 L Jenkins        .50 Read LePome objection to estate holding funds
                              pending report.

05/09/06 D Monson         .30 Finalize Pro Hac Vice Petition for admission to
                              Bankruptcy Court for purposes of these cases
                              (0.3).

Client No. 34585                                                    Page:    9
Debtor USA Commercial Mortgage Co., et al.                          August 10, 2006


05/09/06 S Strong        1.50 Review docket and final versions of motions
                              filed yesterday, and review Joint
                              Administration Order entered today (0.6);
                              exchange emails with C. Hurst regarding service
                              list issues (0.2); discussions with A. W.
                              Jarvis regarding responses needed to various
                              motions filed, and other action items for case
                              administration in coming days (0.2); exchange
                              various emails with M. Olson, M. Kehl and A.
                              Jarvis regarding investor interest rate and
                              servicing fee issues (0.5).

05/09/06 C Hurst          .50 Emails with S&M regarding service on Nevada
                              State Bar (.2); receipt, review of incoming
                              pleadings and Order of Joint Administration
                              (.3).

05/10/06 K Glade         2.00 Status telephone conference call regarding
                              pending matters (1.4); telephone calls
                              regarding Security Agreement from USA
                              Investment Partners (0.6);

05/10/06 A Jarvis        1.40 Conference call with working group.

05/10/06 A Jarvis         .30 Correspondence regarding meeting with
                              investors.

05/10/06 A Jarvis         .30 Correspondence on interim payment motion.

05/10/06 A Jarvis         .30 Correspondence on press release.

05/10/06 A Jarvis         .50 Draft agenda for working group conference
                              call.

05/10/06 A Jarvis         .20 Conference with C. Hurst regarding
                              calendaring of motions.

05/10/06 D Monson         .30 Review e-mail from A. Jarvis and telephone call
                              to M. Kehl on storage unit access issue, and
                              review e-mail from M. Olson (0.2); telephone
                              message to G. Welsh, Storage One, on storage
                              unit access issue (0.1).

05/10/06 S Strong        2.70 Review recent news articles in Las Vegas press,
                              and exchange emails with A. W. Jarvis regarding
                              inaccuracies (0.3); voice message to M. W.
                              Pugsley regarding same, and review email from
                              him to Mesirow team regarding same (0.2);

Client No. 34585                                              Page:   10
Debtor USA Commercial Mortgage Co., et al.                    August 10, 2006

                            confer with A. Tsu regarding need to review
                            docket and calendar response/reply deadlines
                            for various motions (0.2); t/c w/ investor
                            regarding case information and issues (0.1);
                            review emails from investor and from M. Olson
                            regarding assignee funds relating to Investor
                            Account and exchange emails with A. W. Jarvis
                            regarding moving forward to resolve this issue
                            (0.3); confer with A. Jarvis and exchange
                            emails with her to develop agenda for working
                            group call with RQN, Mesirow, and S-M teams
                            (0.2), and participate in conference call with
                            same to discuss status and plans for various
                            current issues (1.4).

05/10/06 S Tingey    1.00 Conference with A. W. Jarvis, M. Kehl, S.
                          Smith, K. G. Glade regarding case
                          administration.

05/10/06 C Hurst      .20 Receipt of updated addresses for master service
                          list compare with current list (.2).

05/11/06 C Hurst     3.60 Office conference with S. Strong and A. W.
                          Jarvis regarding creditor/investor committees -
                          review of largest investor lists (.2); return
                          call to investor (.2); office conference with
                          S. Strong regarding calls for motions to be
                          heard on 5/18; access docket and download all
                          pleadings; create packet and forward to
                          investor (1.5); email to BMC contact regarding
                          address updates (.3); begin work on 5/18
                          hearing binder for A. W. Jarvis (1.4).

05/11/06 P Paralegal 6.00 Print Pacer documents and organize bankruptcy
                          files.

05/12/06 A Jarvis     .50 Conference call with working group regarding
                          case organization, strategy.

05/12/06 B Kotter    1.00 Work on identifying upcoming motions and
                          hearings and prepare hearing binders.

05/12/06 D Monson     .20 Discuss office space assumption and rejection
                          issues with S. Tingey (0.2).

Client No. 34585                                          Page:   11
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/12/06 E Monson        4.30 Review motion to permit closings to occur in
                              ordinary course (.3); review numerous emails
                              regarding pleadings filed and various issues in
                              case (.9); review email from T. Allison
                              regarding Devin Lee (.1); review pleadings on
                              motion to force Fidelity disbursement (.2);
                              review various opposition pleadings filed to
                              the debtor's motions (1.0); review status of
                              appointment of creditor committees (.2); review
                              motion for relief to appoint a new servicing
                              agent and for payment to direct lenders (.3);
                              conference with DM Monson and SC Strong
                              regarding motions filed by R. LePomme and
                              research and respond thereto (.5); review email
                              from AW Jarvis on assignment list (.1); get
                              copies of motions filed by R. LePomme for
                              review (.2); review various emails and take
                              action to start updating master mailing matrix
                              (.5).

05/12/06 S Strong        2.00 Review various USA emails (0.2); review
                              electronic docket and new motions filed by
                              investors (0.4); confer with A. Tsu regarding
                              docket review and calendaring of deadlines
                              for responses and replies to motions (0.1);
                              confer with A. W. Jarvis and C. Hurst
                              regarding all matters to be heard 5/18/06 and
                              preparation of hearing binders for same
                              (0.2); further analysis of same (0.4); confer
                              with A. W. Jarvis regarding various
                              assignments for  RQN professionals for
                              various pending matters, and exchange emails
                              with A. W. Jarvis regarding same (0.5);
                              confer with E. A. Monson regarding updating
                              Master Service List and related issues (0.2).

05/12/06 A Tsu           3.60 Reviewing dockets in USA.

05/12/06 C Hurst         5.20 Access all dockets; review and download
                              pleadings for 5/18/06 hearing binder; review
                              for pertinent objections, reponses; compare
                              against Court calendar and finalize index for
                              hearing binder (4.7); receipt of address change
                              requests and emails regarding service lists;
                              update files (.5).

05/13/06 A Jarvis         .70 Telephone conferences with investor regarding
                              investor issues.

-

Client No. 34585                                              Page:   12
Debtor USA Commercial Mortgage Co., et al.                    August 10, 2006


05/15/06 K Glade          2.20 Status telephone call with bankruptcy team
                               (1.2); telephone call with J. Milanowski and
                               his counsel regarding IP documents (0.8);
                               follow-up call with M. Kehl (0.2).

05/15/06 A Jarvis         1.20 Conference call with working group regarding
                               course of action, pending and expected
                               motions, strategy.

