# EXHIBIT B-3

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 10, 2006
Las Vegas, NV  89121                                   Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00004**

**Business Operations**

| | | | |
|---|---|---|---|
| 05/01/06 | D Monson | 2.80 | Discuss Partial Release Authorization issues and Servicing Agreement issues with S. Strong (0.2); telephone call to A. Stevens on Loan Servicing Agreement (0.1); e-mails with A. Jarvis on Loan Servicing Agreement and Motion for Partial Release Authorizations (0.3); revisions to Motion for Partial Release Authorizations and forward to L. Schwartzer, M. Kehl and A. Stevens for review (1.4); review and respond to e-mail from M. Walker, attorney for Bank of America (5252 Orange & 60th Street Loans) (0.3); telephone call from M. Kehl and T. Barry on disbursemetn issues and funding for loans (0.4); telephone call from A. Stevens on Loan Servicing Agreement as exhibit (0.1). |
| 05/01/06 | S Strong | .40 | Conference with D. M. Monson regarding ordinary course motion (0.2); exchange emails with S. Smith and F. Siddiqui regarding business agreements (0.2). |
| 05/02/06 | D Monson | 3.30 | Review Loan Disbursement Agreements and e-mail from T. Barry relating thereto (0.8); telephone call from M. Kehl and T. Barry on PDG Disbursement Agreement (0.1); telephone call to Marina Shiah at Project Disbursement Group |

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.             August 10, 2006


                        (0.4); telephone message to M. Kehl on
                        disbursement agreement issues and payment of
                        interest from interest reserves (0.1); review
                        and respond to e-mail from M. Walker (Bank of
                        America attorney) on partial release issues
                        (0.2); discuss disbursement and interest
                        reserve payment issues with S. Strong (0.2);
                        revisions to Motion to Approve Partial Releases
                        and forward revisions to L. Schwartzer (0.8);
                        review e-mail from S. Strong on suspended
                        interest payment concerns (0.1); e-mail to S.
                        Strong and A. Jarvis on Opaque Loan Extension
                        fee (0.1); e-mail to A. Jarvis and M. Kehl on
                        interest reserve payments and disbursement
                        issues (0.5).

05/02/06 S Strong      .70 Confer with D. M. Monson regarding additional
                        business issues in and out of the ordinary
                        course (0.3); exchange emails with D. M.
                        Monson regarding same (0.2); review draft of
                        motion to approve ordinary course loan
                        servicing activities (0.2).

05/03/06 D Monson     1.50 Check on filing status for Motion to Authorize
                        Partial Releases (0.1); review e-mails on
                        suspended disbursements issues (0.3);
                        discussion with S. Strong on suspended
                        disbursements and ordinary course of business
                        issues, and review of PDG and Fidelity
                        Disbursement Agreements (0.7); telephone call
                        from R. McKnight, attorney, on Motion to
                        Authorize Partial Releases (0.1); telephone
                        messages for PDG attorneys on disbursement
                        issues (0.2).

05/03/06 S Strong     2.80 Telephone conference with M. Kehl regarding
                        problems with disbursing agents withholding
                        funds (0.2); review emails from borrowers and
                        PDG regarding same (0.2); confer with D. M.
                        Monson regarding issues and solutions to
                        disbursing agent problems (0.8); exchange
                        voice messages with PDGs counsel regarding
                        same (0.1); assist with draft demand letter
                        to PDG regarding same (0.6); telephone
                        conference with M. Kehl regarding The Gardens
                        funding needs and issues (0.1); review emails
                        and documents regarding same (0.6); confer
                        with D. M. Monson regarding same (0.2).

05/04/06 A Jarvis        .30 Correspondence on partial releases.

05/04/06 D Monson       5.40 E-mail to M. Walker (Bank of America attorney)
                             on Partial Release Motion and review Motion to
                             Shorten Time (0.4); draft demand letter to M.
                             Callister and P. Alexander on disbursement
                             agent issues (PDG attorneys) (1.4); telephone
                             call from J. McPherson on disbursement agent
                             issues, and review sample stipulation from J.
                             McPherson (0.3); conference with S. Strong on
                             partial release motion and additional partial
                             release issues (0.2); telephone message to B.
                             Bozarth, Fidelity attorney (0.1); telephone
                             call from K. Doig for Palm Harbor One, LLC,
                             Borrower (0.4); conference with S. Strong on
                             disbursement agent issues (0.4); telephone
                             conference with M. Kehl, T. Barry and S. Strong
                             on Fidelity disbursement agent issues (0.2);
                             telephone call from K. Schmidt, Binford Medical
                             Developers Borrower (0.6); draft demand letter
                             to R. Bozarth, Fidelity attorney (1.0); review
                             Fidelity Disbursement Agreement (0.3);
                             telephone message to J. Graub (attorney for
                             Binford Medical) (0.1).

05/04/06 S Strong       3.20 Review email from M. Kehl regarding revisions
                             to demand letter to PDG, make revisions,
                             review documents to attach as exhibits, and
                             oversee transmittal of letter (1.2); exchange
                             follow-up emails with M. Kehl and borrower
                             regarding same (0.2); exchange several voice
                             messages with PDGs counsel M. Callister
                             regarding same (0.2); confer with D. M.
                             Monson regarding similar disbursement
                             problems with Fidelity (0.3); telephone
                             conference with R. Bozarth, Fidelity counsel,
                             regarding need to release funds and
                             differences in Bundy Canyon unfunded loan
                             situation (0.3); review letter to Fidelity
                             regarding same (0.1); Telephone conference
                             with M. Kehl regarding other ordinary course
                             loan servicing issues (0.2); review emails
                             from A. W. Jarvis and D. M. Monson regarding
                             same (0.1); exchange emails with M. Kehl and
                             S. Smith regarding payment of medical

Client No. 34585                                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006

 

 

 

 

 

                         insurance premium and review court order
                         regarding same (0.3); telephone conference
                         with M. Kehl regarding procedure for handling
                         ordinary course servicing issues (0.1);
                         confer with D. M. Monson regarding same
                         (0.2).

05/05/06 A Jarvis        .60 Correspondence regarding release of escrow
                         funds.

05/05/06 A Jarvis        .60 Correspondence regarding escrow problems;
                         telephone call with S. Strong regarding same.

05/05/06 D Monson       6.90 Revisions to demand letter to Fidelity, review
                         e-mailed comments from M. Kehl, and send out
                         Fidelity demand letter on disbursement issues
                         (0.8); review e-mails from A. Jarvis on
                         contacts with attorneys for Borrowers and
                         investors (0.2); telephone call with R. Kamink
                         of Taplin & Associates (0.2); telephone call
                         from T. Coleman (investors attorney) (0.1);
                         telephone call from G. Abaro (Meadow Creek
                         Partners - Borrowers) on Fidelity disbursement
                         issues (0.2); e-mails to G. Abaro on Fidelity
                         disbursement issues (0.1); telephone call from
                         M. Campbell (investors attorney) (0.3);
                         telephone calls from and e-mails with K.
                         Schmidt and his attorney J. Graub on Fidelity
                         disbursement issues (Binford Medical -
                         Borrower) (1.3); telephone calls to R. Bozarth,
                         Fidelity attorney (0.5); conference call with
                         M. Kehl, T. Barry and S. Strong on Fidelity
                         disbursement issues and Palm Harbor One loan
                         status (0.4); e-mails to T. Barry and K. Doig
                         on Palm Harbor loan status (0.3); conference
                         call with M. Callister, P. Alexander and S.
                         Strong on PDG disbursement (0.5); forward
                         Fidelity demand letter to Fidelity Phoenix
                         office (0.3); draft follow-up demand letter to
                         Fidelity, discuss with S. Strong, revise
                         letter, and forward to R. Bozarth (1.4).

```
Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006
```

05/05/06 S Strong        1.40 Various conferences with D. M. Monson
                              regarding status of Loan Disbursement Agent
                              problems and urgent issues with nonpayment
                              (0.7); review governing statutory provisions
                              regarding same (0.1); telephone conferences
                              with M. Kehl, T. Barry and D. M. Monson
                              regarding same (0.3); telephone conference
                              with counsel for PDG regarding same (0.3).

