# EXHIBIT B-9

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road             August 10, 2006
Las Vegas, NV  89121                                Invoice No.  ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00010**

**Financing**

| | | |
|---|---|---|
| 05/03/06 S Strong | .60 | Telephone conference with M. Kehl regarding potential lender due diligence issues (0.2); confer with S. Tingey and K. Glade regarding same (0.2); telephone conference with A. W. Jarvis regarding same (0.1); exchange emails with M. Kehl regarding coordination of same (0.1). |
| 05/04/06 K Glade | .80 | Telephone calls with M. Kehl regarding lender proposal (0.2); review Mesirow loan summaries (0.3); conferences with S. Tingey regarding review of loan files. |
| 05/04/06 A Jarvis | .60 | Correspondence regarding DIP financing; review proposals. |
| 05/04/06 A Jarvis | .30 | Telephone conference on M. Kehl regarding DIP financing. |
| 05/04/06 A Jarvis | .50 | Correspondence on DIP financing, terms. |
| 05/04/06 S Strong | .90 | Exchange emails with A. W. Jarvis regarding DIP financing issues (0.1); review lender term sheet and analyze issues for approval of DIP work fee (0.8). |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/05/06 D Monson        .20 Discussion with S. Strong on DIP Term Sheet
                             issues (0.2).

05/05/06 S Strong       1.60 Telephone conference with M. Kehl regarding DIP
                             due diligence fee (0.2); review term sheet from
                             lender (0.3); follow-up telephone conference
                             with M. Kehl regarding same (0.1); telephone
                             conference with A. W. Jarvis regarding issues
                             for motion to approve due diligence fee (0.1);
                             confer with S. Tingey regarding drafting of
                             motion (0.1); review S. Tingeys draft of
                             motion, edit same, and confer with him
                             regarding same (0.6); review revised draft of
                             motion (0.2).

05/05/06 S Tingey       1.40 Draft Motion for Approval to pay due diligence
                             fee to Fortress Capital (1.4).

05/08/06 K Glade         .50 E-mails regarding Fortress informational
                             requests (0.3); subsequent conferences with M.
                             Kehl (0.2).

05/08/06 A Jarvis        .20 Telephone conference with J. Samuels
                             regarding DIP financing.

05/08/06 A Jarvis       1.00 Prepare Motion for DIP financing.

05/08/06 A Jarvis        .30 Telephone conference with M. Kehl regarding
                             funding commitment.

05/08/06 A Jarvis        .90 Review and revise motion to approve DIP
                             financing and conferences with S. C. Strong
                             regarding same.

05/08/06 S Strong       2.80 Further review and analysis of Fortress
                             proposed term sheet, revise and expand
                             proposed motion to approve due diligence
                             expenses, and circulate draft of motion to A.
                             Jarvis and M. Kehl for review (2.1); confer
                             with A. Jarvis regarding revisions needed to
                             same, revise and finalize motion, and
                             transmit to local counsel with email
                             instructions for filing (0.7).

05/10/06 K Glade        1.80 Prepare summaries for Fortress (1.4); telephone
                             calls regarding DIP Financing (0.4).

```
Client No. 34585                                                Page:    3
Debtor USA Commercial Mortgage Co., et al.                 August 10, 2006
```

05/10/06 A Jarvis        .30 Review information from J. Samuels regarding
                             DIP financing.

05/10/06 A Jarvis        .30 Telephone conference with M. Kehl regarding
                             DIP financing issues, Grammercy funding
                             problems.

05/10/06 A Jarvis        .60 Telephone conference with J. Samuels
                             regarding DIP financing.

05/10/06 A Jarvis        .70 Correspondence regarding DIP financing.

05/10/06 A Jarvis        .30 Correspondence on timing of motion on DIP
                             financing.

05/10/06 L Jenkins       .30 Conference with A. Jarvis regarding DIP
                             Financing.

05/10/06 S Strong        .50 Confer with A. W. Jarvis regarding Fortress
                             term sheet issues (0.1), transmit Motion to
                             Hold Funds to J. Samuels, Fortress counsel,
                             as part of Fortress due diligence (0.1),
                             review and analyze emails exchanged by A. W.
                             Jarvis and J. Samuels regarding term sheet
                             and loan commitment timing and related issues
                             (0.2), and discuss same with A. W. Jarvis
                             (0.1).

05/10/06 S Tingey       1.10 Compile information for DIP Lenders.

05/11/06 K Glade        6.20 E-mail to M. Kehl regarding Fortress due
                             diligence questions (0.3); conference with M.
                             Kehl and J. Reed regarding loan issue raised by
                             Fortress (0.4); review Fiesta Stoneridge 10-90
                             mortgage loan file and Oak Mesa loan file in
                             preparation for Fortress call (0.9); review
                             10-90 materials for Fortress call (0.4);
                             telephone call with Fortress to discuss 10-90
                             issues and due diligence issues (0.8);
                             telephone calls and e-mails regarding updated
                             title reports (0.7); conferences with M. Kehl
                             and J. Reed and related e-mails to co-counsel
                             regarding Investment Partners pledge of its
                             membership issue (1.0); conference with M. Kehl
                             regarding 10-90 issues (0.4); telephone call

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


                         with Fortress regarding 10-90 issues (0.4);
                         review files regarding status of Roripaugh
                         Ranch property (0.4); conference with A.
                         Stevens regarding 10-90 loan issues (0.2);
                         telephone call with A. Jarvis regarding review
                         of 10-90 issue (0.3).

05/11/06 A Jarvis        .40 Telephone conference with J. Samuel regarding
                             DIP financing.

05/11/06 A Jarvis        .50 Correspondence regarding DIP financing.

05/11/06 A Jarvis        .70 Draft DIP financing motion.

05/11/06 D Monson        .10 Review e-mails on DIP Financing Order and DIP
                             Financing issues (0.1).

05/11/06 S Tingey       1.20 Compile information for potential DIP Lenders
                             (.70) ; telephone conference with A. Heygi at
                             Fortress (.20); conference with M. Kehl, J.
                             Reed and K. G. Glade regarding DIP Financing
                             issues and due diligence (.30).

05/12/06 A Jarvis        .90 Correspondence with J. Samuels regarding DIP
                             financing.

05/12/06 A Jarvis        .30 Correspondence with M. Kehl regarding DIP
                             financing.

05/12/06 A Jarvis        .30 Correspondence on DIP financing.

05/12/06 A Jarvis        .30 Conference with S. C. Strong regarding DIP
                             lending motion.

05/12/06 A Jarvis        .80 Prepare DIP financing motion (.5); discussion
                             of term sheet with S. C. Strong (.3).

05/15/06 K Glade         .20 Telephone calls and e-mails regarding title
                             reports (0.3).

05/15/06 A Jarvis        .60 Correspondence with J. Samuels regarding DIP
                             financing issues.

05/15/06 D Monson        .20 Discussion with S. Strong on Objection to DIP
                             Financing Incentive Motion and Supplemental
                             Declaration of Thomas Allison (0.2).

