# EXHIBIT B-17

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                 August 10, 2006
Las Vegas, NV  89121                                    Invoice No.  ******


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00022**

**Executory Contracts Committee Relations**

| | | |
|---|---|---|
| 05/08/06 A Jarvis | .45 | Research and draft e-mail to A. Landis regarding committee appointment research. |
| 05/10/06 A Jarvis | .10 | Review investor correspondence and forward to A. Landis. |
| 05/11/06 A Jarvis | .40 | Review committee appointments; correspondence and telephone conferences with client regarding same. |
| 05/11/06 A Jarvis | .23 | Review information on committee members. |
| 05/11/06 A Jarvis | .35 | Correspondence regarding committee appointments; review criteria, information regarding appointments. |
| 05/11/06 S Strong | .43 | Exchange emails with A. W. Jarvis regarding 4 official committees appointed today, and confer with her regarding same (0.3); review notices of appointment, and analysis of various investments by committee members (0.8); review emails from M. Kehl and S. Smith with data regarding same (0.4); exchange emails with M. W. Pugsley regarding governing statute and case law regarding committees (0.2). |
| 05/12/06 A Jarvis | .20 | Correspondence on committee appointments. |

Client No. 34585                                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.                          August 10, 2006


05/12/06 A Jarvis          .20 Review information regarding committee members.

05/12/06 A Jarvis          .07 Correspondence regarding committee formations.

05/12/06 A Jarvis          .07 Correspondence on committees.

05/12/06 L Jenkins         .18 Conference call with A. Jarvis, S. Strong, D.
                               Monson and Mesirow team regarding committees.

05/12/06 D Monson          .12 Conference call on Creditor Committee
                               appointments and related issues.

05/12/06 S Strong          .63 Confer with A. W. Jarvis regarding Committees
                               (0.2); research regarding appointment of
                               committees and status of committee members
                               (0.9); participate in conference call with A.
                               W. Jarvis, D. M. Monson and Mesirow team
                               regarding composition of Committees and related
                               issues (0.5); confer with A. W. Jarvis
                               regarding concerns of certain investors with
                               appointment of 4 committees, and possible
                               remedies (0.3); further research cases
                               regarding committee appointments (0.6).

05/14/06 A Jarvis          .12 Correspondence over committee issues.

05/15/06 A Jarvis          .08 Telephone conference with investors regarding
                               committees.

05/15/06 S Strong          .63 Confer with A. W. Jarvis regarding legal issues
                               concerning 4 overlapping committees (0.1);
                               confer with B. J. Kotter regarding his prior
                               research regarding same and review email
                               summary from him regarding same (0.3); factual
                               and legal research and analysis of issues
                               concerning appointment of committees (2.1).

05/16/06 A Jarvis          .07 Correspondence on committee meetings.

05/18/06 A Jarvis          .07 Correspondence on committee meetings.

05/19/06 S Strong          .05 Exchange emails with A. W. Jarvis and J.
                               McPherson regarding Committees request for
                               service list (0.2).

05/22/06 A Jarvis          .05 Telephone conference with M. Kehl regarding
                               committee requests for information, meeting.

Client No. 34585                                                    Page:   3
Debtor USA Commercial Mortgage Co., et al.                          August 10, 2006


05/22/06 A Jarvis        .05 Telephone conference with E. Karasik regarding
                             scheduling of committee meeting.

05/22/06 A Jarvis        .07 Telephone conference with M. Kehl regarding
                             presentation to committees.

05/22/06 A Jarvis        .12 Review information from combined investor
                             committees and correspondence with M. Olson
                             regarding posting information regarding
                             committees on website.

05/22/06 A Jarvis        .07 Correspondence on meeting with committees.

05/22/06 S Strong        .05 Telephone conference with J. McPherson
                             regarding committees' request to post
                             information on USA website, and exchange emails
                             with A. W. Jarvis regarding same (0.2).

05/23/06 A Jarvis        .67 Prepare information for Committee meeting;
                             review documents regarding same.

05/23/06 A Jarvis       1.15 Meeting with Committees; conference with
                             clients regarding issues raised in meeting.

05/23/06 A Jarvis        .12 Conferences with S. C. Strong regarding
                             Committee meetings, pleadings to be filed.

05/24/06 A Jarvis        .07 Correspondence with Committees regarding
                             documents, due diligence.

05/25/06 A Jarvis        .15 Correspondence on Amesbury transaction with
                             committees.

05/25/06 A Jarvis        .37 Correspondence regarding confidentiality
                             agreement, review same.

05/26/06 A Jarvis        .30 Correspondence with G. Garman regarding
                             service of subpoena.

05/26/06 A Jarvis        .12 Correspondence on Committee counsel changes.

05/26/06 A Jarvis        .13 Correspondence with committees on HILCO
                             application.

05/26/06 S Strong        .08 Review email from A. W. Jarvis regarding
                             committees' decision to hire separate
                             professionals, and confer with her regarding
                             implications of same (0.3).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.                August 10, 2006


05/30/06 A Jarvis        .15 Correspondence with UST regarding committee
                             composition, requested change in ECC committee
                             membership.

05/30/06 A Jarvis        .05 Correspondence with Committees on operational
                             issues.

05/30/06 A Jarvis        .10 Correspondence regarding matters on for
                             hearing, discussions with Committees regarding
                             same.

05/30/06 S Strong        .50 Confer with A. W. Jarvis regarding issues
                             concerning composition of executory contract
                             committee (0.2), and review law regarding same
                             (0.3).

05/30/06 S Strong        .23 Review and edit proposed confidentiality and
                             joint defense agreements with Committee (0.8);
                             confer with A. W. Jarvis regarding issues
                             raised by same (0.1).

05/31/06 A Jarvis        .08 Conference with S. C. Strong regarding meeting
                             with committees.

05/31/06 A Jarvis        .07 Correspondence with committees regarding
                             Amesbury transaction.

05/31/06 A Jarvis        .07 Correspondence with committees on pending
                             motions.

05/31/06 A Jarvis        .10 Correspondence regarding meeting with
                             committees.

