# EXHIBIT C-1

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 31, 2006
Las Vegas, NV  89121                                   Invoice No. ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00001**

**Case Administration**

| | | | |
|---|---|---|---|
| 06/01/06 A Jarvis | .30 | Conference with M. Olson regarding press release. |
| 06/01/06 A Jarvis | .50 | Review loan documentation, issues regarding servicing authority. |
| 06/01/06 A Jarvis | 1.30 | Conference with investor regarding case issues, requested information. |
| 06/01/06 A Jarvis | .90 | Conferences with T. Allison regarding case issues, preparation for hearings. |
| 06/01/06 A Jarvis | .50 | Conference with T. Allison and investor regarding reorganization, case administration issues. |
| 06/01/06 A Jarvis | .30 | Correspondence with S. C. Strong regarding motion to hold funds, Allison declaration. |
| 06/01/06 A Jarvis | .80 | Conference with S. C. Strong regarding motion to hold funds, continuance. |
| 06/01/06 A Jarvis | .80 | Conference with S. C. Strong regarding motion to hold funds, issues relating to same. |
| 06/01/06 A Jarvis | .30 | Correspondence on Rule 2019 letter requesting information on multiple representations. |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 31, 2006


06/01/06 A Jarvis          .50 Correspondence with investors regarding
                               requested information.

06/01/06 A Jarvis          .50 Correspondence on document requests,
                               production, review of documents.

06/01/06 A Jarvis          .30 Correspondence on cash forecast.

06/01/06 E Monson          .20 Follow up with C. Hurst regarding issues
                               relating to mailing matrix (.2).

06/01/06 S Strong         2.10 Review email from A. Jarvis regarding R. 2019
                               disclosures required by attorneys
                               representing more than one investor/creditor,
                               review opposition filed by M. Guymon for
                               various lenders, and draft letter to M.
                               Guymon regarding same (1.3); confer with D.
                               Monson regarding his prior communications
                               with and information from M. Guymon and
                               review emails exchanged (0.3); revise and
                               finalize letter to M. Guymon regarding
                               required disclosures and oversee transmittal
                               of same (0.5).

06/01/06 S Strong         2.20 Exchange emails with J. McPherson regarding
                               status of stipulation requesting continuance
                               on Motion to Hold Funds (0.1), review various
                               emails from parties regarding same (0.2),
                               exchange emails with A. Jarvis regarding same
                               (0.1), review stipulation as lodged with
                               Court today (0.2), and exchange followup
                               emails with L. Schwartzer regarding
                               expectations for Judge's treatment of
                               stipulation (0.2); continue analysis for and
                               drafting of proposed Reply in support of
                               motion to hold funds (1.4).

06/01/06 S Strong         1.00 T/c w/ investor M.L. Smith regarding court's
                               ruling regarding Bundy Canyon investor funds
                               and other issues concerning case status (0.4);
                               review Loan Summary regarding 115 serviced
                               loans and exchange emails with M. Olson and S.
                               Smith regarding same (0.3); review Rule 2019
                               statement filed by Jones Vargas and exchange
                               emails with A. Jarvis regarding separate
                               representation of certain committee members
                               (0.3).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 31, 2006

06/01/06 S Strong         .70 T/c w/ M. Kehl regarding status of revised
                              13-week cash budget (0.1); review revised
                              budget as circulated by M. Kehl and related
                              emails (0.6).

06/01/06 S Strong         .40 Review emails from M. Kehl, S. Smith and A.
                              Jarvis regarding IP separation issues (0.2);
                              forward emails to S. Tingey and discuss issues
                              with him (0.2).

06/01/06 C Hurst         1.80 Finalize and transmit S. C. Strong ECF
                              Application to Nevada Bankruptcy Court (.3);
                              emails with E. A. Monson regarding master
                              service list status (.2); email to S. Smith
                              regarding investor address changes (.3).

06/02/06 A Jarvis         .40 Correspondence on preparation of budget.

06/02/06 A Jarvis         .80 Correspondence on Motion to Hold Funds (.5);
                              conference with S. C. Strong regarding same
                              (.3).

06/02/06 A Jarvis         .50 Conference with S. C. Strong regarding
                              drafting of Motion to Hold Funds.

06/02/06 S Strong        1.90 Continue analysis for and drafting of Reply in
                              support of motion to hold funds (0.7); confer
                              with J. McPherson regarding status of
                              stipulation for continuance of same (0.2);
                              exchange emails with A. Jarvis regarding same
                              (0.2); t/c with J. McPherson regarding courts
                              position on stipulation and matters to be heard
                              at 6/2/06 hearing (0.2); exchange emails with
                              A. Jarvis regarding same (0.1); review courts
                              order granting modified approval of stipulation
                              concerning matters to be heard, and forward
                              same to counsel for committees (0.3); exchange
                              emails with A. Jarvis regarding preparations
                              needed on motion to hold funds (0.2).

06/02/06 A Tsu           5.20 Reviewing debtor's motion to temporarily hold
                              funds and objections to same; research same
                              for June 5th hearing.

06/05/06 A Jarvis         .25 Conference with S. C. Strong and S. Smith
                              regarding preparation of Statements and
                              Schedules.

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   August 31, 2006


06/06/06 A Jarvis        .40 Correspondence on press release issues.

06/06/06 S Tingey        .20 Telephone conference with M. Kehl regarding IP
                             transition issues (0.2).

