# EXHIBIT C-4

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    August 11, 2006
Las Vegas, NV  89121                                       Invoice No. ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00004**

**Business Operations**

| | | |
|---|---|---|
| 06/01/06 K Glade | 6.50 | Conference with T. Allison to discuss Sheraton loan, Fiesta McNaughton loan, Bundy Canyon loans and IP documents (0.4); conference with potential board member regarding parameters and issues in bankruptcy case (1.0); conference with M. Kehl regarding Gramercy subordination issue (0.2); review Gramercy documentation in light of subordination issue (1.0); meet with J. Milanowski and B. Goold to discuss USA Investment documentation (2.0); revise USA Investment Partners documents (1.2); related distribution e-mails (0.2); e-mails regarding Fiesta McNaughton loan (0.2); review investor recharacterization case law (0.3). |
| 06/01/06 A Jarvis | .50 | Meet with potential Board member candidate. |
| 06/01/06 A Jarvis | .50 | Conference with K. G. Glade regarding loan issues, portfolio. |
| 06/01/06 A Jarvis | .50 | Meeting with Grammercy Court borrower regarding additional funding needed, proposed modifications. |
| 06/01/06 A Jarvis | .30 | Correspondence regarding Fidelity release of funding. |

Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/01/06 A Jarvis        .50 Correspondence with A. Stevens regarding loan
                             portfolio issues.

06/01/06 A Jarvis        .50 Correspondence with D. M. Monson regarding
                             borrower issues.

06/01/06 A Jarvis        .50 Correspondence on Grammercy problems.

06/01/06 A Jarvis        .30 Correspondence on Fiesta McNaughten loan.

06/01/06 A Jarvis        .30 Correspondence on Rio Rancho proposal.

06/01/06 A Jarvis        .40 Correspondence on Amesbury proposal;
                             conference with S. C. Strong regarding same.

06/01/06 A Jarvis        .40 Correspondence on Rio Rancho proposal.

06/01/06 A Jarvis        .30 Correspondence on Sheraton loan.

06/01/06 A Jarvis        .30 Correspondence on loan follow up issues.

06/01/06 D Monson       5.80 Review title policy jacket for The Gardens
                             Timeshare Loan, and discuss mechanic's lien
                             issues and title insurance coverage with L.
                             Moore (0.6); review e-mails from M. Guymon, and
                             discussion with S. Strong on letter to M.
                             Guymon on Rule 2019 Notice (0.4); discuss loan
                             servicing issues for delinquent loans in
                             portfolio with S. Strong (0.1); e-mail to M.
                             Kehl on title insurance and mechanic's lien
                             issues for The Gardens Timeshare Loan (1.0);
                             telephone call from M. Kehl on The Gardens
                             Timeshare Loan issues (0.2); telephone call to
                             J. McPherson on circulation list for proposed
                             Order on Partial Releases (0.2); review and
                             respond to e-mail from M. Kehl on interest
                             reserve disbursements for Meadow Creek loan
                             (0.2); conference with M. Kehl and S. Stevens
                             on The Gardens Timeshare Loan issues (0.2);
                             conference with M. Kehl and A. Stevens on
                             Meadow Creek interest documents (0.1);
                             conference with A. Stevens on Bay Pompano loan
                             recording issues (0.2); telephone call from J.
                             Smaha, attorney for 60th Street and 5252 Orange
                             Borrower (0.1); telephone call from K. Turner,
                             attorney for Gramercy Loan investor (0.1);

Client No. 34585                                              Page:   3
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006

                      telephone call from investor (0.1); Send e-mail
                      on circulation list for proposed Order on
                      Partial Releases Motion (0.5); review docket
                      sheet for Objections to Motion for Authority to
                      issue Partial Releases and appearances at
                      hearing and prepare Transmittal Letter to
                      Counsel and Nonrepresented Parties on review of
                      Proposed Order (1.5); finalize Proposed Order
                      on Partial Releases Motion (0.2).

06/01/06 L Moore      .40 Conference with D. Monson regarding issues on
                      potential title insurance claim on Florida
                      time - share property due to cost overrun.

06/01/06 S Strong     .60 Confer with D. Monson regarding ordinary course
                      loan servicing issues (0.2); review email from
                      L. Schwartzer regarding another borrower
                      requesting additional funding (0.1); review
                      email from D. Monson with revised proposed
                      order on motion for ordinary course partial
                      releases (0.3).

06/01/06 S Tingey     .20 Review information regarding Transition
                      Services Agreement (.02).

06/01/06 S Tingey     .50 Review information regarding Gramercy Court
                      loan (0.3); telephone conference with K. G.
                      Glade regarding same (0.2).

06/01/06 E Toscano    2.10 Review and organize file with updated reports
                      and for follow up on outstanding updated
                      reports; review new updated search from
                      Chicago Title Company; continue with phone
                      calls and emails to follow up on missing
                      reports; brief meeting with Steve Tingey;
                      review Preliminary Title Report from Linda
                      Jones at Stewart Title; forward same to Steve
                      Tingey.

06/02/06 K Glade      1.60 Telephone call with M. Kehl and T. Allison
                      regarding IP note and security agreement
                      (0.1); e-mail to B. Goold et al. regarding IP
                      note and security agreement (0.2); telephone
                      call with B. Goold regarding comments to IP
                      documents (0.3); related telephone call with
                      T. Allison (0.3); review Rio Rancho request
                      for discounted payoff (0.4); conference with
                      S. Strong regarding IP documentation (0.2).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/02/06 A Jarvis        .30 Correspondence on Grammercy.

06/02/06 A Jarvis        .40 Correspondence on Franklin Stratford.

06/02/06 A Jarvis        .40 Correspondence on loan servicing issues.

06/02/06 D Monson       1.40 Review e-mails from A. Jarvis on
                             Franklin/Stratford Loan (0.2); telephone call
                             from investor, on state loan payment check
                             issues (0.3); telephone call from J. Smaha,
                             attorney for 60th Street and 5252 Orange
                             Borrowers (0.1); telephone call to B. Jones,
                             Escrow Agent on The Gardens Timeshare Loan
                             (0.1); e-mail to M. Kehl and A. Stevens on The
                             Gardens Timeshare Loan, and review e-mail from
                             A. Stevens (0.2); analysis of e-mail from G.
                             Walch on comments on proposed Order on Partial
                             Releases (0.2); review Bay Pompano Loan
                             Extension documents and title policy and
                             correspondence from escrow agent on recording
                             of documents issues (0.2); review T. Allison
                             e-mail on Gramercy Loan and requested
                             subordination (0.1).

06/02/06 S Strong        .10 Exchange emails with M. Kehl regarding status
                             of PDG interest reserves.

06/03/06 D Monson        .80 Review e-mails from E. Karasik and G. Walch
                             on comments to proposed Order on Motion to
                             Approve Partial Releases (0.2); review Meadow
                             Creek Loan documents and Fiesta/Stonebridge
                             Loan documents for responses to attorney for
                             Direct Lender Porter Hurt (0.2); review
                             letter from broker for Franklin/Stratford
                             project sales on opinion values (0.2); review
                             Subordination Agreement of Mountain West
                             Mortgage for Gramercy loan (0.2).

06/05/06 A Jarvis        .60 Conference with S. C. Strong regarding
                             servicing issues.

