# EXHIBIT C-10

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through June 30, 2006

Matter No. 34585-00010

Financing

06/01/06 K Glade        .30 Review potential DIP lender term sheet (0.3).

06/01/06 S Strong       .30 Review revisions proposed by potential DIP
                            lender to form of confidentiality agreement,
                            and exchange emails with M. Kehl regarding same
                            (0.3).

06/02/06 A Jarvis      1.30 Conference with proposed DIP financer and M.
                            Kehl regarding negotiations on financing
                            proposal.

06/06/06 A Jarvis       .50 Conference with potential DIP financer.

06/06/06 A Jarvis       .40 Telephone conference with M. Kehl regarding
                            DIP financing, operational issues.

06/06/06 S Strong       .60 Telephone conference with M. Kehl regarding
                            potential DIP lender edits to confidentiality
                            agreement, review same, and email to potential
                            DIP lender and M. Kehl regarding same (0.3);
                            review and compare proposed terms sheets from
                            two potential DIP lenders and email from M.
                            Kehl regarding same (0.3).

06/07/06 A Jarvis       .50 Conference call with potential DIP lender.

06/07/06 A Jarvis       .40 Correspondence on negotiations on DIP lending.

Client No. 34585                                          Page:   2
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/07/06 E Monson          2.60 Work on drafting DIP Financing Motion (2.6).

06/07/06 S Strong          1.10 Exchange messages with M. Kehl regarding
                                Fortress term sheet as filed with court, review
                                same and forward copy to M. Kehl (0.4); review
                                edits proposed by potential lender to draft
                                confidentiality agreement, make further edits
                                to same and exchange emails with lender's
                                counsel regarding same (0.7).

06/08/06 A Jarvis          1.30 Review term sheets and correspondence with M.
                                Kehl regarding proposed DIP financing.

06/08/06 A Jarvis           .50 Correspondence and conference with M. Kehl
                                regarding DIP financing proposals.

06/08/06 A Jarvis           .40 Telephone conference with M. Kehl regarding
                                Ashby proposal, DIP financing, budget.

06/08/06 L Jenkins          .40 Conference with S. Strong and E. Monson
                                regarding issues relating to motion to
                                approve DIP financing.

06/08/06 E Monson          8.10 Work on motion on DIP Financing (6.5); review
                                drafts of sheets of possible DIP lenders (.8);
                                review draft of mailing matrix and discuss with
                                Carrie Hurst (.3); discussion with A. W. Jarvis
                                regarding DIP Financing Motion (.5).

06/08/06 S Strong          1.80 Conference with A. Jarvis and E. Monson
                                regarding need for motion to approve interim
                                DIP financing and related issues (0.5); review
                                and analysis of 2 additional term sheets for
                                potential DIP financing and M. Kehls email and
                                comparison of same (0.7); further discussions
                                with E. Monson regarding drafting of motion to
                                approve DIP financing (0.4); review draft of
                                financing motion (0.2).

06/09/06 A Jarvis           .60 Telephone conferences with M. Kehl regarding
                                DIP financing negotiations, proposals.

06/09/06 A Jarvis           .30 Correspondence on motion for financing,
                                release issues.

06/09/06 A Jarvis           .30 Correspondence on DIP financing motion.

```
Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006
```

06/09/06 A Jarvis        .40 Review competing term sheets, DIP financing
                             issues.

06/09/06 E Monson       7.70 Discussion with Monty Kehl regarding DIP
                             Financing Motion (.3); further review of term
                             sheet with Capital Source (1.0); work on
                             revising DIP Financing Motion (3.5); receive
                             comments from A. W. Jarvis and S. T. Waterman
                             to DIP Financing Motion and make further
                             revisions thereto (1.0); shepardize cases in
                             DIP Financing Motion (.4); research and review
                             cases on Section 364(c) and (d) (1.5).

06/09/06 S Strong       1.70 Conference with E. Monson regarding development
                             of motion for interim financing and cash budget
                             relating to same (0.2); telephone conferences
                             with M. Kehl regarding changing offers of two
                             potential lenders (0.2); conference with A.
                             Jarvis regarding same (0.1); participate in
                             telephone conferences with M. Kehl and A.
                             Jarvis regarding same (0.3); review and edit
                             draft of motion for interim financing, and
                             discuss edits with E. Monson (0.3); review term
                             sheet for financing (0.2); review final draft
                             of motion, and assist E. Monson with assembling
                             and transmitting to local counsel the exhibits
                             for same (0.4).

06/09/06 S Waterman     2.80 Review and revise motion for DIP financing.

06/12/06 A Jarvis        .50 Correspondence on DIP financing proposals,
                             negotiations of term sheets.

06/12/06 E Monson       1.50 Additional review of cases relating to DIP
                             Financing Motion (1.5).

06/13/06 K Glade         .90 Telephone calls with M. Kehl and related
                             e-mails regarding due diligence by proposed DIP
                             lender (0.9).

06/13/06 A Jarvis        .60 Review of new term sheet for proposed DIP
                             financing.

06/13/06 A Jarvis        .40 Telephone conference with M. Kehl regarding DIP
                             financing term sheet and conference call with
                             Unsecured Creditors Committee.

Client No. 34585                                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/13/06 A Jarvis          .50 Telephone conference with M. Kehl and
                               potential DIP financier regarding proposed
                               term sheet (.4); follow up telephone
                               conference with M. Kehl regarding DIP
                               financing motion (.1).

