# EXHIBIT C-14

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                      August 11, 2006
Las Vegas, NV  89121                                         Invoice No. ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00019**

**FTD Committee Relations**

| Date | | Hours | Description |
|---|---|---|---|
| 06/01/06 | A Jarvis | .08 | Correspondence with S. C. Strong regarding committee issues. |
| 06/01/06 | A Jarvis | .10 | Correspondence on discovery requests from committees. |
| 06/01/06 | S Strong | .50 | Review revised drafts of confidentiality and joint defense agreements circulated by C. Pajak and email regarding same (0.4); exchange emails with A. Jarvis regarding same (0.1). |
| 06/02/06 | A Jarvis | .07 | Conference with S. C. Strong regarding communications with committees, committee document requests. |
| 06/02/06 | A Jarvis | .13 | Correspondence on meeting with committees. |
| 06/02/06 | A Jarvis | .18 | Telephone conference with S. C. Strong, T. Allison and M. Kehl regarding meeting with committees, preparation for same. |
| 06/02/06 | A Jarvis | .47 | Prepare for Committee meetings; gather information for same. |

```
Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006
```

06/02/06 B Kotter        .55 Revise applications per S. C. Strong (.3); work
                             on confidentiality agreements for committee's
                             and e-mail out (1.7); respond to counsel
                             inquiries (.2).

06/02/06 S Strong        .40 Telephone conference with C. Pajak regarding
                             committee communications and proposed protocol
                             motion (0.3); review followup email from her
                             regarding same (0.1).

06/02/06 S Strong        .10 Telephone conference with C. Pajak regarding
                             motion to hold funds (0.1).

06/02/06 S Strong        .40 Confer with B. Kotter regarding confidentiality
                             agreement reached with FTD Committee and needed
                             for 3 other committees (0.2); forward proposed
                             agreement regarding same to B. Kotter and
                             review his emails to committee counsel
                             regarding same (0.2).

06/03/06 A Jarvis        .15 Draft letter to A. Landis regarding committee
                             composition.

06/03/06 A Jarvis        .20 Conference with S. C. Strong regarding motion
                             regarding composition of committees.

06/04/06 A Jarvis        .38 Correspondence regarding committee
                             presentation, matters on for hearing.

06/05/06 A Jarvis        .25 Conference with T. Allison, L. Schwartzer, S.
                             C. Strong regarding meeting with committees.

06/05/06 A Jarvis        .38 Meeting with committees.

06/05/06 A Jarvis        .15 Meeting with T. Allison regarding Committee
                             issues.

06/05/06 A Jarvis        .25 Conference with S. C. Strong, L. Schwartzer and
                             M. Kehl regarding issues raised by committees,
                             hearing (.5); conference with S. C. Strong
                             regarding committee issues (.5).

06/05/06 B Kotter        .55 Legal research on committee
                             response/information request issues.

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/05/06 S Strong        1.15 Meet with T. Allison, M. Kehl, S. Smith, J.
                              Reed, A. Jarvis, and L. Schwartzer to discuss
                              issues for meeting with Committees (1.6);
                              confer with A. Jarvis issues and strategies in
                              dealing with Committees (while traveling to
                              USTs office) (0.5); attend meeting with
                              Debtors representatives and four Committees
                              (1.5); confer with A. Jarvis, L. Schwartzer,
                              and M. Kehl regarding issues raised in meeting
                              with Committees (0.5); confer with A. Jarvis
                              regarding issues covered in meeting with
                              Committees and upcoming issues regarding
                              Committees ((while traveling back to USA
                              offices) (0.5).

06/06/06 A Jarvis         .12 Correspondence on protocols for committees.

06/06/06 A Jarvis         .12 Correspondence on issues relating to
                              committee protocols.

06/06/06 A Jarvis         .13 Review correspondence from A. Landis regarding
                              committee composition issues and conference
                              with S. C. Strong regarding same (.5).

06/06/06 A Jarvis         .18 Correspondence on committee information
                              requests (.5); correspondence on protocol
                              motion (.2).

06/06/06 E Monson         .20 Call Christine Pajak (.1); review e-mail from
                              C. Pajak to S. C. Strong regarding BMC issue
                              (.1).

06/06/06 E Monson         .18 Discussion with S. C. Strong regarding follow
                              up on BMC Group assisting committees on web
                              pages (.3); outline issues to address on BMC
                              assisting committees (.4).

06/06/06 S Strong         .21 Research legal issues concerning committee
                              composition (0.9).

06/06/06 S Strong         .10 Exchange emails with C. Pajak regarding same
                              (0.1).

```
Client No. 34585                                        Page:   4
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006
```

06/06/06 S Strong       .30 Telephone conference with counsel for
                            committees regarding
                            information/confidentiality protocols and
                            proposed motion regarding same (0.3); review
                            proposed motion regarding same and discuss with
                            E. Monson and A. Jarvis (0.5); exchange emails
                            with A. Jarvis regarding status of committee
                            confidentiality issues (0.1); confer with E.
                            Monson regarding same (0.3).

06/07/06 A Jarvis       .13 Correspondence with S. C. Strong regarding
                            committee issues, position on proposed
                            committee representation motion.

06/07/06 A Jarvis       .15 Correspondence on confidentiality agreements;
                            conference with E. A. Monson regarding same.

06/07/06 A Jarvis       .30 Correspondence with Fund Committees regarding
                            proposed loan transactions.

06/07/06 D Monson       .30 Review and respond to e-mails from E. Karasik
                            on conference call with Fund Committees and
                            Motion for Loan Extensions and funding for
                            certain loan (0.3).

06/07/06 D Monson       .15 Review e-mails on Confidentiality Agreements
                            from Fund Committees and discuss conference
                            call with Fund Committees with A. Jarvis (0.3).

06/07/06 E Monson      1.00 Telephone call with C. Pajak to E. Vrato (.1);
                            discussion with C. Pajak and E. Karasik
                            regarding comments to procedures motion (.3);
                            review e-mails from C. Pajak and E. Vrato
                            regarding conference call to discuss committee
                            web pages (.1); review and send various e-mails
                            to A. Palen regarding order shortening time on
                            procedures motion (.5).

06/07/06 E Monson       .60 Review committee procedures motion (.7); review
                            e-mails regarding revisions to procedure motion
                            (.3); review draft of confidentiality agreement
                            from committees (.7); further review of
                            procedures motion and discuss it and
                            confidentiality agreement with S. C. Strong
                            (.7).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006


06/07/06 S Strong        .21 Further review of draft of Information
                             Protocol motion by committees (0.2); forward
                             same to E. Monson and voice message to her
                             regarding same (0.1); confer with E. Monson
                             regarding issues raised by same and possible
                             response needed (0.2); review various emailed
                             comments from committee lawyers regarding
                             same (0.2); exchange emails with local
                             counsel regarding OST and response deadline
                             to Information Protocol motion, and discuss
                             with E. Monson (0.2).

06/07/06 S Strong        .11 Exchange emails with M. Kehl regarding status
                             of confidentiality agreements with committees
                             and information requests from committees
                             (0.1); confer with E. Monson regarding same
                             (0.2); review followup emails regarding same
                             (0.2).

06/08/06 K Glade         .10 Review committee confidentiality issues with E.
                             Monson (0.4).

06/08/06 A Jarvis        .07 Correspondence on confidentiality agreements.

06/08/06 D Monson       2.05 Review e-mails on Confidentiality Agreement
                             with Fund Committees for conference call (0.2);
                             prepare summary of HFS Loans, Boise/Gowan Loan,
                             Amesbury Loan and Franklin/Stratford Loan for
                             conference call with Fund Committees (1.2);
                             conference call with fund committees and their
                             counsel and representatives on Motion to
                             Forebear and to Fund Certain Outstanding Loans
                             (S. Scann and R. Russell on a portion of the
                             conference call) (1.3); compile Loan Documents
                             and other information and forward to Fund
                             Committees counsel and financial advisors on
                             request for support of Motion to Forebear and
                             Fund Certain Outstanding Loans (0.6); e-mail to
                             E. Karasik and L. Ernce on HFA forbearance
                             request (0.5); conference call with M. Kehl to
                             prepare for conference call with Fund
                             Committees (0.3).

