# EXHIBIT C-16

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV  89121                             Invoice No. ******

For Legal Services Rendered Through June 30, 2006

**Matter No. 34585-00021**

**Unsecured Creditors Committee Relations**

| 06/01/06 A Jarvis | .07 Correspondence with S. C. Strong regarding committee issues. |
| --- | --- |
| 06/01/06 A Jarvis | .10 Correspondence on discovery requests from committees. |
| 06/02/06 A Jarvis | .08 Conference with S. C. Strong regarding communications with committees, committee document requests. |
| 06/02/06 A Jarvis | .12 Correspondence on meeting with committees. |
| 06/02/06 A Jarvis | .17 Telephone conference with S. C. Strong, T. Allison and M. Kehl regarding meeting with committees, preparation for same. |
| 06/02/06 A Jarvis | .48 Prepare for Committee meetings; gather information for same. |
| 06/02/06 B Kotter | .55 Revise applications per S. C. Strong (.3); work on confidentiality agreements for committee's and e-mail out (1.7); respond to counsel inquiries (.2). |
| 06/03/06 A Jarvis | .15 Draft letter to A. Landis regarding committee composition. |

Client No. 34585                                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/03/06 A Jarvis        .20 Conference with S. C. Strong regarding motion
                             regarding composition of committees.

06/04/06 A Jarvis        .37 Correspondence regarding committee
                             presentation, matters on for hearing.

06/05/06 A Jarvis        .25 Conference with T. Allison, L. Schwartzer, S.
                             C. Strong regarding meeting with committees.

06/05/06 A Jarvis        .15 Meeting with T. Allison regarding Committee
                             issues.

06/05/06 A Jarvis        .37 Meeting with committees.

06/05/06 A Jarvis        .25 Conference with S. C. Strong, L. Schwartzer and
                             M. Kehl regarding issues raised by committees,
                             hearing (.5); conference with S. C. Strong
                             regarding committee issues (.5).

06/05/06 B Kotter        .55 Legal research on committee
                             response/information request issues.

06/05/06 S Strong       1.15 Meet with T. Allison, M. Kehl, S. Smith, J.
                             Reed, A. Jarvis, and L. Schwartzer to discuss
                             issues for meeting with Committees (1.6);
                             confer with A. Jarvis issues and strategies in
                             dealing with Committees (while traveling to
                             USTs office) (0.5); attend meeting with
                             Debtors representatives and four Committees
                             (1.5); confer with A. Jarvis, L. Schwartzer,
                             and M. Kehl regarding issues raised in meeting
                             with Committees (0.5); confer with A. Jarvis
                             regarding issues covered in meeting with
                             Committees and upcoming issues regarding
                             Committees ((while traveling back to USA
                             offices) (0.5).

06/06/06 A Jarvis       1.00 Conference call with Unsecured Creditors
                             Committee.

06/06/06 A Jarvis        .20 Conference with D. M. Monson regarding
                             meeting with Unsecured Creditors Committee.

06/06/06 A Jarvis        .13 Correspondence on protocols for committees.

06/06/06 A Jarvis        .13 Correspondence on issues relating to committee
                             protocols.

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/06/06 A Jarvis        .20 Telephone conference with A. Landis regarding
                             Executory Contracts Committee, composition
                             (.2).

06/06/06 A Jarvis        .17 Correspondence on committee information
                             requests (.5); correspondence on protocol
                             motion (.2).

06/06/06 A Jarvis        .12 Review correspondence from A. Landis regarding
                             committee composition issues and conference
                             with S. C. Strong regarding same (.5).

06/06/06 E Monson        .17 Discussion with S. C. Strong regarding follow
                             up on BMC Group assisting committees on web
                             pages (.3); outline issues to address on BMC
                             assisting committees (.4).

06/06/06 S Strong        .30 Telephone conference with counsel for
                             committees regarding
                             information/confidentiality protocols and
                             proposed motion regarding same (0.3); review
                             proposed motion regarding same and discuss with
                             E. Monson and A. Jarvis (0.5); exchange emails
                             with A. Jarvis regarding status of committee
                             confidentiality issues (0.1); confer with E.
                             Monson regarding same (0.3).

06/06/06 S Strong        .23 Research legal issues concerning committee
                             composition (0.9).

06/07/06 A Jarvis        .15 Correspondence on confidentiality agreements;
                             conference with E. A. Monson regarding same.

06/07/06 A Jarvis        .12 Correspondence with S. C. Strong regarding
                             committee issues, position on proposed
                             committee representation motion.

06/07/06 E Monson        .60 Review committee procedures motion (.7); review
                             e-mails regarding revisions to procedure motion
                             (.3); review draft of confidentiality agreement
                             from committees (.7); further review of
                             procedures motion and discuss it and
                             confidentiality agreement with S. C. Strong
                             (.7).

Client No. 34585                                                    Page:    4
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/07/06 S Strong        .23 Further review of draft of Information Protocol
                             motion by committees (0.2); forward same to E.
                             Monson and voice message to her regarding same
                             (0.1); confer with E. Monson regarding issues
                             raised by same and possible response needed
                             (0.2); review various emailed comments from
                             committee lawyers regarding same (0.2);
                             exchange emails with local counsel regarding
                             OST and response deadline to Information
                             Protocol motion, and discuss with E. Monson
                             (0.2).

06/07/06 S Strong        .13 Exchange emails with M. Kehl regarding status
                             of confidentiality agreements with committees
                             and information requests from committees (0.1);
                             confer with E. Monson regarding same (0.2);
                             review followup emails regarding same (0.2).

06/08/06 K Glade         .10 Review committee confidentiality issues with E.
                             Monson (0.4).

06/08/06 A Jarvis        .40 Telephone conference with S. Freeman and R.
                             Charles regarding Committee issues, DIP
                             financing negotiations, motion to approve
                             proposed transactions.

06/08/06 A Jarvis        .08 Correspondence on confidentiality agreements.

06/08/06 E Monson        .20 Additional review of confidentiality agreement
                             and Joint Information Protocol Motion (.8).

06/09/06 A Jarvis        .07 Conference with E. A. Monson regarding
                             committee protocol motion.

06/09/06 A Jarvis        .08 Telephone conference with M. Kehl regarding
                             committee meeting next week, preparation of
                             materials for same.

06/09/06 A Jarvis        .08 Correspondence with A. Landis regarding
                             representation member of creditors committee
                             issues.

06/09/06 A Jarvis        .15 Correspondence on procedures motion (.3);
                             correspondence on website issues (.3).

06/09/06 A Jarvis        .10 Correspondence and conference with A. Tsu
                             regarding draft of motion for protective order,
                             research regarding same.

```
Client No. 34585                                        Page:   5
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006
```

| 06/09/06 | A Jarvis | .07 | Correspondence on committee representation member motion. |
|---|---|---|---|
| 06/09/06 | E Monson | .05 | Draft and send out e-mail to committee counsel regarding web pages on BMC site (.2). |
| 06/09/06 | S Strong | .05 | Review L. Schwartzers emails to committee counsel requesting positions on motions to shorten time on various motions filed today, and counsels responses to same. |
| 06/12/06 | A Jarvis | .15 | Conference with A. Tsu and B. J. Kotter regarding 2004 subpoena, motion for protective order (.4); telephone conference with M. Kehl regarding 2004 order, discovery issues (.2). |
| 06/12/06 | A Jarvis | .05 | Telephone conference with M. Kehl regarding meetings with Committees, preparation of information for same. |
| 06/12/06 | A Jarvis | .08 | Telephone conference with T. Allison regarding committee meetings. |
| 06/12/06 | A Jarvis | .10 | Correspondence on hiring of financial advisors by committees, coordination with same. |
| 06/12/06 | A Jarvis | .25 | Review and revise response to procedures motion; conference with E. A. Monson regarding same. |
| 06/12/06 | A Jarvis | .12 | Correspondence and conference with E. A. Monson regarding use of BMC website by committees. |
| 06/12/06 | A Jarvis | .12 | Correspondence on meeting with committees (.5). |
| 06/12/06 | B Kotter | .53 | Work on protective order issues. |
| 06/12/06 | E Monson | .75 | Work on response to committee joint procedure motion (1.7); obtain A. W. Jarvis comments to responses to joint procedure motion, make revisions and finalize response (.5); draft lengthy e-mail to A. W. Jarvis regarding issues involving BMC (.4); discussion with A. W. Jarvis regarding BMC motion and send e-mail to M. Kehl and T. Allison (.4). |

Client No. 34585                                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.                      August 11, 2006


06/12/06 S Strong        .35 Telephone conference with M. Kehl regarding
                             issues to discuss at next meeting with
                             Committees (0.4); review emails from A. Jarvis
                             and committees lawyers regarding same (0.2);
                             telephone conference with M. Kehl regarding
                             subpoena served by ECC and documents requested
                             (0.1); conference with E. Monson and review
                             response to Committees
                             protocol/confidentiality motion (0.4); review
                             limited objection filed by UST to same, and
                             exchange emails with A. Jarvis regarding same
                             (0.3).

06/12/06 A Tsu           .67 Research regarding limitations on 2004 motions
                             and subpoenas for motion for protective order;
                             reviewing 2004 subpoena.

06/13/06 A Jarvis        .10 Correspondence with Committee counsels
                             regarding meeting, agenda.

06/13/06 A Jarvis        .10 Telephone conference with M. Kehl regarding
                             committee discussions, funding motion, Oak Mesa
                             issues.

