# Exhibit D-1

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                             Invoice No. ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00001**

**Case Administration**

| | | | |
|---|---|---|---|
| 07/03/06 | C Hurst | 1.20 | Review docket; confirm receipt of all Notices of Appearance; further work on master service list #3. |
| 07/04/06 | S Strong | 2.20 | Read and analysis of papers filed and cases cited by Mr. LePome in opposition to debtors holding funds (2.2). |
| 07/05/06 | A Jarvis | .30 | Correspondence on motion to distribute. |
| 07/05/06 | E Monson | 2.80 | Work on motion to use cash funds (1.0); discussion with Greg Jolley regarding Sandlin/Sheraton loan and his research of files (.2); discussions with S. C. Strong regarding cash motion (.3); send e-mail to Monty Kehl and A. W. Jarvis regarding cash motion and review replies (.2); review additional e-mails from Monty Kehl and S. C. Strong regarding cash motion (.1); review prior motions and budgets in connection with drafting of new cash motion (.8). |
| 07/05/06 | S Strong | 6.70 | Analysis for and drafting of Motion to Distribute, and circulate outline of same to A. W. Jarvis and Mesirow team (2.2); telephone conference with S. Smith regarding loan accounting and netting issues involved |

```
Client No. 34585                              Page:    2
Debtor USA Commercial Mortgage Co., et al.    August 25, 2006
```

|            |           |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
|------------|-----------|------|--|

in same (0.5); exchange emails with S. Smith regarding form of statements for Fund Members (0.2); review draft of argument provided by FTDC regarding distribution to Fund Members, and continue researching, drafting, and editing Motion to Distribute (3.8).

07/05/06 S Strong    .80 Confer with E. A. Monson regarding need for renewed motion for continued use of cash (0.4); exchange emails with M. Kehl regarding same (0.2); further discussions with E. A. Monson and review email from her regarding same (0.2).

07/05/06 S Tingey    .30 Revise Transition Agreement with IP (0.3).

07/05/06 C Hurst     .50 Check BMC docket for updates and further update to master service list #3.

07/06/06 B Kotter   1.40 Conference with S. C. Strong regarding legal research on Motion to Distribute (.2); legal research on equitable subrogation and its applicability to Motion to Distribute Theories (.9); conference with S. C. Strong regarding Motion (.3).

07/06/06 E Monson   2.00 Discussions with S. C. Strong and Monty Kehl regarding case motion and other issues in case including settlement offers on various loans (.3); review e-mails from Monty Kehl regarding payout proposals on various loans and send to D. M. Monson and K. G. Glade (.4); review and make revisions to new cash funds motion (.4); further revisions on circulate to S. C. Strong, Monty Kehl, and A. W. Jarvis for review (.2); discussion with S. C. Strong regarding discovery issues (.2); review various orders submitted and signed by court (.2); review docket for order entered by court on prior cash motion (.2); review e-mail from Monty Kehl regarding new budget and comments to cash motion (.1).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/06/06 S Strong          .70 Exchange emails with M. Kehl and E. A. Monson
                               regarding status of and issues for proposed
                               motion for continued use of cash (0.3);
                               confer with E. A. Monson regarding same
                               (0.2); review and comment on draft of motion
                               regarding same (0.2).

07/06/06 S Strong         9.90 Confer with B. J. Kotter regarding additional
                               research needed for motion to distribute (0.1);
                               confer with A. Tsu regarding research needed
                               for same (0.2); telephone conference with S.
                               Smith regarding factual issues for same (0.2);
                               exchange emails with her regarding same (0.2);
                               exchange emails with M. Kehl regarding Motion
                               to Distribute (0.1); continue analysis for and
                               drafting of Motion to Distribute, and review
                               and incorporate research provided by B. J.
                               Kotter and A. Tsu for same (6.3); review insert
                               for motion from D. Monson regarding Partial
                               Releases, and incorporate into the Motion to
                               Release (1.1); exchange emails with D. M.
                               Monson regarding same (0.1); circulate draft of
                               Motion to Distribute to A. W. Jarvis, L.
                               Schwartzer and Mesirow team for review (0.1);
                               telephone conference with M. Kehl regarding
                               various case administration issues and pending
                               matters (0.2); telephone conference with
                               investor M. Mansell regarding suggestions for
                               debtors (0.2); review S. Smith edits to
                               explanatory page for investor statements, make
                               further revisions, exchange emails with her
                               regarding same, and telephone conference with
                               her regarding same (.4); exchange emails with
                               J. McPherson regarding procedural deadlines for
                               motion to distribute (.2); review emails from
                               S. Smith with revised lender statements and
                               summary statements, and telephone conference
                               with her regarding same (.5).

07/06/06 S Strong          .20 Review email from A. Parlen regarding bar
                               date, confer with E. A.  Monson regarding
                               same, and review email from E. A. Monson
                               regarding same (.2).

07/06/06 C Hurst          1.50 Complete updates to master service list #3;
                               forward to Schwartzer & McPherson.

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/07/06 B Kotter      2.20 Conference with S. C. Strong on Motion to
                            Distribute and legal research needs (.2);
                            work on revising motion to distribute (1.3);
                            conference with S. C. Strong regarding
                            research (.3); prepare exhibits for motion to
                            distribute (.4).

07/07/06 E Monson      2.70 Discussion with S. C. Strong regarding motion
                            to use cash funds (.2); revise motion to use
                            cash funds; proof and finalize motion, transmit
                            to local counsel for filing (.6); review
                            e-mails from J. McPherson regarding cash motion
                            and send replies (.2); review e-mail from A.
                            Stevens regarding loan files and send reply
                            (.2); discussion with Monty Kehl regarding
                            background information needed and work on
                            putting cash motion and T. Allison declarations
                            together and sending to Monty Kehl (.5);
                            discussions with S. C. Strong regarding
                            distribution motion (.3); review draft of
                            distribution motion (.7).

07/07/06 S Strong      7.40 Exchange emails with A. W. Jarvis regarding
                            legal and factual issues in draft of Motion
                            to Distribute and revisions/strategies for
                            same (0.5); review comments from M. Kehl and
                            S. Smith to draft of Motion to Distribute
                            (0.3); review comments from committees
                            counsel regarding proposed Motion to
                            Distribute (0.4); confer with B. J. Kotter
                            regarding additional research needed for
                            motion to distribute (0.4); work on revisions
                            to Motion to Distribute and incorporate
                            comments of various reviewers (3.4);
                            telephone conference with A. W. Jarvis
                            regarding additional issues concerning Motion
                            to Distribute (0.4); exchange emails with S.
                            Smith regarding exhibits to motion to
                            distribute, confer with B. J. Kotter
                            regarding same, and review exhibits (0.4);
                            exchange emails with S. Smith and S. Steele
                            regarding dollar figures needed for motion to
                            distribute (0.3); incorporate additional case
                            law into Motion to Distribute, review
                            comments of D. M. Monson regarding motion,
                            and make final revisions and edits to motion
                            (1.1); exchange emails with J. McPherson

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


                        regarding status of Motion to Distribute, and
                        send motion to her for filing (0.2).

07/07/06 S Strong       .30 Review letter from L. Schwartzer regarding
                        Mr. LePomes requests for confidential
                        appraisal information (.1); review emails
                        from S. Smith and BMC regarding mail-out of
                        investor statements as of petition date (.2).

07/07/06 S Tingey       .50 Revise Transition Services Agreement (0.5).

07/09/06 A Jarvis       .20 Correspondence on meeting with investor.

07/10/06 A Jarvis       .30 Correspondence regarding investor issues,
                        conference call with investor.

07/10/06 A Jarvis       .20 Correspondence regarding confidentiality
                        issues.

07/10/06 A Jarvis       .60 Correspondence regarding investor privacy
                        issues; review e-mail regarding same.

07/10/06 D Monson       .10 Review Levin Hills 2004 Examination Motion
                        (0.1).

07/10/06 E Monson      2.40 Participate in committee conference call (.7);
                        discussion with S. C. Strong regarding privacy
                        issues and doing further research thereon (.3);
                        review joint committee request for information
                        (.4); discussion with clerks regarding
                        additional research on Gramm Leach Bliley (.2);
                        review research by clerks on Gramm Leach Bliley
                        (.4); draft e-mail to S. C. Strong and S. Smith
                        regarding privacy issues (.4).

07/10/06 S Strong       .70 Review and analysis of S. Smiths detail and
                        data regarding investor statements (0.3);
                        exchange emails with J. McPherson, L.
                        Schwartzer and J. Miller of MBC regarding
                        notice and service concerning Motion to
                        Dismiss (0.2); telephone conference with J.
                        McPherson regarding same (0.2).

07/10/06 S Strong       .40 Review M. Olsons proposed press release and
                        investor communications regarding Motion to
                        Dismiss, and telephone conference with him
                        regarding same (0.4).

```
Client No. 34585                                      Page:    6
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006
```

