# Exhibit D-4

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                             Invoice No. ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00005**

**Claims Administration and Objections**

| | | | |
|---|---|---|---|
| 07/19/06 | A Jarvis | .30 | Correspondence on offset issues. |
| 07/25/06 | S Strong | .80 | Review email from M. Olson regarding priority claims for broker commissions, review statute regarding same, draft responsive email regarding same, and telephone conference with him regarding treatment of priority claims vs. distributions to direct lenders. |
| 07/26/06 | A Jarvis | .30 | Review correspondence from S. C. Strong regarding offset issue. |
| 07/27/06 | A Jarvis | .30 | Conference with S. C. Strong regarding offset issues raised by DTDF. |

TOTAL FOR LEGAL SERVICES RENDERED                          $483.50

# Exhibit D-5

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road        August 25, 2006
Las Vegas, NV  89121                            Invoice No. ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00006**

**Employee Benefits/Pensions**

| 07/03/06 | K Applegate | 1.30 | Review letter from Levy to PBGC on the plan; discuss with S. C. Strong; drafting of e-mail. |
|---|---|---|---|
| 07/03/06 | S Strong | .40 | Confer with K. J. Applegate regarding open issues respecting debtors defined benefit plan, and review email from him regarding same (0.4). |
| 07/13/06 | K Applegate | 1.20 | Telephone call with Steve on issues related to plan termination (.1); review e-mails (.2); research on plan termination (.9). |
| 07/13/06 | S Strong | .70 | Review email from A. W. Jarvis regarding issues with USACMs defined benefit plan (0.1); confer with K. J. Applegate regarding same (0.3); voice message to S. Smith regarding same and exchange emails with her regarding same (0.3). |
| 07/14/06 | K Applegate | 1.70 | Review documents for trustees; research on ability to have plan sponsor act as trustee under Nevada Law; discuss removal of trustees with S. C. Strong; drafting of resignation and designation of trustee forms; discuss issues with N. E. Hall. |

Client No. 34585                                            Page:    2
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/17/06 K Applegate    1.30 Discuss items needed to terminate the plan with
                             R. Hilson; research required board resolutions.

07/19/06 A West         3.50 Research on pension trustees under Nevada law.

07/20/06 A West         2.30 Finish drafting memo on NRS Sec. 669.

07/21/06 K Applegate     .20 Review items needed to terminate the plan.

07/24/06 K Applegate     .30 Review memorandum from clerk on corporate
                             trustee.

07/25/06 K Applegate     .30 Request information from plan third party
                             administrator; discuss with S. C. Strong;
                             draft and send e-mails.

07/27/06 K Applegate    1.10 Telephone conference with chief counsel for
                             the PBCG; discuss case with S. C. Strong;
                             telephone call to Susan on required
                             information; review file for plan
                             participants.

07/27/06 S Strong        .80 Confer with K. J. Applegate regarding issues
                             concerning USACMs defined benefit plan, and
                             telephone conference with K. Applegate and
                             PBGC counsel E. Barnes regarding same (0.6);
                             telephone conference with S. Smith and K. J.
                             Applegate regarding same (0.2).

07/31/06 K Applegate    1.80 Review emails on the Department of Labor
                             letter on loss statements; research same;
                             discussions with attorneys on need to file
                             loss statements under SEC and ERISA rules;
                             conference with S. C. Strong on the same.


TOTAL FOR LEGAL SERVICES RENDERED                          $3,396.00

# Exhibit D-6

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road           August 25, 2006
Las Vegas, NV  89121                              Invoice No.  ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00007**

**Fee / Employment Applications**

07/07/06 B Kotter        .40 Phone call with M. W. Pugsley regarding fees
                             and procedure for application (.1); review of
                             bills for monthly statement and application
                             (.3).

07/13/06 B Kotter        .40 Work on reviewing bills for monthly
                             statements, proposed budgets and upcoming fee
                             applications (.4).

07/14/06 B Kotter        .70 Work on assembling data for monthly
                             statements, fee application and budget with
                             the court (.4); draft e-mail to A. W. Jarvis
                             regarding same (.3).

07/18/06 A Jarvis        .20 Correspondence on fee applications procedures.

07/18/06 S Strong        .30 Review application for Diversified
                             Committees employment of financial advisor,
                             and exchange emails with R. Charles and M.
                             Kehl regarding same (.3).

07/20/06 S Strong        .40 Review email from M. Levinson regarding
                             timeline for case professionals to circulate
                             invoices and file fee applications, send email
                             to professionals regarding same, and exchange
                             emails with J. McPherson regarding same (0.4).

Client No. 34585                                        Page:    2
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/21/06 E Monson        .40 Review Omnibus objection to Ray Quinney &
                             Nebeker and Schwartzer retention filed by
                             committees (.4).

07/21/06 E Monson        .40 Discussion with S. C. Strong regarding issues
                             on objection to Ray Quinney & Nebeker and
                             Schwartzer objection (.4).

07/21/06 S Strong        .80 Review and analysis of new response filed by
                             3 committees to debtors' employment of
                             professionals, and US Trustee's new
                             supplemental objections to same (0.4); email
                             to A. W. Jarvis regarding same (0.2);
                             telephone conference with her regarding same
                             (0.2).

07/22/06 A Jarvis       4.60 Prepare monthly statements.

07/22/06 S Strong       2.20 Review all papers filed and cases cited in
                             motions to employ debtors professionals and
                             various responses thereto (including late
                             response filed yesterday by UST), and prepare
                             materials for A. W. Jarvis for upcoming
                             hearing on same.

07/23/06 S Strong        .10 Email to L. Schwartzer regarding preparations
                             for hearing on continued employment of
                             debtors professionals.

