# Exhibit D-14

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road              August 25, 2006
Las Vegas, NV  89121                                 Invoice No.  ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00019**

**FTD Committee Relations**

07/03/06 S Strong         .15 Arrange details and outline issues for weekly
                              committees call this week, and exchange emails
                              with committees counsel regarding same (0.6).

07/03/06 S Strong         .10 Exchange emails with B. J. Kotter regarding FTD
                              Committees information requests (0.1).

07/05/06 S Strong         .40 Participate in weekly conference call with
                              committees and debtors professionals (0.8);
                              confer with A. W. Jarvis regarding issues
                              raised by committees concerning motion to
                              distribute, and draft email to committees
                              counsel regarding their views on distribution
                              (0.8).

07/05/06 S Strong         .10 Exchange emails and telephone conference with
                              M. Kehl regarding logistics for July 11
                              meeting with committees and new information
                              requests from committees (0.4).

07/05/06 S Strong         .30 Participate in follow-up calls with M. Levinson
                              and E. Karasik regarding development of Motion
                              to Distribute (0.6).

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/06/06 S Strong        .15 Review emails from committees counsel
                             regarding various positions on motion to
                             distribute (0.3); exchange emails with L.
                             Schwartzer regarding logistics for July 11
                             meeting with committees, and telephone
                             conference with him regarding same (0.2);
                             telephone conference with A. W. Jarvis
                             regarding same (0.1).

07/07/06 S Strong        .16 Telephone conference with A. W. Jarvis
                             regarding issues and arrangements for next
                             weeks meeting with Committees (0.5); exchange
                             emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis        .10 Correspondence on committee presentation.

07/10/06 A Jarvis        .25 Conference call with T. Allison, M. Kehl, S.
                             Smith, S. C. Strong regarding presentation
                             for committee meeting, investor statement
                             issues.

07/10/06 B Kotter        .40 E-mail exchange regarding privacy issues and
                             the committee's discovery requests (.3);
                             brief initial review of actual joint request
                             (.2); legal research on Bank's obligation to
                             inform customers of subpoena (1.1).

07/10/06 D Monson        .13 Review M. Kehl summary for Committees Meeting
                             of Standard Property Development settlement
                             proposal, and e-mail to M. Kehl with revisions
                             and comments on appraisal issues, and further
                             analysis of Standard Property appraisal (0.5).

07/10/06 S Strong       1.10 Review email from C. Pajak regarding various
                             information requests by FTDC, review issues,
                             and draft response (0.7); review email from C.
                             Pajak and new Joint Information Request from
                             committees (0.3); email to B. J. Kotter and E.
                             A. Monson regarding same (0.1).

07/10/06 S Strong       1.00 Work on materials for debtors presentation to
                             Committees this week, and exchange emails with
                             M. Kehl regarding same (1.3); prepare for
                             weekly call with Committees professionals and
                             exchange emails with S. Smith regarding

Client No. 34585                                              Page:    3
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006

                        information for same (0.6); participate in
                        weekly call with committees professionals
                        (0.7); telephone conference with A. W. Jarvis,
                        T. Allison and Mesirow team regarding issues
                        and planning for meeting with Committees
                        this week (1.0); review email from A. W. Jarvis
                        regarding additional materials needed for
                        meeting, and review and assemble same (0.4).

07/11/06 A Jarvis    1.47 Preparation for and attendance at Committee
                         meetings.

07/11/06 B Kotter     .23 Conference with S. C. Strong regarding
                         committee meeting (.3); e-mail to J. Reed at
                         Mesirow and review of power point presentation
                         (.2); forward presentation to counsel (.3);
                         follow up on document request with S. C. Strong
                         (.1).

07/11/06 S Strong     .20 Review various loan summaries and loan
                         information (0.3); telephone conference with M.
                         Kehl regarding presentation to committees today
                         (0.1); confer with B. J. Kotter regarding
                         circulating copies of presentation, email to
                         committees counsel regarding same, and review
                         email from B. J. Kotter regarding same (0.4).

07/11/06 S Strong     .40 Review email from C. Carlyon regarding loan and
                         collateral information requested by FTDC, email
                         to S. C. Tingey regarding same, and confer with
                         him regarding same (0.4).

07/12/06 B Kotter     .22 Review of document requests from committee
                         (.6); conference with S. C. Strong regarding
                         requests and debtors response with objections
                         and production of various documents (.3).

07/12/06 E Monson     .08 Discussion with S. C. Strong regarding
                         discovery issues and review e-mail on joint
                         committee request for information (.3).

07/12/06 S Strong     .36 Further review and analysis of Joint Document
                         Request from committees requesting 96 items of
                         information (0.9); conferences with B. J.
                         Kotter and E. Monson regarding same (0.6).

Client No. 34585
Debtor USA Commercial Mortgage Co., et al.

Page:    4
August 25, 2006

07/12/06 S Strong      .50 Review docket and exchange emails with E. Karasik and J. McPherson regarding extension for responding to motions to distribute and use cash (0.2); review email from E. Karasik requesting loan documents for loans outside of FTD Fund, and exchange emails with M. Kehl, S. Smith and A. W. Jarvis regarding same (0.3).

07/13/06 B Kotter      .21 Respond to e-mail inquiry regarding committees' review of documents with their financial advisors and discuss privilege issues (.7).

07/13/06 S Strong      .01 Confer with A. W. Jarvis regarding joint information request from committees (0.2); exchange emails with A. W. Jarvis, M. Kehl and E. A. Monson regarding general issues concerning dissemination of information to committees (0.3); review emails from A. W. Jarvis and S. Smith regarding joint information request of committees and further procedures needed (0.2).

07/13/06 S Strong   1.00 Exchange various emails with S. Smith and A. W. Jarvis regarding disseminated to FTDCs advisors (0.3); telephone conference with M. Kehl regarding Diversified Fund loan documents requested by FTD Committee (0.1); telephone conference with A. W. Jarvis regarding same (0.1); telephone conference with M. Levinson regarding same (0.1); email to and telephone conference with M. Kehl regarding same (0.2); exchange emails with E. Karasik and C. Carlyon regarding same (0.1); exchange emails with J. Reed regarding providing requested information to FTDC (0.1).

07/14/06 A Jarvis      .05 Correspondence regarding weekly committee meeting.

07/14/06 B Kotter      .45 Conference with S. C. Strong regarding subpoena response and procedures for handling document requests (.3); telephone conference call with A. W. Jarvis, S. C. Strong, and E. A. Monson regarding production issues (1.1); prepare for production issues (.4).

Client No. 34585                                          Page:    5
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/14/06 S Strong           .35 Further review of Joint Document Request from
                                committees (0.3); participate in conference
                                call with RQN and Mesirow teams regarding
                                responding to same (1.1).

07/14/06 S Strong           .20 Exchange emails with C. Carlyon regarding
                                Diversified loan documents requested by FTD
                                Committee, and exchange emails with J. Reed and
                                A. W. Jarvis regarding same (0.2).

07/17/06 B Kotter          2.20 Continue reviewing documents for privilege
                                and formulating response to the committees'
                                joint request (8.2); telephone conference
                                with S. C. Strong regarding
                                privilege/confidentiality and privacy
                                concerns (.6).

07/17/06 R Madsen, II       .11 Work on preparation for document review and
                                production in Las Vegas.

07/17/06 S Strong           .36 Telephone conference with B. J. Kotter and E.
                                A. Monson regarding issues in responding to
                                joint committees document request (0.6);
                                exchange emails with C. Pajak regarding
                                progress with same (0.1); review emails from
                                B. J. Kotter regarding categories of
                                responsive information in loan files, and
                                email to A. W. Jarvis regarding same (0.2);
                                review and analysis of spreadsheets
                                circulated to committees advisors containing
                                backup for the Supplement to Motion to
                                Distribute (0.6).

07/18/06 A Jarvis           .05 Conference call with T. Allison regarding
                                Boise Gowan.

07/18/06 A Jarvis           .05 Correspondence on updated financing needs.

07/18/06 A Jarvis           .05 Correspondence on document request on loan
                                files.

07/18/06 A Jarvis           .07 Correspondence on documents requested by
                                Committees.

07/18/06 A Jarvis           .08 Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis           .07 Correspondence on Rio Rancho and the Gardens.

Client No. 34585                                              Page:    6
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/18/06 A Jarvis          .07 Correspondence on issues relating to
                               guarantees.

07/18/06 B Kotter         2.35 Continue working on response to committees'
                               joint request including meeting with various
                               USA people possessing knowledge relevant to
                               request; continue review of documents for
                               privilege concerns.

