# Exhibit D-17

STATEMENT OF ACCOUNT

# RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

POST OFFICE BOX 45385

SALT LAKE CITY, UTAH 84145-0385

TELEPHONE (801) 532-1500

FACSIMILE NO. (801) 532-7543

FEDERAL TAX ID NO. 87-0350651

Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                             Invoice No.  ******

For Legal Services Rendered Through July 31, 2006

**Matter No. 34585-00022**

**Executory Contracts Committee Relations**

| | | |
|---|---|---|
| 07/03/06 E Monson | .10 | Draft e-mail to J. Reed regarding following up on number of Direct Lender loans that are not on CD provided to the ECC. |
| 07/03/06 S Strong | .15 | Arrange details and outline issues for weekly committees call this week, and exchange emails with committees counsel regarding same (0.6). |
| 07/05/06 S Strong | .10 | Exchange emails and telephone conference with M. Kehl regarding logistics for July 11 meeting with committees and new information requests from committees (0.4). |
| 07/05/06 S Strong | .40 | Participate in weekly conference call with committees and debtors professionals (0.8); confer with A. W. Jarvis regarding issues raised by committees concerning motion to distribute, and draft email to committees counsel regarding their views on distribution (0.8). |

Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/06/06 S Strong        .15 Review emails from committees counsel
                             regarding various positions on motion to
                             distribute (0.3); exchange emails with L.
                             Schwartzer regarding logistics for July 11
                             meeting with committees, and telephone
                             conference with him regarding same (0.2);
                             telephone conference with A. W. Jarvis
                             regarding same (0.1).

07/07/06 S Strong        .10 Review letter from ECC requesting more
                             information (.1).

07/07/06 S Strong        .18 Telephone conference with A. W. Jarvis
                             regarding issues and arrangements for next
                             weeks meeting with Committees (0.5); exchange
                             emails with L. Schwartzer regarding same (0.2).

07/09/06 A Jarvis        .10 Correspondence on committee presentation.

07/10/06 A Jarvis        .25 Conference call with T. Allison, M. Kehl, S.
                             Smith, S. C. Strong regarding presentation for
                             committee meeting, investor statement issues.

07/10/06 B Kotter        .40 E-mail exchange regarding privacy issues and
                             the committee's discovery requests (.3); brief
                             initial review of actual joint request (.2);
                             legal research on Bank's obligation to inform
                             customers of subpoena (1.1).

07/10/06 D Monson        .12 Review M. Kehl summary for Committees Meeting
                             of Standard Property Development settlement
                             proposal, and e-mail to M. Kehl with revisions
                             and comments on appraisal issues, and further
                             analysis of Standard Property appraisal (0.5).

07/10/06 S Strong       1.00 Work on materials for debtors presentation to
                             Committees this week, and exchange emails with
                             M. Kehl regarding same (1.3); prepare for
                             weekly call with Committees professionals and
                             exchange emails with S. Smith regarding
                             information for same (0.6); participate in
                             weekly call with committees professionals
                             (0.7); telephone conference with A. W. Jarvis,
                             T. Allison and Mesirow team regarding issues
                             and planning for meeting with Committees this
                             week (1.0); review email from A. W. Jarvis
                             regarding additional materials needed for
                             meeting, and review and assemble same (0.4).

Client No. 34585                                                    Page:     3
Debtor USA Commercial Mortgage Co., et al.                          August 25, 2006


07/10/06 S Strong        .30 Confer with E. A. Monson and exchange emails
                             with A. Tsu and E. A. Monson regarding investor
                             privacy issues concerning committees
                             information requests (0.3).

07/11/06 A Jarvis       1.48 Preparation for and attendance at Committee
                             meetings.

07/11/06 B Kotter        .22 Conference with S. C. Strong regarding
                             committee meeting (.3); e-mail to J. Reed at
                             Mesirow and review of power point presentation
                             (.2); forward presentation to counsel (.3);
                             follow up on document request with S. C. Strong
                             (.1).

07/11/06 S Strong        .20 Review various loan summaries and loan
                             information (0.3); telephone conference with M.
                             Kehl regarding presentation to committees today
                             (0.1); confer with B. J. Kotter regarding
                             circulating copies of presentation, email to
                             committees counsel regarding same, and review
                             email from B. J. Kotter regarding same (0.4).

07/12/06 A Jarvis        .30 Correspondence regarding meeting with
                             Executory Contract committee.

07/12/06 B Kotter        .23 Review of document requests from committee
                             (.6); conference with S. C. Strong regarding
                             requests and debtors response with objections
                             and production of various documents (.3).

07/12/06 E Monson        .07 Discussion with S. C. Strong regarding
                             discovery issues and review e-mail on joint
                             committee request for information (.3).

07/12/06 S Strong        .38 Further review and analysis of Joint Document
                             Request from committees requesting 96 items of
                             information (0.9); conferences with B. J.
                             Kotter and E. Monson regarding same (0.6).

07/13/06 B Kotter        .21 Respond to e-mail inquiry regarding committees'
                             review of documents with their financial
                             advisors and discuss privilege issues (.7).

07/13/06 S Strong        .20 Review emails from M. Olson and F. Siddiqui
                             regarding ECC members requesting specific
                             information (0.1); exchange emails with A. W.
                             Jarvis regarding same (0.1).

Client No. 34585                                           Page:    4
Debtor USA Commercial Mortgage Co., et al.                 August 25, 2006


07/13/06 S Strong        .23 Confer with A. W. Jarvis regarding joint
                             information request from committees (0.2);
                             exchange emails with A. W. Jarvis, M. Kehl and
                             E. A. Monson regarding general issues
                             concerning dissemination of information to
                             committees (0.3); review emails from A. W.
                             Jarvis and S. Smith regarding joint information
                             request of committees and further procedures
                             needed (0.2).

07/14/06 A Jarvis        .05 Correspondence regarding weekly committee
                             meeting.

07/14/06 B Kotter        .45 Conference with S. C. Strong regarding subpoena
                             response and procedures for handling document
                             requests (.3); telephone conference call with
                             A. W. Jarvis, S. C. Strong, and E. A. Monson
                             regarding production issues (1.1); prepare for
                             production issues (.4).

07/14/06 S Strong        .35 Further review of Joint Document Request from
                             committees (0.3); participate in conference
                             call with RQN and Mesirow teams regarding
                             responding to same (1.1).

