# "Exhibit E"

Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **FEE SUMMARY FOR<br>FIRST APPLICATION OF RAY<br>QUINNEY & NEBEKER P.C. FOR<br>INTERIM COMPENSATION AND<br>REIMBURSEMENT PURSUANT TO 11<br>U.S.C. §§ 330 AND 331 FOR THE PERIOD<br>APRIL 13, 2006 TRHOUGH JULY 31, 2006** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

889238

NAMED AND ROLE OF APPLICANT:

Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84111-0385
*Counsel for USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC, and USA Securities, LLC*

PRIOR APPLICATIONS:    None

CURRENT APPLICATION:    Fees Requested:    $937,187.54
                        Expenses Requested: $64,950.57

| NAME OF PROFESSIONAL/ PARAPROFESSIONAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| **SHAREHOLDERS** | | | | |
| John A. Adams | 1981 | 0.30 | $280 | $84.00 |
| Jeffrey W. Appel | 1982 | 12.90 | $245 | $3,160.50 |
| Paul C. Burke | 1997 | 1.40 | $230 | $322.00 |
| Scott H. Clark | 1973 | 2.70 | $300 | $810.00 |
| Scott B. Finlinson | 1998 | 2.40 | $220 | $528.00 |
| Kevin G. Glade | 1983 | 260.50 | $275 | $65,587.50 |
| Narvel E. Hall | 1967 | 2.50 | $320 | $800.00 |
| Annette W. Jarvis | 1979 | 792.37 | $315 | $233,543.29 |
| Elaina M. Maragakis | 1997 | 0.40 | $220 | $88.00 |
| Douglas M. Monson | 1982 | 288.80 | $275 | $79,421.00 |
| Elaine A. Monson | 1989 | 425.60 | $245 | $100,670.50 |
| Larry G. Moore | 1980 | 0.40 | $280 | $112.00 |
| Mark W. Pugsley | 1994 | 245.50 | $250 | $56,087.50 |
| Ira B. Rubinfeld | 1983 | 0.40 | $280 | $112.00 |
| Steven C. Strong | 1992 | 680.50 | $250 | $167,188.75 |
| Stephen C. Tingey | 1984 | 183.20 | $275 | $48,288.00 |
| Ellen J.D. Toscano | 1982 | 13.60 | $270 | $3,672.00 |
| Steven T. Waterman | 1983 | 25.90 | $290 | $7,511.00 |
| R. Gary Winger | 1992 | 9.20 | $265 | $2,438.00 |
| **OF COUNSEL** | | | | |
| Peggy Hunt | 1989 | 15.00 | $250 | $3,750.00 |
| Lon A. Jenkins | 1983 | 99.60 | $290 | $28,884.00 |
| **ASSOCIATES** | | | | |
| Benjamin J. Kotter | 2002 | 216.30 | $195 | $39,218.50 |

889238

| | | | | |
|---|---|---|---|---|
| Richard H. Madsen, II | 2003 | 60.00 | $190 | $9,756.50 |
| Angelina Tsu | 2002 | 218.10 | $195 | $41,905.50 |
| **ATTORNEYS TOTAL** | | **3,557.57** | | **$893,938.54** |
| **ATTORNEY BLENDED HOURLY RATE** | | | **$251.28** | |

LAW CLERKS

| | | | |
|---|---|---|---|
| Caleb Frischknecht | 16.20 | $130 | $2,106.00 |
| Gregory E. Jolley | 16.70 | $115 | $1,920.50 |
| James A. Sorenson | 22.10 | $115 | $2,541.50 |
| Andrew J. West | 34.20 | $115 | $3,933.00 |
| **LAW CLERK TOTAL** | **89.20** | | **$10,501.00** |
| **LAW CLERK BLENDED HOURLY RATE** | | **$117.72** | |

PARALEGALS

| | | | |
|---|---|---|---|
| Kim Cassett | 28.40 | $125 | $3,550.00 |
| Jasmine Diamanti | 0.30 | $120 | $36.00 |
| Carrie Hurst | 170.30 | $120 | $20,436.00 |
| Temporary Paralegal | 57.50 | $120 | $6,900.00 |
| Jessica Zimmer | 16.60 | $110 | $1,826.00 |
| **PARALEGAL TOTAL** | **273.10** | | **$32,748.00** |
| **PARALEGAL BLENDED HOURLY RATE** | | **$119.91** | |
| **TOTAL OF ALL BILLERS** | **3,919.87** | | **$937,187.54** |
| **BLENDED HOURLY RATE OF ALL BILLERS** | | **$239.09** | |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

889238

"Exhibit F"

## COST SUMMARY – FIRST INTERIM APPLICATION

April 13, 2006 through July 31, 2006

| Description | April | May | June | July | Total |
|---|---|---|---|---|---|
| Long Distance Telephone Charges | $6.99 | $101.67 | $69.31 | $13.11 | **$191.08** |
| Postage | | | | $11.68 | **$11.68** |
| Refunds | | | | -$1,519.20 | **-$1,519.20** |
| Copying Expense | $316.80 | $561.20 | $664.85 | $215.40 | **$1,758.25** |
| Filing Fees | $700.00 | $531.00 | | | **$1,231.00** |
| Investigative Services | | $703.50 | | | **$703.50** |
| Fed Ex Charges | $1,788.19 | $83.41 | $271.68 | $464.85 | **$2,608.13** |
| Database Legal Research | $2,330.91 | $7,115.02 | $12,375.99 | $6,020.16 | **$27,842.08** |
| Facsimile Expense (Outgoing) | $6.50 | $27.50 | $6.00 | $4.00 | **$44.00** |
| Facsimile Long Distance Charges | $3.50 | $6.13 | $3.08 | $1.70 | **$14.41** |
| Title Reports and Searches | | | $630.00 | $1,004.48 | **$1,634.48** |
| Copying Expense (Outside Office) | | $150.00 | | | **$150.00** |
| Exhibit Tabs | | $1.20 | | | **$1.20** |
| Business Meals | | $428.23 | $82.86 | $285.37 | **$796.46** |
| Travel Expenses (Airfare, Hotel, Transportation, Meals, etc.) | $25.00 | $10,851.87 | $5,069.17 | $8,680.46 | **$24,626.50** |
| UCC Searches | | $1,049.00 | $20.00 | $37.50 | **$1,106.50** |
| Temporary Paralegal Staffing Services | | $3,750.50 | | | **$3,750.50** |
| **TOTAL** | **$5,177.89** | **$25,360.23** | **$19,192.94** | **$15,219.51** | **$64,950.57** |