Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON SEPTEMBER 1, 2006

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **OMNIBUS NOTICE OF HEARINGS REGARDING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br>**(AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date: September 28, 2006<br>Hearing Time: 9:30 a.m.<br>Place: Courtroom 1<br>Foley Federal Building<br>300 Las Vegas Blvd. South |

NOTICE IS HEREBY GIVEN that the following Applications have been filed as set forth:

1. **First Interim Fee And Expense Application of Shea & Carlyon, Ltd., Special (Local) Counsel To The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Affects USA Capital First Trust Deed Fund, LLC)** (Docket No. 1193), seeks payment of fees and reimbursement of expenses incurred from May 10, 2006 through July 31, 2006. Shea & Carlyon, Ltd. requests an award of $171,222.75 consisting of fees in the amount of $165,122.75, as well as reimbursement of expenses in the amount of $6,100.

2. **First Interim Application of Stutman, Treister & Glatt P.C. As Counsel For The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC For Allowance And Payment of Fees And Expenses For The Period From May 10, 2006 Through July 31, 2006 (Affects USA Capital First Trust Deed Fund, LLC)** (Docket No. 1209), requests approval of an interim award of $563,338.50 in compensation for services rendered and reimbursement of $32,336.51 for costs incurred during Stutman Treister & Glatt, P.C.'s representation of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC during the period from May 10, 2006 through July 31, 2006.

3. **First Interim Application of Alvarez & Marsal, LLC As Financial And Real Estate Advisor For The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC For Allowance And Payment of Fees And Expenses For The Period From June 1, 2006 Through July 31, 2006 (Affects USA Capital First Trust Deed Fund, LLC)** (Docket No. 1210), requests approval of an interim award of $166,030.93 in compensation for services rendered and reimbursement of $2,339.68 for costs incurred during Alvarez & Marsal, LLC's representation of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC during the period from June 1, 2006 through July 31, 2006.

4. **First Interim Application of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC For Reimbursement of Expenses of Committee Members For The Period From May 10, 2006 Through July 31, 2006 (Affects Debtor USA Capital First Trust Deed Fund, LLC)** (Docket No. 1212), requests approval of a reimbursement of expenses incurred by members of the Official Committee of Equity Security

1   Holders of USA Capital First Trust Deed Fund, LLC during the period from May 10, 2006
2   through July 31, 2006 in the amount of $1,972.38 for Mary Ellen Moro and $203.13 for the
3   Richard G. Woudstra Revocable Trust.

4       5.    **Orrick, Herrington & Sutcliffe LLP's First Interim Fee Application (June 1,
5   2006 – July 31, 2006)** (Docket No. 1214), seeks an order of this Court allowing Orrick,
6   Herrington & Sutcliffe LLP's professional fees in the amount of $467,794.50 and expenses
7   incurred in the amount of $8,173.54 for the period of June 1, 2006 through July 31, 2006.

8       6.    **First Interim Fee Application of Gordon & Silver, Ltd., Seeking
9   Compensation For Legal Services Rendered And Reimbursement of Expenses** (Docket No
10  1217), requests that the Court enter an Order for the period from May 23, 2006 through July 31,
11  2006 allowing Gordon & Silver, Ltd. professional compensation in the amount of $257,736.00 and
12  reimbursement of actual and necessary expenses in the amount of $1,963.63.

13      7.    **First Interim Fee Application of Beckley Singleton, Chtd. For The Period
14  From June 9, 2006 Through July 31, 2006** (Docket No. 1218), seeks allowance and payment of
15  interim compensation for fees in the amount of $74,332.00 for professional services rendered plus
16  reimbursement of expenses in the amount of $7,917.04, for the period from June 9, 2006 through
17  July 31, 2006.

18      8.    **First Interim Application For Compensation and Reimbursement of Expenses
19  For (I) Mesirow Financial Interim Management, LLC As Crisis Managers For The Debtors,
20  And (II) Thomas J. Allison Of Mesirow Financial Interim Management, LLC As Chief
21  Restructuring Officer For The Debtors And The Employment of Certain Temporary
22  Employees For The Period April 14, 2006 Through July 31, 2006** (Docket No. 1224), seeks
23  allowance of interim compensation in the amount of $3,364,398.00 for professional services, and
24  reimbursement of $213,812.00 in actual and necessary expenses and disbursements incurred for
25  the period of April 14, 2006 through July 31, 2006.

26      9.    **Lewis and Roca LLP's First Interim Application For Allowance of
27  Compensation and Reimbursement of Expenses Incurred As Attorneys For Official
28  Committee of Unsecured Creditors** (Docket No. 1225), requests compensation for services

1 rendered and reimbursement of fees in the amount of $227,901.25 and expenses in the amount of
2 $40,900.51 incurred on behalf of the Official Committee of Unsecured Creditors from the
3 beginning of the firm's representation May 24, 2006 through July 31, 2006.

4       10. **First Application For Interim Allowance of Attorney's Fees And
5 Reimbursement of Expenses of Schwartzer & McPherson Law Firm** (Docket No. 1229) seeks
6 allowance of compensation in the amount of $265,016.00 and reimbursement of expenses in the
7 amount of $5,465.09 for services rendered as counsel for the Debtors for the period of April 14,
8 2006 through July 31, 2006.

9       11. **First Application of Ray Quinney & Nebeker P.C. For Interim Compensation
10 And Reimbursement Pursuant To 11 U.S.C. §§ 330 And 331 For The Period April 13, 2006
11 Through July 31, 2006** (Docket No. 1231), requests allowance and payment of interim
12 compensation in the total amount of $937,187.54 for services rendered, and interim
13 reimbursement in the total amount of $64,950.57 for expenses incurred, for the period April 13,
14 2006 through July 31, 2006.

15 Any Opposition must be filed pursuant to Local Rule 9014(e)(1).

> Local Rule 9014(e)(1): Except for motions made pursuant to Fed.R.Bank.P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days prior to the hearing unless otherwise ordered by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that confirm to the provisions of LR 9014(d).

22 A copy of the Applications may be obtained by accessing BMC Group, Inc.'s website at
23 www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court
24 website for Nevada at www.nvb.uscourts.gov, or by contacting BMC Group at telephone: (888)
25 909-0100.

26 If an objection is not timely filed and served, the relief requested may be granted without a
27 hearing.

28 NOTICE IS FURTHER GIVEN that the hearing may be continued without further notice.

1     NOTICE IS FURTHER GIVEN that unless otherwise indicated herein, the hearing will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada on **September 28, 2006 at 9:30 a.m.**

Respectfully submitted on September 1, 2006.

                                      /s/   Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

- 5 –