Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON SEPTEMBER 1, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br> Debtor. | Case No. BK-S-06-10725 LBR <br> Case No. BK-S-06-10726 LBR <br> Case No. BK-S-06-10727 LBR |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br> Debtor. | Case No. BK-S-06-10728 LBR <br> Case No. BK-S-06-10729 LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br> Debtor. | Jointly Administered Under <br> Case No. BK-S-06-10725 LBR |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br> Debtor. | **NOTICE OF HEARING RE: USA COMMERCIAL MORTGAGE COMPANY'S MOTION FOR APPROVAL OF APPOINTMENT OF A SUCCESSOR TRUSTEE FOR ITS DEFINED BENEFIT PENSION PLAN AND TO FREEZE THE PLAN EFFECTIVE SEPTEMBER 30, 2006** |
| In re: <br> USA SECURITIES, LLC, <br> Debtor. | (AFFECTS USA COMMERCIAL MORTGAGE) |
| Affects: <br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Company <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA First Trust Deed Fund, LLC | Date: September 28, 2006 <br> Time: 9:30 a.m. |

TO: ALL PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that Debtors and Debtors-in-Possession, USA Commercial

1

Mortgage Company ("USACM"), by and through its counsel, Schwartzer & McPherson Law Firm, has filed a Motion for Approval of Appointment of a Successor Trustee for its Defined Benefit Pension Plan and to Freeze the Plan Effective September 30, 2006 (the "Motion"). The Motion requests that this Court enter an Order approving the substitution of USACM as the successor trustee of the USA Commercial Mortgage Company Defined Benefit Pension Plan ("Plan") in place of Ms. Victoria Loob, Mr. Thomas Hantges and Mr. Joseph Milanowski and freezing the Plan effective on September 30, 2006 in accordance with the resolutions set forth in the Written Consent attached to the Motion.

Any Opposition must be filed pursuant to Local Rule 9014(e)(1).

Local Rule 9014(e)(1): "Except for motions made pursuant to Fed.R.Bank.P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, *(eighteen (18) days if service of the motion is by mail pursuant to FRBP 9006(e) and (f))*, but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

If an objection is not timely filed and served, the relief requested may be granted without a hearing. *LR 9014(a)(1) and LR 9014(c)(1)(E)*.

NOTICE IS FURTHER GIVEN that the hearing may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing will be held before a United States Bankruptcy Judge, in the Foley Federal Building 300 Las Vegas Boulevard South, Las Vegas, Nevada on September 28, 2006 at 9:30 a.m.

Dated: September 1, 2006.

Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

2