**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on September 1, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** 06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10727 | Date: N/A<br>Time: N/A<br>**Affecting:**<br>× All Cases<br>**or Only:** |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | ¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC** 06-10729 | ¨ USA Capital Diversified Trust Deed Fund, LLC |
| **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following documents:

  A) Lewis and Roca LLP's First Interim Application for Allowance of Compensation and Reimbursement of Expenses Incurred as Attorneys for Official Committee of Unsecured Creditors [DE 1225]; and

  B) Declaration of Rob Charles in Support of Lewis and Roca LLP's First Interim Application for Allowance of Compensation and Reimbursement of Expenses Incurred as Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company [DE 1228].

1742363.1

2. I served the aforementioned documents by the following means to the persons as listed below:

    A)    ECF System to the persons listed on Exhibit A on August 31, 2006; and

    B)    Email on August 31, 2006 to all persons with email addresses listed on the Master Service List on file with this Court not included in A), including those persons designated as the Reviewing Parties for purposes of the fee application.

3. I served the aforementioned document without exhibits by the following means to the persons listed below:

    A)    U.S. Mail, postage prepaid mail on August 31, 2006 to all persons without email addresses listed on the Master Service List on file with this Court not included in 2.A) above.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of September, 2006.

                               /s/ Christine E. Laurel
                               Christine E. Laurel

1742363.1