EXHIBIT A

1491622.1

## File a Motion:
06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from CHARLES, ROB entered on 8/31/2006 at 4:23 PM PDT and filed on 8/31/2006
**Case Name:**         USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**       06-10725-lbr
**Document Number:** 1225

**Docket Text:**
First Application for Compensation *and Reimbursement of Expenses* for LEWIS AND ROCA LLP, Fees: $227,901.25, Expenses: $40,900.51. Filed by ROB CHARLES (Attachments: # (1) Appendix Schedule A# (2) Exhibit 1# (3) Exhibit 2)(CHARLES, ROB)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\CLaurel\Desktop\Nevada Filings\L&R Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/31/2006] [FileNumber=7237149-0]
[8dee631fa0508199730a62ef922b3d5767b3308500a05520340b4fc35dbf43c3b44c
9c79e956ff8621225466e56c65b9b745b043baa19d44abc9925480eb4a16]]
**Document description:** Appendix Schedule A
**Original filename:** C:\Documents and Settings\CLaurel\Desktop\Nevada Filings\L&R Fee App Sched A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/31/2006] [FileNumber=7237149-1]
[f2b4247c8de7020b1c49f287a4e1e71098263542431677004960529 1b6822b241324
aca4027af376018a6a458655d917deb210581c343dfdd17b0319c2178dc9]]
**Document description:** Exhibit 1
**Original filename:** C:\Documents and Settings\CLaurel\Desktop\Nevada Filings\L&R Fee App Ex 1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/31/2006] [FileNumber=7237149-2]
[d8f97e71638f19ec2a2f11444d255f1be79afab6d5a5098fcdd5bad237b171f301d9
4882ed83a0e218edc0df0aeee4489fd6a8a8ded8f1d2ec42b9d87cb648c8]]
**Document description:** Exhibit 2
**Original filename:** C:\Documents and Settings\CLaurel\Desktop\Nevada Filings\L&R Fee App Ex 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/31/2006] [FileNumber=7237149-3]
[8363da6453ea0b7fd9f5211defcc0f01457a8ad4798efd92d5667b8de3ecf076c9f9
751ae12c739f9a51366dfc18abeb0b29c5f5a511a2d5e484be2ed0cb92e5]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com,

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,

Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN    xanna.hardman@gmail.com,

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com,

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com

SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyc

DAVID MINCIN     mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasv

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON     bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN     jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN     aparlen@stutman.com,

DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY     info@johnpeterlee.com

SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

JAMES PATRICK SHEA     bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN     ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU     ecf@lslawnv.com

JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS     dstephens@lvcm.com

PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING     cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov,

WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

ANDREW M BRUMBY
300 S ORANGE AVE #1000
ORLANDO, FL 32802

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

R VAUGHN GOURLEY
3636 N RANCHO DR
LAS VEGAS, NV 89130

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD

3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEWIS AND ROCA LLP
,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385

SALT LAKE CITY, UT 84145

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

GREGORY J WALCH
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

RUSSELL S. WALKER
265 EAST 100 SOUTH

SUITE 300
SALT LAKE CITY, UT 84111

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367