LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on September 1, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| **In Re:** | ) | Jointly Administered |
| | ) | |
| **USA Commercial Mortgage Company** | ) | Chapter 11 Cases |
| **06-10725 – Lead Case** | ) | |
| | ) | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** | ) | |
| **06-10726** | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| **USA Capital Diversified Trust Deed Fund,** | ) | Date:  N/A |
| **LLC** | ) | Time:  N/A |
| **06-10727** | ) | **Affecting:** |
| | ) | ✕  All Cases |
| **USA Capital First Trust Deed Fund, LLC** | ) | **or Only:** |
| **06-10728** | ) | ¨  USA Commercial Mortgage Company |
| | ) | ¨  USA Capital Realty Advisors, LLC |
| **USA Securities, LLC** | ) | ¨  USA Capital Diversified Trust Deed Fund, |
| **06-10729** | ) | LLC |
| **Debtors.** | ) | ¨  USA Capital First Trust Deed Fund, LLC |
| | ) | |

1.  I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the

Official Committee of Unsecured Creditors of USA Commercial Mortgage

Company, served the following document:

   A)  Motion to Amend Debtors' Protocol for Continuing Distributions and
   Interim Holdbacks [DE 1233].

2.  I served the aforementioned document by the following means to the persons as

listed below:

1742363.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

A)    ECF System to the persons listed on Exhibit A on September 1, 2006; and

B)    Email or U.S. Mail, postage prepaid, on September 1, 2006 to all persons

listed on the Master Service List on file with this Court not included in A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of September, 2006.

/s/ Christine E. Laurel
Christine E. Laurel

1742363.1