**Entered on Docket
September 06, 2006**



_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                    Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**Jointly Administered under**<br>**Case Nos. BK-S-06-10725 LBR (Lead)**<br><br>**ORDER SHORTENING TIME TO HEAR EMERGENCY MOTION FOR ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A PLAN TO SEPTEMBER 15, 2006 (AFFECTS ALL DEBTORS)**<br><br>Hearing Date:  September 13, 2006<br>Hearing Time:  9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                    Debtor. | |
| Affects:<br>  ☒ All Debtors<br>  ☐ USA Commercial Mortgage Company<br>  ☐ USA Securities, LLC<br>  ☐ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Deed Fund, LLC<br>  ☐ USA Capital  First Trust Deed Fund, LLC | |

1

P:\USA Commercial Mortgage\Pleadings\Extending Exclusive Period\OST_lodged 090106.doc

TO:    ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that upon an oral application for an Order Shortening Time To Hear EMERGENCY MOTION FOR ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A PLAN TO SEPTEMBER 15, 2006 (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

ORDERED that the hearing on the Motion will be before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Courtroom 1, Las Vegas, Nevada, on **September 13, 2006 at the hour of 9:30 a.m.**

A copy of the Motion may be obtained by accessing BMC Group, Inc.'s website at www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting BMC Group at telephone: (888) 909-0100.

Submitted by:


/s/    LENARD E. SCHWARTZER
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

###