Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON SEPTEMBER 6, 2006

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                          Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                          Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                          Debtor. | Date: N/A<br>Time: N/A |
| In re:<br>USA SECURITIES, LLC,<br>                                                          Debtor. | **NOTICE OF ENTRY OF STIPULATED ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A PLAN TO SEPTEMBER 15, 2006 (AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a Stipulated Order Extending the Debtors' Exclusive Period to File a Plan to September 15, 2006 was entered on August 31, 2006, a copy of which is attached hereto.

Dated: this 6th day of September, 2006.

/s/   *Lenard E. Schwartzer, Esq*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

# CERTIFICATE OF SERVICE

1. On September 6, 2006, I served the following document(s):

    a. Notice of Entry of Stipulated Order Extending the Debtors' Exclusive Period to File a Plan to September 15, 2006

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System**:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com!

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

| | |
|---|---|
| 1 | LAUREL E. DAVIS    b!klsclv@lionelsawyer.com, |
| 2 | ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com |
| 3 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com, |
| 4 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 5 | SCOTT D. FLEMING    sfleming@halelane.com, |
| 6 | dbergsing@halelane.com,ecfvegas@halelane.com |
| 7 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 8 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 9 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, |
| 10 | Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 11 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 12 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 13 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 14 | JEFFREY R. HALL    jhall@sheacarlyon.com, |
| 15 | bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 16 | |
| 17 | XANNA R. HARDMAN    xanna.hardman@gmail.com, |
| 18 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 19 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, |
| 20 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 21 | CHRISTOPHER D JAIME    !cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 22 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 23 | |
| 24 | ANNETTE W JARVIS    , |
| 25 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 26 | ROBERT R. KINAS    rkinas@swlaw.com, |
| 27 | mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com |
| 28 | |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. ZACHARIAH LARSON    ecf@lslawnv.com

2. JOHN J. LAXAGUE    jlaxague@caneclark.com

3. NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

4. ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

5. ANNE M. LORADITCH !    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

6. REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

7. WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

8. RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

9. JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

10. JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

11. SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

12. DAVID MINCIN &! nbsp    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dminc!in@lawla svegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

13. JOHN F MURTHA    jmurtha@woodburnandwedge.com

14. ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

15. VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

16. BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

17. DONNA M. OSBORN    jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

18. ANDREW M. PARLEN    aparlen@stutman.com,

| | |
|---|---|
| 1 | DONALD T. POLEDNAK !    sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 2 | PAUL C RAY    info@johnpeterlee.com |
| 3 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |
| 4-5 | LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |
| 6 | JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com |
| 7-9 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 10 | AMBRISH S. SIDHU    ecf@lslawnv.com |
| 11 | JEFFREY G. SLOANE    gjklepel@y!ahoo.com, rmcconnell@kssattorneys.com |
| 12 | DAVID A. STEPHE!NS    dstephens@lvcm.com |
| 13 | PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |
| 14 | JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com |
| 15-16 | CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com |
| 17 | U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov, |
| 18 | WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 19 | JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com |
| 20 | MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com |

21  ☐   b.   **By United States mail, postage fully prepaid**:

22  ☐   c.   **By Personal Service**
        I personally delivered the document(s) to the persons at these addresses:
        ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
        ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. ☐     d.     **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

2. ☐     e.     **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

3. ☐     f.     **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    September 6, 2006

REBECCA MOSS                        /s/    REBECCA MOSS
(Name of Declarant)                    (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**Entered on Docket**
**August 31, 2006**

Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: N/A<br>Time: N/A |
| In re: | |

| | |
|---|---|
| USA SECURITIES, LLC,<br>                                        Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | **STIPULATED ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A PLAN TO SEPTEMBER 15, 2006 (AFFECTS ALL DEBTORS)** |

      The matter before the Court is a Stipulation, evidenced by the signatures of undersigned counsel, between USA Commercial Mortgage Company, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC, USA Securities, LLC and USA Capital Realty Advisors, LLC (collectively, the "Debtors"), on the one hand, and the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, the Official Committee of Executory Contract Holders of USA Commercial Mortgage Company, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC and the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company (collectively, the "Committees"), on the other hand, extending the exclusive period set forth in 11 U.S.C. § 1121 for the Debtors to file a plan to September 15, 2006 in order to allow the Debtors and the Committees additional time to further negotiate terms of a plan (or plans) of reorganization for the Debtors. This is the second such stipulation. Pursuant to the first stipulated order extending exclusivity, which was entered by the Court on August 11, 2006 (docket no. 1139), the exclusive period for the Debtors to file a plan was extended from August 11, 20006 to August 31, 2006. The Court has considered the applicable authorities, including 11 U.S.C. § 1121(d)(1), and the basis for this stipulation, and for good cause appearing, it is

      ORDERED that:

      (1)    The Stipulation is APPROVED;

      (2)    The exclusive period set forth in 11 U.S.C. § 1121(b) is extended from August 31, 2006 to September 15, 2006 (the "New Exclusivity Deadline"); and

(3) No extensions of the New Exclusivity Deadline shall be granted unless all of the Committees consent to such an extension.

Submitted and approved by:

/s/ Annette W. Jarvis
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors*

Approved by:
**LEWIS AND ROCA, LLP**

By: /s/ Rob Charles
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**GORDON & SILVER, LTD.**

By: /s/ Gerald M. Gordon
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and
ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Marc A. Levinson
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
Diversified Trust Deed Fund, LLC*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.**

By: /s/ Eve Karasik
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
First Trust Deed Fund, LLC*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122