Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**E-FILED ON**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>**USA COMMERCIAL MORTGAGE COMPANY,**<br>Debtor. | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06-10726 LBR**<br>**Case No. BK-S-06-10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| **In re:**<br><br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>Debtor. | **Chapter 11**<br><br>**Jointly Administered Under** |
| **In re:**<br><br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>Debtor. | **Case No. BK-S-06-10725 LBR** |
| **In re:**<br><br>**USA CAPITAL TRUST DEED FUND, LLC,**<br>Debtor. | |
| **In re:**<br><br>**USA SECURITIES, LLC,**<br>Debtor. | |

**Affects:**
- [ ] **All Debtors**
- [x] **USA Commercial Mortgage Company**
- [ ] **USA Securities, LLC**
- [ ] **USA Capital Realty Advisors, LLC**
- [ ] **USA Capital Diversified Trust Deed Fund, LLC**
- [ ] **USA First Trust Deed Fund, LLC**

## CERTIFICATE OF MAILING (AFFECTS USA COMMERCIAL MORTGAGE)

I, Or'Tavia Lee, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2.      At the direction of Schwartzer & McPherson Law Firm, Counsel for the Debtors and Debtors-in-Possession in the above-captioned cases, copies of the document identified below by docket number were sent to those persons listed on the Service List attached hereto as Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon, on the 1st day of September, 2006:

| | |
|---|---|
| Docket No. 1236 | NOTICE OF HEARING RE: USA COMMERCIAL MORTGAGE COMPANY'S MOTION FOR APPROVAL OF APPOINTMENT OF A SUCCESSOR TRUSTEE FOR ITS DEFINED BENEFIT PENSION PLAN AND TO FREEZE THE PLAN EFFECTIVE SEPTEMBER 30, 2006 (AFFECTS USA COMMERCIAL MORTGAGE) [Re: Docket No. 1235] |

Exhibit "A"    Service List regarding Docket No. 1236

DATED: September 6 , 2006
El Segundo, California

Or'Tavia Lee

State of California           )
                              ) ss
County of Los Angeles         )


Personally appeared before me on September 6 , 2006, Or'Tavia Lee, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.


JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

# EXHIBIT A

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 199

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21137 | (TRANSFEROR  VINCE DANELIAN), PO BOX 97782, LAS VEGAS, NV, 89193 | US Mail (1st Class) |
| 21137 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR: DEBTOR), 36 S STATE ST STE 1400, PO BOX 45385, SALT LAKE CITY, UT, 84145-0385 | US Mail (1st Class) |
| 21137 | A WILLIAM & RANEE CEGLIA, JV DIRECT LENDERS, (TRANSFEROR: JV DIRECT LENDERS), 3720 POCOHENA CT, WASHOE VALLEY, NV, 89704 | US Mail (1st Class) |
| 21137 | ALLEN J MAULT, JV DIRECT LENDERS, (TRANSFEROR· JV DIRECT LENDERS), 2422 AQUASANTA, TUSTIN, CA, 92782 | US Mail (1st Class) |
| 21144 | AMANDA CONNER, 808 PALMHURST DR, LAS VEGAS, NV, 89145-6152 | US Mail (1st Class) |
| 21137 | ANDREW & ELLEN DAUSCHER, JV DIRECT LENDERS, (TRANSFEROR· JV DIRECT LENDERS), PO BOX 10031, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 21137 | ANDREW M BRUMBY, SHUTTS & BOWEN LLP, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT LLC), 300 S ORANGE AVE, STE 1000, PO BOX 4956, ORLANDO, FL, 32802-4956 | US Mail (1st Class) |
