**LEWIS AND ROCA LLP LAWYERS**

Efiled on 9/10/06

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>**06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>**06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>**06-10728** | **Notice of Hearing on Motion to Amend Debtor's Protocol for Continuing Distributions and Interim Holdbacks** |
| **USA Capital First Trust Deed Fund, LLC**<br>**06-10728** | Date:     September 13, 2006<br>Time:     9:30 a.m.<br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
| **USA Securities, LLC**<br>**06-10729**<br>                    **Debtors.** | |

Notice is hereby given that, as directed by the Court on August 31, 2006, the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company ("Unsecured Committee") filed the Motion to Amend Debtor's Protocol for Continuing Distributions and Interim Holdbacks on September 1, 2006 [DE 1233]. In substance, the motion requests approval of an order which grants the request for continuing authority to make payments as requested in the Debtors' Motion To Distribute Funds And To Grant

206388.1

Ordinary Course Releases And Distribute Proceeds (the "Distribution Motion") [DE 847] and Debtors' Modification to Motion to Distribute Funds and Proposed Procedures for Ongoing Distributions [DE 1203] ("Debtors' Modification"), but which also holds back for resolution by further order of this Court certain amounts for the reasons stated in the Unsecured Committee's Response to Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds [DE 995], which was supported by the Declaration of Edward M. Burr [DE 996] as well as the response to the Distribution Motion filed by the Diversified Fund.

The date and time of the proposed hearing were set forth in the caption of the Motion.

Any Opposition must be filed pursuant to Local Rule 9014(e)(1).

Local Rule 9014(e)(1): Except for motions made pursuant to Fed. R. Bank. P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days prior to the hearing unless otherwise ordered by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that confirm to the provisions of LR 9014(d).

A copy of the Applications may be obtained by accessing BMC Group, Inc.'s website at www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting BMC Group at telephone: (888) 909-0100, or from the undersigned.

NOTICE IS FURTHER GIVEN that the hearing may be continued without further notice.

NOTICE IS FURTHER GIVEN that unless otherwise indicated herein, the hearing will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada on September 13, 2006 at 9:30 a.m.

206388.1



1 | Dated September 10, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

206388.1