LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on September 11, 2006

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169
     Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    40 North Central Avenue, Suite 1900
     Phoenix, Arizona 85004-4429

4    Susan M. Freeman AZ State Bar No. 004199
     Email: sfreeman@lrlaw.com
     Rob Charles NV State Bar No. 006593
5    Email: rcharles@lrlaw.com

6    Proposed Attorneys for Official Committee of Unsecured Creditors

7

8

9                          **UNITED STATES BANKRUPTCY COURT**

10                              **DISTRICT OF NEVADA**

11   **In Re:**                                    )    Jointly Administered
                                                   )
12   **USA Commercial Mortgage Company**           )    Chapter 11 Cases
          **06-10725 – Lead Case**                 )
                                                   )    Judge Linda B. Riegle Presiding
13   **USA Capital Realty Advisors, LLC**          )
          **06-10726**                             )    **CERTIFICATE OF SERVICE**
14                                                 )
     **USA Capital Diversified Trust Deed Fund,**  )    Date:  N/A
15   **LLC**                                       )    Time:  N/A
          **06-10727**                             )    **Affecting:**
16                                                 )    ✕  All Cases
     **USA Capital First Trust Deed Fund, LLC**    )    **or Only:**
17        **06-10728**                             )    ¨   USA Commercial Mortgage Company
                                                   )    ¨   USA Capital Realty Advisors, LLC
18   **USA Securities, LLC**                       )    ¨   USA Capital Diversified Trust Deed Fund,
          **06-10729**                             )    LLC
19                              **Debtors.**        )    ¨   USA Capital First Trust Deed Fund, LLC
                                                   )

20   1.    I, Rob Charles, a partner in the law firm of Lewis and Roca LLP, attorneys for the

21         Official Committee of Unsecured Creditors of USA Commercial Mortgage

22         Company, served the following document:

23         A)    Notice of Hearing on Motion to Amend Debtor's Protocol for Continuing
                 Distributions and Interim Holdbacks [DE 1261].
24
     2.    I served the aforementioned document by the following means to the persons as
25
           listed below:
26

                                                                                      1767917.1



1    A)    ECF System to the persons listed on Exhibit A on September 10, 2006; and

2    B)    Email on September 10, 2006 to all persons with email addresses listed on

3          the Master Service List on file with this Court not included in A.

4    3.    As evidenced by her signature below, on September 11, 2006, Christine Laurel, an

5          employee of Lewis and Roca, served the Notice by first class mail, postage prepaid,

6          deposited in Phoenix, Arizona, addressed to all persons without email addresses

7          listed on the Master Service List on file with this Court.

8          I declare under penalty of perjury that the foregoing is true and correct.

9          DATED September 11, 2006.

10

11                                    /s/ RC (#006593)

12                                    Rob Charles, NV 6593
                                      *Attorneys for Official Unsecured Creditors'*

13                                    *Committee for USA Commercial Mortgage*
                                      *Company*

14

15                                    /s/ Christine Laurel
                                      Christine Laurel

16

17

18

19

20

21

22

23

24

25

26

1767917.1