| | |
|---|---|
| AUGUST B. LANDIS, Assistant United States Trustee<br>State Bar # IA PK9228<br>*augie.landis@usdoj.gov*<br>**UNITED STATES DEPARTMENT OF JUSTICE**<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, So., Suite 4300<br>Las Vegas, Nevada 89101<br>Telephone: (702) 388-6600 Attorney Ext. 224<br>Facsimile:  (702) 388-6658<br><br>Attorneys for the Acting United States Trustee<br>       SARA L. KISTLER | **E-Filed on September 11, 2006** |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**USA Commercial Mortgage Company**<br>       **06-10725 -- Lead Case**<br><br>**USA Capital Realty Advisors, LLC**<br>       06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>       06-10727<br><br>**USA Capital First Trust Deed Fund, LLC**<br>       06-10728<br><br>**USA Securities, LLC**<br>       06-10729            Debtors | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding<br><br>Date:   N/A<br>Time:   N/A<br>**Affecting:**<br>☒ All Cases<br>**or Only:**<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served the following document:

> The United States Trustee's Opposition to Emergency Motion for Order Extending the Debtors' Exclusive Period to File a Plan to September 15, 2006

as follows:

1. Electronically upon all counsel and parties in interest on the CM/ECF service list as of September 8, 2006; and

2. By depositing an envelope in the United States Mail, first class postage fully prepaid and addressed to each of the parties listed below, each of which contained a true and correct copy of the document described above, on September 11, 2006.

| | |
|---|---|
| Joshua D. Brysk<br>Law Offices of James G. Schwartz<br>7901 Stoneridge Drive, Suite 401<br>Pleasanton, CA  94588 | Bradley J. Stevens<br>3300 North Central Avenue, #1800<br>Phoenix, AZ  85012 |
| Annette W. Jarvis<br>P.O. Box 45385<br>36 South State Street, #1400<br>Salt Lake City, UT  84145-0385 | Thomas W. Stilley<br>1000 S.W. Broadway, #1400<br>Portland, OR  97205 |
| Richard J. Mason<br>130 Pinetree Lane<br>Riverwoods, IL  60015 | Steven C. Strong<br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, UT  84145-0385 |
| Breck E. Milde<br>60 South Market Street, Suite 200<br>San Jose, CA  95113 | Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA  90067 |
| Douglas M. Monson<br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT  84145-0385 | Gregory J. Walch<br>400 South Fourth Street, 3rd Floor<br>Las Vegas, NV  89101<br><br>William E. Winfield<br>P.O. Box 9100<br>Oxnard, CA  93031 |
| Erven T. Nelson<br>6060 West Elton Ave., Suite A<br>Las Vegas, NV  89107 | Marion E. Wynne<br>Wilkins, Bankester, Biles & Wynne, P.A.<br>P.O. Box 1367<br>Fairhope, AL  36533-1367 |
| Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT  84145 | Evan Beavers<br>1625 Highway 88 #304<br>Minden, NV 89423 |
| Nicholas J. Santoro<br>400 South Fourth Street, 3rd Floor<br>Las Vegas, NV  89101 | Elissa F. Cadish<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 |
| Michael M. Schmahl<br>McGuire Woods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL  60601 | Frank Ellis<br>510 South 9th Street<br>Las Vegas, NV 89101 |
| James G. Schwartz<br>7901 Stoneridge Drive, #401<br>Pleasanton, CA  94588 | R. Vaughn Gourley<br>3636 No. Rancho Dr.<br>Las Vegas, NV 89130 |
| Schwartzer & McPherson Law Firm<br>2850 South Jones Blvd., #1<br>Las Vegas, NV  89146 | Matthew K. Kreutzer<br>3930 Howard Hughes Parkway , 4th Floor<br>Las Vegas, NV 89169 |
| Patricia K. Smoots<br>318 North Grove<br>Oak Park, IL  60302 | |

Reid W. Lambert
Woodbury & Kesler, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111

Elizabeth R. Loveridge
Woodbury & Kesler, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111

Lee D. Mackson
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Vince Danelian
P.O. Box 97782
Las Vegas, NV 89193

Richard J. Mason
130 Pinetree Lane
Riverwoods, IL 60015

J. Stephen Peek
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, NV 89169

Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145

Russell S. Walker
265 East 100 South
Suite 300
Salt Lake City 84111

George D. Frame
601 Greenway Road, Suite D
Henderson, NV 89015

Breck E. Milde
Terra Law LLP
60 South Market Street, Suite 200
San Jose, CA 95113

Dated: September 11, 2006

**OFFICE OF THE UNITED STATES TRUSTEE**

SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17

By: ____*/s/ August B. Landis*____
August B. Landis
Assistant United States Trustee
Las Vegas, Nevada