Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
   and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED on September 12, 2006

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**LIMITED OBJECTION TO MOTION TO AMEND DEBTOR'S PROTOCOL FOR CONTINUING DISTRIBUTIONS AND INTERIM HOLDBACKS**<br><br>**(AFFECTS USA COMMERCIAL MORTGAGE, USA CAPITAL DIVERSIFIED TRUST DEED FUND, AND USA CAPITAL FIRST TRUST DEED FUND)**<br><br>Date: September 13, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | |

P:\USA Commercial Mortgage\Pleadings\Distribute Funds\Limited Objection to UCC Motion to Modify 091206.DOC    Page 1 of 3

USA Commercial Mortgage Company ("USA"), USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund"), and USA Capital First Trust Deed Fund, LLC ("FTD Fund") (collectively, the "Debtors") respectfully submit the following limited objection to the Motion to Amend Debtor's Protocol for Continuing Distributions and Interim Holdbacks (the "Motion to Amend") (Docket No. 1233).

## STATEMENT OF FACTS

1. On July 7, 2006, Debtors filed their Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds (the "Distribution Motion") (Docket No. 847), pursuant to which Debtors sought an order authorizing USA to distribute certain funds held in USA's collection account to Lenders.

2. On August 24, 2006, the Court entered an order approving the Distribution Motion subject to the specific provisions set forth therein, but the parties reserved for a later determination by the Court the issue of further distributions of funds held in USA's collection account on an ongoing basis.

3. On August 29, 2006, Debtors filed their Modification to Motion to Distribute Funds and Proposed Procedures for Ongoing Distributions (the "Modification Motion") (Docket No. 1203).

4. At the hearing on August 31, 2006, the Unsecured Creditors Committee (the "UCC") argued that additional holdbacks and other modifications should be included in the order approving further monthly distributions, and therefore, the court ordered the UCC to file by September 1, 2006, a motion setting forth their requested further holdbacks and modifications.

5. As a result of the Court's order, on September 1, 2006, the UCC filed the Motion to Amend which outlined the additional requested holdbacks, as well as included a proposed monthly interim distribution order.

6. The Debtors file this limited objection in response to the UCC's Motion to Amend.

## MEMORANDUM

The Debtors have reviewed the UCC's proposed monthly interim distributions order and its language is generally acceptable to the Debtors except as follows. The main concern the

Debtors have regarding the proposed monthly interim distribution order is with respect to paragraph 3. While the Debtors do not object to the concept contained in paragraph 3 that certain costs of collection might be allocable to specific loans, they do object to the UCC's proposed implementation of this concept. The Debtors also object to the proposed monthly interim distribution order to the extent it requires in paragraph 1.2.2 that the Debtors must seek entry of court orders on the surcharge and additional servicing fee by no later than September 30, 2006. Instead, the Debtors propose that a more appropriate date would be October 13, 2006. Additionally, due to complications that have recently arisen in preparing investor statements to reflect July, 2006 and August, 2006 collections, the proposed monthly interim distribution order should further be modified to reflect that the scheduled distribution date for both July and August, 2006 should be September 29, 2006.

Based on the foregoing, the Debtors are submitting alternative language to the Committees to address the foregoing concerns (and other minor concerns), including a revised paragraph 3 of the UCC's proposed order which proposes alternative procedures for dealing with the collection costs issue, and will be working with them in the next few days to try and reach a consensus regarding a monthly interim distribution order.

Respectfully submitted this 12th day of September, 2006.

/s/ Lenard E. Schwartzer, Esq.
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

891334.02