1  Name Richard E. Kammerman
2  Bar Code # Texas Bar No. 11086000
3  Address Richard Kammerman, P.C.
4  7200 N. Mopac, Suite 150
5  Austin, TX 78731
6  Phone # 512-343-2424

E FILED 9-12-06

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: USA Commercial Mortgage Company )
) Bankruptcy No. 06-10725-LBR
) Chapter No. 11
Plaintiff )
) **VERIFIED PETITION FOR**
) **PERMISSION TO PRACTICE**
vs. ) **IN THIS CASE ONLY BY**
) **ATTORNEY NOT ADMITTED**
) **TO THE BAR OF THIS COURT**
Defendant(s) )
) EFFECTIVE JUNE 1, 2004
) FILING FEE IS $175.00

Richard E. Kammerman , Petitioner, respectfully represents to the Court:

1.  That Petitioner resides at 4209 Woodway .
                               (street address)

Austin                    , Travis                    .
(city)                      (county)

Texas          , 78731       , 512-345-4100                    .
(state)         (zip code)    (area code + telephone number)

**CAUTION: DO NOT REVISE OR RETYPE THIS FORM**

2. That Petitioner is an attorney at law and a member of the law firm of Richard Kammerman, P.C. with offices at 7200 N. Mopac, Suite 150 (street address), Austin (city), 78731 (zip code), 512-343-2424 (area code + telephone number).

3. That Petitioner has been retained personally or as a member of the law firm by Lerin Hills, Ltd. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 1967 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| U.S. District Court- Southern District of Texas | December 5, 1989 |
| U.S. District Court- Western District of Texas | October 28, 1986 |
| U.S. Court of Appeals - 5th Circuit | February 24, 1989 |

2

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

NONE

8. That Petitioner is a member of good standing in the following Bar Associations:

Travis County (Texas) Bar Association; State Bar of Texas

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

(If necessary, please attach a statement of additional applications)

3

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: 7-10-06

_____
Petitioner's Signature

STATE OF Texas )
                )
COUNTY OF Travis )

Richard E. Kammerman, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this 10th day of July, 2006.

_____
Notary public

CYD C. MCCOOL
Notary Public, State of Texas
My Commission Expires
September 24, 2008

4