KEHOE & ASSOCIATES
Ty E. Kehoe, Esq.
Nevada Bar No. 006011
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Telephone: (702) 837-1908
Facsimile: (702) 837-1932
E-Mail: TyKehoeLaw@aol.com
Attorney for Lerin Hills, Ltd.

Richard E. Kammerman
Texas Bar No. 11086000
Richard Kammerman, P.C.
7200 N. Mopac, Suite 150
Austin, Texas 78759
Telephone: (512) 343-2424
Facsimile: (512) 343-6767
e-mail: rkpc@austin.rr.com
Attorney for Lerin Hills, Ltd.

E FILED 9-12-06

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725 LBR
Chapter 11

## DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned attorney of record for Lerin Hills, Ltd., an interested party and borrower herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interest of the client to designate Ty E. Kehoe, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is: Bar Code No. 6011,

871 Coronado Center Drive, Suite 200, Henderson, NV 89052, Telephone: (702) 837-1908, Facsimile: (702) 837-1932, E-Mail Address: TyKehoeLaw@aol.com.

By this designation the undersigned attorney and party agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under the applicable Rule shall run from the date of service on the local counsel.

*Richard E. Kammerman*
Richard E. Kammerman
Attorney at Law
Counsel for Lerin Hills, Ltd.

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

*Ty Kehoe*
Ty E. Kehoe
Designated Nevada Counsel

///

///

///

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Ty E. Kehoe, of Kehoe & Associates, as its Designated Nevada Counsel in this case.

LERIN HILLS, LTD., a Texas limited partnership

By: Lerin Development Company, LLC, a Texas limited liability company, its general partner

By: _____
J. Abel Godines, Manager

By: _____
Willis J. Harpole, Manager

LERIN HILLS, LLC a/k/a LERIN DEVELOPMENT COMPANY, LLC, a limited liability company

By: _____
J. Abel Godines, Member

By: _____
Willis J. Harpole, Member

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Ty E. Kehoe, of Kehoe & Associates, as its Designated Nevada Counsel in this case.

LERIN HILLS, LTD., a Texas limited partnership

By: Lerin Development Company, LLC, a Texas limited liability company, its general partner

By: _____
J. Abel Godines, Manager

LERIN HILLS, LLC a/k/a LERIN DEVELOPMENT COMPANY, LLC, a limited liability company

By: _____
J. Abel Godines, Member