Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON SEPTEMBER 12, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STATUS AND AGENDA FOR** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **SEPTEMBER 13, 2006 HEARINGS** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: September 13, 2006<br>Time: 9:30 a.m. |

Hearing Status form for 091306 Hearings    - 1 –

1. **Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC (Affects USA Commercial Mortgage)** filed by Scott K. Canepa (the "Boise/Gowan Lift Stay Motion"). The Boise/Gowan Lift Stay Motion has been continued to this date and seeks relief from the automatic stay to change the loan servicing agent and terminate the Loan Servicing Agreement as to the Boise/Gowan loan.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| USA Commercial Mortgage | June 2, 2006 | 468 |
| Donna Cangelosi | June 5, 2006 | 503 |
| Official Committee of Unsecured Creditors of USA Commercial Mortgage (Omnibus Response) | June 9, 2006 | 566 |
| Scott K. Canepa (Reply) | June 13, 2006 | 632 |
| Boise/Gowan LLC (Declaration in Opposition) | July 24, 2006 | 961 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Joinder in Opposition) | July 28, 2006 | 1037 |

2. **Debtors' Motion To Distribute Funds And To Grant Ordinary-Course Releases And Distribute Proceeds (Affects USA Commercial Mortgage, USA Capital Diversified Trust Deed Fund, And USA Capital First Trust Deed Fund)** (the "Distribution Motion") filed by Debtors. In this Motion, the moving Debtors requested an order authorizing USA Commercial Mortgage Company ("USA") to distribute certain funds held in USA's collection account to direct lenders, and authorizing USA Capital Diversified Trust Deed Fund, LLC and USA Capital First Trust Deed Fund, LLC to further distribute certain funds to their respective fund members. USA sought permission to distribute promptly to Direct Lenders a substantial portion of the funds currently held in the Collection Account. An Order (A) Granting (i) Debtors' Motion To Distribute Funds; (ii) Debtors' Hold Funds Motion And (B) Denying (i) The Lift Stay Motion And (ii) McKnight Motion (Affects USA Commercial Mortgage, USA Capital Diversified

Hearing Status form for 091306 Hearings        - 2 –

1 Trust Deed Fund, And USA Capital First Trust Deed Fund) was entered on August 24, 2006.

2 The order approving the Distribution Motion was entered subject to the specific provisions set forth therein, but the parties reserved for a later determination by the Court the issue of further distributions of funds held in USA's collection account on an ongoing basis. On August 29, 2006, Debtors filed their Modification to Motion to Distribute Funds and Proposed Procedures for Ongoing Distributions (the "Modification Motion") (Docket No. 1203). At the hearing on August 31, 2006, the Unsecured Creditors Committee (the "UCC") argued that additional holdbacks and other modifications should be included in the order approving further monthly distributions, and therefore, the court ordered the UCC to file by September 1, 2006, a motion setting forth their requested further holdbacks and modifications. As a result of the Court's order, on September 1, 2006, the UCC filed the below-referenced Motion to Amend which outlined the additional requested holdbacks, as well as included a proposed monthly interim distribution order.

3. **Motion to Amend Debtor's Protocol For Continuing Distributions And Interim Holdbacks** (the "Motion to Amend") filed by the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company. The Motion to Amend moves this Court for approval of on order which grants the request for continuing authority to make payments as requested in the Debtors' Motion To Distribute Funds And To Grant Ordinary Course Releases And Distribute Proceeds and Debtors' Modification to Motion to Distribute Funds and Proposed Procedures for Ongoing Distributions.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company (Response) | September 11, 2006 | 1262 |
| Debtors | September 12, 2006 | 1269 |

4. **Emergency Motion For Order Extending The Debtors' Exclusive Period To File A Plan To September 15, 2006 (Affects All Debtors)** (the "Emergency Motion") filed by Debtors. The Emergency Motion requests that the Court: 1) ratify the approval of the Stipulated

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Order Extending The Debtors' Exclusive Period To File A Plan To September 15, 2006 (Docket No. 1223), 2) extend the Debtors' exclusive period for filing a plan to September 15, 2006, and 3) enter an order further extending the Debtors' exclusivity period for filing a plan to such further date as stipulated by all of the four official committees

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| U.S. Trustee | September 8, 2006 | 1260 |

5. **Motion to Consolidate Adversary Proceedings Involving Investor Trust Account** ("Motion to Consolidate") filed by USA Commercial Mortgage Company in adversary case number 06-01146-LBR. The Motion to Consolidate requests that adversary case number 06-1146-LBR be consolidated with adversary case number 06-1167-LBR. A Stipulation and Order Regarding Motion For Consolidation has been signed by the parties in adversary case number 06-01146 LBR and has been submitted to the Court.

DATED: September 12, 2006

/s/    Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession