*Electronically Filed on September 13, 2006*

1  JANET L. CHUBB, ESQ.
   Nevada State Bar No. 176
2  LOUIS M. BUBALA III, ESQ.
   Nevada State Bar No. 8974
3  JONES VARGAS
   100 W. Liberty St, 12th Floor
4  P.O. Box 281
   Reno, NV 89504-0281
5  Telephone:  775-786-5000
   Fax:  775-786-1177
6  Email:  jlc@jonesvargas.com
     and    tbw@jonesvargas.com
7    and    lbubala@jonesvargas.com

8  **Attorneys for JV Direct Lenders**:
   Charles B. Anderson Trust; Rita P. Anderson
9  Trust; Baltes Company; Juanita N. Carter;
   A. William Ceglia; Ranee L. Ceglia; Robert
10 A. & Sandra L. Cowman; Bruce Corum,
   Trustee of the Credit Shelter Trust; Andrew
11 & Ellen Dauscher; Drs. David & Bonny Enrico;
   Fertitta Enterprises, Inc.; Judith L Fountain
12 Irrevocable Trust Dated 8/26/97; Kehl Family;
   The Mault Family Trust;  Mojave Canyon, Inc.;
13 David W. & Pamela K. Sexton; Evelyn Asher
   Sheerin, Trustee for the Benefit of The Chris H.
14 Sheerin (deceased) and Evelyn Asher Sheerin
   984 Trust Dated 5/31/84; Evelyn Asher Sherrin,
   Trustee of the Chris and Evelyn Sheerin 1990
   Trust; Sheerins Inc.; and Sierra Health Services

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter     11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **RESPONSE OF JV DIRECT LENDERS TO FIRST INTERIM FEE AND EXPENSES APPLICATION OF SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC,** |
| USA SECURITIES, LLC, Debtor. | |
| Affects:<br>■ All Debtors<br>⊋USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:  September 28, 2006<br>Hearing Time:  9:30 a.m. |

1

JV Direct Lenders, by and through their counsel, Janet L. Chubb, Esq., of Jones Vargas, respond to First Interim Fee and Expense Application of Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, ("Application") and state that they have no objection to the Application as long as the attorneys' fees and expenses requested are not paid from any monies belonging to the JV Direct Lenders as beneficiaries of those certain direct loans listed in the in the Second Amended Statement of Jones Vargas Pursuant to Bankruptcy Rule 2019 filed on September 13, 2006.

DATED this 13th day of September, 2006.

JONES VARGAS

By:    //s// Janet L. Chubb
JANET L. CHUBB, ESQ.
LOUIS M. BUBALA, ESQ.

Attorneys for JV Direct Lenders

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Fee Application Responses\Response to Shea & Carlyon 1st Interim Fee App.doc

**CERTIFICATE OF SERVICE**

1. We filed the following document(s) on September 13, 2006:

RESPONSE TO FIRST INTERIM FEE AND EXPENSE APPLICATION OF SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC

2. Upon filing, I served the above-named document(s) by the following means to the persons as listed below:

- ■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- **NANCY L ALLF**
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- **OGONNA M. ATAMOH**
  oatamoh@nevadafirm.com
  bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK**
  tom@tombrooksbank.com renee@tombrooksbank.com
- **ANDREW M. BRUMBY**
  abrumby@shutts-law.com; rhicks@shutts-law.com; lmackson@shutts-law.com
- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com;ccarlyon@sheacarlyon.com;
- bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com
- **MICHAEL W. CHEN**
  michael@ccfirm.com yvette@ccfirm.com
- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com
- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE**
  cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com
- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- **THOMAS H. FELL**
  thf@gordonsilver.com bankruptcynotices@gordonsilver.com

3

- **SCOTT D. FLEMING**
  sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com
- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com
- **WADE B. GOCHNOUR**
  wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com
- **CARLOS A. GONZALEZ**
  carlos.gonzalez2@usdoj.gov
  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- **GERALD M GORDON**
  bankruptcynotices@gordonsilver.com
- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com
- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com
- **JEFFREY R. HALL**
  jhall@sheacarlyon.com; bkfilings@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com
- **STEPHEN R HARRIS**
  steve@renolaw.biz noticesbh&p@renolaw.biz
- **BRIGID M. HIGGINS**
  bankruptcynotices@gordonsilver.com
- **DAVID W. HUSTON**
  dwh@hustonlaw.net swaits@hustonlaw.net
- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com
- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com
- **TY E. KEHOE**
  TyKehoeLaw@aol.com
- **ROBERT R. KINAS**
  rkinas@swlaw.com;mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com
  imccord@swlaw.com
- **ZACHARIAH LARSON**
  ecf@lslawnv.com
- **JOHN J. LAXAGUE**
  jlaxague@caneclark.com
- **GEORGE C. LAZAR**
  glazar@foxjohns.com; gclazar@sbcglobal.net
- **NILE LEATHAM**
  nleatham@klnevada.com ckishi@klnevada.com;bankruptcy@klnevada.com
- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com
- **ANNE M. LORADITCH**
  ecffilings@beckleylaw.com aloraditch@beckleylaw.com;pkois@beckleylaw.com

