**Entered on Docket**
**September 14, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail:      fmerola@stutman.com
             ekarasik@stutman.com
             aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail:      jshea@sheacarlyon.com
             ccarlyon@sheacarlyon.com
             ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>      Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>      Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>      Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>      Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>      Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

| Affects | |
|---|---|
| ☐ All Debtors | ) |
| ☐ USA Commercial Mortgage Co. | ) Date: August 31, 2006 |
| ☐ USA Securities, LLC | ) Time: 9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | ) |
| ☐ USA Capital Diversified Trust Deed | ) |
| ☒ USA Capital First Trust Deed Fund, LLC | ) |

**ORDER SUSTAINING OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIMS BASED ON PREPETITION EQUITY SECURITY HOLDERS (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC AND CLAIMANTS CONCETTA CARNICELLI, JOSEPH GRGURICH, FRIEDA MOON, LOUIE AND CHARLOTTE POLANCO, ROCCO J. ROCCO, MARGARET VALLI, SHARON C. VAN ERT, AND HEINRICH RICHARD AND BRIGITTE S. WEBER)**

The Court having considered the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") to Misfiled Claims, including claim nos. 2, 6, 7, 17, 19, 20, 25, and 26 (the "Objection"); having reviewed the pleadings, papers and records on file in this action and the arguments of counsel; no opposition to the Objection having been timely filed; and good cause appearing:

IT IS HEREBY ORDERED that the FTDF Committee's Objection is sustained.

IT IS FURTHER ORDERED that the claims listed on Exhibit A attached hereto shall be

///
///
///
///
///
///
///

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

2

reclassified as proofs of interest.

SUBMITTED BY:

SHEA & CARLYON, LTD.

_/s/_

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101

and

STUTMAN, TREISTER & GLATT, P.C.
Frank A. Merola, Esq.
Eve. H. Karasik, Esq.
Andrew M. Parlen, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

APPROVED / DISAPPROVED

OFFICE OF THE UNITED STATES TRUSTEE

_/s/ Scott Andrew Farrow_

AUGUST B. LANDIS, ESQ.  Scott Andrew Farrow
300 Las Vegas Blvd. South, Ste. 4300
Las Vegas, NV 89101

# EXHIBIT "A"

# EXHIBIT "A"

## Equity Interests

| Claim No. | Claimant | Date Filed | Claim Amount | Disposition |
|---|---|---|---|---|
| 2 | Joseph Grgurich | April 27, 2006 | $25,000.00 | Reclassify as proof of interest. |
| 6 | Frieda Moon FBO Sharon C. Van Ert | May 23, 2006 | $35,583.34 | Reclassify as proof of interest. |
| 7 | Frieda Moon FBO Sharon C. Van Ert | May 23, 2006 | $17,538.18 | Reclassify as proof of interest. |
| 17 | Concetta Carnicelli or Margaret Valli JT WROS | June 23, 2006 | $45,000.00 | Reclassify as proof of interest. |
| 19 | Louie and Charlotte Polanco | June 23, 2006 | $13,110.26 | Reclassify as proof of interest. |
| 20 | Joseph Grgurich | June 23, 2006 | $25,000.00 | Reclassify as proof of interest. |
| 25 | Rocco J. Rocco | July 7, 2006 | $10,132.00 | Reclassify as proof of interest. |
| 26 | Heinrich Richard Weber and Brigitte S. Weber | July 21, 2006 | $30,275.00 | Reclassify as proof of interest. |

401851v1

# # #