**Entered on Docket**
**September 14, 2006**

Hon. Linda B. Riegle
**United States Bankruptcy Judge**

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA, ESQ.
(CA State Bar No. 136934)
EVE H. KARASIK, ESQ.
(CA State Bar No. 155356)
ANDREW M. PARLEN, ESQ.
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail:        fmerola@stutman.com
               ekarasik@stutman.com
               aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail:        jshea@sheacarlyon.com
               ccarlyon@sheacarlyon.com
               ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security*
*Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>　　　　　Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

*SHEA & CARLYON, LTD.*
*233 S. Fourth Street, 2nd Floor*
*Las Vegas, Nevada 89101*
*(702) 471-7432*

Affects

☐ All Debtors

☐ USA Commercial Mortgage Co.

☐ USA Securities, LLC

☐ USA Capital Realty Advisors, LLC

☐ USA Capital Diversified Trust Deed

☒ USA Capital First Trust Deed Fund, LLC

)
)
)
)
)
)
)

Date: August 31, 2006
Time: 9:30 a.m.

### ORDER SUSTAINING OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MISFILED CLAIMS (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC AND CLAIMANTS MELANIE COWAN, ROSS DELLER, BRENDA FALVAI, FRIEDA MOON, EDWARD J. AND DARLENE A. QUINN, AND SHARON C. VAN ERT)

The Court having considered the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") to Misfiled Claims, including claim nos. 3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15, 18, 21, 22, 23, 24, 27, 28, and 29 (the "Objection"); having reviewed the pleadings, papers and records on file in this action and the arguments of counsel; no opposition to the Objection having been timely filed; and good cause appearing:

IT IS HEREBY ORDERED that the FTDF Committee's Objection is sustained.

IT IS FURTHER ORDERED that the claims listed on Exhibit A attached hereto shall be disallowed, and the claimants shall not be entitled to any distribution from USA Capital First

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2ⁿᵈ Floor
Las Vegas, Nevada 89101
(702) 471-7432

2

Trust Deed Fund, LLC with respect to such claims.

SUBMITTED BY:

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101

and

STUTMAN , TREISTER & GLATT, P.C.
Frank A. Merola, Esq.
Eve. H. Karasik, Esq.
Andrew M. Parlen, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security
Holders of USA Capital First Trust Deed Fund, LLC*

APPROVED / DISAPPROVED

OFFICE OF THE UNITED STATES TRUSTEE

AUGUST B. LANDIS, ESQ.
300 Las Vegas Blvd. South, Ste. 4300
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

# EXHIBIT "A"

# EXHIBIT "A"

## Wrong Debtor Claims

| Claim No. | Claimant | Date Filed | Claim Amount |
|---|---|---|---|
| 3 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 22, 2006 | $37,860.24 |
| 4 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 22, 2006 | $51,033.34 |
| 5 | Frieda Moon, an unmarried woman and Sharon c. Van Ert, an unmarried woman, as joint tenants with right of survivorship | May 23, 2006 | $51,033.34 |

401852v1

| Claim No. | Claimant | Date Filed | Claim Amount |
|---|---|---|---|
| 8 | Frieda Moon, an unmarried woman and Sharon c. Van Ert, an unmarried woman, as joint tenants with right of survivorship | May 23, 2006 | $51,076.38 |
| 9 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 23, 2006 | $51,076.38 |
| 10 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 23, 2006 | $25,538.20 |
| 11 | Brenda Falvai | June 2, 2006 | $50,933.34 |

2

| Claim No. | Claimant | Date Filed | Claim Amount |
|---|---|---|---|
| 12 | Brenda Falvai | June 2, 2006 | $50,972.22 |
| 13 | Brenda Falvai | June 2, 2006 | $50,933.34 |
| 14 | Brenda Falvai | June 2, 2006 | $50,933.34 |
| 15 | Brenda Falvai | June 2, 2006 | $37,860.24 |
| 18 | Melanie Cowan | June 23, 2006 | $100,000.00 |

| Claim No. | Claimant | Date Filed | Claim Amount |
|---|---|---|---|
| 21 | Ross Deller | June 23, 2006 | $50,000.00 |
| 22 | Ross Deller | June 23, 2006 | $120,000.00 |
| 23 | Ross Deller | June 23, 2006 | $50,000.00 |
| 24 | Ross Deller | June 23, 2006 | $100,000.00 |
| 27 | Edward J. Quinn and Darlene A. Quinn | July 24, 2006 | $156,388.48 |

4

| Claim No. | Claimant | Date Filed | Claim Amount |
|---|---|---|---|
| 28 | Edward J. Quinn and Darlene A. Quinn | July 26, 2006 | $156,388.48 |
| 29 | Edward J. Quinn and Darlene A. Quinn | July 26, 2006 | $156,388.48 |

401852v1

# # #