

Entered on Docket
September 14, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                        Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                        Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                        Debtor. | **ORDER SETTING DEADLINE TO FILE PROOFS OF CLAIM AND PROOFS OF INTEREST** |
| In re:<br>USA SECURITIES, LLC,<br>                                                        Debtor. | **(AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: August 31, 2006<br>Time: 9:30 a.m. |

P:\USA Commercial Mortgage\Pleadings\Claims Bar Date\Order 090106v3.doc

Page 1 of 2

The Court, sua sponte, after consultation with all counsel, and pursuant to Bankruptcy Rule 3003(c)(3),

ORDERS AS FOLLOWS:

1. The date by which proofs of claim or proofs of interest must be filed to be considered timely filed is November 13, 2006 (the "Bar Date").

2. Debtors shall cause notice of this deadline to be mailed to all creditors, equity interest holders, parties to executory contracts, investors, and parties in interest by first class mail no later than September 18, 2006.

Submitted by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

Approved/Disapproved by:
OFFICE OF THE U.S. TRUSTEE

By: _____
SCOTT A. FARROW, ESQ.

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:
GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

### # #

1  The Court, sua sponte, after consultation with all counsel, and pursuant to Bankruptcy Rule 3003(c)(3),

ORDERS AS FOLLOWS:

1. The date by which proofs of claim or proofs of interest must be filed to be considered timely filed is November 13, 2006 (the "Bar Date").

2. Debtors shall cause notice of this deadline to be mailed to all creditors, equity interest holders, parties to executory contracts, investors, and parties in interest by first class mail no later than September 18, 2006.

Submitted by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By:_____
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By:_____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: /s/ Anne M. Loraditch
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved / Disapproved by:
OFFICE OF THE U.S. TRUSTEE

By:_____
SCOTT A. FARROW, ESQ.

Approved/Disapproved by:
GORDON & SILVER, LTD.

By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:_____
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

###

1  The Court, sua sponte, after consultation with all counsel, and pursuant to Bankruptcy Rule
2  3003(c)(3),
3  ORDERS AS FOLLOWS:
4  1.  The date by which proofs of claim or proofs of interest must be filed to be
5  considered timely filed is November 13, 2006 (the "Bar Date").
6  2.  Debtors shall cause notice of this deadline to be mailed to all creditors, equity
7  interest holders, parties to executory contracts, investors, and parties in interest by first class mail
8  no later than September 18, 2006.

Submitted by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By:_____
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By:_____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of
Unsecured Creditors of USA Commercial
Mortgage Company*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
Diversified Trust Deed Fund, LLC*

Approved / Disapproved by:
OFFICE OF THE U.S. TRUSTEE

By:_____
SCOTT A. FARROW, ESQ.

Approved/Disapproved by:
GORDON & SILVER, LTD.

By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of
Holders of Executory Contract Rights of
USA Commercial Mortgage Company*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:_____
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
First Trust Deed Fund LLC*

### ###

The Court, sua sponte, after consultation with all counsel, and pursuant to Bankruptcy Rule 3003(c)(3),

ORDERS AS FOLLOWS:

1. The date by which proofs of claim or proofs of interest must be filed to be considered timely filed is November 13, 2006 (the "Bar Date").

2. Debtors shall cause notice of this deadline to be mailed to all creditors, equity interest holders, parties to executory contracts, investors, and parties in interest by first class mail no later than September 18, 2006.

| Submitted by:<br>RAY QUINNEY & NEBEKER P.C. and<br>SCHWARTZER & MCPHERSON LAW FIRM | Approved / Disapproved by:<br>OFFICE OF THE U.S. TRUSTEE |
|---|---|
| By:_____<br>LENARD E. SCHWARTZER, ESQ.<br>*Attorneys for Debtor and Debtor-In-Possession* | By:_____<br>SCOTT A. FARROW, ESQ. |
| Approved/Disapproved by:<br>LEWIS AND ROCA, LLP | Approved/Disapproved by:<br>GORDON & SILVER, LTD. |
| By:_____<br>SUSAN M. FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By:_____<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| Approved/Disapproved by:<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>and BECKLEY SINGLETON, CHTD. | Approved/Disapproved by:<br>STUTMAN TREISTER & GLATT, P.C. and<br>SHEA & CARLYON, LTD. |
| By:_____<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>BOB L. OLSON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By:_____<br>EVE KARASIK, ESQ.<br>CHRISTINE PAJAK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

###