

Entered on Docket
September 14, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                    Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                    Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                                    Debtor. | **SECOND AMENDED ORDER<br>ESTABLISHING CASE MANAGEMENT<br>PROCEDURES<br>(AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: August 16, 2006<br>Time: 9:30 a.m. |

SECONDED AMENDED ORDER RE CASE MANAGMENT PROCEDURES 082106

The Court having heard various motions on August 16, 2006, the Debtors, USA Commercial Mortgage Company ("USA Commercial Mortgage"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors"), appearing by and through their counsel, Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm; other appearances being made upon the record; the Court having considered the status and size of the Debtors' cases and determining that it is beneficial to enter an amended case management procedures, it is hereby

**ORDERED** that these cases are subject to the following Case Management Procedures:

## A. Hearings

1. **Omnibus Hearing Dates** - Unless the Court otherwise schedules or orders, *sua sponte*, or upon the proper filings by a party, all motions, pleadings, applications, other requests for relief, objections, responses, and replies thereto, and all other matters, will be automatically set to be heard at periodic bi-monthly or monthly omnibus hearings scheduled in advance by the Court (the "Omnibus Hearing Dates"). The Court has currently set the following additional Omnibus Hearing Dates:

August 31, 2006 at 9:30 a.m.
September 13, 2006 at 9:30 a.m.
September 28, 2006 at 9:30 a.m.
October 19, 2006 at 9:30 a.m.
October 30, 2006 at 9:30 a.m.
November 13, 2006 at 9:30 a.m.
November 28, 2006 at 9:30 a.m.
December 15, 2006 at 9:30 a.m.
January 3, 2007 at 9:30 a.m.
January 17, 2007 at 9:30 a.m.
January 31, 2007 at 9:30 a.m.

///

Except as otherwise scheduled or ordered by the Court, all motions, pleadings, applications, other requests for relief, objections, responses, and replies thereto, and all other matters ("Request(s) for Relief") shall not be considered by the Court unless filed and served at least twenty five (25) days prior to the next scheduled Omnibus Hearing Date. The deadlines for filing oppositions and replies are set forth below.

2. **Setting A Hearing Not On The Omnibus Hearing Date** - The Court may issue an order shortening time which allows such Request For Relief to be heard on a date that is not an Omnibus Hearing Date if proper support is provided to demonstrate its urgency and that such urgency is not a result of delay on the part of the party requesting the relief. However, unless such circumstances constitute an extreme emergency, it is unlikely that such Request for Relief will be set on less than ten (10) days' notice.

3. **BMC Website** – Hearing dates and times are subject to change. Unless otherwise ordered, all hearings shall be held at the United States Bankruptcy Court, 300 Las Vegas Blvd. S., Third Floor, Courtroom #1. The Debtors shall post information relating to hearings on the Debtors' Private Website at http://www.usacapitalcorp.com and on BMC Group, the Debtors' Noticing Agent's Website at http://www.bmcgroup.com/usacmc. The Court may permit parties to attend hearings on a "listen only" basis through the use of a dial in number, which will also be posted by the Debtors on the websites listed above. However, technical or other problems may impair or prevent the utilization of the dial in service. Entities may contact BMC Group at (888) 909-0100 for information concerning future Omnibus Hearings that have been scheduled by the Court.

4. **Objection(s) Deadline to Request(s) for Relief** –

(a) Unless otherwise ordered by the Court, the deadline to file and serve Objections to Requests for Relief (the "Objection Deadline") set to be heard on regular notice on an Omnibus Hearing Date shall be *the earlier of*: (i) fifteen (15) days after the Request for Relief is served, or (ii) five (5) business days before the applicable hearing date. An Objection Deadline concerning a Request for Relief set to be heard on an Omnibus Hearing Date may be extended with the consent of the entity filing the Request for Relief to a date that is no later than five (5)

business days before the applicable hearing date.

   (b) Unless otherwise ordered by the Court, the deadline to file and serve objections to Requests for Relief set on shortened time shall be no later than three (3) business days before the hearing date.

   (c) Any brief filed in reply to an objection to Request for Relief shall be filed *the earlier of* (i) five (5) business days after the filing of an objection to a Request for Relief or (ii) by noon the business day before the applicable hearing date.

  5. **Pleadings-**

Courtesy copies of all motions, oppositions, replies, and memoranda of law that are set for hearing, together with all exhibits and attachments, must be delivered to the Bankruptcy Court Clerk's office after filing. Copies shall be delivered either by hand or by mail. Delivery shall be made no later than ten business days prior to the scheduled hearing date. A courtesy copy of any pleading filed within ten (10) days of a hearing must be received by the Bankruptcy Court Clerk's office by *the earlier of:* (i) noon the following business day or (ii) noon the business day prior to the hearing.

**B. Effective Date of Case Management Procedures**

The effective date of this Second Amended Case Management Procedures contained herein shall be the date the Order is entered on the Court's docket.

**C. Automatic Sanctions**

  1. Any attorney who fails to comply with the time requirements for filing objections or oppositions to motions and applications contained in the Case Management Order shall pay the movant or applicant $300; and

  2. Any attorney who fails to deliver to the Clerk of this Court a courtesy (paper) copy of his pleadings which are e-filed with the Court by the end of the next judicial business day (but not later than noon the judicial business day before any hearing) shall pay the Court $75.

**D. Compliance with Rule 2019**

Bankruptcy Rule 2019 applies to attorneys representing investors in loans serviced by USA Commercial Mortgage Company, and attorneys representing multiple parties shall file the

verified statement required by that rule.

