

Entered on Docket
September 14, 2006

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399J
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER GRANTING APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO FORBEAR ON FOUR HFA LOANS (AFFECTS USA COMMERCIAL MORTGAGE, USA CAPITAL DIVERSIFIED TRUST DEED FUND AND USA CAPITAL FIRST TRUST DEED FUND)**<br><br>Date: July 25, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

1

P:\USA Commercial Mortgage\Pleadings\Forbear And Provide Further Funding Motion\Order Authorizing Forbearance 072506 (2).DOC

1  The Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans (Docket No. 592) (the "Motion") having come before this Court on July 25, 2006; the Debtors, USA Commercial Mortgage Company ("USACM"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors") appearing by and through their counsel, Annette W. Jarvis, Esq. of Ray Quinney & Nebeker P.C. and Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm; other parties having made their appearance on the record; the Court having reviewed the Motion, the declarations and related pleadings and having heard the arguments of the parties, finding that proper notice having been given to the parties in interest, having made its findings of fact and conclusions of law on the record, and finding good cause, it is hereby

ORDERED that the Debtors are authorized to forbear from declaring a default and to forbear from exercising remedies on the HFA Monaco Loan, the HFAH Clear Lake, the HFAH Clear Lake 2nd Loan and the HFAH Windham/Asylum Loan (the "Four HFA Loans") until January 1, 2007, with any additional terms (such as completing the documentation of the HFAH Windham Asylum Loan) for such forbearance to be imposed as determined by Debtor USA First and Debtor USACM in their business judgment, provided, that no claims will be released or waived against the Borrowers or any Guarantors of the Four HFA Loans in connection with such forbearance.

Submitted by:

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for Debtor and Debtor-In-Possession

///
///
///

Approved / Disapproved by

SARA L. KISTLER
ACTING U.S. TRUSTEE
REGION 17

By: _____
August B. Landis, Assistant U.S. Trustee

2

P:\USA Commercial Mortgage\Pleadings\Forbear And Provide Further Funding Motion\Order Authorizing Forbearance 072506 (2).DOC

The Motion for Authority to Forbear and to Provide Further Funding for Certain Outstanding Loans (Docket No. 592) (the "Motion") having come before this Court on July 25, 2006; the Debtors, USA Commercial Mortgage Company ("USACM"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors") appearing by and through their counsel, Annette W. Jarvis, Esq. of Ray Quinney & Nebeker P.C. and Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm; other parties having made their appearance on the record; the Court having reviewed the Motion, the declarations and related pleadings and having heard the arguments of the parties, finding that proper notice having been given to the parties in interest, having made its findings of fact and conclusions of law on the record, and finding good cause, it is hereby

ORDERED that the Debtors are authorized to forbear from declaring a default and to forbear from exercising remedies on the HFA Monaco Loan, the HFAH Clear Lake, the HFAH Clear Lake 2nd Loan and the HFAH Windham/Asylum Loan (the "Four HFA Loans") until January 1, 2007, with any additional terms (such as completing the documentation of the HFAH Windham Asylum Loan) for such forbearance to be imposed as determined by Debtor USA First and Debtor USACM in their business judgment, provided, that no claims will be released or waived against the Borrowers or any Guarantors of the Four HFA Loans in connection with such forbearance.

Submitted by:

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By:_____
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Attorneys for Debtor and Debtor-In-Possession

///
///
///

Approved / Disapproved by

SARA L. KISTLER
ACTING U.S. TRUSTEE
REGION 17

By:_____
August B. Landis, Assistant U.S. Trustee

2

**ORDER GRANTING APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO FORBEAR ON FOUR HFA LOANS (AFFECTS USA COMMERCIAL MORTGAGE, USA CAPITAL DIVERSIFIED TRUST DEED FUND AND USA CAPITAL FIRST TRUST DEED FUND)**

(Approved)/Disapproved by:

LEWIS AND ROCA, LLP

By: /s/ *signature*
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved/Disapproved by:

ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:

GORDON & SILVER, LTD.

By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved/Disapproved by:

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:_____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

###

P:\USA Commercial Mortgage\Pleadings\Forbear And Provide Further Funding Motion\Order Authorizing Forbearance 072506 (2).DOC

In accordance with Local Rule 9021, the undersigned certifies:

\_\_\_\_\_ The court waived the requirements of LR 9021

__XX__ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    __XX__ approved the form of this order;

    \_\_\_\_\_ waived the right to review the order and/or

    __XX__ failed to file and serve papers in accordance with LR 9021(c)

\_\_\_\_\_ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

\_\_\_\_\_ No opposition was filed to the motion and no other party or counsel appeared at the hearing

Submitted by:
RAY QUINNEY & NEBEKER P.C. and SCHWARTZER & MCPHERSON LAW FIRM

By: _/s/_
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

                                  # # #

4

P:\USA Commercial Mortgage\Pleadings\Forbear And Provide Further Funding Motion\Order Authorizing Forbearance 072506 (2).DOC