Filed
9-14-06
Electronically

| | | |
|---|---|---|
| 1 | STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| | FRANK A. MEROLA | JAMES PATRICK SHEA |
| 2 | (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| | EVE H. KARASIK | CANDACE C. CARLYON |
| 3 | (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| | CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| 4 | (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| | 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| 5 | Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| | Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| 6 | E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
| 7 |           ekarasik@stutman.com |           ccarlyon@sheacarlyon.com |
| |           cpajak@stutman.com |           ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: September 28, 2006<br>Time: 9:30 a.m. |

<u>**DECLARATION OF SHLOMO S. SHERMAN, ESQ. IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME ON MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO COMPEL THE CONFIDENTIAL DISCLOSURE OF USA CAPITAL FIRST TRUST DEED FUND LLC'S MEMBER LIST**</u>

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

1

I, Shlomo S. Sherman, Esq., hereby declare and state as follows:

1. The following facts are personally known to me and if called to testify thereto, I could and would do so under oath.

2. I make this declaration in support of the Application for Order Shortening Time on Motion to Compel the Confidential Disclosure of USA Capital First Trust Deed Fund LLC's Member List (the "Motion").

3. The above-captioned debtors filed bankruptcy on April 13, 2006.

4. On May 10, 2006, the United States Trustee appointed the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), to represent the interests of the members of that entity (the "Members") throughout the administration of the estate.

5. On August 31, 2006, the Court set November 13, 2006, as the bar date for filing timely proofs of claim or interest (the "Claims Bar Date").

6. The FTDF Committee has worked with the Debtors' in formulating procedures and preparing instructions for all lenders and creditors to file timely proofs of claim, and for Members in either USA Capital First Trust Deed Fund LLC ("FTDF") or in USA Capital Diversified Trust Deed Fund LLC ("Diversified") to file timely proofs of interest.

7. In order for the FTDF Committee to provide meaningful oversight to the Debtors' treatment and scheduling of the FTDF Members' Interests, the FTDF Committee has made repeated requests for access to the FTDF's list of Members, as well as of their respective Interests in the FTDF (the "Member List").

8. The Debtors, however, insist that the Member List is confidential, and may not be disclosed even to the FTDF Committee.

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

2

9. With the Claims Bar Date rapidly approaching, the FTDF Committee's access to the FTDF Member List has become an urgent matter.

10. For these and other reasons, it would be beneficial to the FTDF Members to have the aforementioned Motion heard on shortened time.

DATED this 14th day of September, 2006.

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067