

**Entered on Docket
September 15, 2006**

_/s/ Linda B. Riegle_
_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATED ORDER RE PROOFS OF INTEREST**<br>**(AFFECTS USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC and USA CAPITAL FIRST TRUST DEED FUND, LLC)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | Date: September 13, 2006<br>Time: 9:30 a.m. |

Page 1 of 2

Upon the Stipulation of the Debtors and Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund") and Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC ("First Fund"), and pursuant to Bankruptcy Rule 3003(b)(2), and good cause appearing, it is

ORDERED AS FOLLOWS:

1. The list of members with interests in the Diversified Fund and First Fund provided by the Debtors to BMC Group, the Court-approved noticing agent, shall be deemed the list of equity security holders filed pursuant to Bankruptcy Rule 1007(a)(3), and shall constitute *prima facie* evidence of the validity and amount of the equity security interests.

2. Each holder of such interest shall be given notice of the Debtor in which it has an interest and the amount of such interest and, if applicable, whether that interest is alleged to be disputed or contingent.

3. It shall not be necessary for the holders of such interests to file a proof of interest.

4. The holders of such interests shall be deemed to have filed a proof of interest in the amount shown on the list.

Submitted by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By: /s/Lenard E. Schwartzer
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: [signature]
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:_____
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

# # #

Upon the Stipulation of the Debtors and Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund") and Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC ("First Fund"), and pursuant to Bankruptcy Rule 3003(b)(2), and good cause appearing, it is

ORDERED AS FOLLOWS:

1. The list of members with interests in the Diversified Fund and First Fund provided by the Debtors to BMC Group, the Court-approved noticing agent, shall be deemed the list of equity security holders filed pursuant to Bankruptcy Rule 1007(a)(3), and shall constitute *prima facie* evidence of the validity and amount of the equity security interests.

2. Each holder of such interest shall be given notice of the Debtor in which it has an interest and the amount of such interest and, if applicable, whether that interest is alleged to be disputed or contingent.

3. It shall not be necessary for the holders of such interests to file a proof of interest.

4. The holders of such interests shall be deemed to have filed a proof of interest in the amount shown on the list.

Submitted by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/Lenard E. Schwartzer
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: /s/ Shlomo S. Sherman
EVE KARASIK, ESQ.   SHLOMO S. SHERMAN
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

### #