Richard McKnight, Esq.
Nevada State Bar No. 001313
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

**E-filed on September 15, 2006.**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,

                Debtor.

In re:
USA CAPITAL REALTY ADVISORS, LLC.,

                Debtor.

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,

                Debtor.

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC.,

                Debtor.

In re:
USA SECURITIES, LLC.,

                Debtor.

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

**Jointly Administered Under
Case No. BK-S-06-10725-LBR**

Date: September 28, 2006
Time: 9:30 a.m.

**RESPONSE OF THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST AND RICHARD McKNIGHT SEP-IRA TO FIRST INTERIM FEE AND EXPENSES APPLICATION OF SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.**

Creditors, The Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA, by and through their counsel, Richard McKnight, Esq. of the Law Offices of Richard McKnight, P.C., respond to First Interim Fee and Expense Application of Shea & Carlyon, Ltd, Special (Local) Counsel to the Official Committee of Equity Security of USA Capital First Trust Deed Fund, LLC, ("Application") and all other fee applications which may be made including but not limited to the Direct Lenders Committee and state that they have no objection to the Applications as long as the attorneys' fees and expenses requested are not paid from any monies belonging to The Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA as beneficiaries of those certain loans as follows:

| Direct Lender | Amount | Date of investment | Borrower |
| --- | --- | --- | --- |
| SEP-IRA | $100,000.00 | 6/30/05 | Roam Development |
| Trust | $100,000.00 | 8/30/05 | Del Valle/Livingston |
| Trust | $100,000.00 | 9/19/05 | Castaic Partners III, LLC |
| Trust | $100,000.00 | 10/31/05 | Eagle Meadows Development |
| Trust | $50,000.00 | 11/21/05 | Gateway Stone |
| Trust | $50,000.00 | 12/14/05 | 5252 Orange LLC* |

* The principle on this loan has been paid but interest remains outstanding.

DATED this 15th day of September, 2006

THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.

By: /s/ Richard McKnight
Richard McKnight, Esq.
State Bar No. 1313
330 S. Third St., #900
Las Vegas, NV 89101
Attorneys for the McKnight 2000 Family
Trust and the Richard McKnight SEP-IRA

Page 2 of 2

W:\2006\2377usa.ch11\Response of RM & SM Trust and RM SEP-IRA to Fee App RMgk Sept 15, 06.wpd    September 15, 2006 (10:56am)