FILED
ELECTRONICALLY
9/15/06

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail:      fmerola@stutman.com
             ekarasik@stutman.com
             aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail:      jshea@sheacarlyon.com
             ccarlyon@sheacarlyon.com
             ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security*
*Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>          Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>)<br>) Date: August 31, 2006<br>) Time: 9:30 a.m.<br>)<br>)<br>)<br>) |

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

1

NOTICE OF ENTRY OF ORDER SUSTAINING OMNIBUS OBJECTION OF THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL

2

FIRST TRUST DEED FUND, LLC TO CLAIMS BASED ON PREPETITION EQUITY
SECURITY HOLDERS (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED

3

FUND, LLC AND CLAIMANTS CONCETTA CARNICELLI, JOSEPH GRGURICH,
FRIEDA MOON, LOUIE AND CHARLOTTE POLANCO, ROCCO J. ROCCO,

4

MARGARET VALLI, SHARON C. VAN ERT, AND HEINRICH RICHARD AND
BRIGITTE S. WEBER)

5

6          PLEASE TAKE NOTICE that an Order Sustaining Omnibus Objection of the Official

7   Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Claims

8   Based on Prepetition Equity Security Holders (Affects Debtor USA Capital First Trust Deed

9
    Fund, LLC and Claimants Concetta Carnicelli, Joseph Grgurich, Frieda Moon, Louie and
10

    Charlotte Polanco, Rocco J. Rocco, Margaret Valli, Sharon C. Van Ert, and Heinrich Richard
11

12  And Brigitte S. Weber) was entered on September 14, 2006, a true and correct copy of which is

13  attached hereto.

14          DATED this 15th day of September, 2006.

15

16                                          SHEA & CARLYON, LTD.

17

18                                          CANDACE C. CARLYON, ESQ.
                                            Nevada Bar No. 0002666
19                                          SHLOMO S. SHERMAN, ESQ.
                                            Nevada Bar No. 009688
20                                          233 S. Fourth Street, Suite 200
                                            Las Vegas, NV 89101
21

22                                          and

23
                                            STUTMAN , TREISTER & GLATT, P.C.
24                                          Frank A. Merola, Esq.
                                            Eve. H. Karasik, Esq.
25                                          Andrew M. Parlen, Esq.
                                            1901 Avenue of the Stars, 12th Floor
26                                          Los Angeles, CA 90067

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor    27
Las Vegas, Nevada 89101
(702) 471-7432

28

2

# EXHIBIT "1"



**Entered on Docket**
**September 14, 2006**

Hon. Linda B. Riegle
**United States Bankruptcy Judge**

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail:      fmerola@stutman.com
             ekarasik@stutman.com
             aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail:      jshea@sheacarlyon.com
             ccarlyon@sheacarlyon.com
             ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security
Holders of USA Capital First Trust Deed Fund, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>          Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

Affects
☐ All Debtors )
☐ USA Commercial Mortgage Co. )
☐ USA Securities, LLC ) Date: August 31, 2006
☐ USA Capital Realty Advisors, LLC ) Time: 9:30 a.m.
☐ USA Capital Diversified Trust Deed )
☒ USA Capital First Trust Deed Fund, LLC )

**ORDER SUSTAINING OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIMS BASED ON PREPETITION EQUITY SECURITY HOLDERS (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC AND CLAIMANTS CONCETTA CARNICELLI, JOSEPH GRGURICH, FRIEDA MOON, LOUIE AND CHARLOTTE POLANCO, ROCCO J. ROCCO, MARGARET VALLI, SHARON C. VAN ERT, AND HEINRICH RICHARD AND BRIGITTE S. WEBER)**

The Court having considered the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") to Misfiled Claims, including claim nos. 2, 6, 7, 17, 19, 20, 25, and 26 (the "Objection"); having reviewed the pleadings, papers and records on file in this action and the arguments of counsel; no opposition to the Objection having been timely filed; and good cause appearing:

IT IS HEREBY ORDERED that the FTDF Committee's Objection is sustained.

IT IS FURTHER ORDERED that the claims listed on Exhibit A attached hereto shall be

///

///

///

///

///

///

///

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2ⁿᵈ Floor
Las Vegas, Nevada 89101
(702) 471-7432

2

reclassified as proofs of interest.

SUBMITTED BY:

SHEA & CARLYON, LTD.

_____

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101

and

STUTMAN , TREISTER & GLATT, P.C.
Frank A. Merola, Esq.
Eve. H. Karasik, Esq.
Andrew M. Parlen, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security
Holders of USA Capital First Trust Deed Fund, LLC*

APPROVED / DISAPPROVED

OFFICE OF THE UNITED STATES TRUSTEE

AUGUST B. LANDIS, ESQ.   Scott Andrew Farrow
300 Las Vegas Blvd. South, Ste. 4300
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

# EXHIBIT "A"

## EXHIBIT "A"

### Equity Interests

| Claim No. | Claimant | Date Filed | Claim Amount | Disposition |
|---|---|---|---|---|
| 2 | Joseph Grgurich | April 27, 2006 | $25,000.00 | Reclassify as proof of interest. |
| 6 | Frieda Moon FBO Sharon C. Van Ert | May 23, 2006 | $35,583.34 | Reclassify as proof of interest. |
| 7 | Frieda Moon FBO Sharon C. Van Ert | May 23, 2006 | $17,538.18 | Reclassify as proof of interest. |
| 17 | Concetta Carnicelli or Margaret Valli JT WROS | June 23, 2006 | $45,000.00 | Reclassify as proof of interest. |
| 19 | Louie and Charlotte Polanco | June 23, 2006 | $13,110.26 | Reclassify as proof of interest. |
| 20 | Joseph Grgurich | June 23, 2006 | $25,000.00 | Reclassify as proof of interest. |
| 25 | Rocco J. Rocco | July 7, 2006 | $10,132.00 | Reclassify as proof of interest. |
| 26 | Heinrich Richard Weber and Brigitte S. Weber | July 21, 2006 | $30,275.00 | Reclassify as proof of interest. |

401851v1

# # #