FILED ELECTRONICALLY 9/15/06

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA, ESQ.
(CA State Bar No. 136934)
EVE H. KARASIK, ESQ.
(CA State Bar No. 155356)
ANDREW M. PARLEN, ESQ.
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail: fmerola@stutman.com
ekarasik@stutman.com
aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail: jshea@sheacarlyon.com
ccarlyon@sheacarlyon.com
ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | Date: August 31, 2006<br>Time: 9:30 a.m. |

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

**NOTICE OF ENTRY OF ORDER SUSTAINING OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MISFILED CLAIMS (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC AND CLAIMANTS MELANIE COWAN, ROSS DELLER, BRENDA FALVAI, FRIEDA MOON, EDWARD J. AND DARLENE A. QUINN, AND SHARON C. VAN ERT)**

PLEASE TAKE NOTICE that an Order Sustaining Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Misfiled Claims (Affects Debtor USA Capital First Trust Deed Fund, LLC and Claimants Melanie Cowan, Ross Deller, Brenda Falvai, Frieda Moon, Edward J. and Darlene A. Quinn, and Sharon C. Van Ert) was entered on September 14, 2006, a true and correct copy of which is attached hereto.

DATED this 15th day of September, 2006.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 0002666
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101

and

STUTMAN , TREISTER & GLATT, P.C.
Frank A. Merola, Esq.
Eve. H. Karasik, Esq.
Andrew M. Parlen, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

# EXHIBIT "1"



**Entered on Docket**
**September 14, 2006**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA, ESQ.
(CA State Bar No. 136934)
EVE H. KARASIK, ESQ.
(CA State Bar No. 155356)
ANDREW M. PARLEN, ESQ.
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail: fmerola@stutman.com
ekarasik@stutman.com
aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA, ESQ.
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail: jshea@sheacarlyon.com
ccarlyon@sheacarlyon.com
ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY Debtor | BK-S-06-10725-LBR Chapter 11 |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor | BK-S-06-10726-LBR Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor | BK-S-06-10727-LBR Chapter 11 |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | BK-S-06-10728-LBR Chapter 11 |
| In re: USA SECURITIES, LLC, Debtor. | BK-S-06-10729-LBR Chapter 11 |

| Affects | | |
|---|---|---|
| ☐ All Debtors | ) | |
| ☐ USA Commercial Mortgage Co. | ) | Date: August 31, 2006 |
| ☐ USA Securities, LLC | ) | Time: 9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | ) | |
| ☐ USA Capital Diversified Trust Deed | ) | |
| ☒ USA Capital First Trust Deed Fund, LLC | ) | |

**ORDER SUSTAINING OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MISFILED CLAIMS (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC AND CLAIMANTS MELANIE COWAN, ROSS DELLER, BRENDA FALVAI, FRIEDA MOON, EDWARD J. AND DARLENE A. QUINN, AND SHARON C. VAN ERT)**

The Court having considered the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") to Misfiled Claims, including claim nos. 3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15, 18, 21, 22, 23, 24, 27, 28, and 29 (the "Objection"); having reviewed the pleadings, papers and records on file in this action and the arguments of counsel; no opposition to the Objection having been timely filed; and good cause appearing:

IT IS HEREBY ORDERED that the FTDF Committee's Objection is sustained.

IT IS FURTHER ORDERED that the claims listed on Exhibit A attached hereto shall be disallowed, and the claimants shall not be entitled to any distribution from USA Capital First

///

///

///

///

///

///

///

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

Trust Deed Fund, LLC with respect to such claims.

SUBMITTED BY:

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101

and

STUTMAN , TREISTER & GLATT, P.C.
Frank A. Merola, Esq.
Eve. H. Karasik, Esq.
Andrew M. Parlen, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

APPROVED / DISAPPROVED

OFFICE OF THE UNITED STATES TRUSTEE

~~AUGUST B. LANDIS, ESQ.~~ Scott Andrew Farrow
300 Las Vegas Blvd. South, Ste. 4300
Las Vegas, NV 89101

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

# EXHIBIT "A"

**EXHIBIT "A"**

**Wrong Debtor Claims**

| Claim No. | Claimant | Date Filed | Claim Amount |
|---|---|---|---|
| 3 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 22, 2006 | $37,860.24 |
| 4 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 22, 2006 | $51,033.34 |
| 5 | Frieda Moon, an unmarried woman and Sharon c. Van Ert, an unmarried woman, as joint tenants with right of survivorship | May 23, 2006 | $51,033.34 |

| Claim No. | Claimant | Date Filed | Claim Amount |
|---|---|---|---|
| 8 | Frieda Moon, an unmarried woman and Sharon c. Van Ert, an unmarried woman, as joint tenants with right of survivorship | May 23, 2006 | $51,076.38 |
| 9 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 23, 2006 | $51,076.38 |
| 10 | Frieda Moon, Trustee of the Decedent's Trust of the Restated Moon Irrevocable Trust Dated 6/12/1987 | May 23, 2006 | $25,538.20 |
| 11 | Brenda Falvai | June 2, 2006 | $50,933.34 |

| Claim No. | Claimant | Date Filed | Claim Amount |
|---|---|---|---|
| 12 | Brenda Falvai | June 2, 2006 | $50,972.22 |
| 13 | Brenda Falvai | June 2, 2006 | $50,933.34 |
| 14 | Brenda Falvai | June 2, 2006 | $50,933.34 |
| 15 | Brenda Falvai | June 2, 2006 | $37,860.24 |
| 18 | Melanie Cowan | June 23, 2006 | $100,000.00 |

| Claim No. | Claimant | Date Filed | Claim Amount |
|---|---|---|---|
| 21 | Ross Deller | June 23, 2006 | $50,000.00 |
| 22 | Ross Deller | June 23, 2006 | $120,000.00 |
| 23 | Ross Deller | June 23, 2006 | $50,000.00 |
| 24 | Ross Deller | June 23, 2006 | $100,000.00 |
| 27 | Edward J. Quinn and Darlene A. Quinn | July 24, 2006 | $156,388.48 |

| Claim No. | Claimant | Date Filed | Claim Amount |
|---|---|---|---|
| 28 | Edward J. Quinn and Darlene A. Quinn | July 26, 2006 | $156,388.48 |
| 29 | Edward J. Quinn and Darlene A. Quinn | July 26, 2006 | $156,388.48 |





# # #