1  Richard McKnight, Esq.
   Nevada State Bar No. 001313
2  330 S. Third Street #900
   Las Vegas, Nevada 89101
3  Phone: 702-388-7185
   Fax: 702-388-0108
4  mcknightlaw@cox.net

E-filed on September 15, 2006.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

In re:
USA CAPITAL REALTY ADVISORS, LLC.,

Debtor.

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,

Debtor.

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC.,

Debtor.

In re:
USA SECURITIES, LLC.,

Debtor.

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

**Jointly Administered Under Case No. BK-S-06-10725-LBR**

Date: September 28, 2006
Time: 9:30 a.m.

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 15th day of September, 2006, service of a true and

1  correct copy of RESPONSE OF THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY
2  TRUST AND RICHARD McKNIGHT SEP-IRA TO FIRST INTERIM FEE AND EXPENSES
3  APPLICATION OF SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE
4  OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST
5  TRUST DEED FUND, LLC. was made by:
6  **X**     ECF SERVICE: That service was made by electronic transmission through the ECF filing
7  system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below:
8  FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
9  NANCY L ALLF nallf@parsonsbehle.com,
10  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
11  OGONNA M. ATAMOH oatamoh@nevadafirm.com,
12  bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
13  BMC GROUP, INC. evrato@bmcgroup.com,
14  ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
15  KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,
16  THOMAS R BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com
17  ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shu!
18  tts-law.com
19  MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com
20  CANDACE C CARLYON ltreadway@sheacarlyon.com,
21  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
22  ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com
23  MICHAEL W. CHEN yvette@ccfirm.com
24  KEVIN B. CHRISTENSEN kbchrislaw@aol.com,
25  JANET L. CHUBB tbw@jonesvargas.com
26  JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
27  WILLIAM D COPE cope_guerra@! yahoo.com, cope_guerra@yahoo.com
28

1

2 CICI CUNNINGHAM ! bankruptcy@rocgd.com

3 LAUREL E. DAVIS bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

4

5 DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) tfette@daca4.com,

6 THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

7 SCOTT D. FLEMING sfleming@halelane.com,
dbergsing@halelane.com,ecfvegas@halelane.com

8

9 GREGORY E GARMAN bankruptcynotices@gordonsilver.com

10 WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

11 CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.g! ov;Sue.Knight@usdoj.gov

12

13 GERALD M GORDON bankruptcynotices@gordonsilver.com

14 TALITHA B. GRAY bankruptcynotices@gordonsilver.com

15 MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

16 JEFFREY R. HALL jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

17

18

19 XANNA R. HARDMAN xanna.hardman@gmail.com,

20 STEPHEN R HARRIS noticesbh&p@renolaw.biz

21 BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com,

22 DAVID W. HUSTON ! dwh@hustonlaw.net, swaits@hustonla! w.net

23 CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

24 EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

25 ANNETTE W JARVIS ,

26 TY E. KEHOE TyKehoeLaw@aol.com

27 ROBERT R. KINAS rkinas@swlaw.com,

28

1  mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

2  ZACHARIAH LARSON ecf@lslawnv.com

3  JOHN J. LAXAGUE jlaxague@caneclark.com

4

5  GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net

6  NILE LEATHAM ! nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

7  ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

8  ANNE M. LORADITCH ecffilings@beckleylaw.com,
   aloraditch@beckleylaw.com;pkois@beckleylaw.com
9

10  REGINA M. MCCONNELL rmcconnell@kssattorneys.com,

11  WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

12  JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

13  JEANETTE E. MCPHERSON bkfilings@s-mlaw.com
14  !

15  SHAWN W MILLER ! & nbsp bankruptcyfilings@sheacarlyon.com,
    smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
16

17  JOHN F MURTHA jmurtha@woodburnandwedge.com

18  ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com

19  VICTORIA L NELSON bkecf@nevadafirm.com,
    vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
20

21
    BOB L. OLSON ecffilings@beckleylaw.com,
22  bolson@beckleylaw.com;dgriffis@beckleylaw.com

23  DONNA M. OSBORN ! ebaker@marquisaurbach.com,
    dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
24

25  ANDREW M. PARLEN aparlen@stutman.com,

26  DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

27  PAUL C RAY info@johnpeterlee.com

28

Page 4 of 5

W:\2006\2377usa.ch11\COS for Response of RM & SM Trust and RM SEP-IRA to Fee App  gk  Sept 15,06.wpd     September 15, 2006 (12:01pm)

SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.co! m;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;! rsmith@s heacarlyon.com

AMBRISH S. SIDHU ecf@lslawnv.com

JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS dstephens@lvcm.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT ! jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

                         /s/ Gwen Kopang
An employee of the Law Offices of Richard McKnight, P.C.

Page 5 of 5

W:\2006\2377usa.ch11\COS for Response of RM & SM Trust and RM SEP-IRA to Fee App  gk  Sept 15,06.wpd       September 15, 2006 (12:01pm)