Your Honor,                                                    9-10-06

I have requested 4 times to change address to

Joyce and Steve Watson
10612 Black Iron Road
Louisville, KY 40291-4004

RECEIVED AND FILED
2006 SEP 15 A 10: 53

My Client ID is 6109; 6082
Primary Case Docket # is BK-S-06-~~~~~

USA Capital.
Can you help me.                Thanks
                                R.S. Watson