Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
   and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

E-FILED ON September 15, 2006

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                           Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                           Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                           Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                           Debtor. | **ATTORNEY INFORMATION SHEET RE EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO INCREASE THE DEBTORS' 180-DAY EXCLUSIVE PERIOD TO CONFIRM PLANS OF REORGANIZATION TO DECEMBER 31, 2006**<br>**(AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                           Debtor. | |
| Affects:<br>  ☒ All Debtors<br>  ☐ USA Commercial Mortgage Company<br>  ☐ USA Securities, LLC<br>  ☐ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Deed Fund, LLC<br>  ☐ USA Capital First Trust Deed Fund, LLC | Date: OST PENDING<br>Time: OST PENDING |

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| August Landis, Esq. | 9/15/06 | X | |
| Rob Charles, Esq. | 9/15/06 | X | |
| Anne Loraditch, Esq. | 9/15/06 | X | |
| Christine Pajak, Esq. | 9/15/06 | X | |
| Greg Garman, Esq. | 9/15/06 | *SEE BELOW* | |

**COMMENTS:**
As of the time of filing, our office has not received a response from Mr. Garman, counsel for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage.

Dated: September 15, 2006

/s/    Jeanette E. McPherson
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-In-Possession