**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on September 15, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>    06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10728 | **MOTION TO EXCEED PAGE LIMITATIONS ON OFFICIAL UNSECURED CREDITORS COMMITTEE'S OBJECTION T0 DEBTOR'S PROFESSIONALS' FEE APPLICATION** |
| **USA Capital First Trust Deed Fund, LLC**<br>    06-10728 | |
| **USA Securities, LLC**<br>    06-10729<br>              **Debtors.** | Date:     September 28, 2006<br>Time:     9:30 a.m.<br>**Affecting:**<br>¨ All Cases<br>**or Only:**<br>✕ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨  USA Securities, LLC |

The Official Unsecured Creditors Committee for USA Commercial Mortgage Company ("Unsecured Committee") hereby moves the Court for an order permitting the Unsecured Committee to exceed the page limitations set by Local Rule of Bankruptcy

206751.1

Procedure 9014(e) on its Objection to Debtor's Professionals' Fee Applications, which is being filed simultaneously herewith.

In support of this motion, the Unsecured Committee represents as follows:

1. Local Rule of Bankruptcy Procedure 9014(e) requires that, unless otherwise permitted by the Court, motions and supporting memorandum not exceed twenty pages.

2. The request to exceed the page limitations here is justified because the Unsecured Committee is objecting to three separate fee applications in one consolidated brief: (1) First Application Of Ray Quinney & Nebeker P.C. ("RQN") For Interim Compensation And Reimbursement Pursuant To 11 U.S.C. § 330 and 331 For The Period Of April 13, 2006 Through July 31, 2006; (2) First Application For Interim Allowance Of Attorney's Fees And Reimbursement Of Expenses Of Schwartzer & McPherson Law Firm From April 14, 2006 through July 31, 2006; and (3) First Interim Application For Compensation And Reimbursement Of Expenses For (I) Mesirow Financial Interim Management, LLC As Crisis Managers For The Debtors, And (II) Thomas J. Allison Of Mesirow Financial Interim Management, LLC As Chief Restructuring Officer For The Debtors And The Employment Of Certain Temporary Employees For The Period Of April 14, 2006 Through July 31, 2006.

3. Collectively, the fee applications seek compensation of $4,850,892.20 for fees and expenses, and, with exhibits, are a combined 8 inches in thickness. The three fee applications raise similar legal and factual issues, which are best dealt with in one consolidated brief that exceeds twenty pages (37 pages), rather than three separate but substantially redundant briefs that would otherwise fall within the twenty-page rule.

206751.1



For the foregoing reasons, the Unsecured Committee requests that this Court enter the Order attached hereto granting the relief requested herein.

Dated September 15, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
　　　Susan M. Freeman, AZ 4199 (pro hac vice)
　　　Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee*
for USA Commercial Mortgage Company

206751.1