# EXHIBIT 1B

206751.1

**USA Commercial Mortgage**
*Proposed Mesirow Financial Billing Allocation*

| Data per Actual Invoice | CMC | FT | DT | Realty | Securities | Total | CMC | FT | DT | Realty | Securities | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ | $ | | | | | | |
| Analyzing/Evaluating Restructuring Alternatives | 9.44 | 80.22 | 4.72 | - | - | 94.38 | 10.0% | 85.0% | 5.0% | | | 100.0% |
| BK Motions/Filings | 48.57 | 24.28 | 24.28 | - | - | 97.14 | 50.0% | 25.0% | 25.0% | | | 100.0% |
| BK Schedules & SOFA | 86.16 | 12.14 | 12.45 | 8.47 | 13.87 | 133.09 | 64.7% | 9.1% | 9.4% | 6.4% | 10.4% | 100.0% |
| Case Administration | 22.72 | 22.72 | 22.72 | 3.79 | 3.79 | 75.74 | 30.0% | 30.0% | 30.0% | 5.0% | 5.0% | 100.0% |
| Cash Flow Model/Analyses | 70.89 | 3.73 | - | - | - | 74.62 | 95.0% | 5.0% | | | | 100.0% |
| Committee Issues and Requests * | 116.25 | 65.99 | 58.75 | - | - | 241.00 | 48.2% | 27.4% | 24.4% | | | 100.0% |
| Company Administration | 18.76 | - | - | - | - | 18.76 | 100.0% | | | | | 100.0% |
| Court Hearings/Preparation | 32.90 | 32.90 | 32.90 | - | - | 98.71 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| DIP Financing/Cash Collateral | 24.01 | 24.01 | 24.01 | - | - | 72.04 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Disclosure Statement/Plan of Reorg | 2.90 | 2.90 | 2.90 | - | - | 8.70 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Employment/Fee Applications | 6.23 | 6.23 | 6.23 | - | - | 18.69 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Financial Analysis | 201.49 | 15.50 | 93.00 | - | - | 309.99 | 65.0% | 5.0% | 30.0% | | | 100.0% |
| Investigation & Forensic Analysis | 687.68 | 152.82 | 687.68 | - | - | 1,528.17 | 45.0% | 10.0% | 45.0% | | | 100.0% |
| Investor Issues and Requests | 7.72 | 2.77 | 4.08 | - | - | 14.58 | 53.0% | 19.0% | 28.0% | | | 100.0% |
| Leases, Executory Contracts and Agreements | 20.76 | - | - | - | - | 20.76 | 100.0% | | | | | 100.0% |
| Liquidation Analysis | 4.64 | 2.50 | 4.76 | - | - | 11.90 | 39.0% | 21.0% | 40.0% | 0.0% | | 100.0% |
| Loan Portfolio | 229.11 | 2.58 | 6.62 | - | - | 238.30 | 96.1% | 1.1% | 2.8% | | | 100.0% |
| Management of the Estates by the CRO | 53.28 | 53.28 | 53.28 | - | - | 159.84 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Meetings/Teleconference | 12.58 | 12.58 | 12.58 | - | - | 37.73 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Monthly Operating Reports | 7.68 | 4.51 | 4.91 | 2.95 | 3.94 | 23.98 | 32.0% | 18.8% | 20.5% | 12.3% | 16.4% | 100.0% |
| Strategic Management | 36.96 | - | 0.81 | - | - | 37.76 | 97.9% | | 2.1% | | | 100.0% |
| Valuation Analyses/Appraisal | 37.84 | 3.88 | 6.79 | - | - | 48.51 | 78.0% | 8.0% | 14.0% | | | 100.0% |
| **Subtotal** | **1,738.6** | **525.6** | **1,063.5** | **15.2** | **21.6** | **3,364.4** | **51.7%** | **15.6%** | **31.6%** | **0.5%** | **0.6%** | **100.0%** |
| Expenses | 110.49 | 33.40 | 67.58 | 0.97 | 1.37 | 213.81 | 51.7% | 15.6% | 31.6% | 0.5% | 0.6% | 100.0% |
| **Total** | **$ 1,849.06** | **$ 558.95** | **$ 1,131.05** | **$ 16.17** | **$ 22.98** | **$ 3,578.21** | **51.7%** | **15.6%** | **31.6%** | **0.5%** | **0.6%** | **100.0%** |

Dollars (in 000's) | % of Total

\* Mesirow charged 84 hours and $40,114 in fees to the Executory Contract Holders committee that was included in the USACM estate for purposes of this analysis.