# EXHIBIT 2A

**USA Commercial Mortgage**
**Ray Quinney & Nebeker Billing Detail**

| Total to Date | Dollars (in 000's) – April through July | | | | | % of Total - April - July | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CMC | FT | DT | Realty | Secur. | Total | CMC | FT | DT | Realty | Secur. | Total |
| Case Administration | $ 237.61 | $ 2.11 | $ 2.11 | $ 0.53 | $ 0.53 | 242.88 | 97.83% | 0.87% | 0.87% | 0.22% | 0.22% | 100.00% |
| Asset Analysis and Recovery | 69.13 | - | - | - | - | 69.13 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Asset Disposition | 4.92 | - | - | - | - | 4.92 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Business Operations | 159.84 | - | - | - | - | 159.84 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Claims Administration and Objections | 1.92 | - | - | - | - | 1.92 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Employee Benefits / Pensions | 6.52 | - | - | - | - | 6.52 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Fees / Employment Applications | 38.00 | - | - | - | - | 38.00 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Fees / Employment Objections | 1.70 | - | - | - | - | 1.70 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Executory Contracts | 7.10 | - | - | - | - | 7.10 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Financing | 39.44 | - | - | - | - | 39.44 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Litigation | 96.08 | - | - | - | - | 96.08 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Plan and Disclosure Statement | 17.19 | - | - | - | - | 17.19 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Tax Issues | 0.69 | - | - | - | - | 0.69 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Travel Time | 41.37 | - | - | - | - | 41.37 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Regulatory Work | 72.35 | - | - | - | - | 72.35 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| Committee Relations * | 69.28 | 32.30 | 36.49 | - | - | 138.07 | 50.17% | 23.40% | 26.43% | 0.00% | 0.00% | 100.00% |
| **Subtotal** | **863.12** | **34.41** | **38.60** | **0.53** | **0.53** | **937.19** | **92.10%** | **3.67%** | **4.12%** | **0.06%** | **0.06%** | **100.00%** |
| Expenses | 64.95 | - | - | - | - | 64.95 | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% |
| **Total** | **$ 928.08** | **$ 34.41** | **$ 38.60** | **$ 0.53** | **$ 0.53** | **$ 1,002.14** | **92.61%** | **3.43%** | **3.85%** | **0.05%** | **0.05%** | **100.00%** |

* RQ&N charged $42,735 in fees to the Executory Contract Holders committee that was included in the USACM estate for purposes of this analysis.