EXHIBIT 2B

206751.1

**USA Commercial Mortgage**
*Proposed Ray Quinney & Nebeker Billing Allocation*

| Total to Date | Dollars (in 000's) - April through July | | | | | | % of Total - April - July | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CMC | FT | DT | Realty | Secur. | Total | CMC | FT | DT | Realty | Secur. | Total |
| Case Administration | $ 80.96 | $ 80.96 | $ 80.96 | $ - | $ - | 242.88 | 33.33% | 33.33% | 33.33% | | | 100.00% |
| Asset Analysis and Recovery | 34.57 | 17.28 | 17.28 | | | 69.13 | 50.00% | 25.00% | 25.00% | | | 100.00% |
| Asset Disposition | 0.49 | 4.18 | 0.25 | | | 4.92 | 10.00% | 85.00% | 5.00% | | | 100.00% |
| Business Operations | 53.28 | 53.28 | 53.28 | | | 159.84 | 33.33% | 33.33% | 33.33% | | | 100.00% |
| Claims Administration and Objections | 0.64 | 0.64 | 0.64 | | | 1.92 | 33.33% | 33.33% | 33.33% | | | 100.00% |
| Employee Benefits / Pensions | 6.52 | - | - | | | 6.52 | 100.00% | | | | | 100.00% |
| Fees / Employment Applications | 12.67 | 12.67 | 12.67 | | | 38.00 | 33.33% | 33.33% | 33.33% | | | 100.00% |
| Fees / Employment Objections | 0.57 | 0.57 | 0.57 | | | 1.70 | 33.33% | 33.33% | 33.33% | | | 100.00% |
| Executory Contracts | 7.10 | - | - | | | 7.10 | 100.00% | | | | | 100.00% |
| Financing | 39.44 | - | - | | | 39.44 | 100.00% | | | | | 100.00% |
| Litigation | 32.03 | 32.03 | 32.03 | | | 96.08 | 33.33% | 33.33% | 33.33% | | | 100.00% |
| Plan and Disclosure Statement | 5.73 | 5.73 | 5.73 | | | 17.19 | 33.33% | 33.33% | 33.33% | | | 100.00% |
| Tax Issues | 0.69 | - | - | | | 0.69 | 100.00% | | | | | 100.00% |
| Travel Time | 13.79 | 13.79 | 13.79 | | | 41.37 | 33.33% | 33.33% | 33.33% | | | 100.00% |
| Regulatory Work | 18.09 | 36.17 | 18.09 | | | 72.35 | 25.00% | 50.00% | 25.00% | | | 100.00% |
| Committee Relations * | 69.28 | 32.30 | 36.49 | | | 138.07 | 50.17% | 23.40% | 26.43% | | | 100.00% |
| **Subtotal** | **375.83** | **289.60** | **271.77** | **-** | **-** | **937.19** | **40.10%** | **30.90%** | **29.00%** | **0.00%** | **0.00%** | **100.00%** |
| Expenses | 26.05 | 20.07 | 18.83 | | | 64.95 | 40.10% | 30.90% | 29.00% | 0.00% | 0.00% | 100.00% |
| **Total** | **$ 401.87** | **$ 309.67** | **$ 290.60** | **$ -** | **$ -** | **$ 1,002.14** | **40.10%** | **30.90%** | **29.00%** | **0.00%** | **0.00%** | **100.00%** |

* RQ&N charged $42,735 in fees to the Executory Contract Holders committee that was included in the USACM estate for purposes of this analysis.