# EXHIBIT 3A

206751.1

**USA Commercial Mortgage**
**Schwartzer & McPherson Billing Detail**

| Total to Date | Dollars (in 000's) - April through July | | | | | | % of Total - April - July | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CMC | FT | DT | Realty | Secur. | Total | CMC | FT | DT | Realty | Secur. | Total |
| Case Administrattion | $ 89.45 | $ 1.67 | $ 1.27 | $ 0.30 | $ 0.68 | $ 93.35 | 95.8% | 1.8% | 1.4% | 0.3% | 0.7% | 100.0% |
| Asset Analysis and Research | 50.55 | 1.54 | 1.54 | | | 53.62 | 94.3% | 2.9% | 2.9% | 0.0% | 0.0% | 100.0% |
| Business Operations | 14.44 | 0.49 | 0.49 | | | 15.42 | 93.6% | 3.2% | 3.2% | 0.0% | 0.0% | 100.0% |
| Fee/Employment Applications | 20.60 | 3.47 | 1.30 | | | 25.37 | 81.2% | 13.7% | 5.1% | 0.0% | 0.0% | 100.0% |
| Meetings/Communications | 31.42 | 4.14 | 3.39 | | | 38.95 | 80.7% | 10.6% | 8.7% | 0.0% | 0.0% | 100.0% |
| Claims Adminsitration and Objections | 1.91 | | | | | 1.91 | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Employee Benefits / Pensions | 2.57 | | | | | 2.57 | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Executory Contracts / Leases | 2.12 | | | | | 2.12 | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Financing | 4.89 | | | | | 4.89 | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Litigations / Advisary Proceedings | 21.73 | | 0.32 | | | 22.06 | 98.5% | 0.0% | 1.5% | 0.0% | 0.0% | 100.0% |
| Tax Issues | 0.18 | | | | | 0.18 | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Regulatory Matters | 0.85 | | | | | 0.85 | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Unsecured Creditors Committee | 1.02 | | | | | 1.02 | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| Executory Contracts Rights Committee | 2.71 | | | | | 2.71 | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| **Subtotal** | **244.43** | **11.30** | **8.31** | **0.30** | **0.68** | **265.01** | **92.2%** | **4.3%** | **3.1%** | **0.1%** | **0.3%** | **100.0%** |
| Expenses | 5.47 | | | | | 5.47 | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 100.0% |
| **Subtotal** | **5.47** | **-** | **-** | **-** | **-** | **5.47** | **100.0%** | **0.0%** | **0.0%** | **0.0%** | **0.0%** | **100.0%** |
| **Total** | **$ 249.90** | **$ 11.30** | **$ 8.31** | **$ 0.30** | **$ 0.68** | **$ 270.47** | **92.4%** | **4.2%** | **3.1%** | **0.1%** | **0.2%** | **100.0%** |