# EXHIBIT 3B

206751.1

**USA Commercial Mortgage**
*Proposed Schwartzer & McPherson Billing Allocation*

| Total to Date | Dollars (in 000's) - April through July | | | | | | % of Total - April - July | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CMC | FT | DT | Realty | Secur. | Total | CMC | FT | DT | Realty | Secur. | Total |
| Case Administration | 31.12 | 31.12 | 31.12 | - | - | 93.35 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Asset Analysis and Research | 17.87 | 17.87 | 17.87 | - | - | 53.62 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Business Operations | 5.14 | 5.14 | 5.14 | - | - | 15.42 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Fee/Employment Applications | 8.46 | 8.46 | 8.46 | - | - | 25.37 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Meetings/Communications | 12.98 | 12.98 | 12.98 | - | - | 38.95 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Claims Adminsitration and Objections | 0.64 | 0.64 | 0.64 | - | - | 1.91 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Employee Benefits / Pensions | 2.57 | - | - | - | - | 2.57 | 100.0% | | | | | 100.0% |
| Executory Contracts / Leases | 2.12 | - | - | - | - | 2.12 | 100.0% | | | | | 100.0% |
| Financing | 1.63 | 1.63 | 1.63 | - | - | 4.89 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Litigations / Advisary Proceedings | 7.35 | 7.35 | 7.35 | - | - | 22.06 | 33.3% | 33.3% | 33.3% | | | 100.0% |
| Tax Issues | 0.18 | - | - | - | - | 0.18 | 100.0% | | | | | 100.0% |
| Regulatory Matters | - | 0.85 | - | - | - | 0.85 | | 100.0% | | | | 100.0% |
| Unsecured Creditors Committee | 1.02 | - | - | - | - | 1.02 | 100.0% | | | | | 100.0% |
| Executory Contracts Rights Committee | 2.71 | - | - | - | - | 2.71 | 100.0% | | | | | 100.0% |
| **Subtotal** | **93.78** | **86.04** | **85.19** | **-** | **-** | **265.01** | **35.4%** | **32.5%** | **32.1%** | **0.0%** | **0.0%** | **100.0%** |
| Expenses | 1.93 | 1.77 | 1.76 | - | - | 5.47 | 35.4% | 32.5% | 32.1% | 0.0% | 0.0% | 100.0% |
| **Subtotal** | **1.93** | **1.77** | **1.76** | **-** | **-** | **5.47** | **35.4%** | **32.5%** | **32.1%** | **0.0%** | **0.0%** | **100.0%** |
| **Total** | **95.72** | **87.81** | **86.94** | **-** | **-** | **270.47** | **35.4%** | **32.5%** | **32.1%** | **0.0%** | **0.0%** | **100.0%** |