**Exhibit 1**

## Exhibit 1 is the

## DEBTORS' JOINT PLAN OF REORGANIZATION,

**which is filed separately herewith and which will be attached as
Exhibit 1 to the Disclosure Statement upon approval by the Court**

**Exhibit 2**

**USA Capital**
**LOAN SUMMARY**
**AS OF August 31, 2006**

| Performance Evaluation | Loan Name | Loan Outstanding at 8/31/06 | Interest Outstanding at 8/31/06 | Interest Prepaid to Lenders [3] | Collection Account [10] | | | Due to | | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest Receipts | Principal | Service Fee | Due to Lenders | DIV Fund | First Trust | Direct Lenders | |
| Non-Performing | 3685 San Fernando Road Partners, L.P. | 7,350,000 | 357,931 | - | - | - | - | - | - | - | - | 83 |
| Performing | 5055 Collwood, LLC | 987,994 | 17,193 | - | 38,724 | 287,961 | 2,117 | 324,568 | - | - | 324,568 | 33 |
| Repaid | 5252 Orange, LLC | - | - | - | - | - | - | - | - | - | - | 66 |
| Non-Performing | 60th Street Venture, LLC | 3,700,000 | 113,024 | - | 57,949 | - | 3,215 | 54,734 | - | - | 54,734 | 49 |
| Non-Performing | 6425 Gess, LTD | 26,500,000 | 3,415,664 | 1,672,697 | - | - | - | - | - | - | - | 286 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 19,242,193 | 1,454,265 | 102,863 | - | - | - | - | - | - | - | 393 |
| Non-Performing | Anchor B, LLC | 5,835,422 | 909,702 | 517,607 | - | - | - | - | - | - | - | 50 |
| Non-Performing | Ashby Financial $7,200,000 [4] | 7,200,000 | 1,987,200 | 1,545,601 | - | - | - | - | - | - | - | 73 |
| Special Situation | B & J Investments [1] | - | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Bar USA $15,300,000 (Barusa, LLC) | 15,300,000 | 1,482,256 | 355,708 | - | - | - | - | - | - | - | 221 |
| Non-Performing | Bay Pompano Beach, LLC | 14,680,390 | 331,322 | - | 162,970 | 68,025 | 12,536 | 218,459 | - | 2,628 | 214,806 | 407 |
| Repaid | Beastar, LLC [2] | - | - | - | - | - | - | - | - | - | - | 84 |
| Repaid | Beau Rivage Homes $8,000,000 [2] | - | - | - | - | - | - | - | - | - | - | 157 |
| Non-Performing | Binford Medical Developers, LLC | 7,450,000 | 318,950 | - | - | - | - | - | - | - | - | 92 |
| Repaid | Boise/Gowen 93, LLC [11] | - | 41,878 | - | 26,102 | 2,406,005 | 2,021 | 2,430,086 | - | - | 2,430,086 | 17 |
| Non-Performing | Brookmere/Matteson $27,050,000 [5] | 5,964,848 | 203,763 | - | 15,000 | - | 1,117 | 13,883 | - | 4,704 | 9,179 | 229 |
| Performing | Bundy Canyon $1,050,000 (Bundy Canyon Land Development, LLC) | 1,050,000 | 11,754 | - | 11,754 | - | 875 | 10,879 | - | - | 10,879 | 1 |
| Non-Performing | Bundy Canyon $2,500,000 (Bundy Canyon Land Development, LLC) | 2,300,000 | 98,523 | - | - | - | - | - | - | - | - | 34 |
| Non-Performing | Bundy Canyon $5,000,000 (Bundy Canyon Land Development, LLC) | 4,250,000 | 192,308 | - | 29,895 | - | 2,298 | 27,597 | - | - | 27,402 | 43 |
| Non-Performing | Bundy Canyon $5,725,000 (Bundy Canyon Land Development, LLC) | 5,725,000 | 80,333 | - | 48,024 | - | 3,575 | 44,449 | - | - | 44,449 | 53 |
| Non-Performing | Bundy Canyon $7,500,000 (Bundy Canyon Land Development, LLC) | 6,700,000 | 349,200 | - | - | - | - | - | - | - | - | 83 |
| Net Funded | Bundy Canyon $8.9 (Bundy Canyon Land Development, LLC) | - | - | - | - | - | - | - | - | - | - | 117 |
| Special Situation | BySynergy, LLC $4,434,446 | - | - | - | - | - | - | - | - | - | - | 3 |
| Performing | Cabernet Highlands, LLC | 3,000,000 | 37,625 | - | 38,750 | - | 2,500 | 36,250 | - | - | 36,250 | 65 |

**USA Capital**
**LOAN SUMMARY**
**AS OF August 31, 2006**

| Performance Evaluation | Loan Name | Loan Outstanding at 8/31/06 | Interest Outstanding at 8/31/06 | Interest Prepaid to Lenders[3] | Collection Account[10] | | | Due to | | | | No of Investors |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Interest Receipts | Principal | Service Fee | Due to Lenders | DIV Fund | First Trust | Direct Lenders | |
| Non-Performing | Castaic Partners II, LLC | 5,600,000 | 461,012 | 76,040 | - | - | - | - | - | - | - | 57 |
| Non-Performing | Castaic Partners III, LLC | 4,675,000 | 244,132 | - | - | - | - | - | - | - | - | 65 |
| Performing | Charlevoix Homes, LLC (Lindsay and Chandler Heights, LLC) | 3,400,000 | 46,844 | - | 46,844 | - | 2,833 | 44,011 | - | - | 44,011 | 40 |
| Non-Performing | Clear Creek Plantation (Arapahoe Land Investments, LP) | 2,900,000 | 150,968 | - | - | - | - | - | - | - | - | 40 |
| Performing | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 3,800,000 | 40,903 | - | 80,486 | - | 6,333 | 74,153 | 514 | 73,639 | 0 | 2 |
| Non-Performing | Colt CREC Building (Colt Gateway LLC) | 3,718,777 | 2,075,357 | 565,564 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #1 (Colt Gateway LLC) | 1,500,000 | 913,835 | 170,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #2 (Colt Gateway LLC) | 3,100,000 | 1,368,442 | 352,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt Second TD (Colt Gateway LLC) | 5,628,328 | 1,427,335 | 819,821 | - | - | - | - | - | - | - | 3 |
| Non-Performing | Colt Gateway LLC | 1,000,000 | 581,487 | 384,583 | - | - | - | - | - | - | - | 1 |
| Performing | Columbia Managing Partners, LLC | 2,210,000 | 24,740 | - | 24,740 | - | 1,842 | 22,898 | - | 22,898 | - | 1 |
| Non-Performing | ComVest Capital (Comvest Capital Satellite Arms, Inc) | 4,125,000 | 134,194 | - | 4,275 | - | 329 | 3,946 | - | 703 | 3,243 | 56 |
| Non-Performing | Del Valle - Livingston (Del Valle Capital Corporation, Inc) | 19,250,000 | 219,330 | - | 397,735 | - | 31,152 | 366,582 | - | 2,457 | 364,125 | 239 |
| Non-Performing | Phase II (Copper Sage Commerce Center, LLC) | 3,550,000 | 142,260 | - | 67 | - | 5 | 62 | - | - | 60 | 51 |
| Repaid | Del Valle Isleton (Del Valle Capital Corporation, Inc.) | - | - | - | - | - | - | - | - | - | - | 28 |
| Repaid | Copper Sage Commerce Center, LLC | - | - | - | - | - | - | - | - | - | - | 76 |
| Performing | Corman Toltec 160, LLC | 6,375,000 | 65,875 | - | 65,875 | - | 5,313 | 60,563 | - | - | 60,515 | 96 |
| Non-Performing | Cottonwood Hills, LLC | 4,000,000 | 48,222 | - | 48,222 | - | 3,333 | 44,889 | - | 11,222 | 33,667 | 21 |
| Special Situation | EPIC Resorts[1] | TBD | - | - | - | - | - | - | - | - | - | 1 |
| Performing | Eagle Meadows Development | 31,050,000 | 1,836,395 | - | 18 | - | 1 | 16 | - | 2 | 14 | 295 |
| Non-Performing | Elizabeth May Real Estate, LLC | 10,050,000 | 498,336 | - | 50 | - | 4 | 46 | - | 1 | 45 | 147 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 6,600,000 | 73,833 | - | 145,383 | - | 11,000 | 134,383 | - | 134,383 | - | 1 |
| Non-Performing | Fiesta Development McNaughton (Fiesta Development, Inc.) | 6,000,000 | 1,420,658 | - | - | - | - | - | - | - | - | 1 |
| Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 6,500,000 | 72,764 | - | 143,181 | - | 10,820 | 132,361 | - | - | 130,425 | 69 |
| Non-Performing | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 20,500,000 | 4,942,605 | 3,368,263 | - | - | - | - | - | - | - | 227 |
| Non-Performing | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 10,000,000 | 3,173,110 | 2,372,277 | - | - | - | - | - | - | - | 100 |
| Repaid | Fiesta/Beaumont $2.4m (Fiesta Development, Inc) | - | - | - | 42,500 | 2,400,000 | 3,290 | 2,439,210 | - | - | 2,439,210 | 36 |

