STEVEN R. ORR (136615)
sorr@rwglaw.com
RICHARDS, WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3101
Telephone: (213) 626-8484
Facsimile: (213) 626-0078

Attorneys for CITY OF TEMECULA

RECEIVED AND FILED

2006 SEP 15 P 2:34

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | Case No. BK-S-06-10727-lbr<br>(Chapter 11)<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO ALL INTERESTED PARTIES:

Richards, Watson & Gershon, attorneys for City of Temecula, California, interested parties in the above-referenced bankruptcy estate, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

Notices pursuant to this request are to be sent to the following address:

Steven R. Orr
Richards, Watson & Gershon
355 S. Grand Avenue, 40th Floor
Los Angeles, California 90071-3101
(213) 626-8484
(Fax) (213) 626-0078
Email: sorr@rwglaw.com

---

Request for Special Notice

11086-0145\914552v2.doc

As a matter of economy, the City of Temecula agrees to accept electronic service of any or all documents.

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit motion or any other writing or conduct, shall constitute a waiver by the following rights:

1. Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

2. Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under Section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

3. Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

The City of Temecula expressly reserve all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission or jurisdiction in this case or before this Court.

DATED: September 12, 2006

STEVEN R. ORR
RICHARDS, WATSON & GERSHON,
A Professional Corporation

By: /s/ Steven R. Orr

STEVEN R. ORR
Attorneys for CITY OF TEMECULA

-2-
Request for Special Notice

11086-0145\914552v2.doc

# PROOF OF SERVICE

I, Kelley Herrington, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Richards, Watson & Gershon, 355 South Grand, 40th Floor, Los Angeles, California. On September 12, 2006, I served the within documents:

**REQUEST FOR SPECIAL NOTICE**

[ ]   by causing facsimile transmission of the document(s) listed above from (213) 626-8484 to the person(s) and facsimile number(s) set forth below on this date before 5:00 P.M. This transmission was reported as complete and without error. A copy of the transmission report(s), which was properly issued by the transmitting facsimile machine, is attached. Service by facsimile has been made pursuant to a prior written agreement between the parties.

[ X ]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice for collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in this affidavit.

[ ]   by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a   agent for delivery, or deposited in a  box or other facility regularly maintained by , in an envelope or package designated by the express service carrier, with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below.

[ ]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]   by causing personal delivery by First Legal Support Services, 1511 West Beverly Boulevard, Los Angeles, California 90026 of the document(s) listed above to the person(s) at the address(es) set forth below.

See Attached Service List

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 12, 2006.

_____
KELLEY HERRINGTON

11086-0145\917309v1.doc

## SERVICE LIST

USA Commercial Mortgage Co., et al.
Attn: Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121
Debtors

Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 S. State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Attorneys for Debtors

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV 89146-5308
Attorneys for Debtor

Office of the U.S. Trustee
Attn: August B. Landis
300 Las Vegas Boulevard South
Suite 4300
Las Vegas, NV 89101

11086-0145\917309v1.doc