9 Sep, 2006

Clerk of Court
Foley Federal Building,
Courtroom 1
300 Las Vegas Boulevard, South
Las Vegas, Nevada 89101

RECEIVED AND FILED

2006 SEP 15 A 9: 27

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

Reference:    Case No. BK-S-06-10725 LBR
              Jointly Administered for:
              Case No. BK-S-06-10725 LBR
              Case No. BK-S-06-10726 LBR
              Case No. BK-S-06-10727 LBR
              Case No. BK-S-06-10728 LBR
              Case No. BK-S-06-10729 LBR

              Hearing Date: 28 September, 2006
              Hearing Time: 9:30 a.m.

To Clerk of Court and Presiding Judge:

Please accept our objection to the action presented and requested, regarding the subject cases noted above. We presently reside overseas, and are unable to personally represent ourselves in this matter. As these issues originally developed we lived in a foreign country performing our work, and were in the process of relocating to another foreign country. However, in review of the associated documents, we have serious concerns.

Firstly while we acknowledge that the rates posted have been approved by the court, we feel the court has made a grave mistake in the rates which have been approved. We note that as a professional engineer working overseas with 40 years of experience, the lowest individual category on the pay list, a paraprofessional, is making more than double what we are receiving, and our income is midrange of the industry standard. That being said, please note: that the approved rates are excessive.

Of greater concern is the proposed method of compensation for the claimants. It is stated that the funds for such payment shall come from Debtors' resources. As lenders who have a substantial amount of funds tied up in this process, we would like assurance that payment of such funds does not come from either accumulated principal or interest provided by the lenders, and certified as such, in any of the lender categories.

From our outside viewpoint the amount claimed in this collection of requests related to the benefit provided to the lenders is exorbitant. We would hope the court would be more exacting with regard to reorganization or liquidation of corporate assets, before all assets are consumed by such claims as these.

Sincerely,

Roy R. Ventura, Jr., P.E.
American Embassy – Jakarta
USAID