| | |
|---|---|
| 1<br>2<br>3<br>4 | Richard McKnight, Esq.<br>Nevada State Bar No. 001313<br>330 S. Third Street #900<br>Las Vegas, Nevada 89101<br>Phone: 702-388-7185<br>Fax: 702-388-0108<br>mcknightlaw@cox.net         **E-filed on September 19, 2006.** |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor.<br>_____<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC.,<br>                    Debtor.<br>_____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC.,<br>                    Debtor.<br>_____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC.,<br>                    Debtor.<br>_____<br>In re:<br>USA SECURITIES, LLC.,<br>                    Debtor.<br>_____<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR**<br><br><br>Date: September 28, 2006<br>Time: 9:30 a.m. |

**THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST AND RICHARD McKNIGHT SEP-IRA'S JOINDER TO OMNIBUS RESPONSE OF JV DIRECT LENDERS TO FIRST INTERIM FEE AND EXPENSE APPLICATIONS**

Creditors, The Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight

Page 1 of 2

SEP-IRA, join in and incorporate by reference JV Direct Lenders' Omnibus Response Of JV Direct Lenders To First Interim Fee And Expense Applications filed by JV Direct Lenders on or about September 18, 2006.

DATED this 19th day of September, 2006

THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.

By:    /s/ Richard McKnight
Richard McKnight, Esq.
State Bar No. 1313
330 S. Third St., #900
Las Vegas, NV 89101
Attorneys for the McKnight 2000 Family Trust and the Richard McKnight SEP-IRA

Page 2 of 2

W:\2006\2377usa.ch11\Joinder of RM & SM Trust and RM SEP-IRA to Direct Lender's Omnibus Response  RMgk  Sept 19,06.wpd     September 19, 2006 (9:44am)