Richard McKnight, Esq.
Nevada State Bar No. 001313
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

**E-filed on September 19, 2006.**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

In re:
USA CAPITAL REALTY ADVISORS, LLC.,

    Debtor.

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,

    Debtor.

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC.,

    Debtor.

In re:
USA SECURITIES, LLC.,

    Debtor.

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

**Jointly Administered Under Case No. BK-S-06-10725-LBR**

Date: September 28, 2006
Time: 9:30 a.m.

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 19th day of September, 2006, service of a true and

correct copy of THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST AND RICHARD McKNIGHT SEP-IRA'S JOINDER TO OMNIBUS RESPONSE OF JV DIRECT LENDERS TO FIRST INTERIM FEE AND EXPENSE APPLICATIONS was made by:

**X**   ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shu!tts-law.com

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN yvette@ccfirm.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE cope_guerra@!yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM ! bankruptcy@rocgd.com

Page 2 of 5

W:\2006\2377usa.ch11\COS for Joinder of RM & SM Trust and RM SEP-IRA to Direct Lender's Omnibus Response_gk Sept 19,06.wpd       September 19, 2006 (10:28am)

1  LAUREL E. DAVIS bklsclv@lionelsawyer.com,
2  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

3  DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) tfette@daca4.com,

4  THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

5  SCOTT D. FLEMING sfleming@halelane.com,
6  dbergsing@halelane.com,ecfvegas@halelane.com

7  GREGORY E GARMAN bankruptcynotices@gordonsilver.com

8  WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

9  CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov,
10 Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.g! ov;Sue.Knight@usdoj.gov

11 GERALD M GORDON bankruptcynotices@gordonsilver.com

12 TALITHA B. GRAY bankruptcynotices@gordonsilver.com

13 MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

14
15 JEFFREY R. HALL jhall@sheacarlyon.com,
   bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;r
16 smith@sheacarlyon.com

17 XANNA R. HARDMAN xanna.hardman@gmail.com,

18 STEPHEN R HARRIS noticesbh&p@renolaw.biz

19 BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com,

20 DAVID W. HUSTON ! dwh@hustonlaw.net, swaits@hustonla! w.net
21 CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

22 EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

23 ANNETTE W JARVIS ,

24 TY E. KEHOE TyKehoeLaw@aol.com

25
26 ROBERT R. KINAS rkinas@swlaw.com,
   mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

27 ZACHARIAH LARSON ecf@lslawnv.com

28

1
2  JOHN J. LAXAGUE jlaxague@caneclark.com

3  GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net

4  NILE LEATHAM ! nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

5  ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

6
7  ANNE M. LORADITCH ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

8  REGINA M. MCCONNELL rmcconnell@kssattorneys.com,

9  WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com,

10  JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

11
12  JEANETTE E. MCPHERSON bkfilings@s-mlaw.com !

13
14  SHAWN W MILLER ! & nbsp bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

15  JOHN F MURTHA jmurtha@woodburnandwedge.com

16  ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com

17
18  VICTORIA L NELSON bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

19
20  BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

21
22  DONNA M. OSBORN ! ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

23  ANDREW M. PARLEN aparlen@stutman.com,

24  DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

25
26  PAUL C RAY info@johnpeterlee.com

27  SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

28

1  LENARD E. SCHWARTZER bkfilings@s-mlaw.com

2  JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com,
3  ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

4  SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.co!
   m;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;! rsmith@s heacarlyon.com
5

6  AMBRISH S. SIDHU ecf@lslawnv.com

7  JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

8  DAVID A. STEPHENS dstephens@lvcm.com

9  PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

10 JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
11
   CARYN S. TIJSSELING cst@beesleymatteoni.com, aha@beesleymatteoni.com
12
13 U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

14 WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com

15 JOAN C WRIGHT ! jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

16 MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

17

18              /s/ Gwen Kopang
          _____An employee of the Law Offices of Richard McKnight, P.C.
19

Page 5 of 5

W:\2006\2377usa.ch11\COS for Joinder of RM & SM Trust and RM SEP-IRA to Direct Lender's Omnibus Response_gk Sept 19,06.wpd    September 19, 2006 (10:28am)