Russell S. Walker, Utah Bar No. 3363
Elizabeth R. Loveridge, Utah Bar No. 6025
Reid W. Lambert, Utah Bar No. 5744
WOODBURY & KELSER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111
Telephone: (801) 364-1100
Facsimile: (801) 359-2320
Email: rwalker@wklawpc.com

and

Joseph J. Huggins
Nevada Bar No. 4456
HUGGINS & ASSOCIATES
1000 N. Green Valley Parkway, Suite 440-2
Henderson Nevada 89014
Telephone: (702) 373-8664
Facsimile: (815) 572-5723
Email: joehuggins@sbcglobal.net

**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No.: BK-S-06-10728 LBR<br>Case No.: BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **OBJECTION OF JOSEPH MILANOWSKI AND THOMAS HANTGES TO THE APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>　　All Debtors<br>　　USA Commercial Mortgage Company<br>　　USA Securities, LLC<br>　　USA Capital Realty Advisors, LLC<br>　　USA Capital Diversified Trust Deed Fund, LLC<br>　　USA Capital First Trust Deed Fund, LLC | Hearing Date: September 28, 2006<br>Hearing Time: 9:30 a.m.<br>Place:　Courtroom 1<br>　　　　Foley Federal Building<br>　　　　300 Las Vegas Blvd. South |

Joseph Milanowski and Thomas Hantges hereby submit this Objection to the following:

1. First Interim Fee And Expense Application of Shea & Carlyon, Ltd., Special (Local) Counsel To The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Affects USA Capital First Trust Deed Fund, LLC);

2. First Interim Application of Stutman, Treister & Glatt P.C. As Counsel For The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC For Allowance And Payment of Fees And Expenses For The Period From May 10, 2006 Through July 31, 2006 (Affects USA Capital First Trust Deed Fund, LLC);

3. First Interim Application of Alvarez & Marsal, LLC As Financial And Real Estate Advisor For The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC For Allowance And Payment of Fees And Expenses For The Period From June 1, 2006 Through July 31, 2006 (Affects USA Capital First Trust Deed Fund, LLC);

4. First Interim Application of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC For Reimbursement of Expenses of Committee Members For The Period From May 10, 2006 Through July 31, 2006 (Affects Debtor USA Capital First Trust Deed Fund, LLC);

5. Orrick, Herrington & Sutcliffe LLP's First Interim Fee Application (June 1, 2006 – July 31, 2006);

6. First Interim Fee Application of Gordon & Silver, Ltd., Seeking Compensation For Legal Services Rendered And Reimbursement of Expenses;

7. First Interim Fee Application of Beckley Singleton, Chtd. For The Period From June 9, 2006 Through July 31, 2006;

8. First Interim Application For Compensation and Reimbursement of Expenses For (I) Mesirow Financial Interim Management, LLC As Crisis Managers For The Debtors, And (II) Thomas J. Allison Of Mesirow Financial Interim Management, LLC As Chief restructuring Officer For The Debtors And The Employment of Certain Temporary Employees For The Period April 14, 2006 Through July 31, 2006;

9. Lewis and Roca LLP's First Interim Application For Allowance of Compensation and Reimbursement of Expenses Incurred As Attorneys For Official Committee of Unsecured Creditors;

10. First Application For Interim Allowance of Attorney's Fees And Reimbursement of Expenses of Schwartzer & McPherson Law Firm; and

11. First Application of Ray Quinney & Nebeker P.C. For Interim Compensation And Reimbursement Pursuant To 11 U.S.C. §§ 330 And 331 For The Period April 13, 2006 Through July 31, 2006 (collectively the "Fee Applications.").

Milanowski and Hantges object to the Fee Applications on the basis that there is insufficient time to fully analyze the Fee Applications pursuant to the standards articulated by the Ninth Circuit in the case of In re Smith, 317 F.3d 918 (9th Cir. 2002.) Parties need more time to fully analyze if the time entries reflected in the Fee Applications are "unnecessarily duplicative" and if the services rendered were "reasonably likely to benefit the debtor's estate and were necessary for the administration of the case." Smith at 926. In order to facilitate the proper analysis, this Court should hold back some portion of the fees until final fee applications are approved.

Milanowski and Hantges also object to the Fee Applications because the Fee Applications do not state from which account the fees are going to be paid. To the extent that the Fee Applications are going to be paid from the USA Commercial Mortgage Company Collection Trust Account (hereinafter the "Collection Account."), then Milanowski and Hantges object on the basis that the funds in the Collection Account are not property of the bankruptcy estate pursuant to 11 U.S.C.§541. These funds are held in trust by the USA Commercial Mortgage Company for the benefit of the investors and should not be used to pay the administrative expenses set forth in the Fee Applications. Only the funds held in the debtor-in-possession general operating accounts should be used to pay the Fee Applications. The debtor in possession should not be allowed to use funds from the Collection Account other than the fees the debtor in possession is allowed to charge under the respective loan agreements or the loan servicing agreements.

This Objection is brought pursuant to Local Rule 9014(e) (1) and any oral argument of counsel to be presented at the time of the hearing on this Objection.

DATED this 19th day of September, 2006

**WOODBURY & KELSER, P.C.**

    /s/ Russell S. Walker
Russell S. Walker, Utah Bar No. 3363
Elizabeth R. Loveridge, Utah Bar No. 6025
Reid W. Lambert, Utah Bar No. 5744
WOODBURY & KELSER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111

and

Joseph J. Huggins
Nevada Bar No. 4456
HUGGINS & ASSOCIATES
1000 N. Green Valley Parkway, Suite 440-2
Henderson Nevada 89014