Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON September 20, 2006

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF FILING OF LOAN SUMMARY AS OF AUGUST 31, 2006 (AFFECTS ALL DEBTORS)**<br><br>Date: N/A<br>Time: N/A |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

1  USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty
2  Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust
3  Deed Fund, LLC (collectively, the "Debtors") hereby file the attached loan summary as of August
4  31, 2006

5  Respectfully submitted this 20th day of September, 2006.

      /s/ Lenard E. Schwartzer, Esq.
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors and Debtors-in-Possession*

**USA Capital**
**LOAN SUMMARY**
**AS OF August 31, 2006**

| Performance Evaluation | Loan Name | Loan Outstanding at 8/31/06 | Interest Outstanding at 8/31/06 | Interest Prepaid to Lenders [3] | Collection Account [10] | | | Due to Lenders | Due to | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest Receipts | Principal | Service Fee | | DIV Fund | First Trust | Direct Lenders | |
| Non-Performing | 3685 San Fernando Road Partners, L.P. | 7,350,000 | 357,931 | - | - | - | - | - | - | - | - | 83 |
| Performing | 5055 Collwood, LLC | 987,994 | 17,193 | - | 38,724 | 287,961 | 2,117 | 324,568 | - | - | 324,568 | 33 |
| Repaid | 5252 Orange, LLC | - | - | - | - | - | - | - | - | - | - | 66 |
| Non-Performing | 60th Street Venture, LLC | 3,700,000 | 113,024 | - | 57,949 | - | 3,215 | 54,734 | - | - | 54,734 | 49 |
| Non-Performing | 6425 Gess, LTD | 26,500,000 | 3,415,664 | 1,672,697 | - | - | - | - | - | - | - | 286 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 19,242,193 | 1,454,265 | 102,863 | - | - | - | - | - | - | - | 393 |
| Non-Performing | Anchor B, LLC | 5,835,422 | 909,702 | 517,607 | - | - | - | - | - | - | - | 50 |
| Non-Performing | Ashby Financial $7,200,000 [4] | 7,200,000 | 1,987,200 | 1,545,601 | - | - | - | - | - | - | - | 73 |
| Special Situation | B & J Investments [1] | - | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | BarUSA/$15,300,000 (Barusa, LLC) | 15,300,000 | 1,482,256 | 355,708 | - | - | - | - | - | - | - | 221 |
| Non-Performing | Bay Pompano Beach, LLC | 14,680,390 | 331,322 | - | 162,970 | 68,025 | 12,536 | 218,459 | 1,024 | 2,628 | 214,806 | 407 |
| Repaid | Beastar, LLC [2] | - | - | - | - | - | - | - | - | - | - | 84 |
| Repaid | Beau Rivage Homes/$8,000,000 [2] | - | - | - | - | - | - | - | - | - | - | 157 |
| Non-Performing | Binford Medical Developers, LLC | 7,450,000 | 318,950 | - | - | - | - | - | - | - | - | 92 |
| Repaid | Boise/Gowen 93, LLC [11] | - | 41,878 | - | 26,102 | 2,406,005 | 2,021 | 2,430,086 | - | - | 2,430,086 | 17 |
| Non-Performing | Brookmere/Matteson $27,050,000 [5] | 5,964,848 | 203,763 | - | 15,000 | - | 1,117 | 13,883 | - | 4,704 | 9,179 | 229 |
| Performing | Bundy Canyon $1,050,000 (Bundy Canyon Land Development, LLC) | 1,050,000 | 11,754 | - | 11,754 | - | 875 | 10,879 | - | - | 10,879 | 1 |
| Non-Performing | Bundy Canyon $2,500,000 (Bundy Canyon Land Development, LLC) | 2,300,000 | 98,523 | - | - | - | - | - | - | - | - | 34 |
| Non-Performing | Bundy Canyon $5,000,000 (Bundy Canyon Land Development, LLC) | 4,250,000 | 192,308 | - | 29,895 | - | 2,298 | 27,597 | - | - | 27,402 | 43 |
| Non-Performing | Bundy Canyon $5,725,000 (Bundy Canyon Land Development, LLC) | 5,725,000 | 80,333 | - | 48,024 | - | 3,575 | 44,449 | - | - | 44,449 | 53 |
| Non-Performing | Bundy Canyon $7,500,000 (Bundy Canyon Land Development, LLC) | 6,700,000 | 349,200 | - | - | - | - | - | - | - | - | 83 |
| Not Funded | Bundy Canyon $8.9 (Bundy Canyon Land Development, LLC) | - | - | - | - | - | - | - | - | - | - | 117 |
| Special Situation | BySynergy, LLC $4,434,446 | - | - | - | - | - | - | - | - | - | - | 3 |
| Performing | Cabernet Highlands, LLC | 3,000,000 | 37,625 | - | 38,750 | - | 2,500 | 36,250 | - | - | 36,250 | 65 |

