Richard McKnight, Esq.
Nevada State Bar No. 001313
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

E-filed on September 20, 2006.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

In re:
USA CAPITAL REALTY ADVISORS, LLC.,

    Debtor.

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,

    Debtor.

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC.,

    Debtor.

In re:
USA SECURITIES, LLC.,

    Debtor.

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

**Jointly Administered Under Case No. BK-S-06-10725-LBR**

Date: September 28, 2006
Time: 9:30 a.m.

**THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST AND RICHARD McKNIGHT SEP-IRA'S JOINDER TO OBJECTION OF JOSEPH MILANOWSKI AND THOMAS HANTGES TO THE APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Page 1 of 2

1  Creditors, The Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight
2  SEP-IRA, join in and incorporate by reference Joseph Milanowski and Thomas Hantges'
3  Objection Of Joseph Milanowski And Thomas Hantges To The Applications For Compensation
4  And Reimbursement of Expenses on or about September 19, 2006.  In addition, The Richard and
5  Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA objects to any
6  surcharges or attempts to pay administration fees and costs with The Richard and Sheila J.
7  McKnight 2000 Family Trust and Richard McKnight SEP-IRA security interests.

8  DATED this 20th day of September, 2006

9  THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.

11  By:     /s/ Richard McKnight
          Richard McKnight, Esq.
12        State Bar No. 1313
          330 S. Third St., #900
13        Las Vegas, NV 89101
          Attorneys for the McKnight 2000 Family
14        Trust and the Richard McKnight SEP-IRA