Richard McKnight, Esq.
Nevada State Bar No. 001313
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

E-filed on September 20, 2006.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.,<br>                                Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,<br>                                Debtor. | Chapter 11<br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.,<br>                                Debtor. | Date: September 28, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC.,<br>                                Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 20th day of September, 2006, service of a true and

Page 1 of 5

1  correct copy of THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST AND
2  RICHARD McKNIGHT SEP-IRA'S JOINDER TO OBJECTION OF JOSEPH MILANOWSKI
3  AND THOMAS HANTGES TO THE APPLICATIONS FOR COMPENSATION AND
4  REIMBURSEMENT OF EXPENSES   was made by:

5  [X]    ECF SERVICE: That service was made by electronic transmission through the ECF filing
6  system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below:

7  FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

8  NANCY L ALLF nallf@parsonsbehle.com,
9  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

10  OGONNA M. ATAMOH oatamoh@nevadafirm.com,
11  bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

12  BMC GROUP, INC. evrato@bmcgroup.com,
    ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
13

14  KELLY J. BRINKMAN kbrinkman@gooldpatterson.com,

15  THOMAS R BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com

16  ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shu!
    tts-law.com
17

18  MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

19  CANDACE C CARLYON ltreadway@sheacarlyon.com,
    ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
20

21  ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

22  MICHAEL W. CHEN yvette@ccfirm.com

23  KEVIN B. CHRISTENSEN kbchrislaw@aol.com,

24  JANET L. CHUBB tbw@jonesvargas.com

25
26  JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

27  WILLIAM D COPE cope_guerra@! yahoo.com, cope_guerra@yahoo.com

28
Page 2 of 5

W:\2006\2377usa.ch11\COS for Joinder of RM & SM Trust and RM SEP-IRA to Milanowski & Hantges objection to fee apps_gk Sept 20,06.wpd    September 20, 2006 (1:32pm)

1 | CICI CUNNINGHAM ! bankruptcy@rocgd.com

2 | LAUREL E. DAVIS bklsclv@lionelsawyer.com,
3 | ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

4 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) tfette@daca4.com,

5 | THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

6 | SCOTT D. FLEMING sfleming@halelane.com,
7 | dbergsing@halelane.com,ecfvegas@halelane.com

8 | GREGORY E GARMAN bankruptcynotices@gordonsilver.com

9 | WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

10 | CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov,
11 | Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.g! ov;Sue.Knight@usdoj.gov

12 | GERALD M GORDON bankruptcynotices@gordonsilver.com

13 | TALITHA B. GRAY bankruptcynotices@gordonsilver.com

14 | MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com
15 |

16 | JEFFREY R. HALL jhall@sheacarlyon.com,
   | bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;r
17 | smith@sheacarlyon.com

18 | XANNA R. HARDMAN xanna.hardman@gmail.com,

19 | STEPHEN R HARRIS noticesbh&p@renolaw.biz

20 | BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com,

21 | DAVID W. HUSTON ! dwh@hustonlaw.net, swaits@hustonla! w.net
22 | CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

23 | EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

24 | ANNETTE W JARVIS ,

25 | TY E. KEHOE TyKehoeLaw@aol.com
26 |

27 | ROBERT R. KINAS rkinas@swlaw.com,
   | mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

28 | Page 3 of 5

| | |
|---|---|
| 1 | |
| 2 | ZACHARIAH LARSON ecf@lslawnv.com |
| 3 | JOHN J. LAXAGUE jlaxague@caneclark.com |
| 4 | GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net |
| 5 | NILE LEATHAM ! nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 6 | ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com |
| 7 | |
| 8 | ANNE M. LORADITCH ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 9 | REGINA M. MCCONNELL rmcconnell@kssattorneys.com, |
| 10 | |
| 11 | WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com, |
| 12 | JEANETTE E. MCPHERSON bkfilings@s-mlaw.com |
| 13 | JEANETTE E. MCPHERSON bkfilings@s-mlaw.com ! |
| 14 | SHAWN W MILLER ! & nbsp bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 15 | |
| 16 | JOHN F MURTHA jmurtha@woodburnandwedge.com |
| 17 | ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com |
| 18 | |
| 19 | VICTORIA L NELSON bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com |
| 20 | |
| 21 | BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 22 | |
| 23 | DONNA M. OSBORN ! ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 24 | ANDREW M. PARLEN aparlen@stutman.com, |
| 25 | |
| 26 | DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 27 | PAUL C RAY info@johnpeterlee.com |
| 28 | |

Page 4 of 5

W:\2006\2377usa.ch11\COS for Joinder of RM & SM Trust and RM SEP-IRA to Milanowski & Hantges objection to fee apps gk Sept 20,06.wpd    September 20, 2006 (1:32pm)

1 SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

2 LENARD E. SCHWARTZER bkfilings@s-mlaw.com

3 JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com,
4 ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

5 SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.co!
6 m;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;! rsmith@s heacarlyon.com

7 AMBRISH S. SIDHU ecf@lslawnv.com

8 JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

9 DAVID A. STEPHENS dstephens@lvcm.com

10 PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

11 JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
12

13 CARYN S. TIJSSELING cst@beesleymatteoni.com, aha@beesleymatteoni.com

14 U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov,

15 WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com

16 JOAN C WRIGHT ! jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

17 MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com
18

19                        /s/ Gwen Kopang
20                An employee of the Law Offices of Richard McKnight, P.C.

21

22

23

24

25

26

27

28 Page 5 of 5