9/6/06    06-10725-LBR (Lead Case)

RECEIVED
SEP 19  1 44 PM '06

RE: USA CAPITAL BANKRUPTCY
INVESTORS: HARRY W. & HELEN B. JESSUP
2009 WESTLUND DR. LAS VEGAS   NV 89102

TO WHOM IT MAY CONCERN:

PLEASE BE ADVISED THAT THE RECENT INFORMATION THAT I HAVE BEEN GIVEN BY MAIL , AND THE NEWS PAPER IS MOST DISTURBING.. FIRST AND FOREMOST MY WIFE AND I WORKED ALL OUR LIFE TO SAVE THE NEARLY $350,000 THAT WAS FROM OUR IRA, MONEY THAT WENT INTO THE USA CAPITAL FIRST DEED TRUST FUND.. JERRY KATZ (USA REP) NEVER INFORMED HELEN AND I THAT USA HAS SEVERAL DIFFERENT ACCOUNTS , HE LED US TO BELIEVE THAT THE FUND WAS SUCH A GOOD DEAL THAT THE MOST RISK WAS ON $25,000  SPREAD INTO DIFFERENT INVESTMENTS THAT WOULD DRAW 12-13% INTEREST. HAD I KNOWN THAT WE WOULD BE PUT IN THE LAST PLACE TO EVER RECEIVE OUR MONEY BECAUSE OF NOT BEING TOLD THE TRUTH IS SURELY BAD FAITH. THE PAPER STATED THAT SOME $74,000,000. WOULD BE PAID OUT BUT NOT A PENNY TO THE FUND PEOPLE BECAUSE OF OBJECTIONS.. BACK IN 9/05 I WAS TOLD THAT OF THE $200,000 IN THE FUND THAT I COULD NOT WITH DRAW THEY WERE GOING TO PAY BACK ALL THE MONEY W/INTEREST AND IT MIGHT TAKE A YEAR TO GET IT ALL PAID BUT WE WOULD NOT LOSE A DIME.. OUR IRA MONEY WAS SAFE AND WOULD BE PAID INTEREST . BE AS IT MAY WE WERE PAID SOME OF THE PRINCIPLE W/ INTEREST. THE LAST BALANCE FROM OUR ORIG. $200,000 WAS DOWN TO $192,000 WHEN WE GOT THE NOTICE OF BANKRUPTCY. WE CONTINUE TO GET STATEMENTS THAT OUR IRA MONEY ACCOUNT OF $59,000,$ 77,831, $20,000 ETC. ETC. BUT NONE OF THAT MEANS ANYTHING . IF THE COURT ALLOWS THE REQUEST FROM THE LAWYERS& OTHERS TO BE PAID MORE THAN $6,649,367 FOR 3-4 MONTHS AND THAT CONTINUES TO BE POSTPONED TIME AND AGAIN WITH FRIVOLOUS MOTIONS THAT THE COURT WILL CONTINUE TO GRANT BECAUSE THEY ARE LEGAL BULL SH---- . THEY MAKE MORE IN ONE WEEK THAN WE SAVED ALL OUR LIFE. WE DID NOT HIRE A LAWYER, WE TRUSTED THE COURT TO SEE THAT THE INVESTOR WAS TREATED FAIRLY. THIS IS NOT FAIR. WE CANNOT AFFORD AN ATTORNEY. BUT WE ARE FILING OPPOSITION RULE 9014(e)(1) ON THE PREMISE OF BAD FAITH TO NOT PAY INVESTORS FIRST AND FOREMOST WHETHER IN THE FUND OR ANY OTHER INVESTMENT SHOULD BE PAID EQUALLY IF THAT KIND OF MONEY IS AVAILABLE, THEN PAY MOST OF THAT TO INVESTORS, AND PAY THE FEES BASED ON TIME THAT IS PROVEN BY EACH HR. OF WORK AND WHAT DID YOU DO IN THAT HR. TO BENEFIT THE INVESTORS??

Sincerely,

Harry W. Jessup        Helen Jessup

2009 Westlund Dr.
Las Vegas, NV
89102