06-10725-LBR (Lead Case)

9/19/06

RE: U.S.A. CAPITAL BANKRUPTCY
ATT: JUDGE B. RIEGLE, TRUSTEE, LAW FIRMS INVOLVED
DECLARATION OPPOSING FEES, EXPENSES, ETC.
FROM: HARRY, & HELEN JESSUP

RECEIVED
AND
SEP 19  1 44 PM '06

WE HEREBY DECLARE THAT THE FOLLOWING IS TRUE, AND WILL TESTIFY IN A COURT OF LAW IF CALLED UPON TO DO SO.
THE NOTICE THAT WE RECEIVED ABOUT A REQUEST TO AWARD A TOTAL OF $6,649,367 IS NOT IN GOOD FAITH, NOR IS IT FAIR FOR THE FOLLOWING REASONS..
1- WHEN WE INVESTED WE WERE NOT TOLD THAT U.S.A. HAD 5 DIFFERENT HOLDINGS, WE WERE ONLY INTERESTED IN FIRST DEEDS TO BE IN THE FIRST POSITION IF ANYTHING WENT WRONG WITH A $25,000 INVESTMENT, AND AS STRONG AS THE MARKET WAS SMALL CHANCE ALL WOULD FAIL. (CONCLUSION -- MISCONDUCT OF U.S.A. FAILURE TO INFORM INVESTORS SHOULD NOT ALLOW COURT TO AWARD FUNDS UNTIL THE INVESTOR RECIEVES HIS MONEY BACK..)
2- HOW CAN THE COURT, TRUSTEE, TRUST THE WORD OF U.S.A. ABOUT HOW THE LOANS FAILED OR DID NOT FAIL?? I MADE A REQUEST THROUGH THE FREEDOM OF INFORMATION ACT (FOIA) AND REQUESTED WHERE DID OUR MONEY GET INVESTED (APPROX. $350,000) I KNOW SOME MONEY IS IN THE FUND, AND SOME IS IN THE FIRST DEED .. BE AS IT MAY TO PUNISH US AND NOT ALLOW ANY MONEY TO BE PAID BECAUSE U.S.A. SAID THAT THEY MADE INTEREST PAYMENTS TO INVESTORS AND THEY WANT THE MONEY TO BE DE-DUCTED IS NOT THE FAULT OF THE INVESTOR.. (CONCLUSION--- IF THE COURT ALLOWS PAYMENTS TO ANYONE THEY SHOULD BE EQUAL.. WE WERE ONLY INTERESTED IN FIRST DEED MONEY... AND IF U.S.A. COLLECTS FIRST DEED MONEY NO MATTER WHICH INVESTMENT YOU WERE IN YOU DESERVE TO BE PAID AN EQUAL SHARE.. TO ALLOW CERTAIN PARTIES TO COLLECT FROM REPAID LOANS WHILE OTHER INVESTORS RECEIVE NOTHING IS NOT IN GOOD FAITH..)
3- WE EXPECT THE TRUSTEE TO CONSIDER THE ABOVE AND NOT ALLOW THIS $6,649,367 TO BE PAID. THE INVESTORS SHOULD COME FIRST, HOW EASY IT IS TO BLAME AN INVESTOR, WHEN HE DOESN'T HAVE LEGAL KNOWLEDGE, AND FORCE HIM TO SUE IN A CIVIL COURT FOR BROKEN PROMISES, BAD FAITH, FAILURE TO PROVIDE FOIA REQUESTS, ETC. ETC.
4- THIS MEMO IS BEING SENT TO ALL PARTIES.

Sincerely

*[signed]* Harry W. Jessup

2009 Westland Dr,
Las Vegas, NV 89102

*[signed]* Helen Jessup