Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

E-Filed September 21, 2006

*Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                              Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF HEARING OF DIVERSIFIED DEED TRUST FUND COMMITTEE'S OBJECTION TO PROOF OF CLAIM FILED BY PROSPECT HIGH INCOME FUND, ET AL.** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | Hearing Date: October 19, 2006<br>Hearing Time: 9:30 a.m. |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00318017;}                                         1

I hereby certify that on the 21 st. day of September 2006, I caused to be served a true and correct copy of the Notice of Hearing of Diversified Trust Fund Committee's Objection to Proof of Claim Filed by Prospect High Income Fund, et al. via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

I further certify that on the 21 st. day of September 2006, I caused to be served a true and correct copy of the Notice of Hearing of Diversified Trust Fund Committee's Objection to Proof of Claim Filed by Prospect High Income Fund, et al. via:

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date above written.

☐ (VIA EMAIL) By electronic mail transmission to those persons listed on the attached email, on the date above written.

Dated this 21 st day of September 2006.

_____
Deborah M. Griffis, an employee of
Beckley Singleton, Chtd.

USA COMM'L MORTGAGE
AND RELATED DEBTOR ENTITIES
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Office of the U.S. Trustee
300 Las Vegas Blvd. So.
Suite 4300
Las Vegas, NV 89101

Kummer, Kaempfer, Bonner & Renshaw
For USA Capital Unsecured Creditors
3800 Howard Hughes Pkwy., 7th Fl.
Las Vegas, NV 89109

Intershow
For USA Capital Unsecured Creditors
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

James Hull
For USA Securities Unsecured Creditors
C/o Signature Financial
2601 Airport Drive, #370
Torrance, CA 90505

George Gorman
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

R. Hagmaier
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Tim Rich
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Frank Merola/Eve H. Karasik
Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067

Wen Baldwin Separate Property Trust
365 Dooley Drive
Henderson, NV 89015

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

John Warner, Jr., IRA
c/o First Savings Bank
2605 East Flamingo Rd.
Las Vegas, NV 89121

Fertitta Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

U.S. Securities and Exchange Commission
Attn: Sandra W. Lavigna
5670 Wilshire Blvd., 11th Fl.
Los Angeles, Ca 90036-3648

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, D.C. 20005-4026

Dept. of Employ. Training
Employ. Sec. Div., Cont. Section
500 East Third Street
Carson City, NV 89713-0030

DMV & Public Safety Records Section
555 Wright Way
Carson City, NV 89711-0250

Employers Insurance Co. of NV
Attn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

NV Dept. of Taxation
Bankruptcy Division
555 E. Washington, #1300
Las Vegas, NV 89101

Internal Revenue Service
Attn: Bankruptcy Dept., Stop 5028
110 City Parkway
Las Vegas, NV 89106

Secretary of State
State of Nevada
202 N. Carson St.
Carson City, NV 89701

NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

Daniel G. Bogden/Carlos A. Gonzalez
Office of the US Attorney
District of Nevada
333 Las Vegas Blvd. So., #5000
Las Vegas, NV 89101

United States Dept. of Justice
Tax Div. Western Region
P.O. Box 683-Ben Franklin Station
Washington, D.C. 20044

District Counsel
Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106

Internal Revenue Service
Ogden, UT 84201

{00291612;}

FHA/HUD  
District Office  
300 S. Las Vegas Blvd. Suite 2900  
Las Vegas, NV 89101-5833

Dept. of Veterans Affairs  
Loan Service and Claims  
3225 North Central  
Phoenix, AZ 85012

Clark County Treasurer  
c/o Bankruptcy Clerk  
P.O. Box 551220  
Las Vegas, NV 89155-1220

Clark County Assessor  
c/o Bankruptcy Clerk  
P.O. Box 551401  
Las Vegas, NV 89155-1401

John Goings  
P.O. Box 174  
Masonville, CO 80541

Robert Hardy  
6510 Ansonia Court  
Las Vegas, NV 89118-1874

{00291612;}

**REQUEST FOR SPECIAL NOTICE**

Don Tomlin
C/o David W. Mounier
15316 Sky High Road
Escondido, CA 92025

Maryetta Bowman
534 Enchanted Lakes Drive
Henderson, NV 89052

Edward W. Homfeld
Homfeld II, LLC
777 S. Federal Hghwy, Suite N-409
Pompano Beach, FL 33062

John Peter Lee Ltd.
John Peter Lee, Esq.
830 Las Vegas Blvd. So.
Las Vegas, NY 89101

RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV 89074

Law Offices of James G. Schwartz
Joshua D. Brysk, Esq.
7901 Stoneridge Dr., Suite 401
Pleasanton, CA 94588

Michael R. Shuler
C/o Jay R. Eaton
Eaton & O'Leary, PPLC
115 Grove Avenue
Prescott, AZ 86301

Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

Martin B. Weiss, Esq.
The Garrett Group, LLC
One Betterworld Circle, Suite 300
Temecula, CA 92590

Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL 33441

Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

Bay Communities
C/o Chris el
4800 N. Federal Hghwy., Suite A205
Boca Raton, FL 33431

R.J. Rocco
12617 Cottageville Lane
Keller, Texas 76248

Thomas R. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Stephen R. Harris
Belding, Harris & Petroni, Ltd.
For Frank Snopko
417 West Plumb Land
Reno, NV 89509

BMC Group, Inc.
1330 East Franklin Ave.
El Segundo, CA 90245

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

Wade B. Gochnour/Aryn M. Fitzwater
Haney, Woloson & Mullins
For Liberty Bank
1117 S. Rancho Drive
Las Vegas, NV 89102

{00291612;}

Jonathan L. Mills
Sugar, Friedberg & Felsenthal LLP
For Norman Kiven
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

