LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on 9/21/2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company** <br> **06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC** <br> **06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC** <br> **06-10728** | **Omnibus Reply to Objections to Lewis and Roca's First Interim Fee Application** |
| **USA Capital First Trust Deed Fund, LLC** <br> **06-10728** | Date: <br> Time: <br> **Affecting:** <br> ✕  All Cases <br> **or Only:** |
| **USA Securities, LLC** <br> **06-10729** <br> **Debtors.** | ¨  USA Commercial Mortgage Company <br> ¨  USA Capital Realty Advisors, LLC <br> ¨  USA Capital Diversified Trust Deed Fund, LLC <br> ¨    USA Capital First Trust Deed Fund, LLC |

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company's counsel – Lewis and Roca LLP – hereby submits its reply to certain objections to its First Interim Application for Compensation (DE 1225):

- Objection filed by Thomas Hantges and Joseph Milanowski (DE 1321)

- Omnibus Response of JV Direct Lenders (DE 1316)

- Joinder of McKnight 2000 Family Trust and McKnight SEP-IRA's to Omnibus Response of JV Direct Lenders (DE 1317).

207013.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

1   Lewis and Roca sought interim compensation of $227,901.25 for fees and

2   $40,900.51 for expenses.  This reply memo does not address the Notice of Objection filed

3   the Office of the United States Trustee, which is being addressed separately with

4   additional information provided to the U.S. Trustee.  After the U.S. Trustee provides an

5   explanation for a portion of its objection, the firm will either resolve the remaining

6   concerns or file a separate response.

7   The JV Direct Lenders and McKnight argue that no fees should be charged against

8   their collateral.  Hantges and Milanowski argue that no fees should be paid from the Direct

9   Lenders Collection Trust Account.

10   Lewis and Roca requests only that its application be allowed as an expense of

11   administration with priority under 11 U.S.C. § 503(b)(2).  Such an expense of

12   administration may be paid from the unencumbered assets of the USA Commercial

13   Mortgage Company estate.  Lewis and Roca does not suggest in its application that either

14   the loans of the JV Direct Lenders or McKnight, or the sums held in the Collection Trust

15   Account, constitute property from which expenses of administration can be paid.  Such

16   funds would not be available to pay administrative expenses unless the Court so rules after

17   the issue is presented upon notice and a hearing.  The firm understands that USACM will

18   pay expenses of administration from funds in its operating account.

19   Lewis and Roca accordingly request that its application be granted.

20   Dated September 21, 2006.

21   **LEWIS AND ROCA LLP**

22

23   By /s/ RC (#006593) _____

24   Susan M. Freeman, AZ 4199 (pro hac vice)
     Rob Charles, NV 6593

25   *Proposed Attorneys for Official Committee of*
     *Unsecured Creditors*

26

2

207013.1