Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                              Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                              Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                              Debtor. | Date: September 28, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>                                              Debtor. | **DEBTORS' SUPPLEMENT TO MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 327(a) AND 331 AUTHORIZING RETENTION OF PROFESSIONALS UTILIZED BY DEBTORS IN THE ORDINARY COURSE OF BUSINESS FILED AUGUST 29, 2006**<br><br>**(AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors"), hereby submit this Supplement to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 327(a) and 331 Authorizing Retention of Professionals Utilized by Debtors in the Ordinary Course of Business filed on August 29, 2006 (the "Motion").

## STATEMENT OF FACTS

1. On August 29, 2006, Debtors filed the Motion.

2. In response thereto, the First Trust Deed Fund Committee ("FTDF Committee") made the following requests:  (a) that the information about the amount of fees incurred by the Ordinary Course Professionals be provided on a monthly basis instead of every 120 days as currently set forth in paragraph 7; (b) that the fees incurred by the Ordinary Course Professionals be allocated; and (c) that the Debtors provide a list identifying the Ordinary Course Professionals the Debtors currently anticipate hiring.

3. On September 19, 2006, the Unsecured Creditors Committee filed a response to Debtors' Motion in which they requested that it, and possibly the other Committees, be consulted and that their approval be obtained before Debtors select legal counsel to collect loans and foreclose on collateral securing loans.

## SUPPLEMENTAL RESPONSE

**A. Response to FTDF Committee's Requests**

In response to the comments and concerns expressed by the FTDF Committee, the Debtors agree that, Debtors will allocate all of the fees incurred by foreclosure counsel to the individual loans on which they are working per the Loan Servicing Agreements.  It is further anticipated that the fees of general professionals such as tax accountants and other professionals who provide assistance will be billed to the specific estate(s) benefited by the services.  Finally, it is anticipated that those professionals who provide services that benefit multiple estates will have their fees allocated amongst the estates benefited.

In addition, attached hereto as Exhibit A is a list of Ordinary Course Professionals who the

1 Debtors currently anticipate retaining.

2 Finally, rather than filing a statement with the Court every 120 days as referenced in
3 Paragraph D.9. of the Motion, Debtors instead will provide a monthly report to counsel for each of
4 the Committees listing the name of the professional or the professional's firm name, and the
5 amount of fees and costs paid to each professional during the prior month.

6 **B.    Response to Unsecured Creditors Committee's Requests**

7 In response to the Unsecured Creditors Committee's request that Debtors consult in
8 advance and reach an agreement with the Unsecured Creditor Committee (and possibly the other
9 committees) regarding the legal counsel to be employed to collect loans and foreclosure on
10 collateral securing loans, this is a choice that is solely within the Debtors' business judgment.  The
11 Debtors are willing to let the Committees know which professionals they plan to retain, but the
12 Unsecured Creditors Committee and the other Committees should not be given veto power over
13 the Debtors' decision.  Moreover, any concerns the Unsecured Creditors Committee or the other
14 Committees may have should be alleviated by the fact that the Debtors will be providing to all of
15 the Committees a monthly report identifying the professionals retained and the amount of the fees
16 they have been paid during the prior month.

17 **CONCLUSION**

18 WHEREFORE, the Debtors respectfully request that the Debtors' Motion be granted as
19 supplemented above and that the Court deny the objection of the Unsecured Creditors Committee.

20 Dated:  September 21, 2006.

21 /s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
22 Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
23 2850 South Jones Boulevard, Suite 1
24 Las Vegas, Nevada  89146

25 and

Annette W. Jarvis, Utah Bar No. 1649
26 RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
27 P.O. Box 45385
28 Salt Lake City, Utah 84145-0385

# Exhibit "A"

# EXHIBIT A

Ordinary Course Professionals Debtors Currently Anticipate Hiring

FORECLOSURE COUNSEL

1.      Foley & Lardner (Chicago Office, Boston Office, Florida Offices)
It is anticipated that Foley & Lardner will provide foreclosure advice and services for loans currently in default in Massachusetts, Illinois and Florida.  Foley & Lardner has three Florida offices.  The specific Foley & Lardner Florida office used will be determined by the office's proximity to the loan property.

2.      Vinson & Elkins (Houston Office)
It is anticipated that Vinson & Elkins' Houston Office will provide foreclosure advice and services for the loans currently in default in Houston and the surrounding areas.

ACCOUNTANT

1.      Beadle McBride Evans & Reeves LLP (Las Vegas, Nevada)
It is anticipated that Beadle McBride will complete preparation of 2006 tax returns and IRS filings for all Debtors.

Supplement To Motion To Employ Professsionals Utilized in the Ordinary Course Of Busines