Entered on Docket
September 22, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356),
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:    fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:    jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders
of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>       Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>       Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>       Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>       Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>       Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |

**ORDER SHORTENING TIME ON MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO COMPEL THE CONFIDENTIAL DISCLOSURE OF USA CAPITAL FIRST TRUST DEED FUND LLC'S MEMBER LIST**

| Affects | |
|---|---|
| ☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: September 28, 2006<br>Time: 9:30 a.m. |

The Court, having considered the Application for Order Shortening Time ("OST Application") on the Motion of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC to Compel the Confidential Disclosure of USA Capital First Trust Deed Fund LLC's Member List (the "Motion"); the pleadings, papers and records on file herein; and good cause appearing therefore:

IT IS HEREBY ORDERED that the OST Application is granted, and that the Motion will be heard by a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the 28th day of September, 2006 at 9:30 a.m. A copy of the Motion is on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101. Additional copies are available at no charge from the BMC website, located at **http://www.bmcgroup.com/usacmc**.

IT IS FURTHER ORDERED that pursuant to the Amended Order Establishing Case Management Procedures entered by this Court on May 17, 2006, the deadline to file and serve objections to Requests for Relief set on shortened time shall be no later than Thursday, September 27, 2006 . Any brief filed in reply to an objection to Request for Relief shall be filed by noon on Wednesday, 9/27/2006.    Courtesy copies of all pleadings must be delivered to the Bankruptcy Court Clerk's office upon filing.

/ / /

/ / /

2

IT IS FURTHER ORDERED that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

SUBMITTED BY:

SHEA & CARLYON, LTD.

*[signature]*

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

###