Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON SEPTEMBER 22, 2006

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: September 28, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

COM re Debtors Supplement to Motion for an Order Authorizing Retention of Professionals Utilized by Debtors in the Ordinary Course of Business 092206

# CERTIFICATE OF SERVICE

1. On September 21, 2006, I served the following document(s):

    a. Debtors' Supplement to Motion for and Order Pursuant to 11 U.S.C. §§ 105(a), 327(a) and 331 Authorizing Retention of Professionals Utilized by Debtors in the Ordinary Course of Business Filed August 29, 2006

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System**:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com    arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com    klawrence@parsonsbehle.com    tthomas@parsonsbehle.com    ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com    bkecf@nevadafirm.com    paltstatt@nevadafirm.com    sliberio@nevadafirm.com

BMC GROUP, INC.    evrato@bmcgroup.com    ecf@bmcgroup.com    jmiller@bmcgroup.com    jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com    renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com    rhicks@shutts-law.com, lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com    maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com    ccarlyon@sheacarlyon.com    bankruptcyfilings@sheacarlyon.com    rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com    cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com    sarah@jeffreycogan.com

| | |
|---|---|
| 1 | WILLIAM D COPE     cope_guerra@yahoo.com     cope_guerra@yahoo.com |
| 2 | CICI CUNNINGHAM     bankruptcy@rocgd.com |
| 3 | LAUREL E. DAVIS     bklsclv@lionelsawyer.com     ldavis@lionelsawyer.com |
| 4 | gbagley@lionelsawyer.com     ldavisesq@aol.com |
| 5 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com |
| 6 | THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 7 | SCOTT D. FLEMING     sfleming@halelane.com     dbergsing@halelane.com |
| 8 | ecfvegas@halelane.com |
| 9 | GREGORY E GARMAN     bankruptcynotices@gordonsilver.com |
| 10 | WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com     donnat@hwmlvlaw.com |
| 11 | |
| 12 | CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov     Darlene.Ruckard@usdoj.gov     Eunice.Jones@usdoj.gov     Sue.Knight@usdoj.gov |
| 13 | GERALD M GORDON     bankruptcynotices@gordonsilver.com |
| 14 | R. VAUGHN GOURLEY     vgourley@lvcm.com |
| 15 | |
| 16 | TALITHA B. GRAY     bankruptcynotices@gordonsilver.com |
| 17 | MARJORIE A. GUYMON     bankruptcy@goldguylaw.com     ddias@goldguylaw.com |
| 18 | JEFFREY R. HALL     jhall@sheacarlyon.com   bankruptcyfilings@sheacarlyon.com     aboehmer@sheacarlyon.com     ltreadway@sheacarlyon.com |
| 19 | rsmith@sheacarlyon.com |
| 20 | XANNA R. HARDMAN     xanna.hardman@gmail.com |
| 21 | STEPHEN R HARRIS     noticesbh&p@renolaw.biz |
| 22 | BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com |
| 23 | |
| 24 | DAVID W. HUSTON     dwh@hustonlaw.net     swaits@hustonlaw.net |
| 25 | CHRISTOPHER D JAIME     cjaime@waltherkey.com     kbernhar@waltherkey.com |
| 26 | EVAN L. JAMES     ejameslv@earthlink.net     kbchrislaw@aol.com |
| 27 | ANNETTE W JARVIS     , |
| 28 | |

1 TY E. KEHOE    TyKehoeLaw@aol.com

2 ROBERT R. KINAS    rkinas@swlaw.com    mstrand@swlaw.com    jlustig@swlaw.com
3 chaines@swlaw.com    imccord@swlaw.com

4 ZACHARIAH LARSON    ecf@lslawnv.com

5 JOHN J. LAXAGUE    jlaxague@caneclark.com

6 GEORGE C LAZAR    glazar@foxjohns.com    gclazar@sbcglobal.net

7 NILE LEATHAM    nleatham@klnevada.com    ckishi@klnevada.com
8 bankruptcy@klnevada.com

9 ROBERT C. LEPOME    robert@robertlepome.com    susan@robertlepome.com

10 ANNE M. LORADITCH    ecffilings@beckleylaw.com    aloraditch@beckleylaw.com
11 pkois@beckleylaw.com

12 REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

13 WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

14 RICHARD MCKNIGHT    mcknightlaw@cox.net    gkopang@lawlasvegas.com
15 cburke@lawlasvegas.com    sforemaster@lawlasvegas.com

16 JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

17 SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com    smiller@sheacarlyon.com
18 aboehmer@sheacarlyon.com    ltreadway@sheacarlyon.com    rsmith@sheacarlyon.com

19 DAVID MINCIN    mcknightlaw@cox.net    gkopang@lawlasvegas.com
20 dmincin@lawlasvegas.com    cburke@lawlasvegas.com    sforemaster@lawlasvegas.com

21 JOHN F MURTHA    jmurtha@woodburnandwedge.com

22 ERVEN T. NELSON    erv@rlbolick.com    susan@rlbolick.com

23 VICTORIA L NELSON    bkecf@nevadafirm.com    vnelson@nevadafirm.com
24 paltstatt@nevadafirm.com    rholley@nevadafirm.com    sliberio@nevadafirm.com

25 BOB L. OLSON    ecffilings@beckleylaw.com    bolson@beckleylaw.com
   dgriffis@beckleylaw.com
26

27 DONNA M. OSBORN    jinouye@marquisaurbach.com    dosborn@marquisaurbach.com
   tszostek@marquisaurbach.com    kgallegos@MarquisAurbach.com

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | ANDREW M. PARLEN    aparlen@stutman.com |
| 2 | DONALD T. POLEDNAK    sandplegal@yahoo.com  spbankruptcy@yahoo.com |
| 3 | PAUL C RAY    info@johnpeterlee.com |
| 4 | |
| 5 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com   palexander@deanerlaw.com |
| 6 | LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |
| 7 | JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com ltreadway@sheacarlyon.com  rmsmith@sheacarlyon.com |
| 8 | |
| 9 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com  aboehmer@sheacarlyon.com bankruptcyfilings@sheacarlyon.com  ltreadway@sheacarlyon.com  rsmith@sheacarlyon.com |
| 10 | AMBRISH S. SIDHU    ecf@lslawnv.com |
| 11 | |
| 12 | JEFFREY G. SLOANE    gjklepel@yahoo.com     rmcconnell@kssattorneys.com |
| 13 | DAVID A. STEPHENS    dstephens@lvcm.com |
| 14 | PETER SUSI    cheryl@msmlaw.com  msm@msmlaw.com |
| 15 | JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com  David@sylvesterpolednak.com |
| 16 | CARYN S. TIJSSELING    cst@beesleymatteoni.com  aha@beesleymatteoni.com |
| 17 | U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov |
| 18 | GREGORY J. WALCH    GWalch@Nevadafirm.com |
| 19 | |
| 20 | WHITNEY B. WARNICK    wbw@albrightstoddard.com  bstessel@albrightstoddard.com |
| 21 | JOAN C WRIGHT    jwright@allisonmackenzie.com  jbrooks@allisonmackenzie.com |
| 22 | MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com |

23    ☐    b.    **By United States mail, postage fully prepaid**:

24    ☐    c.    **By Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or

other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    September 22, 2006

REBECCA MOSS                                    /s/    REBECCA MOSS
(Name of Declarant)                             (Signature of Declarant)