Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**E-FILED ON SEPTEMBER 22, 2006**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Date: N/A<br>Time: N/A<br><br>**NOTICE OF ENTRY OF STIPULATED ORDER RE PROOFS OF INTEREST (AFFECTS USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC AND USA CAPITAL FIRST TRUST DEED FUND, LLC)** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | |

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a Stipulated Order Re Proofs of Interest was entered on September 15, 2006, a copy of which is attached hereto.

Dated: this 22nd day of September, 2006.

/s/    *Lenard E. Schwartzer, Esq*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

## CERTIFICATE OF SERVICE

1. On September 22, 2006, I served the following document(s):

    a. Notice of Entry of Stipulated Order Re Proofs of Interest

2. I served the above-named document(s) by the following means to the persons as listed below:

☒   a.   **By ECF System**:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com!

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | LAUREL E. DA! VIS    b! klsclv@l ionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com |
| 2 | |
| 3 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com, |
| 4 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 5 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com |
| 6 | |
| 7 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 8 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 9 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 10 | |
| 11 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 12 | TALIT! HA B. GRAY    bankruptcynotices@gordonsilver.com |
| 13 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 14 | JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 15 | |
| 16 | |
| 17 | XANNA R. HARDMAN    xanna.hardman@gmail.com, |
| 18 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 19 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, |
| 20 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 21 | CHRISTOPHER D JAIME    ! cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 22 | EVAN ! L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 23 | |
| 24 | ANNETTE W JARVIS    , |
| 25 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 26 | ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 2 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 3 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 4 | |
| 5 | ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com |
| 6 | ANNE M. LORADITCH !    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 7 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com, |
| 8 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com, |
| 9 | |
| 10 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 11 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com |
| 12 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com |
| 13 | |
| 14 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@ |
| 15 | sheacarlyon.com |
| 16 | DAVID MINCIN &! nbsp   mcknightlaw@cox.net, gkopang@lawlasvegas.com;dminc! in@lawla svegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 17 | |
| 18 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 19 | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com |
| 20 | VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@neva |
| 21 | dafirm.com |
| 22 | BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 23 | |
| 24 | DONNA M. OSBORN    jinouye@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.c |
| 25 | om |
| 26 | ANDREW M. PARLEN    aparlen@stutman.com, |
| 27 | DONALD T. POLEDNAK !    sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 28 | |

1. PAUL C RAY    info@johnpeterlee.com

2. SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

3. LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

4. JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
5. ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

6. SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
7. abochmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

8. AMBRISH S. SIDHU    ecf@lslawnv.com

9. 
10. JEFFREY G. SLOANE    gjklepel@y!ahoo.com, rmcconnell@kssattorneys.com

11. DAVID A. STEPHE!NS    dstephens@lvcm.com

12. PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

13. JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

14. CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

15. U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

16. 
17. WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

18. JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

19. MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

20. ☐    b.    **By United States mail, postage fully prepaid**:

21. ☐    c.    **By Personal Service**

22. 
23.     I personally delivered the document(s) to the persons at these addresses:

24. ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    September 22, 2006

| REBECCA MOSS | /s/    *REBECCA MOSS* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |




**Entered on Docket**
**September 15, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATED ORDER RE PROOFS OF INTEREST**<br>**(AFFECTS USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC and USA CAPITAL FIRST TRUST DEED FUND, LLC)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | Date: September 13, 2006<br>Time: 9:30 a.m. |

Page 1 of 2

Upon the Stipulation of the Debtors and Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund") and Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC ("First Fund"), and pursuant to Bankruptcy Rule 3003(b)(2), and good cause appearing, it is

ORDERED AS FOLLOWS:

1. The list of members with interests in the Diversified Fund and First Fund provided by the Debtors to BMC Group, the Court-approved noticing agent, shall be deemed the list of equity security holders filed pursuant to Bankruptcy Rule 1007(a)(3), and shall constitute *prima facie* evidence of the validity and amount of the equity security interests.

2. Each holder of such interest shall be given notice of the Debtor in which it has an interest and the amount of such interest and, if applicable, whether that interest is alleged to be disputed or contingent.

3. It shall not be necessary for the holders of such interests to file a proof of interest.

4. The holders of such interests shall be deemed to have filed a proof of interest in the amount shown on the list.

Submitted by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/Lenard E. Schwartzer
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: /s/ [signature]
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:_____
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

### # # #

Upon the Stipulation of the Debtors and Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund") and Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC ("First Fund"), and pursuant to Bankruptcy Rule 3003(b)(2), and good cause appearing, it is

ORDERED AS FOLLOWS:

1. The list of members with interests in the Diversified Fund and First Fund provided by the Debtors to BMC Group, the Court-approved noticing agent, shall be deemed the list of equity security holders filed pursuant to Bankruptcy Rule 1007(a)(3), and shall constitute *prima facie* evidence of the validity and amount of the equity security interests.

2. Each holder of such interest shall be given notice of the Debtor in which it has an interest and the amount of such interest and, if applicable, whether that interest is alleged to be disputed or contingent.

3. It shall not be necessary for the holders of such interests to file a proof of interest.

4. The holders of such interests shall be deemed to have filed a proof of interest in the amount shown on the list.

Submitted by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/Lenard E. Schwartzer
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
BOB L. OLSON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:_____
EVE KARASIK, ESQ.  SHLOMO S. SHERMAN
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

###