Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                ) Chapter 11
                                                      ) Jointly Administered Under
USA COMMERICAL MORTGAGE COMPANY,                      ) Case No. BK-S-06-10725 LBR
                                                      )
                                                      ) **NOTICE OF TRANSFER OF CLAIM**
                                                      ) **OTHER THAN FOR SECURITY AND**
          Debtors.                                    ) **WAIVER OF NOTICE**
                                                      ) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of Janice A. Magrisi, at unmarried woman & Phillip W. Dickinson an unmarried man, joint tenants with the right of survivorship ("Transferor") against the Debtor in the amount of *$12,951.80* has been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claim and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claim, hereby assign and transfer my claim and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the current net amount is not less than *$12,951.80* and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
Janice A. Magrisi, at unmarried woman & Phillip W. Dickinson an unmarried man, joint tenants with the right of survivorship
3725 DORRINGTON DRIVE
LAS VEGAS, NV 89129

Print Name: _Janice A. Magrisi_    Title: _____
Signature: _Phillip W. Dickinson / Phillip W. D___    Date: _9-18-06_
Updated Address (if needed): _____
Phone: _702-218-3472_    Fax: _____    E-Mail: _PhillDickinson@yahoo.com_

**TRANSFEREE:**
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _____
            Tom Scheidt

Mail Ref#

2