

**Entered on Docket**
**September 25, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

_Attorneys for Official Committee of Unsecured Creditors_

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>**06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>**06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund,**<br>**LLC**<br>**06-10727** | Date:<br>Time:<br>**Affecting:**<br>☐ All Cases |
| **USA Capital First Trust Deed Fund, LLC**<br>**06-10728** | **or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, |
| **USA Securities, LLC**<br>**06-10729** | LLC<br>☐ USA Capital First Trust Deed Fund, LLC |
| **Debtors.** | |

1769523.1

**ORDER GRANTING MOTION TO EXCEED PAGE LIMITATIONS ON OFFICIAL UNSECURED CREDITORS COMMITTEE'S OBJECTION TO DEBTOR'S PROFESSIONALS' FEE APPLICATION**

A Motion To Exceed Page Limitations On Official Unsecured Creditors Committee's Objection To Debtor's Professionals' Fee Applications having been filed, no notice or hearing being necessary, and good cause appearing from the motion,

IT IS ORDERED that the Official Unsecured Creditors Committee for USA Commercial Mortgage Company may file its Objection To Debtor's Professionals' Fee Applications that exceeds the page limitations set by Local Rule of Bankruptcy Procedure 9014(e).

DATED September 18, 2006.

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:___/s/ RC (#0006593)_____
          Susan M. Freeman
          Rob Charles
*Attorneys for the Official Committee of Unsecured*
*Creditors for USA Commercial Mortgage Company*

1769523.1