Entered on Docket
September 25, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:  fmerola@stutman.com
        ekarasik@stutman.com
        aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:  jshea@sheacarlyon.com
        ccarlyon@sheacarlyon.com
        ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | DATE: 9/28/06<br>TIME: 9:30 a.m. |

403174v1

STIPULATION AND ORDER CONTINUING DEADLINE FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED TO RESPOND TO (1) APPLICATION TO EMPLOY AND RETAIN RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR THE DEBTORS; (2) APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER; (3) DEBTORS' MOTION FOR ORDER AUTHORIZING (I) THE EMPLOYMENT AND RETENTION OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CRISIS MANAGERS FOR THE DEBTORS, AND (II) THE DESIGNATION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND THE EMPLOYMENT OF CERTAIN TEMPORARY EMPLOYEES; AND (4) MOTION TO INCREASE THE DEBTORS' 180-DAY EXCLUSIVE PERIOD TO CONFIRM PLANS OF REORGANIZATION TO DECEMBER 31, 2006
(AFFECTS ALL DEBTORS)

IT IS HEREBY STIPULATED and AGREED by and between the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTD Fund Committee") by and through its attorneys Stutman, Treister & Glatt P.C. and Shea & Carlyon, Ltd., and the above-captioned debtors (the "Debtors") by and through their attorneys Ray, Quinney & Nebeker P.C. and Schwartzer McPherson Law Firm, as follows:

WHEREAS the following motions are scheduled to be heard on September 28, 2006:

(1) Application To Employ And Retain Ray Quinney & Nebeker P.C. As Counsel For The Debtors (the "Ray Quinney Application");

(2) Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer (the "Schwartzer Application");

(3) Debtors' Motion For Order Authorizing (I) The Employment And Retention Of Mesirow Financial Interim Management, LLC As Crisis Managers For The Debtors, And (II) The Designation Of Thomas J. Allison Of Mesirow Financial Interim Management, LLC As Chief Restructuring Officer For The Debtors And The Employment Of Certain Temporary Employees. (the "Mesirow Motion"); and

(4) Motion To Increase The Debtors' 180-Day Exclusive Period To Confirm Plans Of Reorganization To December 31, 2006 (the "Exclusivity Motion").

403174v1                        2

1  WHEREAS the deadline to respond to the Ray Quinney Application, the Schwartzer Application, and the Mesirow Motion is September 21, 2006;

WHEREAS the deadline to respond to the Exclusivity Motion is September 25, 2006;

NOW, THEREFORE, the FTD Fund Committee and the Debtors hereby stipulate and agree that the deadline to respond to the Ray Quinney Application, the Schwartzer Application, the Mesirow Motion, and the Exclusivity Motion is extended to Tuesday, September 26, 2006 at 12:00 p.m. Pacific Daylight Time.

Dated this 19th day of September, 2006.

By: _____
FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101
Telephone: (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC

By: _____
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd, Suite 1
Las Vegas, Nevada 89146

and

403174v1                                3

| | |
|---|---|
| 1 | ANNETTE W. JARVIS, ESQ. |
| | RAY QUINNEY & NEBEKER P.C. |
| 2 | 36 South State Street, Suite 1400 |
| | P.O. Box 43485 |
| 3 | Salt Lake City, Utah 94145 |
| 4 | |
| | ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION |
| 5 | |

6  Approved / Disapproved by:
7  OFFICE OF THE U.S. TRUSTEE

8  By: _____ (unavailable)
9       August B. Landis

10

11

12  **ORDER**

13        IT IS SO ORDERED.

14  PREPARED AND SUBMITTED by:

15  STUTMAN, TREISTER & GLATT, P.C. and
    SHEA & CARLYON, LTD.
16

17  By: _____
18       Andrew M. Parlen, Esq.
         Shlomo S. Sherman, Esq.
19       Attorneys for the Official Committee of
         Equity Security Holders of USA Capital First
20       Trust Deed Fund, LLC

21                                              ###

22

23

24

25

26

27

28

403174v1                                    4