**Entered on Docket**
**September 25, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
    and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                          Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                          Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                          Debtor. | **ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO INCREASE THE DEBTORS' 180-DAY EXCLUSIVE PERIOD TO CONFIRM PLANS OF REORGANIZATION TO DECEMBER 31, 2006 (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                          Debtor. | |
| Affects:<br>  ☒ All Debtors<br>  □ USA Commercial Mortgage Company<br>  □ USA Securities, LLC<br>  □ USA Capital Realty Advisors, LLC<br>  □ USA Capital Diversified Trust Deed Fund, LLC<br>  □ USA Capital First Trust Deed Fund, LLC | Date: October 19, 2006<br>Time: 9:30 A.M. |

OST Order_ Motion to Increase 180-Day Exclusivity 091206        Page 1 of 2

1    THE COURT having considered the Ex Parte Motion of the Debtors and Debtors in

2    possession in these cases for an order shortening time to hear Motion To Increase The Debtors'

3    180-Day Exclusive Period To Confirm Plans Of Reorganization To December 31, 2006 (the

4    "Motion"), and good cause appearing, it is hereby

5    ORDERED that the hearing on the Motion will be heard before a United States

6    Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South,

7    Courtroom 1, Las Vegas, NV on _October 19, 2006_ at the hour of _9:30_a.m._.

8    For a copy of the filed Motion you may contact the Debtor's attorney, Lenard E.

9    Schwartzer, Esq. of the Schwartzer & McPherson Law Firm at (702) 228-7590, or you may obtain

10   a copy online through www.bmcgroup.com/usacmc.

11   Submitted by:

12

13    _/s/  Jeanette E. McPherson_

Lenard E. Schwartzer, Esq.

14   Jeanette E. McPherson, Esq.

Schwartzer & McPherson Law Firm

15   2850 South Jones Boulevard, Suite 1

Las Vegas, Nevada  89146-5308

16   and

17   Annette W. Jarvis, Utah Bar No. 1649

RAY QUINNEY & NEBEKER P.C.

18   36 South State Street, Suite 1400

P.O. Box 45385

19   Salt Lake City, Utah 84145-0385

20

Attorneys for Debtors

21                                          # # #

22

23

24

25

26

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122