## Sierra Consulting Group, LLC

Two North Central Ave.Suite 700Phoenix, AZ  85004

602-424-7001

Invoice submitted to:
USA Commercial Mortgage
c/o Rob Charles
Lewis & Roca
3993 Howard Hughes Parkway, 6th
Floor
Las Vegas NV 89109

September 11, 2006
In Reference To:USA Commercial Mortgage

Invoice #10587

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Asset Sales** | | | |
| 8/1/2006 EMB | Follow up with counsel on call to discuss sale issues. | 0.30 295.00/hr | 88.50 |
| EMB | Participated on conference call with all committees to discuss sale issues and recommendations. | 1.20 295.00/hr | 354.00 |
| 8/3/2006 EMB | Participated in meeting with Mesirow to discuss sale process and issues for tomorrows hearing. | 3.40 295.00/hr | 1,003.00 |
| 8/7/2006 EMB | Review listing of parties who received information and signed term sheets. | 0.20 295.00/hr | 59.00 |
| EMB | Prepared sale process outline in preparation of meeting with Tom Allison and sent to counsel for review.  Also sent to Tom Allison. | 0.60 295.00/hr | 177.00 |
| 8/8/2006 DWT | Reviewed Hilco appraisals and printed them in order to create a schedule on a loan by loan basis | 3.50 250.00/hr | 875.00 |
| 8/11/2006 DWT | Created Summary of various purchase options for the USA entity assets and operations. | 1.90 250.00/hr | 475.00 |
| 8/14/2006 DWT | Finalized sale offer comparison which compares at a summary level the copeting offers to purchase the debtors assets. | 2.20 250.00/hr | 550.00 |
| EMB | Prepare asset summary for lisitng of assets to be sold and not for sale.  Send to counsel for comments. | 0.30 295.00/hr | 88.50 |
| EMB | Conversation with counsel to discuss sale issues and meeting with potential buyer in LV. | 0.30 295.00/hr | 88.50 |
| EMB | Review summary of offers and noted differences for follow up. | 0.50 295.00/hr | 147.50 |

USA Commercial Mortgage                                                                                                                    Page      2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2006 EMB | Review and analysis of particular bid in preparation of meeting with bidder. | | 0.80 295.00/hr | 236.00 |
|  | EMB | Modify offer summary per request of counsel to be distributed to committee. Send to counsel for review. | 0.40 295.00/hr | 118.00 |
|  | EMB | Meet with potential buyer at L&R. | 2.10 295.00/hr | 619.50 |
| 8/17/2006 EMB | Prepared listing of USA assets proposed to be sold and sent to counsel. | | 1.20 295.00/hr | 354.00 |
| 8/21/2006 EMB | Modified assets for sale balance sheet per request of counsel and distributed. | | 0.40 295.00/hr | 118.00 |
| 8/22/2006 EMB | Discussions with Mesirow regarding pending sale offers. | | 0.40 295.00/hr | 118.00 |
|  | EMB | Participated on conference call to discuss asset sale topics. | 1.30 295.00/hr | 383.50 |
|  | EMB | Read and make comments on new offer from potential buyer. | 0.50 295.00/hr | 147.50 |
| 8/24/2006 EMB | Review of latest purchase offer summary. Drafted e mail and sent to counsel for review. | | 0.60 295.00/hr | 177.00 |
| 8/25/2006 EMB | Review and analysis of revised bid from potential bidder. | | 0.50 295.00/hr | 147.50 |
| 8/28/2006 EMB | Call from Mesirow to discuss bid offer detail and assets for sale and attempted to call bidder to discuss. | | 0.60 295.00/hr | 177.00 |
|  | EMB | Review revised offer from potential bidder and send revised bid summary to counsel for review. | 0.80 295.00/hr | 236.00 |
|  | DWT | Update bid summary | 0.40 250.00/hr | 100.00 |
| 8/29/2006 EMB | Responded to service fee calculation from potential bidder and noted additional issues. | | 0.70 295.00/hr | 206.50 |
|  | EMB | Conversation with Mesirow to discuss responces to potential bidders. | 0.40 295.00/hr | 118.00 |
|  | EMB | Conference call with potential bidder to dicuss asset detail and bid issues. | 1.20 295.00/hr | 354.00 |
|  | EMB | Conversion with additional potential bidder. | 0.20 295.00/hr | 59.00 |

