*"Exhibit 1"*

1  AUGUST B. LANDIS, Assistant United States Trustee
   State Bar # IA PK9228
2  augie.landis@usdoj.gov
   UNITED STATES DEPARTMENT OF JUSTICE
3  Office of the United States Trustee
   300 Las Vegas Boulevard, So., Suite 4300
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6600 Ext. 235
5  Facsimile:  (702) 388-6658

6  Attorneys for the Acting United States Trustee
        SARA L. KISTLER
7
                    UNITED STATES BANKRUPTCY COURT
8
                         DISTRICT OF NEVADA
9
   In re:
10
   **USA Commercial Mortgage Company**
11       **06-10725 -- Lead Case**                    **Jointly Administered**
                                                      Chapter 11 Cases
12 **USA Capital Realty Advisors, LLC**               Judge **Linda B. Riegle** Presiding
        06-10726
13
   **USA Capital Diversified Trust Deed Fund, LLC**   Date:  N/A
14       06-10727                                     Time:  N/A
                                                      Place:  N/A
15 **USA Capital First Trust Deed Fund, LLC**
        06-10728
16                                                    **Affecting:**
   **USA Securities, LLC**                            ☒ All Cases
17       06-10729            Debtors                  **or Only:**
                                                      ☐ USA Commercial Mortgage Company
18                                                    ☐ USA Capital Realty Advisors, LLC
                                                      ☐ USA Capital Diversified Trust Deed Fund,
19                                                    LLC
                                                      ☐ USA Capital First Trust Deed Fund, LLC
20                                                    ☐ USA Securities, LLC

21      THE UNITED STATES TRUSTEE'S NOTICE OF OBJECTION TO THE

22      INITIAL MONTHLY STATEMENT OF RAY QUINNEY & NEBEKER

23          In compliance with the provisions of the Court's Administrative Order Establishing

24 Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered

25 August 29, 2006 [Docket No. 1202], the United States Trustee submits the following Notice of

26 Objection to the Initial Monthly Statement of Ray Quinney & Nebeker.

27

28

1  **I.    RATES AND PROFESSIONALS**

2      The rates charged for this Interim Application correspond with the rates listed on the

3  Application to Retain:

4      19 Shareholders:          $220 - $315        Two (2) Of Counsel:  $250 - $290,

5      Three (3)  Associates:    $190 - $195        Four (4) Law Clerks rates:   $115 - 130

6      Five (5) Paralegals rates:  $110 - $125.

7      **Blended Rates: Attorneys $251.28; Law Clerk $117.72; Paralegals $119.91.**

8

9  **II.   OBJECTIONS TO ATTORNEY FEES BILLED**

10      **A.    CLERICAL ISSUES**

11
12          1.    There are a total of 13.1 hours ($3,292) spent on tasks, such as docket
              review and preparing hearing binder, that should have been delegated to a
13              paralegal and/or billed at paralegal rates.

      **B.    LUMPING**
14
15          1.    There are approximately 200 obvious lumped hours billed ($50,256) by
              various attorneys.  Paragraph time entries that are broken down by time
16              spent, still contain lumped billing.

17      **C.    RESEARCH**

18          1.    A total of 63.1 hours ($15,856) was spent on research regarding issues
              related to 11 U.S.C. § 365.  No related motion, pleading, or argument is
19              evident from the docket.

20
      **D.    INTERNAL CONFERENCES**
21
22          1.    Approximately 812.05 hours are attributable to intraoffice conferencing at
              RQN, resulting in a total expense of $204,052 to the Debtors' estates.
23

24      **F.    SUMMARY OF FEE OBJECTIONS**

25          1.    Clerical Time              13.1 hours       $   3,292.00
          2.    Lumping                   200 hours        $  50,256.00
          3.    Research                  63.1 hours       $  15,856.00
26          4.    Internal Conferences     812.05 hours     $204,052.00

27              **Total Fee Objections:**                    **$273,456.00**

28

Page -2-

**III.    OBJECTIONS TO EXPENSES BILLED**

    **A.    PARALEGAL SERVICES**

        1.    Expense item for "Paralegal Service" between May 4 and 26, 2006. At that time, 5 RQN in-house paralegals were assigned to the case.    $ 3,750.50

    **B.    LEGAL RESEARCH**

        1.    No backup documents, invoices, or actual bills    $27,842.08

    **C.    BUSINESS MEALS**

        1.    Unable to differentiate from travel expenses that include meals in description    $    796.46

    **D.    TRAVEL EXPENSES**

        1.    Prepetition expenses; duplication of air fare; air fare for "Unknown" Travelers. Spreadsheet attached.    $18,906.87

    **Total Expense Objections:**    **$51,295.91**

**IV.    ADDITIONAL OBJECTIONS**

The United States Trustee expressly reserves the right to challenge fees and expenses premised upon actual conflicts of interest attendant to representation of multiple debtors, and to raise any additional and appropriate objections at the time of filing of any application for interim approval and allowance of fees and expenses pursuant to section 331 of the Bankruptcy Code.

