1  Lenard E. Schwartzer, Nevada Bar No. 0399
2  Jeanette E. McPherson, Nevada Bar No. 5423
   SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
3  Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590
4  Facsimile:  (702) 892-0122
   E-Mail:  bkfilings@s-mlaw.com
5
6  Attorneys for Debtors and Debtors-in-Possession

**E-FILED ON SEPTEMBER 25, 2006**

7              **UNITED STATES BANKRUPTCY COURT**

                   **DISTRICT OF NEVADA**

8  In re:                                              Case No. BK-S-06-10725 LBR
9  USA COMMERCIAL MORTGAGE COMPANY,                    Case No. BK-S-06-10726 LBR
                                         Debtor.        Case No. BK-S-06-10727 LBR
10 In re:                                              Case No. BK-S-06-10728 LBR
                                                        Case No. BK-S-06-10729 LBR
11 USA CAPITAL REALTY ADVISORS, LLC,
                                         Debtor.        Chapter 11
12 In re:
                                                        Jointly Administered Under
13 USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,        Case No. BK-S-06-10725 LBR
                                         Debtor.
14 In re:
15 USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                         Debtor.        **JOINDER BY SCHWARTZER &**
16 In re:                                              **MCPHERSON LAW FIRM IN**
                                                        **OMNIBUS REPLY TO OBJECTIONS**
17 USA SECURITIES, LLC,                                **FILED BY RAY, QUINNEY &**
                                         Debtor.        **NEBEKER P.C. TO ITS FIRST**
                                                        **INTERIM APPLICATION  (AFFECTS**
18 Affects:                                            **ALL DEBTORS)**
   ☒ All Debtors
19 ☐ USA Commercial Mortgage Company
   ☐ USA Securities, LLC
20 ☐ USA Capital Realty Advisors, LLC                  Date:  September 28, 2006
   ☐ USA Capital Diversified Trust Deed Fund, LLC      Time:  9:30 a.m.
21 ☐ USA Capital First Trust Deed Fund, LLC

22

23         The  Schwartzer  &  McPherson  Law  Firm  (the  "Firm"),  attorneys  for  USA  Commercial

24 Mortgage  Company  ("USACM"),  USA  Capital  Realty  Advisors,  LLC  ("USACRA"),  USA

25 Capital  Diversified  Trust  Deed  Fund,  LLC  ("DTDF"),  USA  Capital  First  Trust  Deed  Fund,  LLC

26 ("FTDF"),  and  USA  Securities,  LLC  ("Securities")  (collectively,  the  "Debtors")  hereby  files  this

27 Joinder  By  Schwartzer  &  McPherson  Law  Firm  In  Omnibus  Reply  To  Objections  Filed  By  Ray,

28 Quinney  &  Nebeker  P.C.  To  Its  First  Interim  Application  and  hereby  joins  in  this  Reply  as  it  is

1   pertains and applies to the objections made to the First Application For Interim Allowance of

2   Attorney's Fees And Reimbursement of Expenses of Schwartzer & McPherson Law Firm.

3           DATED: September 25, 2006.

4                                           Respectfully submitted by

5

6                                           /s/ Jeanette E. McPherson
                                            Lenard E. Schwartzer, Esq.

7                                           Jeanette E. McPherson, Esq.
                                            Schwartzer & McPherson Law Firm

8                                           2850 South Jones Blvd., Suite 1
                                            Las Vegas NV  89146

9                                           Attorneys for Debtors and Debtors in Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122