**Entered on Docket
September 26, 2006**



_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATION CONTINUING DEADLINE TO REPLY TO OFFICIAL UNSECURED CREDITORS' COMMITTEE'S OBJECTION TO DEBTOR'S PROFESSIONALS' FEE APPLICATIONS (AFFECTS ALL, DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: September 28, 2006<br>Time: 9:30 a.m. |

Stip re Deadline to Reply to Committee Objections
397116v1

Page 1 of 4

1    IT IS HEREBY STIPULATED AND AGREED by and between the Official Unsecured Creditors' committee for USA Commercial Mortgage Company (the "Unsecured Committee") by and through its attorneys Lewis and Roca LLP, and the above-captioned debtors (the "Debtors") by and through their attorneys Ray Quinney & Nebeker P.C., the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTD Committee") by and through its attorneys Stutman, Treister & Glatt P.C., and the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee") by and through its attorneys Orrick, Herrington & Sutcliffe LLP, as follows:

WHEREAS on August 31, 2006, Ray Quinney & Nebeker P.C. filed the *First Interim Application of Ray Quinney & Nebeker P.C. for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 for the Period April 13, 2006 through July 31, 2006* (the "RQN Application");

WHEREAS on August 31, 2006, Schwartzer & McPherson Law Firm filed its *First Application for Interim Allowance of Attorney's Fees and Reimbursement of Expenses of Schwartzer & McPherson Law Firm from April 14, 2006 through July 31, 2006* (the "Schwartzer Application");

WHEREAS on August 31, 2006, Mesirow Financial Interim Management, LLC ("Mesirow") filed its *First Interim Application for Compensation and Reimbursement of Expenses for (I) Mesirow Financial Interim Management, LLC as Crisis Managers for the Debtors, and (II) Thomas J. Allison of Mesirow Financial Interim Management, LLC as Chief Restructuring Officer for the Debtors and the Employment of Certain Temporary Employees for the Period of April 14, 2006 through July 31, 2006* (the "Mesirow Application");

WHEREAS on September 15, 2006 the Unsecured Committee filed the *Unsecured Creditors' Committee's Objection to Debtor's Professionals' Fee Applications* (the "Fee Objection");

WHEREAS the deadline to reply to the Fee Objection is Friday, September 22, 2006;

NOW THEREFORE, the Unsecured Committee, Debtors, FTD Committee, and Diversified Committee hereby stipulate and agree that the deadline for Debtors, Debtors'

Professionals, FTD Committee and Diversified Committee to file any reply to the Fee Objection is extended until Monday, September 25 at 11:59 p.m., Pacific Daylight Time.

Submitted and approved by:

    /s/ Annette W. Jarvis
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

*Attorneys for Debtors*

| Approved by: | Approved by: |
|---|---|
| **LEWIS AND ROCA, LLP** | **STUTMAN TREISTER & GLATT, P.C.** |
| By:   /s/ Rob Charles | By:   /s/ Christine Pajak |
| SUSAN M. FREEMAN, ESQ. | FRANK MEROLA, ESQ. |
| ROB CHARLES, ESQ. | EVE KARASIK, ESQ. |
| *Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | CHRISTINE PAJAK, ESQ. |
| | *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* |

Approved by:
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:   /s/ Lynn Trinka Ernce
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

### ORDER

IT IS SO ORDERED.

PREPARED AND SUBMITTED by:

/s/ Annette W. Jarvis
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Esq., Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas NV  89146

Attorneys for Debtors and Debtors-in-Possession

# # #