**ELECTRONICALLY FILED**
**SEPTEMBER 26, 2006**

| | | |
|---|---|---|
| 1 | STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| | FRANK A. MEROLA | JAMES PATRICK SHEA |
| 2 | (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| | EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| 3 | (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| | ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| 4 | (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| | 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| 5 | Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| 6 | Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| | Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| 7 | E-mail:     fmerola@stutman.com | E-mail:     jshea@sheacarlyon.com |
| 8 | ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| | aparlen@stutman.com | ssherman@sheacarlyon.com |
| 9 | | |

*Counsel for the Official Committee of Equity Security*
*Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY | ) | Chapter 11 |
|     Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | Chapter 11 |
|     Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Chapter 11 |
|     Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | Chapter 11 |
|     Debtor. | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | ) | Chapter 11 |
|     Debtor. | ) | |
| Affects | ) | |
| | ) | |
| ☐ All Debtors | ) | Date: September 28, 2006 |
| ☐ USA Commercial Mortgage Co. | ) | Time: 9:30 a.m. |
| ☐ USA Securities, LLC | ) | |
| ☐ USA Capital Realty Advisors, LLC | ) | |
| ☐ USA Capital Diversified Trust Deed | ) | |
| ☒ USA First Trust Deed Fund, LLC | ) | |

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

**CERTIFICATE OF SERVICE**

1    I HEREBY CERTIFY that on the 25th day of September, 2006 I served the following

2    documents:

3    Joint Omnibus Reply to Objections to the: (1) First Interim Application of Stutman,
4    Treister & Glatt P.C. as Counsel for the Official Committee of Equity Security Holders of USA
     Capital First Trust Deed Fund, LLC for Allowance and Payment of Fees and Expenses for the
5    Period From May 10, 2006 Through July 31, 2006; (2) First Interim Fee and Expense
     Application of Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of
6    Equity Security Holders of USA Capital First Trust Deed Fund, LLC; (3) First Interim
7    Application of Alvarez & Marsal, LLC as Financial and Real Estate Advisor for the Official
     Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for
8    Allowance and Payment of Fees and Expenses for the Period from June 1, 2006 Through July
     31, 2006; and (4) First Interim Application of the Official Committee of Equity Security
9    Holders of USA Capital First Trust Deed Fund, LLC for Reimbursement of Expenses of
10   Committee Members for the Period From May 10, 2006 Through July 31, 2006 (Affects USA
     Capital First Trust Deed Fund, LLC).

11
     I served the above named document(s) by the following means to the persons as listed
12
     below:
13

14        ☒  **a.   ECF System.**  (See attached Notice of Electronic Filing)

15        ☐  **b.   United States mail, postage full prepaid to the following:**

16        ☐  **c.   Personal service.**

17
          I personally delivered the documents to the persons at these addresses:
18

19            ☐  For a party represented by an attorney, delivery was made by handing the
                 document(s) at the attorney's office with a clerk or other person in
20               charge, or if no one is in charge, by leaving the document(s) in a
                 conspicuous place in the office.
21

22            ☐  For a party, delivery was made by handing the document(s) to the party
                 or by leaving the document(s) at the person's dwelling house or usual
23               place of abode with someone of suitable age and discretion residing
                 there.
24

25        ☐  **d.   By direct email.**

26        Based upon the written agreement of the parties to accept service by email or
          a court order, I caused the document(s) to be sent to the persons at the email
27        addresses listed below.  I did not receive, within a reasonable time after the
          transmission, any electronic message or other indication that the transmission
28        was unsuccessful.

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

☐ **e.  By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐ **f.  By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th September, 2006.

Anna-Marie Boehmer, an employee of
SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

**File an Answer:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from SHERMAN, SHLOMO S. entered on 9/25/2006 at 3:51 PM PDT and filed on 9/25/2006

**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 1361

**Docket Text:**
Omnibus Reply Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[1317] Joinder, filed by Creditor RICHARD MCKNIGHT, [1321] Objection,,,, filed by Creditor JOSEPH MILANOWSKI, Creditor THOMAS HANTGES, [1332] Document filed by Creditor HARRY JESSUP, Creditor HELEN B. JESSUP, [1294] Response, filed by Creditor RICHARD MCKNIGHT, [1330] Joinder, filed by Creditor RICHARD MCKNIGHT, [1314] Document filed by Creditor ROY R. VENTURA, [1316] Response,,,,, filed by Interested Party DIRECT LENDERS-BENEFICIARIES, [1333] Document filed by Creditor HARRY JESSUP, Creditor HELEN B. JESSUP.) (SHERMAN, SHLOMO)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\Joint Omnibus Reply to Objections to Interim fee apps.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=9/25/2006] [FileNumber=7335392-0]
[0e2ee7b458648998bceb6876468cfb57106564eece6c393465d5df62c385b178ad40
7d484c0eac84ad5f9990bb68a11ab0bca5a6e22d4095e4c0b72116476086]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS   franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF   nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH   oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

BMC GROUP, INC.   evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN   kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK   tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com,

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com,

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheaca

XANNA R. HARDMAN    xanna.hardman@gmail.com.

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com,

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.co

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheaca

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

GREGORY J. WALCH    GWalch@Nevadafirm.com,

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH