Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on September 26, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                        Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                        Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                        Debtor. | **NOTICE OF FILING OF RESIGNATION OF THOMAS HANTGES AS TRUSTEE OF USA COMMERCIAL MORTGAGE COMPANY'S DEFINED BENEFIT PENSION PLAN**<br>**(AFFECTS USA COMMERCIAL MORTGAGE)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                        Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date:   September 28, 2006<br>Time:  9:30 a.m. |

USA Commercial Mortgage Company ("USACM") hereby submits this Notice of Filing of Resignation of Thomas Hantges as Trustee of USACM's Defined Benefit Pension Plan.

### STATEMENT OF FACTS

1. On or about September 1, 2006, USACM filed its Motion for Approval of Appointment of a Successor Trustee for its Defined Benefit Pension Plan and to Freeze the Plan Effective September 30, 2006 ("Motion").

2. At the time the Motion was filed, Thomas Hantges had not yet resigned his office as trustee of USACM's defined benefit pension plan because he was traveling.

3. Since the Motion was filed, USACM has obtained Mr. Hantges resignation as trustee, and attached hereto as **Exhibit A** is a copy of the Resignation of Office of Trustee that has been executed by Mr. Hantges, as well as Victoria Loob and Joseph Milanowski.

4. The resignation of Mr. Hantges is being filed as a supplement to the Motion.

5. Debtors respectfully request that this Court enter an order approving the substitution of USACM as the successor trustee of the Plan in place of Ms. Loob, Mr. Hantges and Mr. Milanowski and freezing the Plan effective on September 30, 2006 as requested in the Motion.

Respectfully submitted this 26th day of September, 2006.

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

893600.01

# EXHIBIT "A"

## RESIGNATION OF OFFICE OF TRUSTEE

We, the undersigned Trustees of the USA Commercial Mortgage Company Defined Benefit Pension Plan (the "Plan"), do hereby give notice of resignation as Trustee as provided under the Plan. This resignation is effective as of September 30, 2006, and the written notice requirement is hereby waived.

Dated: August 31, 2006.

_____
Victoria S. Loob

_____
Thomas Hantges

_____
Joseph Milanowski

## ACCEPTANCE OF RESIGNATION

USA Commercial Mortgage Company, Employer-sponsor of the USA Commercial Mortgage Company Defined Benefit Pension Plan, does accept, pursuant to the Plan, the resignation of Victoria S. Loob, Thomas Hantges and Joseph Milanowski as Trustees.

Dated: August 31, 2006.

USA Commercial Mortgage Company

By: _____
Its: _____

886357