```
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, NV 89169
Phone: (702) 792-3773
Fax: (702) 792-9002

Nancy A. Peterman
GREENBERG TRAURIG, LLP
77 W. Wacker Dr., Suite 2500
Chicago, IL 60601
Phone: (312) 456-8400
Fax: (312) 456-8435
Attorneys for Mesirow Financial Interim Management, LLC,
Crisis Managers for the Debtors, Designated
Chief Restructuring Officer for the Debtors and
the Employment of Certain Temporary Employees
```

**E-FILED ON SEPTEMBER 26, 2006**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: September 28, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

/ / /

/ / /

/ / /

1

Pursuant to Fed. R. Bankr. Proc. 2002 and LR 2002, I certify I caused a true and correct copy of the **OMNIBUS RESPONSE OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC TO OBJECTIONS TO ITS INTERIM FEE APPLICATION FILED BY ROY R. VENTURA, THE UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY, THE JV DIRECT LENDERS, MILANOWSKI AND HANTGES, THE RICHARD AND SHEILA J. MCKNIGHT 200 FAMILY TRUST AND RICHARD MCKNIGHT SEP-IRA, HARRY W. JESSUP AND HELEN JESSUP AND THE UNITED STATES TRUSTEE AND IN SUPPORT OF ITS CONTINUED RETENTION** to be served on September 25, 2006, as follows:

☒   MAIL SERVICE: By placing same to be deposited for mailing in the United States Mail in Las Vegas, Nevada, with which first class postage was fully prepaid and was addressed to the parties as listed on the attached matrix; and/or

| Roy R. Ventura, Jr., P.E.<br>U.S. Embassy Jakarta<br>Jl. Medan Merdeka Selatan 4-5<br>Jakarta 10110, Indonesia<br><br>(VIA INTERNATIONAL FEDEX) | Harry W. Jessup<br>Helen Jessup<br>2009 Westland Dr.<br>Las Vegas, NV 89102<br><br>(VIA FEDEX) |
|---|---|

☒   ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed on the attached Notice Of Electronic Filing; and/or

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com;sliberio@nevadafirm.com

BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com,

| | |
|---|---|
| 1 | THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com |
| 2 | ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts- |
| 3 | law.com |
| 4 | MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com |
| 5 | CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; |
| 6 | bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com ! |
| 7 | ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com |
| 8 | MICHAEL W. CHEN    yvette@ccfirm.com |
| 9 | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com, |
| 10 | JANET L. CHUBB    tbw@jonesvargas.com |
| 11 | JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com |
| 12 | WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com |
| 13 | CICI CUNNINGHAM    bankruptcy@rocgd.com |
| 14 | LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com; |
| 15 | gbagley@lionelsawyer.com;ldavisesq@aol.com |
| 16 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com, |
| 17 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 18 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com, |
| 19 | ecfvegas@halelane.com |
| 20 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 21 | WADE B. GOCHNOUR    wgochnour@h! wmlvlaw.com, donnat@hwmlvlaw.com |
| 22 | CARLOS A. GONZALEZ &! nbsp &nb sp carlos.gonzalez2@usdoj.gov, |
| 23 | Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov |
| 24 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 25 | R. VAUGHN GOURLEY    vgourley@lvcm.com, |
| 26 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 27 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 28 | JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; |

1. aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
2. XANNA R. HARDMAN     xanna.hardman@gmail.com,
3. STEPHEN R HARRIS     noticesbh&p@renolaw.biz
4. BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com,
5. DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net
6. CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com
7. EVAN L. JAMES     ejameslv@earthlink.net, kb! chrislaw@aol.com
8. TY E. KEHOE     TyKehoeLaw@aol.com
9. ROBERT R. KINAS     rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com;
10. chaines@swlaw.com;imccord@swlaw.com
11. ZACHARIAH LARSON     ecf@lslawnv.com
12. JOHN J. LAXAGUE     jlaxague@caneclark.com
13. GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net
14. NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
15. ROBERT C. LEPOME     robert@robertlepome.com, susan@robertlepome.com
16. ANNE M. LORADITCH     ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;
17. pkois@beckleylaw.com
18. REGINA M. MCCONNELL     rmcconnell@kssattorneys.com,
19. WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com,
20. RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;
21. cburke@lawlasvegas.com,sforema! ster@lawlasvegas.com
22. JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com
23. SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;
24. aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
25. DAVID MINCIN     mcknightlaw@cox.net, gkopang@lawlasvegas.com;
26. dmincin@lawlasvegas.com, cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
27. JOHN F MURTHA     jmurtha@woodburnandwedge.com
28. ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

4

| | |
|---|---|
| 1 | VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com; |
| 2 | paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com |
| 3 | BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com; |
| 4 | dgriffis@beckleylaw.com |
| 5 | DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com; |
| 6 | tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 7 | ANDREW M. PARLEN    apa!rlen@stutman.com |
| 8 | DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 9 | PAUL C RAY    info@johnpeterlee.com |
| 10 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |
| 11 | LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |
| 12 | JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, |
| 13 | ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com |
| 14 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com; |
| 15 | bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 16 | AMBRISH S. SIDHU    ecf@lslawnv.com |
| 17 | JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 18 | DAVID A. STEPHENS    dstephens@lvcm.com |
| 19 | PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |
| 20 | JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com |
| 21 | CARYN S. TIJSS! ELING    cst@beesleymatteoni.com, aha@beesleymatteon!i.com |
| 22 | U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov, |
| 23 | GREGORY J. WALCH    GWalch@Nevadafirm.com, |
| 24 | WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 25 | JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com |
| 26 | MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com |
| 27 | ☐    <u>FAX SERVICE</u>: By facsimile transmission to the party and number as listed below; |
| 28 | and/or |

1   ☐    HAND DELIVERY: By hand-delivery as evidenced by the receipt of copy as attached.

2   Signed on:    September 25, 2006

3   Nancy A. Peterman                     /s/    Nancy A. Peterman

4   (Name of Declarant)                     (Signature of Declarant)