Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

**E-FILED ON SEPTEMBER 26, 2006**

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: September 28, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **CERTIFICATE OF SERVICE** |

1   Pursuant to Fed. R. Bankr. Proc. 2002 and LR 2002, I certify I caused a true and correct
2   copy of the OMNIBUS REPLY TO OBJECTIONS TO THE FIRST INTERIM APPLICATION OF RAY
3   QUINNEY & NEBEKER P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT
4   PURSUANT TO 11 U.S.C. §§ 330 AND 331 FOR THE PERIOD APRIL 13, 2006 THROUGH JULY 31,
5   2006 to be served on September 25, 2006, as follows:

6   ☐   MAIL SERVICE: By placing same to be deposited for mailing in the United States Mail in
7   Las Vegas, Nevada, with which first class postage was fully prepaid and was addressed to the
8   parties as listed on the attached matrix; and/or

9   ☒   ECF SERVICE: That service was made by electronic transmission through the ECF filing
10  system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed on the attached
11  Notice Of Electronic Filing; and/or

12  FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
13  NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com;
14  tthomas@parsonsbehle.com;ecf@parsonsbehle.com
15  OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com;
16  paltstatt@nevadafirm.com;sliberio@nevadafirm.com
17  BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com;
18  jbartlett@bmcgroup.com
19  KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com,
20  THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com
21  ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-
22  law.com
23  MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com
24  CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;
25  bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com !
26  ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com
27  MICHAEL W. CHEN     yvette@ccfirm.com
28  KEVIN B. CHRISTENSEN     kbchrislaw@aol.com,

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  JANET L. CHUBB     tbw@jonesvargas.com

2  JEFFREY A. COGAN     jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

3  WILLIAM D COPE     cope_guerra@yahoo.com, cope_guerra@yahoo.com

4  CICI CUNNINGHAM     bankruptcy@rocgd.com

5  LAUREL E. DAVIS     bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;

6  gbagley@lionelsawyer.com;ldavisesq@aol.com

7  DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com,

8  THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM

9  SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com

10  GREGORY E GARMAN     bankruptcynotices@gordonsilver.com

11  WADE B. GOCHNOUR     wgochnour@h! wmlvlaw.com, donnat@hwmlvlaw.com

12  CARLOS A. GONZALEZ &! nbsp &nb sp carlos.gonzalez2@usdoj.gov,

13  Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

14  GERALD M GORDON     bankruptcynotices@gordonsilver.com

15  R. VAUGHN GOURLEY     vgourley@lvcm.com,

16  TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

17  MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

18  JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;

19  aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

20  XANNA R. HARDMAN     xanna.hardman@gmail.com,

21  STEPHEN R HARRIS     noticesbh&p@renolaw.biz

22  BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com,

23  DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

24  CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

25  EVAN L. JAMES     ejameslv@earthlink.net, kb! chrislaw@aol.com

26  TY E. KEHOE     TyKehoeLaw@aol.com

27  ROBERT R. KINAS     rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com;

28  chaines@swlaw.com;imccord@swlaw.com

3

1. ZACHARIAH LARSON    ecf@lslawnv.com
2. JOHN J. LAXAGUE    jlaxague@caneclark.com
3. GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
4. NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
5. ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com
6. ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;
7. pkois@beckleylaw.com
8. REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,
9. WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,
10. RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;
11. cburke@lawlasvegas.com,sforema! ster@lawlasvegas.com
12. JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
13. SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;
14. aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
15. DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,
16. cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
17. JOHN F MURTHA    jmurtha@woodburnandwedge.com
18. ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
19. VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;
20. paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
21. BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com; dgriffis@beckleylaw.com
22. DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;
23. tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
24. ANDREW M. PARLEN    apa! rlen@stutman.com
25. DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
26. PAUL C RAY    info@johnpeterlee.com
27. SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
28. LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,

2  ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

3  SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;

4  bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

5  AMBRISH S. SIDHU    ecf@lslawnv.com

6  JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

7  DAVID A. STEPHENS    dstephens@lvcm.com

8  PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

9  JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

10 CARYN S. TIJSS! ELING    cst@beesleymatteoni.com, aha@beesleymatteon!i.com

11 U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

12 GREGORY J. WALCH    GWalch@Nevadafirm.com,

13 WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

14 JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

15 MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

16 ☐    FAX SERVICE: By facsimile transmission to the party and number as listed below; and/or

17 ☐    HAND DELIVERY: By hand-delivery as evidenced by the receipt of copy as attached.

18 Signed on:    September 25, 2006

19 Angela Hosey _____                    /s/    Angela Hosey _____
   (Name of Declarant)                         (Signature of Declarant)

5