Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON SEPTEMBER 26, 2006

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                                    Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                                      Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                                       Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                                      Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                                                                      Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br><br>**CERTIFICATE OF SERVICE**<br><br>**(AFFECTS ALL DEBTORS)**<br><br><br>Date: September 28, 2006<br>Time: 9:30 a.m. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COM S&M's Reply To Objections To Fees                                                           - 1 -

1  Pursuant to Fed. R. Bankr. Proc. 2002 and LR 2002, I certify I caused a true and correct
2  copy of the OMNIBUS RESPONSE OF SCHWARTZER & MCPHERSON LAW FIRM TO
3  OBJECTIONS TO ITS INTERIM FEE APPLICATION FILED BY ROY R. VENTURA, THE
4  UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE
5  COMPANY, THE JV DIRECT LENDERS, MILANOWSKI AND HANTGES, THE RICHARD
6  AND SHEILA J. MCKNIGHT 200 FAMILY TRUST AND RICHARD MCKNIGHT SEP-IRA,
7  AND HARRY W. JESSUP AND HELEN JESSUP AND IN SUPPORT OF ITS CONTINUED
8  RETENTION to be served on September 25, 2006, as follows:

9  ☐  MAIL SERVICE: By placing same to be deposited for mailing in the United States Mail in
10 Las Vegas, Nevada, with which first class postage was fully prepaid and was addressed to the
11 parties as listed on the attached matrix; and/or

12 ☒  ECF SERVICE: That service was made by electronic transmission through the ECF filing
13 system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed on the attached
14 Notice Of Electronic Filing; and/or

15 FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
16 NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;
17 tthomas@parsonsbehle.com;ecf@parsonsbehle.com
18 OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;
19 paltstatt@nevadafirm.com;sliberio@nevadafirm.com
20 BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com;
21 jbartlett@bmcgroup.com
22 KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,
23 THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
24 ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-
25 law.com
26 MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
27 CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;
28 bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com !

1  ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
2  MICHAEL W. CHEN    yvette@ccfirm.com
3  KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,
4  JANET L. CHUBB    tbw@jonesvargas.com
5  JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
6  WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com
7  CICI CUNNINGHAM    bankruptcy@rocgd.com
8  LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;
9  gbagley@lionelsawyer.com;ldavisesq@aol.com
10 DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com,
11 THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
12 SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com
13 GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
14 WADE B. GOCHNOUR    wgochnour@h! wmlvlaw.com, donnat@hwmlvlaw.com
15 CARLOS A. GONZALEZ &! nbsp &nb sp carlos.gonzalez2@usdoj.gov,
16 Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
17 GERALD M GORDON    bankruptcynotices@gordonsilver.com
18 R. VAUGHN GOURLEY    vgourley@lvcm.com,
19 TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
20 MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
21 JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;
22 aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
23 XANNA R. HARDMAN    xanna.hardman@gmail.com,
24 STEPHEN R HARRIS    noticesbh&p@renolaw.biz
25 BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com,
26 DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
27 CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
28 EVAN L. JAMES    ejameslv@earthlink.net, kb! chrislaw@aol.com

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

COM S&M's Reply To Objections To Fees                                                                                                              - 3 -

1. TY E. KEHOE    TyKehoeLaw@aol.com
2. ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com;
3. chaines@swlaw.com;imccord@swlaw.com
4. ZACHARIAH LARSON    ecf@lslawnv.com
5. JOHN J. LAXAGUE    jlaxague@caneclark.com
6. GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
7. NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
8. ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com
9. ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;
10. pkois@beckleylaw.com
11. REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,
12. WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,
13. RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;
14. cburke@lawlasvegas.com,sforema! ster@lawlasvegas.com
15. JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
16. SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;
17. aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
18. DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,
19. cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
20. JOHN F MURTHA    jmurtha@woodburnandwedge.com
21. ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
22. VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;
23. paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
24. BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com; dgriffis@beckleylaw.com
25. DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;
26. tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
27. ANDREW M. PARLEN    apa! rlen@stutman.com
28. DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

COM S&M's Reply To Objections To Fees                - 4 -

1. PAUL C RAY    info@johnpeterlee.com
2. SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
3. LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
4. JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
5. ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
6. SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;
7. bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
8. AMBRISH S. SIDHU    ecf@lslawnv.com
9. JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
10. DAVID A. STEPHENS    dstephens@lvcm.com
11. PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
12. JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
13. CARYN S. TIJSS! ELING    cst@beesleymatteoni.com, aha@beesleymatteon!i.com
14. U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,
15. GREGORY J. WALCH    GWalch@Nevadafirm.com,
16. WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
17. JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
18. MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com
19. ☐    <u>FAX SERVICE</u>: By facsimile transmission to the party and number as listed below; and/or
20. ☐    <u>HAND DELIVERY</u>: By hand-delivery as evidenced by the receipt of copy as attached.
21. Signed on:    September 25, 2006

<u>Angela Hosey_____</u>                     <u>/s/    Angela Hosey_____</u>
(Name of Declarant)                                (Signature of Declarant)

COM S&M's Reply To Objections To Fees                                    - 5 -