Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**E-FILED on September 26, 2006**

*SCHWARTZER & MCPHERSON LAW FIRM*
*2850 South Jones Boulevard, Suite 1*
*Las Vegas, Nevada 89146-5308*
*Tel: (702) 228-7590 · Fax: (702) 892-0122*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF HEARING OF MOTION FOR ORDER SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SPCP GROUP, LLC, AS LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **(AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date:  October 19, 2006<br>Time:  9:30 a.m. |

NOTICE IS HEREBY GIVEN that a Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP Group, LLC, As Lead Bidder, And Approving Bid Procedures And Protections (the "Motion") was filed by Schwartzer & McPherson Law Firm, attorneys for USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty

- 1 -

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust

Deed Fund, LLC, the Debtors and Debtors-in-Possession (collectively, the "Debtors").  The

Debtors request that the Court set a hearing for October 19, 2006 (or no later than October 26,

2006 in any event) and enter an order granting the Motion and:

1.    Approving the Bid Procedures (attached to the Motion as Exhibit A) and thereby authorizing the Debtors, among other things, to: (i) establish minimum qualifications for potential bidders to participate in an auction process for the sale of  USA Capital First Trust Deed Fund's ("FTD Fund") ownership interest as a direct lender in 47 specifically identified loans, for a proposed purchase price of $46.5 million, subject to certain adjustments and conditions as stated in the Offer Letter (which is attached as Exhibit B to the Motion), and USA Commercial Mortgage's servicing rights in 80 specifically identified loans, including rights to collect servicing fees and other fees as specified in the Offer Letter, for a proposed purchase price of one-half of the first $1 million in servicing fees to be collected by the purchaser, as well as certain upside sharing and other consideration, as more specifically described in the Offer Letter (the "Property"), (ii) conduct an in-Court auction to obtain the highest and best offer for the Property, and (iii) determine, along with the Official Committee of Unsecured Creditors of USA Commercial Mortgage and the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, the highest and otherwise best bid for the Property (the "Successful Bid").

2.    Approving SPCP Group, LLC as the "stalking horse" bidder for the Property, and authorizing the Debtors to pay to the SPCP Group, LLC:  (i) a break-up fee in the amount of $1.5 million (the "Break-Up Fee"), payable under certain circumstances as more particularly detailed in the Offer Letter and summarized in the Motion, which Break-Up Fee shall be reduced by the amount of the Expense Reimbursement (see as follows) actually paid to the SPCP Group, LLC, and (ii) an expense reimbursement which shall be limited to a maximum amount of actual and reasonable expenses incurred by SPCP Group, LLC not to exceed $500,000 (the "Expense Reimbursement"), payable under certain circumstances as more particularly detailed in the Offer Letter.

3.    Scheduling an auction (the "Auction") in accordance with the Bid Procedures in order to identify the "Successful Bid" and the "Next Highest Bid" (as defined in the Bid Procedures) for the Property and approving the form of sale notice for the Auction.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1):  "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006.  If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    If you object to the relief requested, you *must* file a WRITTEN response to this pleading

2  with the court.  You *must* also serve your written response on the person who sent you this notice.

3    If you do not file a written response with the court, or if you do not serve your written

4  response on the person who sent you this notice, then:

5    • The court may *refuse to allow you to speak* at the scheduled hearing; and

6    • The court may *rule against you* without formally calling the matter at the

7      hearing.

8    A copy of the Motion may be obtained by accessing BMC Group, Inc.'s website at

9  www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court

10  website for Nevada at  www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-

11  0100, or by contacting the office of the Debtor's counsel, Ray Quinney & Nebeker P.C.,

12  telephone: (801) 532-1500 or fax:  (801) 532-7543.

13    NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without

14  further notice.

15    NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a

16  United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South,

17  3rd Floor, Las Vegas, Nevada on October 19, 2006 at 9:30 a.m.

18    DATED: September 26, 2006

19
20    /s/  Jeanette E. McPherson
      Lenard E. Schwartzer, Nevada Bar No. 0399
      Jeanette E. McPherson, Esq., Nevada Bar No. 5423
21    SCHWARTZER & MCPHERSON LAW FIRM
      2850 South Jones Boulevard, Suite 1
22    Las Vegas NV  89146

23    and

      Annette W. Jarvis, Utah Bar No. 1649
24    Steven C. Strong, Utah Bar No. 6340
      RAY QUINNEY & NEBEKER P.C.
25    36 South State Street, Suite 1400
      P.O. Box 45385
26    Salt Lake City, Utah 84145-0385

27    Attorneys for Debtors and Debtors-in-Possession

28