LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on September 26, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br><br>Debtor. | AMENDED SECOND MONTHLY FEE<br>STATEMENT OF SIERRA<br>CONSULTING GROUP, LLC,<br>FINANCIAL ADVISORS TO THE |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS FOR USA<br>COMMERCIAL MORTGAGE<br>COMPANY |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

207340.1

**LEWIS**
AND
**ROCA**
LLP

L A W Y E R S

Sierra Consulting Group, LLC hereby submits its Second Monthly Fee Statement pursuant to the procedures set forth in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses as Professionals.

By way of this Interim Statement, Sierra Consulting Group requests payment of Interim Compensation for services rendered and reimbursement of expenses incurred during the period from August 1, 2006 through August 31, 2006 from USA Commercial Mortgage Company.  Sierra Consulting Group seeks payment of:  (1) interim compensation in the amount of $66,756.80 representing 80% of the total fee of $83,446.00 for professional services rendered during the statement period; and (2) interim reimbursement of expenses in the amount of $5,270.80 representing 100% of the expenses occurred during the statement period.

This document amends the filing of docket entry 1364.

Dated September 26, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
 _____
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee*
*for USA Commercial Mortgage Company*

207335.1

**Sierra Consulting Group, LLC**

Two North Central Ave.Suite 700Phoenix, AZ  85004                                            602-424-7001

Invoice submitted to:
USA Commercial Mortgage
c/o Rob Charles
Lewis & Roca
3993 Howard Hughes Parkway, 6th
Floor
Las Vegas NV 89109


September 11, 2006
In Reference To:USA Commercial Mortgage

Invoice #10587


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Asset Sales** | | | | |
| 8/1/2006 | EMB | Follow up with counsel on call to discuss sale issues. | 0.30 295.00/hr | 88.50 |
| | EMB | Participated on conference call with all committees to discuss sale issues and recommendations. | 1.20 295.00/hr | 354.00 |
| 8/3/2006 | EMB | Participated in meeting with Mesirow to discuss sale process and issues for tomorrows hearing. | 3.40 295.00/hr | 1,003.00 |
| 8/7/2006 | EMB | Review listing of parties who received information and signed term sheets. | 0.20 295.00/hr | 59.00 |
| | EMB | Prepared sale process outline in preparation of meeting with Tom Allison and sent to counsel for review.  Also sent to Tom Allison. | 0.60 295.00/hr | 177.00 |
| 8/8/2006 | DWT | Reviewed Hilco appraisals and printed them in order to create a schedule on a loan by loan basis | 3.50 250.00/hr | 875.00 |
| 8/11/2006 | DWT | Created Summary of various purchase options for the USA entity assets and operations. | 1.90 250.00/hr | 475.00 |
| 8/14/2006 | DWT | Finalized sale offer comparison which compares at a summary level the copeting offers to purchase the debtors assets. | 2.20 250.00/hr | 550.00 |
| | EMB | Prepare asset summary for lisitng of assets to be sold and not for sale.  Send to counsel for comments. | 0.30 295.00/hr | 88.50 |
| | EMB | Conversation with counsel to discuss sale issues and meeting with potential buyer in LV. | 0.30 295.00/hr | 88.50 |
| | EMB | Review summary of offers and noted differences for follow up. | 0.50 295.00/hr | 147.50 |

USA Commercial Mortgage                                                                 Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2006 | EMB | Review and analysis of particular bid in preparation of meeting with bidder. | 0.80 295.00/hr | 236.00 |
| | EMB | Modify offer summary per request of counsel to be distributed to committee. Send to counsel for review. | 0.40 295.00/hr | 118.00 |
| | EMB | Meet with potential buyer at L&R. | 2.10 295.00/hr | 619.50 |
| 8/17/2006 | EMB | Prepared listing of USA assets proposed to be sold and sent to counsel. | 1.20 295.00/hr | 354.00 |
| 8/21/2006 | EMB | Modified assets for sale balance sheet per request of counsel and distributed. | 0.40 295.00/hr | 118.00 |
| 8/22/2006 | EMB | Discussions with Mesirow regarding pending sale offers. | 0.40 295.00/hr | 118.00 |
| | EMB | Participated on conference call to discuss asset sale topics. | 1.30 295.00/hr | 383.50 |
| | EMB | Read and make comments on new offer from potential buyer. | 0.50 295.00/hr | 147.50 |
| 8/24/2006 | EMB | Review of latest purchase offer summary. Drafted e mail and sent to counsel for review. | 0.60 295.00/hr | 177.00 |
| 8/25/2006 | EMB | Review and analysis of revised bid from potential bidder. | 0.50 295.00/hr | 147.50 |
| 8/28/2006 | EMB | Call from Mesirow to discuss bid offer detail and assets for sale and attempted to call bidder to discuss. | 0.60 295.00/hr | 177.00 |
| | EMB | Review revised offer from potential bidder and send revised bid summary to counsel for review. | 0.80 295.00/hr | 236.00 |
| | DWT | Update bid summary | 0.40 250.00/hr | 100.00 |
| 8/29/2006 | EMB | Responded to service fee calculation from potential bidder and noted additional issues. | 0.70 295.00/hr | 206.50 |
| | EMB | Conversation with Mesirow to discuss responces to potential bidders. | 0.40 295.00/hr | 118.00 |
| | EMB | Conference call with potential bidder to dicuss asset detail and bid issues. | 1.20 295.00/hr | 354.00 |
| | EMB | Conversion with additional potential bidder. | 0.20 295.00/hr | 59.00 |

