**ELECTRONICALLY FILED**
**SEPTEMBER 27, 2006**

1  STUTMAN, TREISTER & GLATT, P.C.    SHEA & CARLYON, LTD.
    FRANK A. MEROLA                       JAMES PATRICK SHEA
2  (CA State Bar No. 136934)           (Nevada State Bar No. 000405)
    EVE H. KARASIK                          CANDACE C. CARLYON, ESQ.
3  (CA State Bar No. 155356)           (Nevada State Bar No. 002666
    ANDREW M. PARLEN                  SHLOMO S. SHERMAN, ESQ.
4  (CA State Bar No. 230429)           (Nevada State Bar No. 009688)
    1901 Avenue of the Stars, 12th Floor    233 South Fourth Street, Second Floor
5  Los Angeles, CA 90067               Las Vegas, Nevada 89101
    Telephone: (310) 228-5600         Telephone: (702) 471-7432
6  Facsimile: (310) 228-5788          Facsimile: (702) 471-7435
7  E-mail:    fmerola@stutman.com        E-mail:    jshea@sheacarlyon.com
8                 ekarasik@stutman.com               ccarlyon@sheacarlyon.com
               aparlen@stutman.com              ssherman@sheacarlyon.com
9

10  *Counsel for the Official Committee of Equity Security*
    *Holders of USA Capital First Trust Deed Fund, LLC*

11

              **UNITED STATES BANKRUPTCY COURT**
12                      **DISTRICT OF NEVADA**

13

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | )<br>)<br>) Date: N/A<br>) Time: N/A<br>)<br>)<br>)<br>)<br>) |

                      **CERTIFICATE OF SERVICE**

*SHEA & CARLYON, LTD.*
*233 S. Fourth Street, 2nd Floor*
*Las Vegas, Nevada 89101*
*(702) 471-7432*

I HEREBY CERTIFY that on the 29th day of August, 2006 I served the following document:

> First Cover Sheet Application for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses to Shea & Carlyon, Ltd. Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Affects USA Capital First Trust Deed Fund, LLC)

I served the above named document(s) by the following means to the persons as listed below:

☐ **a.  ECF System.**

☒ **b.  United States mail, postage full prepaid to the following:**

> Richard G. Woudstra Revocable Trust
> Richard G. Woudstra Trustee
> PO Box 530025
> Henderson, NV 89053-0025

☐ **c.  Personal service.**

> I personally delivered the documents to the persons at these addresses:

> ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

> ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ **d.  By direct email.**

> Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

| | |
|---|---|
| Robert E. Taylor | John H. Warner, Jr. |
| Chuck Heinrichs | 2048 North Chettro Trail |
| 198 El Pajaro | St. George, UT 84770-5345 |
| Newbury Park, CA 91320 | E-mail: WQF1@aol.com |
| E-mail: chuckhein@earthlink.net | |
| | |
| Mary Ellen Moro | Wen Baldwin Separate Property Trust |
| 1009 8th Street | Wen Baldwin, Trustee |
| Manhattan Beach, CA 90266 | 365 Dooley Drive |
| E-mail: Maryellen.moro@verizon.net | Henderson, NV 89015 |
| | E-mail: wenbald@earthlink.net |

John Goings
PO Box 174
Mansonville, CO 80541
E-mail: jgoings@bhwk.com

☐ e.  **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.  **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th September, 2006.

Anna-Marie Boehmer, an employee of
SHEA & CARLYON, LTD.