Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON SEPTEMBER 27, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR**<br><br>**STATUS AND AGENDA FOR SEPTEMBER 28, 2006 HEARINGS**<br><br>Date:  September 28, 2006<br>Time: 9:30 a.m. |

Hearing Status form for 092806 Hearings            - 1 –

1. **Standard Property Development, LLC's Motion for Relief from the Automatic Stay** (the "Lift Stay Motion", Docket No. 903) filed by David A. Stephens on behalf of Standard Property Development, LLC. The Lift Stay Motion seeks relief from the automatic stay to provide whatever notice may be necessary or appropriate to inform and instruct Project Disbursement Group, Inc. that future interest payments not be made pending the resolution of the disputes between Standard Property Development, LLC and the Direct Lenders and to add two of the Debtors, USA and USA Capital First Trust Deed Fund, LLC as defendants in the action in the Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida, Case Number 2006-CA-5756. The Lift Stay Motion was originally scheduled for hearing on August 16, 2006, but was continued by Stipulated Order (See, Docket No. 1200) to this date. A stipulation and order requesting that this Motion be continued to October 19, 2006 will be submitted to the Court.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | August 4, 2006 | 1111 |
| Debtors and Debtors-In-Possession | August 4, 2006 | 1112 |
| Official Committee of Holders of Executory Rights through USACMC | August 7, 2006 | 1122 |
| Jones Vargas Direct Lenders (Joinder in Official Committee of Holders of Executory Rights through USACMC Opposition) | August 10, 2006 | 1133 |
| Jones Vargas Direct Lenders (Joinder in Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC Opposition) | August 10, 2006 | 1134 |
| Stoddard, Warnick & Albright (Joinder In Motion) | August 15, 2006 | 1147 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Standard Property Development (Supplemental Affidavit) | August 14, 2006 | 1142 |
| Standard Property Development | August 15, 2006 | 1144 |

2. **Debtor's Application For Order Authorizing the Debtors To Retain And Employ Thomas J. Allison of Mesirow Financial Interim Management, LLC ("MFIM") As Chief Restructuring Officer Of The Debtors** (Docket No. 6) filed by Debtors. The Debtors seek authorization to continue to employ MFIM pursuant to the terms of the Engagement Letter and Standard Terms and Conditions.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Omnibus Response) | July 21, 2006 | 944 |

3. **Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer** (Docket No. 21) filed by Debtors. The Debtors seek authorization to continue to retain and employ the Schwartzer & McPherson Law Firm as counsel under a general retainer agreement.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| McGimsey Family Trust | May 2, 2006 | 68 (BK-S-06-10727 docket) |
| US Trustee | May 12, 2006 | 222 |
| US Trustee (Supplemental Opposition) | July 21, 2006 | 940 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Omnibus Response) | July 21, 2006 | 944 |
| **Reply:** | **Date** | **Docket No.** |
| Reply Brief In Support Of Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer | May 17, 2006 | 268 |

Hearing Status form for 092806 Hearings        - 3 –

4. **Application To Employ And Retain Ray Quinney & Nebeker P.C. As Counsel For All Debtors** (Docket No. 23) filed by Debtors. The Debtors seek authorization to continue to retain and employ Ray Quinney & Nebeker, P.C. as counsel under a general retainer agreement.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| McGimsey Family Trust | May 2, 2006 | 68 (BK-S-06-10727 docket) |
| US Trustee | May 12, 2006 | 221 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | May 15, 2006 | 245 |
| US Trustee (Supplemental Opposition) | July 21, 2006 | 940 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Omnibus Response) | July 21, 2006 | 944 |
| **Reply:** | **Date** | **Docket No.** |
| Reply Memorandum In Support Of Debtors' Application To Employ And Retain RAY QUINNEY & NEBEKER P.C. As Counsel For The Debtors And Response To Various Objections [Applies To All Debtors] | May 17, 2006 | 264 |

5. **USA Commercial Mortgage Company's Motion For Approval of Appointment of a Successor Trustee For Its Defined Benefit Pension Plan And To Freeze The Plan Effective September 30, 2006 (Affects USA Commercial Mortgage Company)** (the "Defined Benefit Pension Plan Motion", Docket No. 1236) filed by the Debtors. The Defined Benefit Pension Plan Motion requests an order approving the substitution of USA Commercial Mortgage Company as the successor trustee of the Defined Benefit Pension Plan in place of Victoria S. Loob, Thomas Hantges and Joseph Milanowski, and freezing the Plan effective September 30, 2006. A *Notice of Filing of Resignation of Thomas Hantges As Trustee of USA Commercial Mortgage Company's Defined Benefit Pension Plan* (Docket No. 1375) relating to the Defined Benefit Plan Motion was also filed on September 26, 2006.

