1   Annette W. Jarvis, Utah Bar No. 1649                    **E-FILED ON SEPTEMBER 27, 2006**
    RAY QUINNEY & NEBEKER P.C.
2   36 South State Street, Suite 1400
    P.O. Box 45385
3   Salt Lake City, Utah 84145-0385
    Telephone: (801) 532-1500
4   Facsimile: (801) 532-7543
    Email: ajarvis@rqn.com
5       and
    Lenard E. Schwartzer, Nevada Bar No. 0399
6   Jeanette E. McPherson, Nevada Bar No. 5423
    SCHWARTZER & MCPHERSON LAW FIRM
7   2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada  89146-5308
8   Telephone:  (702) 228-7590
    Facsimile:  (702) 892-0122
9   E-Mail:  bkfilings@s-mlaw.com

10  Attorneys for Debtors and Debtors-in-Possession

11
                    **UNITED STATES BANKRUPTCY COURT**
12
                            **DISTRICT OF NEVADA**
13  In re:                                              Case No. BK-S-06-10725 LBR
    USA COMMERCIAL MORTGAGE COMPANY,                    Case No. BK-S-06-10726 LBR
14                                         Debtor.      Case No. BK-S-06-10727 LBR
                                                        Case No. BK-S-06-10728 LBR
15  In re:                                              Case No. BK-S-06-10729 LBR
    USA CAPITAL REALTY ADVISORS, LLC,
16                                         Debtor.      Chapter 11

17  In re:
    USA CAPITAL DIVERSIFIED TRUST DEED FUND,            Jointly Administered Under
18  LLC,                                                Case No. BK-S-06-10725 LBR
                                           Debtor.
19  In re:
    USA CAPITAL FIRST TRUST DEED FUND, LLC,
20                                         Debtor.      **DECLARATION IN SUPPORT OF EX
                                                        PARTE APPLICATION FOR ORDER
21  In re:                                              SHORTENING TIME TO HEAR MOTION
    USA SECURITIES, LLC,                                FOR ORDER SCHEDULING AN
22                                         Debtor.      AUCTION FOR THE SALE OF CERTAIN
                                                        ASSETS, APPOINTING SPCP GROUP,
    Affects:                                            LLC, AS LEAD BIDDER, AND
23     ☒ All Debtors                                    APPROVING BID PROCEDURES AND
       ☐ USA Commercial Mortgage Company               PROTECTIONS
24     ☐ USA Securities, LLC                            (AFFECTS ALL DEBTORS)**
       ☐ USA Capital Realty Advisors, LLC
25     ☐ USA Capital Diversified Trust Deed Fund, LLC
       ☐ USA Capital First Trust Deed Fund, LLC
26                                                      Date: OST PENDING
                                                        Time: OST PENDING
27

28

    OST Declaration                        Page 1 of 3

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    Jeanette E. McPherson, under penalties of perjury, hereby declares and states as follows:

2    1.    A Motion For Order Scheduling An Auction For The Sale of Certain Assets,

3    Appointing SPCP Group, LLC, As Lead Bidder, And Approving Bid Procedures And Protections

4    (the "Motion") was filed on September 22, 2006, by Schwartzer & McPherson Law Firm,

5    attorneys for USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty

6    Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust

7    Deed Fund, LLC, the Debtors and Debtors-in-Possession (collectively, the "Debtors").  The

8    Debtors request that the Court enter an order granting the Motion and:

9    A.    Approving the Bid Procedures (attached to the Motion as Exhibit A)
10    and thereby authorizing the Debtors, among other things, to: (i) establish
minimum qualifications for potential bidders to participate in an auction
11    process for the sale of  USA Capital First Trust Deed Fund's ("FTD Fund")
ownership interest as a direct lender in 47 specifically identified loans, for a
12    proposed purchase price of $46.5 million, subject to certain adjustments and
conditions as stated in the Offer Letter (which is attached as Exhibit B to
13    the Motion), and USA Commercial Mortgage's servicing rights in 80
specifically identified loans, including rights to collect servicing fees and
14    other fees as specified in the Offer Letter, for a proposed purchase price of
one-half of the first $1 million in servicing fees to be collected by the
15    purchaser, as well as certain upside sharing and other consideration, as more
specifically described in the Offer Letter (the "Property"), (ii) conduct an
16    in-Court auction to obtain the highest and best offer for the Property, and
(iii) determine, along with the Official Committee of Unsecured Creditors
17    of USA Commercial Mortgage and the Official Committee of Equity
Security Holders of USA Capital First Trust Deed Fund, LLC, the highest
18    and otherwise best bid for the Property (the "Successful Bid").
19

20    B.    Approving SPCP Group, LLC as the "stalking horse" bidder for the
Property, and authorizing the Debtors to pay to the SPCP Group, LLC:
21    (i) a break-up fee in the amount of $1.5 million (the "Break-Up Fee"),
payable under certain circumstances as more particularly detailed in the
22    Offer Letter and summarized in the Motion, which Break-Up Fee shall
be reduced by the amount of the Expense Reimbursement (see as
23    follows) actually paid to the SPCP Group, LLC, and (ii) an expense
reimbursement which shall be limited to a maximum amount of actual
24    and reasonable expenses incurred by SPCP Group, LLC not to exceed
$500,000 (the "Expense Reimbursement"), payable under certain
25    circumstances as more particularly detailed in the Offer Letter.
26

27    C.    Scheduling an auction (the "Auction") in accordance with the Bid
Procedures in order to identify the "Successful Bid" and the "Next
28

OST Declaration                              Page 2 of 3

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    Highest Bid" (as defined in the Bid Procedures) for the Property and

2    approving the form of sale notice for the Auction.

3    2.    The Debtors request that the hearing on the Motion be set for a hearing for October

4    19, 2006.  A Notice Of Hearing was filed with this Court on September 26, 2006 and noticed to

5    interested parties setting the hearing on October 19, 2006 at 9:30 a.m.  Due to a clerical error, the

6    deadline to notice the Motion was miscalculated, and interested parties were given only 22 days

7    notice instead of 25 days. It is necessary to have this Motion to establish bid procedures heard by

8    this date so that the other time frames and deadlines regarding this case are not adversely affected.

9    3.    Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

10    Dated: September 27, 2006.

11

12       /s/   *Jeanette E. McPherson*
Lenard E. Schwartzer, Esq.

13    Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm

14    2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308

15    and

16    Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.

17    36 South State Street, Suite 1400
P.O. Box 45385

18    Salt Lake City, Utah 84145-0385

19    Attorneys for Debtors and Debtors-In-Possession

20

21

22

23

24

25

26

27

28

OST Declaration