1  Goldsmith & Guymon, P.C.
   Marjorie A. Guymon, Esq.
2  E-mail: mguymon@goldguylaw.com
   Nevada Bar No. 4983
3  Damon K. Dias, Esq.
   E-mail: ddias@goldguylaw.com
4  Nevada Bar. No. 8999
   2055 N. Village Center Circle
5  Las Vegas, Nevada 89134
   Telephone:  (702) 873-9500
6  Facsimile:  (702) 873-9600
   Attorneys for Creditor Frank Raymond Lee

E-filed on: September 28, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | | BK-S-06-10725 LBR |
| --- | --- | --- |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | BK-S-06-10726 LBR |
| Debtor. | ) | BK-S-06-10727 LBR |
| | | BK-S-06-10728 LBR |
| | | BK-S-06-10729 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
| Debtor. | ) | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR FRANK RAYMOND LEE** |
| Debtor. | ) | |
| USA SECURITIES, LLC, | ) | Hearing Date:  October 30, 2006 |
| Debtor. | ) | Hearing Time:  9:30 a.m. |

Affects:

X    All Debtors
☐    USA Commercial Mortgage Company
☐    USA Securities, LLC
☐    USA Capital Realty Advisors, LLC
☐    USA Capital Diversified Trust Deed Fund, LLC
☐    USA First Trust Deed fund, LLC

**COMES NOW**, the law firm of Goldsmith & Guymon, P.C., and hereby moves this Court for an

1 order granting the undersigned permission to withdraw as counsel of record for Creditor Frank Raymond
2 Lee. This Motion is made and based upon the accompanying Memorandum of Points and Authorities,
3 the affidavit of Damon K. Dias, Esq. attached hereto as Exhibit A, all pleadings and papers on file herein,
4 and the oral argument of counsel upon hearing, if any.

DATED this 28 day of September, 2006.

GOLDSMITH & GUYMON, P.C.

DAMON K. DIAS, ESQ.
Nevada Bar No. 8999
2055 N. Village Center Circle
Las Vegas, Nevada 89134
**Attorneys for Frank Raymon Lee**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. FACTS

Mr. Lee is a creditor in the USA Capital bankruptcy proceedings. He invested in one or more of the Trust Deed funds. He retained the undersigned as counsel to assist him in the above referenced bankruptcy, but has since determined that he no longer requires the assistance of counsel and wishes to proceed on his own. Based upon this assertion by the client, and after disclosing to client the need to file proof of claim and otherwise remain diligent in this matter, the undersigned requests that this Court issue an Order permitting the undersigned to withdraw from the representation at this time.

### II. ARGUMENT

A. **THIS COURT HAS AUTHORITY TO ENTER AN ORDER ALLOWING AN ATTORNEY TO WITHDRAW AS ATTORNEY OF RECORD FOR A PARTY WHEN THE REPRESENTATION WILL NOT DELAY THE MATTER, AND WHEN THE WITHDRAWAL WILL NOT CAUSE MATERIAL ADVERSE EFFECT ON THE CLIENT.**

Pursuant to Local Rule IA 10-6 of the Local Rules of Practice of the United States District Court for the District of Nevada, counsel must seek leave of the court to withdraw, and such relief may come after notice to the client and opposing counsel. The rule states that withdrawal may not be granted if undue delay would result. In the instant case, Creditor is not involved in litigation directly with Debtor at this time, there are no hearings involving Creditor on calendar as of the time of filing, and furthermore,

given the nature of this case, there are many investors not represented by counsel and to allow the undersigned to withdraw will not contribute to additional delay not otherwise foreseeable. Therefore, no undue delay will be caused by an order granting this Motion.

Nevada Rule of Professional Conduct 1.16(b) states that "A lawyer may withdraw from representing a client if (1) withdrawal can be accomplished without material adverse effect on the interests of the client." In the instant matter, Creditor has requested that the undersigned withdraw, as he is semi-retired and wants to pursue the action on his own. Counsel has informed Creditor that he must prepare and file a Proof of Claim to protect his interests, and further that he must remain diligent in his pursuit of his interests in this matter.

**WHEREFORE**, for the above stated reasons and the decision of Creditor, the law firm of Goldsmith & Guymon, P.C. hereby requests that this Court enter an order allowing it to withdraw as counsel of record for creditor Frank Raymond Lee.

DATED this 28 day of September, 2006.

**GOLDSMITH & GUYMON, P.C.**

_____
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
Damon K. Dias, Esq.
Nevada Bar No. 8999
2055 N. Village Center Circle
Las Vegas, Nevada  89134
Attorneys for Creditor Frank Raymond Lee

X:\MAG\Client Matters\BK Clients\USA Capital 5864-4\mot.withdraw.lee.wpd