# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

**EXHIBIT A**

**DECLARATION OF DAMON K. DIAS, ESQ., IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR FRANK RAYMOND LEE**

STATE OF NEVADA        )
                         ) ss:
COUNTY OF CLARK     )

       Damon K. Dias, Esq., having been first duly sworn, deposes and says under penalty of perjury:

1.      I am an attorney licensed to practice before all courts in the state of Nevada and an associate of the law firm of Goldsmith & Guymon, P.C.

2.      The law firm of Goldsmith & Guymon, P.C., was retained by Frank Raymond Lee to represent him regarding his status as an investor and Creditor in the above reference USA Commercial Mortgage and related cases.

3.      Goldsmith & Guymon has fulfilled the initial purpose of its retention.

4.      Frank Raymond Lee has expressed his desire to terminate the services of Goldsmith & Guymon, P.C. in this matter. Due to this request, and for the reasons stated in the attached Motion to Withdraw as Counsel for Frank Raymond Lee, the law firm of Goldsmith & Guymon, P.C. hereby requests permission to withdraw as counsel of record for creditor Frank Raymond Lee.

5.      The last known address for creditor Frank Raymond Lee where he may be served notice of the proceedings is: Frank Raymond Lee, P.O. Box 14023, Las Vegas, NV 89114.

*Further Your Affiant Sayeth Naught.*

                         **GOLDSMITH & GUYMON, P.C.**

                         Damon K. Dias, Esq.

SUBSCRIBED AND SWORN to before me this ____ day of September, 2006.



DANIELLE DIXON
Notary Public, State of Nevada
Appointment No. 06-103986-1
My Appt. Expires Dec. 8. 2009

Notary in and for
said County and State