Goldsmith & Guymon, P.C.
Marjorie A. Guymon, Esq.
E-mail: mguymon@goldguylaw.com
Nevada Bar No. 4983
Damon K. Dias, Esq.
E-mail: ddias@goldguylaw.com
Nevada Bar. No. 8999
2055 N. Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Creditor Frank Raymond Lee

E-filed on: September 28, 2006

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

USA CAPITAL REALTY ADVISORS, LLC,

    Debtor.

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

    Debtor.

USA CAPITAL FIRST TRUST DEED FUND, LLC,

    Debtor.

USA SECURITIES, LLC,

    Debtor.

Affects:

X    All Debtors
☐    USA Commercial Mortgage Company
☐    USA Securities, LLC
☐    USA Capital Realty Advisors, LLC
☐    USA Capital Diversified Trust Deed Fund, LLC
☐    USA First Trust Deed fund, LLC

BK-S-06-10725 LBR
BK-S-06-10726 LBR
BK-S-06-10727 LBR
BK-S-06-10728 LBR
BK-S-06-10729 LBR

Chapter 11

**CERTIFICATE OF SERVICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR FRANK RAYMOND LEE**

Hearing Date: October 30, 2006
Hearing Time: 9:30 a.m

I hereby certify that on September 28, 2006, I did serve a true and correct copy of the following

documents upon the parties listed on the attached matrix, either by electronic mail or first-class mail, postage prepaid:

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR FRANK RAYMOND LEE.**

DATED this September 28, 2006.

*/s/ Angelena L. Lydon*
An employee of GOLDSMITH & GUYMON, P.C.

DKD

X:\MAG\Client Matters\BK Clients\USA Capital 5864-4\mot.withdraw.lee.COS.wpd

Annette W. Jarvis
Douglas M. Monson
Steven C. Stron
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Office of the U.S. Trustee
600 Las Vegas Blvd. South, Suite 4300
Las Vegas, NV 89101

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146-5308

Kummer, Kaempfer, Bonner & Renshaw
3800 Howard Hughes Parkway, 7th Flr
Las Vegas, NV 89101

USA Commercial Mortgage, et al
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Intershow
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

James Hull
C/O Singature Financial
2601 Airport Drive
Torrance, CA 90505

George Gorman
C/O Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

TIM RICH
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

ROB CHARLES
SUSAN M. FREEMAN
LEWIS AND ROCA, LLP
3993 HOWARD HUGHES PARKWAY, 6TH FLOOR
LAS VEGAS, NV 89109

BUNCH, DELL
C/O DONALD R. WALKER
9209 EAGLE HILLS DR.
LAS VEGAS, NV 89134-6109

ADVANCED INFORMATION SYSTEMS
C/O MICHAEL T. YODER
4270 CAMERON STREET, SUITE #1
LAS VEGAS, NV 89103

RUSSELL AD DEVELOPMENT GROUP, LLC
P.O. BOX 28216
SCOTTSDALE, AZ 85255

ROBERT A. RUSSELL
8585 EAST HARTFORD DR., SUITE 500
SCOTTSDALE, AZ 85255

ANNEE NOUNNA
8057 LANDS END COURT
LAS VEGAS, NV 89117-7635

ROBERT L. HAGMAIER
15254 CANDLEWOOD COURT
LAKE OSWEGO, OR 97035

FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
STUTMAN, TREISTER & GLATT, P.C.
1901 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHAWN W. MILLER
SHLOMO S. SHERMAN
SHEA & CARLYON, LTD.
233 S. fourth Street, 2nd Floor
Las Vegas, NV 89101

