RAY and LINDA KETTERMAN
6420 E. Tropicana Avenue #59
Las Vegas NV 89122

September 19, 2006

RECEIVED AND FILED
2006 SEP 26  P 1:38
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

USA Capital
4484 South Pecos Road
Las Vegas, Nevada 89121

Certified Mail -
Return Receipt Requested

RE:   Ray Ketterman and Linda Ketterman
      <u>Account No. 1801</u> - <u>Bankruptcy Case No. 06-10725</u>

Gentlemen:

This is to inform you of our change of address effective September 22, 2006:

Current address:   6420 E. Tropicana Avenue #59
                   Las Vegas, Nevada 89122

New address:       321 N. 19th Street
                   Enid, Oklahoma 73701

Please change your records accordingly.

We are also forwarding a copy of this letter by regular U.S. Mail to the parties listed below.

Very truly yours,

Ray Ketterman                         Linda Ketterman

cc:   Annette W. Jarvis (Ray Quinney & Nebeker, PC)
      Lenard E. Schwartzer, Esq. (Schwartzer & McPherson Law Firm)
      U. S. Trustee ✓