RECEIVED AND FILED

2006 SEP 27 P 2: 51

U.S. BANKRUPTCY COURT
            CLERK

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, NV 89169
Phone: (702) 792-3773
Fax: (702) 792-9002

Nancy A. Peterman
GREENBERG TRAURIG, LLP
77 W. Wacker Dr., Suite 2500
Chicago, IL 60601
Phone: (312) 456-8400
Fax: (312) 456-8435
Attorneys for Mesirow Financial Interim Management, LLC,
Crisis Managers for the Debtors, Designated
Chief Restructuring Officer for the Debtors and
the Employment of Certain Temporary Employees

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY**<br><br>(No Hearing Required) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

732420.1

-1-

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY

Receipt #181181    $175.00

1  Nancy A. Peterman, Petitioner, respectfully represents to the Court:

2  That Petitioner is not a member of the Bar of this Court;

3  That Petitioner resides at 3123 West Palmer Blvd (home address), Chicago, Illinois

4  60647 (city, state, zip).

5  That Petitioner is an attorney at law and a member of the law firm of Greenberg Traurig,

6  LLP with offices at 77 West Wacker Drive, Suite 2500, Chicago, Illinois 60601;

7  That Petitioner has been retained personally or as a member of the above law firm by

8  Mesirow Financial Interim Management, LLC, to provide legal representation to them in

9  connection with the above-entitled case now pending before this Court;

10  That, since November 1991, Petitioner has been and presently is a member in good

11  standing of the bar of the higher Court of the State of Illinois where Petitioner regularly

12  practices law;

13  That Petitioner was admitted to practice before the following United States District

14  Courts, United States Circuit Courts of Appeal, The Supreme Court of the United States, and

15  Courts of other states on the dates indicated below for each, and that Petitioner is presently a

16  member in good standing of the bars of said Courts:

| (Court) | (Date Admitted) |
|---|---|
| U.S. District Court of Northern Illinois, Northern District, Eastern Division | December 19, 1991 |
| United States Supreme Court | June 10, 1996 |
| State of Illinois | November 7, 1991 |
| U.S. District Court of Wisconsin, Eastern District | May 11, 1998 |
| U.S. District Court of Michigan, Eastern District | July 24, 2003 |
| Circuit Court of Appeals Seventh Circuit | February 11, 1994 |
| U.S. District Court of Illinois, Central District | April 4, 1997 |

732420.1

2

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY

1  That no disbarment proceedings are presently pending nor have disbarment proceedings ever been instituted against Petitioner; nor has any certificate or privilege to appear and practice before any regulatory administrative body ever been suspended or revoked; that neither through resignation, withdrawal, or otherwise, has Petitioner terminated or attempted to terminate Petitioner's office as an attorney in order to avoid administrative disciplinary or disbarment proceedings.

That Petitioner is a member in good standing of the following Bar Associations:

Illinois Bar Association (ARDC)

Attached hereto is a listing of all Greenberg Traurig LLP attorneys that have filed applications and/or been associated to appear as counsel (which includes the date of application, the cause, the title of the court or administration body, and the date the application was granted or denied) under Local Rule IA 10-2 during the past three (3) years.

That Petitioner respectfully prays that he be admitted to practice before this Court **FOR PURPOSES OF THIS CASE ONLY.**

DATED: 9/27/06

_____
PETITIONER

## VERIFICATION

STATE OF Illinois             )
                              ) ss.
COUNTY OF Cook                )

Nancy A. Peterman, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*[signature]*
PETITIONER

SUBSCRIBED AND SWORN to before me this 27th day of September, 2006.

*[signature]*
NOTARY PUBLIC

"OFFICIAL SEAL"
Carla J. Greenberg
Notary Public, State of Illinois
My Commission Exp. 06/21/2010

## ORDER

The Verified Petition of Nancy A. Peterman to practice in this case only is approved.

DATED: _____

PATRICIA GRAY, CLERK
UNITED STATES BANKRUPTCY COURT

By: *[signature]* Annette Lesko
Deputy Clerk

CHI 56549399v1 9/26/2006

732420.1

4

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY

ATTACHMENT TO VERIFIED PETITION
FOR PERMISSION TO PRACTICE IN THIS CASE ONLY
BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT
PURSUANT TO LOCAL RULE IA 10-2: ADMISSION TO PRACTICE
IN A PARTICULAR CASE

Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Applicant | Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|---|
| Kevin Finger of Chicago, Illinois | 1/26/06 | C. Alan Bentley, Chapter 11 Trustee v. Ross Mangano, et al., 05-05059-gwz | United States Bankruptcy Court, District of Nevada (Reno) | Granted, 2006 |
| John A. Boudet of Orlando, Florida | 8/19/05 | James Mason and Marilyn Mason v. Del American, Inc., 2:05-CV-00800-BES-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| David S. Oliver of Orlando, Florida | 8/19/05 | James Mason and Marilyn Mason v. Del American, Inc., 2:05-CV-00800-BES-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| John A. Boudet of Orlando, Florida | 8/4/05 | Thomas Blinkinsop, et al. v. Vegas Grand Condominium Limited, et al., 2:05-CV-00714-BES-RJJ | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| David S. Oliver of Orlando, Florida | 8/4/05 | Thomas Blinkinsop, et al. v. Vegas Grand Condominium Limited, et al., 2:05-CV-00714-BES-RJJ | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| John A. Sten of Boston, Massachusetts | 7/26/05 | Securities and Exchange Commission v. Kenneth W. Hawk, et al., 3:05-CV-00172-LRH-VPC | United States District Court, District of Nevada (Reno) | Granted, 2005 |
| Juan M. Marcelino of Boston, Massachusetts | 7/12/05 | Securities and Exchange Commission v. Kenneth W. Hawk, et al., 3:05-CV-00172-LRH-VPC | United States District Court, District of Nevada (Reno) | Granted, 2005 |
| Jesus Cuza of Ft. Lauderdale, Florida | 2/23/05 | Perfumania Incorporated, a Florida corporation v. Fashion Outlet of Las Vegas, LLC, 2:05-CV-00054-ECR-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| Linda M. Reck of Ft. Lauderdale, Florida | 2/23/05 | Perfumania Incorporated, a Florida corporation v. Fashion Outlet of Las Vegas, LLC, 2:05-CV-00054-ECR-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |

| | | | | |
|---|---|---|---|---|
| Victoria Counihan of Wilmington, Delaware | 4/8/04 | *MJ Research, Incorporated,* 04-50861-gwz | United States Bankruptcy Court, District of Nevada (Reno) | Granted, 2004 |
| Hilarie Bass, of Miami, Florida | 3/13/06 | *Scott, et al. v Related CCD, LLC, 2:06-cv-00082-JCM-PAL* | United States District Court, District of Nevada (Las Vegas) | Granted 3/13/06 |
| John F. Triggs, of New York, New York | 3/13/06 | *Gibson Guitar Corp. v Ed Roman Enterprises, Inc., DBA Ed Roman Guitars and Ed Roman,* 02:06-cv-308 | United States District Court, District of Nevada (Las Vegas) | Granted 3/16/06 |
| John C. Kirkland of Los Angeles, CA | 3/21/06 | *Plush Lounge Las Vegas, LLC v Hotspur Resorts Nevada, Inc., 2:06-CV-00335* | United States District Court, District of Nevada (Las Vegas) | Granted 4/14/06 |

Attachment to Federal Pro Hac Vice Verified Petition
Updated: 8/29/06

2