**ORIGINAL**

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, NV 89169
Phone: (702) 792-3773
Fax: (702) 792-9002

Nancy A. Peterman
GREENBERG TRAURIG, LLP
77 W. Wacker Dr., Suite 2500
Chicago, IL 60601
Phone: (312) 456-8400
Fax: (312) 456-8435
Attorneys for Mesirow Financial Interim Management, LLC,
Crisis Managers for the Debtors, Designated
Chief Restructuring Officer for the Debtors and
the Employment of Certain Temporary Employees

RECEIVED AND FILED

2006 SEP 27  P 2: 46

U.S. BANKRUPTCY COURT
PATRICIA K. CLAY, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO**<br><br>(No Hearing Required) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

732814.1

-1-

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY

## DESIGNATION OF LOCAL COUNSEL

The undersigned, Nancy A. Peterman, attorney of record for <u>Mesirow Financial Interim Management, LLC</u>, creditor herein, has submitted to the Court a Verified Petition for Permission to Practice in this Case Only. Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he/she believes it to be in the best interests of the client to designate <u>Ronald D. Green, Jr. (SBN 7360)</u>, an associate of Greenberg Traurig, LLP, and a member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associated local counsel in this action. The address of said designated Nevada Counsel is:

> GREENBERG TRAURIG, LLP
> 3773 Howard Hughes, Parkway
> Suite 500 North
> Las Vegas, NV 89169

By this designation the undersigned attorneys and party agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

DATED this 27th day of September, 2006.

_____
Nancy A. Peterman
For: Mesirow Financial Interim Management, LLC

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

DATED this 27th day of Sept., 2006

Ronald D. Green, Jr.
Designated Nevada Counsel

CHI 56549400v2 9/27/2006

732814.1

3

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY