RECEIVED AND FILED

2006 SEP 27 P 2: 50

U.S. BANKRUPTCY COURT
 CLERK

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Phone: 702-792-3773
Fax:    702-792-9002

Nancy A. Peterman, Esq., *Pro Hac Vice Applicant*
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 2500
Chicago, Illinois 60601
Phone: 312-456-8400
Fax: 312-456-8435
Attorneys for Mesirow Financial Interim Management, LLC,
Crisis Managers for the Debtors, Designated
Chief Restructuring Officer for the Debtors and
The Employment of Certain Temporary Employees

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                             Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                             Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                             Debtor. | **MOTION TO FILE ON PAPER** |
| In re:<br>USA SECURITIES, LLC,<br>                             Debtor. | |

## MOTION TO FILE ON PAPER

*This motion must be accompanied by a supporting affidavit or declaration and a proposed order.*

1.  Movant, Nancy A. Peterman, Esq., of GREENBERG TRAURIG, LLP, hereby declares an

1   exemption or requests permission to file documents on paper because:

2

3   ☒ a. Movant is not a regular filer as the term is defined in LR 5005(a)(1).

4   ☐ b.  Movant claims an exemption under LR 5005(a)(4) because *(state why)*:

5   _____

6   _____

7   ☐ c. Exceptional circumstances exist pursuant to LR 5005(a)(5) which prevent filing by electronic means because:

8

9   ☐ (1). Movant's Internet service is not available due to circumstances that cannot be prevented.

10

11       (i). Describe the nature and extent of the circumstances that have made the Internet service unavailable *(be specific)*:

12   _____

13   _____

14   _____

15       (ii). Describe what steps will be taken to ensure that the Internet service will be operable for electronic filing in the future:

16   _____

17   _____

18   ☐ (2). Other grounds exist for the exceptional circumstances motion *(be specific)*:

19   _____

20   _____

21   _____

22   ☐ (3). Movant has filed a prior exceptional circumstances motion.

23       (i). Number of prior motion(s): _____.

24       (ii). Date of the prior motion(s): _____.

25       (iii). Reason for the prior motion(s): _____.

26       (iv). Case number and disposition for each prior motion:

27   _____.

28   2. The document(s) that the movant wants to file on paper are *(list title of each document)*:

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

1. Verified Petition for Permission to Practice in this Case Only
2. Designation of Local Counsel and Consent Thereto.

Based upon the foregoing, the movant asks the court to grant this motion.

_____
Movant's signature

Date:   9/27/06