**ORIGINAL**

| | |
|---|---|
| 1  GREENBERG TRAURIG, LLP | RECEIVED AND FILED |
| 2  3773 Howard Hughes Parkway<br>Suite 500 North<br>Las Vegas, Nevada 89169 | 2006 SEP 27  P 2: 49 |
| 3  Phone: 702-792-3773<br>Fax:    702-792-9002 | U.S. BANKRUPTCY COURT<br>␣␣␣␣␣␣␣ CLERK |

Nancy A. Peterman, Esq., *Pro Hac Vice Applicant*
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 2500
Chicago, Illinois 60601
Phone: 312-456-8400
Fax: 312-456-8435
Attorneys for Mesirow Financial Interim Management, LLC,
Crisis Managers for the Debtors, Designated
Chief Restructuring Officer for the Debtors and
The Employment of Certain Temporary Employees

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>              Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>              Debtor. | **RONALD D. GREEN, JR.'S AFFIDAVIT SUPPORTING NANCY A. PETERMAN'S MOTION TO FILE ON PAPER** |
| In re:<br>USA SECURITIES, LLC,<br><br>              Debtor. | |

<u>**RONALD D. GREEN, JR.'S AFFIDAVIT SUPPORTING<br>NANCY A. PETERMAN'S MOTION TO FILE ON PAPER**</u>

**STATE OF NEVADA**            )
                                       ) ss:
**COUNTY OF CLARK**          )

I, RONALD D. GREEN, JR., being first duly sworn upon my oath, depose and state as follows:

1. I am an associate in the law firm of Greenberg Traurig, LLP, located in Las Vegas, Nevada.

2. I submit this Affidavit on behalf of Ms. Peterman, who is currently on an airplane flying from Chicago, Illinois to Las Vegas, Nevada. Ms. Peterman will not be available for signature to present her own Affidavit Supporting her Motion to file on Paper to the Court until after 5:00 p.m. on Wednesday, September 27, 2006.

2. I support Nancy A. Peterman's Motion to File on Paper, as well as her Verified Petition for Permission to Practice in this Case Only.

3. I have agreed to act as Ms. Peterman's Designated Local Counsel in this matter, and, as such, have signed the Designation of Local Counsel and Consent.

4. Ms. Peterman is a member in good standing of the Illinois Bar, where she regularly practices.

5. Ms. Peterman is not admitted to practice law in Nevada, and has never before personally applied to appear as counsel in the Nevada Courts.

6. I am a member in good standing of the Nevada State Bar, where I regularly practice.

7. I therefore submit this Affidavit, pursuant to Nevada Supreme Court Rule 42(6)(b), to establish special circumstances and good cause to permit our clients to be defended in this matter by their counsel of choice. Special circumstances and good cause exist because of the existing relationship between our firm and these clients, and Ms. Peterman's familiarity with the organizations, facts, documents, witnesses, transactions, and client legal strategies pertinent to this matter.

8. It is my understanding and belief that Ms. Peterman has personally represented and

advised these clients in connection with multiple matters outside of Nevada, and has become generally familiar with the clients' organizations and relevant structure and history.

9. Moreover, it is my understanding and belief that Ms. Peterman has had extensive meetings, interviews and conversation with client representatives concerning the facts of this matter.

10. It is my understanding and belief that the clients would be deprived of these benefits if Ms. Peterman was unable to represent them in the litigation.

11. For all of the foregoing reasons, there are special circumstances and good cause that warrant the granting of Ms. Peterman's Motion to File on Paper, her Verified Petition for Permission to Practice in this Case Only, and allow me to associate as local counsel in this matter, pursuant to Nevada Supreme Court Rule 42.

Dated this 27th day of September 2006.

_____
Ronald D. Green, Jr., Esq.

SUBSCRIBED AND SWORN to before me this 27th day of September 2006, by Ronald D. Green, Jr. He personally appeared before me, is personally known to me, and did take an oath.

_____
Notary Public
State of Nevada

PATRICIA JO McLACHLAN
Notary Public State of Nevada
No. 00-60576-1
My appt. exp. Jan. 13, 2008