IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re: USA COMMERCIAL MORTGAGE COMPANY,   ) Chapter 11
) 
) Case No. 06-10725
  Debtors.   ) (Jointly Administered)
)

### CERTIFICATE OF SERVICE

I, JAMES F. BARTLETT, hereby certify that on September 28, 2006, I caused a true and correct copy of the attached **NOTICE OF ASSIGNMENT OF BENEFICIAL INTEREST IN MORTGAGE** to be served on the following party[ies]:

> CHRISTOPHER AND PATRICIA DICKINSON
> HUSBAND & WIFE JTROS
> 2845 KLINGER CIR #1
> LAS VEGAS NV 89121
>
> DEBT ACQUISITION COMPANY OF AMERICA V, LLC
> 1565 HOTEL CIRCLE S
> STE 310
> SAN DIEGO CA 92108

DATED: September 28, 2006
El Segundo, California

_____
JAMES F. BARTLETT

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on September 28, 2006, James F. Bartlett, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____



JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re: USA COMMERCIAL MORTGAGE COMPANY,   ) Chapter 11
                                          )
                                          ) Case No. 06-10725
    Debtors.                              ) (Jointly Administered)
                                          )

## NOTICE OF ASSIGNMENT OF BENEFICIAL INTEREST IN MORTGAGE

To:    CHRISTOPHER AND PATRICIA DICKINSON
       HUSBAND & WIFE JTROS
       2845 KLINGER CIR #1
       LAS VEGAS NV 89121

Pursuant to Rule 3001(e)(4) of the Federal Rules of Bankruptcy Procedure, you are advised that the United States Bankruptcy Court for the District of Nevada, has received an Assignment of Beneficial Interest in Mortgage from **DEBT ACQUISITION OF COMPANY OF AMERICA V LLC** to assign your interest in the amount of $47,505.68.

If you do not object to this Assignment on or before twenty days from the date of mailing of this Notice (i.e., **October 18, 2006**), by filing a written objection with the Office of the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101, and serving a copy of the objection on The BMC Group, the Official Claims and Noticing Agent at the address listed below, **DEBT ACQUISITION OF COMPANY OF AMERICA V LLC** will be substituted in your place as the original holder of the Beneficial interest.

Dated: September 28, 2006

**THE BMC GROUP**
1330 East Franklin Avenue
El Segundo, California 90245

Official Claims and Noticing Agent for the Clerk of the Court in the **USA COMMERCIAL MORTGAGE COMPANY** bankruptcy cases

## PROOF OF SERVICE

I, James F. Bartlett, am over the age of eighteen years and not a party to the within action. I am employed by The BMC Group, the Official Noticing Agent of the Court, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245-4306. On September 28, 2006, I served a copy of the "**Notice of Assignment of Beneficial Interest in Mortgage**" upon the following parties:

CHRISTOPHER AND PATRICIA DICKINSON
HUSBAND & WIFE JTROS
2845 KLINGER CIR #1
LAS VEGAS NV 89121

DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 HOTEL CIRCLE S
STE 310
SAN DIEGO CA 92108

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2006

/s/ James F Bartlett
JAMES F. BARTLETT