# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 06–10725–lbr**
**Chapter 11**

In re:

USA COMMERCIAL MORTGAGE COMPANY,
Debtor(s)

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by NANCY A. PETERMAN and the appointment of RONALD D. GREEN, JR. as designated Nevada Counsel in this case is approved.

Dated: 9/29/06                                    BY THE COURT

Patricia Gray
Clerk of the Bankruptcy Court