RECEIVED

9/27/06
RE: MFIM REQUEST FOR $3,364,398 DATED 9/25/06
TO HARRY & HELEN JESSUP.
RE: U.S.A. CAPITAL BANKRUPTCY CHAPTER 11    Case 10727 LBR
                                            Case 10728 LBR

TO ALL CONCERNED PARTIES:

IN RESPONSE TO THIS DOCUMENT RECEIVED YESTERDAY, PLEASE CONSIDER THE FOLLOWING: 1- HELEN AND I WORKED HARD FOR MORE THAN 30 YEARS TO SAVE OUR IRA MONEY, INVESTMENT PAYMENTS ON PROPERTY THAT WAS SOLD AND CAPITAL GAIN TAXES WERE PAID ETC. ETC. THEN THAT MONEY WAS INVESTED IN U.S.A. CAPITAL THAT ENDS UP IN BANKRUPTCY.. (COMPARE THIS 3 MONTHS THAT YOU ARE BILLING FOR TO OUR LIFETIME OF SAVINGS) 2- WE WERE SENT A LETTER BACK IN SEP. 05 STATING THAT U.S.A. HAD 45 LOANS, AND THAT THEY WERE NOT ACCEPTING ANYMORE INVESTMENTS. FUTHURMORE ALL OF THE MONEY WAS GOING TO BE PAID BACK.. MORE THAN A YEAR HAS PASSED AND EVEN THOUGH I REQUESTED THROUGH THE FREEDOM OF INFORMATION ACT (FOIA) WHAT LOANS DID OUR MONEY GET LOANED AND WHAT THE STATUS WAS ETC.ETC. NOT ONE WORD OF WHEN AND HOW WE ARE EXPECTED TO GET ANY MONEY.. I KNOW I COULD CALL 45 PEOPLE IN 1 DAY.. AND ASK WHERE IS THE MONEY? WHEN ARE WE GOING TO GET OUR MONEY? INFORM THE OWNER OF THE CO. THAT BORROWED THE MONEY THAT WE WILL START WITH A LEIN, AND FORECLOSE IF MONEY IS NOT RECEIVED.. THIS REQUEST ALONG WITH ALL THE OTHER REQUESTS NEVER LETS THE INVESTOR KNOW ANYTHING ABOUT HIS INTEREST. (i.e. WHEN WILL I GET PAID) 3- PLEASE CONSIDER MY CONTENTION: THE U.S.A. MORTAGE, ADVISORS, DIVERSIFIED, FIRST TRUST, SECURITIES, ALL 5 OF THESE OPERATED UNDER THE GUIDANCE OF MILANOWSKI & HANTAGES. SO THEY CAN MOVE MONEY ANYWHERE THEY SEE FIT, LIKE A SHELL GAME.. NONE OF THE ABOVE 5 WOULD LAST IF NOT FOR THE INVESTORS LIKE US. TO SEPARATE PAYMENTS TO ONE PARTY, AND NOT GIVE ANYTHING TO THE OTHER PARTY IS JUST NOT GOOD FAITH DEALING. WE ARE ALL IN THE BANKRUPTCY. IF THE COURT AND TRUSTEE ALLOW THESE HUGE PAYMENTS TO BE PAID OUT, THE INVESTOR WILL NEVER EVER SEE NOTHING BUT LEGAL COMMENTS HOW SOME SPECIAL PERSON HAD TO BE HIRED TO COLLECT ON A LOAN & PAY BACK AN INVESTOR.. I COULD GO ON AND ON. BUT PLEASE CONSIDER THE ABOVE.

SINCERELY,

Harry W. Jessup

P.S. Please give to court & Trustee, we could not attend meeting, Had to Travel out of Town