**Entered on Docket**
**September 29, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
   and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                      Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                      Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                      Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                      Debtor. | **ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SPCP GROUP, LLC, AS LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS (AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date:   October 19, 2006<br>Time:   9:30 a.m. |

OST - Order

THE COURT having considered the Ex Parte Motion of the Debtors and Debtors in possession in these cases for an order shortening time to hear Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP Group, LLC, As Lead Bidder, And Approving Bid Procedures And Protections (the "Motion"), and good cause appearing, it is hereby

ORDERED that the hearing on the Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Courtroom 1, Las Vegas, NV on October 19, 2006 at the hour of 9:30 a.m.

For a copy of the filed Motion you may contact the Debtor's attorney, Lenard E. Schwartzer, Esq. of the Schwartzer & McPherson Law Firm at (702) 228-7590, or you may obtain a copy online through www.bmcgroup.com/usacmc.

Submitted by:

  /s/  Jeanette E. McPherson
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors

# # #

OST - Order