SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
2  RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
3  P.O. Box 45385
4  Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
5  Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
6      and
7  Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
8  SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
9  Las Vegas, Nevada  89146-5308
10  Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
11  E-Mail:  bkfilings@s-mlaw.com

12  Attorneys for Debtors and Debtors-in-Possession

13              UNITED STATES BANKRUPTCY COURT

14                    DISTRICT OF NEVADA

15

| | |
|---|---|
| 16 In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| 18 In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Chapter 11 |
| 19<br>20 In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                        Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| 21<br>22 In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | |
| 23<br>24 In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | NOTICE OF HEARING ON<br>DISCLOSURE STATEMENT FOR<br>DEBTORS' JOINT PLAN OF<br>REORGANIZATION DATED<br>SEPTEMBER 5, 2006<br>(AFFECTS ALL DEBTORS) |
| 25<br>26<br>27<br>28 Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date:  November 13, 2006<br>Hearing Time:  9:30 a.m. |

- 1 -

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    **NOTICE IS HEREBY GIVEN** that Debtors USA Commercial Mortgage Company

2    ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC

3    ("USA Realty"), USA Capital Diversified Trust Deed Fund ("USA Diversified"), and USA

4    Capital First Trust Deed Fund ("USA First") (collectively referred to as "Debtors"), by and

5    through their counsel, has filed a Disclosure Statement For Debtors' Joint Plan of Reorganization

6    Dated September 15, 2006 (the "Disclosure Statement," Docket No. 1309).  The Disclosure

7    Statement may be amended prior to the hearing set for the Disclosure Statement, and parties are

8    hereby notified to review any amended Disclosure Statements.  The purpose of this Disclosure

9    Statement, or an amended Disclosure Statement, is to provide such information as may be deemed

10    materially important and necessary to the creditors of the Debtors to make a reasonably formed

11    decision in exercising their right to vote for the Debtors' proposed Joint Plan Of Reorganization.

12        Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

13    Local Rule 9014(d)(1):  "Oppositions to a motion must be filed and
service must be completed on the movant no later than fifteen (15)
14    days after the motion is served except as provided by LR 3007(b)
and LR 9006.  If the hearing has been set on less than fifteen (15)
15    days' notice, the opposition must be filed no later than five (5)
business days before the hearing, unless the court orders otherwise.
16    The opposition must set forth all relevant facts and any relevant
legal authority.  An opposition must be supported by affidavits or
17    declarations that conform to the provisions of subsection (c) of this
18    rule."

19        If you object to the relief requested, you *must* file a WRITTEN response to this pleading

20    with the court.  You *must* also serve your written response on the person who sent you this notice.

21        If you do not file a written response with the court, or if you do not serve your written

22    response on the person who sent you this notice, then:

23        • The court may *refuse to allow you to speak* at the scheduled hearing; and

24        • The court may *rule against you* without formally calling the matter at the

25        hearing.

26        A copy of the Disclosure Statement may be obtained by accessing BMC Group, Inc.'s

27    website at www.bmcgroup.com/usacmc, by accessing PACER through the United States

28    Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at

1  telephone: (888) 909-0100, or by contacting the office of the Debtor's counsel, Ray Quinney &

2  Nebeker P.C., telephone: (801) 532-1500 or fax:  (801) 532-7543.

3  NOTICE IS FURTHER GIVEN that the hearing on the Disclosure Statement may be

4  continued without further notice.

5  NOTICE IS FURTHER GIVEN that the hearing on the Disclosure Statement will be held

6  before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard

7  South, 3rd Floor, Las Vegas, Nevada on November 13, 2006 at 9:30 a.m.

8  Respectfully submitted this 27th day of September, 2006.

9

10  /s/      *Jeanette E. McPherson*
Lenard E. Schwartzer, Nevada Bar No. 0399

11  Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM

12  2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

13

14  and

15  Annette W. Jarvis, Utah Bar No. 1649

16  Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.

17  36 South State Street, Suite 1400
P.O. Box 45385

18  Salt Lake City, Utah 84145-0385

19

20  Attorneys for Debtors and Debtors-in-Possession

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122