

**Entered on Docket
October 02, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                          Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                          Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                          Debtor. | **STIPULATED ORDER CONTINUING HEARING FOR MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (AFFECTS USA COMMERCIAL MORTGAGE COMPANY and USA FIRST TRUST DEED FUND)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                          Debtor. | |
| Affects:<br>☐  All Debtors<br>☒  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☒  USA Capital First Trust Deed Fund, LLC | **Current Hearing**<br>Date:  September 28, 2006<br>Time:  9:30 a.m.<br><br>**New Hearing**<br>Date:  October 19, 2006<br>Time:  9:30 a.m. |

1   USA Commercial Mortgage Company and USA First Trust Deed Fund, LLC, by and
2   through their counsel, Schwartzer & McPherson Law Firm, and Standard Property Development,
3   LLC, by and through its counsel, Shutts and Bowen, LLP, hereby stipulate as follows:
4      1.  The hearing on the Standard Property Development, LLC's Motion for Relief from
5   Automatic Stay be continued to October 19, 2006 at the hour of 9:30 a.m.; and
6      2.  The automatic stay shall remain in effect pending the Court's decision on said
7   motion.

SCHWARTZER & McPHERSON LAW FIRM    SHUTTS and BOWEN, LLP

*/s/ Lenard E. Schwartzer*    */s/ Andrew M. Brumby*
Lenard E. Schwartzer, Esq.    Andrew M. Brumby, Esq.
2850 S. Jones Blvd., Suite 1    300 South Orange Avenue, Suite 1000
Las Vegas, NV 89146    Orlando, FL 32802-4956
Attorneys for Debtors    Attorneys for Standard Property
and Debtors in Possession    Development, LLC

IT IS SO ORDERED.

# # #