Annette W. Jarvis, Utah Bar No. 1649 (admitted pro hac vice)
Steven C. Strong, Utah Bar No. 6340 (admitted pro hac vice)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725 LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
| Debtor. | Case No. BK-S-06-10727 LBR |
| In re: | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729 LBR |
| Debtor. | Chapter 11 |
| In re: | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under |
| Debtor. | Case No. BK-S-06-10725 LBR |
| In re: | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| In re: | |
| USA SECURITIES, LLC, | SUPPLEMENTAL DECLARATION |
| Debtor. | REGARDING DEBTORS' RETENTION OF RAY QUINNEY & NEBEKER P.C. AS BANKRUPTCY COUNSEL FOR THE DEBTORS |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | (AFFECTS ALL DEBTORS) |

1

I, STEVEN C. STRONG, submit the following verified statement and disclosure to supplement the Declaration of Annette W. Jarvis (the "Jarvis Declaration") that was filed as an exhibit to and in connection with the Debtors' Application to Employ Ray Quinney & Nebeker P.C. as Counsel to the Debtors Pursuant to 11 U.S.C. §§ 327 and 329, and Rules 2014, 2016, and 5002 of the Federal Rules of Bankruptcy Procedure (the "Employment Application").

1. I am a shareholder in the Salt Lake City, Utah office of the law firm of Ray Quinney & Nebeker P.C. ("Ray Quinney"). I am a licensed member of the Utah State Bar and am admitted to practice in the United States District Court for the District of Utah and other federal courts. I have been admitted pro hac vice to practice before this Court in the above-captioned bankruptcy cases of the Debtors. I have personal knowledge of the matters set forth herein except that certain disclosures herein relate to matters within the knowledge of other persons at Ray Quinney and are based on information received from them.

2. On April 13, 2006, the Debtors, namely USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, and USA Capital First Trust Deed Fund, by and through their proposed counsel, Ray Quinney and the Schwartzer & McPherson firm, each filed chapter 11 bankruptcy petitions.

3. On April 18, 2006, the Debtors filed the Employment Application seeking authorization to employ Ray Quinney pursuant to 11 U.S.C. § 327(a).

4. The Jarvis Declaration was filed as an exhibit to and in support of the Employment Application in order to make appropriate disclosures under Federal Rule of Bankruptcy Procedure 2014(a).

5. Since filing of the Jarvis Declaration, Ray Quinney has become aware of the

following additional fact that may similarly require disclosure:

Andrew Jarvis has accepted a position with Mesirow Financial Consulting, LLC ("MFC"), beginning October 2, 2006. Andrew Jarvis is the son of Annette W. Jarvis, a shareholder of Ray Quinney and the lead counsel for the Debtors in these cases. MFC is an affiliate of Mesirow Financial Interim Management ("Mesirow"), which is currently employed as the Debtors' Interim Crisis Managers in the Debtors' bankruptcy cases. Mesirow and MFC are aware that Andrew Jarvis is related to Annette W. Jarvis, and have agreed that Andrew Jarvis will not provide any services to the Debtors.

6. To the best of my knowledge, the disclosure herein does not disqualify Ray Quinney from employment in this case, Ray Quinney does not hold or represent an interest materially adverse to the Debtors or their bankruptcy estates, and Ray Quinney continues to be a "disinterested person."

I declare, under penalty of perjury, that, to the best of my knowledge, information and belief, the foregoing is true and correct.

Executed October 2, 2006.

_____
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

894382

3