ELECTRONICALLY FILED
October 3, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:    fmerola@stutman.com
          ekarasik@stutman.com
          aparlen@stutman.com
Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:    jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date:  October 19, 2006<br>Time:  9:30 a.m. |

**RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MOTION TO INCREASE THE DEBTORS' 180-DAY EXCLUSIVE PERIOD TO CONFIRM PLANS OF REORGANIZATION TO DECEMBER 31, 2006 (AFFECTS ALL DEBTORS)**

403585v2

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTD Fund Committee") appointed in the above-captioned bankruptcy cases (the "Chapter 11 Cases"), hereby responds (the "Response") to the "Motion to Increase the Debtors' 180-Day Exclusive Period to Confirm Plans of Reorganization to December 31, 2006" (the "Motion") filed by the debtors in the above-captioned cases (the "Debtors") and respectfully represents as follows:

## I.    FACTS

1. Chapter 11 bankruptcy petitions in each of the five Chapter 11 Cases were filed on April 13, 2006 (the "Petition Date").

2. On September 15, 2006, the Debtors filed the "Debtors' Joint Plan of Reorganization" (the "Plan"). As drafted, the Plan was not neutral with respect to its treatment of the five Debtors. For example, the Plan provides that assets from the estate of USA Capital First Trust Deed Fund, LLC (the "FTD Fund") will be turned over to the estate of USA Capital Diversified Trust Deed Fund, LLC (the "DTD Fund"). While the Plan purports to memorialize the terms of a settlement between the FTD Fund and DTD Fund, no such agreement has been reached.

3. The Debtors have informed the FTD Fund Committee that because the official committees appointed in the Chapter 11 Cases have not agreed on the settlement contained in the Plan, the Debtors soon will be filing a revised neutral plan. Indeed, the Debtors have circulated a draft of a revised plan of reorganization that is much closer to a neutral plan. The FTD Fund Committee is optimistic that by the time it is filed, either the Debtors' revised plan of reorganization will be neutral or it will reflect a global settlement actually agreed upon by all of the official committees appointed in the Chapter 11 Cases.

4. Pursuant to 11 U.S.C. 1121(c)(3), the Debtors are entitled to 180 day exclusivity period in which to obtain acceptance of a proposed plan(s) of reorganization (the "Solicitation Exclusivity Period"). Given that the Petition Date was April 13, 2006, the statutory deadline for the Debtors to obtain acceptance of a plan(s) of reorganization is October 10, 2006.

403585v2                                            2

Pursuant to a bridge order issued by the Court at the September 28, 2006 omnibus hearing, the Solicitation Exclusivity Period expires on October 19, 2006.

5.      On September 15, 2006, the Debtors filed the Motion, by which the Debtors request that the Court extend the Solicitation Exclusivity Period through December 31, 2006. The Solicitation Exclusivity Motion is scheduled to be heard at the October 19, 2006 omnibus hearing.

## II.  DISCUSSION

6.      At this time, the FTD Fund Committee does not oppose the Debtors' requested extension of the Solicitation Exclusivity Period. As noted above, the Debtors not only have informed the FTD Fund Committee that they will soon be filing an amended plan of reorganization, which plan will be neutral with respect to the treatment of the five Debtor estates, but they have also circulated a draft of a revised plan of reorganization that is fairly neutral.

7.      In the event, however, that the Debtors do not file a neutral plan prior to the hearing on the Motion, the FTD Fund Committee reserves the right to file a supplemental response to the Motion, by which the FTD Fund Committee may object to the extension of the Solicitation Exclusivity Period.

8.      Additionally, any order extending the Solicitation Exclusivity Period should be without prejudice to the rights of parties in interest in the Chapter 11 Cases to file a motion requesting that the Court terminate any extended solicitation exclusivity for the Debtors.

Respectfully submitted this 3rd day of October, 2006.

_/s/ Frank M. Parl_

FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

403585v2                                                              3

| | |
|---|---|
| 1 | CANDACE C. CARLYON |
| 2 | Shea & Carlyon, Ltd.<br>233 S. Fourth Street, Suite 200 |
| 3 | Las Vegas, NV 89101<br>Telephone: (702) 471-7432 |
| 4 | COUNSEL FOR THE<br>OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS |
| 5 | OF USA CAPITAL FIRST TRUST DEED FUND, LLC |

403585v2                                    4