**Entered on Docket
October 04, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Bob L. Olson, Esq. (Nevada Bar No. 3783)
Anne M. Loraditch, Esq. (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                     Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                     Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                     Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**ORDER APPROVING ALLOWANCE AND PAYMENT OF FIRST INTERIM FEE APPLICATION OF BECKLEY SINGLETON, CHTD. FOR THE PERIOD FROM JUNE 9, 2006 THROUGH JULY 31, 2006** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                     Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                     Debtor. | Hearing Date: September 28, 2006<br>Hearing Time: 9:30 a.m. |



{00327258;}    1

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

This Court, having reviewed and considered (i) the First Interim Fee Application of Beckley Singleton, Chtd. For the Period From June 9, 2006 through July 31, 2006 (the "Application") seeking an Order from this Court authorizing the allowance and payment of fees in the amount of $74,332.00, incurred by Beckley Singleton, Chtd. ("Beckley"), Nevada counsel for the Official Committee of Equity Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Committee") appointed by the Office of the United States Trustee (the "UST"), and the reimbursement of expenses paid by Beckley, in the amount of $7,917.04 for a total interim compensation award of $82,249.04, for the period from June 9, 2006 through July 31, 2006 (the "First Application Period"); and (ii) the subsequent pleadings submitted to the Court, as related to the Application; Anne M. Loraditch, Esq., appearing on behalf of Beckley, August B. Landis, appearing on behalf of the UST, and other appearances as noted on the record at the hearing referenced above; and the Court having made its findings of fact and conclusions of law on the record, which are incorporated herein pursuant to Fed.R.Bankr.P. 7052; and for good cause shown therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the fees Beckley incurred, in the amount of $73,162.87, and the expenses Beckley paid, in the amount of $7,917.04, in the First Application Period are deemed allowed on an interim basis for a total compensation award in the amount of $81,079.91 (the "Interim Award"), in accordance with the agreement made by and between Beckley and the UST prior to the hearing on the Application, and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 [Docket No. 1202].

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Debtor USA Capital Diversified Trust Deed Fund, LLC is authorized to pay the Interim Award to Beckley upon entry of this Order.

{00327258;}                                2

///

///

RESPECTFULLY SUBMITTED BY:

BECKLEY SINGLETON, CHTD.

By: /s/ Anne M. Loraditch
Bob L. Olson, Esq. (Nevada Bar No. 3783)
Anne M. Loraditch, Esq. (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

APPROVED/DISAPPROVED:

OFFICE OF THE UNITED STATES TRUSTEE

By: /s/ August B. Landis, AUST
August B. Landis

### RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order; and/or

    ☒ waived the right to review the order; and/or

    ☐ failed to file and serve papers in accordance with LR 9021(c); and

    the following have disapproved the form of the order:

        n/a

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

### ###

{00327258;}                    3