

# EXHIBIT A

1. All documents evidencing any direct loans owned in whole or in part by or on behalf of USA Commercial Real Estate Group that are or were originated or serviced by USA Commercial Mortgage Company.

2. All documents evidencing the ownership, direct, indirect, beneficial or otherwise, of USA Commercial Real Estate Group, including without limitation, its officers, directors, employees, managers, members, partners, agents and affiliates.

3. All documents that evidence any claim of USACREG against USA Commercial Mortgage Company or any of its insiders or affiliates.

207439.1