Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED on October 4, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,
                                                  Debtor.

In re:
USA CAPITAL REALTY ADVISORS, LLC,
                                                  Debtor.

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
                                                  Debtor.

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                                  Debtor.

In re:
USA SECURITIES, LLC,
                                                  Debtor.

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER APPROVING RETENTION PLAN OF DEBTOR'S REMAINING EMPLOYEES
(AFFECTS ALL DEBTORS)**

Date: OST PENDING
Time: OST PENDING

USA Commercial Mortgage Company ("USACM"), on behalf of itself and its affiliated debtors, which are USA Securities, LLC ("Securities"), USA Capital Realty Advisors, LLC ("Realty"), USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund"), and USA Capital First Trust Deed Fund, LLC ("First Deed Fund") (collectively, the "Debtors"), hereby

moves the Court for an order shortening time to hear the Motion For Order Approving Retention Plan of Debtor's Remaining Employees (Affects All Debtors). In support of this Motion, Debtors represent as follows:

1. A Motion For Order Approving Retention Plan of Debtor's Remaining Employees (Affects All Debtors) (the "Motion") was filed on October 3, 2006, by Schwartzer & McPherson Law Firm, attorneys for USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC, the Debtors and Debtors-in-Possession (collectively, the "Debtors"). The Debtors request that the Court enter an order granting the Motion and that the proposed Retention Plan regarding USACM's remaining employees be approved. As set forth in the Motion, Debtors seek approval of a retention plan to retain existing employees during the pendency of their bankruptcy cases. The prime requirement to encourage the remaining employees to remain in the employ of the Debtors is some assurance of steady employment through the effective date of the proposed Plan of Reorganization, as they cannot afford to be without a paycheck. Under the current scenario, where the proposed Plan of Reorganization is based on the sale of the servicing business of USACM, the remaining employees understand that there is little assurance of long-term steady employment in their current positions.

2. The Motion is requested to be heard on shortened time on October 19, 2006. Upon information and belief, each of the committees has consented to having this Motion heard on shortened time on October 19, 2006.

3. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

Dated: October 4, 2006

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308