FILED ELECTRONICALLY
10/4/06

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor. | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | )<br>)<br>)<br>)<br>) Date: September 28, 2006<br>) Time: 9:30 a.m.<br>) |

**NOTICE OF ENTRY OF ORDER APPROVING FIRST INTERIM FEE AND EXPENSE APPLICATION OF SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

1
2   PLEASE TAKE NOTICE THAT an Order Approving First Interim Fee and Expense
3   Application of Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of
4   Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Affects Debtor USA
5   Capital First Trust Deed Fund, LLC) was entered on the 4th day of October, 2006, a true and
6   correct copy of which is attached hereto.
7   DATED this 4th day of October, 2006.
8
9                                                           SHEA & CARLYON, LTD.
10
11                                                          CANDACE C. CARLYON, ESQ
                                                            Nevada Bar No. 0002666
12                                                          JAMES PATRICK SHEA, ESQ.
                                                            Nevada Bar No. 000405
13                                                          SHLOMO S. SHERMAN, ESQ.
                                                            Nevada Bar No. 009688
14                                                          233 S. Fourth Street, 2nd Floor
15                                                          Las Vegas, NV 89101

**Entered on Docket
October 04, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:   fmerola@stutman.com | E-mail:   jshea@sheacarlyon.com |
|          ekarasik@stutman.com |          ccarlyon@sheacarlyon.com |
|          cpajak@stutman.com |          ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br> Debtor. | ) BK-S-06-10725-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br> Debtor. | ) BK-S-06-10726-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br> Debtor. | ) BK-S-06-10727-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br> Debtor. | ) BK-S-06-10728-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA SECURITIES, LLC, <br> Debtor. | ) BK-S-06-10729-LBR <br> ) Chapter 11 <br> ) |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF SHEA & CARLYON, LTD.**

1

| | |
|---|---|
| Affects | ) |
| ☐ All Debtors | ) |
| ☐ USA Commercial Mortgage Co. | ) |
| ☐ USA Securities, LLC | ) |
| ☐ USA Capital Realty Advisors, LLC | ) Date: September 28, 2006 |
| ☐ USA Capital Diversified Trust Deed | ) Time: 9:30 a.m. |
| ☒ USA First Trust Deed Fund, LLC | ) |

**ORDER APPROVING FIRST INTERIM FEE AND EXPENSE APPLICATION OF SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC**
**(AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

The Court having considered the "First Interim Fee and Expense Application of Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC" (the "Application"); having reviewed the pleadings, papers and records on file in this matter; having considered the arguments of counsel; the compensation originally requested by the Application in the amount of $171,222.75 having been voluntarily reduced by Shea & Carlyon ("Applicant") by $459, resulting in a total compensation request of $170,763.75 (consisting of $164,663.75 for fees incurred by applicant during the period of May 10, 2006 through July 31, 2006, and $6,100 for expenses incurred by Applicant during the same period); the Application having been properly served upon all parties-in-interest; all objections to the Application having been considered and either overruled or otherwise resolved; and good cause appearing:

IT IS HEREBY ORDERED that the Application, as amended in open court, is approved.

IT IS FURTHER ORDERED that Applicant is hereby awarded total compensation in the amount of $170,763.75, consisting of $164,663.75 for fees incurred by Applicant during the period of May 10, 2006 through July 31, 2006, and $6,100 for expenses incurred by

2

1  Applicant during the same period.

2  IT IS FURTHER ORDERED that the Application, as well as this award, are interim in
3  nature as provided in the Court's Administrative Order Establishing Procedures for Interim
4  Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006
5
6  [Docket No. 1202].

7  IT IS FURTHER ORDERED that the above compensation shall be paid forthwith by
8  USA First Trust Deed Fund, LLC.

9
10  SUBMITTED BY:
11  SHEA & CARLYON, LTD
12
13  Candace C. Carlyon, Esq.
14  Shlomo S. Sherman, Esq.
    233 S. Fourth St., #200
15  Las Vegas, NV 89101
16
    Counsel for the Official Committee of Equity
17  Security Holders of USA Capital First Trust
    Deed Fund, LLC
18

19  APPROVED/DISAPPROVED:
20
    OFFICE OF THE U.S. TRUSTEE
21

22
23  Scott Farrow, Esq.
    300 Las Vegas Blvd. So., #4300
24  Las Vegas, NV 89101
25
26  Counsel for the United States Trustee
27
28

3

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

   ☒ approved the form of this order; or

   ☒ waived the right to review this order; and/or

   ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 2nd day of October, 2006.

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
233 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101

###

4