LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on October 4, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** **06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC** **06-10726** | Judge Linda B. Riegle Presiding **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** **06-10727** | Date: N/A Time: N/A **Affecting:** |
| **USA Capital First Trust Deed Fund, LLC** **06-10728** | ¨ All Cases **or Only:** ✕ USA Commercial Mortgage Company ¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC** **06-10729** **Debtors.** | ¨ USA Capital Diversified Trust Deed Fund, LLC ¨ USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

   A) Motion for Order Requiring Examination and Production of Documents Pursuant to Bankruptcy Rule 2004 [DE 1433].

2. I served the foregoing by the following means to the persons as listed below:

1774209.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

A)    ECF System to the persons listed on Exhibit A on October 4, 2006; and

B)    First Class, postage prepaid, US Mail on October 4, 2006 to the following

parties:

Donald T. Polednak
Jeffrey R. Sylvester, Esq.
Sylvester & Polednak, Ltd
7371 Prairie Falcon, Suite 120
Las Vegas, NV 89128

August B. Landis
Office of the U.S. Trustee
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101.

DATED this 4th day of October, 2006.

/s/ Christine E. Laurel
Christine E. Laurel

2

1774209.1