Paul B. Lackey, Esq.
Texas Bar No. 00791061
Michael P. Aigen, Esq.
Texas Bar No. 24012196
Ross Mortillaro, Esq.
Texas Bar No. 24027531
LACKEY HERSHMAN, L.L.P.
3102 Oak Lawn Avenue, #777
Dallas, Texas 75219
(214) 560-2201

CiCi Cunningham, Esq.
Nevada Bar No.: 4960
James A. Kohl, Esq.
Nevada Bar No.: 5692
RAWLINGS, OLSON, CANNON
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012
Email: bankruptcy@rocgd.com

Attorneys for The Highland Funds

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>Date: October 19, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1<br><br>**DECLARATION OF**<br>**MICHAEL P. AIGEN** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND,LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

1

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

Before me, the undersigned authority, personally appeared Michael P. Aigen, who deposed and stated as follows:

1. My name is Michael P. Aigen. I am over twenty-one (21) years of age and am fully competent and authorized to execute this Declaration. I am an attorney for the Highland Funds in the above-captioned action. The matters stated herein are true and correct and within my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of the Deposition Transcript of Joseph Milanowski.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the Deposition Transcript of Thomas Hantges.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the Deposition Transcript of Thomas Rondeau.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the Transcript of Proceedings, dated April 30, 2002, in Case No. 01-2458 in the United States Bankruptcy Court for the District of Delaware.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of the Transcript of Proceedings, dated May 21, 2002, in Case No. 01-2458 in the United States Bankruptcy Court for the District of Delaware.

7. Attached hereto as Exhibit F is a true and correct copy of an August 7, 2000 letter from John Rogers Burk to Tom Rondeau.

8. Attached hereto as Exhibit G is a true and correct copy of the June 26, 2000 Loan Agreement.

9. Attached hereto as Exhibit H is a true and correct copy of the June 26, 2000 Promissory Note.

10. Attached hereto as Exhibit I is a true and correct copy of the June 26, 2000 Leasehold Deed of Trust, Assignment of Rents, Security Agreement and Fixtures Filing.

11. Attached hereto as Exhibit J is a true and correct copy of a July 18, 2000 letter from John Rogers Burk to Tom Rondeau.

12. Attached hereto as Exhibit K is a true and correct of the Trust Deed Fund's Motion for Summary Judgment.

13. Attached hereto as Exhibit L is a true and correct copy of the April 5, 2005 Nevada State Court Order.

14. Attached hereto as Exhibit M is a true and correct copy of the September 1, 2004 Order denying John Rogers Burk's Motion.

This concludes my affidavit testimony.

_____
MICHAEL P. AIGEN

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on this 2nd day of October, 2006, to certify which witness my hand and seal of office.

_____
Notary Public in and for the State of Texas

JACQUELINE M WEST
Notary Public, State of Texas
My Commission Expires
November 02, 2009