**ORIGINAL**

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Phone: 702-792-3773
Fax:    702-792-9002

**Entered on Docket
October 05, 2006**

Nancy A. Peterman, Esq., *Pro Hac Vice Applicant*
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 2500
Chicago, Illinois 60601
Phone: 312-456-8400
Fax: 312-456-8435
Attorneys for Mesirow Financial Interim Management, LLC,
Crisis Managers for the Debtors, Designated
Chief Restructuring Officer for the Debtors and
The Employment of Certain Temporary Employees

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　Debtor. | **ORDER GRANTING PERMISSION TO FILE ON PAPER** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　Debtor. | |

### ORDER GRANTING PERMISSION TO FILE ON PAPER

The court hereby grants the motion filed by Nancy A. Peterman, Esq. The clerk of the bankruptcy court is hereby directed to accept on paper the following document(s) as identified in the

movant's "Motion To File On Paper" *(list title of each document)*:

1. Verified Petition for Permission to Practice in this Case Only
2. Designation of Local Counsel and Consent Thereto.

No other documents may be filed on paper without first seeking permission from the court.

**IT IS SO ORDERED.**

DATED this __5__ day of ~~September~~ *October* 2006.

_____
Bankruptcy Court Judge