Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED on October 5, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF ENTRY OF STIPULATED ORDER CONTINUING HEARING FOR MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (AFFECTS USA COMMERCIAL MORTGAGE COMPANY and USA FIRST TRUST DEED FUND)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | **New Hearing**<br>Date: October 19, 2006<br>Time: 9:30 a.m. |

NOTICE IS HEREBY GIVEN that a Stipulated Order Continuing Hearing For Motion For Relief From Automatic Stay Filed By Standard Property Development, LLC was entered on October 2, 2006, a copy of which is attached hereto.

Dated this 5th day of October, 2006

    /s/ Lenard E. Schwartzer, Esq.
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89109
Attorneys for Debtors and Debtors-In-Possession

Page 1 of 5

# CERTIFICATE OF SERVICE

1. On October 5, 2006 I served the following document(s):

    a.    NOTICE OF ENTRY OF STIPULATED ORDER CONTINUING HEARING FOR MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (AFFECTS USA COMMERCIAL MORTGAGE COMPANY and USA FIRST TRUST DEED FUND)

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System**:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com !

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,

1   ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

2   DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com,

3   THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

4   SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

5   GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

6   WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwm! lvlaw.com

7
8   CARLOS A. GONZALEZ    carlos.gonzal! ez2@usdo j.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

9   GERALD M GORDON    bankruptcynotices@gordonsilver.com

10  R. VAUGHN GOURLEY    vgourley@lvcm.com,

11  TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

12  MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

13
14  JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

15  XANNA R. HARDMAN    xanna.hardman@gmail.com,

16  STEPHEN R HARRIS    noticesbh&p@renolaw.biz

17
18  BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com,

19  DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

20  CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

21  EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
ANNETTE W JARVIS    ,

22  TY E. KEHOE    TyKehoeLaw@aol.com

23
24  ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

25  ZACHARIAH LARSON    ecf@lslawnv.com

26  JOHN J. LAXAGUE    jlaxague@caneclark.com

27  GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

28  NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Page 3 of 5

| | |
|---|---|
| 1 | ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com |
| 2 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 3 | |
| 4 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com, |
| 5 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com, |
| 6 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com |
| 7 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 8 | |
| 9 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com |
| 10 | |
| 11 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 12 | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com |
| 13 | VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com |
| 14 | BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 15 | |
| 16 | DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 17 | ANDREW M. PARLEN    aparlen@stutman.com |
| 18 | DONALD T. POLEDNAK    sandplegal@yahoo.com, s! pbankruptcy@yahoo.com |
| 19 | PAUL C RAY    info@johnpeterlee.com |
| 20 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |
| 21 | JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com |
| 22 | |
| 23 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 24 | |
| 25 | AMBRISH S. SIDHU    ecf@lslawnv.com |
| 26 | JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 27 | DAVID A. STEPHENS    dstephens@lvcm.com |
| 28 | PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.! S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov! ,

GREGORY J. WALCH    GWalch@Nevadafirm.com,

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

☐    b.    **By United States mail, postage fully prepaid**:

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    October 5, 2006

LIA DORSEY                                          /s/    LIA DORSEY
(Name of Declarant)                                  (Signature of Declarant)



**Entered on Docket
October 02, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATED ORDER CONTINUING HEARING FOR MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (AFFECTS USA COMMERCIAL MORTGAGE COMPANY and USA FIRST TRUST DEED FUND)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | **Current Hearing**<br>Date: September 28, 2006<br>Time: 9:30 a.m.<br><br>**New Hearing**<br>Date: October 19, 2006<br>Time: 9:30 a.m. |

USA Commercial Mortgage Company and USA First Trust Deed Fund, LLC, by and through their counsel, Schwartzer & McPherson Law Firm, and Standard Property Development, LLC, by and through its counsel, Shutts and Bowen, LLP, hereby stipulate as follows:

1. The hearing on the Standard Property Development, LLC's Motion for Relief from Automatic Stay be continued to October 19, 2006 at the hour of 9:30 a.m.; and

2. The automatic stay shall remain in effect pending the Court's decision on said motion.

SCHWARTZER & McPHERSON LAW FIRM     SHUTTS and BOWEN, LLP

*/s/ Lenard E. Schwartzer*     */s/ Andrew M. Brumby*
Lenard E. Schwartzer, Esq.     Andrew M. Brumby, Esq.
2850 S. Jones Blvd., Suite 1     300 South Orange Avenue, Suite 1000
Las Vegas, NV 89146     Orlando, FL 32802-4956
Attorneys for Debtors     Attorneys for Standard Property
and Debtors in Possession     Development, LLC

IT IS SO ORDERED.

# # #