Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

Attorneys for the Official Committee of Equity Security Holders
of USA Capital Diversified Trust Deed Fund, LLC

E-filed on October 5, 2006

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>[No Hearing Scheduled] |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00328542;2}US_WEST:260068757.1          - 1 -

**SUPPLEMENT TO DECLARATION OF BOB L. OLSON REGARDING EMPLOYMENT OF BECKLEY SINGLETON, CHTD. BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC**

I, Bob L. Olson, hereby declare under penalty of perjury that:

1. I am over eighteen years of age and have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently with respect thereto from my own personal knowledge except as otherwise stated.

2. I am a Shareholder of Beckley Singleton, Chartered ("Beckley"). Pursuant to its Order Approving Application By The Official Committee Of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Employ Beckley Singleton, Chtd. *Nunc Pro Tunc* As Of June 9, 2006 entered on June 22, 2006, the Court approved the application of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC ("Committee") to employ Beckley as counsel to such Committee.

3. This Supplement to my declaration is made in light of the recent employment by between Beckley Singleton, Chtd. of all of the attorneys associated with Beesley Matteoni ("Beesley") and resulting discoveries of connections that Beckley believes ought to be disclosed pursuant to Bankruptcy Rule 2014(a). Beckley and I believe that none of the connections disclosed herein create any conflict of interest for Beckley, or that any connection would in any way impede Beckley in devoting its full and complete loyalty to the Committee and to the investors for whom the Committee is a fiduciary.

4. Prior to the employment by Beckley of the Beesley attorneys, the following individuals retained Beesley to file proofs of claim on their behalf: Sergio Del Canizo, Tom Gloy, and Diane Walter. Each of the proofs of claim was filed in Debtor USA Commercial Mortgage Company's estate and copies are attached hereto as **Exhibit 1**.

5. Beckley has not made an appearance in this case on behalf of Mr. Del Canizo, Mr. Gloy, or Ms. Walter. Out of an abundance of caution, Beckley declined representation of these individuals when the attorneys from Beesley joined Beckley.

6. In short, I bring these connections to the attention of the Court and parties in interest in the spirit of full disclosure. I continue to believe that Beesley's prior relationship with any and all of Mr. Del Canizo, Mr. Gloy, and Ms. Walter would in no way would impact any Beckley action, decision or thought process in pursuit of its representation of the Committee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 5th day of October 2006.

_____
Bob L. Olson

# EXHIBIT 1
## PROOFS OF CLAIM