Form B10 (Official Form 10) (04/04) ** PLEASE NOTE INSTRUCTIONS ON REVERSE SIDE** Filed Electronically 7/14/06

| UNITED STATES BANKRUPTCY COURT-DISTRICT OF NEVADA | | PROOF OF CLAIM -Chapter ☐ 13 ☒ 11 ☐ 7 ☐ Other |
|---|---|---|
| Name of Debtor .USA COMMERCIAL MORTGAGE CO. | Case Number 06-10725 | |

NOTE: This form should NOT be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. Section 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br><br>Diane Walter | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name & address where notices should be sent:<br>c/o Beesley Matteoni, Ltd.<br>Caryn S. Tijsseling, Esq.<br>5011 Meadowood Mall Way, Ste. 300<br>Reno, Nevada 89502<br>Telephone number: (775)827-8666 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE FOR COURT USE ONLY |

| Last four digits of account or other number by which creditor identifies debtor: | Check here if this claim<br>☐ replaces ☐ amends a previously filed claim, dated _____ |
|---|---|

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other_____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (FILL OUT BELOW)
  Last four digits of your Social Security #_____
  Unpaid compensation for services performed from
  _____ To _____
  (date)    (date)

**2. Date debt was incurred:** 2/12/04    **3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim $**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral:
☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of collateral: $ unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim.**

☐ Check this box if you have an claim, all or part of which is entitled to priority.
Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition, or cessation of the debtor's business, whichever is earlier- 11 U.S.C. § 507(a)(4)
- ☐ Contributions to an employee benefit plan.- 11 U.S.C. § 507(a)(5)
- ☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use- 11 U.S.C. § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8)
- ☐ Other -Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total amount of claim at time case filed:** _____ $50,000.00 _____ _____ _____
(unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☒ Check this box if claim includes interest, or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges. 12%

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting documents:** *Attach copies of supporting documents,* such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

*(This space for court use only)*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Date:
7/14/06 Caryn Tijsseling attorney for Diane Walter

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Summary of Supporting Documents

In the present case, the documents supporting the proof of claim are too voluminous to attach. Accordingly, the supporting documents are being summarized for the Court's convenience. The supporting documents will be provided upon request.

1. Loan Extension Agreement and Power of Attorney dated January 27, 2004;
2. Payment Summaries for April 6, 2004 through February 1, 2006;
3. Sixth Amendment to Deed of Trust dated January 6, 2003.;
4. Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing;
5. Construction Loan Agreement dated March 5, 2003;
6. Promissory Not Secured by Deed of Trust dated March 5, 2003. Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing dated March 3, 2006;
7. Second Amendment to Deed of Trust dated May 27, 2003;
8. Promissory Note Secured by Deed of Trust dated June 18, 2002;
9. Second Amendment to Loan Documents dated March 5, 2003;
10. First Trust Deed Investment Reports;
11. First Trust Deed Investing Manual;
12. Declaration of Agency Limited Power of Attorney dated March 5, 2003;
13. First Amendment to Loan Documents dated April, 2003;
14. First Amendment to Deed of Trust;
15. Authorization Agreement for Automatic Deposits; and
16. Mortgage Investment Disclosure Form.



4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Michael Walter
3 Malachite Road
Yerington, NV 89447

## Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

Account: Michael J. Walter & Diane J. Walter, husband & wife, as joint tenants with right of survivorship

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 1 | $ 0.00 | $ 466.67 | $ 466.67 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Gramercy Court | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |

## Full Account Summary

Account: Michael J. Walter & Diane J. Walter, husband & wife, as joint tenants with right of survivorship

| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
|---|---|---|
| $ 50,000.00 | $ 50,000.00 | $ 1,500.01 |

**For a detailed breakdown of your statement or additional account information, please visit http://www.tdinvestments.com**

Rep: Oliver Puhr Reno Office
Bldg - 851 - 8180 ext

## PROOF OF CLAIM STATEMENT

Claimant reserves the right to amend this claim to properly reflect priority or other classification, credits and charges after the date set forth or after the date hereof, including interest, attorney's fees, costs and related charges assessable against the Debtor or its property, particularly but not limited to those contemplated by section 506(b) of the Bankruptcy Code. Until the determinations thereof are made, and the precise date of payment of this claim is determined, the amount and priority thereof is undeterminable, and must accordingly be determined by an appropriate Order of the court to be entered at an appropriate time.