

Entered on Docket
October 06, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER EXTENDING THE DEBTORS'** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **EXCLUSIVITY PERIOD UNTIL MOTION**<br>**EXTENDING EXCLUSIVITY PERIOD IS**<br>**HEARD AND DETERMINED (AFFECTS**<br>**ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: September 28, 2006<br>Time: 9:30 a.m. |

USA Commercial Mortgage Company, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC, USA Securities, LLC and USA Capital Realty Advisors, LLC (collectively, the "Debtors") by and through its counsel, Annette Jarvis, Esq. of Ray Quinney & Nebeker, P.C., having made an oral request to the Court (at the hearings being held on September 28, 2006) to extend the 180 day exclusivity period to obtain acceptance of the proposed plan of reorganization by each class of claims or interests that is impaired under the plan to at least October 19, 2006, the date the Debtors' Motion To Increase The Debtors' 180-Day Exclusive Period to Confirm Plans Of Reorganization To December 31, 2006 is currently scheduled to be heard, and the Court having considered this request, it is hereby

ORDERED that the 180 day exclusivity period to obtain acceptance of the proposed plan of reorganization by each class of claims or interests that is impaired under the plan will be extended until at least October 19, 2006, or until the Court hears and determines the Debtors' Motion To Increase The Debtors' 180-Day Exclusive Period to Confirm Plans Of Reorganization To December 31, 2006 currently scheduled to be heard on October 19, 2006.

Submitted and approved by:

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
and
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
*Attorneys for Debtors and Debtors in Possession*

///

///

///

///

1  **ORDER EXTENDING THE DEBTORS' EXCLUSIVITY PERIOD UNTIL MOTION EXTENDING EXCLUSIVITY PERIOD IS HEARD AND DETERMINED (AFFECTS ALL DEBTORS)**

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved by:
**OFFICE OF THE UNITED STATES TRUSTEE**

_____
August Landis, Esq.

**IT IS SO ORDERED.**

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER EXTENDING THE DEBTORS' EXCLUSIVITY PERIOD UNTIL MOTION EXTENDING EXCLUSIVITY PERIOD IS HEARD AND DETERMINED (AFFECTS ALL DEBTORS)**

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Marc M. Levinson
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved by:
**OFFICE OF THE UNITED STATES TRUSTEE**

_____
August Landis, Esq.

**IT IS SO ORDERED.**

\#\#\#

Page 3 of 3

```
                                                                    SCHWARTZER & McPHERSON LAW FIRM
                                                                    2850 South Jones Boulevard, Suite 1
                                                                    Las Vegas, Nevada 89146-5308
                                                                    Tel: (702) 228-7590 · Fax: (702) 892-0122
```

1  **ORDER EXTENDING THE DEBTORS' EXCLUSIVITY PERIOD UNTIL MOTION EXTENDING EXCLUSIVITY PERIOD IS HEARD AND DETERMINED (AFFECTS ALL**
2  **DEBTORS)**

3  Approved by:                                   Approved by:
4  **LEWIS AND ROCA, LLP**                        **GORDON & SILVER, LTD.**

5
6  By: _____              By: _____
   SUSAN M. FREEMAN, ESQ.                  GERALD M. GORDON, ESQ.
   ROB CHARLES, ESQ.                       GREGORY E. GARMAN, ESQ.
7  *Counsel for the Official Committee of*  *Counsel for the Official Committee of*
   *Unsecured Creditors of USA Commercial*  *Holders of Executory Contract Rights of*
8  *Mortgage Company*                       *USA Commercial Mortgage Company*

9
   Approved by:                            Approved by:
10 **BECKLEY SINGLETON, CHTD. and**        **STUTMAN TREISTER & GLATT, P.C. and**
   **ORRICK, HERRINGTON & SUTCLIFFE LLP**  **SHEA & CARLYON, LTD.**
11

12
   By: _____              By: _____/s/_____
13 MARC A. LEVINSON, ESQ.                  FRANK MEROLA, ESQ.
   LYNN TRINKA-ERNCE, ESQ.                 EVE KARASIK, ESQ.
14 ANNE M. LORADITCH, ESQ.                 CHRISTINE PAJAK, ESQ.
   *Counsel for the Official Committee of*  CANDACE C. CARLYON, ESQ.
15 *Equity Security Holders of USA Capital* *Counsel for the Official Committee of*
   *Diversified Trust Deed Fund, LLC*       *Equity Security Holders of USA Capital*
16                                          *First Trust Deed Fund, LLC*

17

18 Approved by:
   **OFFICE OF THE UNITED STATES TRUSTEE**
19

20 _____
   August Landis, Esq.
21

22
        **IT IS SO ORDERED.**
23                                          ###

24

25

26

27

28

                                Page 3 of 3

**ORDER EXTENDING THE DEBTORS' EXCLUSIVITY PERIOD UNTIL MOTION EXTENDING EXCLUSIVITY PERIOD IS HEARD AND DETERMINED (AFFECTS ALL DEBTORS)**

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved by:
**OFFICE OF THE UNITED STATES TRUSTEE**

_____
August Landis, Esq.

**IT IS SO ORDERED.**

###

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

____ The court has waived the requirement of approval under LR 9021.

____ No parties appeared or filed written objections, and there is no Trustee appointed in the case.

XX   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

*Greg Garman, Esq. / Gerald Gordon, Esq. - failed to respond to the document*

###