

**Entered on Docket**
**October 06, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; lernce@orrick.com

Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER APPROVING ORRICK, HERRINGTON & SUTCLIFFE LLP'S FIRST INTERIM FEE APPLICATION**<br>**(JUNE 1, 2006 - JULY 31, 2006)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: September 28, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

OHS West:260101822.1

1  The Court having considered the First Interim Fee Application of Orrick, Herrington &
2  Sutcliffe LLP ("Orrick"), counsel to the Official Committee of Equity Security Holders of USA
3  Capital Diversified Trust Deed Fund, LLC (the "Application") and supporting declaration; having
4  reviewed the pleadings, papers and records on file in this matter; having considered the arguments
5  of counsel at a hearing on September 28, 2006; the compensation requested by the Application in
6  the amount of $467,794.50, along with expense reimbursement of $8,173.54, resulting in a total
7  of $475,968.04 incurred by Orrick, Herrington & Sutcliffe LLP ("Orrick") during the period of
8  June 1, 2006 through July 31, 2006; the Application having been properly served upon all
9  parties-in-interest; all objections to the Application having been considered and either overruled
10 or otherwise resolved; and good cause appearing:
11   IT IS HEREBY ORDERED that the Application is approved.
12   IT IS FURTHER ORDERED that Orrick is hereby awarded total compensation in the
13 amount of $475,968.04, consisting of $467,794.50 for fees incurred by Orrick during the period
14 of June 1, 2006 through July 31, 2006, and $8,173.54 for expenses incurred by Orrick during the
15 same period.
16   IT IS FURTHER ORDERED that the Application, as well as this award, are interim in
17 nature, as provided in the Court's Administrative Order Establishing Procedures for Interim
18 Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006
19 [Docket No. 1202].
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS FURTHER ORDERED that the awarded compensation shall be paid forthwith by USA Capital Diversified Trust Deed Fund, LLC.

PREPARED AND SUBMITTED BY:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/
Marc A. Levinson
Lynn Trinka Ernce
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200

Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

APPROVED/DISAPPROVED:

OFFICE OF THE U.S. TRUSTEE

By: /s/
August B. Landis, Esq.
Assistant U.S. Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, NV 89101

OHS West:260101:822.1

3

**RULE 9021 DECLARATION**

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order; or

    ☒ waived the right to review this order; and/or

    ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED October __, 2006.

                            ORRICK, HERRINGTON & SUTCLIFFE LLP

                            By: /s/ Lynn Trinka Ernce
                                Marc A. Levinson
                                Lynn Trinka Ernce

                            Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC