

**Entered on Docket
October 06, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

PAUL B. LACKEY, ESQ.
Texas Bar No.: 00791061
MICHAEL AIGEN, ESQ.
Texas Bar No.: 24012196
ROSS MORTILLARO, ESQ.
Texas Bar No.: 24027531
LACKEY HERSHMAN, LLP
3102 Oak Lawn Ave., Ste. 700
Dallas, Texas 75219
Phone: (214) 560-2201
        - and-
CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
JAMES A.KOHL, ESQ.
Nevada Bar No.: 5692
CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                       Debtor. | )<br>)<br>)<br>)<br>) | CASE NO.: BK-S-06-10725-LBR<br>CASE NO.: BK-S-06-10726-LBR<br>CASE NO.: BK-S-06-10727-LBR<br>CASE NO.: BK-S-06-10728-LBR<br>CASE NO.: BK-S-06-10729-LBR |

Law Offices of
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    TELECOPIER (702) 383-0701

Law Offices of
RAWLINGS, OLSON, CANNON
GORMLEY & DESRUISSEAUX
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   TELECOPIER (702) 383-0701

| | |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | **Jointly Administered Under<br>Case No. BK-S-6-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER ALLOWING<br>OPPOSITION IN EXCESS OF<br>TWENTY PAGES PURSUANT TO<br>LR 9014(f)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>■ All Debtors<br>□ USA Commercial Mortgage Company<br>□ USA Capital Realty Advisors, LLC<br>□ USA Capital Diversified Trust Deed Fund, LLC<br>□ USA Capital First Trust Deed Fund, LLC<br>□ USA Securities, LLC, | **HEARING:<br>Date: N/A<br>Time: N/A** |

**ORDER ALLOWING OPPOSITION IN EXCESS OF TWENTY PAGES PURSUANT TO
LR 9014(f) FOR FILING OF THE HIGHLAND FUND'S OPPOSITION TO
DIVERSIFIED TRUST DEED FUND COMMITTEE'S OBJECTION TO PROOF OF
CLAIM**

**UPON** the Application of CiCi Cunningham, Esq. of the Law Firm of Rawlings, Olson,

Cannon, Gormley & Desruisseaux, on behalf of the Highland Fund, praying for authority to file an

Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim in excess of

twenty pages, pursuant to LR 9014(f);

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1      **IT IS HEREBY ORDERED** that the Highland Fund be allowed to file its Opposition to

2  Diversified Trust Deed Fund Committee's Objection to Proof of Claim in excess of twenty pages

3  pursuant to LR 9014(e).

4      **IT IS SO ORDERED.**

5  Respectfully Submitted By:

6

7

8  CiCi CUNNINGHAM, ESQ.
   Nevada Bar No. 4960

9  RAWLINGS, OLSON, CANNON,
   GORMLEY & DESRUISSEAUX

10 RAWLINGS, OLSON, CANNON,
   GORMLEY & DESRUISSEAUX

11 9950 West Cheyenne Avenue
   Las Vegas, NV 89129

12 Attorneys for the Highland Fund

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28