Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

USA COMMERICAL MORTGAGE COMPANY,

Debtors.

) Chapter 11
) Jointly Administered Under
) Case No. BK-S-06-10725 LBR
)
) **NOTICE OF TRANSFER OF CLAIM**
) **OTHER THAN FOR SECURITY AND**
) **WAIVER OF NOTICE**
) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of **Nemo Harding & Erin Harding, joint tenants with right of survivorship** ("Transferor") against the Debtor in the amount of **$12,951.80** has been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claim and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claim, hereby assign and transfer my claim and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the current net amount is not less than **$12,951.80** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
Nemo Harding & Erin Harding, joint tenants with right of survivorship
419A ATKINSON DRIVE 504
HONOLULU, HI 96814

Print Name _NEMO HARDING_    Title _MR._

Signature _[signature]_    Date _9/21/06_

Updated Address (if needed) _____

Phone _808-203-0739_    Fax _646-346-7480_    E-Mail _NEMO-ERIN @ EARTHLINK.NET_

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _[signature]_
Tom Scheidt

Mail Ref#

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Jointly Administered Under |
| | ) Case No. BK-S-06-10725 LBR |
| USA COMMERICAL MORTGAGE COMPANY, | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| | ) **OTHER THAN FOR SECURITY AND** |
| Debtors. | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **Nemo Harding & Erin Harding, joint tenants with right of survivorship** ("Transferor") against the Debtor in the amount of **$12,951.80** has been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claim and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claim, hereby assign and transfer my claim and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the current net amount is not less than **$12,951.80** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
Nemo Harding & Erin Harding, joint tenants with right of survivorship
419A ATKINSON DRIVE 504
HONOLULU, HI 96814

Print Name: Erin Anne Harding    Title: Joint Tenant
Signature: [signed]    Date: 9-28-06

Updated Address (if needed) _____

Phone _____ Fax _____ E-Mail _____

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: [signed]
Tom Scheidt

Mail Ref#