```
DAVID W. HUSTON, ESQ.                          Electronically Filed: October 6, 2006
Nevada Bar No. 00855
THE LAW OFFICE OF DAVID W. HUSTON, P.C.
601 South Seventh Street
Las Vegas, Nevada  89101
702/384-9555
702/384-9517   (Fax)


Special Counsel for USA Commercial Mortgage Company
```

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **SECOND ADDENDUM**<br>**TO COMPLAINT**<br>**FOR INTERPLEADER** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐  All Debtors<br>☒ USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |
| USA COMMERCIAL MORTGAGE COMPANY<br><br>Plaintiff,<br>v.<br><br>JOHN DUTKIN, TRUSTEE; BEVERLY J. STILES, TRUST; ROBERT J. & RUTH A. KEHL; ROCKLIN/REDDING, LLC; RETIREMENT | **Adversary No. 06- 01167**<br><br><br><br><br>Hearing Date:  Not Required<br>Hearing Time:  Not Required |

1

| | |
|---|---|
| 1 | ACCOUNTS INC. CUSTODIAN FOR JUDD ROBBINS IRA; DANIEL & LAURA DRUBIN; GRABLE P. RONNING; GREGORY W. & CARRIE M. STIMPSON; CASTULO O. MARTINEZ; THE WILD WATER LP; CROSBIE B. RONNING; FIRST SAVINGS BANK, CUSTODIAN FOR GEORGE J. MOTTO IRA; JOHN ROBERT MALLIN JR. & MARIE THERESA MALLIN, TRUSTEE MALLIN FAMILY TRUST DATED 7-12-99; PHILLIP N. & BENITA M. RALSTON, TRUSTEE RALSTON FAMILY TRUST DATED 5-16-00; JAMES FEENEY, TRUSTEE E&M HARDWARE PROFIT SHARING PLAN; JANIS N. ROMO, CUSTODIAN FOR MARIO W. ROMO; MARIETTA S. VON BERG, TRUSTEE ; ROBERT W. ULM, TRUSTEE, ROBERT W. ULM LIVING TRUST DATED 4-11-05; PETER A. & FABIOLA A. BOLINO; HOWARD CONNELL AND LORENE CONNELL; JEAN JACQUES BERTHELOT, TRUSTEE OF THE BERTHELOT LIVING TRUST DATED 4-9-03; FIRST TRUST CO. OF ONAGA CUSTODIAN FOR KAREN MOBERLY IRA; BETTY KOSTRUP; WILLIAM P. KENNY AND NANCY J. COSTELLO; GARETH AR CRANER, TRUSTEE OF THE RONALD G GARDNER TRUST; GEORGE W. HUBBARD AND CAROL N. HUBBARD; DONALD PINSKER; JEFF P. DILLENBURG AND KAREN A. DILLENBURG AND PAUL D. GRAF AND MARGARET A. GRAF; BUNNY VREELAND AND SCOTT A. KUSICH; DINA LADD; MARY ANN DEAL; MONIGHETTI, INC.; JOHN G. SCHLICHTING AND ELIZABETH A. SCHLICHTING; DONALD S. TOMLIN AND DOROTHY R. TOMLIN, TRUSTEE OF THE DONALD S. TOMLIN & DOROTHY R. TOMLIN REV. TRUST; MARK L. EAMES AND SANDRA K. EAMES; ROBERT L. OGREN, TRUSTEE FOR THE BENEFIT OF THE ROBERT L. OGREN TRUST DATE D 6-30-92; JASPER BENINCASA, JR.; PAT A. DOLCE AND LORA DEAN DOLCE; DRS. STANLEY ALEXANDER AND FLORENCE ALEXANDER; MW GORTS AND COMPANY AND EDWIN ARNOLD IRA; M. CRAIG MEDOFF TRUSTEE OF THE MEDOFF FAMILY TRUST DATED 9-1-88; USA CAPITAL FIRST TRUST DEED, ALAN A. BENNETT; A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY; PORTER A. HURT, A SINGLE MAN; PAULIUS MOSINSKIS, A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY, |
| 27 | Defendants. |

David W. Huston
Attorney at Law
A Professional Corporation

1  Plaintiff, USA Commercial Mortgage Company, by and through their counsel, do hereby submit this Second Addendum to Complaint for Interpleader ("Complaint") to add the following Defendants to the Complaint: Alan A. Bennett; A Married Man Dealing With His Sole And Separate Property; Porter A. Hurt, A Single Man; Paulius Mosinskis, A Married Man Dealing With His Sole And Separate Property.

Dated this 5th day of October, 2006.

