Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; lernce@orrick.com

Brett A. Axelrod (Nevada Bar No. 5859)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

Attorneys for the Official Committee of Equity Security
Holders of USA Capital Diversified Trust Deed Fund, LLC

E-filed on October 6, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: September 28, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **NOTICE OF ENTRY OF ORDER APPROVING ORRICK, HERRINGTON & SUTCLIFFE LLP'S FIRST INTERIM FEE APPLICATION**<br>**(JUNE 1, 2006 - JULY 31, 2006)** |

{00330723;}

**PLEASE TAKE NOTICE** that on the 6th day of October 2006, the Court entered its Order Approving Orrick, Herrington & Sutcliffe LLP's First Interim Fee Application (June 1, 2006 - July 31, 2006), copy attached

DATED this 6th day of October 2006.

BECKLEY SINGLETON, CHTD.

By: /s/ Anne M. Loraditch
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373

Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

{00330723;}



Entered on Docket
October 06, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; lernce@orrick.com

Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                   Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                   Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,     Debtor. | Chapter 11<br><br>Jointly Administered Under |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                   Debtor. | Case No. BK-S-06-10725-LBR<br><br>**ORDER APPROVING ORRICK,<br>HERRINGTON & SUTCLIFFE LLP'S** |
| In re:<br>USA SECURITIES, LLC,<br>                                   Debtor. | **FIRST INTERIM FEE<br>APPLICATION<br>(JUNE 1, 2006 - JULY 31, 2006)** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: September 28, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

OHS West:260101822.1

1  The Court having considered the First Interim Fee Application of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel to the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Application") and supporting declaration; having reviewed the pleadings, papers and records on file in this matter; having considered the arguments of counsel at a hearing on September 28, 2006; the compensation requested by the Application in the amount of $467,794.50, along with expense reimbursement of $8,173.54, resulting in a total of $475,968.04 incurred by Orrick, Herrington & Sutcliffe LLP ("Orrick") during the period of June 1, 2006 through July 31, 2006; the Application having been properly served upon all parties-in-interest; all objections to the Application having been considered and either overruled or otherwise resolved; and good cause appearing:

IT IS HEREBY ORDERED that the Application is approved.

IT IS FURTHER ORDERED that Orrick is hereby awarded total compensation in the amount of $475,968.04, consisting of $467,794.50 for fees incurred by Orrick during the period of June 1, 2006 through July 31, 2006, and $8,173.54 for expenses incurred by Orrick during the same period.

IT IS FURTHER ORDERED that the Application, as well as this award, are interim in nature, as provided in the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 [Docket No. 1202].

///
///
///
///
///
///
///
///
///

OHS West:260101822.1

- 2 -

1  IT IS FURTHER ORDERED that the awarded compensation shall be paid forthwith by
2  USA Capital Diversified Trust Deed Fund, LLC.

4  PREPARED AND SUBMITTED BY:

5  ORRICK, HERRINGTON & SUTCLIFFE LLP

7  By: /s/
   Marc A. Levinson
8  Lynn Trinka Ernce
   400 Capitol Mall, Suite 3000
9  Sacramento, CA 95814-4497
   Telephone: (916) 447-9200

11 Attorneys for the Official Committee of
   Equity Security Holders of USA Capital
   Diversified Trust Deed Fund, LLC

13 APPROVED/DISAPPROVED:

14 OFFICE OF THE U.S. TRUSTEE

16 By: /s/
   August B. Landis, Esq.
17 Assistant U.S. Trustee
   300 Las Vegas Boulevard South, Suite 4300
18 Las Vegas, NV 89101

OHS West:260102:922.1                           - 3 -

**RULE 9021 DECLARATION**

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021.

☒     I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

       ☒     approved the form of this order; or

       ☒     waived the right to review this order; and/or

       ☐     failed to file and serve papers in accordance with LR 9021(c).

☐     No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED October ___, 2006.

                               ORRICK, HERRINGTON & SUTCLIFFE LLP

                               By:    /s/ Lynn Trinka Ernce
                                        Marc A. Levinson
                                        Lynn Trinka Ernce

Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC