Paul B. Lackey, Esq.  
Texas Bar No. 00791061  
Michael P. Aigen, Esq.  
Texas Bar No. 24012196  
Ross Mortillaro, Esq.  
Texas Bar No. 24027531  
LACKEY HERSHMAN, L.L.P.  
3102 Oak Lawn Avenue, #777  
Dallas, Texas 75219  
(214) 560-2201  
　　-and-  
CiCi Cunningham, Esq.  
Nevada Bar No.: 4960  
James A. Kohl, Esq.  
Nevada Bar No.: 5692  
RAWLINGS, OLSON, CANNON  
GORMLEY & DESRUISSEAUX  
9950 West Cheyenne Avenue  
Las Vegas, NV 89129  
(702) 384-4012  
Email: bankruptcy@rocgd.com  
Attorneys for Creditors  
Prospect High Income Fund,  
ML CBO IV (Cayman) Ltd.,  
PAMCO Cayman, Ltd.  
PAM Capital Funding, L.P.  
Highland Crusader Fund, Ltd.  
And PCMG Trading Partners XXII, L.P.

E-FILED ON: October 6, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND,LLC,<br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC<br>　　　　　　　　　　　Debtor | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |

|THIS COURT

Affects:

☑ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

HEARING:
Date: N/A
Time: N/A

## VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

Ross A. Mortillaro, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at 7323 Glendora Ave., Dallas, Dallas County, Texas 75230, (214) 228-7913.

2. That Petitioner is an attorney at law and a member of the law firm of LACKEY HERSHMAN, LLP with offices at 3102 Oak Lawn Avenue, Suite 777, Dallas, Texas 75219, (214) 560-2201.

3. That Petitioner has been retained personally or as a member of the law firm by Prospect High Income Fund, ML CBO IV (Cayman) Ltd., PAMCO Cayman, Ltd., PAM Capital Funding, L.P., Highland Crusader Fund, Ltd., and PCMG Trading Partners XXII, L.P. to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since November 2000, Petitioner has been, and presently is a member in good standing of the bar of the highest Court of the State of Texas where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, and United States Courts of Appeal, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
|---|---|
| Fifth Circuit Court of Appeals | May 2001 |
| Northern District of Texas | January 2001 |
| Eastern District of Texas | February 2004 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____NONE_____

7. That Petitioner has never been denied admission to the State Bar of Nevada, (Give particulars of ever denied admission):

_____NONE_____

8. That Petitioner is a member of good standing in the following Bar Association:

Texas Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body Or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR PURPOSES OF THIS CASE ONLY.

DATED: 10/4/06

_____
Petitioner's Signature

STATE OF TEXAS          )
                        )
COUNTY OF DALLAS        )

Ross A. Mortillaro, Petitioner being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 4th day of October, 2006.

_____
Notary Public State of Texas



JACQUELINE M WEST
Notary Public, State of Texas
My Commission Expires
November 02, 2009

Page 4 of 4