|   |   |
|---|---|
| Paul B. Lackey, Esq.<br>Texas Bar No. 00791061<br>Michael P. Aigen, Esq.<br>Texas Bar No. 24012196<br>Ross Mortillaro, Esq.<br>Texas Bar No. 24027531<br>LACKEY HERSHMAN, L.L.P.<br>3102 Oak Lawn Avenue, #777<br>Dallas, Texas 75219<br>(214) 560-2201<br>    -and-<br>CiCi Cunningham, Esq.<br>Nevada Bar No.: 4960<br>James A. Kohl, Esq.<br>Nevada Bar No.: 5692<br>RAWLINGS, OLSON, CANNON<br>GORMLEY & DESRUISSEAUX<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>(702) 384-4012<br>Email: bankruptcy@rocgd.com<br>Attorneys for Creditors<br>Prospect High Income Fund,<br>ML CBO IV (Cayman) Ltd.,<br>PAMCO Cayman, Ltd.<br>PAM Capital Funding, L.P.<br>Highland Crusader Fund, Ltd.<br>And PCMG Trading Partners XXII, L.P. | E-FILED ON: October 6, 2006 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND,LLC,<br>                                        Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | |
| In re:<br>USA SECURITIES, LLC<br>                                        Debtor | **VERIFIED PETITION<br>FOR PERMISSION TO<br>PRACTICE IN THIS CASE<br>ONLY BY ATTORNEY<br>NOT ADMITTED TO THE BAR<br>OF THIS COURT** |

|   | THIS COURT |
|---|---|

Affects:

☑ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

**HEARING:**
Date: N/A
Time: N/A

### VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

Michael P. Aigen, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at 1500 Pecos Street #1, Dallas, Dallas County, Texas 75204, (214) 823-0809.

2. That Petitioner is an attorney at law and a member of the law firm of LACKEY HERSHMAN, LLP with offices at 3102 Oak Lawn Avenue, Suite 777, Dallas, Texas 75219, (214) 560-2201.

3. That Petitioner has been retained personally or as a member of the law firm by Prospect High Income Fund, ML CBO IV (Cayman) Ltd., PAMCO Cayman, Ltd., PAM Capital Funding, L.P., Highland Crusader Fund, Ltd., and PCMG Trading Partners XXII, L.P. to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since November 1999, Petitioner has been and presently a member in good standing of the bar of the highest Court of the State of Texas where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Courts of Appeal, the Supreme Court of the United States and Court of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
|---|---|
| Fifth Circuit Court of Appeals | May 29, 2001 |
| Northern District of Texas | June 5, 2001 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____NONE_____

7. That Petitioner has never been denied admission to the State Bar of Nevada, (Give particulars of ever denied admission):

_____NONE_____

8. That Petitioner is a member of good standing in the following Bar Association:

Texas Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body Or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| September 19, 2002 | A453232 | District Court, Clerk County | Yes |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR PURPOSES OF THIS CASE ONLY.

DATED: 10-4-06

Petitioner's Signature

STATE OF TEXAS            )
                          )
COUNTY OF DALLAS          )

Michael P. Aigen, Petitioner being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's Signature

Subscribed and sworn to before me this 4th day of October, 2006.

Notary Public State of Texas



JACQUELINE M WEST
Notary Public, State of Texas
My Commission Expires
November 02, 2009