Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

   and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED on October 5, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                               Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF HEARING OF MOTION TO EXCLUDE DEBTORS FROM HAVING TO FILE INTER-COMPANY CLAIMS AGAINST EACH OTHER BY THE BAR DATE, OR ALTERNATIVELY FOR THE APPROVAL OF THE IMMEDIATE APPOINTMENT OF SPECIAL COUNSEL TO FILE AND PURSUE THE INTER-COMPANY DEBTOR CLAIMS [AFFECTS ALL DEBTORS]**<br>Date: October 30, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

1  NOTICE IS HEREBY GIVEN that USA Commercial Mortgage Company, USA Securities, LLC,
2  USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA
3  Capital First Trust Deed Fund, LLC (collectively, the "Debtors"), by and through their counsel,
4  have filed a Motion to Exclude Debtors From Having to File Inter-Company Claims Against Each
5  Other by the Bar Date, or Alternatively for the Approval of the Immediate Appointment of Special
6  Counsel for Diversified Fund and FTD Fund to File and Pursue the Inter-Company Debtor Claims
7  (Affects All Debtors) (the "Motion"). The Motion requests that the Court exclude the Debtors
8  from having to file inter-company claims against each other by the Bar Date (or that the Bar Date
9  be extended without date for the filing of these claims), subject to the Debtors reporting to the
10 Court at the October 19, 2006 hearing that all of the intercompany claims have been fully resolved
11 in a Plan with the full agreement of the Committees, or, alternatively, if all intercompany claims
12 are not fully resolved by October 19, 2006 with the full agreement of the Committees, that the
13 Court approve the immediate appointment of special counsel for the USACM, FTD Fund and the
14 Diversified Fund to file the inter-company claims at the hearing set on this motion on October 30,
15 2006.

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

NTC Motion to Extend Bar Date for InterCompany Claims                Page 2 of 3

1  If you do not file a written response with the court, or if you do not serve your written
2  response on the person who sent you this notice, then:

3  • The court may *refuse to allow you to speak* at the scheduled hearing; and

4  • The court may *rule against you* without formally calling the matter at the
5    hearing.

6  A copy of the Motion may be obtained by contacting the office of Schwartzer &
7  McPherson Law Firm, telephone: (702) 228-7590 or fax: (702) 892-0122 or by accessing
8  PACER through the United States Bankruptcy Court website for Nevada at
9  www.nvb.uscourts.gov.

10  NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without
11  further notice.

12  NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a
13  United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South,
14  3rd Floor, Las Vegas, Nevada on October 30, 2006 at 9:30 a.m.

15  Respectfully submitted this 5th day of October, 2006

      /s/ Lenard E. Schwartzer, Esq.
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385