E-FILED ON: 10-6-06

PAUL LACKEY, ESQ.
MICHAEL AIGEN, ESQ.
ROSS MORTILLARO, ESQ.
LACKEY HERSHMAN, LLP
3102 Oak Lawn Ave., Ste. 700
Dallas, Texas 75219
Phone: (214) 560-2201

- and-

CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
JAMES A.KOHL, ESQ.
Nevada Bar No.: 5692
CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
RAWLINGS, OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com

Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

Law Offices of
RAWLINGS, OLSON, CANNON
GORMLEY & DESRUISSEAUX
a Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Telecopier (702) 383-0701

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | CASE NO.: BK-S-06-10725-LBR<br>CASE NO.: BK-S-06-10726-LBR<br>CASE NO.: BK-S-06-10727-LBR<br>CASE NO.: BK-S-06-10728-LBR<br>CASE NO.: BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under Case No. BK-S-6-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |

In re:
USA SECURITIES, LLC,
Debtor.

Affects:
■ All Debtors
□ USA Commercial Mortgage Company
□ USA Capital Realty Advisors, LLC
□ USA Capital Diversified Trust Deed Fund, LLC
□ USA Capital First Trust Deed Fund, LLC
□ USA Securities, LLC,

**HEARING:**
**Date: N/A**
**Time: N/A**

## DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned attorney for Prospect High Income Fund, ML CBO IV (Cayman) Ltd., PAMCO Cayman, Ltd., PAM Capital Funding,L.P., Highland Crusader Fund, Ltd:, and PCMG Trading Partners XXII, L.P., creditors herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interests of the clients(s) to designate CiCi Cunningham, Esq., attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is :

CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time

///

///

///

Law Offices of
RAWLINGS, OLSON, CANNON
GORMLEY & DESRUISSEAUX
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Telecopier (702) 383-0701

for performing any act under applicable Rule shall run from the date of service on the local counsel.

Attorney at Law

Counsel for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that she is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Designated Local Counsel

**APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned party(ies) appoint (s) CiCi Cunningham, Esq. as their Designated Nevada Counsel in this case.

SEE AttacHED B

Law Offices of
RAWLINGS, OLSON, CANNON
GORMLEY & DESRUISSEAUX
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Telecopier (702) 383-0701

for performing any act under applicable Rule shall run from the date of service on the local counsel.

SEE Attached
Attorney at Law

Counsel for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that she is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

SEE Attached
Designated Local Counsel

**APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned party(ies) appoint (s) CiCi Cunningham, Esq. as their Designated Nevada Counsel in this case.

RAWLINGS, OLSON, CANNON
GORMLEY & DESRUISSEAUX
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Telecopier (702) 383-0701