**Entered on Docket**
**October 06, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
|         ekarasik@stutman.com |         ccarlyon@sheacarlyon.com |
|         cpajak@stutman.com |         ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor. | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

**ORDER APPROVING FIRST INTERIM EXPENSE APPLICATION OF FIRST TRUST DEED FUND COMMITTEE**

1

403601v1

| Affects | |
|---|---|
| ☐ All Debtors | |
| ☐ USA Commercial Mortgage Co. | |
| ☐ USA Securities, LLC | |
| ☐ USA Capital Realty Advisors, LLC | Date: September 28, 2006 |
| ☐ USA Capital Diversified Trust Deed | Time: 9:30 a.m. |
| ☒ USA First Trust Deed Fund, LLC | |

**ORDER APPROVING FIRST INTERIM APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR REIMBURSEMENT OF EXPENSES OF COMMITTEE MEMBERS FOR THE PERIOD FROM MAY 10, 2006 THROUGH JULY 31, 2006**
<u>**(AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**</u>

The Court having considered the "First Interim Application of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Reimbursement of Expenses of Committee Members For the Period From May 10, 2006 Through July 31, 2006" (the "Application") filed by Stutman, Treister & Glatt, P.C. on behalf of Mary Ellen Moro ("Ms. Moro") and Richard G. Woudstra Revocable Trust (the "Woudstra Trust"), both of which are members of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC; having reviewed the pleadings, papers and records on file in this matter; and having considered the arguments of counsel, finds that:

(i)   it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334;

(ii)   this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

(iii)   notice of the Application was appropriate under the circumstances;

(iv)   all objections to the Application have been considered and either overruled or otherwise resolved; and

(v)   upon the record herein after due deliberation thereon, it appearing that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that:

2

403601v1

1. The Application is granted as set forth below subject to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 [Docket No. 1202] and as reflected in the record of the hearing.

2. Ms. Moro is hereby allowed interim reimbursement of expenses in the sum of $1,972.38 for the period May 10, 2006 through July 31, 2006 (the "First Interim Period").

3. The Woudstra Trust is hereby allowed interim reimbursement of expenses in the sum of $203.13 for the First Interim Period.

4. USA Capital First Trust Deed Fund, LLC is hereby authorized and directed to pay forthwith to Ms. Moro the sum of $1,972.38.

5. USA Capital First Trust Deed Fund, LLC is hereby authorized and directed to pay forthwith to the Woudstra Trust the sum of $203.13.

SUBMITTED BY:

STUTMAN, TREISTER & GLATT, P.C.

_____
Frank A. Merola Esq.
Eve H. Karasik, Esq.
Andrew M. Parlen, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

3

403601v1

1 APPROVED/DISAPPROVED:

2 OFFICE OF THE U.S. TRUSTEE

4 /s/ August B. Landis, AUST
Scott Farrow, Esq.
5 300 Las Vegas Blvd. So., #4300
Las Vegas, NV 89101

7 Counsel for the United States Trustee

4

403601v1

**RULE 9021 DECLARATION**

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order; or

    ☒ waived the right to review this order; and/or

    ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 4th day of October, 2006.

STUTMAN, TREISTER & GLATT, P.C.

_____
ANDREW M. PARLEN, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

###

5

403601v1