**Entered on Docket**
**October 06, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor. | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF ALVAREZ & MARSAL LLC**

1

403562v1

| Affects | |
|---|---|
| ☐ All Debtors | |
| ☐ USA Commercial Mortgage Co. | |
| ☐ USA Securities, LLC | |
| ☐ USA Capital Realty Advisors, LLC | Date: September 28, 2006 |
| ☐ USA Capital Diversified Trust Deed | Time: 9:30 a.m. |
| ☒ USA First Trust Deed Fund, LLC | |

**ORDER APPROVING FIRST INTERIM APPLICATION OF ALVAREZ & MARSAL, LLC. AS FINANCIAL AND REAL ESTATE ADVISOR FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JULY 31, 2006 (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

The Court having considered the "First Interim Application of Alvarez & Marsal, LLC As Financial And Real Estate Advisor For The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC For Allowance And Payment Of Fees And Expenses For the Period From June 1, 2006 Through July 31, 2006" (the "Application") filed by Alvarez & Marsal, LLC. (the "Applicant"); having reviewed the pleadings, papers and records on file in this matter; having considered the arguments of counsel, finds that:

(i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334;

(ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

(iii) notice of the Application was appropriate under the circumstances;

(iv) pursuant to an agreement with the Office of the United States Trustee (the "OUST") resolving "The United States Trustee's Objection To The Initial Monthly Statement of Alvarez & Marsal, LLC" (the "OUST Objection"), the Applicant will defer its request for allowance and payment of $4,980.93 in fees identified in OUST Objection (the "Deferred Fees");

(v) all objections to the Application have been considered and either overruled or otherwise resolved; and

2

403562v1

(vi) upon the record herein after due deliberation thereon, it appearing that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that:

1. The Application is granted as set forth below subject to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 [Docket No. 1202] and as reflected in the record of the hearing.

2. The Applicant is hereby allowed $161,050.00 as interim compensation for services rendered for the period June 1, 2006 through July 31, 2006 (the "First Interim Period").

3. The Applicant is hereby allowed interim reimbursement of costs in the sum of $2,339.68 for the First Interim Period.

4. All of the Applicant's rights are reserved with respect to seeking allowance and payment of the Deferred Fees at the hearing for final approval of the Applicant's compensation in this case.

5. USA Capital First Trust Deed Fund, LLC is hereby authorized and directed to pay forthwith to the Applicant the unpaid balance of the Applicant's allowed interim fees and expenses for the First Interim Period.

3

403562v1

1 | SUBMITTED BY:

2 | STUTMAN, TREISTER & GLATT, P.C.

3

4 | */s/ Andrew M. Parlen/*
Frank A. Merola Esq.
5 | Eve H. Karasik, Esq.
Andrew M. Parlen, Esq.
6 | 1901 Avenue of the Stars, 12th Floor
7 | Los Angeles, CA 90067

8 | Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
9 | Deed Fund, LLC

10

11 | APPROVED/DISAPPROVED:

12 | OFFICE OF THE U.S. TRUSTEE

13

14 | _____
Scott Farrow, Esq.
15 | 600 Las Vegas Blvd. So., #430
Las Vegas, NV 89101
16

17
Counsel for the United States Trustee
18

4

403562v1

1. SUBMITTED BY:

2. STUTMAN, TREISTER & GLATT, P.C.

3.

4. _____

Frank A. Merola Esq.
5. Eve H. Karasik, Esq.
Andrew M. Parlen, Esq.
6. 1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
7.

8. Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
9. Deed Fund, LLC

10.

11. APPROVED/DISAPPROVED:

12. OFFICE OF THE U.S. TRUSTEE

13.

14. _____

Scott Farrow, Esq. August B. Landis
15. 300 Las Vegas Blvd. So., #4300
Las Vegas, NV 89101
16.

17. Counsel for the United States Trustee

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.                                                4

403562v1

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  ☒ approved the form of this order; or

  ☒ waived the right to review this order; and/or

  ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 4th day of October, 2006.

STUTMAN, TREISTER & GLATT, P.C.

*/s/ Andrew M. Parlen*

ANDREW M. PARLEN, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

###

5

403562v1