**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on October 6, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** 06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10727 | Date: N/A<br>Time: N/A<br>**Affecting:**<br>× All Cases<br>**or Only:** |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | ¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC** 06-10729<br>**Debtors.** | ¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

    A) Notice of Entry of Modified Order Authorizing Interim Distribution and Holdbacks [DE 1453].

2. I served the foregoing by the following means to the persons as listed below:

1742363.1

A) ECF System to the persons listed on Exhibit A on October 5, 2006;

B) Email on October 5, 2006 to all persons with email addresses listed on the Master Service List on file with this Court not included in A

C) First Class, postage prepaid, US Mail on October 6, 2006 to all persons without email addresses listed on the Master Service List on file with this Court not included in A

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of October, 2006.

/s/ Christine E. Laurel
Christine E. Laurel

2

1742363.1