**ORIGINAL**

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Phone: 702-792-3773 **Entered on Docket**
Fax:    702-792-9002 **October 05, 2006**

Nancy A. Peterman, Esq., *Pro Hac Vice Applicant*
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 2500
Chicago, Illinois 60601
Phone: 312-456-8400
Fax: 312-456-8435
Attorneys for Mesirow Financial Interim Management, LLC,
Crisis Managers for the Debtors, Designated
Chief Restructuring Officer for the Debtors and
The Employment of Certain Temporary Employees

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **ORDER GRANTING PERMISSION TO FILE ON PAPER** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |

### ORDER GRANTING PERMISSION TO FILE ON PAPER

The court hereby grants the motion filed by Nancy A. Peterman, Esq. The clerk of the bankruptcy court is hereby directed to accept on paper the following document(s) as identified in the

movant's "Motion To File On Paper" *(list title of each document):*

1. Verified Petition for Permission to Practice in this Case Only
2. Designation of Local Counsel and Consent Thereto.

No other documents may be filed on paper without first seeking permission from the court.

**IT IS SO ORDERED.**

DATED this  5  day of ~~September~~ OCTOBER 2006.

_____
Bankruptcy Court Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2         User: lakaswm              Page 1 of 1              Date Rcvd: Oct 05, 2006
Case: 06-10725               Form ID: pdf937            Total Served: 2

The following entities were served by first class mail on Oct 07, 2006.
aty         +NANCY A. PETERMAN,   GREENBERG TRAURIG, LLP,   77 W. WACKER DR., SUITE 2500,
              CHICAGO, IL 60601-1604
            +RONALD D. GREEN, JR.,   GREENBERG TRAURIG, LLP,   3773 HOWARD HUGHES PARKWAY,   SUITE 500 NORTH,
              LAS VEGAS, NV 89169-0949
The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 07, 2006**          **Signature:**     *Joseph Speetjens*