

Entered on Docket
October 10, 2006

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

PAUL B. LACKEY, ESQ.
Texas Bar No.: 00791061
MICHAEL AIGEN, ESQ.
Texas Bar No.: 24012196
ROSS MORTILLARO, ESQ.
Texas Bar No.: 24027531
LACKEY HERSHMAN, LLP
3102 Oak Lawn Ave., Ste. 700
Dallas, Texas 75219
Phone: (214) 560-2201
   - and-
CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
JAMES A. KOHL, ESQ.
Nevada Bar No.: 5692
CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                                    )   CASE NO.: BK-S-06-10725-LBR
USA COMMERCIAL MORTGAGE COMPANY,    )   CASE NO.: BK-S-06-10726-LBR
                                          Debtor.        )   CASE NO.: BK-S-06-10727-LBR
                                                          )   CASE NO.: BK-S-06-10728-LBR
                                                          )   CASE NO.: BK-S-06-10729-LBR

| | |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                        Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                        Debtor. | Jointly Administered Under<br>Case No. BK-S-6-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                        Debtor. | **ORDER ALLOWING<br>OPPOSITION IN EXCESS OF<br>TWENTY PAGES PURSUANT TO<br>LR 9014(f)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                        Debtor. | |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC, | **HEARING:**<br>Date: N/A<br>Time: N/A |

## ORDER ALLOWING OPPOSITION IN EXCESS OF TWENTY PAGES PURSUANT TO LR 9014(f) FOR FILING OF THE HIGHLAND FUND'S OPPOSITION TO DIVERSIFIED TRUST DEED FUND COMMITTEE'S OBJECTION TO PROOF OF CLAIM

**UPON** the Application of CiCi Cunningham, Esq. of the Law Firm of Rawlings, Olson, Cannon, Gormley & Desruisseaux, on behalf of the Highland Fund, praying for authority to file an Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim in excess of twenty pages, pursuant to LR 9014(f);

///

///

///

///

///

///

///

**IT IS HEREBY ORDERED** that the Highland Fund be allowed to file its Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim in excess of twenty pages pursuant to LR 9014(e).

**IT IS SO ORDERED.**

Respectfully Submitted By:

_____
CiCi CUNNINGHAM, ESQ.
Nevada Bar No. 4960
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for the Highland Fund