|   |   |   |
|---|---|---|
| 1 | Annette W. Jarvis, Utah Bar No. 1649 | E-Filed October 10, 2006 |
| 2 | Steven C. Strong, Utah Bar No. 6340 | |
|   | RAY QUINNEY & NEBEKER P.C. | |
| 3 | 36 South State Street, Suite 1400 | |
|   | P.O. Box 45385 | |
| 4 | Salt Lake City, Utah 84145-0385 | |
|   | Telephone: (801) 532-1500 | |
| 5 | Facsimile: (801) 532-7543 | |
| 6 | Email: ajarvis@rqn.com | |
| 7 | Lenard E. Schwartzer, Nevada Bar No. 0399 | |
|   | Jeanette E. McPherson, Nevada Bar No. 5423 | |
| 8 | SCHWARTZER & MCPHERSON LAW FIRM | |
|   | 2850 South Jones Boulevard, Suite 1 | |
| 9 | Las Vegas, Nevada 89146-5308 | |
|   | Telephone: (702) 228-7590 | |
| 10 | Facsimile: (702) 892-0122 | |
| 11 | E-Mail: bkfilings@s-mlaw.com | |
|   | Attorneys for Debtors and Debtors-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                          Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                          Debtor. | **EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO EXCLUDE DEBTORS FROM HAVING TO FILE INTER-COMPANY CLAIMS AGAINST EACH OTHER BY THE BAR DATE, OR ALTERNATIVELY FOR THE APPROVAL OF THE IMMEDIATE APPOINTMENT OF SPECIAL COUNSEL TO FILE AND PURSUE THE INTER-COMPANY DEBTOR CLAIMS** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                          Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                          Debtor. | |
| Affects:<br>☒   All Debtors<br>☐   USA Commercial Mortgage Company<br>☐   USA Securities, LLC<br>☐   USA Capital Realty Advisors, LLC<br>☐   USA Capital Diversified Trust Deed Fund, LLC<br>☐   USA Capital First Trust Deed Fund, LLC | Date: OST Requested<br>Time: OST Requested |

1  USA Commercial Mortgage Company ("USACM"), USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund"), USA Capital First Trust Deed Fund, LLC ("FTD Fund"), USA Capital Realty Advisors, LLC ("Realty Advisors"), and USA Securities, LLC ("USA Securities"), (collectively, the "Debtors") hereby moves the Court for an order shortening time to hear the Motion to Exclude Debtors From Having to File Inter-Company Claims Against Each Other by the Bar Date, or Alternatively for the Approval of the Immediate Appointment of Special Counsel for Diversified Fund and FTD Fund to File and Pursue the Inter-Company Debtor Claims (the "Motion"). In support of this Motion, Debtors represent as follows:

1. The Motion request that the Court enter an order granting the Motion and that it exclude the Debtors from having to file inter-company claims against each other by the Bar Date (or that the Bar Date be extended without date for the filing of these claims), subject to the Debtors reporting to the Court at the October 19, 2006 hearing that all of the inter-company claims have been fully resolved in a Plan with the full agreement of the Committees, or, alternatively, if all inter-company claims are not fully resolved by October 19, 2006 with the full agreement of the Committees, that the Court approve the immediate appointment of special counsel for the USACM, FTD Fund and the Diversified Fund to file the inter-company claims at the hearing set on this Motion on October 30, 2006.

2. The Debtors request that the hearing on the Motion be set for a hearing for October 19, 2006. A Notice Of Hearing was filed with this Court on October 5, 2006 and noticed to interested parties on October 6, 2006 setting the hearing on October 30, 2006 at 9:30 a.m. Interested parties were given only 24 days notice instead of 25 days. It is necessary to have this Motion heard by this date so that the other time frames and deadlines regarding this case are not adversely affected.

/ / /

/ / /

/ / /

3. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

Dated this 10th day of October, 2006.

          Annette W. Jarvis, Utah Bar No. 1649
          Steven C. Strong, Utah Bar No. 6340
          RAY QUINNEY & NEBEKER P.C.
          36 South State Street, Suite 1400
          P.O. Box 45385
          Salt Lake City, Utah 84145-0385

and

          /s/   Lenard E. Schwartzer, Esq.
          Lenard E. Schwartzer, Nevada Bar No. 0399
          Jeanette E. McPherson, Esq., Nevada Bar No. 5423
          SCHWARTZER & MCPHERSON LAW FIRM
          2850 South Jones Boulevard, Suite 1
          Las Vegas NV  89146
          Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

OST Motion re Motion to Extend Bar Date for InterCompany Claims    Page 3 of 3