Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, California 92108
Telephone (619) 220-8900
Facsimile (619) 220-8112

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>Debtors. | Chapter 11<br>Jointly Admininstered Under<br>Case No. BK- S-06-10725 LBR<br><br><br>**NOTICE OF WITHDRAWAL**<br>**OF TRANSFER OF CLAIM** |

    PLEASE TAKE NOTICE that Debt Acquisition Company of America V, LLC hereby withdraws the Notice of Transfer of Claim filed from NEMO HARDING & ERIN HARDING, JOINT TENANTS WITH RIGHT OF SURVIVORSHIP as transferor, to Debt Acquisition Company of America V, LLC as transferee. The Withdrawal of Transfer of Claim relates only to the scheduled liability of NEMO HARDING & ERIN HARDING, JOINT TENANTS WITH RIGHT OF SURVIVORSHIP in the amount of $12,951.80.

Respectfully submitted, this 10th day of October 2006.

DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, #310
San Diego, CA 92108
Telephone (800) 400-5033
Facsimile (619) 220-8112

By: _____
Silvia Lukes