FILED ELECTRONICALLY
10/10/06

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor. | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | )<br>)<br>)<br>)<br>) Date: September 28, 2006<br>) Time: 9:30 a.m.<br>) |

## NOTICE OF ENTRY OF ORDER APPROVING FIRST INTERIM FEE APPLICATION OF STUTMAN, TREISTER & GLATT, P.C.

1  PLEASE TAKE NOTICE THAT an Order Approving First Interim Fee Application
2  of Stutman, Treister & Glatt was entered on the 10th day of October, 2006, a true and correct
3  copy of which is attached hereto.
4  DATED this _____ day of October, 2006.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ
Nevada Bar No. 0002666
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Counsel for the FTDF Committee



**Entered on Docket**
**October 10, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor. | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF STUTMAN, TREISTER & GLATT, P.C.**

1

403546v1

Affects )
)
☐ All Debtors )
☐ USA Commercial Mortgage Co. )
☐ USA Securities, LLC )
☐ USA Capital Realty Advisors, LLC ) Date: September 28, 2006
☐ USA Capital Diversified Trust Deed ) Time: 9:30 a.m.
☒ USA First Trust Deed Fund, LLC )
)

**ORDER APPROVING FIRST INTERIM APPLICATION OF STUTMAN, TREISTER & GLATT P.C. AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD FROM MAY 10, 2006 THROUGH JULY 31, 2006**
<u>**(AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**</u>

The Court having considered the "First Interim Application of Stutman, Treister & Glatt, P.C. As Counsel For The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC For Allowance And Payment Of Fees And Expenses For the Period From May 10, 2006 Through July 31, 2006" (the "Application") filed by Stutman, Treister & Glatt, P.C. (the "Applicant" or "ST&G"); having reviewed the pleadings, papers and records on file in this matter; having considered the arguments of counsel, finds that:

(i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334;

(ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

(iii) notice of the Application was appropriate under the circumstances;

(iv) pursuant to an agreement with the Office of the United States Trustee (the "OUST") resolving "The United States Trustee's Objection To The Initial Monthly Statement of Stutman, Treister & Glatt P.C." (the "OUST Objection"), the Applicant will defer its request for allowance and payment of $4,075.00 in fees identified in OUST Objection (the "Deferred Fees") and will forego allowance and payment of $737.37 in certain costs pertaining to "Airport Transportation" and "Document Processing" identified in the OUST Objection;

2

403546v1

(v)  all objections to the Application have been considered and either overruled or otherwise resolved; and

(vi)  upon the record herein after due deliberation thereon, it appearing that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that:

1. The Application is granted as set forth below subject to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 [Docket No. 1202] and as reflected in the record of the hearing.

2. ST&G is hereby allowed $559,263.50 as interim compensation for services rendered for the period May 10, 2006 through July 31, 2006 (the "First Interim Period").

3. ST&G is hereby allowed interim reimbursement of costs in the sum of $31,599.14 for the First Interim Period.

4. All of ST&G's rights are reserved with respect to seeking allowance and payment of the Deferred Fees at the hearing for final approval of the Applicant's compensation in this case.

5. USA Capital First Trust Deed Fund, LLC is hereby authorized and directed to pay forthwith to ST&G the unpaid balance of ST&G's allowed interim fees and expenses for the First Interim Period.

3

403546v1

SUBMITTED BY:

STUTMAN, TREISTER & GLATT, P.C.

*[signature]*

Frank A. Merola Esq.
Eve H. Karasik, Esq.
Andrew M. Parlen, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

APPROVED/DISAPPROVED:

OFFICE OF THE U.S. TRUSTEE

_____
Scott Farrow, Esq.
600 Las Vegas Blvd. So., #430
Las Vegas, NV 89101

Counsel for the United States Trustee

4

403546v1

SUBMITTED BY:

STUTMAN, TREISTER & GLATT, P.C.

Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Andrew M. Parlen, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

APPROVED/DISAPPROVED:

OFFICE OF THE U.S. TRUSTEE

Scott Farrow, Esq. August B. Landis
300 Las Vegas Blvd. So., #4300
Las Vegas, NV 89101

Counsel for the United States Trustee

4

403546v1

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order; or

    ☒ waived the right to review this order; and/or

    ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 4th day of October, 2006.

STUTMAN, TREISTER & GLATT, P.C.

_/s/ Andrew M. Parlen_
ANDREW M. PARLEN, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

###

5

403546v1