Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:    malevinson@orrick.com; lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com; aloraditch@beckleylaw.com

[Proposed] Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

E-filed October 10, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date: N/A<br>Time: N/A |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00332439;}

Page 1 of 2

I hereby certify that on the 5th day of October 2006, I caused to be served a true and correct copy of the Supplement to Declaration of Bob L. Olson Regarding Employment of Beckley Singleton, Chtd. by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date above written.

☐ (VIA EMAIL) By electronic mail transmission to those persons listed on the attached email, on the date above written.

Dated this 10th day of October 2006.

Patricia Kois, an employee of
Beckley Singleton, Chtd.



{00332439;}

Page 2 of 2

## Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 10/5/2006 at 3:10 PM PDT and filed on 10/5/2006
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 1450

**Docket Text:**
Supplemental Declaration *of Bob L. Olson Regarding Employment of Beckley Singleton, Chtd* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Attachments: # (1) Exhibit 1# (2) Exhibit 1 cont'd# (3) Exhibit 1 cont'd# (4) Exhibit 1 cont'd) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\USA\Supplemental Dec of Bob Olson re Beckley Employment.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/5/2006] [FileNumber=7370964-0]
[63309fbfee067202357a16ec1f417e0dbe88ac16eab3e614624298cf725664eb4c6b
d95eda5b66a4cbae141fd630a6771234d50b4b62232ae09ebd0a72a62be0]]
**Document description:** Exhibit 1
**Original filename:** C:\Documents and Settings\pkois\Desktop\USA\Exhibit 1 to Supplement Dec of Olson.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/5/2006] [FileNumber=7370964-1]
[81a492ba9c64e9620609734808040f5e7dfc92ec2fe0e84f4d5afba9abf220c231ec
3efb2f7a0920ba7f2f8c837dcd0d9394a43a0ba550c196d4325f6a546228]]
**Document description:** Exhibit 1 cont'd
**Original filename:** C:\Documents and Settings\pkois\Desktop\USA\Ex 1 Cont'd Supp Dec.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/5/2006] [FileNumber=7370964-2]
[715b1c28e40aef8d66391e02075ef9164b82e4ac38cbc412307991132e90b34f1fdd
d8a595fdcc289e5743e5e07cf7e0cf3d89bb89383a262c2ef88f79c406d5]]
**Document description:** Exhibit 1 cont'd
**Original filename:** C:\Documents and Settings\pkois\Desktop\USA\Ex 1 Cont'd Supp Dec 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/5/2006] [FileNumber=7370964-3]
[626798f54ec0505efcc24ba284a857302d585d560f072c4588480f9a56ce2f09b391

42eb3115be52887db173a57b53c7ea5e6b261eefaf88c1a5c56322fbc238]]

**Document description:** Exhibit 1 cont'd
**Original filename:** C:\Documents and Settings\pkois\Desktop\USA\Ex 1 to Supplement Dec of Olson cont'd.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/5/2006] [FileNumber=7370964-4]
[951ec479a8a5e568a66a231daf20907e9c95e940b41234a8ca3f8a3a5b96bf04efe8
a5bf588b7b6ea45daacd5808dd862d9cd081c225d636519ba64800d3e835]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)   tfette@daca4.com,

THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING   sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN   bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR   wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ   carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON   bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY   vgourley@lvcm.com,

TALITHA B. GRAY   bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL   jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN   xanna.hardman@gmail.com,

STEPHEN R HARRIS   noticesbh&p@renolaw.biz

BRIGID M. HIGGINS   bankruptcynotices@gordonsilver.com,

DAVID W. HUSTON   dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME   cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES   ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS   ,

TY E. KEHOE   TyKehoeLaw@aol.com

ROBERT R. KINAS   rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON   ecf@lslawnv.com

JOHN J. LAXAGUE   jlaxague@caneclark.com

GEORGE C LAZAR   glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME   robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH   ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

REGINA M. MCCONNELL   rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY   lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT   mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com

SHAWN W MILLER   bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyo

DAVID MINCIN   mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA   jmurtha@woodburnandwedge.com

ERVEN T. NELSON   erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON   bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON   ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN   ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN   aparlen@stutman.com

DONALD T. POLEDNAK   sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY   info@johnpeterlee.com

SUSAN WILLIAMS SCANN   sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER   bkfilings@s-mlaw.com

JAMES PATRICK SHEA   bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN   ssherman@sheacarlyon.com,

aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

GREGORY J. WALCH    GWalch@Nevadafirm.com,

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

USA COMM'L MORTGAGE
AND RELATED DEBTOR ENTITIES
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Intershow
For USA Capital Unsecured Creditors
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

R. Hagmaier
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Wen Baldwin Separate Property Trust
365 Dooley Drive
Henderson, NV 89015

Fertitta Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Dept. of Employ. Training
Employ. Sec. Div., Cont. Section
500 East Third Street
Carson City, NV 89713-0030

NV Dept. of Taxation
Bankruptcy Division
555 E. Washington, #1300
Las Vegas, NV 89101

NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

United States Dept. of Justice
Tax Div. Western Region
P.O. Box 683-Ben Franklin Station
Washington, D.C. 20044

