ntcdispoexh

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

FILED AND ENTERED

IN RE:

*U.S.A. Commercial Mortgage*

06 OCT 10 PM — BK-S 06-10725 LBR

CHAPTER # 11

U.S. BANKRUPTCY COURT
PATRICIA GRAY

DEBTOR

DATE: 9-28-06
TIME: 9:30 AM

## NOTICE & ORDER AUTHORIZING DESTRUCTION OF EXHIBITS PURSUANT TO LOCAL RULE 5003(b)(5)

NOTICE IS HEREBY GIVEN pursuant to Local Rule 5003(b)(5) that if the exhibits received in this case proceeding regarding _Fee Appl. of Ray Quinney_ (Type of Hearing) are not withdrawn within 20 days after the time for appeal has expired, the Clerk shall destroy or make other disposition as the Court may direct of any such exhibits without further notice.

DATED:

FOR THE COURT
PATRICIA GRAY, CLERK

By _____
Bankruptcy Deputy Clerk

Hand Delivered/Mailed on: 9-28-06
To:
By: _A. Landis_
     _ccw_
     Deputy Clerk

2/99orexh2

Exh Log —
06-044 LBR