

Entered on Docket
October 11, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for Official Committee of Unsecured Creditors*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In Re:<br><br>**USA Commercial Mortgage Company**<br><br>**USA Capital Realty Advisors, LLC**<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br><br>**USA Capital First Trust Deed Fund, LLC**<br><br>**USA Securities, LLC**<br>                               Debtors. | BK-S-06-10725 - LBR– Lead Case<br><br>Jointly Administered<br>Chapter 11 Cases<br>Judge Linda B. Riegle Presiding<br><br>Date: NA<br>Time: NA<br>**Affecting:**<br>☐ All Cases<br>or Only:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |

207447.1

LEWIS AND ROCA LLP
LAWYERS

## ORDER AUTHORIZING EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

Upon the Motion by the Official Unsecured Creditors Committee of USA Commercial Mortgage Company, no hearing being required, and good cause appearing from the Motion,

IT IS ORDERED:

Directing USA Commercial Real Estate Group ("USACREG") to designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, pursuant to Bankruptcy Rules 2004, 7030 and 7034, and Rules 30 and 34 of the Federal Rules of Civil Procedure concerning claims of USACREG against USA Commercial Mortgage Company, direct loans originated or serviced by USACM in which USACREG owns any interest, and the owners, managers, employees, agents, affiliates and insiders of USACREG, at a date and time reasonably convenient to the parties.

DATED October 6, 2006.

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:  /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

207447.1