E-filed on: 10/11/06

James D. Greene, Esq.
Nevada Bar No. 002647
SCHRECK BRIGNONE
300 South Fourth Street
Suite 1200
Las Vegas, Nevada 89101
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: jgreene@schrecklaw.com

Attorneys for Capital Crossing Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
|---|---|
| In re<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE<br>Bankruptcy Rule 3001(e)(1) |
| In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re<br><br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

PLEASE TAKE NOTICE that the scheduled claim (the "Claim") of Taylor Samuels Trustee of the Samuels 1999 Trust ("Taylor Samuels") against the Debtor in the amount of $145.99, as listed within Amended Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, which Claim was transferred and assigned by Taylor Samuels to Debt Acquisition Company of America V, LLC, and all claims of Debt Acquisition Company of America V, LLC, as transferor herein ("Transferor"), have been transferred and assigned other than for security to

1

Capital Crossing Bank ("Transferee"). The signature of the Transferor on this document is evidence of the transfer of the Claim and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights thereunder to Transferee upon terms as set forth herein and in the offer letter received. I authorize Transferee to take the steps required to transfer the above claim or claims into their name. Transferee assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Transferee any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Print Name _Howard Justu_  Title _Managing Member_

Signature _____  Date _10.10.06_

Updated Address (if needed) _____

Phone _____ Fax _____ E-Mail _____

TRANSFEREE:

CAPITAL CROSSING BANK
101 Summer Street, Boston, MA 02110

Signature

#346897-v1

2