James D. Greene, Esq.  
Nevada Bar No. 002647  
SCHRECK BRIGNONE  
300 South Fourth Street  
Suite 1200  
Las Vegas, Nevada 89101  
Telephone: (702) 382-2101  
Facsimile: (702) 382-8135  
Email: jgreene@schrecklaw.com  

E-filed on: 10/11/06

Attorneys for Capital Crossing Bank

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>      Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>      Debtor. | Chapter 11 |
| In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>      Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>      Debtor. | |
| In re<br><br>USA SECURITIES, LLC,<br>      Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1

Notice is hereby given that the firm of Schreck Brignone represents Capital Crossing Bank, a creditor in the above-captioned bankruptcy case. Pursuant to Rule 2002(g), Federal Rules of Bankruptcy Procedure, undersigned counsel hereby requests copies of all pleadings and notices be sent to:

> James D. Greene, Esq.
> Schreck Brignone
> 300 South Fourth Street, #1200
> Las Vegas, Nevada 89101

Please take notice that the foregoing request for notice includes, without limitation and to the extent applicable, any disclosure statement, plan of reorganization, notice of any orders, pleadings, motions, applications, demands, requests for hearings and memoranda and briefs in support of any of the foregoing.

Respectfully submitted this 11th day of October, 2006.

SCHRECK BRIGNONE

By     /s/ James D. Greene
James D. Greene
300 South Fourth Street, #1200
Las Vegas, Nevada  89101

Attorneys for Capital Crossing Bank