E-filed on: 10/12/06

James D. Greene, Esq.
Nevada Bar No. 002647
SCHRECK BRIGNONE
300 South Fourth Street
Suite 1200
Las Vegas, Nevada 89101
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: jgreene@schrecklaw.com

Attorneys for **Capital Crossing Bank**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                     Debtor.<br>In re<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                     Debtor.<br>In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                     Debtor.<br>In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                     Debtor.<br>In re<br><br>USA SECURITIES, LLC,<br><br>                     Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE OF OPPOSITION TO MOTION FOR ORDER SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SILVER POINT GROUP, LLC, AS LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS (AFFECTS ALL DEBTORS)** |

      I am employed in Clark County. I am over the age of 18 and not a party to this action. My business address is 300 South Fourth Street, 12th Floor, Las Vegas, Nevada 89101.

      On the October 12, 2006, I served the foregoing document(s), described as:

1

**1.    Opposition to Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing South Point Group, LLC, as Lead Bidder, and Approving Bid Procedures and Protections (Affects all Debtors)**

☒    by placing the ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows: **SEE ATTACHED SERVICE LIST**

☒    **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid.

I am readily familiar with Schreck Brignone's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐    **BY FACSIMILE** machine pursuant to Rule 2008(e). The recipient's name and fax number that I used are as shown above. The facsimile machine that I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), a transmission report was properly issued by the transmitting facsimile machine.

☐    **OVERNITE EXPRESS.** I caused such envelopes to be deposited in the Overnite Express Drop Box at Las Vegas, Nevada.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Overnite Express mailing. Under that practice it would be dropped in the drop box for the Overnite Express Service on that same day at Las Vegas, Nevada in the ordinary course of business.

☐    **FEDERAL EXPRESS.** I caused such envelopes to be deposited in the Federal Express Drop Box at Las Vegas, Nevada.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Federal Express mailing. Under that practice it would be dropped in the drop box for the Federal Express Service on that same day at Las Vegas, Nevada in the ordinary course of business.

☐    **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 12, 2006 at Las Vegas, Nevada.

_____/s/ Angelica Barreras_____
Angelica Barreras

SCHRECK BRIGNONE
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

| | |
|---|---|
| Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146 | Annette W. Jarvis, Esq.<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385 |
| Steve E. Ostrow, Esq.<br>Wade B. Gochnour, Esq.<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 | Office of the U.S. Trustee<br>Foley Federal Building<br>300 Las Vegas Blvd. South, Suite 4300<br>Las Vegas, Nevada 89101 |
| Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>LEWIS AND ROCA, LLP<br>3993 Howard Hughes Pkwy., #600<br>Las Vegas, Nevada 89109 | Gerald M. Gordon, Esq.<br>Gregory E. Garman, Esq.<br>GORDON & SILVER, LTD.<br>3960 Howard Hughes Pkwy., 9th Fl.<br>Las Vegas, Nevada 89109 |
| Marc. A. Levinson, Esq.<br>Lynn T. Ernce, Esq.<br>Jeffrey Hermann, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497 | Brett A. Axelrod, Esq.<br>Anne M. Loraditch, Esq.<br>BECKLEY SINGLETON, CHTD.<br>530 Las Vegas South<br>Las Vegas, Nevada 89101 |
| Frank A. Merola, Esq.<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>STUTMAN TREISTER & GLATT, P.C.<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067 | Candace Carlyon, Esq.<br>SHEA & CARLYON, LTD.<br>233 South Fourth St., 2nd Fl.<br>Las Vegas, Nevada 89101 |

SCHRECK BRIGNONE
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101