AMY N. TIRRE, ESQ.
Nevada Bar No. 6523
KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
5585 Kietzke Lane
Reno, Nevada 89511
Telephone:   (775) 852-3900
Facsimile:    (775) 852-3982
E-Mail:        atirre@kkbrf.com

Attorneys for SPCP Group, LLC

Electronically Filed on October 12, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor, | Case No.   BK-S-06-10725-LBR<br>Case No.   BK-S-06-10726-LBR<br>Case No.   BK-S-06-10727-LBR<br>Case No.   BK-S-06-10728-LBR<br>Case No.   BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor, | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor, | |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor, | **REQUEST FOR SPECIAL NOTICE** |
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor. | Hearing Date:   N/A<br>Hearing Time:   N/A<br>Est. Time:        N/A |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Request for Special Notice 2006-10-12 [13577.1]

ikon00641

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

TO:    ALL INTERESTED PARTIES

Kummer Kaempfer Bonner Renshaw & Ferrario, attorneys for Attorneys for SPCP Group, LLC, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

Notices pursuant to this request are to be sent to the following address:

Amy N. Tirre, Esq.
Kummer Kaempfer Bonner Renshaw & Ferrario
5585 Kietzke Lane
Reno, NV 89511
Telephone: (775) 852-3900
Facsimile: (775) 852-3982
E-Mail: atirre@kkbrf.com

James C. McCarroll, Esq.
Debra Turetsky, Esq.
Reed Smith, LLP
5999 Lexington Avenue
New York, NY 10022
JMcCarroll@reedsmith.com
DTuretsky@reedsmith.com

Dated this 12th day of October, 2006.

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO

By: /s/ Amy N. Tirre
Amy N. Tirre, Esq.
5585 Kietzke Lane
Reno, NV 89511

Attorneys for SPCP Group, LLC

## CERTIFICATE OF MAILING

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Kummer Kaempfer Bonner Renshaw & Ferrario; that I am over the age of 18 and not a party to the above-referenced case, and that on this date I caused to be served a true and correct copy of the *REQUEST FOR NOTICE* as indicated:

__X__    **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below.

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com

- **NANCY L ALLF**
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

- **NANCY L ALLF**
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

- **OGONNA M. ATAMOH**
  oatamoh@nevadafirm.com
  bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com

- **THOMAS R BROOKSBANK**
  tom@tombrooksbank.com renee@tombrooksbank.com

- **ANDREW M. BRUMBY**
  abrumby@shutts-law.com rhicks@shutts-law.com;lmackson@shutts-law.com

- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com

- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

KUMMER KAEMPFER BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Request for Special Notice 2006-10-12 [13577.1]

Page 3 of 11

ikon00643

- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com

- **MICHAEL W. CHEN**
  michael@ccfirm.com yvette@ccfirm.com

- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com

- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com

- **JANET L. CHUBB**
  jlc@jonesvargas.com tbw@jonesvargas.com

- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com

- **WILLIAM D COPE**
  cope_guerra@yahoo.com

- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com

- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

- **THOMAS H. FELL**
  THF@GORDONSILVER.COM
  BANKRUPTCYNOTICES@GORDONSILVER.COM

- **SCOTT D. FLEMING**
  sfleming@halelane.com
  dbergsing@halelane.com,ecfvegas@halelane.com

- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com

- **WADE B. GOCHNOUR**
  wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com

- **CARLOS A. GONZALEZ**
  carlos.gonzalez2@usdoj.gov
  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

- **GERALD M GORDON**
  bankruptcynotices@gordonsilver.com

- **R. VAUGHN GOURLEY**
  vgourley@lvcm.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Request for Special Notice 2006-10-12 [13577.1]

ikon00644

- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com

- **JAMES D. GREENE**
  bknotice@schrecklaw.com

- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com

- **JEFFREY R. HALL**
  jhall@sheacarlyon.com
  bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com

