Bob L. Olson (Nevada Bar No. 3783)  Electronically Filed October 12th, 2006
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity
Security Holders of USA Capital Diversified
Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: October 19, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S MOTION FOR LEAVE OF COURT TO FILE A REPLY BRIEF IN EXCESS OF FIFTEEN (15) PAGES**<br><br>(Affects indicated Debtors) |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00333157;}                                    - 1 -

The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund hereby file this Motion for Leave of Court to File a Reply Brief in Excess of Fifteen (15) Pages pursuant to local rule 9014(f). The length of the brief filed by the Diversified Fund Committee is eighteen (18) pages.

Respectfully submitted this 12th day of October 2006.

BECKLEY SINGLETON, CHTD.

By: /s/
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

Local rule 9014(f) limits the length of motion twenty (20) pages, limits the length of oppositions to twenty (20) and limits reply briefs to fifteen (15) pages.

On September 19, 2006, the Diversified Fund Committee filed Diversified Trust Deed Fund Committee's Objection to Proof of Claim Filed Prospect High Income Funds, et al. (docket no. 1319). That document was twenty (20) pages in length.

On October 4, 2006, the Highland Funds filed the Highland Funds' Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim (docket no. 1442). The length of that document was twenty-five (25) pages, twenty-four (24) pages of which were legal argument.

{00333157;}
US_WEST:260056390.6

- 2 -

On October 12, 2006, the Diversified Fund Committee filed the Reply to Highland Funds' Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim. That document consisted of eighteen (18) pages, three (3) over fifteen (15) page limitation on the replies but still six (6) pages less than the Opposition filed by the Highland Funds.

The Diversified Trust Deed Committee believes that this Court should allow a longer brief in order to afford Diversified Fund Committee with the opportunity to address all the issues raised in Highland Funds' Opposition. Furthermore, this matter involves Twenty Million Dollars ($20,000,000), an amount which warrants additional briefing.

Respectfully submitted this 12th day of October 2006.

BECKLEY SINGLETON, CHTD.

By: _____
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

###