Bob L. Olson (Nevada Bar No. 3783)  Electronically Filed October 12th, 2006
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:  bolson@beckleylaw.com; aloraditch@beckleylaw.com

Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　Debtor. | Date: October 19, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　Debtor. | **SUPPLEMENTAL DECLARATION OF BOB L. OLSON IN SUPPORT OF DIVERSIFIED DEED TRUST FUND COMMITTEE'S OBJECTION TO PROOF OF CLAIM FILED BY PROSPECT HIGH INCOME FUND, ET AL.** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | (Affects indicated Debtors) |

{00317119;}                                  - 1 -

After being duly sworn, Affiant deposes and says as follows:

1. I am an Attorney at Law, licensed to practice law in the State of Nevada and to appear before this Court.

2. I am one the Nevada counsel for the Official Committee of Equity Security Holders of USA Diversified Trust Deed Fund, LLC.

3. I make this Declaration in support of Diversified Trust Deed Fund Committee's Objection to Proof of Claim filed by Prospect High Income Fund, et al. ("Objection") and the Reply to Highland Funds Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim ("Reply").

4. Attached hereto as **Exhibit "8"** is a true and correct copy of what is defined as the "BONY Opposition Appendix" in the Reply. I caused the BONY Opposition Appendix to be downloaded from the PACER website for the Bankruptcy Court for the District of Delaware.

5. Attached hereto as **Exhibit "9"** is a true and correct copy of what is defined as the "BONY Appellate Brief" in the Reply. I obtained the BONY Appellate Brief from Diversified's state court counsel.

6. Attached hereto as **Exhibit "10"** is a true and correct copy of what is defined as the "Brief of Appellee" in the Reply. I obtained the Brief of Appellee from Diversified's state court counsel.

Further Affiant Sayth Not.

Dated this 12th day of October 2006.

*/s/ Bob L. Olson*
Bob L. Olson, Esq.