**Entered on Docket
October 12, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO EXCLUDE DEBTORS FROM HAVING TO FILE INTER-COMPANY CLAIMS AGAINST EACH OTHER BY THE BAR DATE, OR ALTERNATIVELY FOR THE APPROVAL OF THE IMMEDIATE APPOINTMENT OF SPECIAL COUNSEL TO FILE AND PURSUE THE INTER-COMPANY DEBTOR CLAIMS** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: October 30, 2006<br>Time: 9:30 AM |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

OST Order re Motion to Extend Bar Date            Page 1 of 2

1  THE COURT having considered the Ex Parte Motion of the Debtors and Debtors in
2  possession in these cases for an order shortening time to hear the Motion to Exclude Debtors From
3  Having to File Inter-Company Claims Against Each Other by the Bar Date, or Alternatively for
4  the Approval of the Immediate Appointment of Special Counsel for Diversified Fund and FTD
5  Fund to File and Pursue the Inter-Company Debtor Claims (the "Motion"), and good cause
6  appearing, it is hereby

7  ORDERED that the hearing on the Motion will be heard before a United States
8  Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South,
9  Courtroom 1, Las Vegas, NV on October 30, 2006 at the hour of 9:30 a.m.

10  For a copy of the filed Motion you may contact the Debtor's attorney, Lenard E.
11  Schwartzer, Esq. of the Schwartzer & McPherson Law Firm at (702) 228-7590, or you may obtain
12  a copy online through www.bmcgroup.com/usacmc.

13  Submitted by:

  /s/   Lenard E. Schwartzer, Esq.
15  Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
16  Schwartzer & McPherson Law Firm
17  2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
18  and
19  Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
20  36 South State Street, Suite 1400
P.O. Box 45385
21  Salt Lake City, Utah 84145-0385

22  Attorneys for Debtors
23                                              # # #