*ORIGINAL*

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Phone: (702) 792-3773
Fax: (702) 792-9002

Keriann M. Atencio (AZ SBN 020821)
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone: (602) 445-8000
e-mail: atenciok@gtlaw.com

Attorneys for Nevada State Bank

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re | Chapter 11 |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, et al., | Case No. BM-S-06-10725 LBR |
| | Case No. BM-S-06-10726 LBR |
| Debtors. | Case No. BM-S-06-10727 LBR |
| | Case No. BM-S-06-10728 LBR |
| | Case No. BM-S-06-10729 LBR |

Jointly Administered Under
Case No. BM-S-06-10725 LBR

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

1.      The Petitioner resides in Phoenix, Arizona

2.      The Petitioner is an attorney at law and a member of the law firm of Greenberg Traurig, LLP with offices at 2375 E. Camelback Road, Suite 700, Phoenix, Arizona 85016, (602) 445-8000.

3.      The Petitioner has been retained personally or as a member of the law firm to provide legal representation in connection with the above-entitled cases now pending before this Court.

4.      Since May, 2001, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Arizona, where Petitioner regularly practices law.

Receipt #181370    $175⁰⁰

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

5.     The Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| State of Colorado | October 30, 1998 |
| District of Colorado | December 4, 1998 |
| State of Arizona | May 24, 2001 |
| District of Arizona | October, 2001 |

6.     There are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7.     The Petitioner has never been denied admission to the State Bar of Nevada.

8.     The Petitioner is a member of good standing in the following Bar Associations: State Bar of Arizona and State Bar of Colorado.

9.     Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  Please see attached.

10.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and the client has consented to such representation.

Petitioner respectfully prays that Petitioner be admitted to practice before this Court **FOR**

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

**THE PURPOSE OF THIS CASE ONLY.**

DATED:  October _____, 2006.

_____
Keriann M. Atencio

**VERIFICATION**

STATE OF ARIZONA        )
                        ) ss.
COUNTY OF MARICOPA   )

Keriann M. Atencio, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this _____ day of ~~June,~~ OCTOBER 2006.

_____
Notary Public

_9/11/2008_
My Commission Expires

OFFICIAL SEAL
SUSAN C. VASQUEZ
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Expires Sept. 11, 2008

**ORDER**

The Verified Petition of Keriann M. Atencio to practice in this case only is approved.

DATED:  _____

PATRICIA GRAY, CLERK
UNITED STATES BANKRUPTCY COURT

By: _____
     Deputy Clerk

Page 3 of 3

## ATTACHMENT TO VERIFIED PETITION
## FOR PERMISSION TO PRACTICE IN THIS CASE ONLY
## BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT
## PURSUANT TO LOCAL RULE IA 10-2:  ADMISSION TO PRACTICE
## IN A PARTICULAR CASE

Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Applicant | Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|---|
| Kevin Finger of Chicago, Illinois | 1/26/06 | *C. Alan Bentley, Chapter 11 Trustee v. Ross Mangano, et al.*, 05-05059-gwz | United States Bankruptcy Court, District of Nevada (Reno) | Granted, 2006 |
| John A. Boudet of Orlando, Florida | 8/19/05 | *James Mason and Marilyn Mason v. Del American, Inc.*, 2:05-CV-00800-BES-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| David S. Oliver of Orlando, Florida | 8/19/05 | *James Mason and Marilyn Mason v. Del American, Inc.*, 2:05-CV-00800-BES-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| John A. Boudet of Orlando, Florida | 8/4/05 | *Thomas Blinkinsop, et al. v. Vegas Grand Condominium Limited, et al.*, 2:05-CV-00714-BES-RJJ | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| David S. Oliver of Orlando, Florida | 8/4/05 | *Thomas Blinkinsop, et al. v. Vegas Grand Condominium Limited, et al.*, 2:05-CV-00714-BES-RJJ | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| John A. Sten of Boston, Massachusetts | 7/26/05 | *Securities and Exchange Commission v. Kenneth W. Hawk, et al.*, 3:05-CV-00172-LRH-VPC | United States District Court, District of Nevada (Reno) | Granted, 2005 |
| Juan M. Marcelino of Boston, Massachusetts | 7/12/05 | *Securities and Exchange Commission v. Kenneth W. Hawk, et al.*, 3:05-CV-00172-LRH-VPC | United States District Court, District of Nevada (Reno) | Granted, 2005 |
| Jesus Cuza of Ft. Lauderdale, Florida | 2/23/05 | *Perfumania Incorporated, a Florida corporation v. Fashion Outlet of Las Vegas, LLC*, 2:05-CV-00054-ECR-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| Linda M. Reck of Ft. Lauderdale, Florida | 2/23/05 | *Perfumania Incorporated, a Florida corporation v. Fashion Outlet of Las Vegas, LLC*, 2:05-CV-00054-ECR-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |

