**ORIGINAL**

RECEIVED AND FILED

2006 OCT 12 P 4: 09

U.S. BANKRUPTCY COURT
CLERK

1  GREENBERG TRAURIG, LLP
   3773 Howard Hughes Parkway
2  Suite 500 North
   Las Vegas, Nevada 89169
3  Phone: 702-792-3773
   Fax:   702-792-9002
4
   Keriann M. Atencio (AZ SBN 020821)
5  GREENBERG TRAURIG, LLP
   2375 East Camelback Road, Suite 700
6  Phoenix, Arizona 85016
   Phone: (602) 445-8000
7  e-mail: atenciok@gtlaw.com

8  Attorneys for Nevada State Bank

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY, et al.

                    Debtors.

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO**

**(No Hearing Required)**

### DESIGNATION OF LOCAL COUNSEL

The undersigned, Keriann M. Atencio, Esq., attorney of record for Nevada State Bank, creditor herein, has submitted to the Court a Verified Petition for Permission to practice in this Case Only. Not being admitted to the Bar of this Court, and not maintaining an office in the District of

Page 1 of 3

Nevada for the practice of law, she believes it to be in the best interests of the client to designate Eric W. Swanis, Esq. (SBN 6840), an associate of Greenberg Traurig, LLP, and a member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associated local counsel in this action. The address of said designated Nevada Counsel is:

GREENBERG TRAURIG, LLP<br/>
3773 Howard Hughes Parkway<br/>
Suite 500 North<br/>
Las Vegas, Nevada 89169

By this designation the undersigned attorneys and party agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable rule shall run from the date of service on the local counsel.

Dated this 9TH day of October, 2006.

*/s/ Keriann M. Atencio*
Keriann M. Atencio, Esq.
For: Nevada State Bank

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associated Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Dated this 11th day of October, 2006.

Eric W. Swainis (SBN 6840)
Designated Nevada Counsel