GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Phone: 702-792-3773
Fax:   702-792-9002

Keriann M. Atencio (AZ SBN 020821)
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone: (602) 445-8000
e-mail: atenciok@gtlaw.com

Attorneys for Nevada State Bank

RECEIVED AND FILED

2006 OCT 12 P 3:52

U.S. BANKRUPTCY COURT
               CLERK

UCT 11  4 19 PM '06

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY, et al.<br><br>                    Debtors. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**MOTION TO FILE ON PAPER** |

### MOTION TO FILE ON PAPER

*This motion must be accompanied by a supporting affidavit or declaration and a proposed order.*

1. Movant, Keriann M. Atencio, Esq., of GREENBERG TRAURIG, LLP, hereby declares an exemption or requests permission to file documents on paper because:

☒ a. Movant is not a regular filer as the term is defined in LR 5005(a)(1).

☐ b. Movant claims an exemption under LR 5005(a)(4) because *(state why)*: _____
_____

☐ c. Exceptional circumstances exist pursuant to LR 5005(a)(5) which prevent filing by electronic means because:

    ☐ (1). Movant's Internet service is not available due to circumstances that cannot be prevented.

        (i). Describe the nature and extent of the circumstances that have made the Internet service unavailable *(be specific)*: _____
_____
_____

        (ii). Describe what steps will be taken to ensure that the Internet service will be operable for electronic filing in the future: _____
_____
_____

    ☐ (2). Other grounds exist for the exceptional circumstances motion *(be specific)*: _____
_____
_____

    ☐ (3). Movant has filed a prior exceptional circumstances motion.

        (i). Number of prior motion(s): _____.

        (ii). Date of the prior motion(s): _____.

        (iii). Reason for the prior motion(s): _____.

        (iv). Case number and disposition for each prior motion: _____.
_____.

2. The document(s) that the movant wants to file on paper are *(list title of each document)*:

    1. Verified Petition for Permission to Practice in this Case Only

    2. Designation of Local Counsel and Consent Thereto.

1  Based upon the foregoing, the movant asks the court to grant this motion.

_____  Date: 10-9-06
Movant's signature