ORIGINAL

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Phone: 702-792-3773
Fax:    702-792-9002

Keriann M. Atencio (AZ SBN 020821)
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone: (602) 445-8000
e-mail: atenciok@gtlaw.com

Attorneys for Nevada State Bank

RECEIVED AND FILED
2006 OCT 12 P 3:52
U.S. BANKRUPTCY COURT
OCT 11  4:1_   CLERK

CLERK
U.S. BANKRUPTCY
DISTRICT OF

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY, et al.<br><br>            Debtors. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**KERIANN M. ATENCIO'S AFFIDAVIT SUPPORTING MOTION TO FILE ON PAPER** |

**KERIANN M. ATENCIO'S AFFIDAVIT**
**SUPPORTING MOTION TO FILE ON PAPER**

STATE OF ARIZONA    )
                    )  SS:
COUNTY OF MARICOPA  )

Keriann M. Atencio, Esq., being first duly sworn upon my oath, deposes and states as

follows:

1. I am an associate in the law firm of Greenberg Traurig, LLP, located in Phoenix, Arizona.

2. I submit this Affidavit in support of my Motion to File on Paper as well as my Verified Petition for Permission to Practice in this Case Only.

3. Eric W. Swanis, Esq. has agreed to act as my Designated Local Counsel in this matter, and, as such, has signed the Designation of Local Counsel and Consent.

4. I am a member in good standing of the Arizona State Bar, where I regularly practice.

5. I am not admitted to practice law in Nevada, and have never before personally applied to appear as counsel in the Nevada Courts.

6. I therefore submit this Affidavit, pursuant to Nevada Supreme Court Rule 42(6)(b), to establish special circumstances and good cause to permit our client to be defended in this matter by its counsel of choice. Special circumstances and good cause exist because of the existing relationship between our firm and this client, and my familiarity with the organizations, facts, documents, witnesses, transactions, and client legal strategies pertinent to this matter.

7. I have personally represented and advised this client and have become generally familiar with the client's organizations and relevant structure and history.

8. I have had extensive meetings, interviews and conversation with client representatives concerning the facts of this matter.

9. It is my belief that the client would be deprived of these benefits if I was unable to represent it in the litigation.

10. For all of the foregoing reasons, there are special circumstances and good cause that warrant the granting of my Motion to File on Paper, my Verified Petition for Permission to Practice in this Case Only, and allow me to associate as local counsel in this matter, pursuant to Nevada

1  Supreme Court Rule 42.

2  Dated this 9th day of October, 2006.

3
4  _____
   Keriann Atencio, Esq.

5  SUBSCRIBED AND SWORN to before me this 9th day of October, 2006, by Keriann
6  Atencio, Esq. She personally appeared before me, is personally known to me, and did take an oath.

7
8      _____
   Notary Public
9  State of Arizona

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)