Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| **In re:**<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | **Chapter 11**<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| **In re:**<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| **In re:**<br><br>USA CAPITAL TRUST DEED FUND, LLC,<br>Debtor. | |
| **In re:**<br><br>USA SECURITIES, LLC,<br>Debtor. | |

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

## CERTIFICATE OF MAILING (Affects All Debtors)

I, Yvette Knopp, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2. At the direction of Schwartzer & McPherson Law Firm, Counsel for the Debtors and Debtors-in-Possession in the above-captioned cases, copies of the document identified below by docket number were sent to those persons listed on the Service List attached hereto as Exhibit "A" at the addresses shown thereon and via the modes of service indicated thereon, on the 6th day of October, 2006:

| | |
|---|---|
| Docket No. 1472 | NOTICE OF HEARING OF MOTION TO EXCLUDE DEBTORS FROM HAVING TO FILE INTER-COMPANY CLAIMS AGAINST EACH OTHER BY THE BAR DATE, OR ALTERNATIVELY FOR THE APPROVAL OF THE IMMEDIATE APPOINTMENT OF SPECIAL COUNSEL TO FILE AND PURSUE THE INTER-COMPANY DEBTOR CLAIMS [AFFECTS ALL DEBTORS] [Re: Docket No. 1469] |

Exhibit "A"    Service List regarding Docket No. 1472

DATED: October 9, 2006
El Segundo, California

*Yvette Knopp*
Yvette Knopp

State of California           )
                              ) ss
County of Los Angeles         )

Personally appeared before me on October 9, 2006, Yvette Knopp, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

*James H. Myers*

> JAMES H. MYERS
> Commission # 1589628
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jul 19, 2009

# EXHIBIT A

# Dkt No. 1472 - Ntc of Hrg on Mtn to Extend Bar Date for Intercompany Claims
# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 221

