Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br><br>USA CAPITAL TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br><br>USA SECURITIES, LLC,<br>Debtor. | |

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

## CERTIFICATE OF MAILING (Affects All Debtors)

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2. At the direction of Schwartzer & McPherson Law Firm, Counsel for the Debtors and Debtors-in-Possession in the above-captioned cases, copies of the document identified below by exhibit number were sent to those persons listed on the Service List attached hereto as Exhibit "A" at the addresses shown thereon and via the modes of service indicated thereon, on the 12th day of October, 2006:

Exhibit "1"    NOTICE OF HEARING OF MOTION FOR ORDER APPROVING RETENTION PLAN OF DEBTOR'S REMAINING EMPLOYEES (AFFECTS ALL DEBTORS)
[Re: Docket No. 1429]

Exhibit "A"    Service List regarding Exhibit "1"

DATED: October 13, 2006
El Segundo, California

_____
James H. Myers

State of California    )
                      ) ss
County of Los Angeles )

Personally appeared before me on October 13, 2006, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008

**EXHIBIT 1**

| | |
|---|---|
| 1 | Annette W. Jarvis, Utah Bar No. 1649 |
| 2 | Steven C. Strong, Utah Bar No. 6340 |
|   | RAY QUINNEY & NEBEKER P.C. |
| 3 | 36 South State Street, Suite 1400 |
|   | P.O. Box 45385 |
| 4 | Salt Lake City, Utah 84145-0385 |
|   | Telephone: (801) 532-1500 |
| 5 | Facsimile: (801) 532-7543 |
| 6 | Email: ajarvis@rqn.com |
| 7 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
|   | Jeanette E. McPherson, Nevada Bar No. 5423 |
| 8 | SCHWARTZER & MCPHERSON LAW FIRM |
|   | 2850 South Jones Boulevard, Suite 1 |
| 9 | Las Vegas, Nevada 89146-5308 |
| 10 | Telephone: (702) 228-7590 |
|    | Facsimile: (702) 892-0122 |
| 11 | E-Mail: bkfilings@s-mlaw.com |
| 12 | Attorneys for Debtors and Debtors-in-Possession |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>NOTICE OF HEARING OF MOTION FOR ORDER APPROVING RETENTION PLAN OF DEBTOR'S REMAINING EMPLOYEES (AFFECTS ALL DEBTORS)<br><br>Date: October 19, 2006<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

- 1 -

NOTICE IS HEREBY GIVEN that a Motion for Order Approving Retention Plan of Debtor's Remaining Employees (the "Motion") was filed by Schwartzer & McPherson Law Firm, attorneys for USA Commercial Mortgage Company ("USACM").

USACM's management has prepared a retention plan to encourage the remaining employees to stay until the effective date of the Plan of Reorganization, a copy of which is attached to the Motion as Exhibit A (the "Retention Plan"). The proposed Retention Plan consists of three major components: a) a bonus; b) severance pay; and c) medical benefits, and is summarized as follows:

a. A bonus will be paid to each employee who remains actively employed by USACM on the "Bonus Days" of November 30, 2006, December 31, 2006, January 31, 2006 and February 28, 2006. The bonus to be paid on each Bonus Day shall consist of 5% of the employee's annual salary (calculated for the hourly employees as 5% of their hourly rate multiplied by 2080, which is a standard work year). If the effective date of the Plan of Reorganization is prior to February 28, 2006, any unpaid bonus amounts shall be paid to those employees employed by USACM on the effective date.

b. Severance pay shall be accrued at 2% of annual pay for each pay period beginning October 1, 2006, until an employee has accrued a maximum of 25% of annual salary (or in the case of hourly employees, 25% of their hourly rate multiplied by 2080). Severance pay shall be paid to the employee only if and when the employment is terminated by USACM. Employees shall receive at least 30 days notice of termination, through which time period the severance pay will continue to accrue.

c. If USACM terminates the employees' medical plan, no COBRA medical benefit will be available for former employees as they search for new jobs. Accordingly, the current medical plan will be continued until it is determined by management that it is no longer needed for USACM's employees. At that time, arrangements will be made with the medical plan provider to pre-pay the medical plan for a minimum of 6 months and a maximum of 12 months, so that the remaining employees will be able to continue their medical coverage by paying the same amount to the medical plan provider that they were previously paying to USACM through withholding from their paychecks. If USACM is unable to obtain such continuing coverage for the benefit of the terminated employees through the medical plan provider, USACM may purchase separate individual insurance policies for these terminated employees. The individual policies would be for at least a six month term and provide substantially the same amount of benefits as the medical plan it is replacing.

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written

1 | response on the person who sent you this notice, then:

2 | • The court may *refuse to allow you to speak* at the scheduled hearing; and

3 | • The court may *rule against you* without formally calling the matter at the
4 | hearing.

5 | Pursuant to the Second Amended Order Establishing Case Management Procedures entered September 14, 2006, the deadline to file and serve objections to Requests for Relief set on shortened time shall be no later than three (3) business days before the hearing date.

A copy of the Motion may be obtained by accessing BMC Group, Inc.'s website at www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-0100, or by contacting the office of the Debtor's counsel, Ray Quinney & Nebeker P.C., telephone: (801) 532-1500 or fax: (801) 532-7543.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada on October 19, 2006 at 9:30 a.m.

