GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

E-FILED: OCTOBER 13, 2006

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor. | JOINTLY ADMINISTERED<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATION OF THE OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY FOR REIMBURSEMENT OF EXPENSES OF COMMITTEE MEMBERS** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: October 19, 2006<br>Time: 9:30 a.m. |

    1.    I served the foregoing document by the following means to the persons as listed below:

        ☒    a.    ECF System to the persons listed on **Exhibit A**.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
N NTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/430854.doc

|   |   |   |
|---|---|---|
| ☒ | b. | United States Mail, postage fully prepaid to the person listed on **Exhibit B.** |
| ☐ | c. | Personal Service to: |
| ☒ | d. | By direct email to: Stan Wolken at bayareastand@yahoo.com. |
| ☐ | e. | By fax transmission to: |
| ☐ | f. | By messenger to: |

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 13th day of October, 2006.

*Emma Tonkovich*
Emma Tonkovich, an employee of
Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/430854.doc

2

# EXHIBIT A

## File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GRAY, TALITHA B. entered on 10/13/2006 at 11:22 AM PDT and filed on 10/13/2006
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 1529

**Docket Text:**
Notice of Hearing Hearing scheduled 10/19/2006 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. Filed by TALITHA B. GRAY on behalf of OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO (Related document(s) [1360] Application for Compensation filed by Creditor Committee OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO) (GRAY, TALITHA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\etonkovich\Desktop\NOH on Committee Reimbursement of Expenses.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2006] [FileNumber=7393926-0
] [18888eb8ebb1af053de22cc9d0796d85847d3d657e517a9d9c0e2f6d419d5fa558e
590fdb9ea8d3f8646abe2d2bf5ce741c437a898087c89feedc65ada2c7db3]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM,

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com,

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com,

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com,

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN    xanna.hardman@gmail.com,

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com,

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyo

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    cst@beesleymatteoni.com, aha@beesleymatteoni.com

AMY N TIRRE    atirre@kkbrf.com, ksims@kkbrf.com;lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

GREGORY J. WALCH    GWalch@Nevadafirm.com,

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

RICHARD D. GREEN

,

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR

LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEWIS AND ROCA LLP
,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR

LOS ANGELES, CA 90067

RUSSELL S. WALKER
265 EAST 100 SOUTH
SUITE 300
SALT LAKE CITY, UT 84111

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

# EXHIBIT B

USA COMMERCIAL MORTGAGE
COMPANY FKA USA CAPITAL
THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

ANNETTE W. JARVIS, ESQ
RAY QUINNEY & NEBEKER P.C.
P.O. BOX 45385
FOR: DEBTOR
36 SOUTH STATE STREET, STE. 1400
SALT LAKE CITY, UT 84145-0385

PETER BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA 95037

DON TOMLIN
C/O DAVID W. MOUNIER
1536 SKY HIGH RD
ESCONDIDO, CA 92025

RJ ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

JANNY CATHARINA BROUWER
2533 KINNARD AVENUE
HENDERSON, NV 89074

MARTIN B. WEISS, ESQ.
THE GARRETT GROUP, LLC
ONE BETTERWORLD CIRCLE
SUITE 300
TEMECULA, CA 92590

STAN WOLKEN
bayareastan@yahoo.com

GILBER B. WEISMAN, ESQ.
BECKET AND LEE LLP
FOR: AMERICAN EXPRESS BANK FSB
P.O. BOX 3001
MALVERN, PA 19355-0701

FRANK A. MEROLA, ESQ.
EVE H. KARASIK, ESQ.
STUTMAN, TREISTER & GLATT, P.C.
FOR: EQUITY SEC. HOLDERS
1901 AVE. OF THE STARS, 12TH FL
LOS ANGELES, CA 90067

WILLIAM E. WINFIELD, ESQ.
NORDMAN CORMANY ET AL
FOR: ANDREW WELCHER
1000 TOWN CENTER DRIVE 6TH FL
OXNARD, CA 93031-9100

BRADLEY J. STEVENS, ESQ.
JENNINGS STROUSS & SALMAN
FOR: LOU O. MALDONADO
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

MARYETTA BOWMAN
534 ENCHATED LAKES DRIVE
HENDERSON, NV 89052

MARGIE GANDOLFO
1724 ARROW WOOD DRIVE
RENO, NV 89521

MICHAEL R. SHULER
C/O JAY R. EATON
EATON & O'LEARY, PLLC
115 GROVE AVENUE
PRESCOTT, AZ 86301

ATTILA JEFZENSZKY
1720 COLAVITA WAY
RENO, NV 89521

SEAN NAJARIAN, ESQ.
THE NAJARIAN LAW FIRM
283 S. LAKE AVE., #205
PASADENA, CA 91101

JED A. HART
ANGELO, GORDON & CO.
245 PARK AVE., 26TH FL
NEW YORK, NY 10167

MARC A. LEVINSON, ESQ.
LYNN TRINK ERNCE
ORRICK, HERRINGTON & SUTCLIFFE
400 CAPITAL MALL, #3000
SACRAMENTO, CA 95814

FRANK A. ELLIS, III
FOR: ANDREW WELCHER
510 S. 9TH ST.
LAS VEGAS, NV 89101

RICHARD MASON, ESQ.
PATRICIA K. SMOOTS, ESQ.
MICHAEL M. SCHMAHL
MCGUIRE WOODS, LLP
77 W. WACKER DR., #4100
CHICAGO, ILL 60601

