JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
  and    tbw@jonesvargas.com
  and    lbubala@jonesvargas.com

*Electronically Filed on October 13, 2006*

**Attorneys for JV Direct Lenders**:
Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Juanita N. Carter; A. William Ceglia; Ranee L. Ceglia; Robert A. & Sandra L. Cowman; Bruce Corum, Trustee of the Credit Shelter Trust; Andrew & Ellen Dauscher; Drs. David & Bonny Enrico; Fertitta Enterprises, Inc.; Judith L Fountain Irrevocable Trust Dated 8/26/97; Kehl Family; The Mault Family Trust;  Mojave Canyon, Inc.; David W. & Pamela K. Sexton; Evelyn Asher Sheerin, Trustee for the Benefit of The Chris H. Sheerin (deceased) and Evelyn Asher Sheerin 984 Trust Dated 5/31/84; Evelyn Asher Sherrin, Trustee of the Chris and Evelyn Sheerin 1990 Trust; Sheerins Inc.; Robert H. Schultz & Sharon L. Schultz Living Trust dated 2-25-1997 and Sierra Health Services

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter  11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | **JOINDER IN CAPITAL CROSSING BANK'S OPPOSITION TO MOTION SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SILVER POINT GROUP, LLC, AS LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS (AFFECTS ALL DEBTORS)** |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| USA SECURITIES, LLC, Debtor. | |
| Affects:<br>■ All Debtors<br>�«USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:   October 19, 2006<br>Hearing Time:   9:30 a.m. |

1

1  The JV Direct Lenders, by and through their counsel, Janet L. Chubb, Esq., and Louis M. Bubala III, Esq., of Jones Vargas, hereby join in the Opposition to Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing Silver Point Group, LLC, as Lead Bidder, and Approving Bid Procedures and Protections filed by counsel for Capital Crossing Bank on October 12, 2006.

DATED this 13th day of October, 2006.

JONES VARGAS

By:    //s// Janet L. Chubb
      JANET L. CHUBB, ESQ.
      LOUIS M. BUBALA, ESQ.

Attorneys for JV Direct Lenders

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177

2

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Joinders\Joinder - Oppose Auction.doc

# CERTIFICATE OF SERVICE

1. We filed and served the following document(s) on October 13, 2006:

**JOINDER IN CAPITAL CROSSING BANK'S OPPOSITION TO MOTION SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS; APPOINTING SILVER POINT GROUP, LLC AS THE LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS**

2. Upon filing, I served the above-named document(s) by the following means to the persons as listed below:

: a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com
- **NANCY L ALLF**
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- **OGONNA M. ATAMOH**
  oatamoh@nevadafirm.com
  bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- **KERIANN M ATENCIO**
  atenciok@gtlaw.com
- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK**
  tom@tombrooksbank.com renee@tombrooksbank.com
- **ANDREW M. BRUMBY**
  abrumby@shutts-law.com rhicks@shutts-law.com;lmackson@shutts-law.com
- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com;ccarlyon@sheacarlyon.com;
- bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com
- **MICHAEL W. CHEN**
  michael@ccfirm.com yvette@ccfirm.com
- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com
- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE**
  cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- **THOMAS H. FELL**
  thf@gordonsilver.com bankruptcynotices@gordonsilver.com
- **SCOTT D. FLEMING**
  sfleming@halelane.com dbergsing@halelane.com,ecfvegas@halelane.com
- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com
- **WADE B. GOCHNOUR**
  wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com
- **CARLOS A. GONZALEZ**
  carlos.gonzalez2@usdoj.gov
  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- **GERALD M GORDON**
  bankruptcynotices@gordonsilver.com
- **R. VAUGHN GOURLEY**
  vgourley@lvcm.com
- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com
- **JEFFREY R. HALL**
  jhall@sheacarlyon.com
- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com
- **STEPHEN R HARRIS**
  steve@renolaw.biz noticesbh&p@renolaw.biz
- **BRIGID M. HIGGINS**
  bankruptcynotices@gordonsilver.com
- **DAVID W. HUSTON**
  dwh@hustonlaw.net swaits@hustonlaw.net
- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com
- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com
- **TY E. KEHOE**
  TyKehoeLaw@aol.com
- **ROBERT R. KINAS**
  rkinas@swlaw.com;mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com
- imccord@swlaw.com
- **ZACHARIAH LARSON**
  ecf@lslawnv.com
- **JOHN J. LAXAGUE**
  jlaxague@caneclark.com
- **GEORGE C LAZAR**
  glazar@foxjohns.com gclazar@sbcglobal.net

