**Entered on Docket
October 16, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | Date:  September 28, 2006<br>Time:  9:30 a.m. |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/428236.doc

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA Capital First Trust Deed Fund, LLC
- ☐ USA Securities, LLC

**ORDER APPROVING FIRST INTERIM APPLICATION OF GORDON & SILVER, LTD. AS COUNSEL FOR OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD FROM MAY 23, 2006 THROUGH JULY 31, 2006 (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**

The Court having considered the First Interim Application of Gordon & Silver, Ltd. as Counsel for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company for Allowance and Payment of Fees and Expenses for the Period from May 23, 2006 through July 31, 2006 (the "Application") filed by Gordon & Silver, Ltd. (the "Applicant"); having reviewed the pleadings, papers and records on file in this matter; having considered the arguments of counsel, and good cause appearing, the Court finds:

(i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334;

(ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

(iii) notice of the Application was appropriate under the circumstances;

(iv) all objections to the Application have been considered and either overruled or otherwise resolved; and

(v) upon the record herein after due deliberation thereon, it appearing that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that:

1. The Application is granted as set forth below subject to the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/428236.doc

2

1 | Expenses of Professionals entered August 29, 2006 [Docket No. 1202] and as reflected in the
2 | record of hearing.
3 |     2.    Applicant is hereby allowed $257,736.00 as interim compensation for
4 | services rendered for the period May 23, 2006 through July 31, 2006 (the "First Interim Period").
5 |     3.    Applicant is hereby allowed interim reimbursement of costs in the sum of
6 | $1,963.63 for the first Interim Period.
7 |     4.    USA Commercial Mortgage Company is here authorized and directed to
8 | pay forthwith to Applicant the unpaid balance of Applicant's allowed interim fees and expenses
9 | for the First Interim Period.

SUBMITTED BY:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY A. GARMAN, ESQ.
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:

Office of the United States Trustee

By _____
August B. Landis
600 Las Vegas Blvd., So., #430
Las Vegas, NV 89101

Counsel for the United States Trustee

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/423236.doc

3