FILED ELECTRONICALLY
10/16/06

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11 |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11 |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11 |
| In re: USA SECURITIES, LLC, Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | ) Date: September 28, 2006<br>) Time: 9:30 a.m. |

**NOTICE OF ENTRY OF ORDER GRANTING MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO COMPEL THE CONFIDENTIAL DISCLOSURE OF USA CAPITAL FIRST TRUST DEED FUND LLC'S MEMBER LIST**

PLEASE TAKE NOTICE that an Order Granting Motion by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Compel the Confidential Disclosure of USA Capital First Trustee Deed Fund LLC's Member List was entered on October 16, 2006, a true and correct copy of which is attached hereto.

DATED this /6t— day of October, 2006.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

**Entered on Docket
October 16, 2006**

Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

| Affects | |
|---|---|
| ☐ All Debtors | ) Date: September 28, 2006 |
| ☐ USA Commercial Mortgage Co. | ) Time: 9:30 a.m. |
| ☐ USA Securities, LLC | ) |
| ☐ USA Capital Realty Advisors, LLC | ) |
| ☐ USA Capital Diversified Trust Deed | ) |
| ☒ USA First Trust Deed Fund, LLC | ) |

## ORDER GRANTING MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND LLC TO COMPEL THE CONFIDENTIAL DISCLOSURE OF USA CAPITAL FIRST TRUST DEED FUND LLC'S MEMBER LIST

This matter having come on for hearing on Motion by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC (the "FTDF Committee") to Compel the Confidential Disclosure Of USA Capital First Trust Deed Fund LLC's Member List (the "Motion"); Candace C. Carlyon, Esq. appearing on behalf of the Movant and all other appearances having been noted on the record; and the Court having considered the Motion and Response and good cause appearing therefore:

IT IS HEREBY ORDERED that the Motion is granted, as provided herein.

IT IS FURTHER ORDERED that USA First Trust Deed Fund, LLC ("FTDF") shall, within 5 business days of the date of this Order, forward to the FTDF Committee counsel the information described in § 5.9 of the FTDF Operating Agreement (as defined in the Motion).

IT IS FURTHER ORDERED that such information shall be treated as Confidential Information as that term is defined in the Confidentiality Agreement entered into in June of 2006 between the Debtors, the FTDF Committee, the FTDF Committee members, and the FTDF Committee professionals.

IT IS FURTHER ORDERED THAT the information to be disclosed pursuant to this Order shall not be shared with anyone other than the FTDF Committee professionals, except

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

with the written consent of Debtor's counsel or upon further order of this Court.

SUBMITTED BY:

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Counsel for the FTDF Committee

APPROVED/DISAPPROVED

SCHWARTZER & MCPHERSON LAW FIRM

LENARD SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
2850 South Jones Boulevard, Suite 1,
Las Vegas, NV 89146
Counsel for the Debtors

REVIEWED:

OFFICE OF THE U.S. TRUSTEE

AUGUST B. LANDIS, ESQ.
Office of the United States Trustee
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101
Assistant United States Trustee

3

**RULE 9021 DECLARATION**

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order;

    ☐ waived signature in open court; and/or

    ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 13 day of October, 2006.

SHEA & CARLYON, LTD.

_____
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
233 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101
###

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

4