Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com; aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Electronically Filed October 16, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                     Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                     Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                     Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                     Debtor. | **CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>                                     Debtor. | Date:  October 19, 2006<br>Time:  9:30 a.m.<br>Place: Courtroom #1 |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

I hereby certify that on the 13th day of October 2006, I caused to be served a true and correct copy of the NOTICE OF ENTRY OF ORDER ALLOWING THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S MOTION FOR LEAVE OF COURT TO FILE A REPLY BRIEF IN EXCESS OF FIFTEEN (15) PAGES via:

{00333883;}

1  ☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date above written.

☒ (VIA EMAIL) By electronic mail transmission to those persons listed on the attached email.

Dated this 16th day of October 2006.

_____
Deborah M. Griffis, an employee of
Beckley Singleton, Chtd.



BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00333883;}

**Deborah Griffis**

**Distribution List Name:**    USA COM'L GROUP

**THIS LIST CONTAINS ALL OF THE REQUIRED NOTICE PARTIES EMAIL ADDRESS (PURSUANT TO THE CURRENT CASE MANAGEMENT ORDER). IT DOES NOT INCLUDE THOSE RECEIVING SERVICE BY ECF NOTIFICATION.**

**Members:**

| | |
|---|---|
| Advanced Information Systems Mich... | myoder@aisinfo.com |
| Angelo Gordon & Co RFSP Jed Hart ... | jhart@angelogordon.com |
| Annee Nounna (E-mail) | Bella8049@aol.com |
| Arthur and Glorianne Polacheck | artclassics@bellsouth.net |
| Canepa Riedy RFSN Scott Canepa (... | scanepa@defectlawyers.com; gmuscari@defectlawyers.com; scottcanepa@yahoo.com; |
| Charles and Flora Nichols (E-mail) | harleynicols@cox.net |
| Christine M. Pajak | cpajak@stutman.com |
| Chuck Heinrichs (E-mail) | chuckhein@earthlink.net |
| Dennis Flier Inc. Defined Benefit Tru... | dsfom1@aol.com |
| Donald Walker | drwalker1@cox.net |
| Douglas Monson | dmonson@rqn.com |
| Eve Karasik | ekarasik@stutman.com |
| Fertitta Enterprises William Bullard (... | bbullard@gordonbiersch.com |
| Frank Merola, Stutman | fmerola@stutman.com |
| Frank Weinman | F26279@AOL.com |
| Helms Homes LLC Terry Helms (E-... | amillionaire4u@earthlink.net |
| Homfeld Edward Homfeld II LLC (E-... | nhomfeld@gmacc.com |
| Howard Connell | Howlor5@aol.com |
| James and Pamela McCollum | james@mccollum@aol.com |
| Jerry T. McGimsey | jtmacg@earthlink.net |
| John Goings | jgoings@bhwk.com |
| John Warner Jr. (E-mail) | wqfl@aol.com |
| Joseph Congress | bjcong@fdltownhomes.com |
| JTWROS Mary and Matthew Moro (... | maryellen.moro@verizon.net |
| Kolesar & Leatham RFSP James Ma... | jmacrobbie@klnevada.com |
| Kravitz Schnitzer RFSP Jeffrey Sloan... | jsloane@kssattorneys.com |
| Lynn Ernce | lernce@orrick.com |
| Marc Levinson | malevinson@orrick.com |
| McGuire Woods LLP RFSP Richard ... | rjmason@mcquirewoods.com |
| McGuire Woods RFSN Michael Sch... | mschmahl@mcquirewoods.com |
| McGuire Woods RFSN Patricia Smo... | psmoots@mcquirewoods.com |
| Michaelson Susi RFSN Jay Michaels... | jay@msmlaw.com |
| Michaelson Susi RFSN Peter Susi (E... | peter@msmlaw.com |
| Nordman Cormany for Andrew Welc... | wwinfield@nchc.com |
| RFSN Jeffrey Cogan for Robert Verc... | jeffrey@jeffreycogan.com |
| RFSP Nicholas Santoro (E-mail) | NSantoro@Nevadafirm.com |
| RFSP Stan Wolken (E-mail) | bayareastan@yahoo.com |
| Robert L. Hagmaier (E-mail) | rhagmaier@fwg.com |
| Robert Worthen (E-mail) | robertworthen@earthlink.net |
| Russell Ad Development Group Rob... | r.russell@industrialwest.com |
| Russell James Zuardo | rjzrph@cox.net |
| Sean Najarian Esq. RFSP (E-mail) | sean@nlf.la |
| Steven Strong, Ray Quinney | sstrong@rqn.com |
| Susan Eckhardt, Nevada Mortgage L... | seckhardt@mld.nv.gov |
| Tery Helms Living Trust (E-mail) | amillionaire4u@earthlink.net |
| Thomas Stilley, Sussman Shank LLP | tom@susmanshank.com |
| Trust (E-mail) | tclawyer@trane.com |
| TTEE Katz 2000 Separate Property ... | skatz@katzandassociats.com |
| Xanna R. Hardman | xanna.hardman@gmail.com |

1

2