**LEWIS AND ROCA LLP LAWYERS**

E-filed on 10/16/06

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>    06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727 | Date: September 28, 2006<br>Time: 9:30 a.m.<br>**Affecting:**<br>¨ All Cases<br>**or Only:**<br>× USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC |
| **USA Capital First Trust Deed Fund, LLC**<br>    06-10728 | |
| **USA Securities, LLC**<br>    06-10729<br>                              **Debtors.** | |

**NOTICE OF ENTRY OF ORDER APPROVING FIRST INTERIM FEE AND EXPENSE APPLICATION OF LEWIS AND ROCA LLP, ATTORNEYS FOR OFFICIAL COMMITTEE FOR UNSECURED CREDITORS OF USA COMMERCIAL MORTGAGE COMPANY**

**PLEASE TAKE NOTICE** that an Order Approving First Interim Fee and Expense Application of Lewis and Roca LLP, Attorneys for Official Committee for Unsecured

1779482.1



Creditors of USA Commercial Mortgage Company, was entered on the 6th day of October 2006, a true and correct copy of which is attached hereto.

      RESPECTFULLY SUBMITTED October 16, 2006.

**LEWIS AND ROCA LLP**


By  /s/ RC (#006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

1779482.1