AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 235
Facsimile:  (702) 388-665

E-Filed on October 16, 2006

Attorneys for the Acting United States Trustee
 SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>**USA Commercial Mortgage Company**<br> 06-10725 -- Lead Case<br>**USA Capital Realty Advisors, LLC**<br> 06-10726<br>**USA Capital Diversified Trust Deed Fund, LLC**<br> 06-10727<br>**USA Capital First Trust Deed Fund, LLC**<br> 06-10728<br>**USA Securities, LLC**<br> 06-10729          Debtors | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding<br><br>Date:<br>Time:<br>Place:  Courtroom # 1<br><br>**Affecting:**<br>☒ All Cases<br>**or Only:**<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served the following document:

> The United States Trustee's Opposition to Motion for Order Approving Retention Plan of Debtor's Remaining Employees (affects USA Commercial Mortgage Company)

as follows:

1. Electronically upon all counsel and parties in interest on the CM/ECF service list as of October 12, 2006; and

2. By depositing an envelope in the United States Mail, first class postage fully prepaid and addressed to each of the parties listed below, each of which contained a true and correct copy of the document described above, on October 16, 2006.

| | |
|---|---|
| Evan Beavers<br>1625 Highway 88 #304<br>Minden, NV 89423 | Richard J. Mason<br>130 Pinetree Lane<br>Riverwood, IL 60015 |
| Joshua D. Brysk<br>Law Offices of James G. Schwartz<br>7901 Stoneridge Drive, Suite 401<br>Pleasanton, CA 94588 | Breck E. Milde<br>Terra Law LLP<br>60 South Market Street, #200<br>San Jose, CA 95113 |
| Elissa F. Cadish<br>3930 Howard Hughes Parkway, 4th Floor<br>Lasa Vegas, NV 89169 | Douglas Monson<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145 |
| Vince D'Anelian<br>P.O. Box 97782<br>Las Vegas, NV 89193 | Stephen Orr<br>355 South Grand Ave., 40th Floor<br>Los Angeles, CA 90071 |
| Frank Ellis<br>510 So.9th Street<br>Las Vegas, NV 89101 | J. Stephen Peek<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 |
| George Frame<br>601 Greenway Road, #D<br>Henderson, NV 89015 | Nancy A. Peterman<br>77 W. Wacker Dr. # 2500<br>Chicago, IL 60601 |
| Annette W. Jarvis<br>P.O. Box 45385<br>36 South State Street, #1400<br>Salt Lake City, UT 84145-0385 | Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145 |
| Richard E. Kammerman<br>7200 N. Mopac, Suite 150<br>Austin, TX 78731 | Nicholas J. Santoro<br>400 South Fourth Street, 3rd Floor<br>Las Vegas, NV 89101 |
| Matthew K. Kreutzer<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | Michael M. Schmahl<br>McGuire Woods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601 |
| Reid W. Lambert<br>Woodbury & Kesler, P.C.<br>265 East 100 South, Suite 300<br>Salt Lake City, UT 84111 | James G. Schwartz<br>7901 Stoneridge Drive, #401<br>Pleasanton, CA 94588 |
| Elizabeth R. Loveridge<br>Woodbury & Kesler, P.C.<br>265 East 100 South, Suite 300<br>Salt Lake City, UT 84111 | Schwartzer & McPherson Law Firm<br>2850 South Jones Blvd., #1<br>Las Vegas, NV 89146 |
| Lee D. Macson<br>1500 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131 | Patricia K. Smoots<br>318 North Grove<br>Oak Park, IL 60302 |
| | Bradley J. Stevens<br>3300 North Central Avenue, #1800<br>Phoenix, AZ 85012 |

1  Thomas W. Stilley
   1000 S.W. Broadway, #1400
2  Portland, OR  97205

3  Steven C. Strong
   Ray Quinney & Nebeker, P.C.
4  36 South State Street, Suite 1400
   Salt Lake City, UT  84145-0385
5
   Stutman, Treister & Glatt, P.C.
6  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA  90067
7
   Russell S. Walker
8  265 East 100 South
   Suite 300
9  Salt Lake City 84111

10 William E. Winfield
   P.O. Box 9100
11 Oxnard, CA  93031

12 Marion E. Wynne
   Wilkins, Bankester, Biles & Wynne, P.A.
13 P.O. Box 1367
   Fairhope, AL  36533-1367
14

15

16        Dated:  October 16, 2006

17

18                              **OFFICE OF THE UNITED STATES TRUSTEE**

19                              **SARA L. KISTLER**
                                **ACTING UNITED STATES TRUSTEE**
20                              **REGION 17**

21
                                By:  */s/ August B. Landis*
22                                   August B. Landis, Assistant United States Trustee
                                     United States Department of Justice
23

24

25

26

27

28