# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
### Chapter 11

In re:
   USA COMMERCIAL MORTGAGE COMPANY,
   Debtor(s)

---

### ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by ROSS MORTILLARO is approved.

Dated: 10/17/06          BY THE COURT

                           Patricia Gray
                           Clerk of the Bankruptcy Court