# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
**Chapter 11**

In re:
   USA COMMERCIAL MORTGAGE COMPANY,
   Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by RICHARD E. KAMMERMAN and the appointment of TY E. KEHOE as designated Nevada Counsel in this case is approved.

Dated: 10/17/06                  BY THE COURT

                                               Patricia Gray
                                               Clerk of the Bankruptcy Court