```
Name  James C. McCarroll
Bar Code #  JM-2758
Address  599 Lexington Avenue
         New York, NY 10022

Phone #  (212) 549-0209
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:
USA Commercial Mortgage
Company, et al.,

        Debtors

Bankruptcy No. 06-10725
Chapter No. 11

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

    James C. McCarroll                    , Petitioner, respectfully represents to the Court:

1. That Petitioner resides at  23 Salem Road
   (street address)

Chappaqua           ,  Westchester
(city)                  (county)

New York    ,  10514    ,  (212) 549-0209
(state)       (zip code)   (area code + telephone number)

CAUTION: DO NOT REVISE OR RETYPE THIS FORM

2. That Petitioner is an attorney at law and a member of the law firm of _____ Reed Smith LLP _____ with offices at _____ 599 Lexington Avenue _____,
(street address)
_____ New York, NY _____, _____ 10022 _____, _____ (212) 521-5400 _____.
(city) (zip code) (area code + telephone number)

3. That Petitioner has been retained personally or as a member of the law firm by _____ SPCP Group, LLC _____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since _____ 2000 _____, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of _____ New York _____
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

                                                                          Date Admitted
_____ Massachusetts _____                    _____ January 1999 _____
_____ Southern District New York _____       _____ 2005 _____
_____ Pro Hac Vice - many courts _____       _____ 1999-2006 _____

2

1  6.  That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____

_____

_____

7.  That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

_____

_____

_____

8.  That Petitioner is a member of good standing in the following Bar Associations:

Massachusetts

New York

_____

9.  Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

3

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: October 16, 2006

_____
Petitioner's Signature

STATE OF  New York  )
COUNTY OF  New York  )

James C. McCarroll, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this

16th day of October, 2006.

_____
Notary public

AMANDA L. LEONARD
Notary Public, State of New York
No. 01LE6142036
Qualified in New York County
Commission Expires March 13, 2010

4