James C. McCarroll, New York Bar No. JM-2758
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-Mail: jmccarroll@reedsmith.com

Attorneys for SPCP Group, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                      Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                      Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                      Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                      Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                      Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br><br>**DESIGNATION OF LOCAL**<br>**COUNSEL AND CONSENT THERETO** |

The undersigned, attorney of record for SPCP Group, LLC, the Stalking Horse Bidder herein, has submitted to the Court a "Verified Petition for Permission to Practice in this

Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interests of the client(s) to designate Amy N. Tirre, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

> Kummer Kaempfer Bonner Renshaw & Ferrario
> 5585 Kietzke Lane
> Reno, Nevada 89511
> Attn: Amy N. Tirre
> Tel: 775-852-3900
> Fax: 775-852-3982

By this designation, the undersigned attorney agrees that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel in addition to the undersigned. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

James C. McCarroll
Attorney-at-Law
Counsel for SPCP Group, LLC

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case, to promptly forward all documents served to out-of-state counsel, and to otherwise keep such out-of-state counsel informed as to the status of the case.

Amy N. Tirre
Designated Nevada Counsel

- 2 -

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Amy N. Tirre as his Designated Nevada Counsel in this case.

James C. McCarroll
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-Mail: jmccarroll@reedsmith.com

Attorneys for SPCP Group, LLC