|   |   |   |
|---|---|---|
| 1 | AMY N. TIRRE, ESQ.<br>Nevada Bar No. 6523 | **Electronically Filed on October 17, 2006** |
| 2 | KUMMER KAEMPFER BONNER<br>RENSHAW & FERRARIO | |
| 3 | 5585 Kietzke Lane<br>Reno, Nevada 89511 | |
| 4 | Telephone: (775) 852-3900<br>Facsimile: (775) 852-3982 | |
| 5 | E-Mail: atirre@kkbrf.com | |
| 6 | JAMES C. McCARROLL, ESQ.<br>DEBRA TURETSKY, ESQ. | |
| 7 | Reed Smith, LLP<br>599 Lexington Avenue | |
| 8 | New York, New York 10022<br>Telephone: (212) 521-5400 | |
| 9 | Facsimile: (212) 521-5450<br>E-Mail: JMcCarroll@reedsmith.com | |
| 10 | Attorneys for SPCP Group, LLC | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| Debtor, | Case No. BK-S-06-10729-LBR |
| In re: | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | Jointly Administered Under |
| | Case No. BK-S-06-10725 LBR |
| Debtor, | |
| In re: | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | |
| Debtor, | **AFFIDAVIT OF SERVICE** |
| In re: | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor, | |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-17 [13577.1]                                                                                              Page 1 of 11

| | |
|---|---|
| In re:<br><br>USA SECURITIES, LLC,<br><br>         Debtor.<br><br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date:  N/A<br>Hearing Time:  N/A<br>Est. Time:      N/A |

I, Leslee Leverett, being first duly sworn, depose and say:

That I am and was on the day the events herein occurred, a citizen of the United States, over the age of eighteen (18) years, and not a party to, nor interested in the within action.

That your affiant is an employee of the law firm of Kummer, Kaempfer, Bonner, Renshaw & Ferrario, and in such capacity, mailed a true copy of the **Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court** and **Designation of Local Counsel and Consent Thereto** on the 17th day of October, 2006, as indicated:

__X__          **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below.

- **FRANKLIN C. ADAMS**
  franklin.adams@bbklaw.com  arthur.johnston@bbklaw.com

- **NANCY L ALLF**
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

- **NANCY L ALLF**
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-17 [13577.1]                                                  Page 2 of 11

- **OGONNA M. ATAMOH**
  oatamoh@nevadafirm.com
  bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com

- **THOMAS R BROOKSBANK**
  tom@tombrooksbank.com renee@tombrooksbank.com

- **ANDREW M. BRUMBY**
  abrumby@shutts-law.com rhicks@shutts-law.com;lmackson@shutts-law.com

- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com

- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com

- **MICHAEL W. CHEN**
  michael@ccfirm.com yvette@ccfirm.com

- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com

- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com

- **JANET L. CHUBB**
  jlc@jonesvargas.com tbw@jonesvargas.com

- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com

- **WILLIAM D COPE**
  cope_guerra@yahoo.com

- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com

- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

Kummer Kaempfer Bonner & Renshaw
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-17 [13577.1]

Page 3 of 11

- **THOMAS H. FELL**
  THF@GORDONSILVER.COM
  BANKRUPTCYNOTICES@GORDONSILVER.COM

- **SCOTT D. FLEMING**
  sfleming@halelane.com
  dbergsing@halelane.com,ecfvegas@halelane.com

- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com

- **WADE B. GOCHNOUR**
  wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com

- **CARLOS A. GONZALEZ**
  carlos.gonzalez2@usdoj.gov
  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

- **GERALD M GORDON**
  bankruptcynotices@gordonsilver.com

- **R. VAUGHN GOURLEY**
  vgourley@lvcm.com

- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com

- **JAMES D. GREENE**
  bknotice@schrecklaw.com

- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com

- **JEFFREY R. HALL**
  jhall@sheacarlyon.com
  bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com

- **STEPHEN R HARRIS**
  steve@renolaw.biz noticesbh&p@renolaw.biz

- **BRIGID M. HIGGINS**
  bankruptcynotices@gordonsilver.com

- **DAVID W. HUSTON**
  dwh@hustonlaw.net swaits@hustonlaw.net

- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-17 [13577.1]

Page 4 of 11

- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com

- **ANNETTE W JARVIS**

- **TY E. KEHOE**
  TyKehoeLaw@aol.com

- **ROBERT R. KINAS**
  rkinas@swlaw.com
  mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

