1   Annette W. Jarvis, Utah Bar No. 1649
    RAY QUINNEY & NEBEKER P.C.                         **E-FILED ON OCTOBER 17, 2006**
2   36 South State Street, Suite 1400
    P.O. Box 45385
3   Salt Lake City, Utah 84145-0385
    Telephone: (801) 532-1500
4   Facsimile: (801) 532-7543
    Email: ajarvis@rqn.com
5   And
    Lenard E. Schwartzer
6   Nevada Bar No. 0399
    Jeanette E. McPherson
7   Nevada Bar No. 5423
    Schwartzer & McPherson Law Firm
8   2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada  89146-5308
9   Telephone:  (702) 228-7590
    Facsimile:  (702) 892-0122
10  E-Mail:  bkfilings@s-mlaw.com
    Attorneys for Debtors and Debtors-in-Possession

11                        **UNITED STATES BANKRUPTCY COURT**

12                              **DISTRICT OF NEVADA**

13  In re:                                            Case Nos. BK-S-06-10725 LBR
    USA COMMERCIAL MORTGAGE COMPANY,                  Case Nos. BK-S-06-10726 LBR
                                         Debtor.      Case Nos. BK-S-06-10727 LBR
14  In re:                                            Case Nos. BK-S-06-10728 LBR
    USA SECURITIES, LLC,                              Case Nos. BK-S-06-10729 LBR
15                                       Debtor.
16  In re:                                            Chapter 11
    USA CAPITAL REALTY ADVISORS, LLC,
                                         Debtor.      **Jointly Administered Under**
17  In re:                                            **Case No. BK-S-06-10725 LBR**
    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
18                                       Debtor.
    In re:
19  USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                         Debtor.
20  Affects:
      ☒ All Debtors
21    ☐ USA Commercial Mortgage Company
      ☐ USA Capital Realty Advisors, LLC
22    ☐ USA Capital Diversified Trust Deed Fund, LLC
      ☐ USA Capital First Trust Deed Fund, LLC        Date:  n/a
23    ☐ USA Securities, LLC                           Time: n/a

24  **ERRATA TO SECOND SUPPLEMENTAL DECLARATION OF THOMAS J. ALLISON UNDER RULE
    2014(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN CONNECTION WITH (I) THE
25  EMPLOYMENT AND RETENTION OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS
    CRISIS MANAGERS FOR THE DEBTORS, AND (II) THE DESIGNATION OF THOMAS J. ALLISON OF
26  MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR
    THE DEBTORS AND THE EMPLOYMENT OF CERTAIN TEMPORARY EMPLOYEES (AFFECTS ALL
27  DEBTORS)**

28

P:\USA Commercial Mortgage\Pleadings\Verified Statements\Errata to Second SUPP Declaration of T.Allison.doc

USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors"), hereby file this Errata To Second Supplemental Declaration of Thomas J. Allison Under Rule 2014(a) of the Federal Rules of Bankruptcy Procedure in Connection With (I) The Employment and Retention of Mesirow Financial Interim Management, LLC As Crisis Managers For The Debtors, And (II) The Designation of Thomas J. Allison of Mesirow Financial Interim Management, LLC As Chief Restructuring Officer For The Debtors And The Employment of Certain Temporary Employees (Affects All Debtors)(the "Second Supplemental Declaration").   Due to an error occurring during the PDF conversion of Exhibit "B," Exhibit "B" to the Second Supplemental Declaration is not complete.  As a result, attached hereto is the complete Exhibit "B."

DATED: October 17, 2006

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## Exhibit B

This information is being provided in connection with the Second Supplemental Declaration of Thomas J Allison with respect to the retention and employment of Mesirow Financial Interim Management, LLC as Crisis Managers for the Debtors and Thomas J Allison of MFIM as Chief Restructuring Officer of the Debtors and the Employment of Certain Temporary Employees  MFIM, Mesirow Financial Consulting, LLC or Mesirow Financial currently performs (or has previously performed) financial advisory or other services in matters unrelated to these Chapter 11 cases for the following entities, or has connections or relationships with the following entities:

Greenberg Traurig. LLP
Gordon & Silver, Ltd
Silver Point Finance, LLC
SPCP Group. LLC
West Coast Life Insurance Company