CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
JAMES A. KOHL, ESQ.
Nevada Bar No.: 5692
CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

E-FILED ON: 10-18-06

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | CASE NO.: BK-S-06-10725-LBR<br>CASE NO.: BK-S-06-10726-LBR<br>CASE NO.: BK-S-06-10727-LBR<br>CASE NO.: BK-S-06-10728-LBR<br>CASE NO.: BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | **Jointly Administered Under<br>Case No. BK-S-6-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ***NOTICE OF HEARING ON<br>MOTION FOR RELIEF FROM<br>THE AUTOMATIC STAY<br>(AFFECTS USA CAPITAL<br>DIVERSIFIED TRUST DEED<br>FUND, LLC)*** |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>■ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC, | **HEARING:**<br>Date: November 13, 2006<br>Time: 9:30 a.m. |

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO:   BANKRUPTCY COURT CLERK

TO:   ALL INTERESTED PARTIES

**YOU, (AND EACH OF YOU), WILL PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom No. 1, Third Floor, Las Vegas, Nevada, on the **13th day of November, 2006** at the hour of **9:30 a.m.**, to consider and act upon the MOTION FOR RELIEF FROM THE AUTOMATIC STAY in the above-captioned proceeding.

The Highland Fund is requesting Court approval of the lifting of the stay to proceed with the State Court litigation case of Prospect High Income Fund et al vs USA Capital Diversified Trust Deed Fund, LLC et al, Case Number 02-A-453232, filed in the Eighth Judicial District Court, Clark County, Nevada. The complaint filed was for tortious interference, conspiracy to commit tortious interference, and aiding and abetting.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing: and
>
> - The Court may *rule against you* without formally calling the matter at the hearing.

For further information, please refer to the accompanying pleadings with the Court. Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1):

/ / /

/ / /

/ / /

Oppositions to a motion must be filed and service must be completed on the movant no later than 15 days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than 15 days' notice, the opposition must be filed no later than 5 business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations or declarations that conform to the provisions of subsection ( c ) of this rule.

DATED this ___18th___ day of October, 2006.

Respectfully Submitted by:

_____
CICI CUNNINGHAM, ESQ.
Nevada Bar No. 4960
CHRISTINE A. ROBERTS, ESQ
Nevada Bar No.: 6472
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012
Counsel for Chapter 7 Trustee,
James F. Lisowski, Sr.

G:\Bankruptcy\Clients\USA Capital\Highland Capital\Pleadings\Motion for Relief\NOH.wpd