**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on October 18, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                  Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                  Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                  Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                  Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                  Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>**REPLY IN SUPPORT OF MOTION FOR ORDER SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SPCP, LLC AS LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS**<br><br>Date:    October 19, 2006<br>Time:    9:30 a.m. |

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company ("UCC") supports Debtors' Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing SPCP, LLC as Lead Bidder, and Approving Bid

208492.1

Procedures and Protections. The Committee notes that it participated in and supported Debtors' negotiations with the proposed buyer over the Break-Up Fee, the initial overbid increment, and the terms of the sale generally. The letter of intent proposed by Debtors, as modified by the Bid Procedures and Protection Motion, represents the best offer available to creditors under the circumstances.

Accordingly, the Committee supports Debtors' motion and the relief requested therein.

Dated October 18, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

208492.1