**E-Filed On** 10/18/06

1  COM
   SUSAN WILLIAMS SCANN, ESQ.
   Nevada Bar No. 000776
2  PAUL R. CONNAGHAN, ESQ.
   Nevada Bar No. 003229
3  DEANER, DEANER, SCANN, MALAN & LARSEN
4  720 South Fourth Street, Suite #300
   Las Vegas, Nevada 89101 (702) 382-6911
5  Attorney for Borrower/Party in Interest
   Robert A. Russell

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE<br>COMPANY,<br><br>                    Debtor<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>                    Debtor<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC.<br><br>                    Debtor<br>In re:<br>USA CAPITAL FIRST TRUST<br>DEED FUND, LLC.<br><br>                    Debtor<br>In re:<br>USA SECURITIES, LLC.<br><br>                    Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Date of Hearing:  N/A<br>Time of Hearing:  N/A<br><br><br>Affects:<br>☒USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>☐USA Capital First Trust Deed Fund, LLC<br>☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>☐All Debtors |

## CERTIFICATE OF MAILING

I hereby certify that service of the above and foregoing PROOF OF CLAIM was made this 18th day of October, 2006, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

**DEBTOR AND COUNSEL**
Annette W. Jarvis
Ray Quinney & Nebeker P.c.
36 South State Street, Suite 1400
P.o. Box 45385
Salt Lake City, Utah 84145-0385

1  Lenard E. Schwartzer
   Jeanette E. Mcpherson
2  Schwartzer & Mcpherson Law Firm
   2850 South Jones Boulevard, Suite 1
3  Las Vegas, Nevada 89146-5308

4  USA Commercial Mortgage
   USA Capital Realty Advisors, LLC
5  USA Capital Diversified Trust Deed Fund, LLC
   USA Capital First Trust Deed Fund, LLC
6  USA Securities, LLC
   Thomas J. Allison
7  4484 South Pecos Road
   Las Vegas, Nv 89121
8

9  Office of the U.S. Trustee
   600 Las Vegas Blvd., South,
10 Ste. 4300
   Las Vegas, NV  89101
11

12

13                              /s/ Caroline Alexander
                         Employee of DEANER, DEANER, SCANN,
14                              MALAN & LARSEN

F:\OFFICE\CLIENTS\FranklinStratford v. USA Commercial MOrtgage\Robert A. Russell\COM POC.wpd