GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

E-FILED: OCTOBER 18, 2006

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                               Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                               Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                               Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                               Debtor.<br>In re:<br>USA SECURITIES, LLC,<br><br>                               Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF JOINDER IN DEBTORS' REPLY IN SUPPORT OF MOTION FOR ORDER SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SPCP, LLC AS LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS**<br><br>Date:  October 19, 2006<br>Time:  9:30 a.m. |

1.    I served the foregoing document by the following means to the persons as listed below:

☒    a.    ECF System to:  See attached Notice of Electronic Filing.

☐    b.    United States Mail, postage fully prepaid to:

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/431797.doc

☐ c. Personal Service to:

☐ d. By direct email to:

☐ e. By fax transmission to:

☐ f. By messenger to:

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 18th day of October, 2006.

*Emma Tonkovich*
Emma Tonkovich, an employee of
Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/431797.doc

2

## File an answer to a motion:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GARMAN, GREGORY E entered on 10/18/2006 at 11:11 AM PDT and filed on 10/18/2006
**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 1573

**Docket Text:**
Joinder Filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO (Related document(s) [1572] Reply,,, filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC, Jnt Admin Debtor USA SECURITIES, LLC.) (GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\etonkovich\Desktop\Joinder in Debtors' Reply in Support of Motion for Order Scheduling an Auction.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/18/2006] [FileNumber=7407268-0
] [06e28652ade53a7640af079d0c6a96b2f34a9d4e2f0d9a535e063d1d602f3c0049e
4313581b0c2422c1b77e6ce20051e74f28b5efbb7d075cc7566a7bc65ec0a]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarly

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, aanthony@beckleylaw.com

AMY N TIRRE    atirre@kkbrf.com, ksims@kkbrf.com;lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON
,

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

DONNA CANGELOSI
,

CURTIS F CLARK
,

VINCE DANELIAN
P.O. BOX 97782

LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
,

RICHARD D. GREEN
,

JOHN HANDAL
,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

DAVID W. HUSTON
,

INTERIM COMMITTEE OF CONCERNED INVESTORS
,

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC

7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 30000
Sacramento, CA 95814-4497

LEWIS AND ROCA LLP
,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL

12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

ANDREW M PARLEN
,

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

SHEA & CARLYON, LTD.
,

SIERRA CONSULTING GROUP, LLC
,

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION

1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

ROY R. VENTURA
,

RUSSELL S. WALKER
265 EAST 100 SOUTH
SUITE 300
SALT LAKE CITY, UT 84111

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367