Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

Electronically Filed October 18, 2006

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date: October 19, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

I hereby certify that on the 18th day of October 2006, I caused to be served a true and correct copy of the DIVERSIFIED TRUST DEED FUND COMMITTEE'S RESPONSE IN SUPPORT OF DEBTORS' MOTION FOR ORDER SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SPCP GROUP, LLC, AS LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS via:

{00334501;}

Page 1 of 2

1  ☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date above written.

☒ (VIA EMAIL) By electronic mail transmission to those persons listed on the attached email.

Dated this 18th day of October 2006.

/s/ Patricia M. Kois
Patricia M. Kois, an employee of
Beckley Singleton, Chtd.

| | | |
|---|---|---|
| USA COMM'L MORTGAGE AND RELATED DEBTOR ENTITIES<br>Thomas J. Allison<br>4484 South Pecos Road<br>Las Vegas, NV 89121 | Office of the U.S. Trustee<br>300 Las Vegas Blvd. So.<br>Suite 4300<br>Las Vegas, NV 89101 | Kummer, Kaempfer, Bonner & Renshaw<br>For USA Capital Unsecured Creditors<br>3800 Howard Hughes Pkwy., 7th Fl.<br>Las Vegas, NV 89109 |
| Intershow<br>For USA Capital Unsecured Creditors<br>The Githler Center<br>1258 North Palm Ave.<br>Sarasota, FL 34236 | James Hull<br>For USA Securities Unsecured Creditors<br>C/o Signature Financial<br>2601 Airport Drive, #370<br>Torrance, CA 90505 | George Gorman<br>For USA Securities Unsecured Creditors<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 |
| R. Hagmaier<br>For USA Securities Unsecured Creditors<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | Tim Rich<br>For USA Securities Unsecured Creditors<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | Frank Merola/Eve H. Karasik<br>Stutman, Treister & Glatt PC<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067 |
| Wen Baldwin Separate Property Trust<br>365 Dooley Drive<br>Henderson, NV 89015 | Robert E. Taylor<br>1535 Flynn Road<br>Camarillo, CA 93012 | John Warner, Jr., IRA<br>c/o First Savings Bank<br>2605 East Flamingo Rd.<br>Las Vegas, NV 89121 |
| Fertitta Enterprises, Inc.<br>2960 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89102 | U.S. Securities and Exchange Commission<br>Attn: Sandra W. Lavigna<br>5670 Wilshire Blvd., 11th Fl.<br>Los Angeles, Ca 90036-3648 | Pension Benefit Guaranty Corp.<br>Office of the Chief Counsel<br>1200 K. Street, N.W.<br>Washington, D.C. 20005-4026 |
| Dept. of Employ. Training<br>Employ. Sec. Div., Cont. Section<br>500 East Third Street<br>Carson City, NV 89713-0030 | DMV & Public Safety Records Section<br>555 Wright Way<br>Carson City, NV 89711-0250 | Employers Insurance Co. of NV<br>Attn: Bankruptcy Desk<br>9790 Gateway Drive<br>Reno, NV 89521-5906 |
| NV Dept. of Taxation<br>Bankruptcy Division<br>555 E. Washington, #1300<br>Las Vegas, NV 89101 | Internal Revenue Service<br>Attn: Bankruptcy Dept., Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89106 | Secretary of State<br>State of Nevada<br>202 N. Carson St.<br>Carson City, NV 89701 |
| NV Dept. of Taxation<br>Revenue Division<br>Capitol Complex<br>Carson City, NV 89710-0003 | Office of Labor Commissioner<br>555 E. Washington Ave.<br>Suite 4100<br>Las Vegas, NV 89101 | Daniel G. Bogden/Carlos A. Gonzalez<br>Office of the US Attorney<br>District of Nevada<br>333 Las Vegas Blvd. So., #5000<br>Las Vegas, NV 89101 |
| United States Dept. of Justice<br>Tax Div. Western Region<br>P.O. Box 683-Ben Franklin Station<br>Washington, D.C. 20044 | District Counsel<br>Internal Revenue Service<br>110 City Parkway<br>Las Vegas, NV 89106 | Internal Revenue Service<br>Ogden, UT 84201 |

{00291612;}

FHA/HUD
District Office
300 S. Las Vegas Blvd. Suite 2900
Las Vegas, NV 89101-5833