05/15/06 A Jarvis          .30 Correspondence regarding updated mailing
                               matrix.

05/15/06 A Jarvis          .60 Correspondence regarding issues to be
                               addressed at 341 meeting.

05/15/06 A Jarvis          .40 Correspondence on violation of stay issues
                               regarding guaranty.

05/15/06 A Jarvis          .70 Correspondence on matters for hearing;
                               prepare for same.

05/15/06 A Jarvis         1.00 Correspondence and conference call on pledge
                               agreement, committee meetings.

05/15/06 B Kotter         2.10 Legal research on committee appointment and
                               retention issues under subsection 1102.

05/15/06 E Monson         5.20 Research on note transfer issues (3.0);
                               discussion with C. Hurst regarding updates to
                               master mailing matrix (.2); review motion of
                               limited notice to verify all parties to be
                               included in matrix (.2); review motion to pay
                               due diligence expenses and opposition thereto
                               (.3); additional conference with C. Hurst and
                               review changes to master mailing matrix (.2);
                               conference call with C. Hurst and J. Skidmore
                               of BMC regarding master mailing matrix and
                               future updates thereto (.5); discussion with SC
                               Strong regarding master mailing matrix (.2);
                               draft email and send to Schwartzer's office,
                               RQN attorneys, and Mesirow team requesting
                               information on any changes to be made to the
                               master mailnig matrix (.2); conference with DM
                               Monson on research in connection with drafting
                               responses to LePomme motions (.4).

Client No. 34585                                              Page:   13
Debtor USA Commercial Mortgage Co., et al.                    August 10, 2006


05/15/06 S Strong        1.80 Exchange emails with M. Kehl and A. W. Jarvis
                              regarding motions set for hearing 5/18 (0.2);
                              confer with E. A. Monson regarding updating
                              master service list and coordinating and
                              maintaining updates (0.2); participate in
                              conference call with A. W. Jarvis, K. G. Glade,
                              Mesirow team, J. McPherson and L. Schwartzer
                              regarding various pending matters (1.2).

05/15/06 A Tsu            .20 Revising USA scheduling deadline chart to
                              include recently filed motions.

05/15/06 C Hurst         5.00 Access docket; download oppositions to employ
                              legal counsel; update 5/18 hearing binder
                              (1.0); office conference with E. A. Monson
                              regarding master service list, necessary
                              updates thereto (.1); download recent notices
                              of appearance and office conference with Kay
                              Carleson regarding identifying and printing all
                              requests for notice (.3); work on
                              updated/amended master service list (3.2);
                              office conference with E. A. Monson and
                              conference call with BMC regarding master
                              service list and BMC's Rule 2002 list (.4).

05/15/06 P Paralegal     3.20 Organize bankruptcy files; arrange for copies
                              of all Notices of Appearance/Requests for
                              Notice.

05/16/06 A Jarvis         .30 Correspondence on issues to be covered in 341
                              meeting.

05/16/06 A Jarvis        7.00 Prepare for 341 meeting; review objections to
                              motion; review case law in preparation for
                              hearing; prepare declaration of T. Allison in
                              support of various motions; prepare responses
                              to pleadings.

05/16/06 E Monson         .20 Discussion with C. Hurst regarding changes to
                              master mailing matrix (.2).

05/16/06 C Hurst         3.20 Office conference with E. A. Monson regarding
                              further changes to master service list; access
                              and download BMC Rule 2002 list for comparison
                              (.4); review master service list per
                              discussions and comparisons with BMC service
                              lists and notices received by S&M (2.8).

Client No. 34585                                                Page:   14
Debtor USA Commercial Mortgage Co., et al.                      August 10, 2006


05/16/06 C Hurst        .30 Conference with staff and review S. Strong's
                            ECF Application and Pro Hac Vice Application.

05/17/06 A Jarvis       .30 Telephone conference with L. Schwartzer
                            regarding 341 meeting.

05/17/06 A Jarvis      5.00 Prepare for and attend 341 meeting.

05/17/06 A Jarvis      2.50 Meeting with T. Allison, M. Kehl, S. Smith and
                            investor regarding investor concerns,
                            addressing investor needs.

05/17/06 C Hurst       1.20 Review final revisions to master service list;
                            email memo to E. A. Monson and S. Strong
                            regarding updated master service list (.4);
                            office conference with E. A. Monson regarding
                            same (.2); update, organize files (.3); letter
                            to Nevada Bankruptcy Court transmitting S.
                            Strong ECF Registration (.3).

05/17/06 C Hurst       1.00 Receipt and review S. Strong's and D. M.
                            Monson's Verified Petitions to Practice and
                            draft Designation of local counsel for D. M.
                            Monson (.5); revise, finalize Verified
                            Petitions for Permission to Practice (.5).

05/18/06 E Monson      4.30 Review motions filed by R. LePomme on behalf of
                            Stanley Alexander Trust and Kenning regarding
                            return of funds (.3); research on when note is
                            transferred for purpose of responding to
                            LePomme motions and similar matters (3.1);
                            conference with DM Monson and SC Strong
                            regarding responses to LePomme motion and
                            drafting motion for DIP financing (.2); review
                            motion to hold funds pending determination of
                            recommendation as to distribution of funds
                            (.3); conferences with SC Strong regarding
                            outcome of motions at Omnibus hearing and
                            course of action in light of outcomes (.2);
                            review limited objection to motion to
                            temporarily hold funds (.2).

05/18/06 A Tsu          .30 Reviewing amended case management order for
                            changes and updating.

Client No. 34585                                        Page:   15
Debtor USA Commercial Mortgage Co., et al.              August 10, 2006


05/19/06 E Monson       6.80 Research and review cases on when an assignment
                             of a note becomes effective (3.8); conference
                             with AW Jarvis regarding events at Omnibus
                             hearing and future course of action (.5);
                             review voice mail and email from E. Vrato of
                             BMC and send reply (.2); review email on
                             proposed order to limit notice and update
                             master service list and send reply (.2); revise
                             master service list to conform to court order
                             (.2); revise and note comments to supplemental
                             order on case management procedures, order
                             granting applications to employ Ray Quinney &
                             Nebeker and Schwartzer, and order limiting
                             notice (.5); review motion for relief to
                             terminate loan servicing agreement for direct
                             loan to Boise/Gowan and declaration (.4); work
                             on outline of funds and legal points for motion
                             on investor funds being held in investor
                             account (.9).