05/06/06 A Jarvis         .40 Review correspondence regarding release of
                              escrow funds.

05/06/06 D Monson        1.80 Review and respond to e-mails from K. Schmidt
                              (Binford Medical - Borrower) on Fidelity
                              disbursement issues (0.4); e-mail to A. Jarvis
                              and S. Strong on discussions with attorneys for
                              investors and Borrowers (0.4); begin draft of
                              Motion to Compel Fidelity to Disburse Loan
                              Funds (1.0).

05/08/06 A Jarvis         .80 Correspondence to and from D. M. Monson
                              regarding partial release problems, funding
                              issues (.5); conference with D. M. Monson
                              regarding same (.3).

05/08/06 A Jarvis         .30 Correspondence on funding issues regarding
                              ordinary course motion.

05/08/06 A Jarvis         .40 Review cash management order, comment on same.

05/08/06 A Jarvis         .30 Correspondence regarding sanctions for
                              violation of stay, withholding of funds.

05/08/06 A Jarvis         .40 Review correspondence on Oak Mesa.

05/08/06 A Jarvis         .30 Telephone conference with J. McPherson
                              regarding Binford proposal.

05/08/06 D Monson        8.00 Review e-mails from K. Schmidt and G. Avaro on
                              Fidelity disbursement issues (0.2); discuss
                              strategy for Motion to Compel Fidelity
                              Disbursements with S. Strong (0.2); telephone
                              call from F. Adams, attorney for investor
                              (0.4); e-mail to F. Adams, attorney for
                              investor (0.2); telephone call from Dr.
                              Rothburg, investor (0.3); continue with draft
                              of Emergency Motion to Compel Fidelity to Make
                              Disbursements, and draft Declarations of K.

Client No. 34585                                        Page:    6
Debtor USA Commercial Mortgage Co., et al.             August 10, 2006


                        Schmidt and D. Monson in Support, and circulate
                        for comments; e-mail to K. Schmidt and J. Graub
                        on Declaration of K. Schmidt (0.2); respond to
                        e-mail from T. Barry on Fidelity Motion (0.2);
                        review e-mail from M. Walker on Bank of America
                        Reconveyances, and e-mail to S. Stevens (0.3);
                        review e-mails on K. Schmidt Declaration
                        revisions, revise Declaration, and discuss with
                        T. Barry and K. Schmidt, and review signed
                        Declaration (1.0); telephone call from M. Kehl
                        and review e-mails on Gramercy partial releases
                        and lien filed by subcontractor (0.3);
                        telephone call from A. Stevens on Partial
                        Releases for 60th Street and 5252 Orange Loans
                        (0.2); review e-mails from M. Kehl on Gramercy
                        closings, and return e-mail to M. Kehl (0.3);
                        conference with A. Jarvis on Motion to Compel
                        Fidelity to Disburse (0.2).

05/08/06 S Strong     1.60 Review further emails from D. M. Monson and
                        borrowers regarding Fidelitys refusal to
                        disburse (0.2); confer with D. Monson
                        regarding same and possible motion to compel
                        (0.2); telephone conference with PDGs
                        counsel regarding basis for a proposed
                        stipulation regarding disbursement issues
                        (0.2); review PDG documents regarding
                        disbursement/escrow arrangement with PDG
                        (0.4); confer with D. Monson regarding
                        factual issues and legal support for motion
                        to compel Fidelity to disburse, additional
                        research for same, and review various emails
                        exchanged by D. Monson, T. Barry, and
                        borrowers involved with Fidelity (0.6).

05/09/06 A Jarvis      .20 Telephone conference with J. McPherson
                        regarding Binford project needs.

05/09/06 A Jarvis      .30 Conference with S. C. Strong regarding
                        Grammercy.

05/09/06 A Jarvis      .30 Correspondence regarding servicing.

05/09/06 A Jarvis      .40 Correspondence with L. Davis regarding Royal
                        Hotel (.3); telephone conference with T.
                        Allison regarding Royal Hotel (.1).

Client No. 34585                                          Page:    7
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006


05/09/06 A Jarvis        .30 Telephone conference with M. Kehl regarding
                             IP collateral pledge, Grammercy, Fidelity
                             problems.

05/09/06 A Jarvis        .50 Correspondence with D. M. Monson regarding
                             problem with Fidelity Funding; review and
                             revise motion regarding same.

05/09/06 A Jarvis       1.80 Review and revise motion regarding Fidelity
                             motion.

05/09/06 D Monson       7.00 Review e-mails on comments on Emergency Motion
                             to Compel Fidelity to Disburse, and revisions
                             to Emergency Motion to Compel Fidelity to
                             Disburse, and prepare exhibits for Motion;
                             telephone calls from J. Graub (Binford Medical
                             attorney) on Motion to Compel Fidelity to
                             Disburse (0.3); review and respond to e-mail
                             from A. Avaro on Fidelity Disbursements (0.2);
                             e-mails with M. Walker on Bank of America
                             Partial Releases for 5252 Orange and 60th
                             Street Loans (0.3); draft and revise Motion for
                             Expedited Hearing on Emergency Hearing on
                             Emergency Motion to Compel Fidelity to Disburse
                             (1.0); revise Declaration of Douglas Monson in
                             Support of Emergency Motion to Compel Fidelity
                             to Disburse (0.3); telephone conference with A.
                             Jarvis and J. McPherson on Fidelity Motion
                             (0.2); telephone call from J. McPherson on
                             Fidelity Motion (0.1); locate Fidelity contact
                             information and e-mails to J. McPherson (0.3);
                             e-mail to R. Bozarth (Fidelity attorney) on
                             filing of Fidelity Motion (0.2); e-mails to
                             Borrowers on filing of Fidelity Motion (0.3);
                             discuss Gramercy lien issues with S. Strong
                             (0.1); additional letter to R. Bozarth
                             (Fidelity attorney) on sanctions and damages
                             for Fidelity failure to disburse (0.5); discuss
                             Gramercy disbursement accounts and disbursement
                             documents with K. Glade (0.2); review e-mail
                             from K. Doig on Palm Harbor One and Fidelity
                             disbursements (0.1).

Client No. 34585                                           Page:    8
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006


05/09/06 S Strong          .80 Review D. M. Monsons draft of Emergency
                               Motion regarding Fidelitys failure to
                               disburse, confer with D. M. Monson regarding
                               same, and give comments to J. McPherson
                               regarding same (0.4); confer with D. M.
                               Monson regarding Fidelitys nonresponsiveness
                               and review emails exchange between D. M.
                               Monson and borrowers regarding same (0.3);
                               review fax from PDG regarding disbursement
                               issues (0.1).

05/10/06 A Jarvis          .50 Review documents on loans from J. Reed.

05/10/06 A Jarvis          .20 Telephone conference with M. Kehl regarding
                               Grammercy issues, loan issues.

05/10/06 A Jarvis          .40 Correspondence regarding partial release
                               issues.

05/10/06 A Jarvis          .50 Correspondence on Fidelity, PDG issues.

05/10/06 A Jarvis          .30 Correspondence on funding issues.

05/10/06 A Jarvis          .90 Review and revise order on Fidelity;
                               conference with D. M. Monson regarding same.

05/10/06 D Monson         5.40 Review and respond to e-mails from G. Avaro
                               (Meadow Creek Borrower) on Fidelity Motion to
                               Compel and Fidelity Stipulation (0.3);
                               telephone call from J. Graub, attorney for
                               Binford Medical on Fidelity willingness to
                               Stipulate (0.2); review and respond to e-mail
                               from J. McPherson on Scheduling for Fidelity
                               Emergency Motion (0.1); draft Stipulation and
                               Order granting Emergency Motion to Require
                               Fidelity to Disburse, circulate for comments,
                               and discuss with A. Jarvis and S. Strong (1.7);
                               review e-mail from J. McPherson on Motion to
                               Authorize Partial Releases and e-mail from
                               attorney for Roam Development and various
                               investors (0.3); review revisions to
                               stipulation and order on Fidelity Motion from
                               J. McPherson, and forward stipulation to
                               Fidelity (0.4);  telephone call from R.
                               Bozarth, Fidelity attorney, on Fidelity's
                               Stipulation (0.2); discuss response with S.