Client No. 34585                                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


05/15/06 S Strong        1.10 Review post-petition financing commitment
                              received from Fortress (0.2); exchange emails
                              with A. W. Jarvis regarding filing same
                              (0.1); review various objections to DIP work
                              fee motion (0.5); confer with D. M. Monson
                              regarding issues to address in Reply in
                              support of motion(0.3).

05/16/06 A Jarvis         .30 Correspondence on DIP financing.

05/16/06 D Monson        8.90 Discussions with S. Strong on Reply Memo on
                              Motion to Approve DIP Financing Due Diligence
                              Fee (0.2); telephone conference with M. Kehl
                              and S. Strong on Second Supplement Declaration
                              of Tom Allison and Reply Memo on Motion to
                              Approve DIP Loan Fees (0.4); draft Second
                              Supplemental Declaration of Tom Allison and
                              circulate for review (3.4); review Schedule of
                              Construction Budget Shortfalls and emails with
                              M. Kehl and S. Strong on revisions to the
                              Schedule (0.4); review Gramercy loan documents
                              on nature of USA Commercial's right to fund
                              Construction Budge Shortfalls (0.3); review
                              various Objections to Motion to Approve DIP
                              Financing Due Diligence Fees (1.0); draft Reply
                              Brief on Motion to Approve DIP Financing Due
                              Diligence Fees and circulate for comment (2.9);
                              telephone message for A. Jarvis on Tom Allison
                              Second Supplemental Declaration (0.1); review
                              commitment letter from Fortress (0.2).

05/16/06 S Strong        4.40 Various conferences with D. M. Monson
                              regarding DIP due diligence fee motion,
                              objections thereto, and issues for Reply
                              regarding same (0.8); participate in
                              Telephone conference with M. Kehl and D. M.
                              Monson regarding facts and supplemental
                              declaration for same (0.5); review and
                              analysis of Commitment Letter for DIP
                              financing and Term Sheet (0.4); review and
                              analysis of objections to DIP due diligence
                              fee (0.3); Telephone conference with A. W.
                              Jarvis regarding objections to due diligence
                              fee and issues and strategies for drafting of
                              Reply in support of same (0.3); confer with
                              D. M. Monson regarding same (0.2); review

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    6
August 10, 2006

emails from J. Samuels and A. W. Jarvis regarding DIP financing issues (0.2); exchange emails with local counsel regarding filing of Notice of DIP financing commitment letter, and review filing (0.3); confer with D. M. Monson regarding loan agreement language regarding unfunded loan needs (0.3); exchange emails with M. Kehl regarding exhibit of unfunded loan needs (0.2); Telephone conference with A. W. Jarvis regarding need to begin work on motion to approve DIP financing, and exchange emails with D. M. Monson and A. W. Jarvis regarding same (0.3); begin drafting fact sections for motion to approve DIP financing (0.6).

05/17/06 D Monson      4.30 Telephone calls with A. Jarvis and M. Kehl on revisions to Second Supplemental Declaration of Thomas Allison and Reply Brief in Support of Motion to Pay DIP Financing Due Diligence Expenses, make revisions, and forward to J. McPherson for filing (3.3); review Nevada Statutes on Mortgage broker obligations in relation to Objections to Motion to Pay DIP Financing Due Diligence Expenses (0.3); further review of Fortress Commitment Letter, email to M. Kehl, telephone call from M. Kehl, prepare Errata on Commitment Letter filing, telephone call to J. McPherson on Errata, and forward Errata to J. McPherson for filing (0.7).

05/17/06 S Strong       .30 Review drafts of Second Suppl. Decl. of T. Allison, and Reply in support of DIP work fee (0.2); confer with D. M. Monson regarding finalizing and filing same (0.1).

05/18/06 K Glade        .80 Conferences with M. Kehl and A. Jarvis regarding DIP financing issues (0.4); review investor servicing agreement and power of attorney (0.4).

Client No. 34585                                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


05/18/06 D Monson      1.70 Discussion with S. Strong on Errata for
                            Commitment Letter from Fortress and dates
                            corrected on Commitment Letter (0.1);
                            discussion with S. Strong and E. Monson on
                            Motion to Approve DIP Financing (0.3); research
                            on DIP Financing approval (0.9); discussion
                            with S. Strong and E. Monson on report on Court
                            denial of Motion to Approve DIP Financing Due
                            Diligence Fees and possible alternatives for
                            funding Debtor's operations (0.4).

05/18/06 S Strong      2.80 Confer with D. M. Monson regarding
                            coordinating efforts to prepare a motion to
                            approve expected definitive DIP financing
                            agreement (0.1); Telephone conference with M.
                            Kehl regarding provisions of Fortress Term
                            sheet (0.1); review key terms of Commitment
                            Letter and Term Sheet, and leave voice mail
                            for M. Kehl regarding same (0.5); follow-up
                            Telephone conference with M. Kehl regarding
                            exclusivity issues concerning DIP lenders
                            (0.3); work on motion for definitive
                            agreement for DIP financing (1.1); confer
                            with D. M. Monson regarding same (0.1);
                            review email from A. W. Jarvis regarding
                            courts denial of DIP work fee at todays
                            hearing, and Telephone conference with M.
                            Kehl regarding same (0.1); Telephone
                            conference with A. W. Jarvis regarding
                            judges ruling denying DIP work fee and
                            implications of same (0.3); confer with D. M.
                            Monson and E. A. Monson regarding same (0.2).

05/19/06 L Jenkins      .30 Conference with A. Jarvis regarding DIP
                            Financing motion going forward.

05/19/06 S Strong       .20 Confer with A. W. Jarvis regarding financing
                            options going forward (0.1); review email from
                            M. Kehl to potential lender regarding
                            confidentiality agreement (0.1).

05/22/06 S Strong       .50 Telephone conference with M. Kehl regarding
                            potential lender confidentiality issues (0.1);
                            review confidentiality agreement and discuss
                            confidentiality issues with K. G. Glade (0.3);
                            telephone conference with M. Kehl regarding
                            same (0.1).

```
Client No. 34585                                        Page:    8
Debtor USA Commercial Mortgage Co., et al.              August 10, 2006
```

05/23/06 S Strong       1.30 Review and analyze revised language from
                             potential lender for confidentiality agreement
                             (0.3), voice message and email to A. W. Jarvis
                             and M. Kehl regarding same (0.1), draft further
                             compromise language for same (0.4), review
                             emails from A. W. Jarvis and M. Kehl regarding
                             same (0.1); exchange follow-up emails with
                             potential lender to further negotiate contract
                             language (0.4).

05/25/06 S Strong       1.00 Review emails from M. Kehl and potential lender
                             in interest in exploring post-petition
                             financing (0.1); review email from M. Kehl
                             regarding status of confidentiality agreement
                             with Hall Financial, review prior emails with
                             lender counsel regarding same, exchange emails
                             with M. Kehl and A. W. Jarvis regarding
                             alternative language for same, and exchange
                             emails with lender counsel to further negotiate
                             language for same (0.9).