TOTAL FOR LEGAL SERVICES RENDERED                              $2,784.21

# EXHIBIT B-18

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No. ******

For Legal Services Rendered Through May 31, 2006

**Matter No. 34585-00023**

**USA Capital Realty Advisors, LLC**

| | | | |
|---|---|---|---|
| 05/23/06 | S Strong | .02 | Confer with L. A. Jenkins regarding "insider" and "affiliate" issues to be addressed for preparing statements and schedules (0.1); review statute regarding same (0.1); telephone conference with S. Smith regarding same (0.1). |
| 05/24/06 | L Jenkins | .05 | Research issue of insider payments for schedules. |
| 05/24/06 | L Jenkins | .02 | Telephone conference with S. Smith regarding insider payments for schedules. |
| 05/24/06 | S Strong | .02 | Confer with L. A. Jenkins regarding related party transaction disclosures for Schedules and Statements (0.2); telephone conference with S. Smith regarding same (0.1). |
| 05/25/06 | S Strong | .02 | Exchange emails with J. Oriti regarding listing of lawsuits for statement of affairs, and review preliminary information re same (0.3). |

TOTAL FOR LEGAL SERVICES RENDERED                                    $28.65

# EXHIBIT B-19

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 10, 2006
Invoice No.  ******


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00024**

**USA Securities, LLC**

| | | |
|---|---|---|
| 05/23/06 S Strong | .02 | Confer with L. A. Jenkins regarding "insider" and "affiliate" issues to be addressed for preparing statements and schedules (0.1); review statute regarding same (0.1); telephone conference with S. Smith regarding same (0.1). |
| 05/24/06 L Jenkins | .05 | Research issue of insider payments for schedules. |
| 05/24/06 L Jenkins | .02 | Telephone conference with S. Smith regarding insider payments for schedules. |
| 05/24/06 S Strong | .02 | Confer with L. A. Jenkins regarding related party transaction disclosures for Schedules and Statements (0.2); telephone conference with S. Smith regarding same (0.1). |
| 05/25/06 S Strong | .02 | Exchange emails with J. Oriti regarding listing of lawsuits for statement of affairs, and review preliminary information re same (0.3). |

TOTAL FOR LEGAL SERVICES RENDERED                               $28.65

# EXHIBIT B-20

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 10, 2006
Las Vegas, NV  89121                                   Invoice No. ******


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00025**

**FTD - Case Adminstration**

| | | |
|---|---|---|
| 05/23/06 S Strong | .06 | Confer with L. A. Jenkins regarding 'insider" and "affiliate" issues to be addressed for preparing statements and schedules (0.1); review statute regarding same (0.1); telephone conference with S. Smith regarding same (0.1). |
| 05/24/06 L Jenkins | .18 | Research issue of insider payments for schedules. |
| 05/24/06 L Jenkins | .06 | Telephone conference with S. Smith regarding insider payments for schedules. |
| 05/24/06 S Strong | .06 | Confer with L. A. Jenkins regarding related party transaction disclosures for Schedules and Statements (0.2); telephone conference with S. Smith regarding same (0.1). |
| 05/25/06 S Strong | .06 | Exchange emails with J. Oriti regarding listing of lawsuits for statement of affairs, and review preliminary information re same (0.3). |

TOTAL FOR LEGAL SERVICES RENDERED                              $114.60

# EXHIBIT B-21

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road        August 10, 2006
Las Vegas, NV  89121                           Invoice No.  ******


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00026**

**Diversified-Case Administration**

| | | |
|---|---|---|
| 05/23/06 S Strong | .06 | Confer with L. A. Jenkins regarding "insider" and "affiliate" issues to be addressed for preparing statements and schedules (0.1); review statute regarding same (0.1); telephone conference with S. Smith regarding same (0.1). |
| 05/24/06 L Jenkins | .18 | Research issue of insider payments for schedules. |
| 05/24/06 L Jenkins | .06 | Telephone conference with S. Smith regarding insider payments for schedules. |
| 05/24/06 S Strong | .06 | Confer with L. A. Jenkins regarding related party transaction disclosures for Schedules and Statements (0.2); telephone conference with S. Smith regarding same (0.1). |
| 05/25/06 S Strong | .06 | Exchange emails with J. Oriti regarding listing of lawsuits for statement of affairs, and review preliminary information re same (0.3). |

TOTAL FOR LEGAL SERVICES RENDERED                              $114.60

# EXHIBIT B-22

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 10, 2006
Las Vegas, NV  89121                             Invoice No.  ******


For Legal Services Rendered Through May 31, 2006


**Matter No. 34585-00014**

**Costs**


Costs Advanced:

| Date | Description | Amount |
|------|-------------|-------:|
| 05/19/06 | Copying Expense (outside office) - - Property Insight, LLC | 150.00 |
| 05/04/06 | Airfare - Elaine Monson 4/24/06 SLC/LV/SLC - Bankcard Center | 289.60 |
| 05/04/06 | Airfare - Annette Jarvis 4/26/06 SLC/LV/SLC - Bankcard Center | 262.60 |
| 05/11/06 | Airfare - Mark Pugsley 3/30/06 LV/SLC - American Express | 231.30 |
| 05/11/06 | Airfare - Mark Pugsley 3/31/06 SLC/LV/SLC - American Express | 759.30 |
| 05/11/06 | Airfare - Mark Pugsley 4/5/06 SLC/LV - American Express | 470.30 |
| 05/11/06 | Airfare - Mark Pugsley 4/14/06 SLC/LA/SLC - American Express | 408.60 |
| 05/11/06 | Airfare - Mark Pugsley 4/5/06 LV/SLC - American Express | 131.30 |
| 05/11/06 | Travel Service Fee 4/3/06 - Mark Pugsley - American Express | 25.00 |
| 05/11/06 | Travel Service Fee 4/3/06 - Mark Pugsley - American Express | 25.00 |
| 05/04/06 | Travel Expense 4/12 13/06 SLC/LV/SLC, Car Rental - Annette W. Jarvis | 201.33 |
| 05/10/06 | Travel Expense 4/14/06 SLC/LV/SLC, Carfare - Mark W. Pugsley | 19.00 |