06/06/06 C Hurst        2.50 Return phone calls to investors/creditors
                             (.4); review updated docket and download
                             service requests and order approving master
                             service list (1.1); e-mail correspondence
                             with Schwartzer & McPherson and E. A. Monson
                             regarding same and begin work on master
                             service list #2 (1.0).

06/07/06 A Jarvis        .40 Correspondence on press release issues.

06/07/06 A Jarvis        .40 Conferences with S. C. Strong regarding
                             Committee motion.

06/07/06 D Monson       1.20 Review e-mails on press release review and
                             content (0.2); telephone call to M. Olson on
                             press release (0.1); e-mail to M. Olson and
                             M. Kehl on press release content (0.2);
                             telephone call from M. Olson on press release
                             issues (0.2); e-mail to M. Olson on language
                             for bankruptcy hearing and order approval
                             process, and discuss press release issues
                             with A. Jarvis (0.5).

06/07/06 E Monson       1.30 Attend strategy meeting with K. G. Glade, D. M.
                             Monson, S. C. Tingey, S. C. Strong and A. W.
                             Jarvis (1.3).

06/07/06 E Monson        .80 Review e-mails from C. Hurst regarding mailing
                             matrix (.1); review cases on subsection 1102
                             (.7).

06/07/06 S Strong       1.10 Review draft list of contracts for Schedule G
                             (0.4); t/c w/ S. Smith regarding same (0.2);
                             confer with C. Hurst regarding details of
                             litigation search needed for debtors SOFAs,
                             exchange emails with her regarding same, and
                             exchange emails with S. Smith regarding same
                             (0.6); review docket and various matters set
                             for 6/21 hearing, and exchange emails with M.
                             Kehl and A. Jarvis regarding same (0.5).

Client No. 34585                                                Page:   5
Debtor USA Commercial Mortgage Co., et al.                     August 31, 2006


06/07/06 S Tingey       1.50 Telephone conference with M. Kehl, R. Hilson,
                             M. Olson regarding IP Transition Services
                             Agreement (1.10); revise IP Transition Services
                             Agreement (0.4).

06/07/06 S Waterman      .60 Office conference with S. Strong regarding
                             reply memorandum in support of motion to hold
                             funds.

06/07/06 S Waterman     1.90 Preliminary review of motion to hold funds
                             and issues.

06/07/06 C Hurst        7.24 Office conference with S. C. Strong regarding
                             litigation search for statement of affairs;
                             arrange for Federal Court search; search
                             Clark County database for pending litigation
                             (1.1); office conference with A. W. Jarvis
                             regarding preparation for 6/15 hearing;
                             access and update docket; update hearing
                             binders; prepare new binders; review case
                             cites in Lender's reply briefs (6.3);
                             research status of Bundy Canyon order (.2);
                             e-mail with BMC regarding master service list
                             (.2).

06/07/06 J Zimmer        .90 PACER/Courtlink research

06/08/06 A Jarvis        .40 Correspondence on proposed budget.

06/08/06 A Jarvis        .40 Correspondence with investors regarding
                             administrative issues.

06/08/06 A Jarvis        .50 Conferences with S. C. Strong regarding
                             committee representation motion.

06/08/06 L Jenkins       .10 Conferences with S. Strong regarding meeting to
                             discuss schedules issue.

06/08/06 L Jenkins       .34 Telephone conference with S. Strong and S.
                             Smith regarding discussing various issues
                             related to preparation of schedules.

06/08/06 L Jenkins       .14 Review schedule sent by S. Smith.

06/08/06 D Monson        .40 E-mails on draft Press Release issues, and
                             review draft Press Release from M. Olson (0.4).

```
Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.                August 31, 2006
```

06/08/06 S Strong      1.70 Review email from S. Smith with questions
                            regarding legal issues in preparing debtors
                            schedules and research and analysis of issues
                            raised (2.2); conference with L. Jenkins
                            regarding same (0.2); participate in
                            teleconference with S. Smith and L. Jenkins
                            regarding same (0.8); follow-up discussions
                            with L. Jenkins regarding same (0.2).

06/08/06 S Strong       .30 Review draft of Master Service List #2 and
                            exchange emails with C. Hurst regarding same.

06/08/06 S Strong      1.10 Review and list motions to be filed tomorrow
                            and discuss same with A. Jarvis (0.3);
                            exchange emails with L. Schwartzer and J.
                            McPherson regarding OST issues respecting
                            motions and hearings needed (0.3); telephone
                            conference with J. McPherson regarding same
                            (0.3); conference with A. Jarvis regarding
                            same (0.2).

06/08/06 S Strong       .20 Review email from M. Kehl regarding need to
                            file revised cash budget, and review revised
                            budget.

06/08/06 S Strong      1.30 Review and analysis of information regarding
                            unremitted principal problem and
                            reconciliation of dollar amounts, and
                            exchange emails with M. Kehl and S. Smith
                            regarding same.

06/08/06 S Waterman    1.80 Review case law and research regarding motion
                            to hold funds reply memo.

06/08/06 C Hurst       5.50 Return calls to creditors/investors (.6);
                            access BMC docket; review and download new
                            pleadings (.6); prepare updates and changes
                            to master service list #2; discussions with
                            E. A. Monson regarding same; e-mails with
                            Schwartzer & McPherson regarding same (4.3).