06/05/06 D Monson       5.30 Telephone call from J. Smaha, attorney for 5055
                             Collwood, 5252 Orange, and 60th Street Venture
                             borrower, on request for worksheet arrangement
                             (0.4); telephone call to B. Jones, escrow agent
                             for The Gardens Timeshare Loan, on workout

Client No. 34585                                          Page:   5
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006

proposal (0.5); telephone call to M. Kehl on
The Gardens Timeshare Loan (0.2); telephone
conference with M. Kehl and A. Stevens on The
Gardens Timeshare Loan (0.3); conference with
A. Stevens on Meadow Creek loan funding and
disbursements (0.2); e-mails to M. Kehl, L.
Schwartzer and J. McPherson on comments on
proposed Order to Approve Partial Releases
(0.2); telephone call from B. Jones, escrow
agent for The Gardens Timeshare Loan, on
additional information needed on cash flows
(0.3); telephone call from A. Turner, attorney
for investor J. Coleman, on the Gramercy Court
Condos loan (0.5); telephone call from P.
Connaghan, attorney for Franklin/Stratford
Borrower, on additional funding needs (0.4);
e-mails to P. Connaghan on Franklin/Stratford
Borrower request for consent to sell excess
collateral (0.2); discussion with K. Glade on
Gramercy Court loan and subordinated loan of
Mountain West Mortgage (0.2); review PDG
Emergency Motion on Interest Disbursements,
review Order Shortening Time on PDG Motion,
prepare Limited Opposition to PDG Motion,
circulate for comments and telephone call to J.
McPherson on review and filing of Limited
Opposition.

06/05/06 E Toscano        .40 Telephone calls with Rose Willowby at First
                              American Title; numerous calls from and to
                              Rick Oremus at Ohio Bar Title Insurance
                              Company; review endorsements from Ohio Bar
                              Title; file latest updates; provide Steve
                              Tingey with status report.

06/06/06 K Glade         3.50 Telephone call with B. Goold regarding USA
                              Investment Partners documents (0.2); related
                              e-mails regarding documents (0.3); conference
                              with D. Monson regarding subordination issue
                              on Gramercy (0.3); e-mail from A. Jarvis
                              regarding Oak Mesa proposal (0.1); review
                              proposed Oak Mesa documents and related
                              documents (1.8); related conference with S.
                              Strong and A. Jarvis (0.8).

06/06/06 A Jarvis         .50 Correspondence on Ashby loans and conference
                              with K. G. Glade regarding same.

Client No. 34585                                                      Page:    6
Debtor USA Commercial Mortgage Co., et al.                    August 11, 2006


06/06/06 A Jarvis          1.00 Conference with Ashby and J. Mahoney
                                regarding collection of Ashby loans.

06/06/06 A Jarvis           .50 Review information on Grammercy and
                                conference with S. C. Strong regarding same.

06/06/06 A Jarvis           .30 Correspondence on Bundy Canyon issues.

06/06/06 A Jarvis           .40 Conference with M. Kehl regarding loan issues.

06/06/06 A Jarvis           .50 Correspondence on Franklin Stratford issues;
                                telephone conference with D. M. Monson
                                regarding same.

06/06/06 A Jarvis           .20 Conference with D. M. Monson regarding
                                Franklin Stratford proposal.

06/06/06 A Jarvis           .20 Correspondence regarding problems with escrow
                                holders.

06/06/06 D Monson          5.00 Review M. Guymon e-mail on payment of funds
                                from Roam Development, and circulate e-mail
                                (0.2); review Gramercy Extension Agreement
                                and title policy endorsements and discuss
                                subordinated lienholder issues with K. Glade
                                (0.2); review R. Charles response to proposed
                                Order on Partial Releases and circulate to
                                Debtor and other Debtors' attorneys (0.2);
                                review draft of Declaration of B. Russell on
                                Franklin/Meridian Loan and request for
                                additional funding (0.3); telephone call from
                                P. Connaghan, attorney for Franklin/Meridian
                                borrower, on Motion to Shorten Time and
                                Motion to Release Funds (0.3); review e-mail
                                from A. Jarvis on timing of investor
                                reconciliation (0.1); conference with S.
                                Strong on Limited Opposition to PDG Motion on
                                Interest Reserve Disbursements, and revise
                                and circulate Limited Opposition (0.5);
                                telephone call and e-mails to J. McPherson on
                                review and filing of Limited Opposition to
                                PDG Motion (0.3); review Franklin/Stratford
                                Loan Documents and other information and
                                broker's opinion of value in connection with
                                request to release excess collateral (2.4);
                                e-mails to P. Connaghan on Franklin/Stratford
                                issues, and review e-mail from A. Jarvis on
                                request  to release excess collateral (0.5).

Client No. 34585                                             Page:    7
Debtor USA Commercial Mortgage Co., et al.                  August 11, 2006


06/06/06 S Strong        2.30 Review emails from J. Mahoney and A. Jarvis
                              regarding pending transactions involving
                              Ashby loans and debtors position on same
                              (0.2); confer with A. Jarvis and K. Glade
                              regarding same (0.3); review proposed
                              transaction documents and background
                              documents concerning loans to Ashby entities
                              (1.2); exchange emails with A. Jarvis and K.
                              Glade regarding same (0.2); further
                              discussions with K. Glade and A. Jarvis
                              regarding same (0.4).

06/06/06 S Tingey         .60 Review updated title information regarding HFA
                              Monoco (0.3); review updated title information
                              regarding Placer County (0.3).

06/06/06 E Toscano        .70 Numerous telephone calls to and from Rick
                              Oremus at Ohio State Bar Title Company;
                              review updated letter notices of commencement
                              from Amy Owens at Fidelity National Title;
                              review correspondence from Rick Oremus and
                              Kathy Irwin at Locker and Oremus; review
                              opinion letter as to current liens and
                              encumbrances from Rick Oremus; draft email to
                              Kathy Irwin regarding same; forward opinion
                              letter to Steve Tingey; update file.

06/07/06 K Glade         7.10 Review proposed agreement regarding Oak Mesa
                              (1.6); draft explanatory e-mail to T. Allison
                              and M. Kehl (0.6); review revisions to Oak
                              Mesa documents (0.3); conference with A.
                              Jarvis regarding Oak Mesa (0.1); conference
                              with A. Jarvis to discuss loan assignments
                              and pending motion work (1.3); telephone call
                              with Ashby's attorney regarding terms of Oak
                              Mesa transaction (0.5); conference call with
                              A. Jarvis, M. Kehl and A. Stevens regarding
                              Oak Mesa (0.7); prepare UCC filing on USA
                              Investment Partners with related e-mail
                              (0.5); telephone call with M. Kehl regarding
                              collection of unsecured loans (0.2); e-mail
                              regarding proposed press release on USA
                              Investment Partners documents (0.2); review
                              updated Oak Mesa documents and make comments
                              (1.1).

06/07/06 A Jarvis         .50 Correspondence on Grammercy funding issues.

Client No. 34585                                        Page:    8
Debtor USA Commercial Mortgage Co., et al.             August 11, 2006


06/07/06 A Jarvis        .30 Correspondence on Bundy Canyon order.

06/07/06 A Jarvis        .50 Conference with K. G. Glade regarding Oak
                             Mesa.

06/07/06 A Jarvis       1.30 Conference with S. C. Tingey, S. C. Strong,
                             K. G. Glade, D. M. Monson, and E. A. Monson
                             regarding loan portfolio, division of labor
                             in pursuing loan collection, conference
                             regarding loan problems.

06/07/06 A Jarvis       1.20 Conference calls with M. Kehl, A. Stevens
                             regarding negotiations with Ashby, Oak Mesa
                             issues.

06/07/06 A Jarvis        .30 Correspondence on Ashby loans.