06/14/06 K Glade           .70 E-mail regarding due diligence on DIP financing
                               (0.2); review list of loans DIP lender
                               reviewing (0.3); subsequent telephone calls
                               with M. Kehl and DIP lender attorney regarding
                               DIP lender due diligence (0.2).

06/15/06 A Jarvis         1.00 Conferences with T. Allison and J. Reed
                               regarding DIP financing, preparation of
                               budget regarding same.

06/15/06 S Strong          .60 Conference with J. Reed regarding foreclosure
                               estimates needed for audit for DIP financing
                               motion (0.1); telephone conferences with D.
                               Monson and K. Glade regarding same (0.6).

06/16/06 A Jarvis         2.50 Conference call with T. Allison and potential
                               DIP financer regarding potential DIP
                               financing (1.5); further conference call on
                               DIP financing issues (1.0).

06/16/06 A Jarvis          .50 Review and revision of budget regarding DIP
                               financing needs.

06/16/06 S Strong          .80 Telephone conference with A. Jarvis regarding
                               DIP financing issues and potential lenders
                               (0.1); review term sheet and exclusivity
                               provisions, and email to T. Allison, M. Kehl
                               and A. Jarvis with comments on same (0.7).

06/19/06 A Jarvis          .60 Telephone conference with potential DIP
                               lenders, status of DIP financing motion.

06/19/06 A Jarvis          .30 Telephone conference with T. Allison
                               regarding DIP financing, declaration.

06/19/06 A Jarvis         3.20 Review and revise proposed order on DIP
                               financing, draft memo on negotiations
                               regarding same.

Client No. 34585                                                    Page:    5
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/19/06 E Monson        5.00 Review objections to DIP Financing motions
                              (1.4); review objection to motion to use cash
                              (.4); work on reply in support of DIP financing
                              and use of cash (2.2); review e-mails from A.
                              W. Jarvis regarding declaration, DIP Financing,
                              cash motion and budgets (1.0).

06/19/06 S Strong         .90 Review and analysis of emails from A. W. Jarvis
                              regarding status of DIP financing, terms, and
                              options (0.3); discuss same with A. W. Jarvis
                              (0.2); confer with E. A. Monson regarding
                              drafting of Reply needed for filing regarding
                              DIP financing and the proposed deal (0.4).

06/20/06 S Strong        8.40 Review draft order on DIP financing proposed by
                              potential lenders and A. Jarviss proposed
                              revisions to same, and lender's counsel's
                              further revisions to same (0.7); confer with E.
                              Monson regarding DIP financing issues (0.2);
                              participate in call with lender's attorney and
                              E. Monson regarding Capsource proposed order
                              (0.7); exchange emails with lender and attorney
                              regarding same (0.1); voice message to C.
                              Carlyon regarding same (0.1); telephone call
                              with M. Kehl regarding outstanding issues with
                              proposed financing order (0.3); telephone
                              conference and exchange emails with A. Jarvis
                              regarding same (0.2); further review and
                              analysis of term sheet and proposed financing
                              order (0.8); telephone conferences with K.
                              Ottaviano, A. Jarvis, and M. Kehl regarding
                              same (0.2); participate in conference call with
                              K. Ottaviano, H. Geyer, A. Jarvis, M. Kehl, and
                              T. Allison to further negotiate interim
                              financing agreement and issues (0.8); follow-up
                              telephone conferences with K. Ottaviano, A.
                              Jarvis, and M. Kehl regarding same (0.2);
                              revise proposed financing order based on
                              negotiations (0.4); telephone conference with
                              K. Ottaviano regarding specific language for
                              revisions to proposed financing order (0.8);
                              make further revisions to proposed financing
                              order, prepare redlined draft, and circulate
                              revised draft to K. Ottaviano, A. Jarvis and M.
                              Kehl  regarding same (1.6); review followup
                              email from K. Ottaviano regarding same (0.1);
                              circulate draft with comments to counsel for 4
                              committees (0.2); exchange emails with E.
                              Karasik regarding same (0.1); prepare summary

Client No. 34585                                              Page:    6
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


                           of revisions to proposed order and circulate to
                           E. Karasik and C. Carlyon (0.6); telephone
                           conference with C. Carlyon regarding same
                           (0.3); telephone conference with A. Jarvis
                           regarding same (0.1).

06/21/06 A Jarvis     1.00 Meeting with Capital Source regarding further
                           negotiations on financing in response to
                           Committee concerns.

06/21/06 S Strong      .10 Review email from K. Ottaviano regarding
                           further edits needed to proposed order on
                           CapSource financing (0.1).

06/22/06 A Jarvis     1.00 Correspondence with T. Allison regarding DIP
                           financing issues, alternatives to DIP
                           financing (.7); correspondence on DIP
                           financing options (.3).

06/22/06 S Tingey      .30 Assemble information regarding Diversified Fund
                           for potential DIP lenders (0.3).

06/23/06 S Strong      .60 Review revisions proposed by new potential
                           lender to confidentiality agreement and
                           exchange emails and voicemails with M. Olson
                           regarding same (0.6).

06/27/06 A Jarvis      .30 Correspondence from investor regarding
                           suggestions for DIP financing.

06/28/06 S Strong      .30 Review proposed edits to confidentiality
                           agreement for new potential lender and email
                           comments regarding same to M. Kehl and
                           potential lender personnel (0.3).

06/29/06 A Jarvis      .30 Correspondence on DIP financing.