06/08/06 E Monson        .60 Participate in conference call with BMC (Jeff
                             Cunningham and Liz Vrato); and Christine Pajak
                             regarding website and other issues (.5); review
                             e-mail from C. Pajak regarding website issues
                             (.1).

Client No. 34585                                              Page:    6
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/08/06 E Monson       .20 Additional review of confidentiality agreement
                            and Joint Information Protocol Motion (.8).

06/08/06 S Strong       .70 Review voicemail from E. Karasik regarding
                            confidentiality and information requested by
                            A&M, and conference with A. Jarvis and E.
                            Monson regarding committee confidentiality
                            issues (0.5); exchange emails with M. Kehl
                            regarding FTD's requests for information (0.2).

06/09/06 A Jarvis       .08 Conference with E. A. Monson regarding
                            committee protocol motion.

06/09/06 A Jarvis       .07 Telephone conference with M. Kehl regarding
                            committee meeting next week, preparation of
                            materials for same.

06/09/06 A Jarvis       .07 Correspondence with A. Landis regarding
                            representation member of creditors committee
                            issues.

06/09/06 A Jarvis       .08 Correspondence on committee representation
                            member motion.

06/09/06 A Jarvis       .15 Correspondence on procedures motion (.3);
                            correspondence on website issues (.3).

06/09/06 A Jarvis       .10 Correspondence and conference with A. Tsu
                            regarding draft of motion for protective order,
                            research regarding same.

06/09/06 D Monson       .30 Review and respond to e-mails from E. Karasik
                            and L. Ernce on Motion to Forbear and to Fund
                            Certain Loans (0.3); exchange e-mails with E.
                            Karasik and M. Kehl on HFA Monaco loan status
                            (0.3).

06/09/06 E Monson       .70 Review e-mails from C. Pajak regarding BMC
                            assistance on committee web page and send reply
                            (.2); review e-mails from J. Cunningham
                            regarding committee web pages (.2); send
                            e-mails to C. Pajak and J. Cunningham regarding
                            issues on web pages (.3).

06/09/06 E Monson       .05 Draft and send out e-mail to committee counsel
                            regarding web pages on BMC site (.2).

Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/09/06 S Strong       .05 Review L. Schwartzers emails to committee
                            counsel requesting positions on motions to
                            shorten time on various motions filed today,
                            and counsels responses to same.

06/12/06 A Jarvis       .07 Telephone conference with T. Allison
                            regarding committee meetings.

06/12/06 A Jarvis       .13 Correspondence on meeting with committees (.5).

06/12/06 A Jarvis       .15 Conference with A. Tsu and B. J. Kotter
                            regarding 2004 subpoena, motion for
                            protective order (.4); telephone conference
                            with M. Kehl regarding 2004 order, discovery
                            issues (.2).

06/12/06 A Jarvis       .05 Telephone conference with M. Kehl regarding
                            meetings with Committees, preparation of
                            information for same.

06/12/06 A Jarvis       .10 Correspondence on hiring of financial advisors
                            by committees, coordination with same.

06/12/06 A Jarvis       .25 Review and revise response to procedures
                            motion; conference with E. A. Monson regarding
                            same.

06/12/06 A Jarvis       .13 Correspondence and conference with E. A. Monson
                            regarding use of BMC website by committees.

06/12/06 A Jarvis       .30 Telephone conference with E. Karasik regarding
                            agenda for committee meeting (.3).

06/12/06 B Kotter       .52 Work on protective order issues.

06/12/06 D Monson       .40 Review and respond to e-mail from E. Karasik on
                            Motion to Forbear and Fund Certain Loans (0.4).

06/12/06 E Monson       .75 Work on response to committee joint procedure
                            motion (1.7); obtain A. W. Jarvis comments to
                            responses to joint procedure motion, make
                            revisions and finalize response (.5); draft
                            lengthy e-mail to A. W. Jarvis regarding issues
                            involving BMC (.4); discussion with A. W.
                            Jarvis regarding BMC motion and send e-mail to
                            M. Kehl and T. Allison (.4).

Client No. 34585                                              Page:    8
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/12/06 S Strong        .35 Telephone conference with M. Kehl regarding
                             issues to discuss at next meeting with
                             Committees (0.4); review emails from A. Jarvis
                             and committees lawyers regarding same (0.2);
                             telephone conference with M. Kehl regarding
                             subpoena served by ECC and documents requested
                             (0.1); conference with E. Monson and review
                             response to Committees
                             protocol/confidentiality motion (0.4); review
                             limited objection filed by UST to same, and
                             exchange emails with A. Jarvis regarding same
                             (0.3).

06/12/06 A Tsu           .68 Research regarding limitations on 2004 motions
                             and subpoenas for motion for protective order;
                             reviewing 2004 subpoena.

06/13/06 A Jarvis        .08 Telephone conferences with M. Kehl regarding
                             DIP financing negotiations and information for
                             committee meeting.

06/13/06 A Jarvis        .60 Telephone conference with E. Karasik regarding
                             pending motions, hearing and response,
                             continuance of same.

06/13/06 A Jarvis        .07 Conference with E. A. Monson regarding
                             comments on procedures order.

06/13/06 A Jarvis        .07 Conference with E. A. Monson regarding
                             response on Committee procedures motion.

06/13/06 A Jarvis        .10 Correspondence with Committee counsels
                             regarding meeting, agenda.

06/13/06 A Jarvis        .10 Telephone conference with M. Kehl regarding
                             committee discussions, funding motion, Oak Mesa
                             issues.

06/13/06 A Jarvis        .10 Telephone conference with E. A. Monson
                             regarding review of confidentiality agreement,
                             negotiating points.

06/13/06 A Jarvis        .20 Prepare agenda for Committee meeting.

```
Client No. 34585                                           Page:    9
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006
```

06/13/06 B Kotter        .58 Conference with A. W. Jarvis and A. Tsu
                             regarding work-product and privilege issues
                             and responding to 2004 production order (.3);
                             legal research on issue (1.8); respond to
                             e-mail from A. W. Jarvis regarding issue (.3).

06/13/06 E Monson        .37 Review limited objection of UST to Joint
                             Procedures Motion filed by the Joint Committees
                             (.3); work on supplemental response to Joint
                             Procedures Motion (1.2).

06/13/06 S Strong        .11 Review emails from and telephone conference
                             with A. Jarvis regarding confidentiality issues
                             with committees (0.2); telephone conference
                             with E. Monson regarding same (0.3).

06/13/06 S Strong        .10 Exchange emails with C. Pajak regarding
                             confidentiality agreement (0.1).

06/13/06 S Strong        .05 Exchange emails with A. Jarvis regarding
                             proposed agenda for committee meetings to be
                             held 6/15/06 after hearings (0.2).

06/14/06 A Jarvis       2.30 Conference with FDTF counsel regarding DIP
                             financing, matters on for hearing.

06/14/06 A Jarvis        .75 Meeting with T. Allison, M. Kehl, J. Reed
                             regarding preparation for meeting with
                             Committees.

06/14/06 B Kotter        .93 Legal research and drafting of response to 2004
                             Order and draft of Motion for Protective Order.

06/14/06 S Strong        .10 Exchange various emails with A. Jarvis and L.
                             Schwartzer regarding preparations for
                             tomorrows meetings with Committees (0.3);
                             conference with A. Jarvis regarding same (0.1).

06/14/06 A Tsu           .70 Research regarding Nevada law for potential
                             motion for protective order on privacy issues.