06/13/06 A Jarvis        .10 Telephone conference with E. A. Monson
                             regarding review of confidentiality agreement,
                             negotiating points.

06/13/06 A Jarvis        .20 Prepare agenda for Committee meeting.

06/13/06 A Jarvis        .07 Telephone conferences with M. Kehl regarding
                             DIP financing negotiations and information for
                             committee meeting.

06/13/06 A Jarvis        .08 Conference with E. A. Monson regarding comments
                             on procedures order.

06/13/06 A Jarvis        .08 Conference with E. A. Monson regarding response
                             on Committee procedures motion.

06/13/06 B Kotter        .57 Conference with A. W. Jarvis and A. Tsu
                             regarding work-product and privilege issues and
                             responding to 2004 production order (.3); legal
                             research on issue (1.8); respond to e-mail from
                             A. W. Jarvis regarding issue (.3).

Client No. 34585                                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/13/06 E Monson       .38 Review limited objection of UST to Joint
                            Procedures Motion filed by the Joint Committees
                            (.3); work on supplemental response to Joint
                            Procedures Motion (1.2).

06/13/06 S Strong       .13 Review emails from and telephone conference
                            with A. Jarvis regarding confidentiality issues
                            with committees (0.2); telephone conference
                            with E. Monson regarding same (0.3).

06/13/06 S Strong       .05 Exchange emails with A. Jarvis regarding
                            proposed agenda for committee meetings to be
                            held 6/15/06 after hearings (0.2).

06/14/06 A Jarvis       .75 Meeting with T. Allison, M. Kehl, J. Reed
                            regarding preparation for meeting with
                            Committees.

06/14/06 B Kotter       .92 Legal research and drafting of response to 2004
                            Order and draft of Motion for Protective Order.

06/14/06 S Strong       .10 Exchange various emails with A. Jarvis and L.
                            Schwartzer regarding preparations for
                            tomorrows meetings with Committees (0.3);
                            conference with A. Jarvis regarding same (0.1).

06/14/06 A Tsu          .58 Legal research regarding Rule 2004 and Section
                            105(a).

06/14/06 A Tsu          .70 Research regarding Nevada law for potential
                            motion for protective order on privacy issues.

06/14/06 A Tsu          .15 Legal research regarding 2004 subpoena and
                            limitations on same, including privilege and
                            privacy issues.

06/15/06 A Jarvis       .12 Conference with S. C. Strong regarding results
                            of hearings, Committee meeting, preparation for
                            DIP financing motion.

06/15/06 A Jarvis       .50 Meeting with four Committees regarding DIP
                            financing, financing needs IP negotiations,
                            business operating issues, budget, motion to
                            hold funds and distribution issues.

Client No. 34585                                           Page:   8
Debtor USA Commercial Mortgage Co., et al.                 August 11, 2006


06/15/06 B Kotter        1.08 Continued legal research and drafting of Motion
                              for Protective Order and response to 2004
                              subpoena from the Executory Contracts Committee
                              (4.3).

06/15/06 S Strong         .40 Participate in meeting with all four committees
                              (1.3); post-meeting discussions with A. Jarvis
                              regarding results of creditor committee
                              meetings and future committee issues (0.3).

06/15/06 A Tsu           1.80 Legal research regarding 9018 protection for
                              2004 subpoenas and general limitations to 2004;
                              drafting motion for protective order on privacy
                              isses.

06/16/06 B Kotter         .58 Continue work on protective order motion and
                              continuing legal research into work protect
                              doctrine issues.

06/16/06 A Tsu           1.42 Drafting motion for protective order; privacy
                              issues reviewing case law for work product
                              privilege and privacy issues.

06/19/06 A Jarvis         .14 Review and revise draft by S. Strong of
                              definition of confidential information.

06/19/06 A Jarvis         .27 Conference with four Committees regarding DIP
                              financing, IP security agreement, other pending
                              and expected motions.

06/19/06 S Strong         .73 Communicate with various committee counsel
                              regarding conference call today and arrange
                              dial-in call for same (0.2); participate in
                              conference call with counsel for debtors and
                              committees regarding various pending issues
                              including revised cash budget, DIP financing,
                              and other issues for hearings this week (1.0);
                              confer with A. W. Jarvis regarding revised
                              confidentiality definition needed for
                              committees motion for information sharing
                              protocol (0.2); draft and revise proposed
                              language regarding same and review with A. W.
                              Jarvis (1.2); circulate proposed language to
                              Mesirow team and L. Schwartzer (0.1); telephone
                              conference with L. Schwartzer regarding same
                              (0.2).

Client No. 34585                                      Page:    9
Debtor USA Commercial Mortgage Co., et al.           August 11, 2006


06/21/06 S Strong          .10 Exchange emails with R. Charles regarding
                               prepared financing order (0.1).

06/21/06 S Strong          .20 Exchange emails with A. Jarvis regarding
                               committees position on proposed financing
                               order (0.2); prepare further revisions to
                               proposed order on CapSource financing based on
                               comments received from committees (0.6).

06/22/06 A Jarvis          .15 Correspondence on confidentiality agreement.

06/22/06 A Jarvis          .40 Correspondence on meetings with Committees,
                               agenda items.

06/22/06 B Kotter          .08 Respond to A. W. Jarvis e-mail regarding
                               discovery (.3).

06/22/06 D Monson          .02 Review and respond to e-mail from A. Jarvis on
                               meeting with Committees to review status of
                               Nonperforming Loans (0.1).

06/23/06 A Jarvis          .28 Review order on protocol and comment
                               regarding same.

06/23/06 A Jarvis          .13 Conference with S. C. Strong regarding
                               document production.

06/23/06 A Jarvis          .28 Prepare agendas for Committee conference call
                               and Committee meeting; correspondence
                               regarding same.

06/23/06 A Jarvis          .12 Correspondence on meeting, agenda for meeting.

06/23/06 A Jarvis          .12 Telephone conference with M. Kehl and T.
                               Allison regarding agenda for meeting,
                               preparation of information.

06/23/06 A Jarvis          .12 Correspondence on document requests from
                               Committees.

06/23/06 E Monson          .22 Review numerous e-mails on joint procedures
                               order (.5); draft reply e-mail to A. W. Jarvis
                               (.1); study definition of confidential
                               information (.3).

06/26/06 A Jarvis          .25 Correspondence on confidentiality issues,
                               document production issues.

Client No. 34585                                                Page:   10
Debtor USA Commercial Mortgage Co., et al.                      August 11, 2006


06/26/06 B Kotter      2.05 Conference with S. C. Strong on document review
                            and subpoena objections (.3); review of
                            investor and loan files and conferences with S.
                            C. Strong and Mesirow/debtor employees
                            regarding 2004 subpoena production (7.9).

06/26/06 E Monson       .75 Review e-mails on Order on Joint Committees
                            Procedures (.3); review supplemental responses
                            filed by debtors in response to joint procedure
                            motion (.2); study definitions of confidential
                            information in joint procedure order,
                            supplemental response and ECC confidentiality
                            agreement and note issues to be addressed (.6);
                            research and review tretices on privacy laws
                            and Gramm Leach Bliley ACt (1.6); discussion
                            with S. C. Strong regarding privacy research
                            (.3).

06/26/06 S Strong      1.10 Review spreadsheet from R. Charles and issues
                            raised by amendments to USACM schedules (0.3);
                            confer with S. Smith regarding same (0.2);
                            participate in conference call with D. Walker,
                            R. Charles, and S. Smith regarding same (0.6).

06/26/06 S Strong       .63 Review investor files prior to production for
                            committees, and confer with B. J. Kotter and
                            USA filing clerk regarding same (0.8); confer
                            with S. Smith regarding status of draft
                            investor statements and open legal issues
                            regarding same (0.6); confer with B. J. Kotter
                            regarding strategies and logistics for
                            responding to information requests of various
                            committees (0.5); telephone conference with A.
                            W. Jarvis regarding same (0.2); telephone
                            conference with A. W. Jarvis regarding
                            rescheduling tomorrows call with committees
                            professionals, review emails regarding same,
                            telephone conference with staff to reschedule
                            same and transmit new call-in information, and
                            confer with M. Kehl regarding issues for same
                            (0.4).

06/27/06 A Jarvis       .28 Review issues regarding privacy concerns,
                            committee presentation, investor information
                            (.4); conference with E. A. Monson and S. C.
                            Strong regarding same (.4); correspondence
                            with S. C. Strong regarding same (.3).

Client No. 34585                                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.                          August 11, 2006


06/27/06  A Jarvis        .30 Correspondence with R. Charles regarding
                              investor loan statements.

06/27/06  A Jarvis        .33 Weekly conference call with four committees.

06/27/06  A Jarvis        .05 Revise language in confidentiality agreement
                              regarding appraisals.

06/27/06  A Jarvis        .05 Correspondence with committee regarding agenda.

06/27/06  A Jarvis        .10 Conference with S. C. Strong and E. A. Monson
                              regarding investor privacy issues.

06/27/06  A Jarvis        .12 Draft memo to working group regarding Committee
                              conference call.

06/27/06  B Kotter        .50 Review of spreadsheets from Faizel related to
                              response to 2004 subpoena (1.2); brief
                              conference with S. C. Strong regarding
                              production (.3); prepare for loan file
                              inspection for privilege and discuss issues
                              with S. C. Strong (.5).