| | | | |
|---|---|---|---|
| 07/10/06 | S Tingey | .30 | Revise prepared Transition Service Agreement with IP and memo to M. Kehl regarding same (0.3). |
| 07/10/06 | J Sorenson | 1.00 | Research cases on "non-public personal info." under the Gramm Leach Bliley Act. |
| 07/10/06 | A West | 1.00 | Research meaning of "nonpublic personal information" under the Gramm-Leach-Bliley Act. |
| 07/10/06 | C Hurst | .90 | Office conference with S. C. Strong regarding 7/25 hearing motions; review court calendar and docket; begin work on identifying and downloading pertinent pleadings. |
| 07/11/06 | A Jarvis | 1.10 | Review information on investor privacy issues and correspondence on confidentiality issues. |
| 07/11/06 | A Jarvis | 1.70 | Meeting with A. Landis regarding 341 meeting, status of case, statements and schedules. |
| 07/11/06 | A Jarvis | .20 | Correspondence on bar date issues, while updating vacting bar date. |
| 07/11/06 | E Monson | .20 | Draft e-mail to A. Polen regarding status of bar date. |
| 07/11/06 | C Hurst | 4.10 | Update docket and download pleadings (1.9); work on updates to hearing notebooks for 7/25 hearing (1.9); call from investor regarding meeting of creditors (.3). |
| 07/12/06 | A Jarvis | 6.40 | Prepare for and attend 341 meeting. |
| 07/12/06 | A Jarvis | .80 | Correspondence regarding various document production issues. |
| 07/12/06 | A Jarvis | .20 | Correspondence on application to hire special counsel for interpleader action. |
| 07/12/06 | E Monson | .60 | Review e-mails regarding bar date and order vacating bar date (.3); review notice and motion for relief filed on behalf of R. Waddell and Spectrum Financial Group (.3). |

```
Client No. 34585                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/12/06 S Strong        .40 Exchange emails with E. A. Monson regarding a
                             bar date (0.1); review proposed stipulated
                             order regarding vacating bar date, review G.
                             Gordon edits regarding same, and send emails to
                             local counsel regarding same (0.3).

07/12/06 C Hurst         .40 Call from investor (.2); review of incoming
                             pleadings (.2).

07/13/06 A Jarvis        .30 Correspondence regarding document production
                             issues.

07/13/06 E Monson        .40 Review response to supplemental brief filed
                             by unsecured creditors committee (.2); review
                             motion filed by Bob LePome to obtain Hilco
                             Appraisals (.2).

07/13/06 S Strong        .80 Confer with A. W. Jarvis regarding results of
                             meeting with Committees and continued 341
                             meeting (0.5); review new filings on case
                             docket and exchange emails with A. W. Jarvis
                             regarding same (.3).

07/13/06 S Tingey        .30 Review client comments regarding Transition
                             Service Agreement (0.3).

07/13/06 C Hurst        1.50 Download pleadings; work on organization of
                             7/25 hearing binder (1.2); return call to
                             investor regarding case status and history
                             (.3).

07/14/06 A Jarvis        .60 Telephone conference with investor regarding
                             suggestions on reorganization issues.

07/14/06 A Jarvis       1.80 Review statements and schedules in
                             preparation for 341 meeting.

07/14/06 A Jarvis        .70 Conference call on document production issues.

07/14/06 A Jarvis        .30 Conference with S. C. Strong regarding
                             meeting with J. Milanowski and correspondence
                             with L. Loveridge regarding same.

07/14/06 E Monson       1.10 Participate in conference call with A. W.
                             Jarvis, S. C. Strong, B. J. Kotter, S. Smith,
                             J. Neugent, J. Reed, M. Kehl and J. Atkinson
                             to discuss IP documents and joint committee
                             request for information (1.1).

Client No. 34585                                              Page:    8
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/14/06  E Monson         .70  Put together information on documents
                                requested for review in Las Vegas on Monday
                                (.3); Review fax from T. Rondeau and follow
                                up by drafting e-mail to A. W. Jarvis
                                regarding lawsuits identified by Rondeau and
                                review reply from A. W. Jarvis (.3); review
                                e-mail from A. W. Jarvis regarding request
                                from J. Chubb for appraisal (.1).

07/14/06  S Strong        1.50  Exchange emails with L. Schwartzer regarding
                                various matters scheduled for hearing July 25
                                and conflicting information regarding same
                                (0.4); review court docket and schedule and
                                various stipulations regarding same (0.3);
                                exchange emails with M. Olson regarding
                                information for website regarding same (0.3);
                                review draft report from M. Olson of debtors
                                Rule 341 meeting and edit same for website
                                (0.3); exchange emails with M. Olson and A.
                                W. Jarvis regarding same (0.2).

07/14/06  S Strong         .20  Review email from A. W. Jarvis regarding
                                investor questions concerning investor
                                statements, and exchange follow-up emails
                                with her regarding same (0.2).

07/14/06  C Hurst         1.30  Downloading of pleadings; review of court
                                calendar; review same for 7/25 hearing;
                                office conference with S. C. Strong regarding
                                same (1.0); telephone calls from investors
                                (.3).

07/17/06  E Monson        8.80  Work on preparation of discovery chart with
                                B. J. Kotter; conversation with S. C. Strong
                                and B. J. Kotter regarding discovery issues
                                (.6); review files for attorney/client and
                                work procedure privilege (5.9); review e-mail
                                from S. C. Strong regarding short form of
                                confidentiality agreement and send reply
                                (.1); review e-mails from S. C. Strong
                                regarding discovery issues (.2); work on
                                responding to joint discovery request (1.1).

07/17/06  S Strong        3.70  Telephone conference with S. Smith regarding
                                servicing fees and distribution calculations
                                (0.3); analysis of issues concerning proposed
                                investor statements as of 6/30/06 (0.3);
                                review emails from C. Pajak regarding

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006

questions from investors, and confer with C.
Hurst regarding same (0.2); exchange emails
with A. W. Jarvis and send email to local
counsel regarding filing tonight of
Supplement to Motion to Distribute (0.2);
various telephone conferences with S. Smith
regarding same (0.8); draft and circulate
proposed Supplement, and exchange emails with
S. Smith and L. Schwartzer regarding same
(1.4); revise Supplement, and exchange emails
with S. Smith and L. Schwartzer regarding
final edits and filing of same (0.5).

07/17/06 C Hurst          .80 Receipt of e-mails and return phone calls
                              from investor (.5); e-mail communication with
                              S&M regarding July 25 calendar (.3).

07/18/06 A Jarvis         .40 Conference with S. C. Strong regarding document
                              productions issues, term sheet.

07/18/06 A Jarvis         .40 Conference with S. C. Strong and M. Pugsley
                              regarding IP documents, preparation of
                              subpoena.

07/18/06 A Jarvis         .30 Correspondence on new budget.

07/18/06 A Jarvis         .30 Correspondence on obtaining IP documents.

07/18/06 A Jarvis         .20 Correspondence on meeting with J. Milanowski.

07/18/06 A Jarvis         .50 Correspondence on privacy concerns (.2);
                              correspondence on document production (.3).

07/18/06 A Jarvis         .30 Correspondence with T. Allison regarding
                              meeting with J. Milanowski.

07/18/06 E Monson        2.30 Discussion with J. Reed regarding review of
                              Ashby loan closing binders (.2); discussions
                              with D. M. Monson and K. G. Glade regarding
                              Ashby loan documents and preparation of summary
                              (.2); review of loan files for privilege (.7);
                              conference call with D. M. Monson and Amanda
                              Stevens regarding letter to investors regarding
                              response to loan discount request (.3); review
                              e-mail from S. C. Tingey regarding loan summary
                              on Ashby loans and discuss with B. J. Kotter

Client No. 34585                                          Page:   10
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


                        (.3); work with B. J. Kotter on identifying
                        categories of documents contained in loan files
                        for e-mail to A. W. Jarvis and S. C. Strong
                        (.6).

07/18/06 S Strong       .40 Review emails regarding procedures for
                        professional compensation, and telephone
                        conference with M. Kehl regarding same (0.2);
                        review motion for interim payment procedures
                        and send to M. Kehl (0.2).

07/18/06 S Strong       1.30 Analyze spreadsheets prepared by S. Smith
                        regarding Investor Statements as of petition
                        date (1.3).

07/18/06 C Hurst        4.20 E-mail from S. C. Strong regarding Funds
                        Report; download and deliver (.2); e-mail
                        from Stutman regarding investor inquiries;
                        return calls and e-mails to investors
                        regarding statements and information forms to
                        return to Mesirow (.8); review docket for
                        pleadings relating to 7/25 and 8/4 hearings;
                        download and organization of same (2.0);
                        return call to lease vendor (Marlin)
                        regarding lease payments; e-mail to Mesirow
                        regarding status (.2); work on July 25
                        hearing binders (1.0).

07/19/06 A Jarvis       1.50 Conference call with Mesirow and Ray Quinney
                        working teams regarding budget, cash
                        management motion, document production.

07/19/06 A Jarvis       1.00 Meeting with Ray Quinney Nebeker working
                        group regarding assignments, responses to
                        motions, document production issues, loan
                        problems.

07/19/06 A Jarvis       .50 Correspondence regarding motion to distribute
                        funds.

07/19/06 A Jarvis       .40 Revise memo on privacy issues; conference
                        with E. A. Monson regarding same.

07/19/06 A Jarvis       .30 Telephone conference with M. Kehl regarding
                        budget issues.

07/19/06 A Jarvis       .20 Conference with C. Hurst regarding hearing
                        binders.

Client No. 34585                                              Page:   11
Debtor USA Commercial Mortgage Co., et al.                    August 25, 2006


07/19/06  A Jarvis          .30 Conference with E. A. Monson regarding
                                appraisal information, confidentiality
                                agreements, and requests of J. Chubb.

07/19/06  A Jarvis          .20 Correspondence on transition agreement.

07/19/06  B Kotter         1.10 Coordination meeting and conference with E.
                                A. Monson and R. Madsen regarding production
                                issues (1.1).

07/19/06  R Madsen, II      .70 Attendance and participation in strategic
                                conference and planning meeting to schedule
                                work assignments to meet upcoming deadlines.

07/19/06  R Madsen, II      .60 Gathering litigation files used in
                                preparation of listing open litigation on
                                statements and schedules.

07/19/06  E Monson          .50 Participate in conference call with A. W.