07/24/06 S Strong        .60 Review voice message from A. W. Jarvis
                             regarding additional support needed for
                             tomorrows hearing (0.1); review and provide
                             additional research materials to A. W. Jarvis
                             for hearing on continued retention of
                             debtors professionals (0.3); telephone
                             conference with E. A. Monson regarding same
                             (0.2).

07/25/06 A Jarvis        .90 Meeting with N. Peterman, T. Allison and E.
                             A. Monson regarding retention issues.

07/25/06 B Kotter        .30 Work on monthly statements.

07/25/06 E Monson        .30 Discussion with A. W. Jarvis regarding issues
                             relating to retention of professionals (.3).

07/26/06 A Jarvis        .20 Correspondence on retention issues.

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/26/06 S Strong        .40 Review proposed order regarding continued
                             retention of debtors professionals, exchange
                             emails with L. Schwartzer regarding same, and
                             forward draft of order to N. Peterman for
                             review (0.4).

07/27/06 S Strong        .20 Review comments/questions of N. Peterman
                             regarding form of order approving continued
                             employment of debtors professionals, and
                             exchange emails with A. W. Jarvis regarding
                             same (.2).

07/27/06 A Tsu          3.60 Motion to employ ordinary course
                             professionals.

07/28/06 B Kotter        .60 Conference with S. C. Strong and A. W. Jarvis
                             regarding fee applications and monthly
                             statements (.2); begin work on fee
                             applications and monthly statement (.4).


TOTAL FOR LEGAL SERVICES RENDERED                                $4,548.00

# Exhibit D-7

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                             Invoice No. ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00009**

**Executory Contracts**

07/13/06 A Jarvis        .30 Correspondence on leases.

07/13/06 S Strong        .30 Exchange emails with A. W. Jarvis and J.
                             McPherson regarding deadline for
                             rejecting/assuming real property leases, and
                             review status of leases in this case (.3).

07/25/06 S Strong        .60 Exchange emails with J. McPherson regarding
                             real property lease rejections, review
                             proposed stipulation regarding rejection of
                             Reno lease, and email to J. McPherson
                             regarding same (.6).

TOTAL FOR LEGAL SERVICES RENDERED                        $319.50

# Exhibit D-8

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road                    August 25, 2006
Las Vegas, NV  89121                                       Invoice No. ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00010**

**Financing**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/03/06 | S Strong | .20 | Review proposed order denying DIP financing motion and emails from committees counsel regarding same (.2). |
| 07/06/06 | D Monson | .10 | E-mail on inquiry from potential lender on DIP financing; and review response from same (0.1). |
| 07/06/06 | S Strong | .20 | Review revised confidentiality agreement with potential DIP lender, and email to M. Kehl regarding same (0.2). |
| 07/07/06 | S Strong | .20 | Review confidentiality agreement from potential lender, and email to M. Kehl and M. Olson regarding same (.2). |
| 07/20/06 | E Toscano | .10 | Emails from and to K. G. Glade regarding the title searches; brief conference with K. G. Glade regarding same. |
| 07/26/06 | S Strong | .70 | Confer with A. W. Jarvis regarding proposed funding for Rio Rancho, and voice message to J. Chubb regarding same (0.3); telephone conference with J. Chubb regarding same (0.3); review email from D. M. Monson to borrower regarding same (0.1). |

TOTAL FOR LEGAL SERVICES RENDERED                                $379.50

# Exhibit D-9

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00011**

**Litigation**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/03/06 | A Tsu | 1.80 | Reviewing 365 cases from 9th Circuit for research memo regarding same. |
| 07/05/06 | A Tsu | 3.60 | Research regarding discharge for value and restatement of restitution. |
| 07/05/06 | G Jolley | 3.30 | Compile documents related to issues surrounding the USA Capital v. Sandlin case; meeting with E. Monson; begin drafting research memo to E. Monson and S. Tingey. |
| 07/06/06 | A Tsu | 3.70 | Reviewing 9th Circuit case law regarding 365. |
| 07/06/06 | A Tsu | 1.60 | Reviewing restatement of restitution 2nd regarding changes in statute; meeting with G. Mulks regarding amendments to Section 14; meeting with S. Strong regarding same. |
| 07/07/06 | S Strong | .20 | Review motion for Rule 2004 exam from Lerin Hills borrower (.2). |
| 07/07/06 | A Tsu | 4.30 | Reviewing cases for research memo regarding assumption of contracts. |
| 07/07/06 | A Tsu | 2.00 | Research regarding Nevada and 9th Circuit cases decided under 365. |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/10/06  E Monson      .30 Call Tom Rondeau and discuss status of
                            collection action (.3).

07/10/06  A Tsu        5.30 Reviewing Nevada and 9th Circuit cases under
                            365.

07/11/06  A Tsu        2.10 Reviewing Nevada 9th Circuit cases regarding
                            assumption of contracts.

07/12/06  A Tsu        3.90 365 research memo; legal research regarding
                            servicing agreements specifically in all
                            bankruptcy cases.

07/13/06  E Monson      .20 Review e-mail from A. W. Jarvis regarding
                            document review and send reply (.2).

07/13/06  S Strong     1.10 Review motion for Rule 2004 exam filed by
                            Lerin Hills borrower, review fax from T.
                            Harmon regarding same, and exchange emails
                            with A. W. Jarvis regarding same (.4);
                            exchange emails with A. W. Jarvis and confer
                            with her regarding letter from J. Chubb
                            proposing settlement of outstanding motions,
                            review and analysis of letter, and further
                            discussions with A. W. Jarvis regarding same
                            (0.7).

07/14/06  A Jarvis      .30 Correspondence on issues raised by J. Chubb,
                            relief from stay motion.