07/18/06 R Madsen, II      .75 Review of loan documentation and
                               communications with respect to
                               attorney-client privileged communications.

07/18/06 R Madsen, II      .70 Work on creating privileged log of
                               attorney-client privileged documentation.

07/18/06 E Monson         1.05 Meet with Angie and work through Joint
                               Committee requests and organization chart
                               (4.2).

07/18/06 S Strong          .10 Review emails from committees professionals
                               regarding same (0.4).

07/18/06 S Strong          .15 Telephone conference with B. J. Kotter and E.
                               A. Monson regarding status of their review of
                               documents to be produced in response to
                               committees request (0.3); further
                               discussions with B. J. Kotter regarding same
                               (0.3).

07/18/06 S Strong          .21 Participate in telephone conference with S.
                               Smith and committees FAs regarding Motion to
                               Distribute calculations and assumptions (.9).

07/18/06 S Strong          .40 Review email from C. Pajak regarding investor
                               questions, confer with C. Hurst regarding
                               same, email to C. Pajak regarding procedure
                               for processing investor questions, and review
                               emails from C. Hurst and C. Pajak regarding
                               same (.4).

Client No. 34585                                                  Page:    7
Debtor USA Commercial Mortgage Co., et al.                       August 25, 2006


07/18/06 A Tsu            1.75 Review of loan documentation and
                               communications with respect to
                               attorney-client privilege, work product
                               privilege and other privileged communications
                               (3.0); creating a privilege log for documents
                               determined to be privileged (2.8); reviewing
                               investor files to create sample files for
                               discovery purposes; reviewing and redacting
                               information relating to same (1.2).

07/19/06 A Jarvis          .50 Conference call with Committees regarding
                               document production, distribution motion,
                               unfunded requirements, plan issues.

07/19/06 A Jarvis          .08 Correspondence with T. Allison regarding
                               committee meeting.

07/19/06 A Jarvis          .08 Correspondence with T. Allison regarding
                               meetings with Committee.

07/19/06 B Kotter         1.57 Meeting with E. A. Monson regarding response to
                               joint request (.8); phone conference with E. A.
                               Monson, S. C. Strong, A. W. Jarvis and Mesirow
                               regarding production (.6); weekly joint
                               committee phone call (2.3); work on response to
                               request (2.1); phone call with R. Charles and
                               paralegal regarding imaging of documents and
                               possibility of web-based hosting (.2); e-mail
                               exchange with Natalie (.3).

07/19/06 E Monson          .10 Meet with B. J. Kotter to discuss joint
                               committee requests (.4).

07/19/06 E Monson          .45 Participate in committee conference call
                               (1.8).

07/19/06 E Monson          .34 Follow up on possible protective order and
                               other issues relating to response to joint
                               committee requests (1.4).

07/19/06 E Monson          .07 Review e-mails from B. J. Kotter and others
                               regarding document production issues (.3).

07/19/06 S Strong          .75 Participate in conference call with A. W
                               Jarvis, E. A. Monson, B. J. Kotter and
                               Mesirow team regarding document production
                               issues in responding to joint committees
                               request (0.5); participate in weekly

|                    |              | conference call with committees professionals regarding various pending issues (2.0); telephone conference with R. Charles regarding process for responding to joint committees document request (0.2); telephone conference with R. Charles, N. Tanner, and B. J. Kotter regarding same (0.3). |
|--------------------|--------------|---|
| 07/19/06 S Tingey  | .77          | Meeting with A. W. Jarvis and other attorneys regarding administrative coordination and status issues (1.1); compile and review guarantor information regarding issues raised by committees (1.6). |
| 07/20/06 A Jarvis  | .20          | Conference call with Mesirow team regarding document production, investor statements, information for committees. |
| 07/20/06 A Jarvis  | .20          | Conference call with M. Olson and T. Allison regarding response to S. Bice, response to inquiries. |
| 07/20/06 A Jarvis  | .20          | Review analysis by UCC financial advisor on holdback, information for committee meeting. |
| 07/20/06 B Kotter  | .43          | Finish redacting proposed sample investor files (.8); continue work on responding to the committees' joint request (.9). |
| 07/20/06 E Monson  | .05          | Draft and send e-mail to R. Hilson regarding joint committee request (.2). |
| 07/20/06 E Monson  | .40          | Work on review and response to joint committee requests (1.6). |
| 07/20/06 S Strong  | 1.15         | Exchange emails with B. J. Kotter regarding SEC document production requested by committees, and confer with M. W. Pugsley regarding same (0.3); review redacted investor files from B. J. Kotter and exchange emails with him and E. A. Monson regarding same (0.3); arrange for tomorrows conference call with committees regarding details of proposed distribution to investors, exchange emails with M. Kehl regarding same, and send email to committees |

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


                              working group regarding same (0.5); research
                              and analysis of possible legal grounds for and
against allowing investors to offset unpaid
principal against overpaid interest (2.4);
various discussions with A. W. Jarvis regarding
same (0.4); telephone conference with A. W.
Jarvis, T. Allison and S. Smith regarding same
(0.4); exchange emails with S. Smith, T.
Allison and R. Charles regarding
recharacterization of prepaid interest and
principal payments within certain loans (0.3).

07/21/06 A Jarvis       .25 Conference call with Committees.

07/21/06 B Kotter       .17 Draft e-mail to M. Olsen regarding response to
                            committees' joint request (.7).

07/21/06 E Monson       .05 Review e-mails from B. J. Kotter and M. Olson
                            regarding joint committee requests (.2).

07/21/06 E Monson       .08 Review e-mail from R. Hilson on joint committee
                            request and send reply (.2); Review additional
                            e-mail response from R. Hilson (.1).

07/21/06 S Strong       .30 Participate in conference call with debtors'
                            and committees' professionals regarding
                            details of proposed distribution of funds
                            (1.0); follow-up discussions with A. W.
                            Jarvis regarding same (0.2).

07/21/06 S Strong       .10 Confer with S. C. Tingey regarding loan
                            summary needed for committees (0.3); review
                            email from S. C. Tingey to S. Steele
                            regarding same (0.1).

07/21/06 S Strong       .05 Review emails from B. J. Kotter and USA staff
                            regarding document production progress and
                            logistics in responding to joint committee
                            request (.2).

07/21/06 S Strong       .20 Review email from E. Karasik regarding meeting
                            Tuesday with FTD committee chair and T.
                            Allison, confer with A. W. Jarvis regarding
                            same, and exchange emails with E. Karasik
                            regarding same (.2).

```
Client No. 34585                                      Page:   10
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006
```

07/24/06 D Monson       .20 Review and respond to e-mails on information
                            provided to the First Trust Deed Committee on
                            the HFA Loans Forbearance (0.2).

07/25/06 A Jarvis       .33 Meeting with Committees, potential bidder.

07/25/06 A Jarvis      1.15 Meeting with FTDF and ECC committee members
                            and professionals.

07/25/06 B Kotter       .55 Conference with M. W. Pugsley regarding SEC
                            production issues and response to joint
                            committee request (.4); meet with IT regarding
                            duplication of CD/DVD's of documents (.3);
                            conference with S. C. Strong regarding document
                            production issues (.4); continue work on
                            cataloging documents and preparing response to
                            request (2.4).

07/25/06 R Madsen, II   .41 Review and revisions to privileged documents
                            log.

07/25/06 E Monson       .20 Review e-mail from A. Parlen regarding
                            requests for list of parties in First Trust
                            Deed Fund (.2).

07/25/06 E Monson       .20 Review e-mails from E. Karasik and A. W.
                            Jarvis regarding list of investors in First
                            Trust Deed Fund and send reply (.2).

07/25/06 E Monson       .57 Conference with A. W. Jarvis, T. Allison and
                            representatives of First Trust Deed Committee
                            and Direct Lenders Committee and counsel (2.3).

07/25/06 S Strong       .06 Telephone conference with M. Kehl and J. Nugent
                            regarding revised Funding Requirements list for
                            committees (.2); exchange emails with M. Kehl
                            regarding Hilco appraisals requested by
                            committees (.1).

07/25/06 S Strong       .30 Review emails from FTD advisor and S. Smith
                            regarding different classes of Fund Members in
                            FTD Fund and proposed distributions to same,
                            and review Fund documents regarding same (.3).

07/26/06 A Jarvis       .10 Correspondence with E. Karasik regarding
                            meeting with committees.

Client No. 34585                                    Page:   11
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/26/06 A Jarvis        .10 Correspondence with Committees on Motion to
                             Distribute.

07/26/06 A Jarvis        .32 Telephone conference with S. C. Strong
                             regarding committee meetings, motion to
                             distribute funds, plan negotiations.