07/17/06 B Kotter       2.20 Continue reviewing documents for privilege and
                             formulating response to the committees' joint
                             request (8.2); telephone conference with S. C.
                             Strong regarding privilege/confidentiality and
                             privacy concerns (.6).

07/17/06 R Madsen, II    .13 Work on preparation for document review and
                             production in Las Vegas.

07/17/06 S Strong        .38 Telephone conference with B. J. Kotter and E.
                             A. Monson regarding issues in responding to
                             joint committees document request (0.6);
                             exchange emails with C. Pajak regarding
                             progress with same (0.1); review emails from B.
                             J. Kotter regarding categories of responsive
                             information in loan files, and email to A. W.
                             Jarvis regarding same (0.2); review and
                             analysis of spreadsheets circulated to
                             committees advisors containing backup for the
                             Supplement to Motion to Distribute (0.6).

07/18/06 A Jarvis       4.20 Conference call with Executory Contracts
                             Committee; review of loan portfolio.

Client No. 34585                                                Page:    5
Debtor USA Commercial Mortgage Co., et al.                     August 25, 2006


07/18/06 A Jarvis          .08 Correspondence on Rio Rancho and the Gardens.

07/18/06 A Jarvis          .05 Correspondence on document request on loan
                               files.

07/18/06 A Jarvis          .08 Correspondence on documents requested by
                               Committees.

07/18/06 A Jarvis          .05 Conference call with T. Allison regarding Boise
                               Gowan.

07/18/06 A Jarvis          .07 Correspondence on Boise Gowan funding needs.

07/18/06 A Jarvis          .05 Correspondence on updated financing needs.

07/18/06 A Jarvis          .08 Correspondence on issues relating to
                               guarantees.

07/18/06 B Kotter         2.35 Continue working on response to committees'
                               joint request including meeting with various
                               USA people possessing knowledge relevant to
                               request; continue review of documents for
                               privilege concerns.

07/18/06 R Madsen, II      .75 Review of loan documentation and communications
                               with respect to attorney-client privileged
                               communications.

07/18/06 R Madsen, II      .70 Work on creating privileged log of
                               attorney-client privileged documentation.

07/18/06 E Monson         3.50 Conference call with Bill Bullard, Jerry
                               Gordon, Tom Allison, Mark Olson, Amanda
                               Stevens, Ned Holmberg and Susan Smith to
                               discuss direct lender loans (3.5).

07/18/06 E Monson         1.05 Meet with Angie and work through Joint
                               Committee requests and organization chart
                               (4.2).

07/18/06 S Strong          .15 Telephone conference with B. J. Kotter and E.
                               A. Monson regarding status of their review of
                               documents to be produced in response to
                               committees request (0.3); further discussions
                               with B. J. Kotter regarding same (0.3).

07/18/06 S Strong          .10 Review emails from committees professionals
                               regarding same (0.4).

Client No. 34585                                          Page:    6
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006


07/18/06 S Strong          .23 Participate in telephone conference with S.
                               Smith and committees FAs regarding Motion to
                               Distribute calculations and assumptions (.9).

07/18/06 A Tsu            1.75 Review of loan documentation and communications
                               with respect to attorney-client privilege, work
                               product privilege and other privileged
                               communications (3.0); creating a privilege log
                               for documents determined to be privileged
                               (2.8); reviewing investor files to create
                               sample files for discovery purposes; reviewing
                               and redacting information relating to same
                               (1.2).

07/19/06 A Jarvis          .50 Conference call with Committees regarding
                               document production, distribution motion,
                               unfunded requirements, plan issues.

07/19/06 A Jarvis          .07 Correspondence with T. Allison regarding
                               committee meeting.

07/19/06 A Jarvis          .07 Correspondence with T. Allison regarding
                               meetings with Committee.

07/19/06 B Kotter         1.58 Meeting with E. A. Monson regarding response to
                               joint request (.8); phone conference with E. A.
                               Monson, S. C. Strong, A. W. Jarvis and Mesirow
                               regarding production (.6); weekly joint
                               committee phone call (2.3); work on response to
                               request (2.1); phone call with R. Charles and
                               paralegal regarding imaging of documents and
                               possibility of web-based hosting (.2); e-mail
                               exchange with Natalie (.3).

07/19/06 E Monson          .20 Review e-mail from B. Higgins regarding
                               direct lender information and circulate with
                               comments to A. W. Jarvis and S. C. Strong
                               (.2).

07/19/06 E Monson          .30 Review replies from A. W. Jarvis and S. C.
                               Strong and send e-mail to B. Higgins and
                               forward B. Higgins' e-mail to S. Smith (.3).

07/19/06 E Monson          .08 Review e-mails from B. J. Kotter and others
                               regarding document production issues (.3).

07/19/06 E Monson          .10 Meet with B. J. Kotter to discuss joint
                               committee requests (.4).

Client No. 34585                                                    Page:     7
Debtor USA Commercial Mortgage Co., et al.                         August 25, 2006


07/19/06 E Monson        .35 Follow up on possible protective order and
                             other issues relating to response to joint
                             committee requests (1.4).

07/19/06 E Monson        .45 Participate in committee conference call (1.8).

07/19/06 S Strong        .75 Participate in conference call with A. W
                             Jarvis, E. A. Monson, B. J. Kotter and Mesirow
                             team regarding document production issues in
                             responding to joint committees request (0.5);
                             participate in weekly conference call with
                             committees professionals regarding various
                             pending issues (2.0); telephone conference with
                             R. Charles regarding process for responding to
                             joint committees document request (0.2);
                             telephone conference with R. Charles, N.
                             Tanner, and B. J. Kotter regarding same (0.3).

07/19/06 S Tingey        .77 Meeting with A. W. Jarvis and other attorneys
                             regarding administrative coordination and
                             status issues (1.1); compile and review
                             guarantor information regarding issues raised
                             by committees (1.6).

07/20/06 A Jarvis        .20 Conference call with Mesirow team regarding
                             document production, investor statements,
                             information for committees.

07/20/06 A Jarvis        .20 Review analysis by UCC financial advisor on
                             holdback, information for committee meeting.