| 21137 | ANNEE NOUNNA, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ANNEE NOUNNA), USA COMMERCIAL MORTGAGE CO, 8057 LANDS END CT, LAS VEGAS, NV, 89117-7635 | US Mail (1st Class) |
| 21137 | ARTHUR POLACHECK, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR. A POLACHECK & G POLCHECK), USA COMMERCIAL MORTGAGE CO, 2056 WOODLAKE CIR, DEERFIELD BEACH, FL, 33442 | US Mail (1st Class) |
| 21137 | ATTILA JEFZENSZKY, 1720 COLAVITA WAY, RENO, NV, 89521 | US Mail (1st Class) |
| 21137 | ATTN SARA M KATZ MNG TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: KATZ 2000 SEPARATE PRPTY TRUST), USA CAPITAL DIVERSIFIED TRUST DEED, 4250 EXECUTIVE SQ #670, SAN DIEGO, CA, 92037 | US Mail (1st Class) |
| 21137 | B OLSON/B AXELROD/A LORADITCH, BECKLEY SINGLETON CHTD, (TRANSFEROR: EQUITY SEC HOLDERS COMMITTEE), 530 LAS VEGAS BLVD S, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21137 | BANKRUPTCY CLERK, CLARK COUNTY TREASURER, (TRANSFEROR: CLARK COUNTY), PO BOX 551220, LAS VEGAS, NV, 89155-1220 | US Mail (1st Class) |
| 21137 | BANKRUPTCY DEPT, INTERNAL REVENUE SERVICE, (TRANSFEROR· IRS), STOP 5028, 110 CITY PKWY, LAS VEGAS, NV, 89106 | US Mail (1st Class) |
| 21137 | BANKRUPTCY DESK, EMPLOYERS INSURANCE CO OF NV, (TRANSFEROR  EMPLOYERS INSURANCE CO OF NV), 9790 GATEWAY DR, RENO, NV, 89521-5906 | US Mail (1st Class) |
| 21137 | BANKRUPTCY DIVISION, NY DEPARTMENT OF TAXATION, (TRANSFEROR. NY DEPARTMENT OF TAXATION), 555 E WASHINGTON, #1300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21144 | BARRY, THOMAS C, 5962 BELCASTRO ST, LAS VEGAS, NV, 89113-0242 | US Mail (1st Class) |
| 21137 | BRADLEY J STEVENS, JENNINGS STROUSS & SALMON PLC, (TRANSFEROR· LOU O MOLDONADO, TRUSTEE), THE COLLIER CENTER, 201 E WASHINGTON ST, PHOENIX, AZ, 85004-2385 | US Mail (1st Class) |
| 21137 | BRECK E MILDE, TERRA LAW LLP, (TRANSFEROR  ALBERT LEE), 60 S MARKET ST, STE 200, SAN JOSE, CA, 95113 | US Mail (1st Class) |
| 21144 | BRETT C LEWIS, 9974 SOLID LIME ST, LAS VEGAS, NV, 89123-7205 | US Mail (1st Class) |
| 21144 | BROOKS, JOSEPH, 221 BASTROP STREET, LAS VEGAS, NV, 89014 | US Mail (1st Class) |
| 21137 | BRUCE H CORUM/JAUNITA CARTER, TTEE CREDIT SHELTER TRUST J CARTER, (TRANSFEROR  JV DIRECT LENDERS), 4442 VALMONTE DR, SACRAMENTO, CA, 95864 | US Mail (1st Class) |
| 21137 | C CUNNINGHAM/J KOHL/C ROBERTS, RAWLINGS OLSON CANNON ETAL, (TRANSFEROR: PROSPECT HIGH INCOME FUND, ETAL), 9950 W CHEYENNE AVE, LAS VEGAS, NV, 89129 | US Mail (1st Class) |
| 21137 | C/O BANKRUPTCY CLERK, CLARK COUNTY, (TRANSFEROR  CLARK COUNTY ASSESSOR), PO BOX 551401, LAS VEGAS, NV, 89155-1401 | US Mail (1st Class) |
| 21137 | CARLOS GONZALEZ ASST US ATTY, OFFICE OF THE US ATTORNEY GENERAL, (TRANSFEROR USA), 333 LAS VEGAS BLVD S, STE 5000, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21137 | CARYN S TIJSSELING, BEESLEY PECK & MATTEONI LTD, (TRANSFEROR· S&J ENTERPRISE INVESTMENTS INC), 5011 MEADOWOOD MALL WAY, STE 300, RENO, NV, 89502 | US Mail (1st Class) |
| 21137 | CHARLES & RITA ANDERSON TRUSTS, BALTES COMPANY, (TRANSFEROR· JV DIRECT LENDERS), 211 COPPER RIDGE CT, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 21137 | CHARLES O NICHOLS, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR· CHARLES O NICHOLS & FLORA A NICHOLS), USA CAPITAL DIVERSIFIED TRUST DEED, 2561 SEASCAPE DR, LAS VEGAS, NV, 89128 | US Mail (1st Class) |