4

- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JEANETTE E. MCPHERSON**
  bkfilings@s-mlaw.com
- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com
- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com;smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- **DAVID MINCIN**
  mcknightlaw@cox.net;kopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com
- **ERVEN T. NELSON**
  erv@rlbolick.com susan@rlbolick.com
- **VICTORIA L NELSON**
  bkecf@nevadafirm.com;vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- **BOB L. OLSON**
  ecffilings@beckleylaw.com bolson@beckleylaw.com;dgriffis@beckleylaw.com
- **DONNA M. OSBORN**
  ebaker@marquisaurbach.com;dosborn@marquisaurbach.com;
  tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- **ANDREW M. PARLEN**
  aparlen@stutman.com
- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com
- **PAUL C RAY**
  info@johnpeterlee.com
- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com
- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com
- **JAMES PATRICK SHEA**
  bankruptcyfilings@sheacarlyon.com
- ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com
  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- **AMBRISH S. SIDHU**
  asidhu@lslawnv.com ecf@lslawnv.com

5

- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com
- **DAVID A. STEPHENS**
  dstephens@lvcm.com
- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com
- **JEFFREY R. SYLVESTER**
  jeff@sylvesterpolednak.com David@sylvesterpolednak.com
- **CARYN S. TIJSSELING**
  cst@beesleymatteoni.com aha@beesleymatteoni.com
- **WHITNEY B. WARNICK**
  wbw@albrightstoddard.com bstessel@albrightstoddard.com
- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

☐ b  **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒  c.  **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

**Susan M. Freeman**
sfreeman@lrlaw.com

**Frank Merola, Eve Karasik & Christine M. Pajak**
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

**Marc A. Levinson & Lynn Trinka Ernce**
malevinson@orick.com;lernce@orrick.com

**Stan Wolken**
bayareastan@yahoo.com

**Nicholas J. Santoro**
NSantoro@Nevadafirm.com

**Jed A. Hart, Esq.**
jhart@angelogordon.com

**Bradley J. Stevens, Esq.**
bstevens@jsslaw.com

6

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Fee Application Responses\Response to Shea & Carlyon 1st Interim Fee App.doc

**Richard Mason, Patricia K. Smoots, & Michael M. Schmahl**
rjmason@mcguirewoods.com; psmoots@mcguirewoods.com; mschmahl@mcguirewood.com

**Andrew Welcher c/o William E. Winfield,**
wwinfield@nchc.com

**Annette W. Jarvis, Steven C. Strong, & Douglas M. Monson**
ajarvis@rqn.com; sstrong@rqn.com; dmonson@rqn.com

    ✐ e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    ✐ f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

3.    And on September 14, 2006, we will serve the above-named document(s) **United States mail, postage fully prepaid** (list persons and addresses):

**Evan Beavers**
1625 Highway 88, #304
Minden, NV 89423

**Joshua D Brysk**
Law Offices Of James G Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

**Elissa F Cadish**
3930 Howard Hughes Pkwy, 4th Flr
Las Vegas, NV 89169

**Vince Danelian**
P.O. Box 97782
Las Vegas, NV 89193

**Frank A Ellis**
510 S 9th St
Las Vegas, NV 89101

**George D Frame**
601 Greenway Road, Ste D
Henderson, NV 89015

7

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1  **R Vaughn Gourley**
   3636 N Rancho Dr
2  Las Vegas, NV 89130

3  **Matthew J. Kreutzer**
   **J. Stephen Peek**
4  Hale Lane Peek Dennison & Howard
   3930 Howard Hughes Pky. 4th Floor
5  Las Vegas, NV 89169

6
   **Reid W. Lambert**
7  Woodbury & Kesler, P.C.
   265 East 100 South, Suite 300
8  Salt Lake City, UT 84111

9  **Elizabeth R. Loveridge**
   Woodbury & Kesler, P.C.
10 265 East 100 South, Suite 300
   Salt Lake City, UT 84111
11

12 **Lee D. Mackson**
   Shutts & Bowen LLP
13 1500 Miami Center
   201 South Biscayne Boulevard
14 Miami, FL 33131

15 **Breck E. Milde**
   Terra Law LLP
16 60 South Market St, Suite 200
   San Jose, CA 95113
17

18 **James G Schwartz**
   7901 Stoneridge Dr #401
   Pleasanton, CA 94588
19

20 **Thomas W Stilley**
   1000 SW Broadway #1400
   Portland, OR 97205
21

22 **Gregory J Walch**
   400 S Fourth St 3rd Floor
23 Las Vegas, NV 89101

24 **Russell S. Walker**
   265 East 100 South Suite 300
25 Salt Lake City, UT 84111

26

27 **Marion E. Wynne**
   Wilkins, Bankester, Biles & Wynne, P.A.
   Post Office Box 1367
28 Fairhope, AL 36533-1367

8

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Fee Application Responses\Response to Shea & Carlyon 1st Interim Fee App.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 13th day of September, 2006.

| Tawney Waldo | //s// Tawney Waldo |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

9

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Fee Application Responses\Response to Shea & Carlyon 1st Interim Fee App.doc