**SCHWARTZER & McPHERSON LAW FIRM and
RAY QUINNEY & NEBEKER, P.C.**

By: /s/ Lenard E. Schwartzer
LENARD E. SCHWARTZER, ESQ.
*Counsel for USA Commercial Mortgage Company,
USA Capital First Trust Deed Fund, LLC
USA Capital Diversified Trust Deed Fund, LLC
USA Capital Realty Advisors, LLC and
USA Securities, LLC*

Approved/Disapproved by:
**LEWIS AND ROCA, LLP**

By: /s/ Rob Charles
ROB CHARLES, ESQ.
*Counsel for the Official Committee of
Unsecured Creditors of USA Commercial
Mortgage Company*

Approved/Disapproved by:
**GORDON & SILVER, LTD.**

By:_____
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders
of Executory Contract Rights of USA
Commercial Mortgage Company*

Approved/Disapproved by:
**BECKLEY SINGLETON, CHTD. and
ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:_____
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity
Security Holders of USA Capital Diversified
Trust Deed Fund, LLC*

Approved/Disapproved by:
**STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.**

By:_____
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund LLC*

Approved/Disapproved by:
**SARA L. KISTER.
ACTING UNITED STATES TRUSTEE
REGION 17**

By:_____
AUGUST B. LANDIS, ESQ.
Assistant United States Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

### # #

SECONDED AMENDED ORDER RE CASE MANAGMENT PROCEDURES 082106

1  verified statement required by that rule.

2  **SCHWARTZER & McPHERSON LAW FIRM and**
   **RAY QUINNEY & NEBEKER, P.C.**
3

4  By:_____
5  LENARD E. SCHWARTZER, ESQ.
   *Counsel for USA Commercial Mortgage Company,*
6  *USA Capital First Trust Deed Fund, LLC*
   *USA Capital Diversified Trust Deed Fund, LLC*
7  *USA Capital Realty Advisors, LLC and*
   *USA Securities, LLC*
8

9  Approved/Disapproved by:               Approved/Disapproved by:
   **LEWIS AND ROCA, LLP**                **GORDON & SILVER, LTD.**
10

11
   By:_____         By:_____
12 ROB CHARLES, ESQ.                      GREGORY E. GARMAN, ESQ.
   *Counsel for the Official Committee of*  *Counsel for the Official Committee of Holders*
13 *Unsecured Creditors of USA Commercial*   *of Executory Contract Rights of USA*
   *Mortgage Company*                      *Commercial Mortgage Company*
14

15
   Approved/Disapproved by:               Approved/Disapproved by:
16 **BECKLEY SINGLETON, CHTD. and**       **STUTMAN TREISTER & GLATT, P.C. and**
   **ORRICK, HERRINGTON & SUTCLIFFE**     **SHEA & CARLYON, LTD.**
17 **LLP**

18
   By:_____         By:_____
19 ANNE M. LORADITCH, ESQ.                CANDACE C. CARLYON, ESQ.
   *Counsel for the Official Committee of Equity*  *Counsel for the Official Committee of Equity*
20 *Security Holders of USA Capital Diversified*   *Security Holders of USA Capital First Trust*
   *Trust Deed Fund, LLC*                  *Deed Fund LLC*
21

22
   Approved/Disapproved by:
23 **SARA L. KISTER.**
   **ACTING UNITED STATES TRUSTEE**
24 **REGION 17**

25

26 By:_____
   AUGUST B. LANDIS, ESQ.
27 Assistant United States Trustee
   300 Las Vegas Boulevard South, Suite 4300
28 Las Vegas, NV 89101

###

1 | verified statement required by that rule.

**SCHWARTZER & McPHERSON LAW FIRM and
RAY QUINNEY & NEBEKER, P.C.**

By:_____
LENARD E. SCHWARTZER, ESQ.
Counsel for USA Commercial Mortgage Company,
USA Capital First Trust Deed Fund, LLC
USA Capital Diversified Trust Deed Fund, LLC
USA Capital Realty Advisors, LLC and
USA Securities, LLC

| Approved/Disapproved by: | Approved/Disapproved by: |
|---|---|
| **LEWIS AND ROCA, LLP** | **GORDON & SILVER, LTD.** |
| By:_____ | By:_____ |
| ROB CHARLES, ESQ. | GREGORY E. GARMAN, ESQ. |
| Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company | Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| Approved/Disapproved by: | Approved/Disapproved by: |
| **BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP** | **STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.** |
| By /s/ Anne M. Loraditch | By:_____ |
| ANNE M. LORADITCH, ESQ. | CANDACE C. CARLYON, ESQ. |
| Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC |

Approved/Disapproved by:
**SARA L. KISTER.
ACTING UNITED STATES TRUSTEE
REGION 17**

By:_____
AUGUST B. LANDIS, ESQ.
Assistant United States Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV  89101

### # # #

In accordance with Local Rule 9021, the undersigned certifies:

    \_\_\_\_\_ The court waived the requirements of LR 9021

    \_XX\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

        \_XX\_ approved the form of this order;
        \_\_\_\_\_ waived the right to review the order and/or
        \_XX\_ failed to file and serve papers in accordance with LR 9021(c)

    \_\_\_\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

    \_\_\_\_\_ No opposition was filed to the motion and no other party or counsel appeared at the hearing

Submitted by:
RAY QUINNEY & NEBEKER P.C. and SCHWARTZER & MCPHERSON LAW FIRM

By: /s/ Lenard E. Schwartzer
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

### # # #

SECONDED AMENDED ORDER RE CASE MANAGMENT PROCEDURES 082106