Prepared by MFIM, LLC

**USA Capital**
**LOAN SUMMARY**
**AS OF August 31, 2006**

| Performance Evaluation | Loan Name | Loan Outstanding at 8/31/06 | Interest Outstanding at 8/31/06 | Interest Prepaid to Lenders [3] | Collection Account [10] | | | Due to | | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest Receipts | Principal | Service Fee | Lenders | DIV Fund | First Trust | Direct Lenders | |
| Non-Performing | Foxhill 216, LLC [6] | 25,980,000 | 1,454,746 | - | 134 | - | 10 | 124 | - | 0 | 124 | 300 |
| Performing | Franklin - Stratford Investments, LLC | 5,040,589 | 55,815 | - | 167,750 | 184,411 | 13,038 | 339,122 | 65,553 | 273,569 | - | 2 |
| Repaid | Freeway 101 [2] | - | - | - | - | - | - | - | - | - | - | 57 |
| Non-Performing | Gateway Stone Associates, LLC) | 13,185,000 | 714,840 | - | - | - | - | - | - | - | - | 161 |
| Repaid | Glendale Tower Partners, L.P. | - | - | - | 288,580 | 6,500,000 | 19,818 | 6,768,762 | - | - | 6,679,206 | 95 |
| Repaid | Golden State Investments II, L.P. | - | - | - | - | - | - | - | - | - | - | 37 |
| Performing | Goss Road (Savannah Homes, LLC) | 1,000,000 | (0) | - | 25,833 | - | 1,667 | 24,167 | - | - | 24,106 | 20 |
| Non-Performing | Gramercy Court Condos (Gramercy Court, Ltd.) | 34,884,500 | 2,079,303 | - | 32 | - | 3 | 29 | - | 4 | 26 | 332 |
| Non-Performing | Harbor Georgetown, L.L.C. | 8,800,000 | 772,264 | 148,785 | - | - | - | - | - | - | - | 103 |
| Non-Performing | Hasley Canyon (Los Valles Land & Golf, LLC) | 11,700,000 | 2,414,184 | 1,054,597 | - | - | - | - | - | - | - | 114 |
| Performing | Hesperia II (Southern California Land Development, LLC) | 4,250,000 | 62,215 | - | 62,215 | - | 3,542 | 55,674 | - | - | 55,674 | 65 |
| Repaid | HFA - Riviera (Riviera-Homes for America Holdings LLC) | - | - | - | - | - | - | - | - | - | - | 90 |
| Non-Performing | HFA- Clear Lake LLC | 16,050,000 | 3,255,156 | 2,140,552 | - | - | - | - | - | - | - | 207 |
| Repaid | HFA- North Yonkers (One Point Street, Inc.) | - | - | - | - | - | - | - | - | - | - | 298 |
| Repaid | HFA - Riviera 2nd (Riviera-HFAH, LLC) | - | - | - | - | - | - | - | - | - | - | 99 |
| Non-Performing | HFA- Windham (HFAH Asylum, LLC) | 5,550,000 | 1,239,559 | 800,862 | - | - | - | - | - | - | - | 74 |
| Non-Performing | HFA- Clear Lake 2nd (HFAH Clear Lake LLC) | 2,750,000 | 545,962 | 288,935 | - | - | - | - | - | - | - | 36 |
| Non-Performing | HFAH/Monaco, LLC | 4,000,000 | 1,465,500 | 1,189,500 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Huntsville (West Hills Park Joint Venture) | 10,475,000 | 1,049,657 | 328,128 | - | - | - | - | - | - | - | 116 |
| Performing | I-40 Gateway West, LLC | 3,005,313 | 36,137 | - | 46,810 | 1,524,687 | 3,775 | 1,567,722 | - | - | 1,567,722 | 46 |
| Performing | I-40 Gateway West, LLC 2nd | 1,065,000 | 14,053 | - | 58,367 | - | 2,700 | 55,667 | - | - | 55,667 | 23 |
| Performing | Interstate Commerce Center Phase II (ISCC Phase II LLC) | 1,536,666 | 14,581 | - | 102,775 | 320,183 | 8,306 | 414,653 | 56,642 | 358,011 | 0 | 2 |
| Performing | Interstate Commerce Center, LLC | 1,692,183 | (352) | 100,157 | 114,331 | 837,575 | 7,461 | 844,288 | 830,311 | 462 | 3,282 | 4 |
| Repaid | J. Jireh's Corporation [12] | - | 114,799 | - | 98,791 | 8,809,447 | 7,354 | 8,900,884 | - | 267,279 | 8,633,605 | 105 |
| Performing | La Hacienda Estate, LLC | 6,255,000 | 64,588 | - | 66,629 | - | 5,295 | 60,334 | - | - | 59,852 | 83 |
| Non-Performing | Lake Helen Partners [7] | 3,159,704 | 257,479 | - | - | - | - | - | - | - | - | 35 |
| Repaid | LCG Gilroy, LLC | - | - | - | - | - | - | - | - | - | - | 59 |