**USA Capital**
**LOAN SUMMARY**
**AS OF August 31, 2006**

| Performance Evaluation | Loan Name | Loan Outstanding at 8/31/06 | Interest Outstanding at 8/31/06 | Interest Prepaid to Lenders [3] | Collection Account [10] | | | Due to Lenders | Due to | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest Receipts | Principal | Service Fee | | DIV Fund | First Trust | Direct Lenders | |
| Non-Performing | Castaic Partners II, LLC | 5,600,000 | 461,012 | 76,040 | - | - | - | - | - | - | - | 57 |
| Non-Performing | Castaic Partners III, LLC | 4,675,000 | 244,132 | - | - | - | - | - | - | - | - | 65 |
| Performing | Charlevoix Homes, LLC (Lindsay and Chandler Heights, LLC) | 3,400,000 | 46,844 | - | 46,844 | - | 2,833 | 44,011 | - | - | 44,011 | 40 |
| Non-Performing | Clear Creek Plantation (Arapahoe Land Investments, L.P.) | 2,900,000 | 150,968 | - | - | - | - | - | - | - | - | 36 |
| Performing | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 3,800,000 | 40,903 | - | 80,486 | - | 6,333 | 74,153 | 514 | 73,639 | 0 | 2 |
| Non-Performing | Colt CREC Building (Colt Gateway LLC) | 3,718,777 | 2,075,357 | 565,564 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #1 (Colt Gateway LLC) | 1,500,000 | 913,835 | 170,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #2 (Colt Gateway LLC) | 3,100,000 | 1,368,442 | 352,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt Gateway LLC | 5,628,328 | 1,427,335 | 819,821 | - | - | - | - | - | - | - | 3 |
| Non-Performing | Colt Second TD (Colt Gateway LLC) | 1,000,000 | 581,487 | 384,583 | - | - | - | - | - | - | - | 1 |
| Performing | Columbia Managing Partners, LLC | 2,210,000 | 24,740 | - | 24,740 | - | 1,842 | 22,898 | - | 22,898 | - | 1 |
| Non-Performing | ComVest Capital (Comvest Capital Satellite Arms, Inc) | 4,125,000 | 134,194 | - | 4,275 | - | 329 | 3,946 | - | 703 | 3,243 | 56 |
| Non-Performing | Phase II (Copper Sage Commerce Center, LLC) | 3,550,000 | 142,260 | - | 67 | - | 5 | 62 | - | - | 60 | 51 |
| Repaid | Copper Sage Commerce Center, LLC | - | - | - | - | - | - | - | - | - | - | 28 |
| Performing | Cornman Toltec 160, LLC | 6,375,000 | 65,875 | - | 65,875 | - | 5,313 | 60,563 | - | - | 60,515 | 96 |
| Performing | Cottonwood Hills, LLC | 4,000,000 | 48,222 | - | 48,222 | - | 3,333 | 44,889 | - | 11,222 | 33,667 | 21 |
| Non-Performing | Del Valle - Livingston (Del Valle Capital Corporation, Inc) | 19,250,000 | 219,330 | - | 397,735 | - | 31,152 | 366,582 | - | 2,457 | 364,125 | 239 |
| Repaid | Del Valle Isleton (Del Valle Capital Corporation, Inc.) | - | - | - | - | - | - | - | - | - | - | 76 |
| Non-Performing | Eagle Meadows Development | 31,050,000 | 1,836,395 | - | 18 | - | 1 | 16 | - | 2 | 14 | 295 |
| Non-Performing | Elizabeth May Real Estate, LLC | 10,050,000 | 498,336 | - | 50 | - | 4 | 46 | - | 1 | 45 | 147 |
| Special Situation | EPIC Resorts[1] | TBD | - | - | - | - | - | - | - | - | - | 1 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 6,600,000 | 73,833 | - | 145,383 | - | 11,000 | 134,383 | - | 134,383 | - | 1 |
| Non-Performing | Fiesta Development McNaughton (Fiesta Development, Inc.) | 6,000,000 | 1,420,658 | - | - | - | - | - | - | - | - | 1 |
| Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 6,500,000 | 72,764 | - | 143,181 | - | 10,820 | 132,361 | - | - | 130,425 | 69 |
| Non-Performing | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 20,500,000 | 4,942,605 | 3,368,263 | - | - | - | - | - | - | - | 227 |
| Non-Performing | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 10,000,000 | 3,173,110 | 2,372,277 | - | - | - | - | - | - | - | 100 |
| Repaid | Fiesta/Beaumont $2.4m (Fiesta Development, Inc.) | - | - | - | 42,500 | 2,400,000 | 3,290 | 2,439,210 | - | - | 2,439,210 | 36 |