Russell S. Walker/ Reid W. Lamber
Elizabeth R. Loveridge
Woodbury & Kesler PC
265 E. 100 South, Suite 300
Salt Lake City, UG 84111

David W. Sexton
Pamela K. Sexton
21929 N. 79th Place
Scottsdale, AZ 85255

Charles B. Anderson Trust
Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Boulder City, NV 89005

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV 89434

Kehl Family
C/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA 52327

Goldsmith & Guymon, P.C.
Attn: Marjorie A. Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134

Mojave Canyon Inc.
Attn: J.B. Partain, President
1400 Colorado St., #C
Boulder City, NV 89005

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN 38583-5168

Mr. Allen J. Mault
2422 Aquasanta
Tuston, CA 92782

Sierra Health Services
Attn: Frank Collins
2724 N. Tenaya Way
P.O. Box 15645
Las Vegas, NV 89114-5645

Steven R. Orr
Richards, Watson & Gershon
355 S. Grand Avenue, 40th Fl.
Los Angeles, CA 90071-3101

Joseph Huggins
Huggins & Associates
1000 N. Green Valley Pkwy., Suite 440-2
Henderson, NV 89014

Fertitta Enterprises, Inc.
Attn: William J. Bullard, CFO
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Bruce H. Corum, Trustee of the Credit Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

A. William Ceglia
Ranee L. Ceglia
3720 Pocohena Court
Washoe Valley, NV 89

{00291612;}

**Deborah Griffis**

Distribution List Name:    USA COM'L GROUP

## THIS LIST CONTAINS ALL OF THE REQUIRED NOTICE PARTIES EMAIL ADDRESS (PURSUANT TO THE CURRENT CASE MANAGEMENT ORDER). IT DOES NOT INCLUDE THOSE RECEIVING SERVICE BY ECF NOTIFICATION.

**Members:**

| Name | Email |
|---|---|
| Advanced Information Systems Mich... | myoder@aisinfo.com |
| Angelo Gordon & Co RFSP Jed Hart ... | jhart@angelogordon.com |
| Annee Nounna (E-mail) | Bella8049@aol.com |
| Arthur and Glorianne Polacheck | artclassics@bellsouth.net |
| Canepa Riedy RFSN Scott Canepa (... | scanepa@defectlawyers.com; gmuscari@defectlawyers.com; scottcanepa@yahoo.com; |
| Charles and Flora Nichols (E-mail) | harleynicols@cox.net |
| Christine M. Pajak | cpajak@stutman.com |
| Chuck Heinrichs (E-mail) | chuckhein@earthlink.net |
| Dennis Flier Inc. Defined Benefit Tru... | dsfom1@aol.com |
| Donald Walker | drwalker1@cox.net |
| Douglas Monson | dmonson@rqn.com |
| Eve Karasik | ekarasik@stutman.com |
| Fertitta Enterprises William Bullard (... | bbullard@gordonbiersch.com |
| Frank Merola, Stutman | fmerola@stutman.com |
| Frank Weinman | F26279@AOL.com |
| Helms Homes LLC Terry Helms (E-... | amillionaire4u@earthlink.net |
| Homfeld Edward Homfeld II LLC (E-... | nhomfeld@gmacc.com |
| Howard Connell | Howlor5@aol.com |
| James and Pamela McCollum | james@mccollum@aol.com |
| Jerry T. McGimsey | jtmacg@earthlink.net |
| John Goings | jgoings@bhwk.com |
| John Warner Jr. (E-mail) | wqfl@aol.com |
| Joseph Congress | bjcong@fdltownhomes.com |
| JTWROS Mary and Matthew Moro (... | maryellen.moro@verizon.net |
| Kolesar & Leatham RFSP James Ma... | jmacrobbie@klnevada.com |
| Kravitz Schnitzer RFSP Jeffrey Sloan... | jsloane@kssattorneys.com |
| Lynn Ernce | lernce@orrick.com |
| Marc Levinson | malevinson@orrick.com |
| McGuire Woods LLP RFSP Richard ... | rjmason@mcquirewoods.com |
| McGuire Woods RFSN Michael Sch... | mschmahl@mcquirewoods.com |
| McGuire Woods RFSN Patricia Smo... | psmoots@mcquirewoods.com |
| Michaelson Susi RFSN Jay Michaels... | jay@msmlaw.com |
| Michaelson Susi RFSN Peter Susi (E... | peter@msmlaw.com |
| Nordman Cormany for Andrew Welc... | wwinfield@nchc.com |
| RFSN Jeffrey Cogan for Robert Verc... | jeffrey@jeffreycogan.com |
| RFSP Nicholas Santoro (E-mail) | NSantoro@Nevadafirm.com |
| RFSP Stan Wolken (E-mail) | bayareastan@yahoo.com |
| Robert L. Hagmaier (E-mail) | rhagmaier@fwg.com |
| Robert Worthen (E-mail) | robertworthen@earthlink.net |
| Russell Ad Development Group Rob... | r.russell@industrialwest.com |
| Russell James Zuardo | rjzrph@cox.net |
| Sean Najarian Esq. RFSP (E-mail) | sean@nlf.la |
| Steven Strong, Ray Quinney | sstrong@rqn.com |
| Susan Eckhardt, Nevada Mortgage L... | seckhardt@mld.nv.gov |
| Tery Helms Living Trust (E-mail) | amillionaire4u@earthlink.net |
| Thomas Stilley, Sussman Shank LLP | tom@susmanshank.com |
| Trust (E-mail) | tclawyer@trane.com |
| TTEE Katz 2000 Separate Property ... | skatz@katzandassociats.com |
| Xanna R. Hardman | xanna.hardman@gmail.com |

1