USA Commercial Mortgage                                                                                      Page     3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/30/2006 EMB | Created sale summary matrix on proposed recoveries per request of counsel. | 0.70<br>295.00/hr | 206.50 |
| EMB | Review and draft e mails regarding updated bid from potential bidder. | 0.40<br>295.00/hr | 118.00 |
| 8/31/2006 EMB | Review of revised bid and noted impact to UCC. | 1.20<br>295.00/hr | 354.00 |
| EMB | Discussion with counsel regarding sale issues. | 1.10<br>295.00/hr | 324.50 |
| EMB | Conversations with Mesirow and potential bidders regarding bid issues. | 1.20<br>295.00/hr | 354.00 |
| SUBTOTAL: | | [     31.50 | 8,932.50] |

Depos, trial prep & atten

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/4/2006 EMB | Attended court hearing on motion to disburse funds, use of cash and other issues. | 3.90<br>295.00/hr | 1,150.50 |
| 8/16/2006 EMB | Listened to part of court hearing via call. | 0.40<br>295.00/hr | 118.00 |
| 8/31/2006 EMB | Prepared for and attended court hearing. | 2.10<br>295.00/hr | 619.50 |
| SUBTOTAL: | | [     6.40 | 1,888.00] |

Financial Analysis & Rvw

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/1/2006 DWT | Reviewed loan monitoring report | 1.60<br>250.00/hr | 400.00 |
| DWT | Reviewed organization chart and personnel of USA Capital | 0.50<br>250.00/hr | 125.00 |
| DWT | Summarized statement of assets and liabilities versus monthly operating reports to analyze differences and account detail | 2.90<br>250.00/hr | 725.00 |
| DWT | Discussed the cash flow detial with various members of the debtor advisor team. | 2.70<br>250.00/hr | 675.00 |
| DWT | Drafted a follow up list of questions related to cash flow summary | 0.80<br>250.00/hr | 200.00 |
| 8/2/2006 DWT | Summarized list of assets in order to determine the value/status of each | 1.90<br>250.00/hr | 475.00 |

USA Commercial Mortgage                                                                    Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/2006 | DWT | Reviewed loan summary detail provided by Mesirow | 1.50 250.00/hr | 375.00 |
| | DWT | Drafted a follow up list of questions related to the loan monitoring report | 1.00 250.00/hr | 250.00 |
| | EMB | Meet with Mesirow to follow up on cash flow projection assumptions. | 1.50 295.00/hr | 442.50 |
| | DWT | Examined extension fee detail from the monthly operating report compared to the Mesirow Loan monitoring report detail | 2.30 250.00/hr | 575.00 |
| 8/3/2006 | DWT | Investigated asset values on commerial mortgage's books and attempted to understand collectibility | 1.40 250.00/hr | 350.00 |
| | DWT | Began to create a template that will be used to report critical financial information to creditors | 2.50 250.00/hr | 625.00 |
| | DWT | Reviewed the cash flow support including payroll headcount and other operating expenses | 1.10 250.00/hr | 275.00 |
| | EMB | Met with counsel and DTDF advisor to discuss Investment Partners. | 3.80 295.00/hr | 1,121.00 |
| | EMB | Met with Mesirow to discuss set off calculations. | 0.40 295.00/hr | 118.00 |
| 8/4/2006 | DWT | Reviewed docket and read most recent filings related to loan payment distributions. | 1.80 250.00/hr | 450.00 |
| 8/7/2006 | EMB | Review summary of loan appraisals as received from committee chairman.  Had additional information included on summary. | 0.40 295.00/hr | 118.00 |
| | DWT | Summarized on a loan by loan basis the principal paid prep and post bankrupcy filing. | 3.40 250.00/hr | 850.00 |
| | DWT | Summarized on a loan by loan basis the appraisal value versus the prepaid interest | 2.70 250.00/hr | 675.00 |
| | EMB | Analysis of loan summary report and appraised values. | 0.60 295.00/hr | 177.00 |
| 8/8/2006 | DWT | Summarized extention fees and other assets based on comprehensive loan by loan summary that includes appraisal information | 2.60 250.00/hr | 650.00 |
| | DWT | Reviewed appraisal reports and tied to previous reports as well as set up templete to review each asset class for review and comments | 2.70 250.00/hr | 675.00 |