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: _/s/ August B. Landis_
August B. Landis, Assistant United States Trustee
United States Department of Justice

# *"Exhibit 2"*

1  AUGUST B. LANDIS, Assistant United States Trustee
   State Bar # IA PK9228
2  *augie.landis@usdoj.gov*
   **UNITED STATES DEPARTMENT OF JUSTICE**
3  Office of the United States Trustee
   300 Las Vegas Boulevard, So., Suite 4300
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6600 Ext. 235
5  Facsimile:  (702) 388-6658

6  Attorneys for the Acting United States Trustee
           SARA L. KISTLER
7
                **UNITED STATES BANKRUPTCY COURT**
8
                      **DISTRICT OF NEVADA**
9
   In re:
10
   **USA Commercial Mortgage Company**
11      **06-10725 -- Lead Case**                    **Jointly Administered**
                                                     Chapter 11 Cases
12 **USA Capital Realty Advisors, LLC**             Judge **Linda B. Riegle** Presiding
        06-10726
13
   **USA Capital Diversified Trust Deed Fund, LLC**  Date:  N/A
14      06-10727                                     Time:  N/A
                                                     Place: N/A
15 **USA Capital First Trust Deed Fund, LLC**
        06-10728
16                                                   **Affecting:**
   **USA Securities, LLC**                           ☒ All Cases
17      06-10729            Debtors                   **or Only:**
                                                     ☐ USA Commercial Mortgage Company
18                                                   ☐ USA Capital Realty Advisors, LLC
                                                     ☐ USA Capital Diversified Trust Deed Fund,
19                                                   LLC
                                                     ☐ USA Capital First Trust Deed Fund, LLC
20                                                   ☐ USA Securities, LLC

21      <u>**THE UNITED STATES TRUSTEE'S OBJECTION TO THE INITIAL**</u>

22      <u>**MONTHLY STATEMENT OF ALVAREZ & MARISAL**</u>

23        In compliance with the provisions of the Court's Administrative Order Establishing

24 Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered

25 August 29, 2006 [Docket No. 1202], the United States Trustee submits the following Notice of

26 Objection to the Initial Monthly Statement of Alvarez & Marisal:

27

28

I.  **VOLUNTARY RATE WRITEDOWN**

The United States Trustee notes that as a condition of their employment, Alvarez &
Marisal reduced their standard hourly rate by 15%. The rate writedown resulted in a
voluntary reduction from standard fees of $29,300. The fees requested are net of that
write down.

II.  **OBJECTIONS TO PROFESSIONAL FEES BILLED**

A.  The employment retention agreement for Alvarez & Marisal reflects four tiers of
personnel at varying hourly rates: Managing Directors ($465 - 550); Directors
($315 - 400); Senior Associates ($255 - 310); and Associates/Analysts ($145 -
245). The fee application (page 6, § 12) states that the firm delegated
responsibility (where appropriate) to utilize the services of professionals billing at
lower hourly rates. However, 92% of all hours billed were charged by senior
staff, while only 5.95% of the hours billed were billed by associate level staff, and
only 2.32% of the hours billed were billed at the lowest cost tier. Delegation to
the lowest cost qualified personnel did not occur. A reduction of 3% of the total
professional fees billed ($4,980.93) is warranted.

III.  **ADDITIONAL OBJECTIONS**

The United States Trustee expressly reserves the right to raise any additional and
appropriate objections at the time of filing of any application for interim approval and
allowance of fees and expenses pursuant to section 331 of the Bankruptcy Code.

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: _/s/ August B. Landis_
August B. Landis, Assistant United States Trustee
United States Department of Justice

Page -2-

1  AUGUST B. LANDIS, Assistant United States Trustee
   State Bar # IA PK9228
2  *augie.landis@usdoj.gov*
   **UNITED STATES DEPARTMENT OF JUSTICE**
3  Office of the United States Trustee
   300 Las Vegas Boulevard, So., Suite 4300
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6600 Ext. 235
5  Facsimile:  (702) 388-6658

6  Attorneys for the Acting United States Trustee
       SARA L. KISTLER
7
                   **UNITED STATES BANKRUPTCY COURT**
8
                        **DISTRICT OF NEVADA**
9
   In re:
10
   **USA Commercial Mortgage Company**
11         **06-10725 -- Lead Case**                    | **Jointly Administered**

12 **USA Capital Realty Advisors, LLC**                 | Chapter 11 Cases
           06-10726                                      | Judge **Linda B. Riegle** Presiding
13
   **USA Capital Diversified Trust Deed Fund, LLC**     | Date:  N/A
14         06-10727                                      | Time:  N/A