USA Commercial Mortgage                                                                  Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/30/2006 | EMB | Created sale summary matrix on proposed recoveries per request of counsel. | 0.70<br>295.00/hr | 206.50 |
|  | EMB | Review and draft e mails regarding updated bid from potential bidder. | 0.40<br>295.00/hr | 118.00 |
| 8/31/2006 | EMB | Review of revised bid and noted impact to UCC. | 1.20<br>295.00/hr | 354.00 |
|  | EMB | Discussion with counsel regarding sale issues. | 1.10<br>295.00/hr | 324.50 |
|  | EMB | Conversations with Mesirow and potential bidders regarding bid issues. | 1.20<br>295.00/hr | 354.00 |
|  |  | SUBTOTAL: · | [    31.50 | 8,932.50] |

**Depos. trial prep & atten**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2006 | EMB | Attended court hearing on motion to disburse funds, use of cash and other issues. | 3.90<br>295.00/hr | 1,150.50 |
| 8/16/2006 | EMB | Listened to part of court hearing via call. | 0.40<br>295.00/hr | 118.00 |
| 8/31/2006 | EMB | Prepared for and attended court hearing. | 2.10<br>295.00/hr | 619.50 |
|  |  | SUBTOTAL: | [    6.40 | 1,888.00] |

**Financial Analysis & Rvw**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2006 | DWT | Reviewed loan monitoring report | 1.60<br>250.00/hr | 400.00 |
|  | DWT | Reviewed organization chart and personnel of USA Capital | 0.50<br>250.00/hr | 125.00 |
|  | DWT | Summarized statement of assets and liabilities versus monthly operating reports to analyze differences and account detail | 2.90<br>250.00/hr | 725.00 |
|  | DWT | Discussed the cash flow detial with various members of the debtor advisor team. | 2.70<br>250.00/hr | 675.00 |
|  | DWT | Drafted a follow up list of questions related to cash flow summary | 0.80<br>250.00/hr | 200.00 |
| 8/2/2006 | DWT | Summarized list of assets in order to determine the value/status of each | 1.90<br>250.00/hr | 475.00 |

USA Commercial Mortgage

Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/2006 | DWT | Reviewed loan summary detail provided by Mesirow | 1.50 250.00/hr | 375.00 |
|  | DWT | Drafted a follow up list of questions related to the loan monitoring report | 1.00 250.00/hr | 250.00 |
|  | EMB | Meet with Mesirow to follow up on cash flow projection assumptions. | 1.50 295.00/hr | 442.50 |
|  | DWT | Examined extension fee detail from the monthly operating report compared to the Mesirow Loan monitoring report detail | 2.30 250.00/hr | 575.00 |
| 8/3/2006 | DWT | Investigated asset values on commerial mortgage's books and attempted to understand collectibility | 1.40 250.00/hr | 350.00 |
|  | DWT | Began to create a template that will be used to report critical financial information to creditors | 2.50 250.00/hr | 625.00 |
|  | DWT | Reviewed the cash flow support including payroll headcount and other operating expenses | 1.10 250.00/hr | 275.00 |
|  | EMB | Met with counsel and DTDF advisor to discuss Investment Partners. | 3.80 295.00/hr | 1,121.00 |
|  | EMB | Met with Mesirow to discuss set off calculations. | 0.40 295.00/hr | 118.00 |
| 8/4/2006 | DWT | Reviewed docket and read most recent filings related to loan payment distributions. | 1.80 250.00/hr | 450.00 |
| 8/7/2006 | EMB | Review summary of loan appraisals as received from committee chairman.  Had additional information included on summary. | 0.40 295.00/hr | 118.00 |
|  | DWT | Summarized on a loan by loan basis the principal paid prep and post bankrupcy filing. | 3.40 250.00/hr | 850.00 |
|  | DWT | Summarized on a loan by loan basis the appraisal value versus the prepaid interest | 2.70 250.00/hr | 675.00 |
|  | EMB | Analysis of loan summary report and appraised values. | 0.60 295.00/hr | 177.00 |
| 8/8/2006 | DWT | Summarized extention fees and other assets based on comprehensive loan by loan summary that includes appraisal information | 2.60 250.00/hr | 650.00 |
|  | DWT | Reviewed appraisal reports and tied to previous reports as well as set up templete to review each asset class for review and comments | 2.70 250.00/hr | 675.00 |