Hearing Status form for 092806 Hearings     - 4 –

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| n/a | | |

6. **Motion to Reject Personal Property Leases** (the "Reject Leases Motion", Docket No. 1131) filed by USA Commercial Mortgage Company ("USACM"). USACM seeks approval to reject the unexpired leases listed on the Schedule of Leases attached to the Reject Leases Motion. The leases are for the lease of equipment and property that is not being used by the Debtor.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| n/a | | |

7. **Debtors' Motion For An Order Pursuant To 11 U.S.C. §§ 105(a), 327(a) and 331 Authorizing Retention of Professionals Utilized By Debtors In The Ordinary Course of Business (Affects All Debtors)** (the "Ordinary Course Professionals Motion," Docket No. 1202) filed by Debtors. The Motion seeks an order authorizing the retention and payment of certain professionals utilized by the Debtors in the ordinary course of business without the necessity of a separate, formal retention application approved by this Court and the authority to compensate such professionals for post-petition services rendered, subject to certain limitations as set forth in the Motion.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Unsecured Creditors for USA Commercial Mortgage (Response) | September 19, 2006 | 1320 |
| **Reply:** | **Date** | **Docket No.** |
| Debtors (Supplement) | September 21, 2006 | 1344 |

8. **Motion By The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC To Compel The Confidential Disclosure of USA Capital First**

Hearing Status form for 092806 Hearings        - 5 –

**Trust Deed Fund LLC's Member List** (the "Compel Disclosure Motion," Docket No. 1289). The Compel Disclosure Motion requests that the Court compel the Debtors to provide confidential access to the list of the First Trust Deed Fund Members and their respective interests.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Debtors (Response) | September 27, 2006 | 1384 |

9. **First Interim Fee And Expense Application of Shea & Carlyon, Ltd., Special (Local) Counsel To The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Affects USA Capital First Trust Deed Fund, LLC)** (Docket No. 1193), seeks payment of fees and reimbursement of expenses incurred from May 10, 2006 through July 31, 2006. Shea & Carlyon, Ltd. requests an award of $171,222.75 consisting of fees in the amount of $165,122.75, as well as reimbursement of expenses in the amount of $6,100.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| JV Direct Lenders (Response) | September 13, 2006 | 1276 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Response) | September 15, 2006 | 1294 |
| JV Direct Lenders (Omnibus Response) | September 18, 2006 | 1316 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Joinder in JV Direct Lenders Response) | September 19, 2006 | 1317 |
| Joseph Milanowski and Thomas Hantges (Objection) | September 19, 2006 | 1321 |
| **Reply:** | **Date** | **Docket No.** |
| Official Committee of Equity Security Holders for USA Capital First Trust Deed Fund, LLC (Joint Omnibus Reply) | September 25, 2006 | 1361 |

Hearing Status form for 092806 Hearings        - 6 –

10. **First Interim Application of Stutman, Treister & Glatt P.C. As Counsel For The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC For Allowance And Payment of Fees And Expenses For The Period From May 10, 2006 Through July 31, 2006 (Affects USA Capital First Trust Deed Fund, LLC)** (Docket No. 1209), requests approval of an interim award of $563,338.50 in compensation for services rendered and reimbursement of $32,336.51 for costs incurred during Stutman Treister & Glatt, P.C.'s representation of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC during the period from May 10, 2006 through July 31, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| JV Direct Lenders (Omnibus Response) | September 18, 2006 | 1316 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Joinder in JV Direct Lenders Response) | September 19, 2006 | 1317 |
| Joseph Milanowski and Thomas Hantges (Objection) | September 19, 2006 | 1321 |
| **Reply:** | **Date** | **Docket No.** |
| Official Committee of Equity Security Holders for USA Capital First Trust Deed Fund, LLC (Joint Omnibus Reply) | September 25, 2006 | 1361 |

11. **First Interim Application of Alvarez & Marsal, LLC As Financial And Real Estate Advisor For The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC For Allowance And Payment of Fees And Expenses For The Period From June 1, 2006 Through July 31, 2006 (Affects USA Capital First Trust Deed Fund, LLC)** (Docket No. 1210), requests approval of an interim award of $166,030.93 in compensation for services rendered and reimbursement of $2,339.68 for costs incurred during Alvarez & Marsal, LLC's representation of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC during the period from June 1, 2006 through July 31, 2006.