ROBERT E. TAYLOR
C/O CHUCK HEINRICHS
198 EL PAJARO
NEWBURY PARK, CA 91320

JOHN WARNER JR., IRA
C/O FIRST SAVINGS BANK
2605 EAST FLAMINGO RD
LAS VEGAS, NV 89121

JOHN H. WARNER, JR.
2048 NORTH CHETTRO TRAIL
ST. GEORGE, UT 84770

MARY E. AND MATTHEW J. MORO, JTWROS
1009 8TH ST
MANHATTAN BEACH, CA 90266

RICHARD G. WOUDSTRA REVOCABLE TRUST
RICHARD G. WOUDSTRA, TTEE
P.O. BOX 530025
HENDERSON, NV 89053

WEN BALDWIN SEPARATE PROPERTY TRUST
365 DOOLEY DRIVE
HENDERSON, NV 89015

JOHN GOINGS
P.O. BOX 174
MASONVILLE, CO 80541

JOSEPH S. CONGRESS
9900 WILBUR MAY PARKWAY, #802
RENO, NV 89521-4008

MARC A. LEVINSON
LYNN TRINKA ERNCE
ORRICK, HERRINGTON & SUTCLIFF, LLP
400 CAPITAL MALL, SUITE 3000
SACRAMENTO, CA 95814

ROBERT G. WORTHEN
1112 WORTHEN CIR.
LAS VEGAS, NV 89145

KATZ 2000 SEPARATE PROPERTY TRUST
SARA M. KATZ, MANAGING TRUSTEE
4250 EXECUTIVE SQUARE, #670
SAN DIEGO, CA 92037

| | | |
|---|---|---|
| THOMAS C. LAWYER FAMILY TRUST<br>45 VENTANA CANYON DR.<br>LAS VEGAS, NV 89113 | JERRY T. MCGIMSEY<br>3115 SOUTH EL CAMINO RD.<br>LAS VEGAS, NV 89146-6621 | CHARLES O. NICHOLS AND FLORA A. NICHOLS<br>2561 SEASCAPE DR.<br>LAS VEGAS, NV 89128 |
| ROBERT HARDY<br>6510 ANSONIA COURT<br>LAS VEGAS, NV 89118-1874 | FRANK WEINMAN<br>2947 PINEHURST DRIVE<br>LAS VEGAS, NV 89109 | GERALD M. GORDON<br>GREGORY E. GARMAN<br>TALITHA B. GRAY<br>MATTHEW C. ZIRZOW<br>GORDON & SILVER, LTD<br>3960 HOWARD HUGES PARKWAY, 9TH FLOOR<br>LAS VEGAS, NV 89109 |
| FERTITTA ENTERPRISES, INC.<br>2960 W. SAHARA AVE., SUITE 200<br>LAS VEGAS, NV 89102 | WILLIAM J. BULLARD<br>FERTITTA ENTERPRISES, INC.<br>P.O. BOX 27555<br>LAS VEGAS, NV 89126-1555 | HELMS HOMES, LLC<br>C/O TERRY HELMS<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107 |
| TERRY HELMS LIVING TRUST<br>809 UPLAND BLVD.<br>LAS VEGAS NV 89107 | DENNIS FLIER, INC. DEFINED BENEFIT TRUST<br>20155 PORTO VITA WAY #1803<br>AVENTURA, FL 33180 | ARTHUR POLACHECK AND GLORIANNE POLACHECK<br>2056 WOODLAKE CIR.<br>DEERFIELD BEACH FL 33442 |
| JAMES W. MCCOLLUM & PAMELA P. MCCOLLUM<br>1011 F. AVENUE<br>CORONADO, CA 92118 | HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWAY<br>SUITE N-409<br>POMPANO BEACH, FL 33062 | C/O EDWARD W. HOMFELD<br>858 BISHOP ROAD<br>GROSSE POINTE PARK, MI 48230 |
| NEVADA MORTGAGE LENDING DIVISION<br>ATTN: SUSAN ECKHARDT<br>3075 EAST FLAMINGO #100<br>LAS VEGAS, NV 89121 | U.S. SECURITIES AND EXCHANGE COMMISSION<br>ATTN: SANDRA W. LAVIGNA.<br>5670 WILSHIRE BLVD., 11TH FLOOR<br>LOS ANGELES, CA 90036-3648 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K. STREET, N.W.<br>WASHINGTON, D.C. 20005-4026 |
| DEPARTMENT OF EMPLOYMENT TRAINING<br>EMPLOYMENT SEC DIV, CONTRIBUTIONS SECTION<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713-0030<br><br>RENO, NV 89521-5906<br>NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS, NV 89101 | DMV AND PUBLIC SAFETY RECORDS SECTION<br>555 WRIGHT WAY<br>CARSON CITY, NV 89711-0250<br><br>INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY<br><br>CARSON CITY, NV 89710-0003 | EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY DESK<br>9790 GATEWAY DRIVE<br><br>LAS VEGAS, NV 89106<br><br>SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY, NV 89701 |
| NV DEPARTMENT OF TAXATION<br>REVENUE DIVISION<br>CAPITOL COMPLEX | OFFICE OF LABOR COMMISSIONER<br>555 EAST WASHINGTON AVE., SUITE 4100<br>LAS VEGAS, NV 89101 | U.S. ATTORNEY<br>DISTRICT OF NEVADA<br>323 LAS VEGAS BLVD. SO, #5000<br>LAS VEGAS, NV 89101 |
| UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>P.O. BOX 683 – BEN FRANKLIN STATION<br>WASHINGTON, D.C. 20044 | DISTRICT COUNSEL<br>INTERNAL REVENUE SERVICE<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 | INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 |