By: /s/David W. Huston
**DAVID W. HUSTON, ESQ.**
The Law Office of David W. Huston, p.c.
Nevada Bar No. 00855
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Attorney for Special Counsel for USA
Commercial Mortgage Company

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of The Law Office of David W. Huston, p.c., and that on October 6, 2006, I did deposit in the United States Post Office at Las Vegas, Nevada, via first-class mail, in a sealed envelope with postage fully pre-paid thereon, a true and correct copy of the *Second Addendum to Complaint for Interpleader* to the attached mailing matrix.

/s/ Susan E. Waits
SUSAN E. WAITS, an employee of The Law
Office of David W. Huston, p.c.

John Dutkin, Trustee
4635 Rose Drive
Emmaus, PA 18049

3

Beverly J. Stiles, Trust
P.O. Box 1507
Albany, OR  97321

Robert J. & Ruth A. Kehl
4963 Mesa Capella Drive
Las Vegas, Nevada 89148

Rocklin/Redding LLC
c/o Frank Snopko
278 Sussex Street
Carson City, Nevada  89702

Retirement Accounts Inc. Custodian For Judd Robbins IRA
1340 Anderson Creek Rd.
Talent, OR 97540

Daniel & Laura Drubin
1363 West Stony Run Place
Oro Valley, Arizona 85755

Grable P. Ronning
P.O. Box 7804
Incline Village, NV 89452

Gregory W. & Carrie M. Stimpson
2665 Firenze Dr.
Sparks, NV 89434

Castulo O. Martinez
2208 Hot Oak Ridge
Las Vegas, NV 89134

The Wild Water LP
c/o Grable Ronning
P.O. Box 9288
Incline Village, NV 89452

Crosbie B. Ronning
P.O. Box 7804
Incline Village, NV 89452

First Saving Bank C/F George J. Motto IRA
17212 Spates Hill Rd.
Poolesville, MD 20837

John Robert Mallin Jr. & Marie Theresa Mallin, Trustee Mallin Family Trust Dated 7-12-99
9809 Pinnacle Pass Dr.
Las Vegas, NV 89117

Phillip N & Benita M. Ralston, Trustee Ralston Family Trust Dated 5-16-00
28 Hassayampa Tr.
Henderson, NV 89052

James Feeney, Trustee E&M Hardware Profit Sharing Plan
P.O. Box 19122
Reno, NV 89511

5

1  Janis N. Romo C/F Mario W. Romo
2  P.O. Box 50522
3  Henderson, NV 89016

4
5  Marietta S. Von Berg, Trustee
   24622 Rimrock Cyn Rd.
6  Salinas, CA 93908

7
8  Robert W. Ulm, Trustee Robert W. Ulm
9  Living Trust Dated 4-11-05
   414 Morning Glory
10 St. Marys, GA 31558

11
12 Peter A. & Fabiola A. Bolino
13 17412 Serene Dr.
   Morgan Hill, CA 95037
14
15
16 Howard Connell and Lorene Connell
   1001 Jennis Silver St.
17 Las Vegas, NV 89145
18
19 Jean Jacques Berthelot Trustee of the
20 Berthelot Living Trust dated 4-9-03
   9328 Sienna Vista Dr.
21 Las Vegas, NV 89117
22
23
   First Trust Co of Onaga C/F Karen Moberly
24 IRA
   420 Warren Ter.
25 Hinsdale, IL 60521
26
27
   Betty Kolstrup
28 1830 Balboa Dr.
   Reno, NV 89503

David W. Huston
Attorney at Law
A Professional Corporation

1  William P Kenny and Nancy J. Costello
2  P.O. Box 4242
3  Truckee, CA 96160

4
5  **Gareth AR Craner Trustee of the Gareth**
   **A. R Craner Trust dated 6-1-02**
6  **P.O. Box 1284**
7  **Minden, NV 89423**

8
9  George W. Hubbard and Carol N Hubbard
   6340 N. Calle Tregua Serena
10 Tucson, AZ 85750

11
12 Donald Pinsker
13 8650 W. Verde Way
   Las Vegas, NV 89149
14

15
16 **Jeff P Dillenburg and Karen A.**
   **Dillenburg and Paul D**
17 **05135 Forbes Drive**
   **Geneva, IL 60134**
18

19
20 Paul Graf and Margaret A. Graf
   2530 Great Highway
21 San Francisco, California  94116