Office of the U.S. Trustee
300 Las Vegas Blvd. So.
Suite 4300
Las Vegas, NV 89101

James Hull
For USA Securities Unsecured Creditors
C/o Signature Financial
2601 Airport Drive, #370
Torrance, CA 90505

Tim Rich
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

U.S. Securities and Exchange
Commission
Attn: Sandra W. Lavigna
5670 Wilshire Blvd., 11th Fl.
Los Angeles, Ca 90036-3648

DMV & Public Safety Records Section
555 Wright Way
Carson City, NV 89711-0250

Internal Revenue Service
Attn: Bankruptcy Dept., Stop 5028
110 City Parkway
Las Vegas, NV 89106

Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

District Counsel
Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106

Kummer, Kaempfer, Bonner & Renshaw
For USA Capital Unsecured Creditors
3800 Howard Hughes Pkwy., 7th Fl.
Las Vegas, NV 89109

George Gorman
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Frank Merola/Eve H. Karasik
Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067

John Warner, Jr., IRA
c/o First Savings Bank
2605 East Flamingo Rd.
Las Vegas, NV 89121

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, D.C. 20005-4026

Employers Insurance Co. of NV
Attn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

Secretary of State
State of Nevada
202 N. Carson St.
Carson City, NV 89701

Daniel G. Bogden/Carlos A. Gonzalez
Office of the US Attorney
District of Nevada
333 Las Vegas Blvd. So., #5000
Las Vegas, NV 89101

Internal Revenue Service
Ogden, UT 84201

{00291612;}

FHA/HUD
District Office
300 S. Las Vegas Blvd. Suite 2900
Las Vegas, NV  89101-5833

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ  85012

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV  89155-1220

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV  89155-1401

John Goings
P.O. Box 174
Masonville, CO  80541

Robert Hardy
6510 Ansonia Court
Las Vegas, NV  89118-1874

{00291612;}

**REQUEST FOR SPECIAL NOTICE**

Don Tomlin
C/o David W. Mounier
15316 Sky High Road
Escondido, CA 92025

Maryetta Bowman
534 Enchanted Lakes Drive
Henderson, NV 89052

Edward W. Homfeld
Homfeld II, LLC
777 S. Federal Hghwy, Suite N-409
Pompano Beach, FL 33062

John Peter Lee Ltd.
John Peter Lee, Esq.
830 Las Vegas Blvd. So.
Las Vegas, NY 89101

RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV 89074

Law Offices of James G. Schwartz
Joshua D. Brysk, Esq.
7901 Stoneridge Dr., Suite 401
Pleasanton, CA 94588

Michael R. Shuler
C/o Jay R. Eaton
Eaton & O'Leary, PPLC
115 Grove Avenue
Prescott, AZ 86301

Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

Martin B. Weiss, Esq.
The Garrett Group, LLC
One Betterworld Circle, Suite 300
Temecula, CA 92590

Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL 33441

Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

Bay Communities
C/o Chris el
4800 N. Federal Hghwy., Suite A205
Boca Raton, FL 33431

R.J. Rocco
12617 Cottageville Lane
Keller, Texas 76248

Thomas R. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Stephen R. Harris
Belding, Harris & Petroni, Ltd.
For Frank Snopko
417 West Plumb Land
Reno, NV 89509

BMC Group, Inc.
1330 East Franklin Ave.
El Segundo, CA 90245

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

Wade B. Gochnour/Aryn M. Fitzwater
Haney, Woloson & Mullins
For Liberty Bank
1117 S. Rancho Drive
Las Vegas, NV 89102

{00291612;}

Jonathan L. Mills
Sugar, Friedberg & Felsenthal LLP
For Norman Kiven
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

Russell S. Walker/ Reid W. Lamber
Elizabeth R. Loveridge
Woodbury & Kesler PC
265 E. 100 South, Suite 300
Salt Lake City, UG 84111

David W. Sexton
Pamela K. Sexton
21929 N. 79th Place
Scottsdale, AZ 85255

Charles B. Anderson Trust
Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Boulder City, NV 89005

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV 89434

Kehl Family
C/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA 52327

Goldsmith & Guymon, P.C.
Attn: Marjorie A. Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134

Mojave Canyon Inc.
Attn: J.B. Partain, President
1400 Colorado St., #C
Boulder City, NV 89005

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN 38583-5168

Mr. Allen J. Mault
2422 Aquasanta
Tuston, CA 92782

Sierra Health Services
Attn: Frank Collins
2724 N. Tenaya Way
P.O. Box 15645
Las Vegas, NV 89114-5645

Steven R. Orr
Richards, Watson & Gershon
355 S. Grand Avenue, 40th Fl.
Los Angeles, CA 90071-3101

Joseph Huggins
Huggins & Associates
1000 N. Green Valley Pkwy., Suite 440-2
Henderson, NV 89014

Fertitta Enterprises, Inc.
Attn: William J. Bullard, CFO
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Bruce H. Corum, Trustee of the Credit Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

A. William Ceglia
Ranee L. Ceglia
3720 Pocohena Court
Washoe Valley, NV 89

{00291612;}