- **STEPHEN R HARRIS**
  steve@renolaw.biz noticesbh&p@renolaw.biz

- **BRIGID M. HIGGINS**
  bankruptcynotices@gordonsilver.com

- **DAVID W. HUSTON**
  dwh@hustonlaw.net swaits@hustonlaw.net

- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com

- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com

- **ANNETTE W JARVIS**

- **TY E. KEHOE**
  TyKehoeLaw@aol.com

- **ROBERT R. KINAS**
  rkinas@swlaw.com
  mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

- **ZACHARIAH LARSON**
  ecf@lslawnv.com

- **JOHN J. LAXAGUE**
  jlaxague@caneclark.com

- **GEORGE C LAZAR**
  glazar@foxjohns.com gclazar@sbcglobal.net

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Request for Special Notice 2006-10-12 [13577.1]

Page 5 of 11

ikon00645

- **NILE LEATHAM**
  nleatham@klnevada.com
  ckishi@klnevada.com;bankruptcy@klnevada.com

- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com

- **ANNE M. LORADITCH**
  ecffilings@beckleylaw.com
  aloraditch@beckleylaw.com;pkois@beckleylaw.com

- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com

- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com

- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com

- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com bkfilings@s-mlaw.com

- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com
  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

- **DAVID MINCIN**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com

- **ERVEN T. NELSON**
  erv@rlbolick.com susan@rlbolick.com

- **VICTORIA L NELSON**
  bkecf@nevadafirm.com
  vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

- **BOB L. OLSON**
  ecffilings@beckleylaw.com
  bolson@beckleylaw.com;dgriffis@beckleylaw.com

- **DONNA M. OSBORN**
  ebaker@marquisaurbach.com
  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Request for Special Notice 2006-10-12 [13577.1]

Page 6 of 11

ikon00646

- **ANDREW M. PARLEN**
  aparlen@stutman.com

- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com

- **PAUL C RAY**
  info@johnpeterlee.com

- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com

- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com

- **JAMES PATRICK SHEA**
  bankruptcyfilings@sheacarlyon.com
  ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com
  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

- **AMBRISH S. SIDHU**
  asidhu@lslawnv.com ecf@lslawnv.com

- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com

- **DAVID A. STEPHENS**
  dstephens@lvcm.com

- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com

- **JEFFREY R. SYLVESTER**
  jeff@sylvesterpolednak.com David@sylvesterpolednak.com

- **CARYN S. TIJSSELING**
  cst@beesleymatteoni.com aha@beesleymatteoni.com

- **GREGORY J. WALCH**
  GWalch@Nevadafirm.com

- **WHITNEY B. WARNICK**
  wbw@albrightstoddard.com bstessel@albrightstoddard.com

- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com

- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

ikon00647

Request for Special Notice 2006-10-12 [13577.1]

____ **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below:

__X__ **BY MAIL**: by placing the document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

**EVAN BEAVERS**
1625 HIGHWAY 88, #304
MINDEN, NV 89423

**JOSHUA D BRYSK**
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

**ELISSA F CADISH**
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

**VINCE DANELIAN**
P.O. BOX 97782
LAS VEGAS, NV 89193

**FRANK A ELLIS**
510 S 9TH ST
LAS VEGAS, NV 89101

**GEORGE D FRAME**
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

**ANNETTE W JARVIS**
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

**RICHARD E KAMMERMAN**
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

KUMMER KAEMPFER BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

ikon00648

Request for Special Notice 2006-10-12 [13577.1]

Page 8 of 11

1  **MATTHEW J. KREUTZER**
   HALE LANE PEEK DENNISON AND HOWARD
2  3930 HOWARD HUGHES PARKWAY
   FOURTH FLOOR
3  LAS VEGAS, NV 89169