| Victoria Counihan of Wilmington, Delaware | 4/8/04 | *MJ Research, Incorporated,* 04-50861-gwz | United States Bankruptcy Court, District of Nevada (Reno) | Granted, 2004 |
|---|---|---|---|---|
| Hilarie Bass, of Miami, Florida | 3/13/06 | *Scott, et al. v Related CCD, LLC, 2:06-cv-00082-JCM-PAL* | United States District Court, District of Nevada (Las Vegas) | Granted 3/13/06 |
| John F. Triggs, of New York, New York | 3/13/06 | *Gibson Guitar Corp. v Ed Roman Enterprises, Inc., DBA Ed Roman Guitars and Ed Roman, 02:06-cv-308* | United States District Court, District of Nevada (Las Vegas) | Granted 3/16/06 |
| John C. Kirkland of Los Angeles, CA | 3/21/06 | *Plush Lounge Las Vegas, LLC v Hotspur Resorts Nevada, Inc., 2:06-CV-00335* | United States District Court, District of Nevada (Las Vegas) | Granted 4/14/06 |
| Nancy A. Peterson of Chicago, Illinois | 9/27/06 | *USA Commercial Mortgage Company, BK-S-06-10725-LBR* | United States Bankruptcy Court for Nevada (Las Vegas) | Pending |
| Keriann M. Atencio, of Phoenix, Arizona | 10/6/06 | *USA Commercial Mortgage Company, BK-S-10725-LBR* | United States Bankruptcy Court for Nevada (Las Vegas) | Pending |

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **KERIANN MICHELLE FUNG ATENCIO**, was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on May 24, 2001, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 18th day of July, 2006.

Lauren E. Eiler
Disciplinary Clerk

# ATTACHMENT TO VERIFIED PETITION
## FOR PERMISSION TO PRACTICE IN THIS CASE ONLY
## BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT
## PURSUANT TO LOCAL RULE IA 10-2:  ADMISSION TO PRACTICE
## IN A PARTICULAR CASE

Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Applicant | Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|---|
| Kevin Finger of Chicago, Illinois | 1/26/06 | *C. Alan Bentley, Chapter 11 Trustee v. Ross Mangano, et al.*, 05-05059-gwz | United States Bankruptcy Court, District of Nevada (Reno) | Granted, 2006 |
| John A. Boudet of Orlando, Florida | 8/19/05 | *James Mason and Marilyn Mason v. Del American, Inc.*, 2:05-CV-00800-BES-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| David S. Oliver of Orlando, Florida | 8/19/05 | *James Mason and Marilyn Mason v. Del American, Inc.*, 2:05-CV-00800-BES-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| John A. Boudet of Orlando, Florida | 8/4/05 | *Thomas Blinkinsop, et al. v. Vegas Grand Condominium Limited, et al.*, 2:05-CV-00714-BES-RJJ | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| David S. Oliver of Orlando, Florida | 8/4/05 | *Thomas Blinkinsop, et al. v. Vegas Grand Condominium Limited, et al.*, 2:05-CV-00714-BES-RJJ | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| John A. Sten of Boston, Massachusetts | 7/26/05 | *Securities and Exchange Commission v. Kenneth W. Hawk, et al.*, 3:05-CV-00172-LRH-VPC | United States District Court, District of Nevada (Reno) | Granted, 2005 |
| Juan M. Marcelino of Boston, Massachusetts | 7/12/05 | *Securities and Exchange Commission v. Kenneth W. Hawk, et al.*, 3:05-CV-00172-LRH-VPC | United States District Court, District of Nevada (Reno) | Granted, 2005 |
| Jesus Cuza of Ft. Lauderdale, Florida | 2/23/05 | *Perfumania Incorporated, a Florida corporation v. Fashion Outlet of Las Vegas, LLC*, 2:05-CV-00054-ECR-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |
| Linda M. Reck of Ft. Lauderdale, Florida | 2/23/05 | *Perfumania Incorporated, a Florida corporation v. Fashion Outlet of Las Vegas, LLC*, 2:05-CV-00054-ECR-PAL | United States District Court, District of Nevada (Las Vegas) | Granted, 2005 |

| Victoria Counihan of Wilmington, Delaware | 4/8/04 | *MJ Research, Incorporated, 04-50861-gwz* | United States Bankruptcy Court, District of Nevada (Reno) | Granted, 2004 |
|---|---|---|---|---|
| Hilarie Bass, of Miami, Florida | 3/13/06 | *Scott, et al. v Related CCD, LLC, 2:06-cv-00082-JCM-PAL* | United States District Court, District of Nevada (Las Vegas) | Granted 3/13/06 |
| John F. Triggs, of New York, New York | 3/13/06 | *Gibson Guitar Corp. v Ed Roman Enterprises, Inc., DBA Ed Roman Guitars and Ed Roman, 02:06-cv-308* | United States District Court, District of Nevada (Las Vegas) | Granted 3/16/06 |
| John C. Kirkland of Los Angeles, CA | 3/21/06 | *Plush Lounge Las Vegas, LLC v Hotspur Resorts Nevada, Inc., 2:06-CV-00335* | United States District Court, District of Nevada (Las Vegas) | Granted 4/14/06 |
| Nancy A. Peterson of Chicago, Illinois | 9/27/06 | *USA Commercial Mortgage Company, BK-S-06-10725-LBR* | United States Bankruptcy Court for Nevada (Las Vegas) | Pending |
| Keriann M. Atencio, of Phoenix, Arizona | 10/6/06 | *USA Commercial Mortgage Company, BK-S-10725-LBR* | United States Bankruptcy Court for Nevada (Las Vegas) | Pending |