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21614 | (TRANSFEROR: VINCE DANELIAN), PO BOX 97782, LAS VEGAS, NV 89193 | US Mail (1st Class) |
| 21613 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR· DEBTOR), AJARVIS@RQN.COM | E-mail |
| 21613 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR: DEBTOR), DMONSON@RQN COM | E-mail |
| 21613 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR. DEBTOR), SSTRONG@RQN.COM | E-mail |
| 21613 | A WILLIAM & RANEE CEGLIA, JV DIRECT LENDERS, (TRANSFEROR. JV DIRECT LENDERS), AWILLIAM@CEGLIA.NAME | E-mail |
| 21613 | ANDREW M BRUMBY, SHUTTS & BOWEN LLP, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT LLC), ABRUMBY@SHUTTS-LAW COM | E-mail |
| 21613 | ANNEE NOUNNA, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ANNEE NOUNNA), BELLA8049@AOL COM | E-mail |
| 21613 | ARTHUR POLACHECK, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR· A POLACHECK & G POLCHECK), ARTCLASSICS@BELLSOUTH.NET | E-mail |
| 21614 | ATTILA JEFZENSZKY, 1720 COLAVITA WAY, RENO, NV 89521 | US Mail (1st Class) |
| 21613 | ATTN SARA M KATZ MNG TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR. KATZ 2000 SEPARATE PRPTY TRUST), SKATZ@KATZANDASSOCIATES.COM | E-mail |
| 21613 | B OLSON/B AXELROD/A LORADITCH, BECKLEY SINGLETON CHTD, (TRANSFEROR: EQUITY SEC HOLDERS COMMITTEE), ALORADITCH@BECKLEYLAW.COM | E-mail |
| 21613 | B OLSON/B AXELROD/A LORADITCH, BECKLEY SINGLETON CHTD, (TRANSFEROR: EQUITY SEC HOLDERS COMMITTEE), BOLSON@BECKLEYLAW.COM | E-mail |
| 21614 | BAY COMMUNITIES, CHRIS MCKINNEY, 4800 N FEDERAL HIGHWAY, STE A205, BOCA RATON, FL 33431 | US Mail (1st Class) |
| 21613 | BRADLEY J STEVENS, JENNINGS STROUSS & SALMON PLC, (TRANSFEROR. LOU O MOLDONADO, TRUSTEE), BSTEVENS@JSSLAW COM | E-mail |
| 21613 | BRUCE H CORUM/JAUNITA CARTER, TTEE CREDIT SHELTER TRUST J CARTER, (TRANSFEROR. JV DIRECT LENDERS), THECORUMHOUSE@YAHOO.COM | E-mail |
| 21613 | C CUNNINGHAM/J KOHL/C ROBERTS, RAWLINGS OLSON CANNON ETAL, (TRANSFEROR: PROSPECT HIGH INCOME FUND, ETAL), BANKRUPTCY@ROCGD.COM | E-mail |
| 21614 | C/O FIRST SAVINGS BANK, JOHN WARNER JR IRA, (TRANSFEROR: COMMITTEE OF USA CAPITAL 1ST TRUST), 2605 E FLAMINGO RD, LAS VEGAS, NV 89121 | US Mail (1st Class) |
| 21614 | C/O SIGNATURE FINANCIAL, JAMES HULL, (TRANSFEROR: USA SECURITIES LLC), 2601 AIRPORT DR, # 370, TORRANCE, CA 90505 | US Mail (1st Class) |
| 21613 | CARYN S TIJSSELING, BEESLEY PECK & MATTEONI LTD, (TRANSFEROR: S&J ENTERPRISE INVESTMENTS INC), AHA@BEESLEYANDPECK.COM | E-mail |
| 21613 | CARYN S TIJSSELING, BEESLEY PECK & MATTEONI LTD, (TRANSFEROR. S&J ENTERPRISE INVESTMENTS INC), CST@BEESLEYANDPECK.COM | E-mail |
| 21613 | CHARLES & RITA ANDERSON TRUSTS, BALTES COMPANY, (TRANSFEROR: JV DIRECT LENDERS), CHASBAND@EARTHLINK.COM | E-mail |
| 21613 | CHARLES O NICHOLS, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: CHARLES O NICHOLS & FLORA A NICHOLS), HARLEYNICHOLS@COX.NET | E-mail |
| 21613 | CHRISTOPHER D JAIME, WALTHER KEY MAUPIN ETAL, (TRANSFEROR· GANNAWAY CHARITABLE REMAINDER TRUST), CJAIME@MCLRENOLAW.COM | E-mail |
| 21614 | CLARK COUNTY TREASURER, BANKRUPTCY CLERK, (TRANSFEROR  CLARK COUNTY), PO BOX 551220, LAS VEGAS, NV 89155-1220 | US Mail (1st Class) |
| 21614 | CLARK COUNTY, C/O BANKRUPTCY CLERK, (TRANSFEROR. CLARK COUNTY ASSESSOR), PO BOX 551401, LAS VEGAS, NV 89155-1401 | US Mail (1st Class) |
| 21613 | DAVID AND PAMELA SEXTON, JV DIRECT LENDERS, (TRANSFEROR. JV DIRECT LENDERS), PAMSEXTON@COX.NET | E-mail |
| 21614 | DAVID W MOUNIER, (TRANSFEROR  DON TOMLIN), 15316 SKY HIGH RD, ESCONDIDO, CA 92025 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21613 | DENNIS FLIER, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR. DENNIS FLIER INC DBT DATED 6/29/87), DSFOMI@AOL.COM | E-mail |