Dated this 12th day of October, 2006.

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
and

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Esq., Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas NV 89146
Attorneys for Debtors and Debtors-in-Possession

- 3 -

**EXHIBIT A**

## for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 217

### Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21698 | (TRANSFEROR: VINCE DANELIAN), PO BOX 97782, LAS VEGAS, NV, 89193 | US Mail (1st Class) |
| 21697 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR: DEBTOR), AJARVIS@RQN.COM | E-mail |
| 21697 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR: DEBTOR), DMONSON@RQN.COM | E-mail |
| 21697 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR: DEBTOR), SSTRONG@RQN.COM | E-mail |
| 21697 | A WILLIAM & RANEE CEGLIA, JV DIRECT LENDERS, (TRANSFEROR: JV DIRECT LENDERS), AWILLIAM@CEGLIA.NAME | E-mail |
| 21698 | ALLEN J MAULT, JV DIRECT LENDERS, (TRANSFEROR: JV DIRECT LENDERS), 2422 AQUASANTA, TUSTIN, CA, 92782 | US Mail (1st Class) |
| 21698 | ANDREW & ELLEN DAUSCHER, JV DIRECT LENDERS, (TRANSFEROR: JV DIRECT LENDERS), PO BOX 10031, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 21697 | ANDREW M BRUMBY, SHUTTS & BOWEN LLP, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT LLC), ABRUMBY@SHUTTS-LAW.COM | E-mail |
| 21697 | ANNEE NOUNNA, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ANNEE NOUNNA), BELLA8049@AOL.COM | E-mail |
| 21697 | ARTHUR POLACHECK, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: A POLACHECK & G POLCHECK), ARTCLASSICS@BELLSOUTH.NET | E-mail |
| 21698 | ATTILA JEFZENSZKY, 1720 COLAVITA WAY, RENO, NV, 89521 | US Mail (1st Class) |
| 21697 | ATTN SARA M KATZ MNG TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: KATZ 2000 SEPARATE PRPTY TRUST), SKATZ@KATZANDASSOCIATES.COM | E-mail |
| 21697 | B OLSON/B AXELROD/A LORADITCH, BECKLEY SINGLETON CHTD, (TRANSFEROR: EQUITY SEC HOLDERS COMMITTEE), ALORADITCH@BECKLEYLAW.COM | E-mail |
| 21697 | B OLSON/B AXELROD/A LORADITCH, BECKLEY SINGLETON CHTD, (TRANSFEROR: EQUITY SEC HOLDERS COMMITTEE), BOLSON@BECKLEYLAW.COM | E-mail |
| 21698 | BANKRUPTCY CLERK, CLARK COUNTY TREASURER, (TRANSFEROR: CLARK COUNTY), PO BOX 551220, LAS VEGAS, NV, 89155-1220 | US Mail (1st Class) |
| 21698 | BANKRUPTCY DEPT, INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), STOP 5028, 110 CITY PKWY, LAS VEGAS, NV, 89106 | US Mail (1st Class) |
| 21698 | BANKRUPTCY DESK, EMPLOYERS INSURANCE CO OF NV, (TRANSFEROR: EMPLOYERS INSURANCE CO OF NV), 9790 GATEWAY DR, RENO, NV, 89521-5906 | US Mail (1st Class) |
| 21698 | BANKRUPTCY DIVISION, NY DEPARTMENT OF TAXATION, (TRANSFEROR: NY DEPARTMENT OF TAXATION), 555 E WASHINGTON, #1300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21697 | BRADLEY J STEVENS, JENNINGS STROUSS & SALMON PLC, (TRANSFEROR: LOU O MOLDONADO, TRUSTEE), BSTEVENS@JSSLAW.COM | E-mail |
| 21698 | BRECK E MILDE, TERRA LAW LLP, (TRANSFEROR: ALBERT LEE), 60 S MARKET ST, STE 200, SAN JOSE, CA, 95113 | US Mail (1st Class) |
| 21697 | BRUCE H CORUM/JAUNITA CARTER, TTEE CREDIT SHELTER TRUST J CARTER, (TRANSFEROR: JV DIRECT LENDERS), THECORUMHOUSE@YAHOO.COM | E-mail |
| 21697 | C CUNNINGHAM/J KOHL/C ROBERTS, RAWLINGS OLSON CANNON ETAL, (TRANSFEROR: PROSPECT HIGH INCOME FUND, ETAL), BANKRUPTCY@ROCGD.COM | E-mail |
| 21698 | C/O BANKRUPTCY CLERK, CLARK COUNTY, (TRANSFEROR: CLARK COUNTY ASSESSOR), PO BOX 551401, LAS VEGAS, NV, 89155-1401 | US Mail (1st Class) |
| 21698 | CARLOS GONZALEZ ASST US ATTY, OFFICE OF THE US ATTORNEY GENERAL, (TRANSFEROR: USA), 333 LAS VEGAS BLVD S, STE 5000, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21697 | CARYN S TIJSSELING, BEESLEY PECK & MATTEONI LTD, (TRANSFEROR: S&J ENTERPRISE INVESTMENTS INC), AHA@BEESLEYANDPECK.COM | E-mail |