EDWARD W. HOMFELD
HOMFELD II, LLC
777 SOUTH FEDERAL HGWY, #N-409
POMPANO BEACH, FL 33062

NICHOLAS J. SANTORO
400 SOUTH FOURTH STREET,
3RD FLOOR
LAS VEGAS, NV 89101

KERMIT KRUSE
2710 ALBANY AVENUE
DAVIS, CA 95616

PAUL A. & DONNA JACQUES
810 SE 7TH STREET, STE. A-103
DEERFIELD BEACH, FL 33441

GREGORY J. WALCH, ESQ.
FOR: G. WALCH & S. WALCH
400 S. FOURTH ST., 3RD FL
LAS VEGAS, NV 89101

BAY COMMUNITIES
C/O CHRIS MCKINNEY
4800 N. FEDERAL HGHWY, #a205
BOCA RATON, FL 33431

1

JOSHYA D. BRYSK, ESQ.
LAW OFFICE /JAMES G. SCHWARTZ
FOR: ROLOFF, OHMS, PARTCH ET AL
7901 STONERIDGE DR., SUITE 401
PLEASANTON, CA 94588

JERROLD T. MARTN
8423 PACO ROBLES
NORTHRIDGE, CA 91325

MARION E. WYNNE, ESQ.
WILKINS, BANKESTER, BILES ET AL
FOR: SHARON JUNO
P.O. BOX 1367
FAIRHOPE, AL 36533-1367

SCOTT K. CANEPA, ESQ.
CANEPA, RIEDY & RUBINO
851 S. RAMPART BLVD., #160
LAS VEGAS, NV 89108

THOMAS W. STILLEY
SUSSMAN SHANK, LLP
FOR: DAVID FOSSATI
1000 SW BROADWAY, STE. 1400
PORTLAND, OR 97205-0389

FTI CONSULTING, INC.
ATTN: MICHAEL A. TUCKER
ONE RENAISSANCE SQUARE
TWO NO. CENTRAL AVENUE
PHOENIX, AZ 85004

HOWARD CONNELL
1001 JENNIS SILVER STREET
LAS VEGAS, NV 89145

RUSSELL JAMES ZUARDO
1296 HIGH FOREST AVENUE
LAS VEGAS, NV 89123

ALVAREZ & MARSAL
ATTN: MATTHEW E. KVARDA
633 WEST FIFTH ST., #2560
LOS ANGELES, CA 90071

KUMMER, KAEMPFER, ETAL
FOR: INTERSHOW
3800 HOWARD HUGHES PKWY, 7TH
LAS VEGAS, NV 89109

JAMES HULL
C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
TORRANCE, CA 90505

TIM RICH
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

GEORGE GORMAN
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

R HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

ELIZABETH R. LOVERIDGE, ESQ.
RUSSELL S. WALKER, ESQ.
REID W. LAMBERT, ESQ.
WOODBURY & KESLER, P.C.
265 E. 100 SOUTH, #300
SALT LAKE CITY, UT 84111

EVAN BEAVERS, ESQ.
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BRECK MILDE, ESQ
60 SO. MARKET ST., #200
SAN JOSE, CA 95113

ANDREW M. BRUMBY, ESQ.
SHUTTS & BOWEN LLP
FOR: STANDARD PROPERTY
P.O. BOX 4956
ORLANDO, FL 38202-4956

VINCE DANELIAN
P. O. BOX 97782
LAS VEGAS, NV 89193

STEVEN R. ORR
RICHARDS, WATSON & GERSHON
FOR: CITY OF TEMECULA
355 S. GRAND AVE., 40TH FL.
LOS ANGELES, CA 90071-3101

NANCY A. PETERMAN, ESQ.
GREENBERG TRAURIG, LLP
FOR: MESIROW FINANCIAL
77 W. WACKER DR., #2500
CHICAGO, IL 60601

RICHARD D. GREEN, JR., ESQ.
GREENBERG TRAURIG, LLP
FOR MESIROW FINANCIAL
3773 HOWARD HUGHES PKWY, #500N
LAS VEGAS, NV 89169

AMY N. TIRRE, ESQ.
KUMMER KAEMPFER BONNER & RENSHAW
FOR: SPCP GROUP, LLC
5585 KIETZKE LANE
RENO, NV 89511

NEVADA MORTGAGE LENDING DIV.
ATTN: SUSAN ECKHARDT
3075 E. FLAMINGO, #100
LAS VEGAS, NV 89121

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
555 EAST WASHINGTON, #1300
LAS VEGAS NV 89101

U.S. SECURITIES AND EXCH. COMM
ATTN; SANDRA W. LAVIGNA
5670 WILSHIRE BLVD., 11TH FL
LOS ANGELES, CA 90036

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT.
STOP 5028
110 CITY PARKWAY
LAS VEGAS NV 89106

DMV AND PUBLIC SAFETY
RECORDS SECTION
555 WRIGHT WAY
CARSON CITY NV 89711- 0250

DEPT OF EMPLOYMENT TRAINING
EMPLOY. SEC DIV , CONTRIBUTIONS
500 EAST THIRD STREET
CARSON CITY NV 89713- 0030

SECRETARY OF STATE
STATE OF NEVADA
202 NORTH CARSON STREET
CARSON CITY NV 89701

DEPT. OF VETERANS AFFAIRS
LOAN SERVICE & CLAIMS
3225 NORTH CENTRAL
PHOENIX, AZ 85012

FHA/HUD DISTRICT OFFICE
300 LAS VEGAS BLVD. SO.
SUITE. 2900
LAS VEGAS, NV 89101

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
P. O. BOX 551401
LAS VEGAS, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
P. O. BOX 551220
LAS VEGAS, NV 89155

UNITED STATES DEPT. OF JUSTICE
TAX DIVISION – WESTERN REGION
P. O. BOX 683 – BEN FRANKLIN STA
WASHINGTON, D.C. 20044

EMPLOYERS INSURANCE CO. OF NV
ATTN: BANKRUPTCY CLERK
9790 GATEWAY DRIVE
RENO, NV 89521

58