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

- **NILE LEATHAM**
  nleatham@klnevada.com ckishi@klnevada.com;bankruptcy@klnevada.com
- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com
- **ANNE M. LORADITCH**
  ecffilings@beckleylaw.com aloraditch@beckleylaw.com;pkois@beckleylaw.com
- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com;bkfilings@s-mlaw.com
- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com;smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- **DAVID MINCIN**
  mcknightlaw@cox.net;kopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com
- **ERVEN T. NELSON**
  erv@rlbolick.com susan@rlbolick.com
- **VICTORIA L NELSON**
  bkecf@nevadafirm.com;vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- **BOB L. OLSON**
  ecffilings@beckleylaw.com bolson@beckleylaw.com;dgriffis@beckleylaw.com
- **DONNA M. OSBORN**
  jinouye@marquisaurbach.com;dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- **ANDREW M. PARLEN**
  aparlen@stutman.com
- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com
- **PAUL C RAY**
  info@johnpeterlee.com
- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com
- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com
- **JAMES PATRICK SHEA**
  bankruptcyfilings@sheacarlyon.com;
  treadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com

5

aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- **AMBRISH S. SIDHU**
  asidhu@lslawnv.com ecf@lslawnv.com
- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com
- **DAVID A. STEPHENS**
  dstephens@lvcm.com
- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com
- **JEFFREY R. SYLVESTER**
  jeff@sylvesterpolednak.com David@sylvesterpolednak.com
- **CARYN S. TIJSSELING**
  cst@beesleymatteoni.com aha@beesleymatteoni.com
- **AMY N TIRRE**
  atirre@kkbrf.com ksims@kkbrf.com;lleverett@kkbrf.com
- **GREGORY J. WALCH**
  GWalch@Nevadafirm.com
- **WHITNEY B. WARNICK**
  wbw@albrightstoddard.com bstessel@albrightstoddard.com
- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

☑ b.    **United States mail, postage fully prepaid** (list persons and addresses):

**Evan Beavers**
1625 Highway 88, #304
Minden, NV 89423

**Joshua D Brysk**
Law Offices Of James G Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

**Elissa F Cadish**
3930 Howard Hughes Pkwy, 4th Flr
Las Vegas, NV 89169

**Vince Danelian**
P.O. Box 97782
Las Vegas, NV 89193

**Frank A Ellis**
510 S 9th St
Las Vegas, NV 89101

**George D Frame**
601 Greenway Road, Ste D

6

1  Henderson, NV 89015

2  **R Vaughn Gourley**
   3636 N Rancho Dr
3  Las Vegas, NV 89130

4  **Reid W. Lambert**
   Woodbury & Kesler, P.C.
5  265 East 100 South, Suite 300
   Salt Lake City, UT 84111
6

7  **Elizabeth R. Loveridge**
   Woodbury & Kesler, P.C.
8  265 East 100 South, Suite 300
   Salt Lake City, UT 84111

9
   **Lee D. Mackson**
10 Shutts & Bowen LLP
   1500 Miami Center
11 201 South Biscayne Boulevard
   Miami, FL 33131
12

13 **Breck E. Milde**
   Terra Law LLP
14 60 South Market St, Suite 200
   San Jose, CA 95113
15

16 **James G Schwartz**
   7901 Stoneridge Dr #401
   Pleasanton, CA 94588
17

18 **Thomas W Stilley**
   1000 SW Broadway #1400
   Portland, OR 97205
19

20 **Gregory J Walch**
   400 S Fourth St 3rd Floor
21 Las Vegas, NV 89101

22 **Russell S. Walker**
   265 East 100 South
23 Suite 300
   Salt Lake City, UT 84111
24
   **Marion E. Wynne**
25 Wilkins, Bankester, Biles & Wynne, P.A.
   Post Office Box 1367
26 Fairhope, AL 36533-1367

27      ❾   c.   **Personal Service** (list persons and addresses):
                I personally delivered the document(s) to the persons at these addresses:
28

7

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Joinders\Joinder - Oppose Auction.doc

Jones Vargas
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

❾ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

❾ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

: d. **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

**Susan M. Freeman**
sfreeman@lrlaw.com

**Frank Merola, Eve Karasik & Christine M. Pajak**
fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

**Marc A. Levinson & Lynn Trinka Ernce**
malevinson@orick.com;lernce@orrick.com

**Stan Wolken**
bayareastan@yahoo.com

**Nicholas J. Santoro**
NSantoro@Nevadafirm.com

**Jed A. Hart, Esq.**
jhart@angelogordon.com

**Bradley J. Stevens, Esq.**
bstevens@jsslaw.com

**Richard Mason, Patricia K. Smoots, & Michael M. Schmahl**
rjmason@mcguirewoods.com; psmoots@mcguirewoods.com; mschmahl@mcguirewood.com

**Andrew Welcher c/o William E. Winfield,**
wwinfield@nchc.com

**Annette W. Jarvis, Steven C. Strong, & Douglas M. Monson**
ajarvis@rqn.com; sstrong@rqn.com; dmonson@rqn.com

❾ e. **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

❾ f. **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

8

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Joinders\Joinder - Oppose Auction.doc

1 **I declare under penalty of perjury that the foregoing is true and correct.**

2 DATED this 13th day of October, 2006.

|     Tawney Waldo/J. Englehart     |     //s// Tawney Waldo/J. Englehart     |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177