- **ZACHARIAH LARSON**
  ecf@lslawnv.com

- **JOHN J. LAXAGUE**
  jlaxague@caneclark.com

- **GEORGE C LAZAR**
  glazar@foxjohns.com gclazar@sbcglobal.net

- **NILE LEATHAM**
  nleatham@klnevada.com
  ckishi@klnevada.com;bankruptcy@klnevada.com

- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com

- **ANNE M. LORADITCH**
  ecffilings@beckleylaw.com
  aloraditch@beckleylaw.com;pkois@beckleylaw.com

- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com

- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com

- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com

- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com bkfilings@s-mlaw.com

- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com
  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

- **DAVID MINCIN**
  mcknightlaw@cox.net

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

- gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com

- **ERVEN T. NELSON**
  erv@rlbolick.com susan@rlbolick.com

- **VICTORIA L NELSON**
  bkecf@nevadafirm.com
  vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

- **BOB L. OLSON**
  ecffilings@beckleylaw.com
  bolson@beckleylaw.com;dgriffis@beckleylaw.com

- **DONNA M. OSBORN**
  ebaker@marquisaurbach.com
  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

- **ANDREW M. PARLEN**
  aparlen@stutman.com

- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com

- **PAUL C RAY**
  info@johnpeterlee.com

- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com

- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com

- **JAMES PATRICK SHEA**
  bankruptcyfilings@sheacarlyon.com
  ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com
  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

- **AMBRISH S. SIDHU**
  asidhu@lslawnv.com ecf@lslawnv.com

- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-17 [13577.1]

Page 6 of 11

- **DAVID A. STEPHENS**
  dstephens@lvcm.com

- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com

- **JEFFREY R. SYLVESTER**
  jeff@sylvesterpolednak.com David@sylvesterpolednak.com

- **CARYN S. TIJSSELING**
  cst@beesleymatteoni.com aha@beesleymatteoni.com

- **GREGORY J. WALCH**
  GWalch@Nevadafirm.com

- **WHITNEY B. WARNICK**
  wbw@albrightstoddard.com bstessel@albrightstoddard.com

- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com

- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

\_\_\_\_    **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below:

\_X\_\_    **BY MAIL:** by placing the document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

**EVAN BEAVERS**
1625 HIGHWAY 88, #304
MINDEN, NV 89423

**JOSHUA D BRYSK**
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

**ELISSA F CADISH**
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

**VINCE DANELIAN**
P.O. BOX 97782
LAS VEGAS, NV 89193

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-17 [13577.1]

Page 7 of 11

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON, ESQ.
SUSI & MICHAELSON
7 W. FIGUEROA STREET, 2ND FLOOR
SANTA BARBARA, CA 93101-3191

**BRECK E. MILDE**
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

**DOUGLAS M MONSON**
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

**STEVEN R ORR**
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

**J. STEPHEN PEEK**
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

**NANCY A. PETERMAN**
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

**RAY QUINNEY & NEBEKER P.C.**
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

**NICHOLAS J SANTORO**
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

**MICHAEL M. SCHMAHL**
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

**JAMES G SCHWARTZ**
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-17 [13577.1]

Page 9 of 11

1  SCHWARTZER & MCPHERSON LAW FIRM
   2850 S. JONES BLVD., #1
2  LAS VEGAS, NV 89146

3  PATRICIA K. SMOOTS
   318 N GROVE
4  OAK PARK, IL 60302

5  BRADLEY J STEVENS
   3300 N CENTRAL AVE #1800
6  PHOENIX, AZ 85012

7  THOMAS W STILLEY
   1000 SW BROADWAY #1400
8  PORTLAND, OR 97205

9  STEVEN C STRONG
   RAY QUINNEY & NEBEKER P.C.
10 36 SOUTH STATE STREET
   SUITE 1400
11 SALT LAKE CITY, UT 84145-0385

12 STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
13 1901 AVENUE OF THE STARS, 12TH FLR
   LOS ANGELES, CA 90067

14
   RUSSELL S. WALKER
15 265 EAST 100 SOUTH
   SUITE 300
16 SALT LAKE CITY, UT 84111

17 WILLIAM E WINFIELD
   POB 9100
18 OXNARD, CA 93031

19 /////

20 /////

21 /////

22 /////

23 /////

24 /////

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-17 [13577.1]

Page 10 of 11

**MARION E. WYNNE**
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

DATED this 17th day of October, 2006.

*/s/ Leslee Leverett*
LESLEE LEVERETT

SWORN and SUBSCRIBED before me on this 17th day of October, 2006

*/s/ Michell L. Nobach*
NOTARY PUBLIC



MICHELL L. NOBACH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 91-0889-2 - Expires May 17, 2008

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-17 [13577.1]

Page 11 of 11