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155-1401

John Goings
P.O. Box 174
Masonville, CO 80541

Robert Hardy
6510 Ansonia Court
Las Vegas, NV 89118-1874

{00291612;}

**REQUEST FOR SPECIAL NOTICE**

| | | |
|---|---|---|
| Don Tomlin<br>C/o David W. Mounier<br>15316 Sky High Road<br>Escondido, CA 92025 | Maryetta Bowman<br>534 Enchanted Lakes Drive<br>Henderson, NV 89052 | Edward W. Homfeld<br>Homfeld II, LLC<br>777 S. Federal Hghwy, Suite N-409<br>Pompano Beach, FL 33062 |
| John Peter Lee Ltd.<br>John Peter Lee, Esq.<br>830 Las Vegas Blvd. So.<br>Las Vegas, NY 89101 | RJ Rocco<br>12617 Cottageville Lane<br>Keller, TX 76248 | Margie Gandolfo<br>1724 Arrow Wood Drive<br>Reno, NV 89521 |
| Janny Catharina Brouwer<br>2533 Kinnard Avenue<br>Henderson, NV 89074 | Law Offices of James G. Schwartz<br>Joshua D. Brysk, Esq.<br>7901 Stoneridge Dr., Suite 401<br>Pleasanton, CA 94588 | Michael R. Shuler<br>C/o Jay R. Eaton<br>Eaton & O'Leary, PPLC<br>P.O. Box 18<br>Fairbury, Illinois 61739 |
| Kermit Kruse<br>2710 Albany Avenue<br>Davis, CA 95616 | Martin B. Weiss, Esq.<br>The Garrett Group, LLC<br>One Betterworld Circle, Suite 300<br>Temecula, CA 92590 | Attila Jefzenszky<br>1720 Colavita Way<br>Reno, NV 89521 |
| Gilbert B. Weisman<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Paul & Donna Jacques<br>810 SE 7th Street, A103<br>Deerfield Beach, FL 33441 | Peter Bolino<br>17412 Serene Drive<br>Morgan Hill, CA 95037 |
| Jerrold T. Martin<br>8423 Paso Robles<br>Northridge, CA 91325 | Bay Communities<br>C/o Chris el<br>4800 N. Federal Hghwy., Suite A205<br>Boca Raton, FL 33431 | |
| R.J. Rocco<br>12617 Cottageville Lane<br>Keller, Texas 76248 | Thomas R. Stilley<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | Stephen R. Harris<br>Belding, Harris & Petroni, Ltd.<br>For Frank Snopko<br>417 West Plumb Land<br>Reno, NV 89509 |
| BMC Group, Inc.<br>1330 East Franklin Ave.<br>El Segundo, CA 90245 | Jerrold T. Martin<br>8423 Paso Robles<br>Northridge, CA 91325 | Wade B. Gochnour/Aryn M. Fitzwater<br>Haney, Woloson & Mullins<br>For Liberty Bank<br>1117 S. Rancho Drive<br>Las Vegas, NV 89102 |

{00291612;}

Jonathan L. Mills
Sugar, Friedberg & Felsenthal LLP
For Norman Kiven
30 N. LaSalle St., Suite 3000
Chicago, IL  60602

Russell S. Walker/ Reid W. Lamber
Elizabeth R. Loveridge
Woodbury & Kesler PC
265 E. 100 South, Suite 300
Salt Lake City, UG  84111

David W. Sexton
Pamela K. Sexton
21929 N. 79th Place
Scottsdale, AZ 85255

Charles B. Anderson Trust
Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Boulder City, NV 89005

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV 89434

Kehl Family
C/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA 52327

Goldsmith & Guymon, P.C.
Attn:  Marjorie A. Guymon
2055 N. Village Center Circle
Las Vegas, NV  89134

Mojave Canyon Inc.
Attn: J.B. Partain, President
1400 Colorado St., #C
Boulder City, NV 89005

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN 38583-5168

Mr. Allen J. Mault
2422 Aquasanta
Tuston, CA 92782

Sierra Health Services
Attn: Frank Collins
2724 N. Tenaya Way
P.O. Box 15645
Las Vegas, NV 89114-5645

Steven R. Orr
Richards, Watson & Gershon
355 S. Grand Avenue, 40th Fl.
Los Angeles, CA  90071-3101