05/19/06 S Strong       6.90 Meet with A. W. Jarvis, D. M. Monson and E.
                             A. Monson to discuss results of yesterdays
                             hearing on various motions and assignments
                             for moving case forward (0.7); review
                             proposed orders prepared by L. Schwartzer
                             (0.2); confer with E. A. Monson regarding
                             more work needed on Master Service List, and
                             review follow-up emails from E. A. Monson, S.
                             Smith, and L. Schwartzer regarding electronic
                             notice issues (0.3); exchange emails with A.
                             W. Jarvis and J. McPherson regarding
                             Committees request for service list (0.2);
                             review and analysis of chart prepared by
                             Mesirow regarding assignors/assignees as to
                             $1.9 million in Investor Account and other
                             relevant assignment documents (0.4); various
                             Telephone conferences with S. Smith to
                             discuss issues concerning amount in Investor
                             Account and 3 motions filed requesting
                             release of funds (0.7); analyze additional
                             assignments and related information send by
                             S. Smith relating to assignors and assignees
                             as to Investor Account (0.6); analysis for
                             and drafting of Opposition to 3 motions
                             requesting release of funds, and circulate

Client No. 34585                                                Page:   16
Debtor USA Commercial Mortgage Co., et al.                      August 10, 2006


                          draft for review by A. W. Jarvis and Mesirow
                          team (3.1); review and analysis of Canepa RFS
                          motion filed today and case law cited therein
                          (0.9).

05/20/06 A Jarvis       .60 Correspondence with M. Kehl regarding meeting
                          with committees.

05/22/06 A Jarvis       .30 Telephone conference with M. Kehl regarding
                          cash management motion, budget, professional
                          fees.

05/22/06 A Jarvis      1.00 Conferences with S. C. Strong regarding
                          response to pending motions, assignment
                          issues, stay, motion to temporarily hold
                          funds.

05/22/06 A Jarvis       .40 Correspondence with investors.

05/22/06 A Jarvis       .50 Review and revise memo regarding process of
                          determining investor information.

05/22/06 E Monson      3.20 Review objection to combined opposition to
                          investor funds motion (.4); discuss comments to
                          objection with SC Strong (.2); draft emails to
                          AW Jarvis regarding orders limiting notice and
                          employment applications (.2); discussion with
                          C. Hurst regarding order limiting notice and
                          master service list (.2); review motion to
                          direct payment to direct lenders and to
                          prohibit appraisals (.4); review motion for
                          relief by direct lenders to appoint new
                          servicing agent (.3); discussion with AW Jarvis
                          regarding comments to Orders (.2); work on
                          outlining arguments in opposition to motion for
                          stay and direct payment motion filed by direct
                          lenders (1.3).

05/22/06 S Strong      1.50 Review email from S. Smith regarding details of
                          investor/loan reconciliation process, and
                          exchange follow-up emails with her regarding
                          same (0.2); telephone conference with J.
                          McPherson regarding committees' request to post
                          information on USA website, and exchange emails
                          with A. W. Jarvis regarding same (0.2); confer
                          with E. A. Monson regarding response deadline
                          and strategy for motions filed by un-named
                          "direct lender beneficiaries" (0.3); meet with

Client No. 34585                                                 Page:   17
Debtor USA Commercial Mortgage Co., et al.                       August 10, 2006


                         A.  W. Jarvis to discuss status and action
                         plans regarding all pending matters (1.0).

05/22/06 S Strong   4.90 Confer with E. A. Monson regarding her comments
                         on draft Opposition to 3 motions for release of
                         funds from Investor Account (0.2); review email
                         from, and teleconference with, M. Kehl
                         regarding same (0.1); work on Declaration and
                         exhibits in support of USA's Opposition to 3
                         motions and revise and expand Opposition (2.4);
                         telephone conferences with S. Smith regarding
                         details and documents relating to Investor
                         Account funds (0.5); circulate Declaration and
                         revised draft of Opposition with comments to A.
                         W. Jarvis, M. Kehl, and S. Smith for review
                         (0.2); confer with A. W. Jarvis regarding her
                         final comments to draft of Opposition (0.1);
                         telephone conference with S. Smith regarding
                         her final comments to draft of Opposition
                         (0.1); telephone conference with J. McPherson
                         regarding preparation for filing of Opposition
                         and supporting documents (0.2); exchange emails
                         with A. W. Jarvis and J. McPherson regarding
                         submitting Declaration separately tomorrow
                         (0.1); exchange emails with L. Schwartzer
                         regarding case cite for Opposition (0.1);
                         telephone conference with J. McPherson
                         regarding final changes to Opposition for
                         filing today (0.2); review and revise
                         Declaration in support of Opposition to conform
                         final changes, review and prepare exhibits A
                         through G to Declaration, and transmit to J.
                         McPherson and Mesirow team for filing with
                         Declaration tomorrow (0.7).

05/22/06 A Tsu       .90 Reviewing incoming message regarding filing
                         deadlines (.1); responding to same (.1);
                         updating response deadline chart (.7).

05/22/06 C Hurst    1.90 Receipt, review and respond to numerous emails
                         with requests for information and address
                         changes (1.0); office conference with E. A.
                         Monson regarding master service list - status
                         and coordinating required lists with BMC (.5);
                         office conference with S. Strong regarding
                         Petition for Admission to Practice and
                         Designation of Local Counsel - verify
                         requirement of client signature (.4).

Client No. 34585                                              Page:   18
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/23/06 E Monson       6.10 Work on response to motion to make payments to
                             direct lenders and to prohibit appraisals
                             (4.9); email L. Schwartzer regarding issues
                             relating to drafts of orders (.1); discussion
                             with C. Hurst regarding additional changes to
                             Master Service List (.2); review opposition to
                             motion to hold funds filed by R. McKnight (.2);
                             review motion and other pleadings filed by PDG
                             regarding direction as to interest payments
                             (.4); review email from C. Hurst regarding
                             revised master service list (.1); talk to C.
                             Hurst regarding revised master service list and
                             send to L. Schwartzer and J. McPherson (.2).

05/23/06 S Strong       2.24 Confer with L. A. Jenkins regarding "insider"
                             and "affiliate" issues to be addressed for
                             preparing statements and schedules (0.1);
                             review statute regarding same (0.1); telephone
                             conference with S. Smith regarding same (0.1);
                             review docket and exchange emails with M. Kehl
                             regarding filing of declaration in support of
                             Opposition to motions to disburse Investor
                             Account funds (0.2); confer with E. A. Monson
                             regarding revised Master Service List and
                             related issues (0.2); review and analysis of
                             MORs as filed (0.3); further research of Nevada
                             mortgage broker statutes (1.2), and exchange
                             emails with G. Jolley regarding follow-up
                             research needed (0.2).

05/23/06 A Tsu          3.20 Reviewing electronic docket to update deadline
                             schedule and confirm response times; prepare
                             calendar.