Client No. 34585                                              Page:   9
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


                      Strong and review e-mails on response from A.
                      Jarvis to inquiry from Roam Development
                      attorney on Motion to Authorize Partial
                      Releases (0.2); telephone call from K. Doig,
                      Palm Harbor One (Borrower) on Fidelity issues
                      (0.2);  review and respond to e-mails with K.
                      Schmidt (Binford Medical) on Fidelity
                      Stipulation(0.4); review Fidelity Stipulation
                      and resend to R. Bozarth (0.2); telephone calls
                      from J. Graub, attorney for Binford Medical, on
                      Fidelity Stipulation (0.3); review signed
                      Fidelity Stipulation and e-mail to J. McPherson
                      thereon (0.2); E-mail to J. McPherson on timing
                      of Fidelity Stipulation and Order (0.1);
                      discuss status of Fidelity Stipulation and
                      Order and PDG issues with A. Jarvis and S.
                      Strong (0.3); provide Leasehold Trust Deed
                      forms to K. Glade (0.1); discuss PDG
                      Stipulation issues and documents with S. Strong
                      (0.2);

05/10/06 S Strong    5.40 Telephone conference with M. Kehl and T.
                      Barry regarding PDG interest reserve issues
                      (0.2); exchange voice messages with P.
                      Alexander regarding same (0.1); review and
                      edit D. M. Monsons draft of stipulation with
                      Fidelity regarding disbursement issues, and
                      discuss edits with D. M. Monson (0.5); confer
                      with D. M. Monson regarding parallels and
                      distinctions between Fidelitys disbursement
                      issues and PDGs (0.4); exchange emails with
                      M. Kehl and T. Barry regarding forms of
                      agreement used with PDG, review and analysis
                      of same, and draft proposed stipulation
                      between USA and PDG (2.2); follow-up
                      telephone conferences with M. Kehl and T.
                      Barry regarding same (0.3); exchange
                      follow-up emails with them regarding same
                      (0.2); revise and finalize draft of PDG
                      stipulation, and circulate to T. Barry, M.
                      Kehl, P. Alexander, A. W. Jarvis, and D. M.
                      Monson for review (0.6); confer with D. M.
                      Monson regarding storage facilitys refusal
                      to allow USA to access records (0.1),
                      telephone conference with M. Olson regarding
                      same (0.1), telephone conference with storage

Client No. 34585                                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


                          facility manager G. Welch regarding same and
                          possible solutions and agreement (0.6), and
                          email to M. Kehl and T. Barry regarding
                          resolution of problem (0.1).

05/11/06 A Jarvis        .40 Telephone conference with K. G. Glade and S.
                          C. Tingey regarding 10-90 loan.

05/11/06 A Jarvis        .30 Correspondence on Royal Hotel.

05/11/06 A Jarvis        .50 Correspondence and conferences with K. G.
                          Glade and S. C. Tingey regarding loan
                          portfolio.

05/11/06 D Monson       3.10 Review and respond to e-mail from M. Walker
                          (Bank of America attorney) on partial releases
                          for 5252 Orange and 60th Street loans (0.4);
                          review T. Allison Supplemental Declaration and
                          Motion to Temporarily Hold Funds, and telephone
                          call to M. Guymon (attorney for Roam
                          Development and various investors) (1.6);
                          review draft Stipulation and Order on PDG
                          Disbursements and discuss with S. Strong (0.3);
                          discuss response to Bank of America attorney on
                          pre-petition partial releases with S. Strong
                          (0.2); review Order Shortening Time on Motion
                          on Partial Releases (0.1); review second e-mail
                          from M. Walker on Bank of America Partial
                          Releases, and e-mail to M. Kehl, and review
                          e-mail response from M. Kehl (0.5).

05/11/06 S Strong       1.60 Telephone conference with PDG counsel P.
                          Alexander regarding edits to stipulation for
                          release of interest reserve funds (0.2);
                          exchange emails with T. Barry and M. Kehl
                          regarding same (0.2); review D. M. Monsons
                          edits to same, and confer with him (0.2);
                          edit and revise draft stipulation (0.6);
                          review detailed exhibit to stipulation and
                          exchange emails with P. Alexander regarding
                          same (0.4).

05/11/06 C Frischknech   .90 Drafting of memorandum regarding requirements
                          of request for modified reporting.

05/12/06 A Jarvis        .50 Review information on assignments, servicing
                          issues.

Client No. 34585                                                 Page:   11
Debtor USA Commercial Mortgage Co., et al.                       August 10, 2006


05/12/06 D Monson        3.80 Review and respond to e-mail from K. Doig (Palm
                              Harbor One) on disbursements and consent of
                              mortgagee (0.2); review e-mails from G. Avaro
                              and T. Barry on Meadow Creek disbursements and
                              Fidelity issues (0.2); e-mails to M. Guymon and
                              M. Kehl and A. Jarvis on Roam Development and
                              Direct Lenders issues (0.6); discussion with S.
                              Strong and E. Monson on issues relating to
                              Motion to Disburse Funds from Investor Account,
                              and review Assignments and Spreadsheet for
                              transfers of undivided interests in loans
                              (1.0); discuss with K. Glade on transfer of
                              undivided interests in loans for Motions to
                              Disburse from Investor Account (0.3); analysis
                              of issues relating to Assignments of Loans for
                              Motion to Disburse Funds from Investor Account,
                              and review of related issues on mortgage
                              servicer rights and interests (1.5).

05/12/06 S Strong         .40 Review further comments by PDG counsel to
                              draft stipulation regarding release of
                              disbursement agent funds, make revisions, and
                              transmit to local counsel for filing (0.3);
                              telephone conference J. McPherson regarding
                              same (0.1).

05/15/06 A Jarvis         .40 Correspondence regarding disbursement issues.

05/15/06 A Jarvis         .40 Correspondence on PDG disbursement issues.

05/15/06 A Jarvis         .60 Correspondence on servicing agreement.

05/15/06 D Monson        1.90 Review e-mails on updated assignments to
                              respond to filed Motions and status of Partial
                              Release Motion (0.1); telephone conference with
                              S. Smith and S. Strong on Motion to Dismiss
                              Investor Account Funds (0.3); review and
                              respond to e-mails from G. Avaro (Meadow Creek
                              Borrower) on Fidelity disbursement issues
                              (0.2); review e-mails on status of PDG
                              Stipulation and Order for Disbursements (0.2);
                              telephone call from S. Fleming (Bank of America
                              attorney) on McKnight Objection to Partial
                              Release Motion (0.2); review McKnight Objection
                              to Motion to Authorize Partial Release (0.2);
                              review Docket Sheet for any additional
                              objections to Motion to Authorize Partial

|            |              |      |                                                                                                                                                                                                                                  |
|------------|--------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |              |      | Release (0.2); review Nevada Statute cited in McKnight Objection to Partial Release Motion (0.2); discussion with E. Monson on research for Motion to Disburse Investor Account Funds (0.3). |
| 05/15/06   | S Strong     | .30  | Review emails from T. Barry, M. Kehl, and D. M. Monson regarding status of PDG agreement to pay interest from interest reserve accounts (0.1); review status, and send emails to J. McPherson and M. Kehl regarding same (0.2). |
| 05/15/06   | S Strong     | .80  | Exchange emails with A. W. Jarvis regarding need to review Windham Mills and Colt Gateway proposals, review and analysis of same, and discuss same with A. W. Jarvis (0.6); confer with S. Tingey regarding Palm Harbor consents and review his email regarding same (0.2). |
| 05/16/06   | A Jarvis     | .80  | Work on letter to borrowers and conferences with T. Allison and M. Olson regarding same. |
| 05/16/06   | D Monson     | 1.10 | Discussion with E. Monson on analysis os issues for Motion to Disburse $1.9 Million in Investor Account (0.3); emails to S. Fleming (Bank of America attorney) on Objections to Motion to Authorize Partial Releases, and review various Objections to Motion to Authorize Partial Releases (0.5); discuss issues for Reply Brief for Motion to Authorize Partial Releases with S. Strong (0.3). |
| 05/16/06   | I Rubinfeld  | .40  | Telephone conference with S. Tingey regarding CCR's, consent to subdivision plat. |
| 05/16/06   | S Strong     | 3.70 | Telephone conference with A. W. Jarvis and M. Kehl regarding debtors revenue issues and loan servicing fee calculations (0.4); review LSA provisions regarding same (0.2); review and analysis of numerous objections to debtors motion for approval of various ordinary course loan servicing actions, draft Reply brief in support of motion, and circulate draft to A. W. Jarvis, L. Scwartzer, J. McPherson and M. Kehl for review (3.1). |