05/26/06 S Strong        .30 Review email from potential lender regarding
                             revised language requested by lender for
                             confidentiality agreement, and send email to A.
                             W. Jarvis and M. Kehl regarding same (0.2);
                             review email from M. Kehl regarding
                             confidentiality agreement for another possible
                             lender (0.1).

05/30/06 A Jarvis       1.00 Telephone conference with potential lender
                             regarding DIP financing (.9); telephone
                             conference with M. Kehl regarding same (.1).

05/30/06 A Jarvis        .40 Conference with S. C. Strong regarding
                             financing negotiations; correspondence
                             regarding same.

05/30/06 A Jarvis        .50 Correspondence regarding financing
                             negotiations.

05/30/06 S Strong        .40 Review emails from M. Kehl regarding another
                             potential postpetition financer, and exchange
                             emails with them regarding proposed edits to
                             form of Confidentiality Agreement (0.2);
                             Telephone conference with M. Kehl regarding
                             financing needs and options (0.1); confer with
                             A. W. Jarvis regarding same (0.1).

```
Client No. 34585                                      Page:    9
Debtor USA Commercial Mortgage Co., et al.            August 10, 2006
```

05/31/06 K Glade          1.10 Strategy conference with A. Jarvis (0.6);
                               preparations for meeting with potential DIP
                               lender (0.5).

05/31/06 K Glade           .50 Conference with A. Jarvis regarding DIP
                               financing issues (0.2); review Fortress term
                               sheet (0.3).

05/31/06 S Strong          .80 Exchange emails with K. G. Glade regarding DIP
                               financing term sheets (0.1); review potential
                               lender proposed edits to confidentiality
                               agreement, and exchange emails with its counsel
                               regarding same (0.4); review potential lender
                               proposed edits to confidentiality agreement,
                               and exchange emails with counsel regarding same
                               (0.3).

TOTAL FOR LEGAL SERVICES RENDERED                          $17,669.00

# EXHIBIT B-10

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00011**

**Litigation**

| | | | |
|---|---|---|---|
| 05/02/06 | L Jenkins | .20 | Research preparing of the estate issue and conference with S. Strong regarding same. |
| 05/02/06 | A Tsu | 2.40 | Legal research regarding oppositions to Debtor's cash management plan filed by Direct Lenders, Beneficiaries and Buckalew Trust and the Higgins Trust. |
| 05/11/06 | A Jarvis | .30 | Review and respond to letter from J. Chubb. |
| 05/11/06 | L Jenkins | .20 | Conference with A. Jarvis regarding research assignments. |
| 05/11/06 | S Strong | .40 | Review and analysis of numerous objections, motions, and countermotions filed by R. LePome clients (0.4). |
| 05/11/06 | S Strong | 2.30 | Telephone conference with S. Smith regarding assignment documents concerning funds in Investor Account (0.2); analysis of assignment documents, motions/objections filed by assignors/assignees, and begin outlining responses to same (2.1). |
| 05/12/06 | A Jarvis | .40 | Conference with D. M. Monson and E. A. Monson regarding responses to investor motions. |

Client No. 34585                                              Page:   2
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/12/06 A Jarvis        .50 Discussion of responses to motions with D. M.
                             Monson, E. A. Monson and S. C. Strong.

05/12/06 L Jenkins       .30 Meet with S. Strong and D. Monson regarding
                             motion by allegedly "defrauded" prepetition
                             investors.

05/12/06 L Jenkins       .20 Conference with S. Strong regarding response to
                             stay lift by Direct Investors.

05/12/06 L Jenkins       .10 Conference with A. Jarvis regarding same.

05/12/06 L Jenkins       .40 Read emails from A. Jarvis and S. Strong
                             regarding responses to various pleadings.

05/12/06 L Jenkins      2.40 Read and consider responses to various stay
                             lift motions.

05/12/06 E Monson        .20 Review voice mail from Widner & haslam attorney
                             regarding collection action in Utah (.1);
                             review email from L. Schwartzer regarding RICO
                             litigation (.1).

05/12/06 S Strong       1.80 Confer with L. A. Jenkins and D. M. Monson
                             regarding strategies for resolving competing
                             claims to Investor Account funds, and assign
                             tasks for same (0.5); confer with L. A.
                             Jenkins regarding relief from stay motion and
                             motion to return investor funds, and issues
                             for responding to same (0.4); confer with D.
                             M. Monson and E. A. Monson regarding facts
                             and legal issues concerning funds in Investor
                             Account, responses needed to competing
                             motions to release same, and possible
                             interpleader action needed (0.9).

05/16/06 A Jarvis       1.00 Telephone conference with S. C. Strong
                             regarding responsive pleadings, hearing,
                             objections, preparation for hearing.

05/16/06 A Jarvis       4.40 Review late objections to motions; outline
                             response, prepare oral arguments, review
                             caselaw, prepare for hearings on due
                             diligence motion, ordinary course motion and
                             application on retention of professionals.

05/17/06 A Jarvis       2.00 Final drafting of reply memoranda, finalize
                             T. Allison declaration.

Client No. 34585                                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


05/17/06 A Jarvis          6.10 Prepare for hearings on retention, due
                                diligence and ordinary course motions,
                                investor fund issues.

05/17/06 L Jenkins          .40 Drafting defense to motion to lift stay.

05/18/06 A Jarvis           .90 Prepare for hearings and meeting with T.
                                Allison and S. Smith regarding hearing.

05/18/06 A Jarvis          4.00 Attend hearings on due diligence motion,
                                retention applications, Bundy Canyon,
                                ordinary course motion.

05/18/06 A Jarvis           .50 Meet with F. Merola, J. Samuels and others in
                                preparation for hearings.

05/18/06 E Monson           .10 Call John Holt of Winder and Haslam to discuss
                                judgment against Sheradon and others (.1).

05/19/06 A Jarvis           .50 Correspondence on finalizing orders.

05/19/06 A Jarvis          1.20 Conferences on hearings going forward; report
                                on results of current hearing.

05/19/06 E Monson           .20 Discussion with J. Holt of Winder & Haslam
                                regarding judgment obtained for USA Capital and
                                status thereof (.2).

05/22/06 A Jarvis           .90 Review and revise response to Le Pome motion
                                and conference with S. C. Strong regarding
                                same.

05/22/06 A Jarvis           .40 Conference with E. A. Monson regarding
                                preparation of orders, comments on same.

05/22/06 A Jarvis           .30 Correspondence on extension for Committee
                                responses.

05/22/06 E Monson           .50 Draft summary relating to conversation with J.
                                Holt regarding collection litigation in Utah
                                and draft email to RQN attorneys and Mesirow
                                outlining conversation (.5).

05/23/06 A Jarvis           .60 Review caselaw regarding issues respecting
                                funds being held.

05/23/06 L Jenkins          .20 Conference with S. Strong regarding research
                                for issue relating to insider distributions.

Client No. 34585                                               Page:    4
Debtor USA Commercial Mortgage Co., et al.                    August 10, 2006


05/23/06 E Monson        .20 Review letter and copy of judgment on Utah
                             collection action received from J. Holt (.2).