| Date | Description | Amount |
|---|---|---|
| 05/10/06 | Travel Expense 4/19/06 SLC/LV/SLC, Car Rental, Parking - Mark W. Pugsley | 106.58 |
| 05/10/06 | Travel Expense 4/27 28/06 SLC/LV/SLC, Lodging, Car Rental, Parking - Mark W. Pugsley | 559.65 |
| 05/10/06 | Travel Expense 5/3/06 SLC/LV/SLC, Car Rental, Parking - Mark W. Pugsley | 105.98 |
| 05/10/06 | Travel Expense 4/18 20/06 SLC/LV/SLC, Lodging, Airfare, Car Rental, Parking - Steven C. Strong | 801.07 |
| 05/10/06 | Travel Expense 4/25/06 SLC/LV/SLC, Airfare, Car Rental, Parking - Kevin G. Glade | 321.35 |
| 05/25/06 | Travel Expense 5/8/06 SLC/LV/SLC, Airfare, Carfare, Parking - Kevin G. Glade | 285.60 |
| 05/25/06 | Travel Expense 5/10 11/06 SLC/LV/SLC, Lodging, Airfare, Carfare, Parking - Kevin G. Glade | 508.51 |
| 05/25/06 | Travel Expense 5/18 19/06 SLC/LV/SLC, Lodging, Airfare, Car Rental, Parking - Kevin G. Glade | 513.63 |
| 05/25/06 | Travel Expense 4/5/06 SLC/LV/SLC, Airfare, Carfare - Annette W. Jarvis | 670.60 |
| 05/25/06 | Travel Expense 4/17/06 SLC/LV/SLC, Airfare, Carfare - Annette W. Jarvis | 504.60 |
| 05/25/06 | Travel Expense 5/2/06 SLC/LV/SLC, Lodging - Annette W. Jarvis | 227.81 |
| 05/25/06 | Travel Expense 6/4 6/06 SLC/LV/SLC, Airfare - Annette W. Jarvis | 1075.89 |
| 05/26/06 | Travel Expense 5/8 11/06 SLC/LV/SLC, Lodging, Airfare, Car Rental - Stephen C. Tingey | 1478.48 |
| 05/26/06 | Travel Expense 5/11/06 SLC/LV/SLC, Airfare - Stephen C. Tingey | 183.50 |
| 05/26/06 | Travel Expense 5/14 16/06 SLC/LV/SLC, Lodging, Car Rental - Stephen C. Tingey | 685.29 |
| 05/10/06 | UCC Search - Kevin G. Glade | 202.00 |
| 05/10/06 | UCC Searches - Kevin G. Glade | 847.00 |
| 05/04/06 | Senior Paralegal Services - Mark & Associates | 357.50 |
| 05/04/06 | Senior Paralegal Services - Mark & Associates | 364.00 |
| 05/04/06 | Senior Paralegal Services - Mark & Associates | 19.50 |
| 05/04/06 | Senior Paralegal Services - Mark & Associates | 383.50 |
| 05/04/06 | Senior Paralegal Services - Mark & Associates | 156.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 383.50 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 435.50 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 455.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 130.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 351.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 13.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 104.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 390.00 |
| 05/26/06 | Senior Paralegal Services - Mark & Associates | 208.00 |
| 05/31/06 | Investigative Services - Carco Group, Inc. | 703.50 |
| 05/31/06 | Federal Express Charges | 83.41 |
| 05/31/06 | Long Distance Telephone Charges | 101.67 |

Client No. 34585                                      Page:    3
Debtor USA Commercial Mortgage Co., et al.            August 10, 2006


05/31/06 Database Legal Research                      7115.02
05/31/06 Facsimile Expense (Outgoing)                   27.50
05/31/06 Copying Expense                               561.20
05/31/06 Exhibit Tabs                                    1.20
05/31/06 File Petition                                 350.00
05/31/06 Filing Fees                                   181.00
05/31/06 Business Meal(s)                              428.23
05/31/06 Facsimile Long Distance Charges                 6.13
                                                    -----------

     TOTAL COSTS ADVANCED                              $25,360.23

Client Address:  **DEBTOR USA COMMERCIAL MORTGAGE CO., E**
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Matter Number: **34585-00014**    Matter Name: **Costs**