06/09/06 A Jarvis       .20 Correspondence with J. Milanowski's counsel
                            regarding meeting.

06/09/06 A Jarvis       .30 Correspondence on meeting with J. Milanowski.

06/09/06 L Jenkins      .24 Review issues regarding schedules.

Client No. 34585                                              Page:    7
Debtor USA Commercial Mortgage Co., et al.                   August 31, 2006


06/09/06 D Monson          .40 Review e-mails on proposed Press Release (0.2);
                               telephone call from M. Olson on Press Release
                               comments; e-mail on Press Release comments
                               (0.2).

06/09/06 M Pugsley         .30 Review Press Releases (.3).

06/09/06 S Tingey          .80 Revise Transition Services Agreement with
                               Investment Partners (0.8).

06/09/06 A Tsu            1.80 Reviewing cash management motion and status
                               regarding placing funds into an interest
                               bearing account at Bank of America (1.8).

06/09/06 C Hurst          3.04 Review litigation search results; office
                               conference with S. C. Strong regarding same
                               and e-mail Jo Oriti; receipt of known
                               litigation from Jo Oriti - compare against
                               our findings (1.1); access updated docket,
                               download pleadings and update 6/15 hearing
                               binders (2.5).

06/10/06 S Waterman      1.30 Review responses to motion to hold funds.

06/11/06 S Waterman      6.60 Review opposition and cases regarding motion
                              to hold funds.

06/12/06 A Jarvis          .30 Correspondence on Order Shortening Time.

06/12/06 A Jarvis          .20 Telephone conference with T. Allison regarding
                               meeting with J. Milanowski regarding IP pledge;
                               motions to be filed.

06/12/06 A Jarvis          .15 Conference with S. C. Strong regarding
                               statements and schedules.

06/12/06 A Jarvis          .90 Correspondence with investors (.4);
                               correspondence on motions to shorten time
                               (.5).

06/12/06 A Jarvis          .50 Conference with S. T. Waterman regarding
                               motion to hold funds.

06/12/06 L Jenkins         .40 Review contingent liability schedule.

06/12/06 L Jenkins         .44 Review email issues from S. Smith regarding
                               schedules.

Client No. 34585                                     Page:   8
Debtor USA Commercial Mortgage Co., et al.           August 31, 2006


06/12/06 D Monson      .50 Review e-mails on posting new Motions for USA
                           Capital website for informational purposes
                           (0.2); review e-mails on revised drafts of
                           Press Release, and discuss Press Release with
                           S. Strong (0.3).

06/12/06 S Strong      .50 Meet with S. Waterman to discuss Reply
                           regarding motion to hold funds and new
                           objections received to same (0.3); review new
                           objections regarding same (0.2).

06/12/06 S Strong      .30 Review Bundy Canyon order as entered and
                           exchange emails with M. Olson regarding
                           implementation of same.

06/12/06 S Strong      .34 Review proposed Notes to debtors schedules
                           and statements (0.5); conference with L.
                           Jenkins regarding same (0.1); exchange emails
                           with S. Smith and M. Kehl regarding same
                           (0.1).

06/12/06 S Strong      .40 Exchange emails with A. Jarvis, S. Tingey and
                           M. Kehl regarding loan documents relating to
                           Fertitta investments and committees request
                           for same, and review related documents.

06/12/06 S Strong     1.40 Review and edit draft press release from M.
                           Olson regarding 5 motions filed by debtors
                           last week, discuss same with A. Jarvis, and
                           review various emails and revisions regarding
                           same.

06/12/06 S Strong      .60 Review draft of T. Allison statement for
                           debtors website regarding motion for committee
                           reconstitution and  ECC, edit same, discuss
                           with A. Jarvis, and review emails and revisions
                           regarding same.

06/12/06 S Strong     1.10 Review electronic docket and prepare list for
                           RQN team of all matters to be heard 6/506 and
                           comments regarding same.

06/12/06 A Tsu        7.20 Research regarding equitable subrogation;
                           drafting section regarding same for reply
                           memo in support of debtor's motion to
                           temporarily hold funds pending a
                           determination of proper recipients.

Client No. 34585                                                    Page:   9
Debtor USA Commercial Mortgage Co., et al.                         August 31, 2006


06/12/06 S Waterman       5.80 Research regarding motion to hold funds.

06/12/06 S Waterman       2.70 Revise reply memorandum on motion to hold
                               funds.

06/13/06 A Jarvis          .20 Telephone conference with S. C. Strong
                               regarding issues on statements and schedules.

06/13/06 L Jenkins         .44 Review and comments on notes to schedules and
                               statement of affairs.

06/13/06 L Jenkins         .94 Review and comment on notes to schedules and
                               statement of affairs.

06/13/06 B Kotter          .40 Follow up on hearing preparations (.1);
                               review Court electronic filing requirements
                               and local rules for A. W. Jarvis (.3).

06/13/06 D Monson          .20 Review e-mails on Press Release issues and
                               timing for reports and payments to Direct
                               Investors (0.2).