06/07/06 D Monson       7.20 Review e-mail and draft Motion from S. Scann on
                             Franklin/Meridian loan and release of excess
                             collateral (0.3); review documents from S.
                             Scann on Franklin/Stratford loan and request
                             for release of excess collateral (0.2); meeting
                             with A. Jarvis, K. Glade, S. Tingey, E. Monson
                             and S. Strong to discuss nonperforming loans
                             and Motion for Loan Extensions and funding for
                             certain loans and division of responsibilities
                             for Loans (1.3); telephone calls from S. Scann
                             on Franklin/Stratford loan and request to
                             release Excess Collateral (0.4); revisions to
                             R. Russell Declaration and forward to S. Scann
                             (Franklin/Stratford Loan) (1.3); telephone call
                             from S. Scann and R. Russell on revisions to R.
                             Russell Declaration (0.4); review e-mails on
                             Confidentiality Agreements from Fund Committees
                             and discuss conference call with Fund
                             Committees with A. Jarvis (0.3); begin draft of
                             Motion to Approve Loan Maturity Extensions,
                             Release of Excess Collateral, and funding for
                             certain loans and review background information
                             for HFA Loans, Gramercy Loan, Boise/Gowan Loan,
                             Amesbury Loan, and Franklin/Stratford Loan
                             (3.3).

06/07/06 S Strong       1.40 Meet with A. Jarvis, K. Glade, S. Tingey, and
                             D. Monson to review and discuss list of 115
                             serviced loans and assign primary oversight
                             responsibility for each (1.3); review email
                             from A. Jarvis regarding same (0.1).

Client No. 34585                                                      Page:    9
Debtor USA Commercial Mortgage Co., et al.                           August 11, 2006


06/07/06 S Strong        .70 Confer with A. Jarvis regarding motion needed
                             on various loan servicing issues, and review
                             emails from her and M. Kehl regarding same
                             (0.4); confer with D. Monson regarding
                             details of motion needed (0.3).

06/07/06 S Strong        .70 Review emails from M. Olson, A. Jarvis and J.
                             McPherson regarding status of order regarding
                             return of investor funds from Bundy Canyon
                             unfunded loan (0.2); t/c w/ J. McPherson
                             regarding same (0.3); review proposed order
                             from J. McPherson regarding same (0.1);
                             confer with A. Jarvis regarding status of
                             same (0.1).

06/07/06 S Tingey       4.40 Review loan file information regarding various
                             loans (2.3); review updated title information
                             regarding Univ. Estates (0.3); meeting with A.
                             W. Jarvis, K. G. Glade, D. M. Monson and S. C.
                             Strong regarding loan administration issues
                             (1.3); memo to M. Kehl regarding Placer County
                             land updated title (0.1); obtain loan file
                             information regarding motion to approve
                             extensions and funding (0.4).

06/08/06 K Glade        3.50 Telephone call with S. Smith regarding B & J
                             Investment loan (0.3); conferences with D.
                             Monson and S. Tingey regarding subordination
                             issue on Gramercy (0.2); telephone call with
                             Ashby's attorney regarding Oak Mesa documents
                             (0.3); telephone call with A. Jarvis and T.
                             Allison regarding Oak Mesa (0.4); review
                             revisions to Oak Mesa documents (0.2);
                             telephone call with Ashby and Ashby's attorney
                             regarding Oak Mesa proposal (0.7); conference
                             with A. Jarvis regarding Oak Mesa discussions
                             (0.2); e-mails regarding Oak Mesa (0.7);
                             conference regarding Motion to Approve IP
                             Pledge (0.2); review proposed press release
                             regarding IP and draft related e-mail (0.3).

06/08/06 A Jarvis        .40 Telephone conferences with M. Kehl, K. G.
                             Glade, and A. Stevens regarding Oak Mesa.

06/08/06 A Jarvis        .30 Conferences with K. G. Glade regarding
                             proposed Oak Mesa transaction.

Client No. 34585                                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.                          August 11, 2006


06/08/06 A Jarvis        .30 Telephone conference with D. M. Monson
                             regarding Grammercy proposal.

06/08/06 A Jarvis        .50 Correspondence on proposed Oak Mesa
                             transaction.

06/08/06 A Jarvis        .50 Correspondence on Amesbury proposal.

06/08/06 D Monson       5.50 Review revised R. Russell Declaration and
                             Buentgen Declaration in Support of Motion to
                             Forebear and to Fund Certain Outstanding Loans
                             (0.3); review Boise/Gowan loan Documents for
                             additional funding request (1.0); review
                             e-mails from A. Stevens on Gramercy Loan
                             funding issues (0.2); telephone call to C.
                             Scully, attorney for HFA, on requested
                             forbearance (0.3); review Gramercy Loan
                             Documents and discuss Gramercy loan issues with
                             M. Kehl and A. Stevens (1.0); discuss HFA Loans
                             and forbearance request to S. Tingey (0.3);
                             continue with draft of Motion to Forebear and
                             to Fund Certain Outstanding Loan and review
                             supporting documents (2.4).

06/08/06 S Tingey       5.10 Draft fact section regarding motion for
                             appeal regarding HFA loans; Boise/Gowans loan
                             and Gramercy loan (5.1).

06/08/06 E Toscano       .30 Telephone calls with First American Title;
                             draft emails to Rose Willoughby; review
                             responses; memo to update the file.

06/09/06 K Glade        5.90 Meet with Amanda S. to discuss HFA loans,
                             10-90 loan, B & J Investment loan, EPIC loan
                             and other problem loans, and review related
                             documentation (4.7); revise proposed motion
                             regarding IP documentation (0.5); telephone
                             call with A. Jarvis regarding IP issues and
                             HFA loan issues (0.3); e-mail regarding press
                             release (0.2); telephone call with S. Strong
                             regarding IP Motion (0.2).

06/09/06 A Jarvis        .30 Correspondence on HFA payoff, sale.

06/09/06 A Jarvis        .30 Correspondence on Ashby loans.

06/09/06 A Jarvis        .30 Conference with D. M. Monson regarding
                             Grammercy funding issues.

Client No. 34585                                                  Page:   11
Debtor USA Commercial Mortgage Co., et al.                       August 11, 2006


06/09/06 A Jarvis        .30 Correspondence on HFA loan payoffs.

06/09/06 A Jarvis        .20 Correspondence on title issues.

06/09/06 A Jarvis        .30 Correspondence on Grammercy issues.

06/09/06 D Monson       7.70 Revisions to Motion to Forbear and to Fund
                             Certain Outstanding Loans, discuss revisions
                             with S. Strong, and forward final Motion to J.
                             McPherson to finalize and file, and e-mails to
                             J. McPherson on Exhibits and Declaration for
                             Motion (5.3); review e-mails from M. Kehl on
                             Motion to Forbear and Fund Certain Outstanding
                             Loans (0.2); review e-mails from A. Stevens on
                             Gramercy Loan issues (0.2); telephone calls to
                             S. Scann on Motion to Forbear and Fund Certain
                             Outstanding Loans on Franklin/Stratford Loan
                             and revised Declarations (0.5); review
                             revisions to Russell Declaration and review
                             Buentgen Declaration in Support of Motion to
                             Forbear and to Fund Franklin/Stratford Loan
                             (0.4); telephone conference with M. Kehl and A.
                             Stevens on Gramercy Loan issues (0.3); review
                             e-mails on Gramercy loan status and response to
                             Borrower's attorney (0.3); check Pacer on
                             filing of Motion to Forbear and to Fund Certain
                             Outstanding Loans (0.2).

06/09/06 S Strong        .30 Review email from M. Olson regarding escrow
                             companys issues with proposed order on
                             return of Bundy Canyon investor funds, and
                             exchange emails with J. McPherson regarding
                             resolving same.