06/29/06 D Monson      .20 Telephone call from potential lender attorney
                           and review e-mail from potential lender
                           attorney on potential interest in providing DIP
                           financing.

06/29/06 S Strong      .20 Review email from M. Olson regarding discussion
                           with potential new DIP lender (0.1); confer
                           with A. W. Jarvis regarding same (0.1).

Client No. 34585                                                  Page:    7
Debtor USA Commercial Mortgage Co., et al.                        August 11, 2006


06/30/06 E Toscano          .50 Review emails and attachment from Mary Jones
                                regarding the Rio Rancho Executive Plaza
                                property; review Search and Report and copies
                                of documents from the examiner; forward same
                                to Steve Tingey; review invoice and arrange
                                for payment of same; update file.

TOTAL FOR LEGAL SERVICES RENDERED                                 $18,347.50

# EXHIBIT C-11

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 11, 2006
Las Vegas, NV  89121                                   Invoice No.  ******


For Legal Services Rendered Through June 30, 2006


**Matter No. 34585-00011**

**Litigation**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/01/06 | A Jarvis | .30 | Correspondence on interpleader action. |
| 06/01/06 | A Jarvis | .30 | Correspondence on declaration of Tom Allison. |
| 06/01/06 | E Monson | 2.40 | Review Scott Canepa motion for relief (.2); draft response to Canepa motion for relief (2.2). |
| 06/01/06 | M Pugsley | .20 | Correspondence with S. C. Strong regarding 2004 motion (.2). |
| 06/01/06 | S Strong | .30 | Review 3rd-party subpoena served on USA in Westward Ho litigation and exchange emails with M. Olson and A. Jarvis regarding same. |
| 06/01/06 | S Strong | .70 | Confer with E. Monson regarding opposition needed to relief from stay motion filed by S. Canepa (0.3); review and revise E. Monson's draft of same (0.4). |
| 06/02/06 | A Jarvis | 3.50 | Draft replies, T. Allison declaration; review pleadings; prepare for hearings. |

Client No. 34585                                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/02/06 E Monson        2.10 Work on revising response to motion for relief
                              filed by S. Canepa (1.1); proof response and
                              follow up with L. Schwartzer's office for
                              filing (.4); review e-mails from L. Schwartzer
                              regarding issues of filing and telephone
                              discussion with L. Schwartzer regarding same
                              (.3); discussion with S. C. Strong regarding
                              responses to PDG motion and also another direct
                              lender motion to forward payments (.3).

06/02/06 S Strong         .70 Review and revise draft of response to S.
                              Canepas relief from stay motion and confer
                              with E. Monson regarding finalizing same (0.4);
                              exchange emails with investor regarding same
                              (0.1); review final draft of Response and
                              discuss same with E. Monson (0.2).

06/03/06 A Jarvis        1.20 Telephone conference with T. Allison, M. Kehl
                              and S. C. Strong regarding preparation for
                              hearing, meeting with committees.

06/03/06 A Jarvis         .20 Telephone conference with M. Kehl regarding
                              preparation for Monday's hearing.

06/03/06 A Jarvis        8.90 Review responses to motions and reply briefs,
                              review case law and prepare arguments for
                              hearing.

06/03/06 S Strong        1.40 Confer with A. Jarvis regarding issues for
                              Mondays hearing on Motion to Hold Funds and
                              assist her in preparing for same (1.4).

06/04/06 A Jarvis        1.50 Meeting with Mesirow regarding budget,
                              information prepared for committees,
                              preparation for hearings.

06/04/06 A Jarvis        8.60 Review responses to motions, reply briefs,
                              review case law and prepare arguments for
                              hearing.

06/04/06 S Strong        2.90 Review various emails from A. Jarvis regarding
                              additional case law support needed for Motion
                              to Hold Funds, and research and assemble case
                              law for her (1.2); meet with A. Jarvis in Las
                              Vegas to supply additional research for her

Client No. 34585                                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006

                        preparations for Motion to Hold Funds hearing
                        and to discuss strategies and issues for
                        hearings tomorrow morning (0.7); further
                        research for A. Jarvis regarding Motion to Hold
                        Funds, and exchange emails with her regarding
                        same (0.8); review detailed email giving direct
                        lender perspectives on previous hearing and
                        various case issues (0.2).

06/04/06 S Strong      .80 Review motions for release of investor
                        account funds and responses thereto, and
                        prepare outline of oral argument for same for
                        hearing tomorrow morning (0.8).

06/05/06 A Jarvis      .60 Conference with S. C. Strong regarding
                        arguments for hearing.

06/05/06 A Jarvis     3.40 Prepare for and attend hearing; conference
                        with T. Allison regarding results of hearing.

06/05/06 E Monson      .50 Follow up with Greg Jolley regarding research
                        on Sandlin collection action (.3); follow up
                        with D. M. Monson regarding drafting response
                        to PDG motion on disbursement (.2).

06/05/06 S Strong     5.50 Meet with A. Jarvis, T. Allison, S. Smith,
                        and J. Reed to prepare for this mornings
                        hearing (0.5); discuss hearing preparations
                        and case strategies with A. Jarvis and S.
                        Smith (while traveling from hotel to court
                        for hearing) (0.5); confer with A. Jarvis
                        regarding hearing preparations and meet
                        counsel for various parties and Hilco
                        representative at court prior to hearing
                        (0.3); attend hearing to support and assist
                        A. Jarvis and L. Schwartzer (2.4); confer
                        with S. Smith regarding results of hearing
                        and issues respecting debtors schedules and
                        statements and other administrative issues
                        (while traveling from court to USA offices)
                        (0.5); t/c w/ J. McPherson regarding filing
                        of revised cash budget (0.1); participate in
                        meeting with T. Allison and Mesirow team
                        regarding issues and strategies for moving
                        cases forward (0.6); further discussions with
                        A. Jarvis regarding planning and strategies
                        for moving cases forward (while traveling
                        back to SLC) (0.6).