06/14/06 A Tsu           .57 Legal research regarding Rule 2004 and Section
                             105(a).

06/14/06 A Tsu           .15 Legal research regarding 2004 subpoena and
                             limitations on same, including privilege and
                             privacy issues.

Client No. 34585                                         Page:   10
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/15/06 A Jarvis        .13 Conference with S. C. Strong regarding
                             results of hearings, Committee meeting,
                             preparation for DIP financing motion.

06/15/06 A Jarvis        .65 Meeting with FTDF Committee and DTDF Committee
                             regarding DIP financing proposal, collateral
                             for financing.

06/15/06 A Jarvis        .50 Meeting with four Committees regarding DIP
                             financing, financing needs IP negotiations,
                             business operating issues, budget, motion to
                             hold funds and distribution issues.

06/15/06 B Kotter       1.07 Continued legal research and drafting of Motion
                             for Protective Order and response to 2004
                             subpoena from the Executory Contracts Committee
                             (4.3).

06/15/06 S Strong        .65 Participate in meeting with debtors
                             representatives and two Fund committees (1.3).

06/15/06 S Strong        .40 Participate in meeting with all four committees
                             (1.3); post-meeting discussions with A. Jarvis
                             regarding results of creditor committee
                             meetings and future committee issues (0.3).

06/15/06 A Tsu          1.80 Legal research regarding 9018 protection for
                             2004 subpoenas and general limitations to 2004;
                             drafting motion for protective order on privacy
                             isses.

06/16/06 B Kotter        .57 Continue work on protective order motion and
                             continuing legal research into work protect
                             doctrine issues.

06/16/06 A Tsu          1.43 Drafting motion for protective order; privacy
                             issues reviewing case law for work product
                             privilege and privacy issues.

06/19/06 A Jarvis        .28 Conference with four Committees regarding DIP
                             financing, IP security agreement, other
                             pending and expected motions.

06/19/06 A Jarvis        .12 Review and revise draft by S. Strong of
                             definition of confidential information.

06/19/06 D Monson        .50 Review HFA loan documents and forward to E.
                             Karasik and L. Ernce for review with connection
                             with Motion to Forbear and For Additional
                             Funding (0.5); review e-mails from E. Karasik
                             and L. Ernce on HFA Monaco Loan (0.2);
                             telephone call from M. Tucker on
                             Franklin/Stratford Loan and interest payments
                             (0.3).

06/19/06 E Monson        .20 Review voice mail from Andrew Parlen regarding
                             confidentiality issues (.1); review e-mail from
                             A. Parlen regarding resignation from First TD
                             Committee (.1).

06/19/06 S Strong        .73 Communicate with various committee counsel
                             regarding conference call today and arrange
                             dial-in call for same (0.2); participate in
                             conference call with counsel for debtors and
                             committees regarding various pending issues
                             including revised cash budget, DIP financing,
                             and other issues for hearings this week (1.0);
                             confer with A. W. Jarvis regarding revised
                             confidentiality definition needed for
                             committees motion for information sharing
                             protocol (0.2); draft and revise proposed
                             language regarding same and review with A. W.
                             Jarvis (1.2); circulate proposed language to
                             Mesirow team and L. Schwartzer (0.1); telephone
                             conference with L. Schwartzer regarding same
                             (0.2).

06/21/06 A Jarvis        .65 Meeting with FTDF Committee and DTDF Committee
                             regarding DIP financing, negotiations on same.

06/21/06 S Strong        .20 Exchange emails with C. Carlyon regarding
                             proposed financing order (0.2).

06/21/06 S Strong        .20 Exchange emails with A. Jarvis regarding
                             committees position on proposed financing
                             order (0.2); prepare further revisions to
                             proposed order on CapSource financing based on
                             comments received from committees (0.6).

06/22/06 A Jarvis        .15 Correspondence on confidentiality agreement.

06/22/06 A Jarvis        .40 Correspondence on meetings with Committees,
                             agenda items.

06/22/06 B Kotter        .07 Respond to A. W. Jarvis e-mail regarding
                             discovery (.3).

06/22/06 D Monson        .03 Review and respond to e-mail from A. Jarvis on
                             meeting with Committees to review status of
                             Nonperforming Loans (0.1).

06/23/06 A Jarvis        .13 Correspondence on meeting, agenda for meeting.

06/23/06 A Jarvis        .13 Telephone conference with M. Kehl and T.
                             Allison regarding agenda for meeting,
                             preparation of information.

06/23/06 A Jarvis        .13 Correspondence on document requests from
                             Committees.

06/23/06 A Jarvis        .12 Conference with S. C. Strong regarding document
                             production.

06/23/06 A Jarvis        .27 Review order on protocol and comment regarding
                             same.

06/23/06 A Jarvis        .27 Prepare agendas for Committee conference call
                             and Committee meeting; correspondence regarding
                             same.

06/23/06 E Monson        .23 Review numerous e-mails on joint procedures
                             order (.5); draft reply e-mail to A. W.
                             Jarvis (.1); study definition of confidential
                             information (.3).

06/26/06 A Jarvis        .25 Correspondence on confidentiality issues,
                             document production issues.

06/26/06 B Kotter       2.05 Conference with S. C. Strong on document review
                             and subpoena objections (.3); review of
                             investor and loan files and conferences with S.
                             C. Strong and Mesirow/debtor employees
                             regarding 2004 subpoena production (7.9).

06/26/06 E Monson        .75 Review e-mails on Order on Joint Committees
                             Procedures (.3); review supplemental responses
                             filed by debtors in response to joint procedure
                             motion (.2); study definitions of confidential
                             information in joint procedure order,

|            |          |     |                                                      |
|------------|----------|-----|------------------------------------------------------|
|            |          |     | supplemental response and ECC confidentiality agreement and note issues to be addressed (.6); research and review tretices on privacy laws and Gramm Leach Bliley ACt (1.6); discussion with S. C. Strong regarding privacy research (.3). |
| 06/26/06   | S Strong | .61 | Review investor files prior to production for committees, and confer with B. J. Kotter and USA filing clerk regarding same (0.8); confer with S. Smith regarding status of draft investor statements and open legal issues regarding same (0.6); confer with B. J. Kotter regarding strategies and logistics for responding to information requests of various committees (0.5); telephone conference with A. W. Jarvis regarding same (0.2); telephone conference with A. W. Jarvis regarding rescheduling tomorrows call with committees professionals, review emails regarding same, telephone conference with staff to reschedule same and transmit new call-in information, and confer with M. Kehl regarding issues for same (0.4). |
| 06/26/06   | S Strong | .10 | Confer with M. Kehl regarding status of Hilco appraisals and requests by fund committees for copies (0.2). |
| 06/27/06   | A Jarvis | .13 | Draft memo to working group regarding Committee conference call. |
| 06/27/06   | A Jarvis | .32 | Weekly conference call with four committees. |
| 06/27/06   | A Jarvis | .05 | Revise language in confidentiality agreement regarding appraisals. |
| 06/27/06   | A Jarvis | .27 | Review issues regarding privacy concerns, committee presentation, investor information (.4); conference with E. A. Monson and S. C. Strong regarding same (.4); correspondence with S. C. Strong regarding same (.3). |
| 06/27/06   | A Jarvis | .05 | Correspondence with committee regarding agenda. |
| 06/27/06   | A Jarvis | .10 | Conference with S. C. Strong and E. A. Monson regarding investor privacy issues. |

Client No. 34585                                                    Page:   14
Debtor USA Commercial Mortgage Co., et al.                      August 11, 2006


06/27/06 B Kotter      .50 Review of spreadsheets from Faizel related to
                           response to 2004 subpoena (1.2); brief
                           conference with S. C. Strong regarding
                           production (.3); prepare for loan file
                           inspection for privilege and discuss issues
                           with S. C. Strong (.5).