06/27/06  B Kotter        .15 Conference with E. A. Monson, A. W. Jarvis, and
                              S. C. Strong as to 2004 confidentiality and
                              document production issues (.6).

06/27/06  E Monson        .93 Review e-mails from A. W. Jarvis regarding
                              issues on confidentiality agreement (.2);
                              review extend order on Joint Committee motion
                              and further discussion with S. C. Strong
                              regarding privacy issues (.2); research on GLB
                              Act (2.2); lengthy conference with S. C. Strong
                              and A. W. Jarvis regarding GLB Act and ECL
                              conference agreements (.5); discussion with E.
                              Maragakis on GLB Act and review additional
                              articles in connection therewith (.6).

06/27/06  S Strong       1.23 Exchange emails and voice messages with A. W.
                              Jarvis regarding topics for conference call
                              with counsel for 4 committees today, and
                              arranged delayed start time for same (0.4);
                              participate in conference call with counsel for
                              4 committees today (0.9); confer with E. A.
                              Monson regarding confidentiality and investor
                              privacy issues raised by ECCs subpoena,
                              research privacy issues, and discussions with
                              A. W. Jarvis and E. A. Monson regarding same

Client No. 34585                                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


                            (1.4); review emails regarding
                            privacy/confidentiality issues (0.2); confer
                            with B. J. Kotter regarding privilege review
                            needed of loan files to make available to
                            committees, and related issues (0.5); review
                            investor and loan information from USAs loan
                            accounting system for response to ECC subpoena
                            and discuss same with B. J. Kotter (0.5);
                            discuss subpoena response issues with A. W.
                            Jarvis (0.3); confer with M. Kehl regarding
                            protecting confidentiality of Hilco appraisal
                            information provided to committees
                            professionals, draft transmittal language for
                            M. Kehl regarding same, and exchange emails
                            with A. W. Jarvis regarding same (0.7).

06/28/06 J Adams        .08 Conferences with S. Strong regarding electronic
                            discovery and work product protection.

06/28/06 A Jarvis      1.83 Prepare presentation for Committees with M.
                            Kehl, T. Allison and S. Smith, discuss issues
                            relating to motion to distribute funds,
                            investor statements.

06/28/06 A Jarvis       .30 Correspondence regarding confidentiality
                            agreement (.2); correspondence on orders (.3);
                            correspondence on content of Committee
                            presentation (.3); correspondence on motion to
                            distribute funds, investor statements and
                            agenda for committee meeting (.4).

06/28/06 A Jarvis       .07 Correspondence with E. A. Monson regarding bar
                            date.

06/28/06 B Kotter      2.45 Review loan files for privilege and
                            confidential documents prior to production to
                            requesting committees (9.2); follow up on
                            CD/electronic production to committees (.6).

06/28/06 D Monson      1.30 Meetings with M. Kehl, S. Smith, A. Jarvis and
                            S. Strong to discuss meeting with Committees
                            and allegations for reorganization plan.

06/28/06 E Monson       .33 Participate in conference with M. Kehl, S.
                            Smith, A. W. Jarvis, S. C. Strong, and D. M.
                            Monson in preparation for committee call (1.3).

Client No. 34585                                                    Page:   13
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/28/06 S Strong        1.10 Telephone conferences with B. J. Kotter
                              regarding status of privilege review of loan
                              documents (0.3); meet with S. Smith, M. Kehl
                              and A. W. Jarvis to review and discuss draft of
                              debtors presentation to committees for
                              tomorrow (1.5); participate in meeting with A.
                              W. Jarvis, M. Kehl, S. Smith, D. M. Monson and
                              T. Allison regarding further details and
                              revisions to committee presentation for
                              tomorrow regarding investor statements,
                              progress to date, reorganization options, and
                              related issues, and discuss strategies for same
                              (1.9); further discussions with E. A. Monson
                              and B. J. Kotter regarding privilege review,
                              confidentiality issues, and document production
                              process for documents requested formally and
                              informally by committees (0.7)

06/29/06 A Jarvis        1.13 Prepare for and conduct meeting with four
                              committees, T. Allison, M. Kehl. S. Smith and
                              S. C. Strong.

06/29/06 A Jarvis         .25 Correspondence on Committee meeting, orders and
                              preparation for Committee meeting.

06/29/06 A Jarvis         .25 Correspondence on Committee on orders, meeting,
                              motion to distribute funds, calendaring.

06/29/06 A Jarvis         .07 Correspondence on Committee presentation.

06/29/06 B Kotter        2.35 Review of loan files for privilege and
                              confidentiality prior to production to
                              committees (8.3); review of CD's provided to
                              First Trust Deed, Diversified unsecured and
                              Executory Committees (1.1).

06/29/06 E Monson         .08 Draft e-mail to A. W. Jarvis and S. C. Strong
                              regarding parties to short form of Direct
                              Lenders confidentiality agreement (.1); make
                              additional minor revisions to short form of
                              confidentiality agreement (.2).

06/29/06 E Monson        1.75 Review loan files for attorney client privilege
                              documents (7.0).

06/29/06 M Pugsley        .13 Participate in Creditors Committee meeting
                              (.5).

Client No. 34585                                          Page:   14
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/29/06 S Strong        .25 Participate in meeting with T. Allison, M.
                             Kehl, S. Smith, and A. W. Jarvis to evaluate
                             presentation to committees and to plan and
                             strategize reorganization options (1.0).

06/29/06 S Strong        .50 Participate in debtors presentation to four
                             committees regarding loan/investor restatements
                             and reorganization options (2.0).

06/29/06 S Strong        .13 Telephone conferences with B. J. Kotter
                             regarding status of privilege review of loan
                             files for document production to committees and
                             electronic information available (0.3);
                             exchange emails B. J.  Kotter regarding
                             borrower information in PDF loan documents
                             being produced to each committee (0.2).

06/30/06 B Kotter        .35 Conference with A. W. Jarvis and S. C. Strong
                             on production issues of various documents (.6);
                             phone call with Angie at USA regarding Powers
                             of Attorney and filing system (.3); follow up
                             on confidentiality issues and copying service
                             for production (.5).

06/30/06 E Monson        .07 Review e-mails from A. W. Jarvis regarding
                             discovery issues and motion on bar date (.3).

06/30/06 S Strong        .03 Review comments of various committee counsel to
                             proposed order regarding DIP financing (0.1).

06/30/06 S Strong        .03 Circulate copy of material presented at
                             committee meeting yesterday to various
                             committee professionals (0.1).

TOTAL FOR LEGAL SERVICES RENDERED                             $12,929.50

# EXHIBIT C-17

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV  89121                             Invoice No.  ******


For Legal Services Rendered Through June 30, 2006


**Matter No. 34585-00022**

**Executory Contracts Committee Relations**

06/01/06 A Jarvis        .08 Correspondence with S. C. Strong regarding
                             committee issues.

06/01/06 A Jarvis        .10 Correspondence on discovery requests from
                             committees.

06/02/06 A Jarvis        .07 Conference with S. C. Strong regarding
                             communications with committees, committee
                             document requests.

06/02/06 A Jarvis        .13 Correspondence on meeting with committees.

06/02/06 A Jarvis        .18 Telephone conference with S. C. Strong, T.
                             Allison and M. Kehl regarding meeting with
                             committees, preparation for same.

06/02/06 A Jarvis        .47 Prepare for Committee meetings; gather
                             information for same.

06/02/06 B Kotter        .55 Revise applications per S. C. Strong (.3); work
                             on confidentiality agreements for committee's
                             and e-mail out (1.7); respond to counsel
                             inquiries (.2).

06/02/06 S Strong        .10 Exchange voice messages with R. Charles
                             regarding motion to hold funds (0.1).

Client No. 34585                                                    Page:    2
Debtor USA Commercial Mortgage Co., et al.                          August 11, 2006


06/03/06 A Jarvis         .15 Draft letter to A. Landis regarding committee
                              composition.

06/03/06 A Jarvis         .20 Conference with S. C. Strong regarding motion
                              regarding composition of committees.

06/03/06 S Strong        3.90 Research for and drafting of proposed motion
                              to reconstitute membership of Executory
                              Contracts Committee pursuant to Section 1102
                              (3.1); confer with A. Jarvis regarding same
                              (0.4); revise motion and circulate to local
                              counsel and Mesirow for review (0.4).

06/04/06 A Jarvis         .38 Correspondence regarding committee
                              presentation, matters on for hearing.

06/05/06 A Jarvis         .15 Meeting with T. Allison regarding Committee
                              issues.

06/05/06 A Jarvis         .25 Conference with S. C. Strong, L. Schwartzer
                              and M. Kehl regarding issues raised by
                              committees, hearing (.5); conference with S.
                              C. Strong regarding committee issues (.5).

06/05/06 A Jarvis         .25 Conference with T. Allison, L. Schwartzer, S.
                              C. Strong regarding meeting with committees.

06/05/06 A Jarvis         .38 Meeting with committees.

06/05/06 B Kotter         .55 Legal research on committee
                              response/information request issues.

06/05/06 S Strong        1.15 Meet with T. Allison, M. Kehl, S. Smith, J.
                              Reed, A. Jarvis, and L. Schwartzer to discuss
                              issues for meeting with Committees (1.6);
                              confer with A. Jarvis issues and strategies in
                              dealing with Committees (while traveling to
                              USTs office) (0.5); attend meeting with
                              Debtors representatives and four Committees
                              (1.5); confer with A. Jarvis, L. Schwartzer,
                              and M. Kehl regarding issues raised in meeting
                              with Committees (0.5); confer with A. Jarvis
                              regarding issues covered in meeting with
                              Committees and upcoming issues regarding
                              Committees ((while traveling back to USA
                              offices) (0.5).