                                Jarvis, S. C. Strong, B. J. Kotter and
                                Mesirow team (.5).

07/19/06  E Monson          .40 Revise memo on Gramm Leach Bliley Act (.4).

07/19/06  E Monson         1.10 Participate in Ray Quinney & Nebeker
                                coordination meeting (1.1).

07/19/06  E Monson          .30 Review LePome opposition to motion to
                                distribute funds (.3).

07/19/06  E Monson          .20 Draft e-mail to J. Chubb regarding direct
                                lender confidentialty agreement and request for
                                appraisal information (.2).

07/19/06  E Monson          .20 Review e-mails regarding cash management
                                motion (.2).

07/19/06  E Monson          .10 Discussion with M. Kehl regarding filing of
                                budget (.1).

07/19/06  S Strong         1.10 Participate in meeting with A. W.  Jarvis and
                                all RQN professionals working on debtors cases
                                to coordinate efforts, report on activities and
                                further assignments (1.1).

Client No. 34585                                          Page:   12
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/19/06 S Strong        1.90 Review and analysis of updated proposed cash
                              budget (0.4); participate in conference call
                              with A. W. Jarvis, M. Kehl and Mesirow team
                              regarding revisions to and presentation of
                              revised cash budget (1.0); review further
                              revisions to cash budget and language for
                              footnotes to same, exchange emails with M.
                              Kehl regarding same, confer with A. W. Jarvis
                              regarding same, and telephone conference with
                              M. Kehl regarding same (0.5).

07/19/06 C Hurst         1.30 Calls from investors regarding case status
                              and address changes (.2); e-mail from Monty
                              Kehl regarding lease with Marlin (equipment)
                              (.2); update docket; review for 7/25 hearing
                              (.9).

07/20/06 A Jarvis         .20 Conference with S. C. Strong regarding
                              investors statement issues.

07/20/06 A Jarvis         .50 Respond to correspondence and calls from
                              investors.

07/20/06 E Monson         .50 Review voice mails from A. W. Jarvis and R.
                              LePome on requested Hilco appraisals (.2);
                              draft e-mail to R. LePome regarding
                              appraisals requested (.3).

07/20/06 E Monson         .20 Review e-mail from J. Chubb on information
                              requested and send reply (.2).

07/20/06 E Monson         .30 Draft and send e-mail to L. Schwartzer
                              regarding continuation of hearing on cash
                              management motion (.3).

07/20/06 S Strong         .30 Review emails from E. A. Monson to investors
                              counsel regarding providing Hilco appraisals,
                              and confer regarding same (0.3).

07/20/06 C Hurst         4.80 Office conference with R. H. Madsen regarding
                              pending litigation (.2); complete July 25
                              hearing binder for A. W. Jarvis (1.8); office
                              conference with S. C. Strong regarding
                              maintaining calendar of deadlines; download
                              complete docket; set up calendaring chart;
                              work on downloading pleadings needing
                              response and those scheduled for 8/4 hearing
                              (2.8).

Client No. 34585                                                 Page:   13
Debtor USA Commercial Mortgage Co., et al.                       August 25, 2006


07/21/06 B Kotter          .30 Draft e-mail to Rich Madsen regarding bar
                               summary request for J. Reed at Mesirow (.3).

07/21/06 E Monson          .30 Review e-mails from R. Madsen and B. J.
                               Kotter regarding loan summaries (.3).

07/21/06 E Monson          .50 Discussion with S. C. Strong regarding R.
                               LePome request and send lengthy e-mail to A.
                               W. Jarvis regarding requests being received
                               from counsel for investor statements (.5).

07/21/06 E Monson          .40 Review e-mail from L. Schwartzer regarding
                               cash management issues and send reply (.2);
                               discuss cash management issue with S. C.
                               Strong (.2).

07/21/06 E Monson          .20 Review supplemental response to motion to
                               forbear filed by Equity Holders Committee
                               (.2).

07/21/06 S Strong          .70 Exchange emails with L. Schwartzer, E. A.
                               Monson, and J. McPherson regarding matters to
                               be heard 7/25/06 (0.1); telephone conference
                               with J. McPherson regarding same (0.5);
                               confer with E. A. Monson regarding same
                               (0.1).

07/21/06 C Hurst          3.50 Create detailed tickler calendar; download
                               complete docket; review recently filed
                               pleadings; calculate response/reply dates on
                               all pertinent pleadings; conference with S.
                               C. Strong regarding tickler calendar and
                               distribute to all attorneys and staff working
                               on case.

07/24/06 E Monson         1.10 Discussion with S. C. Strong regarding
                               additional materials needed for July 25th
                               hearing and put together materials (.4);
                               discussion with A. W. Jarvis regarding Robert
                               LePome requests and responses thereto (.2);
                               discussion with A. W. Jarvis regarding issues
                               relative to hearing (.2); review e-mails from
                               A. W. Jarvis and place calls to Nancy
                               Peterman and send reply e-mail to A. W.
                               Jarvis (.3).

Client No. 34585                                          Page:   14
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/24/06 C Hurst          3.60 Access docket; review in detail; update
                               tickler chart (.9); work on August 4th
                               hearing binders and indices (2.7).

07/25/06 A Jarvis          .40 Correspondence regarding hearings, motion to
                               distribute funds, plan.

07/25/06 E Monson          .90 Meet with T. Allison, N. Peterman and A. W.
                               Jarvis to discuss issues to be argued at
                               hearing (.9).

07/25/06 E Monson         3.00 Attend Omnibus hearing at bankruptcy court
                               (3.0).

07/25/06 E Monson          .20 Review e-mails regarding drafts of various
                               court orders (.2).

07/25/06 E Monson          .30 Review e-mail from S. C. Strong regarding
                               Waddell motion for relief from stay and
                               discussion with S. C. Strong regarding same
                               (.3).

07/25/06 E Monson          .10 Review e-mail regarding Lerin Hills subpoena
                               (.1).

07/25/06 E Monson          .10 Review e-mail from L. Schwartzer regarding
                               Lowe Enterprises and Botaba litigation (.1).

07/25/06 E Monson          .40 Meet with A. W. Jarvis and T. Allison to
                               discuss issues on proposal for potential bidder
                               (.4).

07/25/06 S Strong         1.30 Confer with C. Hurst regarding items set for
                               hearing 8/4/06, and review courts docket
                               regarding same (0.2); research 9th Circuit
                               case law regarding recoupment and setoff for
                               Reply and oral argument in support of Motion
                               to Distribute (1.1).

07/25/06 S Strong          .80 Telephone conference with A. Abrams, counsel
                               for N. Kiven, regarding information on
                               investor statements and deadline for
                               responses to Motion to Distribute (0.3);
                               review email from A. Abrams with additional
                               questions regarding same (0.2); exchange
                               emails with S. Smith and M. Kehl regarding
                               same (0.2); voice message to A. Abrams to
                               respond to questions (0.1).

Client No. 34585                                        Page:   15
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/25/06 C Hurst          3.50 Access, update docket; office conference with
                               S. C. Strong regarding 8/4 hearing calendar;
                               continue preparation of hearing notebooks for
                               8/4/06 hearings (2.1); update tickler
                               calendar (1.2); return phone call to leasing
                               company (.2).

07/26/06 K Glade          1.60 Review RBC settlement documents (R. McKnight)
                               and related conferences with A. Jarvis (0.9);
                               draft e-mail to T. Allison regarding RBC
                               settlement (0.7).

07/26/06 A Jarvis          .30 Correspondence on IP documents.

07/26/06 A Jarvis          .20 Correspondence regarding notice issues.

07/26/06 E Monson          .90 Review documents and draft e-mail to L.
                               Schwartzer and J. McPherson regarding letter
                               from Bob LePome and automatic stay issues
                               (.9).

07/26/06 E Monson          .20 Review e-mail from M. Kehl and send reply
                               regarding IP information (.2).

07/26/06 E Monson          .30 Discussion with R. Hilson regarding information
                               and documents on IP (.3).

07/26/06 S Strong         4.20 Telephone conference with A. W. Jarvis
                               regarding results of court hearing, meetings
                               yesterday with various constituencies, and
                               actions items going forward (1.3); discuss
                               Motion to Distribute offsets and issues with A.
                               W. Jarvis (0.4); review emails from A. W.
                               Jarvis and R. Charles regarding reserve issue
                               of ongoing distributions (0.1); continue
                               research regarding Motion to Distribute offsets
                               and issues (1.7); draft email memorandum to A.
                               W. Jarvis regarding same (0.3); review email
                               from E. A. Monson and draft responsive email
                               regarding requests from investors attorneys
                               for Direct Lender statements (0.3); exchange
                               emails with A. W. Jarvis regarding same (0.1).

Client No. 34585                                          Page:   16
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/27/06 K Glade        2.10 Finalize e-mail to T. Allison regarding letter
                             to R. McKnight (0.3); telephone call with
                             USAIP's attorney (R. Walker) regarding letter
                             (0.1); related conferences with A. Jarvis and
                             S. Strong (0.2); draft proposed letter to R.
                             McKnight (0.9); related conference with A.
                             Jarvis and S. Strong (0.1); revise letter to
                             McKnight (0.2); transmittal e-mail with letter
                             (0.2); review responsive e-mail from T. Allison
                             (0.1).

07/27/06 A Jarvis        .20 Correspondence on review of files, retrieval of
                             files.

07/27/06 A Jarvis        .40 Conference with S. C. Strong regarding
                             response to motions for relief from stay.

07/27/06 E Monson        .20 Review e-mails from S. C. Strong and S. Smith
                             regarding investor statements to be send to
                             Laurel Davis (.2).

07/27/06 S Strong        .30 Review email from K. G. Glade regarding