07/14/06  A Jarvis      .30 Correspondence on Canepa motions, issues
                            raised.

07/14/06  A Jarvis      .90 Correspondence regarding calendar for July 25
                            hearing; preparations and responses regarding
                            same.

07/14/06  S Strong     1.00 Telephone conference with J. Chubb regarding
                            potential resolution of various issues raised
                            by her direct lender clients (0.3); email to
                            A. W. Jarvis and E. A. Monson with report and
                            analysis of issues and positions of J.
                            Chubbs clients (0.3); review email from E.
                            A. Monson and letter from T. Rondeau
                            regarding certain prepetition litigation
                            matters involving debtors (0.2); confer with
                            E. A. Monson regarding same (0.1); review
                            email from A. W. Jarvis regarding same (0.1).

Client No. 34585                                           Page:    3
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/14/06 A Tsu            1.00 Summarizing cases decided under 365.

07/17/06 S Strong          .90 Review nondischargeability complaint filed by
                               Wedell/Spectrum, research nonapplicability of
                               Section 523(a) nondischargeability actions to
                               business entities, and email to L. Schwartzer
                               and A. W. Jarvis regarding same (0.9).

07/17/06 A Tsu            3.70 Summarizing cases decided under 365 relating
                               to loan servicing agreement.

07/18/06 A Jarvis          .20 Correspondence on Canepa motion for relief from
                               stay.

07/18/06 S Strong          .20 Review email from L. Schwartzer with proposed
                               memorandum to Weddell/Spectrum counsel
                               regarding nondischargeability complaint, and
                               send responsive email regarding same (.2).

07/19/06 A Jarvis          .20 Correspondence on 2004 examination regarding
                               subpoena.

07/19/06 A Tsu            1.50 Meeting with USA team to review and discuss
                               current litigation issues and solutions.

07/20/06 A Jarvis          .50 Correspondence with L. Schwartzer regarding
                               Thursday hearings.

07/20/06 A Jarvis         5.60 Prepare for Tuesday hearings, prepare
                               responses, research related to motion to
                               distribute.

07/20/06 B Kotter         1.30 Leave voice message with Sallie Armstrong
                               regarding litigation hearing in Reno (.1);
                               briefly look into what the case is about on
                               PACER (.1); extended phone call with S.
                               Armstrong regarding case (.8); brief phone
                               call with R. Madsen regarding litigation
                               (.1); review e-mail from S. Armstrong (.2).

07/20/06 R Madsen, II      .80 Communications with Sally Armstrong with
                               respect to scheduled status hearing in the
                               Double Diamond Ranch, LLC v. USA Commercial
                               Mortgage Co. v. Double Diamond Ranch case in
                               the United States District Court for the
                               District of Nevada (Reno), Case No.
                               3:03-cv-00156-HDM-VPC; research docket report
                               and recent pleadings.

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/20/06 D Monson      1.10 Review Motion for Relief from Stay for
                            Weddell and Spectrum Financial Pending
                            Litigation, and discuss response with S.
                            Strong (0.8); discuss response to Levin Hills
                            Borrower's 2004 Exam Motion and Document
                            Subpoena with E. Monson, forward 2004 Exam
                            Order to E. Monson, and review draft letter
                            to attorney for Levin Hills Borrower (0.3).

07/20/06 E Monson      2.80 Review subpoena from Ty Kehoe and 2004
                            examination request and work on response
                            letter to subpoena and request for 2004
                            examination (2.8).

07/20/06 E Monson       .10 Review order granting 2004 exam (.1).

07/20/06 E Monson       .60 Discussion with S. C. Strong regarding
                            subpoena and 2004 exam and review Rule 45 of
                            the Federal Rules of Civil Procedure (.6).

07/20/06 S Strong      1.40 Confer with E. A. Monson regarding Spectrum
                            subpoena and R. 2004 motion (0.1); review R.
                            2004 order entered by court (0.1); and review
                            and edit E. A. Monsons draft of partial
                            objection to subpoena and R. 2004 exam and
                            discuss same with her (0.5); confer with D.
                            M. Monson regarding RFS motion by Spectrum
                            and debtors position on same (0.3); review
                            lists of pending litigation involving debtors
                            and confer with R. H. Madsen regarding
                            further review needed (0.4).

07/21/06 A Jarvis       .40 Telephone conference with S. C. Strong
                            regarding hearing calendar.

07/21/06 A Jarvis       .40 Telephone conference with S. C. Strong
                            regarding responses for hearing on Monday.

07/21/06 A Jarvis       .20 Telephone conference with E. A. Monson and S.
                            C. Strong regarding responses for hearing on
                            Monday.

07/21/06 D Monson       .30 Discuss with S. Strong on Weddell and
                            Spectrum Financial Motion for Relief from
                            Stay and telephone message to counsel for
                            Plaintiff (0.3).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/21/06 E Monson        1.20 Discuss 2004 exam application and order from
                              Ty Kehoe with L. Schwartzer (.2); Review
                              letter to Ty Kehoe, discuss revisions with S.
                              C. Strong, make revisions, finalize letter
                              and send out (1.0).

07/21/06 E Monson        2.00 Research and review 9th Circuit case on
                              application of automatic stay to actions
                              initiated by debtor (2.0).

07/21/06 E Monson        2.00 Work on protective order (2.0).

07/21/06 S Strong         .70 Confer with E. A. Monson regarding responsive
                              letter regarding Lerin Hills subpoena and R.
                              2004 exam (0.2); telephone conference with R.
                              Walker regarding Spectrum RFS motion and
                              issues concerning underlying litigation in
                              Nevada federal court (0.2); confer with D. M.
                              Monson regarding his progress in responding
                              to RFS motion (0.2); voice message to
                              Spectrum's counsel regarding same (0.1).