07/26/06 A Jarvis        .07 Correspondence regarding motion to distribute,
                             recoupment issues.

07/26/06 B Kotter       2.65 Review CDs produced to SEC (.8); conference
                             with R. H. Madsen regarding continued
                             privilege review (.4); conference with E. A.
                             Monson regarding response to joint request
                             (.3); conference with R. Hilson regarding
                             response (.3); meeting with potential vendors
                             (1.8); obtain file from Gould and review for
                             privilege (1.6); continued work on response
                             to committee request  (5.4).

07/26/06 R Madsen, II   2.35 Corporate document review and production with
                             respect to various corporate entities, limited
                             liability companies and other entities in
                             response to joint committee request.

07/26/06 E Monson        .30 Meet with R. Hilson, LePome, and S. Smith to
                             go over financial information requested in
                             joint committee requests (1.2).

07/26/06 E Monson        .40 Work on other issues involving joint
                             committee requests including discussions with
                             R. Madsen regarding privilege,
                             confidentiality and privacy issues (1.6).

07/26/06 E Monson        .05 Discussion with S. C. Strong on document
                             production issues (.2).

07/26/06 E Monson        .05 Draft e-mail to S. Smith regarding direct
                             lender requests and lists of investors to
                             Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson        .12 Review e-mail from S. Smith and drafts of
                             investor lists and send reply e-mails (.5).

Client No. 34585                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/26/06 S Strong        .11 Exchange various emails with counsel for
                             committees regarding rescheduling weekly
                             conference call (0.2); confer with S. C.
                             Tingey regarding status of loan summaries
                             requested by committees (0.1); telephone
                             conferences with B. J. Kotter and E. A.
                             Monson regarding issues in responding to
                             joint committees document requests (0.2).

07/26/06 S Strong        .60 Review email from A. Parlen requesting
                             information regarding claims filed against
                             FTDF, and review emails from A. W. Jarvis, S.
                             Smith, and E. A. Monson regarding same (0.3);
                             review information from S. Smith regarding
                             same, and draft email to A. Parlen responding
                             to information request regarding same (0.3).

07/27/06 A Jarvis        .05 Draft agenda for Committee conference call.

07/27/06 A Jarvis        .05 Correspondence with Committees regarding Rio
                             Rancho proposal.

07/27/06 A Jarvis        .47 Conference call with four committees regarding
                             motion to distribute, Rio Rancho, exclusivity,
                             plan progress.

07/27/06 B Kotter       2.20 Continued review of loan files and corporate
                             records for privilege (1.7); e-mail to A. W.
                             Jarvis, S. C. Strong, S. C. Tingey regarding
                             loan file from Gould Patterson (.4); work on
                             response to committee's joint request in
                             cooperation with E. A. Monson (4.4);
                             including meeting with M. Olson (1.1); and
                             other employees (.6); phone call with S. C.
                             Strong regarding scope (.6).

07/27/06 R Madsen, II   2.41 Corporate document review and production with
                             respect to various corporate entities, limited
                             liability companies and other entities in
                             response to joint committee request.

07/27/06 E Monson        .15 Go through files in Vicki Loob's office to
                             determine if responsive to request (.6).

07/27/06 E Monson        .05 Draft e-mail to S. Smith regarding sending
                             out lists of people in funds to committee
                             counsel and status of direct lender names
                             (.2).

Client No. 34585                                                Page:   13
Debtor USA Commercial Mortgage Co., et al.                     August 25, 2006


07/27/06 E Monson          .87 Work on joint committee requests outlining
                               status of what has been identified and what
                               still need to be done (3.5).

07/27/06 E Monson          .08 Review e-mail exchange involving Rob Charles,
                               A. W. Jarvis and Natalee Tanner involving
                               document request and scanning and discuss with
                               B. J. Kotter (.3).

07/27/06 E Monson          .12 Conference with S. C. Strong and B. J. Kotter
                               regarding Rob Charles e-mail exchange and
                               document production (.5).

07/27/06 S Strong          .55 Participate in weekly conference call with
                               debtors and committees counsel regarding
                               various pending issues (1.7); telephone
                               conference with B. J. Kotter and E. A. Monson
                               regarding progress in reviewing and preparing
                               documents, and arranging logistics, for
                               response to joint committees request (.5).

07/27/06 S Strong          .60 Review email from C. Pajak, and telephone
                               conference with C. Pajak, joined in part by S.
                               Smith, regarding FTD Committees questions
                               regarding Motion to Distribute (0.5); confer
                               with A. W. Jarvis regarding same (0.1).

07/28/06 B Kotter         1.25 Follow up with Natalie Tanner regarding
                               imaging request and draft e-mail to USA
                               persons regarding vendor inquiries (.6);
                               review of confidentiality agreements for S.
                               C. Strong (1.3); follow up on joint committee
                               request issues (1.4); legal research related
                               to motion to distribute replys (1.7).

07/28/06 S Strong          .21 Review email from M. Haftl with copies of all
                               executed confidentiality agreements with
                               potential DIP lenders and purchasers, as
                               requested by Committees, and confer with B.
                               J. Kotter regarding further review needed of
                               debtors reciprocal confidential obligations
                               respecting same (0.4); follow-up discussion
                               with B. J. Kotter regarding same (0.1);
                               telephone conference with M. Haftl regarding
                               appraisal documents requested by UCC member

Client No. 34585                                            Page:   14
Debtor USA Commercial Mortgage Co., et al.                  August 25, 2006


                         (0.1); exchange emails with R. Charles
                         regarding same, follow-up call with J. Reed
                         and M. Haftl regarding same, and exchange
                         follow-up emails with A. W. Jarvis and M.
                         Haftl regarding same (0.3).

07/31/06 A Jarvis        .13 Correspondence with committee on plan
                         proposals; confidentiality agreement regarding
                         term sheet proposal.

07/31/06 A Jarvis        .17 Conference call with committees regarding
                         exclusivity period extension, plan
                         negotiations, document production, motion to
                         distribute, funding requirements.

07/31/06 B Kotter        .05 Conference with E. A. Monson regarding
                         production (.2).

07/31/06 E Monson        .20 Work on joint committee requests and review
                         e-mails from B. J. Kotter (.8).

07/31/06 E Monson        .03 Draft e-mail to LeeAnn Weese regarding follow
                         up on joint committee requests for financial
                         information (.1).

07/31/06 S Strong        .30 Review notes and prepare agenda for weekly call
                         with committees (0.3); participate in weekly
                         conference call with Committees (0.6);
                         telephone conference with S. Smith, J. Nugent
                         and A. W. Jarvis regarding issues raised on
                         weekly call (0.3).

07/31/06 S Strong       1.10 Telephone conference with C. Pajak regarding
                         objecting to claims against FTD Fund and
                         related issues raised by C. Cunningham for her
                         creditor client (0.2); telephone conference
                         with C. Cunningham regarding same (0.2);
                         exchange follow-up emails with C. Pajak
                         regarding same (0.3); exchange emails with A.
                         W. Jarvis regarding same (0.2); review
                         objection to motion to distribute filed by C.
                         Cunningham client based on claim filed against
                         FTD Fund (0.2).

TOTAL FOR LEGAL SERVICES RENDERED                          $12,065.86

# Exhibit D-15

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road              August 25, 2006
Las Vegas, NV  89121                                 Invoice No.  ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00020**

**Diversified Commettee Relations**

| | | | |
|---|---|---|---|
| 07/03/06 | S Strong | .15 | Arrange details and outline issues for weekly committees call this week, and exchange emails with committees counsel regarding same (0.6). |
| 07/05/06 | S Strong | .10 | Exchange emails and telephone conference with M. Kehl regarding logistics for July 11 meeting with committees and new information requests from committees (0.4). |
| 07/05/06 | S Strong | .40 | Participate in weekly conference call with committees and debtors professionals (0.8); confer with A. W. Jarvis regarding issues raised by committees concerning motion to distribute, and draft email to committees counsel regarding their views on distribution (0.8). |
| 07/05/06 | S Strong | .30 | Participate in follow-up calls with M. Levinson and E. Karasik regarding development of Motion to Distribute (0.6). |

Client No. 34585                                              Page:    2
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/06/06 S Strong        .15 Review emails from committees counsel
                             regarding various positions on motion to
                             distribute (0.3); exchange emails with L.
                             Schwartzer regarding logistics for July 11
                             meeting with committees, and telephone
                             conference with him regarding same (0.2);
                             telephone conference with A. W. Jarvis
                             regarding same (0.1).

07/07/06 S Strong        .40 Review email from M. Levinson regarding
                             arranging meetings regarding Diversified loans
                             (0.1); telephone conference with A. W. Jarvis
                             regarding same (0.2); email to T. Allison and
                             M. Kehl regarding same (0.1).