07/20/06 B Kotter        .42 Finish redacting proposed sample investor files
                             (.8); continue work on responding to the
                             committees' joint request (.9).

07/20/06 E Monson        .05 Draft and send e-mail to R. Hilson regarding
                             joint committee request (.2).

07/20/06 E Monson        .40 Work on review and response to joint committee
                             requests (1.6).

07/20/06 S Strong       1.15 Exchange emails with B. J. Kotter regarding SEC
                             document production requested by committees,
                             and confer with M. W. Pugsley regarding same
                             (0.3); review redacted investor files from B.
                             J. Kotter and exchange emails with him and E.

```
Client No. 34585                                        Page:    8
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006
```

|  |  |  |
|---|---|---|
|  |  | A. Monson regarding same (0.3); arrange for tomorrows conference call with committees regarding details of proposed distribution to investors, exchange emails with M. Kehl regarding same, and send email to committees working group regarding same (0.5); research and analysis of possible legal grounds for and against allowing investors to offset unpaid principal against overpaid interest (2.4); various discussions with A. W. Jarvis regarding same (0.4); telephone conference with A. W. Jarvis, T. Allison and S. Smith regarding same (0.4); exchange emails with S. Smith, T. Allison and R. Charles regarding recharacterization of prepaid interest and principal payments within certain loans (0.3). |
| 07/21/06 | A Jarvis | .25 Conference call with Committees. |
| 07/21/06 | B Kotter | .18 Draft e-mail to M. Olsen regarding response to committees' joint request (.7). |
| 07/21/06 | E Monson | .05 Review e-mails from B. J. Kotter and M. Olson regarding joint committee requests (.2). |
| 07/21/06 | E Monson | .07 Review e-mail from R. Hilson on joint committee request and send reply (.2); Review additional e-mail response from R. Hilson (.1). |
| 07/21/06 | S Strong | .30 Participate in conference call with debtors' and committees' professionals regarding details of proposed distribution of funds (1.0); follow-up discussions with A. W. Jarvis regarding same (0.2). |
| 07/21/06 | S Strong | .10 Confer with S. C. Tingey regarding loan summary needed for committees (0.3); review email from S. C. Tingey to S. Steele regarding same (0.1). |
| 07/21/06 | S Strong | .05 Review emails from B. J. Kotter and USA staff regarding document production progress and logistics in responding to joint committee request (.2). |
| 07/25/06 | A Jarvis | 1.15 Meeting with FTDF and ECC committee members and professionals. |
| 07/25/06 | A Jarvis | .32 Meeting with Committees, potential bidder. |

Client No. 34585                                        Page:    9
Debtor USA Commercial Mortgage Co., et al.             August 25, 2006


07/25/06 B Kotter        .55 Conference with M. W. Pugsley regarding SEC
                             production issues and response to joint
                             committee request (.4); meet with IT regarding
                             duplication of CD/DVD's of documents (.3);
                             conference with S. C. Strong regarding document
                             production issues (.4); continue work on
                             cataloging documents and preparing response to
                             request (2.4).

07/25/06 R Madsen, II    .43 Review and revisions to privileged documents
                             log.

07/25/06 E Monson        .58 Conference with A. W. Jarvis, T. Allison and
                             representatives of First Trust Deed Committee
                             and Direct Lenders Committee and counsel
                             (2.3).

07/25/06 S Strong        .30 Review backup spreadsheets relating to June 30
                             investor statements and emails from S. Smith to
                             committees financial advisors regarding same,
                             and forward same to ECC counsel (.3).

07/25/06 S Strong        .08 Telephone conference with M. Kehl and J. Nugent
                             regarding revised Funding Requirements list for
                             committees (.2); exchange emails with M. Kehl
                             regarding Hilco appraisals requested by
                             committees (.1).

07/26/06 A Jarvis        .33 Telephone conference with S. C. Strong
                             regarding committee meetings, motion to
                             distribute funds, plan negotiations.

07/26/06 A Jarvis        .10 Correspondence with Committees on Motion to
                             Distribute.

07/26/06 A Jarvis        .08 Correspondence regarding motion to distribute,
                             recoupment issues.

07/26/06 B Kotter       2.65 Review CDs produced to SEC (.8); conference
                             with R. H. Madsen regarding continued privilege
                             review (.4); conference with E. A. Monson
                             regarding response to joint request (.3);
                             conference with R. Hilson regarding response
                             (.3); meeting with potential vendors (1.8);
                             obtain file from Gould and review for privilege
                             (1.6); continued work on response to committee
                             request  (5.4).

Client No. 34585                                              Page:   10
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/26/06 R Madsen, II    2.35 Corporate document review and production with
                              respect to various corporate entities, limited
                              liability companies and other entities in
                              response to joint committee request.

07/26/06 E Monson         .20 Send e-mail to Brigid Higgins regarding
                              request for direct lender list (.2).

07/26/06 E Monson         .13 Review e-mail from S. Smith and drafts of
                              investor lists and send reply e-mails (.5).

07/26/06 E Monson         .05 Draft e-mail to S. Smith regarding direct
                              lender requests and lists of investors to
                              Diversified and First Trust Deed Funds (.2).

07/26/06 E Monson         .30 Meet with R. Hilson, LePome, and S. Smith to go
                              over financial information requested in joint
                              committee requests (1.2).

07/26/06 E Monson         .40 Work on other issues involving joint committee
                              requests including discussions with R. Madsen
                              regarding privilege, confidentiality and
                              privacy issues (1.6).

07/26/06 E Monson         .05 Discussion with S. C. Strong on document
                              production issues (.2).

07/26/06 S Strong         .13 Exchange various emails with counsel for
                              committees regarding rescheduling weekly
                              conference call (0.2); confer with S. C. Tingey
                              regarding status of loan summaries requested by
                              committees (0.1); telephone conferences with B.
                              J. Kotter and E. A. Monson regarding issues in
                              responding to joint committees document
                              requests (0.2).

07/27/06 A Jarvis         .48 Conference call with four committees
                              regarding motion to distribute, Rio Rancho,
                              exclusivity, plan progress.

07/27/06 A Jarvis         .20 Telephone conference with G. Garman regarding
                              motion to distribute, extension to respond.

07/27/06 A Jarvis         .05 Draft agenda for Committee conference call.

07/27/06 A Jarvis         .05 Correspondence with Committees regarding Rio
                              Rancho proposal.