USA Commercial Mortgage Company fka USA Capit

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21137 | CHRIS MCKINNEY, BAY COMMUNITIES, 4800 N FEDERAL HIGHWAY, STE A205, BOCA RATON, FL, 33431 | US Mail (1st Class) |
| 21137 | CHRISTOPHER D JAIME, WALTHER KEY MAUPIN ETAL, (TRANSFEROR  GANNAWAY CHARITABLE REMAINDER TRUST), 4785 CAUGHLIN PARKWAY, PO BOX 30000, RENO, NV, 89520 | US Mail (1st Class) |
| 21137 | DANIEL BOGDEN/CARLOS GONZALEZ, DISTRICT OF NEVADA, (TRANSFEROR. US ATTORNEY'S OFFICE), 333 LAS VEGAS BLVD S, #5000, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21137 | DAVID AND PAMELA SEXTON, JV DIRECT LENDERS, (TRANSFEROR. JV DIRECT LENDERS), 21929 N 17TH PL, SCOTTSDALE, AZ, 85255 | US Mail (1st Class) |
| 21137 | DAVID W MOUNIER, (TRANSFEROR: DON TOMLIN), 15316 SKY HIGH RD, ESCONDIDO, CA, 92025 | US Mail (1st Class) |
| 21137 | DENNIS FLIER, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR. DENNIS FLIER INC DBT DATED 6/29/87), USA COMMERCIAL MORTGAGE CO, 20155 PORTO VITA WY #1803, AVENTURA, FL, 33180 | US Mail (1st Class) |
| 21144 | DEVELOPERS CAPITAL FUNDING CORP, 4500 S LAKESHORE DR STE 322, TEMPE, AZ, 85282-7190 | US Mail (1st Class) |
| 21144 | DICKINSON, PHILIP, 3725 DORRINGTON DR, LAS VEGAS, NV, 89129-7053 | US Mail (1st Class) |
| 21137 | DISTRICT COUNSEL, INTERNAL REVENUE SERVICE, (TRANSFEROR. IRS), 110 CITY PKWY, LAS VEGAS, NV, 89106 | US Mail (1st Class) |
| 21137 | DISTRICT OFFICE, FHA/HUD, (TRANSFEROR: FHA/HUD), 300 S LAS VEGAS BLVD, STE 2900, LAS VEGAS, NV, 89101-5833 | US Mail (1st Class) |
| 21137 | DMV/PUBLIC SAFETY RECORDS SECTION, (TRANSFEROR· DMV/PUBLIC SAFETY RECORDS SECTION), 555 WRIGHT WAY, CARSON CITY, NV, 89711-0250 | US Mail (1st Class) |
| 21137 | DONALD R WALKER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR· DEL BUNCH DBA LOAN PTNS CAPITAL), USA COMMERCIAL MORTGAGE CO, 9209 EAGLE HILLS DR, LAS VEGAS, NV, 89134-6109 | US Mail (1st Class) |
| 21137 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR. COMMUNITY BANK OF NEVADA), 7371 PRAIRIE FALCON, STE 120, LAS VEGAS, NV, 89128 | US Mail (1st Class) |
| 21144 | DOUGLAS A ESTEVES, 4500 S LAKESHORE DR STE 322, TEMPE, AZ, 85282-7190 | US Mail (1st Class) |
| 21137 | DRS DAVID AND BONNIE ENRICO, JV DIRECT LENDERS, (TRANSFEROR· JV DIRECT LENDERS), 2072 ALMYRA RD, SPARTA, TN, 38583-5168 | US Mail (1st Class) |
| 21137 | EDWARD W HOMFELD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR· HOMFELD II LLC), USA COMMERCIAL MORTGAGE CO, 858 BISHOP RD, GROSSE POINT PK, MI, 48230 | US Mail (1st Class) |
| 21137 | EDWARD W HOMFELD, HOMFELD II LLC, (TRANSFEROR· HOMFELD II LLC), 777 S FEDERAL HIGHWAY, STE N-409, POMPANO BEACH, FL, 33062 | US Mail (1st Class) |
| 21137 | EMPLOYMENT SEC DIV CONTRIB SEC, DEPARMENT OF EMPLOYMENT TRAINING, (TRANSFEROR· DOET), 500 E 3RD ST, CARSON CITY, NV, 89713-0030 | US Mail (1st Class) |
| 21137 | ERVEN T NELSON/ROBERT L BOLICK, BOLICK & BOYER, (TRANSFEROR. LEO MANTAS), 6060 W ELTON AVE, STE A, LAS VEGAS, NV, 89107 | US Mail (1st Class) |
| 21137 | EVAN BEAVERS, LOCAL COUNSEL, (TRANSFEROR  ALBERT LEE), 1625 HIGHWAY 88, STE 304, MINDEN, NV, 89423 | US Mail (1st Class) |
| 21137 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR. COUNSEL FOR INVESTOR COMMITTEES), 1901 AVE OF STARS, 12TH FL, LOS ANGELES, CA, 90067 | US Mail (1st Class) |
| 21137 | FERTITTA ENTERPRISES INC, (TRANSFEROR: COMMITTEE CONTRACT RIGHTS HOLDERS), 2960 W SAHARA AVE, STE 200, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 21144 | FIRNER, VICKY, 5650 EAST SAHARA, #1030, LAS VEGAS, NV, 89142 | US Mail (1st Class) |
| 21137 | FRANK A ELLIS III, ELLIS & GORDON PC, (TRANSFEROR: ANDREW WELCHER), 510 S 9TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21137 | FRANK COLLINS, SIERRA HEALTH SERVICES, (TRANSFEROR: JV DIRECT LENDERS), 2724 N TENAYA WAY, PO BOX 15645, LAS VEGAS, NV, 89114-5645 | US Mail (1st Class) |
| 21137 | FRANKLIN C ADAMS, BEST BEST & KRIEGER LLP, 3750 UNIVERSITY AVE, PO BOX 1028, RIVERSIDE, CA, 92502-1028 | US Mail (1st Class) |
| 21144 | FUENTES, SUSANA, 675 PACIFIC STAR CT, LAS VEGAS, NV, 89123-4904 | US Mail (1st Class) |
| 21137 | GARY A SHEERIN ESQ, JV DIRECT LENDER, (TRANSFEROR. JV DIRECT LENDER), 177 W PROCTOR ST, #B, CARSON CITY, NV, 89703 | US Mail (1st Class) |
| 21137 | GEORGE GORMAN, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES LLC), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 21137 | GILBERT B WEISMAN, C/O BECKET AND LEE LLP, (TRANSFEROR. AMERICAN EXPRESS BANK FSB), PO BOX 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 21144 | GONZALEZ, JORGE, 219 BASTROP ST, HENDERSON, NV, 89074-8857 | US Mail (1st Class) |
| 21144 | HAMILTON, PAUL, 18 CHALET HILLS TER, HENDERSON, NV, 89052-6697 | US Mail (1st Class) |