**USA Capital**
**LOAN SUMMARY**
**AS OF August 31, 2006**

| Performance Evaluation | Loan Name | Loan Outstanding at 8/31/06 | Interest Outstanding at 8/31/06 | Interest Prepaid to Lenders [3] | Collection Account [10] | | | | Due to | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest Receipts | Principal | Service Fee | Due to Lenders | DIV Fund | First Trust | Direct Lenders | |
| Non-Performing | Levin Hills, LTD | 10,350,000 | 402,824 | - | 806 | - | 52 | 754 | - | - | 754 | 130 |
| Non-Performing | Margarita Annex[8] | 12,000,000 | 679,551 | - | - | - | - | - | - | - | - | 105 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 30,000,000 | 2,020,298 | 13,458 | - | - | - | - | - | - | - | 272 |
| Non-Performing | Marlton Square 2nd (MS Acquisition Company, LLC) | 6,000,000 | 508,251 | 15,078 | - | - | - | - | - | - | - | 108 |
| Non-Performing | Marquis Hotel (USA Investors VI, LLC) | 13,500,000 | 3,408,812 | 2,366,244 | - | - | - | - | - | - | - | 169 |
| Non-Performing | Meadow Creek Partners, LLC | 8,250,000 | 277,129 | - | - | - | - | - | - | - | - | 103 |
| Repaid | Midvale Marketplace, LLC | - | - | 154,815 | 366,232 | 4,075,000 | 27,813 | 4,258,605 | - | 323,967 | 3,934,637 | 49 |
| Non-Performing | Mountain House Business Park (Pegasus-MH Ventures, LLC) | 16,800,000 | 368,276 | - | 9,853 | - | 733 | 9,119 | 27 | 475 | 8,602 | 202 |
| Non-Performing | Oak Shores II (John E. King and Carole D. King) | 12,150,000 | 336,106 | - | 69,361 | - | 5,335 | 64,025 | 42 | 21 | 63,963 | 176 |
| Non-Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 8,925,000 | 485,036 | 259,999 | - | - | - | - | - | - | - | 105 |
| Performing | Ocean Atlantic (Ocean Atlantic-PFG-Westbury, LLC) | 2,700,000 | 34,875 | - | 68,625 | - | 4,500 | 64,125 | - | - | 64,125 | 32 |
| Repaid | Opaque/Mt. Edge $7,350,000 (Opaque Land Development, LLC) | - | - | - | - | - | - | - | - | - | - | 95 |
| Non-Performing | Palm Harbor One, LLC | 28,480,000 | 483,249 | - | 1,010,155 | - | 76,150 | 934,005 | - | 52,275 | 881,730 | 309 |
| Non-Performing | Placer Vineyards (Placer County Land Speculators, LLC) | 31,500,000 | 3,354,272 | 1,228,292 | - | - | - | - | - | - | - | 343 |
| Non-Performing | Placer Vineyards 2nd (Placer County Land Speculators, LLC) | 8,500,000 | 826,199 | 259,999 | - | - | - | - | - | - | - | 118 |
| Performing | Preserve at Galleria, LLC | 3,591,750 | 47,110 | - | 45,206 | - | 2,938 | 282,268 | - | - | 281,965 | 73 |
| Special Situation | Redwood Properties, LLC[1] | 269,641 | 30,784 | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 2,250,000 | 97,014 | - | - | - | - | - | - | - | - | 32 |
| Performing | Roam Development Group.LP | 559,485 | (80) | - | 1,025,512 | 26,006,772 | 78,765 | 26,953,520 | - | 637,669 | 26,315,851 | 291 |
| Special Situation | Saddleback[1] | - | - | - | - | - | - | - | - | - | - | 1 |
| Special Situation | Sheraton Hotel[1] | - | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Shamrock Tower, LP (619 Main, LP) | 10,500,000 | 2,213,370 | 1,482,168 | - | - | - | - | - | - | - | 87 |
| Non-Performing | Slade Development, Inc. | 3,525,000 | 137,572 | - | - | - | - | - | - | - | - | 40 |
| Non-Performing | Southern California Land 2nd (Southern California Land Development, LLC) | 2,800,000 | 40,989 | - | 40,989 | - | 2,333 | 38,656 | - | - | 38,172 | 33 |
| Performing | Standard Property Development, LLC | 9,640,000 | 305,866 | - | 5,259 | - | 421 | 4,838 | - | 337 | 4,501 | 115 |
| Non-Performing | SVRB $4,500,000 (SVRB Investments, LLC) | 1,424,082 | 26,527 | - | 14,834 | - | 1,176 | 13,658 | - | - | 13,658 | 67 |

Prepared by MFIM, LLC

**USA Capital**
**LOAN SUMMARY**
**AS OF August 31, 2006**

| Performance Evaluation | Loan Name | Loan Outstanding at 8/31/06 | Interest Outstanding at 8/31/06 | Interest Prepaid to Lenders[3] | Collection Account[10] Interest Receipts | Principal | Service Fee | Due to Lenders | DIV Fund | First Trust | Direct Lenders | No. of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | SVRB 2nd $2,325,000 (SVRB Investments, LLC) | 2,325,000 | 64,508 | - | 31,000 | - | 1,938 | 29,063 | - | - | 29,063 | 25 |
| Non-Performing | Tapia Ranch (Castiac Partners, LLC) | 22,000,000 | 1,864,912 | 359,262 | - | - | - | - | - | - | - | 179 |
| Non-Performing | Ten-Ninety, Ltd.[9] ($4,150,000 | 4,150,000 | 2,107,259 | 1,676,535 | - | - | - | - | - | - | - | 18 |
| Non-Performing | Ten-Ninety | 55,113,781 | 29,813,491 | 875,557 | - | - | - | - | - | - | - | 1 |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 2,500,000 | 132,042 | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 1,925,000 | 38,013 | - | 5,810 | - | 434 | 5,376 | - | 82 | 5,079 | 34 |
| Performing | The Gardens, LLC Timeshare (The Gardens, LLC) | 3,691,351 | 39,623 | - | 93,654 | 270,346 | 7,499 | 356,501 | 19,362 | 110,638 | 226,501 | 51 |
| Repaid | Universal Hawaii[2] | - | - | - | - | - | - | - | - | - | - | 127 |
| Performing | University Estates, Inc. | 4,803,341 | 34,143 | - | 51,946 | 37,600 | 5,394 | 84,152 | - | 84,152 | (0) | 1 |
| Repaid | Urban Housing Alliance - 435 Lots (Urban Housing Alliance, LLC) | - | - | - | 261,473 | 8,150,000 | 17,965 | 8,393,508 | - | 30,896 | 8,328,626 | 110 |
| Non-Performing | Wasco Investments LLC | 6,450,000 | 771,882 | 319,637 | - | - | - | - | - | - | - | 86 |
| | | $ 787,820,339 | $ 97,925,717 | $ 27,104,834 | $ 5,560,505 | $ 62,118,012 | $ 412,923 | $ 67,010,622 | $ 973,474 | $ 2,392,475 | $ 67,010,622 | 86 |