**Preliminary Numbers Subject to Revision**

USA Capital
LOAN SUMMARY
AS OF August 31, 2006

| Performance Evaluation | Loan Name | Loan Outstanding at 8/31/06 | Interest Outstanding at 8/31/06 | Interest Prepaid to Lenders [3] | Collection Account [10] | | | Due to Lenders | Due to | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest Receipts | Principal | Service Fee | | DIV Fund | First Trust | Direct Lenders | |
| Non-Performing | Foxhill 216, LLC[6] | 25,980,000 | 1,454,746 | - | 134 | - | 10 | 124 | - | 0 | 124 | 300 |
| Performing | Franklin - Stratford Investments, LLC | 5,040,589 | 55,815 | - | 167,750 | 184,411 | 13,038 | 339,122 | 65,553 | 273,569 | - | 2 |
| Repaid | Freeway 101[2] | - | - | - | - | - | - | - | - | - | - | 57 |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC) | 13,185,000 | 714,840 | | - | - | - | - | - | - | - | 161 |
| Repaid | Glendale Tower Partners, L.P. | - | - | - | 288,580 | 6,500,000 | 19,818 | 6,768,762 | - | - | 6,679,206 | 95 |
| Repaid | Golden State Investments II, L.P. | - | - | - | - | - | - | - | - | - | - | 37 |
| Performing | Goss Road (Savannah Homes, LLC) | 1,000,000 | (0) | - | 25,833 | - | 1,667 | 24,167 | - | - | 24,106 | 20 |
| Non-Performing | Gramercy Court Condos (Gramercy Court, Ltd.) | 34,884,500 | 2,079,303 | - | 32 | - | 3 | 29 | - | 4 | 26 | 332 |
| Non-Performing | Harbor Georgetown, L.L.C. | 8,800,000 | 772,264 | 148,785 | - | - | - | - | - | - | - | 103 |
| Non-Performing | Hasley Canyon (Los Valles Land & Golf, LLC.) | 11,700,000 | 2,414,184 | 1,054,597 | - | - | - | - | - | - | - | 114 |
| Performing | Hesperia II (Southern California Land Development, LLC) | 4,250,000 | 62,215 | - | 62,215 | - | 3,542 | 58,674 | - | - | 58,674 | 65 |
| Repaid | HFA - Riviera (Riviera-Homes for America Holdings LLC) | - | - | - | - | - | - | - | - | - | - | 90 |
| Non-Performing | HFA- Clear Lake LLC | 16,050,000 | 3,255,156 | 2,140,552 | - | - | - | - | - | - | - | 207 |
| Repaid | HFA- North Yonkers (One Point Street, Inc.) | - | - | - | - | - | - | - | - | - | - | 298 |
| Repaid | HFA- Riviera 2nd (Riviera-HFAH, LLC) | - | - | - | - | - | - | - | - | - | - | 99 |
| Non-Performing | HFA- Windham (HFAH Asylum, LLC) | 5,550,000 | 1,239,559 | 800,862 | - | - | - | - | - | - | - | 74 |
| Non-Performing | HFA-Clear Lake 2nd (HFAH Clear Lake, LLC) | 2,750,000 | 545,962 | 288,935 | - | - | - | - | - | - | - | 36 |
| Non-Performing | HFAH/Monaco, LLC | 4,000,000 | 1,465,500 | 1,189,500 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Huntsville (West Hills Park Joint Venture) | 10,475,000 | 1,049,657 | 326,128 | - | - | - | - | - | - | - | 116 |
| Performing | I-40 Gateway West, LLC | 3,005,313 | 36,137 | - | 46,810 | 1,524,687 | 3,775 | 1,567,722 | - | - | 1,567,722 | 46 |
| Performing | I-40 Gateway West, LLC 2nd | 1,065,000 | 14,053 | - | 58,367 | - | 2,700 | 55,667 | - | - | 55,667 | 23 |
| Performing | Interstate Commerce Center Phase II (ISCC Phase II, LLC) | 1,536,666 | 14,581 | - | 102,775 | 320,183 | 8,306 | 414,653 | 56,642 | 358,011 | 0 | 2 |
| Performing | Interstate Commerce Center, LLC | 1,692,183 | (352) | 100,157 | 114,331 | 837,575 | 7,461 | 844,288 | 830,311 | 462 | 3,282 | 4 |
| Repaid | J. Jireh's Corporation[12] | - | 114,799 | - | 98,791 | 8,809,447 | 7,354 | 8,900,884 | - | 267,279 | 8,633,605 | 105 |
| Performing | La Hacienda Estate, LLC | 6,255,000 | 64,588 | - | 65,629 | - | 5,295 | 60,334 | - | - | 59,852 | 83 |
| Non-Performing | Lake Helen Partners[7] | 3,159,704 | 257,479 | - | - | - | - | - | - | - | - | 35 |
| Repaid | LCG Gilroy, LLC | - | - | - | - | - | - | - | - | - | - | 59 |