USA Commercial Mortgage

Page    5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/8/2006 | EMB | Continue review of loan summary and related pre petition interest. Distributed to counsel and committee chairman for review and comments. | 0.40 295.00/hr | 118.00 |
| 8/9/2006 | DWT | Began master loan database to use going forward for summary analysis and report generation. | 2.60 250.00/hr | 650.00 |
| | DWT | Created schedule to monitor prepaid interest on a monthly basis. | 1.60 250.00/hr | 400.00 |
| | DWT | Created schedule to monitor service fees on a monthly basis | 1.40 250.00/hr | 350.00 |
| | DWT | Created schedule to monitor extension fees on a monthly basis | 0.80 250.00/hr | 200.00 |
| 8/10/2006 | DN | Review, analysis of various documents filed with bankruptcy courts related to projections. | 2.20 250.00/hr | 550.00 |
| | DN | Review of available information regarding performing, non-performing loan assets | 1.70 250.00/hr | 425.00 |
| | DWT | Continued creating master loan data spreadsheet that will be used for all future status summary analysis on a month to month basis. | 1.80 250.00/hr | 450.00 |
| | DN | Meeting with James Reed to agree to work flow, procedures, etc. | 0.30 250.00/hr | 75.00 |
| 8/11/2006 | EMB | Modified work plan and list of requested information for Mesirow. | 0.80 295.00/hr | 236.00 |
| | EMB | Drafted e mail to Mesirow to request data and access to personnel for various financial analyses. | 0.30 295.00/hr | 88.50 |
| | DN | Continue review and analysis of documents filed with bankruptcy courts including cash budget | 1.80 250.00/hr | 450.00 |
| | DN | Analysis of revenue streams (historically reported vs. forecasted) | 1.90 250.00/hr | 475.00 |
| | DWT | Updated master loan summary. | 1.70 250.00/hr | 425.00 |
| 8/13/2006 | DWT | Reviewed fee summary for the case to date per request of counsel. | 0.70 250.00/hr | 175.00 |
| 8/14/2006 | DWT | Compared statement of assets and liabilities to the month end values per the monthly operating reports April - June | 1.40 250.00/hr | 350.00 |
| | EMB | Analysis of latest loan file from Mesirow and noted issues for follow up.  Drafted e mail to counsel regarding same. | 0.80 295.00/hr | 236.00 |

USA Commercial Mortgage                                                                                               Page      6

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/14/2006 | DWT | Traced Hilco appraisal data to loan master schedule received from attorney to verify accuracy. | 1.80 250.00/hr | 450.00 |
| 8/15/2006 | DN | Analysis of forecasted revenue streams per Mesirow from historically reported vs. forecasted | 2.30 250.00/hr | 575.00 |
| | DWT | Reviewed financial statements received from client from March, April and May 2006 | 2.70 250.00/hr | 675.00 |
| | DN | Meeting w/James Reed to ask questions regarding cash flow projections and assumptions, financial statements, etc. | 0.70 250.00/hr | 175.00 |
| | DWT | Created summary of financial statements compared to Statement of Assets and Liabilities and Monthly Operating Reports | 3.20 250.00/hr | 800.00 |
| | DN | Comparison of payroll documents to org chart to reported and forecasted salaries & benefits expense | 2.00 250.00/hr | 500.00 |
| | DN | Comparison of headcount on company org chart to reported, forecasted, salaries & benefits expenses | 1.60 250.00/hr | 400.00 |
| | EMB | Analysis of USACM YTD financial data as received from Mesirow. | 0.90 295.00/hr | 265.50 |
| | DN | Analysis & review of available information supporting actual and forecasted rent expense | 1.70 250.00/hr | 425.00 |
| | EMB | Meet with Mesirow to discuss document requests, access to information and other procedures. | 0.80 295.00/hr | 236.00 |
| 8/16/2006 | DN | Meetings/introductions with various Mesirow and USACMC finance/accounting personnel | 0.90 250.00/hr | 225.00 |
| | DWT | Created consolidated financial report using actual jan - mar information compared to stmt of assets and liab and monthly operating report - balance sheets | 2.60 250.00/hr | 650.00 |
| | DN | Meeting with Susan Smith to agree to procedures, obtain details on preliminary reported financial results | 0.60 250.00/hr | 150.00 |
| | DN | Continue analysis of schedule of assets & liabilities to financial statements to cash flow forecast | 2.20 250.00/hr | 550.00 |
| | DWT | Created consolidated financial report using actual jan - mar information compared to stmt of assets and liab and monthly operating report - income statements | 1.40 250.00/hr | 350.00 |
| | EMB | Review summary of financial statement vs. operating report comparison.  Noted issues for follow up. | 1.60 295.00/hr | 472.00 |