15 **USA Capital First Trust Deed Fund, LLC**           | Place:  N/A
           06-10728
16
   **USA Securities, LLC**                               | **Affecting:**
17         06-10729            Debtors                    | ☒ All Cases
                                                          | **or Only:**
18                                                        | ☐ USA Commercial Mortgage Company
                                                          | ☐ USA Capital Realty Advisors, LLC
19                                                        | ☐ USA Capital Diversified Trust Deed Fund,
                                                          | LLC
20                                                        | ☐ USA Capital First Trust Deed Fund, LLC
                                                          | ☐ USA Securities, LLC

21       <u>**THE UNITED STATES TRUSTEE'S OBJECTION TO THE INITIAL**</u>

22       <u>**MONTHLY STATEMENT OF BECKLEY SINGLETON, CHTD.**</u>

23        In compliance with the provisions of the Court's Administrative Order Establishing

24 Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered

25 August 29, 2006 [Docket No. 1202], the United States Trustee submits the following Notice of

26 Objection to the Initial Monthly Statement of Beckley Singleton, Chtd.:

27

28

## I.   OBJECTIONS TO ATTORNEY FEES BILLED

### A.   CALCULATION ERRORS - CASE ADMINISTRATION CATEGORY

1.   Anne Loraditch - Billings total 3.4 hours;
however, .7 hours of that time is marked "No
Charge." Fees should be reduced using
her average rate.                                                                      $  158.82

2.   Patricia Kois - Billings total 30.30 hours;
however, 10.2 hours of that time is marked "No
Charge." Fees should be reduced using
her average rate.                                                                      $  847.31

### B.   VAGUE/INCOMPLETE/DUPLICATE ENTRIES

1.   Bob Olson - Three vague entries in the Case
Administration Category:  "Review various e-mails
in case," (.3 hours); "Review various e-mails and
draft papers to be filed" (.3 hours); "Review various
e-mails regarding status of case" (.4 hours).  Fees
should be adjusted using his hourly rate of $350.              $  350.00

2.   Brett Axelrod - In the Creditor/Equity
Communications category, recorded an incomplete
entry "Conference with Bob Cranley" with no
detail for .2 hours.  Fees should be adjusted using her
hourly rate.                                                                             $   73.00

3.   Michael Feder - In the Bankruptcy Litigation category,
Entered an incomplete duplicate entry containing only
the letter "M" for .3 hours.  The following entry begins
with the word "Meeting." Fees should be adjusted to
delete the incomplete and duplicative entry using his
hourly rate.                                                                            $   90.00

**Total Attorney Fee Objections:**                                    **$1,519.13**

## II.   ADDITIONAL OBJECTIONS

The United States Trustee expressly reserves the right to raise any additional and
appropriate objections at the time of filing of any application for interim approval and
allowance of fees and expenses pursuant to section 331 of the Bankruptcy Code.

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By:  /s/ August B. Landis
        August B. Landis, Assistant United States Trustee
        United States Department of Justice

Page -2-

1  AUGUST B. LANDIS, Assistant United States Trustee
   State Bar # IA PK9228
2  *augie.landis@usdoj.gov*
   **UNITED STATES DEPARTMENT OF JUSTICE**
3  Office of the United States Trustee
   300 Las Vegas Boulevard, So., Suite 4300
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6600 Ext. 235
5  Facsimile:  (702) 388-6658

6  Attorneys for the Acting United States Trustee
       SARA L. KISTLER
7
                    **UNITED STATES BANKRUPTCY COURT**
8
                          **DISTRICT OF NEVADA**
9
   In re:
10
   **USA Commercial Mortgage Company**
11         **06-10725 -- Lead Case**                  **Jointly Administered**
12 **USA Capital Realty Advisors, LLC**             Chapter 11 Cases
           06-10726                                 Judge **Linda B. Riegle** Presiding
13
   **USA Capital Diversified Trust Deed Fund, LLC**
14         06-10727                                 Date:  N/A
                                                    Time:  N/A
15 **USA Capital First Trust Deed Fund, LLC**       Place:  N/A
           06-10728
16                                                  **Affecting:**
   **USA Securities, LLC**                          ☒ All Cases
17         06-10729            Debtors              **or Only:**
                                                    ☐ USA Commercial Mortgage Company
18                                                  ☐ USA Capital Realty Advisors, LLC
                                                    ☐ USA Capital Diversified Trust Deed Fund,
19                                                  LLC
                                                    ☐ USA Capital First Trust Deed Fund, LLC
20                                                  ☐ USA Securities, LLC

21     __THE UNITED STATES TRUSTEE'S OBJECTION TO THE INITIAL__

22         __MONTHLY STATEMENT OF DAVID HUSTON__

23         In compliance with the provisions of the Court's Administrative Order Establishing

24 Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered

25 August 29, 2006 [Docket No. 1202], the United States Trustee submits the following Notice of

26 Objection to the Initial Monthly Statement of David Huston:

27

28

I.    **OBJECTIONS TO ATTORNEY FEES BILLED**

    A.    **SERVICES BILLED PRIOR TO COURT APPROVAL OF RETENTION**

        1.    The order employing Mr. Huston as special counsel was entered July 21, 2006. Mr. Huston was employed under general retainer, but not *nunc pro tunc*. A total of 16.6 hours billed were for services rendered prior to court approval, and an attendant reduction in fees is necessary.    $ 4,980.00

II.   **ADDITIONAL OBJECTIONS**

The United States Trustee expressly reserves the right to raise any additional and appropriate objections at the time of filing of any application for interim approval and allowance of fees and expenses pursuant to section 331 of the Bankruptcy Code.