USA Commercial Mortgage

Page    5

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 8/8/2006 | EMB | Continue review of loan summary and related pre petition interest. Distributed to counsel and committee chairman for review and comments. | | 0.40 295.00/hr | 118.00 |
| 8/9/2006 | DWT | Began master loan database to use going forward for summary analysis and report generation. | | 2.60 250.00/hr | 650.00 |
| | DWT | Created schedule to monitor prepaid interest on a monthly basis. | | 1.60 250.00/hr | 400.00 |
| | DWT | Created schedule to monitor service fees on a monthly basis | | 1.40 250.00/hr | 350.00 |
| | DWT | Created schedule to monitor extension fees on a monthly basis | | 0.80 250.00/hr | 200.00 |
| 8/10/2006 | DN | Review, analysis of various documents filed with bankruptcy courts related to projections. | | 2.20 250.00/hr | 550.00 |
| | DN | Review of available information regarding performing, non-performing loan assets | | 1.70 250.00/hr | 425.00 |
| | DWT | Continued creating master loan data spreadsheet that will be used for all future status summary analysis on a month to month basis. | | 1.80 250.00/hr | 450.00 |
| | DN | Meeting with James Reed to agree to work flow, procedures, etc. | | 0.30 250.00/hr | 75.00 |
| 8/11/2006 | EMB | Modified work plan and list of requested information for Mesirow. | | 0.80 295.00/hr | 236.00 |
| | EMB | Drafted e mail to Mesirow to request data and access to personnel for various financial analyses. | | 0.30 295.00/hr | 88.50 |
| | DN | Continue review and analysis of documents filed with bankruptcy courts including cash budget | | 1.80 250.00/hr | 450.00 |
| | DN | Analysis of revenue streams (historically reported vs. forecasted) | | 1.90 250.00/hr | 475.00 |
| | DWT | Updated master loan summary. | | 1.70 250.00/hr | 425.00 |
| 8/13/2006 | DWT | Reviewed fee summary for the case to date per request of counsel. | | 0.70 250.00/hr | 175.00 |
| 8/14/2006 | DWT | Compared statement of assets and liabilities to the month end values per the monthly operating reports April - June | | 1.40 250.00/hr | 350.00 |
| | EMB | Analysis of latest loan file from Mesirow and noted issues for follow up.  Drafted e mail to counsel regarding same. | | 0.80 295.00/hr | 236.00 |

USA Commercial Mortgage                                                                    Page      6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/14/2006 | DWT | Traced Hilco appraisal data to loan master schedule received from attorney to verify accuracy. | 1.80 250.00/hr | 450.00 |
| 8/15/2006 | DN | Analysis of forecasted revenue streams per Mesirow from historically reported vs. forecasted | 2.30 250.00/hr | 575.00 |
|  | DWT | Reviewed financial statements received from client from March, April and May 2006 | 2.70 250.00/hr | 675.00 |
|  | DN | Meeting w/James Reed to ask questions regarding cash flow projections and assumptions, financial statements, etc. | 0.70 250.00/hr | 175.00 |
|  | DWT | Created summary of financial statements compared to Statement of Assets and Liabilities and Monthly Operating Reports | 3.20 250.00/hr | 800.00 |
|  | DN | Comparison of payroll documents to org chart to reported and forecasted salaries & benefits expense | 2.00 250.00/hr | 500.00 |
|  | DN | Comparison of headcount on company org chart to reported, forecasted, salaries & benefits expenses | 1.60 250.00/hr | 400.00 |
|  | EMB | Analysis of USACM YTD financial data as received from Mesirow. | 0.90 295.00/hr | 265.50 |
|  | DN | Analysis & review of available information supporting actual and forecasted rent expense | 1.70 250.00/hr | 425.00 |
|  | EMB | Meet with Mesirow to discuss document requests, access to information and other procedures. | 0.80 295.00/hr | 236.00 |
| 8/16/2006 | DN | Meetings/introductions with various Mesirow and USACMC finance/accounting personnel | 0.90 250.00/hr | 225.00 |
|  | DWT | Created consolidated financial report using actual jan - mar information compared to stmt of assets and liab and monthly operating report - balance sheets | 2.60 250.00/hr | 650.00 |
|  | DN | Meeting with Susan Smith to agree to procedures, obtain details on preliminary reported financial results | 0.60 250.00/hr | 150.00 |
|  | DN | Continue analysis of schedule of assets & liabilities to financial statements to cash flow forecast | 2.20 250.00/hr | 550.00 |
|  | DWT | Created consolidated financial report using actual jan - mar information compared to stmt of assets and liab and monthly operating report - income statements | 1.40 250.00/hr | 350.00 |
|  | EMB | Review summary of financial statement vs. operating report comparison.  Noted issues for follow up. | 1.60 295.00/hr | 472.00 |