Hearing Status form for 092806 Hearings    - 7 –

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| JV Direct Lenders (Omnibus Response) | September 18, 2006 | 1316 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Joinder in JV Direct Lenders Response) | September 19, 2006 | 1317 |
| Joseph Milanowski and Thomas Hantges (Objection) | September 19, 2006 | 1321 |
| **Reply:** | **Date** | **Docket No.** |
| Official Committee of Equity Security Holders for USA Capital First Trust Deed Fund, LLC (Joint Omnibus Reply) | September 25, 2006 | 1361 |

12.  **First Interim Application of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC For Reimbursement of Expenses of Committee Members For The Period From May 10, 2006 Through July 31, 2006 (Affects Debtor USA Capital First Trust Deed Fund, LLC)** (Docket No. 1212), requests approval of a reimbursement of expenses incurred by members of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC during the period from May 10, 2006 through July 31, 2006 in the amount of $1,972.38 for Mary Ellen Moro and $203.13 for the Richard G. Woudstra Revocable Trust.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| JV Direct Lenders (Omnibus Response) | September 18, 2006 | 1316 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Joinder in JV Direct Lenders Response) | September 19, 2006 | 1317 |
| Joseph Milanowski and Thomas Hantges (Objection) | September 19, 2006 | 1321 |
| **Reply:** | **Date** | **Docket No.** |
| Official Committee of Equity Security Holders for USA Capital First Trust Deed Fund, LLC (Joint Omnibus Reply) | September 25, 2006 | 1361 |

Case 06-10725-gwz    Doc 1387    Entered 09/27/06 12:59:51    Page 9 of 13

13. **Orrick, Herrington & Sutcliffe LLP's First Interim Fee Application (June 1, 2006 – July 31, 2006)** (Docket No. 1214), seeks an order of this Court allowing Orrick, Herrington & Sutcliffe LLP's professional fees in the amount of $467,794.50 and expenses incurred in the amount of $8,173.54 for the period of June 1, 2006 through July 31, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| JV Direct Lenders (Omnibus Response) | September 18, 2006 | 1316 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Joinder in JV Direct Lenders Response) | September 19, 2006 | 1317 |
| Joseph Milanowski and Thomas Hantges (Objection) | September 19, 2006 | 1321 |

14. **First Interim Fee Application of Gordon & Silver, Ltd., Seeking Compensation For Legal Services Rendered And Reimbursement of Expenses** (Docket No 1217), requests that the Court enter an Order for the period from May 23, 2006 through July 31, 2006 allowing Gordon & Silver, Ltd. professional compensation in the amount of $257,736.00 and reimbursement of actual and necessary expenses in the amount of $1,963.63.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| JV Direct Lenders (Omnibus Response) | September 18, 2006 | 1316 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Joinder in JV Direct Lenders Response) | September 19, 2006 | 1317 |
| Joseph Milanowski and Thomas Hantges (Objection) | September 19, 2006 | 1321 |

15. **First Interim Fee Application of Beckley Singleton, Chtd. For The Period From June 9, 2006 Through July 31, 2006** (Docket No. 1218), seeks allowance and payment of interim compensation for fees in the amount of $74,332.00 for professional services rendered plus reimbursement of expenses in the amount of $7,917.04, for the period from June 9, 2006 through July 31, 2006.

Hearing Status form for 092806 Hearings        - 9 –

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| JV Direct Lenders (Omnibus Response) | September 18, 2006 | 1316 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Joinder in JV Direct Lenders Response) | September 19, 2006 | 1317 |
| Joseph Milanowski and Thomas Hantges (Objection) | September 19, 2006 | 1321 |

16. **First Interim Application For Compensation and Reimbursement of Expenses For (I) Mesirow Financial Interim Management, LLC As Crisis Managers For The Debtors, And (II) Thomas J. Allison Of Mesirow Financial Interim Management, LLC As Chief Restructuring Officer For The Debtors And The Employment of Certain Temporary Employees For The Period April 14, 2006 Through July 31, 2006** (Docket No. 1224), seeks allowance of interim compensation in the amount of $3,364,398.00 for professional services, and reimbursement of $213,812.00 in actual and necessary expenses and disbursements incurred for the period of April 14, 2006 through July 31, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (Objection) | September 15, 2006 | 1307 |
| JV Direct Lenders (Omnibus Response) | September 18, 2006 | 1316 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Joinder in JV Direct Lenders Response) | September 19, 2006 | 1317 |
| Joseph Milanowski and Thomas Hantges (Objection) | September 19, 2006 | 1321 |
| **Reply:** | **Date** | **Docket No.** |
| Mesirow Financial Interim Management, LLC (Omnibus Response) | September 25, 2006 | 1367 |
| Official Committee of Holders of Executory Rights Through USA Commercial Mortgage Company (Reply to Objection) | September 26, 2006 | 1376 |