| | | |
|---|---|---|
| FHA/HUD<br>DISTRICT OFFICE<br>333 NORTH RANCHO DR., #700<br>LAS VEGAS, NV 89106-3797 | DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE AND CLAIMS<br>3225 NORTH CENTRAL<br>PHOENIX, AZ 85012 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155-1220 |
| CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>P.O. BOX 551401<br>LAS VEGAS, NV 89155-1401 | DON TOMLIN<br>C/O DAVID W. MOUNIER<br>15316 SKY HIGH ROAD<br>ESCONDIDO, CA 92025 | MARYETTA BOWMAN<br>534 ENCHANTED LAKES DRIVE<br>HENDERSON, NV 89052 |
| EDWARD W. HOMFELD<br>HOMFELD II, LLC<br>777 SOUTH FEDERAL HIGHWA<br>SUITE N-409<br>POMPANO BEACH, FLORIDA 33062 | RICHARD MCKNIGHT, ESQ.<br>LAW OFFICES OF RICHARD MCKNIGHT<br>330 SOUTH THIRD STREET #900<br>LAS VEGAS, NV 89101 | RJ ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TX 76248 |
| MARGIE GANDOLFO<br>1724 ARROW WOOD DRIVE<br>RENO, NV 89521 | JANNY CATHARINA BROUWER<br>2533 KINNARD AVENUE<br>HENDERSON, NV 89074 | ROBERT R. KINAS, ESQ.<br>JENNIFER L. McBEE<br>SNELL & WILMER, LLP<br>3800 HOWARD HUGHES PKWY, #1000<br>LAS VEGAS, NV 89109 |
| MICHAEL R. SHULER<br>C/O JAY R. EATON<br>EATON & O'LEARY, PLLC<br>115 GROVE AVENUE<br>PRESCOTT, AZ 86301 | KERMIT KRUSE<br>2710 ALBANY AVENUE<br>DAVIS, CA 95616 | KELLY J. BRINKMAN, ESQ.<br>GOOLD PATTERSON, ALEX & DAY<br>4496 SOUTH PECOS ROAD<br>LAS VEGAS, NV 89121 |
| JANET L. CHUBB, ESQ.<br>JONES VARGAS<br>100 WEST LIBERTY STREET, 12TH FLOOR<br>P.O. BOX 281<br>RENO, NV 89504-0281 | MARTIN B. WEISS, ESQ.<br>THE GARRETT GROUP, LLC<br>ONE BETTERWORLD CIRCLE, SUITE 300<br>TEMECULA, CA 92590 | ATTILA JEFZENSZKY<br>1720 COLAVITA WAY<br>RENO, NV 89521 |
| VINCE DANELIAN<br>P.O. BOX 97782<br>LAS VEGAS, NV 89193 | WILLIAM L. MCGIMSEY, ESQ.<br>601 EAST CHARLESTON BLVD.<br>LAS VEGAS, NV 89104 | PAUL & DONNA JACQUES<br>810 SE 7TH STREET, A103<br>DEERFIELD BEACH, FL 33441 |
| PETER BOLINO<br>17412 SERENE DRIVE<br>MORGAN HILL, CA 95037 | SEAN NAJARIAN, ESQ.<br>THE NAJARIAN LAW FIRM<br>283 S. LAKE AVENUE, SUITE 205<br>PASADENA, CA 91101 | SCOTT D. FLEMING<br>HALE LANE PEEK DENNISION AND<br>HOWARD<br>3930 HOWARD HUGES PARKWAY, 4TH<br>FLOOR<br>LAS VEGAS, NV 89109 |
| NILE LEATHAM<br>JAMES B. MACROBBIE<br>KOLESAR & LEATHAM, CHTD<br>3320 WEST SARAHA AVE., SUITE 380<br>LAS VEGAS, NV 89102-3202 | LAUREL E. DAVIS<br>LIONEL SAWYER & COLLINS<br>4700 BANK OF AMERICAN PLAZA<br>300 SOUTH FOURTH STREET<br>LAS VEGAS, NV 89101 | GILBERT B. WEISMAN<br>BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 |
| CARYN S. TIJSSELING<br>BEESLEY, PECK & MATTEONI, LTD<br>5011 MEADOWOOD MALL WAY, #300<br>RENO, NV 89502 | NICHOLAS J. SANTORO<br>400 SOUTH FOURTH STREET 3RD FLOOR<br>LAS VEGAS, NV 89101 | JED A. HART<br>ANGELO, GORDON & CO.<br>245 PARK AVENUE, 26TH FLOOR<br>NEW YORK, NY 10167 |