22
23 Bunny Vreeland
24 2334 Eagle Creek Lane
   Oxnard, CA 93036
25

26
27 Scott A. Kusich
   2720 Preston Ct.
28 Mountain View, California  94040

David W. Huston
Attorney at Law
A Professional Corporation

7

| | |
|---|---|
| 1 | Dina Ladd |
| 2 | 355 Mogul Mountain Dr. |
| 3 | Reno, NV 89523 |
| 4 | |
| 5 | Mary Ann Deal |
|   | 1813 N. California St. |
| 6 | Burbank, CA 91505 |
| 7 | |
| 8 | Monighetti, Inc |
| 9 | Pete Monighetti |
|   | 6515 Frankie Lane |
| 10 | Prunedale, CA 93907 |
| 11 | |
| 12 | John G. Schlichting and Elizabeth A. Schlichting |
| 13 | 10653 Edaemont Pl. |
| 14 | Highland Ranch, CO 80129 |
| 15 | |
| 16 | Donald S. Tomlin and Dorothy R. Tomlin, Trustee of the Donald S. Tomlin & |
| 17 | Dorothy R. Tomlin Rev. Trust |
| 18 | 7145 Beverly Glen Avenue |
| 19 | Las Vegas, NV 89110 |
| 20 | |
| 21 | **Mark L. Eames and Sandra K Eames** |
| 22 | **7849 S. Valentia St.** |
|    | **Centennial, CO 80112** |
| 23 | |
| 24 | |
| 25 | Robert L. Ogren Trustee for the benefit of the Robert L. Ogren Trust dated 6-30-92 |
| 26 | 3768 Rick Stratton Drive |
|    | Las Vegas, NV 89120 |
| 27 | |
| 28 | |

David W. Huston
Attorney at Law
A Professional Corporation

1  Jasper Benincasa JR
2  9359 Roping Cowboy Ave
   Las Vegas, NV 89178
3

4
   Pat A. Dolce and Lora Dean Dolce
5  4410 W. Jefferson Blvd.
   Los Angeles, CA 90016
6

7

8  Drs Stanley Alexander and Florence
   Alexander
9
   812 Sweetwater Club Blvd.
10 Longwood, FL 32779

11

12 **Edwin Arnold**
   **20170 Redwood Dr.**
13 **Forest Hills, CA 95631**

14

15
   **M.W. Gorts & Company**
16 **7820 Emerald Harbor Court**
   **Las Vegas, Nevada  89128**
17

18

19 M Craig Medoff Trustee of the Medoff
   Family Trust dated 9-1-88
20  3110 Larkwood Ct.
21  Fallbrook, CA 92028

22

23

24 Eve H. Karasick, Esq.
   Christine Pajack, Esq.
25 Stutman, Treiser & Glatt
26 1901 Avenue of the Stars
   12th Floor
27 Los Angeles, California  90067

28

David W. Huston
Attorney at Law
A Professional Corporation

**Ronald G. Gardner Trustee of the Ronald G. Gardner Trust**
**430 Bavarian Drive**
**Carson City, Nevada  89705**

**Alan B. Bennett, A Married Man Dealing with his Sole and Separate Property**
**14225 South Wisperwood Drive**
**Reno, Nevada  89511**

**Porter A. Hurt, a single man**
**4833 North Hidden Terrace**
**Litchfield Park, Arizona  85340**

**Paulius Mosinskis, a married man dealing with his sole and separate property**
**1545 Gruversvile Road**
**Richland Town, PA  18955**

USA Capital First Trust Deed
Lenard Schwartzer, Esq.
Schwartzer & McPherson
2850 South Jones Blvd.
Suite 1
Las Vegas, Nevada  89146

Annette W. Jarvis, Esq.
Ray Quinney & Nebeker
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145

David W. Huston
Attorney at Law
A Professional Corporation

1  Victoria L. Nelson, Esq.
2  Santoro, Driggs, Walch et al.
   400 South Fourth Street, Third Floor
3  Las Vegas, Nevada  89101
4

5  Nancy Allf, Esq.
6  411 East Bonneville
   Suite 100
7  Las Vegas, Nevada  89101
8

9
   Robert C. LePome, Esq.
10 330 South 3rd Street
   Suite 1100B
11 Las Vegas, Nevada  89101
12

13
   George Lazar, Esq.
14 525 B Street
15 Suite 1500
   San Diego, California  92101
16

17
18 Joe J. Laxague, Esq.
   Cane Clark LLP
19 3273 E. Warmsprings Road
20 Las Vegas, Nevada  89120

21

22 Steve Sidhu, Esq.
   3960 Howard Hughes Pkwy.
23 9th Floor
24 Las Vegas, Nevada 89109

25

26 Jan Chubb, Esq.
27 100 West Liberty
   12th Floor
28 Reno, NV 89501

11

1  Stephen R. Harris, Esq.
2  Belding, Harris & Petroni, Ltd.
3  417 West Plumb Lane
   Reno, Nevada  89509
4

5
   Brad Elley, Esq.
6  120 Country Club Drive
7  Suite 5
   Incline Village, NV 89451
8

9
   George D. Frame, Esq.
10 601 Greenway Road
11 Suite D
   Henderson, Nevada  89015
12