4  **REID W. LAMBERT**
   WOODBURY & KESLER, P.C.
5  265 EAST 100 SOUTH, SUITE 300
   SALT LAKE CITY, UT 84111

6
   **ELIZABETH R. LOVERIDGE**
7  WOODBURY & KESLER, P.C.
   265 EAST 100 SOUTH, SUITE 300
8  SALT LAKE CITY, UT 84111

9  **LEE D. MACKSON**
   SHUTTS & BOWEN LLP
10 1500 MIAMI CENTER
   201 SOUTH BISCAYNE BOULEVARD
11 MIAMI, FL 33131

12 **RICHARD J. MASON**
   130 PINETREE LANE
13 RIVERWOODS, IL 60015

14 **JAY L. MICHAELSON, ESQ.**
   **SUSI & MICHAELSON**
15 7 W. FIGUEROA STREET, 2ND FLOOR
   SANTA BARBARA, CA 93101-3191

16
   **BRECK E. MILDE**
17 TERRA LAW LLP
   60 SOUTH MARKET ST, SUITE 200
18 SAN JOSE, CA 95113

19 **DOUGLAS M MONSON**
   RAY QUINNEY & NEBEKER P.C.
20 36 SOUTH STATE STREET
   SUITE 1400
21 PO BOX 45385
   SALT LAKE CITY, UT 84145-0385

22
   **STEVEN R ORR**
23 RICHARDS WATSON & GERSHON
   355 SOUTH GRAND AVENUE, 40TH FLOOR
24 LOS ANGELES, CA 90071

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Request for Special Notice 2006-10-12 [13577.1]

ikon00649

| | |
|---|---|
| 1 | **J. STEPHEN PEEK**<br>HALE LANE PEEK DENNISON AND HOWARD |
| 2 | 3930 HOWARD HUGHES PARKWAY<br>FOURTH FLOOR |
| 3 | LAS VEGAS, NV 89169 |
| 4 | **NANCY A. PETERMAN**<br>GREENBERG TRAURIG, LLP |
| 5 | 77 W. WACKER DR., SUITE 2500<br>CHICAGO, IL 60601 |
| 6 | |
| 7 | **RAY QUINNEY & NEBEKER P.C.**<br>36 SOUTH STATE STREET, SUITE 1400<br>P.O. BOX 45385 |
| 8 | SALT LAKE CITY, UT 84145 |
| 9 | **NICHOLAS J SANTORO**<br>400 S FOURTH ST 3RD FLOOR |
| 10 | LAS VEGAS, NV 89101 |
| 11 | **MICHAEL M. SCHMAHL**<br>MCGUIREWOODS LLP |
| 12 | 77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 |
| 13 | |
| 14 | **JAMES G SCHWARTZ**<br>7901 STONERIDGE DR #401<br>PLEASANTON, CA 94588 |
| 15 | |
| 16 | **SCHWARTZER & MCPHERSON LAW FIRM**<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146 |
| 17 | |
| 18 | **PATRICIA K. SMOOTS**<br>318 N GROVE<br>OAK PARK, IL 60302 |
| 19 | |
| 20 | **BRADLEY J STEVENS**<br>3300 N CENTRAL AVE #1800<br>PHOENIX, AZ 85012 |
| 21 | |
| 22 | **THOMAS W STILLEY**<br>1000 SW BROADWAY #1400<br>PORTLAND, OR 97205 |
| 23 | |
| 24 | |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Request for Special Notice 2006-10-12 [13577.1]

ikon00650

Page 10 of 11

**STEVEN C STRONG**
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

**STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION**
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

**RUSSELL S. WALKER**
265 EAST 100 SOUTH
SUITE 300
SALT LAKE CITY, UT 84111

**WILLIAM E WINFIELD**
POB 9100
OXNARD, CA 93031

**MARION E. WYNNE**
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

DATED this 12th day of October, 2006.

_____
LESLEE LEVERETT

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

ikon00651

Request for Special Notice 2006-10-12 [13577.1]

Page 11 of 11