| 21614 | DEPARMENT OF EMPLOYMENT TRAINING, EMPLOYMENT SEC DIV CONTRIB SEC, (TRANSFEROR DOET), 500 E 3RD ST, CARSON CITY, NV 89713-0030 | US Mail (1st Class) |
| 21614 | DEPT OF VETERANS AFFAIRS, LOAN SERVICE AND CLAIMS, (TRANSFEROR: DEPT OF VETERANS AFFAIRS), 3225 N CENTRAL, PHOENIX, AZ 85102 | US Mail (1st Class) |
| 21614 | DISTRICT OF NEVADA, DANIEL BOGDEN/CARLOS GONZALEZ, (TRANSFEROR: US ATTORNEY'S OFFICE), 333 LAS VEGAS BLVD S, #5000, LAS VEGAS, NV 89101 | US Mail (1st Class) |
| 21614 | DMV/PUBLIC SAFETY RECORDS SECTION, (TRANSFEROR· DMV/PUBLIC SAFETY RECORDS SECTION), 555 WRIGHT WAY, CARSON CITY, NV 89711-0250 | US Mail (1st Class) |
| 21613 | DONALD R WALKER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: DEL BUNCH DBA LOAN PTNS CAPITAL), DRWALKER1@COX.NET | E-mail |
| 21613 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR· COMMUNITY BANK OF NEVADA), JEFF@SYLVESTERPOLEDNAK COM | E-mail |
| 21613 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: COMMUNITY BANK OF NEVADA), SANDPLEGAL@YAHOO.COM | E-mail |
| 21613 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR. COMMUNITY BANK OF NEVADA), SPBANKRUPTCY@YAHOO.COM | E-mail |
| 21613 | DRS DAVID AND BONNIE ENRICO, JV DIRECT LENDERS, (TRANSFEROR: JV DIRECT LENDERS), SKYPILOT1@BLOMAND.NET | E-mail |
| 21614 | EATON & O`LEARY PLLC, JAY R EATON, (TRANSFEROR: MICHAEL R SHULER), 115 GROVE AVE, PRESCOTT, AZ 86301 | US Mail (1st Class) |
| 21614 | EATON & O`LEARY PLLC, JAY R EATON, (TRANSFEROR: MICHAEL R SHULER), PO BOX 18, FAIRBURY, IL 61739 | US Mail (1st Class) |
| 21613 | EDWARD W HOMFELD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: HOMFELD II LLC), NHOMFELD@GMAIL.COM | E-mail |
| 21613 | EDWARD W HOMFELD, HOMFELD II LLC, (TRANSFEROR  HOMFELD II LLC), NHOMFELD@GMAIL.COM | E-mail |
| 21614 | ELLIS & GORDON PC, FRANK A ELLIS III, (TRANSFEROR: ANDREW WELCHER), 510 S 9TH ST, LAS VEGAS, NV 89101 | US Mail (1st Class) |
| 21614 | EMPLOYERS INSURANCE CO OF NV, BANKRUPTCY DESK, (TRANSFEROR: EMPLOYERS INSURANCE CO OF NV), 9790 GATEWAY DR, RENO, NV 89521-5906 | US Mail (1st Class) |
| 21613 | ERVEN T NELSON/ROBERT L BOLICK, BOLICK & BOYER, (TRANSFEROR: LEO MANTAS), ERV@RLBOLICK.COM | E-mail |
| 21613 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), CPAJAK@STUTMAN.COM | E-mail |
| 21613 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), EKARASIK@STUTMAN.COM | E-mail |
| 21613 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR. COUNSEL FOR INVESTOR COMMITTEES), FMEROLA@STUTMAN COM | E-mail |
| 21614 | FERTITTA ENTERPRISES INC, (TRANSFEROR: COMMITTEE CONTRACT RIGHTS HOLDERS), 2960 W SAHARA AVE, STE 200, LAS VEGAS, NV 89102 | US Mail (1st Class) |
| 21614 | FHA/HUD, DISTRICT OFFICE, (TRANSFEROR  FHA/HUD), 300 S LAS VEGAS BLVD, STE 2900, LAS VEGAS, NV 89101-5833 | US Mail (1st Class) |
| 21614 | FINANCIAL WEST GROUP, GEORGE GORMAN, (TRANSFEROR· USA SECURITIES LLC), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA 91362 | US Mail (1st Class) |
| 21614 | FINANCIAL WEST GROUP, R HAGMAIER, (TRANSFEROR. USA SECURITIES LLC), 4510 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA 91362 | US Mail (1st Class) |
| 21614 | FINANCIAL WEST GROUP, TIM RICH, (TRANSFEROR· USA SECURITIES), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA 91362 | US Mail (1st Class) |
| 21613 | FRANK COLLINS, SIERRA HEALTH SERVICES, (TRANSFEROR: JV DIRECT LENDERS), CAROMI@SIERRAHEALTH.COM | E-mail |
| 21613 | FRANK COLLINS, SIERRA HEALTH SERVICES, (TRANSFEROR: JV DIRECT LENDERS), LEG104@SIERRAHEALTH.COM | E-mail |
| 21613 | FRANKLIN C ADAMS, BEST BEST & KRIEGER LLP, ARTHUR JOHNSTON@BBKLAW.COM | E-mail |
| 21613 | FRANKLIN C ADAMS, BEST BEST & KRIEGER LLP, FRANKLIN ADAMS@BBKLAW.COM | E-mail |
| 21613 | GILBERT B WEISMAN, C/O BECKET AND LEE LLP, (TRANSFEROR: AMERICAN EXPRESS BANK FSB), NOTICES@BECKET-LEE COM | E-mail |

# Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21613 | HOWARD CONNELL, HOWLOR5@AOL.COM | E-mail |
| 21614 | INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), OGDEN, UT 84201 | US Mail (1st Class) |
| 21614 | INTERNAL REVENUE SERVICE, BANKRUPTCY DEPT, (TRANSFEROR: IRS), STOP 5028, 110 CITY PKWY, LAS VEGAS, NV 89106 | US Mail (1st Class) |
| 21614 | INTERNAL REVENUE SERVICE, DISTRICT COUNSEL, (TRANSFEROR: IRS), 110 CITY PKWY, LAS VEGAS, NV 89106 | US Mail (1st Class) |
| 21614 | INTERSHOW, (TRANSFEROR: USA CAPITAL REALTY ADVISORS LLC), THE GITHLER CENTER, 1258 N PALM AVE, SARASOTA, FL 34236 | US Mail (1st Class) |
| 21613 | JAMES G SCHWARTZ/JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, (TRANSFEROR: RODNEY ROLOFF ETAL), JOSH@JGSCHWARTZ.COM | E-mail |
| 21613 | JAMES MCCOLLUM, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR. JAMES MCCOLLUM & PAMELA MCCOLLUM), JAMESWMCCOLLUM@AOL.COM | E-mail |
| 21613 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), ABOEHMER@SHEACARLYON COM | E-mail |
| 21613 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), BANKRUPTCYFILINGS@SHEACARLYON.COM | E-mail |
| 21613 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR. COUNSEL FOR INVESTOR COMMITTEES), CCARLYON@SHEACARLYON COM | E-mail |
| 21613 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), LTREADWAY@SHEACARLYON.COM | E-mail |
| 21613 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), RMSMITH@SHEACARLYON.COM | E-mail |
| 21613 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR. COUNSEL FOR INVESTOR COMMITTEES), SMILLER@SHEACARLYON COM | E-mail |
| 21613 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), SSHERMAN@SHEACARLYON COM | E-mail |
| 21584 | JAMES R BONFIGLIO GP, (TRANSFEROR: BOARDWALK INVESTMENTS LP), 8635 W SAHARA AVE, UNIT 200, LAS VEGAS, NV 89117 | US Mail (1st Class) |
| 21613 | JAMES R BONFIGLIO GP, (TRANSFEROR· BOARDWALK INVESTMENTS LP), JBONFIGLIO@YAHOO.COM<br>*Email failed* | E-mail |
| 21613 | JANET L CHUBB, JONES VARGAS, (TRANSFEROR: JOSEPH, LORETTA AND MARK DONNOLO), JLC@JONESVARGAS COM | E-mail |
| 21613 | JANET L CHUBB, JONES VARGAS, (TRANSFEROR. JOSEPH, LORETTA AND MARK DONNOLO), TBW@JONESVARGAS.COM | E-mail |
| 21614 | JANNY CATHARINA BROUWER, 2533 KINNARD AVE, HENDERSON, NV 89074 | US Mail (1st Class) |
| 21613 | JB PARTAIN, PRESIDENT, MOJAVE CANYON INC, (TRANSFEROR. JV DIRECT LENDER), CMIJB@SWBELL NET<br>*Email failed* | E-mail |
| 21613 | JED A HART, ANGELO GORDON & CO, JHART@ANGELOGORDON.COM | E-mail |
| 21613 | JEFFREY A COGAN, LAW OFFICES OF JEFFREY A COGAN CHTD, (TRANSFEROR: ROBERT VERCHOTA GEN PTNR), JEFFREY@JEFFREYCOGAN.COM | E-mail |
| 21613 | JEFFREY D HERMANN, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), JHERMANN@ORRICK.COM | E-mail |
| 21613 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR DR GARY KANTOR TTEE OF KANTOR NEPH), GIKLEPEL@KSSATTORNEYS COM | E-mail |
| 21613 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), JSLOANE@KSSATTORNEYS.COM | E-mail |
| 21613 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR. DR GARY KANTOR TTEE OF KANTOR NEPH), RMMCONNELL@KSSATTORNEYS.COM | E-mail |
| 21613 | JEFFREY R SYLVESTER, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: USA COMMERCIAL REAL ESTATE GROUP), JEFF@SYLVESTERPOLEDNAK COM | E-mail |
| 21614 | JERROLD T MARTIN, (TRANSFEROR: JERROLD T MARTIN), 8423 PASO ROBLES, NORTHRIDGE, CA 91325 | US Mail (1st Class) |
| 21613 | JERRY T MCGIMSEY, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR. JERRY T MCGIMSEY), JTMACG@EARTHLINK.COM | E-mail |
| 21613 | JOAN C WRIGHT, ALLISON MACKENZIE RUSSELL ETAL, (TRANSFEROR: ROYAL VACATINO SUITES INC), JBROOKS@ALLISONMACKENZIE.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21613 | JOAN C WRIGHT, ALLISON MACKENZIE RUSSELL ETAL, (TRANSFEROR ROYAL VACATINO SUITES INC), JWRIGHT@ALLISONMACKENZIE.COM | E-mail |
| 21584 | JOHN BAUER, (TRANSFEROR: JOHN BAUER IRA), 40808 N RIVERBEND, ANTHEM, AZ 85086 | US Mail (1st Class) |
| 21613 | JOHN BAUER, (TRANSFEROR: JOHN BAUER IRA), JBNVI@CS.COM<br>*Email failed* | E-mail |
| 21613 | JOHN F MURTHA, WOODBURN AND WEDGE, (TRANSFEROR: JOHN AND GARY MICHELSEN), JMURTHA@WOODBURNANDWEDGE.COM | E-mail |