| 21697 | CARYN S TIJSSELING, BEESLEY PECK & MATTEONI LTD, (TRANSFEROR: S&J ENTERPRISE INVESTMENTS INC), CST@BEESLEYANDPECK.COM | E-mail |
| 21697 | CHARLES & RITA ANDERSON TRUSTS, BALTES COMPANY, (TRANSFEROR: JV DIRECT LENDERS), CHASBAND@EARTHLINK.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21697 | CHARLES O NICHOLS, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: CHARLES O NICHOLS & FLORA A NICHOLS), HARLEYNICHOLS@COX.NET | E-mail |
| 21698 | CHRIS MCKINNEY, BAY COMMUNITIES, 4800 N FEDERAL HIGHWAY, STE A205, BOCA RATON, FL, 33431 | US Mail (1st Class) |
| 21697 | CHRISTOPHER D JAIME, WALTHER KEY MAUPIN ETAL, (TRANSFEROR: GANNAWAY CHARITABLE REMAINDER TRUST), CJAIME@MCLRENOLAW.COM | E-mail |
| 21698 | DANIEL BOGDEN/CARLOS GONZALEZ, DISTRICT OF NEVADA, (TRANSFEROR: US ATTORNEY'S OFFICE), 333 LAS VEGAS BLVD S, #5000, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21697 | DAVID AND PAMELA SEXTON, JV DIRECT LENDERS, (TRANSFEROR: JV DIRECT LENDERS), PAMSEXTON@COX.NET | E-mail |
| 21698 | DAVID W MOUNIER, (TRANSFEROR: DON TOMLIN), 15316 SKY HIGH RD, ESCONDIDO, CA, 92025 | US Mail (1st Class) |
| 21697 | DENNIS FLIER, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: DENNIS FLIER INC DBT DATED 6/29/87), DSFOMI@AOL.COM | E-mail |
| 21698 | DISTRICT COUNSEL, INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), 110 CITY PKWY, LAS VEGAS, NV, 89106 | US Mail (1st Class) |
| 21698 | DISTRICT OFFICE, FHA/HUD, (TRANSFEROR: FHA/HUD), 300 S LAS VEGAS BLVD, STE 2900, LAS VEGAS, NV, 89101-5833 | US Mail (1st Class) |
| 21698 | DMV/PUBLIC SAFETY RECORDS SECTION, (TRANSFEROR: DMV/PUBLIC SAFETY RECORDS SECTION), 555 WRIGHT WAY, CARSON CITY, NV, 89711-0250 | US Mail (1st Class) |
| 21697 | DONALD R WALKER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: DEL BUNCH DBA LOAN PTNS CAPITAL), DRWALKER1@COX.NET | E-mail |
| 21697 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: COMMUNITY BANK OF NEVADA), JEFF@SYLVESTERPOLEDNAK.COM | E-mail |
| 21697 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: COMMUNITY BANK OF NEVADA), SANDPLEGAL@YAHOO.COM | E-mail |
| 21697 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: COMMUNITY BANK OF NEVADA), SPBANKRUPTCY@YAHOO.COM | E-mail |
| 21697 | DRS DAVID AND BONNIE ENRICO, JV DIRECT LENDERS, (TRANSFEROR: JV DIRECT LENDERS), SKYPILOT1@BLOMAND.NET | E-mail |
| 21697 | EDWARD W HOMFELD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: HOMFELD II LLC), NHOMFELD@GMAIL.COM | E-mail |
| 21697 | EDWARD W HOMFELD, HOMFELD II LLC, (TRANSFEROR: HOMFELD II LLC), NHOMFELD@GMAIL.COM | E-mail |
| 21698 | EMPLOYMENT SEC DIV CONTRIB SEC, DEPARMENT OF EMPLOYMENT TRAINING, (TRANSFEROR: DOET), 500 E 3RD ST, CARSON CITY, NV, 89713-0030 | US Mail (1st Class) |
| 21697 | ERVEN T NELSON/ROBERT L BOLICK, BOLICK & BOYER, (TRANSFEROR: LEO MANTAS), ERV@RLBOLICK.COM | E-mail |
| 21698 | EVAN BEAVERS, LOCAL COUNSEL, (TRANSFEROR: ALBERT LEE), 1625 HIGHWAY 88, STE 304, MINDEN, NV, 89423 | US Mail (1st Class) |
| 21697 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), CPAJAK@STUTMAN.COM | E-mail |
| 21697 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), EKARASIK@STUTMAN.COM | E-mail |
| 21697 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), FMEROLA@STUTMAN.COM | E-mail |
| 21698 | FERTITTA ENTERPRISES INC, (TRANSFEROR: COMMITTEE CONTRACT RIGHTS HOLDERS), 2960 W SAHARA AVE, STE 200, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 21698 | FRANK A ELLIS III, ELLIS & GORDON PC, (TRANSFEROR: ANDREW WELCHER), 510 S 9TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21697 | FRANK COLLINS, SIERRA HEALTH SERVICES, (TRANSFEROR: JV DIRECT LENDERS), CAROMI@SIERRAHEALTH.COM | E-mail |
| 21697 | FRANK COLLINS, SIERRA HEALTH SERVICES, (TRANSFEROR: JV DIRECT LENDERS), LEG104@SIERRAHEALTH.COM | E-mail |
| 21697 | FRANKLIN C ADAMS, BEST BEST & KRIEGER LLP, ARTHUR.JOHNSTON@BBKLAW COM | E-mail |