Joseph Huggins
Huggins & Associates
1000 N. Green Valley Pkwy., Suite 440-2
Henderson, NV  89014

Fertitta Enterprises, Inc.
Attn: William J. Bullard, CFO
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Bruce H. Corum, Trustee of the Credit Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

A. William Ceglia
Ranee L. Ceglia
3720 Pocohena Court
Washoe Valley, NV 89

{00291612;}

## File an answer to a motion:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 10/18/2006 at 10:37 AM PDT and filed on 10/18/2006
**Case Name:**       USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 1570

**Docket Text:**
Response *In Support of Debtor's Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder, and Approving Bid Procedures and Protections* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s)[1352] Miscellaneous Motion, filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC, Jnt Admin Debtor USA SECURITIES, LLC.) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\USA\DTDF Response In Support of Debtor's Motion for Auction for Sale.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/18/2006] [FileNumber=7406984-0
] [a9a31162a87b7dcbc6788cb6f4ac16bb3d8c34cb1e92949b6b262692f32c10f19c8
e79e626248e724bfb87f2291790022cc768bddf225481dba1f0e593b8218b]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,

ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyo

DAVID MINCIN    mcknightlaw@cox.net,

gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, aanthony@beckleylaw.com

AMY N TIRRE    atirre@kkbrf.com, ksims@kkbrf.com;lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON
,

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

DONNA CANGELOSI
,    \

CURTIS F CLARK
,

## Pat Kois

| | |
|---|---|
| **From:** | Pat Kois |
| **Sent:** | Wednesday, October 18, 2006 1:58 PM |
| **To:** | Advanced Information Systems Michael Yoder (E-mail); Angelo Gordon & Co RFSP Jed Hart (E-mail); Annee Nounna (E-mail); Arthur and Glorianne Polacheck; Canepa Riedy RFSN Scott Canepa (E-mail); Charles and Flora Nichols (E-mail); Christine M. Pajak; Chuck Heinrichs (E-mail); Dennis Flier Inc. Defined Benefit Trust (E-mail); Donald Walker; Douglas Monson; Eve Karasik; Fertitta Enterprises William Bullard (E-mail); Frank Merola, Stutman; Frank Weinman; Helms Homes LLC Terry Helms (E-mail); Homfeld Edward Homfeld II LLC (E-mail); Howard Connell; James and Pamela McCollum; Jerry T. McGimsey; John Goings; John Warner Jr. (E-mail); Joseph Congress; JTWROS Mary and Matthew Moro (E-mail); Kolesar & Leatham RFSP James Macrobbie (E-mail); Kravitz Schnitzer RFSP Jeffrey Sloane (E-mail); Lynn Ernce; Marc Levinson; McGuire Woods LLP RFSP Richard Mason (E-mail); McGuire Woods RFSN Michael Schmahl (E-mail); McGuire Woods RFSN Patricia Smoots (E-mail); Michaelson Susi RFSN Jay Michaelson (E-mail); Michaelson Susi RFSN Peter Susi (E-mail); Nordman Cormany for Andrew Welcher RFSN William Winfield (E-mail); RFSN Jeffrey Cogan for Robert Verchota R&N Real Estate (E-mail); RFSP Nicholas Santoro (E-mail); RFSP Stan Wolken (E-mail); Robert L. Hagmaier (E-mail); Robert Worthen (E-mail); Russell Ad Development Group Robert Russell (E-mail); Russell James Zuardo; Sean Najarian Esq. RFSP (E-mail); Steve Orr; Steven Strong, Ray Quinney; Susan Eckhardt, Nevada Mortgage Lending Div; Thomas Stilley, Sussman Shank LLP; Trust (E-mail); TTEE Katz 2000 Separate Property Trust Sara M. Katz (E-mail); Xanna R. Hardman |
| **Subject:** | In re USA Commercial |

Attached is DIVERSIFIED TRUST DEED FUND COMMITTEE'S RESPONSE IN SUPPORT OF DEBTORS' MOTION FOR ORDER SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SPCP GROUP, LLC, AS LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS filed today.



DTDF Response In Support of De...

Patricia Kois
Certified Paralegal
Beckley Singleton, Chtd.
530 Las Vegas Blvd. So.
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024