05/23/06 C Hurst        3.50 Print/review motion regarding Bundy Canyon
                             project; return call (leave message) to
                             investor (.3); office conference with E. A.
                             Monson regarding further revisions to master
                             service list; review docket and correspondence
                             received regarding further requests for notice;
                             update service list and make revisions as
                             instructed by E. A. Monson (3.2).

05/24/06 A Jarvis       1.20 Telephone conference with M. Olson and M. Kehl
                             regarding meeting with investors in Reno (.3);
                             correspondence regarding same (.4); conference
                             with S. C. Strong regarding same (.2); e-mail
                             L. Schwartzer regarding same (.3).

Client No. 34585                                          Page:   19
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/24/06 L Jenkins        .14 Telephone conference with S. Smith regarding
                              insider payments for schedules.

05/24/06 L Jenkins        .44 Research issue of insider payments for
                              schedules.

05/24/06 E Monson        8.70 Work on response to motion to pay direct
                              lenders and delay of appraisal (3.0); work on
                              response to direct lenders Motion for Relief
                              (4.5); conferences with S. C. Strong
                              regarding responses to motion (.3); follow up
                              with C. Hurst regarding master service list
                              (.2); review opposition to motion to hold
                              funds and to obtain appraisals filed by
                              Canepa (.3); conference with S. C. Strong and
                              A. W. Jarvis regarding response to motion for
                              relief from stay (.3); review letter to J.
                              Chubb regarding request to identify direct
                              lenders (.1).

05/24/06 S Strong        3.04 Review voice messages from A. W. Jarvis
                              regarding various case administration issues
                              (0.1); voice message to J. McPherson regarding
                              interpleader action (0.1); confer with A. W.
                              Jarvis regarding meetings with Committees and
                              court's directive regarding R. 2019 disclosures
                              for multi-investor representations (0.4); draft
                              letter to J. Chubb regarding R. 2019 disclosure
                              requested in connection with Motions filed by
                              unidentified Direct Lenders (0.8); confer with
                              A. W. Jarvis regarding same (0.1); revise and
                              finalize letter, and oversee transmittal (0.2);
                              confer with E. A. Monson regarding progress and
                              issues in drafting Opposition to motions by
                              unidentified J. Chubb clients (0.4); meet with
                              G. Jolley to discuss further research needed on
                              Nevada mortgage broker statutes (0.2); review
                              and edit E. A. Monson's draft of Opposition to
                              motions by J. Chubb clients to release funds
                              and prohibit appraisals (0.6).

05/24/06 S Strong        3.60 Review and analysis of all objections filed to
                              date to debtors' Motion to Hold Funds, and
                              research legal issues raised therein (2.9);
                              confer with A. W. Jarvis regarding strategies
                              and issues for moving cases forward to prompt
                              completion (0.7).

Client No. 34585                                          Page:   20
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006


05/24/06 G Jolley        .30 Meeting with S. Strong regarding research
                             project on Nevada Statute.

05/24/06 C Hurst        3.40 Letter to Monty Kehl regarding S. C. Strong and
                             D. M. Monson Pro Hac Vice Petitions; package
                             and send same; email same to Schwartzer and
                             McPherson (.8); update, organize working files
                             on service lists; communications with investors
                             and creditors (2.0); email to Schwartzer &
                             McPherson regarding master service list (.1);
                             create document list member of appointed
                             committees (.5).

05/25/06 A Jarvis        .40 Correspondence on continuance of motion to
                             hold funds.

05/25/06 E Monson       9.40 Work on opposition to Direct Lenders Motion
                             for Relief from Stay (4.9); further review of
                             Motion for Relief and accompanying documents
                             (.9); research on business judgment rule
                             (.8); review e-mail from L. Schwartzer
                             regarding mailing matrix and send reply (.2);
                             follow up with C. Hurst regarding issues on
                             mailing matrix (.3); research on "case" under
                             subsection 362(d) (1.9); review response from
                             J. Chubb on who she represents (.1);
                             discussion with A. W. Jarvis regarding
                             responses to motions and review e-mails from
                             A. W. Jarvis regarding arguments in motions
                             (.3).

05/25/06 S Strong       1.44 Confer with E. A. Monson regarding arguments in
                             opposition to motion by unidentified direct
                             lenders for relief from stay to terminate LSAs
                             (0.2); research regarding relief from stay to
                             terminate contracts with debtor (0.6); exchange
                             emails with J. Oriti regarding listing of
                             lawsuits for statement of affairs, and review
                             preliminary information re same (0.3); review
                             LSAs with Funds, and exchange emails with A.
                             W. Jarvis regarding same (0.2); analysis of
                             Reply filed by R. LePome clients re debtor's
                             motion to hold funds (0.3).

05/25/06 G Jolley       1.60 Research regarding Nevada Mortgage Broker
                             Statute.

Client No. 34585                                                Page:   21
Debtor USA Commercial Mortgage Co., et al.                      August 10, 2006


05/25/06 C Hurst          1.30 Further additions, revisions to master
                               service list; emails to E. A. Monson and
                               Angela (Schwartzer & McPherson) regarding
                               same.

05/26/06 A Jarvis          .60 Conference with M. Kehl regarding cash
                               management motion, budget (.3); conference
                               with S. C. Strong regarding cash management
                               motion (.3).

05/26/06 A Jarvis          .50 Correspondence with investors.

05/26/06 E Monson         8.60 Work on response to motion for relief from stay
                               filed by Direct Lenders (4.6); review e-mail
                               from L. Schwartzer regarding filing of
                               responses to Chubb motions (.1); research and
                               review Nevada cases involving contract
                               interpretation (1.0); shepardize cases in
                               response to motion for relief (.3); review
                               e-mail from L. Schwartzer regarding mailing
                               matrix and follow up with C. Hurst (.2); review
                               opposition to appraisals (.2); review letter
                               from Jones Vargas outlining Direct Lenders
                               represented (.1); work on revising response to
                               motion to pay direct lenders and prohibit or
                               delay appraisals (2.1).

05/26/06 S Strong         3.18 Confer with A. W. Jarvis and E. A. Monson
                               regarding status of Oppositions to motions
                               filed by J. Chubb clients (0.2); review and
                               edit current draft of Opposition to RFS stay
                               motion, and discuss changes with E. A. Monson
                               (0.6); review revised drafts of Opposition to
                               combined motion to hold funds and prohibit
                               appraisals, and discuss final edits with A. W.
                               Jarvis and E. A. Monson (0.4); exchange emails
                               with local counsel's office regarding filing
                               same (0.1); review and analysis of additional
                               objections received to Motion to Hold Funds,
                               and research legal issues for Reply Brief
                               (1.1); discussions with A. W. Jarvis regarding
                               possible continuance of hearing on same and
                               review related emails (0.2); exchange emails
                               with M. Kehl regarding individual attorneys of
                               committee members (0.2); review email from A.
                               W. Jarvis regarding committees' decision to
                               hire separate professionals, and confer with

her regarding implications of same (0.3);
confer with A. W. Jarvis regarding need to
renew motion to use cash, and review status of
current order and budget (0.4).