Client No. 34585                                        Page:   13
Debtor USA Commercial Mortgage Co., et al.              August 10, 2006


05/16/06 S Strong       1.90 Review and edit M. Olsons proposed letter to
                             borrowers on serviced loans, and review other
                             comments regarding same (0.8); further
                             research regarding loan servicing fees, LSAs
                             and powers of attorney, and applicable Nevada
                             statutes (0.8); confer with A. W. Jarvis
                             regarding same (0.2); email to A. W. Jarvis
                             regarding Nevada statutes (0.1).

05/17/06 D Monson        .20 Review additional Objections to Partial
                             Releases Motion (0.2).

05/17/06 S Strong       1.60 Telephone conference with A. W. Jarvis
                             regarding draft of Reply in support of
                             Ordinary Course motion (0.1); review Reply,
                             make near-final edits, and transmit to local
                             counsel with instructions for filing (0.7);
                             review and analysis of late objections filed
                             to Ordinary Course motion (0.6); exchange
                             emails with P. Alexander regarding PDGs
                             intentions regarding stipulated order, and
                             send email to M. Kehl regarding same (0.2).

05/18/06 A Jarvis       1.50 Meeting with T. Allison, M. Kehl, S. Smith
                             and Amanda regarding collection issues, DIP
                             financing issues.

05/18/06 D Monson        .30 Review LePome Objection to Motion to Delay
                             Disbursement of Investor Funds (0.3).

05/18/06 S Strong       3.50 Review facts and exchange emails with A. W.
                             Jarvis regarding Ordinary Course motion to be
                             heard today (0.2); review entry of stipulated
                             order regarding Fidelity disbursements, and
                             email to A. W. Jarvis regarding same (0.1)'
                             confer with E. A. Monson regarding
                             assignors/assignees competing claims on
                             investment account funds and plans for
                             dealing with same (0.2); review and analysis
                             of motions by Alexander, Ronning, and
                             Benincasa requesting release of funds, and
                             begin drafting opposition to same (2.6);
                             further discussions with E. A. Monson
                             regarding legal research needed for same
                             (0.3); Telephone conference with S. Smith
                             regarding facts and documents needed for same
                             (0.1).

Client No. 34585                                               Page:   14
Debtor USA Commercial Mortgage Co., et al.                     August 10, 2006


05/18/06 S Strong        1.00 Telephone conference with M. Kehl regarding
                              cash issues (0.1); review Opaque loan
                              documents and issues concerning Opaque
                              extension fees (0.4); email to M. Kehl
                              regarding same (0.1); Telephone conference
                              with M. Kehl regarding Opaque loan payoff and
                              proceeds, and review additional documents
                              regarding same (0.3); Telephone conference
                              with A. W. Jarvis regarding same (0.1).

05/19/06 K Glade         1.70 Draft summary of request for Colt Subordination
                              (0.5); related conference with M. Kehl (0.1);
                              conferences with USA employees regarding
                              investor documentation (0.7); emails regarding
                              10-90 documents (0.3); telephone call with M.
                              Pugsley (0.2).

05/19/06 A Jarvis         .30 Correspondence regarding PDG issues.

05/19/06 A Jarvis         .50 Correspondence on 10-90 loan.

05/19/06 A Jarvis         .80 Correspondence on order on ordinary course
                              motion.

05/19/06 D Monson        1.50 Review email on request for future funding for
                              Meadow Creek project and status of
                              disbursements (0.1); discussion with A. Jarvis
                              on preparation of Order for Approval of Partial
                              Releases Motion and analysis of additional
                              funding needs for some Projects (0.4); review
                              email from M. Guymon (attorney for Roam
                              Development) on Order for Partial Releases, and
                              email thereon to A. Jarvis and J. McPherson
                              (0.3); review email from M. Guymon (attorney
                              for Mountain West Mortgage) on interest
                              reserves for Levin Hills and Marlton loans, and
                              emails to T. Barry and J. McPherson on PDG
                              Stipulation and Order status (0.3); review
                              letter from Levin Hills attorney (0.2); review
                              emil from J. McPherson on status of PDG
                              Stipulation and Order (0.2).

05/19/06 S Strong         .40 Review email from M. Kehl with early drafts
                              of transition services agreement and
                              equipment lease agreement for IP separation,
                              and review drafts.

Client No. 34585                                            Page:   15
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006


05/22/06 K Glade        1.10 Conference with S. Strong regarding issues
                             related to Exhibit A lenders (0.2); read Caslaw
                             regarding same (0.3); emails to M. Kehl
                             regarding IP documents (.6).

05/22/06 A Jarvis        .30 Telephone conference with M. Kehl regarding
                             unfunded requirements.

05/22/06 A Jarvis        .30 Correspondence on HFA loans.

05/22/06 D Monson       4.90 Telephone calls from N. Ainsworth, Meadow Creek
                             (Borrower) and Meadow Creek broker (0.4);
                             telephone calls from M. Kehl on requests for
                             Gramercy and Amesbury/Hatters Point Partial
                             Releases (0.2); telephone call from M. Kehl on
                             Meadow Creek request for additional funding and
                             request for Committee support for additional
                             funding (0.2); review Amesbury/Hatters Point
                             Loan Documents, analysis of partial release
                             criteria, telephone call to M. Kehl on partial
                             release criteria, and lengthy email to M. Kehl
                             and T. Barry on partial release conditions and
                             assumptions as to compliance with past
                             requirements (4.1).

05/22/06 S Strong        .60 Telephone conference with M. Kehl regarding
                             proposed Transition Services Agreement and
                             related equipment lease with IP (0.1); review
                             drafts of same, and confer with S. Tingey
                             regarding review and advice needed regarding
                             same (0.4); exchange emails with M. Kehl
                             regarding same (0.1).

05/22/06 S Strong        .50 Confer with J. McPherson regarding status of
                             PDG interest reserve stipulation and committee
                             approval sought for same (0.2);  review and
                             analysis of new motion filed by PDG regarding
                             disbursement of interest reserve funds (0.3).

05/22/06 S Tingey       1.00 Review Equipment Lease Agreement with IP (0.5);
                             loan review and analysis (0.5).

Client No. 34585                                              Page:  16
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/23/06 K Glade          .90 Telephone call with S. Smith regarding
                              servicing fee for Fund loans (0.2); related
                              conference with S. Tingey (0.2); review Fund
                              Operating Agreements (0.2); telephone call with
                              S. Smith regarding servicing fee (0.2);
                              conference with S. Tingey regarding particular
                              extension agreement amending interest payment
                              (0.1).

05/23/06 A Jarvis         .60 Meeting with B. Russell regarding unfunded
                              requirements, status of projects, collections
                              on loans.

05/23/06 A Jarvis        1.50 Review documents regarding loans, operating
                              agreements.