05/24/06 A Jarvis        .40 Telephone conference with S. C. Strong and E.
                             A. Monson regarding responses to motions
                             regarding funds in Collection Account.

05/24/06 L Jenkins       .30 Conference with S. Strong and A. Jarvis
                             regarding research needed on various motions.

05/25/06 A Jarvis        .10 Telephone call to J. Chubb regarding
                             discussion of relief from stay motion.

05/25/06 A Jarvis        .50 Conference with S. C. Strong regarding
                             preparation for hearings, discussions
                             regarding continuance.

05/25/06 S Strong        .30 Telephone conference with M. Kehl regarding
                             subpoena served today on USA in pending federal
                             court action by third parties, review same, and
                             exchange emails with A. W. Jarvis regarding
                             same.

05/26/06 A Jarvis        .20 Telephone conference with J. Chubb regarding
                             continuance of hearing, motion for relief.

05/26/06 A Jarvis        .60 Correspondence with J. Reed regarding
                             information on movants for relief from stay,
                             direct investor issues, review schedules
                             regarding same.

05/26/06 A Jarvis        .30 Correspondence regarding discovery issues.

05/26/06 A Jarvis        .30 Correspondence with J. Chubb regarding
                             extension of time, continuance of motions.

05/30/06 A Jarvis        .30 Telephone conference with T. Allison
                             regarding Ashby loans, negotiations.

05/30/06 A Jarvis       5.10 Review motions/briefs, prepare responses,
                             prepare for hearings.

05/31/06 A Jarvis       1.00 Meeting with D. M. Monson, E. A. Monson, and
                             S. C. Strong regarding responses to pending
                             motions, preparation for hearings.

Client No. 34585                                            Page:    5
Debtor USA Commercial Mortgage Co., et al.                  August 10, 2006


05/31/06 S Strong        1.50 Telephone conference with J. McPherson
                              regarding status of interpleader action
                              concerning Investor Account funds (0.1);
                              review ECCs response to pending RFS motions
                              (0.2); review and analysis of late objections
                              to motion to hold funds (0.4); work on
                              outline of reply in support of motion to hold
                              funds (0.8).

TOTAL FOR LEGAL SERVICES RENDERED                               $14,032.00

# EXHIBIT B-11

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006

Invoice No.  ******


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00013**

**Tax Issues**

05/10/06 S Strong        .20 Review emails from L. Schwartzer and S. Smith
                             regarding tax return issues, and review
                             relevant Code sections regarding same.

TOTAL FOR LEGAL SERVICES RENDERED                              $50.00

# EXHIBIT B-12

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road         August 10, 2006
Las Vegas, NV  89121                            Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00015**

**Travel Time**

05/02/06 A Jarvis        2.30 Travel from Salt Lake City to Las Vegas.

05/02/06 A Jarvis         .80 Travel to and from US Trustee's office.

05/03/06 A Jarvis        1.00 Travel to and from Court.

05/03/06 A Jarvis        3.30 Travel from Las Vegas to Salt Lake City
                              (including reschedulnig flight).

05/03/06 M Pugsley       7.00 Travel to Las Vegas for meetings (3.3); travel
                              back to Salt Lake City (3.7).

05/08/06 K Glade         6.00 Travel from Salt Lake City to Las Vegas (3.0);
                              travel from Las Vegas to Salt Lake City (3.0).

05/08/06 S Tingey        4.00 Travel to Las Vegas (4.0).

05/10/06 K Glade         3.00 Travel from Salt Lake City to Las Vegas.

05/11/06 K Glade         3.00 Travel from Las Vegas to Salt Lake City (3.0).

05/11/06 S Tingey        4.00 Travel to Salt Lake City (4.0).

05/14/06 S Tingey        4.00 Travel to Las Vegas.

05/15/06 M Pugsley       6.40 Travel to Las Vegas (3.4); return to Salt Lake
                              City (3.0).

```
Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006
```

| | | | |
|---|---|---|---|
| 05/16/06 | A Jarvis | 2.30 | Travel from Salt Lake to Las Vegas. |
| 05/17/06 | A Jarvis | 1.00 | Travel to and from 341 meeting. |
| 05/17/06 | S Tingey | 4.00 | Travel from Las Vegas to Salt Lake City (4.0). |
| 05/18/06 | K Glade | 3.00 | Travel from Salt Lake City to Las Vegas. |
| 05/18/06 | A Jarvis | .50 | Travel to hearings. |
| 05/18/06 | A Jarvis | .50 | Travel from court after hearings. |
| 05/18/06 | A Jarvis | 3.80 | Travel from Las Vegas to Salt Lake after hearing (delayed flight). |
| 05/19/06 | K Glade | 4.00 | Travel from Las Vegas to Salt Lake City. |
| 05/23/06 | A Jarvis | 2.20 | Travel from Salt Lake to Las Vegas. |
| 05/23/06 | A Jarvis | 1.00 | Travel to and from meeting with Committees. |
| 05/23/06 | A Jarvis | 2.90 | Travel from Las Vegas to Salt Lake City. |

```
TOTAL FOR LEGAL SERVICES RENDERED                          $9,889.50
```

# EXHIBIT B-13

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00017**

**Regulatory Matters**

| | | | |
|---|---|---|---|
| 05/01/06 | M Pugsley | 3.70 | Telephone conference with T. Allison (.8); telephone conference with SEC staff regarding document review (1.0); review and revise index of documents to be proposed (1.9). |
| 05/01/06 | K Cassett | 2.50 | Continue charting documents already produced. |
| 05/02/06 | M Pugsley | 2.50 | Telephone conference with L. Dean regarding document inspection (.5); telephone conference with M. Olson regarding various issues (.3); telephone conference with B. Baker regarding status and subpoenas (.9). |
| 05/03/06 | B Kotter | 1.80 | Legal reserach on SEC compliance issues and conference with SC Strong regarding same (1.8). |
| 05/03/06 | R Madsen, II | .40 | Conference with B. J. Kotter regarding SEC no-action letters and results of research with respect to filing requirements. |

Client No. 34585                                          Page:   2
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/03/06 M Pugsley        9.70 Attend hearing in bankruptcy court regarding
                               cash management and substantive consolidation
                               (4.0); meeting with G. Wood regarding broker
                               issues (1.5); meeting with L. Dean from SEC
                               regarding document review and other issues
                               (2.7); meeting with M. Kehl and T. Allison
                               regarding status of SEC and Nevada state
                               investigations (1.5).

05/03/06 S Strong          .80 Exchange emails with M. W. Pugsley regarding
                               SEC reporting issues (0.1); review letter from
                               SEC regarding same, and research grounds for
                               suspending reporting requirements (0.4); confer
                               with B. J. Kotter regarding follow-up research
                               needed on same (0.2); confer with B. J. Kotter
                               regarding research (0.1).

05/04/06 M Pugsley         .40 Telephone conference with M. Kehl regarding SEC
                               issues and J. Milanowski personal files (.4).