**COST DETAIL**

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/01/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7022909154 LAS VEGA NV 10:44 120 MONSON DOUGLAS M | 1818927 |
| rq&n | 05/01/06 | | $7.80 | 064 | 39 | Copying Expense 050106 BROWN PATRICIA | 1818928 |
| rq&n | 05/01/06 | | $0.40 | 064 | 2 | Copying Expense 050106 BROWN PATRICIA | 1818929 |
| rq&n | 05/01/06 | | $0.20 | 064 | 1 | Copying Expense 050106 BROWN PATRICIA | 1818930 |
| rq&n | 05/02/06 | | $3.60 | 064 | 18 | Copying Expense 050206 BINGHAM KAREN | 1819226 |
| rq&n | 05/02/06 | | $0.40 | 064 | 2 | Copying Expense 050206 BROWN PATRICIA | 1819227 |
| rq&n | 05/02/06 | | $0.40 | 014 | 1 | Long Distance Telephone Charges 7022554433 LAS VEGA NV 11:39 480 MONSON DOUGLAS M | 1819228 |
| rq&n | 05/02/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 11:49 120 MONSON DOUGLAS M | 1819229 |
| rq&n | 05/02/06 | | $0.24 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 13:03 240 STRONG STEVEN | 1819230 |
| rq&n | 05/02/06 | | $0.20 | 064 | 1 | Copying Expense 050206 BROWN PATRICIA | 1819231 |
| rq&n | 05/02/06 | | $0.40 | 064 | 2 | Copying Expense 050206 HANSEN ALISON | 1819232 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/02/06 | | $0.15 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 16:09 120 STRONG STEVEN | 1819233 |
| tsu | 05/02/06 | | $106.74 | 019 | 1 | Westlaw | 1822254 |
| rq&n | 05/03/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 10:58 0 STRONG STEVEN | 1819610 |
| rq&n | 05/03/06 | | $0.60 | 064 | 3 | Copying Expense 050306 BROWN PATRICIA | 1819611 |
| rq&n | 05/03/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 17:45 60 STRONG STEVEN | 1819612 |
| rq&n | 05/03/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 17:47 60 STRONG STEVEN | 1819613 |
| rq&n | 05/03/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7023887185 LAS VEGA NV 18:16 60 MONSON DOUGLAS M | 1819614 |
| jenkn | 05/03/06 | | $2,072.00 | 019 | 1 | Lexis | 1821600 |
| jarvs | 05/04/06 | 139197 | $357.50 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1819260 |
| jarvs | 05/04/06 | 139197 | $364.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1819261 |
| jarvs | 05/04/06 | 139197 | $19.50 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1819262 |
| jarvs | 05/04/06 | 139197 | $383.50 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1819263 |
| jarvs | 05/04/06 | 139197 | $156.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1819266 |
| jarvs | 05/04/06 | 139195 | $201.33 | 118 | 1 | Travel Expense 4/12 13/06 SLC/LV/SLC, Car Rental - Annette W. Jarvis | 1819268 |
| jarvs | 05/04/06 | 139192 | $289.60 | 111 | 1 | Airfare - Elaine Monson 4/24/06 SLC/LV/SLC - Bankcard Center | 1819277 |
| jarvs | 05/04/06 | 139192 | $262.60 | 111 | 1 | Airfare - Annette Jarvis 4/26/06 SLC/LV/SLC - Bankcard Center | 1819280 |
| rq&n | 05/04/06 | | $2.00 | 064 | 10 | Copying Expense 050406 CRIST SHANNON | 1819828 |
| rq&n | 05/04/06 | | $3.60 | 064 | 18 | Copying Expense 050406 CRIST SHANNON | 1819829 |
| rq&n | 05/04/06 | | $0.20 | 064 | 1 | Copying Expense 050406 CRIST SHANNON | 1819830 |
| rq&n | 05/04/06 | | $0.20 | 064 | 1 | Copying Expense 050406 HANSEN ALISON | 1819831 |
| rq&n | 05/04/06 | | $9.00 | 021 | 18 | Facsimile Expense (Outgoing) 17023857743 STRONG STEVEN | 1819832 |
| rq&n | 05/04/06 | | $2.19 | 491 | 1 | Facsimile Long Distance Charges 17023857743 STRONG STEVEN | 1819833 |
| rq&n | 05/04/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 8042870905 RICHMOND VA 15:32 60 MONSON DOUGLAS M | 1819834 |
| rq&n | 05/04/06 | | $0.64 | 014 | 1 | Long Distance Telephone Charges 8133176103 TAMPA, F FL 15:36 780 MONSON DOUGLAS M | 1819835 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/04/06 | | $0.38 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 16:06 420 MONSON DOUGLAS M | 1819836 |
| rq&n | 05/04/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 17:07 0 STRONG STEVEN | 1819837 |
| rq&n | 05/04/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 3179791700 INDIANAP IN 17:46 60 MONSON DOUGLAS M | 1819838 |
| rq&n | 05/04/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 18:03 0 STRONG STEVEN | 1819839 |
| rq&n | 05/04/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 3177506720 INDIANAP IN 19:43 60 MONSON DOUGLAS M | 1819840 |
| rq&n | 05/05/06 | | $1.60 | 064 | 8 | Copying Expense 050506 MONSON DOUGLAS M | 1820589 |
| rq&n | 05/05/06 | | $10.40 | 064 | 52 | Copying Expense 050506 HANSEN ALISON | 1820590 |
| rq&n | 05/05/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 8042870905 RICHMOND VA 09:06 60 MONSON DOUGLAS M | 1820591 |
| rq&n | 05/05/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 8048333161 GLEN ALL VA 09:12 60 MONSON DOUGLAS M | 1820592 |