06/13/06 S Strong         1.80 Review and analysis of courts order entered
                               granting motion to return Bundy Canyon $8.9
                               million investor funds, and Orange Coast
                               Titles refusal to return funds (0.3); review
                               emails from A. Jarvis and M. Olson regarding
                               status of Bundy Canyon funds to return to
                               investors (0.1); conference with S. Smith
                               regarding same (0.1); review and analysis of
                               draft letter from S. Bice regarding same
                               (0.2); telephone conference with J. McPherson
                               regarding same (0.4); draft email to A.
                               Jarvis regarding same (0.2); conference with
                               M. Olson and review emails from him regarding
                               same (0.3); review L.V. press article
                               regarding USA case events, and exchange
                               emails with M. Olson regarding same (0.2).

06/13/06 S Strong         3.24 Conference with S. Smith regarding status of
                               work on debtors statements and schedules
                               (0.5); review and edit global notes to
                               statements and schedules, and conference with
                               L. Jenkins regarding same (0.8); participate
                               in meeting with S. Smith, J. Oriti, BMC
                               personnel, R. Hilson and other USA accounting
                               personnel to discuss issues for and drafts of
                               statements and schedules for 5 debtor
                               entities (3.8); research and analysis of

Client No. 34585                                                    Page:    10
Debtor USA Commercial Mortgage Co., et al.                          August 31, 2006


                         various legal issues raised in connection
                         with preparing and presenting schedules and
                         statements for 5 debtors (1.1); telephone
                         conference with L. Jenkins regarding same
                         (0.3).

06/13/06 S Tingey    2.80 Revise Transition Agreement with IP (2.8).

06/13/06 S Waterman  2.40 Review and revise reply brief on motion to
                         hold funds.

06/14/06 L Jenkins    .74 Review revised notes to schedules and
                         statement of affairs received from S. Smith.

06/14/06 L Jenkins    .30 Conferences with S. Strong regarding
                         discussion of and comments on notes and
                         questions to schedules and statement of
                         affairs.

06/14/06 M Pugsley    .40 Meeting with B. Kotter regarding subpoena (.4).

06/14/06 S Strong    3.60 Continue revising/drafting notes to
                         Statements and Schedules (0.3); telephone
                         conference with L. Jenkins regarding same
                         (0.1); conference with S. Smith regarding
                         same (0.1); conduct electronic searches
                         regarding pending litigation involving 5
                         debtors and revise lists for Statements and
                         Schedules (1.1); telephone conference with C.
                         Hurst regarding same (0.2); conference with
                         J. Oriti regarding same (0.1); continue to
                         revise, expand, edit and finalize SOFA item
                         4.a disclosures of litigation involving 5
                         debtors (2.2); telephone conference with M.
                         Pugsley regarding administrative proceedings
                         (0.3); conference with M. Olson regarding
                         same (0.1); circulate revised litigation
                         disclosures with explanations to J. Oriti for
                         inclusion in SOFAs for 5 debtors (0.2);
                         further review and editing of Notes to
                         Statements and Schedules for 5 debtors,
                         discussions with S. Smith regarding same, and
                         work with her in finalizing same (2.2);
                         telephone conference with L. Jenkins
                         regarding his comments to same (0.3).

Client No. 34585                                              Page:   11
Debtor USA Commercial Mortgage Co., et al.                   August 31, 2006


06/14/06 S Strong           .60 Review and analysis of objections filed by
                                Fund Committees and JV Direct Lenders to
                                debtors motion for continued use of cash
                                (0.3); discuss same with S. Smith (0.1);
                                discuss same with A. Jarvis (0.2).

06/14/06 S Tingey          1.00 Revise Transition Services Agreement (0.7);
                                conference with M. Pugsley regarding document
                                issues for Transition Agreement (0.3).

06/14/06 C Hurst           2.00 Receipt and respond to calls from investors,
                                claimants (.7); review, begin downloading of
                                pleadings scheduled for June 21 hearing (.8);
                                receipt and review of MSL #2 as filed and
                                correspondence regarding changes (.5).

06/15/06 C Hurst           1.00 Access case calendar for 6/21/06 hearings;
                                further download and organization for 6/21
                                hearing binders.

06/16/06 S Strong          1.04 Review Statements and Schedules as filed, and
                                conference with C. Hurst regarding same
                                (0.5); review email from S. Smith regarding
                                same (0.1); email to RQN team regarding same
                                (0.1); further review and analysis of same
                                (1.4)

06/16/06 S Strong           .70 Conference with E. Monson and D. Monson
                                regarding results of yesterdays hearings and
                                preparations needed for next weeks hearings
                                (0.4); exchange emails with D. Monson, J.
                                McPherson, and L. Schwartzer regarding
                                proposed order on PDG motion (0.2); exchange
                                emails with D. Monson regarding preparation
                                of other orders on hearings recently held
                                (0.1).

06/16/06 C Hurst           4.60 Work on hearing binders for all matters
                                scheduled for 6/21/06 (4.2); office
                                conference with S. C. Strong regarding
                                schedules and statement of affairs;
                                instruction to copy center to download;
                                receipt and brief review of schedules (.8).

06/19/06 A Jarvis           .30 Correspondence with investor regarding
                                progress of case.

Client No. 34585                                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.                         August 31, 2006


06/19/06 A Jarvis          .20 Correspondence on questions on statements and
                               schedules.

06/19/06 A Jarvis          .50 Draft memo to working group regarding
                               division of labor.

06/19/06 S Strong          .10 Review email from S. Smith and confer with C.
                               Hurst regarding additional information
                               regarding litigation matters needed for
                               amended SOFA for USACM.