06/09/06 S Strong        .50 Review emails from D. Monson regarding loan
                             issues addressed in Motion to Forbear, review
                             draft of motion, and discuss same with D.
                             Monson.

06/09/06 S Tingey        .20 Communicate with D. M. Monson regarding motion
                             for authority regarding HFA loans (0.2).

Client No. 34585                                          Page:   12
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/12/06 K Glade        2.80 Draft summary of IP documentation with
                             related e-mail (0.9); related telephone call
                             with M. Kehl (0.1); revise summary of IP
                             documentation (0.9); conference with S.
                             Tingey regarding loan summaries (0.2); e-mail
                             regarding press release (0.1); review UCC
                             search on Investment Partners (0.3);
                             conference with A. Jarvis regarding Ashby
                             loans (0.1); conference with S. Strong
                             regarding 10-90 loan (0.2).

06/12/06 A Jarvis        .30 Telephone conference with T. Allison
                             regarding Ashby negotiations.

06/12/06 A Jarvis        .40 Correspondence on Hilco appraisals, use and
                             dissemination.

06/12/06 A Jarvis        .30 Correspondence on Bundy Canyon order, return
                             of funds.

06/12/06 A Jarvis        .30 Correspondence on Boise Gowan funding,
                             Franklin Stratford funding.

06/12/06 A Jarvis        .50 Comment on Motion to forebear and to Fund
                             Unfunded Requirements.

06/12/06 A Jarvis        .30 Correspondence on problem with release of
                             Bundy Canyon escrow.

06/12/06 D Monson       3.00 Review M. Kehl e-mail to D. Aulabaugh on
                             Franklin/Stratford collateral (0.2); review M.
                             Kehl e-mail on HFA Monaco loan and interest
                             reserve (0.1); review Motion and Declaration to
                             Shorten Time for Hearing on Motion to Forbear
                             and to Fund Certain Outstanding Loans (0.2);
                             review letter from J. Smaha, attorney for 60th
                             Street Loan, 5252 Orange Loan, and 5055
                             Collwood Loan, on payoff of 5252 Orange Loan
                             and request for forbearance on 60th Street Loan
                             and 5055 Collwood Loan and forward to M. Kehl
                             and A. Stevens with e-mail to M. Kehl and A.
                             Stevens (0.7); telephone call from S. Scann on
                             Boise/Gowan Loan and additional Declaration of
                             Robert Russell (0.2); review Order Shortening
                             Time for Hearing on Motion to Forbear and to
                             Fund Certain Outstanding Loans, and forward to
                             S. Scann (0.2); e-mail from M. Kehl on filed
                             Motion to Forbear and to Fund Certain Loans,
                             review final version of Motion from Court

                  Dockets, and forward final version to M. Kehl
(0.3); discuss notice to Direct Lenders for
Motion to Forbear with A. Jarvis (0.1); e-mail
to M. Kehl on Gramercy Loan issues.

06/12/06 S Tingey        2.30 Review loan analysis and portfolio
information (1.7); communicate with M. Kehl
regarding same (.20); brief review of HFA
loan documents (.20); brief review of Halsey
Canyon and Tapia Ranch loan documents (0.2).

06/13/06 A Jarvis         .20 Telephone conference with M. Kehl regarding
Oak Mesa.

06/13/06 A Jarvis         .50 Telephone conference with K. G. Glade
regarding 10-90 loan (.2); correspondence on
10-90 loan (.3).

06/13/06 D Monson        6.10 E-mail to M. Kehl on action plan for Gramercy
Court loan (0.5); review e-mails on Motion for
Forbearance and to Fund Certain Outstanding
Loans, and e-mail to A. Jarvis on consent for
extension issues for HFA loans (0.4); check
docket sheet on Notice of Hearing for Motion
for Authority to Forbear and e-mails with J.
McPherson and A. Jarvis on wording of Notice
(0.5); review e-mails on Fund Committees
Objections to Motion to Forbear for HFA Loans
and Boise/Gowan loan (0.3); discuss Borrowers'
requests for additional funding and
implications for reorganization prospects with
A. Jarvis (0.3); review e-mails from M. Kehl
and A. Stevens on Gramercy Court closings
(0.3); revise Proposed Order on Motion to
Approve Partial Releases and e-mail to A.
Jarvis on revisions (0.8); review e-mail from
A. Jarvis and discuss Boise/Gowan loan and
Canepa Motion for Relief from Stay with E.
Monson (0.3); e-mail to M. Kehl and A. Stevens
on responses to Gramercy inquiries (0.2);
prepare draft and e-mail letter to Gramercy
Court attorney on various Gramercy Loan issues
and review Gramercy Loan file to document
problem areas (2.0); e-mails with J. McPherson
and A. Jarvis on notice to Direct Lenders on
Motion to Forbear and to Fund Certain Loans
(0.5).

Client No. 34585                                          Page:   14
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006


06/13/06 S Strong        .50 Telephone conference with D. Monson regarding
                             notice to lenders needed on loans address in
                             motion to forbear, etc. (0.2); conference with
                             S. Smith and J. Oriti regarding lending mailing
                             info and logistics for mailing notice of motion
                             to forbear, etc. (0.3).

06/13/06 S Tingey       1.10 Obtain information regarding Sheraton loan
                             (0.2); obtain information regarding HFA Asylon
                             loan (0.2); review documentation issues and
                             solutions (0.2); review questions regarding
                             BySynergy loan (0.2); review questions
                             regarding Saddleback loan (0.3).

06/14/06 D Monson       5.30 Review e-mails on notice to Direct Investors
                             for Motion to Forbear and to Advance Funds
                             for Certain Loans (0.2); review e-mail from
                             A. Jarvis on Boise/Gowan Loan issues,
                             telephone calls to S. Scann, and e-mails to
                             A. Jarvis (0.6); review and respond to
                             e-mails from A. Stevens on letter to Gramercy
                             Court's attorney and Gramercy partial
                             releases (0.2); revise e-mail to J. Pengilly
                             (Gramercy attorney) and forward to M. Kehl
                             and A. Stevens for approval (0.4); review
                             Notice of Hearings relating to Motion to
                             Forbear and to Advance Funds for Certain
                             Loans, and e-mails to S. Smith on additional
                             Notices to Direct Lenders of Affected Loans
                             (0.4); e-mails to A. Stevens on calculation
                             of Gramercy partial release prices (0.2);
                             e-mails to A. Jarvis and S. Strong on
                             revisions to Order on Partial Releases Motion
                             (0.3); review Commonwealth Title Policy and
                             Endorsements, draft title insurance tender of
                             adverse claim letter to Commonwealth Land
                             Title for Gramercy Loan and forward to M.
                             Kehl and A. Stevens for review (1.7); letter
                             to counsel circulating revised proposed Order
                             on Partial Releases Motion, and review
                             response from Unsecured Creditors Committee
                             (0.5); e-mail from A. Jarvis, and review
                             Certificate of Service for Motion for Relief
                             From Stay on Boise/Gowan loan, and e-mail to
                             A. Jarvis on parties served (0.5); review
                             Rule 2019 Statement of Susan Scann, attorney
                             for Franklin/Stratford and Boise/Gowan (0.2);
                             review e-mail on list of 100% loans being
                             considered for DIP Loan Collateral (HFA

                         Monaco Loan)  (0.1).

06/14/06 S Strong        .30 Exchange emails with K. Glade and A. Jarvis
                             regarding 10-90 loan issues (0.2); review
                             emails from D. Monson and A. Stevens
                             regarding Gramercy loan issues (0.1).