Client No. 34585                                             Page:    4
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/06/06 A Jarvis         .20 Correspondence with J. Chubb regarding
                              possible resolution of relief from stay
                              motion.

06/06/06 E Monson        5.30 Meet with S.C. Strong and discuss events at
                              hearing and future action items (.3); review
                              McKnight motion for payment (.3); work on
                              response to McKnight motion for payment (1.2);
                              discussion with S.C. Strong regarding drafting
                              supplemental declaration for T. Allison on
                              Canepa motion (.3); follow up on identifying
                              and requesting additional information needed
                              for T. Allison supplemental declaration (.5);
                              review e-mails and follow up regarding update
                              to mailing matrix (.4); meet with G. Jolley
                              regarding update to Sheraton collection action
                              (.4); begin drafting T. Allison supplemental
                              declaration (1.2); review Benincasa motion to
                              return funds (.2); review Donna Cangelori
                              opposition to Canepa motion (.2); review e-mail
                              from A. Stevens regarding information on Scott
                              Canepa loans (.3).

06/06/06 S Strong         .80 Confer with E. Monson regarding results of
                              hearings yesterday and various oppositions
                              and motions to be filed this week (0.2);
                              confer with E. Monson and A. Jarvis regarding
                              supplemental declaration needed to support
                              oppositions to relief from stay motions
                              (0.3); t/c w/ J. McPherson regarding status
                              of various proposed orders and other
                              procedural matters (0.3).

06/06/06 S Strong         .80 Review and edit D. Monsons draft of response
                              to the PDG motion (0.4), and discuss same
                              with A. Jarvis (0.1); confer with D. Monson
                              regarding same (0.2); review final edits and
                              filed version of same (0.1).

06/06/06 S Strong        1.20 Confer with J. McPherson regarding status of
                              interpleader action and related issues (0.2);
                              review and revise draft of interpleader
                              complaint (0.3); review email from S. Smith
                              regarding same and telephone conference with
                              her regarding same (0.2); confer with E. Monson
                              and A. Jarvis regarding additional evidentiary
                              support for opposing S. Canepa relief from stay
                              motion (0.3); review and analysis of email from
                              A. Stevens regarding borrowers on Canepa loans

Client No. 34585                                            Page:    5
Debtor USA Commercial Mortgage Co., et al.                 August 11, 2006


                        (0.2)

06/07/06 E Monson       .50 Get opposition to McKnight Motion finalized and
                            facilitate filing (.4); review e-mail from J.
                            McPherson regarding McKnight opposition (.1).

06/07/06 S Strong       .60 Confer with E. Monson regarding objection
                            needed to McKnight motion to pay lenders
                            (0.2); review and edit draft of same, and
                            further discuss same with E. Monson (0.4).

06/08/06 E Monson      1.20 Talk to Amanda regarding information on Canepa
                            loans for Tom Allison declaration (.2); review
                            e-mail and information from Amanda on Canepa
                            loans (.3); work on T. Allison supplemental
                            declaration (.7).

06/09/06 A Jarvis       .30 Correspondence on subpoena and response.

06/09/06 E Monson       .70 Review Omnibus responses of creditors committee
                            to Motions for Relief and Motion for Turnover
                            of Funds (.4); review McKnight supplemental
                            memo in support of Motion to Pay Direct Lenders
                            (.3).

06/12/06 A Jarvis       .30 Correspondence on interpleader action.

06/12/06 E Monson      3.80 Work on reviewing information provided by A.
                            Stevens for T. Allison supplemental declaration
                            and work on declaration (2.7); review e-mail
                            from A. W. Jarvis regarding additional
                            information to be included in T. Allison
                            supplemental declaration (.2); review Executive
                            Contract Committee's objection to shorten time
                            to hear various motions (.3); draft e-mail to
                            A. Stevens regarding information for T. Allison
                            supplemental declaration (.4); review unsecured
                            creditors committee's response to Direct
                            Lenders Motion for Relief (.2).

06/13/06 A Jarvis       .30 Telephone conference with M. Kehl regarding
                            preparation for hearings.

06/13/06 A Jarvis       .60 Prepare documents for hearing, chart.

06/13/06 A Jarvis       .10 Telephone call to J. Chubb to discuss
                            settlement of relief from stay motion.

Client No. 34585                                                      Page:    6
Debtor USA Commercial Mortgage Co., et al.                           August 11, 2006


06/13/06 A Jarvis       .30 Conference with E. A. Monson regarding
                            preparation of T. Allison declaration.

06/13/06 A Jarvis       .20 Telephone conference with M. Kehl regarding
                            input into reply brief.

06/13/06 A Jarvis      4.10 Review and revise declaration for T. Allison;
                            review and revise motion to hold funds;
                            prepare for hearing.