06/27/06 B Kotter      .15 Conference with E. A. Monson, A. W. Jarvis, and
                           S. C. Strong as to 2004 confidentiality and
                           document production issues (.6).

06/27/06 E Monson      .10 Follow up on inquiry from A. Parlen regarding
                           when bar date might be set (.1).

06/27/06 E Monson      .92 Review e-mails from A. W. Jarvis regarding
                           issues on confidentiality agreement (.2);
                           review extend order on Joint Committee motion
                           and further discussion with S. C. Strong
                           regarding privacy issues (.2); research on GLB
                           Act (2.2); lengthy conference with S. C. Strong
                           and A. W. Jarvis regarding GLB Act and ECL
                           conference agreements (.5); discussion with E.
                           Maragakis on GLB Act and review additional
                           articles in connection therewith (.6).

06/27/06 S Strong      .20 Confer with K. G. Glade regarding issues for
                           his meeting today with FTD Committees
                           professionals (0.2).

06/27/06 S Strong     1.23 Exchange emails and voice messages with A. W.
                           Jarvis regarding topics for conference call
                           with counsel for 4 committees today, and
                           arranged delayed start time for same (0.4);
                           participate in conference call with counsel for
                           4 committees today (0.9); confer with E. A.
                           Monson regarding confidentiality and investor
                           privacy issues raised by ECCs subpoena,
                           research privacy issues, and discussions with
                           A. W. Jarvis and E. A. Monson regarding same
                           (1.4); review emails regarding
                           privacy/confidentiality issues (0.2); confer
                           with B. J. Kotter regarding privilege review
                           needed of loan files to make available to
                           committees, and related issues (0.5); review
                           investor and loan information from USAs loan
                           accounting system for response to ECC subpoena
                           and discuss same with B. J. Kotter (0.5);
                           discuss subpoena response issues with A. W.
                           Jarvis (0.3); confer with M. Kehl regarding

|  |  |  |
|---|---|---|
|  |  | protecting confidentiality of Hilco appraisal information provided to committees professionals, draft transmittal language for M. Kehl regarding same, and exchange emails with A. W. Jarvis regarding same (0.7). |
| 06/28/06 J Adams | .06 | Conferences with S. Strong regarding electronic discovery and work product protection. |
| 06/28/06 A Jarvis | .08 | Correspondence with E. A. Monson regarding bar date. |
| 06/28/06 A Jarvis | 1.82 | Prepare presentation for Committees with M. Kehl, T. Allison and S. Smith, discuss issues relating to motion to distribute funds, investor statements. |
| 06/28/06 A Jarvis | .30 | Correspondence regarding confidentiality agreement (.2); correspondence on orders (.3); correspondence on content of Committee presentation (.3); correspondence on motion to distribute funds, investor statements and agenda for committee meeting (.4). |
| 06/28/06 B Kotter | 2.45 | Review loan files for privilege and confidential documents prior to production to requesting committees (9.2); follow up on CD/electronic production to committees (.6). |
| 06/28/06 D Monson | 1.30 | Meetings with M. Kehl, S. Smith, A. Jarvis and S. Strong to discuss meeting with Committees and allegations for reorganization plan. |
| 06/28/06 E Monson | .33 | Participate in conference with M. Kehl, S. Smith, A. W. Jarvis, S. C. Strong, and D. M. Monson in preparation for committee call (1.3). |
| 06/28/06 S Strong | .25 | Telephone conference with S. Smith and Fund Committees financial advisors regarding form of investor statements for fund members (0.4); exchange emails with A. W. Jarvis and S. Smith regarding same (0.1). |
| 06/28/06 S Strong | 1.10 | Telephone conferences with B. J. Kotter regarding status of privilege review of loan documents (0.3); meet with S. Smith, M. Kehl and A. W. Jarvis to review and discuss draft of debtors presentation to committees for |

                              tomorrow (1.5); participate in meeting with A.
W. Jarvis, M. Kehl, S. Smith, D. M. Monson and
T. Allison regarding further details and
revisions to committee presentation for
tomorrow regarding investor statements,
progress to date, reorganization options, and
related issues, and discuss strategies for same
(1.9); further discussions with E. A. Monson
and B. J. Kotter regarding privilege review,
confidentiality issues, and document production
process for documents requested formally and
informally by committees (0.7)

06/29/06 A Jarvis          .08 Correspondence on Committee presentation.

06/29/06 A Jarvis          .25 Correspondence on Committee meeting, orders and
                               preparation for Committee meeting.

06/29/06 A Jarvis         1.12 Prepare for and conduct meeting with four
                               committees, T. Allison, M. Kehl. S. Smith and
                               S. C. Strong.

06/29/06 A Jarvis          .25 Correspondence on Committee on orders, meeting,
                               motion to distribute funds, calendaring.

06/29/06 B Kotter         2.35 Review of loan files for privilege and
                               confidentiality prior to production to
                               committees (8.3); review of CD's provided to
                               First Trust Deed, Diversified unsecured and
                               Executory Committees (1.1).

06/29/06 E Monson         1.75 Review loan files for attorney client privilege
                               documents (7.0).

06/29/06 E Monson          .20 Draft e-mail to A. Pollen regarding motion on
                               bar date (.2).

06/29/06 E Monson          .07 Draft e-mail to A. W. Jarvis and S. C. Strong
                               regarding parties to short form of Direct
                               Lenders confidentiality agreement (.1); make
                               additional minor revisions to short form of
                               confidentiality agreement (.2).

06/29/06 M Pugsley         .11 Participate in Creditors Committee meeting
                               (.5).

Client No. 34585                                          Page:   17
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/29/06 S Strong        .11 Telephone conferences with B. J. Kotter
                             regarding status of privilege review of loan
                             files for document production to committees
                             and electronic information available (0.3);
                             exchange emails B. J.  Kotter regarding
                             borrower information in PDF loan documents
                             being produced to each committee (0.2).

06/29/06 S Strong        .25 Participate in meeting with T. Allison, M.
                             Kehl, S. Smith, and A. W. Jarvis to evaluate
                             presentation to committees and to plan and
                             strategize reorganization options (1.0).

06/29/06 S Strong        .50 Participate in debtors presentation to four
                             committees regarding loan/investor restatements
                             and reorganization options (2.0).

06/30/06 B Kotter        .35 Conference with A. W. Jarvis and S. C. Strong
                             on production issues of various documents (.6);
                             phone call with Angie at USA regarding Powers
                             of Attorney and filing system (.3); follow up
                             on confidentiality issues and copying service
                             for production (.5).

06/30/06 E Monson        .08 Review e-mails from A. W. Jarvis regarding
                             discovery issues and motion on bar date (.3).

06/30/06 S Strong        .01 Circulate copy of material presented at
                             committee meeting yesterday to various
                             committee professionals (0.1).

06/30/06 S Strong        .03 Review comments of various committee counsel to
                             proposed order regarding DIP financing (0.1).

06/30/06 S Strong        .50 Telephone conference with E. Karasik and C.
                             Pajak regarding FTD Committee's perspectives on
                             proposed motion to distribute funds (0.3);
                             review follow-up email from E. Karasik with
                             information requests (0.1); exchange follow-up
                             emails with M. Kehl regarding same (0.1).