06/06/06 A Jarvis         .12 Correspondence on protocols for committees.

Client No. 34585                                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/06/06 A Jarvis        .12 Correspondence on issues relating to committee
                             protocols.

06/06/06 A Jarvis        .18 Correspondence on committee information
                             requests (.5); correspondence on protocol
                             motion (.2).

06/06/06 A Jarvis        .13 Review correspondence from A. Landis regarding
                             committee composition issues and conference
                             with S. C. Strong regarding same (.5).

06/06/06 E Monson        .17 Discussion with S. C. Strong regarding follow
                             up on BMC Group assisting committees on web
                             pages (.3); outline issues to address on BMC
                             assisting committees (.4).

06/06/06 S Strong        .30 Telephone conference with counsel for
                             committees regarding
                             information/confidentiality protocols and
                             proposed motion regarding same (0.3); review
                             proposed motion regarding same and discuss with
                             E. Monson and A. Jarvis (0.5); exchange emails
                             with A. Jarvis regarding status of committee
                             confidentiality issues (0.1); confer with E.
                             Monson regarding same (0.3).

06/06/06 S Strong       1.00 Confer with A. Jarvis regarding connections and
                             prepetition treatment of member of Executory
                             Contracts Committee (0.2); review and analysis
                             of evidence for reconstituting Committee (0.6);
                             further discussions with A. Jarvis regarding
                             same (0.2).

06/06/06 S Strong        .10 Confer with B. Kotter regarding ECCs request
                             for form of confidentiality agreement (0.1).

06/06/06 S Strong        .23 Research legal issues concerning committee
                             composition (0.9).

06/07/06 A Jarvis        .15 Correspondence on confidentiality agreements;
                             conference with E. A. Monson regarding same.

06/07/06 A Jarvis        .13 Correspondence with S. C. Strong regarding
                             committee issues, position on proposed
                             committee representation motion.

Client No. 34585                                                Page:    4
Debtor USA Commercial Mortgage Co., et al.                      August 11, 2006


06/07/06 E Monson        .60 Review committee procedures motion (.7); review
                             e-mails regarding revisions to procedure motion
                             (.3); review draft of confidentiality agreement
                             from committees (.7); further review of
                             procedures motion and discuss it and
                             confidentiality agreement with S. C. Strong
                             (.7).

06/07/06 S Strong       4.70 Review voicemail and email from A. Jarvis
                             regarding composition of Committees (0.1);
                             confer with her regarding status of draft
                             motion regarding constituents under-represented
                             on ECC, and issues for new or revised motion
                             needed regarding removal of member from ECC as
                             nonrepresentative (0.6); analysis for and
                             preparation of Motion to Remove Fertitta from
                             ECC (3.7); confer with A. Jarvis regarding
                             same, and circulate draft to Mesirow for review
                             (0.3).

06/07/06 S Strong        .23 Further review of draft of Information Protocol
                             motion by committees (0.2); forward same to E.
                             Monson and voice message to her regarding same
                             (0.1); confer with E. Monson regarding issues
                             raised by same and possible response needed
                             (0.2); review various emailed comments from
                             committee lawyers regarding same (0.2);
                             exchange emails with local counsel regarding
                             OST and response deadline to Information
                             Protocol motion, and discuss with E. Monson
                             (0.2).

06/07/06 S Strong        .13 Exchange emails with M. Kehl regarding status
                             of confidentiality agreements with committees
                             and information requests from committees (0.1);
                             confer with E. Monson regarding same (0.2);
                             review followup emails regarding same (0.2).

06/08/06 K Glade         .10 Review committee confidentiality issues with E.
                             Monson (0.4).

06/08/06 A Jarvis        .50 Telephone conference with A. Landis and L.
                             Schwartzer regarding Executory Contract
                             Committee/representative member issues.

06/08/06 A Jarvis        .07 Correspondence on confidentiality agreements.

06/08/06 E Monson      .20 Additional review of confidentiality agreement
                           and Joint Information Protocol Motion (.8).

06/08/06 S Strong      .60 Review email from investor regarding
                           unremitted principal problems and exchange
                           emails with A. Jarvis regarding
                           under-representation on ECC of investors owed
                           large amounts of unremitted principal (0.3);
                           review email from A. Landis regarding further
                           information needed to analyze this issue
                           (0.1), and conference with A. Jarvis
                           regarding same (0.2).

06/09/06 A Jarvis      .15 Correspondence on procedures motion (.3);
                           correspondence on website issues (.3).

06/09/06 A Jarvis      .10 Correspondence and conference with A. Tsu
                           regarding draft of motion for protective
                           order, research regarding same.

06/09/06 A Jarvis      .08 Conference with E. A. Monson regarding
                           committee protocol motion.

06/09/06 A Jarvis      .07 Telephone conference with M. Kehl regarding
                           committee meeting next week, preparation of
                           materials for same.

06/09/06 A Jarvis      .07 Correspondence with A. Landis regarding
                           representation member of creditors committee
                           issues.

06/09/06 A Jarvis      .08 Correspondence on committee representation
                           member motion.

06/09/06 E Monson      .05 Draft and send out e-mail to committee counsel
                           regarding web pages on BMC site (.2).

06/09/06 S Strong     2.10 Review A. Jarvis comments to proposed motion to
                           remove Fertitta from ECC, make final edits to
                           motion, assemble various exhibits to same, and
                           transmit to local counsel for filing (1.9);
                           review follow-up emails from committee counsel
                           requesting additional documents relating to
                           motion, and exchange emails with RQN team
                           regarding responding to requests (0.2).

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006


06/09/06 S Strong        .05 Review L. Schwartzers emails to committee
                             counsel requesting positions on motions to
                             shorten time on various motions filed today,
                             and counsels responses to same.

06/12/06 A Jarvis        .05 Telephone conference with M. Kehl regarding
                             meetings with Committees, preparation of
                             information for same.

06/12/06 A Jarvis        .10 Correspondence on hiring of financial
                             advisors by committees, coordination with
                             same.

06/12/06 A Jarvis       1.50 Review documents on Fertitta, exit fees,
                             favorable rates and conference with S. C.
                             Strong regarding same; review cases on same.

06/12/06 A Jarvis        .25 Review and revise response to procedures
                             motion; conference with E. A. Monson
                             regarding same.

06/12/06 A Jarvis        .12 Correspondence and conference with E. A.
                             Monson regarding use of BMC website by
                             committees.

06/12/06 A Jarvis        .15 Conference with A. Tsu and B. J. Kotter
                             regarding 2004 subpoena, motion for protective
                             order (.4); telephone conference with M. Kehl
                             regarding 2004 order, discovery issues (.2).

06/12/06 A Jarvis        .07 Telephone conference with T. Allison regarding
                             committee meetings.

06/12/06 A Jarvis        .13 Correspondence on meeting with committees (.5).

06/12/06 B Kotter        .52 Work on protective order issues.

06/12/06 E Monson        .75 Work on response to committee joint procedure
                             motion (1.7); obtain A. W. Jarvis comments to
                             responses to joint procedure motion, make
                             revisions and finalize response (.5); draft
                             lengthy e-mail to A. W. Jarvis regarding issues
                             involving BMC (.4); discussion with A. W.
                             Jarvis regarding BMC motion and send e-mail to
                             M. Kehl and T. Allison (.4).

06/12/06 E Monson        .20 Review letter from Direct Lenders Committee
                             (.2).

Client No. 34585                                          Page:     7
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/12/06 S Strong       .35 Telephone conference with M. Kehl regarding
                            issues to discuss at next meeting with
                            Committees (0.4); review emails from A. Jarvis
                            and committees lawyers regarding same (0.2);
                            telephone conference with M. Kehl regarding
                            subpoena served by ECC and documents requested
                            (0.1); conference with E. Monson and review
                            response to Committees
                            protocol/confidentiality motion (0.4); review
                            limited objection filed by UST to same, and
                            exchange emails with A. Jarvis regarding same
                            (0.3).

06/12/06 S Strong       .80 Meet with A. Jarvis, A. Tsu, and B. Kotter to
                            discuss ECCs subpoena and issues raised (0.8)

06/12/06 A Tsu          .68 Research regarding limitations on 2004 motions
                            and subpoenas for motion for protective order;
                            reviewing 2004 subpoena.

06/13/06 A Jarvis       .10 Correspondence with Committee counsels
                            regarding meeting, agenda.

06/13/06 A Jarvis       .10 Telephone conference with M. Kehl regarding
                            committee discussions, funding motion, Oak
                            Mesa issues.

06/13/06 A Jarvis       .10 Telephone conference with E. A. Monson
                            regarding review of confidentiality agreement,
                            negotiating points.

06/13/06 A Jarvis       .20 Prepare agenda for Committee meeting.

06/13/06 A Jarvis       .08 Telephone conferences with M. Kehl regarding
                            DIP financing negotiations and information for
                            committee meeting.

06/13/06 A Jarvis       .07 Conference with E. A. Monson regarding comments
                            on procedures order.

06/13/06 A Jarvis       .07 Conference with E. A. Monson regarding response
                            on Committee procedures motion.