                             settlement proceeds of IP litigation, review
                             draft of proposed letter from T. Allison to R.
                             McKnight, and discuss same with K. G. Glade
                             (.3).

07/27/06 S Strong       2.40 Telephone conference with investor R. Berry
                             regarding status of $250k investor funds in
                             escrow regarding $7.5 million Bundy Canyon
                             loan (0.1); review status (0.1); review
                             letter from L. Davis requesting Direct Lender
                             statements for Canepa clients (0.1);
                             telephone conference with L. Davis regarding
                             information requests of her Canepa Group
                             clients regarding Motion to Distribute (0.3);
                             exchange follow-up emails with her regarding
                             same (0.1); confer with A. W. Jarvis and E.
                             A. Monson regarding same (0.1); review Direct
                             Lender statements, and email same to L. Davis
                             (0.3); review and analysis of responses
                             received to date to Debtors Motion to
                             Distribute Funds, and continue research for
                             Reply regarding same (1.4).

Client No. 34585                                        Page:   17
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/27/06 C Hurst          3.50 Updates to tickler calendar (.9); further
                               work on August 4th hearing preparation -
                               hearing notebooks and case cites (2.1);
                               update lists of committee members and counsel
                               (.5).

07/28/06 K Glade          2.40 E-mail to M. Kehl regarding Halsey Canyon
                               (0.2); e-mail to file clerk regarding needed
                               Halsey Canyon documents (0.1); review Halsey
                               Canyon documents (0.4); telephone call with
                               counsel to Halsey Canyon borrower (0.3); attend
                               team coordination meeting (0.9); conference
                               with S. Strong regarding Rio Rancho lending
                               proposal (0.2); conference with D. Monson
                               regarding Rio Rancho loan proposal (0.1).

07/28/06 P Hunt            .90 Team meeting.

07/28/06 A Jarvis         1.40 Meeting with planning group, subsequent
                               meetings with business issues, responses to
                               litigation, plan drafting.

07/28/06 A Jarvis          .30 Correspondence on letter to McKnight.

07/28/06 B Kotter         1.10 Coordination meeting with A. W. Jarvis
                               regarding upcoming hearings/deadlines and
                               case needs (1.1).

07/28/06 R Madsen, II     2.40 Research pending litigation against or filed
                               on behalf of USA entities and affiliates.

07/28/06 R Madsen, II     1.40 Work to obtain docket reports and current
                               pleadings in open litigation matters.

07/28/06 R Madsen, II     1.90 Preparation of a working summary of pending
                               litigation in connection with USA Commercial
                               Mortgage and affiliated entities.

07/28/06 R Madsen, II      .70 Designation of deadlines and important dates
                               with respect to open litigation matters.

07/28/06 E Monson          .90 Attend Ray Quinney & Nebeker meeting on USA
                               case (.9).

07/28/06 E Monson          .50 Discussion with M. W. Pugsley regarding IP
                               document issues (.3); review e-mails from M.
                               W. Pugsley regarding IP document and send
                               reply (.2).

Client No. 34585                                    Page:   18
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/28/06 E Monson        .30 Review e-mails from L. Davis and A. W. Jarvis
                             regarding Canepa and Boise/Gowan issues and
                             send reply (.3).

07/28/06 E Monson        .20 Review e-mail from J. McPherson regarding
                             Canepa requests and send reply (.2).

07/28/06 E Monson        .20 Review e-mail from L. Schwartzer regarding
                             motion to obtain information filed by Robert
                             LePome and send reply (.2).

07/28/06 S Strong       3.20 Telephone conference with J. McPherson
                             regarding various case management issues and
                             coordination of efforts (0.5); participate in
                             coordinating meeting with A. W. Jarvis and RQN
                             attorneys regarding upcoming matters and issues
                             to address (0.9); review email from L. Davis
                             with questions regarding proposed distributions
                             under Motion to Distribute, and draft and send
                             responses to her (0.4); confer with B. J.
                             Kotter regarding research needed for Reply to
                             various objections to Motion to Distribute
                             (0.2); review and analysis of further
                             objections to Motion to Distribute (1.2).

07/28/06 S Tingey       1.00 Meeting with A. W. Jarvis, S. C. Strong, D. M.
                             Monson, E. M. Maragakis; B. J. Kotter, K. G.
                             Glade and A. Tsu regarding assignment and
                             status and strategy (1.0).

07/30/06 E Monson       1.40 Revise short form of confidentiality
                             agreement with direct lenders (.6); work on
                             attorneys only agreement for R. LePome (.6);
                             review e-mail from S. Smith regarding list of
                             direct lenders in each loan (.1); review
                             e-mail from L. Schwartzer regarding T.
                             Rondeau letter and pending litigation (.1).

07/31/06 A Jarvis       1.40 Conference call with Mesirow team regarding
                             response to motions, plan negotiations,
                             motions needed going forward.

07/31/06 A Jarvis        .30 Correspondence on updated information for
                             lenders, press release.

07/31/06 A Jarvis        .30 Correspondence on docket, matters on for
                             hearing.

Client No. 34585                                         Page:   19
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/31/06 B Kotter       1.40 Legal research responding to objections to
                             Motion to Distribute; conference with S. C.
                             Strong regarding same (1.4).

07/31/06 E Monson        .60 Draft response to R. LePome motion to
                             consolidate (.6).

07/31/06 E Monson        .10 Draft e-mails to L. Davis regarding requests
                             for documents (.1).

07/31/06 E Monson        .60 Work on short form confidentiality agreement
                             and follow up with J. Chubb and L. Davis
                             regarding agreements (.6).

07/31/06 E Monson        .90 Work on attorneys-eyes only agreement for R.
                             LePome and send e-mail to R. LePome (.9).

07/31/06 E Monson        .70 Review e-mails and work on reply to cash
                             management motion (.7).

07/31/06 E Monson        .30 Review e-mails on distribution motion and $9
                             million in Collection Account pre-petition
                             (.3).

07/31/06 E Monson        .20 Review e-mails from A. W. Jarvis and S. Smith
                             regarding issues on management fees raised by
                             the FTDF (.2).

07/31/06 S Strong       2.50 Participate in telephone conference with S.
                             Smith and A. W. Jarvis regarding distribution
                             calculations and issues raised by various
                             parties in response to Motion to Distribute
                             (0.3); review and analysis of various
                             objections and responses to motion (0.9);
                             research issues to address in Reply regarding
                             motion to distribute (1.2); exchange emails
                             with B. J. Kotter regarding same (0.1).

07/31/06 C Hurst        6.40 Update/complete 8/4 hearing binders (3.3);
                             pull cases cited from all briefs regarding
                             Motion to Distribute and facilitate index
                             (3.1).


TOTAL FOR LEGAL SERVICES RENDERED                              $44,657.50

# Exhibit D-2

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                             Invoice No. ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00002**

**Asset Analysis and Recovery**

| | | | |
|---|---|---|---|
| 07/03/06 | S Strong | .70 | Review email from K. G. Glade regarding Oak Mesa proposed agreement to transfer membership interest, and confer with K. G. Glade regarding same (0.4); confer with S. C. Tingey regarding BySynergy loan issues, and review email from him regarding same (0.3). |
| 07/10/06 | A Jarvis | .30 | Correspondence on form of order on IP Agreement approval. |
| 07/12/06 | S Strong | 1.10 | Review IP pledge and note and exchange emails with A. W. Jarvis regarding provisions of same (0.6); review information on J. Milanowski and T. Hanges and exchange emails with A. W. Jarvis regarding same (0.5). |
| 07/17/06 | S Strong | .80 | Review email from A. W. Jarvis regarding insurance policy for USA Securities (0.1); telephone conference with M. W. Pugsley regarding same (0.2); review claims register in USA Securities case (0.3); confer with C. Hurst regarding further review of claims registers needed (0.1); email to A. W. Jarvis regarding USA Securities insurance policy (0.1). |

Client No. 34585                                      Page:    2
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006


07/19/06 A Jarvis        .30 Telephone conference with R. Walker regarding
                             IP issues, EPIC loan.

07/19/06 A Jarvis        .20 Telephone conference with T. Allison
                             regarding meeting with J. Milanowski
                             regarding IP issues, asset recovery.

07/19/06 S Strong        .70 Voice message to and telephone conferences
                             with R. Walker regarding IP documents needed,
                             scheduling of meeting with J. Milanowski, and
                             other IP/Milanowski issues (0.4); confer with
                             A. W. Jarvis regarding same (0.1); telephone
                             conference with R. Walker and A. W. Jarvis
                             regarding same (0.2).

07/21/06 S Strong       1.00 Telephone conference with T. Allison regarding
                             issue on IP pledge (0.1); confer with K. G.
                             Glade regarding same (0.1); telephone
                             conference with T. Allison and K. G. Glade
                             regarding same (0.1); email to and telephone
                             conference with A. W. Jarvis regarding same
                             (0.2); telephone conference with R. Walker
                             regarding same (0.1); email to R. Walker
                             regarding upcoming meeting with J. Milanowski
                             regarding IP documents and issues (0.1);
                             telephone conference with R. Walker regarding
                             same and related issues (0.3).

07/21/06 S Strong        .60 Telephone conference with T. Allison regarding
                             Fiesta Rio Rancho incremental funding issue
                             (0.1); confer with K. G. Glade regarding same
                             (0.1); telephone conference with T. Allison and
                             K. G. Glade regarding same (0.1); confer with
                             D. M. Monson regarding same (0.1); email to and
                             telephone conference with A. W. Jarvis
                             regarding same (0.2).

07/26/06 A Jarvis        .30 Correspondence with K. G. Glade regarding IP
                             security agreement.

07/26/06 A Jarvis       1.90 Review cases on motion to distribute, review
                             offset issue, property of the estate issue,
                             recoupment.

07/26/06 S Strong        .30 Voice message to R. Walker regarding further
                             discussions with IP (0.1); telephone conference
                             with R. Walker regarding yesterdays meetings
                             and IP issues (0.2).