07/22/06 A Jarvis         .40 Telephone calls with S. C. Strong regarding
                              responses to late filed objections.

07/22/06 D Monson         .10 Review L. Schwartzer Response to Motion to
                              Lift Stay on Weddell/Spectrum Litigation
                              (0.1).

07/22/06 E Monson         .30 Draft response to e-mail from R. LePome
                              regarding motion to obtain information.

07/23/06 E Monson        1.40 Work on protective order (.6); review
                              documents in investor files to make certain
                              properly redacted and note additional changes
                              thereto (.8).

07/24/06 A Jarvis         .10 Telephone call to S. C. Strong regarding
                              information needed for hearing.

07/24/06 A Jarvis        5.50 Review and respond to e-mails on hearing;
                              prepare for hearing; review pleadings, late
                              filed responses, review cases regarding same.

07/24/06 E Monson         .40 Draft message to B. J. Kotter regarding
                              shredding files (.2); review e-mail from R.
                              Hilson and send reply (.2).

Client No. 34585                                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.                         August 25, 2006


07/25/06 A Jarvis        .80 Prepare for hearing.

07/25/06 A Jarvis       3.30 Attend and argue at hearings.

07/25/06 D Monson        .10 Review e-mail from S. Strong on rescheduling
                             of hearing on Motion for Relief from Stay on
                             Waddell and Spectrum v. USACM litigation
                             (0.1).

07/25/06 E Monson        .80 Meet with Russ Walker and Joe Milanowski to
                             discuss issues relating to various litigation
                             matters (.8).

07/25/06 S Strong        .90 Review draft of opposition to RFS motion of
                             Weddell/Spectrum (0.2); telephone conference
                             with E. Cadish, counsel for Wedell, regarding
                             pending RFS motion and grounds for
                             continuance of same (0.2); email to local
                             counsel regarding draft opposition to RFS
                             motion and  formal stipulation needed
                             regarding continuance (0.2); review courts
                             minute entry regarding debtors appearance
                             required in Lowe case pending in Fed. Dist.
                             Ct. - Reno, and email to A. W. Jarvis
                             regarding same (0.1); review email from L.
                             Schwartzer regarding same (0.1); exchange
                             emails with S. Smith regarding status of
                             subpoena issued by Lerin Hills and response
                             made (0.1)

07/26/06 A Jarvis        .30 Review draft orders.

07/26/06 A Jarvis        .30 Correspondence on Boise Gowan relief from
                             stay motion.

07/26/06 A Jarvis        .30 Correspondence on litigation review of
                             prepetition litigation.

07/26/06 E Monson        .50 Call Ty Kehoe and discuss Lerin Hills 2004
                             exam and subpoena and draft and send
                             confirming letter to Kehoe that no need to
                             appear or produce documents (.5).

07/26/06 E Monson        .40 Review e-mails from A. W. Jarvis and J.
                             McPherson regarding information requested by
                             Canepa Group (.4).

Client No. 34585                                                Page:     7
Debtor USA Commercial Mortgage Co., et al.                     August 25, 2006


07/26/06 E Monson        1.40 Telephone call to Laurel Davis regarding
                              requests, drafts, e-mails to A. W. Jarvis and
                              S. C. Strong regarding issues raised thereby
                              and review replies and draft letter to L.
                              Davis in response to request (1.4).

07/26/06 E Monson         .20 Review e-mails from A. W. Jarvis and S. C.
                              Strong regarding Canepa requests and draft of
                              letter (.2).

07/26/06 E Monson         .50 Gather materials and other documents for R.
                              Madsen regarding various litigation cases,
                              including forwarding e-mail regarding
                              description of status of case at heart of
                              Waddell motion for relief (.5).

07/26/06 E Monson         .40 Draft e-mails to A. Paler and S. C. Strong
                              regarding Waddell motion for relief and
                              review reply from S. C. Strong (.4).

07/27/06 A Jarvis         .30 Conference with S. Smith regarding Canepa
                              relief from stay motion, additional
                              information needed.

07/27/06 A Jarvis         .30 Correspondence on draft orders.

07/27/06 A Jarvis         .30 Correspondence with L. Schwartzer regarding
                              responses to relief from stay litigation.

07/27/06 D Monson         .10 Review Standard Development Corporation
                              Complaint against Direct Lenders (0.1).

07/27/06 E Monson         .50 Discussion with Laurel Davis regarding Canepa
                              motion for relief, request for investor
                              statements, Hilco appraisals and
                              confidentiality agreement and loan file
                              review (.5).

07/27/06 E Monson         .60 Draft lengthy e-mail to S. C. Strong and A.
                              W. Jarvis regarding conversation with L.
                              Davis and review replies and send additional
                              replies (.6).

07/27/06 E Monson        1.10 Meet with M. Olson and B. J. Kotter to go
                              over document requests (1.1).

Client No. 34585                                              Page:    8
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006

07/27/06 S Strong        .20 Telephone conference with D. Huston regarding
                             status of interpleader action and the
                             research done to date regarding same, and
                             exchange voice messages with him regarding
                             same (0.2).

07/28/06 A Jarvis        .10 Correspondence with L. Davis regarding
                             settlement of Canepa motion.

07/28/06 A Jarvis        .20 Conference with E. A. Monson regarding
                             response to LePome motion.

07/28/06 A Jarvis        .50 Correspondence on responses to pending
                             litigation, research issues.