07/07/06 S Strong        .18 Telephone conference with A. W. Jarvis
                             regarding issues and arrangements for next
                             weeks meeting with Committees (0.5); exchange
                             emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis        .10 Correspondence on committee presentation.

07/10/06 A Jarvis        .30 Correspondence with DTDF counsel regarding
                             meeting with Ashby regarding Diversified
                             loans.

07/10/06 A Jarvis        .25 Conference call with T. Allison, M. Kehl, S.
                             Smith, S. C. Strong regarding presentation for
                             committee meeting, investor statement issues.

07/10/06 B Kotter        .40 E-mail exchange regarding privacy issues and
                             the committee's discovery requests (.3); brief
                             initial review of actual joint request (.2);
                             legal research on Bank's obligation to inform
                             customers of subpoena (1.1).

07/10/06 D Monson        .13 Review M. Kehl summary for Committees Meeting
                             of Standard Property Development settlement
                             proposal, and e-mail to M. Kehl with revisions
                             and comments on appraisal issues, and further
                             analysis of Standard Property appraisal (0.5).

07/10/06 S Strong       1.00 Work on materials for debtors presentation to
                             Committees this week, and exchange emails with
                             M. Kehl regarding same (1.3); prepare for
                             weekly call with Committees professionals and
                             exchange emails with S. Smith regarding

Client No. 34585                                        Page:   3
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


              information for same (0.6); participate in
              weekly call with committees professionals
              (0.7); telephone conference with A. W. Jarvis,
              T. Allison and Mesirow team regarding issues
              and planning for meeting with Committees this
              week (1.0); review email from A. W. Jarvis
              regarding additional materials needed for
              meeting, and review and assemble same (0.4).

07/11/06 A Jarvis      1.47 Preparation for and attendance at Committee
                            meetings.

07/11/06 B Kotter       .23 Conference with S. C. Strong regarding
                            committee meeting (.3); e-mail to J. Reed at
                            Mesirow and review of power point presentation
                            (.2); forward presentation to counsel (.3);
                            follow up on document request with S. C. Strong
                            (.1).

07/11/06 S Strong       .20 Review various loan summaries and loan
                            information (0.3); telephone conference with M.
                            Kehl regarding presentation to committees today
                            (0.1); confer with B. J. Kotter regarding
                            circulating copies of presentation, email to
                            committees counsel regarding same, and review
                            email from B. J. Kotter regarding same (0.4).

07/12/06 B Kotter       .22 Review of document requests from committee
                            (.6); conference with S. C. Strong regarding
                            requests and debtors response with objections
                            and production of various documents (.3).

07/12/06 E Monson       .08 Discussion with S. C. Strong regarding
                            discovery issues and review e-mail on joint
                            committee request for information (.3).

07/12/06 S Strong       .38 Further review and analysis of Joint Document
                            Request from committees requesting 96 items of
                            information (0.9); conferences with B. J.
                            Kotter and E. Monson regarding same (0.6).

07/13/06 B Kotter       .21 Respond to e-mail inquiry regarding committees'
                            review of documents with their financial
                            advisors and discuss privilege issues (.7).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/13/06 S Strong        .40 Exchange emails with J. Hermann regarding Tree
                             Moss transaction concerning Epic loan, confer
                             with A. W. Jarvis regarding same, and email to
                             S. Smith regarding further information
                             requested by Diversified Committee regarding
                             same (.4).

07/13/06 S Strong        .23 Confer with A. W. Jarvis regarding joint
                             information request from committees (0.2);
                             exchange emails with A. W. Jarvis, M. Kehl and
                             E. A. Monson regarding general issues
                             concerning dissemination of information to
                             committees (0.3); review emails from A. W.
                             Jarvis and S. Smith regarding joint information
                             request of committees and further procedures
                             needed (0.2).

07/14/06 A Jarvis        .30 Correspondence on meeting with Diversified
                             Committee.

07/14/06 A Jarvis        .05 Correspondence regarding weekly committee
                             meeting.

07/14/06 B Kotter        .45 Conference with S. C. Strong regarding subpoena
                             response and procedures for handling document
                             requests (.3); telephone conference call with
                             A. W. Jarvis, S. C. Strong, and E. A. Monson
                             regarding production issues (1.1); prepare for
                             production issues (.4).

07/14/06 S Strong        .35 Further review of Joint Document Request from
                             committees (0.3); participate in conference
                             call with RQN and Mesirow teams regarding
                             responding to same (1.1).

07/16/06 A Jarvis       1.80 Review documentation on Diversified Trust and
                             portfolio in preparation for meeting.

07/17/06 A Jarvis       1.80 Meeting with M. Tucker and M. Levinson
                             regarding Ashby loans, issues regarding
                             Diversified portfolio; draft e-mail regarding
                             portfolio questions.

07/17/06 A Jarvis        .80 Meeting with M. Levinson, J. Hermann, T.
                             Allison regarding issues with Diversified
                             portfolio, action plan going forward.

Client No. 34585                                            Page:    5
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/17/06 B Kotter        2.20 Continue reviewing documents for privilege and
                              formulating response to the committees' joint
                              request (8.2); telephone conference with S. C.
                              Strong regarding privilege/confidentiality and
                              privacy concerns (.6).

07/17/06 R Madsen, II     .13 Work on preparation for document review and
                              production in Las Vegas.

07/17/06 S Strong         .38 Telephone conference with B. J. Kotter and E.
                              A. Monson regarding issues in responding to
                              joint committees document request (0.6);
                              exchange emails with C. Pajak regarding
                              progress with same (0.1); review emails from B.
                              J. Kotter regarding categories of responsive
                              information in loan files, and email to A. W.
                              Jarvis regarding same (0.2); review and
                              analysis of spreadsheets circulated to
                              committees advisors containing backup for the
                              Supplement to Motion to Distribute (0.6).

07/18/06 A Jarvis         .08 Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis         .05 Correspondence on document request on loan
                              files.

07/18/06 A Jarvis         .07 Correspondence on documents requested by
                              Committees.

07/18/06 A Jarvis         .05 Conference call with T. Allison regarding Boise
                              Gowan.

07/18/06 A Jarvis         .05 Correspondence on updated financing needs.

07/18/06 A Jarvis         .07 Correspondence on Rio Rancho and the Gardens.

07/18/06 A Jarvis         .07 Correspondence on issues relating to
                              guarantees.

07/18/06 B Kotter        2.35 Continue working on response to committees'
                              joint request including meeting with various
                              USA people possessing knowledge relevant to
                              request; continue review of documents for
                              privilege concerns.

07/18/06 R Madsen, II     .75 Review of loan documentation and communications
                              with respect to attorney-client privileged
                              communications.

```
Client No. 34585                                      Page:    6
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006
```

07/18/06 R Madsen, II    .70 Work on creating privileged log of
                             attorney-client privileged documentation.

07/18/06 E Monson       1.05 Meet with Angie and work through Joint
                             Committee requests and organization chart
                             (4.2).

07/18/06 S Strong        .15 Telephone conference with B. J. Kotter and E.
                             A. Monson regarding status of their review of
                             documents to be produced in response to
                             committees request (0.3); further discussions
                             with B. J. Kotter regarding same (0.3).

07/18/06 S Strong        .10 Review emails from committees professionals
                             regarding same (0.4).

07/18/06 S Strong        .23 Participate in telephone conference with S.
                             Smith and committees FAs regarding Motion to
                             Distribute calculations and assumptions (.9).

07/18/06 A Tsu          1.75 Review of loan documentation and communications
                             with respect to attorney-client privilege, work
                             product privilege and other privileged
                             communications (3.0); creating a privilege log
                             for documents determined to be privileged
                             (2.8); reviewing investor files to create
                             sample files for discovery purposes; reviewing
                             and redacting information relating to same
                             (1.2).

07/19/06 A Jarvis        .80 Telephone conference with Diversified
                             Committee counsel regarding portfolio
                             problems, asset recovery issues.

07/19/06 A Jarvis        .50 Conference call with Committees regarding
                             document production, distribution motion,
                             unfunded requirements, plan issues.

07/19/06 A Jarvis        .08 Correspondence with T. Allison regarding
                             committee meeting.

07/19/06 A Jarvis        .08 Correspondence with T. Allison regarding
                             meetings with Committee.