Client No. 34585                                              Page:   11
Debtor USA Commercial Mortgage Co., et al.                   August 25, 2006


07/27/06  B Kotter        2.20  Continued review of loan files and corporate
                                records for privilege (1.7); e-mail to A. W.
                                Jarvis, S. C. Strong, S. C. Tingey regarding
                                loan file from Gould Patterson (.4); work on
                                response to committee's joint request in
                                cooperation with E. A. Monson (4.4); including
                                meeting with M. Olson (1.1); and other
                                employees (.6); phone call with S. C. Strong
                                regarding scope (.6).

07/27/06  R Madsen, II    2.43  Corporate document review and production with
                                respect to various corporate entities, limited
                                liability companies and other entities in
                                response to joint committee request.

07/27/06  E Monson         .88  Work on joint committee requests outlining
                                status of what has been identified and what
                                still need to be done (3.5).

07/27/06  E Monson         .07  Review e-mail exchange involving Rob Charles,
                                A. W. Jarvis and Natalee Tanner involving
                                document request and scanning and discuss
                                with B. J. Kotter (.3).

07/27/06  E Monson         .05  Draft e-mail to S. Smith regarding sending out
                                lists of people in funds to committee counsel
                                and status of direct lender names (.2).

07/27/06  E Monson         .15  Go through files in Vicki Loob's office to
                                determine if responsive to request (.6).

07/27/06  E Monson         .13  Conference with S. C. Strong and B. J. Kotter
                                regarding Rob Charles e-mail exchange and
                                document production (.5).

07/27/06  S Strong         .55  Participate in weekly conference call with
                                debtors and committees counsel regarding
                                various pending issues (1.7); telephone
                                conference with B. J. Kotter and E. A. Monson
                                regarding progress in reviewing and preparing
                                documents, and arranging logistics, for
                                response to joint committees request (.5).

Client No. 34585                                        Page:   12
Debtor USA Commercial Mortgage Co., et al.              August 25, 2006


07/28/06 B Kotter       1.25 Follow up with Natalie Tanner regarding imaging
                             request and draft e-mail to USA persons
                             regarding vendor inquiries (.6); review of
                             confidentiality agreements for S. C. Strong
                             (1.3); follow up on joint committee request
                             issues (1.4); legal research related to motion
                             to distribute replys (1.7).

07/28/06 S Strong        .23 Review email from M. Haftl with copies of all
                             executed confidentiality agreements with
                             potential DIP lenders and purchasers, as
                             requested by Committees, and confer with B. J.
                             Kotter regarding further review needed of
                             debtors reciprocal confidential obligations
                             respecting same (0.4); follow-up discussion
                             with B. J. Kotter regarding same (0.1);
                             telephone conference with M. Haftl regarding
                             appraisal documents requested by UCC member
                             (0.1); exchange emails with R. Charles
                             regarding same, follow-up call with J. Reed and
                             M. Haftl regarding same, and exchange follow-up
                             emails with A. W. Jarvis and M. Haftl regarding
                             same (0.3).

07/31/06 A Jarvis        .18 Conference call with committees regarding
                             exclusivity period extension, plan
                             negotiations, document production, motion to
                             distribute, funding requirements.

07/31/06 A Jarvis        .12 Correspondence with committee on plan
                             proposals; confidentiality agreement regarding
                             term sheet proposal.

07/31/06 B Kotter        .05 Conference with E. A. Monson regarding
                             production (.2).

07/31/06 E Monson        .50 Follow up with S. Smith regarding CD of
                             Direct Lenders in loans and review CD (.5).

07/31/06 E Monson        .10 Review e-mail from B. Higgins regarding
                             confidentiality agreement (short forms) (.1).

07/31/06 E Monson        .02 Draft e-mail to LeeAnn Weese regarding follow
                             up on joint committee requests for financial
                             information (.1).

07/31/06 E Monson        .20 Work on joint committee requests and review
                             e-mails from B. J. Kotter (.8).

Client No. 34585                                          Page:   13
Debtor USA Commercial Mortgage Co., et al.                August 25, 2006


07/31/06 S Strong        .30 Review notes and prepare agenda for weekly call
                             with committees (0.3); participate in weekly
                             conference call with Committees (0.6);
                             telephone conference with S. Smith, J. Nugent
                             and A. W. Jarvis regarding issues raised on
                             weekly call (0.3).

TOTAL FOR LEGAL SERVICES RENDERED                                $13,087.39

# Exhibit D-18

STATEMENT OF ACCOUNT

## RAY QUINNEY & NEBEKER

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
POST OFFICE BOX 45385
SALT LAKE CITY, UTAH 84145-0385
TELEPHONE (801) 532-1500
FACSIMILE NO. (801) 532-7543
FEDERAL TAX ID NO. 87-0350651


Debtor USA Commercial Mortgage Co., et al.
Thomas J. Allison 4484 South Pecos Road          August 25, 2006
Las Vegas, NV  89121                             Invoice No.  ******


For Legal Services Rendered Through July 31, 2006


**Matter No. 34585-00014**

**Costs**


Costs Advanced:

| | | |
|---|---|---:|
| 07/20/06 | Refund of Overpayment | (420.00) |
| 07/17/06 | Air Fare - - Bankcard Center | 240.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 256.30 |
| 07/17/06 | Air Fare - - Bankcard Center | 289.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 158.30 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 753.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 131.30 |
| 07/17/06 | Air Fare - - Bankcard Center | (131.30) |
| 07/17/06 | Air Fare - - Bankcard Center | (131.30) |
| 07/17/06 | Air Fare - - Bankcard Center | (131.30) |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 289.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 15.00 |
| 07/17/06 | Air Fare - - Bankcard Center | 289.60 |
| 07/17/06 | Air Fare - - Bankcard Center | 1505.89 |
| 07/17/06 | Air Fare - - Bankcard Center | 27.00 |
| 07/17/06 | Air Fare - - Bankcard Center | (495.30) |
| 07/06/06 | Travel Expense - - Annette W. Jarvis | 614.56 |
| 07/06/06 | Travel Expense - - Ben Kotter | 281.60 |
| 07/06/06 | Travel Expense - - Steven C. Strong | 315.29 |
| 07/13/06 | Travel Expense - - Annette W. Jarvis | 79.22 |

```
Client No. 34585                                          Page:    2
Debtor USA Commercial Mortgage Co., et al.               August 25, 2006
```

```
07/13/06  Travel Expense - - Annette W. Jarvis              367.89
07/13/06  Travel Expense - - Annette W. Jarvis             1442.86
07/13/06  Travel Expense - - Annette W. Jarvis              464.43
07/27/06  Travel Expense - - Ben Kotter                     548.32
07/27/06  Travel Expense - - Ben Kotter                     474.50
07/10/06  Title Report - - Chicago Title Insurance Co.      500.00
07/11/06  Title Search - - First American Title Insurance   210.00
          Co.
07/11/06  Title Search - - First American Title Ins         294.48
          Company
07/11/06  Reversal from Void Check Number: 139938          (210.00)
          Bank ID: SLR Voucher ID: 225495
          Vendor: First American Title Insurance Co.
07/18/06  Search Fee - - LexisNexis Courtlink Inc.           17.50
07/06/06  Filing Fee - UCC - - Kevin G. Glade                20.00
07/31/06  Federal Express Charges                           464.85
07/31/06  Long Distance Telephone Charges                    13.11
07/31/06  Postage                                            11.68
07/31/06  Database Legal Research                          6020.16
07/31/06  Facsimile Expense (Outgoing)                        4.00
07/31/06  Copying Expense                                   215.40
07/31/06  Business Meal(s)                                  285.37
07/31/06  Facsimile Long Distance Charges                     1.70
                                                        -----------

TOTAL COSTS ADVANCED                                     $15,219.51
```

Client Address: **DEBTOR USA COMMERCIAL MORTGAGE CO., E**
Thomas J. Allison 4484 South Pecos Road
Las Vegas, NV 89121