USA Commercial Mortgage Company fka USA Capit

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21144 | HANTGES, ANDREW, 468 MISSION SPRINGS ST, HENDERSON, NV, 89052-2604 | US Mail (1st Class) |
| 21144 | HANTGES, THOMAS, 1641 STARLIGHT CANYON AVE, LAS VEGAS, NV, 89123-6338 | US Mail (1st Class) |
| 21144 | HARRIS, DEBRA, 5117 EVERGREEN MEADOW AVE, LAS VEGAS, NV, 89130-7022 | US Mail (1st Class) |
| 21144 | HEFNER, STEPHEN R, 10329 EVENING PRIMROSE AVE, LAS VEGAS, NV, 89135-2801 | US Mail (1st Class) |
| 21144 | HILSON, ROBERT A, 8232 SPRING ARTS AVE, LAS VEGAS, NV, 89129-6865 | US Mail (1st Class) |
| 21137 | HOWARD CONNELL, 1001 JENNIS SILVER ST, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 21144 | HOWE, LINDA, 1104 AMBER LAKE LANE, ACWORTH, GA, 30101 | US Mail (1st Class) |
| 21144 | HUFF, GAIL L, 3578 APRIL SPRINGS ST, LAS VEGAS, NV, 89147-7720 | US Mail (1st Class) |
| 21137 | INTERNAL REVENUE SERVICE, (TRANSFEROR. IRS), OGDEN, UT, 84201 | US Mail (1st Class) |
| 21137 | INTERSHOW, (TRANSFEROR. USA CAPITAL REALTY ADVISORS LLC), THE GITHLER CENTER, 1258 N PALM AVE, SARASOTA, FL, 34236 | US Mail (1st Class) |
| 21137 | JAMES G SCHWARTZ/JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, (TRANSFEROR· RODNEY ROLOFF ETAL), 7901 STONERIDGE DR, STE 401, PLEASANTON, CA, 94588 | US Mail (1st Class) |
| 21137 | JAMES HULL, C/O SIGNATURE FINANCIAL, (TRANSFEROR  USA SECURITIES LLC), 2601 AIRPORT DR, # 370, TORRANCE, CA, 90505 | US Mail (1st Class) |
| 21137 | JAMES MCCOLLUM, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR. JAMES MCCOLLUM & PAMELA MCCOLLUM), USA COMMERCIAL MORTGAGE CO, 1011 F AVE, CORONADO, CA, 92118 | US Mail (1st Class) |
| 21137 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR· COUNSEL FOR INVESTOR COMMITTEES), 233 S 4TH ST, 2ND FL, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21137 | JAMES R BONFIGLIO GP, (TRANSFEROR. BOARDWALK INVESTMENTS LP), 8635 W SAHARA AVE, UNIT 200, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 21137 | JANET L CHUBB, JONES VARGAS, (TRANSFEROR: JOSEPH, LORETTA AND MARK DONNOLO), 100 W LIBERTY ST, 12TH FL, PO BOX 281, RENO, NV, 89504-0281 | US Mail (1st Class) |
| 21137 | JANNY CATHARINA BROUWER, 2533 KINNARD AVE, HENDERSON, NV, 89074 | US Mail (1st Class) |
| 21137 | JAY R EATON, EATON & O`LEARY PLLC, (TRANSFEROR  MICHAEL R SHULER), 115 GROVE AVE, PRESCOTT, AZ, 86301 | US Mail (1st Class) |
| 21137 | JAY R EATON, EATON & O`LEARY PLLC, (TRANSFEROR· MICHAEL R SHULER), PO BOX 18, FAIRBURY, IL, 61739 | US Mail (1st Class) |
| 21137 | JB PARTAIN, PRESIDENT, MOJAVE CANYON INC, (TRANSFEROR  JV DIRECT LENDER), 1400 COLORADO ST, #C, BOULDER, CO, 89005 | US Mail (1st Class) |
| 21137 | JED A HART, ANGELO GORDON & CO, 245 PARK AVE, 26TH FL, NEW YORK, NY, 10167 | US Mail (1st Class) |
| 21137 | JEFFREY A COGAN, LAW OFFICES OF JEFFREY A COGAN CHTD, (TRANSFEROR  ROBERT VERCHOTA GEN PTNR), 3990 VEGAS DR, LAS VEGAS, NV, 89108 | US Mail (1st Class) |
| 21137 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR· DR GARY KANTOR TTEE OF KANTOR NEPH), 1389 GALLERIA DR, STE 200, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 21137 | JEFFREY R SYLVESTER, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: USA COMMERCIAL REAL ESTATE GROUP), 7371 PRAIRIE FALCON, STE 120, LAS VEGAS, NV, 89128 | US Mail (1st Class) |
| 21137 | JERROLD T MARTIN, (TRANSFEROR: JERROLD T MARTIN), 8423 PASO ROBLES, NORTHRIDGE, CA, 91325 | US Mail (1st Class) |
| 21137 | JERRY T MCGIMSEY, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR  JERRY T MCGIMSEY), USA CAPITAL FIRST TRUST DEED FUND, 3115 S EL CAMINO RD, LAS VEGAS, NV, 89146-6621 | US Mail (1st Class) |
| 21137 | JOAN C WRIGHT, ALLISON MACKENZIE RUSSELL ETAL, (TRANSFEROR· ROYAL VACATINO SUITES INC), 402 N DIVISION ST, PO BOX 646, CARSON CITY, NV, 89702 | US Mail (1st Class) |
| 21137 | JOHN BAUER, (TRANSFEROR· JOHN BAUER IRA), 40808 N RIVERBEND, ANTHEM, AZ, 85086 | US Mail (1st Class) |
| 21137 | JOHN F MURTHA, WOODBURN AND WEDGE, (TRANSFEROR. JOHN AND GARY MICHELSEN), 6100 NEIL RD STE 500, PO BOX 2311, RENO, NV, 89505 | US Mail (1st Class) |
| 21137 | JOHN GOINGS, (TRANSFEROR· COMMITTEE USA CAP 1ST TR DEED), PO BOX 174, MASONVILLE, CO, 80541 | US Mail (1st Class) |
| 21137 | JOHN H WARNER JR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: JOHN H WARNER JR), USA CAPITAL FIRST TRUST DEED FUND, 2048 N CHETTRO TR, ST GEORGE, UT, 84770-5345 | US Mail (1st Class) |
| 21137 | JOHN PETER LEE, JOHN PETER LEE LTD, 830 LAS VEGAS BLVD S, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21137 | JOHN WARNER JR IRA, (TRANSFEROR: EQUITY SECURITY HOLDERS COMMITTEE), C/O FIRST SAVINGS BANK, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 21137 | JOHN WARNER JR IRA, C/O FIRST SAVINGS BANK, (TRANSFEROR. COMMITTEE OF USA CAPITAL 1ST TRUST), 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |

USA Commercial Mortgage Company fka USA Capit

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21137 | JOSEPH HUGGINS, HUGGINS & ASSOCIATES, (TRANSFEROR: J MILANOWSKI, T HANTAGES, ETAL), 1000 N GREEN VALLEY PKY, SUITE 440-2, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 21144 | KATZ, JERRY M, 716 SEA PINES LN, LAS VEGAS, NV, 89107-2035 | US Mail (1st Class) |
| 21137 | KELLY J BRINKMAN, GOOLD PATTERSON ALES & DAY, (TRANSFEROR. GOOLD PATTERSON ALES & DAY), 4496 S PECOS RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 21137 | KEN BONNET, KEHL FAMILY, (TRANSFEROR. JV DIRECT LENDERS), 3184 HIGHWAY 22, PO BOX 720, RIVERSIDE, IA, 52327 | US Mail (1st Class) |
| 21137 | KERIANN M ATENCIO, GREENBERG TRAURIG LLP, (TRANSFEROR· NEVADA STATE BANK), 2375 E CAMELBACK RD, PHOENIX, AZ, 85016 | US Mail (1st Class) |
| 21137 | KERMIT KRUSE, 2710 ALBANY AVE, DAVIS, CA, 95616 | US Mail (1st Class) |
| 21137 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR: ROSEBERRY FAMILY LP/ROBT WORTHEN), 7440 W SAHARA AVE, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 21144 | KIMBROUGH, ANGELA D, 4080 PARADISE RD STE 15, LAS VEGAS, NV, 89109-4836 | US Mail (1st Class) |
| 21137 | KUMMER KAEMPFER ETAL, (TRANSFEROR. USA CAPITAL REALTY ADVISORS LLC), 3800 HOWARD HUGHES PKWY, 7TH FL, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 21137 | KURT HUNSBERGER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: GANNAWAY CHARITIBLE REMAINDER TRST), USA CAPITAL DIVERSIFIED TRUST DEED, 3500 LAKESIDE CT #200, RENO, NV, 89520 | US Mail (1st Class) |
| 21137 | LARRY L (TTEE) & PATSY REIGER, REVOCABLE TRUST, (TRANSFEROR: CREDITORS COMMITTEE USACMC), 2615 GLEN EAGLES DR, RENO, NV, 89523 | US Mail (1st Class) |
| 21137 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR  SCOTT CANEPA ET AL), 1700 BANK OF AMERICA PLZ, 400 S 4TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21144 | LEE, DEVIN J, 8222 VISTA COLORADO ST, LAS VEGAS, NV, 89123-4309 | US Mail (1st Class) |
| 21137 | LENARD SCHWARTZER/J MCPHERSON, SCHWARTZER & MCPHERSON LAW FIRM, (TRANSFEROR DEBTOR LOCAL COUNSEL), 2850 S JONES BLVD, STE 1, LAS VEGAS, NV, 89146 | US Mail (1st Class) |
| 21144 | LISOOK, STEPHEN, 2362 N GREEN VALLEY PKWY # K-169, HENDERSON, NV, 89014-3661 | US Mail (1st Class) |
| 21137 | LOAN SERVICE AND CLAIMS, DEPT OF VETERANS AFFAIRS, (TRANSFEROR. DEPT OF VETERANS AFFAIRS), 3225 N CENTRAL, PHOENIX, AZ, 85102 | US Mail (1st Class) |
| 21144 | LOMBARDI, POMPEO, 572 SUGARPINE DRIVE, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 21144 | LOOB, VICTORIA S, 3613 HILLSDALE CT, LAS VEGAS, NV, 89108-1163 | US Mail (1st Class) |
| 21144 | MAFFETT, DALTON F, 4948 DUBONNET DR, SPARKS, NV, 89436-8134 | US Mail (1st Class) |
| 21137 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR· EQUITY SEC HLDRS COMMITTEE), 400 CAPITAL MALL, STE 3000, SACRAMENTO, CA, 95145 | US Mail (1st Class) |
| 21137 | MARGIE GANDOLFO, 1724 ARROW WOOD DR, RENO, NV, 89521 | US Mail (1st Class) |
| 21137 | MARION E WYNNE, WILKINS BANKESTER BILES & WYNNE PA, (TRANSFEROR· SHARON JUNO), PO BOX 1367, FAIRHOPE, AL, 36533-1367 | US Mail (1st Class) |
| 21137 | MARJORIE A GUYMON, GOLDSMITH & GUYMON PC, (TRANSFEROR. MOUNTAIN WEST MORTGAGE ETC), 2055 N VILLAGE CENTER CIR, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 21137 | MARTIN B WEISS, THE GARRETT GROUP LLC, ONE BETTERWORLD CIR, STE 300, TEMECULA, CA, 92590 | US Mail (1st Class) |
| 21137 | MARY ELLEN MORO, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR· MARY ELLEN MORO), USA CAPITAL FIRST TRUST DEED FUND, 1009 8TH ST, MANHATTAN BEACH, CA, 90266 | US Mail (1st Class) |
| 21137 | MARYETTA BOWMAN, 534 ENCHANTED LAKES DR, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 21137 | MATTHEW Q CALLISTER, CALLISTER & REYNOLDS, (TRANSFEROR· PROJECT DISBURSEMENT GROUP INC), 823 LAS VEGAS BLVD S, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21137 | MICHAEL T YODER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR. ADVANCED INFORMATION SYSTEMS), USA COMMERCIAL MORTGAGE CO, 4270 CAMERON ST STE 1, LAS VEGAS, NV, 89103 | US Mail (1st Class) |
| 21144 | MILANOWSKI, CYNTHIA, 8520 CHIQUITA DR, LAS VEGAS, NV, 89128 | US Mail (1st Class) |
| 21144 | MORGAN, AMBER, FIRST SAVINGS BANK C/F STEPHANIE AMBER, MORGAN, IRA, 555 E SILVERADO RANCH BLVD, LAS VEGAS, NV, 89183 | US Mail (1st Class) |
| 21137 | NANCY ALLF/TIMOTHY THOMAS, PARSONS BEHLE & LATIMER, (TRANSFEROR. CO-COUNSEL - ALEXANDER ET AL), 411 E BONNEVILLE AVE, #100, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21137 | NICHOLAS J SANTORO, NICHOLAS J SANTORO ESQ, (TRANSFEROR· NICHOLAS SANTORO ETAL), 400 S 4TH ST, 3RD FL, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21137 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR· MIKLOS STEUER), 3320 W SAHARA AVE, STE 380, LAS VEGAS, NV, 89102-3202 | US Mail (1st Class) |