[1] These loans have undetermined amounts outstanding due to bankruptcies, foreclosures, change of ownership, etc.
[2] Principal payments by borrower not returned to investors.
[3] Interest paid to investors in excess of amounts paid by borrowers.
[4] Borrower is Ashby Financial Company, Inc. and R&D Land Investors, LLC.
[5] Borrower is Brookmere, LLC and Lord & Essex Mattison, LLC.
[6] Borrowers are Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119 LLC, Fox Hills 62, LLC, and Fox Hills 37, LLC.
[7] Borrower is Old City, L.C. and Lake Helen Partners, LLC.
[8] Borrower is John E. King and Carlos D King
[9] Borrower is Ten-Ninety, Ltd. and William R. Lucas and Dorothy Z. Lucas, Trustees of the Lucas Family Trust
[10] Balances relate to July and August 2006 collections.
[11] Final interest check was transferred from Project Disbursement on 9/7/06.
[12] Final interest check was transferred from Project Disbursement on 9/6/06.

**Exhibit 3**

# USA Commercial Mortgage Company



**Exhibit 4**

USA Commercial Mortgage Company, et al.
Third Revised Budget - Weekly Cash Forecast
($ in thousands)

## USA Commercial Mortgage

| | | | | | Weekly Cash Forecast | | | | |
| | | | | | Week Ending | | | | |
| | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | 9/3/2006 | 9/10/2006 | 9/17/2006 |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Collections** | | | | | | | | | |
| Collections | | | | | | | | | |
| Loan Origination Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Reimbursed Expenses from USA Capital Realty | 0.0 | 0.0 | 0.0 | 415.4 | 0.0 | 0.0 | 0.0 | 206.4 | 0.0 |
| Loan Servicing Collections | | | | | | | | | |
| Estimated Service Fees | 0.0 | 0.0 | 15.4 | 2,132.8 | 1.6 | 0.0 | 0.0 | 295.1 | 0.0 |
| Outstanding Origination, Extension and Closing Fees | 0.0 | 0.0 | 203.8 | 0.0 | 50.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Cash Collections Operating Accounts** | $0.0 | $0.0 | $219.2 | $2,548.1 | $51.6 | $0.0 | $0.0 | $501.5 | $0.0 |
| **Cash Disbursements** | | | | | | | | | |
| Origination Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Loan Servicing Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $50.0 | $0.0 | $0.0 | $0.0 | $200.0 |
| Operating Disbursements | | | | | | | | | |
| Salaries & Wages | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 0.0 | 45.0 | 0.0 |
| Payroll Related Benefits | 7.7 | 0.0 | 14.0 | 0.0 | 7.7 | 0.0 | 6.3 | 7.7 | 0.0 |
| Rent | 0.0 | 0.0 | 49.0 | 0.0 | 0.0 | 0.0 | 49.0 | 0.0 | 0.0 |
| Office Operating Disbursements | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Other Operating Disbursements | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| **Total Operating Disbursements** | $87.7 | $35.0 | $143.0 | $35.0 | $137.7 | $35.0 | $90.3 | $87.7 | $235.0 |
| **Bankruptcy Related Disbursements** | | | | | | | | | |
| Professional Fees (see schedule for detail) [b] | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $4,050.3 |
| Trustee Fees | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | | | | | | | | | |
| Noticing Agent | 0.0 | 0.0 | 82.6 | 0.0 | 0.0 | 0.0 | 50.0 | 0.0 | 0.0 |
| Appraisal Fees | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Post-Petition Financing | | | | | | | | | |
| Fees for Post-Petition Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Lender Expenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Bankruptcy Related Disbursements** | $0.0 | $105.0 | $82.6 | $0.0 | $0.0 | $0.0 | $50.0 | $0.0 | $4,050.3 |
| **Total Cash Disbursements Operating Accounts** | $87.7 | $140.0 | $225.5 | $35.0 | $137.7 | $35.0 | $140.3 | $87.7 | $4,285.3 |
| **NET CHANGE IN CASH** | ($87.7) | ($140.0) | ($6.3) | $2,513.1 | ($86.0) | ($35.0) | ($140.3) | $413.9 | ($4,285.3) |
| **Cash Position - USA Commercial Mortgage Estate** | | | | | | | | | |
| Total Cash and Cash Equivalents at Beginning of Period [a] | $1,283.9 | $1,196.1 | $1,056.1 | $1,049.8 | $3,562.9 | $3,476.9 | $3,441.9 | $3,301.6 | $3,715.5 |
| Pre-Petition Cash Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net (Decrease) Increase in Cash and Cash Equivalents | (87.7) | (140.0) | (6.3) | 2,513.1 | (86.0) | (35.0) | (140.3) | 413.9 | (4,285.8) |
| Estate Funds in Collections Account to Fund Operating Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 740.0 |
| **Total Cash DIP Operating Account at End of Period** | $1,196.1 | $1,056.1 | $1,049.8 | $3,562.9 | $3,476.9 | $3,441.9 | $3,301.6 | $3,715.5 | $170.2 |
| Estate Funds in Collections Account (see schedule for detail) [c] | $12,827.0 | $12,827.0 | $12,858.6 | $12,858.6 | $12,858.6 | $12,858.6 | $12,893.4 | $12,893.4 | $12,153.4 |
| **Total USA Commercial Mortgage Estate Cash Balance** | $14,023.1 | $13,883.1 | $13,908.4 | $16,421.5 | $16,335.5 | $16,300.5 | $16,195.0 | $16,608.9 | $12,323.6 |

Notes:

a. Service fees for week ending 8/13/06 include service fees accrued from 4/13/06 thru 6/30/06 estimated to be $1,836,000.

b. Actual fees and expenses for the Debtors' Professionals will be allocated among the debtors. Currently, there is no reliable basis for this allocation to be used prospectively. Therefore, this budget shows all payments made by USA CM which is expected to involve the largest allocation.

c. Funds in the Collections Account identified as Estate Funds reflect amounts collected from borrowers for which interest has already been prepaid to investors. A motion to determine the ownership of these funds will be scheduled to be heard by the Court on September 13, 2006.