USA Capital
LOAN SUMMARY
AS OF August 31, 2006

| Performance Evaluation | Loan Name | Loan Outstanding at 8/31/06 | Interest Outstanding at 8/31/06 | Interest Prepaid to Lenders [3] | Collection Account [10] | | | Due to Lenders | Due to | | | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest Receipts | Principal | Service Fee | | DIV Fund | First Trust | Direct Lenders | |
| Non-Performing | Lerin Hills, LTD | 10,350,000 | 402,824 | - | 806 | - | 52 | 754 | - | - | 754 | 130 |
| Non-Performing | Margarita Annex[8] | 12,000,000 | 679,551 | - | - | - | - | - | - | - | - | 105 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 30,000,000 | 2,020,298 | 13,458 | - | - | - | - | - | - | - | 272 |
| Non-Performing | Marlton Square 2nd (MS Acquisition Company, LLC) | 6,000,000 | 508,251 | 15,078 | - | - | - | - | - | - | - | 108 |
| Non-Performing | Marquis Hotel (USA Investors VI, LLC) | 13,500,000 | 3,408,812 | 2,366,244 | - | - | - | - | - | - | - | 169 |
| Non-Performing | Meadow Creek Partners, LLC | 8,250,000 | 277,129 | - | - | - | - | - | - | - | - | 103 |
| Repaid | Midvale Marketplace, LLC | - | - | 154,815 | 366,232 | 4,075,000 | 27,813 | 4,258,605 | - | 323,967 | 3,934,637 | 49 |
| Non-Performing | Mountain House Business Park (Pegasus-MH Ventures I, LLC) | 16,800,000 | 368,276 | - | 9,853 | - | 733 | 9,119 | 27 | 475 | 8,602 | 202 |
| Non-Performing | Oak Shores II (John E. King and Carole D. King) | 12,150,000 | 336,106 | - | 69,361 | - | 5,335 | 64,025 | 42 | 21 | 63,963 | 176 |
| Non-Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 8,925,000 | 485,036 | - | - | - | - | - | - | - | - | 105 |
| Performing | Ocean Atlantic (Ocean Atlantic/PFG-Westbury, LLC) | 2,700,000 | 34,875 | - | 68,625 | - | 4,500 | 64,125 | - | - | 64,125 | 32 |
| Repaid | Opaque/Mt. Edge $7,350,000 (Opaque Land Development, LLC) | - | - | - | - | - | - | - | - | - | - | 95 |
| Non-Performing | Palm Harbor One, LLC | 28,480,000 | 483,249 | - | 1,010,155 | - | 76,150 | 934,005 | - | 52,275 | 881,730 | 309 |
| Non-Performing | Placer Vineyards (Placer County Land Speculators, LLC) | 31,500,000 | 3,354,272 | 1,228,292 | - | - | - | - | - | - | - | 343 |
| Non-Performing | Placer Vineyards 2nd (Placer County Land Speculators, LLC) | 6,500,000 | 826,199 | 259,999 | - | - | - | - | - | - | - | 118 |
| Performing | Preserve at Galleria, LLC | 3,591,750 | 47,110 | - | 45,206 | 240,000 | 2,938 | 282,268 | - | - | 281,965 | 73 |
| Special Situation | Redwood Properties, LLC[1] | 269,641 | 30,784 | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 2,250,000 | 97,014 | - | - | - | - | - | - | - | - | 32 |
| Performing | Roam Development Group L.P. | 559,485 | (80) | - | 1,025,512 | 26,006,772 | 78,765 | 26,953,520 | - | 637,669 | 26,315,851 | 291 |
| Special Situation | Saddleback[1] | - | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Shamrock Tower, LP (619 Main. LP) | 10,500,000 | 2,213,370 | 1,482,168 | - | - | - | - | - | - | - | 87 |
| Special Situation | Sheraton Hotel[1] | - | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Slade Development, Inc. | 3,525,000 | 137,572 | - | - | - | - | - | - | - | - | 40 |
| Performing | Southern California Land 2nd (Southern California Land Development, LLC) | 2,800,000 | 40,989 | - | 40,989 | - | 2,333 | 38,656 | - | - | 38,172 | 33 |
| Non-Performing | Standard Property Development, LLC | 9,640,000 | 305,866 | - | 5,259 | - | 421 | 4,838 | - | 337 | 4,501 | 115 |
| Non-Performing | SVRB $4,500,000 (SVRB Investments, LLC) | 1,424,082 | 26,527 | - | 14,834 | - | 1,176 | 13,658 | - | - | 13,658 | 67 |