USA Commercial Mortgage                                                                    Page      7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/16/2006 | DWT | Created consolidated financial report using actual april - may information compared to stmt of assets and liab and monthly operating report - income statements | 0.80 250.00/hr | 200.00 |
|  | DWT | Created consolidated financial report using actual april - may information compared to stmt of assets and liab and monthly operating report - balance sheets | 1.10 250.00/hr | 275.00 |
|  | DWT | Created variance analysis of actual financial statements verus monthly operating report | 1.00 250.00/hr | 250.00 |
|  | DN | Update schedule of assets & liabilities to financial statements to cash flow forecast | 1.70 250.00/hr | 425.00 |
|  | DN | Met with Mesirow regarding schedule of assets & liabilities to financial statements to cash flow forecast | 2.10 250.00/hr | 525.00 |
|  | EMB | Conversation with committee chair regarding financial statements. | 0.20 295.00/hr | 59.00 |
| 8/17/2006 | DN | Review and analysis of cash flow actual results vs. projections | 2.50 250.00/hr | 625.00 |
|  | DN | Review schedule of assets & liabilities to financial statements to cash flow forecast | 1.80 250.00/hr | 450.00 |
|  | DN | Detailed review & analysis of cash flow assumptions per Mesirow. | 1.90 250.00/hr | 475.00 |
|  | DWT | Estimated service revenue receivable through 2007 assuming an orderly portfolio runoff of performing loans | 1.60 250.00/hr | 400.00 |
|  | EMB | Analysis of service fee receivable per schedule of assets and current balance sheet. | 0.70 295.00/hr | 206.50 |
|  | EMB | Conversation with counsel regarding balance sheet items, modified summary and distributed. | 0.50 295.00/hr | 147.50 |
|  | DN | Modified analysis of cash flow projections per comments from USA | 1.80 250.00/hr | 450.00 |
|  | DWT | Created model to project service fee revenue and the associated build up in service fee receivable based on estimated cash collections. | 3.20 250.00/hr | 800.00 |
| 8/21/2006 | DWT | Discussed various issues on request list with Mesirow. | 1.30 250.00/hr | 325.00 |
|  | DWT | Created a schedule to summarize collateral value by loan with a maximum value equal to the loan value not taking into consideration equity value. | 1.40 250.00/hr | 350.00 |

USA Commercial Mortgage                                                                                                Page      8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/21/2006 EMB | Review of weekly collection summary per Mesirow. Requested data to be broken out by principal v. interest. | | 0.40<br>295.00/hr | 118.00 |
| | EMB | Requested professional fee data for analysis as requsted by committee. Follow up with counsel. | 0.30<br>295.00/hr | 88.50 |
| | EMB | Analysis of recent loan activity and tied back to historic detail. | 0.80<br>295.00/hr | 236.00 |
| 8/22/2006 DWT | Read, reviewed and added Lone Star proposal to the offer summary | | 1.50<br>250.00/hr | 375.00 |
| | DWT | Analyzed collectibility of accounts receivable - colt gateway | 0.60<br>250.00/hr | 150.00 |
| | DWT | Analyzed collectibility of accounts receivable - other | 1.00<br>250.00/hr | 250.00 |
| | DWT | Analyzed collectibility of accounts receivable - trade | 1.80<br>250.00/hr | 450.00 |
| | DWT | Analyzed collectibility of accounts receivable - related partys | 1.50<br>250.00/hr | 375.00 |
| | DN | Prep & delivery of questions and requests for additional information regarding cash flow forecast | 2.00<br>250.00/hr | 500.00 |
| | DN | Prep & delivery of questions and requests for additional information regarding cash flow forecast | 1.40<br>250.00/hr | 350.00 |
| | EMB | Review of June financial and had included in monthly summary. | 0.40<br>295.00/hr | 118.00 |
| | EMB | Worked with counsel on fee application detail requests and analysis of fees by estate. | 1.10<br>295.00/hr | 324.50 |
| 8/23/2006 EMB | Review Loan Summary as provided by Mesirow and made notes on follow up issues. Compared to previous schedules. | | 1.20<br>295.00/hr | 354.00 |
| | DN | Analysis of recent actual results vs. projections | 2.30<br>250.00/hr | 575.00 |
| | DN | Follow up on actual financial results with Mesirow. | 1.80<br>250.00/hr | 450.00 |
| | EMB | Researched related party AR and NR to exclude from assets to be sold. | 1.30<br>295.00/hr | 383.50 |
| | DN | Noted difference in cash flow actual results vs. projections | 0.90<br>250.00/hr | 225.00 |

USA Commercial Mortgage                                                                              Page      9