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By:  */s/ August B. Landis*
    August B. Landis, Assistant United States Trustee
    United States Department of Justice

1  AUGUST B. LANDIS, Assistant United States Trustee
   State Bar # IA PK9228
2  *augie.landis@usdoj.gov*
   **UNITED STATES DEPARTMENT OF JUSTICE**
3  Office of the United States Trustee
   300 Las Vegas Boulevard, So., Suite 4300
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6600 Ext. 235
5  Facsimile:  (702) 388-6658

6  Attorneys for the Acting United States Trustee
       SARA L. KISTLER
7
                    **UNITED STATES BANKRUPTCY COURT**
8
                          **DISTRICT OF NEVADA**
9
   In re:
10
   **USA Commercial Mortgage Company**
11      **06-10725 -- Lead Case**                    **Jointly Administered**
                                                     Chapter 11 Cases
12 **USA Capital Realty Advisors, LLC**              Judge **Linda B. Riegle** Presiding
       06-10726
13
   **USA Capital Diversified Trust Deed Fund, LLC**  Date:  N/A
14     06-10727                                      Time:  N/A
                                                     Place: N/A
15 **USA Capital First Trust Deed Fund, LLC**
       06-10728
16                                                   **Affecting:**
   **USA Securities, LLC**                           ☒ All Cases
17     06-10729            Debtors                    **or Only:**
                                                     ☐ USA Commercial Mortgage Company
18                                                   ☐ USA Capital Realty Advisors, LLC
                                                     ☐ USA Capital Diversified Trust Deed Fund,
19                                                   LLC
                                                     ☐ USA Capital First Trust Deed Fund, LLC
20                                                   ☐ USA Securities, LLC

21        <u>**THE UNITED STATES TRUSTEE'S OBJECTION TO THE INITIAL**</u>

22                  <u>**MONTHLY STATEMENT OF**</u>

23        In compliance with the provisions of the Court's Administrative Order Establishing

24 Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered

25 August 29, 2006 [Docket No. 1202], the United States Trustee submits the following Notice of

26 Objection to the Initial Monthly Statement of Lewis & Rocca, LLP:

27

28

I.   **OBJECTIONS TO ATTORNEY FEES BILLED**

    A.   Vague time entry, lumping of research time, drafting
        time, and office conference time                  $6,646.50

II.  **OBJECTIONS TO EXPENSES BILLED**

    A.   **DELIVERY CHARGES**

        1.   In-house runner service to court charged $90.00 for
            5 trips billed on 7/17/06            $    90.00

    B.   **LEGAL RESEARCH**

        1.   Westlaw charges for approximately 180 hours of
            research time billed by 3 associates, which also
            included some drafting and intraoffice conference
            time.  Review of itemized Westlaw entries shows
            charges for days no research was billed, as well as
            charges that do not correspond to time entries on
            dates when research was billed.        $31,452.42

III. **ADDITIONAL OBJECTIONS**

The United States Trustee expressly reserves the right to raise any additional and
appropriate objections at the time of filing of any application for interim approval and
allowance of fees and expenses pursuant to section 331 of the Bankruptcy Code.

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**


By: _/s/ August B. Landis_
    August B. Landis, Assistant United States Trustee
    United States Department of Justice

1   AUGUST B. LANDIS, Assistant United States Trustee
    State Bar # IA PK9228
2   augie.landis@usdoj.gov
    UNITED STATES DEPARTMENT OF JUSTICE
3   Office of the United States Trustee
    300 Las Vegas Boulevard, So., Suite 4300
4   Las Vegas, Nevada 89101
    Telephone: (702) 388-6600 Ext. 235
5   Facsimile:  (702) 388-6658