USA Commercial Mortgage                                                                    Page    7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/16/2006 | DWT | Created consolidated financial report using actual april - may information compared to stmt of assets and liab and monthly operating report - income statements | 0.80 250.00/hr | 200.00 |
| | DWT | Created consolidated financial report using actual april - may information compared to stmt of assets and liab and monthly operating report - balance sheets | 1.10 250.00/hr | 275.00 |
| | DWT | Created variance analysis of actual financial statements verus monthly operating report | 1.00 250.00/hr | 250.00 |
| | DN | Update schedule of assets & liabilities to financial statements to cash flow forecast | 1.70 250.00/hr | 425.00 |
| | DN | Met with Mesirow regarding schedule of assets & liabilities to financial statements to cash flow forecast | 2.10 250.00/hr | 525.00 |
| | EMB | Conversation with committee chair regarding financial statements. | 0.20 295.00/hr | 59.00 |
| 8/17/2006 | DN | Review and analysis of cash flow actual results vs. projections | 2.50 250.00/hr | 625.00 |
| | DN | Review schedule of assets & liabilities to financial statements to cash flow forecast | 1.80 250.00/hr | 450.00 |
| | DN | Detailed review & analysis of cash flow assumptions per Mesirow. | 1.90 250.00/hr | 475.00 |
| | DWT | Estimated service revenue receivable through 2007 assuming an orderly portfolio runoff of performing loans | 1.60 250.00/hr | 400.00 |
| | EMB | Analysis of service fee receivable per schedule of assets and current balance sheet. | 0.70 295.00/hr | 206.50 |
| | EMB | Conversation with counsel regarding balance sheet items, modified summary and distributed. | 0.50 295.00/hr | 147.50 |
| | DN | Modified analysis of cash flow projections per comments from USA | 1.80 250.00/hr | 450.00 |
| | DWT | Created model to project service fee revenue and the associated build up in service fee receivable based on estimated cash collections. | 3.20 250.00/hr | 800.00 |
| 8/21/2006 | DWT | Discussed various issues on request list with Mesirow. | 1.30 250.00/hr | 325.00 |
| | DWT | Created a schedule to summarize collateral value by loan with a maximum value equal to the loan value not taking into consideration equity value. | 1.40 250.00/hr | 350.00 |

USA Commercial Mortgage                                                                 Page     8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/21/2006 | EMB | Review of weekly collection summary per Mesirow.  Requested data to be broken out by principal v. interest. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Requested professional fee data for analysis as requsted by committee. Follow up with counsel. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Analysis of recent loan activity and tied back to historic detail. | 0.80<br>295.00/hr | 236.00 |
| 8/22/2006 | DWT | Read, reviewed and added Lone Star proposal to the offer summary | 1.50<br>250.00/hr | 375.00 |
|  | DWT | Analyzed collectibility of accounts receivable - colt gateway | 0.60<br>250.00/hr | 150.00 |
|  | DWT | Analyzed collectibility of accounts receivable - other | 1.00<br>250.00/hr | 250.00 |
|  | DWT | Analyzed collectibility of accounts receivable - trade | 1.80<br>250.00/hr | 450.00 |
|  | DWT | Analyzed collectibility of accounts receivable - related partys | 1.50<br>250.00/hr | 375.00 |
|  | DN | Prep & delivery of questions and requests for additional information regarding cash flow forecast | 2.00<br>250.00/hr | 500.00 |
|  | DN | Prep & delivery of questions and requests for additional information regarding cash flow forecast | 1.40<br>250.00/hr | 350.00 |
|  | EMB | Review of June financial and had included in monthly summary. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Worked with counsel on fee application detail requests and analysis of fees by estate. | 1.10<br>295.00/hr | 324.50 |
| 8/23/2006 | EMB | Review Loan Summary as provided by Mesirow and made notes on follow up issues. Compared to previous schedules. | 1.20<br>295.00/hr | 354.00 |
|  | DN | Analysis of recent actual results vs. projections | 2.30<br>250.00/hr | 575.00 |
|  | DN | Follow up on actual financial results with Mesirow. | 1.80<br>250.00/hr | 450.00 |
|  | EMB | Researched related party AR and NR to exclude from assets to be sold. | 1.30<br>295.00/hr | 383.50 |
|  | DN | Noted difference in cash flow actual results vs. projections | 0.90<br>250.00/hr | 225.00 |