Hearing Status form for 092806 Hearings     - 10 –

17. **<u>Lewis and Roca LLP's First Interim Application For Allowance of Compensation and Reimbursement of Expenses Incurred As Attorneys For Official Committee of Unsecured Creditors</u>** (Docket No. 1225), requests compensation for services rendered and reimbursement of fees in the amount of $227,901.25 and expenses in the amount of $40,900.51 incurred on behalf of the Official Committee of Unsecured Creditors from the beginning of the firm's representation May 24, 2006 through July 31, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| JV Direct Lenders (Omnibus Response) | September 18, 2006 | 1316 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Joinder in JV Direct Lenders Response) | September 19, 2006 | 1317 |
| Joseph Milanowski and Thomas Hantges (Objection) | September 19, 2006 | 1321 |
| **Reply:** | **Date** | **Docket No.** |
| Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (Omnibus Reply) | September 21, 2006 | 1337 |

18. **<u>First Application For Interim Allowance of Attorney's Fees And Reimbursement of Expenses of Schwartzer & McPherson Law Firm</u>** (Docket No. 1229) seeks allowance of compensation in the amount of $265,016.00 and reimbursement of expenses in the amount of $5,465.09 for services rendered as counsel for the Debtors for the period of April 14, 2006 through July 31, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (Objection) | September 15, 2006 | 1307 |
| JV Direct Lenders (Omnibus Response) | September 18, 2006 | 1316 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Joinder in JV Direct Lenders Response) | September 19, 2006 | 1317 |
| Joseph Milanowski and Thomas Hantges (Objection) | September 19, 2006 | 1321 |

Hearing Status form for 092806 Hearings    - 11 –

| Reply: | Date | Docket No. |
|---|---|---|
| Schwartzer & McPherson Law Firm (Joinder) | September 25, 2006 | 1366 |
| Official Committee of Holders of Executory Rights Through USA Commercial Mortgage Company (Reply to Objection) | September 26, 2006 | 1376 |

19. **First Application of Ray Quinney & Nebeker P.C. For Interim Compensation And Reimbursement Pursuant To 11 U.S.C. §§ 330 And 331 For The Period April 13, 2006 Through July 31, 2006** (Docket No. 1231), requests allowance and payment of interim compensation in the total amount of $937,187.54 for services rendered, and interim reimbursement in the total amount of $64,950.57 for expenses incurred, for the period April 13, 2006 through July 31, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (Objection) | September 15, 2006 | 1307 |
| JV Direct Lenders (Omnibus Response) | September 18, 2006 | 1316 |
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA (Joinder in JV Direct Lenders Response) | September 19, 2006 | 1317 |
| Joseph Milanowski and Thomas Hantges (Objection) | September 19, 2006 | 1321 |
| **Reply:** | **Date** | **Docket No.** |
| Ray Quinney & Nebeker, P.C. (Omnibus Reply) | September 25, 2006 | 1365 |
| Official Committee of Holders of Executory Rights Through USA Commercial Mortgage Company (Reply to Objection) | September 26, 2006 | 1376 |

Hearing Status form for 092806 Hearings        - 12 –

# Adversary Proceedings

1. **Scheduling Conference** in Adversary No. 06-01146, <u>USA Commercial Mortgage Company v. Wells Fargo Bank, N.A.</u>

2. **Motion For Preliminary Injunction** in Adversary No. 06-01179, <u>USA Commercial Mortgage Company v. Standard Property Development, LLC</u>. A stipulation and order requesting that this Motion be continued to October 19, 2006 will be submitted to the Court.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Standard Property Development, LLC | September 18, 2006 | 14 |
| **Reply:** | **Date** | **Docket No.** |
| USA Commercial Mortgage Company | September 25, 2006 | 18 |

3. **Motion For Summary Judgment And For Order Directing Release Of Funds** in Adversary No. 06-01167, <u>USA Commercial Mortgage Company v. John Dutkin, Trustee, et al.</u> (Docket No. 97).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| n/a | | |

DATED: September 27, 2006

/s/     Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
and
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

Hearing Status form for 092806 Hearings        - 13 –