BRADLEY J. STEVENS
ROBBINS & GREEN, P.A.
3000 NORTH CENTRAL AVENUE
SUITE 1800
PHOENIX, ARIZONA 85012

JEFFREY G. SLOANE
REGINA M. McCONNELL
KRAVITZ, SCHNITZER, SLOANE, JOHNSON, & EBERHARDY, CHTD.
1389 GALLERIA DR. SUITE 200
HENDERSON, NV 89014

DONALD T. POLEDNAK
SYLVESTER & POLEDNAK, LTD
7371 PRAIRIE FALCON, SUITE 120
LAS VEGAS, NV 89128

BAY COMMUNITIES
C/O CHRIS MCKINNEY
4800 NO. FEDERAL HIGHWAY, SUITE A205
BOCA RATON, FL 33431

ANDREW WELCHER
c/o NORDMAN CORMANY HAIR & COMPTON LLP
ATTN: WILLIAM E. WINFIELD, ESQ.
1000 TOWN CENTER DRIVE, 6TH FLOOR
P.O. BOX 9100
OXNARD, CA 93031

SCOTT K. CANEPA
CANEPA, RIEDY & RUBINO
851 S. RAMPART BLVD. #160
LAS VEGAS, NV 89145

SUSAN WILLIAMS SCANN
PAUL R. CONNAGHAN
DEANER, DEANER, SCANN MALAN & LARSEN
ATTORNEYS FOR FRANKLIN/STRATFORD INVESTMENT, LLC
720 SOUTH FOURTH STREET, SUITE #300
LAS VEGAS, NV 89101

THOMAS R. BROOKSBANK
BROOKSBANK & ASSOCIATES
ATTORNEYS FOR AUGUSTINE TUFFANELLI
689 SIERRA ROSE DRIVE, SUITE A-2
RENO, NV 89511

CiCi CUNNINGHAM, JAMES A. KOHL
CHRISTINE ROBERTS
RAWLINGS, OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 WEST CHEYENNE AVE.
LAS VEGAS, NV 89129

KEVIN B. CHRISTENSEN
XANNA R. HARDMAN
EVAN JAMES
7440 WEST SAHARA AVE.
LAS VEGAS, NV 89117

PETER SUSI
JAY L. MICHAELSON
MICHAELSON, SUSI & MICHAELSON
SEVEN WEST FIGUEROA ST. 2ND FLOOR
SANTA BARBARA, CA 93101-3191

ERVEN T. NELSON
BOLICK & BOYER
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107

ROBERT VERCHOTA, GENERAL PARTNER
R&N REAL ESTATE INVESTMENTS, LP
c/o JEFFREY A. COGAN
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

JOHN F. MURTHA
WOODBURN & WEDGE
6100 NEIL ROAD, SUITE 500
P.O. BOX 2311
RENO, NV 89505

WILLIAM D. COPE
COPE & GUERRA
595 HUMBOLDT STREET
RENO, NV 89509-1603

RUSSELL JAMES ZUARDO
1296 HIGH FOREST AVE
LAS VEGAS, NV 89123

FRANKLIN C. ADAMS
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVE
P.O. BOX 1028
RIVERSIDE, CA 92502-1028

RICHARD MASON
PATRICIA K. SMOOTS
MICHAEL M. SCHMAHL
McGUIRE WOODS, LLP
77 WEST WACKER DR., SUITE 4100
CHICAGO, IL 60601

JOAN C. WRIGHT
ALLISON, MacKENZIE, RUSSELL, PAVLAKIS, WRIGHT & FAGAN, LTD.
402 NORTH DIVISION STREET
P.O. BOX 646
CARSON CITY, NV 89702

MATTHEW Q. CALLISTER
CALLISTER & REYNOLDS
823 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89101

LAW OFFICES OF JAMES G. SCHWARTZ
JOSHUA D. BRYSK, ESQ.
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

HOWARD CONNELL
1001 JENNIS SILVER STREET
LAS VEGAS, NV 89145

THOMAS &. STILLEY
SUSSMAN SHANK, LLP
ATTORNEYS FOR DAVID FOSSATI
1000 SW BROADWAY, SUITE 1400
PORTLAND, OR 97205-3089

JOHN PETER LEE, LTD
JOHN PETER LEE, ESQ.
830 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NV 89101