| 21613 | JOHN GOINGS, (TRANSFEROR· COMMITTEE USA CAP 1ST TR DEED), JGOINGS@BHWK.COM | E-mail |
| 21613 | JOHN H WARNER JR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: JOHN H WARNER JR), WQF1@AOL.COM | E-mail |
| 21614 | JOHN PETER LEE LTD, JOHN PETER LEE, 830 LAS VEGAS BLVD S, LAS VEGAS, NV 89101 | US Mail (1st Class) |
| 21614 | JOHN WARNER JR IRA, (TRANSFEROR: EQUITY SECURITY HOLDERS COMMITTEE), C/O FIRST SAVINGS BANK, 2605 E FLAMINGO RD, LAS VEGAS, NV 89121 | US Mail (1st Class) |
| 21613 | JOSEPH HUGGINS, HUGGINS & ASSOCIATES, (TRANSFEROR. J MILANOWSKI, T HANTAGES, ETAL), JOEHUGGINS@SBCGLOBAL.NET | E-mail |
| 21614 | JV DIRECT LENDER, GARY A SHEERIN ESQ, (TRANSFEROR: JV DIRECT LENDER), 177 W PROCTOR ST, #B, CARSON CITY, NV 89703 | US Mail (1st Class) |
| 21614 | JV DIRECT LENDERS, ALLEN J MAULT, (TRANSFEROR: JV DIRECT LENDERS), 2422 AQUASANTA, TUSTIN, CA 92782 | US Mail (1st Class) |
| 21614 | JV DIRECT LENDERS, ANDREW & ELLEN DAUSCHER, (TRANSFEROR: JV DIRECT LENDERS), PO BOX 10031, ZEPHYR COVE, NV 89448 | US Mail (1st Class) |
| 21613 | KELLY J BRINKMAN, GOOLD PATTERSON ALES & DAY, (TRANSFEROR: GOOLD PATTERSON ALES & DAY), KBRINKMAN@GOOLDPATTERSON COM | E-mail |
| 21613 | KEN BONNET, KEHL FAMILY, (TRANSFEROR· JV DIRECT LENDERS), KEN.BONNET@RIVERSIDECASINOANDRESORT COM | E-mail |
| 21613 | KERIANN M ATENCIO, GREENBERG TRAURIG LLP, (TRANSFEROR· NEVADA STATE BANK), ATENCIOK@GTLAW.COM | E-mail |
| 21614 | KERMIT KRUSE, 2710 ALBANY AVE, DAVIS, CA 95616 | US Mail (1st Class) |
| 21613 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR· ROSEBERRY FAMILY LP/ROBT WORTHEN), EJAMESLV@EARTHLINK.COM | E-mail |
| 21613 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR· ROSEBERRY FAMILY LP/ROBT WORTHEN), KBCHRISLAW@AOL COM | E-mail |
| 21613 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR ROSEBERRY FAMILY LP/ROBT WORTHEN), XANNA.HARDMAN@GMAIL.COM | E-mail |
| 21614 | KUMMER KAEMPFER ETAL, (TRANSFEROR: USA CAPITAL REALTY ADVISORS LLC), 3800 HOWARD HUGHES PKWY, 7TH FL, LAS VEGAS, NV 89109 | US Mail (1st Class) |
| 21613 | KURT HUNSBERGER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR· GANNAWAY CHARITIBLE REMAINDER TRST), KHUNSBERGER@WALTHERKEY COM<br>*Email failed* | E-mail |
| 21613 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), BKLSCLV@LIONELSAWYER.COM | E-mail |
| 21613 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR. SCOTT CANEPA ET AL), GBAGLEY@LIONELSAWYER.COM | E-mail |
| 21613 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR· SCOTT CANEPA ET AL), LDAVIS@LIONELSAWYER COM | E-mail |
| 21613 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR. SCOTT CANEPA ET AL), LDAVISESQ@AOL.COM | E-mail |
| 21613 | LEE D MACKSON, SHUTTS & BOWEN LLP, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT), LMACKSON@SHUTTS-LAW.COM | E-mail |
| 21613 | LENARD SCHWARTZER/J MCPHERSON, SCHWARTZER & MCPHERSON LAW FIRM, (TRANSFEROR· DEBTOR LOCAL COUNSEL), BKFILINGS@S-MLAW.COM | E-mail |
| 21614 | LOCAL COUNSEL, EVAN BEAVERS, (TRANSFEROR: ALBERT LEE), 1625 HIGHWAY 88, STE 304, MINDEN, NV 89423 | US Mail (1st Class) |
| 21613 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), LERNCE@ORRICK COM | E-mail |
| 21613 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), MALEVINSON@ORRICK.COM | E-mail |
| 21614 | MARGIE GANDOLFO, 1724 ARROW WOOD DR, RENO, NV 89521 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21613 | MARION E WYNNE, WILKINS BANKESTER BILES & WYNNE PA, (TRANSFEROR: SHARON JUNO), TWYNNE@WBBWLAW.COM | E-mail |
| 21613 | MARJORIE A GUYMON, GOLDSMITH & GUYMON PC, (TRANSFEROR: MOUNTAIN WEST MORTGAGE ETC), MGUYMON@GOLDGUYLAW.COM | E-mail |
| 21613 | MARY ELLEN MORO, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR. MARY ELLEN MORO), MARYELLEN.MORO@VERIZON.NET | E-mail |
| 21614 | MARYETTA BOWMAN, 534 ENCHANTED LAKES DR, HENDERSON, NV 89052 | US Mail (1st Class) |
| 21613 | MATTHEW Q CALLISTER, CALLISTER & REYNOLDS, (TRANSFEROR: PROJECT DISBURSEMENT GROUP INC), MAGGIE@CALLISTER-REYNOLDS.COM. | E-mail |
| 21613 | MATTHEW Q CALLISTER, CALLISTER & REYNOLDS, (TRANSFEROR. PROJECT DISBURSEMENT GROUP INC), MQC@CALLISTER-REYNOLDS.COM | E-mail |