| 21697 | FRANKLIN C ADAMS, BEST BEST & KRIEGER LLP, FRANKLIN.ADAMS@BBKLAW.COM | E-mail |
| 21698 | GARY A SHEERIN ESQ, JV DIRECT LENDER, (TRANSFEROR: JV DIRECT LENDER), 177 W PROCTOR ST, #B, CARSON CITY, NV, 89703 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21698 | GEORGE GORMAN, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES LLC), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 21697 | GILBERT B WEISMAN, C/O BECKET AND LEE LLP, (TRANSFEROR: AMERICAN EXPRESS BANK FSB), NOTICES@BECKET-LEE.COM | E-mail |
| 21697 | HOWARD CONNELL, HOWLOR5@AOL.COM | E-mail |
| 21698 | INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), OGDEN, UT, 84201 | US Mail (1st Class) |
| 21698 | INTERSHOW, (TRANSFEROR: USA CAPITAL REALTY ADVISORS LLC), THE GITHLER CENTER, 1258 N PALM AVE, SARASOTA, FL, 34236 | US Mail (1st Class) |
| 21697 | JAMES D GREENE, SCHRECK BRIGNONE, (TRANSFEROR: CAPITAL CROSSING BANK), JGREENE@SCHRECKLAW.COM | E-mail |
| 21697 | JAMES G SCHWARTZ/JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, (TRANSFEROR: RODNEY ROLOFF ETAL), JOSH@JGSCHWARTZ.COM | E-mail |
| 21698 | JAMES HULL, C/O SIGNATURE FINANCIAL, (TRANSFEROR: USA SECURITIES LLC), 2601 AIRPORT DR, # 370, TORRANCE, CA, 90505 | US Mail (1st Class) |
| 21697 | JAMES MCCOLLUM, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: JAMES MCCOLLUM & PAMELA MCCOLLUM), JAMESWMCCOLLUM@AOL.COM | E-mail |
| 21697 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), ABOEHMER@SHEACARLYON COM | E-mail |
| 21697 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), BANKRUPTCYFILINGS@SHEACARLYON.COM | E-mail |
| 21697 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), CCARLYON@SHEACARLYON.COM | E-mail |
| 21697 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), LTREADWAY@SHEACARLYON.COM | E-mail |
| 21697 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), RMSMITH@SHEACARLYON.COM | E-mail |
| 21697 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), SMILLER@SHEACARLYON.COM | E-mail |
| 21697 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), SSHERMAN@SHEACARLYON.COM | E-mail |
| 21698 | JAMES R BONFIGLIO GP, (TRANSFEROR: BOARDWALK INVESTMENTS LP), 8635 W SAHARA AVE, UNIT 200, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 21697 | JANET L CHUBB, JONES VARGAS, (TRANSFEROR: JOSEPH, LORETTA AND MARK DONNOLO), JLC@JONESVARGAS.COM | E-mail |
| 21697 | JANET L CHUBB, JONES VARGAS, (TRANSFEROR: JOSEPH, LORETTA AND MARK DONNOLO), TBW@JONESVARGAS.COM | E-mail |
| 21698 | JANNY CATHARINA BROUWER, 2533 KINNARD AVE, HENDERSON, NV, 89074 | US Mail (1st Class) |
| 21698 | JAY R EATON, EATON & O`LEARY PLLC, (TRANSFEROR: MICHAEL R SHULER), 115 GROVE AVE, PRESCOTT, AZ, 86301 | US Mail (1st Class) |
| 21698 | JAY R EATON, EATON & O`LEARY PLLC, (TRANSFEROR: MICHAEL R SHULER), PO BOX 18, FAIRBURY, IL, 61739 | US Mail (1st Class) |
| 21698 | JB PARTAIN, PRESIDENT, MOJAVE CANYON INC, (TRANSFEROR: JV DIRECT LENDER), 1400 COLORADO ST, #C, BOULDER, CO, 89005 | US Mail (1st Class) |
| 21697 | JED A HART, ANGELO GORDON & CO, JHART@ANGELOGORDON.COM | E-mail |
| 21697 | JEFFREY A COGAN, LAW OFFICES OF JEFFREY A COGAN CHTD, (TRANSFEROR: ROBERT VERCHOTA GEN PTNR), JEFFREY@JEFFREYCOGAN.COM | E-mail |
| 21697 | JEFFREY D HERMANN, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), JHERMANN@ORRICK.COM | E-mail |
| 21697 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), GIKLEPEL@KSSATTORNEYS.COM | E-mail |
| 21697 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), JSLOANE@KSSATTORNEYS.COM | E-mail |
| 21697 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), RMMCONNELL@KSSATTORNEYS.COM | E-mail |
| 21697 | JEFFREY R SYLVESTER, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: USA COMMERCIAL REAL ESTATE GROUP), JEFF@SYLVESTERPOLEDNAK.COM | E-mail |