05/26/06 G Jolley      .60 Research legislative history for Nevada
                           Mortgage Broker Statute.

05/26/06 C Hurst       .90 Return phone calls to investor inquiries (.6);
                           letter to Schwartzer & McPherson with Pro Hac
                           Vice Admission Fees (.3).

05/30/06 K Glade       .20 Telephone call regarding investor in HFA North
                           Yonkers loan (0.2).

05/30/06 A Jarvis      .30 Correspondence with investors.

05/30/06 A Jarvis      .50 Correspondence and conference with S. C.
                           Strong regarding cash management motion.

05/30/06 A Jarvis      .30 Correspondence on subpoena, information
                           request.

05/30/06 E Monson     2.40 Review Jones Vargas objection to motion to
                           temporarily hold funds (.3); review First Trust
                           Deed Committee's Response to motion to
                           temporarily hold funds (.2); review opposition
                           to motion to hold funds by Committee of Exec.
                           contracts (.2); review Mt. West Mortgage motion
                           to temporarily hold funds (.2); review e-mails,
                           field telephone calls and work on review of
                           various oppositions and motions filed in case
                           (1.5).

05/30/06 S Strong     4.18 Review electronic docket and outline all items
                           set for hearing on 6/5/06 (0.3); confer with C.
                           Hurst regarding preparing hearing binder for
                           same (0.1); email to A. W. Jarvis regarding
                           same (0.1); work on drafting Motion for
                           Continued Use of Funds (2.1); circulate draft
                           to Mesirow, S-M, and A. W. Jarvis with comments
                           (0.1); Telephone conference with M. Kehl
                           regarding same (0.1); exchange emails with A.
                           W. Jarvis regarding filing Motion today (0.1);
                           exchange emails with J. McPherson regarding
                           same (0.1); review Opposition to Motion to Hold
                           Cash filed by Mountain West Mortgage (0.1),
                           review impact of same on PDG stipulation and
                           motion, and review status of same (0.3);

Client No. 34585                                                    Page:   23
Debtor USA Commercial Mortgage Co., et al.                          August 10, 2006


                              discuss same with A. W. Jarvis (0.2); review
                              emails from A. W. Jarvis regarding same (0.1);
                              continue analysis of issues raised by Canepa
                              RFS motion and possible responses thereto
                              (0.2); meet with G. Jolley to discuss his
                              research on Nev. Mortgage Broker statute (0.3).

05/30/06 G Jolley      2.80   Research legislative history for Nevada
                              Mortgage Broker Statute; meet with S. Strong to
                              report on research performed.

05/30/06 C Hurst       6.10   Access dockets; download pleadings relating to
                              motions scheduled for June 5 and begin trial
                              notebook organization.

05/31/06 A Jarvis       .30   Conference with S. C. Strong regarding
                              meeting with investors.

05/31/06 A Jarvis       .30   Conference with S. C. Strong regarding
                              updated loan information filing.

05/31/06 A Jarvis       .90   Correspondence with various parties regarding
                              agreement to request extension of hearing on
                              motion to hold funds, related motions.

05/31/06 A Jarvis       .50   Correspondence regarding loan schedules to be
                              filed.

05/31/06 A Jarvis       .30   Correspondence with S. C. Strong regarding
                              follow up on filing of 2019 statements.

05/31/06 E Monson       .30   Review e-mail from E. Vrato on master service
                              list and follow up with C. Hurst (.3).

05/31/06 S Strong      3.10   Telephone conference with J. McPherson
                              regarding various administrative issues
                              (0.3); review emails regarding pro hac
                              admission papers for S. C. Strong and D. M.
                              Monson (0.1); meet with D. M. Monson to
                              discuss issues for Reply regarding DIP work
                              fees (0.3); meet with A. W. Jarvis, D. M.
                              Monson and E. A. Monson to discuss strategies
                              for drafting various reply memoranda due this
                              week and coordination of legal theories
                              (1.2); review detailed summary from 5/25
                              lenders meeting in Reno, and exchange emails
                              with A. W. Jarvis regarding same (0.3);
                              Telephone conference with J. McPherson
                              regarding stipulation needed to continue

Client No. 34585                                          Page:    24
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


                    hearing date on motion to hold funds, as
                    proposed by committees and J. Chubb (0.3);
                    exchange various emails with A. Jarvis
                    regarding same (0.2); review emails and
                    proposed stipulation from L. Schwartzer
                    regarding same (0.2); exchange follow-up
                    emails with A. W. Jarvis and L. Schwartzer
                    regarding same (0.2);

05/31/06 C Hurst        6.40 Further downloading and gathering of
                    pleadings scheduled for 6/5 hearing; work on
                    index hearing binders (6.3); e-mail to
                    Schwartzer regarding master service list
                    (.1).

TOTAL FOR LEGAL SERVICES RENDERED                        $86,580.00

# EXHIBIT B-2

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 10, 2006
Las Vegas, NV  89121                                   Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00002**

**Asset Analysis and Recovery**

| | | | |
|---|---|---|---|
| 05/01/06 | K Glade | 1.10 | Draft waiver letter for T. Rondeau's review of IP documentation (0.3); related telephone calls (0.2); telephone calls regarding revisions to IP documents (0.6). |
| 05/01/06 | B Kotter | 5.00 | Legal research for AW Jarvis on participation agreements (.2); legal research and drafting for argument responsive to objections to cash management motion (4.8). |
| 05/01/06 | S Strong | .50 | Confer with K. Glade regarding loan enforcement problems for fractional investors (0.1); confer with K. Glade regarding limited conflicts waiver for T. Rondeau, and draft email to M. Kehl regarding same (0.2); review draft of conflict waiver letter, and exchange emails with A. Jarvis and K. Glade regarding same (0.2). |
| 05/02/06 | K Glade | 2.20 | Review IP note and Security Agreement (0.9); related e-mail to Mesirow (0.3); review IP UCC search (0.4); additional revisions to IP documents (0.6). |
| 05/02/06 | B Kotter | 2.30 | Legal research on offset and surcharge issues (2.3). |

Client No. 34585                                      Page:    2
Debtor USA Commercial Mortgage Co., et al.            August 10, 2006


05/02/06 D Monson        .40 Review Loan Servicing Agreement and discuss
                             entitlement to fees issues with S. Strong and
                             S. Clark (0.4).