05/23/06 D Monson        1.80 Telephone call from T. Barry on
                              Amesbury/Hatter's Point partial release issues
                              (0.2); review T. Barry email on
                              Amesbury/Hatter's Point partial release
                              calculations (0.2); conference with K. Glade
                              and S. Strong on partial release and full
                              release authorization issues (0.3); discussion
                              with S. Strong on partial release authorization
                              issues (0.3); review A. Jarvis notes form last
                              week's hearing and email to T. Barry and M.
                              Kehl on Amesbury/Hatter's Point closings and
                              releases (0.2); discuss issues relating to
                              collections of delinquent loans and recovery of
                              foreclosure expenses and Loan Servicing
                              Agreement rights with S. Tingey (0.2).

05/23/06 S Strong        2.00 Exchange emails with M. Kehl regarding status
                              of PDG stipulation re interest reserve funds
                              (0.1); telephone conference with M. Kehl
                              regarding same (0.1); review stipulation and
                              compare new motion filed by PDG seeking
                              direction from court (0.3); telephone
                              conference with P. Alexander regarding same
                              (0.2); telephone conference with A. W. Jarvis
                              regarding committees' position regarding same
                              (0.2); review emails from K. G. Glade and D. M.
                              Monson regarding Oak Mesa and HFA ordinary
                              course issues (0.2); review letter from
                              California department of corporations regarding
                              securities regulatory issues (0.2); research
                              regarding applicability of automatic stay to

|                     |       | California's informational requests (0.3);<br>exchange emails with M. W. Pugsley regarding<br>responding to California's letter (0.1);<br>exchange emails with K. G. Glade regarding<br>issues with HFA's proposed payoff, and discuss<br>same with K. G. Glade (0.3). |
|---------------------|-------|---|
| 05/23/06 E Toscano  | .70   | Emails with Jean Makas regarding tract index<br>search; review tract index search; forward<br>same to Steve Tingey; continue with telephone<br>calls and emails to title companies and<br>update file. |
| 05/24/06 K Glade    | 7.60  | Conference with S. Strong and A. Jarvis<br>regarding HFA payoff issues (0.6); review<br>servicing agreements to determine ability of<br>USA to execute release documents (0.4); related<br>telephone call with M. Kehl; conference with A.<br>Jarvis regarding HFA closing (0.7); telephone<br>call with HFA's attorney (0.4); subsequent<br>conference with A. Jarvis (0.2); telephone call<br>with M. Kehl (0.2); revise HFA payoff<br>assignment documents and draft proposed<br>forebearance letter with related emails (2.5);<br>telephone call with HFA attorney,  A. Jarvis<br>and M. Kehl (0.8); revise Forebearance letter<br>(0.5); email from title company regarding HFA<br>assignments (0.2); draft escrow email and<br>related emails regarding wiring instructions on<br>HFA closing (0.6); conferences with D. Monson<br>regarding application of payment issues and<br>related review of documents (0.5). |
| 05/24/06 A Jarvis   | 1.00  | Telephone conference with M. Kehl regarding<br>HFA loan issues (.3); conference with K. G.<br>Glade and S. C. Tingey regarding HFA loan<br>payoffs (.4); conference with K. G. Glade<br>regarding closing of HFA payoffs (.3). |
| 05/24/06 A Jarvis   | 1.10  | Conference with K. G. Glade regarding HFA<br>closing issues (.3); review letter regarding<br>HFA payoff proposal (.5); conference with S.<br>C. Strong regarding issues relating to<br>payoffs of loans (.3). |
| 05/24/06 A Jarvis   | .50   | Conferences with D. M. Monson regarding order<br>on ordinary course motion. |

Client No. 34585                                                      Page:    18
Debtor USA Commercial Mortgage Co., et al.                           August 10, 2006


05/24/06 A Jarvis        .30 Conference with D. M. Monson regarding
                             procedures motion.

05/24/06 A Jarvis        .70 Telephone conference with M. Kehl regarding
                             HFA closing issues (.2); correspondence
                             regarding HFA loan payoffs (.5).

05/24/06 D Monson       3.90 Draft and circulate for comments Proposed Order
                             on Authorization for Partial Releases (2.1);
                             discuss refinancing and full release issues
                             with K. Glade (0.2); telephone call to T. Boyd
                             at Land America Title on Gramercy Court Condo
                             Partial Releases (0.3); conferences with K.
                             Glade on HFA payoff issues (0.2); conference
                             with K. Glade and A. Jarvis on HFA payoff
                             issues (0.2); conference with A. Jarvis on
                             proposed Order on Partial Releases (0.2);
                             conference with A. Jarvis on Gramercy Court
                             Condo Partial Releases (0.1); telephone call
                             from M. Kehl on Partial Releases and
                             Non-Performing Loans, and discussion on
                             allocation of loan proceeds with K. Glade
                             (0.3); discussions with A. Jarvis on
                             Amesbury/Hatters Point Partial Releases and
                             request for court approval (0.1).

05/25/06 K Glade        1.80 Conference with D. Monson regarding application
                             of proceeds from partial releases (0.2);
                             telephone call with M. Kehl regarding
                             additional funding obligations on Idaho loan
                             (0.3); review related loan documetns (0.3);
                             telephone call with B. Gould regarding IP
                             documents (0.1); draft related email to
                             bankruptcy team (0.2); conference with A.
                             Jarvis and D. Monson regarding partial release
                             issues (0.3); emails regarding status of
                             funding on HFA payoffs (0.2); emails regarding
                             partial release issues (0.2).

05/25/06 A Jarvis        .50 Telephone conference with M. Kehl regarding
                             operational issues, cash management, upcoming
                             hearings.

05/25/06 A Jarvis        .30 Telephone conference with M. Kehl regarding
                             release issues, payoff issues.

05/25/06 A Jarvis        .60 Correspondence with B. Russell regarding
                             Franklin Stratford project.

Client No. 34585                                              Page:   19
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/25/06 D Monson        4.00 Review Gramercy Condo loan documents on partial
                              release and payment of interest issues, and
                              email to M. Kehl and T. Barry on partial
                              release issues and demand letters to
                              nonperforming Borrowers (2.5); review email
                              from C. Pajak (Committee attorney) on PDG
                              documentation, discuss with S. Strong, and
                              forward PDG disbursement agreements to C. Pajak
                              (0.4); emails with J. McPherson on Meadow Creek
                              (Borrower) inquiry and local counsel
                              recommendation (0.2); telephone call to N.
                              Ainsworth, principal for Borrower Meadow Creek
                              (0.2); discuss general partial release issues
                              for nonperforming loans with A. Jarvis and K.
                              Glade (0.3); review fax from Chicago Builder
                              Services on demand for full payment and release
                              for Del Valle Capital Corp. loan (0.2); email
                              to M. Kehl on timing for Amesbury/Hatter's
                              Point partial releases approval Motion, and
                              review email from M. Kehl on requested
                              Committee approval (0.2).

05/25/06 S Strong         .60 Confer with D. M. Monson regarding status of
                              PDG stipulation (0.1); review email from D. M.
                              Monson to T. Barry regarding same (0.1); review
                              listing of loans for which PDG is disbursement
                              agent (0.2); exchange emails with S. Smith, A.
                              W. Jarvis, and M. W. Pugsley regarding USA's
                              email service contract (0.2).

05/25/06 S Tingey        1.60 Revise services agreement with IP (0.9); revise
                              equipment lease with IP (0.7).

05/26/06 K Glade          .50 Emails with M. Kehl regarding HFA payoffs and
                              payoff documents (0.3); review emails regarding
                              partial release provisions and application of
                              payments (0.2).

05/26/06 A Jarvis         .50 Correspondence on disbursements, ordinary
                              course issues.

05/26/06 A Jarvis         .50 Correspondence on HFA closing.