05/05/06 M Pugsley         .70 Telephone conference with B. Baker regarding
                               J. Milanowski and bankruptcy hearing (.7).

05/08/06 M Pugsley        2.60 Telephone conference with M. Kehl and M.
                               Olson regarding MLD issues and investor
                               status (1.2); review and respond to email
                               regarding lien agreement (.5); telephone
                               conference with B. Baker and K. Breen
                               regarding J. Milanowski regarding various
                               issues (.9).

05/08/06 S Strong          .20 Confer with R. G. Winger and B. J. Kotter
                               regarding SEC reporting requirements (0.2).

05/08/06 G Winger          .60 Conferences with Steve Strong and Caleb
                               Frischknecht; research regarding securities
                               issues..

05/08/06 C Frischknech    2.40 Review research regarding SEC no-action
                               requests for modified reporting.

05/08/06 P Paralegal      5.40 Conference with Mark Pugsley; review for
                               privilege and index documents tagged by the SEC
                               for production.

05/09/06 A Jarvis          .30 Correspondence regarding questions from
                               Nevada State Mortgage Lending Division.

Client No. 34585                                                 Page:    3
Debtor USA Commercial Mortgage Co., et al.                       August 10, 2006


05/09/06 M Pugsley      3.90 Telephone conference with B. Baker regarding
                             cooperation with J. Milanowski and conference
                             with Nevada Mortgage Lending Division (1.4);
                             review and respond to email from client and
                             Bankruptcy Team (.7); review article in
                             Review Journal (.2); draft email to Team
                             regarding inaccuracies in article and
                             possible remedies (.5); telephone conference
                             with A. Jarvis regarding same (.3); telephone
                             conference with M. Kehl regarding
                             communications with J. Milanowski and other
                             issues (.4); telephone conference with T.
                             Allison regarding loan negotiations (.4).

05/09/06 C Frischknech 4.90 Research regarding SEC no-action requests for
                             modified reporting.

05/09/06 P Paralegal    1.60 Review for privilege and index documents tagged
                             by the SEC for production; conference with Mark
                             Pugsley regarding same.

05/10/06 A Jarvis       .20 Telephone conference with M. Kehl regarding
                             meeting with Nevada State Mortgage Lending
                             Division.

05/10/06 M Pugsley      1.80 Telephone conference with M. Kehl regarding
                             lien agreement (.3); conference call with
                             Team regarding status of various issues
                             (1.5).

05/10/06 C Frischknech 8.00 Research and draft memo regarding SEC no-action
                             requests for modified reporting.

05/11/06 M Pugsley      4.60 Review and respond to email regarding creditors
                             committee (.4); telephone conference with L.
                             Dean regarding status of document review and
                             development in bankruptcy case (.9); work with
                             employees regarding SEC document requests and
                             other issues (.7); review documents to be
                             produced to SEC (2.6).

05/11/06 S Strong       .30 Review memorandum from R. G. Winger regarding
                             requirements for waiving SEC reporting, and
                             exchange emails with M. W. Pugsley regarding
                             same.

Client No. 34585                                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


05/11/06 G Winger        1.50 Review memorandum regarding securities filing
                              requirements and penalties; follow-up regarding
                              the same; conference with Kevin Glade regarding
                              security issues pertaining to USA Investment
                              Partners; research regarding the same.

05/15/06 M Pugsley       8.10 Conference with M. Kehl (1.2); review J.
                              Milanowski agreements (.8); meetings with L.
                              Dean from SEC (3.5); review document requests
                              for review by SEC (1.3); meeting with B. Baker
                              and other counsel for J. Milanowski (.5);
                              meeting with T. Allison and M. Kehl (.8).

05/16/06 M Pugsley       4.30 Participate in conference call with
                              Bankruptcy Team regarding note and related
                              issues (1.2); meeting with K. Glade (.4);
                              conference call with S. Strong regarding Rule
                              408 issues (.3); telephone conference with L.
                              Dean (.4); review documents for privilege
                              (2.0).

05/17/06 M Pugsley       4.90 Conference with T. Allison regarding status
                              (.3); telephone conference with M. Olson
                              (.3); telephone conference with B. Baker
                              regarding meetings and IP document custody
                              (.5); review documents produced to SEC (3.8).

05/18/06 M Pugsley       2.70 Telephone conference with M. Kehl (.3);
                              conference with S. Tingey regarding loan
                              servicing issues (.5); work on restoration and
                              review of hard drives from J. Milanowski and T.
                              Hantges (1.9).

05/19/06 M Pugsley       1.40 Telephone conference with B. Baker regarding
                              intellectual property documents (.6);
                              telephone conference with A. Jarvis and T.
                              Allison regarding various issues regarding
                              note (.5); review draft of same (.3).

05/22/06 A Jarvis         .50 Review and respond regarding issues raised by
                              Scott Bice.

05/22/06 M Pugsley       1.30 Correspondence with B. Baker regarding
                              intellectual property documents (.4); review
                              chatroom comments on website (.5); conference
                              with paralegal regarding indexing (.2);
                              review letters to investors (.2).

Client No. 34585                                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


05/22/06 K Cassett        1.80 Continue indexing documents flagged by SEC for
                               inspection.

05/23/06 M Pugsley        1.90 Review letter from California department of
                               corporations (.3); review regulations and
                               statues regarding letter (1.2); contact M.
                               Olson regarding company counsel who handles
                               filings (.2); call M. de Luna regarding
                               letter (.2).

05/23/06 K Cassett        2.70 Continue indexing documents flagged by SEC.

05/23/06 K Cassett        2.10 Begin charting contracts received from various
                               NPC departments.

05/24/06 A Jarvis          .20 Correspondence on SEC issues.

05/24/06 M Pugsley        2.90 Telephone conference with S. Strong regarding
                               various issues (.4); review letter from
                               California Division of Corporations regarding
                               registration issues (.2); telephone
                               conference with M. Kehl regarding status
                               (.4); conference with J. Sorenson regarding
                               research (.4); review California statutes
                               (1.3).

05/24/06 G Winger         1.20 Conferences with Mark Pugsley and Jaimie
                               Sorenson regarding letter from California
                               Department of Corporations regarding
                               securities law compliance; review letter;
                               review Section 18 of the Securities Act of
                               1933 and California law.

05/24/06 J Sorenson       1.70 Meeting with M. Pugsley to discuss project
                               (.6); meeting with G. Winger about securities
                               assignment (.4); research California
                               securities statute (.7).

05/25/06 M Pugsley         .70 Conference with G. Winger regarding
                               reorganization issues in California (.4);
                               conference with A. Jarvis regarding same and
                               other various issues (.3).

05/25/06 G Winger          .90 Conference with Jaimie Sorenson and research
                               regarding securities law issues pertaining to
                               California Department of Corporations letter
                               regarding securities law compliance issues.

Client No. 34585                                                Page:    6
Debtor USA Commercial Mortgage Co., et al.                      August 10, 2006


05/25/06 J Sorenson      3.50 Research federal registration statute (2.0);
                              meeting with M. Pugsley and G. Winger to
                              discuss elements of the stock (.3); draft
                              memo (.5); research California registration
                              requirements (.7).