| rq&n | 05/05/06 | | $0.21 | 014 | 1 | Long Distance Telephone Charges 4065392593 BOZEMAN, MT 09:22 240 MONSON DOUGLAS M | 1820593 |
| rq&n | 05/05/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 2129670895 NEW YORK NY 09:37 120 MONSON DOUGLAS M | 1820594 |
| rq&n | 05/05/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7142240270 ANAHEIM, CA 09:40 120 MONSON DOUGLAS M | 1820595 |
| rq&n | 05/05/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 9257887180 WALNUT C CA 09:42 60 MONSON DOUGLAS M | 1820596 |
| rq&n | 05/05/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7862289035 NORTH DA FL 09:45 60 MONSON DOUGLAS M | 1820597 |
| rq&n | 05/05/06 | | $4.50 | 021 | 9 | Facsimile Expense (Outgoing) 18002652803 MONSON DOUGLAS M | 1820598 |
| rq&n | 05/05/06 | | $0.34 | 014 | 1 | Long Distance Telephone Charges 6612846104 SNCA NHC CA 10:51 360 MONSON DOUGLAS M | 1820599 |
| rq&n | 05/05/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 11:55 120 MONSON DOUGLAS M | 1820600 |
| rq&n | 05/05/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 12:40 0 STRONG STEVEN | 1820601 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/05/06 | | $0.36 | 014 | 1 | Long Distance Telephone Charges 8048333161 GLEN ALL VA 13:11 420 MONSON DOUGLAS M | 1820602 |
| rq&n | 05/05/06 | | $0.25 | 014 | 1 | Long Distance Telephone Charges 7027340822 LAS VEGA NV 13:28 300 MONSON DOUGLAS M | 1820603 |
| rq&n | 05/05/06 | | $0.30 | 014 | 1 | Long Distance Telephone Charges 3179791700 INDIANAP IN 13:34 360 MONSON DOUGLAS M | 1820604 |
| rq&n | 05/05/06 | | $0.19 | 014 | 1 | Long Distance Telephone Charges 8048333161 GLEN ALL VA 13:44 180 STRONG STEVEN | 1820605 |
| rq&n | 05/05/06 | | $3.80 | 064 | 19 | Copying Expense 050506 HANSEN ALISON | 1820606 |
| rq&n | 05/05/06 | | $0.30 | 014 | 1 | Long Distance Telephone Charges 7023853343 LAS VEGA NV 16:05 300 MONSON DOUGLAS M | 1820607 |
| rq&n | 05/05/06 | | $3.50 | 021 | 7 | Facsimile Expense (Outgoing) 18002652803 MONSON DOUGLAS M | 1820608 |
| rq&n | 05/05/06 | | $22.00 | 064 | 110 | Copying Expense 050506 HANSEN ALISON | 1820609 |
| jarvs | 05/05/06 | | $12.58 | 013 | 1 | Federal Express Charges | 1825282 |
| rq&n | 05/08/06 | | $0.93 | 014 | 1 | Long Distance Telephone Charges 9518268302 . CA CA 09:30 1140 MONSON DOUGLAS M | 1820610 |
| rq&n | 05/08/06 | | $0.80 | 064 | 4 | Copying Expense 050806 HANSEN ALISON | 1820611 |
| rq&n | 05/08/06 | | $0.25 | 014 | 1 | Long Distance Telephone Charges 6314862820 W COMMAC NY 09:58 300 MONSON DOUGLAS M | 1820612 |
| rq&n | 05/08/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 7023886709 LAS VEGA NV 11:07 60 HURST CARRIE | 1820613 |
| rq&n | 05/08/06 | | $0.48 | 014 | 1 | Long Distance Telephone Charges 7023825036 LAS VEGA NV 12:14 540 HURST CARRIE | 1820614 |
| rq&n | 05/08/06 | | $0.20 | 064 | 1 | Copying Expense 050806 HURST CARRIE | 1820615 |
| kottr | 05/08/06 | | $1,105.74 | 019 | 1 | Westlaw | 1822232 |
| rq&n | 05/09/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 3172621001 INDIANAP IN 10:01 180 MONSON DOUGLAS M | 1820616 |
| rq&n | 05/09/06 | | $5.60 | 064 | 28 | Copying Expense 050906 MONSON DOUGLAS M | 1820617 |
| rq&n | 05/09/06 | | $2.80 | 064 | 14 | Copying Expense 050906 HANSEN ALISON | 1820618 |
| rq&n | 05/09/06 | | $0.60 | 064 | 3 | Copying Expense 050906 MONSON DOUGLAS M | 1820619 |
| rq&n | 05/09/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 3172621001 INDIANAP IN 14:27 60 MONSON DOUGLAS M | 1820620 |
| rq&n | 05/09/06 | | $2.60 | 064 | 13 | Copying Expense 050906 HANSEN ALISON | 1820621 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/09/06 | | $0.40 | 064 | 2 | Copying Expense 050906 HANSEN ALISON | 1820622 |
| rq&n | 05/09/06 | | $20.40 | 064 | 102 | Copying Expense 050906 HANSEN ALISON | 1820623 |
| rq&n | 05/09/06 | | $44.40 | 064 | 222 | Copying Expense 050906 HANSEN ALISON | 1820624 |
| rq&n | 05/09/06 | | $0.20 | 064 | 1 | Copying Expense 050906 HANSEN ALISON | 1820625 |
| rq&n | 05/09/06 | | $2.00 | 021 | 4 | Facsimile Expense (Outgoing) 18002652803 MONSON DOUGLAS M | 1820626 |
| rq&n | 05/09/06 | | $0.40 | 064 | 2 | Copying Expense 050906 HANSEN ALISON | 1820627 |
| rq&n | 05/09/06 | | $3.40 | 064 | 17 | Copying Expense 050906 HANSEN ALISON | 1820628 |
| rq&n | 05/09/06 | | $0.40 | 064 | 2 | Copying Expense 050906 MONSON DOUGLAS M | 1820629 |
| jarvs | 05/09/06 | | $26.46 | 013 | 1 | Federal Express Charges | 1825293 |
| jarvs | 05/10/06 | 139237 | $847.00 | 207 | 1 | UCC Searches - Kevin G. Glade | 1819930 |
| jarvs | 05/10/06 | 139237 | $321.35 | 118 | 1 | Travel Expense 4/25/06 SLC/LV/SLC, Airfare, Car Rental, Parking - Kevin G. Glade | 1819931 |
| jarvs | 05/10/06 | 139237 | $7.41 | 474 | 1 | Business Meal(s) 4/25/06 SLC/LV/SLC, Meals - Kevin G. Glade | 1819932 |