06/19/06 S Strong          .30 Confer with C. Hurst regarding motions to be
                               heard this week and preparation of hearing
                               binders for A. W. Jarvis (0.2); confer with
                               A. Tsu docket search for new filings and
                               deadlines (0.1).

06/19/06 C Hurst          7.20 Continue preparation of 6/12 hearing binders
                               (6.3); receipt of e-mails regarding address
                               corrections and resignation of committee
                               members (Congress); forward to BMC (.6);
                               office conference with S. C. Strong regarding
                               preparing list of counsel involved in
                               litigation as set forth in statement of
                               affairs; begin research and preparation of
                               same (.6).

06/20/06 E Monson         9.20 Work on reply in support of DIP Financing
                               Motion (1.3); work on revising J. Allison
                               Declaration (4.0); put together exhibits for
                               T. Allison declaration (.5); proof
                               Declaration, make additional revisions
                               thereto and facilitate filing thereof (1.0);
                               review order and e-mails from A. W. Jarvis on
                               DIP Financing (.5); conference call with S.
                               C. Strong and Ken Ottaviano regarding Order
                               on DIP Financing (.8); follow up with J.
                               McPherson regarding e-mails and issues on
                               Room Development and discuss with D. M.
                               Monson (.4); send e-mails to J. McPherson and
                               A. Stevens and Monty Kehl regarding issues on
                               Room Development loan (.2); follow up on
                               Boise/Gowan loan and review operating
                               agreement and discuss with S. C. Strong (.3);
                               discussion with C. Hurst regarding pleadings
                               for hearings tomorrow (.2).

Client No. 34585                                              Page:   13
Debtor USA Commercial Mortgage Co., et al.                   August 31, 2006


06/20/06 S Strong        .40 Telephone conference with investor D. Cadieux,
                             review USA and BMC websites for information for
                             him, and email to him regarding telephonic
                             participation available for tomorrows hearing
                             (0.4).

06/20/06 C Hurst        4.24 Access docket; pull newly filed pleadings
                             relating to 6/21 hearing; update hearing
                             binders (2.0); assist with pulling/indexing
                             case cites in opposition briefs (1.8);
                             organize and tab schedule and statement of
                             affairs binders for all cases (.9).

06/21/06 A Jarvis       1.00 Meeting with T. Allison regarding business
                             needs, furtherance of case in light of
                             rulings.

06/21/06 E Monson        .70 Meet with S. C. Strong and D. M. Monson and
                             discuss upcoming motions to be filed and
                             issues related thereto.

06/21/06 S Strong       2.30 Confer with E. Monson and D. Monson regarding
                             prepaid interest issues and loan/investor
                             reconciliation issues to address in a motion
                             to distribute funds (0.5); research loan
                             documents and legal issues regarding same
                             (1.8).

06/21/06 S Strong       1.14 Exchange emails with A. Jarvis regarding
                             information needed for this mornings hearings
                             (0.2); exchange emails with C. Hurst regarding
                             information for amendments to schedules and
                             statements, and review followup emails
                             regarding same (0.3); exchange emails with M.
                             Kehl regarding status of todays hearings
                             (0.1); telephone conference with A. Jarvis
                             regarding results of todays hearings on
                             various motions and strategies going forward
                             (0.7).

06/21/06 C Hurst        3.54 Access docket; obtain updated Notices of
                             Appearance; review e-mails regarding address
                             additions; changes and work on revisions to
                             master service list #3; forward address
                             changes to BMC and Mesirow (3.4); e-mail
                             exchanges with Schwartzer, McPherson &
                             Mesirow regarding amendments to schedules,
                             matrix (.3).

Client No. 34585                                              Page:   14
Debtor USA Commercial Mortgage Co., et al.                   August 31, 2006


06/22/06 E Monson        .80 Discussions with S. C. Strong regarding
                             events at hearing and future course of action
                             in case (.5); discussions with A. W. Jarvis
                             regarding various issues to follow up on in
                             case (.3).

06/22/06 C Hurst        3.30 Download further Notices of Appearance; work
                             on master service list #3 (2.6); respond to
                             creditor/investor inquiries (.5); e-mails to
                             BMC with address updates (.2).

06/23/06 A Jarvis        .30 Correspondence on questions on statements and
                             schedules.

06/23/06 A Jarvis        .80 Correspondence with investors regarding
                             update on case issues.

06/23/06 A Jarvis        .30 Correspondence on meeting with counsel for J.
                             Milanowski.

06/23/06 S Strong        .14 Review amendments to USACMs schedules and
                             statements, and exchange emails with A.
                             Jarvis and S. Smith regarding same (0.3).

06/23/06 S Strong        .40 Confer with A. Jarvis regarding case
                             strategies going forward (0.4).

06/23/06 C Hurst         .50 Further work and follow up on addresses;
                             notices for master service list; return calls
                             to parties inquiring about case.

06/26/06 S Strong        .50 Confer with S. Smith regarding various case
                             administration issues.

06/26/06 C Hurst         .30 Facilitate download and organize amendments
                             to schedules.

06/27/06 S Clark         .50 Conference with Elaine Monson regarding
                             privacy issues.

06/27/06 A Jarvis        .15 Correspondence on statements and schedules.

06/27/06 A Jarvis        .30 Correspondence on meeting with J.
                             Milanowski's counsel.