06/14/06 S Strong        1.10 Review emails from D. Monson and A. Jarvis
                             regarding status of order granting authority
                             for certain ordinary course transactions
                             (0.1); review revised form of order (0.3);
                             telephone conference with D. Monson regarding
                             same (0.1); review emails from M. Olson
                             regarding status of Bundy Canyon investor
                             funds in escrow, and discuss same with him
                             and A. Jarvis (0.2); conference with M. Olson
                             and A. Jarvis regarding possible additional
                             investor funds to return relating to earlier
                             Bundy Canyon loan (0.1); exchange emails with
                             M. Olson regarding details of same (0.3).

06/14/06 S Tingey        4.80 Review information regarding Saddleback loan
                             and bankruptcy related to Saddleback (0.8);
                             memo to file regarding Saddleback (0.4);
                             conference with K. G. Glade regarding various
                             Diversified TD Fund loan and DIP Financing due
                             diligence (0.4); review additional info
                             received from client regarding Sheraton loan
                             (0.3); review loan and bankruptcy documents
                             regarding HFA Windsor/Asylon (0.6); telephone
                             conference with title company regarding title
                             report (0.2); review loan documents regarding
                             BySynergy (0.5); draft memo to file regarding
                             BySynergy (0.8); review notes and information
                             regarding EPIC Resorts loan (0.3); draft memo
                             to file regarding EPIC Resorts loan (0.5).

06/15/06 D Monson        3.00 Review Bay Pompano Beach Loan documents,
                             Title Policy, and correspondence on
                             Amendments to Mortgage (0.7); telephone call
                             to A. Stevens and M. Stone on Bay Pompano
                             Beach recording issues (0.3); telephone call
                             with A. Wilbur (Land America Title); on Bay
                             Pompano recording issues (0.3); e-mails with
                             A. Stevens on e-mail letter to J. Pengilly on
                             Gramercy Loan issues and appraisal timing
                             (0.2); forward e-mail letter to J. Pengilly

Client No. 34585                                        Page:   16
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006


                        on Gramercy Loan issues (0.2); telephone call
                        from J. Pengilly, attorney for Gramercy, on
                        Gramercy Loan issues (0.1); telephone call
                        from A. Stevens on Gramercy Loan additional
                        advance issues (0.3); telephone call from S.
                        Strong on preparing Order on Disbursements
                        Motion (0.1); telephone conference with K.
                        Glade and S. Strong on estimates of
                        foreclosure and endorsement costs for updated
                        Debtors' budget (0.4).

06/15/06 S Strong        .20 Conference with A. Jarvis and M. Tucker
                        regarding Stratford loan issues and voice
                        message to D. Monson regarding same (0.1);
                        conference with A. Jarvis regarding 10-90
                        loan and voice message to K. Glade regarding
                        same (0.1).

06/15/06 S Tingey       2.10 Revise information regarding Saddleback
                        (0.2); telephone conference with title
                        company (0.2); revise information regarding
                        EPIC loan (0.2); revise information regarding
                        BySynergy loan (0.2); revise information
                        regarding Sheraton loan (0.2); revise
                        Transition Agreement (0.4); memo to M. Kehl
                        regarding same; (0.5); communicate with S.
                        Strong regarding IP tenancy issues (0.2).

06/16/06 A Jarvis        .50 Meeting with M. Olson regarding refund issues,
                        escrow holder problems with Bundy Canyon
                        refund.

06/16/06 D Monson       1.80 Telephone call from J. Smaha on proposal to
                        adjust interest payments for 5055 Collwood
                        and 60th Street Venture Loans, and e-mail to
                        M. Kehl and A. Stevens thereon (0.4);
                        conference with S. Strong on Motion to
                        Forbear and Fund Certain Loans and on PDG
                        Motion Order (0.2); telephone call to M.
                        Tucker's office on Franklin/Stratford Loan
                        and interest reserve issues (0.1); e-mail to
                        M. Tucker on Franklin/Stratford Loan and
                        interest reserve issues (0.2); telephone call
                        from J. Pengilly, attorney for Gramercy Court
                        Borrower (0.5); e-mail to S. Scann on
                        interest payments on Franklin/Stratford Loan
                        (0.2); e-mail to L. Schwartzer on circulation
                        list for review of proposed PDG Order (0.2).

```
Client No. 34585                                          Page:   17
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006
```

06/16/06 E Monson        1.30 Meet with S. C. Strong regarding events at
                              hearing and committee meeting (.5);
                              discussion with S. C. Tingey regarding
                              Sandlin/Sheraton loan (.2); follow up with
                              Greg Jolley regarding research on files in
                              Sandlin/Sheraton loan (.3); review objection
                              of Executory Contract Committee to Motion on
                              Cash Budget (.3).

06/16/06 S Strong         .50 Conference with D. Monson regarding
                              Franklin/Stratford loan issues and
                              committees interest in same (0.3); review
                              emails from D. Monson regarding same (0.2).

06/19/06 K Glade         2.80 Review Oak Mesa sale proposal (1.3);
                              conference with B. Kotter regarding reply
                              brief on IP documents and review proposed
                              language (0.5); review Colt Gateway
                              documentation with related e-mails to A.
                              Stevens (0.4); conference with S. Tingey
                              regarding Epic loan strategy (0.3);
                              conference with D. Monson regarding issues
                              regarding additional funding on Boise/Gowan
                              in preparation of reply brief (0.3).

06/19/06 A Jarvis         .30 Correspondence on HFA Monaco loan.

06/19/06 D Monson        7.20 Telephone calls from S. Scann on
                              Franklin/Stratford interest payments (0.3);
                              e-mail with A. Jarvis and conference with A.
                              Jarvis on Franklin/Stratford Loan, interest
                              payments (0.2); review e-mails from A. Stevens
                              and M. Kehl on interest reserve for
                              Franklin/Stratford Loan (0.1); review U.S.
                              Trustee Opposition to Motion to Forbear and to
                              FUnd Outstanding Loans (0.3); telephone call to
                              S. Scann on Franklin/Stratford Loan and
                              interest payments (0.2); conference with A.
                              Jarvis on Reply Brief on Motion to Forbear and
                              For Additional Funding (0.2); review e-mail
                              from M. Olson on funding of loans issues for
                              Motion to Forbear and for Additional Funding
                              (0.2); review A. Jarvis on e-mail on responses
                              to Objectives to Motion to Forbear (0.1);
                              prepare inserts for Fifth Supplemental
                              Declaration of Thomas Allison for Motion to
                              Forbear issues and evidence (1.0); telephone

Client No. 34585                                          Page:   18
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


                        call to T. Allison on funding issues for
                        Boise/Gowan Loan and meeting with S. Bice
                        (0.2); e-mail to A. Jarvis on Boise/Gowan Loan
                        funding issues (0.2); review additional
                        objections to Motion to Forbear and For
                        Additional Funding, and begin draft of Reply
                        Brief (4.2).

06/19/06 S Strong      .30 Confer with D. M. Monson regarding issues for
                        Reply regarding motion to forbear and take
                        other loan servicing actions (0.3).

06/20/06 K Glade       .60 Review documents on Colt loans (0.2); related
                        e-mail to Diversified's counsel (0.2); e-mail
                        from M. Olson with request regarding 10-90
                        documentation (0.2).

06/20/06 B Kotter     1.20 Review and edit reply brief on Motion to
                        forbear and provide further funding on certain
                        terms.