06/13/06 E Monson      6.90 Review e-mail and voice mail from R. Stevens
                            regarding Thomas Allison Supplemental
                            Declaration (.2); discussion with A. Stevens
                            regarding declarations and revisions thereto
                            (.6); talk to Monty Kehl regarding revisions to
                            Allison declaration (.3); discussion with S.
                            Smith and S. C. Strong regarding Canepa loans
                            and additional information to add to
                            Declaration (.3); revise Tom Allison
                            declaration (3.4); review Jones Vargas reply in
                            support of D. Landen motion for relief (.3);
                            review reply in support of motion for relief on
                            Boise/Gowan loan (.9); review and pull from
                            docket Rule 2019 statements and compare Jones
                            Vargas statement with their reply memo (1.0).

06/13/06 S Strong       .20 Further review of draft interpleader
                            complaint (0.2).

06/13/06 S Strong      2.70 Telephone conference with E. Monson regarding
                            loan information needed to complete
                            supplemental declaration of T. Allison in
                            support of debtors positions on matters to be
                            heard 6/15/06, conference with M. Kehl
                            regarding same, and voicemail to A. Stevens
                            regarding same (0.3); exchange follow-up emails
                            with E. Monson regarding same (0.1); review and
                            analysis of opinion letter from S. Bice
                            regarding view on pending relief from stay
                            motions (0.3); exchange emails with A. Jarvis
                            and E. Monson regarding same (0.2); review and
                            analysis of replies by S. Canepa and Jones
                            Vargas clients in support of their RFS motions,
                            and exchange emails with A. Jarvis regarding
                            same (1.8).

Client No. 34585                                                Page:    7
Debtor USA Commercial Mortgage Co., et al.                      August 11, 2006


06/13/06 A Tsu          10.10 Reviewing electronic docket to prepare
                              hearing binders for June 15th hearings (4.9);
                              finalizing reply to debtors motion to hold
                              funds (3.1); reviewing incoming
                              correspondence from E. Kaup (.2); following
                              up with responding to same (.5); updating and
                              preparing hearing binders (1.4).

06/14/06 A Jarvis        2.10 Review relief from stay motions and outline
                              response, settlement discussions.

06/14/06 A Jarvis         .50 Telephone conferences with J. Chubb regarding
                              possible settlement of relief from stay
                              motion.

06/14/06 A Jarvis       13.40 Prepare for hearings; review pleadings,
                              organize arguments, review case law, outline
                              responses to objections.

06/14/06 E Monson        9.60 Work on finalizing Supplemental Declaration
                              of T. Allison (2.9); discussions with A.
                              Stevens, S. Smith, S. C. Strong, and M. Kehl
                              regarding issues and revisions in connection
                              with T. Allison Supplemental Declaration
                              (.7); review joint Omnibus Reply to
                              opposition to joint committee motion (.3);
                              assist in putting together materials and
                              cases and preparations for hearing on various
                              motions (1.0); review Canepa and JV Direct
                              Lenders memos in support of their motions for
                              relief (.9); research and review cases on
                              colorable claim argument in Scott Canepa's
                              memorandum (1.7); review joint limited
                              opposition to motion for continued use of
                              cash (.2); review JV Direct Lender's
                              opposition to use of cash (.2); review
                              Collier's for statement that property in
                              Debtor's possession may also be subject to
                              stay and send to A. W. Jarvis (.3);
                              discussions with A. W. Jarvis regarding
                              arguments to be made in connection with
                              Canepa and JV Direct Lenders motions for
                              relief (.4); draft lengthy e-mail to A. W.
                              Jarvis on response to colorable closing
                              argument (1.0).

Client No. 34585                                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/14/06 S Strong        2.30 Telephone conference with A. Jarvis regarding
                              responses to Canepa arguments and revisions
                              to supplemental declaration of T. Allison
                              regarding same (0.2); telephone conferences
                              with E. Monson regarding same (0.4);
                              follow-up telephone conference with A. Jarvis
                              regarding same (0.1); discussions with M.
                              Kehl, E. Monson and A. Jarvis regarding
                              finalizing and filing same (0.4); review
                              research and analysis of E. Monson in
                              response to Canepa reply arguments for his
                              relief from stay motion and exchange emails
                              with A. Jarvis and E. Monson regarding same
                              (0.3); review spreadsheet from S. Smith
                              regarding various other loans made by
                              investors in the Boise/Gowans loan addressed
                              by Canepas motion, and discuss same with A.
                              Jarvis (0.3); confer with and assist A.
                              Jarvis in preparations for arguments at
                              hearing tomorrow on 9 pending motions (0.6).

06/15/06 A Jarvis        1.00 Prepare for hearing (.2); telephone
                              conference with S. C. Strong regarding
                              arguments for hearing (.3); conference with
                              S. C. Strong and T. Allison regarding
                              arguments for hearing (.5).

06/15/06 A Jarvis        4.30 Attend hearing and argue for and against
                              motions on calendar.

06/15/06 E Monson         .30 Review motion to strike 4th Supplemental
                              Declaration of T. Allison (.3).

06/15/06 S Strong        6.00 Telephone conference with A. Jarvis regarding
                              motion to strike filed this morning by Canepa
                              (0.2); review same (0.2); conference with A.
                              Jarvis regarding preparations for hearings
                              today (en route to court) (0.5); discussions
                              with A. Jarvis, J. Reed, S. Smith and L.
                              Schwartzer regarding hearing preparations and
                              issues (at courthouse) (0.6); attend hearing
                              on various motions and assist A. Jarvis with
                              same (4.0); post-hearing discussions with A.
                              Jarvis regarding results of hearings (0.2);
                              conference with A. Jarvis regarding tasks to
                              accomplish in preparation for next weeks
                              hearing (0.3).