TOTAL FOR LEGAL SERVICES RENDERED                            $16,281.75

# EXHIBIT C-15

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                August 11, 2006
Las Vegas, NV  89121                                   Invoice No.  ******


For Legal Services Rendered Through June 30, 2006


**Matter No. 34585-00020**

**Diversified Commettee Relations**

| | | | |
|---|---|---|---|
| 06/01/06 | A Jarvis | .40 | Correspondence with counsel for DTDF. |
| 06/01/06 | A Jarvis | .07 | Correspondence with S. C. Strong regarding committee issues. |
| 06/01/06 | A Jarvis | .10 | Correspondence on discovery requests from committees. |
| 06/02/06 | A Jarvis | .08 | Conference with S. C. Strong regarding communications with committees, committee document requests. |
| 06/02/06 | A Jarvis | .12 | Correspondence on meeting with committees. |
| 06/02/06 | A Jarvis | .17 | Telephone conference with S. C. Strong, T. Allison and M. Kehl regarding meeting with committees, preparation for same. |
| 06/02/06 | A Jarvis | .48 | Prepare for Committee meetings; gather information for same. |
| 06/02/06 | B Kotter | .55 | Revise applications per S. C. Strong (.3); work on confidentiality agreements for committee's and e-mail out (1.7); respond to counsel inquiries (.2). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/02/06 S Strong      .10 Telephone conference with M. Levinson regarding
                           motion to hold funds (0.1).

06/02/06 S Strong     1.10 Telephone conference with L. Ernce regarding
                           conflicts check information needed for Orrick
                           as proposed counsel to Diversified Committee
                           (0.2); telephone conference with S. Smith
                           regarding same (0.1); review and send
                           information to L. Ernce regarding same (0.2);
                           telephone conference with L. Ernce and M.
                           Levinson of Diversified Committee regarding
                           case issues and status (0.6).

06/03/06 A Jarvis      .15 Draft letter to A. Landis regarding committee
                           composition.

06/03/06 A Jarvis      .20 Conference with S. C. Strong regarding motion
                           regarding composition of committees.

06/04/06 A Jarvis      .37 Correspondence regarding committee
                           presentation, matters on for hearing.

06/05/06 A Jarvis      .25 Conference with T. Allison, L. Schwartzer, S.
                           C. Strong regarding meeting with committees.

06/05/06 A Jarvis      .15 Meeting with T. Allison regarding Committee
                           issues.

06/05/06 A Jarvis      .37 Meeting with committees.

06/05/06 A Jarvis      .25 Conference with S. C. Strong, L. Schwartzer and
                           M. Kehl regarding issues raised by committees,
                           hearing (.5); conference with S. C. Strong
                           regarding committee issues (.5).

06/05/06 B Kotter      .55 Legal research on committee
                           response/information request issues.

06/05/06 S Strong     1.15 Meet with T. Allison, M. Kehl, S. Smith, J.
                           Reed, A. Jarvis, and L. Schwartzer to discuss
                           issues for meeting with Committees (1.6);
                           confer with A. Jarvis issues and strategies in
                           dealing with Committees (while traveling to
                           USTs office) (0.5); attend meeting with
                           Debtors representatives and four Committees
                           (1.5); confer with A. Jarvis, L. Schwartzer,
                           and M. Kehl regarding issues raised in meeting
                           with Committees (0.5); confer with A. Jarvis

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


                          regarding issues covered in meeting with
                          Committees and upcoming issues regarding
                          Committees ((while traveling back to USA
                          offices) (0.5).

06/06/06 A Jarvis         .13 Correspondence on protocols for committees.

06/06/06 A Jarvis         .13 Correspondence on issues relating to committee
                          protocols.

06/06/06 A Jarvis         .17 Review correspondence from A. Landis regarding
                          committee composition issues and conference
                          with S. C. Strong regarding same (.5).

06/06/06 A Jarvis         .17 Correspondence on committee information
                          requests (.5); correspondence on protocol
                          motion (.2).

06/06/06 A Jarvis         .12 Review correspondence from A. Landis regarding
                          committee composition issues and conference
                          with S. C. Strong regarding same (.5).

06/06/06 E Monson         .18 Discussion with S. C. Strong regarding follow
                          up on BMC Group assisting committees on web
                          pages (.3); outline issues to address on BMC
                          assisting committees (.4).

06/06/06 S Strong         .30 Telephone conference with counsel for
                          committees regarding
                          information/confidentiality protocols and
                          proposed motion regarding same (0.3); review
                          proposed motion regarding same and discuss with
                          E. Monson and A. Jarvis (0.5); exchange emails
                          with A. Jarvis regarding status of committee
                          confidentiality issues (0.1); confer with E.
                          Monson regarding same (0.3).

06/06/06 S Strong         .23 Research legal issues concerning committee
                          composition (0.9).

06/07/06 A Jarvis         .30 Correspondence with Fund Committees regarding
                          proposed loan transactions.

06/07/06 A Jarvis         .15 Correspondence on confidentiality agreements;
                          conference with E. A. Monson regarding same.

06/07/06 A Jarvis      .12 Correspondence with S. C. Strong regarding
                           committee issues, position on proposed
                           committee representation motion.

06/07/06 D Monson      .15 Review e-mails on Confidentiality Agreements
                           from Fund Committees and discuss conference
                           call with Fund Committees with A. Jarvis (0.3).

06/07/06 E Monson      .60 Review committee procedures motion (.7); review
                           e-mails regarding revisions to procedure motion
                           (.3); review draft of confidentiality agreement
                           from committees (.7); further review of
                           procedures motion and discuss it and
                           confidentiality agreement with S. C. Strong
                           (.7).

06/07/06 S Strong      .23 Further review of draft of Information Protocol
                           motion by committees (0.2); forward same to E.
                           Monson and voice message to her regarding same
                           (0.1); confer with E. Monson regarding issues
                           raised by same and possible response needed
                           (0.2); review various emailed comments from
                           committee lawyers regarding same (0.2);
                           exchange emails with local counsel regarding
                           OST and response deadline to Information
                           Protocol motion, and discuss with E. Monson
                           (0.2).

06/07/06 S Strong      .13 Exchange emails with M. Kehl regarding status
                           of confidentiality agreements with committees
                           and information requests from committees (0.1);
                           confer with E. Monson regarding same (0.2);
                           review followup emails regarding same (0.2).

06/08/06 K Glade       .10 Review committee confidentiality issues with E.
                           Monson (0.4).

06/08/06 A Jarvis      .08 Correspondence on confidentiality agreements.

06/08/06 D Monson     2.05 Review e-mails on Confidentiality Agreement
                           with Fund Committees for conference call (0.2);
                           prepare summary of HFS Loans, Boise/Gowan Loan,
                           Amesbury Loan and Franklin/Stratford Loan for
                           conference call with Fund Committees (1.2);
                           conference call with fund committees and their
                           counsel and representatives on Motion to
                           Forebear and to Fund Certain Outstanding Loans
                           (S. Scann and R. Russell on a portion of the
                           conference call) (1.3); compile Loan Documents

Client No. 34585                                        Page:   5
Debtor USA Commercial Mortgage Co., et al.             August 11, 2006


                        and other information and forward to Fund
                        Committees counsel and financial advisors on
                        request for support of Motion to Forebear and
                        Fund Certain Outstanding Loans (0.6); e-mail to
                        E. Karasik and L. Ernce on HFA forbearance
                        request (0.5); conference call with M. Kehl to
                        prepare for conference call with Fund
                        Committees (0.3).

06/08/06 D Monson      .30 Review A. Jarvis e-mails and M. Levinson
                        e-mails (Diversified Trust Deed Fund Committee
                        counsel) on Amesbury Partial Releases and
                        review of other emergency requests (0.3).

06/08/06 E Monson      .20 Additional review of confidentiality agreement
                        and Joint Information Protocol Motion (.8).

06/09/06 A Jarvis      .07 Conference with E. A. Monson regarding
                        committee protocol motion.

06/09/06 A Jarvis      .08 Telephone conference with M. Kehl regarding
                        committee meeting next week, preparation of
                        materials for same.

06/09/06 A Jarvis      .08 Correspondence with A. Landis regarding
                        representation member of creditors committee
                        issues.

06/09/06 A Jarvis      .15 Correspondence on procedures motion (.3);
                        correspondence on website issues (.3).