06/13/06 B Kotter       .58 Conference with A. W. Jarvis and A. Tsu
                            regarding work-product and privilege issues and
                            responding to 2004 production order (.3); legal
                            research on issue (1.8); respond to e-mail from
                            A. W. Jarvis regarding issue (.3).

06/13/06 E Monson      2.60 Review confidentiality agreement from Executory
                            and Committee (1.0); follow up on committee web
                            pages through Le Pome and draft emails to Jeff
                            Miller and Committee counsel (.6); discussion
                            with A. Parlen regarding web page issues (.2);
                            review emails from A. W. Jarvis regarding
                            Thomas Allison and ECC confidentiality
                            agreement (.2); draft e-mail to Bridgin Higgins
                            regarding ECC Confidentiality Agreement (.2);
                            talk to A. W. Jarvis regarding reply to ECC
                            Confidentiality Agreement and Supplemental
                            Response to Joint Procedures Motion (.4).

06/13/06 E Monson       .37 Review limited objection of UST to Joint
                            Procedures Motion filed by the Joint Committees
                            (.3); work on supplemental response to Joint
                            Procedures Motion (1.2).

06/13/06 S Strong       .80 Review and analysis of additional
                            transactional documents involved USA and
                            Fertitta (0.8).

06/13/06 S Strong       .80 Telephone conference with A. Jarvis regarding
                            ECCs request to post information on debtors
                            website, review proposed letter to be posted,
                            review prior posting by other committee, and
                            draft email to G. Garman regarding debtors
                            position on same (0.8).

06/13/06 S Strong       .05 Exchange emails with A. Jarvis regarding
                            proposed agenda for committee meetings to be
                            held 6/15/06 after hearings (0.2).

06/13/06 S Strong       .20 Review ECCs revised draft of proposed
                            confidentiality agreement, and E. Monsons
                            response to ECC regarding same (0.2).

06/13/06 S Strong       .13 Review emails from and telephone conference
                            with A. Jarvis regarding confidentiality issues
                            with committees (0.2); telephone conference
                            with E. Monson regarding same (0.3).

06/14/06 A Jarvis       .75 Meeting with T. Allison, M. Kehl, J. Reed
                            regarding preparation for meeting with
                            Committees.

06/14/06 B Kotter       .93 Legal research and drafting of response to 2004
                            Order and draft of Motion for Protective Order.

Client No. 34585                                           Page:    9
Debtor USA Commercial Mortgage Co., et al.                 August 11, 2006


06/14/06 S Strong      .10 Exchange various emails with A. Jarvis and L.
                           Schwartzer regarding preparations for
                           tomorrows meetings with Committees (0.3);
                           conference with A. Jarvis regarding same
                           (0.1).

06/14/06 S Strong      .60 Review email from A. Jarvis regarding
                           subpoena from ECC (0.1); review rules
                           regarding same and email to A. Jarvis
                           explaining same (0.4); exchange emails with
                           B. Kotter regarding same (0.1).

06/14/06 A Tsu         .70 Research regarding Nevada law for potential
                           motion for protective order on privacy issues.

06/14/06 A Tsu         .15 Legal research regarding 2004 subpoena and
                           limitations on same, including privilege and
                           privacy issues.

06/14/06 A Tsu         .57 Legal research regarding Rule 2004 and Section
                           105(a).

06/15/06 A Jarvis      .50 Meeting with four Committees regarding DIP
                           financing, financing needs IP negotiations,
                           business operating issues, budget, motion to
                           hold funds and distribution issues.

06/15/06 A Jarvis      .13 Conference with S. C. Strong regarding results
                           of hearings, Committee meeting, preparation for
                           DIP financing motion.

06/15/06 B Kotter     1.07 Continued legal research and drafting of Motion
                           for Protective Order and response to 2004
                           subpoena from the Executory Contracts Committee
                           (4.3).

06/15/06 E Monson      .60 Review response from Gordon & Silver regarding
                           confidentiality agreement (.1); review of
                           confidentiality agreement (.5).

06/15/06 S Strong      .40 Participate in meeting with all four committees
                           (1.3); post-meeting discussions with A. Jarvis
                           regarding results of creditor committee
                           meetings and future committee issues (0.3).

Client No. 34585                                                    Page:   10
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/15/06 A Tsu           1.80 Legal research regarding 9018 protection for
                              2004 subpoenas and general limitations to 2004;
                              drafting motion for protective order on privacy
                              isses.

06/16/06 B Kotter         .57 Continue work on protective order motion and
                              continuing legal research into work protect
                              doctrine issues.

06/16/06 A Tsu           1.43 Drafting motion for protective order; privacy
                              issues reviewing case law for work product
                              privilege and privacy issues.

06/19/06 A Jarvis         .90 Review reply brief on Fertitta motion and
                              comment on same.

06/19/06 A Jarvis         .28 Conference with four Committees regarding DIP
                              financing, IP security agreement, other pending
                              and expected motions.

06/19/06 A Jarvis         .12 Review and revise draft by S. Strong of
                              definition of confidential information.

06/19/06 S Strong        8.20 Review and analyze spreadsheet from S. Smith
                              and USACMs documents regarding Fertitta
                              investments, interest rates, and sharing
                              agreements (1.4), and telephone conference with
                              S. Smith regarding same (0.2); prepare
                              statements regarding Fertitta relationship for
                              new T. Allison declaration for Wednesdays
                              hearings and circulate same to A. W. Jarvis and
                              Mesirow team for review (2.4); analysis for and
                              drafting of Reply regarding USACMs motion to
                              remove Fertitta from ECC and circulate same to
                              A. W. Jarvis and Mesirow team (4.2).

06/19/06 S Strong         .73 Communicate with various committee counsel
                              regarding conference call today and arrange
                              dial-in call for same (0.2); participate in
                              conference call with counsel for debtors and
                              committees regarding various pending issues
                              including revised cash budget, DIP financing,
                              and other issues for hearings this week (1.0);
                              confer with A. W. Jarvis regarding revised
                              confidentiality definition needed for
                              committees motion for information sharing

|              |            |      | protocol (0.2); draft and revise proposed language regarding same and review with A. W. Jarvis (1.2); circulate proposed language to Mesirow team and L. Schwartzer (0.1); telephone conference with L. Schwartzer regarding same (0.2). |
|--------------|------------|------|---|
| 06/20/06 | S Strong | 2.70 | Review comments of M. Kehl to draft Reply regarding Fertitta motion (0.1); review and analyze information from S. Smith for same (0.2); exchange emails regarding same (0.1); make edits to Reply (0.4); review and revise statements in supporting declaration regarding same and confer with A. Jarvis and E. Monson regarding same (0.8), confer with A. Jarvis regarding final edits to declaration and Reply, make final revisions to Reply, compile exhibits relating to same, and transmit Reply with filing instructions to local counsel (1.1). |
| 06/21/06 | S Strong | .20 | Exchange emails with A. Jarvis regarding committees position on proposed financing order (0.2); prepare further revisions to proposed order on CapSource financing based on comments received from committees (0.6). |
| 06/22/06 | A Jarvis | .15 | Correspondence on confidentiality agreement. |
| 06/22/06 | A Jarvis | .40 | Correspondence on meetings with Committees, agenda items. |
| 06/22/06 | B Kotter | .50 | Brief conference with S. C. Strong regarding response/objection to 2004 subpoena and timing issues under the rules and procedures (.3); forward draft objection letter to S. C. Strong (.2). |
| 06/22/06 | B Kotter | .07 | Respond to A. W. Jarvis e-mail regarding discovery (.3). |
| 06/22/06 | D Monson | .03 | Review and respond to e-mail from A. Jarvis on meeting with Committees to review status of Nonperforming Loans (0.1). |
| 06/22/06 | S Strong | 3.70 | Exchange emails with A. Jarvis re response needed to ECCs subpoena (0.1); review draft of motion for protective order prepared by B. Kotter in potential response to ECCs subpoena, discuss same with him, and research issues re |

```
Client No. 34585                                          Page:   12
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006
```

same (1.2); confer with A. Tsu re her research
on privacy issues relating to ECC subpoena and
her draft inserts for potential motion for
protective order (0.3); review A. Tsu's draft
language re same, work on revising and
expanding potential motion for protective order
and/or motion to quash subpoena (0.7); further
research re Rule 45 and possible
objections/responses to subpoena (1.2); confer
with C. Hancock and B. Kotter re same (0.2).

06/23/06 A Jarvis        .12 Conference with S. C. Strong regarding document
                             production.

06/23/06 A Jarvis        .13 Correspondence on meeting, agenda for meeting.

06/23/06 A Jarvis        .13 Telephone conference with M. Kehl and T.
                             Allison regarding agenda for meeting,
                             preparation of information.

06/23/06 A Jarvis        .27 Review order on protocol and comment regarding
                             same.

06/23/06 A Jarvis        .13 Correspondence on document requests from
                             Committees.

06/23/06 A Jarvis        .27 Prepare agendas for Committee conference call
                             and Committee meeting; correspondence regarding
                             same.

06/23/06 B Kotter        .40 Read and provide comments to S. C. Strong for
                             letter objection to 2004 subpoena from the
                             executory contracts committee (.4).

06/23/06 B Kotter        .40 Conference with S. C. Strong regarding response
                             to 2004 subpoena and need to review documents
                             in Las Vegas prior to production (.4).

06/23/06 E Monson        .23 Review numerous e-mails on joint procedures
                             order (.5); draft reply e-mail to A. W. Jarvis
                             (.1); study definition of confidential
                             information (.3).