```
Client No. 34585                                        Page:    3
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006
```

07/26/06 S Tingey        1.50 Communicate with potential bidder attorney
                              regarding various loans (0.4); telephone
                              conference with S. Steele regarding loan
                              information for DIP lenders (0.2); outline ,
                              prepare chart of loan information for third
                              parties (0.9).

07/28/06 A Jarvis         .30 Correspondence on IP documents.

07/28/06 S Strong         .60 Confer with M. W. Pugsley regarding IPs
                              control of IP documents and review needed, and
                              review related emails (0.3); confer with K. G.
                              Glade regarding scope of IP security agreement
                              (0.2); transmit letter regarding same to IPs
                              counsel (0.1).

07/31/06 A Jarvis         .30 Correspondence on IP issues.

07/31/06 A Jarvis         .40 Correspondence with L. Schwartzer regarding
                              possible additional claims to pursue.

TOTAL FOR LEGAL SERVICES RENDERED                           $3,122.50

# Exhibit D-3

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                     August 25, 2006
Las Vegas, NV  89121                                        Invoice No. ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00004**

**Business Operations**

07/03/06 D Monson       .10 Review e-mail from B. Sheer, Palm Harbor One
                            attorney, on request for partial releases
                            (0.1).

07/03/06 S Strong      4.70 Further research and analysis of legal and
                            factual issues for Motion to Distribute Funds
                            (1.4); exchange emails with S. Smith
                            regarding further information needed for same
                            (0.2); prepare Explanations to accompany
                            investor statements to be mailed out to DLs,
                            and circulate draft of same for internal
                            review (3.1).

07/03/06 S Tingey      1.10 Review Rio Rancho updated title report (.20);
                            telephone conference with attorney doing
                            title work on HFA Asylum/Windham(0.2);
                            analyze Rio Rancho issues (0.1); review
                            information regarding EPIC bondholders suit
                            v. USA (0.3); memo to A. W. Jarvis, M. Kehl
                            regarding BySynergy (0.3).

07/05/06 K Glade       1.00 Telephone call with HFA's attorney regarding
                            status of forbearance on HFA forbearance
                            (0.2); related conference with S. Strong
                            (0.1); e-mail from T. Allison regarding Oak
                            Mesa (0.2); review updated Investor Statement
                            (0.5).

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/05/06 A Jarvis        .30  Correspondence on procedures for granting
                              partial releases, motion regarding same.

07/05/06 B Kotter        .20  Brief conference with S. C. Strong and E. A.
                              Monson regarding status of particular loan
                              (.2).

07/05/06 D Monson       2.30  Telephone call from P. Ashcroft on equipment
                              lease for USACM servers (0.1); review e-mail
                              and lease documentation from P. Ashcroft,
                              attorney for Hewlett Packard Financial
                              Services on lease of computer servers (0.3);
                              telephone call from B. Sherr, attorney for
                              Palm Harbor One Borrower (0.1); telephone
                              call from A. Stevens on Roam Development
                              partial releases (0.2); review and respond to
                              e-mail from A. Stevens on Roam Development
                              partial releases and receipt of closing
                              proceeds (0.3); telephone call to and e-mail
                              from J. McPherson on submission of Partial
                              Releases Order (0.2); e-mail to M. Kehl and
                              A. Stevens on analysis of B. Sherr e-mail and
                              Palm Harbor One Loan documents and options
                              for Partial Releases (1.0); telephone call to
                              M. Guymon on Roam Development interest
                              payments (0.1).

07/06/06 K Glade        1.30  E-mails regarding status of motion on HFA
                              forbearance (0.7); review Ocean Atlantic
                              documents and request for refinance of
                              subordinated second lien (0.6).

07/06/06 D Monson       6.60  Discuss status of Motion to Approve HFA
                              forbearance with K. Glade, and review e-mails
                              from K. Glade, S. Strong, L. Schwartzer and
                              M. Kehl on status of HFA forbearance (0.3);
                              draft insert to Motion for Authorization to
                              Distribute Funds for partial release
                              authorization for all loans, and discuss
                              insert and distribution theory issues with S.
                              Strong (1.1); review and respond to e-mail
                              from Dawn Etzel, Title One, on partial
                              reconveyance for Franklin/Stratford Loan
                              (0.2); review signed Order on Partial
                              Releases Authorization, and e-mail to M.
                              Guymon on Roam Development Loan interest
                              payment (0.5); review e-mail from A. Stevens

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006

                          on Roam Development partial releases, and
                          forward to M. Guymon (0.2); review and revise
                          Partial Releases from requested for Roam
                          Development loan, and forward to A. Stevens
                          and M. Guymon, and review A. Stevens e-mail
                          to title company (0.6); review letter from
                          Stewart Title on exit fees for American
                          Harmony II project and payoff for American
                          Enchantment project, and forward with e-mail
                          to A. Stevens (0.2); e-mail to P. Ashcroft,
                          attorney for Lessors on Hewlett Packard
                          Financial Services lease of computer servers
                          and request for abandonment, and review of
                          lease documentation, and payment schedule
                          (1.0); review e-mail from A. Stevens on
                          junior lien on Ocean Atlantic loan, and
                          e-mail to K. Glade on analysis of request
                          from Borrower (0.1); telephone call from A.
                          Stevens on Stewart Title letter, review
                          e-mail from M. Kehl, and letter to Stewart
                          Title (0.4); e-mail to L. Schwartzer on
                          preparation of Order on Amesbury Condos
                          partial releases (0.2); review M. Guymon
                          e-mails, and e-mail to M. Guymon on Roam
                          Development Partial Releases Request and
                          possible payoffs, and review Roam Development
                          Loan Documents (0.1); discussion with K.
                          Glade on Ocean Atlantic Borrower request for
                          consent to refinancing junior lien (0.1);
                          e-mail to M. Kehl on issues for Bay Pompano
                          Loan request for Partial Releases, and review
                          Bay Pompano Loan documents (0.6).

07/06/06 S Strong        .40 Exchange emails with K. G. Glade, D. M.
                          Monson, and L. Schwartzer regarding status of
                          HFA forbearance and related issues (.2);
                          confer with D. M. Monson regarding old loan
                          payoffs and exchange emails with him and M.
                          Kehl regarding same (.2).

07/06/06 S Tingey        .50 Review updated title information regarding
                          HFA Asylum (0.3); review information
                          regarding Sheraton judgment and
                          litigation(0.2).

07/06/06 G Jolley        2.50 Draft and revise research memo regarding USA
                          Capital v. Sandlin case; meeting with Steve
                          Tingey.

Client No. 34585                                              Page:    4
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/07/06 K Glade        2.70 Review proposed sale of Rio Rancho loan at a
                             discount (and underlying documents) with
                             related e-mail to T. Allison and M. Kehl
                             (2.2); conference with D. Monson regarding
                             proposals for discounted loan payoffs (0.2);
                             review subordination issue on Ocean Atlantic
                             loan (0.3).

07/07/06 A Jarvis       1.20 Telephone conferences with S. C. Strong
                             regarding motion to distribute.

07/07/06 A Jarvis       1.10 Review parts of motion to distribute and
                             comment on same.

07/07/06 A Jarvis       1.20 Correspondence regarding comments on motion
                             to distribute.

07/07/06 D Monson       3.90 Review and revise draft of Motion to
                             Distribute Funds (1.0); discuss Standard
                             Property Development Settlement proposal with
                             S. Strong and K. Glade (0.2); review Standard
                             Property Development Settlement Proposal,
                             appraisal information, and loan documentation
                             (2.1); telephone call from A. Stevens on
                             accounting and credits for Roam Development
                             Loan interest (0.2); discuss First Trust Deed
                             Committee counsel comments on draft of Motion
                             to Distribute Funds and request for partial
                             release authorization for all loans with S.
                             Strong, and e-mail to S. Strong on motion
                             issues (0.3); telephone call to A. Stevens on
                             Standard Property Development Loan Documents
                             (0.1).

07/07/06 S Strong        .20 Review email from K. G. Glade regarding
                             borrowers proposal for workout of Rio Rancho
                             loan (.2).

07/07/06 S Tingey       4.40 Review bankruptcy pleadings regarding Windham
                             bankruptcy (HFA Asylum) (0.8); memo to M. Kehl
                             and A. Jarvis regarding same (1.5); draft memo
                             to M. Kehl and A. Jarvis regarding Sheraton
                             judgment and collection issues (0.8); draft
                             Agreement regarding EPIC loan (1.3).

07/08/06 D Monson       1.40 E-mail to T. Allison and M. Kehl on analysis
                             of settlement offer for Standard Property
                             Development Loan (1.4).

Client No. 34585                                           Page:    5
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/10/06 K Glade       3.00 Review Rio Rancho proposal for reduced payoff
                            (0.8); draft e-mail to Mesirow regarding
                            proposal (0.4); draft e-mail to A. Jarvis
                            regarding Diversified Fund problem loans
                            (0.6); draft e-mail to A. Stevens regarding
                            subordination on Ocean Atlantic (0.6); review
                            payoff proposal presentations for submission
                            to Committees (0.4); related e-mail to M.
                            Kehl (0.2).

07/10/06 A Jarvis       .20 Correspondence with K. G. Glade regarding
                            Ashby loans.

07/10/06 S Strong      1.30 Review D. M. Monson memorandum analyzing
                            settlement proposal from Standard Property
                            borrower (.2); exchange emails with K. G.
                            Glade and D. M. Monson regarding HFA
                            forbearance issues (0.2); telephone
                            conference with T. Allison regarding same
                            (0.1); confer with K. G. Glade and D. M.
                            Monson regarding same (0.2); telephone
                            conference with A. W. Jarvis regarding same
                            (0.2); telephone conference with L.
                            Schwartzer regarding same (0.2); email to T.
                            Allison regarding status and continuance of
                            motion to forbear on HFA loans (0.2).

07/10/06 S Tingey      1.90 Review, revise information and memo regarding
                            Sheraton Hotel loan (0.6); revise memo to M.
                            Kehl regarding HFA Asylum (0.7); conference
                            with K. G. Glade regarding same (0.2); revise
                            proposed EPIC Agreement (0.4); memo to M. Kehl
                            regarding same.

07/11/06 A Jarvis       .30 Conference with T. Allison and HFA regarding
                            motion for approval of forbearance agreement.

07/11/06 D Monson      4.80 Review and respond to e-mail from K. Glade on
                            Ocean Atlantic loan and consent to junior
                            lien and Procedures Motion (0.2); review
                            e-mail from A. Stevens on Marlton Square
                            Loans and subordination issues and e-mail to
                            A. Stevens (0.3); telephone call from A.
                            Jarvis and T. Allison on HFA Forbearance
                            issues (0.2); review Objections filed to HFA
                            Forbearance Motion and telephone call to HFA
                            Auditor, Michael Martin, to discuss status of