07/28/06 S Strong        .70 Review prior research materials regarding
                             interpleader action involving $1.8 million
                             investor funds and send detailed email to D.
                             Huston regarding same (0.4); exchange
                             follow-up emails with D. Huston regarding
                             same (0.1); review email from L. Schwartzer
                             regarding pending litigation in Illinois,
                             exchange emails with R. H. Madsen regarding
                             same, and review list of all pending
                             non-bankruptcy litigation matters prepared by
                             R. H. Madsen (.2).

07/28/06 A Tsu          4.30 Meeting with USA team to discuss litigation
                             and determine course of action regarding
                             plan, loan documents and litigation (1.8);
                             legal research regarding California law with
                             respect to the definition of "professional"
                             for purposes of Ï 327 (2.5).

07/31/06 A Jarvis        .40 Correspondence on responses filed to motion
                             to distribute, cash management and reviewing
                             same.

07/31/06 A Jarvis        .20 Correspondence on Standard Property
                             Development relief from stay.

07/31/06 A Jarvis        .70 Telephone conference with L. Davis regarding
                             settlement of Canepa motion for relief from
                             stay (.4); correspondence with T. Allison
                             regarding same (.3).

07/31/06 E Monson        .30 Draft e-mail to L. Schwartzer on following up
                             on Nevada cases (.3).

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


TOTAL FOR LEGAL SERVICES RENDERED                        $22,298.50

# Exhibit D-10

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                             Invoice No. ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00012**

**Plan and Disclosure Statement**

| | | | |
|---|---|---|---|
| 07/06/06 | S Strong | .40 | Exchange emails with M. Kehl regarding potential purchaser loan servicing fee questions (0.1); telephone conference with potential purchaser professional regarding same (0.3). |
| 07/07/06 | A Jarvis | .20 | Correspondence on negotiations with potential bidders. |
| 07/07/06 | S Strong | .40 | Telephone conference with investor M. Mansell regarding request to meet with Mesirow regarding proposal for a Plan (0.2); exchange follow-up emails with M. Kehl and A. W. Jarvis regarding same (0.2). |
| 07/10/06 | S Strong | .50 | Exchange emails with A. W. Jarvis, M. Kehl and T. Allison regarding investor M. Mansells request for meeting to discuss Plan proposal, and telephone conferences with M. Mansell regarding same. |
| 07/12/06 | S Strong | .70 | Telephone conference with S. Steele regarding potential bidder's request for IP documents and information (0.2); exchange emails with S. Smith and A. W. Jarvis regarding same (0.3); telephone conference with A. W. Jarvis regarding same (0.2). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/13/06 A Jarvis        .20  Conference with S. C. Strong regarding term
                              sheet.

07/13/06 S Strong       2.30  Review edits proposed by potential bidder to
                              form confidentiality agreement and make
                              revisions to same and negotiate final form with
                              potential bidder's counsel (0.6); email to M.
                              Kehl and J. Reed regarding same (0.1); exchange
                              emails with M. Kehl regarding potential
                              purchasers questions about BySynergy and other
                              loans and telephone conference with J. Reed
                              regarding same (0.2); participate in telephone
                              conference with S. C. Tingey and potential
                              purchasers counsel regarding case background
                              and loan questions (0.3); follow-up telephone
                              conference with J. Reed regarding same (0.1);
                              confer with A. W. Jarvis regarding bidder's
                              term sheet and review same (0.4); telephone
                              conference with J. Reed regarding IP documents
                              requested by bidder to further their analysis
                              (0.2); exchange emails with him regarding same
                              and review further emails from A. W. Jarvis, T.
                              Allison and S. Smith regarding same (0.2);
                              confer with A. W. Jarvis regarding same (0.2).

07/14/06 A Jarvis        .50  Meeting with T. Allison and working group
                              team regarding follow up to committee
                              meeting; review information regarding
                              possible term sheet for potential
                              reorganization plan; conference with T.
                              Allison regarding same.

07/14/06 A Jarvis       1.60  Meeting with potential plan funder.

07/14/06 A Jarvis       1.10  Review preliminary terms of potential funding
                              proposal for plan.

07/14/06 S Strong       1.30  Review emails from A. W. Jarvis and counsel for
                              potential purchaser regarding negotiations for
                              term sheet (.2); telephone conference with L.
                              Loveridge regarding issues concerning J.
                              Milanowski and IP (0.6); draft email to A. W.
                              Jarvis regarding same (0.5).

Client No. 34585                                    Page:    3
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/17/06 S Strong          2.60  Review and analysis of draft termsheet from
                                 potential purchaser and A. W. Jarviss comments
                                 to same (1.4); participate in telephone
                                 conference with potential purchaser's counsel
                                 regarding debtors issues with proposed
                                 termsheet (0.8); exchange follow-up emails with
                                 counsel regarding further discussions tomorrow
                                 regarding same (0.1); exchange emails with M.
                                 Kehl regarding proposed termsheet and review
                                 his comments regarding same (0.3).

07/18/06 A Jarvis           .40  Conference with S. C. Strong regarding term
                                 sheet, plan outline.

07/18/06 A Jarvis           .90  Conference call with counsel for potential
                                 purchaser and S. C. Strong regarding term
                                 sheet, plan structure.

07/18/06 A Jarvis           .30  Correspondence with counsel for potential
                                 purchaser regarding term sheet, document
                                 request.

07/18/06 A Jarvis           .30  Correspondence on due diligence gathering for
                                 potential plan proponents.

07/18/06 S Strong          1.80  Meet with A. W. Jarvis to discuss bidder term
                                 sheet (0.3); participate in telephone
                                 conference with A. W. Jarvis and attorney for
                                 potential purchaser regarding debtors issues
                                 with proposed term sheet (0.8); further
                                 discussions with A. W. Jarvis regarding same
                                 (0.2); meet with M. W. Pugsley and A. W. Jarvis
                                 to discuss IP documents requested by potential
                                 purchaser (0.5).