Client No. 34585                                                    Page:    7
Debtor USA Commercial Mortgage Co., et al.                          August 25, 2006


07/19/06 B Kotter        1.57 Meeting with E. A. Monson regarding response to
                              joint request (.8); phone conference with E. A.
                              Monson, S. C. Strong, A. W. Jarvis and Mesirow
                              regarding production (.6); weekly joint
                              committee phone call (2.3); work on response to
                              request (2.1); phone call with R. Charles and
                              paralegal regarding imaging of documents and
                              possibility of web-based hosting (.2); e-mail
                              exchange with Natalie (.3).

07/19/06 E Monson         .10 Meet with B. J. Kotter to discuss joint
                              committee requests (.4).

07/19/06 E Monson         .07 Review e-mails from B. J. Kotter and others
                              regarding document production issues (.3).

07/19/06 E Monson         .36 Follow up on possible protective order and
                              other issues relating to response to joint
                              committee requests (1.4).

07/19/06 E Monson         .45 Participate in committee conference call (1.8).

07/19/06 S Strong         .75 Participate in conference call with A. W
                              Jarvis, E. A. Monson, B. J. Kotter and Mesirow
                              team regarding document production issues in
                              responding to joint committees request (0.5);
                              participate in weekly conference call with
                              committees professionals regarding various
                              pending issues (2.0); telephone conference with
                              R. Charles regarding process for responding to
                              joint committees document request (0.2);
                              telephone conference with R. Charles, N.
                              Tanner, and B. J. Kotter regarding same (0.3).

07/19/06 S Tingey         .39 Meeting with A. W. Jarvis and other attorneys
                              regarding administrative coordination and
                              status issues (1.1); compile and review
                              guarantor information regarding issues raised
                              by committees (1.6).

07/20/06 A Jarvis         .20 Review analysis by UCC financial advisor on
                              holdback, information for committee meeting.

07/20/06 A Jarvis         .20 Conference call with Mesirow team regarding
                              document production, investor statements,
                              information for committees.

Client No. 34585                                                Page:    8
Debtor USA Commercial Mortgage Co., et al.                      August 25, 2006


07/20/06 B Kotter          .43 Finish redacting proposed sample investor files
                               (.8); continue work on responding to the
                               committees' joint request (.9).

07/20/06 E Monson          .05 Draft and send e-mail to R. Hilson regarding
                               joint committee request (.2).

07/20/06 E Monson          .40 Work on review and response to joint committee
                               requests (1.6).

07/20/06 S Strong         1.50 Participate in conference call with debtors
                               professionals and Diversified Committees
                               professionals regarding distribution issues and
                               offsetting (1.2); confer with A. W. Jarvis
                               regarding issues raised on call and further
                               research needed (0.3).

07/20/06 S Strong         1.15 Exchange emails with B. J. Kotter regarding SEC
                               document production requested by committees,
                               and confer with M. W. Pugsley regarding same
                               (0.3); review redacted investor files from B.
                               J. Kotter and exchange emails with him and E.
                               A. Monson regarding same (0.3); arrange for
                               tomorrows conference call with committees
                               regarding details of proposed distribution to
                               investors, exchange emails with M. Kehl
                               regarding same, and send email to committees
                               working group regarding same (0.5); research
                               and analysis of possible legal grounds for and
                               against allowing investors to offset unpaid
                               principal against overpaid interest (2.4);
                               various discussions with A. W. Jarvis regarding
                               same (0.4); telephone conference with A. W.
                               Jarvis, T. Allison and S. Smith regarding same
                               (0.4); exchange emails with S. Smith, T.
                               Allison and R. Charles regarding
                               recharacterization of prepaid interest and
                               principal payments within certain loans (0.3).

07/21/06 A Jarvis          .25 Conference call with Committees.

07/21/06 B Kotter          .17 Draft e-mail to M. Olsen regarding response to
                               committees' joint request (.7).

07/21/06 E Monson          .08 Review e-mail from R. Hilson on joint
                               committee request and send reply (.2); Review
                               additional e-mail response from R. Hilson
                               (.1).

Client No. 34585                                          Page:    9
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/21/06 E Monson        .05 Review e-mails from B. J. Kotter and M. Olson
                             regarding joint committee requests (.2).

07/21/06 S Strong        .30 Participate in conference call with debtors'
                             and committees' professionals regarding details
                             of proposed distribution of funds (1.0);
                             follow-up discussions with A. W. Jarvis
                             regarding same (0.2).

07/21/06 S Strong        .10 Confer with S. C. Tingey regarding loan summary
                             needed for committees (0.3); review email from
                             S. C. Tingey to S. Steele regarding same (0.1).

07/21/06 S Strong        .05 Review emails from B. J. Kotter and USA staff
                             regarding document production progress and
                             logistics in responding to joint committee
                             request (.2).

07/24/06 S Strong        .20 Exchange emails with M. Kehl and S. Smith
                             regarding further information requests of
                             Diversified Fund (0.2).

07/25/06 A Jarvis       1.90 Meetings with Diversified Committee Counsel
                             and J. Milanowski; meeting with J. Milanowski
                             regarding Diversified portfolio, asset
                             recovery.

07/25/06 A Jarvis        .33 Meeting with Committees, potential bidder.

07/25/06 B Kotter       1.53 Conference with M. W. Pugsley regarding SEC
                             production issues and response to joint
                             committee request (.4); meet with IT
                             regarding duplication of CD/DVD's of
                             documents (.3); conference with S. C. Strong
                             regarding document production issues (.4);
                             continue work on cataloging documents and
                             preparing response to request (2.4).

07/25/06 R Madsen, II    .43 Review and revisions to privileged documents
                             log.

07/25/06 E Monson        .57 Conference with A. W. Jarvis, T. Allison and
                             representatives of First Trust Deed Committee
                             and Direct Lenders Committee and counsel (2.3).

Client No. 34585                                              Page:   10
Debtor USA Commercial Mortgage Co., et al.                  August 25, 2006


07/25/06 S Strong         .50 Telephone conference with A. W. Jarvis
                              regarding questions from Diversified Committee
                              for meeting today with J. Milanowski (0.1);
                              review proposed questions and related materials
                              from M. Tucker, and forward same to R. Walker
                              (0.4).

07/25/06 S Strong         .08 Telephone conference with M. Kehl and J. Nugent
                              regarding revised Funding Requirements list for
                              committees (.2); exchange emails with M. Kehl
                              regarding Hilco appraisals requested by
                              committees (.1).

07/26/06 A Jarvis         .32 Telephone conference with S. C. Strong
                              regarding committee meetings, motion to
                              distribute funds, plan negotiations.

07/26/06 A Jarvis         .10 Correspondence with Committees on Motion to
                              Distribute.

07/26/06 A Jarvis         .07 Correspondence regarding motion to distribute,
                              recoupment issues.

07/26/06 B Kotter        2.65 Review CDs produced to SEC (.8); conference
                              with R. H. Madsen regarding continued privilege
                              review (.4); conference with E. A. Monson
                              regarding response to joint request (.3);
                              conference with R. Hilson regarding response
                              (.3); meeting with potential vendors (1.8);
                              obtain file from Gould and review for privilege
                              (1.6); continued work on response to committee
                              request   (5.4).

07/26/06 R Madsen, II    2.35 Corporate document review and production with
                              respect to various corporate entities, limited
                              liability companies and other entities in
                              response to joint committee request.

07/26/06 E Monson         .05 Draft e-mail to S. Smith regarding direct
                              lender requests and lists of investors to
                              Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson         .12 Review e-mail from S. Smith and drafts of
                              investor lists and send reply e-mails (.5).

07/26/06 E Monson         .30 Meet with R. Hilson, LePome, and S. Smith to go
                              over financial information requested in joint
                              committee requests (1.2).

Client No. 34585                                          Page:   11
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/26/06 E Monson        .40 Work on other issues involving joint committee
                             requests including discussions with R. Madsen
                             regarding privilege, confidentiality and
                             privacy issues (1.6).

07/26/06 E Monson        .05 Discussion with S. C. Strong on document
                             production issues (.2).

07/26/06 S Strong        .10 Confer with S. Tingey regarding follow-up
                             needed with Diversified Committee and IP
                             regarding Epic loan situation (0.1).

07/26/06 S Strong        .13 Exchange various emails with counsel for
                             committees regarding rescheduling weekly
                             conference call (0.2); confer with S. C. Tingey
                             regarding status of loan summaries requested by
                             committees (0.1); telephone conferences with B.
                             J. Kotter and E. A. Monson regarding issues in
                             responding to joint committees document
                             requests (0.2).

07/26/06 S Tingey        .30 Telephone conference with J. Herrman, attorney
                             for committee regarding EPIC loan (0.3).

07/27/06 A Jarvis       1.00 Conference call with M. Levinson and S. C.
                             Strong regarding Diversified position on
                             motion to distribute.