Matter Number: **34585-00014**    Matter Name: **Costs**

## COST DETAIL

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 07/03/06 | | $203.16 | 013 | 1 | Federal Express Charges | 1840121 |
| jarvs | 07/03/06 | | $162.47 | 013 | 1 | Federal Express Charges | 1840122 |
| jarvs | 07/03/06 | | $84.00 | 013 | 1 | Federal Express Charges | 1840123 |
| rq&n | 07/05/06 | | $0.80 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 16:10 960 MONSON DOUGLAS M | 1833375 |
| rq&n | 07/05/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7028739500 LAS VEGA NV 16:39 120 MONSON DOUGLAS M | 1833376 |
| rq&n | 07/05/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 954768247 FTLAUDER FL 18:35 60 MONSON DOUGLAS M | 1833377 |
| rq&n | 07/05/06 | | $0.80 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 16:10 960 MONSON DOUGLAS M | 1833644 |
| rq&n | 07/05/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7028739500 LAS VEGA NV 16:39 120 MONSON DOUGLAS M | 1833645 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|----------|------|---------|-------------|----------------|----------|-------------------------------|---------|
| rq&n | 07/05/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 9547688247 FTLAUDER FL 18:35 60 MONSON DOUGLAS M | 1833646 |
| jarvs | 07/05/06 | | $15.80 | 064 | 1 | Copying Expense JOLLEY GREGORY | 1837640 |
| jarvs | 07/05/06 | | $0.00 | 079 | 16 | Exhibit Tabs | 1838462 |
| jarvs | 07/06/06 | 139880 | $20.00 | 451 | 1 | Filing Fee - UCC - - Kevin G. Glade | 1833430 |
| jarvs | 07/06/06 | 139883 | $614.56 | 118 | 1 | Travel Expense - - Annette W. Jarvis | 1833434 |
| jarvs | 07/06/06 | 139883 | $40.98 | 474 | 1 | Business Meal(s) - - Annette W. Jarvis | 1833435 |
| jarvs | 07/06/06 | 139885 | $281.60 | 118 | 1 | Travel Expense - - Ben Kotter | 1833444 |
| jarvs | 07/06/06 | 139892 | $54.25 | 474 | 1 | Business Meal(s) - - Elaine A. Monson | 1833455 |
| jarvs | 07/06/06 | 139905 | $315.29 | 118 | 1 | Travel Expense - - Steven C. Strong | 1833468 |
| jarvs | 07/06/06 | 139905 | $21.05 | 474 | 1 | Business Meal(s) - - Steven C. Strong | 1833469 |
| rq&n | 07/06/06 | | $0.40 | 064 | 2 | Copying Expense 070606 MONSON DOUGLAS M | 1834081 |
| rq&n | 07/06/06 | | $0.20 | 064 | 1 | Copying Expense 070606 HANSEN ALISON | 1834082 |
| monso | 07/06/06 | | $289.58 | 019 | 1 | Westlaw | 1836918 |
| tsu | 07/06/06 | | $613.96 | 019 | 1 | Westlaw | 1836924 |
| jarvs | 07/06/06 | | $0.20 | 064 | 1 | Copying Expense JOLLEY GREGORY | 1837641 |
| jarvs | 07/06/06 | | $15.00 | 064 | 1 | Copying Expense JOLLEY GREGORY | 1837642 |
| jarvs | 07/06/06 | | $0.00 | 079 | 17 | Exhibit Tabs | 1838464 |
| rq&n | 07/07/06 | | $1.20 | 064 | 6 | Copying Expense 070706 WARDLE GAY L | 1834271 |
| rq&n | 07/07/06 | | $2.80 | 064 | 14 | Copying Expense 070706 KOTTER BEN | 1834272 |
| rq&n | 07/07/06 | | $1.40 | 064 | 7 | Copying Expense 070706 BROWN PATRICIA | 1834273 |
| rq&n | 07/07/06 | | $0.40 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 16:47 480 MONSON DOUGLAS M | 1834274 |
| kottr | 07/07/06 | | $91.78 | 019 | 1 | Westlaw | 1836912 |
| jarvs | 07/10/06 | 74803 | $0.00 | 474 | 1 | Business Meal(s) - - Tiffin Room | 1833685 |
| jarvs | 07/10/06 | 74781 | $0.00 | 474 | 1 | Business Meal(s) - - Tiffin Room | 1833690 |
| jarvs | 07/10/06 | 139927 | $500.00 | 218 | 1 | Title Report - - Chicago Title Insurance Co. | 1833715 |
| rq&n | 07/10/06 | | $7.40 | 064 | 37 | Copying Expense 071006 BROWN PATRICIA | 1834413 |
| sorsn | 07/10/06 | | $165.02 | 019 | 1 | Westlaw | 1837201 |
| jarvs | 07/11/06 | 3268* | $210.00 | 232 | 1 | Title Search - - First American Title Insurance Co. | 1833753 |
| jarvs | 07/11/06 | 139937 | $294.48 | 232 | 1 | Title Search - - First American Title Ins Company | 1833754 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 07/11/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 8175523100 GRAPEVIN TX 11:55 120 MONSON DOUGLAS M | 1834624 |
| rq&n | 07/11/06 | | $1.16 | 014 | 1 | Long Distance Telephone Charges 5202963576 TUCSON, AZ 12:29 1380 HURST CARRIE | 1834625 |
| rq&n | 07/11/06 | | $1.13 | 014 | 1 | Long Distance Telephone Charges 9147030130 TARRYTOW NY 13:38 1380 MONSON DOUGLAS M | 1834626 |
| rq&n | 07/11/06 | | $0.74 | 014 | 1 | Long Distance Telephone Charges 8175523100 GRAPEVIN TX 13:46 900 MONSON DOUGLAS M | 1834627 |
| rq&n | 07/11/06 | | $0.40 | 064 | 2 | Copying Expense 071106 MONSON DOUGLAS M | 1834628 |
| rq&n | 07/11/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 7023015220 LAS VEGA NV 17:37 120 MONSON DOUGLAS M | 1834629 |
| rq&n | 07/11/06 | | $5.40 | 064 | 27 | Copying Expense 071106 MONSON DOUGLAS M | 1834630 |
| jarvs | 07/11/06 | | $1.60 | 064 | 1 | Copying Expense WEST ANDREW | 1837643 |
| jarvs | 07/11/06 | | $0.00 | 079 | 5 | Exhibit Tabs | 1838482 |
| jarvs | 07/11/06 | | -$210.00 | 232 | 1 | Reversal from Void Check Number: 139938 Bank ID: SLR Voucher ID: 225495 Vendor: First American Title Insurance Co. | 1842426 |
| rq&n | 07/12/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 3125434499 CHICGOZN IL 16:49 60 MONSON DOUGLAS M | 1834898 |
| rq&n | 07/12/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 9145922100 ELMSFORD NY 16:51 60 MONSON DOUGLAS M | 1834899 |
| rq&n | 07/12/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 17:10 60 MONSON DOUGLAS M | 1834900 |
| jarvs | 07/13/06 | 140058 | $79.22 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1834985 |
| jarvs | 07/13/06 | 140058 | $367.89 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1834986 |
| jarvs | 07/13/06 | 140058 | $19.66 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1834987 |
| jarvs | 07/13/06 | 140058 | $1,442.86 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1834988 |
| jarvs | 07/13/06 | 140063 | $464.43 | 118 | 1 | Travel Expense -- Annette W. Jarvis | 1834991 |
| jarvs | 07/13/06 | 140063 | $5.23 | 474 | 1 | Business Meal(s) -- Annette W. Jarvis | 1834992 |
| rq&n | 07/13/06 | | $1.25 | 014 | 1 | Long Distance Telephone Charges 9704680601 DILLON, CO 16:21 1500 HURST CARRIE | 1835119 |
| tsu | 07/14/06 | | $708.33 | 019 | 1 | Westlaw | 1837204 |
| jarvs | 07/17/06 | 140067 | $240.60 | 111 | 1 | Air Fare -- Bankcard Center | 1835417 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835418 |
| jarvs | 07/17/06 | 140067 | $256.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835424 |
| jarvs | 07/17/06 | 140067 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1835425 |
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835426 |
| jarvs | 07/17/06 | 140067 | $158.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835428 |
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835429 |
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835431 |
| jarvs | 07/17/06 | 140067 | $753.60 | 111 | 1 | Air Fare - - Bankcard Center | 1835438 |
| jarvs | 07/17/06 | 140067 | $131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835439 |
| jarvs | 07/17/06 | 140067 | -$131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835440 |
| jarvs | 07/17/06 | 140067 | -$131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835441 |
| jarvs | 07/17/06 | 140067 | -$131.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835446 |
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835450 |
| jarvs | 07/17/06 | 140067 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1835451 |
| jarvs | 07/17/06 | 140067 | $15.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835459 |
| jarvs | 07/17/06 | 140067 | $289.60 | 111 | 1 | Air Fare - - Bankcard Center | 1835463 |
| jarvs | 07/17/06 | 140067 | $1,505.89 | 111 | 1 | Air Fare - - Bankcard Center | 1835464 |
| jarvs | 07/17/06 | 140067 | $27.00 | 111 | 1 | Air Fare - - Bankcard Center | 1835465 |
| jarvs | 07/17/06 | 140067 | -$495.30 | 111 | 1 | Air Fare - - Bankcard Center | 1835467 |
| jarvs | 07/18/06 | 140083 | $17.50 | 389 | 1 | Search Fee -- LexisNexis Courtlink Inc. | 1835665 |