USA Commercial Mortgage Company fka USA Capit

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21137 | OFFICE OF CHIEF COUNSEL, PENSION BENEFIT GUARANTY CORP, (TRANSFEROR· PBGC), 1200 K ST NW, WASHINGTON, DC, 20005-4026 | US Mail (1st Class) |
| 21137 | OFFICE OF LABOR COMMISSIONER, (TRANSFEROR· OFFICE OF LABOR COMMISSIONER), 555 E WASHINGTON AVE, STE 4100, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21137 | OFFICE OF THE UNITED STATES TRUSTEE, (TRANSFEROR: UST), 600 LAS VEGAS BLVD SOUTH, STE 4300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21144 | OLSON, MARK, 1219 PANINI DR, HENDERSON, NV, 89052-3143 | US Mail (1st Class) |
| 21137 | P JACOBI/A ABRAMS/M KIVEN/J MILLS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR. NORMAN KIVEN), 30 N LASALLE ST, STE 3000, CHICAGO, IL, 60602 | US Mail (1st Class) |
| 21137 | PAUL & DONNA JACQUES, 810 SE 7TH ST, A103, DEERFIELD BEACH, FL, 33441 | US Mail (1st Class) |
| 21137 | PETER BOLINO, 17412 SERENE DR, MORGAN HILL, CA, 95037 | US Mail (1st Class) |
| 21137 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), 7 W FIGUEROA ST, 2ND FL, SANTA BARBARA, CA, 83101-3191 | US Mail (1st Class) |
| 21144 | PETERSON, M. FAYE, 917 COLLING TREE STREET, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 21144 | PUHR, OLIVER, 1696 HEARTHSTONE COURT, RENO, NV, 89521 | US Mail (1st Class) |
| 21137 | R HAGMAIER, FINANCIAL WEST GROUP, (TRANSFEROR  USA SECURITIES LLC), 4510 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 21137 | R KINAS/M STRAND/J MCBEE, SNELL & WILMER LLP, (TRANSFEROR· ASPEN SQUARE MANAGEMENT INC), 3800 HOWARD HUGHES PKY, STE 1000, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 21137 | R VAUGHN GOURLEY, STEPHENS GOURLEY & BYWATER, (TRANSFEROR. STANDARD PROPERTY DEVELOPMENT LLC), 3636 N RANCHO DR, LAS VEGAS, NV, 89130 | US Mail (1st Class) |
| 21137 | R WALKER/E LOVERIDGE/R LAMBER, WOODBURY & KESLER PC, (TRANSFEROR: J MILANOWSKI, T HANTGES ETAL), 265 E 100 SOUTH, STE 300, SALT LAKE CITY, UT, 84111 | US Mail (1st Class) |
| 21137 | REVENUE DIVISION, NV DEPARTMENT OF TAXATION, (TRANSFEROR  NV DEPARTMENT OF TAXATION), CAPITOL COMPLEX, CARSON CITY, NV, 89710-0003 | US Mail (1st Class) |
| 21137 | RICHARD G WOUDSTRA TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR RICHARD G WOUDSTRA REV TRUST), USA CAPITAL FIRST TRUST DEED FUND, PO BOX 530025, HENDERSON, NV, 89053 | US Mail (1st Class) |
| 21137 | RICHARD HOROWITZ, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR· RICHARD HOROWITZ), USA CAPITAL FIRST TRUST DEED FUND, 5 FIR DRIVE, KINGS POINT, NY, 11024 | US Mail (1st Class) |
| 21137 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), 77 W WACKER DR, STE 4100, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 21137 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), 330 S THIRD ST, #900, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21137 | ROB CHARLES, LEWIS AND ROCA LLP, (TRANSFEROR· CREDITORS COMMITTEE USACMC), 3993 HOWARD HUGHES PKWY, 6TH FL, LAS VEGAS, NV, 89169-0961 | US Mail (1st Class) |
| 21137 | ROBERT A RUSSELL, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR. RUSSELL/AD DEVELOP GROUP LLC), USA COMMERCIAL MORTGAGE CO, 8585 E HARTFORD DR STE 500, SCOTTSDALE, AZ, 85255 | US Mail (1st Class) |
| 21137 | ROBERT AND SANDRA COWMAN, JV DIRECT LENDER, (TRANSFEROR  JV DIRECT LENDER), 1525 WINTERWOOD AVE, SPARKS, NV, 89434 | US Mail (1st Class) |
| 21137 | ROBERT E TAYLOR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: CHUCK HEINRICHS), USA CAPITAL FIRST TRUST DEED FUND, 198 EL PAJARO, NEWBURY PARK, CA, 91320 | US Mail (1st Class) |