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
($ in thousands)

### Additional Accounts

| | | | | Weekly Cash Forecast — Week Ending | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | 9/3/2006 | 9/10/2006 | 9/17/2006 |
| **USA Capital Realty Advisors - DIP Operating Account** | | | | | | | | | |
| Beginning Cash Balance | $167.6 | $167.8 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 |
| Management Fees Collected | 0.0 | 0.0 | 0.0 | 415.4 | 0.0 | 0.0 | 0.0 | 206.4 | 0.0 |
| Expense Reimbursement due USA CMC | 0.0 | 0.0 | 0.0 | (415.4) | 0.0 | 0.0 | 0.0 | (206.4) | 0.0 |
| Trustee Fees | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance | $167.6 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 |
| **USA Securities - DIP Operating Account** | | | | | | | | | |
| Beginning Cash Balance USA Securities | $18.4 | $18.4 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 |
| Trustee Fees | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance USA Securities | $18.4 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 |
| **Diversified Trust - DIP Operating Account** | | | | | | | | | |
| Beginning Cash Balance DTDF | $511.5 | $511.5 | $511.3 | $511.3 | $386.3 | $386.3 | $386.3 | $386.3 | $261.3 |
| Cash Payment for DTDF Professional Fees [f] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (657.6) |
| Management Fees Paid by DTDF | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Distribution from Collections Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Distribution to Members [4] | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (125.0) | 10.4 |
| Trustee Fees | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 |
| Ending Cash Balance DTDF [5] | $511.5 | $511.3 | $511.3 | $386.3 | $386.3 | $386.3 | $386.3 | $261.3 | ($295.9) |
| **First Trust - DIP Operating Account** | | | | | | | | | |
| Beginning Balance FTDF | ($125.0) | ($125.0) | ($125.3) | ($125.3) | ($415.6) | ($415.6) | ($415.6) | ($81.4) | 0.0 |
| Cash Payment for FTDF Professional Fees [f] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (2,378.5) |
| Interest Income to Investors [5] | 0.0 | 0.0 | 0.0 | (290.4) | 0.0 | 4,000.0 | 0.0 | 0.0 | 0.0 |
| Management Fees Paid by FTDF | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Distribution from Collections Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2,377.2 | 0.0 | 0.0 | 2,378.5 |
| Distribution to Members [4] | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 | 0.0 | 0.0 | (125.0) | 0.0 |
| Trustee Fees | 0.0 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance FTDF [5] | ($125.0) | ($125.3) | ($125.3) | ($415.6) | ($415.6) | ($415.6) | ($415.6) | ($81.4) | 0.0 |
| **Collections Account** | | | | | | | | | |
| Beginning Balance Collections Account (Investor Funds) | $88,298.5 | $88,298.5 | $88,298.5 | $108,825.8 | $106,693.1 | $42,535.6 | $42,535.6 | $42,739.2 | $51,269.0 |
| Expected Principal Return | 0.0 | 0.0 | 20,300.0 | 0.0 | 4,000.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest Income to Investors [5] | 0.0 | 0.0 | 242.7 | 0.0 | 0.0 | 0.0 | 203.5 | 8,825.0 | 0.0 |
| Total Account Collections | $0.0 | $0.0 | $20,542.7 | $0.0 | $4,000.0 | $0.0 | $203.5 | $8,825.0 | $0.0 |
| Distribution to Investors [4] | 0.0 | 0.0 | 0.0 | 0.0 | (69,155.8) | 0.0 | 0.0 | 0.0 | (15,617.9) |
| Service Fees to USA CMC | 0.0 | 0.0 | (15.4) | (2,132.8) | (1.6) | 0.0 | 0.0 | (255.1) | 0.0 |
| Total Disbursements | $0.0 | $0.0 | ($15.4) | ($2,132.8) | ($69,157.5) | $0.0 | $0.0 | ($255.1) | ($15,617.9) |
| Ending Balance Collections Account (Investor Funds) | $88,298.5 | $88,298.5 | $108,825.8 | $106,693.1 | $42,535.6 | $42,535.6 | $42,739.2 | $51,269.0 | $35,451.1 |
| **Investors Account** | | | | | | | | | |
| Beginning Balance Collections Account (Estate Funds) | $12,827.0 | $12,827.0 | $12,827.0 | $12,858.6 | $12,858.6 | $12,858.6 | $12,858.6 | $12,893.4 | $12,893.4 |
| Transfer to Fund Operating Account | 0.0 | 0.0 | 31.6 | 0.0 | 0.0 | 0.0 | 34.8 | 0.0 | (740.0) |
| Ending Balance Collections Account (Estate Funds) | $12,827.0 | $12,827.0 | $12,858.6 | $12,858.6 | $12,858.6 | $12,858.6 | $12,893.4 | $12,893.4 | $12,153.4 |
| Ending Balance Collections Account (Total) | $101,125.5 | $101,125.5 | $121,684.5 | $119,551.7 | $55,394.2 | $55,394.2 | $55,632.6 | $64,162.5 | $47,604.5 |
| Cash Balance Investors Account | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 |
| **Executory Contract Committee** | | | | | | | | | |
| Executory Contract Committee Cash Due for Prof. Fees [e,f] | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $480.0 |
| Cash Payment for allocation of Debtor Professional Fees [a,f] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Cash Due Executory Contract Committee | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 480.0 |

Notes:
a. Source of payment for Executory Contract Committees will be via surcharge or some other source yet to be determined.
b. To the extent they exist, deficits in the operating accounts for First Trust Deed Fund and Diversified Trust Deed Fund are expected to be filled via amounts reserved prior to the distribution of funds to Fund Members.
c. Assumes investment in a Bank of America Money Market Fund at 3.23%.
d. A separate motion to distribute funds has been filed with the Court and will be heard on 8/4/06. No distribution will be made without approval of this motion.
e. Distributions to fund members will occur after determination of reserves to fund claims, professional fees and other expenses. A motion to hear claims disputes will be heard by the court on Aug. 31, 2006. The Debtors will request that this issue or the reserve amount be continued to be heard at the same time.
f. Actual fees and expenses for the Debtors' Professionals will be allocated among the debtors. Currently, there is no reliable basis for this allocation to be used prospectively. Therefore, this budget shows all payments made by USA CM which is expected to receive the largest allocation.

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
($ in thousands)