**Preliminary Numbers Subject to Revision**

**USA Capital**
**LOAN SUMMARY**
**AS OF August 31, 2006**

| Performance Evaluation | Loan Name | Loan Outstanding at 8/31/06 | Interest Outstanding at 8/31/06 | Interest Prepaid to Lenders [3] | Collection Account [10] ||| Due to Lenders | Due to ||| No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Interest Receipts | Principal | Service Fee | | DIV Fund | First Trust | Direct Lenders | |
| Non-Performing | SVRB 2nd $2,325,000 (SVRB Investments, LLC) | 2,325,000 | 64,508 | - | 31,000 | - | 1,938 | 29,063 | - | - | 29,063 | 25 |
| Non-Performing | Tapia Ranch (Castiac Partners, LLC) | 22,000,000 | 1,864,912 | 359,262 | - | - | - | - | - | - | - | 179 |
| Non-Performing | Ten-Ninety, Ltd. [9]/$4,150,000 | 4,150,000 | 2,107,259 | 1,676,535 | - | - | - | - | - | - | - | 18 |
| Non-Performing | Ten-Ninety | 55,113,781 | 29,813,491 | 875,557 | - | - | - | - | - | - | - | 1 |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 2,500,000 | 132,042 | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 1,925,000 | 38,013 | - | 5,810 | - | 434 | 5,376 | - | 82 | 5,079 | 34 |
| Performing | The Gardens, LLC Timeshare (The Gardens, LLC) | 3,691,351 | 39,623 | - | 93,654 | 270,346 | 7,499 | 356,501 | 19,362 | 110,638 | 226,501 | 51 |
| Repaid | Universal Hawaii [2] | - | - | - | - | - | - | - | - | - | - | 127 |
| Performing | University Estates, Inc. | 4,803,341 | 34,143 | - | 51,946 | 37,600 | 5,394 | 84,152 | - | 84,152 | (0) | 1 |
| Repaid | Urban Housing Alliance - 435 Lofts (Urban Housing Alliance, LLC) | - | - | - | 261,473 | 8,150,000 | 17,965 | 8,393,508 | - | 30,896 | 8,328,626 | 110 |
| Non-Performing | Wasco Investments LLC | 6,450,000 | 771,682 | 319,637 | - | - | - | - | - | - | - | 86 |
| | | $ 787,820,339 | $ 97,925,717 | $ 27,104,834 | $ 5,560,505 | $ 62,118,012 | $ 412,923 | $ 67,010,622 | $ 973,474 | $ 2,392,475 | $ 67,010,622 | |

[1] These loans have undetermined amounts outstanding due to bankruptcy, foreclosures, change of ownership, etc.
[2] Principal payments by borrower not returned to Investors.
[3] Interest paid to Investors in excess of amounts paid by borrowers.
[4] Borrower is Ashby Financial Company, Inc. and R&D Land Investors, LLC.
[5] Borrower is Brookmere, LLC and Lord & Essex Matteson, LLC
[6] Borrowers are Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, and Fox Hills 37, LLC.
[7] Borrower is Old City, L.C. and Lake Helen Partners, LLC
[8] Borrower is John E. King and Carole D. King
[9] Borrower is Ten-Ninety, Ltd. And William R. Levas and Dorothy Z. Lucas, Trustees of the Lucas Family Trust
[10] Balances relate to July and August 2006 collections.
[11] Final interest check was transferred from Project Disbursement on 9/7/06.
[12] Final interest check was transferred from Project Disbursement on 9/6/06.