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/23/2006 DN | Continue review and analysis of cash flow actual results vs. projections | | 1.10<br>250.00/hr | 275.00 |
| DWT | Reviewed Ray Quinney bill detail and created analysis to adjust allocation of time. | | 2.80<br>250.00/hr | 700.00 |
| DWT | Reviewed Mesirow bill detail and created analysis to adjust allocation of time. | | 2.90<br>250.00/hr | 725.00 |
| DN | Comparison of payroll documents to org chart to reported and forecasted salaries & benefits expense | | 1.90<br>250.00/hr | 475.00 |
| 8/24/2006 DN | Modified analysis of cash flow actual results | | 1.70<br>250.00/hr | 425.00 |
| DWT | Reviewed Schwartzer bill detail and created analysis to adjust allocation of time. | | 2.10<br>250.00/hr | 525.00 |
| DN | Review and analysis of monthly operating reports | | 1.80<br>250.00/hr | 450.00 |
| DWT | Updated financial statement summary schedule with June 2006 results. | | 2.00<br>250.00/hr | 500.00 |
| DN | Follow up on actual financial results with Mesirow. | | 2.10<br>250.00/hr | 525.00 |
| DN | Noted additional difference in cash flow actual results vs. projections | | 2.60<br>250.00/hr | 650.00 |
| EMB | Review amended USACM SOFA and made summary of potential avoidance actions against insiders. | | 1.20<br>295.00/hr | 354.00 |
| EMB | Analysis of historic financial performance of USA and drafted memo to counsel and committee chairperson on financials. | | 0.90<br>295.00/hr | 265.50 |
| 8/25/2006 DWT | Proposed adjustments needed to finalize re-allocation of time and expense detail. | | 1.50<br>250.00/hr | 375.00 |
| EMB | Review monthly bills and summary for professionals who are charging time to USACM. | | 0.40<br>295.00/hr | 118.00 |
| DWT | Created detailed summary of time/expense detail re-allocation using estimated adjusted time per debtor entity. | | 2.80<br>250.00/hr | 700.00 |
| EMB | Review summary of 13 week cash flow forecast and explaination of assumptions. | | 0.70<br>295.00/hr | 206.50 |
| 8/27/2006 DN | Review and analysis of cash flow actual results per operating reports vs. projections | | 2.10<br>250.00/hr | 525.00 |

USA Commercial Mortgage                                                                    Page    10

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/27/2006 | DN | Review and analysis of cash flow actual results vs. projections | 1.60 250.00/hr | 400.00 |
| 8/28/2006 | DN | Continue follow up with Mesirow on actual results issues | 1.90 250.00/hr | 475.00 |
| | DWT | Received and reviewed thw 17,000 plus file disk of binder detail tht was scanned from binders that exist in Susan Smith's office. | 2.10 250.00/hr | 525.00 |
| | DN | Review and analysis of monthly operating reports | 2.50 250.00/hr | 625.00 |
| | EMB | Finalized initial review of professional fess through June and drafted memo to counsel on allocations to other estates. | 1.10 295.00/hr | 324.50 |
| | EMB | Review of analysis of the debtors 13 week cash flow as compared to actual and drafted memo to counsel and committee. | 1.20 295.00/hr | 354.00 |
| | DWT | Reviewed actual versus forecast cash flow report | 0.80 250.00/hr | 200.00 |
| | DWT | Finalize time summary analysis among professionals | 2.10 250.00/hr | 525.00 |
| 8/29/2006 | DN | Prep & delivery of question re compensation cash flow actuals | 0.90 250.00/hr | 225.00 |
| | DN | Preparation, review, and analysis of trended MOR and financial statement results | 3.10 250.00/hr | 775.00 |
| | DN | Follow-up on details re compensation cash flow actuals | 0.70 250.00/hr | 175.00 |
| | DWT | Reviewed loan file detail on pdf files | 1.10 250.00/hr | 275.00 |
| | DWT | Summarized collections by week. | 0.90 250.00/hr | 225.00 |
| | DWT | Reviewed hard asset appraisal | 0.40 250.00/hr | 100.00 |
| | DWT | Created service fee revenue, cash collection and revenue estimate to demonstrate value of servicing contracts as an asset | 1.80 250.00/hr | 450.00 |
| | DN | Review of Aug weekly collections distributed by Mesirow Financial | 1.30 250.00/hr | 325.00 |
| 8/30/2006 | DWT | Reviewed most recent "Loan monitoring report" and noticed exit fees and have not been able to trace them as an accrued asset to any financial report or statement. | 1.70 250.00/hr | 425.00 |