6   Attorneys for the Acting United States Trustee
        SARA L. KISTLER
7
                    UNITED STATES BANKRUPTCY COURT
8
                            DISTRICT OF NEVADA
9
    In re:
10
    **USA Commercial Mortgage Company**
11         **06-10725 -- Lead Case**                    **Jointly Administered**
                                                        Chapter 11 Cases
12  **USA Capital Realty Advisors, LLC**                Judge **Linda B. Riegle** Presiding
           06-10726
13
    **USA Capital Diversified Trust Deed Fund, LLC**    Date:  N/A
14         06-10727                                     Time:  N/A
                                                        Place:  N/A
15  **USA Capital First Trust Deed Fund, LLC**
           06-10728
16                                                      **Affecting:**
    **USA Securities, LLC**                             ☒ All Cases
17         06-10729              Debtors                **or Only:**
                                                        ☐ USA Commercial Mortgage Company
18                                                      ☐ USA Capital Realty Advisors, LLC
                                                        ☐ USA Capital Diversified Trust Deed Fund,
19                                                      LLC
                                                        ☐ USA Capital First Trust Deed Fund, LLC
20                                                      ☐ USA Securities, LLC

21      <u>**THE UNITED STATES TRUSTEE'S NOTICE OF OBJECTION TO THE**</u>

22       <u>**INITIAL MONTHLY STATEMENT OF MESIROW FINANCIAL**</u>

23          In compliance with the provisions of the Court's Administrative Order Establishing

24  Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered

25  August 29, 2006 [Docket No. 1202], the United States Trustee submits the following Notice of

26  Objection to the Initial Monthly Statement of Mesirow Financial:

27

28

**II.**   **OBJECTION TO FEES BILLED**

The Forensic Loan Accounting category is about 50.7% of total time and about 46% of the total fees requested by Mesirow.  The blended rate for this category is approximately $368/hour.  Based upon the time entries and task descriptions, it appears that there was a limited amount of overlapping (*see* Loan Portfolio, Forensic Loan Accounting, and Financial Analysis task descriptions), and that some of the tasks performed could have been performed by a lower level accountant.  If 60% of the time expended had been billed by a lower level professional at $200/hour, 30% performed by a more experienced professional at $400/hour, and 10% by a senior professional at $650/hour, the blended rate would be approximately $305/hour.  The difference would be $260,000 with respect to the fees billed for this category.  However, Mesirow's application indicates that they essentially had to reconstruct all of the loan ledgers (i.e., they could not rely on the debtors' records).   Under the circumstances of this case, the use of higher level professionals to perform tasks, which on a prospective basis should be performed by lower level staff accountants/paraprofessionals/bookkeepers, is generally appropriate. However, a downward adjustment of 3% of the $1,528,168 in total fees billed under the Forensic Loan Accounting category, or $45,805.04, is warranted.

**III.**  **ADDITIONAL OBJECTIONS**

The United States Trustee expressly reserves the right to challenge fees and expenses premised upon actual conflicts of interest attendant to representation of multiple debtors, and to raise any additional and appropriate objections at the time of filing of any application for interim approval and allowance of fees and expenses pursuant to section 331 of the Bankruptcy Code.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: _/s/ August B. Landis_
    August B. Landis, Assistant United States Trustee
    United States Department of Justice

1  AUGUST B. LANDIS, Assistant United States Trustee
   State Bar # IA PK9228
2  *augie.landis@usdoj.gov*
   **UNITED STATES DEPARTMENT OF JUSTICE**
3  Office of the United States Trustee
   300 Las Vegas Boulevard, So., Suite 4300
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6600 Ext. 235
5  Facsimile:  (702) 388-6658

6  Attorneys for the Acting United States Trustee
        SARA L. KISTLER
7
                **UNITED STATES BANKRUPTCY COURT**
8
                     **DISTRICT OF NEVADA**
9
   In re:
10
   **USA Commercial Mortgage Company**
11        **06-10725 -- Lead Case**                  **Jointly Administered**
                                                  Chapter 11 Cases
12 **USA Capital Realty Advisors, LLC**            Judge **Linda B. Riegle** Presiding
        06-10726
13
   **USA Capital Diversified Trust Deed Fund, LLC**   Date:  N/A
14        06-10727                                     Time:  N/A
                                                       Place: N/A
15 **USA Capital First Trust Deed Fund, LLC**
        06-10728
16                                                 **Affecting:**
   **USA Securities, LLC**                         ☑ All Cases
17        06-10729            Debtors             **or Only:**
                                                   ☐ USA Commercial Mortgage Company
18                                                 ☐ USA Capital Realty Advisors, LLC
                                                   ☐ USA Capital Diversified Trust Deed Fund,
19                                                 LLC
                                                   ☐ USA Capital First Trust Deed Fund, LLC
20                                                 ☐ USA Securities, LLC

21    **THE UNITED STATES TRUSTEE'S OBJECTION TO THE INITIAL**

22  **MONTHLY STATEMENT OF ORRICK, HARRINGTON& SUTCLIFFE, LLP**

23        In compliance with the provisions of the Court's Administrative Order Establishing

24 Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered

25 August 29, 2006 [Docket No. 1202], the United States Trustee submits the following Notice of

26 Objection to the Initial Monthly Statement of Orrick, Harrington & Sutcliffe, LLP:

27

28

1    I.    **VOLUNTARY WRITEDOWN**

2         The United States Trustee notes that $15,000.00 in fees were voluntarily written down as

3         duplicative, unnecessary, or unproductive, and that the fees requested are net of that write

4         down.