USA Commercial Mortgage                                                                 Page    9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/23/2006 | DN | Continue review and analysis of cash flow actual results vs. projections | 1.10 250.00/hr | 275.00 |
|  | DWT | Reviewed Ray Quinney bill detail and created analysis to adjust allocation of time. | 2.80 250.00/hr | 700.00 |
|  | DWT | Reviewed Mesirow bill detail and created analysis to adjust allocation of time. | 2.90 250.00/hr | 725.00 |
|  | DN | Comparison of payroll documents to org chart to reported and forecasted salaries & benefits expense | 1.90 250.00/hr | 475.00 |
| 8/24/2006 | DN | Modified analysis of cash flow actual results | 1.70 250.00/hr | 425.00 |
|  | DWT | Reviewed Schwartzer bill detail and created analysis to adjust allocation of time. | 2.10 250.00/hr | 525.00 |
|  | DN | Review and analysis of monthly operating reports | 1.80 250.00/hr | 450.00 |
|  | DWT | Updated financial statement summary schedule with June 2006 results. | 2.00 250.00/hr | 500.00 |
|  | DN | Follow up on actual financial results with Mesirow. | 2.10 250.00/hr | 525.00 |
|  | DN | Noted additional difference in cash flow actual results vs. projections | 2.60 250.00/hr | 650.00 |
|  | EMB | Review amended USACM SOFA and made summary of potential avoidance actions against insiders. | 1.20 295.00/hr | 354.00 |
|  | EMB | Analysis of historic financial performance of USA and drafted memo to counsel and committee chairperson on financials. | 0.90 295.00/hr | 265.50 |
| 8/25/2006 | DWT | Proposed adjustments needed to finalize re-allocation of time and expense detail. | 1.50 250.00/hr | 375.00 |
|  | EMB | Review monthly bills and summary for professionals who are charging time to USACM | 0.40 295.00/hr | 118.00 |
|  | DWT | Created detailed summary of time/expense detail re-allocation using estimated adjusted time per debtor entity. | 2.80 250.00/hr | 700.00 |
|  | EMB | Review summary of 13 week cash flow forecast and explaination of assumptions. | 0.70 295.00/hr | 206.50 |
| 8/27/2006 | DN | Review and analysis of cash flow actual results per operating reports vs. projections | 2.10 250.00/hr | 525.00 |

USA Commercial Mortgage

Page    10

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/27/2006 | DN | Review and analysis of cash flow actual results vs. projections | 1.60<br>250.00/hr | 400.00 |
| 8/28/2006 | DN | Continue follow up with Mesirow on actual results issues | 1.90<br>250.00/hr | 475.00 |
| | DWT | Received and reviewed thw 17,000 plus file disk of binder detail tht was scanned from binders that exist in Susan Smith's office. | 2.10<br>250.00/hr | 525.00 |
| | DN | Review and analysis of monthly operating reports | 2.50<br>250.00/hr | 625.00 |
| | EMB | Finalized initial review of professional fess through June and drafted memo to counsel on allocations to other estates. | 1.10<br>295.00/hr | 324.50 |
| | EMB | Review of analysis of the debtors 13 week cash flow as compared to actual and drafted memo to counsel and committee. | 1.20<br>295.00/hr | 354.00 |
| | DWT | Reviewed actual versus forecast cash flow report | 0.80<br>250.00/hr | 200.00 |
| | DWT | Finalize time summary analysis among professionals | 2.10<br>250.00/hr | 525.00 |
| 8/29/2006 | DN | Prep & delivery of question re compensation cash flow actuals | 0.90<br>250.00/hr | 225.00 |
| | DN | Preparation, review, and analysis of trended MOR and financial statement results | 3.10<br>250.00/hr | 775.00 |
| | DN | Follow-up on details re compensation cash flow actuals | 0.70<br>250.00/hr | 175.00 |
| | DWT | Reviewed loan file detail on pdf files | 1.10<br>250.00/hr | 275.00 |
| | DWT | Summarized collections by week. | 0.90<br>250.00/hr | 225.00 |
| | DWT | Reviewed hard asset appraisal | 0.40<br>250.00/hr | 100.00 |
| | DWT | Created service fee revenue, cash collection and revenue estimate to demonstrate value of servicing contracts as an asset | 1.80<br>250.00/hr | 450.00 |
| | DN | Review of Aug weekly collections distributed by Mesirow Financial | 1.30<br>250.00/hr | 325.00 |
| 8/30/2006 | DWT | Reviewed most recent "Loan monitoring report" and noticed exit fees and have not been able to trace them as an accrued asset to any financial report or statement. | 1.70<br>250.00/hr | 425.00 |