| 21613 | MICHAEL T YODER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ADVANCED INFORMATION SYSTEMS), MYODER@AISINFO.COM | E-mail |
| 21584 | MOJAVE CANYON INC, JB PARTAIN, PRESIDENT, (TRANSFEROR: JV DIRECT LENDER), 1400 COLORADO ST, #C, BOULDER, CO 89005 | US Mail (1st Class) |
| 21584 | NEVADA MORTGAGE LENDING DIVISION, SUSAN ECKHARDT, (TRANSFEROR: NEVADA MORTGAGE LENDING DIVISION), 3075 E FLAMINGO, NO 100, LAS VEGAS, NV 89121 | US Mail (1st Class) |
| 21613 | NICHOLAS J SANTORO, NICHOLAS J SANTORO ESQ, (TRANSFEROR· NICHOLAS SANTORO ETAL), NSANTORO@NEVADAFIRM.COM | E-mail |
| 21613 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR: MIKLOS STEUER), JMACROBBIE@KLNEVADA.COM | E-mail |
| 21613 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR: MIKLOS STEUER), NLEATHAM@KLNEVADA.COM | E-mail |
| 21614 | NV DEPARTMENT OF TAXATION, REVENUE DIVISION, (TRANSFEROR: NV DEPARTMENT OF TAXATION), CAPITOL COMPLEX, CARSON CITY, NV 89710-0003 | US Mail (1st Class) |
| 21614 | NY DEPARTMENT OF TAXATION, BANKRUPTCY DIVISION, (TRANSFEROR: NY DEPARTMENT OF TAXATION), 555 E WASHINGTON, #1300, LAS VEGAS, NV 89101 | US Mail (1st Class) |
| 21614 | OFFICE OF LABOR COMMISSIONER, (TRANSFEROR: OFFICE OF LABOR COMMISSIONER), 555 E WASHINGTON AVE, STE 4100, LAS VEGAS, NV 89101 | US Mail (1st Class) |
| 21613 | OFFICE OF THE UNITED STATES TRUSTEE, (TRANSFEROR: UST), USTPREGION17.LV.ECF@USDOJ GOV | E-mail |
| 21614 | OFFICE OF THE US ATTORNEY GENERAL, CARLOS GONZALEZ ASST US ATTY, (TRANSFEROR USA), 333 LAS VEGAS BLVD S, STE 5000, LAS VEGAS, NV 89101 | US Mail (1st Class) |
| 21584 | OFFICIAL COMM OF EQUITY SEC HOLDERS, KURT HUNSBERGER, (TRANSFEROR: GANNAWAY CHARITIBLE REMAINDER TRST), USA CAPITAL DIVERSIFIED TRUST DEED, 3500 LAKESIDE CT #200, RENO, NV 89520 | US Mail (1st Class) |
| 21614 | OFFICIAL COMM OF EQUITY SEC HOLDERS, RICHARD G WOUDSTRA TTEE, (TRANSFEROR: RICHARD G WOUDSTRA REV TRUST), USA CAPITAL FIRST TRUST DEED FUND, PO BOX 530025, HENDERSON, NV 89053 | US Mail (1st Class) |
| 21614 | OFFICIAL COMM OF EQUITY SEC HOLDERS, ROBERT H MANSFIELD, (TRANSFEROR. ROBERT H MANSFIELD), USA CAPITAL DIVERSIFIED TRUST DEED, 3611 VICTORY AVE, LAS VEGAS, NV 89121-7224 | US Mail (1st Class) |
| 21614 | OFFICIAL COMM OF EQUITY SEC HOLDERS, WEN BALDWIN TTEE, (TRANSFEROR· WEN BALDWIN SEP PROP TRST - 9/2/97), USA CAPITAL FIRST TRUST DEED FUND, 365 DOOLEY DR, HENDERSON, NV 89015 | US Mail (1st Class) |
| 21613 | P JACOBI/A ABRAMS/J MILLS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), AABRAMS@SFF-LAW.COM | E-mail |
| 21613 | P JACOBI/A ABRAMS/J MILLS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR. NORMAN KIVEN), JMILLS@SFF-LAW.COM | E-mail |
| 21613 | P JACOBI/A ABRAMS/J MILLS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR. NORMAN KIVEN), PJACOBI@SFF-LAW COM | E-mail |
| 21614 | PARSONS BEHLE & LATIMER, NANCY ALLF/TIMOTHY THOMAS, (TRANSFEROR: CO-COUNSEL - ALEXANDER ET AL), 411 E BONNEVILLE AVE, #100, LAS VEGAS, NV 89101 | US Mail (1st Class) |
| 21614 | PAUL & DONNA JACQUES, 810 SE 7TH ST, A103, DEERFIELD BEACH, FL 33441 | US Mail (1st Class) |
| 21614 | PENSION BENEFIT GUARANTY CORP, OFFICE OF CHIEF COUNSEL, (TRANSFEROR. PBGC), 1200 K ST NW, WASHINGTON, DC 20005-4026 | US Mail (1st Class) |
| 21614 | PETER BOLINO, 17412 SERENE DR, MORGAN HILL, CA 95037 | US Mail (1st Class) |
| 21613 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), CHERYL@MSMLAW.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21613 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), JAY@MSMLAW.COM | E-mail |
| 21613 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR· LENDERS JAY STEIN ETAL), MSM@MSMLAW.COM | E-mail |
| 21613 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR· LENDERS JAY STEIN ETAL), PETER@MSMLAW.COM | E-mail |
| 21613 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR· ASPEN SQUARE MANAGEMENT INC), IMCCORD@SWLAW.COM | E-mail |
| 21613 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR· ASPEN SQUARE MANAGEMENT INC), JLUSTIG@SWLAW.COM | E-mail |
| 21613 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR  ASPEN SQUARE MANAGEMENT INC), JMCBEE@SWLAW COM | E-mail |