| 21698 | JERROLD T MARTIN, (TRANSFEROR: JERROLD T MARTIN), 8423 PASO ROBLES, NORTHRIDGE, CA, 91325 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21697 | JERRY T MCGIMSEY, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: JERRY T MCGIMSEY), JTMACG@EARTHLINK.COM | E-mail |
| 21697 | JOAN C WRIGHT, ALLISON MACKENZIE RUSSELL ETAL, (TRANSFEROR: ROYAL VACATINO SUITES INC), JBROOKS@ALLISONMACKENZIE.COM | E-mail |
| 21697 | JOAN C WRIGHT, ALLISON MACKENZIE RUSSELL ETAL, (TRANSFEROR: ROYAL VACATINO SUITES INC), JWRIGHT@ALLISONMACKENZIE.COM | E-mail |
| 21698 | JOHN BAUER, (TRANSFEROR: JOHN BAUER IRA), 40808 N RIVERBEND, ANTHEM, AZ, 85086 | US Mail (1st Class) |
| 21697 | JOHN F MURTHA, WOODBURN AND WEDGE, (TRANSFEROR: JOHN AND GARY MICHELSEN), JMURTHA@WOODBURNANDWEDGE.COM | E-mail |
| 21697 | JOHN GOINGS, (TRANSFEROR: COMMITTEE USA CAP 1ST TR DEED), JGOINGS@BHWK.COM | E-mail |
| 21697 | JOHN H WARNER JR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: JOHN H WARNER JR), WQF1@AOL.COM | E-mail |
| 21698 | JOHN PETER LEE, JOHN PETER LEE LTD, 830 LAS VEGAS BLVD S, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21698 | JOHN WARNER JR IRA, (TRANSFEROR: EQUITY SECURITY HOLDERS COMMITTEE), C/O FIRST SAVINGS BANK, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 21698 | JOHN WARNER JR IRA, C/O FIRST SAVINGS BANK, (TRANSFEROR: COMMITTEE OF USA CAPITAL 1ST TRUST), 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 21697 | JOSEPH HUGGINS, HUGGINS & ASSOCIATES, (TRANSFEROR: J MILANOWSKI, T HANTAGES, ETAL), JOEHUGGINS@SBCGLOBAL.NET | E-mail |
| 21697 | KELLY J BRINKMAN, GOOLD PATTERSON ALES & DAY, (TRANSFEROR: GOOLD PATTERSON ALES & DAY), KBRINKMAN@GOOLDPATTERSON.COM | E-mail |
| 21697 | KEN BONNET, KEHL FAMILY, (TRANSFEROR: JV DIRECT LENDERS), KEN.BONNET@RIVERSIDECASINOANDRESORT.COM | E-mail |
| 21697 | KERIANN M ATENCIO, GREENBERG TRAURIG LLP, (TRANSFEROR: NEVADA STATE BANK), ATENCIOK@GTLAW.COM | E-mail |
| 21698 | KERMIT KRUSE, 2710 ALBANY AVE, DAVIS, CA, 95616 | US Mail (1st Class) |
| 21697 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR: ROSEBERRY FAMILY LP/ROBT WORTHEN), EJAMESLV@EARTHLINK.COM | E-mail |
| 21697 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR: ROSEBERRY FAMILY LP/ROBT WORTHEN), KBCHRISLAW@AOL.COM | E-mail |
| 21697 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR: ROSEBERRY FAMILY LP/ROBT WORTHEN), XANNA.HARDMAN@GMAIL.COM | E-mail |
| 21698 | KUMMER KAEMPFER ETAL, (TRANSFEROR: USA CAPITAL REALTY ADVISORS LLC), 3800 HOWARD HUGHES PKWY, 7TH FL, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 21697 | KURT HUNSBERGER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: GANNAWAY CHARITABLE REMAINDER TRST), KHUNSBERGER@WALTHERKEY.COM<br>email failed | E-mail |
| 21710 | KURT HUNSBERGER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: GANNAWAY CHARITABLE REMAINDER TRST), USA CAPITAL DIVERSIFIED TRUST DEED, 3500 LAKESIDE CT #200, RENO, NV, 89520 | US Mail (1st Class) |
| 21698 | LARRY L (TTEE) & PATSY REIGER, REVOCABLE TRUST, (TRANSFEROR: CREDITORS COMMITTEE USACMC), 2615 GLEN EAGLES DR, RENO, NV, 89523 | US Mail (1st Class) |
| 21697 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), BKLSCLV@LIONELSAWYER.COM | E-mail |
| 21697 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), GBAGLEY@LIONELSAWYER.COM | E-mail |
| 21697 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), LDAVIS@LIONELSAWYER.COM | E-mail |
| 21697 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), LDAVISESQ@AOL.COM | E-mail |
| 21697 | LEE D MACKSON, SHUTTS & BOWEN LLP, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT), LMACKSON@SHUTTS-LAW.COM | E-mail |
| 21697 | LENARD SCHWARTZER/J MCPHERSON, SCHWARTZER & MCPHERSON LAW FIRM, (TRANSFEROR: DEBTOR LOCAL COUNSEL), BKFILINGS@S-MLAW COM | E-mail |
| 21698 | LOAN SERVICE AND CLAIMS, DEPT OF VETERANS AFFAIRS, (TRANSFEROR: DEPT OF VETERANS AFFAIRS), 3225 N CENTRAL, PHOENIX, AZ, 85102 | US Mail (1st Class) |