05/02/06 S Strong        .50 Review T. Rondeaus proposed conflicts waiver
                             letter regarding IP and J. Milanowski, and
                             confer with K. Glade regarding same (0.3);
                             review K. Glades drafts of IP collateral
                             documents and explanations (0.2).

05/03/06 B Kotter        .60 Conference with SC Strong regarding power of
                             attorney issues and continued legal research
                             regarding same.

05/03/06 S Strong       1.20 Confer with S. Tingey and K. Glade regarding
                             loan review issues and planning for detailed
                             review of all serviced loans (1.2).

05/03/06 S Tingey        .30 Conference with K. G. Glade and S. Strong
                             regarding due diligence review of loan file.

05/04/06 S Tingey       1.60 Conference with K. G. Glade regarding loan file
                             analysis (.30); outline loan file analysis and
                             procedure for review (1.1); telephone
                             conference with S. Steele regarding progress
                             made (.20).

05/05/06 K Glade        5.60 Review summaries of loans prepared by Mesirow
                             (2.6); e-mails from J. Reed regarding loan
                             summaries (0.3); telephone calls with J. Reed
                             regarding loan summaries (0.2); prepare
                             worksheets for loan file review (1.3);
                             conferences with S. Tingey regarding loan file
                             review (0.5); telephone calls with M. Kehl
                             regarding status of USA Investment Partners
                             security interest (0.2); e-mails to B. Goold
                             regarding USA Investment Partners security
                             interest and note (0.5).

05/05/06 S Strong       1.00 Meet with K. Glade and S. Tingey to discuss
                             loan review issues (0.4); further analysis of
                             chart with select information from all 115
                             loans (0.2); discussions with K. Glade and S.
                             Tingey regarding specific loans and problems,
                             and goals of loan review project next week
                             (0.4).

Client No. 34585                                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


05/05/06 S Tingey          2.50 Review materials received from J. Reed
                                regarding loan descriptions and status (.20);
                                review materials from S. Steele regarding loan
                                reviews (.50); conference with K. G. Glade
                                regarding same (.40); outline procedures for
                                asset review (.90).

05/08/06 K Glade           7.60 Review mortgage loan files and prepare
                                summaries (7.0); e-mails with B. Goold
                                regarding USA Investment Partners Security
                                Agreement (0.3); related conferences with M.
                                Kehl (0.3).

05/08/06 S Tingey          7.80 Review loan files; various conferences with M.
                                Kehl and J. Reed.

05/08/06 S Tingey           .90 Conference with M. Olson regarding Huntsville;
                                review Huntsville loan documents.

05/09/06 K Glade           1.20 Work on loan file summaries (0.4); telephone
                                calls regarding Investment Partner pledge
                                agreement (0.4); calls regarding offers on Oak
                                Valley (0.4).

05/09/06 A Jarvis           .30 Conference with M. Pugsley regarding IP
                                collateral pledge.

05/09/06 A Jarvis           .30 Correspondence on IP collateral pledge,
                                security agreement.

05/09/06 A Jarvis           .40 Telephone conference with M. Kehl regarding
                                IP Note (.2); conference with K. G. Glade
                                regarding IP Note (.2).

05/09/06 S Strong          1.20 Telephone conference with M. Kehl regarding
                                lien on Gramercy project and ongoing funding
                                needs (0.2); confer with A. W. Jarvis
                                regarding possible solutions to Gramercy
                                funding issues (0.2); confer with D. M.
                                Monson regarding same (0.1); telephone
                                conference with S. Tingey regarding facts and
                                document review needed to analyze same (0.3);
                                email to M. Kehl regarding same (0.1); review
                                email from M. Olson regarding status of
                                securing IP receivable, review press article
                                regarding same, and email to A. Jarvis and M.
                                Kehl regarding same (0.3).

Client No. 34585                                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.                          August 10, 2006


05/09/06 S Tingey        8.30 Loan review.

05/09/06 S Tingey         .80 Telephone conference with S. Strong regarding
                              Gramercy Court; review Mechanic's Lien issues
                              regarding Gramercy Court; conference with M.
                              Kehl regarding same.

05/10/06 K Glade         4.60 Revise loan file summaries (1.8); review loan
                              files (2.8).

05/10/06 A Jarvis         .20 Telephone conference with M. Pugsley
                              regarding IP security agreement, telephone
                              call to B. Baker regarding same.

05/10/06 S Strong         .40 Telephone conferences with K. Glade and S.
                              Tingey regarding loan review issues (0.2);
                              review and analysis of initial loan summary
                              sheets prepared by K. Glade and S. Tingey
                              (0.2).

05/10/06 S Tingey        4.90 Analyze loan files.

05/10/06 S Tingey         .50 Analyze dispute with borrower (Gramercy Court)
                              regarding partial release.

05/10/06 S Tingey        1.10 Outline defaulted loan procedures; draft form
                              demand letter for matured loans.

05/11/06 K Glade         1.90 Review mortgage loan files and prepare
                              summaries (1.9).

05/11/06 A Jarvis         .80 Review loan information.

05/11/06 D Monson         .20 Review and respond to e-mail from K. Glade on
                              Pledge of USA Investment Partners membership
                              interest (0.2).

05/11/06 S Tingey        5.50 Analyze loan files (5.5).

05/11/06 S Tingey        1.40 Conference with M. Olson regarding problem loan
                              workout policies and procedures (.20);
                              conference with M. Olson regarding Huntsville
                              loan (.30); review information received from
                              borrower on Huntsville loan regarding proposed
                              workout (.90).

Client No. 34585                                            Page:    5
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006


05/12/06 K Glade           .30 Review M. Olson e-mail regarding discussions
                               with J. Milanowski attorney (0.1); related
                               conference with A. Jarvis regarding IP Note and
                               Security Agreement (0.2).

05/12/06 K Glade          1.00 Order title reports on properties held by LLCs
                               in which IP has an interest (0.3); work on USA
                               loan file summaries (0.7).

05/12/06 A Jarvis          .30 Correspondence on IP security agreement.

05/12/06 A Jarvis          .30 Conference with K. G. Glade regarding
                               security interest in IP property.

05/12/06 A Jarvis          .40 Conference with S. C. Tingey regarding loan
                               review, collateral review.

05/12/06 S Strong          .20 Confer with K. G. Glade regarding loan review
                               issues.

05/12/06 S Tingey          .40 Analyze Huntsville workout matter.

05/12/06 S Tingey          .40 Review information regarding Sheraton Hotel
                               loan and workout; communicate with A. Stevens
                               regarding same.