05/26/06 D Monson        3.10 Review email from M. Guymon on Roam Development
                              payment funds (0.2); email to A. Jarvis on
                              Amesbury/Hatter's Point deficiency and claims
                              against Guarantor, and discuss issues with A.
                              Jarvis (0.4); discuss revisions to Order on

Client No. 34585                                           Page:   20
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006


                    Partial Releases with A. Jarvis, revise Order,
                    and circulate for additional comments (0.7);
                    review list of nonperforming loans and email to
                    M. Kehl, T. Barry, and T. Allison on
                    application to the Nine Loans listed in the
                    Order on Partial Releases (0.5); review email
                    from T. Barry on payoff on Del Valle Capital
                    loan (0.1); review comments from L. Schwartzer
                    and S. Stron on revised Order on Partial
                    Releases (0.3); discuss status of nonperforming
                    loansand Partial Releases with A. Jarvis (0.2);
                    emails to M. Guymon on Roam Development loan
                    and investor issues (0.4); review email from J.
                    McPherson and email to T. Barry
                    (Fiests/Stonebridge and Meadow Creek Loan
                    inquiries) (0.3).

05/26/06 S Strong   1.40 Review emails from D. M. Monson, A. W. Jarvis
                    and M. Kehl regarding partial payoff and
                    release issues concerning Amesbury project,
                    analyze issues raised, and exchange follow-up
                    emails with them regarding same (0.4); exchange
                    emails with A. W. Jarvis regarding B. Russell
                    partial release issues concerning
                    Franklin/Stratford project, review emails and
                    documents transmitted by S. Scann regarding
                    same, and confer with A. W. Jarvis regarding
                    same (0.4); review emails from D. M. Monson and
                    T. Barry regarding Del Valle Capital payoff
                    questions (0.2); confer with S. C. Tingey
                    regarding status of transition services
                    agreement with IP (0.1), and review revised
                    draft of same (0.1); review emails from D. M.
                    Monson and J. McPherson regarding status of PDG
                    disbursement issues (0.2).

05/26/06 S Tingey   1.10 Review Ocean Atlantic updated title report
                    (0.2); memo to M. Kehl and J. Reed regarding
                    same (0.1); revise Equipment Lease Agreement
                    and Transition Services Agreement with IP
                    (0.6); memo to M. Kehl regarding same (0.2).

Client No. 34585                                             Page:   21
Debtor USA Commercial Mortgage Co., et al.                  August 10, 2006


05/27/06 D Monson        .40 Review email from M. Kehl on letter to
                             investors on Amesbury/Hatters Point loan issues
                             (0.1); review emails on Franklin/Stratford loan
                             (Meridian, Idaho) issues (0.1); review emails
                             from M. Guymon on Roam Development loan (0.1);
                             review email from S. Smith on
                             Fiesta/Stonebridge and Meadow Creek loans
                             (0.1).

05/30/06 A Jarvis        .40 Telephone conference with T. Allison and
                             Amanda regarding negotiations on Ashby
                             payoffs; funding problems.

05/30/06 D Monson       1.40 Review and respond to email form S. Smith on
                             Porter Hurt investor inquiry, and brief review
                             of Fiesta/Stonebridge and Meadow Creek loan
                             documents from T. Parry (0.2); review M. Guymon
                             objection to Motion to Hold Funds on behalf of
                             Direct Lenders for Levin Hills & Marlton Loans
                             (0.1); telephone call from R. Cameron, investor
                             in HFA loan and other loans (0.4); review email
                             from M. Kehl and attached contractor notice on
                             work stoppage on Gramercy Court condo project
                             (0.2); review status and Agenda for Objections
                             filed to Motion to Authorize Partial Releases
                             to circulate proposed Order (0.2); email to E.
                             Monson on status of Motion to Limit Notice to
                             Respond to Marjorie Guymon inquiry, and review
                             E. Monson response (0.2); discussion with A.
                             Jarvis on review of proposed Order on Motion to
                             Authorize Partial Releases (0.1).

05/31/06 K Glade         .20 Conference with A. Jarvis regarding IP issues
                             (0.2).

05/31/06 A Jarvis        .30 Telephone conference with T. Allison
                             regarding funding issues, communications with
                             creditors committees.

05/31/06 A Jarvis        .40 Review and revise order on ordinary course.

05/31/06 A Jarvis        .40 Correspondence regarding paid off loans,
                             accounting for same.

05/31/06 A Jarvis        .50 Review information on the Gardens project.

05/31/06 A Jarvis        .30 Correspondence regarding Levin Hills.

Client No. 34585                                              Page:   22
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/31/06 A Jarvis        .50 Correspondence with and conference with S. C.
                             Strong regarding motions to allow for certain
                             workout options.

05/31/06 D Monson       5.10 Review e-mails on Mountain West Mortgage
                             objection to Motion to Temporarily Hold Funds
                             and impact on proposed Order on Motion to
                             Authorize Partial Releases (0.2); telephone
                             call from M. Kehl on The Gardens Timeshare Loan
                             and mechanic's lien issues (0.1); telephone
                             call from M. Kehl and A. Stevens on The Gardens
                             Timeshare Loan and mechanic's lien and title
                             insurance issues (0.4); conference with A.
                             Jarvis on revisions to Partial Releases Order
                             (0.2); revisions to proposed Order on Partial
                             Releases Motion and circulate proposed Order to
                             Debtor and other Debtor's counsel (0.6); review
                             revised list of performing and nonperforming
                             loans (0.2); review The Gardens Timeshare Loan
                             documents and title insurance and request to
                             revise Partial Release price to satisfy
                             contractor's lien (1.2); review R. Russell
                             Declaration on Franklin/Stratford loan problems
                             and request for consent to sale of excess land
                             (0.3); review letter from T. Harmon, attorney
                             for borrower on Levin Hills loan (0.1); review
                             e-mail from A. Turner, attorney for J. Coleman,
                             Gramercy court investor (0.1); review e-mail
                             from M. Kehl on The Gardens Timeshare loan and
                             contractor's lien issues (0.2); e-mail to L.
                             Schwartzer on circulation of proposed Order on
                             Partial Releases Motion (0.2); e-mail to M.
                             Kehl and A. Stevens on analysis of The Gardens
                             Timeshare Loan documents and title policy and
                             suggested approaches to resolve contractor's
                             lien (1.3).

05/31/06 S Strong       1.10 Review email from A. W. Jarvis regarding
                             Amesbury loan issues, and send email to E.
                             Karasik with loan documents (0.3); confer
                             with D. M. Monson regarding M. Guymon and
                             Franklin/Stratford loan issues (0.3);
                             Telephone conference with M. Kehl regarding
                             same (0.1); review draft declaration of R.
                             Russell regarding same, and transmit to M.
                             Kehl (0.3); review email regarding The
                             Gardens loan request (0.1).

Client No. 34585                                            Page:   23
Debtor USA Commercial Mortgage Co., et al.                  August 10, 2006


TOTAL FOR LEGAL SERVICES RENDERED                           $45,563.00

# EXHIBIT B-4

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00005**

**Claims Administration and Objections**

| | | | |
|---|---|---|---|
| 05/05/06 | A Jarvis | .20 | Correspondence with M. Kehl regarding status of certain claims. |
| 05/08/06 | A Jarvis | .30 | Correspondence with L. Schwartzer and T. Allison regarding claims traders. |
| 05/10/06 | A Jarvis | .50 | Correspondence regarding disposition of investor funds. |
| 05/10/06 | A Jarvis | .50 | Review assignments regarding transfer of loan interests. |
| 05/10/06 | A Jarvis | .30 | Correspondence with investors on claims. |
| 05/10/06 | A Jarvis | .50 | Correspondence with T. Allison regarding investor fund issues. |
| 05/12/06 | A Jarvis | .40 | Conference with D. M. Monson, L. A. Jenkins, and S. C. Strong regarding investor funds, course of action. |
| 05/17/06 | S Strong | 1.50 | Review and analysis of objection to Bundy Canyon motion filed by Massa/Jayem, and related documents (0.6); exchange emails with M. Kehl and telephone conference with him regarding same (0.2); review debtors documents sent by |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006


                        M. Kehl regarding same (0.2); exchange emails
                        with A. W. Jarvis regarding same and send email
                        to L. Schwartzer regarding same (0.2);
                        Telephone conference with A. W. Jarvis
                        regarding issues raised at todays meeting of
                        creditors and preparations for tomorrows
                        hearing (0.3).