05/25/06 K Cassett        .90 Continue indexing and review for privilege SEC
                              document production.

05/26/06 G Winger         .60 Conference with Jaimie Sorenson; research
                              regarding California securities law issues.

05/26/06 J Sorenson      3.90 Meeting with G. Winger (.4); meeting with M.
                              Pugsley (.2); research statutes (3.3).

05/30/06 M Pugsley       2.90 Telephone conference with M. de Luna
                              regarding status and other issues (.3);
                              review index of intellectual property
                              documents and work with B. Baker regarding
                              transfer of same (.5); review document
                              produced to SEC (2.1).

05/30/06 J Sorenson      5.00 Research California statutes (2.2); meeting
                              with M. Pugsley (.2); research SEC filings
                              (1.0); draft memo for M. Pugsley (1.3);
                              meeting with G. Winger (.3).

05/30/06 K Cassett       3.00 Complete indexing and review for priviledge of
                              documents for SEC.

05/31/06 A Jarvis         .40 Correspondence with M. W. Pugsley and T.
                              Allison regarding press releases, regulatory
                              issues.

05/31/06 M Pugsley       2.60 Phone conference with M. de Luna of the
                              California Division of Corporations (.3);
                              conference with J. Sorenson regarding
                              research (.5); review email regarding
                              financial investment group (.4); respond to
                              T. Allison regarding same (.6);
                              correspondence with A. Jarvis (.3); telephone
                              conference with B. Baker (.5).

05/31/06 J Sorenson      2.20 Draft memo (.4); meeting with M. Pugsley
                              (.9); research California statutes (.9).

05/31/06 K Cassett        .40 Final indexing of SEC documents; status
                              report to M. Pugsley.

Client No. 34585                                                    Page:     7
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


TOTAL FOR LEGAL SERVICES RENDERED                                  $24,806.50

# EXHIBIT B-14

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00019**

**FTD Committee Relations**

| | | | |
|---|---|---|---|
| 05/08/06 | A Jarvis | .45 | Research and draft e-mail to A. Landis regarding committee appointment research. |
| 05/10/06 | A Jarvis | .10 | Review investor correspondence and forward to A. Landis. |
| 05/11/06 | A Jarvis | .40 | Review committee appointments; correspondence and telephone conferences with client regarding same. |
| 05/11/06 | A Jarvis | .23 | Review information on committee members. |
| 05/11/06 | A Jarvis | .35 | Correspondence regarding committee appointments; review criteria, information regarding appointments. |
| 05/11/06 | S Strong | .41 | Exchange emails with A. W. Jarvis regarding 4 official committees appointed today, and confer with her regarding same (0.3); review notices of appointment, and analysis of various investments by committee members (0.8); review emails from M. Kehl and S. Smith with data regarding same (0.4); exchange emails with M. W. Pugsley regarding governing statute and case law regarding committees (0.2). |

Client No. 34585                                                Page:    2
Debtor USA Commercial Mortgage Co., et al.                     August 10, 2006


05/12/06  A Jarvis        .20 Correspondence on committee appointments.

05/12/06  A Jarvis        .20 Review information regarding committee
                              members.

05/12/06  A Jarvis        .07 Correspondence regarding committee formations.

05/12/06  A Jarvis        .07 Correspondence on committees.

05/12/06  L Jenkins       .16 Conference call with A. Jarvis, S. Strong, D.
                              Monson and Mesirow team regarding committees.

05/12/06  D Monson        .13 Conference call on Creditor Committee
                              appointments and related issues.

05/12/06  S Strong        .61 Confer with A. W. Jarvis regarding Committees
                              (0.2); research regarding appointment of
                              committees and status of committee members
                              (0.9); participate in conference call with A.
                              W. Jarvis, D. M. Monson and Mesirow team
                              regarding composition of Committees and
                              related issues (0.5); confer with A. W.
                              Jarvis regarding concerns of certain
                              investors with appointment of 4 committees,
                              and possible remedies (0.3); further research
                              cases regarding committee appointments (0.6).

05/14/06  A Jarvis        .14 Correspondence over committee issues.

05/15/06  A Jarvis        .08 Telephone conference with investors regarding
                              committees.

05/15/06  A Jarvis        .30 Telephone conference with F. Merola regarding
                              committee representation.

05/15/06  S Strong        .61 Confer with A. W. Jarvis regarding legal
                              issues concerning 4 overlapping committees
                              (0.1); confer with B. J. Kotter regarding his
                              prior research regarding same and review
                              email summary from him regarding same (0.3);
                              factual and legal research and analysis of
                              issues concerning appointment of committees
                              (2.1).

05/16/06  A Jarvis        .07 Correspondence on committee meetings.

05/18/06  A Jarvis        .08 Correspondence on committee meetings.

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 10, 2006


05/19/06 S Strong          .05 Exchange emails with A. W. Jarvis and J.
                               McPherson regarding Committees request for
                               service list (0.2).

05/22/06 A Jarvis          .50 Review and revise schedule of pending matters
                               and send same to E. Karasik.

05/22/06 A Jarvis          .05 Telephone conference with M. Kehl regarding
                               committee requests for information, meeting.

05/22/06 A Jarvis          .05 Telephone conference with E. Karasik
                               regarding scheduling of committee meeting.

05/22/06 A Jarvis          .07 Telephone conference with M. Kehl regarding
                               presentation to committees.

05/22/06 A Jarvis          .30 Telephone conference with E. Karasik and M.
                               Kehl regarding meeting with committee, agenda.

05/22/06 A Jarvis          .12 Review information from combined investor
                               committees and correspondence with M. Olson
                               regarding posting information regarding
                               committees on website.

05/22/06 A Jarvis          .07 Correspondence on meeting with committees.

05/22/06 S Strong          .05 Telephone conference with J. McPherson
                               regarding committees' request to post
                               information on USA website, and exchange emails
                               with A. W. Jarvis regarding same (0.2).

05/23/06 A Jarvis          .67 Prepare information for Committee meeting;
                               review documents regarding same.

05/23/06 A Jarvis         1.15 Meeting with Committees; conference with
                               clients regarding issues raised in meeting.

05/23/06 A Jarvis          .12 Conferences with S. C. Strong regarding
                               Committee meetings, pleadings to be filed.

05/24/06 A Jarvis          .07 Correspondence with Committees regarding
                               documents, due diligence.

05/25/06 A Jarvis          .50 Telephone conference with E. Karasik regarding
                               due diligence.

05/25/06 A Jarvis          .15 Correspondence on Amesbury transaction with
                               committees.

Client No. 34585                                                Page:    4
Debtor USA Commercial Mortgage Co., et al.                     August 10, 2006


05/25/06 A Jarvis          .37 Correspondence regarding confidentiality
                               agreement, review same.

05/26/06 A Jarvis          .40 Correspondence with E. Karasik regarding
                               litigation issues.

05/26/06 A Jarvis          .13 Correspondence with committees on HILCO
                               application.