| jarvs | 05/10/06 | 139237 | $202.00 | 207 | 1 | UCC Search - Kevin G. Glade | 1819933 |
| jarvs | 05/10/06 | 139250 | $19.00 | 118 | 1 | Travel Expense 4/14/06 SLC/LV/SLC, Carfare - Mark W. Pugsley | 1819961 |
| jarvs | 05/10/06 | 139250 | $4.28 | 474 | 1 | Business Meal(s) 4/14/06 SLC/LV/SLC, Meals - Mark W. Pugsley | 1819962 |
| jarvs | 05/10/06 | 139250 | $106.58 | 118 | 1 | Travel Expense 4/19/06 SLC/LV/SLC, Car Rental, Parking - Mark W. Pugsley | 1819963 |
| jarvs | 05/10/06 | 139250 | $57.14 | 474 | 1 | Business Meal(s) 4/19/06 SLC/LV/SLC, Meals - Mark W. Pugsley | 1819964 |
| jarvs | 05/10/06 | 139250 | $559.65 | 118 | 1 | Travel Expense 4/27 28/06 SLC/LV/SLC, Lodging, Car Rental, Parking - Mark W. Pugsley | 1819965 |
| jarvs | 05/10/06 | 139250 | $51.58 | 474 | 1 | Business Meal(s) 4/27 28/06 SLC/LV/SLC, Meals - Mark W. Pugsley | 1819966 |
| jarvs | 05/10/06 | 139250 | $105.98 | 118 | 1 | Travel Expense 5/3/06 SLC/LV/SLC, Car Rental, Parking - Mark W. Pugsley | 1819967 |
| jarvs | 05/10/06 | 139250 | $56.70 | 474 | 1 | Business Meal(s) 5/3/06 SLC/LV/SLC, Meals - Mark W. Pugsley | 1819968 |
| jarvs | 05/10/06 | 139257 | $801.07 | 118 | 1 | Travel Expense 4/18 20/06 SLC/LV/SLC, Lodging, Airfare, Car Rental, Parking - Steven C. Strong | 1819983 |
| jarvs | 05/10/06 | 139257 | $38.18 | 474 | 1 | Business Meal(s) 4/18 20/06 SLC/LV/SLC, Meals - Steven C. Strong | 1819984 |
| rq&n | 05/10/06 | | $0.18 | 014 | 1 | Long Distance Telephone Charges 3172621001 INDIANAP IN 09:45 180 MONSON DOUGLAS M | 1820864 |
| rq&n | 05/10/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 09:49 120 MONSON DOUGLAS M | 1820865 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/10/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 12:12 0 MONSON DOUGLAS M | 1820866 |
| rq&n | 05/10/06 | | $135.00 | 064 | 675 | Copying Expense 051006 JARVIS ANNETTE | 1820867 |
| rq&n | 05/10/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 3172627054 INDIANAP IN 13:56 60 MONSON DOUGLAS M | 1820868 |
| rq&n | 05/10/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7023839999 LAS VEGA NV 15:35 60 MONSON DOUGLAS M | 1820869 |
| frisc | 05/10/06 | | $84.07 | 019 | 1 | Westlaw | 1822225 |
| pugsl | 05/11/06 | 139266 | $231.30 | 111 | 1 | Airfare - Mark Pugsley 3/30/06 LV/SLC - American Express | 1820896 |
| pugsl | 05/11/06 | 139266 | $759.30 | 111 | 1 | Airfare - Mark Pugsley 3/31/06 SLC/LV/SLC - American Express | 1820897 |
| pugsl | 05/11/06 | 139266 | $470.30 | 111 | 1 | Airfare - Mark Pugsley 4/5/06 SLC/LV - American Express | 1820898 |
| jarvs | 05/11/06 | 139266 | $408.60 | 111 | 1 | Airfare - Mark Pugsley 4/14/06 SLC/LA/SLC - American Express | 1820899 |
| pugsl | 05/11/06 | 139266 | $131.30 | 111 | 1 | Airfare - Mark Pugsley 4/5/06 LV/SLC - American Express | 1820900 |
| madsn | 05/11/06 | 139266 | $25.00 | 111 | 1 | Travel Service Fee 4/3/06 - Mark Pugsley - American Express | 1820906 |
| madsn | 05/11/06 | 139266 | $25.00 | 111 | 1 | Travel Service Fee 4/3/06 - Mark Pugsley - American Express | 1820907 |
| rq&n | 05/11/06 | | $0.60 | 064 | 3 | Copying Expense 051106 BROWN PATRICIA | 1821066 |
| rq&n | 05/11/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7028739500 LAS VEGA NV 12:06 120 MONSON DOUGLAS M | 1821067 |
| rq&n | 05/11/06 | | $32.00 | 064 | 160 | Copying Expense 051106 HURST CARRIE | 1821068 |
| rq&n | 05/11/06 | | $0.20 | 064 | 1 | Copying Expense 051106 HURST CARRIE | 1821069 |
| frisc | 05/11/06 | | $13.16 | 019 | 1 | Westlaw | 1823218 |
| jarvs | 05/11/06 | | $0.00 | 079 | 100 | Exhibit Tabs | 1824359 |
| jarvs | 05/11/06 | | $0.00 | 079 | 60 | Exhibit Tabs | 1824360 |
| rq&n | 05/12/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 7027845700 LAS VEGA NV 10:19 180 HANSEN ALISON | 1821541 |
| rq&n | 05/12/06 | | $3.40 | 064 | 17 | Copying Expense 051206 HANSEN ALISON | 1821542 |
| rq&n | 05/12/06 | | $11.00 | 064 | 55 | Copying Expense 051206 HANSEN ALISON | 1821543 |
| rq&n | 05/12/06 | | $0.20 | 064 | 1 | Copying Expense 051206 HANSEN ALISON | 1821544 |
| rq&n | 05/15/06 | | $27.80 | 064 | 139 | Copying Expense 051506 CARLESON KAY | 1821545 |
| rq&n | 05/15/06 | | $0.40 | 064 | 2 | Copying Expense 051506 BROWN PATRICIA | 1821546 |
| rq&n | 05/15/06 | | $0.80 | 064 | 4 | Copying Expense 051506 BROWN PATRICIA | 1821547 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/15/06 | | $0.80 | 014 | 1 | Long Distance Telephone Charges 7348342675 ANN ARBO MI 15:32 960 MONSON ELAINE A | 1821548 |
| rq&n | 05/15/06 | | $25.40 | 064 | 127 | Copying Expense 051506 MONSON ELAINE A | 1821549 |
| monso | 05/15/06 | | $554.96 | 019 | 1 | Westlaw | 1823228 |
| monso | 05/15/06 | | $1,014.31 | 019 | 1 | Westlaw | 1823229 |