06/27/06 B Kotter        .40 Legal research on 11 U.S.C. subsection 365
                             issues (.4).

06/27/06 E Maragakis     .40 Telephone conference with E. Monson regarding
                             GLB Act; research on same via Westlaw.

06/27/06 E Monson        .50 Review notices of appearance filed by US
                             Attorney and send to C. Hurst (.1); review
                             e-mail from C. Hurst and send reply
                             (.1)conference with A. W. Jarvis and S. C.
                             Strong regarding issues on distribution motion
                             and research on electronic discovery issues
                             (.3).

06/27/06 S Strong       2.30 Review voice message from investor (0.1);
                             review and analysis of proposed investor
                             statements (0.7); telephone conference with S.
                             Smith regarding issues concerning proposed
                             loan-by-loan investor statements (0.5); confer
                             with A. W. Jarvis regarding same (0.2); confer
                             with A. W. Jarvis regarding motions to be filed
                             next week (0.1); review detailed report with
                             investor perspective on June 15 and June 21
                             hearings (0.2); review electronic docket and
                             orders entered today (0.2); review amended
                             schedules of USA (0.3).

06/27/06 C Hurst         .14 Download amended statement of affairs.

06/28/06 A Jarvis        .15 Correspondence on statements and schedules.

06/28/06 A Jarvis        .30 Telephone conference with investor regarding
                             distribution issues.

06/28/06 A Jarvis        .30 Conference with M. Pugsley regarding meeting
                             with counsel for J. Milanowski, agenda
                             regarding same.

06/28/06 A Jarvis        .30 Correspondence with B. J. Kotter on
                             documents, privilege review.

06/28/06 E Monson       1.80 Follow up with L. Schwartzer and J. McPherson
                             regarding bar date to file claims and send
                             e-mail to A. Parlen (.2); discussion with S. C.
                             Strong and B. J. Kotter regarding issues on
                             review of privileged documents (.3); additional
                             discussion with S. C. Strong regarding review
                             of loan files for privilege (.3); meet with G.
                             Jolley and discuss his review of
                             Sandlin/Sheraton loan files (.5); follow up on
                             issues on privilege review and traveling to Las

Client No. 34585                                          Page:   16
Debtor USA Commercial Mortgage Co., et al.               August 31, 2006


                        Vegas (.5).

06/28/06 S Strong       .50 Telephone conference with investor regarding
                            status and events in bankruptcy case (0.3);
                            confer with E. A. Monson regarding claims bar
                            date issues and review emails from E. A.
                            Monson, L. Schwartzer and J. McPherson
                            regarding same (0.2).

06/29/06 A Jarvis       .40 Conference with counsel for J. Milanowski
                            regarding case administrative issue.

06/29/06 A Jarvis       .30 Correspondence on orders, pending matters.

06/29/06 A Jarvis       .30 Email regarding calendaring motions,
                            responsibility for same.

06/29/06 S Strong       .80 Review proposed orders on IP settlement, DIP
                            financing, and cash usage, confer with A. W.
                            Jarvis regarding same, edit same, and send
                            edits to L. Schwartzers office (0.8).

06/30/06 A Jarvis       .50 Correspondence on investor statements, motion
                            to distribute funds, committee positions.

06/30/06 S Strong       .60 Review reorganization proposals from investor
                            (0.3); telephone conference with him regarding
                            same (0.3).

06/30/06 S Strong      1.50 Telephone conference with A. W. Jarvis
                            regarding issues and strategies for motion to
                            distribute funds (0.4); review prior
                            arguments raised by various direct lenders
                            regarding offsetting or netting amounts due
                            to/from lenders, and research case law
                            regarding same for motion to distribute funds
                            (1.1).