06/20/06 D Monson     5.70 Finalize Reply Brief on Motion to Forbear and
                        For Additional Funding for Certain Loans, and
                        forward draft to A. Jarvis and S. Strong and J.
                        McPherson for review (2.6); e-mail to E. Monson
                        on Boise/Gowan Loan Agreement for T. Allison
                        Fifth Supplemental Declaration (0.2); telephone
                        message to L. Schwartzer on preparations for
                        hearing on Motion to Forbear and For Additional
                        Funding (0.1); review Supplemental Objection of
                        S. Canepa to Motion to Forbear and For
                        Additional Funding (0.2); review J. Chubb
                        e-mail on approval of Partial Release Order
                        (0.1); conference with E. Monson on Roam
                        Development interest payments (0.2); review M.
                        Guymon, E. Monson and J. McPherson e-mails on
                        Roam Development interest, review interest
                        calculations and Promissory Note terms, and
                        e-mail to M. Kehl and A. Stevens on interest
                        calculations (0.5); review e-mail s on filing
                        of Reply Brief on Motion to Forbear and Fifth
                        Supplemental Declaration of T. Allison (0.2);
                        review and respond to J. McPherson and P.
                        Alexander e-mails on proposed Order on PDG
                        Disbursements Motion, and prepare and circulate
                        proposed Order (1.0); review and respond to M.

Kehl e-mail on Gramercy Loan issues and
discussion with J. Pengilly, attorney for
Gramercy (0.5); e-mail to S. Scann on new
schedule for hearing on Motion to Forbear and
for Additional Funding (0.1).

06/20/06 S Strong          .40 Review emails from M. Guymon and J. McPherson
                               regarding issues with Roam Development loan
                               and interest reserves, and status of PDG
                               order on interest reserves (0.2); exchange
                               emails and confer with E. Monson regarding
                               same (0.2).

06/21/06 D Monson         4.40 Telephone call from K. Doig (Palm Harbor
                               Borrower) on junior lienholder issues (0.3);
                               e-mail to P. Alexander and M. Callister on
                               proposed PDG Disbursements Order (0.3);
                               telephone call from Los Angeles attorney on
                               agenda for this morning's hearing on Motion
                               to Forbear and For Funding (0.2); review
                               Status and Agenda for docket sheet for
                               hearing and list of Objections to Motion to
                               Forbear and for Additional Funding (0.2);
                               begin draft of proposed Order on Motion to
                               Forbear and for Additional Funding (1.0);
                               discuss allocation of payments to interest
                               versus principal with S. Strong and E. Monson
                               in preparation for conference call on Direct
                               Lender reconciliations (0.2); telephone call
                               from T. Boyd, escrow agent for Gramercy loan
                               transactions (0.3); review e-mails on
                               approval of proposed PDG Disbursement Order;
                               telephone call to J. McPherson on submitting
                               proposed Order on Partial Releases and
                               forward Order and Approval and evidence of
                               service of Order for Certification to J.
                               McPherson (1.0); telephone call from A.
                               Stevens on inquiry from Mountain West on
                               Gramercy Loan status (0.2); revisions to
                               title insurance tender letter to Commonwealth
                               Title on Gramercy title issues (0.3).

06/22/06 K Glade          3.60 Conference with D. Monson regarding interest
                               compounding issue (0.3); preparations for call
                               to discuss interest accrual issues (0.2);
                               conference call with M. Kehl, S. Smith, A.
                               Jarvis and S. Strong regarding interest and

Client No. 34585                                          Page:    20
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


                        service fee issues and regarding-form of
                        statement to be provided to individual
                        investors (1.9); revise form of investor
                        statement with related e-mail (0.8); e-mail
                        regarding report on  problem loan (0.2);
                        telephone call to HFA attorney regarding Colt
                        Gateway loans (0.2).

06/22/06 A Jarvis       1.80 Conference call with M. Kehl, S. Smith, K. G.
                        Glade, and S. C. Strong regarding form of
                        statements to investors, issues relating to
                        same.

06/22/06 A Jarvis       1.10 Correspondence on investor statements, review
                        revised statement and comment on same.

06/22/06 D Monson       2.90 Discuss compound interest and calculation of
                        amounts due issues with K. Glade for Direct
                        Lender reconciliations (0.2); review Promissory
                        Note terms for Direct Lender reconciliations
                        (0.2); telephone call from S. Scann on
                        Franklin/Stratford Loan order (0.2); review and
                        revise proposed Order on Franklin/Stratford
                        Loan Release of Excess Collateral (0.4); review
                        e-mail from A. Stevens and Subordination
                        Agreement for Palm Harbor Loan, and responsive
                        e-mail to A. Stevens (0.4); telephone call from
                        S. Scann and review additional changes to
                        Franklin/Stratford Order (0.2); review e-mail
                        from A. Stevens on Roam Development Loan
                        interest (0.2); e-mail to M. Guymon on Roam
                        Development Loan interest (0.4); telephone call
                        from S. Scann on additional revisions to
                        Franklin/Stratford Order (0.2); e-mail to M.
                        Guymon on Roam Development Loan interest (0.4);
                        telephone call from S. Scann on additional
                        revisions to Franklin/Stratford Order (0.2);
                        review final revisions to Franklin/Stratford
                        Release of Excess Collateral Order and e-mail
                        on approval to S. Scann and J. McPherson (0.5).

Client No. 34585                                          Page:   21
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/22/06 S Strong          2.60 Review and analysis of draft Investor
                                Statements prepared by S. Smith and related
                                issues (0.4); participate in t/c with M.
                                Kehl, S. Smith, A. Jarvis and K. Glade
                                regarding issues concerning investor
                                reconciliations and upcoming motion to
                                distribute funds (2.0); review revisions to
                                proposed Investor Statements prepared by K.
                                Glade (0.2).

06/23/06 K Glade           5.80 Revise investor statements form with related
                                e-mail (0.3); telephone call with S. Sculley
                                regarding Colt documents (0.3); telephone
                                call with M. Kehl and A. Stevens regarding
                                problem loans with related preparation (1.0);
                                e-mail regarding demand letter on Oak Mesa
                                (0.2); related conference with A. Jarvis
                                (0.2); e-mail regarding 10-90 Inc. documents
                                for M. Olson (0.8); responsive e-mail
                                regarding 10-90 Inc. documents (0.4).

06/23/06 A Jarvis           .50 Correspondence and meeting with K. G. Glade
                                on demand letter on Oak Valley.

06/23/06 S Tingey          6.30 Review, analyze and compile information
                                regarding Diversified Trust Fund loans (5.5);
                                telephone conference with K. G. Glade; M.
                                Kehl and A. Stevens regarding high priority
                                troubled loans (.80).

06/26/06 D Monson          3.20 Review e-mail from A. Stevens on Palm Harbor
                                One Loan issues (0.1); telephone call from T.
                                Boyd, escrow agent for Gramercy loan (0.1);
                                telephone call from J. Smaha, attorney for
                                60th Street Venture and 5055 Collwood
                                Borrowers (0.1); review signed Order on
                                Franklin/Stratford Release of Excess
                                Collateral, and telephone calls to A. Stevens
                                and P. Connaghan on closing documents (0.5);
                                circulate signed Order on Franklin/Stratford
                                Release of Excess Collateral to Fund
                                Committee attorneys and Franklin/Stratford
                                attorneys (0.2); telephone calls to Title One
                                escrow officers, e-mails from Title One on
                                draft Request for Partial Reconveyance, and

Client No. 34585                                                    Page:   22
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006

provide Title One with authorization
information for Debtors, and prepare and
circulate Request for Partial Reconveyance
for sale of Franklin/Stratford Loan excess
collateral (1.9); e-mails to M. Kehl, A.
Jarvis and S. Strong on timing of release of
Franklin/Stratford Loan excess collateral
(0.3).