Client No. 34585                                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.                          August 11, 2006


06/16/06 S Strong        .30 Review email from M. Olson regarding issues
                             concerning draft interpleader action, review
                             draft complaint, and forward to him with
                             explanation of status.

06/19/06 A Jarvis        .40 Conference with S. C. Strong regarding DIP
                             financing, motions on for hearing.

06/19/06 A Jarvis       4.40 Review and revise declaration for T. Allison,
                             reply briefs.

06/19/06 B Kotter        .60 Follow up on e-mail from A. W. Jarvis
                             regarding stayed litigation and phone call to
                             Nevada counsel regarding status of litigation
                             and requesting documents of same.

06/19/06 B Kotter       8.10 Read and analyze objections and responses to
                             motion to approve security agreement with IP;
                             draft response to objections and in support
                             of Motion; conference with S. C. Strong and
                             A. W. Jarvis regarding reply brief; make
                             further revisions regarding matter.

06/19/06 E Monson       6.80 Work with B. J. Kotter on compiling objections
                             to motion to approve settlement with Investment
                             Partners (.6); review drafts of cash budgets
                             (1.0); work on 5th Supplemental Declaration of
                             T. Allison (5.2).

06/19/06 S Strong       2.20 Review B. J. Kotters draft of Reply in
                             support of motion to approve IP pledge and
                             discuss edits with him (0.5); make further
                             revisions to Reply regarding IP pledge,
                             confer with A. W. Jarvis regarding same, and
                             transmit same to L. Schwartzers office with
                             filing instructions (1.7).

06/19/06 A Tsu          2.50 Reviewing and completing motion for protective
                             order (2.5).

06/20/06 A Jarvis       2.00 Review briefs filed in opposition to motions;
                             prepare for hearing.

06/20/06 A Jarvis      10.00 Meetings with T. Allison and Mesirow team;
                             finalize T. Allison declaration, reply
                             briefs, negotiate changes to DIP financing in
                             response to committee concerns, revise
                             proposed DIP financing order; gather

Client No. 34585                                              Page:   10
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


                        information on Committee reconstitution
                        motion; prepare response to IP security
                        interest objections, gather information
                        regarding same; review responses to motions
                        and outline reply to arguments; review case
                        law.

06/20/06 A Jarvis       9.50 Review various responses to motions; outline
                        arguments; review case law, outline and
                        prepare oral responses to objections.

06/20/06 B Kotter       1.20 Further revisions to reply brief in support
                        of motion to approve investment partners
                        security agreement (1.0); follow up on filing
                        and copy to chambers (.2).

06/20/06 S Strong        .80 Review and analysis of late-filed objections
                        to motions to be heard tomorrow (0.4); confer
                        with and assist A. Jarvis regarding hearing
                        preparations (0.4).

06/20/06 A Tsu           .50 Preparing exhibits for fifth supplemental
                        declaration for Tom Allison.

06/21/06 A Jarvis      11.10 Hearings on Committee reconstitution motion,
                        DIP financing, IP security interest approval,
                        forbearance and financing motion, committee
                        procedures motion.

06/21/06 S Strong        .50 Meet with S. Tingey to discuss causes of action
                        against Tree Moss regarding Epic loan in
                        Diversified portfolio (0.5).

06/21/06 S Tingey       3.80 Revise Complaint v. Tree Moss regarding EPIC
                        (2.9); draft Lis Pendens regarding EPIC
                        (0.4); conference with  S. Strong regarding
                        claims v. Tree Moss on EPIC loan (0.3);
                        obtain additional documents regarding EPIC
                        loan (0.2).

06/22/06 S Strong        .60 Meet with S. Tingey to further discuss
                        proposed action against Tree Moss to obtain
                        title to Epic loan property for Diversified
                        Fund (0.2); review S. Tingeys email and
                        draft complaint regarding same (0.4).

```
Client No. 34585                                        Page:   11
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006
```

| | | | |
|---|---|---|---|
| 06/22/06 | S Tingey | 1.30 | Revise Complaint v. Tree Moss regarding EPIC (1.10); memo to A. Jarvis and S. Strong regarding same (0.2). |
| 06/22/06 | A Tsu | 2.00 | Reviewing incoming documents from J. Chubb and U.S. Trustee; correspondence with C. Hurst regarding USA deadline table; meeting with S. strong to discuss motion for protective order. |
| 06/27/06 | A Jarvis | .30 | Correspondence on Canepa motion and order. |
| 06/27/06 | A Jarvis | .30 | Conference with S. C. Strong regarding motion to distribute funds. |
| 06/27/06 | A Jarvis | .60 | Correspondence and conference with S. C. Strong regarding complaint prepared on Epic. |
| 06/27/06 | B Kotter | .20 | Conference with S. C. Strong regarding 2004 document production (.2). |
| 06/27/06 | S Strong | 2.50 | Discussions with A. W. Jarvis regarding issues for motion to distribute funds (0.2); work on motion to distribute funds (2.3). |
| 06/28/06 | S Strong | 1.70 | Continue research and analysis for motion to distribute funds. |
| 06/29/06 | S Strong | 1.80 | Exchange emails with A. W. Jarvis regarding draft complaint regarding Epic / Tree Moss property (0.1); review and revise draft complaint, and circulate draft to M. Levinson and J. Hermann (1.7). |
| 06/30/06 | E Monson | .20 | Review LePome supplemental reply and request for ruling (.2). |

```
TOTAL FOR LEGAL SERVICES RENDERED                        $55,427.00
```