06/09/06 A Jarvis      .10 Correspondence and conference with A. Tsu
                        regarding draft of motion for protective order,
                        research regarding same.

06/09/06 A Jarvis      .07 Correspondence on committee representation
                        member motion.

06/09/06 D Monson      .30 Review and respond to e-mails from E. Karasik
                        and L. Ernce on Motion to Forbear and to Fund
                        Certain Loans (0.3); exchange e-mails with E.
                        Karasik and M. Kehl on HFA Monaco loan status
                        (0.3).

06/09/06 E Monson      .05 Draft and send out e-mail to committee counsel
                        regarding web pages on BMC site (.2).

```
Client No. 34585                                         Page:   6
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006
```

06/09/06 S Strong        .05 Review L. Schwartzers emails to committee
                             counsel requesting positions on motions to
                             shorten time on various motions filed today,
                             and counsels responses to same.

06/12/06 A Jarvis        .15 Conference with A. Tsu and B. J. Kotter
                             regarding 2004 subpoena, motion for protective
                             order (.4); telephone conference with M. Kehl
                             regarding 2004 order, discovery issues (.2).

06/12/06 A Jarvis        .05 Telephone conference with M. Kehl regarding
                             meetings with Committees, preparation of
                             information for same.

06/12/06 A Jarvis        .08 Telephone conference with T. Allison regarding
                             committee meetings.

06/12/06 A Jarvis        .10 Correspondence on hiring of financial advisors
                             by committees, coordination with same.

06/12/06 A Jarvis        .25 Review and revise response to procedures
                             motion; conference with E. A. Monson regarding
                             same.

06/12/06 A Jarvis        .13 Correspondence and conference with E. A. Monson
                             regarding use of BMC website by committees.

06/12/06 A Jarvis        .12 Correspondence on meeting with committees (.5).

06/12/06 B Kotter        .53 Work on protective order issues.

06/12/06 E Monson        .75 Work on response to committee joint procedure
                             motion (1.7); obtain A. W. Jarvis comments to
                             responses to joint procedure motion, make
                             revisions and finalize response (.5); draft
                             lengthy e-mail to A. W. Jarvis regarding issues
                             involving BMC (.4); discussion with A. W.
                             Jarvis regarding BMC motion and send e-mail to
                             M. Kehl and T. Allison (.4).

06/12/06 S Strong        .35 Telephone conference with M. Kehl regarding
                             issues to discuss at next meeting with
                             Committees (0.4); review emails from A. Jarvis
                             and committees lawyers regarding same (0.2);
                             telephone conference with M. Kehl regarding

Client No. 34585                                            Page:    7
Debtor USA Commercial Mortgage Co., et al.                  August 11, 2006


                          subpoena served by ECC and documents requested
                          (0.1); conference with E. Monson and review
                          response to Committees
                          protocol/confidentiality motion (0.4); review
                          limited objection filed by UST to same, and
                          exchange emails with A. Jarvis regarding same
                          (0.3).

06/12/06 A Tsu            .67 Research regarding limitations on 2004 motions
                          and subpoenas for motion for protective order;
                          reviewing 2004 subpoena.

06/13/06 K Glade          .20 Conference with A. Jarvis regarding inquiries
                          of the Diversified Fund regarding problem loans
                          (0.2).

06/13/06 A Jarvis         .30 Telephone conference with M. Levinson
                          regarding committee meeting, agenda.

06/13/06 A Jarvis         .30 Telephone conference with E. A. Monson
                          regarding funding issues for DTDF.

06/13/06 A Jarvis         .10 Correspondence with Committee counsels
                          regarding meeting, agenda.

06/13/06 A Jarvis         .10 Telephone conference with M. Kehl regarding
                          committee discussions, funding motion, Oak Mesa
                          issues.

06/13/06 A Jarvis         .10 Telephone conference with E. A. Monson
                          regarding review of confidentiality agreement,
                          negotiating points.

06/13/06 A Jarvis         .20 Prepare agenda for Committee meeting.

06/13/06 A Jarvis         .07 Telephone conferences with M. Kehl regarding
                          DIP financing negotiations and information for
                          committee meeting.

06/13/06 A Jarvis         .08 Conference with E. A. Monson regarding comments
                          on procedures order.

06/13/06 A Jarvis         .08 Conference with E. A. Monson regarding response
                          on Committee procedures motion.

Client No. 34585                                        Page:    8
Debtor USA Commercial Mortgage Co., et al.             August 11, 2006


06/13/06 B Kotter      .57 Conference with A. W. Jarvis and A. Tsu
                           regarding work-product and privilege issues and
                           responding to 2004 production order (.3); legal
                           research on issue (1.8); respond to e-mail from
                           A. W. Jarvis regarding issue (.3).

06/13/06 E Monson      .38 Review limited objection of UST to Joint
                           Procedures Motion filed by the Joint Committees
                           (.3); work on supplemental response to Joint
                           Procedures Motion (1.2).

06/13/06 S Strong      .13 Review emails from and telephone conference
                           with A. Jarvis regarding confidentiality issues
                           with committees (0.2); telephone conference
                           with E. Monson regarding same (0.3).

06/13/06 S Strong      .20 Review emails from L. Schwartzer and K. Glade
                           regarding 10-90 loan documents requested by
                           Diversified Committee (0.1); exchange emails
                           with A. Jarvis and K. Glade regarding same
                           (0.1).

06/13/06 S Strong      .05 Exchange emails with A. Jarvis regarding
                           proposed agenda for committee meetings to be
                           held 6/15/06 after hearings (0.2).

06/14/06 A Jarvis      .75 Meeting with T. Allison, M. Kehl, J. Reed
                           regarding preparation for meeting with
                           Committees.

06/14/06 B Kotter      .92 Legal research and drafting of response to 2004
                           Order and draft of Motion for Protective Order.

06/14/06 S Strong      .10 Exchange various emails with A. Jarvis and L.
                           Schwartzer regarding preparations for
                           tomorrows meetings with Committees (0.3);
                           conference with A. Jarvis regarding same (0.1).

06/14/06 A Tsu         .70 Research regarding Nevada law for potential
                           motion for protective order on privacy issues.

06/14/06 A Tsu         .58 Legal research regarding Rule 2004 and Section
                           105(a).

06/14/06 A Tsu         .15 Legal research regarding 2004 subpoena and
                           limitations on same, including privilege and
                           privacy issues.

Client No. 34585                                                    Page:     9
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/15/06 A Jarvis        .65 Meeting with FTDF Committee and DTDF
                             Committee regarding DIP financing proposal,
                             collateral for financing.

06/15/06 A Jarvis        .12 Conference with S. C. Strong regarding results
                             of hearings, Committee meeting, preparation for
                             DIP financing motion.

06/15/06 A Jarvis        .50 Meeting with four Committees regarding DIP
                             financing, financing needs IP negotiations,
                             business operating issues, budget, motion to
                             hold funds and distribution issues.

06/15/06 B Kotter       1.08 Continued legal research and drafting of Motion
                             for Protective Order and response to 2004
                             subpoena from the Executory Contracts Committee
                             (4.3).

06/15/06 S Strong        .65 Participate in meeting with debtors
                             representatives and two Fund committees (1.3).

06/15/06 S Strong        .40 Participate in meeting with all four committees
                             (1.3); post-meeting discussions with A. Jarvis
                             regarding results of creditor committee
                             meetings and future committee issues (0.3).

06/15/06 A Tsu          1.80 Legal research regarding 9018 protection for
                             2004 subpoenas and general limitations to 2004;
                             drafting motion for protective order on privacy
                             isses.

06/16/06 K Glade        1.40 Telephone call with Diversified Committee
                             regarding 10-90 documentation and other IP
                             issues (1.4).

06/16/06 B Kotter        .58 Continue work on protective order motion and
                             continuing legal research into work protect
                             doctrine issues.