06/23/06 S Strong       4.50 Further research regarding issues for
                             response/objection to ECCs subpoena (0.7);
                             confer with A. Jarvis and B. Kotter regarding
                             same (0.4); exchange emails with S. Smith
                             regarding same (0.2); analysis of ECCs

                           subpoena requesting documents, and draft and
                           revise propose response/objection letter
                           (2.8); circulate draft of responsive letter
                           to ECC subpoena to A. Jarvis, B. Kotter, and
                           Mesirow team, and review comments received
                           back regarding same (0.4).

06/26/06 A Jarvis        .25 Correspondence on confidentiality issues,
                           document production issues.

06/26/06 B Kotter       2.05 Conference with S. C. Strong on document review
                           and subpoena objections (.3); review of
                           investor and loan files and conferences with S.
                           C. Strong and Mesirow/debtor employees
                           regarding 2004 subpoena production (7.9).

06/26/06 E Monson        .75 Review e-mails on Order on Joint Committees
                           Procedures (.3); review supplemental responses
                           filed by debtors in response to joint procedure
                           motion (.2); study definitions of confidential
                           information in joint procedure order,
                           supplemental response and ECC confidentiality
                           agreement and note issues to be addressed (.6);
                           research and review tretices on privacy laws
                           and Gramm Leach Bliley ACt (1.6); discussion
                           with S. C. Strong regarding privacy research
                           (.3).

06/26/06 E Monson       3.40 Conversation with Brigid Higgins regarding
                           issues on ECC confidentiality agreement (.7);
                           work on further review of proposed ECC
                           confidentiality agreement and possible
                           revisions thereto (.8); review letter to ECC
                           counsel regarding responses to subpoena drafted
                           by S. C. Strong and get finalized and sent out
                           (.5); review e-mails from G. Learner and A. W.
                           Jarvis regarding ECC confidentiality agreement
                           (.4); draft lengthy e-mail to A. W. Jarvis
                           regarding issues on ECC proposed
                           confidentiality agreement (1.0).

06/26/06 S Strong       2.90 Telephone conference with E. A. Monson
                           regarding revised confidentiality definition
                           for proposed confidentiality agreement with ECC
                           (0.3); review follow-up emails from G. Garman,
                           A. W. Jarvis, and E. A. Monson regarding same

Client No. 34585                                          Page:   14
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006

 

                       (0.2); review comments of S. Smith, A. W.
Jarvis and M. Kehl to draft of objection letter
to ECC subpoena (0.2); revise draft letter
accordingly (0.8); confer with M. Kehl and S.
Smith regarding same (0.3); telephone
conference with E. A. Monson regarding
finalizing and transmitting same (0.2); confer
with F. Siddiqui and B. J. Kotter regarding USA
loan accounting system and reports available
for responding to ECC subpoena (0.6); follow-up
discussions with B. J. Kotter regarding same
(0.3).

06/26/06 S Strong        .63 Review investor files prior to production for
committees, and confer with B. J. Kotter and
USA filing clerk regarding same (0.8); confer
with S. Smith regarding status of draft
investor statements and open legal issues
regarding same (0.6); confer with B. J. Kotter
regarding strategies and logistics for
responding to information requests of various
committees (0.5); telephone conference with A.
W. Jarvis regarding same (0.2); telephone
conference with A. W. Jarvis regarding
rescheduling tomorrows call with committees
professionals, review emails regarding same,
telephone conference with staff to reschedule
same and transmit new call-in information, and
confer with M. Kehl regarding issues for same
(0.4).

06/27/06 A Jarvis        .60 Telephone conference with E. A. Monson and B.
Higgins regarding confidentiality agreement
with Executory Contracts Committee.

06/27/06 A Jarvis        .30 Correspondence on confidentiality agreement
with Executory Contracts Committee.

06/27/06 A Jarvis        .05 Revise language in confidentiality agreement
regarding appraisals.

06/27/06 A Jarvis        .05 Correspondence with committee regarding
agenda.

06/27/06 A Jarvis        .30 Telephone call to G. Gordon regarding privacy
concerns with investor information (.1);
correspondence with G. Gordon regarding
confidentiality agreement (.2).

Client No. 34585                                             Page:   15
Debtor USA Commercial Mortgage Co., et al.                  August 11, 2006


06/27/06 A Jarvis        .10 Conference with S. C. Strong and E. A. Monson
                             regarding investor privacy issues.

06/27/06 A Jarvis        .32 Weekly conference call with four committees.

06/27/06 A Jarvis        .27 Review issues regarding privacy concerns,
                             committee presentation, investor information
                             (.4); conference with E. A. Monson and S. C.
                             Strong regarding same (.4); correspondence with
                             S. C. Strong regarding same (.3).

06/27/06 A Jarvis        .13 Draft memo to working group regarding Committee
                             conference call.

06/27/06 B Kotter        .50 Review of spreadsheets from Faizel related to
                             response to 2004 subpoena (1.2); brief
                             conference with S. C. Strong regarding
                             production (.3); prepare for loan file
                             inspection for privilege and discuss issues
                             with S. C. Strong (.5).

06/27/06 B Kotter        .15 Conference with E. A. Monson, A. W. Jarvis,
                             and S. C. Strong as to 2004 confidentiality
                             and document production issues (.6).

06/27/06 E Monson       1.70 Discussion with S. C. Strong regarding ECC
                             confidentiality agreement and issues on privacy
                             (.2); additional review of ECC draft of
                             confidentiality agreement and discuss with S.
                             C. Strong and A. W. Jarvis (.5); additional
                             discussion with A. W. Jarvis regarding issues
                             on ECC Confidentiality Agreement (.3);
                             conference call with A. W. Jarvis and Brigid
                             Higgins regarding ECC Confidentiality Agreement
                             (.7).

06/27/06 E Monson        .92 Review e-mails from A. W. Jarvis regarding
                             issues on confidentiality agreement (.2);
                             review extend order on Joint Committee motion
                             and further discussion with S. C. Strong
                             regarding privacy issues (.2); research on GLB
                             Act (2.2); lengthy conference with S. C. Strong
                             and A. W. Jarvis regarding GLB Act and ECL
                             conference agreements (.5); discussion with E.
                             Maragakis on GLB Act and review additional
                             articles in connection therewith (.6).

Client No. 34585                                            Page:   16
Debtor USA Commercial Mortgage Co., et al.                 August 11, 2006


06/27/06 S Strong          1.21 Exchange emails and voice messages with A. W.
                                Jarvis regarding topics for conference call
                                with counsel for 4 committees today, and
                                arranged delayed start time for same (0.4);
                                participate in conference call with counsel for
                                4 committees today (0.9); confer with E. A.
                                Monson regarding confidentiality and investor
                                privacy issues raised by ECCs subpoena,
                                research privacy issues, and discussions with
                                A. W. Jarvis and E. A. Monson regarding same
                                (1.4); review emails regarding
                                privacy/confidentiality issues (0.2); confer
                                with B. J. Kotter regarding privilege review
                                needed of loan files to make available to
                                committees, and related issues (0.5); review
                                investor and loan information from USAs loan
                                accounting system for response to ECC subpoena
                                and discuss same with B. J. Kotter (0.5);
                                discuss subpoena response issues with A. W.
                                Jarvis (0.3); confer with M. Kehl regarding
                                protecting confidentiality of Hilco appraisal
                                information provided to committees
                                professionals, draft transmittal language for
                                M. Kehl regarding same, and exchange emails
                                with A. W. Jarvis regarding same (0.7).

06/28/06 J Adams            .08 Conferences with S. Strong regarding electronic
                                discovery and work product protection.

06/28/06 A Jarvis           .30 Correspondence regarding confidentiality
                                agreement (.2); correspondence on orders (.3);
                                correspondence on content of Committee
                                presentation (.3); correspondence on motion to
                                distribute funds, investor statements and
                                agenda for committee meeting (.4).

06/28/06 A Jarvis           .30 Conference with E. A. Monson regarding
                                confidentiality agreement with Executory
                                Contracts Committee.

06/28/06 A Jarvis          1.82 Prepare presentation for Committees with M.
                                Kehl, T. Allison and S. Smith, discuss issues
                                relating to motion to distribute funds,
                                investor statements.

06/28/06 A Jarvis           .08 Correspondence with E. A. Monson regarding bar
                                date.

Client No. 34585                                              Page:   17
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/28/06 B Kotter        2.45 Review loan files for privilege and
                              confidential documents prior to production to
                              requesting committees (9.2); follow up on
                              CD/electronic production to committees (.6).

06/28/06 D Monson        1.30 Meetings with M. Kehl, S. Smith, A. Jarvis and
                              S. Strong to discuss meeting with Committees
                              and allegations for reorganization plan.

06/28/06 E Monson        3.30 Work on revising ECC confidentiality agreement
                              (1.2); exchange e-mails with B. Higgins
                              regarding confidentiality agreement (.2);
                              discuss revisions with A. W. Jarvis and make
                              additional revisions to ECC confidentiality
                              agreement (.3); conference with B. Higgins
                              regarding changes to confidentiality agreement
                              and discuss with A. W. Jarvis (.4); make
                              additional revisions to confidentiality
                              agreement and get finalized and circulated
                              (.6); review and make revisions to short form
                              of Direct Lender Confidentiality Agreement and
                              get sent to B. Higgins along with request for
                              information regarding discovery issues (.6).