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.         August 25, 2006

HFA Forbearance and Court approval (0.6);
telephone call from B. Sherr, attorney for
Palm Harbor One Borrower (0.2); letter to M.
Martin (HFA Auditor) and D. Hayes (HFA
Attorney) on status of HFA Forbearance (1.2);
telephone conference with S. Strong, M.
Martin (HFA Auditor) and D. Hayes (HFA
Attorney) on status of HFA Forbearance (0.5);
review e-mail from D. Hayes on HFA
Forbearance, and forward to T. Allison and A.
Jarvis (0.2); e-mail to M. Kehl on status of
Palm Harbor One negotiations (0.2); review
e-mails from A. Stevens and M. Guymon on Roam
Development interest amounts, late fees and
payoff calculations, and e-mails to S.
Stevens on calculations and other Roam
Development payoff issues (0.9); telephone
calls with M. Guymon on Roam Development
payoff and payment of overdue interest (0.3).

07/11/06 S Strong        3.00  Review emails from D. M. Monson and K. G.
                               Glade regarding Ocean Atlantic loan issues
                               (0.2); review emails from D. M. Monson, M.
                               Guymon and A. Stevens regarding Roam Dev.
                               loan issues (0.3); telephone conference with
                               D. Hayes of HFA regarding HFA forbearance
                               status and issues (0.4); confer with K. G.
                               Glade regarding same (0.2); confer with D. M.
                               Monson regarding same (0.3); telephone
                               conference with M. Martin of HFA regarding
                               same (0.5); further discussions with D. M.
                               Monson and email to T. Allison and A. W.
                               Jarvis regarding same (0.6); review draft
                               letter to HFA regarding forbearance and
                               confer with D. M. Monson regarding same
                               (0.3); review emails from D. Hayes and D. M.
                               Monson regarding same (0.2).

07/11/06 S Strong        1.60  Telephone conference with B. Berry regarding
                               Bundy Canyon $7.5 million loan and $250k
                               advance on same held in escrow (0.5); review
                               loan documents regarding same (0.8); exchange
                               emails with M. Olson regarding same (0.3).

07/12/06 D Monson        4.70  Review e-mail from M. Kehl on discussions with
                               Palm Harbor One principal (0.1); review e-mail
                               from M. Guymon on bringing interest current and
                               payoff of Roam Development loan, and forward to
                               M. Kehl (0.2); review and respond to e-mail

Client No. 34585                                          Page:    7
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006

                                            from M. Kehl on Palm Harbor One Partial
Releases (0.2); review e-mail from J. Lilly
(Palm Harbor One Borrower) and B. Sherr,
attorney, on Palm Harbor One Partial Releases
(0.2); lengthy e-mail response to J. Lilly and
B. Sherr on Palm Harbor Partial Releases issues
(0.7); review Marlton Square Second Loan
Agreement and e-mail to S. Stevens on
subordination issues (0.3); discuss Palm Harbor
One Partial Releases issues with S. Strong
(0.2); telephone conference with T. Suttles
(Gramercy Loan principal), J. Pengilly
(Gramercy attorney), M. Olson and A. Stevens on
Gramercy Loan issues (1.1); telephone call from
A. Jarvis on HFA Forbearance and auditor letter
(0.1); telephone call to T. Allison on HFA
Forbearance issues (0.1); e-mail to T. Allison
on HFA Forbearance issues (0.1); telephone
conference with A. Stevens and S. Strong on
Gramercy payoff quote issues (0.4); review
e-mail from M. Guymon on delay in payoff of
Roam Development loan, and forward to M. Kehl
(0.1); review status reports on Anchor,
Shamrock Tower, Gramercy, and 6425 GRSS Loans
from A. Stevens (0.2); review e-mail from A.
Stevens with Gramercy accounting, and e-mail
to M. Kehl, S. Smith, A. Jarvis and S. Strong
on Gramercy accounting issues (0.3).

07/12/06 S Strong        .20 Review new voice message from B. Berry and
                             exchange emails with him regarding additional
                             information concerning $250k held at title
                             company (.2).

07/12/06 S Strong        .70 Review email from J. Hermann and exchange
                             emails with A. W. Jarvis and S. C. Tingey
                             regarding EPIC loan issues (0.3); telephone
                             conference with A. Stevens and D. M. Monson
                             regarding Gramercy loan and related issues
                             (0.4).

07/12/06 S Tingey       2.70 Review outside counsel files regarding assets
                             of judgment debtor on Sheraton loan (1.80);
                             review EPIC Agreement and related documents
                             (0.9).

Client No. 34585                                          Page:   8
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/13/06 D Monson        .90 Review and respond to e-mail from J. Pengilly
                             on Gramercy Loan issues (0.3); review e-mail
                             from D. Hayes and forward to T. Allison on
                             HFA Forbearance issues (0.2); review e-mail
                             from A. Stevens on Marlton Square loans and
                             subordination issues and powers of attorney
                             (0.1); review e-mail from J. Lilly on Palm
                             Harbor One Loan issues (0.2); e-mail to M.
                             Kehl on J. Lilly e-mail and Palm Harbor One
                             loan issues (0.1).

07/13/06 S Tingey       1.10 Review issues regarding EPIC loan and property
                             (0.3); revise EPIC Agreement (0.2); review
                             BySynergy issues (0.3); telephone conference
                             with S. C. Strong and attorney for potential
                             bidder regarding BySynergy (0.3).

07/17/06 K Glade         .20 E-mail regarding Colt Gateway documents (0.2).

07/17/06 A Jarvis       3.50 Meeting with Fiesta Development regarding
                             Ashby related loans, payments to Ashby.

07/17/06 D Monson       2.30 E-mail to A. Stevens and M. Olson on response
                             to J. Pengilley e-mail on Gramercy loan
                             issues (0.1); review LePome Motion to Obtain
                             Appraisal Information for his client's loans
                             (0.2); review and respond to e-mail from M.
                             Kehl on Palm Harbor One Loan (0.1); review
                             and respond to e-mail from J. McPherson on
                             Meadow Creek Loan, and review of Meadow Creek
                             loan documents; discussion with S. Strong on
                             funding options for loans needing additional
                             funds and responses to Borrower requests for
                             partial reconveyances (0.2); review M. Olson
                             e-mail and newspaper summary of Meeting of
                             Creditors and strategy for dealing with
                             delinquent loans and collection efforts by
                             servicer (0.2); telephone call from S. Scann
                             on proposed Order on Denial of Motion for
                             Relief from Stay by S. Campea on Boise/Gowan
                             loan, and e-mails to locate copies of
                             proposed Order (0.3).

07/17/06 S Tingey        .20 Communicate with M. Kehl regarding EPIC
                             Resorts loan (0.2).

Client No. 34585                                           Page:    9
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/18/06 K Glade        1.20 Telephone call with E. Monson regarding Ashby
                             loans (0.1); related conference with S.
                             Tingey (0.1); e-mail to A. Jarvis regarding
                             title policies and guaranties (0.2); e-mail
                             to HFA forbearance (0.2); telephone call with
                             M. Kehl regarding HFA forbearance (0.2);
                             telephone call with S. Kahn (Silverpointe)
                             regarding 10-90 loan (0.2); conference with
                             S. Strong regarding disclosure of lender
                             information (0.2).

07/18/06 R Madsen, II   1.20 Documentary research with respect to Fiesta
                             Stoneridge (aka Capital Land Investors) loan
                             and preparation of Loan Summary for said loan.

07/18/06 D Monson       2.70 Review recorded Mortgages and Trust Deeds and
                             verify included lists of investors (0.2);
                             review final Order on Sale of Amesbury Condo
                             Units (0.1); discuss status of proposed Order
                             on Canepa Motion to Lift Stay on Boise/Gowan
                             Loan with S. Strong (0.1); telephone call from
                             E. Monson on Ashby and Oak Mesa on form letter
                             to Direct Lenders on Borrower offers, prepare
                             Form Letter, and forward to A. Stevens, E.
                             Monson and others (1.0); e-mails to J.
                             McPherson and S. Scann on proposed Order on
                             Canepa Motion to Lift Stay on Boise/Gowan Loan
                             and review Notices of Hearing on continued
                             hearing date (0.5); review and respond to
                             e-mail from M. Kehl on HFA Forbearance (0.2);
                             review and respond to e-mails on Creditor
                             Committee inquiry on analysis of guarantees on
                             loans (0.2); review e-mails from A. Jarvis on
                             letter to Direct Lenders on Rio Rancho and
                             Standard Development discounted payoff offers
                             (0.1); review e-mail from A. Stevens on Palm
                             Harbor One loan inquiry (0.1); review e-mail
                             from A. Jarvis on Affidavit from R. Russell on
                             Boise/Gowan Loan Servicing Agreement (0.1).

07/18/06 S Strong        .20 Review emails regarding HFA forbearance, and
                             telephone conference with M. Kehl regarding
                             same (.2).

Client No. 34585                                           Page:   10
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/19/06 K Glade         2.20 Status meeting with lawyer team (1.3);
                              telephone calls with M. Kehl and C. Scully
                              regarding forbearance issue on HFA Monaco and
                              other HFA loans (0.3); e-mails regarding
                              information requests (0.3); telephone call with
                              potential bidder regarding 10-90, Inc. loan
                              (0.3).

07/19/06 A Jarvis         .90 Conference call with S. Smith and A. Stevens
                              regarding borrower statements, collection
                              actions.

07/19/06 A Jarvis         .30 Correspondence on appraisal information.

07/19/06 A Jarvis         .30 Correspondence on Monaco loan.

07/19/06 A Jarvis         .30 Correspondence on HFA loan collection efforts.

07/19/06 A Jarvis         .30 Correspondence regarding letter to lenders
                              for approval of additional financing.

07/19/06 D Monson        4.30 Review one action rule issues for California
                              properties in portfolio (0.1); e-mails to A.
                              Stevens and M. Kehl on Palm Harbor One loan and
                              workout proposal (0.3); review e-mail from M.
                              Kehl on Palm Harbor One loan (0.2); e-mails
                              from A. Jarvis on possible letters to Direct
                              Lenders on Rio Rancho and Standard Property
                              Development proposals (0.2); attend
                              Coordination Meeting with A. Jarvis and others
                              working on USACM matters, and discuss
                              collection issues on Loans, Guarantee
                              enforcement, recording of Direct Lender
                              assignments, and other issues (1.2); review
                              Motion for Relief from Stay for Standard
                              Property Development Litigation in Florida and
                              e-mail from A. Jarvis on Response (0.9);
                              telephone call from B. Sherr on Palm Harbor One
                              loan (0.1); e-mail to M. Kehl on response to
                              Palm Harbor and B. Sherr and appraised value
                              issues (0.3); discussion with S. Strong on
                              Levin Hills 2004 Motion and Documents Subpoena
                              and Standard Property Motion for Relief from
                              Stay (0.3); review Motion for Relief from Stay
                              to Pursue Weddell v. USACM Litigation (0.2);
                              review Motion to Obtain Appraisal Information
                              from Robert LePome (0.2).

Client No. 34585                                          Page:  11
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/19/06 S Strong         .70 Review documents from M. Olson regarding funds
                              at title company on Bundy $7.5 million loan
                              (0.2); telephone conference with investor B.
                              Berry regarding same (0.3); exchange emails
                              with him regarding same (0.2).

07/19/06 S Strong        1.00 Confer with A. W. Jarvis regarding issues
                              raised relating to Motion to Distribute
                              concerning unremitted principal and prepaid
                              interest (0.2); participate in conference call
                              with A. W. Jarvis, S. Smith and T. Allison
                              regarding same (0.8).

07/19/06 S Tingey         .90 Conference call with A. W. Jarvis, T. Allison,
                              S. Smith and others regarding default interest