07/18/06 S Tingey          6.50  Obtain information and documents at request of
                                 potential purchaser regarding Cloudbreak,
                                 Columbia Managing Partner, EPIC Resorts;
                                 Franklin Stratford, HFA-Monaco, Interstate
                                 Commerce, ISCC, Sheraton Hotel, University
                                 Estates, and BySynergy loan and provide
                                 documents and information to attorney for
                                 potential bidder (6.2); communicate with K. G.
                                 Glade and S. C. Strong regarding requests by
                                 third parties for investor information (0.3).

```
Client No. 34585                                      Page:    4
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006
```

| | | | |
|---|---|---|---|
| 07/19/06 | P Hunt | 1.20 | Attend team meeting (.8); review rules and sections on plan solicitation, exclusive period, disclosure statement (.4). |
| 07/19/06 | A Jarvis | .50 | Conference call with potential bidder. |
| 07/19/06 | S Strong | .60 | Telephone conference with potential plan participant regarding proposed confidentiality agreement and modifications of same (0.3); review revisions send by attorney to proposed confidentiality agreement, and send email further negotiation form of agreement (0.3). |
| 07/19/06 | S Tingey | .50 | Provide additional information to attorneys for potential bidder regarding University Estates and Franklin Stratford loans (0.5). |
| 07/20/06 | K Glade | .80 | Telephone call with attorney to discuss materials needed by potential bidder (0.3); e-mail regarding distribution of information to potential bidder (0.2); telephone call with Mesirow regarding title policy copies for potential bidder (0.2); related e-mail (0.1). |
| 07/20/06 | P Hunt | .30 | Office conference with A. W. Jarvis regarding drafting plan and exclusive period issues. |
| 07/20/06 | S Strong | .60 | Exchange emails with J. Nugent regarding potential purchaser confidentiality agreement, review signed version of same and compare with version negotiated last night with potential purchaser's counsel (.6). |
| 07/21/06 | K Glade | .90 | Telephone calls and e-mails with attorney for potential bidder and Mesirow regarding copies of title policies and copies of financial (0.9). |
| 07/21/06 | S Strong | .70 | Exchange emails with J. Nugent regarding status of confidentiality agreement for potential bidder (0.1); telephone conference with potential bidder counsel, regarding factual background of cases and due diligence issues for possible transaction (0.6). |

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/21/06 S Strong        .30 Review email from A. W. Jarvis with revised
                             proposed term sheet from bidder, and email from
                             attorney regarding same (0.2); telephone
                             conference with A. W. Jarvis regarding same
                             (0.1).

07/21/06 S Strong        .30 Confer with P. Hunt regarding development of
                             draft Plan of Reorganization (0.1); find and
                             send relevant documents to P. Hunt for plan
                             drafting (0.2).

07/21/06 S Tingey       2.00 Communicate with J. Reed at Mesirow regarding
                             potential bidder due diligence (0.2); telephone
                             conference with J. Reed regarding potential
                             bidder (0.2); telephone conference with
                             potential bidder's attorney (0.2); review loan
                             summaries regarding Ashby and Stoneridge (0.2);
                             memo to A. Stevens regarding bidder due
                             diligence (0.2); conference with D. M. Monson
                             regarding ComVest loan (0.2); obtain, review
                             and transmit information and documents
                             regarding various loans to attorney for
                             potential bidder (0.6); memo to S. Steele
                             regarding loan information availability for
                             third parties (0.4).

07/24/06 P Hunt          .30 Compile background information to read
                             regarding drafting plan.

07/24/06 A Jarvis       2.50 Meeting with potential bidder, plan funder.

07/25/06 E Monson       1.70 Attend conference involving representatives of
                             potential buyer and committee representatives
                             (1.7).

07/25/06 E Monson       1.50 Attend conference between potential buyer
                             representatives and First Trust Deed Committee
                             (1.5).

07/25/06 E Monson        .90 Attend conference between potential buyer
                             representatives and representatives of
                             Diversified Committee (.9).

07/25/06 E Monson        .60 Additional discussion with A. W. Jarvis
                             regarding potential purchaser proposal and
                             other issues in case (.6).

Client No. 34585                                           Page:    6
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/25/06 S Tingey        1.20 Review information regarding Shamrock Towers
                              (0.3); communicate with USA and potential
                              bidder regarding documents to be reviewed and
                              provided (0.4); review questions raised by
                              potential bidder regarding Fiesta $6.6 (0.2);
                              provide additional information and documents to
                              potential bidder (0.3).

07/26/06 E Monson         .40 Attend meeting on document production with
                              bidding companies (.4).

07/26/06 S Strong        1.50 Meet with A. W. Jarvis to discuss plan of
                              reorganization issues and options (0.7);
                              telephone conference with A. W. Jarvis, T.
                              Allison and S. Smith regarding same (0.8).

07/27/06 P Hunt          3.50 Draft plan definitions (1.2); read proposed
                              term sheet and revised term sheet (.7); add
                              defined terms in term sheet to plan (1.5);
                              office conference with A. W. Jarvis regarding
                              plan structure issues (.1).

07/27/06 A Jarvis         .30 Correspondence on new proposal.

07/27/06 A Jarvis         .30 Telephone conference with potential bidder's
                              attorney regarding motion to distribute funds.

07/27/06 S Strong        1.00 Meet with A. W. Jarvis to discuss case strategy
                              and issues concerning motion to distribute and
                              plan of reorganization (.5); review email from
                              attorney for potential purchaser and
                              accompanying draft confidentiality letter
                              proposed by potential purchaser for Debtors to
                              sign, and confer with A. W. Jarvis regarding
                              same (0.2); draft email to A. W. Jarvis with
                              comments to proposed confidentiality letter
                              (0.3).