07/27/06 A Jarvis        .05 Draft agenda for Committee conference call.

07/27/06 A Jarvis        .05 Correspondence with Committees regarding Rio
                             Rancho proposal.

07/27/06 A Jarvis        .47 Conference call with four committees regarding
                             motion to distribute, Rio Rancho, exclusivity,
                             plan progress.

07/27/06 B Kotter       2.20 Continued review of loan files and corporate
                             records for privilege (1.7); e-mail to A. W.
                             Jarvis, S. C. Strong, S. C. Tingey regarding
                             loan file from Gould Patterson (.4); work on
                             response to committee's joint request in
                             cooperation with E. A. Monson (4.4); including
                             meeting with M. Olson (1.1); and other
                             employees (.6); phone call with S. C. Strong
                             regarding scope (.6).

Client No. 34585                                                Page:   12
Debtor USA Commercial Mortgage Co., et al.                      August 25, 2006


07/27/06 R Madsen, II   2.43 Corporate document review and production with
                             respect to various corporate entities, limited
                             liability companies and other entities in
                             response to joint committee request.

07/27/06 E Monson        .30 Review e-mails from Lynn Ernce, S. C. Strong
                             and Mark Olson regarding changes to
                             Diversified's information on USA Capital web
                             page and send reply e-mail to S. C. Strong
                             (.3).

07/27/06 E Monson        .20 Draft e-mail to L. Ernce regarding requested
                             changes to USA web site (.2).

07/27/06 E Monson        .05 Draft e-mail to S. Smith regarding sending out
                             lists of people in funds to committee counsel
                             and status of direct lender names (.2).

07/27/06 E Monson        .87 Work on joint committee requests outlining
                             status of what has been identified and what
                             still need to be done (3.5).

07/27/06 E Monson        .15 Go through files in Vicki Loob's office to
                             determine if responsive to request (.6).

07/27/06 E Monson        .08 Review e-mail exchange involving Rob Charles,
                             A. W. Jarvis and Natalee Tanner involving
                             document request and scanning and discuss with
                             B. J. Kotter (.3).

07/27/06 E Monson        .12 Conference with S. C. Strong and B. J. Kotter
                             regarding Rob Charles e-mail exchange and
                             document production (.5).

07/27/06 S Strong       2.00 Participate in telephone conference with S.
                             Smith and A. W. Jarvis regarding issues raised
                             by Diversified Committee respecting Motion to
                             Distribute (0.7); further discussions with A.
                             W. Jarvis regarding same (0.2); participate in
                             conference call with A. W. Jarvis and M.
                             Levinson regarding distribution issues and
                             reorganization strategies (0.9); exchange
                             emails with L. Ernce, M. Olson, E. A. Monson
                             and A. W. Jarvis regarding debtors website and
                             information regarding Diversified Fund on
                             website (.2).

Client No. 34585                                          Page:   13
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/27/06 S Strong          .55 Participate in weekly conference call with
                               debtors and committees counsel regarding
                               various pending issues (1.7); telephone
                               conference with B. J. Kotter and E. A. Monson
                               regarding progress in reviewing and preparing
                               documents, and arranging logistics, for
                               response to joint committees request (.5).

07/28/06 A Jarvis          .30 Correspondence regarding IP demands with
                               respect to Diversified.

07/28/06 B Kotter         1.25 Follow up with Natalie Tanner regarding imaging
                               request and draft e-mail to USA persons
                               regarding vendor inquiries (.6); review of
                               confidentiality agreements for S. C. Strong
                               (1.3); follow up on joint committee request
                               issues (1.4); legal research related to motion
                               to distribute replys (1.7).

07/28/06 S Strong          .23 Review email from M. Haftl with copies of all
                               executed confidentiality agreements with
                               potential DIP lenders and purchasers, as
                               requested by Committees, and confer with B. J.
                               Kotter regarding further review needed of
                               debtors reciprocal confidential obligations
                               respecting same (0.4); follow-up discussion
                               with B. J. Kotter regarding same (0.1);
                               telephone conference with M. Haftl regarding
                               appraisal documents requested by UCC member
                               (0.1); exchange emails with R. Charles
                               regarding same, follow-up call with J. Reed and
                               M. Haftl regarding same, and exchange follow-up
                               emails with A. W. Jarvis and M. Haftl regarding
                               same (0.3).

07/31/06 A Jarvis          .17 Conference call with committees regarding
                               exclusivity period extension, plan
                               negotiations, document production, motion to
                               distribute, funding requirements.

07/31/06 A Jarvis          .13 Correspondence with committee on plan
                               proposals; confidentiality agreement regarding
                               term sheet proposal.

07/31/06 B Kotter          .05 Conference with E. A. Monson regarding
                               production (.2).

Client No. 34585                                             Page:   14
Debtor USA Commercial Mortgage Co., et al.                  August 25, 2006


07/31/06 E Monson       .03 Draft e-mail to LeeAnn Weese regarding follow
                            up on joint committee requests for financial
                            information (.1).

07/31/06 E Monson       .20 Work on joint committee requests and review
                            e-mails from B. J. Kotter (.8).

07/31/06 S Strong       .30 Review notes and prepare agenda for weekly call
                            with committees (0.3); participate in weekly
                            conference call with Committees (0.6);
                            telephone conference with S. Smith, J. Nugent
                            and A. W. Jarvis regarding issues raised on
                            weekly call (0.3).

TOTAL FOR LEGAL SERVICES RENDERED                                $14,209.11

# Exhibit D-16

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                             Invoice No.  ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00021**

**Unsecured Creditors Committee Relations**

07/03/06 S Strong       .15 Arrange details and outline issues for weekly
                            committees call this week, and exchange emails
                            with committees counsel regarding same (0.6).

07/05/06 S Strong       .10 Exchange emails and telephone conference with
                            M. Kehl regarding logistics for July 11 meeting
                            with committees and new information requests
                            from committees (0.4).

07/05/06 S Strong       .40 Participate in weekly conference call with
                            committees and debtors professionals (0.8);
                            confer with A. W. Jarvis regarding issues
                            raised by committees concerning motion to
                            distribute, and draft email to committees
                            counsel regarding their views on distribution
                            (0.8).

07/06/06 S Strong       .15 Review emails from committees counsel
                            regarding various positions on motion to
                            distribute (0.3); exchange emails with L.
                            Schwartzer regarding logistics for July 11
                            meeting with committees, and telephone
                            conference with him regarding same (0.2);
                            telephone conference with A. W. Jarvis
                            regarding same (0.1).

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/07/06 S Strong         .18 Telephone conference with A. W. Jarvis
                              regarding issues and arrangements for next
                              weeks meeting with Committees (0.5); exchange
                              emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis         .10 Correspondence on committee presentation.

07/10/06 A Jarvis         .25 Conference call with T. Allison, M. Kehl, S.
                              Smith, S. C. Strong regarding presentation for
                              committee meeting, investor statement issues.

07/10/06 B Kotter         .40 E-mail exchange regarding privacy issues and
                              the committee's discovery requests (.3); brief
                              initial review of actual joint request (.2);
                              legal research on Bank's obligation to inform
                              customers of subpoena (1.1).

07/10/06 D Monson         .12 Review M. Kehl summary for Committees Meeting
                              of Standard Property Development settlement
                              proposal, and e-mail to M. Kehl with revisions
                              and comments on appraisal issues, and further
                              analysis of Standard Property appraisal (0.5).

07/10/06 S Strong        1.00 Work on materials for debtors presentation to
                              Committees this week, and exchange emails with
                              M. Kehl regarding same (1.3); prepare for
                              weekly call with Committees professionals and
                              exchange emails with S. Smith regarding
                              information for same (0.6); participate in
                              weekly call with committees professionals
                              (0.7); telephone conference with A. W. Jarvis,
                              T. Allison and Mesirow team regarding issues
                              and planning for meeting with Committees this
                              week (1.0); review email from A. W. Jarvis
                              regarding additional materials needed for
                              meeting, and review and assemble same (0.4).

07/11/06 A Jarvis        1.48 Preparation for and attendance at Committee
                              meetings.

07/11/06 B Kotter         .22 Conference with S. C. Strong regarding
                              committee meeting (.3); e-mail to J. Reed at
                              Mesirow and review of power point
                              presentation (.2); forward presentation to
                              counsel (.3); follow up on document request
                              with S. C. Strong (.1).

Client No. 34585                                         Page:    3
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/11/06 S Strong        .20 Review various loan summaries and loan
                             information (0.3); telephone conference with M.
                             Kehl regarding presentation to committees today
                             (0.1); confer with B. J. Kotter regarding
                             circulating copies of presentation, email to
                             committees counsel regarding same, and review
                             email from B. J. Kotter regarding same (0.4).