| rq&n | 07/18/06 | | $0.48 | 014 | 1 | Long Distance Telephone Charges 9518135031 , CA CA 10:04 540 HURST CARRIE | 1835814 |
| rq&n | 07/18/06 | | $0.40 | 064 | 2 | Copying Expense 071806 HURST CARRIE | 1835815 |
| rq&n | 07/18/06 | | $18.40 | 064 | 92 | Copying Expense 071806 HURST CARRIE | 1835816 |
| rq&n | 07/18/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 17:48 0 MONSON DOUGLAS M | 1835817 |
| rq&n | 07/18/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 17:50 120 MONSON DOUGLAS M | 1835818 |
| rq&n | 07/18/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7752502217 RENO, NV NV 17:54 0 HURST CARRIE | 1835819 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 07/18/06 | | $0.31 | 014 | 1 | Long Distance Telephone Charges 7753540175 RENO, NV NV 17:55 360 HURST CARRIE | 1835820 |
| rq&n | 07/18/06 | | $0.48 | 014 | 1 | Long Distance Telephone Charges 9518135031 , CA CA 10:04 540 HURST CARRIE | 1835994 |
| rq&n | 07/18/06 | | $0.40 | 064 | 2 | Copying Expense 071806 HURST CARRIE | 1835995 |
| rq&n | 07/18/06 | | $18.40 | 064 | 92 | Copying Expense 071806 HURST CARRIE | 1835996 |
| rq&n | 07/18/06 | | $0.04 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 17:48 0 MONSON DOUGLAS M | 1835997 |
| rq&n | 07/18/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 17:50 120 MONSON DOUGLAS M | 1835998 |
| rq&n | 07/18/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7752502217 RENO, NV NV 17:54 0 HURST CARRIE | 1835999 |
| rq&n | 07/18/06 | | $0.31 | 014 | 1 | Long Distance Telephone Charges 7753540175 RENO, NV NV 17:55 360 HURST CARRIE | 1836000 |
| jarvs | 07/18/06 | | $6.80 | 064 | 1 | Copying Expense PICKERING KELLY D | 1837645 |
| jarvs | 07/18/06 | | $6.80 | 064 | 1 | Copying Expense PICKERING KELLY D | 1837646 |
| jarvs | 07/18/06 | | $9.00 | 064 | 1 | Copying Expense PUGSLEY MARK W | 1837647 |
| jarvs | 07/18/06 | | $2.80 | 064 | 1 | Copying Expense PUGSLEY MARK W | 1837648 |
| rq&n | 07/19/06 | | $2.40 | 064 | 12 | Copying Expense 071906 BROWN PATRICIA | 1836176 |
| rq&n | 07/19/06 | | $0.40 | 064 | 2 | Copying Expense 071906 BROWN PATRICIA | 1836177 |
| rq&n | 07/19/06 | | $0.60 | 064 | 3 | Copying Expense 071906 BROWN PATRICIA | 1836178 |
| rq&n | 07/19/06 | | $0.80 | 064 | 4 | Copying Expense 071906 BROWN PATRICIA | 1836179 |
| rq&n | 07/19/06 | | $0.20 | 064 | 1 | Copying Expense 071906 HURST CARRIE | 1836180 |
| rq&n | 07/19/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 9547688247 FTLAUDER FL 18:21 0 MONSON DOUGLAS M | 1836181 |
| jarvs | 07/20/06 | | -$420.00 | 075 | 1 | Refund of Overpayment | 1836035 |
| rq&n | 07/20/06 | | $0.20 | 064 | 1 | Copying Expense 072006 HURST CARRIE | 1836342 |
| rq&n | 07/20/06 | | $14.00 | 064 | 70 | Copying Expense 072006 BINGHAM KAREN | 1836343 |
| rq&n | 07/20/06 | | $0.20 | 064 | 1 | Copying Expense 072006 HURST CARRIE | 1836344 |
| rq&n | 07/20/06 | | $8.00 | 064 | 40 | Copying Expense 072006 WATTERS CARRIE | 1836345 |
| rq&n | 07/20/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7027371919 LAS VEGA NV 12:00 60 HURST CARRIE | 1836346 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 07/20/06 | | $36.60 | 064 | 183 | Copying Expense 072006 HANSEN ALISON | 1836347 |
| rq&n | 07/20/06 | | $1.20 | 064 | 6 | Copying Expense 072006 HANSEN ALISON | 1836348 |
| rq&n | 07/20/06 | | $2.20 | 064 | 11 | Copying Expense 072006 MONSON DOUGLAS M | 1836349 |
| rq&n | 07/20/06 | | $4.20 | 064 | 21 | Copying Expense 072006 HANSEN ALISON | 1836350 |
| rq&n | 07/20/06 | | $3.20 | 064 | 16 | Copying Expense 072006 HANSEN ALISON | 1836351 |
| rq&n | 07/20/06 | | $4.00 | 064 | 20 | Copying Expense 072006 HANSEN ALISON | 1836352 |
| rq&n | 07/20/06 | | $1.60 | 064 | 8 | Copying Expense 072006 HANSEN ALISON | 1836353 |
| rq&n | 07/20/06 | | $4.00 | 064 | 20 | Copying Expense 072006 HANSEN ALISON | 1836354 |
| jarvs | 07/20/06 | | $5.84 | 016 | 1 | Postage | 1836420 |
| jarvs | 07/20/06 | | $5.84 | 016 | 1 | Postage | 1836421 |
| monsn | 07/20/06 | | $13.18 | 019 | 1 | Westlaw | 1838539 |
| jarvs | 07/20/06 | | $15.22 | 013 | 1 | Federal Express Charges | 1840225 |
| rq&n | 07/21/06 | | $0.20 | 064 | 1 | Copying Expense 072106 BROWN PATRICIA | 1836636 |
| rq&n | 07/21/06 | | $0.80 | 064 | 4 | Copying Expense 072106 BROWN PATRICIA | 1836637 |
| rq&n | 07/21/06 | | $0.71 | 014 | 1 | Long Distance Telephone Charges 6506837102 WOODSIDE CA 12:00 840 HURST CARRIE | 1836638 |
| rq&n | 07/21/06 | | $0.20 | 064 | 1 | Copying Expense 072106 BROWN PATRICIA | 1836639 |
| rq&n | 07/21/06 | | $3.60 | 064 | 18 | Copying Expense 072106 BROWN PATRICIA | 1836640 |
| rq&n | 07/21/06 | | $2.00 | 021 | 4 | Facsimile Expense (Outgoing) 17028371932 MONSON ELAINE A | 1836641 |
| rq&n | 07/21/06 | | $0.88 | 491 | 1 | Facsimile Long Distance Charges 17028371932 MONSON ELAINE A | 1836642 |
| rq&n | 07/21/06 | | $0.23 | 014 | 1 | Long Distance Telephone Charges 7022222500 LAS VEGA NV 17:30 240 MONSON DOUGLAS M | 1836643 |
| jarvs | 07/21/06 | | $1.60 | 064 | 1 | Copying Expense PUGSLEY MARK W | 1837649 |
| monso | 07/21/06 | | $693.63 | 019 | 1 | Westlaw | 1838540 |
| jarvs | 07/24/06 | | $0.00 | 079 | 15 | Exhibit Tabs | 1838509 |
| tsu | 07/25/06 | | $823.24 | 019 | 1 | Westlaw | 1838554 |
| jarvs | 07/26/06 | 74894 | $0.00 | 474 | 1 | Business Meal(s) -- Skool Lunch | 1836874 |
| rq&n | 07/26/06 | | $0.08 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 09:35 60 MONSON DOUGLAS M | 1837120 |
| rq&n | 07/26/06 | | $0.14 | 014 | 1 | Long Distance Telephone Charges 7027342400 LAS VEGA NV 17:21 120 MONSON DOUGLAS M | 1837121 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 07/26/06 | | $0.11 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 17:24 120 MONSON DOUGLAS M | 1837122 |
| jarvis | 07/27/06 | 140145 | $548.32 | 118 | 1 | Travel Expense -- Ben Kotter | 1837148 |
| jarvis | 07/27/06 | 140145 | $57.07 | 474 | 1 | Business Meal(s) -- Ben Kotter | 1837149 |
| jarvis | 07/27/06 | 140145 | $474.50 | 118 | 1 | Travel Expense -- Ben Kotter | 1837150 |
| jarvis | 07/27/06 | 140145 | $87.13 | 474 | 1 | Business Meal(s) -- Ben Kotter | 1837151 |
| rq&n | 07/27/06 | | $0.20 | 064 | 1 | Copying Expense 072706 BROWN PATRICIA | 1837336 |
| rq&n | 07/27/06 | | $1.00 | 021 | 2 | Facsimile Expense (Outgoing) 1702837192 MONSON ELAINE A | 1837337 |
| rq&n | 07/27/06 | | $0.44 | 491 | 1 | Facsimile Long Distance Charges 17028371932 MONSON ELAINE A | 1837338 |
| rq&n | 07/27/06 | | $1.20 | 064 | 6 | Copying Expense 072706 HURST CARRIE | 1837339 |
| rq&n | 07/28/06 | | $0.03 | 014 | 1 | Long Distance Telephone Charges 7022287590 LAS VEGA NV 10:09 0 MONSON DOUGLAS M | 1837525 |
| rq&n | 07/28/06 | | $1.40 | 064 | 7 | Copying Expense 072806 BROWN PATRICIA | 1837526 |
| rq&n | 07/28/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 7028739500 LAS VEGA NV 10:49 60 MONSON DOUGLAS M | 1837527 |
| rq&n | 07/28/06 | | $0.64 | 014 | 1 | Long Distance Telephone Charges 7022498877 LAS VEGA NV 10:51 780 MONSON DOUGLAS M | 1837528 |
| rq&n | 07/28/06 | | $0.60 | 064 | 3 | Copying Expense 072806 BROWN PATRICIA | 1837529 |
| rq&n | 07/28/06 | | $0.13 | 014 | 1 | Long Distance Telephone Charges 9544154555 DEERFLDB FL 16:06 120 MONSON DOUGLAS M | 1837530 |
| rq&n | 07/28/06 | | $0.55 | 014 | 1 | Long Distance Telephone Charges 2144576107 GRANDPRA TX 16:31 660 MONSON DOUGLAS M | 1837531 |
| rq&n | 07/28/06 | | $0.60 | 064 | 3 | Copying Expense 072806 BROWN PATRICIA | 1837532 |
| rq&n | 07/28/06 | | $0.10 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 16:43 120 MONSON DOUGLAS M | 1837533 |
| rq&n | 07/28/06 | | $0.05 | 014 | 1 | Long Distance Telephone Charges 4807475657 , AZ AZ 16:44 60 MONSON DOUGLAS M | 1837534 |
| rq&n | 07/28/06 | | $0.29 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 16:45 360 MONSON DOUGLAS M | 1837535 |
| rq&n | 07/28/06 | | $0.09 | 014 | 1 | Long Distance Telephone Charges 7022498877 LAS VEGA NV 16:52 60 MONSON DOUGLAS M | 1837536 |
| rq&n | 07/28/06 | | $0.06 | 014 | 1 | Long Distance Telephone Charges 9544154555 DEERFLDB FL 16:57 60 MONSON DOUGLAS M | 1837537 |