| 21137 | ROBERT E TAYLOR, USA CAPITAL FIRST TRUST DEED FUND, (TRANSFEROR. EQUITY SECURITY HOLDER COMMITTEE), 1535 FLYNN RD, CAMARILLO, CA, 93012 | US Mail (1st Class) |
| 21137 | ROBERT H MANSFIELD, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR. ROBERT H MANSFIELD), USA CAPITAL DIVERSIFIED TRUST DEED, 3611 VICTORY AVE, LAS VEGAS, NV, 89121-7224 | US Mail (1st Class) |
| 21137 | ROBERT HARDY, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), 6510 ANSONIA CT, LAS VEGAS, NV, 89118-1874 | US Mail (1st Class) |
| 21137 | ROBERT L HAGMAIER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR· ROBERT L HAGMAIER), USA COMMERCIAL MORTGAGE CO, 15254 CANDLEWOOD CT, LAKE OSWEGO, OR, 97035 | US Mail (1st Class) |
| 21137 | ROBERT RUSSELL, RUSSELL AD DEVELOPMENT GROUP LLC, (TRANSFEROR  CREDITORS COMMITTEE USACMC), PO BOX 28216, SCOTTSDALE, AZ, 85255 | US Mail (1st Class) |
| 21137 | ROBERT WORTHEN, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: ROBERT WORTHEN), USA CAPITAL DIVERSIFIED TRUST DEED, 1112 WORTHEN CIRCLE, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 21137 | ROCCO J ROCCO, (TRANSFEROR: ROCCO J ROCCO), 12617 COTTAGEVILLE LANE, KELLER, TX, 76248 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21144 | RONDEAU, TOM, 8524 HAVEN STREET, LAS VEGAS, NV, 89123 | US Mail (1st Class) |
| 21137 | RUSSELL JAMES ZUARDO, 1296 HIGH FOREST AVE, LAS VEGAS, NV, 89123 | US Mail (1st Class) |
| 21137 | SANDRA W LAVIGNA, US SECURITIES AND EXCHANGE COMM, (TRANSFEROR: SEC), 5760 WILSHIRE BLVD, 11TH FL, LOS ANGELES, CA, 90036-3648 | US Mail (1st Class) |
| 21144 | SCHLEE, JANET, 3713 REMINGTON GROVE, NORTH LAS VEGAS, NV, 89081 | US Mail (1st Class) |
| 21137 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR. BANK OF AMERICA NA), 3930 HOWARD HUGHES PKY, 4TH FL, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 21137 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, 851 S RAMPART BLVD, #160, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 21137 | SEAN NAJARIAN, THE NAJARIAN LAW FIRM, 283 S LAKE AVE, STE 205, PASADENA, CA, 91101 | US Mail (1st Class) |
| 21144 | SIDDIQUI, FAISAL, 3989 TRAPANI PL, LAS VEGAS, NV, 89141-4249 | US Mail (1st Class) |
| 21137 | STAN WOLKEN, | US Mail (1st Class) |
| 21137 | STATE OF NEVADA, (TRANSFEROR. SECRETARY OF STATE), 202 N CARSON ST, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 21137 | STEPHANIE L COOPER, THE COOPER CHRISTENSEN LAW FIRM LLP, (TRANSFEROR  MARGARITA JUNG, SECURED CREDITOR), 820 S VALLEY VIEW BLVD, LAS VEGAS, NV, 89107 | US Mail (1st Class) |
| 21137 | STEPHEN R HARRIS, BELDING HARRIS & PETRONI LTD, (TRANSFEROR. FRANK SNOPKO), 417 W PLUMB LN, RENO, NV, 89509 | US Mail (1st Class) |
| 21137 | STEVEN E OSTROW, WHITE AND WILLIAMS, (TRANSFEROR  LIBERTY BANK), 1800 ONE LIBERTY PL, PHILADELPHIA, PA, 19103-7395 | US Mail (1st Class) |
| 21144 | STEVENS, AMANDA, 284 MERRICK WAY, HENDERSON, NV, 89014-6052 | US Mail (1st Class) |
| 21144 | STEWART, LYNDA, 2861 DESTINO LANE, HENDERSON, NV, 89074 | US Mail (1st Class) |
| 21144 | STEWART, THOMAS, 330 GLISTENING CLOUD DRIVE, HENDERSON, NV, 89012 | US Mail (1st Class) |
| 21144 | STONE, MARGARET, 501 MADISON TAYLOR PL, LAS VEGAS, NV, 89144-1397 | US Mail (1st Class) |
| 21137 | SUSAN ECKHARDT, NEVADA MORTGAGE LENDING DIVISION, (TRANSFEROR· NEVADA MORTGAGE LENDING DIVISION), 3075 E FLAMINGO, NO 100, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 21137 | SUSAN M FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), 40 N CENTRAL AVE, STE 1900, PHOENIX, AZ, 85004 | US Mail (1st Class) |