| | | | | Weekly Cash Forecast | | | | | |
| | | | | Week Ending | | | | | |
| | 7/23/2006 | 7/30/2006 | 8/6/2006 | 8/13/2006 | 8/20/2006 | 8/27/2006 | 9/3/2006 | 9/10/2006 | 9/17/2006 |
|---|---|---|---|---|---|---|---|---|---|
| **Supplemental Schedules - Professional Fees** | | | | | | | | | |
| **Debtor Professional Fees (as incurred)** | | | | | | | | | |
| Financial Advisor Fees & Disbursements | $140.0 | $140.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 |
| Legal Counsel Fees & Disbursements | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| Local Counsel | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| PH Firm | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| Other Legal Professionals | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: | | | | | | | | | |
| Allocation of Professional Fees to DTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Allocation of Professional Fees to FTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Allocation of Professional Fees to Executory Contracts Committee [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Committee Professionals (as incurred)** | | | | | | | | | |
| **Unsecured Creditors Committee** | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| Financial Advisor Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| Weekly Accrual for USA CMC Professional Fees | $290.8 | $290.8 | $250.8 | $250.8 | $250.8 | $250.8 | $250.8 | $250.8 | $250.8 |
| Cash Payment for Debtor Professionals by USA CMC | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Payment for Debtor Professionals by DTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Payment for Debtor Professionals by FTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Payment for Debtor Professionals by Executory Contract Committee [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Incurred and Unpaid Professional Fees USA CMC | $4,772.1 | $5,002.8 | $5,313.6 | $5,564.3 | $5,915.1 | $6,065.8 | $6,316.6 | $6,567.3 | $2,767.8 |
| **Equity Security Holders of USA Capital DTDF** | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| Financial Advisor Fees & Disbursements | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 |
| Weekly Accrual for DTDF Professional Fees | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 |
| Cash Payment for DTDF Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees | $855.9 | $960.9 | $1,067.9 | $1,174.9 | $1,281.9 | $1,388.9 | $1,495.9 | $1,602.9 | $941.2 |
| **Equity Security Holders of USA Capital FTDF** | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Financial Advisor Fees & Disbursements | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 40.0 | 40.0 |
| Weekly Accrual for FTDF Professional Fees | $110.0 | $110.0 | $110.0 | $110.0 | $110.0 | $110.0 | $110.0 | $100.0 | $100.0 |
| Cash Payment for FTDF Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees | $712.0 | $822.0 | $932.0 | $1,042.0 | $1,152.0 | $1,262.0 | $1,372.0 | $1,472.0 | $657.6 |
| **Holders of Executory Contract Rights** | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Weekly Accrual for Executory Committee Professional Fees | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Cash Payment for Executory Committee Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees | $480.0 | $540.0 | $600.0 | $660.0 | $720.0 | $780.0 | $840.0 | $900.0 | $480.0 |
| Total Weekly Accrual for Bankruptcy Professional Fees | $567.8 | $567.8 | $527.8 | $527.8 | $527.8 | $527.8 | $527.8 | $517.8 | $517.8 |
| Total Cash Payment for Bankruptcy Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $1,096.3 |
| Total Incurred and Unpaid Bankruptcy Professional Fees | $6,819.0 | $7,385.7 | $7,913.5 | $8,441.2 | $8,969.0 | $9,496.7 | $10,024.5 | $10,542.2 | $5,163.4 |

a. Actual fees and expenses for the Debtors' Professionals will be allocated among the debtors. Currently, there is no reliable basis for the allocation to be used prospectively. Therefore, this budget shows all payments made by USA CM which is expected to receive the largest allocation.

**USA Commercial Mortgage Company, et al.**
Third Revised Budget - Weekly Cash Forecast
($ in thousands)

| | Weekly Cash Forecast Week Ending | | | | | | |
|---|---|---|---|---|---|---|---|
| | 9/24/2006 | 10/1/2006 | 10/8/2006 | 10/15/2006 | 10/22/2006 | 10/29/2006 | Total |
| **USA Commercial Mortgage** | | | | | | | |
| **Cash Collections** | | | | | | | |
| **Collections** | | | | | | | |
| Loan Origination Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Reimbursed Expenses from USA Capital Realty | 0.0 | 0.0 | 206.4 | 0.0 | 0.0 | 0.0 | 828.2 |
| **Loan Servicing Collections** | | | | | | | |
| Estimated Service Fees [a] | 55.8 | 9.1 | 1.4 | 270.5 | 0.0 | 0.0 | 2,781.8 |
| Outstanding Origination, Extension and Closing Fees | 525.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 779.8 |
| **Total Cash Collections Operating Accounts** | $580.8 | $9.1 | $207.8 | $270.5 | $0.0 | $0.0 | $4,389.7 |
| **Cash Disbursements** | | | | | | | |
| **Loan Servicing Expenses** | | | | | | | |
| Origination Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Loan Servicing Expenses | $0.0 | $0.0 | $0.0 | $400.0 | $0.0 | $0.0 | $550.0 |
| **Operating Disbursements** | | | | | | | |
| Salaries & Wages | 45.0 | 0.0 | 45.0 | 0.0 | 45.0 | 0.0 | 315.0 |
| Payroll Related Benefits | 0.0 | 6.3 | 7.7 | 0.0 | 7.7 | 0.0 | 64.8 |
| Rent | 0.0 | 49.0 | 0.0 | 0.0 | 0.0 | 0.0 | 147.0 |
| Office Operating Disbursements | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 225.0 |
| Other Operating Disbursements | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 300.0 |
| **Total Operating Disbursements** | $80.0 | $90.3 | $87.7 | $435.0 | $87.7 | $35.0 | $1,701.8 |
| **Bankruptcy Related Disbursements** | | | | | | | |
| Professional Fees (see schedule for detail) [b] | | | | | | | |
| Trustee Fees | $0.0 | $0.0 | $0.0 | $1,000.0 | $0.0 | $0.0 | $5,053.3 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.0 | 13.0 |
| Noticing Agent | 0.0 | 0.0 | 50.0 | 0.0 | 0.0 | 0.0 | 182.6 |
| Appraisal Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 |
| **Post-Petition Financing** | | | | | | | |
| Fees for Post-Petition Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Lender Expenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Bankruptcy Related Disbursements** | $0.0 | $0.0 | $50.0 | $1,000.0 | $0.0 | $8.0 | $5,348.8 |
| **Total Cash Disbursements Operating Accounts** | $80.0 | $90.3 | $137.7 | $1,438.0 | $87.7 | $43.0 | $7,050.6 |
| **NET CHANGE IN CASH** | $500.8 | ($81.2) | $70.1 | ($1,167.5) | ($87.7) | ($43.0) | ($2,661.9) |
| **Cash Position - USA Commercial Mortgage Estate** | | | | | | | |
| Total Cash and Cash Equivalents at Beginning of Period | $170.2 | $671.1 | $589.9 | $660.0 | $100.2 | $100.2 | $1,283.8 |
| Pre-Petition Cash Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net (Decrease) Increase in Cash and Cash Equivalents | 500.8 | (81.2) | 70.1 | (1,167.5) | (87.7) | (43.0) | (2,661.9) |
| Estate Funds to Collections Account to Fund Operating Account | 0.0 | 0.0 | 0.0 | 607.7 | 87.7 | 43.0 | 1,478.4 |
| **Total Cash DIP Operating Account at End of Period** | $671.1 | $589.9 | $660.0 | $100.2 | $100.2 | $100.2 | $100.2 |
| Estate Funds in Collections Account (see schedule for detail) [c] | $12,153.4 | $12,187.3 | $12,187.3 | $11,579.6 | $11,492.0 | $11,449.0 | $11,449.0 |
| **Total USA Commercial Mortgage Estate Cash Balance** | $12,824.4 | $12,777.2 | $12,847.3 | $11,679.9 | $11,592.2 | $11,549.2 | $11,549.2 |

Notes:
a. Service fees for week ending 8/13/06 include service fees accrued from 4/13/06 thru 6/30/06 estimated to be $1,838,000.
b. Actual fees and expenses for the Debtors' Professionals will be allocated among the debtors. Currently, there is no reliable basis for this allocation to be used prospectively. Therefore, this budget shows all payments made by USA CM which is expected to receive the largest allocation.
c. Funds in the Collections Account (specified as Estate Funds) reflect amounts collected from borrowers for which interest has already been prepaid to investors. A motion to determine the ownership of these funds will be scheduled to be heard by the Court on September 13, 2006.