USA Commercial Mortgage                                                            Page     11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/30/2006 | DWT | Met with client to follow up on various questions related to open items that have accumulated as a result of analysis of numerous items including financail statemetns and loan summaries. | 2.50 250.00/hr | 625.00 |
|  | DN | Review of Aug weekly collections distributed by Mesirow Financial | 0.90 250.00/hr | 225.00 |
|  | DN | Continue review of Aug weekly collections distributed by Mesirow Financial | 1.20 250.00/hr | 300.00 |
|  | DN | Prep & delivery of requests for additional information re various actual P&L line items | 1.10 250.00/hr | 275.00 |
|  | DN | Review of reported P&L actual results through June '06 | 1.90 250.00/hr | 475.00 |
| 8/31/2006 | DWT | Researched pension plan liability to determine whether it is a defined benefit, contribution or other type of plan. | 1.10 250.00/hr | 275.00 |
|  | DN | Conversation with James Reed regarding additional information requested | 0.40 250.00/hr | 100.00 |
|  | DN | Review of Aug weekly collections distributed by Mesirow Financial | 1.90 250.00/hr | 475.00 |
|  | DWT | Estimated cost structure of a minimal organization that would be needed to service remaining portfolio. | 2.30 250.00/hr | 575.00 |
|  | DWT | Created portfolio runoff model to incorporate into an operational model that will show estimated revenue and costs to service remianing portfolio. | 2.60 250.00/hr | 650.00 |
|  | DN | Continue review of Aug weekly collections distributed by Mesirow Financial | 1.80 250.00/hr | 450.00 |
|  | SUBTOTAL: |  | [      206.70 | 52,786.50] |

General Case Strategy

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/2006 | EMB | Participated in weekly committee conference call. | 2.20 295.00/hr | 649.00 |
| 8/3/2006 | EMB | Coordinated with counsel on meeting and dinner with Mesirow. | 0.30 295.00/hr | 88.50 |
|  | EMB | Drafted work plan for new tasks as approved by committee. | 0.30 295.00/hr | 88.50 |
|  | EMB | Participate in conference calls with other committee counsel and advisors to discuss tomorrows hearing. | 1.60 295.00/hr | 472.00 |

USA Commercial Mortgage                                                          Page    12

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/4/2006 EMB | Met with counsel to follow up on issues. | 0.40<br>295.00/hr | 118.00 |
| 8/8/2006 EMB | Participated in meeting with Mesirow in Los Angeles to discuss plan and sales issues. | 4.60<br>295.00/hr | 1,357.00 |
| EMB | Follow up with counsel on meeting issues. | 0.30<br>295.00/hr | 88.50 |
| 8/9/2006 EMB | Particiapted in weekly committee conference call. | 1.90<br>295.00/hr | 560.50 |
| DWT | Participated in conference call with committee - NO CHARGE | 1.90<br>250.00/hr | NO CHARGE |
| 8/14/2006 EMB | Particiapted in weekly conference call with other committees. | 0.90<br>295.00/hr | 265.50 |
| EMB | Drafted questions and information requests to Mesirow along with work plan. Drafted seperate e mail requesting office for FA use. | 0.70<br>295.00/hr | 206.50 |
| 8/15/2006 EMB | Meet with counsel and committee chair to discuss sale issues and other plan options. | 1.10<br>295.00/hr | 324.50 |
| EMB | Meet with Diversified Committee at L&R. | 1.20<br>295.00/hr | 354.00 |
| 8/16/2006 EMB | Responded to various inquiries from counsel. | 0.30<br>295.00/hr | 88.50 |
| 8/17/2006 EMB | Participated in all hands committee and debtor meeting to discuss plan issues. | 2.30<br>295.00/hr | 678.50 |
| 8/21/2006 EMB | Correspondence with Mesirow regarding infomration and data request and access to people to answer questions. | 0.30<br>295.00/hr | 88.50 |
| EMB | Participated in USACM committee call. | 3.30<br>295.00/hr | 973.50 |
| 8/22/2006 EMB | Meet with Mesirow to discuss USACM assets for sale, plan issues and litigation trust matters. | 2.10<br>295.00/hr | 619.50 |
| 8/23/2006 EMB | Met with committee members to discuss sale and plan issues. | 1.10<br>295.00/hr | 324.50 |
| EMB | Call with counsel and committee chairman to discuss latest loan summary, plan development and asset sales. | 1.20<br>295.00/hr | 354.00 |
| EMB | Participated on conference call with Debtor and other committees. | 1.30<br>295.00/hr | 383.50 |

USA Commercial Mortgage                                                                      Page    13

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/23/2006 EMB | Conversation with counsel to discuss plan issues and matters discussed with Mesirow. | 0.30 295.00/hr | 88.50 |
| 8/28/2006 EMB | Participated on conference call with debtor and other committee professionals. | 1.20 295.00/hr | 354.00 |
| EMB | Drafted memo to counsel and committee chairperson to discuss other pending issues. | 0.40 295.00/hr | 118.00 |
| 8/29/2006 EMB | Conversation with counsel on sale and plan issues. | 0.30 295.00/hr | 88.50 |
| EMB | Worked with Mesirow to coordinate information requests and access to data. | 0.30 295.00/hr | 88.50 |
| 8/30/2006 EMB | Conversations with T. Allison regarding plan and sale issues. | 0.50 295.00/hr | 147.50 |
| EMB | Participated on USACM committee call. | 1.30 295.00/hr | 383.50 |
| SUBTOTAL: | | [ 33.60 | 9,351.50] |