5    I.    **OBJECTIONS TO ATTORNEY FEES BILLED**

6         A.    **OF COUNSEL BILLING**

7              1.    Jeffrey Herman, Of Counsel, billed
                     244.10 hours at a rate of $570.00 per hour
8                    ($139,137).  Related time entries are lumped,
                     combining review and analysis time with
9                    correspondence; travel time with meeting time;
                     conference call time with further review and
10                   analysis.  Entries for email communications
                     are generally vague, omitting party names,
11                   subject matter, or both. A 30% reduction of
                     the total fee charged for Of Counsel time
12                   is warranted.                                          $41,741.10

13   II.   **ADDITIONAL OBJECTIONS**

14        The United States Trustee expressly reserves the right to raise any additional and
          appropriate objections at the time of filing of any application for interim approval and
15        allowance of fees and expenses pursuant to section 331 of the Bankruptcy Code.

16
17                                  Respectfully submitted,

18                                  SARA L. KISTLER
                                    ACTING UNITED STATES TRUSTEE
                                    REGION 17
19

20                                  By:  _/s/ August B. Landis_____
                                        August B. Landis, Assistant United States Trustee
21                                      United States Department of Justice

22

23

24

25

26

27

28

1   AUGUST B. LANDIS, Assistant United States Trustee
    State Bar # IA PK9228
2   augie.landis@usdoj.gov
    UNITED STATES DEPARTMENT OF JUSTICE
3   Office of the United States Trustee
    300 Las Vegas Boulevard, So., Suite 4300
4   Las Vegas, Nevada 89101
    Telephone: (702) 388-6600 Ext. 235
5   Facsimile:  (702) 388-6658

6   Attorneys for the Acting United States Trustee
            SARA L. KISTLER
7
8                    UNITED STATES BANKRUPTCY COURT

9                            DISTRICT OF NEVADA

10  In re:

11  **USA Commercial Mortgage Company**
            **06-10725 -- Lead Case**               **Jointly Administered**
12  **USA Capital Realty Advisors, LLC**            Chapter 11 Cases
            06-10726                                Judge **Linda B. Riegle** Presiding
13
14  **USA Capital Diversified Trust Deed Fund, LLC**   Date:  N/A
            06-10727                                Time:  N/A
15  **USA Capital First Trust Deed Fund, LLC**        Place:  N/A
            06-10728
16  **USA Securities, LLC**                         **Affecting:**
17          06-10729              Debtors            ☒ All Cases
                                                    **or Only:**
18                                                  ☐ USA Commercial Mortgage Company
                                                    ☐ USA Capital Realty Advisors, LLC
19                                                  ☐ USA Capital Diversified Trust Deed Fund,
                                                    LLC
20                                                  ☐ USA Capital First Trust Deed Fund, LLC
                                                    ☐ USA Securities, LLC
21  <u>**THE UNITED STATES TRUSTEE'S THE UNITED STATES TRUSTEE'S**</u>
22  <u>**NOTICE OF OBJECTION TO THE INITIAL MONTHLY STATEMENT OF**</u>
23  <u>**SCHWARTZER & MCPHERSON**</u>
24          In compliance with the provisions of the Court's Administrative Order Establishing
25  Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered
26  August 29, 2006 [Docket No. 1202], the United States Trustee submits the following Notice of
27  Objection to the Initial Monthly Statement of Schwartzer & McPherson:
28

**I.    RATES**

The Application to Retain list hourly rates for Lenard Schawartzer only in the sum of $425.00.  To the extent other attorneys provided services rendered, no rate has been approved by the Court.

**II.    OBJECTIONS TO ATTORNEY FEES BILLED**

   **A.    CLERICAL ISSUES**

      1.    Mr. Schwartzer spent .20 hours rescheduling the IDI with Clarke Finneran and spent .30 hours  reviewing a news article ($212.50 total).  These tasks should have delegated to a paralegal, and/or billed at a paralegal rate.

   **B.    LUMPING**

      1.    Mr. Schwartzer's invoices contain a total of 4.90 lumped hours at $425 an hour ($2,082.50).

   **C.    CHARGES FOR NON-LEGAL SERVICES**

      1.    Entry by Mr. Schwartzer on June 15, 2006, "Assist in filing Schedules" for 2.10 hours at $425 per hour ($892.00).

   **D.    SUMMARY OF FEE OBJECTIONS**

| | | | |
|---|---|---|---|
| 1. | Clerical Time | .50 hours | $   212.50 |
| 2. | Lumping | 4.90 hours | $2,082.50 |
| 3. | Non-Legal Services | 2.10 hours | $   892.00 |
| | **Total Fee Objections:** | | **$3,187.00** |