USA Commercial Mortgage                                                      Page    11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/30/2006 | DWT | Met with client to follow up on various questions related to open items that have accumulated as a result of analysis of numerous items including financail statemetns and loan summaries. | 2.50 250.00/hr | 625.00 |
|  | DN | Review of Aug weekly collections distributed by Mesirow Financial | 0.90 250.00/hr | 225.00 |
|  | DN | Continue review of Aug weekly collections distributed by Mesirow Financial | 1.20 250.00/hr | 300.00 |
|  | DN | Prep & delivery of requests for additional information re various actual P&L line items | 1.10 250.00/hr | 275.00 |
|  | DN | Review of reported P&L actual results through June '06 | 1.90 250.00/hr | 475.00 |
| 8/31/2006 | DWT | Researched pension plan liability to determine whether it is a defined benefit, contribution or other type of plan. | 1.10 250.00/hr | 275.00 |
|  | DN | Conversation with James Reed regarding additional information requested | 0.40 250.00/hr | 100.00 |
|  | DN | Review of Aug weekly collections distributed by Mesirow Financial | 1.90 250.00/hr | 475.00 |
|  | DWT | Estimated cost structure of a minimal organization that would be needed to service remaining portfolio. | 2.30 250.00/hr | 575.00 |
|  | DWT | Created portfolio runoff model to incorporate into an operational model that will show estimated revenue and costs to service remianing portfolio. | 2.60 250.00/hr | 650.00 |
|  | DN | Continue review of Aug weekly collections distributed by Mesirow Financial | 1.80 250.00/hr | 450.00 |
|  | SUBTOTAL: |  | [  206.70 | 52,786.50] |
|  | **General Case Strategy** |  |  |  |
| 8/2/2006 | EMB | Participated in weekly committee conference call. | 2.20 295.00/hr | 649.00 |
| 8/3/2006 | EMB | Coordinated with counsel on meeting and dinner with Mesirow. | 0.30 295.00/hr | 88.50 |
|  | EMB | Drafted work plan for new tasks as approved by committee. | 0.30 295.00/hr | 88.50 |
|  | EMB | Participate in conference calls with other committee counsel and advisors to discuss tomorrows hearing. | 1.60 295.00/hr | 472.00 |

USA Commercial Mortgage

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2006 | EMB | Met with counsel to follow up on issues. | 0.40<br>295.00/hr | 118.00 |
| 8/8/2006 | EMB | Participated in meeting with Mesirow in Los Angeles to discuss plan and sales issues. | 4.60<br>295.00/hr | 1,357.00 |
| | EMB | Follow up with counsel on meeting issues. | 0.30<br>295.00/hr | 88.50 |
| 8/9/2006 | EMB | Particiapted in weekly committee conference call. | 1.90<br>295.00/hr | 560.50 |
| | DWT | Participated in conference call with committee - NO CHARGE | 1.90<br>250.00/hr | NO CHARGE |
| 8/14/2006 | EMB | Particiapted in weekly conference call with other committees. | 0.90<br>295.00/hr | 265.50 |
| | EMB | Drafted questions and information requests to Mesirow along with work plan.  Drafted seperate e mail requesting office for FA use. | 0.70<br>295.00/hr | 206.50 |
| 8/15/2006 | EMB | Meet with counsel and committee chair to discuss sale issues and other plan options. | 1.10<br>295.00/hr | 324.50 |
| | EMB | Meet with Diversified Committee at L&R. | 1.20<br>295.00/hr | 354.00 |
| 8/16/2006 | EMB | Responded to various inquiries from counsel. | 0.30<br>295.00/hr | 88.50 |
| 8/17/2006 | EMB | Participated in all hands committee and debtor meeting to discuss plan issues. | 2.30<br>295.00/hr | 678.50 |
| 8/21/2006 | EMB | Correspondence with Mesirow regarding infomration and data request and access to people to answer questions. | 0.30<br>295.00/hr | 88.50 |
| | EMB | Participated in USACM committee call. | 3.30<br>295.00/hr | 973.50 |
| 8/22/2006 | EMB | Meet with Mesirow to discuss USACM assets for sale, plan issues and litigation trust matters. | 2.10<br>295.00/hr | 619.50 |
| 8/23/2006 | EMB | Met with committee members to discuss sale and plan issues. | 1.10<br>295.00/hr | 324.50 |
| | EMB | Call with counsel and committee chairman to discuss latest loan summary, plan development and asset sales. | 1.20<br>295.00/hr | 354.00 |
| | EMB | Participated on conference call with Debtor and other committees. | 1.30<br>295.00/hr | 383.50 |