| 21613 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), RKINAS@SWLAW.COM | E-mail |
| 21613 | R VAUGHN GOURLEY, STEPHENS GOURLEY & BYWATER, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT LLC), VGOURLEY@LVCM.COM | E-mail |
| 21614 | REVOCABLE TRUST, LARRY L (TTEE) & PATSY REIGER, (TRANSFEROR: CREDITORS COMMITTEE USACMC), 2615 GLEN EAGLES DR, RENO, NV 89523 | US Mail (1st Class) |
| 21614 | RICHARD HAMMERMAN PC, RICHARD HAMMERMAN, (TRANSFEROR: LERIN HILLS, LTD), 7200 N MOPAC, STE 150, AUSTIN, TX 78731 | US Mail (1st Class) |
| 21613 | RICHARD HOROWITZ, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: RICHARD HOROWITZ), RAH1800@AOL.COM | E-mail |
| 21613 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), MSCHMAHL@MCGUIREWOODS.COM | E-mail |
| 21613 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), PSMOOTS@MCGUIREWOODS.COM | E-mail |
| 21613 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), RJMASON@MCGUIREWOODS.COM | E-mail |
| 21613 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), CBURKE@LAWLASVEGAS.COM | E-mail |
| 21613 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), GKOPANG@LAWLASVEGAS.COM | E-mail |
| 21613 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), RMCKNIGHT@LAWLASVEGAS.COM | E-mail |
| 21613 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), SFOREMASTER@LAWLASVEGAS.COM | E-mail |
| 21613 | ROB CHARLES, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), RCHARLES@LRLAW COM | E-mail |
| 21613 | ROBERT A RUSSELL, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR· RUSSELL/AD DEVELOP GROUP LLC), R RUSSELL@INDUSTRIALWEST.COM | E-mail |
| 21613 | ROBERT AND SANDRA COWMAN, JV DIRECT LENDER, (TRANSFEROR· JV DIRECT LENDER), SPDDCBOB@AOL.COM | E-mail |
| 21613 | ROBERT E TAYLOR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: CHUCK HEINRICHS), CHUCKHEIN@EARTHLINK.COM | E-mail |
| 21614 | ROBERT HARDY, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), 6510 ANSONIA CT, LAS VEGAS, NV 89118-1874 | US Mail (1st Class) |
| 21613 | ROBERT L HAGMAIER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR. ROBERT L HAGMAIER), RHAGMAIER@FWG COM | E-mail |
| 21613 | ROBERT WORTHEN, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR  ROBERT WORTHEN), ROBERTWORTHEN@EARTHLINK.COM | E-mail |
| 21614 | ROCCO J ROCCO, (TRANSFEROR: ROCCO J ROCCO), 12617 COTTAGEVILLE LANE, KELLER, TX 76248 | US Mail (1st Class) |
| 21613 | RONALD D GREEN, GREENBERG TRAURIG LLP, (TRANSFEROR: MESIROW FINANCIAL INTERIM MGMT), GREENRO@GTLAW.COM | E-mail |
| 21614 | RUSSELL AD DEVELOPMENT GROUP LLC, ROBERT RUSSELL, (TRANSFEROR: CREDITORS COMMITTEE USACMC), PO BOX 28216, SCOTTSDALE, AZ 85255 | US Mail (1st Class) |
| 21613 | RUSSELL JAMES ZUARDO, RJZRPH@COX.NET | E-mail |
| 21613 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR· BANK OF AMERICA NA), DBERGSING@HALELANE COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21613 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), ECFVEGAS@HALELANE.COM | E-mail |
| 21613 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), SFLEMING@HALELANE.COM | E-mail |
| 21613 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, GMUSCARI@DEFECTLAWYERS.COM | E-mail |
| 21613 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, SCANEPA@DEFECTLAWYERS COM | E-mail |
| 21613 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, SCOTTCANEPA@YAHOO COM | E-mail |
| 21613 | SEAN NAJARIAN, THE NAJARIAN LAW FIRM, SEAN@NLF LA | E-mail |
| 21613 | STAN WOLKEN, BAYAREASTAN@YAHOO COM | E-mail |
| 21614 | STATE OF NEVADA, (TRANSFEROR: SECRETARY OF STATE), 202 N CARSON ST, CARSON CITY, NV 89701 | US Mail (1st Class) |
| 21613 | STEPHANIE L COOPER, THE COOPER CHRISTENSEN LAW FIRM LLP, (TRANSFEROR: MARGARITA JUNG, SECURED CREDITOR), STEPHANIE@CCFIRM COM | E-mail |
| 21613 | STEPHEN R HARRIS, BELDING HARRIS & PETRONI LTD, (TRANSFEROR: FRANK SNOPKO), STEVE@RENOLAW.BIZ | E-mail |
| 21613 | STEVEN E OSTROW, WHITE AND WILLIAMS, (TRANSFEROR: LIBERTY BANK), OSTROWS@WHITEANDWILLIAMS.COM | E-mail |
| 21613 | STEVEN R ORR, RICHARDS WATSON & GERSHON, (TRANSFEROR: CITY OF TEMECULA CA), SORR@RWGLAW.COM | E-mail |