| 21697 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), LERNCE@ORRICK.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21697 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), MALEVINSON@ORRICK COM | E-mail |
| 21698 | MARGIE GANDOLFO, 1724 ARROW WOOD DR, RENO, NV, 89521 | US Mail (1st Class) |
| 21697 | MARION E WYNNE, WILKINS BANKESTER BILES & WYNNE PA, (TRANSFEROR: SHARON JUNO), TWYNNE@WBBWLAW COM | E-mail |
| 21697 | MARJORIE A GUYMON, GOLDSMITH & GUYMON PC, (TRANSFEROR: MOUNTAIN WEST MORTGAGE ETC), MGUYMON@GOLDGUYLAW.COM | E-mail |
| 21698 | MARTIN B WEISS, THE GARRETT GROUP LLC, ONE BETTERWORLD CIR, STE 300, TEMECULA, CA, 92590 | US Mail (1st Class) |
| 21697 | MARY ELLEN MORO, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: MARY ELLEN MORO), MARYELLEN.MORO@VERIZON.NET | E-mail |
| 21698 | MARYETTA BOWMAN, 534 ENCHANTED LAKES DR, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 21697 | MATTHEW Q CALLISTER, CALLISTER & REYNOLDS, (TRANSFEROR: PROJECT DISBURSEMENT GROUP INC), MAGGIE@CALLISTER-REYNOLDS.COM | E-mail |
| 21697 | MATTHEW Q CALLISTER, CALLISTER & REYNOLDS, (TRANSFEROR: PROJECT DISBURSEMENT GROUP INC), MQC@CALLISTER-REYNOLDS.COM | E-mail |
| 21697 | MICHAEL T YODER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR· ADVANCED INFORMATION SYSTEMS), MYODER@AISINFO.COM | E-mail |
| 21698 | NANCY ALLF/TIMOTHY THOMAS, PARSONS BEHLE & LATIMER, (TRANSFEROR: CO-COUNSEL - ALEXANDER ET AL), 411 E BONNEVILLE AVE, #100, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21697 | NANCY CORBIN, NEVADA MORTGAGE LENDING DIVISION, (TRANSFEROR: NEVADA MORTGAGE LENDING DIVISION), NJCORBIN@MLD NV.GOV | E-mail |
| 21697 | NICHOLAS J SANTORO, NICHOLAS J SANTORO ESQ, (TRANSFEROR: NICHOLAS SANTORO ETAL), NSANTORO@NEVADAFIRM.COM | E-mail |
| 21697 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR: MIKLOS STEUER), JMACROBBIE@KLNEVADA.COM | E-mail |
| 21697 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR: MIKLOS STEUER), NLEATHAM@KLNEVADA.COM | E-mail |
| 21698 | OFFICE OF CHIEF COUNSEL, PENSION BENEFIT GUARANTY CORP, (TRANSFEROR: PBGC), 1200 K ST NW, WASHINGTON, DC, 20005-4026 | US Mail (1st Class) |
| 21698 | OFFICE OF LABOR COMMISSIONER, (TRANSFEROR: OFFICE OF LABOR COMMISSIONER), 555 E WASHINGTON AVE, STE 4100, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 21697 | OFFICE OF THE UNITED STATES TRUSTEE, (TRANSFEROR: UST), USTPREGION17.LV.ECF@USDOJ.GOV | E-mail |
| 21697 | P JACOBI/A ABRAMS/J MILLS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), AABRAMS@SFF-LAW.COM | E-mail |
| 21697 | P JACOBI/A ABRAMS/J MILLS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), JMILLS@SFF-LAW.COM | E-mail |
| 21697 | P JACOBI/A ABRAMS/J MILLS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), PJACOBI@SFF-LAW.COM | E-mail |
| 21698 | PAUL & DONNA JACQUES, 810 SE 7TH ST, A103, DEERFIELD BEACH, FL, 33441 | US Mail (1st Class) |
| 21698 | PETER BOLINO, 17412 SERENE DR, MORGAN HILL, CA, 95037 | US Mail (1st Class) |
| 21697 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), CHERYL@MSMLAW.COM | E-mail |
| 21697 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), JAY@MSMLAW.COM | E-mail |
| 21697 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), MSM@MSMLAW.COM | E-mail |
| 21697 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), PETER@MSMLAW.COM | E-mail |
| 21698 | R HAGMAIER, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES LLC), 4510 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 21697 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), IMCCORD@SWLAW.COM | E-mail |
| 21697 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), JLUSTIG@SWLAW.COM | E-mail |
| 21697 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR· ASPEN SQUARE MANAGEMENT INC), JMCBEE@SWLAW.COM | E-mail |