05/13/06 K Glade          1.20 Review J. Milanowski's revisions to IP note and
                               security agreement; draft related e-mail to
                               team regarding nature of changes (1.2).

05/15/06 K Glade          4.00 Telephone call with M. Kehl, T. Allison and A.
                               Jarvis regarding Investment Partner changes to
                               Promissory Note and Security Agreement (0.4);
                               telephone call with M. Kehl to go over
                               Investment Partners changes to Note and
                               Security Agreement (.6); revise Promissory Note
                               and Security Agreement (2.0); subsequent
                               telephone call with M. Kehl (0.2); e-mail to J.
                               Milanowski regarding Note and Security
                               Agreement, telephone call with M. Kehl
                               regarding Note and Security Agreement (0.2);
                               review signed Note and Security Agreement
                               (0.3); review loan commitment on Colt and
                               Windham (0.3).

05/15/06 K Glade           .20 Telephone call with S. Tingey regarding loan
                               summaries (0.2).

Client No. 34585                                                        Page:    6
Debtor USA Commercial Mortgage Co., et al.                      August 10, 2006


05/15/06 A Jarvis          .40 Conference call with K. G. Glade, M. Kehl and
                               B. Baker regarding IP security agreement.

05/15/06 A Jarvis          .30 Telephone conference with M. Kehl and K. G.
                               Glade regarding IP security agreement.

05/15/06 A Jarvis          .40 Correspondence on IP security agreement.

05/15/06 D Monson          .20 Review e-mails on Community Bank of Nevada
                               letter to USA Commercial as Guarantor of loan,
                               and e-mail to A. Jarvis (0.2).

05/15/06 S Strong          .40 Review emails from K. G. Glade and M. W.
                               Pugsley regarding issues in collateralizing
                               IP receivable (0.1); confer with K. G. Glade
                               regarding same (0.1); Telephone conference
                               with S. Tingey regarding loan review issues
                               (0.1); review revised drafts of
                               collateralization documents prepared by K.
                               Glade (0.1).

05/15/06 S Tingey         8.10 Loan review and analysis.

05/15/06 S Tingey         1.20 Conference with A. Stevens regarding Sheraton
                               loan workout (0.2); memo to B. Kotter regarding
                               same (.1); review file and pleading regarding
                               Sheraton loan (0.6); memo to M. Kehl regarding
                               same (0.3).

05/15/06 S Tingey          .40 Review consent requested by Borrower regarding
                               Palm Harbor loan (0.2); memo to S. Strong and
                               A. W. Jarvis regarding same (0.2).

05/16/06 K Glade          4.10 Draft proposed language for IP pledge agreement
                               (0.2); conference call with Mesirow officers
                               and bankruptcy team regarding IP pledge
                               agreement (0.6); revise IP Note and Pledge
                               Agreement with related conferences with S.
                               Strong (1.9); e-mail to M. Kehl regarding
                               revisions (0.3); telephone call with J.
                               Milanowski's attorney regarding revisions
                               (0.4); subsequent telephone calls with A.
                               Jarvis and M. Pugsley (0.4).

05/16/06 K Glade           .30 Work on loan summaries (0.3).

05/16/06 A Jarvis          .40 Correspondence on pledge agreement.

Client No. 34585                                               Page:    7
Debtor USA Commercial Mortgage Co., et al.                     August 10, 2006


05/16/06  S Strong        1.50 Review draft of complaint against IP (0.1);
                               confer with K. G. Glade regarding status of IP
                               collateral documents (0.1); participate in
                               conference call with K. G. Glade, M. W.
                               Pugsley, T. Allison, M. Kehl, and L. Schwartzer
                               regarding same (0.6); review revised drafts
                               from K. G. Glade of same (0.2); confer with K.
                               G. Glade and M. W. Pugsley regarding language
                               for same (0.2); exchange emails with P.
                               Alexander regarding USAs demand for
                               performance under PDG stipulation to release
                               interest reserves (0.3).

05/16/06  S Tingey        7.70 Review of loan files and issues (6.7);
                               communicate with T. Berry regarding Gramercy
                               Court issue (0.1); review proposed consent and
                               condo declarations regarding Palm Harbor (0.8);
                               communicate with T. Berry regarding same (0.1).

05/16/06  E Toscano       1.10 Meeting with Kevin Glade concerning updated
                               title reports; review file and existing title
                               policies; commence research to locate title
                               companies; commence phone calls to title
                               companies for title report updates.

05/17/06  K Glade         1.00 Email to B. Baker regarding IP documents (0.2);
                               add bankruptcy language to IP documents (0.3);
                               related conferences (0.4); finalize new IP
                               documents (0.1).

05/17/06  K Glade          .50 Preparations for loan file review (0.3);
                               telephone call with S. Tingey (0.2).

05/17/06  A Jarvis         .30 Conference with K. G. Glade regarding IP
                               receivable.

05/17/06  S Strong         .50 Confer with K. G. Glade regarding bankruptcy
                               approval language needed for IP collateral
                               documents (0.1); draft proposed language, and
                               discuss with K. G. Glade (0.2); review
                               revised drafts of IP collateral documents
                               (0.2).

05/17/06  S Tingey        5.00 Conference with A. Stevens regarding Colt loans
                               and request from borrower (02.); review Colt
                               loan document regarding request from borrower
                               (0.8); conference with A. Stevens (0.1); review
                               loan files (3.9).

Client No. 34585                                              Page:    8
Debtor USA Commercial Mortgage Co., et al.                    August 10, 2006


05/17/06 E Toscano        1.20 Continue work on locating and contacting
                               various title companies and contacts in order
                               to obtain updated title reports, tract index
                               searches, or litigation guarantees.

05/18/06 K Glade          2.30 Review mortgage loan files (2.0); revise loan
                               summary write-ups (.3).

05/18/06 K Glade          3.50 Review loan documents and promissory notes to
                               address default interest issue (2.8); related
                               conferences with M. Kehl and S. Steele (0.4);
                               email to B. Baker regarding IP signatures
                               (0.3).

05/18/06 A Jarvis          .50 Telephone conference with K. G. Glade
                               regarding IP receivable, due diligence.

05/18/06 S Tingey          .20 Conference with K. G. Glade regarding loan
                               review and administration issues.

05/18/06 E Toscano        2.10 Continue investigations to track down
                               appropriate title insurance companies,
                               contacts and phone numbers; continue phone
                               calls to get updates on title reports; emails
                               with contacts at various title companies;
                               meeting with Steve Tingey regarding update on
                               the status of matter.

05/19/06 K Glade          4.50 Review mortgage loan files and prepare
                               summaries (4.3); related telephone call with S.
                               Tingey (0.2).