05/31/06 A Jarvis        .50 Correspondence, conferences with S. C. Strong
                        regarding status of refund.

TOTAL FOR LEGAL SERVICES RENDERED                        $1,383.00

# EXHIBIT B-5

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00006**

**Employee Benefits/Pensions**

| | | | |
|---|---|---|---|
| 05/05/06 | S Strong | .20 | Telephone conference with M. Kehl regarding status of proposed order on modified motion to pay employees. |
| 05/08/06 | A Jarvis | .30 | Correspondence regarding employee benefit plan. |
| 05/19/06 | A Jarvis | .20 | Correspondence on pension matters. |
| 05/22/06 | S Strong | .30 | Confer with K. J. Applegate regarding defined benefit plan termination issues (0.1); confer with A. W. Jarvis regarding same (0.1); exchange emails with L. Schwartzer regarding same (0.1). |
| 05/23/06 | K Applegate | .90 | Review emails; discuss DB plan issues with attorneys; research on the same. |
| 05/23/06 | N Hall | .20 | Conference with K. J. Applegate. |
| 05/23/06 | S Strong | .90 | Review emails from L. Schwartzer regarding PBGC regarding pension plan issues (0.1); exchange emails with L. Schwartzer and S. Smith regarding same (0.1); confer with A. W. Jarvis regarding same (0.1); confer with K. J. |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 10, 2006
```

```
                        Applegate regarding assistance needed to review
                        and possibly terminate USA's defined benefit
                        plan (0.3); review and forward relevant emails
                        to K. J. Applegate regarding same (0.1);
                        exchange follow-up emails with S. Smith
                        regarding additional plan information needed
                        (0.2).

05/30/06 K Applegate    .70 Review documents on the plan; discuss with
                        Steve and N. E. Hall; telephone call to the
                        PBGC.

05/30/06 N Hall         .30 Conference with K. J. Applegate regarding PB&G
                        call.

05/30/06 S Strong       1.00 Review defined benefit plan documents
                        received from S. Smith (0.3); confer with K.
                        J. Applegate regarding bankruptcy and ERISA
                        issues concerning benefit plan (0.5); confer
                        with A. W. Jarvis regarding same (0.2).

05/31/06 K Applegate    2.00 Conference with S. C. Strong on plan issues
                        (.3); review plan documents; discuss with J.
                        R. Madsen (.6); telephone calls to PBGC,
                        Erica Barns, on the plan (.2); draft letter
                        to PBGC on requested documents; send
                        documents to PBGC (.4).

05/31/06 S Strong       .20 Review email from K. J. Applegate regarding
                        defined benefit plan status and issues (0.1);
                        exchange follow-up emails with him and A. W.
                        Jarvis (0.1).
```

```
TOTAL FOR LEGAL SERVICES RENDERED                        $1,849.50
```

# EXHIBIT B-6

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    August 10, 2006
Las Vegas, NV  89121                                       Invoice No. ******


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00007**

**Fee / Employment Applications**

| 05/01/06 | L Jenkins | .20 | Conference with A. Tsu and review emails on Hilco employment issue. |
|---|---|---|---|
| 05/01/06 | A Tsu | 4.30 | Reviewing Hilco agreement for changes; reviewing and editing Hilco employment agreement (3.5); reviewing and responding to correspondence from M. Kehl (.2), L. Jenkins (.2), E. Kaup (.2), J. Linstrom (.2) regarding Hilco employment agreement and making appropriate amendments to Hilco  employment agreement. |
| 05/02/06 | L Jenkins | .60 | Final review of Hilco employment papers. |
| 05/02/06 | A Tsu | .20 | Telephone conference with Eric Kaup (Hilco); reviewing and sending documents responsive to conversation. |
| 05/02/06 | A Tsu | 3.50 | Finalizing Hilco application (1.9); incorporating comments and addressing questions regarding same (1.6). |
| 05/03/06 | L Jenkins | .70 | Review revisions to Hilco application. |
| 05/05/06 | A Jarvis | .20 | Correspondence with L. Jenkins regarding retention of Hilco. |