05/26/06 A Jarvis          .40 Telephone conference with E. Karasik regarding
                               due diligence, pending motions.

05/26/06 A Jarvis          .13 Correspondence on Committee counsel changes.

05/26/06 S Strong          .08 Review email from A. W. Jarvis regarding
                               committees' decision to hire separate
                               professionals, and confer with her regarding
                               implications of same (0.3).

05/30/06 A Jarvis          .05 Correspondence with Committees on operational
                               issues.

05/30/06 A Jarvis          .15 Correspondence with UST regarding committee
                               composition, requested change in ECC
                               committee membership.

05/30/06 A Jarvis          .60 Draft letter to First Trust Deed Committee
                               regarding Amesbury transaction and follow up
                               correspondence regarding same.

05/30/06 A Jarvis          .30 Correspondence with E. Karasik regarding
                               subject to pending motions.

05/30/06 A Jarvis          .10 Correspondence regarding matters on for
                               hearing, discussions with Committees
                               regarding same.

05/30/06 S Strong          .10 Review email from First Deed Committee counsel
                               regarding proposed confidentiality and joint
                               defense agreements and confer with A. W. Jarvis
                               regarding same (0.1).

05/30/06 S Strong          .23 Review and edit proposed confidentiality and
                               joint defense agreements with Committee (0.8);
                               confer with A. W. Jarvis regarding issues
                               raised by same (0.1).

Client No. 34585                                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006


05/31/06 A Jarvis          .08 Conference with S. C. Strong regarding
                               meeting with committees.

05/31/06 A Jarvis          .07 Correspondence with committees regarding
                               Amesbury transaction.

05/31/06 A Jarvis          .07 Correspondence with committees on pending
                               motions.

05/31/06 A Jarvis          .10 Correspondence regarding meeting with
                               committees.

05/31/06 S Strong         1.30 Review and edit draft confidentiality and
                               joint privilege agreements proposed by First
                               Deed Committee (0.9); voice message to A.
                               Parlen regarding same (0.1); Telephone
                               conference with C. Pajak regarding same (0.3).

TOTAL FOR LEGAL SERVICES RENDERED                                   $3,955.28

# EXHIBIT B-15

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No.  ******


For Legal Services Rendered Through May 31, 2006

----

**Matter No. 34585-00020**

**Diversified Commettee Relations**

| | | |
|---|---|---|
| 05/08/06 A Jarvis | .45 | Research and draft e-mail to A. Landis regarding committee appointment research. |
| 05/10/06 A Jarvis | .10 | Review investor correspondence and forward to A. Landis. |
| 05/11/06 A Jarvis | .40 | Review committee appointments; correspondence and telephone conferences with client regarding same. |
| 05/11/06 A Jarvis | .22 | Review information on committee members. |
| 05/11/06 A Jarvis | .35 | Correspondence regarding committee appointments; review criteria, information regarding appointments. |
| 05/11/06 S Strong | .43 | Exchange emails with A. W. Jarvis regarding 4 official committees appointed today, and confer with her regarding same (0.3); review notices of appointment, and analysis of various investments by committee members (0.8); review emails from M. Kehl and S. Smith with data regarding same (0.4); exchange emails with M. W. Pugsley regarding governing statute and case law regarding committees (0.2). |
| 05/12/06 A Jarvis | .20 | Correspondence on committee appointments. |

05/12/06  A Jarvis        .20 Review information regarding committee members.

05/12/06  A Jarvis        .08 Correspondence regarding committee formations.

05/12/06  A Jarvis        .08 Correspondence on committees.

05/12/06  L Jenkins       .18 Conference call with A. Jarvis, S. Strong, D.
                              Monson and Mesirow team regarding committees.

05/12/06  D Monson        .12 Conference call on Creditor Committee
                              appointments and related issues.

05/12/06  S Strong        .63 Confer with A. W. Jarvis regarding Committees
                              (0.2); research regarding appointment of
                              committees and status of committee members
                              (0.9); participate in conference call with A.
                              W. Jarvis, D. M. Monson and Mesirow team
                              regarding composition of Committees and related
                              issues (0.5); confer with A. W. Jarvis
                              regarding concerns of certain investors with
                              appointment of 4 committees, and possible
                              remedies (0.3); further research cases
                              regarding committee appointments (0.6).

05/14/06  A Jarvis        .12 Correspondence over committee issues.

05/15/06  A Jarvis        .07 Telephone conference with investors regarding
                              committees.

05/15/06  S Strong        .63 Confer with A. W. Jarvis regarding legal issues
                              concerning 4 overlapping committees (0.1);
                              confer with B. J. Kotter regarding his prior
                              research regarding same and review email
                              summary from him regarding same (0.3); factual
                              and legal research and analysis of issues
                              concerning appointment of committees (2.1).

05/16/06  A Jarvis        .08 Correspondence on committee meetings.

05/18/06  A Jarvis        .08 Correspondence on committee meetings.

05/19/06  S Strong        .05 Exchange emails with A. W. Jarvis and J.
                              McPherson regarding Committees request for
                              service list (0.2).

05/22/06  A Jarvis        .05 Telephone conference with M. Kehl regarding
                              committee requests for information, meeting.

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/22/06 A Jarvis        .05 Telephone conference with E. Karasik regarding
                             scheduling of committee meeting.

05/22/06 A Jarvis        .08 Telephone conference with M. Kehl regarding
                             presentation to committees.

05/22/06 A Jarvis        .13 Review information from combined investor
                             committees and correspondence with M. Olson
                             regarding posting information regarding
                             committees on website.

05/22/06 A Jarvis        .08 Correspondence on meeting with committees.

05/22/06 S Strong        .05 Telephone conference with J. McPherson
                             regarding committees' request to post
                             information on USA website, and exchange emails
                             with A. W. Jarvis regarding same (0.2).

05/23/06 A Jarvis        .68 Prepare information for Committee meeting;
                             review documents regarding same.

05/23/06 A Jarvis       1.15 Meeting with Committees; conference with
                             clients regarding issues raised in meeting.

05/23/06 A Jarvis        .13 Conferences with S. C. Strong regarding
                             Committee meetings, pleadings to be filed.

05/24/06 A Jarvis        .08 Correspondence with Committees regarding
                             documents, due diligence.

05/25/06 A Jarvis        .15 Correspondence on Amesbury transaction with
                             committees.

05/25/06 A Jarvis        .38 Correspondence regarding confidentiality
                             agreement, review same.

05/26/06 A Jarvis        .13 Correspondence on Committee counsel changes.

05/26/06 A Jarvis        .12 Correspondence with committees on HILCO
                             application.

05/26/06 S Strong        .08 Review email from A. W. Jarvis regarding
                             committees' decision to hire separate
                             professionals, and confer with her regarding
                             implications of same (0.3).

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/30/06 A Jarvis         .15 Correspondence with UST regarding committee
                              composition, requested change in ECC committee
                              membership.

05/30/06 A Jarvis         .05 Correspondence with Committees on operational
                              issues.

05/30/06 A Jarvis         .10 Correspondence regarding matters on for
                              hearing, discussions with Committees regarding
                              same.