| rq&n | 05/16/06 | | $1.20 | 064 | 6 | Copying Expense 051606 MONSON DOUGLAS M | 1822160 |
| rq&n | 05/16/06 | | $1.40 | 064 | 7 | Copying Expense 051606 MONSON DOUGLAS M | 1822161 |
| rq&n | 05/16/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7027845700 LAS VEGA NV 12:07 60 HANSEN ALISON | 1822162 |
| rq&n | 05/16/06 | | $3.00 | 064 | 15 | Copying Expense 051606 HANSEN ALISON | 1822163 |
| rq&n | 05/16/06 | | $5.80 | 064 | 29 | Copying Expense 051606 HANSEN ALISON | 1822164 |
| rq&n | 05/17/06 | | $0.40 | 064 | 2 | Copying Expense 051706 HANSEN ALISON | 1822165 |
| rq&n | 05/17/06 | | $3.40 | 064 | 17 | Copying Expense 051706 HANSEN ALISON | 1822166 |
| rq&n | 05/17/06 | | $8.60 | 064 | 43 | Copying Expense 051706 BROWN PATRICIA | 1822167 |
| rq&n | 05/17/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 16:38 120 MONSON DOUGLAS M | 1822168 |
| rq&n | 05/18/06 | | $1.80 | 064 | 9 | Copying Expense 051806 MONSON DOUGLAS M | 1822510 |
| rq&n | 05/18/06 | | $6.20 | 064 | 31 | Copying Expense 051806 HANSEN ALISON | 1822511 |
| rq&n | 05/18/06 | | $1.80 | 064 | 9 | Copying Expense 051806 HANSEN ALISON | 1822512 |
| rq&n | 05/18/06 | | $1.60 | 064 | 8 | Copying Expense 051806 HANSEN ALISON | 1822513 |
| rq&n | 05/18/06 | | $8.20 | 064 | 41 | Copying Expense 051806 HANSEN ALISON | 1822514 |
| rq&n | 05/18/06 | | $2.20 | 064 | 11 | Copying Expense 051806 HANSEN ALISON | 1822515 |
| rq&n | 05/18/06 | | $5.80 | 064 | 29 | Copying Expense 051806 HANSEN ALISON | 1822516 |
| rq&n | 05/18/06 | | $5.60 | 064 | 28 | Copying Expense 051806 HANSEN ALISON | 1822517 |
| rq&n | 05/18/06 | | $1.80 | 064 | 9 | Copying Expense 051806 HANSEN ALISON | 1822518 |
| rq&n | 05/19/06 | | $5.80 | 064 | 29 | Copying Expense 051906 BROWN PATRICIA | 1822750 |
| rq&n | 05/19/06 | | $0.40 | 064 | 2 | Copying Expense 051906 BROWN PATRICIA | 1822751 |
| jarvs | 05/19/06 | | $1.20 | 064 | 6 | Copying Expense LILYQUIST LINDA | 1823143 |
| jarvs | 05/19/06 | | $0.20 | 064 | 1 | Copying Expense LILYQUIST LINDA | 1823144 |
| jarvs | 05/19/06 | | $0.20 | 064 | 1 | Copying Expense LILYQUIST LINDA | 1823145 |
| jarvs | 05/19/06 | | $0.20 | 064 | 1 | Copying Expense LILYQUIST LINDA | 1823146 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 05/19/06 | | $56.80 | 064 | 284 | Copying Expense TINGEY STEVE | 1823147 |
| jarvs | 05/19/06 | 74479 | $150.00 | 065 | 1 | Copying Expense (outside office) - - Property Insight, LLC | 1823703 |
| monso | 05/19/06 | | $1,237.66 | 019 | 1 | Westlaw | 1825012 |
| jarvs | 05/19/06 | | $14.89 | 013 | 1 | Federal Express Charges | 1825341 |
| jarvs | 05/22/06 | 139339 | $91.19 | 014 | 1 | Conference Call 4/13/06 - AT&T | 1822791 |
| rq&n | 05/22/06 | | $1.40 | 064 | 7 | Copying Expense 052206 HANSEN ALISON | 1823119 |
| rq&n | 05/22/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 15:48 180 MONSON DOUGLAS M | 1823120 |
| rq&n | 05/22/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 17:34 60 MONSON DOUGLAS M | 1823121 |
| jarvs | 05/22/06 | | $2.20 | 064 | 11 | Copying Expense LILYQUIST LINDA | 1823148 |
| rq&n | 05/23/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 9169416140 FOLSOM, CA 11:36 0 HURST CARRIE | 1823683 |
| rq&n | 05/23/06 | | $5.50 | 021 | 11 | Facsimile Expense (Outgoing) 19169416140 HURST CARRIE | 1823684 |
| rq&n | 05/23/06 | | $1.75 | 491 | 1 | Facsimile Long Distance Charges 19169416140 HURST CARRIE | 1823685 |
| rq&n | 05/24/06 | | $0.41 | 014 | 1 | Long Distance Telephone Charges 7139171524 HOUSTON, TX 10:36 480 MONSON DOUGLAS M | 1823954 |
| rq&n | 05/24/06 | | $2.80 | 064 | 14 | Copying Expense 052406 HURST CARRIE | 1823955 |
| rq&n | 05/24/06 | | $0.60 | 064 | 3 | Copying Expense 052406 HURST CARRIE | 1823956 |
| rq&n | 05/24/06 | | $1.50 | 021 | 3 | Facsimile Expense (Outgoing) 17757861177 JARVIS ANNETTE | 1823957 |
| rq&n | 05/24/06 | | $0.88 | 491 | 1 | Facsimile Long Distance Charges 17757861177 JARVIS ANNETTE | 1823958 |
| rq&n | 05/24/06 | | $1.50 | 021 | 3 | Facsimile Expense (Outgoing) 13102285788 JARVIS ANNETTE | 1823959 |
| rq&n | 05/24/06 | | $1.31 | 491 | 1 | Facsimile Long Distance Charges 13102285788 JARVIS ANNETTE | 1823960 |
| jarvs | 05/25/06 | 139413 | $285.60 | 118 | 1 | Travel Expense 5/8/06 SLC/LV/SLC, Airfare, Carfare, Parking - Kevin G. Glade | 1823998 |
| jarvs | 05/25/06 | 139413 | $10.74 | 474 | 1 | Business Meal(s) 5/8/06 SLC/LV/SLC, Meals - Kevin G. Glade | 1823999 |
| jarvs | 05/25/06 | 139413 | $508.51 | 118 | 1 | Travel Expense 5/10 11/06 SLC/LV/SLC, Lodging, Airfare, Carfare, Parking - Kevin G. Glade | 1824000 |
| jarvs | 05/25/06 | 139413 | $40.75 | 474 | 1 | Business Meal(s) 5/10 11/06 SLC/LV/SLC, Meals - Kevin G. Glade | 1824001 |
| jarvs | 05/25/06 | 139413 | $513.63 | 118 | 1 | Travel Expense 5/18 19/06 SLC/LV/SLC, Lodging, Airfare, Car Rental, Parking - Kevin G. Glade | 1824002 |