TOTAL FOR LEGAL SERVICES RENDERED                          $39,848.50

# EXHIBIT C-2

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV  89121                             Invoice No. ******
```

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00002**

**Asset Analysis and Recovery**

06/01/06 A Jarvis     .50 Conference with T. Allison and J. Milanowski
                          regarding IP receivable, recovery of assets.

06/01/06 A Jarvis     .30 Correspondence on IP security agreement.

06/01/06 A Jarvis     .30 Correspondence on Sheraton issues.

06/01/06 S Strong     .50 Confer with K. Glade regarding current
                          negotiations and positions on IP asset pledge
                          (0.2); review revised drafts of IP promissory
                          note and security agreement circulated by K.
                          Glade (0.2); review followup emails from T.
                          Allison and A. Jarvis regarding same (0.1).

06/02/06 A Jarvis     .50 Review IP security agreement; conference with
                          K. G. Glade regarding same.

06/03/06 K Glade     1.50 Telephone call with T. Allison and J.
                          Milanowski regarding IP documents (0.3);
                          revise IP documents (0.9); draft related
                          e-mails (0.3).

06/03/06 A Jarvis     .40 Telephone conference with K. G. Glade
                          regarding IP security interest.

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/05/06 K Glade          2.80 Telephone call with A. Jarvis and T. Allison
                               regarding IP documents (0.2); e-mails from J.
                               Milanowski regarding changes to IP documents
                               (0.2); telephone call with B. Goold regarding
                               changes to IP documents (0.3); telephone call
                               with T. Allison regarding changes to IP
                               documents (0.2); telephone calls with S.
                               Strong regarding IP documents (0.2); review
                               B. Goold revisions to IP documents (0.3);
                               make additional changes (0.3); related
                               e-mails (0.2); review Rio Rancho request for
                               discounted payoff (0.2); telephone call with
                               M. Olson regarding Foxhill's request for
                               title transfer (0.2); review Foxhill's
                               documentation (0.2); conference with D.
                               Monson regarding Gramercy subordination issue
                               (0.2); conference with S. Tingey regarding
                               Foxhill's issue (0.1).

06/05/06 A Jarvis         1.00 Conference with T. Allison and A. Steven
                               regarding IP security agreement negotiations
                               (.2); meeting with J. Milanowski and T.
                               Allison regarding IP security agreement (.8).

06/05/06 S Strong         1.00 Confer with T. Allison and A. Jarvis
                               regarding status of IP security agreement
                               (0.1); participate in meeting with T. Allison
                               and J. Milanowski regarding same and related
                               issues (0.8); t/c w/ K. Glade regarding same
                               (0.1).

06/05/06 S Tingey          .90 Review information regarding Sheraton
                               Partners loan; draft information letter to
                               investors regarding same.

06/06/06 A Jarvis          .90 Conferences with K. G. Glade regarding IP
                               security interest, negotiations with Ashby,
                               proposal by Ashby regarding payoff of loans,
                               requested release of security interest.

06/06/06 S Strong          .30 Review latest draft of IP security agreement
                               and confer with K. Glade regarding same
                               (0.2); review final changes to IP security
                               agreement and email from K. Glade with
                               executed copies of promissory note and
                               security agreement (0.1).

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/06/06 S Tingey        1.10 Revise memo regarding Sheraton Hotel (0.5);
                              memo to A. W. Jarvis regarding same (0.3);
                              review information regarding standard
                              property loan and borrowers request (0.3).

06/06/06 G Jolley         .30 Meeting with E. Monson for research of
                              collections issues regarding the judgment
                              obtained by Winder & Haslam.

06/07/06 A Jarvis         .50 Correspondence on potential Royal Hotel sale.

06/07/06 S Strong         .60 Review K. Glades email regarding Oak Mesa loan
                              issues and pending sale of Royal Hotel (0.2);
                              review state-court pleadings regarding Royal
                              Hotel pending sale and email regarding same
                              (0.4).

06/08/06 A Jarvis         .50 Correspondence on IP security agreement.

06/08/06 A Jarvis         .20 Conference with B. Kotter regarding IP security
                              agreement approval.

06/08/06 B Kotter        3.00 Conference with A. W. Jarvis regarding Motion
                              to Approve Security Agreement (.2);
                              conference with K. G. Glade regarding same
                              (.2); drafting of Motion to Approve and
                              Authorize Security Agreement (2.6).

06/08/06 S Strong         .20 Review K. Glade's comments regarding proposed
                              press release regarding IP pledge and exchange
                              emails with A. Jarvis and K. Glade regarding
                              same.

06/09/06 A Jarvis         .50 Correspondence on potential sale of Royal
                              Hotel.

06/09/06 A Jarvis         .30 Correspondence on IP security agreement
                              issues.

06/09/06 S Strong        1.50 Review draft of motion to approve IP pledge and
                              conference with B. Kotter regarding edits to
                              same (0.3); review revised draft of motion,
                              conference with K. Glade regarding same, review
                              K. Glade's further edits to same, make final
                              revisions to motion, assemble exhibits for
                              same, and transmit same to local counsel for
                              filing today (1.2).

Client No. 34585                                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/12/06 A Jarvis      .50 Correspondence on Royal Hotel.

06/12/06 A Jarvis      .40 Correspondence on IP security agreement
                           negotiations.

06/12/06 A Jarvis      .30 Correspondence on meeting with J. Milanowski
                           regarding IP security agreement.

06/12/06 G Jolley      .80 Draft letter to J. Holt of Winder & Haslam
                           requesting file for collections case; meet
                           with E. Monson regarding the same.

06/13/06 K Glade      2.10 Revise summary regarding IP documentation
                           (0.2); draft e-mail regarding 10-90 documents
                           (0.7); conference call with A. Jarvis and
                           others regarding 10-90 documents (0.6); draft
                           memo regarding IP UCC search results (0.6).

06/14/06 S Finlinson  2.40 Conference with Kevin Glade regarding
                           Operating Agreement for Oak Mesa Investors,
                           LLC; review Operating Agreement in detail and