06/27/06 A Jarvis        .70  Correspondence regarding format of investor
                              sheets, issues relating to same (.4);
                              conference with S. C. Strong regarding same
                              (.3).

06/27/06 D Monson       4.30  Telephone calls from A. Stevens on Gramercy
                              Loan issues (0.3); telephone conference with T.
                              Suttles, T. Boyd, A. Stevens and J. Pengilly on
                              Gramercy Loan issues (0.4); review Gramercy
                              Project appraisal (0.3); review e-mail from D.
                              Etzel on revisions to Request for Partial
                              Reconveyance, review revised legal descriptions
                              and e-mail to D. Etzel (Franklin/Stratford
                              Loan) (0.7); telephone conference with A.
                              Stevens and J. McPherson on status of Partial
                              Releases Order (0.2); revise Request for
                              Partial Reconveyance and forward to A. Stevens
                              for signature of Mark Olson (Franklin/Stratford
                              Loan) (0.3); telephone call to A. Stevens on
                              escrow instructions for Request for Partial
                              Reconveyance (0.1); telephone message for B.
                              Sheer, attorney for Palm Harbor One borrower
                              (0.1); e-mails to A. Stevens on Palm Harbor One
                              Loan documents (0.2); review prior e-mails from
                              Palm Harbor One Borrower on Interest Reserve
                              and junior lienholder issues (0.3); telephone
                              call to A. Wilbur on Bay Pompano Beach loan
                              amendments and recording issues (0.1);
                              telephone call from P. Connaghan on further
                              revisions to Request for Partial Reconveyance
                              (0.2); prepare Escrow Instructions for
                              Franklin/Stratford transaction, forward to D.
                              Etzel at Title One, and e-mails with D. Etzel
                              on Escrow Instructions (0.5); conference with
                              A. Jarvis on negotiations with delinquent
                              borrowers (0.2); review and circulate e-mail
                              from J. Pengilly on Gramercy issues, and
                              respond to S. Strong inquiry on loan
                              documentation issues (0.4).

Client No. 34585                                              Page:   23
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/28/06 A Jarvis         .30 Correspondence on Epic loan.

06/28/06 D Monson         .60 Prepare list of pending nonperforming loan
                              issues to discuss with M. Kehl, and
                              conference with M. Kehl on Gramercy, 60th
                              Street, 5055 Collwood, HFA and Amesbury Loans
                              issues (0.6).

06/28/06 S Tingey         .50 Review BySynergy title report; memo to A. W.
                              Jarvis regarding same.

06/29/06 D Monson        2.40 Telephone call to J. Smaha, attorney for 60th
                              Street Venture and 5055 Collwood Loans
                              Borrowers (0.2); telephone call to B. Sheer,
                              attorney for Palm Harbor One Loan Borrower,
                              and e-mail on discussion to A. Stevens and M.
                              Kehl (0.4); review Notice of Entry of
                              Franklin/Stratford Loan Order (0.1);
                              telephone call to A. Stevens on Gramercy Loan
                              Partial Releases and Amesbury/Hatter's Point
                              Partial Releases (0.2); draft proposed
                              response to accounting demand from J.
                              Pengilly on Gramercy Loan (0.4); telephone
                              call to A. Stevens on Palm Harbor One Loan
                              issues, review proposed responses to
                              Borrower, discuss proposed response with S.
                              Strong, and e-mail to A. Stevens on response
                              to Borrower (0.5); telephone call from A.
                              Stevens on Palm Harbor One Loan issues (0.1);
                              brief review of Palm Harbor One Loan
                              documents, and e-mail to A. Jarvis and S.
                              Strong on funding issues (0.4); telephone
                              call to A. Stevens on 60th Street Venture and
                              5055 Collwood appraisals (0.1).

06/29/06 S Strong         .70 Telephone conference with M. Kehl regarding
                              status of PDG order (0.1); review docket and
                              PDG order as entered by court today (0.2);
                              exchange emails with M. Kehl regarding same
                              (0.1); exchange emails with P. Alexander
                              regarding prompt compliance requested of PDG
                              to release interest reserve funds per order
                              entered today (0.3).

06/29/06 S Strong         .20 Review email from K. G. Glade regarding Ashby
                              loans status (0.1); review email from D. M.
                              Monson regarding Palm Harbor issues (0.1).

Client No. 34585                                      Page:   24
Debtor USA Commercial Mortgage Co., et al.            August 11, 2006


06/30/06 K Glade        2.80 Review Oak Mesa contract (0.9); draft
                             explanatory e-mail to clients (1.4); e-mails
                             regarding Diversified Loan issues (0.2);
                             conference with D. Monson regarding loan
                             portfolio issue (0.3).

06/30/06 A Jarvis        .50 Correspondence and voice mail message
                             regarding release issue, procedures going
                             forward.

06/30/06 D Monson       4.60 Telephone call with M. Kehl and A. Stevens to
                             discuss Palm Harbor One Partial Releases
                             issues, and review Palm Harbor One Loan
                             documents (1.4); discuss Palm Harbor One
                             Partial Releases request with S. Strong (0.2);
                             e-mail to A. Jarvis and M. Kehl on Palm Harbor
                             One Partial Release issues (0.6); discuss
                             partial release request as part of Motion for
                             Authority to Disburse with S. Strong (0.2);
                             discussion with K. Glade on servicer issues and
                             enforcement of default remedies for
                             Nonperforming Loan (0.3); e-mail to M. Kehl on
                             Palm Harbor One issues and discussion with B.
                             Sheer, attorney for Palm Harbor One Borrower
                             (0.7); telephone calls from B. Sheer, attorney
                             for Palm Harbor One Borrower (0.3); conference
                             with A. Stevens on Gramercy Partial Releases,
                             review Partial Release forms for 4 prepetition
                             sales, e-mail to A. Stevens on issuance of
                             Gramercy Partial Releases, and review 4 Partial
                             Releases signed by M. Olson (0.5); review
                             e-mails on Hall Financial assignment of
                             interests in loans (0.1); review appraisals for
                             5055 Collwood and 60th Street Venture Loans
                             (0.2); review J. Pengilly letter on Levin Hills
                             Loan (0.1).

06/30/06 S Strong        .80 Meet with D. M. Monson to discuss Palm Harbor
                             partial release issues (0.3), voice message
                             to A. W. Jarvis regarding same (0.1),
                             telephone conference with A. W. Jarvis
                             regarding same (0.1); follow-up discussions
                             with D. M. Monson regarding same (0.1);
                             review v-mail from M. Olson regarding
                             borrower question, and respond via email to
                             same (0.2).

TOTAL FOR LEGAL SERVICES RENDERED                        $59,778.00

# EXHIBIT C-5

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                   August 11, 2006
Las Vegas, NV  89121                                      Invoice No. ******


For Legal Services Rendered Through June 30, 2006


**Matter No. 34585-00005**

**Claims Administration and Objections**

06/01/06 S Strong        .20 Email to A. Jarvis regarding claims trading
                             activity referenced by M. L. Smith (0.2).