# EXHIBIT C-12

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road       August 11, 2006
Las Vegas, NV  89121                          Invoice No. ******


For Legal Services Rendered Through June 30, 2006


**Matter No. 34585-00015**

**Travel Time**

| | | |
|---|---|---|
| 06/01/06 K Glade | 6.00 | Travel from Salt Lake City to Las Vegas (3.0); travel from Las Vegas to Salt Lake City (3.0). |
| 06/01/06 A Jarvis | 1.10 | Travel from Salt Lake City to Las Vegas (non-working travel time). |
| 06/01/06 A Jarvis | 1.20 | Travel from Las Vegas to Salt Lake City (non-working travel time). |
| 06/04/06 A Jarvis | 2.80 | Travel to Las Vegas for hearings. |
| 06/04/06 S Strong | 2.10 | Travel from SLC to L.V. for hearings (non-working portion of travel time). |
| 06/05/06 A Jarvis | 1.00 | Travel to and from Court for hearing. |
| 06/05/06 A Jarvis | 3.60 | Travel from Las Vegas to Salt Lake after hearing. |
| 06/05/06 S Strong | 2.30 | Return to Salt Lake City from USAs offices (non-working travel time). |
| 06/09/06 K Glade | 6.00 | Travel from Salt Lake City to Las Vegas; travel from Las Vegas to Salt Lake City. |

Client No. 34585                                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.                             August 11, 2006


06/13/06 S Strong        1.80 Travel from SLC to L.V. to help with
                              schedules and statements, hearings, and
                              committee meetings (non-working travel time).

06/14/06 A Jarvis        1.20 Travel from Salt Lake City to Las Vegas
                              (non-working travel time).

06/15/06 A Jarvis        1.30 Travel to and from court.

06/15/06 S Strong        4.80 Return travel from L.V. to SLC (2-hour flight
                              delay).

06/16/06 A Jarvis        6.90 Travel from Las Vegas to Salt Lake City
                              (delayed flight).

06/20/06 A Jarvis        1.40 Travel from Salt Lake City to Las Vegas
                              (non-working travel time).

06/21/06 A Jarvis         .50 Travel to court.

06/21/06 A Jarvis         .50 Travel from court.

06/22/06 A Jarvis        2.90 Travel from Las Vegas to Salt Lake City after
                              hearings.

06/25/06 A Jarvis        7.30 Travel from Salt Lake City to Miami for meeting
                              and delayed.

06/26/06 A Jarvis        7.50 Travel from Miami to Atlanta (delayed
                              flightovernight).

06/26/06 B Kotter        6.70 Travel to Las Vegas (2.9); return to Salt
                              Lake City (3.8).

06/26/06 S Strong        2.60 Travel from Salt Lake to Las Vegas for work
                              at USA offices (non-working portion of travel
                              time).

06/26/06 S Strong        3.80 Return travel from Las Vegas (flight delayed).

06/27/06 K Glade         7.50 Travel from Salt Lake City to Las Vegas and
                              travel from Las Vegas to Salt Lake City.

06/27/06 A Jarvis        4.90 Travel from Atlanta to Salt Lake City.

06/28/06 B Kotter        3.10 Travel to Las Vegas and USA's offices (3.1).

Client No. 34585                                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/29/06 B Kotter        3.70 Return travel from Las Vegas to Salt Lake
                              City (3.7).

06/29/06 E Monson        6.60 Travel to and from Las Vegas and USA Capital
                              offices (6.6).

TOTAL FOR LEGAL SERVICES RENDERED                                  $13,926.75

# EXHIBIT C-13

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                     August 11, 2006
Las Vegas, NV  89121                                        Invoice No. ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00017**

**Regulatory Matters**

| | | | |
|---|---|---|---|
| 06/02/06 | M Pugsley | 3.20 | Review subpoena in Westward Ho case (.3); review docket for case (.4); telephone conference with Amanda regarding status of Gramercy Court developments (.3); telephone conference with counsel regarding case and subpoena (.5); draft letter to L. Dean regarding transfer of documents to IP and circulate (.8); review index of documents regarding SECs request (.9). |
| 06/02/06 | S Strong | .10 | Confer with M. Pugsley regarding IP documents and review proposed letter to SEC regarding same (0.1). |
| 06/05/06 | J Sorenson | .60 | Draft memo regarding SEC issues. |
| 06/05/06 | K Cassett | .80 | Add column to document index and review for IP related entries regarding documents produced for SEC. |

Client No. 34585                                                     Page:    2
Debtor USA Commercial Mortgage Co., et al.                          August 11, 2006


06/09/06 M Pugsley      1.90 Draft and circulate proposed letter to SEC and
                             B. Baker regarding exchange of documents (1.5);
                             telephone conference with M. Olson regarding
                             status of responses to California Department of
                             Corporations and other issues (.6); telephone
                             conference with Amanda regarding document
                             productions (.3); correspondence with Sherwood
                             Cook concerning California investigation (.5).

06/12/06 A Jarvis        .20 Correspondence on licensing issues.

06/12/06 M Pugsley      5.10 Telephone conference with S. C. Strong
                             regarding transfer of IP documents (.3); review
                             and revise table regarding proper
                             identification of documents (.8); telephone
                             conference with L. Dean regarding various
                             issues (.7); telephone conference with K. Breen
                             regarding proposal (.5); finalize letter to all
                             parties and email same (.6); research regarding
                             possession and control issues (2.2).