06/16/06 A Tsu          1.42 Drafting motion for protective order; privacy
                             issues reviewing case law for work product
                             privilege and privacy issues.

06/19/06 A Jarvis        .27 Conference with four Committees regarding DIP
                             financing, IP security agreement, other pending
                             and expected motions.

Client No. 34585                                          Page:    10
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006


06/19/06 A Jarvis      .12 Review and revise draft by S. Strong of
                           definition of confidential information.

06/19/06 D Monson      .50 Review HFA loan documents and forward to E.
                           Karasik and L. Ernce for review with connection
                           with Motion to Forbear and For Additional
                           Funding (0.5); review e-mails from E. Karasik
                           and L. Ernce on HFA Monaco Loan (0.2);
                           telephone call from M. Tucker on
                           Franklin/Stratford Loan and interest payments
                           (0.3).

06/19/06 S Strong      .71 Communicate with various committee counsel
                           regarding conference call today and arrange
                           dial-in call for same (0.2); participate in
                           conference call with counsel for debtors and
                           committees regarding various pending issues
                           including revised cash budget, DIP financing,
                           and other issues for hearings this week (1.0);
                           confer with A. W. Jarvis regarding revised
                           confidentiality definition needed for
                           committees motion for information sharing
                           protocol (0.2); draft and revise proposed
                           language regarding same and review with A. W.
                           Jarvis (1.2); circulate proposed language to
                           Mesirow team and L. Schwartzer (0.1); telephone
                           conference with L. Schwartzer regarding same
                           (0.2).

06/20/06 D Monson      .10 Telephone message to M. Tucker (Diversified
                           Committee Financial Analyst) on
                           Franklin/Stratford interest reserve (0.1).

06/21/06 A Jarvis      .65 Meeting with FTDF Committee and DTDF Committee
                           regarding DIP financing, negotiations on same.

06/21/06 S Strong      .20 Exchange emails with A. Jarvis regarding
                           committees position on proposed financing
                           order (0.2); prepare further revisions to
                           proposed order on CapSource financing based on
                           comments received from committees (0.6).

06/22/06 A Jarvis      .15 Correspondence on confidentiality agreement.

06/22/06 A Jarvis      .40 Correspondence on meetings with Committees,
                           agenda items.

Client No. 34585                                          Page:   11
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006


06/22/06 B Kotter       .08 Respond to A. W. Jarvis e-mail regarding
                            discovery (.3).

06/22/06 D Monson       .02 Review and respond to e-mail from A. Jarvis on
                            meeting with Committees to review status of
                            Nonperforming Loans (0.1).

06/23/06 A Jarvis       .13 Conference with S. C. Strong regarding document
                            production.

06/23/06 A Jarvis       .12 Correspondence on meeting, agenda for meeting.

06/23/06 A Jarvis       .12 Telephone conference with M. Kehl and T.
                            Allison regarding agenda for meeting,
                            preparation of information.

06/23/06 A Jarvis       .28 Review order on protocol and comment regarding
                            same.

06/23/06 A Jarvis       .12 Correspondence on document requests from
                            Committees.

06/23/06 A Jarvis       .28 Prepare agendas for Committee conference call
                            and Committee meeting; correspondence regarding
                            same.

06/23/06 E Monson       .22 Review numerous e-mails on joint procedures
                            order (.5); draft reply e-mail to A. W. Jarvis
                            (.1); study definition of confidential
                            information (.3).

06/26/06 K Glade       4.60 Review Diversified loan portfolio in
                            preparation for meeting with Diversified's
                            counsel (1.3); review BySynergy title report
                            (0.1); review Fiesta Oak Valley documents for
                            preparation of default letter (0.8); e-mail
                            regarding 10-90 loan documents (0.2); e-mails
                            regarding meeting with Diversified's counsel
                            (0.5); review BySynergy escrow letter related
                            to exit fee trust deed (0.3); e-mails
                            regarding Oak Valley demand letter (0.2);
                            e-mails regarding confidentiality issues
                            related to meeting with Diversified (0.3);
                            preparations for meeting with Diversified
                            committee (0.9).

06/26/06 A Jarvis       .25 Correspondence on confidentiality issues,
                            document production issues.

Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          August 11, 2006


06/26/06 B Kotter      2.05 Conference with S. C. Strong on document review
                            and subpoena objections (.3); review of
                            investor and loan files and conferences with S.
                            C. Strong and Mesirow/debtor employees
                            regarding 2004 subpoena production (7.9).

06/26/06 E Monson       .75 Review e-mails on Order on Joint Committees
                            Procedures (.3); review supplemental responses
                            filed by debtors in response to joint procedure
                            motion (.2); study definitions of confidential
                            information in joint procedure order,
                            supplemental response and ECC confidentiality
                            agreement and note issues to be addressed (.6);
                            research and review tretices on privacy laws
                            and Gramm Leach Bliley ACt (1.6); discussion
                            with S. C. Strong regarding privacy research
                            (.3).

06/26/06 S Strong      1.00 Review email from A. W. Jarvis regarding
                            Diversified Committees visit for loan
                            documents and information (0.1); confer with M.
                            Kehl regarding same (0.1); exchange emails with
                            K. G. Glade regarding same (0.1); telephone
                            conference with K. G. Glade and M. Kehl
                            regarding same (0.2); confer with J. Hermann
                            regarding Diversified loan portfolio and case
                            issues (0.5).

06/26/06 S Strong       .40 Confer with J. Hermann and J. Reed regarding
                            Diversified document requests (0.4).

06/26/06 S Strong       .10 Confer with M. Kehl regarding status of Hilco
                            appraisals and requests by fund committees for
                            copies (.2).

06/26/06 S Strong       .63 Review investor files prior to production for
                            committees, and confer with B. J. Kotter and
                            USA filing clerk regarding same (0.8); confer
                            with S. Smith regarding status of draft
                            investor statements and open legal issues
                            regarding same (0.6); confer with B. J. Kotter
                            regarding strategies and logistics for
                            responding to information requests of various
                            committees (0.5); telephone conference with A.
                            W. Jarvis regarding same (0.2); telephone

Client No. 34585                                        Page:   13
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006


                        conference with A. W. Jarvis regarding
                        rescheduling tomorrows call with committees
                        professionals, review emails regarding same,
                        telephone conference with staff to reschedule
                        same and transmit new call-in information, and
                        confer with M. Kehl regarding issues for same
                        (0.4).

06/27/06 K Glade        6.60 Review notes regarding Diversified Fund loans
                        (0.7); conference with M. Kehl regarding
                        meeting with Diversified Fund (0.1); review
                        Fiesta Oak Valley documents (0.4); prepare
                        demand letter on Fiesta Oak Valley with
                        related e-mails (1.4); meeting with J.
                        Hermann and Diversified representative to
                        discuss Diversified loan portfolio (2.6);
                        review Colt loan materials (0.9); revise
                        Fiesta Oak Valley demand letter (0.3); review
                        Oak Mesa contract for sale of IP's interest
                        (0.2).

06/27/06 A Jarvis       .33 Weekly conference call with four committees.

06/27/06 A Jarvis       .40 Telephone conference with M. Levinson
                        regarding joint litigation on DTDF assets.

06/27/06 A Jarvis       .05 Revise language in confidentiality agreement
                        regarding appraisals.

06/27/06 A Jarvis       .28 Review issues regarding privacy concerns,
                        committee presentation, investor information
                        (.4); conference with E. A. Monson and S. C.
                        Strong regarding same (.4); correspondence with
                        S. C. Strong regarding same (.3).

06/27/06 A Jarvis       .05 Correspondence with committee regarding agenda.

06/27/06 A Jarvis       .10 Conference with S. C. Strong and E. A. Monson
                        regarding investor privacy issues.

06/27/06 A Jarvis       .12 Draft memo to working group regarding Committee
                        conference call.