06/28/06 E Monson         .32 Participate in conference with M. Kehl, S.
                              Smith, A. W. Jarvis, S. C. Strong, and D. M.
                              Monson in preparation for committee call (1.3).

06/28/06 S Strong        1.10 Telephone conferences with B. J. Kotter
                              regarding status of privilege review of loan
                              documents (0.3); meet with S. Smith, M. Kehl
                              and A. W. Jarvis to review and discuss draft of
                              debtors presentation to committees for
                              tomorrow (1.5); participate in meeting with A.
                              W. Jarvis, M. Kehl, S. Smith, D. M. Monson and
                              T. Allison regarding further details and
                              revisions to committee presentation for
                              tomorrow regarding investor statements,
                              progress to date, reorganization options, and
                              related issues, and discuss strategies for same
                              (1.9); further discussions with E. A. Monson
                              and B. J. Kotter regarding privilege review,
                              confidentiality issues, and document production
                              process for documents requested formally and
                              informally by committees (0.7)

Client No. 34585                                          Page:  18
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006


06/28/06 S Strong        1.40 Telephone conference with J. Adams regarding
                              electronic discovery issues raised by ECCs
                              subpoena (0.2); confer with E. A. Monson
                              regarding progress on confidentiality agreement
                              with ECC (0.4); participate in call with C.
                              Carlyon and S. Smith regarding debtors
                              schedules and statements and amendments to same
                              (0.7); review follow-up emails from C. Carlyon
                              and S. Smith regarding same (0.1).

06/29/06 A Jarvis         .25 Correspondence on Committee meeting, orders
                              and preparation for Committee meeting.

06/29/06 A Jarvis         .25 Correspondence on Committee on orders, meeting,
                              motion to distribute funds, calendaring.

06/29/06 A Jarvis        1.12 Prepare for and conduct meeting with four
                              committees, T. Allison, M. Kehl. S. Smith and
                              S. C. Strong.

06/29/06 A Jarvis         .08 Correspondence on Committee presentation.

06/29/06 B Kotter        2.35 Review of loan files for privilege and
                              confidentiality prior to production to
                              committees (8.3); review of CD's provided to
                              First Trust Deed, Diversified unsecured and
                              Executory Committees (1.1).

06/29/06 E Monson        1.75 Review loan files for attorney client privilege
                              documents (7.0).

06/29/06 E Monson         .70 Follow up with Mesirow regarding CD on direct
                              lenders (.4); follow up with e-mail to B.
                              Higgins regarding CD with copies of Direct
                              Lender loans (.3).

06/29/06 E Monson         .07 Draft e-mail to A. W. Jarvis and S. C. Strong
                              regarding parties to short form of Direct
                              Lenders confidentiality agreement (.1); make
                              additional minor revisions to short form of
                              confidentiality agreement (.2).

06/29/06 M Pugsley        .13 Participate in Creditors Committee meeting
                              (.5).

06/29/06 S Strong         .50 Participate in debtors presentation to four
                              committees regarding loan/investor
                              restatements and reorganization options (2.0).

Client No. 34585                                                    Page:   19
Debtor USA Commercial Mortgage Co., et al.                         August 11, 2006


06/29/06 S Strong        .25 Participate in meeting with T. Allison, M.
                             Kehl, S. Smith, and A. W. Jarvis to evaluate
                             presentation to committees and to plan and
                             strategize reorganization options (1.0).

06/29/06 S Strong        .13 Telephone conferences with B. J. Kotter
                             regarding status of privilege review of loan
                             files for document production to committees and
                             electronic information available (0.3);
                             exchange emails B. J.  Kotter regarding
                             borrower information in PDF loan documents
                             being produced to each committee (0.2).

06/30/06 B Kotter        .35 Conference with A. W. Jarvis and S. C. Strong
                             on production issues of various documents
                             (.6); phone call with Angie at USA regarding
                             Powers of Attorney and filing system (.3);
                             follow up on confidentiality issues and
                             copying service for production (.5).

06/30/06 E Monson        .40 Review e-mail from Brigid Higgins on discovery
                             issues (.1); conference with S. C. Strong and
                             B. J. Kotter regarding discovery issues
                             involving ECC subpoena (.3).

06/30/06 E Monson        .90 Send lengthy e-mail to Brigid Higgins regarding
                             discovery (.6); send e-mails to Brigid Higgins
                             regarding short form of Direct Lenders
                             confidentiality agreement and review replies
                             from assistant (.3).

06/30/06 E Monson        .08 Review e-mails from A. W. Jarvis regarding
                             discovery issues and motion on bar date (.3).

06/30/06 S Strong        .01 Review comments of various committee counsel
                             to proposed order regarding DIP financing
                             (0.1).

06/30/06 S Strong        .40 Confer with B. J. Kotter and E. A. Monson
                             regarding additional discovery issues
                             respecting ECC's subpoena (0.4).

06/30/06 S Strong        .03 Circulate copy of material presented at
                             committee meeting yesterday to various
                             committee professionals (0.1).


TOTAL FOR LEGAL SERVICES RENDERED                                    $26,863.50

# EXHIBIT C-18

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 11, 2006
Las Vegas, NV  89121                             Invoice No.  ******


For Legal Services Rendered Through June 30, 2006


**Matter No. 34585-00023**

**USA Capital Realty Advisors, LLC**

06/05/06 A Jarvis        .02 Conference with S. C. Strong and S. Smith
                             regarding preparation of Statements and
                             Schedules.

06/07/06 S Strong        .06 Review draft list of contracts for Schedule G
                             (0.4); t/c w/ S. Smith regarding same (0.2);
                             confer with C. Hurst regarding details of
                             litigation search needed for debtors SOFAs,
                             exchange emails with her regarding same, and
                             exchange emails with S. Smith regarding same
                             (0.6).

06/07/06 C Hurst         .06 Office conference with S. C. Strong regarding
                             litigation search for statement of affairs;
                             arrange for Federal Court search; search Clark
                             County database for pending litigation (1.1).

06/08/06 L Jenkins       .01 Conferences with S. Strong regarding meeting to
                             discuss schedules issue.

06/08/06 L Jenkins       .04 Telephone conference with S. Strong and S.
                             Smith regarding discussing various issues
                             related to preparation of schedules.

06/08/06 L Jenkins       .02 Review schedule sent by S. Smith.

```
Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.                August 11, 2006
```

06/08/06 S Strong       .17 Review email from S. Smith with questions
                            regarding legal issues in preparing debtors
                            schedules and research and analysis of issues
                            raised (2.2); conference with L. Jenkins
                            regarding same (0.2); participate in
                            teleconference with S. Smith and L. Jenkins
                            regarding same (0.8); follow-up discussions
                            with L. Jenkins regarding same (0.2).

06/09/06 L Jenkins      .03 Review issues regarding schedules.

06/09/06 C Hurst        .06 Review litigation search results; office
                            conference with S. C. Strong regarding same and
                            e-mail Jo Oriti; receipt of known litigation
                            from Jo Oriti - compare against our findings
                            (1.1).

06/12/06 A Jarvis       .01 Conference with S. C. Strong regarding
                            statements and schedules.

06/12/06 L Jenkins      .05 Review email issues from S. Smith regarding
                            schedules.

06/12/06 S Strong       .04 Review proposed Notes to debtors schedules and
                            statements (0.5); conference with L. Jenkins
                            regarding same (0.1); exchange emails with S.
                            Smith and M. Kehl regarding same (0.1).

06/13/06 A Jarvis       .02 Telephone conference with S. C. Strong
                            regarding issues on statements and schedules.

06/13/06 L Jenkins      .05 Review and comments on notes to schedules and
                            statement of affairs.

06/13/06 L Jenkins      .10 Review and comment on notes to schedules and
                            statement of affairs.

06/13/06 S Strong       .33 Conference with S. Smith regarding status of
                            work on debtors statements and schedules
                            (0.5); review and edit global notes to
                            statements and schedules, and conference with
                            L. Jenkins regarding same (0.8); participate in
                            meeting with S. Smith, J. Oriti, BMC personnel,
                            R. Hilson and other USA accounting personnel to
                            discuss issues for and drafts of statements and
                            schedules for 5 debtor entities (3.8); research
                            and analysis of various legal issues raised in

Client No. 34585                                            Page:    3
Debtor USA Commercial Mortgage Co., et al.                 August 11, 2006

 

 

 

                     connection with preparing and presenting
schedules and statements for 5 debtors (1.1);
telephone conference with L. Jenkins regarding
same (0.3).

06/14/06 L Jenkins      .08 Review revised notes to schedules and statement
                            of affairs received from S. Smith.

06/14/06 L Jenkins      .03 Conferences with S. Strong regarding discussion
                            of and comments on notes and questions to
                            schedules and statement of affairs.

06/14/06 S Strong       .36 Continue revising/drafting notes to Statements
                            and Schedules (0.3); telephone conference with
                            L. Jenkins regarding same (0.1); conference
                            with S. Smith regarding same (0.1); conduct
                            electronic searches regarding pending
                            litigation involving 5 debtors and revise lists
                            for Statements and Schedules (1.1); telephone
                            conference with C. Hurst regarding same (0.2);
                            conference with J. Oriti regarding same (0.1);
                            continue to revise, expand, edit and finalize
                            SOFA item 4.a disclosures of litigation
                            involving 5 debtors (2.2); telephone conference
                            with M. Pugsley regarding administrative
                            proceedings (0.3); conference with M. Olson
                            regarding same (0.1); circulate revised
                            litigation disclosures with explanations to J.
                            Oriti for inclusion in SOFAs for 5 debtors
                            (0.2); further review and editing of Notes to
                            Statements and Schedules for 5 debtors,
                            discussions with S. Smith regarding same, and
                            work with her in finalizing same (2.2);
                            telephone conference with L. Jenkins regarding
                            his comments to same (0.3).