                              and notice issues (.9)

07/20/06 K Glade         1.50 Telephone call with M. Kehl regarding telephone
                              call to discuss HFA forbearance issues (0.2);
                              related e-mail to C. Scully, counsel for HFA
                              (0.1); telephone call with M. Kehl regarding
                              HFA declaration for forbearance and telephone
                              call (0.1); conference call with First Trust
                              Deed Fund and HFA to discuss forbearance (0.6);
                              review proposed HFA declaration for forbearance
                              (0.2); related e-mail to S. Strong (0.1);
                              e-mail to C. Scully regarding revisions to HFA
                              declaration (0.2).

07/20/06 A Jarvis         .30 Correspondence on HFA loan collection efforts.

07/20/06 D Monson        5.30 Draft Declaration of R. Russell in Opposition
                              to Motion for Relief from Stay (Boise/Gowan
                              Loan) and forward to S. Scann with e-mail, and
                              review S. Scann response (1.0); telephone call
                              from B. Sherr on Palm Harbor One Loan
                              negotiations (0.3); e-mail to B. Sherr on Palm
                              Harbor One Loan negotiations (1.0); telephone
                              call from M. Kehl on Gramercy Fee Agreement and
                              Palm Harbor One issues (0.2); e-mail to A.
                              Stevens on entered Order on Partial Releases
                              for Amesbury condo units, and review A. Stevens
                              response (0.2); review e-mail from S. Strong on
                              HFA forbearance and Declaration from HFA (0.1);
                              review e-mail response from B. Sherr and
                              forward to M. Kehl (Palm Harbor One Loan)

Client No. 34585                                          Page:   12
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


                         (0.2); telephone call and e-mail to M. Kehl on
                         title insurance tender letter on Gramercy loan
                         and revise and send out title insurance tender
                         letter (1.0); review e-mail from M. Kehl on
                         list of loans with unfunded construction
                         budgets, and discuss with E. Monson (0.2);
                         e-mail to USA personnel on Gramercy loan and
                         title insurance defense letter to Commonwealth
                         (0.1); telephone call from B. Sherr on
                         appraisal issues for Palm Harbor One loan
                         (0.1); memo to S. Tingey on California One
                         Action Rule Case (0.2); review e-mail from A.
                         Stevens on Marlton Square 2nd Trust Deed
                         Subordination (0.1); prepare proposed letter to
                         Direct Lenders on Standard Property Development
                         Loan (0.6).

07/20/06 E Monson       .10 Discussion with D. M. Monson on Lerin Hills
                         loan (.1).

07/20/06 S Strong       .40 Confer with K. G. Glade and D. M. Monson
                         regarding issues concerning HFA forbearance
                         and additional evidence in support of same
                         (0.3); review declaration from borrower
                         regarding same (0.1).

07/20/06 S Tingey       7.20 Draft language for default notice for borrowers
                         (1.1); communicate with S. Smith regarding same
                         (0.3); communicate with attorney for potential
                         bidder regarding various documents and
                         information requested and review and send
                         documents and information (4.3); compile and
                         review information regarding guarantors and
                         location (1.1); conference with K. G. Glade
                         regarding potential bidder due diligence (0.2);
                         draft Notice of Entry of Appearance in Sheraton
                         case (0.2).

07/21/06 K Glade        1.00 Telephone call with S. Strong and T. Allison
                         regarding Rio Rancho funding request and
                         regarding USA Investment Partners bank account
                         issue (0.3); e-mail regarding "assignment of
                         mortgage" being in the ordinary course of
                         business with review of related HFA payoff
                         documents and e-mails (0.7).

07/21/06 A Jarvis       .30 Telephone conference with S. C. Strong
                         regarding distribution motion.

Client No. 34585                                      Page:   13
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006


07/21/06 R Madsen, II    .90 Factual and documentary research with respect
                             to Capital Land Investors Loan Summary,
                             together with additional research concerning
                             Ashby Financial and Fiesta McNaughton.

07/21/06 D Monson       5.70 Lengthy e-mail to A. Stevens and M. Kehl on
                             Marlton Square 2nd Loan, and review Marlton
                             Square 2nd Loan documents and Subordination
                             terms and Subordination Agreement (1.3); review
                             e-mail from B. Sherr on Palm Harbor One
                             appraisal information (0.2); review e-mail from
                             M. Olson on ComVest loan assignment (0.4);
                             review e-mails from A. Stevens on additional
                             loan documentation and direct investor consents
                             to subordination, and additional e-mail to A.
                             Stevens on Marlton Square 2nd Loan and
                             Subordination request (0.6); discuss ComVest
                             loan assignment issues with S. Tingey (0.2);
                             discuss Marlton Square 2nd Subordination issues
                             with K. Glade (0.1); discuss Fiesta Rio Rancho
                             funding issues with S. Strong (0.2); e-mail to
                             M. Olson on ComVest loan assignment issues and
                             discuss ComVest loan assignment issues with K.
                             Glade (0.1); e-mail to M. Kehl and A. Stevens
                             on Palm Harbor One appraisal information and
                             request to fund unpaid interest with Partial
                             Releases (0.4); e-mail to A. Stevens on Fee
                             Agreement reviews, a nd review existing Loan
                             files for relevant Fee Agreement language
                             (0.8); review First Trust Deed Fund Committee
                             Supplemental Response to Motion to Forbear on
                             HFA loans, and e-mail thereon to A. Jarvis, S.
                             Strong and L. Schwartzer (0.3); review Marlton
                             Loan Trust Deed recording date to confirm
                             senior loan priority status (0.2); e-mails to
                             B. Sherr, Palm Harbor One attorney, on partial
                             release conditions and Borrower proposal to
                             fund unpaid interest with partial releases
                             (1.0).

07/21/06 S Strong        .50 Telephone conference with S. Smith regarding
                             collection account balance and distribution
                             issues (0.2); telephone conference with A. W.
                             Jarvis regarding same (0.1); follow-up
                             telephone conference with S. Smith regarding
                             same (0.2).

Client No. 34585                                      Page:   14
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006


07/21/06 S Strong          .70 Review and analysis of new response filed by
                               FTD Committee to HFA forbearance (0.2);
                               email to A. W. Jarvis regarding same (0.1);
                               telephone conference with her regarding same
                               (0.2); exchange follow-up emails with D. M.
                               Monson, K. G. Glade regarding same (0.2).

07/22/06 D Monson          .60 Review Fee Agreements and e-mail to M. Kehl
                               on provisions of Fee Agreements for various
                               loans (0.5); review and respond to S. Strong
                               e-mail on First Trust Deed Committee response
                               to Motion to Forbear on HFA Loans (0.1).

07/22/06 S Strong          .40 Review voice messages from A. W. Jarvis
                               regarding issues raised in various responses
                               filed yesterday to Motion to Forbear, and draft
                               emails to L. Schwartzer, D. M. Monson and K. G.
                               Glade regarding supplemental declaration and
                               reply needed.

07/23/06 S Strong          .30 Review drafts of Reply and supplemental
                               declaration in support of Motion to Forbear,
                               and email to L. Schwartzer with comments to
                               same.

07/24/06 K Glade           .50 E-mail regarding history on HFA forbearance
                               (0.2); e-mail regarding updated loan
                               summaries (0.2); related telephone call with
                               M. Kehl (0.1).

07/24/06 D Monson          .20 Telephone call from B. Sherr, attorney for Palm
                               Harbor One, on partial releases and appraisal
                               information (0.2).

07/24/06 S Strong          .20 Exchange emails with M. Kehl regarding
                               proposed updated loan summary, and telephone
                               conference with him regarding same (0.2).

07/25/06 K Glade          2.80 Review Ocean Atlantic Chicago documents with
                               respect to proposed refinance of subordinated
                               debt (1.2); related conference with S. Tingey
                               regarding ordinary course conduct (0.2);
                               telephone call with A. Stevens regarding
                               proposed subordinated financing on Ocean
                               Atlantic Chicago (0.3); draft e-mail to legal
                               team regarding proposed financing on Ocean
                               Atlantic with responsive e-mails (0.9); draft
                               e-mail to C. Scully regarding Colt Gateway

Client No. 34585                                          Page:   15
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006

                              loans (0.2).

07/25/06 D Monson    1.50 Review and respond to e-mail from J. Reed on
                          inquiry on funding obligations from potential
                          purchaser, and analysis of extent of funding
                          commitment (0.5); conference with S. Tingey on
                          loan documentation and questions on whether
                          funding obligations exist for certain loans
                          (0.1); conference with S. Tingey on request by
                          A. Stevens for review of Shamrock Towers loan
                          documents (0.1); review e-mail from E. Monson
                          on results of hearing on HFA Forbearance Motion
                          (0.1); review and respond to e-mail from K.
                          Glade on Ocean Atlantic request for consent to
                          new subordinate loan (0.3); review B. Sherr
                          e-mail with additional valuation information
                          for Palm Harbor One loan (0.1); review e-mail
                          from M. Olson on loan servicing agreement
                          issues for certain Direct Lenders (0.1); review
                          and respond to e-mail from S. Strong on Ocean
                          Atlantic consent issues (0.2).

07/25/06 S Strong    1.50 Review and respond to emails from K. G. Glade
                          and D. M. Monson regarding various loan
                          servicing issues (.2); telephone conference
                          with A. J. Jarvis regarding filing of updated
                          loan summary needed (0.1); telephone
                          conference w/ M. Kehl regarding increased
                          readability of same requested by judge (0.1);
                          telephone conference with J. McPherson
                          regarding local filing requirements
                          concerning size of exhibits (0.1); follow-up
                          discussions with M. Kehl regarding same
                          (0.1); email to local counsel regarding
                          filing of Loan Summary (0.1); review revised
                          loan summary for filing and exchange emails
                          with M. Kehl regarding same (0.2); Review
                          proposed term sheet for Fertitta funding of
                          Rio Rancho loan, and circulate same with
                          comments to A. W. Jarvis, T. Allison, and M.
                          Kehl (.6).

07/26/06 K Glade      .30 Conference with D. Monson regarding "ordinary
                          course" issues related to servicing Ocean
                          Atlantic (0.2); e-mail to A. Stevens regarding
                          Colt loans (0.1).

Client No. 34585                                                    Page:   16
Debtor USA Commercial Mortgage Co., et al.                          August 25, 2006


07/26/06 A Jarvis          .50 Telephone conference with S. C. Strong and T.
                               Allison regarding motion to distribute funds,
                               Rio Rancho funding.

07/26/06 A Jarvis          .50 Review Rio Rancho funding proposal;
                               conference with S. C. Strong regarding same.

07/26/06 A Jarvis          .30 Correspondence on loan issues.

07/26/06 A Jarvis          .30 Correspondence on Rio Rancho/Fertitta funding
                               proposal.

07/26/06 D Monson         1.80 Review e-mails on Ocean Atlantic loan issues
                               and ordinary course of business assessment