07/27/06 S Strong         .70 Review emails from proposed purchaser and J.
                              Nugent regarding proposed confidentiality
                              agreement for proposed purchaser and revisions
                              requested to same (0.1); review revised draft
                              of agreement sent by proposed purchaser, and
                              send further comments and revisions (0.5);
                              exchange follow-up emails with proposed
                              purchaser and J. Reed regarding same (0.1).

Client No. 34585                                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.                          August 25, 2006


07/27/06 S Tingey         .40 Assemble loan information requested by third
                              parties.

07/28/06 P Hunt          1.70 Read background documents needed for plan
                              (1.7).

07/28/06 A Jarvis         .20 Correspondence on term sheet from bidder.

07/28/06 A Jarvis         .20 Correspondence on expected term sheet from
                              additional bidder.

07/28/06 A Jarvis         .30 Telephone conference with potential bidder.

07/28/06 A Jarvis         .30 Correspondence regarding term sheet from
                              bidder.

07/28/06 A Jarvis         .60 Correspondence on confidentiality agreements,
                              term sheet from bidder.

07/28/06 A Jarvis         .30 Correspondence on term sheet from bidder.

07/28/06 A Jarvis         .80 Review term sheets from competing bidders and
                              analyze; correspondence regarding same.

07/28/06 S Strong         .20 Further review of confidentiality agreement and
                              exchange emails with proposed purchaser and J.
                              Reed regarding same (0.2).

07/28/06 S Strong         .30 Confer with P. Hunt regarding structure of a
                              proposed joint Plan for debtors (0.3).

07/28/06 S Tingey         .60 Assemble information for purchasers or lenders
                              (0.4); conference with S. C. Strong regarding
                              loan servicing issues and early payoff (0.2).

07/29/06 P Hunt          3.20 Analyze issues regarding plan formation.

07/31/06 P Hunt          3.90 Review schedules regarding classification
                              issues (.9); draft classification sections of
                              plan (3.).

07/31/06 A Jarvis        1.80 Correspondence on plan proposals, process,
                              information needed for plan negotiations
                              (1.3); review of new term sheet (.5).

```
Client No. 34585                                    Page:    8
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006
```

07/31/06 S Strong        .70 Review potential bidder confidentiality
                             agreements and exchange emails with J. Nugent
                             regarding same (0.3); review potential bidder's
                             proposed edits to confidentiality agreement,
                             negotiate further revisions with its counsel,
                             and exchange emails with J. Nugent regarding
                             same (0.4).

07/31/06 S Tingey        .90 Assemble information for third-party regarding
                             loan file review and status (0.9).

07/31/06 E Toscano       .40 Email from K. G. Glade regarding loans on
                             which we ordered updated title reports;
                             review file for same; research and provide
                             list of applicable loans to K. G. Glade.

TOTAL FOR LEGAL SERVICES RENDERED                        $17,186.50

# Exhibit D-11

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                             Invoice No. ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00013**

**Tax Issues**

| | | |
|---|---|---|
| 07/14/06 N Hall | .40 | Conference with K. J. Applegate regarding PBGC and pension trusteeship issues, arrange for clerk's research. |
| 07/14/06 N Hall | .40 | Research Nevada statute on Trust business. |
| 07/19/06 N Hall | .40 | Copy Nevada Code from web; conference with A. West to assign research. |
| 07/20/06 N Hall | .40 | Review email report on Clerk research and memo. |
| 07/31/06 N Hall | .40 | Conference with K. J. Applegate. |

TOTAL FOR LEGAL SERVICES RENDERED                          $640.00

# Exhibit D-12

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No.  ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00015**

**Travel Time**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 07/11/06 | A Jarvis | 2.70 | Travel from Salt Lake City to Las Vegas for meetings and 341 meeting. |
| 07/11/06 | A Jarvis | 1.00 | Travel to meetings with U.S. Trustee and Committees and back to Debtor offices. |
| 07/12/06 | A Jarvis | 1.00 | Travel to and from 341 meeting. |
| 07/12/06 | A Jarvis | 3.90 | Travel from Las Vegas to Salt Lake City after 341 meeting. |
| 07/17/06 | A Jarvis | 3.40 | Travel from Salt Lake To Ontario, CA for meeting. |
| 07/17/06 | A Jarvis | .50 | Travel from Ontario Airport to Fiesta Development. |
| 07/17/06 | A Jarvis | 5.00 | Travel from Fiesta Development to Ontario Airport, and from Ontario to Salt Lake City. |
| 07/17/06 | B Kotter | 3.20 | Travel to Las Vegas. |
| 07/17/06 | E Monson | 3.20 | Travel to Las Vegas (3.2). |
| 07/18/06 | B Kotter | 5.50 | Travel to Salt Lake from Vegas (includes flight delay) (5.5). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/18/06 R Madsen, II   9.50 Travel to Las Vegas, Nevada and Salt Lake
                             City, Utah in connection with document review
                             and production.

07/18/06 E Monson       5.00 Return to Salt Lake City from Las Vegas
                             (including flight delay) (5.0).

07/18/06 A Tsu          6.40 Travel time to and from Las Vegas, Nevada and
                             Salt Lake City, Utah.

07/20/06 M Pugsley      6.80 Travel to Las Vegas (3.3); travel back to Salt
                             Lake City (3.5).

07/24/06 A Jarvis       3.00 Travel from Salt Lake to Las Vegas.

07/24/06 E Monson       3.80 Travel to Las Vegas in connection with
                             7/25/06 hearing and work on information on
                             joint committee report.