07/12/06 B Kotter        .23 Review of document requests from committee
                             (.6); conference with S. C. Strong regarding
                             requests and debtors response with objections
                             and production of various documents (.3).

07/12/06 E Monson        .07 Discussion with S. C. Strong regarding
                             discovery issues and review e-mail on joint
                             committee request for information (.3).

07/12/06 S Strong        .38 Further review and analysis of Joint Document
                             Request from committees requesting 96 items of
                             information (0.9); conferences with B. J.
                             Kotter and E. Monson regarding same (0.6).

07/13/06 B Kotter        .07 Respond to e-mail inquiry regarding
                             committees' review of documents with their
                             financial advisors and discuss privilege
                             issues (.7).

07/13/06 S Strong        .23 Confer with A. W. Jarvis regarding joint
                             information request from committees (0.2);
                             exchange emails with A. W. Jarvis, M. Kehl and
                             E. A. Monson regarding general issues
                             concerning dissemination of information to
                             committees (0.3); review emails from A. W.
                             Jarvis and S. Smith regarding joint information
                             request of committees and further procedures
                             needed (0.2).

07/14/06 A Jarvis        .05 Correspondence regarding weekly committee
                             meeting.

07/14/06 B Kotter        .45 Conference with S. C. Strong regarding subpoena
                             response and procedures for handling document
                             requests (.3); telephone conference call with
                             A. W. Jarvis, S. C. Strong, and E. A. Monson
                             regarding production issues (1.1); prepare for
                             production issues (.4).

Client No. 34585                                          Page:    4
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/14/06 S Strong          .35 Further review of Joint Document Request from
                               committees (0.3); participate in conference
                               call with RQN and Mesirow teams regarding
                               responding to same (1.1).

07/17/06 B Kotter         2.20 Continue reviewing documents for privilege and
                               formulating response to the committees' joint
                               request (8.2); telephone conference with S. C.
                               Strong regarding privilege/confidentiality and
                               privacy concerns (.6).

07/17/06 R Madsen, II      .13 Work on preparation for document review and
                               production in Las Vegas.

07/17/06 S Strong          .38 Telephone conference with B. J. Kotter and E.
                               A. Monson regarding issues in responding to
                               joint committees document request (0.6);
                               exchange emails with C. Pajak regarding
                               progress with same (0.1); review emails from B.
                               J. Kotter regarding categories of responsive
                               information in loan files, and email to A. W.
                               Jarvis regarding same (0.2); review and
                               analysis of spreadsheets circulated to
                               committees advisors containing backup for the
                               Supplement to Motion to Distribute (0.6).

07/18/06 A Jarvis          .20 Correspondence on financial advisor for
                               Unsecured Creditors' Committee.

07/18/06 A Jarvis          .08 Correspondence on documents requested by
                               Committees.

07/18/06 A Jarvis          .08 Correspondence on issues relating to
                               guarantees.

07/18/06 A Jarvis          .05 Correspondence on document request on loan
                               files.

07/18/06 A Jarvis          .05 Conference call with T. Allison regarding Boise
                               Gowan.

07/18/06 A Jarvis          .07 Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis          .05 Correspondence on updated financing needs.

07/18/06 A Jarvis          .08 Correspondence on Rio Rancho and the Gardens.

Client No. 34585                                              Page:   5
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/18/06 B Kotter        2.35 Continue working on response to committees'
                              joint request including meeting with various
                              USA people possessing knowledge relevant to
                              request; continue review of documents for
                              privilege concerns.

07/18/06 R Madsen, II     .75 Review of loan documentation and communications
                              with respect to attorney-client privileged
                              communications.

07/18/06 R Madsen, II     .70 Work on creating privileged log of
                              attorney-client privileged documentation.

07/18/06 E Monson        1.05 Meet with Angie and work through Joint
                              Committee requests and organization chart
                              (4.2).

07/18/06 S Strong         .15 Telephone conference with B. J. Kotter and E.
                              A. Monson regarding status of their review of
                              documents to be produced in response to
                              committees request (0.3); further discussions
                              with B. J. Kotter regarding same (0.3).

07/18/06 S Strong         .10 Review emails from committees professionals
                              regarding same (0.4).

07/18/06 S Strong         .23 Participate in telephone conference with S.
                              Smith and committees FAs regarding Motion to
                              Distribute calculations and assumptions (.9).

07/18/06 A Tsu           1.75 Review of loan documentation and communications
                              with respect to attorney-client privilege, work
                              product privilege and other privileged
                              communications (3.0); creating a privilege log
                              for documents determined to be privileged
                              (2.8); reviewing investor files to create
                              sample files for discovery purposes; reviewing
                              and redacting information relating to same
                              (1.2).

07/19/06 A Jarvis         .07 Correspondence with T. Allison regarding
                              committee meeting.

07/19/06 A Jarvis         .07 Correspondence with T. Allison regarding
                              meetings with Committee.

Client No. 34585                                    Page:    6
Debtor USA Commercial Mortgage Co., et al.          August 25, 2006


07/19/06 A Jarvis        .50 Conference call with Committees regarding
                             document production, distribution motion,
                             unfunded requirements, plan issues.

07/19/06 B Kotter       1.58 Meeting with E. A. Monson regarding response
                             to joint request (.8); phone conference with
                             E. A. Monson, S. C. Strong, A. W. Jarvis and
                             Mesirow regarding production (.6); weekly
                             joint committee phone call (2.3); work on
                             response to request (2.1); phone call with R.
                             Charles and paralegal regarding imaging of
                             documents and possibility of web-based
                             hosting (.2); e-mail exchange with Natalie
                             (.3).

07/19/06 E Monson        .10 Meet with B. J. Kotter to discuss joint
                             committee requests (.4).

07/19/06 E Monson        .08 Review e-mails from B. J. Kotter and others
                             regarding document production issues (.3).

07/19/06 E Monson        .35 Follow up on possible protective order and
                             other issues relating to response to joint
                             committee requests (1.4).

07/19/06 E Monson        .45 Participate in committee conference call (1.8).

07/19/06 S Strong        .75 Participate in conference call with A. W
                             Jarvis, E. A. Monson, B. J. Kotter and Mesirow
                             team regarding document production issues in
                             responding to joint committees request (0.5);
                             participate in weekly conference call with
                             committees professionals regarding various
                             pending issues (2.0); telephone conference with
                             R. Charles regarding process for responding to
                             joint committees document request (0.2);
                             telephone conference with R. Charles, N.
                             Tanner, and B. J. Kotter regarding same (0.3).

07/19/06 S Tingey        .77 Meeting with A. W. Jarvis and other attorneys
                             regarding administrative coordination and
                             status issues (1.1); compile and review
                             guarantor information regarding issues raised
                             by committees (1.6).

07/20/06 A Jarvis        .20 Conference call with Mesirow team regarding
                             document production, investor statements,
                             information for committees.

Client No. 34585                                      Page:    7
Debtor USA Commercial Mortgage Co., et al.           August 25, 2006


07/20/06 A Jarvis        .20 Review analysis by UCC financial advisor on
                             holdback, information for committee meeting.

07/20/06 B Kotter        .42 Finish redacting proposed sample investor
                             files (.8); continue work on responding to
                             the committees' joint request (.9).

07/20/06 E Monson        .05 Draft and send e-mail to R. Hilson regarding
                             joint committee request (.2).

07/20/06 E Monson        .40 Work on review and response to joint committee
                             requests (1.6).

07/20/06 S Strong       1.15 Exchange emails with B. J. Kotter regarding SEC
                             document production requested by committees,
                             and confer with M. W. Pugsley regarding same
                             (0.3); review redacted investor files from B.
                             J. Kotter and exchange emails with him and E.
                             A. Monson regarding same (0.3); arrange for
                             tomorrows conference call with committees
                             regarding details of proposed distribution to
                             investors, exchange emails with M. Kehl
                             regarding same, and send email to committees
                             working group regarding same (0.5); research
                             and analysis of possible legal grounds for and
                             against allowing investors to offset unpaid
                             principal against overpaid interest (2.4);
                             various discussions with A. W. Jarvis regarding
                             same (0.4); telephone conference with A. W.
                             Jarvis, T. Allison and S. Smith regarding same
                             (0.4); exchange emails with S. Smith, T.
                             Allison and R. Charles regarding
                             recharacterization of prepaid interest and
                             principal payments within certain loans (0.3).

07/21/06 A Jarvis        .25 Conference call with Committees.

07/21/06 B Kotter        .18 Draft e-mail to M. Olsen regarding response
                             to committees' joint request (.7).