| Attorney | Date | Check # | Cost Amount | Cost/Task Code | Quantity | Description of Costs Advanced | Index # |
|---|---|---|---|---|---|---|---|
| rq&n | 07/28/06 | | $1.00 | 021 | 2 | Facsimile Expense (Outgoing) 1847634127B JARVIS ANNETTE | 1837538 |
| rq&n | 07/28/06 | | $0.38 | 491 | 1 | Facsimile Long Distance Charges 1847634127B JARVIS ANNETTE | 1837539 |
| rq&n | 07/28/06 | | $0.40 | 064 | 2 | Copying Expense 072806 BOUVIER DAWN | 1837540 |
| kottr | 07/28/06 | | $202.22 | 019 | 1 | Westlaw | 1839198 |
| jenkn | 07/30/06 | | $746.00 | 019 | 1 | Lexis | 1838092 |
| rq&n | 07/31/06 | | $1.60 | 064 | 8 | Copying Expense 073106 MONSON DOUGLAS M | 1837871 |
| rq&n | 07/31/06 | | $0.28 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 12:54 300 MONSON DOUGLAS M | 1837872 |
| rq&n | 07/31/06 | | $1.00 | 064 | 5 | Copying Expense 073106 BROWN PATRICIA | 1837873 |
| rq&n | 07/31/06 | | $0.40 | 064 | 2 | Copying Expense 073106 HURST CARRIE | 1837874 |
| rq&n | 07/31/06 | | $1.60 | 064 | 8 | Copying Expense 073106 MONSON DOUGLAS M | 1838048 |
| rq&n | 07/31/06 | | $0.28 | 014 | 1 | Long Distance Telephone Charges 7023826911 LAS VEGA NV 12:54 300 MONSON DOUGLAS M | 1838049 |
| rq&n | 07/31/06 | | $1.00 | 064 | 5 | Copying Expense 073106 BROWN PATRICIA | 1838050 |
| rq&n | 07/31/06 | | $0.40 | 064 | 2 | Copying Expense 073106 HURST CARRIE | 1838051 |
| hurst | 07/31/06 | | $1,660.04 | 019 | 1 | Westlaw | 1839195 |
| tsu | 07/31/06 | | $13.18 | 019 | 1 | Westlaw | 1839213 |
| COST TOTAL | | | $15,219.51 | | | | |