| 21137 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (TRANSFEROR· FRANKLIN/STRATFORD INVESTMENT LLC), 720 S 4TH ST, STE 300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21144 | SZABO, MARISSA, 292 FRANCISCO ST, HENDERSON, NV, 89014-6026 | US Mail (1st Class) |
| 21137 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR. BUCKALEW TRUST/EXEC CONT COMMITTEE), 3960 HOWARD HUGHES PKY, 9TH FL, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 21137 | TAX DIVISION WESTERN REGION, US DEPT OF JUSTICE, (TRANSFEROR: UNITED STATES DEPT OF JUSTICE), PO BOX 683, BEN FRANKLIN STATION, WASHINGTON, DC, 20044 | US Mail (1st Class) |
| 21137 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR· HELMS HOMES LLC), USA COMMERCIAL MORTGAGE CO, 809 UPLAND BLVD, LAS VEGAS, NV, 89107 | US Mail (1st Class) |
| 21137 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: TERRY R HELMS LIVING TRST 11/94), USA COMMERCIAL MORTGAGE CO, 809 UPLAND BLVD, LAS VEGAS, NV, 89107 | US Mail (1st Class) |
| 21137 | THOMAS C LAWYER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR. THOMAS C LAWYER FAMILY TRUST), USA CAPITAL DIVERSIFIED TRUST DEED, 45 VENTANA CANYON DR, LAS VEGAS, NV, 89113 | US Mail (1st Class) |
| 21137 | THOMAS J ALLISON, USA COMMERCIAL MORTGAGE, (TRANSFEROR. ALL DEBTORS), 4484 S PECOS RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 21137 | THOMAS R BROOKSBANK, BROOKSBANK & ASSOCIATES, (TRANSFEROR· AUGUSTINE TUFFANELLI), 689 SIERRA ROSE DR, STE A-2, RENO, NV, 89511 | US Mail (1st Class) |
| 21137 | THOMAS STILLEY, SUSSMAN SHANK LLP, (TRANSFEROR· DAVID FOSSATI), 1000 SW BROADWAY, STE 1400, PORTLAND, OR, 97205-3089 | US Mail (1st Class) |
| 21137 | TIM RICH, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 21137 | TY E KEHOE, KEHOE & ASSOCIATES, (TRANSFEROR: LERIN HILLS LTD), 871 CORONADO CENTER DR, STE 200, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 21137 | VINCE DANELIAN, PO BOX 97782, LAS VEGAS, NV, 89193 | US Mail (1st Class) |
| 21137 | WADE B GOCHNOUR/ARYN M FITZWATER, HANEY WOLOSON & MULLINS, (TRANSFEROR: LIBERTY BANK), 1117 S RANCHO DR, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 21144 | WEESE, LEANN, 4629 LOMAS SANTA FE ST, LAS VEGAS, NV, 89147-6027 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21137 | WEN BALDWIN TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR  WEN BALDWIN SEP PROP TRST - 9/2/97), USA CAPITAL FIRST TRUST DEED FUND, 365 DOOLEY DR, HENDERSON, NV, 89015 | US Mail (1st Class) |
| 21137 | WILLIAM D COPE, COPE & GUERRA, (TRANSFEROR: COPE & GUERRA), 595 HUMBOLDT ST, RENO, NV, 89509-1603 | US Mail (1st Class) |
| 21137 | WILLIAM E WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR· ANDREW WELCHER, CREDITOR), 1000 TOWN CTR DR, 6TH FL, PO BOX 9100, OXNARD, CA, 93031-9100 | US Mail (1st Class) |
| 21137 | WILLIAM J BULLARD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR  FERTITTA ENTERPRISES INC), USA COMMERCIAL MORTGAGE CO, PO BOX 27555, LAS VEGAS, NV, 89126-1555 | US Mail (1st Class) |
| 21137 | WILLIAM J BULLARD, FERTITTA ENTERPRISES INC, (TRANSFEROR· FERTITTA ENTERPRISES INC), 2960 W SAHARA AVE, STE 200, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 21137 | WILLIAM L MCGIMSEY, 601 E CHARLESTON BLVD, LAS VEGAS, NV, 89104 | US Mail (1st Class) |
| 21137 | WILLIAM WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR: ANDREW WELCHER), 1000 TOWN CENTER DR 6TH FL, PO BOX 9100, OXNARD, CA, 93031 | US Mail (1st Class) |
| 21144 | WITHROW, ELISA A, 2255 E SUNSET RD APT 2024, LAS VEGAS, NV, 89119-4953 | US Mail (1st Class) |

**Subtotal for this group:  199**

USA Commercial Mortgage Company fka USA Capit