**USA Commercial Mortgage Company, et al.**
**Third Revised Budget - Weekly Cash Forecast**
($ in thousands)

### Additional Accounts

| | Weekly Cash Forecast — Week Ending | | | | | | |
|---|---|---|---|---|---|---|---|
| | 9/24/2006 | 10/1/2006 | 10/8/2006 | 10/15/2006 | 10/22/2006 | 10/29/2006 | Total |
| **USA Capital Realty Advisors - DIP Operating Account** | | | | | | | |
| Beginning Cash Balance | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.6 |
| Management Fees Collected | 0.0 | 0.0 | 206.4 | 0.0 | 0.0 | 0.0 | 828.2 |
| Expense Reimbursement due USA CMC | 0.0 | 0.0 | (206.4) | 0.0 | 0.0 | 0.0 | (828.2) |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.1) | (0.5) |
| Ending Cash Balance | $167.4 | $167.4 | $167.4 | $167.4 | $167.4 | $167.1 | $167.1 |
| **USA Securities - DIP Operating Account** | | | | | | | |
| Beginning Cash Balance USA Securities | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $18.4 |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.5) |
| Ending Cash Balance USA Securities | $18.2 | $18.2 | $18.2 | $18.2 | $18.2 | $17.9 | $17.9 |
| **Diversified Trust: DIP Operating Account** | | | | | | | |
| Beginning Cash Balance DTDF | ($295.9) | ($295.9) | ($295.9) | ($420.9) | ($854.7) | ($854.7) | ($125.0) |
| Cash Payment for Allocation of Debtor Professional Fees [f] | $0.0 | $0.0 | $0.0 | (440.0) | $0.0 | $0.0 | (1,196.7) |
| Management Fees Paid by DTDF | $0.0 | $0.0 | (125.0) | $0.0 | $0.0 | $0.0 | 0.0 |
| Distribution from Collections Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (375.0) |
| Distribution to Members [4] | 0.0 | 0.0 | 0.0 | 6.2 | 0.0 | 0.0 | 106.5 |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.5) |
| Ending Cash Balance DTDF [b] | ($295.9) | ($295.9) | ($420.9) | ($854.7) | ($854.7) | ($855.0) | ($855.0) |
| **First Trust - DIP Operating Account** | | | | | | | |
| Beginning Balance FTDF | $3,489.9 | $3,489.9 | $3,489.9 | $3,408.5 | $3,913.4 | $3,913.4 | $3,913.4 |
| Cash Payment for FTDF Professional Fees | 0.0 | 0.0 | (81.4) | 0.0 | 0.0 | 0.0 | (453.2) |
| Cash Payment for Allocation of Debtor Professional Fees [f] | 0.0 | 0.0 | $0.0 | 502.9 | 0.0 | 0.0 | 5,688.6 |
| Management Fees Paid by FTDF | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Distribution to Members [4] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (375.0) |
| Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.5) |
| Ending Cash Balance FTDF [b] | $3,489.9 | $3,489.9 | $3,408.5 | $3,913.4 | $3,913.4 | $3,913.1 | $3,913.1 |
| **Collections Account** | | | | | | | |
| Beginning Balance Collections Account (Investor Funds) | $35,451.1 | $67,795.3 | $83,159.4 | $96,949.8 | $77,624.6 | $77,624.6 | $88,288.5 |
| Expected Principal Return | 32,400.0 | 25,239.7 | 3,791.8 | 0.0 | 0.0 | 0.0 | 94,556.4 |
| Interest Income to Investors [c] | 0.0 | 133.6 | 0.0 | 0.0 | 0.0 | 0.0 | 579.8 |
| Total Account Collections | $32,400.0 | $25,373.2 | $3,791.8 | $0.0 | $0.0 | $0.0 | $95,136.2 |
| Distribution to Investors [a] | 0.0 | 0.0 | 0.0 | (19,054.6) | 0.0 | 0.0 | (103,026.4) |
| Service Fees to USA CMC | (55.8) | (9.1) | (1.4) | (270.5) | 0.0 | 0.0 | (2,781.6) |
| Total Disbursements | (55.8) | (9.1) | (1.4) | (19,325.2) | $0.0 | $0.0 | (105,810.2) |
| Ending Balance Collections Account (Investor Funds) | $67,795.3 | $83,159.4 | $96,949.8 | $77,624.6 | $77,624.6 | $77,624.6 | $77,624.6 |
| Beginning Balance Collections Account (Estate Funds) | $12,153.4 | $12,153.4 | $12,187.3 | $12,187.3 | $11,579.6 | $11,482.0 | $12,827.0 |
| Interest Income to Estate [c] | 0.0 | 33.9 | 0.0 | 0.0 | 0.0 | 0.0 | 100.3 |
| Transfer to Fund Operating Account | 0.0 | 0.0 | 0.0 | (607.7) | (97.7) | (40.0) | (1,478.4) |
| Ending Balance Collections Account (Estate Funds) | $12,153.4 | $12,187.3 | $12,187.3 | $11,579.6 | $11,482.0 | $11,449.0 | $11,449.0 |
| Ending Balance Collections Account (Total) | $79,948.7 | $95,346.7 | $109,137.1 | $89,204.2 | $89,106.6 | $89,073.6 | $89,073.6 |
| **Investors Account** | | | | | | | |
| Cash Balance Investors Account | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 |
| **Executory Contract Committee** | | | | | | | |
| Executory Contract Committee Cash Due for Prof. Fees [e] | $0.0 | $0.0 | $0.0 | $240.0 | $0.0 | $0.0 | $720.0 |
| Cash Payment for allocation of Debtor Professional Fees [e,f] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Cash Due Executory Contract Committee | 0.0 | 0.0 | 0.0 | 240.0 | 0.0 | 0.0 | $720.0 |

**Notes:**

a. Source of payment to Executory Contract Committees will be via surcharge or some other source yet to be determined.

b. To the extent they exist, deficits in the operating accounts for First Trust Deed Fund and Diversified Trust Deed Fund are expected to be filled via amounts reserved prior to the distribution of funds to Fund Members.

c. Assumes investment in Bank of America Money Market Fund at 3.25%.

d. A separate motion to distribute funds has been filed with the Court and will be heard on 8/4/06. No distribution will be made without approval of this motion.

e. Distributions to fund members will occur after determination of reserves to fund claims, professional fees and other expenses. A motion to hear claim disputes will be heard by the court on Aug. 31, 2006. The Debtors will request that the issue of the reserve amount be continued to be heard at the same time.

f. Actual fees and expenses for the Debtors' Professionals will be allocated among the debtors. Currently, there is no reliable basis for this allocation to be used prospectively. Therefore, this budget shows all payments made by USA CM which is expected to receive the largest allocation.