Liquidation Analysis

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/2/2006 DWT | Created Liquidation Analysis based on expected recovery of assets | 2.80 250.00/hr | 700.00 |
| 8/16/2006 DWT | Created recovery estimate for short term investment based on 6/30/06 loan balance, interest due and hilco's appraisal. | 1.70 250.00/hr | 425.00 |
| 8/18/2006 DWT | Performed analysis of collectibility of all assets compared to Mesirow estimates | 1.70 250.00/hr | 425.00 |
| DWT | Performed analysis of collectibility of other assets as of filing date | 1.50 250.00/hr | 375.00 |
| DWT | Performed analysis of collectibility of short term investments. | 1.80 250.00/hr | 450.00 |
| DWT | performed analysis of collectibility of extention fees | 2.10 250.00/hr | 525.00 |
| 8/21/2006 DWT | Performed analysis of collectibility of prepaid interest as of filing date. | 1.40 250.00/hr | 350.00 |
| EMB | Analysis of estiamted liquidation values per Mesirow and Sierra calculations.  Follow up on certain items and questions. | 0.70 295.00/hr | 206.50 |

USA Commercial Mortgage                                                                    Page     14

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/21/2006 | DWT | Added notes receivable analysis template to the asset detail analysis summary. | 1.70 250.00/hr | 425.00 |
|  | DWT | Consolidated various aspects of liquidation analysis into summary. | 2.50 250.00/hr | 625.00 |
| 8/23/2006 | EMB | Analyze preliminary liquidation analysis of USACM and compared balance sheet items for sale. | 1.40 295.00/hr | 413.00 |
| 8/24/2006 | EMB | Analysis liquidation analysis of USACM and drafted memo to counsel and committee chairperson on financials. | 0.80 295.00/hr | 236.00 |
|  | DWT | Updated liquidation analysis summary with current information received from USA Capital organization charts and other new information received. | 0.80 250.00/hr | 200.00 |
|  | | SUBTOTAL: | [      20.90 | 5,355.50] |

Misc Motions & Responses

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/7/2006 | EMB | Read and comment on amended Fertitta motion. | 0.20 295.00/hr | 59.00 |
| 8/11/2006 | EMB | Review proposed order to distribute funds and gave comments to counsel. | 0.30 295.00/hr | 88.50 |
| 8/14/2006 | EMB | Read and comment on suggestions regarding $9 mm of pre petition funds in collection account and amount to not be distributed. | 0.60 295.00/hr | 177.00 |
|  | EMB | Review and respond to language in order for fund distribution. | 0.20 295.00/hr | 59.00 |
| 8/21/2006 | EMB | Review draft of letter to be sent to direct lenders to recover pre paid interest. | 0.20 295.00/hr | 59.00 |
| 8/25/2006 | EMB | Review objection filed by USACM as well as other motions received from counsel. | 0.60 295.00/hr | 177.00 |
|  | | SUBTOTAL: | [      2.10 | 619.50] |

Mo Operating Reports

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/7/2006 | EMB | Review summary of monthly operating reports and noted issues for follow up. | 0.60 295.00/hr | 177.00 |
| 8/8/2006 | EMB | Review monthly operating reports and noted issues for follow up on actual performance. | 0.60 295.00/hr | 177.00 |

USA Commercial Mortgage                                                                 Page    15

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/23/2006 | DWT | Input June monthly operating results into summary | 3.30 250.00/hr | 825.00 |
|  | SUBTOTAL: |  | [      4.50 | 1,179.00] |