**III.   OBJECTIONS TO EXPENSES BILLED**

   **A.    DELIVERY CHARGES**

      1.    Billed at $5.00 per run          $   267.50

   **B.    CONFERENCE ROOM**

      1.    Billed without detail or related invoice
         for verification          $1,198.00

   **C.    LEGAL RESEARCH**

      1.    No backup documents, invoices, or actual bills

         a.    Westlaw          $1,452.42
         b.    PACER           $1,565.05

   **Total Expense Objections:**          **$4,482.97**

IV.    **ADDITIONAL OBJECTIONS**

The United States Trustee expressly reserves the right to challenge fees and expenses premised upon actual conflicts of interest attendant to representation of multiple debtors, and to raise any additional and appropriate objections at the time of filing of any application for interim approval and allowance of fees and expenses pursuant to section 331 of the Bankruptcy Code.

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: _/s/ August B. Landis_
    August B. Landis, Assistant United States Trustee
    United States Department of Justice

Page -3-

1  AUGUST B. LANDIS, Assistant United States Trustee
   State Bar # IA PK9228
2  *augie.landis@usdoj.gov*
   **UNITED STATES DEPARTMENT OF JUSTICE**
3  Office of the United States Trustee
   300 Las Vegas Boulevard, So., Suite 4300
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6600 Ext. 235
5  Facsimile:  (702) 388-6658

6  Attorneys for the Acting United States Trustee
        SARA L. KISTLER
7
                    **UNITED STATES BANKRUPTCY COURT**
8
                         **DISTRICT OF NEVADA**
9
   In re:
10
   **USA Commercial Mortgage Company**
11         **06-10725 -- Lead Case**                    **Jointly Administered**
                                                        Chapter 11 Cases
12 **USA Capital Realty Advisors, LLC**                 Judge **Linda B. Riegle** Presiding
         06-10726
13
   **USA Capital Diversified Trust Deed Fund, LLC**     Date:  N/A
14       06-10727                                       Time:  N/A
                                                        Place:  N/A
15 **USA Capital First Trust Deed Fund, LLC**
         06-10728
16                                                      **Affecting:**
   **USA Securities, LLC**                              ☑ All Cases
17       06-10729               Debtors                 **or Only:**
                                                        ☐ USA Commercial Mortgage Company
18                                                      ☐ USA Capital Realty Advisors, LLC
                                                        ☐ USA Capital Diversified Trust Deed Fund,
19                                                      LLC
                                                        ☐ USA Capital First Trust Deed Fund, LLC
20                                                      ☐ USA Securities, LLC

21      <u>**THE UNITED STATES TRUSTEE'S OBJECTION TO THE INITIAL**</u>

22                <u>**MONTHLY STATEMENT OF**</u>

23        In compliance with the provisions of the Court's Administrative Order Establishing

24 Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered

25 August 29, 2006 [Docket No. 1202], the United States Trustee submits the following Notice of

26 Objection to the Initial Monthly Statement of Shea & Carlyon, Ltd.:

27

28

I. **OBJECTIONS TO ATTORNEY FEES BILLED**

    A. **CLERICAL ISSUES**

        1.    Entry "Prepare binders for 08/04/06 ominbus hearing" for 1.6 hours on July 28, 2006 shows work performed by attorney Shlomo Sherman. This task should have been delegated to a paralegal and/or billed at paralegal rates. Related actual billings ($304) should be reduced to paralegal rates for the same time ($240), yielding a net reduction of $64.         $   64.00

        2.    Entry by attorney Jim Shea on June 22, 2006 re: "Telephone call with Mr. Lea re substitute trustee" for .4 hours is inconsistent with case posture - - no trustee has been appointed.       $ 170.00

        **Total Fee Objections**         **$ 234.00**

II. **OBJECTIONS TO EXPENSES BILLED**

    A. **DELIVERY CHARGES**

        1.    In-house messenger service to charged $7.50 per run for 6 runs         $   24.00

III. **ADDITIONAL OBJECTIONS**

The United States Trustee expressly reserves the right to raise any additional and appropriate objections at the time of filing of any application for interim approval and allowance of fees and expenses pursuant to section 331 of the Bankruptcy Code.