USA Commercial Mortgage                                                                                    Page      13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/23/2006 | EMB | Conversation with counsel to discuss plan issues and matters discussed with Mesirow. | 0.30<br>295.00/hr | 88.50 |
| 8/28/2006 | EMB | Participated on conference call with debtor and other committee professionals. | 1.20<br>295.00/hr | 354.00 |
|  | EMB | Drafted memo to counsel and committee chairperson to discuss other pending issues. | 0.40<br>295.00/hr | 118.00 |
| 8/29/2006 | EMB | Conversation with counsel on sale and plan issues. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Worked with Mesirow to coordinate information requests and access to data. | 0.30<br>295.00/hr | 88.50 |
| 8/30/2006 | EMB | Conversations with T. Allison regarding plan and sale issues. | 0.50<br>295.00/hr | 147.50 |
|  | EMB | Participated on USACM committee call. | 1.30<br>295.00/hr | 383.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 33.60 | 9,351.50] |

Liquidation Analysis

| 8/2/2006 | DWT | Created Liquidation Analysis based on expected recovery of assets | 2.80<br>250.00/hr | 700.00 |
|---|---|---|---|---|
| 8/16/2006 | DWT | Created recovery estimate for short term investment based on 6/30/06 loan balance, interest due and hilco's appraisal. | 1.70<br>250.00/hr | 425.00 |
| 8/18/2006 | DWT | Performed analysis of collectibility of all assets compared to Mesirow estimates | 1.70<br>250.00/hr | 425.00 |
|  | DWT | Performed analysis of collectibility of other assets as of filing date | 1.50<br>250.00/hr | 375.00 |
|  | DWT | Performed analysis of collectibility of short term investments. | 1.80<br>250.00/hr | 450.00 |
|  | DWT | performed analysis of collectibility of extention fees | 2.10<br>250.00/hr | 525.00 |
| 8/21/2006 | DWT | Performed analysis of collectibility of prepaid interest as of filing date. | 1.40<br>250.00/hr | 350.00 |
|  | EMB | Analysis of estiamted liquidation values per Mesirow and Sierra calculations.  Follow up on certain items and questions. | 0.70<br>295.00/hr | 206.50 |

USA Commercial Mortgage                                                                    Page    14

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/21/2006 DWT | Added notes receivable analysis template to the asset detail analysis summary. | 1.70 250.00/hr | 425.00 |
| DWT | Consolidated various aspects of liquidation analysis into summary. | 2.50 250.00/hr | 625.00 |
| 8/23/2006 EMB | Analyze preliminary liquidation analysis of USACM and compared balance sheet items for sale. | 1.40 295.00/hr | 413.00 |
| 8/24/2006 EMB | Analysis liquidation analysis of USACM and drafted memo to counsel and committee chairperson on financials. | 0.80 295.00/hr | 236.00 |
| DWT | Updated liquidation analysis summary with current information received from USA Capital organization charts and other new information received. | 0.80 250.00/hr | 200.00 |
| SUBTOTAL: | | [    20.90 | 5,355.50] |

Misc Motions & Responses

| 8/7/2006 EMB | Read and comment on amended Fertitta motion. | 0.20 295.00/hr | 59.00 |
|---|---|---|---|
| 8/11/2006 EMB | Review proposed order to distribute funds and gave comments to counsel. | 0.30 295.00/hr | 88.50 |
| 8/14/2006 EMB | Read and comment on suggestions regarding $9 mm of pre petition funds in collection account and amount to not be distributed. | 0.60 295.00/hr | 177.00 |
| EMB | Review and respond to language in order for fund distribution. | 0.20 295.00/hr | 59.00 |
| 8/21/2006 EMB | Review draft of letter to be sent to direct lenders to recover pre paid interest. | 0.20 295.00/hr | 59.00 |
| 8/25/2006 EMB | Review objection filed by USACM as well as other motions received from counsel. | 0.60 295.00/hr | 177.00 |
| SUBTOTAL: | | [    2.10 | 619.50] |

Mo Operating Reports

| 8/7/2006 EMB | Review summary of monthly operating reports and noted issues for follow up. | 0.60 295.00/hr | 177.00 |
|---|---|---|---|
| 8/8/2006 EMB | Review monthly operating reports and noted issues for follow up on actual performance. | 0.60 295.00/hr | 177.00 |