| 21613 | SUSAN ECKHARDT, NEVADA MORTGAGE LENDING DIVISION, (TRANSFEROR: NEVADA MORTGAGE LENDING DIVISION), SECKHARDT@MLD.NV.GOV  *Email failed* | E-mail |
| 21613 | SUSAN M FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), SFREEMAN@LRLAW COM | E-mail |
| 21613 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (TRANSFEROR: FRANKLIN/STRATFORD INVESTMENT LLC), PALEXANDER@DEANERLAW COM | E-mail |
| 21613 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (TRANSFEROR: FRANKLIN/STRATFORD INVESTMENT LLC), SSCANN@DEANERLAW COM | E-mail |
| 21584 | SUSSMAN SHANK LLP, THOMAS STILLEY, (TRANSFEROR: DAVID FOSSATI), 1000 SW BROADWAY, STE 1400, PORTLAND, OR 97205-3089 | US Mail (1st Class) |
| 21613 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), GEG@GORDONSILVER.COM | E-mail |
| 21613 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), GMG@GORDONSILVER.COM | E-mail |
| 21613 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), MCZ@GORDONSILVER.COM | E-mail |
| 21613 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), TBG@GORDONSILVER COM | E-mail |
| 21613 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), THF@GORDONSILVER COM | E-mail |
| 21614 | TERRA LAW LLP, BRECK E MILDE, (TRANSFEROR: ALBERT LEE), 60 S MARKET ST, STE 200, SAN JOSE, CA 95113 | US Mail (1st Class) |
| 21613 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: HELMS HOMES LLC), USABANKRUPTCY@COX.NET | E-mail |
| 21613 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR TERRY R HELMS LIVING TRST 11/94), USABANKRUPTCY@COX NET | E-mail |
| 21614 | THE GARRETT GROUP LLC, MARTIN B WEISS, ONE BETTERWORLD CIR, STE 300, TEMECULA, CA 92590 | US Mail (1st Class) |
| 21613 | THOMAS C LAWYER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: THOMAS C LAWYER FAMILY TRUST), TCLAWYER@TRANE.COM | E-mail |
| 21613 | THOMAS R BROOKSBANK, BROOKSBANK & ASSOCIATES, (TRANSFEROR: AUGUSTINE TUFFANELLI), TOM@TOMBROOKSBANK.COM | E-mail |
| 21613 | THOMAS STILLEY, SUSSMAN SHANK LLP, (TRANSFEROR: DAVID FOSSATI), TOM@SUSMANSHANK.COM  *Email failed* | E-mail |
| 21613 | TY E KEHOE, KEHOE & ASSOCIATES, (TRANSFEROR: LERIN HILLS LTD), TYKEHOELAW@AOL.COM | E-mail |
| 21614 | US DEPT OF JUSTICE, TAX DIVISION WESTERN REGION, (TRANSFEROR: UNITED STATES DEPT OF JUSTICE), PO BOX 683, BEN FRANKLIN STATION, WASHINGTON, DC 20044 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21614 | US SECURITIES AND EXCHANGE COMM, SANDRA W LAVIGNA, (TRANSFEROR: SEC), 5760 WILSHIRE BLVD, 11TH FL, LOS ANGELES, CA 90036-3648 | US Mail (1st Class) |
| 21614 | USA CAPITAL FIRST TRUST DEED FUND, ROBERT E TAYLOR, (TRANSFEROR: EQUITY SECURITY HOLDER COMMITTEE), 1535 FLYNN RD, CAMARILLO, CA 93012 | US Mail (1st Class) |
| 21614 | USA COMMERCIAL MORTGAGE, THOMAS J ALLISON, (TRANSFEROR: ALL DEBTORS), 4484 S PECOS RD, LAS VEGAS, NV 89121 | US Mail (1st Class) |
| 21614 | VINCE DANELIAN, PO BOX 97782, LAS VEGAS, NV 89193 | US Mail (1st Class) |
| 21613 | WADE B GOCHNOUR/ARYN M FITZWATER, HANEY WOLOSON & MULLINS, (TRANSFEROR: LIBERTY BANK), AFITZWATER@HWMLVLAW.COM | E-mail |
| 21613 | WADE B GOCHNOUR/ARYN M FITZWATER, HANEY WOLOSON & MULLINS, (TRANSFEROR: LIBERTY BANK), WGOCHNOUR@HWMLVLAW.COM | E-mail |
| 21613 | WILLIAM D COPE, COPE & GUERRA, (TRANSFEROR: COPE & GUERRA), COPE_GUERRA@YAHOO.COM | E-mail |
| 21613 | WILLIAM E WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR. ANDREW WELCHER, CREDITOR), WWINFIELD@NCHC.COM | E-mail |
| 21613 | WILLIAM J BULLARD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR. FERTITTA ENTERPRISES INC), BBULLARD@GORDONBIERSCH.COM | E-mail |
| 21613 | WILLIAM J BULLARD, FERTITTA ENTERPRISES INC, (TRANSFEROR: FERTITTA ENTERPRISES INC), BBULLARD@GORDONBIERSCH.COM | E-mail |
| 21613 | WILLIAM L MCGIMSEY, LAWOFFICES601@LVCOXMAIL.COM | E-mail |
| 21613 | WILLIAM WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR: ANDREW WELCHER), WWINFIELD@NCHC COM | E-mail |
| 21614 | WOODBURY & KESLER PC, R WALKER/E LOVERIDGE/R LAMBER, (TRANSFEROR: J MILANOWSKI, T HANTGES ETAL), 265 E 100 SOUTH, STE 300, SALT LAKE CITY, UT 84111 | US Mail (1st Class) |

Subtotal for this group: 221