USA Commercial Mortgage Company fka USA Capı

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21697 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), RKINAS@SWLAW.COM | E-mail |
| 21697 | R VAUGHN GOURLEY, STEPHENS GOURLEY & BYWATER, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT LLC), VGOURLEY@LVCM COM | E-mail |
| 21698 | R WALKER/E LOVERIDGE/R LAMBER, WOODBURY & KESLER PC, (TRANSFEROR: J MILANOWSKI, T HANTGES ETAL), 265 E 100 SOUTH, STE 300, SALT LAKE CITY, UT, 84111 | US Mail (1st Class) |
| 21698 | REVENUE DIVISION, NV DEPARTMENT OF TAXATION, (TRANSFEROR: NV DEPARTMENT OF TAXATION), CAPITOL COMPLEX, CARSON CITY, NV, 89710-0003 | US Mail (1st Class) |
| 21698 | RICHARD G WOUDSTRA TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: RICHARD G WOUDSTRA REV TRUST), USA CAPITAL FIRST TRUST DEED FUND, PO BOX 530025, HENDERSON, NV, 89053 | US Mail (1st Class) |
| 21698 | RICHARD HAMMERMAN, RICHARD HAMMERMAN PC, (TRANSFEROR: LERIN HILLS, LTD), 7200 N MOPAC, STE 150, AUSTIN, TX, 78731 | US Mail (1st Class) |
| 21697 | RICHARD HOROWITZ, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR· RICHARD HOROWITZ), RAH1800@AOL.COM | E-mail |
| 21697 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), MSCHMAHL@MCGUIREWOODS.COM | E-mail |
| 21697 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), PSMOOTS@MCGUIREWOODS.COM | E-mail |
| 21697 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), RJMASON@MCGUIREWOODS.COM | E-mail |
| 21697 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR· RICHARD MCKNIGHT), CBURKE@LAWLASVEGAS.COM | E-mail |
| 21697 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), GKOPANG@LAWLASVEGAS.COM | E-mail |
| 21697 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), RMCKNIGHT@LAWLASVEGAS.COM | E-mail |
| 21697 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), SFOREMASTER@LAWLASVEGAS.COM | E-mail |
| 21697 | ROB CHARLES, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), RCHARLES@LRLAW.COM | E-mail |
| 21697 | ROBERT A RUSSELL, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: RUSSELL/AD DEVELOP GROUP LLC), R.RUSSELL@INDUSTRIALWEST.COM | E-mail |
| 21697 | ROBERT AND SANDRA COWMAN, JV DIRECT LENDER, (TRANSFEROR: JV DIRECT LENDER), SPDDCBOB@AOL.COM | E-mail |
| 21697 | ROBERT E TAYLOR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: CHUCK HEINRICHS), CHUCKHEIN@EARTHLINK.COM | E-mail |
| 21698 | ROBERT E TAYLOR, USA CAPITAL FIRST TRUST DEED FUND, (TRANSFEROR: EQUITY SECURITY HOLDER COMMITTEE), 1535 FLYNN RD, CAMARILLO, CA, 93012 | US Mail (1st Class) |
| 21698 | ROBERT H MANSFIELD, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR· ROBERT H MANSFIELD), USA CAPITAL DIVERSIFIED TRUST DEED, 3611 VICTORY AVE, LAS VEGAS, NV, 89121-7224 | US Mail (1st Class) |
| 21698 | ROBERT HARDY, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), 6510 ANSONIA CT, LAS VEGAS, NV, 89118-1874 | US Mail (1st Class) |
| 21697 | ROBERT L HAGMAIER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ROBERT L HAGMAIER), RHAGMAIER@FWG.COM | E-mail |
| 21698 | ROBERT RUSSELL, RUSSELL AD DEVELOPMENT GROUP LLC, (TRANSFEROR: CREDITORS COMMITTEE USACMC), PO BOX 28216, SCOTTSDALE, AZ, 85255 | US Mail (1st Class) |
| 21697 | ROBERT WORTHEN, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: ROBERT WORTHEN), ROBERTWORTHEN@EARTHLINK.COM | E-mail |
| 21698 | ROCCO J ROCCO, (TRANSFEROR: ROCCO J ROCCO), 12617 COTTAGEVILLE LANE, KELLER, TX, 76248 | US Mail (1st Class) |
| 21697 | RONALD D GREEN, GREENBERG TRAURIG LLP, (TRANSFEROR· MESIROW FINANCIAL INTERIM MGMT), GREENRO@GTLAW.COM | E-mail |
| 21697 | RUSSELL JAMES ZUARDO, RJZRPH@COX.NET | E-mail |
| 21698 | SANDRA W LAVIGNA, US SECURITIES AND EXCHANGE COMM, (TRANSFEROR: SEC), 5760 WILSHIRE BLVD, 11TH FL, LOS ANGELES, CA, 90036-3648 | US Mail (1st Class) |
| 21697 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), DBERGSING@HALELANE.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21697 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), ECFVEGAS@HALELANE.COM | E-mail |
| 21697 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), SFLEMING@HALELANE COM | E-mail |
| 21697 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, GMUSCARI@DEFECTLAWYERS.COM | E-mail |