05/19/06 A Jarvis         1.20 Correspondence with M. Pugsley regarding IP
                               security agreement (.6); conference with T.
                               Allison regarding security agreement (.3);
                               conference with L. Schwartzer regarding IP
                               security agreement (.3).

05/19/06 S Strong          .30 Review revised versions of promissory note
                               and security agreement to collateralize IP
                               debt (0.2); exchange emails with K. G. Glade
                               and A. W. Jarvis regarding same (0.1).

Client No. 34585                                         Page:    9
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/19/06 S Tingey        1.50 Review updated title report on ICCS and Frank
                              Strath issues (.4); review of loan file
                              analysis and issues (05.); review 10-90 loan
                              documents (02.); review Colt Gateway issue
                              (02.); communicate with Kevin Glade regarding
                              same (02.).

05/19/06 E Toscano       1.20 Review emails from Jean Makas and Gail Torino
                              regarding title report updates and tract
                              searches; draft responses to J. Makas and G.
                              Torino; draft fax and cover letter to J.
                              Makas; follow up on reports from other title
                              companies with phone calls and emails; locate
                              appropriate contacts at title companies.

05/22/06 A Jarvis         .50 Correspondence on IP security interest,
                              records.

05/22/06 E Toscano       2.00 Numerous telephone calls with various title
                              companies regarding updated reports; review
                              commitments, updated reports, etc.; meetings
                              with Doug Monson, Steve Tingey and Annette
                              Jarvis regarding title reports and releases;
                              update file.

05/23/06 K Glade         1.60 Email regarding HMA payoff (0.2); email list of
                              HMA loan requests (0.2); email regarding
                              assignment documents on proposed HMA payoffs
                              (0.2); review assignment documents and related
                              loan documents on HMA loans (0.6); conference
                              with S. Strong and D. Monson regarding mortgage
                              release issues (0.4).

05/23/06 S Strong         .50 Review and analysis of spreadsheet from S.
                              Smith showing post-petition loan payments made
                              and calculating servicing fees earned.

05/23/06 S Tingey        2.20 Review and revise Equipment Lease and
                              Transaction Agreement issued with IP: (0.8);
                              review Helsey Canyon/Los Vallos loan issue
                              (0.7); telephone conference with S. Smith
                              regarding same (0.2); review loan services
                              issue relating to Funds (0.5).

05/24/06 A Jarvis         .40 Telephone conference with M. Kehl regarding
                              IP issues, committee issues.

Client No. 34585                                          Page:   10
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006


05/24/06 A Jarvis          .90 Correspondence regarding security agreement
                               (.5); conference with S. C. Strong regarding
                               same (.4).

05/24/06 S Strong          .80 Meet with K. G. Glade and A. W. Jarvis to
                               discuss proposed payoff of certain HFA loans
                               and related issues (0.5); follow-up discussions
                               with K. Glade and S. Tingey regarding same
                               (0.2); review voice message from M. Kehl HFA
                               payoffs (0.1).

05/24/06 S Tingey        3.20 Review title information regarding Ocean
                               Atlantic loan (.3); review loan servicing
                               issues regarding USA and funds (.3); conference
                               with K. G. Glade regarding same (.2); telephone
                               conference with M. Kehl regarding HFA loan
                               issue (.2); conference with K. G. Glade and A.
                               W. Jarvis regarding same (.3); telephone
                               conference with HFA attorney (.2); review loan
                               servicing agreement regarding HFA loan issues
                               (.5); review and revise Equipment Lease and
                               Transition Agreement regarding USA Investment
                               partners (1.2).

05/25/06 K Glade           .30 Review updated title reports (0.3).

05/25/06 A Jarvis          .50 Correspondence regarding IP issues, security
                               agreement.

05/25/06 S Strong          .50 Confer with A. W. Jarvis regarding possible
                               action against IP and its principals (0.1);
                               confer with K. G. Glade regarding same (0.1);
                               review early draft of complaint from L.
                               Schwartzer regarding same, forward to A. W.
                               Jarvis, and discuss same with her (0.3).

05/25/06 E Toscano         .60 Telephone calls to Amy Owens at Fidelity
                               National Title; email from Steve Tingey
                               regarding issues with the report on the Ocean
                               Atlantic property; calls and emails with Jean
                               Makas; continue with phone calls; update
                               file.

05/26/06 K Glade           .30 Review updated title reports on selected
                               projects (0.3).

05/26/06 A Jarvis          .30 Correspondence on IP security agreement.

Client No. 34585                                                          Page:   11
Debtor USA Commercial Mortgage Co., et al.                           August 10, 2006


05/30/06 A Jarvis         .30 Conference call with S. C. Strong regarding
                              IP issues.

05/30/06 A Jarvis         .20 Correspondence with T. Allison regarding
                              settlement discussions with Ashby.

05/30/06 E Toscano        .20 Review correspondence and tract index search
                              from Property Insight, LLC.

05/31/06 K Glade          .60 Work on loan file summaries (0.4); review
                              telephone reports (0.2).

05/31/06 A Jarvis        1.20 Correspondence regarding discussions with
                              Ashby regarding repayment of loans (.4);
                              conference with T. Allison regarding
                              discussions with Ashby regarding loans (.4);
                              telephone conference with T. Allison
                              regarding Ashby proposal (.4).

05/31/06 A Jarvis         .30 Telephone conference with T. Allison regarding
                              issues involving Ashby loans.

05/31/06 A Jarvis         .30 Telephone conference with T. Allison regarding
                              meeting with J. Milanowski, IP issues.

05/31/06 A Jarvis         .30 Telephone conference with K. G. Glade
                              regarding IP pledge.

05/31/06 E Monson         .40 Meet with K. G. Glade  and go over chart of
                              appraisal information on properties securing
                              loan (.2); draft e-mail to Monty Kehl regarding
                              appraisal information needed (.1); review
                              e-mail from Monty Kehl regarding appraisal
                              information and send reply (.1).

05/31/06 S Strong        1.80 Telephone conference with S. Smith regarding
                              updated Loan Summary (0.2); review draft of
                              same and send comments to S. Smith (0.3);
                              review revised draft and Telephone conference
                              with S. Smith to discuss presentation issues
                              for Loan Summary (0.2); review near final
                              draft of preliminary Loan Summary, prepare
                              notice of filing for same and transmit to
                              local counsel, and transmit final version of
                              preliminary Loan Summary for filing (1.1).

05/31/06 S Tingey         .40 Additional loan file analysis and review.

Client No. 34585                                         Page:   12
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


TOTAL FOR LEGAL SERVICES RENDERED                        $42,592.00