```
Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006
```

| | | |
|---|---|---|
| 05/05/06 S Strong | .30 | Telephone conferences with L. A. Jenkins regarding status of application to employ Hilco, and need for shortened hearing regarding same; review prior email from A. Tsu regarding status of application. |
| 05/08/06 L Jenkins | .30 | Address issues relating to Hilco application. |
| 05/08/06 L Jenkins | .40 | Review Linstrom declaration regarding Hilco application. |
| 05/09/06 S Strong | .40 | Review docket entries describing notice of hearing on application to employ Hilco, review notice, and exchange emails with M. Kehl regarding same (0.2); review email from A. Tsu regarding Hilcos questions about hearing date, and confer with A. Tsu regarding rationale for same (0.2). |
| 05/09/06 A Tsu | .60 | Reviewing incoming messages from J. Listrom regarding Hilco application; responding to same. |
| 05/09/06 A Tsu | .50 | Redline Hilco agreement; send to L. Jenkins for review. |
| 05/10/06 A Jarvis | .30 | Correspondence regarding fee procedures. |
| 05/10/06 S Strong | .20 | Telephone conference with J. Miller of BMC regarding two forms of order approving BMC employment (0.1); confer with A. Tsu regarding Hilco employment issues (0.1). |
| 05/10/06 A Tsu | 3.40 | Finalizing Hilco agreement; corresponding with E. Kaup and M. Kehl regarding same. |
| 05/11/06 B Kotter | .20 | Conference with AW Jarvis regarding supplementary 2014 disclosures (.2). |

Client No. 34585                                                Page:    3
Debtor USA Commercial Mortgage Co., et al.                      August 10, 2006


05/11/06 A Tsu              7.10 Reviewing and editing Hilco agreement;
                                corresponding with M. Kehl (Mesirow), E. Kaup
                                (Hilco) and L. Jenkins regarding amendments;
                                submitting drafts for comments to same;
                                reviewing comments; incorporating changes;
                                circulating drafts to all parties for
                                signature by parties per Hilco's request;
                                reviewing docket for objection and reply
                                deadlines for all motions and other pleadings
                                requiring response.

05/12/06 S Strong           .10 Confer with L. A. Jenkins regarding
                                objections to RQN retention and reply needed
                                (0.1).

05/15/06 L Jenkins         1.40 Read cases; begin draft of reply memorandum in
                                support of Ray Quinney & Nebeker retention by
                                Debtors.

05/15/06 L Jenkins         2.70 Draft portions of reply in support of
                                memorandum in support of Ray Quinney & Nebeker
                                retention by Debtors.

05/15/06 E Monson          1.90 Review oppositions filed by the UST to the
                                applications to employ RQN and Schwartzer (.4);
                                begin research on representation of multiple
                                affiliates in bankruptcy in response to US
                                Trustee objection (1.5).

05/15/06 S Strong          2.50 Review USTs objection to RQNs retention by
                                5 debtors, confer with A. W. Jarvis regarding
                                same, and email to L. A. Jenkins regarding
                                same (0.2); meet with A. W. Jarvis, E. A.
                                Monson and L. A. Jenkins to discuss
                                objections to debtors retention of legal
                                counsel and issues to address in reply (0.3);
                                follow-up discussions with A. W. Jarvis and
                                E. A. Monson regarding same (0.4); research
                                multi-debtor representation issues, and email
                                legal support for same to A. W. Jarvis and E.
                                A. Monson (1.6).

05/15/06 A Tsu             4.10 Legal research for Debtor's response to US
                                Trustee's application to employ and retain Ray
                                Quinney & Nebeker as counsel for Debtors.

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/16/06 L Jenkins      1.10 Read cases regarding issues relating to reply
                             memorandum regarding motion to employ Ray
                             Quinney & Nebeker.

05/16/06 E Monson       9.80 Additional research and review of cases on
                             intercompany debts (2.6); review cases cited by
                             UST in his memorandum (1.4); review objections
                             to Application to Employ RQN (.8); work on
                             drafting reply in support of motion to employ
                             RQN (5.0).

05/16/06 S Strong       2.50 Confer with A. Tsu regarding research in
                             support of multi-debtor representation by
                             professionals and review statutes and case
                             law with her regarding same (0.2); confer
                             with L. A. Jenkins regarding same (0.1);
                             Telephone conference with A. Jarvis regarding
                             issues for Reply in support of RQN retention
                             (0.3); confer with E. A. Monson regarding
                             same (0.3); further legal research regarding
                             same (1.3); Telephone conference with A. W.
                             Jarvis regarding same (0.3).

05/17/06 E Monson       5.60 Additional review of cases and work on revising
                             reply in support of application to retain RQN
                             (2.5); proof and finalize reply memo and get
                             sent to Schwartzer's office for filing (.8);
                             draft email to L. Schwartzer and J. McPherson
                             regarding this reply memo in support of
                             Schwartzer application (.1); discussion with AW
                             Jarvis regarding reply memo and legal arguments
                             and cases therein (.3); review updated master
                             mailing matrix and get sent to L. Schwartzer
                             (.2); review Schwartzer's reply memo in support
                             of their application for employment (.3);
                             additional legal research in connection with
                             drafting response to LePomme motions (1.0);
                             discussions with SC Strong regarding issues
                             under subsection 327 and reply memo (.4).

05/17/06 S Strong       3.70 Confer with E. A. Monson regarding status of
                             Reply in support of debtors application to
                             employ RQN and related factual and legal
                             issues (0.2); Telephone conference with A. W.
                             Jarvis and E. A. Monson regarding same (0.1);

Client No. 34585                                                Page:    5
Debtor USA Commercial Mortgage Co., et al.                      August 10, 2006

                        review draft of Reply and make final edits to
                        same (0.3); various conferences with  E. A.
                        Monson regarding legal research and support
                        for same (same (0.4); review Reply filed in
                        support of debtors application to employ S-M
                        Firm, exchange emails with A. W. Jarvis
                        regarding same, and discuss same with E. A.
                        Monson (0.3); review voice message from A. W.
                        Jarvis regarding further research needed for
                        arguments at hearing in support of
                        multi-debtor representation by RQN and S-M
                        Firm, and conduct further legal research
                        (2.4).

05/18/06 E Monson       .30 Review application of various committees to
                        employ Stutman law firm (.3).

05/18/06 S Strong       .80 Further research of Ninth Circuit case law
                        regarding retention of professionals, and
                        exchange emails with A. W. Jarvis regarding
                        pertinence of same for todays hearing on
                        retention applications (0.6); Telephone
                        conference with A. W. Jarvis regarding
                        judges ruling today on retention
                        applications (0.2).

05/19/06 E Monson       .20 Review various motions on application to employ
                        Stea & Carlyon as special counsel and
                        declaration (.2).

05/22/06 A Jarvis       .40 Telephone conference with F. Merola regarding
                        Hilco retention (.2); telephone conference
                        with M. Kehl regarding Hilco retention (.2).

05/26/06 A Jarvis       .40 Correspondence on HILCO application.

05/26/06 A Jarvis       .10 Telephone call to J. Chubb regarding HILCO
                        motion.

05/26/06 S Strong      1.00 Review emails from A. W. Jarvis and D. M.
                        Monson regarding need to hire counsel in
                        various states for certain loans (0.1);
                        research for possible ordinary course
                        professional motion (0.4); review additional
                        objections to debtors' application to employ
                        Hilco (0.4); exchange emails with A. Tsu and A.
                        W. Jarvis regarding witness needed for hearing
                        on same (0.1).

Client No. 34585                                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.                          August 10, 2006


05/30/06 A Jarvis      .40 Conference with E. A. Monson and S. C. Strong
                           regarding response on HILCO motion.

05/30/06 E Monson     4.00 Review opposition to motion to employ Hilco by
                           First Trust Deed Committee (.3); review
                           opposition to Hilco motion filed by Committee
                           on Exec contracts (.2); work on reply in
                           support of motion to employ Hilco (3.3);
                           discussion with A. W. Jarvis and S. C. Strong
                           regarding issue on reply in support of Hilco
                           motion (.2).

05/30/06 S Strong      .80 Confer with E. A. Monson regarding Reply
                           needed for Hilco retention application (0.2);
                           review electronic docket and various
                           objections filed to Hilco retention
                           application, and send email to E. A. Monson
                           and A. W. Jarvis listing objections filed to
                           date (0.3); discuss issues to address in
                           Reply regarding Hilco retention with A. W.
                           Jarvis and E. A. Monson (0.2); review
                           follow-up emails from E. A. Monson and A. W.
                           Jarvis regarding same (0.1).

05/31/06 A Jarvis      .50 Correspondence regarding response on HILCO
                           motion.

05/31/06 E Monson     6.30 Work on reply in support of motion to employ
                           Hilco application (3.2); discussion with A. W.
                           Jarvis regarding reply in support of Hilco
                           motion (.2); review Omnibus objection filed by
                           committee of executory contract holders to
                           motions filed by Direct Lenders (.2); review
                           e-mail from proposed counsel for unsecured
                           creditor committee dealing with inter alias
                           Hilco application (.1); work on declaration on
                           supplemental Thomas Allison Declaration (1.6);
                           meet with A. W. Jarvis, K. G. Glade, S. C.
                           Strong, and D. M. Monson and go over various
                           issues in case and pleadings to be filed (1.0).

05/31/06 S Strong      .60 Confer with E. A. Monson regarding facts
                           supporting Hilco retention (0.2), review and
                           edit draft of declaration regarding same
                           (0.3), and review emails from E. A. Monson
                           and M. Kehl regarding same (0.1).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    7
August 10, 2006


05/31/06 A Tsu          3.70 Drafting correspondence to E. Kaup regarding
                             objections to Hilco employment application
                             particularly appraisal services to be
                             provided and the difference between the two
                             appraisals; telephone conferences regarding
                             same for reply memo to debtor's application
                             to employ.

TOTAL FOR LEGAL SERVICES RENDERED                        $18,362.00

# EXHIBIT B-7

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 10, 2006
Las Vegas, NV  89121                                   Invoice No. ******


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00008**

**Fee / Employment Objections**

| | | | |
|---|---|---|---|
| 05/19/06 | S Strong | .20 | Review Shea & Carlyon employment application and conflicts information. |
| 05/25/06 | S Strong | .20 | Review responses filed to applications by Committees for retention of counsel. |
| 05/26/06 | E Monson | .20 | Review opposition to motion to employ Stutman filed by McKnight Family Trust (.2). |
| 05/30/06 | S Strong | .30 | Review and analysis of applications and amended applications filed by two investor committees to employ counsel, and motions to shorten time regarding same (0.3). |
| 05/31/06 | B Kotter | .40 | Conference with SC Strong and AW Jarvis regarding employment objections. |

TOTAL FOR LEGAL SERVICES RENDERED                              $302.00

# EXHIBIT B-8

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No.  \*\*\*\*\*\*

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00009**

**Executory Contracts**

| | | | |
|---|---|---|---|
| 05/08/06 | A Jarvis | .40 | Correspondence on Reno leases. |
| 05/10/06 | S Strong | .40 | Review voice message from A. W. Jarvis regarding Sec. 365 issues, review statute, and discuss with A. W. Jarvis contract/lease rejection or assumption deadlines. |
| 05/10/06 | A Tsu | 1.30 | Reviewing factual background information for motion to reject lease. |
| 05/12/06 | S Tingey | .40 | Review office lease issues; memo to M. Kehl regarding office lease issues. |
| 05/15/06 | S Strong | .50 | Review proposed stipulation regarding Incline Village lease rejection (0.2), confer with A. W. Jarvis regarding same, and exchange emails with A. W. Jarvis, J. McPherson and S. Smith regarding same (0.2); exchange emails with S. Smith regarding Reno lease rejection (0.1). |

TOTAL FOR LEGAL SERVICES RENDERED                                    $714.50