05/30/06 S Strong         .23 Review and edit proposed confidentiality and
                              joint defense agreements with Committee (0.8);
                              confer with A. W. Jarvis regarding issues
                              raised by same (0.1).

05/31/06 A Jarvis         .07 Conference with S. C. Strong regarding meeting
                              with committees.

05/31/06 A Jarvis         .08 Correspondence with committees regarding
                              Amesbury transaction.

05/31/06 A Jarvis         .08 Correspondence with committees on pending
                              motions.

05/31/06 A Jarvis         .10 Correspondence regarding meeting with
                              committees.

TOTAL FOR LEGAL SERVICES RENDERED                                $2,564.79

# EXHIBIT B-16

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road        August 10, 2006
Las Vegas, NV  89121                           Invoice No.  ******
```

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00021**

**Unsecured Creditors Committee Relations**

| | | |
|---|---|---|
| 05/08/06 A Jarvis | .45 | Research and draft e-mail to A. Landis regarding committee appointment research. |
| 05/10/06 A Jarvis | .10 | Review investor correspondence and forward to A. Landis. |
| 05/11/06 A Jarvis | .40 | Review committee appointments; correspondence and telephone conferences with client regarding same. |
| 05/11/06 A Jarvis | .22 | Review information on committee members. |
| 05/11/06 A Jarvis | .35 | Correspondence regarding committee appointments; review criteria, information regarding appointments. |
| 05/11/06 S Strong | .43 | Exchange emails with A. W. Jarvis regarding 4 official committees appointed today, and confer with her regarding same (0.3); review notices of appointment, and analysis of various investments by committee members (0.8); review emails from M. Kehl and S. Smith with data regarding same (0.4); exchange emails with M. W. Pugsley regarding governing statute and case law regarding committees (0.2). |
| 05/12/06 A Jarvis | .20 | Correspondence on committee appointments. |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 10, 2006


05/12/06 A Jarvis       .20 Review information regarding committee members.

05/12/06 A Jarvis       .08 Correspondence regarding committee formations.

05/12/06 A Jarvis       .08 Correspondence on committees.

05/12/06 L Jenkins      .18 Conference call with A. Jarvis, S. Strong, D.
                            Monson and Mesirow team regarding committees.

05/12/06 D Monson       .13 Conference call on Creditor Committee
                            appointments and related issues.

05/12/06 S Strong       .63 Confer with A. W. Jarvis regarding Committees
                            (0.2); research regarding appointment of
                            committees and status of committee members
                            (0.9); participate in conference call with A.
                            W. Jarvis, D. M. Monson and Mesirow team
                            regarding composition of Committees and related
                            issues (0.5); confer with A. W. Jarvis
                            regarding concerns of certain investors with
                            appointment of 4 committees, and possible
                            remedies (0.3); further research cases
                            regarding committee appointments (0.6).

05/14/06 A Jarvis       .12 Correspondence over committee issues.

05/15/06 A Jarvis       .07 Telephone conference with investors regarding
                            committees.

05/15/06 S Strong       .63 Confer with A. W. Jarvis regarding legal issues
                            concerning 4 overlapping committees (0.1);
                            confer with B. J. Kotter regarding his prior
                            research regarding same and review email
                            summary from him regarding same (0.3); factual
                            and legal research and analysis of issues
                            concerning appointment of committees (2.1).

05/16/06 A Jarvis       .08 Correspondence on committee meetings.

05/18/06 A Jarvis       .07 Correspondence on committee meetings.

05/19/06 S Strong       .05 Exchange emails with A. W. Jarvis and J.
                            McPherson regarding Committees request for
                            service list (0.2).

05/22/06 A Jarvis       .05 Telephone conference with M. Kehl regarding
                            committee requests for information, meeting.

Client No. 34585                                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.                         August 10, 2006

05/22/06 A Jarvis        .05 Telephone conference with E. Karasik regarding
                             scheduling of committee meeting.

05/22/06 A Jarvis        .08 Telephone conference with M. Kehl regarding
                             presentation to committees.

05/22/06 A Jarvis        .13 Review information from combined investor
                             committees and correspondence with M. Olson
                             regarding posting information regarding
                             committees on website.

05/22/06 A Jarvis        .08 Correspondence on meeting with committees.

05/22/06 S Strong        .05 Telephone conference with J. McPherson
                             regarding committees' request to post
                             information on USA website, and exchange emails
                             with A. W. Jarvis regarding same (0.2).

05/23/06 A Jarvis        .68 Prepare information for Committee meeting;
                             review documents regarding same.

05/23/06 A Jarvis       1.15 Meeting with Committees; conference with
                             clients regarding issues raised in meeting.

05/23/06 A Jarvis        .13 Conferences with S. C. Strong regarding
                             Committee meetings, pleadings to be filed.

05/24/06 A Jarvis        .08 Correspondence with Committees regarding
                             documents, due diligence.

05/25/06 A Jarvis        .30 Telephone conference with S. Freeman
                             regarding release issues, pending motions,
                             requested continuance (.2); telephone call to
                             R. Charles regarding same (.1).

05/25/06 A Jarvis        .15 Correspondence on Amesbury transaction with
                             committees.

05/25/06 A Jarvis        .38 Correspondence regarding confidentiality
                             agreement, review same.

05/26/06 A Jarvis        .30 Telephone conference with S. Freeman and R.
                             Charles regarding pending motions.

05/26/06 A Jarvis        .40 Telephone conference with S. Freeman and R.
                             Charles regarding responding to pending
                             motions.

Client No. 34585                                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.                        August 10, 2006


05/26/06 A Jarvis        .12 Correspondence on Committee counsel changes.

05/26/06 A Jarvis        .12 Correspondence with committees on HILCO
                             application.

05/26/06 S Strong        .08 Review email from A. W. Jarvis regarding
                             committees' decision to hire separate
                             professionals, and confer with her regarding
                             implications of same (0.3).

05/30/06 A Jarvis        .15 Correspondence with UST regarding committee
                             composition, requested change in ECC committee
                             membership.

05/30/06 A Jarvis        .05 Correspondence with Committees on operational
                             issues.

05/30/06 A Jarvis        .10 Correspondence regarding matters on for
                             hearing, discussions with Committees regarding
                             same.

05/30/06 S Strong        .23 Review and edit proposed confidentiality and
                             joint defense agreements with Committee (0.8);
                             confer with A. W. Jarvis regarding issues
                             raised by same (0.1).

05/31/06 A Jarvis        .30 Correspondence with Unsecured Creditors
                             Committee regarding pending motions.

05/31/06 A Jarvis        .07 Conference with S. C. Strong regarding meeting
                             with committees.

05/31/06 A Jarvis        .08 Correspondence with committees regarding
                             Amesbury transaction.

05/31/06 A Jarvis        .08 Correspondence with committees on pending
                             motions.

05/31/06 A Jarvis        .10 Correspondence regarding meeting with
                             committees.

TOTAL FOR LEGAL SERVICES RENDERED                              $2,974.21