| jarvs | 05/25/06 | 139413 | $19.75 | 474 | 1 | Business Meal(s) 5/18 19/06 SLC/LV/SLC, Meals - Kevin G. Glade | 1824003 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 05/25/06 | 139418 | $670.60 | 118 | 1 | Travel Expense 4/5/06 SLC/LV/SLC, Airfare, Carfare - Annette W. Jarvis | 1824011 |
| jarvs | 05/25/06 | 139418 | $504.60 | 118 | 1 | Travel Expense 4/17/06 SLC/LV/SLC, Airfare, Carfare - Annette W. Jarvis | 1824012 |
| jarvs | 05/25/06 | 139418 | $227.81 | 118 | 1 | Travel Expense 5/2/06 SLC/LV/SLC, Lodging - Annette W. Jarvis | 1824013 |
| jarvs | 05/25/06 | 139418 | $15.27 | 474 | 1 | Business Meal(s) 5/2/06 SLC/LV/SLC, Meals - Annette W. Jarvis | 1824014 |
| jarvs | 05/25/06 | 139418 | $1,075.89 | 118 | 1 | Travel Expense 6/4 6/06 SLC/LV/SLC, Airfare - Annette W. Jarvis | 1824015 |
| rq&n | 05/25/06 | | $15.60 | 064 | 78 | Copying Expense 052506 BROWN PATRICIA | 1824243 |
| rq&n | 05/25/06 | | $0.80 | 064 | 4 | Copying Expense 052506 MONSON DOUGLAS M | 1824244 |
| rq&n | 05/25/06 | | $0.16 | 014 | 1 | Long Distance Telephone Charges 4065867355 BOZEMAN, MT 14:11 180 MONSON DOUGLAS M | 1824245 |
| rq&n | 05/25/06 | | $1.40 | 064 | 7 | Copying Expense 052506 BROWN PATRICIA | 1824246 |
| jarvs | 05/25/06 | 74520 | $175.00 | 198 | 1 | File Petition - Persmission to Practice Pro Hac Vice (S. Strong) - United States District Court | 1824631 |
| jarvs | 05/25/06 | 74519 | $175.00 | 198 | 1 | File Petition - Permission to Practice Pro Hac Vice (D. Monson)- United States District Court | 1824635 |
| mons | 05/25/06 | | $683.52 | 019 | 1 | Westlaw | 1829550 |
| jarvs | 05/26/06 | 139438 | $1,478.48 | 118 | 1 | Travel Expense 5/8 11/06 SLC/LV/SLC, Lodging, Airfare, Car Rental - Stephen C. Tingey | 1824029 |
| jarvs | 05/26/06 | 139438 | $80.32 | 474 | 1 | Business Meal(s) 5/8 11/06 SLC/LV/SLC, Meals - Stephen C. Tingey | 1824030 |
| jarvs | 05/26/06 | 139438 | $183.50 | 118 | 1 | Travel Expense 5/11/06 SLC/LV/SLC, Airfare - Stephen C. Tingey | 1824031 |
| jarvs | 05/26/06 | 139438 | $685.29 | 118 | 1 | Travel Expense 5/14 16/06 SLC/LV/SLC, Lodging, Car Rental - Stephen C. Tingey | 1824032 |
| jarvs | 05/26/06 | 139438 | $46.11 | 474 | 1 | Business Meal(s) 5/14 16/06 SLC/LV/SLC, Meals - Stephen C. Tingey | 1824033 |
| jarvs | 05/26/06 | 139450 | $383.50 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824042 |
| jarvs | 05/26/06 | 139450 | $435.50 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824044 |
| jarvs | 05/26/06 | 139450 | $455.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824047 |
| jarvs | 05/26/06 | 139450 | $130.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824048 |
| jarvs | 05/26/06 | 139450 | $351.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824049 |
| jarvs | 05/26/06 | 139450 | $13.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824050 |
| jarvs | 05/26/06 | 139450 | $104.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824051 |
| jarvs | 05/26/06 | 139450 | $390.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824054 |
| jarvs | 05/26/06 | 139450 | $208.00 | 244 | 1 | Senior Paralegal Services - Mark & Associates | 1824055 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 05/26/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 8056929711 SANBARBA CA 08:55 120 HURST CARRIE | 1824597 |
| rq&n | 05/26/06 | | $0.43 | 014 | 1 | Long Distance Telephone Charges 3057438181 KEYS, FL FL 09:04 480 HURST CARRIE | 1824598 |
| rq&n | 05/26/06 | | $3.40 | 064 | 17 | Copying Expense 052606 BROWN PATRICIA | 1824599 |
| rq&n | 05/26/06 | | $0.80 | 064 | 4 | Copying Expense 052606 BROWN PATRICIA | 1824600 |
| rq&n | 05/26/06 | | $0.40 | 064 | 2 | Copying Expense 052606 BROWN PATRICIA | 1824601 |
| rq&n | 05/26/06 | | $0.60 | 064 | 3 | Copying Expense 052606 HURST CARRIE | 1824602 |
| rq&n | 05/26/06 | | $0.20 | 064 | 1 | Copying Expense 052606 HANSEN ALISON | 1824603 |
| jarvs | 05/26/06 | | $2.40 | 064 | 12 | Copying Expense SORENSON JAMES | 1824698 |
| jarvs | 05/26/06 | | $0.60 | 064 | 3 | Copying Expense SORENSON JAMES | 1824699 |
| mons | 05/26/06 | | $242.86 | 019 | 1 | Westlaw | 1829549 |
| jarvs | 05/30/06 | 139473 | $181.00 | 262 | 1 | Filing Fee - Wells Fargo Remittance Center | 1824658 |
| jarvs | 05/30/06 | | $1.20 | 079 | 8 | Exhibit Tabs | 1833040 |
| jarvs | 05/31/06 | 139494 | $703.50 | 322 | 1 | Investigative Services - Carco Group, Inc. | 1824755 |
| rq&n | 05/31/06 | | $5.60 | 064 | 28 | Copying Expense 310506 HURST CARRIE | 1828468 |
| rq&n | 05/31/06 | | $22.40 | 064 | 112 | Copying Expense 053106 BOUVIER DAWN | 1828469 |
| jarvs | 05/31/06 | | $29.48 | 013 | 1 | Federal Express Charges | 1831114 |
| COST TOTAL | | | $25,360.23 | | | | |