                           outline the provisions for Allocation of
                           Profits and Losses and Distribution of Case;
                           report results of research to Kevin.

06/14/06 K Glade      1.90 E-mail regarding Oak Mesa proposal (0.1);
                           telephone call with Diversified Committee
                           counsel regarding 10-90 (0.3); subsequent
                           e-mail to client (0.1); e-mails regarding
                           issues on 10-90 loan (0.2); conference with
                           S. Tingey regarding Epic loan, BySynergy
                           loan, Sheraton loan, Beau Rivage, Fiesta
                           McNaughton loan and other problem credits
                           (0.4) e-mails to S. Tingey regarding
                           supporting documentation (0.2); telephone
                           call with A. Jarvis regarding Oak Mesa
                           proposal and Diversified issues (0.2);
                           conference with S. Finlinson regarding Oak
                           Mesa operating agreement (0.4).

06/14/06 A Jarvis      .40 Conference with T. Allison and J. Milanowski
                           regarding IP pledge.

06/14/06 G Jolley      .10 Arrange pick-up of files from Winder & Haslam
                           from collection case.

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006


06/15/06 K Glade        1.50 Draft e-mail regarding 10-90 loan (0.6);
                             telephone calls with co-counsel regarding
                             10-90 loan and relationship to IP security
                             agreement (0.9).

06/16/06 K Glade         .70 Conference with S. Tingey regarding Epic loan
                             documentation (0.3); review updated Oak Mesa
                             sale proposal (0.4).

06/16/06 A Jarvis       1.30 Meeting with J. Milanowski and counsel
                             regarding IP security interest, various
                             litigation issues.

06/16/06 S Strong       2.80 Conference with S. Tingey and A. Jarvis
                             regarding problems with Epic loan (0.3); review
                             possible causes of action against Tree Moss
                             regarding Epic loan, discuss same with S.
                             Tingey (1.2); telephone conference with J.
                             Hermann, counsel for Diversified Committee, and
                             S. Tingey, regarding Epic loan problems (0.7);
                             further research and analysis of Epic loan
                             issues and discussions with S. Tingey regarding
                             same (0.6).

06/16/06 S Tingey       3.60 Review information regarding lease or
                             sublease to IP (0.2); conference with  S.
                             Strong regarding EPIC Resorts loan (0.2);
                             telephone conference with A. Jarvis and S.
                             Strong regarding EPIC Resorts (0.2); obtain
                             information regarding EPIC Resorts (0.4);
                             review EPIC bankruptcy pleadings and analyze
                             claims v. Tree Moss (2.1); telephone
                             conference with J. Hermann, attorney for
                             Diversified Fund regarding EPIC loan (0.3);
                             conference with  S. Strong regarding EPIC
                             (0.2).

06/16/06 G Jolley        .20 Meeting with Elaine Monson regarding
                             collection file from Winder & Haslam.

06/19/06 A Jarvis        .40 Correspondence with K. G. Glade regarding IP
                             UCC filings, IP security interest and 10-90
                             loan.

06/19/06 A Jarvis        .30 Correspondence with K. G. Glade regarding IP
                             security interest.

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006


06/19/06 S Tingey        1.50 Telephone conference with title company
                              regarding HFA/Asylum (0.2); review issues
                              regarding EPIC Resorts (0.2); conference with
                              S. Waterman regarding EPIC (0.2); conference
                              with  S. Strong and A. Jarvis regarding EPIC
                              (0.2); telephone conference with J. Hermann and
                              S. Strong regarding EPIC (0.3); draft Complaint
                              v. Tree Moss regarding EPIC (0.4).

06/20/06 S Tingey        4.90 Draft Complaint v. Tree Moss regarding EPIC
                              Resorts (3.80); telephone conference with
                              title company regarding Windham (0.2);
                              assemble and transmit information to title
                              company (0.5); telephone conference with J.
                              Hermann, attorney for Fund regarding Sheraton
                              loan (0.2); conference with  S. Strong
                              regarding Sheraton loan (0.2).

06/21/06 S Strong         .90 Confer with S. Tingey and K. Glade regarding
                              Diversified loan portfolio issues (0.2); review
                              emails from D. Monson and J. McPherson
                              regarding status of PDG order (0.1); further
                              research regarding bankruptcy causes of action
                              for same (0.6).

06/23/06 S Strong         .70 Review voicemail from S. Ostrow, Liberty Bank
                              counsel regarding status of proposed order on
                              IP pledge (0.1), review Liberty Banks
                              objection and related filings regarding same
                              (0.3), and t/c w/ S. Ostrow regarding same
                              (0.3).

06/27/06 G Jolley        1.00 Review file from Winder & Haslam.

06/28/06 K Glade          .80 Draft e-mail to B. Goold regarding LLC consents
                              on IP security interest (0.3); review Order
                              regarding IP security interest (0.2); e-mails
                              regarding IP information (0.3).

06/28/06 G Jolley        3.20 Review notes and correspondence from USA
                              Capital v. Sandlin collection case received
                              from Winder & Haslam (volumes 1 through 4);
                              meet with E. Monson regarding preparation of
                              memo summarizing results and reasoning of the
                              collection case.

Client No. 34585                                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/29/06  K Glade          1.30  Review updated Oak Mesa agreement (0.7);
                                 review Oak Mesa LLC operating agreement
                                 (0.4); e-mail from A. Jarvis regarding Oak
                                 Mesa (0.1); review order on IP documents
                                 (0.1).

06/29/06  E Monson          .20  Follow up with G. Jolley regarding additional
                                 follow up on Sandlin loan (.2).

06/30/06  S Strong          .10  Email to L. Schwartzer regarding Liberty
                                 Bank's interest in reviewing proposed order
                                 on IP settlement (0.1).


TOTAL FOR LEGAL SERVICES RENDERED                                  $13,713.50

# EXHIBIT C-3

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV  89121                             Invoice No.  ******


For Legal Services Rendered Through June 30, 2006

Thomas J. Allison

**Matter No. 34585-00003**

**Asset Disposition**

06/26/06 A Jarvis       5.50 Meeting with potential purchaser of
                             businesses.

06/29/06 A Jarvis        .20 Correspondence on potential sale of business.

  TOTAL FOR LEGAL SERVICES RENDERED                        $1,795.50