TOTAL FOR LEGAL SERVICES RENDERED                              $50.00

# EXHIBIT C-6

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

```
Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV  89121                             Invoice No.  ******
```

For Legal Services Rendered Through June 30, 2006

Thomas J. Allison

**Matter No. 34585-00006**

**Employee Benefits/Pensions**

```
06/15/06 K Applegate    .10 Discuss need to terminate DB plan with K. G.
                            Glade.
```

TOTAL FOR LEGAL SERVICES RENDERED                              $24.50

# EXHIBIT C-7

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 11, 2006
Las Vegas, NV  89121                                   Invoice No.  ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00007**

**Fee / Employment Applications**

| | | | |
|---|---|---|---|
| 06/01/06 A Jarvis | 1.30 | Review and revise HILCO response, declaration of T. Allison. |
| 06/01/06 E Monson | 7.40 | Work on Supplemental Declaration of Thomas Allison (1.4); work on reply in support of application to employ Hilco as real estate appraisers (5.3); discussions with M. Kehl regarding Hilco objections (.3); discussions with M. Kehl regarding revisions to Allison declaration and make his suggested revisions (.4). |
| 06/01/06 S Strong | 1.80 | Review and edit E. Monsons draft of T. Allison declaration in support of Reply regarding Hilco retention (0.4), and discuss edits with her (0.1); review and edit draft of Reply regarding Hilco retention and discuss same with E. Monson (1.3). |
| 06/01/06 A Tsu | .90 | Telephone conference with E. Kaup regarding appraisals for 6/5/06 hearing on Hilco Employment Application (.6); following up on same (.3). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/02/06 S Strong      2.10 Review emails from A. Jarvis with revisions to
                            supplemental declaration in support of Reply in
                            support of Hilco retention, make final
                            revisions, oversee execution of same, and
                            transmit same to local counsel for filing
                            (0.7); review A. Jarvis revisions to Reply in
                            support of Hilco application, make final
                            revisions, and transmit to local counsel for
                            filing (1.4).

06/05/06 A Tsu         2.70 Reviewing docket in preparation for drafting
                            fee application; legal research regarding
                            same.

06/07/06 B Kotter      2.30 Work on drafting administrative procedures
                            motion and proposed order (2.3).

06/07/06 S Strong       .40 Review email from A. Jarvis regarding status
                            of proposed order on Hilco employment and
                            confer with A. Tsu regarding drafting same
                            (0.4).

06/07/06 S Strong      1.00 Confer with A. Jarvis regarding need for motion
                            for interim payment of case professionals
                            (0.1); confer with B. Kotter regarding details
                            for same (0.2); review and edit draft of motion
                            regarding same, and discuss further with B.
                            Kotter (0.7).

06/07/06 A Tsu         2.90 Reviewing and editing order granting Hilco
                            application (.8); telephone conference with
                            E. Kaup regarding amended Hilco agreement
                            (.2); drafting and sending same to F. Merde
                            for comment (1.9).

06/08/06 A Jarvis       .30 Correspondence on Hilco application.

06/08/06 A Jarvis       .20 Conference with B. J. Kotter regarding
                            administrative procedures order.

06/08/06 B Kotter      2.40 Work on Motion/Order for administrative
                            procedures (.5); continue work on
                            Motion/Order for administrative procedures
                            (1.9).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006


06/09/06 S Strong        1.10 Review draft of motion to approve procedures
                              for interim payment of professionals and
                              conference with B. Kotter regarding edits to
                              same (0.4); review revised draft of motion,
                              make final edits to same, and transmit same
                              to local counsel for filing today (0.7).

06/09/06 A Tsu            .40 Reviewing incoming correspondence with E.
                              Kaup regarding proposed order allowing
                              employment of Hilco (.1); following up with
                              F. Merda regarding same (.1); responding to
                              same (.2).

06/09/06 A Tsu           3.10 Reviewing and following up on Hilco application
                              to employ (3.1).

06/12/06 S Strong        .30 Review email from E. Monson regarding
                              expanded employment for BMC to assist
                              committees, and send responsive email
                              regarding same.

06/19/06 A Tsu           .90 Reviewing incoming correspondence from E. Kaup
                              regarding order granting Hilco Employment
                              Application (.1); responding to same (.1);
                              following up with J. McPherson regarding same
                              (.1); telephone conference with E. Kaup
                              regarding resolution of issue (need the signed
                              order of agreement to start appraisals pursuant
                              to Nevada law) (.1); reviewing incoming
                              correspondence from E. Kaup regarding possible
                              alternatives (.1); following up with same (.2);
                              meeting with S. Strong to determine best method
                              to proceed (.1); drafting correspondence to M.
                              Kehl regarding execution of the Hilco agreement
                              (.1).

06/21/06 S Strong        .10 Review status of Hilco employment order and
                              review order as entered today (0.1).

06/27/06 A Jarvis        2.00 Prepare monthly statements.

06/29/06 S Strong        .20 Review documents from L. Schwarters office
                              regarding retaining special counsel for
                              interpleader action (0.2).

06/30/06 B Kotter        .40 Begin review and drafting of monthly
                              statement and first interim fee application
                              (.4).

Client No. 34585                                         Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


TOTAL FOR LEGAL SERVICES RENDERED                        $7,880.00

# EXHIBIT C-8

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV  89121                             Invoice No. ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00008**

**Fee / Employment Objections**

| | | | |
|---|---|---|---|
| 06/01/06 B Kotter | .20 | Brief conference with S. C. Strong regarding employment objections. |
| 06/01/06 S Strong | .50 | Review committees applications to employ professionals, and exchange emails with A. Jarvis regarding same (0.3); confer with B. Kotter regarding limited objections needed (0.2). |
| 06/02/06 B Kotter | 2.20 | Work on drafting limited objections to employment applications for committee counsel (2.2). |
| 06/02/06 S Strong | 1.20 | Review and revise drafts of limited objections to committees applications to employ counsel (0.3); confer with B. Kotter regarding further edits needed (0.2); make final revisions to same and transmit to local counsel for filing (0.7). |
| 06/03/06 S Strong | .90 | Confer with A. Jarvis regarding issues raised respecting scope of committee counsel authority and assist in researching and preparing for hearing on applications to employ committee counsel (0.9). |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/06/06 S Strong          .20 Review and analyze issues raised by G&S reply
                               in support of ECCs retention application.

06/08/06 S Strong          .20 Review proposed order on G&S employment and
                               exchange emails with A. Jarvis regarding same.

06/09/06 A Jarvis          .40 Correspondence on retention of Committee
                               counsel.

06/13/06 S Strong          .20 Review employment applications and related
                               disclosures of Orrick and Beckley firms for
                               Diversified Committee.

TOTAL FOR LEGAL SERVICES RENDERED                            $1,394.00

# EXHIBIT C-9

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                   August 11, 2006
Las Vegas, NV  89121                                      Invoice No. ******


For Legal Services Rendered Through June 30, 2006


**Matter No. 34585-00009**

**Executory Contracts**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 06/07/06 | S Strong | .40 | Exchange emails with S. Smith and A. Jarvis regarding possible rejection of certain executory contracts, and review governing provisions regarding same. |
| 06/19/06 | A Jarvis | .30 | Correspondence with A. Tsu regarding research on certain executory contract issues. |
| 06/20/06 | A Tsu | 5.10 | Researching case law regarding assumption of executory contracts on the 9th Circuit and Nevada. |
| 06/22/06 | A Tsu | 4.20 | Legal research regarding Section 365. |
| 06/23/06 | A Tsu | 4.30 | Legal research regarding 9th Circuit cases decided under 365. |
| 06/27/06 | A Tsu | .20 | Legal research regarding recent 9th Circuit 365 case. |
| 06/27/06 | A Tsu | 4.30 | Reviewing cases from 9th Circuit and Nevada regarding 365. |
| 06/28/06 | A Tsu | 11.10 | Research regarding 9th Circuit case law with respect to 365; reviewing same; drafting research memo regarding same. |

```
Client No. 34585                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
```

06/29/06 A Tsu            .50 Reviewing 365 case law in 9th Circuit.

06/30/06 A Tsu            .40 Reviewing cases for research memo regarding
                              assumption of contracts under 365.

TOTAL FOR LEGAL SERVICES RENDERED                        $6,064.00