06/12/06 J Sorenson     4.20 Draft memo on federal and state exemptions to
                             securities registration.

06/13/06 K Glade         .20 Review State of Nevada order regarding license
                             (0.2).

06/13/06 M Pugsley      1.60 Review and response to email from M. Olson
                             regarding Bice letter (.5); telephone
                             conference with W. Wray regarding subpoena
                             (.3); telephone conference with Amanda
                             regarding documents for Gramercy Court loan
                             (.4); review same (.4).

06/13/06 A West         2.70 Conference with M. Pugsley regarding
                             "possession and control" (.3); research
                             "possession and control" of records in
                             treatises (.4); research case law on
                             "possession and control" (2.0).

06/14/06 M Pugsley      1.50 Meetings with S. C. Tingey regarding IP
                             Separation Agreement (.5); conference with S.
                             C. Strong regarding disclosures (.2); telephone
                             conference with Amanda regarding outstanding
                             document issues and California investigations
                             (.8).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/14/06 A West          2.00 Research treatises on FRCP Rule 34 on
                              "possession, custody and control."

06/15/06 A West          5.20 Research case law on possession, custody or
                              control provision of FRCP 34 and 45 (2.0);
                              research SEC subpoena power and documents
                              demanded (1.2); research treatises on SEC
                              subpoena powers and possession, custody or
                              control (1.0); begin drafting memo on
                              possession, custody or control (1.0).

06/16/06 M Pugsley       5.90 Conference with S. Strong and S. Tingey
                              regarding status and subpoenas (.4); telephone
                              conference with L. Dean regarding privilege
                              waiver and other issues (.8); telephone
                              conference with S. Cook regarding waiver and
                              California investigation (.8); telephone
                              conference with T. Rondeau regarding waiver
                              issues (.6); multiple attempts to contact
                              Joaquin (1.2); research regarding attorney
                              client privilege issues (2.1).

06/16/06 A West          4.00 Draft memo on possession, custody or control
                              (3.0); research case law on same (1.0).

06/19/06 A Jarvis         .30 Correspondence on SEC issues.

06/19/06 M Pugsley       1.20 Telephone conference with attorney for S.
                              Cook regarding SEC investigation (1.2).

06/19/06 S Strong         .20 Review and exchange emails with M. W.
                              Pugsley, A. W. Jarvis, and R. G. Winger
                              regarding SEC reporting requirements (0.2).

06/19/06 A West          2.70 Draft memo on SEC subpoena and documents not in
                              ones possession, custody or control (1.7);
                              legal research on ownership requirement with
                              regard to subpoena (1.0).

06/20/06 M Pugsley       5.00 Review documents from S. Cook regarding
                              California offering (2.3); research regarding
                              reinvestments (2.0); telephone conference
                              with Amanda regarding sale in California and
                              review information received from Amanda (.7).

06/20/06 A West          2.30 Discuss SEC subpoenas with M. Pugsley (.3);
                              revise facts section and draft section of memo
                              and possession (2.0).

06/21/06 M Pugsley      1.20 Telephone conference with L. Dean regarding
                             status and production of documents (1.2).

06/21/06 A West         3.00 Continue drafting memo on the interpretation of
                             possession, custody or control.

06/21/06 K Cassett      1.20 Meeting with M. Pugsley regarding SEC
                             document production; begin bates stamping
                             production.

06/22/06 M Pugsley       .60 Telephone conference with attorneys for
                             investment partners regarding review and
                             production of documents and other issues (.6).

06/22/06 A West         3.00 Draft memo on possession, custody or control
                             (3.0).

06/22/06 K Cassett      2.20 Continue bates stamping documents to be
                             produced to SEC.

06/22/06 J Zimmer       7.80 Prepared Documents for Production.

06/23/06 A Jarvis        .60 Correspondence with M. Olson regarding
                             requests from S. Bice.

06/23/06 S Strong        .30 T/c w/ K. Glade regarding documents requested
                             by MLD and exchange emails with K. Glade, M.
                             Olson and T. Allison regarding same (0.3).

06/23/06 A West         2.50 Draft memo regarding temporary possession and
                             conclusion of research memo; shepardize.

06/23/06 J Zimmer       7.90 Prepared Documents for Production.

06/26/06 M Pugsley      2.10 Draft email regarding document production to
                             MLD (.3); telephone conference with J.
                             Milanowskis attorney (.6); review document
                             production for privilege (1.2).

06/26/06 K Cassett       .90 Final organization of copied documents to be
                             sent to SEC.

06/27/06 M Pugsley       .70 Work to schedule conference call regarding
                             board membership (.7).

Client No. 34585                                                Page:    5
Debtor USA Commercial Mortgage Co., et al.                      August 11, 2006


06/28/06 M Pugsley       3.50 Telephone conference with counsel for J.
                              Milanowski regarding various issues (.3);
                              meeting with L. Dean at SEC in Los Angeles
                              (1.2); draft letter to California Department
                              of Corporations (2.0).

06/28/06 K Cassett       2.10 Review privileged documents; draft privilege
                              log.

06/29/06 M Pugsley       1.20 Telephone conference with B. Baker and K. Breen
                              regarding Board issues (.6); review privileged
                              documents (.6).

06/30/06 M Pugsley       3.00 Coordinate with Amanda regarding subpoena and
                              California investigation (.8); draft letter
                              to California Department of Corporations
                              (1.5); research regarding same (1.2).


TOTAL FOR LEGAL SERVICES RENDERED                               $16,306.50