Client No. 34585                                        Page:   14
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006


06/27/06 B Kotter       .50 Review of spreadsheets from Faizel related to
                            response to 2004 subpoena (1.2); brief
                            conference with S. C. Strong regarding
                            production (.3); prepare for loan file
                            inspection for privilege and discuss issues
                            with S. C. Strong (.5).

06/27/06 B Kotter       .15 Conference with E. A. Monson, A. W. Jarvis, and
                            S. C. Strong as to 2004 confidentiality and
                            document production issues (.6).

06/27/06 E Monson       .93 Review e-mails from A. W. Jarvis regarding
                            issues on confidentiality agreement (.2);
                            review extend order on Joint Committee motion
                            and further discussion with S. C. Strong
                            regarding privacy issues (.2); research on GLB
                            Act (2.2); lengthy conference with S. C. Strong
                            and A. W. Jarvis regarding GLB Act and ECL
                            conference agreements (.5); discussion with E.
                            Maragakis on GLB Act and review additional
                            articles in connection therewith (.6).

06/27/06 S Strong      1.23 Exchange emails and voice messages with A. W.
                            Jarvis regarding topics for conference call
                            with counsel for 4 committees today, and
                            arranged delayed start time for same (0.4);
                            participate in conference call with counsel for
                            4 committees today (0.9); confer with E. A.
                            Monson regarding confidentiality and investor
                            privacy issues raised by ECCs subpoena,
                            research privacy issues, and discussions with
                            A. W. Jarvis and E. A. Monson regarding same
                            (1.4); review emails regarding
                            privacy/confidentiality issues (0.2); confer
                            with B. J. Kotter regarding privilege review
                            needed of loan files to make available to
                            committees, and related issues (0.5); review
                            investor and loan information from USAs loan
                            accounting system for response to ECC subpoena
                            and discuss same with B. J. Kotter (0.5);
                            discuss subpoena response issues with A. W.
                            Jarvis (0.3); confer with M. Kehl regarding
                            protecting confidentiality of Hilco appraisal
                            information provided to committees
                            professionals, draft transmittal language for
                            M. Kehl regarding same, and exchange emails
                            with A. W. Jarvis regarding same (0.7).

Client No. 34585                                           Page:   15
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006


06/28/06 J Adams          .08 Conferences with S. Strong regarding electronic
                              discovery and work product protection.

06/28/06 K Glade         1.80 Conference call with M. Kehl, A. Jarvis and
                              Diversified representatives regarding
                              Diversified loan portfolio (1.8).

06/28/06 A Jarvis        1.70 Conference with counsel for DTDF Committee
                              regarding agreed course of action on problem
                              loans.

06/28/06 A Jarvis        1.83 Prepare presentation for Committees with M.
                              Kehl, T. Allison and S. Smith, discuss issues
                              relating to motion to distribute funds,
                              investor statements.

06/28/06 A Jarvis         .20 Correspondence on DTDF conference call (.2).

06/28/06 A Jarvis         .30 Correspondence regarding confidentiality
                              agreement (.2); correspondence on orders (.3);
                              correspondence on content of Committee
                              presentation (.3); correspondence on motion to
                              distribute funds, investor statements and
                              agenda for committee meeting (.4).

06/28/06 A Jarvis         .07 Correspondence with E. A. Monson regarding bar
                              date.

06/28/06 B Kotter        2.45 Review loan files for privilege and
                              confidential documents prior to production to
                              requesting committees (9.2); follow up on
                              CD/electronic production to committees (.6).

06/28/06 D Monson        1.30 Meetings with M. Kehl, S. Smith, A. Jarvis and
                              S. Strong to discuss meeting with Committees
                              and allegations for reorganization plan.

06/28/06 E Monson         .32 Participate in conference with M. Kehl, S.
                              Smith, A. W. Jarvis, S. C. Strong, and D. M.
                              Monson in preparation for committee call (1.3).

06/28/06 S Strong         .25 Telephone conference with S. Smith and Fund
                              Committees financial advisors regarding form of
                              investor statements for fund members (0.4);
                              exchange emails with A. W. Jarvis and S. Smith
                              regarding same (0.1).

Client No. 34585                                                    Page:   16
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/28/06 S Strong        1.10 Telephone conferences with B. J. Kotter
                              regarding status of privilege review of loan
                              documents (0.3); meet with S. Smith, M. Kehl
                              and A. W. Jarvis to review and discuss draft of
                              debtors presentation to committees for
                              tomorrow (1.5); participate in meeting with A.
                              W. Jarvis, M. Kehl, S. Smith, D. M. Monson and
                              T. Allison regarding further details and
                              revisions to committee presentation for
                              tomorrow regarding investor statements,
                              progress to date, reorganization options, and
                              related issues, and discuss strategies for same
                              (1.9); further discussions with E. A. Monson
                              and B. J. Kotter regarding privilege review,
                              confidentiality issues, and document production
                              process for documents requested formally and
                              informally by committees (0.7)

06/29/06 A Jarvis         .10 Correspondence with M. Levinson regarding
                              issues with motion to distribute funds.

06/29/06 A Jarvis         .25 Correspondence on Committee meeting, orders and
                              preparation for Committee meeting.

06/29/06 A Jarvis        1.13 Prepare for and conduct meeting with four
                              committees, T. Allison, M. Kehl. S. Smith and
                              S. C. Strong.

06/29/06 A Jarvis         .25 Correspondence on Committee on orders, meeting,
                              motion to distribute funds, calendaring.

06/29/06 A Jarvis         .07 Correspondence on Committee presentation.

06/29/06 B Kotter        2.35 Review of loan files for privilege and
                              confidentiality prior to production to
                              committees (8.3); review of CD's provided to
                              First Trust Deed, Diversified unsecured and
                              Executory Committees (1.1).

06/29/06 E Monson        1.75 Review loan files for attorney client privilege
                              documents (7.0).

06/29/06 E Monson         .08 Draft e-mail to A. W. Jarvis and S. C. Strong
                              regarding parties to short form of Direct
                              Lenders confidentiality agreement (.1); make
                              additional minor revisions to short form of
                              confidentiality agreement (.2).

Client No. 34585                                              Page:   17
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/29/06 M Pugsley      .13 Participate in Creditors Committee meeting
                            (.5).

06/29/06 S Strong       .25 Participate in meeting with T. Allison, M.
                            Kehl, S. Smith, and A. W. Jarvis to evaluate
                            presentation to committees and to plan and
                            strategize reorganization options (1.0).

06/29/06 S Strong       .50 Participate in debtors presentation to four
                            committees regarding loan/investor restatements
                            and reorganization options (2.0).

06/29/06 S Strong       .13 Telephone conferences with B. J. Kotter
                            regarding status of privilege review of loan
                            files for document production to committees and
                            electronic information available (0.3);
                            exchange emails B. J.  Kotter regarding
                            borrower information in PDF loan documents
                            being produced to each committee (0.2).

06/30/06 B Kotter       .35 Conference with A. W. Jarvis and S. C. Strong
                            on production issues of various documents (.6);
                            phone call with Angie at USA regarding Powers
                            of Attorney and filing system (.3); follow up
                            on confidentiality issues and copying service
                            for production (.5).

06/30/06 E Monson       .07 Review e-mails from A. W. Jarvis regarding
                            discovery issues and motion on bar date (.3).

06/30/06 S Strong       .03 Review comments of various committee counsel to
                            proposed order regarding DIP financing (0.1).

06/30/06 S Strong       .90 Telephone conference with M. Levinson regarding
                            Diversified Committee's perspectives on
                            proposed motion to distribute funds (0.9).

06/30/06 S Strong       .03 Circulate copy of material presented at
                            committee meeting yesterday to various
                            committee professionals (0.1).


TOTAL FOR LEGAL SERVICES RENDERED                              $19,719.55