06/16/06 S Strong       .11 Review Statements and Schedules as filed, and
                            conference with C. Hurst regarding same (0.5);
                            review email from S. Smith regarding same
                            (0.1); email to RQN team regarding same (0.1);
                            further review and analysis of same (1.4)

06/16/06 C Hurst        .04 Office conference with S. C. Strong regarding
                            schedules and statement of affairs; instruction
                            to copy center to download; receipt and brief
                            review of schedules (.8).

Client No. 34585                                        Page:     4
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006


06/19/06 A Jarvis        .02 Correspondence on questions on statements and
                             schedules.

06/19/06 S Strong        .01 Review email from S. Smith and confer with C.
                             Hurst regarding additional information
                             regarding litigation matters needed for amended
                             SOFA for USACM.

06/19/06 C Hurst         .03 Office conference with S. C. Strong regarding
                             preparing list of counsel involved in
                             litigation as set forth in statement of
                             affairs; begin research and preparation of same
                             (.6).

06/20/06 C Hurst         .05 Organize and tab schedule and statement of
                             affairs binders for all cases (.9).

06/21/06 S Strong        .02 Exchange emails with C. Hurst regarding
                             information for amendments to schedules and
                             statements, and review followup emails
                             regarding same (0.3).

06/21/06 C Hurst         .02 E-mail exchanges with Schwartzer, McPherson &
                             Mesirow regarding amendments to schedules,
                             matrix (.3).

06/23/06 A Jarvis        .03 Correspondence on questions on statements and
                             schedules.

06/23/06 S Strong        .02 Review amendments to USACMs schedules and
                             statements, and exchange emails with A. Jarvis
                             and S. Smith regarding same (0.3).

06/26/06 C Hurst         .03 Facilitate download and organize amendments to
                             schedules.

06/27/06 A Jarvis        .01 Correspondence on statements and schedules.

06/27/06 C Hurst         .02 Download amended statement of affairs.

06/28/06 A Jarvis        .02 Correspondence on statements and schedules.

TOTAL FOR LEGAL SERVICES RENDERED                                  $460.79

# EXHIBIT C-19

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road              August 11, 2006
Las Vegas, NV  89121                                 Invoice No.  ******


For Legal Services Rendered Through June 30, 2006


**Matter No. 34585-00024**

**USA Securities, LLC**

| | | |
|---|---|---|
| 06/05/06 A Jarvis | .03 | Conference with S. C. Strong and S. Smith regarding preparation of Statements and Schedules. |
| 06/07/06 S Strong | .06 | Review draft list of contracts for Schedule G (0.4); t/c w/ S. Smith regarding same (0.2); confer with C. Hurst regarding details of litigation search needed for debtors SOFAs, exchange emails with her regarding same, and exchange emails with S. Smith regarding same (0.6); review docket and various matters set for 6/21 hearing, and exchange emails with M. Kehl and A. Jarvis regarding same (0.5). |
| 06/07/06 C Hurst | .06 | Office conference with S. C. Strong regarding litigation search for statement of affairs; arrange for Federal Court search; search Clark County database for pending litigation (1.1). |
| 06/08/06 L Jenkins | .01 | Conferences with S. Strong regarding meeting to discuss schedules issue. |
| 06/08/06 L Jenkins | .04 | Telephone conference with S. Strong and S. Smith regarding discussing various issues related to preparation of schedules. |
| 06/08/06 L Jenkins | .02 | Review schedule sent by S. Smith. |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 11, 2006


06/08/06 S Strong        .17 Review email from S. Smith with questions
                             regarding legal issues in preparing debtors
                             schedules and research and analysis of issues
                             raised (2.2); conference with L. Jenkins
                             regarding same (0.2); participate in
                             teleconference with S. Smith and L. Jenkins
                             regarding same (0.8); follow-up discussions
                             with L. Jenkins regarding same (0.2).

06/09/06 L Jenkins       .03 Review issues regarding schedules.

06/09/06 C Hurst         .06 Review litigation search results; office
                             conference with S. C. Strong regarding same and
                             e-mail Jo Oriti; receipt of known litigation
                             from Jo Oriti - compare against our findings
                             (1.1).

06/12/06 A Jarvis        .02 Conference with S. C. Strong regarding
                             statements and schedules.

06/12/06 L Jenkins       .05 Review email issues from S. Smith regarding
                             schedules.

06/12/06 S Strong        .04 Review proposed Notes to debtors schedules and
                             statements (0.5); conference with L. Jenkins
                             regarding same (0.1); exchange emails with S.
                             Smith and M. Kehl regarding same (0.1).

06/13/06 A Jarvis        .02 Telephone conference with S. C. Strong
                             regarding issues on statements and schedules.

06/13/06 L Jenkins       .05 Review and comments on notes to schedules and
                             statement of affairs.

06/13/06 L Jenkins       .10 Review and comment on notes to schedules and
                             statement of affairs.

06/13/06 S Strong        .33 Conference with S. Smith regarding status of
                             work on debtors statements and schedules
                             (0.5); review and edit global notes to
                             statements and schedules, and conference with
                             L. Jenkins regarding same (0.8); participate in
                             meeting with S. Smith, J. Oriti, BMC personnel,
                             R. Hilson and other USA accounting personnel to
                             discuss issues for and drafts of statements and
                             schedules for 5 debtor entities (3.8); research
                             and analysis of various legal issues raised in

Client No. 34585                                        Page:   3
Debtor USA Commercial Mortgage Co., et al.              August 11, 2006


                        connection with preparing and presenting
                        schedules and statements for 5 debtors (1.1);
                        telephone conference with L. Jenkins regarding
                        same (0.3).

06/14/06 L Jenkins      .08 Review revised notes to schedules and statement
                        of affairs received from S. Smith.

06/14/06 L Jenkins      .03 Conferences with S. Strong regarding discussion
                        of and comments on notes and questions to
                        schedules and statement of affairs.

06/14/06 S Strong       .36 Continue revising/drafting notes to Statements
                        and Schedules (0.3); telephone conference with
                        L. Jenkins regarding same (0.1); conference
                        with S. Smith regarding same (0.1); conduct
                        electronic searches regarding pending
                        litigation involving 5 debtors and revise lists
                        for Statements and Schedules (1.1); telephone
                        conference with C. Hurst regarding same (0.2);
                        conference with J. Oriti regarding same (0.1);
                        continue to revise, expand, edit and finalize
                        SOFA item 4.a disclosures of litigation
                        involving 5 debtors (2.2); telephone conference
                        with M. Pugsley regarding administrative
                        proceedings (0.3); conference with M. Olson
                        regarding same (0.1); circulate revised
                        litigation disclosures with explanations to J.
                        Oriti for inclusion in SOFAs for 5 debtors
                        (0.2); further review and editing of Notes to
                        Statements and Schedules for 5 debtors,
                        discussions with S. Smith regarding same, and
                        work with her in finalizing same (2.2);
                        telephone conference with L. Jenkins regarding
                        his comments to same (0.3).

06/16/06 S Strong       .11 Review Statements and Schedules as filed, and
                        conference with C. Hurst regarding same (0.5);
                        review email from S. Smith regarding same
                        (0.1); email to RQN team regarding same (0.1);
                        further review and analysis of same (1.4)

06/16/06 C Hurst        .04 Office conference with S. C. Strong regarding
                        schedules and statement of affairs; instruction
                        to copy center to download; receipt and brief
                        review of schedules (.8).

```
Client No. 34585                                         Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 11, 2006
```

06/19/06 A Jarvis        .02 Correspondence on questions on statements and
                             schedules.

06/19/06 S Strong        .01 Review email from S. Smith and confer with C.
                             Hurst regarding additional information
                             regarding litigation matters needed for amended
                             SOFA for USACM.

06/19/06 C Hurst         .03 Office conference with S. C. Strong regarding
                             preparing list of counsel involved in
                             litigation as set forth in statement of
                             affairs; begin research and preparation of same
                             (.6).

06/20/06 C Hurst         .05 Organize and tab schedule and statement of
                             affairs binders for all cases (.9).

06/21/06 S Strong        .02 Exchange emails with C. Hurst regarding
                             information for amendments to schedules and
                             statements, and review followup emails
                             regarding same (0.3).

06/21/06 C Hurst         .02 E-mail exchanges with Schwartzer, McPherson &
                             Mesirow regarding amendments to schedules,
                             matrix (.3).

06/23/06 A Jarvis        .03 Correspondence on questions on statements and
                             schedules.

06/23/06 S Strong        .02 Review amendments to USACMs schedules and
                             statements, and exchange emails with A. Jarvis
                             and S. Smith regarding same (0.3).

06/26/06 C Hurst         .03 Facilitate download and organize amendments to
                             schedules.

06/27/06 A Jarvis        .02 Correspondence on statements and schedules.

06/27/06 C Hurst         .02 Download amended statement of affairs.

06/28/06 A Jarvis        .01 Correspondence on statements and schedules.

TOTAL FOR LEGAL SERVICES RENDERED                                $460.81