                               (0.2); review draft Order on HFA forbearance
                               and e-mail to L.Schwartzer on proposed
                               revisions to Order and discuss HFA
                               forbearance and documentation of HFA Asylum
                               loan (0.3); review of ordinary course of
                               business issues for Ocean Atlantic and
                               Marlton Square loans (0.2); telephone
                               conference with A. Jarvis and S. Strong on
                               ordinary course of business issues for Ocean
                               Atlantic and Marlton Square loans (0.2);
                               telephone message from M. Kehl on Palm Harbor
                               One loan (0.1); telephone message to M. Kehl
                               on Palm Harbor One loan (0.2); telephone call
                               to A. Stevens on Levin Hills Loan workout
                               issues (0.2); telephone calls with E. Monson
                               on Levin Hills Loan and Levin Hills subpoena
                               and continuation of 2004 Exam for Levin Hills
                               (0.2); discussion with A. Jarvis and e-mail
                               to S. Scann on Rio Rancho Loan funding (0.2).

07/26/06 E Monson          .30 Draft e-mail to T. Allison, Mark Olson,
                               Amanda Stevens, M. Kehl, S. Smith, A. W.
                               Jarvis and S. C. Strong regarding Lerin Hills
                               (.3).

07/26/06 E Monson          .40 Review letter from Mark Olsen to Lerin Hills
                               and discuss status with D. M. Monson (.4).

07/26/06 S Strong          .30 Review voice message from J. Nugent regarding
                               status of updated borrower funding requirements
                               spreadsheet, and review prior drafts of same
                               (0.2); telephone conference with M. Kehl and A.
                               Stevens regarding ordinary course release
                               issues (0.1).

Client No. 34585                                    Page:   17
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/26/06 S Strong        .70 Confer with K. G. Glade regarding HFA
                             forbearance and related servicing issues (0.1);
                             review proposed order regarding HFA
                             forbearance, and exchange emails with L.
                             Schwartzer regarding same (0.4); review
                             follow-up emails from A. W. Jarvis and D. M.
                             Monson regarding same (0.1); confer with D. M.
                             Monson regarding status of various loan
                             servicing issues (0.1).

07/27/06 A Jarvis        .80 Telephone conference with S. Smith and S. C.
                             Strong regarding motion to distribute,
                             investor statements, committee issues.

07/27/06 A Jarvis        .40 Telephone conference with M. Kehl regarding
                             budget, Halsey Canyon.

07/27/06 A Jarvis        .40 Correspondence regarding Boise Gowan, Canepa
                             motion.

07/27/06 A Jarvis        .30 Correspondence on committee positions on
                             motion to distribute.

07/27/06 D Monson       2.00 Review draft of letter on Levin Hills Loan
                             discounted payoff proposal, and send comments
                             on letter back to M. Olson (0.5); review
                             updated Notice of Filing of Loan Summary as
                             of June 30, 2006, on Loan Portfolio (0.5);
                             review e-mails on Levin Hills Loan issues and
                             exit fee issues (0.3); review e-mail from J.
                             McPherson on Gramercy Court loan and workout
                             proposal by Borrower (0.2); telephone call to
                             J. McPherson on Gramercy Court loan issues
                             (0.3); review and respond to A. Jarvis e-mail
                             on Halsey Canyon loan (0.1).

07/27/06 E Monson        .20 Review e-mails regarding Lerin Hills loan and
                             exit fees (.2).

07/28/06 K Glade         .90 E-mail to M. Pugsley regarding production of IP
                             documents (0.2); e-mails with T. Allison
                             regarding R. McKnight letter (0.3); related
                             telephone calls with R. Walker (J. Milanowski
                             attorney) (0.2); e-mails regarding R. McKnight
                             letter (0.2).

07/28/06 A Jarvis        .30 Correspondence on Halsey Canyon, Brookmere.

Client No. 34585                                              Page:   18
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/28/06 A Jarvis          1.20 Correspondence on Fertitta proposal for Rio
                                Rancho, negotiations with committees and
                                participants regarding same.

07/28/06 D Monson          4.30 Telephone message from R. Russell on Rio
                                Rancho funding, and forward message to A.
                                Jarvis (0.2); telephone conference with J.
                                Pengilly and J. McPherson on Gramercy Loan
                                workout proposal (0.5); conference with S.
                                Strong on discounted loan payoff approval
                                process (0.2); telephone messages from J.
                                Pengilly on details of Gramercy loan workout
                                proposal (0.2); telephone call from B. Sherr
                                on Palm Harbor One loan and possible workout
                                scenarios (0.3); telephone call from S. Scann
                                on Rio Rancho loan funding proposal (0.2);
                                telephone call from P. Connaghan on Rio
                                Rancho loan funding proposal (0.2); telephone
                                call to M. Kehl on Gramercy loan workout
                                proposal and Palm Harbor One loan workout
                                proposal (0.5); review mechanic's lien
                                lawsuit on Gramercy project (0.2); telephone
                                call to J. Pengilly on Gramercy loan workout
                                proposal (0.2); telephone call to B. Sherr on
                                Palm Harbor One loan workout issues (0.2);
                                telephone calls with R. Russell and P.
                                Connaghan on Rio Rancho additional loan
                                advance proposal (0.3); conference with S.
                                Strong on Rio Rancho Additional Advance
                                Motion to Approve (0.1); e-mail to S. Strong
                                and M. Kehl of form Notice to Direct Lenders
                                for Discount Loan proposal consents (0.2);
                                e-mails from A. Jarvis on Rio Rancho
                                Additional Advance loan proposal and Fertitta
                                offer to fund Additional Advance (0.3);
                                review e-mail from J. Pengilly and forward to
                                M. Kehl on Gramercy loan workout proposal
                                (0.5).

07/28/06 S Strong          1.70 Telephone conference with A. Stevens
                                regarding general issues concerning loan
                                servicing, negotiations with borrowers, and
                                approval procedures for reduced payoff
                                agreements (0.3); email to RQN and Mesirow
                                teams regarding coordinating call needed
                                regarding same (0.1); confer with D. M.
                                Monson regarding same (0.1); confer with K.
                                G. Glade and S. C. Tingey regarding same
                                (0.2); exchange emails with A. W. Jarvis

Client No. 34585                                    Page:   19
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006

|            |             |      |                                                        |
|------------|-------------|------|--------------------------------------------------------|
|            |             |      | regarding same (0.1); review voice message from B. Bullard regarding status of Fertitta funding proposal for Rio Rancho loan (0.1); confer with A. W. Jarvis regarding same (0.1); review emails from committees counsel regarding general support for proposal (0.1); confer with K. G. Glade and D. M. Monson regarding form of loan documents for incremental funding of Rio Rancho (0.3); telephone conference with B. Bullard regarding same (0.2); review follow-up emails from A. W. Jarvis and D. M. Monson regarding same (0.1). |
| 07/29/06   | D Monson    | 2.00 | Begin draft of Motion for Approval of Additional Advance for Rio Rancho Loan. |
| 07/31/06   | K Glade     | 2.50 | E-mail to M. Kehl regarding Halsey Canyon with related review of documents (0.6); e-mail to A. Jarvis regarding request from Liberty Bank for subordination agreement on IP (0.3); telephone call with R. McKnight regarding IP security agreement issue (0.2); related e-mail to A. Jarvis (0.3); e-mails regarding Halsey Canyon with Mesirow (0.3); conference with S. Tingey regarding Halsey Canyon issues (0.2); telephone call with potential bidder regarding title work (0.3); e-mails regarding B. Russell funding request (0.3). |
| 07/31/06   | A Jarvis    | .50  | Telephone conferences with T. Allison regarding Rio Rancho funding, IP issues, status of plan negotiations, term sheets. |
| 07/31/06   | A Jarvis    | 2.90 | Telephone conference with B. Bullard regarding Fertitta funding proposal for Rio Rancho (.2); correspondence on Rio Rancho proposal (1.2); conference with D. M. Monson regarding Rio Rancho proposal, issues (.3); correspondence on motion for shortened time, preparation of motion (1.2). |
| 07/31/06   | A Jarvis    | .20  | Correspondence on Liberty Bank issue. |
| 07/31/06   | A Jarvis    | .60  | Telephone conference with D. M. Monson regarding loan issues on Grammercy, Rio Rancho, Palm Harbor. |

Client No. 34585                                              Page:   20
Debtor USA Commercial Mortgage Co., et al.                    August 25, 2006


07/31/06 D Monson        6.80 Revisions to Motion for Additional Advance for
                              Rio Rancho Loan, and review of Fertitta Term
                              Sheet (1.3); e-mail to Debtor's Management on
                              draft Motion for Additional Advance for Rio
                              Rancho Loan (0.2); draft Declaration of R.
                              Russell on Additional Advance for Rio Rancho
                              (1.9); e-mail to S. Scann and P. Connaghan on
                              draft Motion to Approve Rio Rancho Loan
                              Additional Advance (0.2); e-mail to S. Scann
                              and P. Connaghan on draft Declaration of R.
                              Russell for Rio Rancho Loan Additional Advance
                              (0.2); e-mails with A. Stevens on Rio Rancho
                              loan documents and amendments, and review draw
                              requests from A. Stevens (0.3); e-mails with L.
                              Schwartzer, J. McPherson, T. Allison and A.
                              Jarvis on Motion for Expedited Hearing for Rio
                              Rancho Additional Advance (0.2); e-mails from
                              P. Connaghan and R. Russell on Rio Rancho loan
                              funding (0.3); e-mails from M. Kehl and A.
                              Jarvis on amount of Rio Rancho loan funding for
                              additional advance (0.2); telephone conference
                              with S. Scann and P. Connaghan on Advance for
                              Rio Rancho Loan (0.3); conference with E.
                              Monson on Palm Harbor One Loan and loan funding
                              issues (0.1); telephone conference on Palm
                              Harbor Loan workout proposal with M. Kehl, B.
                              Sherr, and J. Lily and P. Borans (0,8);
                              conference with A. Jarvis on Palm Harbor One
                              Loan  workout proposal (0.2); conference with
                              A. Jarvis on Palm Harbor One Loan workout
                              proposal (0.2); conference with A. Jarvis on
                              Rio Rancho Loan status (0.2); review e-mails
                              from M. Guymon on Gramercy loan and 6425 Gess
                              Loan Workout proposal (0.4); telephone call
                              from M. Guymon on Gramercy loan workout
                              proposal   (0.1)

07/31/06 E Monson        1.00 Assist on Fertitta/Rio Ranch motion and send
                              e-mails to J. Miller at BMC and review
                              replies (1.0).

07/31/06 S Strong        1.40 Review draft of motion for Fertitta to fund
                              additional advances on Rio Rancho loan (0.2);
                              confer with A. W. Jarvis, D. M. Monson, and K.
                              G. Glade regarding same (0.3); confer with E.
                              A. Monson regarding assistance needed to obtain

Client No. 34585                                          Page:   21
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


                    expedited hearing regarding same (0.2);
                    exchange emails with L. Schwartzer and A. W.
                    Jarvis regarding same (0.2); review follow-up
                    emails from Rio Rancho and Fertitta counsel
                    regarding same (0.2); exchange emails with K.
                    G. Glade regarding issues raised by IPs
                    counsel, and confer with K. G. Glade regarding
                    same (0.2); email to A. W. Jarvis regarding
                    same (0.1).

07/31/06 S Tingey      .40 Telephone conference with R. Walker, attorney
                           for Milinowski regarding EPIC loan (0.2);
                           provide information regarding EPIC loan to R.
                           Walker (0.2).

TOTAL FOR LEGAL SERVICES RENDERED                         $42,013.50