07/25/06 A Jarvis        .50 Travel to court.

07/25/06 A Jarvis        .50 Travel from court to USA capital.

07/26/06 A Jarvis       6.80 Travel from Las Vegas to Salt Lake (delayed).

07/26/06 B Kotter       3.60 Travel to Las Vegas.

07/26/06 R Madsen, II   3.60 Travel to Las Vegas, Nevada from Salt Lake
                             City, Utah in connection with document review
                             and production.

07/27/06 B Kotter       4.20 Travel from Las Vegas to Salt Lake City.

07/27/06 R Madsen, II   4.20 Travel from Las Vegas, Nevada to Salt Lake
                             City, Utah in connection with document review
                             and production.

07/27/06 E Monson       3.80 Travel from Las Vegas to Salt Lake City.

TOTAL FOR LEGAL SERVICES RENDERED                          $11,119.00

# Exhibit D-13

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV  89121

August 25, 2006
Invoice No. ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00017**

**Regulatory Matters**

| | | | |
|---|---|---|---|
| 07/05/06 | M Pugsley | 2.90 | Research and draft letter to California department of corporations (2.3); correspondence with S. Cook regarding various issues (.5); telephone conference with A. Stevens regarding California investigations (.1). |
| 07/06/06 | M Pugsley | 3.50 | Research regarding whether dividend reinvestments qualify as sales under California law (2.8); draft letter to California Department of Corporations (.7). |
| 07/07/06 | M Pugsley | 5.70 | Telephone conference with M. Olsen (.3); telephone conference with D. Warshawsky's counsel regarding IP documents (.5); telephone conference with S. Cook regarding California registration issues (.4); draft and revise letter to California Department of Corporations (3.1); review documents from S. Cook (.9); review subscription agreement for USA First Trust Deed Fund (.5). |

Client No. 34585                                    Page:     2
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/17/06 M Pugsley      5.90 Telephone conference with L. Dean (.4); set up
                             meeting with T. Allison and SEC (.7); telephone
                             conference with W. Wray regarding additional
                             documents responsive to subpoena in Westward Ho
                             case (.3); draft and revise letter to
                             California Department of Corporations (2.8);
                             conference with M. Olson regarding marketing in
                             California (.6); review website and other
                             information regarding Capital Realty Advisors
                             (1.0); telephone conference with K. Brean (.5).

07/18/06 M Pugsley      3.70 Work with paralegal regarding separation of
                             IP documents (.3); conference with A. Jarvis
                             and S. Strong regarding transfer of IP
                             documents and preservation issues (.5);
                             telephone conference with S. C. Tingey
                             regarding separation agreement (.3);
                             telephone conference with K. Breen regarding
                             separation proposal (.4); conference with
                             Amanda regarding subpoena issues (.5); review
                             IP documents (1.7).

07/18/06 K Cassett      4.10 Pull all nonresponsive, duplicative and
                             privileged documents from SEC production.

07/19/06 M Pugsley      3.70 Telephone conference with attorney regarding
                             potential bidder questions; (.3); prepare for
                             meeting with SEC (.8); conference with B. J.
                             Kotter regarding joint information request
                             (.3); review information on CDs regarding
                             documents produced to SEC by prior counsel
                             (1.8); conference with A. Stevens regarding
                             additional documents requested by W. Wray in
                             Westward Ho case (.5).

07/20/06 E Monson        .20 Review e-mails from M. W. Pugsley regarding
                             SEC document production (.2).

07/20/06 M Pugsley      5.70 Prepare for meeting with SEC (1.5); meeting
                             with L. Dean of SEC (4.2).

Client No. 34585                                          Page:    3
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/25/06 M Pugsley       5.60 Telephone conference with K. Bream and B. Baker
                              regarding transfer of IP documents (.5); work
                              on scheduling of review (1.2); telephone
                              conference with L. Dean regarding subpoena
                              (.3); telephone conference with M. Olson (.3);
                              telephone conference with attorney regarding
                              potential bidder questions (.5); review IP
                              documents requested by SEC (2.5); review SEC
                              subpoena (.3).

07/25/06 S Strong         .10 Exchange emails with K. J. Applegate
                              regarding defined benefit plan documents (.1).

07/26/06 M Pugsley       2.50 Conference with A. Jarvis regarding IP issues
                              (.3); telephone conference with potential
                              purchaser regarding purposed purchase and
                              regulatory information (1.0); review subpoenas
                              from SEC (.4); work on subpoenas (.8).

07/27/06 M Pugsley       2.60 Telephone conference with R. Walker (.6); draft
                              agreement (1.2); conference with A. Jarvis
                              regarding agreement (.3); draft email to R.
                              Walker regarding concerns (.3); email
                              correspondence with bidder's counsel regarding
                              documents needed (.5).

07/28/06 M Pugsley       2.40 Work on document production issues (.8);
                              coordinate process regarding separation of IP
                              documents (1.3); conference with S. Strong
                              regarding production issues (.3).

07/28/06 S Strong         .20 Review email from S. Smith with letter from
                              Dept. of Labor regarding 401(k) investments,
                              and voice message to K. J. Applegate
                              regarding same (0.2).

07/28/06 J Batestas       .30 Research relating to American Stock Transfer
                              & Trust Company for  M. W. Pugsley.

07/31/06 S Strong         .50 Confer with K. J. Applegate regarding Dept.
                              of Labor questions regarding 401(k) investors
                              in loans and Funds (0.2); telephone
                              conference with S. Smith and K. J. Applegate
                              regarding same (0.2); review email from S.
                              Smith regarding same (0.1).

TOTAL FOR LEGAL SERVICES RENDERED                          $11,847.50