07/21/06 E Monson        .05 Review e-mails from B. J. Kotter and M. Olson
                             regarding joint committee requests (.2).

07/21/06 E Monson        .07 Review e-mail from R. Hilson on joint committee
                             request and send reply (.2); Review additional
                             e-mail response from R. Hilson (.1).

Client No. 34585                                        Page:    8
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/21/06 S Strong          .30 Participate in conference call with debtors'
                               and committees' professionals regarding details
                               of proposed distribution of funds (1.0);
                               follow-up discussions with A. W. Jarvis
                               regarding same (0.2).

07/21/06 S Strong          .10 Confer with S. C. Tingey regarding loan summary
                               needed for committees (0.3); review email from
                               S. C. Tingey to S. Steele regarding same (0.1).

07/21/06 S Strong          .05 Review emails from B. J. Kotter and USA staff
                               regarding document production progress and
                               logistics in responding to joint committee
                               request (.2).

07/25/06 A Jarvis         2.10 Meeting with Unsecured Creditors Committee.

07/25/06 A Jarvis          .32 Meeting with Committees, potential bidder.

07/25/06 B Kotter          .87 Conference with M. W. Pugsley regarding SEC
                               production issues and response to joint
                               committee request (.4); meet with IT regarding
                               duplication of CD/DVD's of documents (.3);
                               conference with S. C. Strong regarding document
                               production issues (.4); continue work on
                               cataloging documents and preparing response to
                               request (2.4).

07/25/06 R Madsen, II      .43 Review and revisions to privileged documents
                               log.

07/25/06 E Monson          .58 Conference with A. W. Jarvis, T. Allison and
                               representatives of First Trust Deed Committee
                               and Direct Lenders Committee and counsel (2.3).

07/25/06 S Strong          .08 Telephone conference with M. Kehl and J. Nugent
                               regarding revised Funding Requirements list for
                               committees (.2); exchange emails with M. Kehl
                               regarding Hilco appraisals requested by
                               committees (.1).

07/26/06 A Jarvis          .33 Telephone conference with S. C. Strong
                               regarding committee meetings, motion to
                               distribute funds, plan negotiations.

07/26/06 A Jarvis          .08 Correspondence regarding motion to
                               distribute, recoupment issues.

Client No. 34585                                      Page:    9
Debtor USA Commercial Mortgage Co., et al.            August 25, 2006


07/26/06 A Jarvis        .10 Correspondence with Committees on Motion to
                             Distribute.

07/26/06 B Kotter       2.65 Review CDs produced to SEC (.8); conference
                             with R. H. Madsen regarding continued privilege
                             review (.4); conference with E. A. Monson
                             regarding response to joint request (.3);
                             conference with R. Hilson regarding response
                             (.3); meeting with potential vendors (1.8);
                             obtain file from Gould and review for privilege
                             (1.6); continued work on response to committee
                             request   (5.4).

07/26/06 R Madsen, II   2.35 Corporate document review and production with
                             respect to various corporate entities, limited
                             liability companies and other entities in
                             response to joint committee request.

07/26/06 E Monson        .05 Draft e-mail to S. Smith regarding direct
                             lender requests and lists of investors to
                             Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson        .13 Review e-mail from S. Smith and drafts of
                             investor lists and send reply e-mails (.5).

07/26/06 E Monson        .30 Meet with R. Hilson, LePome, and S. Smith to go
                             over financial information requested in joint
                             committee requests (1.2).

07/26/06 E Monson        .40 Work on other issues involving joint committee
                             requests including discussions with R. Madsen
                             regarding privilege, confidentiality and
                             privacy issues (1.6).

07/26/06 E Monson        .05 Discussion with S. C. Strong on document
                             production issues (.2).

07/26/06 S Strong        .13 Exchange various emails with counsel for
                             committees regarding rescheduling weekly
                             conference call (0.2); confer with S. C. Tingey
                             regarding status of loan summaries requested by
                             committees (0.1); telephone conferences with B.
                             J. Kotter and E. A. Monson regarding issues in
                             responding to joint committees document
                             requests (0.2).

07/27/06 A Jarvis        .10 Telephone call to R. Charles regarding
                             committee requests.

Client No. 34585                                                      Page:   10
Debtor USA Commercial Mortgage Co., et al.                           August 25, 2006


07/27/06 A Jarvis          .20 Telephone call to R. Charles regarding
                               answers to questions regarding motion to
                               distribute.

07/27/06 A Jarvis          .05 Draft agenda for Committee conference call.

07/27/06 A Jarvis          .05 Correspondence with Committees regarding Rio
                               Rancho proposal.

07/27/06 A Jarvis          .48 Conference call with four committees regarding
                               motion to distribute, Rio Rancho, exclusivity,
                               plan progress.

07/27/06 B Kotter         2.20 Continued review of loan files and corporate
                               records for privilege (1.7); e-mail to A. W.
                               Jarvis, S. C. Strong, S. C. Tingey regarding
                               loan file from Gould Patterson (.4); work on
                               response to committee's joint request in
                               cooperation with E. A. Monson (4.4); including
                               meeting with M. Olson (1.1); and other
                               employees (.6); phone call with S. C. Strong
                               regarding scope (.6).

07/27/06 R Madsen, II     2.43 Corporate document review and production with
                               respect to various corporate entities, limited
                               liability companies and other entities in
                               response to joint committee request.

07/27/06 E Monson          .13 Conference with S. C. Strong and B. J. Kotter
                               regarding Rob Charles e-mail exchange and
                               document production (.5).

07/27/06 E Monson          .05 Draft e-mail to S. Smith regarding sending out
                               lists of people in funds to committee counsel
                               and status of direct lender names (.2).

07/27/06 E Monson          .88 Work on joint committee requests outlining
                               status of what has been identified and what
                               still need to be done (3.5).

07/27/06 E Monson          .15 Go through files in Vicki Loob's office to
                               determine if responsive to request (.6).

07/27/06 E Monson          .07 Review e-mail exchange involving Rob Charles,
                               A. W. Jarvis and Natalee Tanner involving
                               document request and scanning and discuss with
                               B. J. Kotter (.3).

Client No. 34585                                          Page:   11
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/27/06 S Strong        .55 Participate in weekly conference call with
                             debtors and committees counsel regarding
                             various pending issues (1.7); telephone
                             conference with B. J. Kotter and E. A. Monson
                             regarding progress in reviewing and preparing
                             documents, and arranging logistics, for
                             response to joint committees request (.5).

07/28/06 B Kotter       1.25 Follow up with Natalie Tanner regarding imaging
                             request and draft e-mail to USA persons
                             regarding vendor inquiries (.6); review of
                             confidentiality agreements for S. C. Strong
                             (1.3); follow up on joint committee request
                             issues (1.4); legal research related to motion
                             to distribute replys (1.7).

07/28/06 S Strong        .23 Review email from M. Haftl with copies of all
                             executed confidentiality agreements with
                             potential DIP lenders and purchasers, as
                             requested by Committees, and confer with B. J.
                             Kotter regarding further review needed of
                             debtors reciprocal confidential obligations
                             respecting same (0.4); follow-up discussion
                             with B. J. Kotter regarding same (0.1);
                             telephone conference with M. Haftl regarding
                             appraisal documents requested by UCC member
                             (0.1); exchange emails with R. Charles
                             regarding same, follow-up call with J. Reed and
                             M. Haftl regarding same, and exchange follow-up
                             emails with A. W. Jarvis and M. Haftl regarding
                             same (0.3).

07/31/06 A Jarvis        .18 Conference call with committees regarding
                             exclusivity period extension, plan
                             negotiations, document production, motion to
                             distribute, funding requirements.

07/31/06 A Jarvis        .12 Correspondence with committee on plan
                             proposals; confidentiality agreement regarding
                             term sheet proposal.

07/31/06 B Kotter        .05 Conference with E. A. Monson regarding
                             production (.2).

07/31/06 E Monson        .02 Draft e-mail to LeeAnn Weese regarding follow
                             up on joint committee requests for financial
                             information (.1).

Client No. 34585                                                    Page:   12
Debtor USA Commercial Mortgage Co., et al.                         August 25, 2006


07/31/06 E Monson        .20 Work on joint committee requests and review
                             e-mails from B. J. Kotter (.8).

07/31/06 S Strong        .30 Review notes and prepare agenda for weekly call
                             with committees (0.3); participate in weekly
                             conference call with Committees (0.6);
                             telephone conference with S. Smith, J. Nugent
                             and A. W. Jarvis regarding issues raised on
                             weekly call (0.3).

TOTAL FOR LEGAL SERVICES RENDERED                               $10,638.14