**Preliminary Numbers Subject to Revision**

**USA Commercial Mortgage Company, et al.**
Third Revised Budget - Weekly Cash Forecast
($ in thousands)

## Supplemental Schedules - Professional Fees

| | Weekly Cash Forecast — Week Ending | | | | | | |
|---|---|---|---|---|---|---|---|
| | 9/24/2006 | 10/1/2006 | 10/8/2006 | 10/15/2006 | 10/22/2006 | 10/29/2006 | Total |
| **Debtor Professional Fees (as incurred)** | | | | | | | |
| Financial Advisor Fees & Disbursements | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $1,580.0 |
| Legal Counsel Fees & Disbursements | 75.0 | 75.0 | 50.0 | 50.0 | 50.0 | 50.0 | 1,025.0 |
| Local Counsel | 25.0 | 25.0 | 16.7 | 16.7 | 16.7 | 16.7 | 341.7 |
| PR Firm | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 11.3 |
| Other Legal Professionals | 0.0 | 5.0 | 5.0 | 0.0 | 0.0 | 5.0 | 15.0 |
| Less: | | | | | | | |
| Allocation of Professional Fees to DTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Allocation of Professional Fees to FTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Payment for Debtor Professionals to FTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Allocation of Professional Fees to Executory Contracts Committee [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Committee Professionals (as incurred)** | | | | | | | |
| **Unsecured Creditors Committee** | | | | | | | |
| Legal Counsel Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 375.0 |
| Financial Advisor Fees & Disbursements | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 375.0 |
| Weekly Accrual for USA CMC Professional Fees | $250.8 | $255.8 | $222.4 | $217.4 | $217.4 | $222.4 | $3,722.9 |
| Cash Payment for Debtor Professionals by USA CMC | $0.0 | $0.0 | $0.0 | $1,003.0 | $0.0 | $0.0 | $5,033.3 |
| Cash Payment for Debtor Professionals by DTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Payment for Debtor Professionals by FTDF [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Payment for Debtor Professionals by Executory Contract Committee [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Incurred and Unpaid Professional Fees USA CMC | $3,018.6 | $3,274.3 | $3,496.7 | $2,711.1 | $2,926.6 | $3,151.0 | $3,151.0 |
| **Equity Security Holders of USA Capital FTDF** | | | | | | | |
| Legal Counsel Fees & Disbursements | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 1,125.0 |
| Financial Advisor Fees & Disbursements | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 480.0 |
| Weekly Accrual for FTDF Professional Fees | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $107.0 | $1,605.0 |
| Cash Payment for FTDF Professional Fees | $0.0 | $0.0 | $0.0 | $428.0 | $0.0 | $0.0 | $1,196.7 |
| Incurred and Unpaid Professional Fees | $1,048.2 | $1,155.2 | $1,262.2 | $941.2 | $1,048.2 | $1,155.2 | $1,155.2 |
| **Equity Security Holders of USA Capital DTDF** | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 900.0 |
| Financial Advisor Fees & Disbursements | 40.0 | 40.0 | 35.0 | 35.0 | 35.0 | 35.0 | 650.0 |
| Weekly Accrual for DTDF Professional Fees | $100.0 | $100.0 | $95.0 | $95.0 | $95.0 | $95.0 | $1,550.0 |
| Cash Payment for DTDF Professional Fees | $0.0 | $0.0 | $0.0 | $440.0 | $0.0 | $0.0 | $1,097.6 |
| Incurred and Unpaid Professional Fees | $1,014.4 | $1,114.4 | $1,209.4 | $864.4 | $959.4 | $1,054.4 | $1,054.4 |
| **Holders of Executory Contract Rights** | | | | | | | |
| Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 900.0 |
| Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Weekly Accrual for Executory Committee Professional Fees | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $900.0 |
| Cash Payment for Executory Committee Professional Fees | $0.0 | $0.0 | $0.0 | $240.0 | $0.0 | $0.0 | $720.0 |
| Incurred and Unpaid Professional Fees | $540.0 | $600.0 | $660.0 | $480.0 | $540.0 | $600.0 | $600.0 |
| **Total Weekly Accrual for Bankruptcy Professional Fees** | $517.8 | $522.8 | $484.4 | $479.4 | $479.4 | $484.4 | $7,777.9 |
| **Total Cash Payment for Bankruptcy Professional Fees** | $0.0 | $0.0 | $0.0 | $1,108.0 | $0.0 | $0.0 | $3,014.3 |
| **Total Incurred and Unpaid Bankruptcy Professional Fees** | $5,621.1 | $6,143.9 | $6,628.3 | $4,996.7 | $5,476.1 | $5,960.6 | $5,960.6 |

a.  Actual fees and expenses for the Debtors' Professionals will be allocated among the debtors. Currently, there is no reliable basis for this allocation to be used prospectively. Therefore, this budget shows all payments made by USA CM which is expected to receive the largest allocation.

**Exhibit 5**

Exhibit 5, a chart of the specific Classes under the Plan and brief description of the treatment of each Class, will be filed separately by no later than 10 days prior to the hearing on the Disclosure Statement.

**Exhibit 6**

## USA COMMERCIAL MORTGAGE COMPANY, ET AL.
### LIQUIDATION ANALYSIS AS OF 11/15/06 [a]
#### (dollars in thousands)

**I. STATEMENT OF ASSETS**

| | Note Reference | USACM | DTDF | FTDF | USA Securities | Realty Advisors |
|---|---|---|---|---|---|---|
| | | | | Estimated Liquidation Values (Unaudited) | | |
| Cash and Cash Equivalents | A | $ 3,346.1 | $ 1,503.6 | $ 2,039.5 | $ 18.2 | $ 162.1 |
| Investments in Loans | B | 776.8 | 8,702.5 | 42,293.9 | - | - |
| Principal in Collections Account | C | 27.7 | 651.7 | 3,143.6 | - | - |
| Accounts Receivable | D | 7,651.9 | 15,458.0 | 2,624.7 | - | 956.9 |
| Prepaid Interest | E | 25,381.5 | - | - | - | - |
| Notes Receivable | F | 2,831.4 | - | - | - | - |
| Prepaid Expenses | G | - | - | - | - | - |
| Property, Plant & Equipment | H | 199.0 | - | - | - | - |
| Other Assets | I | 2.8 | - | - | - | - |
| **Estimated Recovery Before Chapter 7 Expenses** | | $ 40,217.3 | $ 26,315.8 | $ 50,101.7 | $ 18.2 | $ 1,119.0 |
| Chapter 7 Expenses | J | 2,010.9 | 1,315.8 | 2,505.1 | 0.9 | 56.0 |
| **Estimated Net Proceeds** | | $ 38,206.4 | $ 25,000.0 | $ 47,596.6 | $ 17.2 | $ 1,063.1 |

Notes:
(a) This schedule should be read in conjunction with the accompanying "Notes to the Liquidation Analysis".
Discrepancies may exist relative to figures elsewhere in the Plan and Disclosure Statement due to the rounding of numbers.

Estimated Liquidation Values are Preliminary and Subject to Revision