Plan & Disclosure Stmt

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/25/2006 | EMB | Read and comment on draft joint plan as received from First Trust. | 1.10 295.00/hr | 324.50 |
| 8/26/2006 | EMB | Conference call with counsel and committee chairman to discuss plan proposal as received from FTDF. | 0.40 295.00/hr | 118.00 |
| 8/28/2006 | EMB | Review proposed draft of plan. | 0.50 295.00/hr | 147.50 |
| 8/29/2006 | EMB | Conference call with USACM ans DTF professionals to disucss plan issues. | 1.10 295.00/hr | 324.50 |
|  | EMB | Read and make comments on draft of plan as distributed by debtors' counsel. | 1.30 295.00/hr | 383.50 |
|  | EMB | Follow up conference call with all committe professionals and debtor to discuss plan issues. | 1.20 295.00/hr | 354.00 |
|  | EMB | Further review of plan as modified by Rob Charles. | 0.30 295.00/hr | 88.50 |
| 8/30/2006 | EMB | Continue to read and comment on debtors' proposed plan. | 0.80 295.00/hr | 236.00 |
| 8/31/2006 | EMB | Participated in muti committee meeting to discuss plan and sale issues. | 3.80 295.00/hr | 1,121.00 |
|  | EMB | Follow up with counsel on alternative plan issues. | 0.80 295.00/hr | 236.00 |
|  | SUBTOTAL: |  | [     11.30 | 3,333.50] |
|  | **For professional services rendered** |  | **317.00** | **$83,446.00** |

Additional Charges :

Airfare

| 8/3/2006 | Airfare | 233.60 |
|---|---|---|
| 8/7/2006 | Airfare | 246.60 |

USA Commercial Mortgage                                            Page     16

|  |  | Amount |
|---|---|---|
| 8/8/2006 Airfare to/from LAX to meet at Stutman | | 240.60 |
| 8/10/2006 Airfare to/from LV | | 230.60 |
| 8/11/2006 Airfare to/from LAS (8/15-17) | | 123.59 |
| Airfare to/from LAS, 8/15-17 | | 258.60 |
| 8/17/2006 Airfare | | 283.60 |
| 8/22/2006 Airfare | | 283.60 |
| Airfare | | 246.60 |
| SUBTOTAL: | [ | 2,147.39] |

Auto_____

|  |  |  |
|---|---|---|
| 8/3/2006 Rental Car | | 71.14 |
| Rental Car | | 56.70 |
| Rental Car Gas | | 1.30 |
| 8/17/2006 Rental Car | | 190.03 |
| SUBTOTAL: | [ | 319.17] |

Hotel_____

|  |  |  |
|---|---|---|
| 8/3/2006 Hotel | | 324.82 |
| Hotel | | 175.37 |
| 8/10/2006 Hotel - 1 night | | 136.25 |
| 8/17/2006 Hotel - 2 nights | | 259.42 |
| Hotel | | 316.09 |
| 8/22/2006 Hotel fees | | 129.71 |
| 8/25/2006 Hotel | | 338.09 |
| SUBTOTAL: | [ | 1,679.75] |

USA Commercial Mortgage                                                                              Page     17

                                                                                                    Amount

        Meals

 8/1/2006 Dinner                                                                                     26.50

 8/8/2006 Out of town meal in LA (with Rob Charles)                                                  47.33

8/10/2006 Out of town meal                                                                               24.39

        Out of town meal                                           24.40

8/15/2006 Out of town meal with Dave Tiffany                                                             46.33

8/16/2006 Out of town meal                                                                               19.09

        Out of town meal                                           19.09

8/17/2006 Out of town meal, DT and DN                                                                    43.00
                                                                                                _____

        SUBTOTAL:                                          [      250.13]

        Rental Car

8/25/2006 Rental Car                                                                                    143.00

8/30/2006 Rental Car Fees                                                                                72.10
                                                                                                _____

        SUBTOTAL:                                          [      215.10]

        Travel

 8/3/2006 Airport Parking                                                                            60.00

        Airport Parking                                            40.00

 8/8/2006 Cab from LAX to Stutman                                                                    45.00

        Parking at airport (for trip to LA)                        20.00

 8/9/2006 Transport to airport                                                                       58.10

8/11/2006 Transport from airport                                                                         55.73

8/16/2006 Transport to airport                                                                           58.10

8/17/2006 Transport from airport                                                                         56.05

        Rental Car Gas                                             13.13

USA Commercial Mortgage                                              Page    18

|  | Amount |
|---|---|
| 8/17/2006 Airport parking | 60.00 |
| Transport from airport to home | 56.05 |
| 8/22/2006 Transport to airport | 57.10 |
| 8/25/2006 Airport Parking | 60.00 |
| 8/30/2006 Airport Parking | 20.00 |
| SUBTOTAL: | [    659.26] |
| **Total costs** | **$5,270.80** |
| **Total amount of this bill** | **$88,716.80** |
| Balance due | $88,716.80 |

Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Doug Noblitt | 74.60 | 250.00 | $18,650.00 |
| EDWARD "TED" M. BURR | 103.80 | 295.00 | $30,621.00 |
| Dave Tiffany | 136.70 | 250.00 | $34,175.00 |

Invoices 30 days past due are subject to a 1.5% late payment fee.