Respectfully submitted,

SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17

By: /s/ August B. Landis
    August B. Landis, Assistant United States Trustee
    United States Department of Justice

1   AUGUST B. LANDIS, Assistant United States Trustee
    State Bar # IA PK9228
2   *augie.landis@usdoj.gov*
    **UNITED STATES DEPARTMENT OF JUSTICE**
3   Office of the United States Trustee
    300 Las Vegas Boulevard, So., Suite 4300
4   Las Vegas, Nevada 89101
    Telephone: (702) 388-6600 Ext. 235
5   Facsimile:  (702) 388-6658

6   Attorneys for the Acting United States Trustee
        SARA L. KISTLER
7

8                   **UNITED STATES BANKRUPTCY COURT**

9                          **DISTRICT OF NEVADA**

    In re:
10
    **USA Commercial Mortgage Company**
11          **06-10725 -- Lead Case**                     **Jointly Administered**
                                                          Chapter 11 Cases
12  **USA Capital Realty Advisors, LLC**                  Judge **Linda B. Riegle** Presiding
            06-10726
13
    **USA Capital Diversified Trust Deed Fund, LLC**      Date:   N/A
14          06-10727                                      Time:   N/A
                                                          Place:  N/A
15  **USA Capital First Trust Deed Fund, LLC**
            06-10728
16                                                        **Affecting:**
    **USA Securities, LLC**                               ☒ All Cases
17          06-10729              Debtors                 **or Only:**
                                                          ☐ USA Commercial Mortgage Company
18                                                        ☐ USA Capital Realty Advisors, LLC
                                                          ☐ USA Capital Diversified Trust Deed Fund,
19                                                        LLC
                                                          ☐ USA Capital First Trust Deed Fund, LLC
20                                                        ☐ USA Securities, LLC

21      <u>**THE UNITED STATES TRUSTEE'S OBJECTION TO THE INITIAL**</u>

22      <u>**MONTHLY STATEMENT OF STUTMAN, TRIESTER & GLATT, P.C.**</u>

23          In compliance with the provisions of the Court's Administrative Order Establishing

24  Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered

25  August 29, 2006 [Docket No. 1202], the United States Trustee submits the following Notice of

26  Objection to the Initial Monthly Statement of Stutman, Triester & Glatt, P.C.:

27

28

I.  **VOLUNTARY WRITEDOWN**

The United States Trustee notes that $128,871.50 in fees were voluntarily written down, and that the fees requested are net of that write down.

II.  **OBJECTIONS TO ATTORNEY FEES BILLED**

A.  **CLERICAL ISSUES**

1.  There are a total of 21.4 hours spent on tasks ("updating pleadings binder," "revising contact list," "updating calendar," "revise file list," "filing pleadings," "preparing certificate of service", etc.) which were billed by attorneys, including a shareholder, which should have been delegated to a paralegal and/or billed at paralegal rates. Related actual billings ($7,792) should be reduced to paralegal rates for the same time ($3,842), yielding a net reduction of $3,940.                                                                  $    3,940.00

B.  **NON-COMPENSABLE / DUPLICATE ENTRIES**

1.  An associate billed .1 hour for coordinating ECF training. Training time is not compensable.                    $       35.00

2.  Reduction for duplicate time entry                    $     100.00

**Total Fee Objections:**                                          $    4,075.00

III.  **OBJECTIONS TO EXPENSES BILLED**

A.  Airport Transortation - Insufficient itemization and verification                                          $     681.20

B.  Document processing - Insufficient description, given scope of Copy Production expense claim                    $     456.17

C.  Parking Validation Expense - Insufficient detail               $       48.00

D.  In-house photocopying - Insufficient detail                   $19,910.50

**Total Expense Objections:**                                      $21,095.87

IV.  **ADDITIONAL OBJECTIONS**

The United States Trustee expressly reserves the right to raise any additional and appropriate objections at the time of filing of any application for interim approval and allowance of fees and expenses pursuant to section 331 of the Bankruptcy Code.

Respectfully submitted,

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By:  _/s/ August B. Landis_
      August B. Landis, Assistant United States Trustee
      United States Department of Justice

Page -3-

*"Exhibit 3"*

# United States Trustee Objection Analysis

| Professional | Hours | Fees Requested | Blended Rate | UST Objection | % Objection Dollars |
|---|---|---|---|---|---|
| **Ray Quinney & Nebeker** | **3,919.87** | **$937,187.54** | **$239.09** | **$273,456.00** | **29.18%** |
| Orrick Harrington & Sutcliffe | 929.80 | $467,794.50 | $503.11 | $41,741.10 | 8.92% |
| Alvarez & Marisal | 435.10 | $166,030.93 | $381.59 | $4,980.93 | 3.00% |
| Lewis and Roca | 709.80 | $227,901.25 | $321.08 | $6,646.50 | 2.92% |
| Beckley Singleton | 298.00 | $74,332.00 | $249.44 | $1,519.13 | 2.04% |
| Mesirow Financial | 7,632.10 | $3,084,227.00 | $404.11 | $45,805.04 | 1.49% |
| Schwarzter & McPherson | 807.70 | $265,016.00 | $328.11 | $3,187.00 | 1.20% |
| Stutman Treister & Glatt | 1,358.50 | $563,338.50 | $414.68 | $4,075.00 | 0.72% |
| Shea & Carlyon | 634.75 | $165,122.75 | $260.14 | $234.00 | 0.14% |
| Gordon & Silver | 662.90 | $257,736.00 | $388.80 | $0.00 | 0.00% |