USA Commercial Mortgage

Page    15

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/23/2006 DWT | Input June monthly operating results into summary | | 3.30<br>250.00/hr | 825.00 |
| | SUBTOTAL: | [ | 4.50 | 1,179.00] |
| | Plan & Disclosure Stmt | | | |
| 8/25/2006 EMB | Read and comment on draft joint plan as received from First Trust. | | 1.10<br>295.00/hr | 324.50 |
| 8/26/2006 EMB | Conference call with counsel and committee chairman to discuss plan proposal as received from FTDF. | | 0.40<br>295.00/hr | 118.00 |
| 8/28/2006 EMB | Review proposed draft of plan. | | 0.50<br>295.00/hr | 147.50 |
| 8/29/2006 EMB | Conference call with USACM ans DTF professionals to disucss plan issues. | | 1.10<br>295.00/hr | 324.50 |
| EMB | Read and make comments on draft of plan as distributed by debtors' counsel. | | 1.30<br>295.00/hr | 383.50 |
| EMB | Follow up conference call with all committe professionals and debtor to discuss plan issues. | | 1.20<br>295.00/hr | 354.00 |
| EMB | Further review of plan as modified by Rob Charles. | | 0.30<br>295.00/hr | 88.50 |
| 8/30/2006 EMB | Continue to read and comment on debtors' proposed plan. | | 0.80<br>295.00/hr | 236.00 |
| 8/31/2006 EMB | Participated in muti committee meeting to discuss plan and sale issues. | | 3.80<br>295.00/hr | 1,121.00 |
| EMB | Follow up with counsel on alternative plan issues. | | 0.80<br>295.00/hr | 236.00 |
| | SUBTOTAL: | [ | 11.30 | 3,333.50] |
| | **For professional services rendered** | | 317.00 | **$83,446.00** |
| | Additional Charges : | | | |
| | Airfare | | | |
| 8/3/2006 Airfare | | | | 233.60 |
| 8/7/2006 Airfare | | | | 246.60 |

USA Commercial Mortgage

Page    16

                                                                          Amount

| | | |
|---|---|---|
| 8/8/2006 Airfare to/from LAX to meet at Stutman | | 240.60 |
| 8/10/2006 Airfare to/from LV | | 230.60 |
| 8/11/2006 Airfare to/from LAS (8/15-17) | | 123.59 |
| Airfare to/from LAS, 8/15-17 | | 258.60 |
| 8/17/2006 Airfare | | 283.60 |
| 8/22/2006 Airfare | | 283.60 |
| Airfare | | 246.60 |
| SUBTOTAL: | [ | 2,147.39] |

Auto

| | | |
|---|---|---|
| 8/3/2006 Rental Car | | 71.14 |
| Rental Car | | 56.70 |
| Rental Car Gas | | 1.30 |
| 8/17/2006 Rental Car | | 190.03 |
| SUBTOTAL: | [ | 319.17] |

Hotel

| | | |
|---|---|---|
| 8/3/2006 Hotel | | 324.82 |
| Hotel | | 175.37 |
| 8/10/2006 Hotel - 1 night | | 136.25 |
| 8/17/2006 Hotel - 2 nights | | 259.42 |
| Hotel | | 316.09 |
| 8/22/2006 Hotel fees | | 129.71 |
| 8/25/2006 Hotel | | 338.09 |
| SUBTOTAL: | [ | 1,679.75] |

USA Commercial Mortgage

Page    17

Amount

**Meals**

| | |
|---|---|
| 8/1/2006 Dinner | 26.50 |
| 8/8/2006 Out of town meal in LA (with Rob Charles) | 47.33 |
| 8/10/2006 Out of town meal | 24.39 |
| Out of town meal | 24.40 |
| 8/15/2006 Out of town meal with Dave Tiffany | 46.33 |
| 8/16/2006 Out of town meal | 19.09 |
| Out of town meal | 19.09 |
| 8/17/2006 Out of town meal, DT and DN | 43.00 |
| SUBTOTAL: | [    250.13] |

**Rental Car**

| | |
|---|---|
| 8/25/2006 Rental Car | 143.00 |
| 8/30/2006 Rental Car Fees | 72.10 |
| SUBTOTAL: | [    215.10] |

**Travel**

| | |
|---|---|
| 8/3/2006 Airport Parking | 60.00 |
| Airport Parking | 40.00 |
| 8/8/2006 Cab from LAX to Stutman | 45.00 |
| Parking at airport (for trip to LA) | 20.00 |
| 8/9/2006 Transport to airport | 58.10 |
| 8/11/2006 Transport from airport | 55.73 |
| 8/16/2006 Transport to airport | 58.10 |
| 8/17/2006 Transport from airport | 56.05 |
| Rental Car Gas | 13.13 |

USA Commercial Mortgage

Page    18

| | Amount |
|---|---|
| 8/17/2006 Airport parking | 60.00 |
| Transport from airport to home | 56.05 |
| 8/22/2006 Transport to airport | 57.10 |
| 8/25/2006 Airport Parking | 60.00 |
| 8/30/2006 Airport Parking | 20.00 |
| SUBTOTAL: | [    659.26] |
| **Total costs** | **$5,270.80** |
| **Total amount of this bill** | **$88,716.80** |
| Balance due | $88,716.80 |

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Doug Noblitt | 74.60 | 250.00 | $18,650.00 |
| EDWARD "TED" M. BURR | 103.80 | 295.00 | $30,621.00 |
| Dave Tiffany | 136.70 | 250.00 | $34,175.00 |

Invoices 30 days past due are subject to a 1.5% late payment fee.