| 21697 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, SCANEPA@DEFECTLAWYERS.COM | E-mail |
| 21697 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, SCOTTCANEPA@YAHOO.COM | E-mail |
| 21697 | SEAN NAJARIAN, THE NAJARIAN LAW FIRM, SEAN@NLF.LA | E-mail |
| 21697 | STAN WOLKEN, BAYAREASTAN@YAHOO.COM | E-mail |
| 21698 | STATE OF NEVADA, (TRANSFEROR: SECRETARY OF STATE), 202 N CARSON ST, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 21697 | STEPHANIE L COOPER, THE COOPER CHRISTENSEN LAW FIRM LLP, (TRANSFEROR: MARGARITA JUNG, SECURED CREDITOR), STEPHANIE@CCFIRM.COM | E-mail |
| 21697 | STEPHEN R HARRIS, BELDING HARRIS & PETRONI LTD, (TRANSFEROR: FRANK SNOPKO), STEVE@RENOLAW.BIZ | E-mail |
| 21697 | STEVEN E OSTROW, WHITE AND WILLIAMS, (TRANSFEROR: LIBERTY BANK), OSTROWS@WHITEANDWILLIAMS.COM | E-mail |
| 21697 | STEVEN R ORR, RICHARDS WATSON & GERSHON, (TRANSFEROR: CITY OF TEMECULA CA), SORR@RWGLAW.COM | E-mail |
| 21697 | SUSAN M FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), SFREEMAN@LRLAW.COM | E-mail |
| 21697 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (TRANSFEROR: FRANKLIN/STRATFORD INVESTMENT LLC), PALEXANDER@DEANERLAW.COM | E-mail |
| 21697 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (TRANSFEROR: FRANKLIN/STRATFORD INVESTMENT LLC), SSCANN@DEANERLAW COM | E-mail |
| 21697 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR· BUCKALEW TRUST/EXEC CONT COMMITTEE), GEG@GORDONSILVER.COM | E-mail |
| 21697 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR· BUCKALEW TRUST/EXEC CONT COMMITTEE), GMG@GORDONSILVER.COM | E-mail |
| 21697 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), MCZ@GORDONSILVER.COM | E-mail |
| 21697 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), TBG@GORDONSILVER.COM | E-mail |
| 21697 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), THF@GORDONSILVER.COM | E-mail |
| 21698 | TAX DIVISION WESTERN REGION, US DEPT OF JUSTICE, (TRANSFEROR: UNITED STATES DEPT OF JUSTICE), PO BOX 683, BEN FRANKLIN STATION, WASHINGTON, DC, 20044 | US Mail (1st Class) |
| 21697 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: HELMS HOMES LLC), USABANKRUPTCY@COX.NET | E-mail |
| 21697 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: TERRY R HELMS LIVING TRST 11/94), USABANKRUPTCY@COX.NET | E-mail |
| 21697 | THOMAS C LAWYER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: THOMAS C LAWYER FAMILY TRUST), TCLAWYER@TRANE.COM | E-mail |
| 21698 | THOMAS J ALLISON, USA COMMERCIAL MORTGAGE, (TRANSFEROR: ALL DEBTORS), 4484 S PECOS RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 21697 | THOMAS R BROOKSBANK, BROOKSBANK & ASSOCIATES, (TRANSFEROR: AUGUSTINE TUFFANELLI), TOM@TOMBROOKSBANK.COM | E-mail |
| 21697 | THOMAS STILLEY, SUSSMAN SHANK LLP, (TRANSFEROR: DAVID FOSSATI), TOM@SUSSMANSHANK.COM | E-mail |
| 21698 | TIM RICH, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 21697 | TY E KEHOE, KEHOE & ASSOCIATES, (TRANSFEROR: LERIN HILLS LTD), TYKEHOELAW@AOL.COM | E-mail |
| 21698 | VINCE DANELIAN, PO BOX 97782, LAS VEGAS, NV, 89193 | US Mail (1st Class) |
| 21697 | WADE B GOCHNOUR/ARYN M FITZWATER, HANEY WOLOSON & MULLINS, (TRANSFEROR: LIBERTY BANK), AFITZWATER@HWMLVLAW.COM | E-mail |
| 21697 | WADE B GOCHNOUR/ARYN M FITZWATER, HANEY WOLOSON & MULLINS, (TRANSFEROR: LIBERTY BANK), WGOCHNOUR@HWMLVLAW.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21698 | WEN BALDWIN TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: WEN BALDWIN SEP PROP TRST - 9/2/97), USA CAPITAL FIRST TRUST DEED FUND, 365 DOOLEY DR, HENDERSON, NV, 89015 | US Mail (1st Class) |
| 21697 | WILLIAM D COPE, COPE & GUERRA, (TRANSFEROR: COPE & GUERRA), COPE_GUERRA@YAHOO.COM | E-mail |
| 21697 | WILLIAM E WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR: ANDREW WELCHER, CREDITOR), WWINFIELD@NCHC.COM | E-mail |
| 21697 | WILLIAM J BULLARD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: FERTITTA ENTERPRISES INC), BBULLARD@GORDONBIERSCH.COM | E-mail |
| 21697 | WILLIAM J BULLARD, FERTITTA ENTERPRISES INC, (TRANSFEROR: FERTITTA ENTERPRISES INC), BBULLARD@GORDONBIERSCH.COM | E-mail |
| 21697 | WILLIAM L MCGIMSEY, LAWOFFICES601@LVCOXMAIL.COM | E-mail |
| 21697 | WILLIAM WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR: ANDREW WELCHER), WWINFIELD@NCHC.COM | E-mail |

Subtotal for this group: 217