Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON OCTOBER 18, 2006

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                    Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                    Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                    Debtor. | **STATUS AND AGENDA FOR OCTOBER 19, 2006 HEARINGS** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: October 19, 2006<br>Time: 9:30 a.m. |

Hearing Status form for 101906 Hearings            - 1 –

1. **Standard Property Development, LLC's Motion for Relief from the Automatic Stay** (the "Lift Stay Motion", Docket No. 903) filed by David A. Stephens on behalf of Standard Property Development, LLC. The Lift Stay Motion seeks relief from the automatic stay to provide whatever notice may be necessary or appropriate to inform and instruct Project Disbursement Group, Inc. that future interest payments not be made pending the resolution of the disputes between Standard Property Development, LLC and the Direct Lenders and to add two of the Debtors, USA and USA Capital First Trust Deed Fund, LLC as defendants in the action in the Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida, Case Number 2006-CA-5756.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | August 4, 2006 | 1111 |
| Debtors and Debtors-In-Possession | August 4, 2006 | 1112 |
| Official Committee of Holders of Executory Rights through USACMC | August 7, 2006 | 1122 |
| Jones Vargas Direct Lenders (Joinder in Official Committee of Holders of Executory Rights through USACMC Opposition) | August 10, 2006 | 1133 |
| Jones Vargas Direct Lenders (Joinder in Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC Opposition) | August 10, 2006 | 1134 |
| Stoddard, Warnick & Albright (Joinder In Motion) | August 15, 2006 | 1147 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Standard Property Development (Supplemental Affidavit) | August 14, 2006 | 1142 |
| Standard Property Development | August 15, 2006 | 1144 |

Hearing Status form for 101906 Hearings    - 2 –

2.  **Emergency Motion For Order Extending The Debtors' Exclusive Period To File A Plan To September 15, 2006 (Affects All Debtors)** (the "Emergency Motion", Docket No. 1245) filed by Debtors. The Emergency Motion requests that the Court: 1) ratify the approval of the Stipulated Order Extending The Debtors' Exclusive Period To File A Plan To September 15, 2006 (Docket No. 1223), 2) extend the Debtors' exclusive period for filing a plan to September 15, 2006, and 3) enter an order further extending the Debtors' exclusivity period for filing a plan to such further date as stipulated by all of the four official committees. This has been set for a status hearing by the Court.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| U.S. Trustee | September 8, 2006 | 1260 |

3.  **Motion to Increase The Debtors' 180-Day Exclusive Period To Confirm Plans of Reorganization To December 31, 2006 (Affects All Debtors)** (Docket No. 1299) filed by Debtors. The Debtors request an order under 11 U.S.C. § 1121(d) to increase the 180-day period under 11 U.S.C. § 1121(c)(3) that the Debtors have to confirm a plan of reorganization. The 180 day exclusive period to obtain acceptance of the proposed plan of reorganization by each class of claims or interests that is impaired under the plan will expire on or about October 10, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Response) | October 3, 2006 | 1427 |

4.  **Diversified Trust Deed Fund Committee's Objection To Proof of Claim Filed by Prospect High Income Fund et al)** (Docket No. 1325). The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC objects to the $20,000,000 Proof of Claim filed by Prospect High Income Fund, ML CBO IV(Cayman), Ltd., Pamco

Hearing Status form for 101906 Hearings        - 3 –

Cayman, Ltd., Pam Capital Funding, L.P., Highland Crusader Fund, Ltd., PCMG Trading Partners XXIII, L.P.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| The Highland Fund | October 4, 2006 | 1442 |

| **Reply Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | October 12, 2006 | 1515 |
| Debtor (Joinder) | October 17, 2006 | 1568 |

5. **Motion For Order Scheduling An Auction For The Sale of Certain Assets, Appointing SPCP Group, LLC, As Lead Bidder, And Approving Bid Procedures And Protections (Affects All Debtors)** (the "Bid Procedures Motion," Docket No. 1352). The Bid Procedures Motion requests an order of the Court: (i) approving the Bid Procedures; (ii) approving the payment of the Break-Up Fee and Expense Reimbursement pursuant to the terms of the Offer Letter and subsequent Agreement, as outlined in the Bid Procedures Motion; and (iii) scheduling the Auction.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Capital Crossing Bank | October 12, 2006 | 1512 |
| JV Direct Lenders (Joinder) | October 13, 2006 | 1536 |

| **Reply Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (Response) | October 18, 2006 | 1570 |
| Debtors | October 18, 2006 | 1572 |
| Official Committee of Holders of Executory Rights through USACMC (Joinder) | October 18, 2006 | 1573 |

Hearing Status form for 101906 Hearings          - 4 –

| | | |
|---|---|---|
| Debtors (Declaration) | October 18, 2006 | 1578 |
| Official Committee of Unsecured Creditors for USA Commercial Mortgage | October 18, 2006 | 1579 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Joinder in Debtors' Reply) | October 18, 2006 | 1581 |

6. **First Interim Application of the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company For Reimbursement of Expenses of Committee Members** (Docket No. 1370). The Direct Lender Committee requests approval of a reimbursement of expenses incurred by members of the committee during the period from May 17, 2006 through August 26, 2006 in the amount of $1,066.92, $1,351.62, $629.57, and $3,048.66.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| n/a | | |

7. **Motion For Order Approving Retention Plan of Debtor's Remaining Employees (Affects All Debtors)** (Docket No. 1429). Debtors seek approval of a retention plan to retain existing employees during the pendency of their bankruptcy cases.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| U.S. Trustee | October 12, 2006 | 1520 |
| JV Direct Lenders (Joinder) | October 13, 2006 | 1537 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Debtors | October 18, 2006 | 1571 |

/ / /

## Adversary Proceedings

1. **Motion For Preliminary Injunction** in Adversary No. 06-01179, USA Commercial Mortgage Company v. Standard Property Development, LLC.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Standard Property Development, LLC | September 18, 2006 | 14 |
| **Reply:** | **Date** | **Docket No.** |
| USA Commercial Mortgage Company | September 25, 2006 | 18 |
| USA Commercial Mortgage Company (Supplemental Reply) | October 17, 2006 | 22 |

2. **Motion For Summary Judgment And For Order Directing Release of Funds** filed by Stephen R. Harris on behalf of Rocklin/Redding LLC in Adversary No. 06-1167, USA Commercial Mortgage Company v. John Durkin, Trustee, et al.

3. **Motion For Summary Judgment And For Order Directing Release of Funds** filed by John L. Laxague on behalf of John Robert Mallin & Marie Theresa Mallin in Adversary No. 06-1167, USA Commercial Mortgage Company v. John Durkin, Trustee, et al.

4. **Motion For Summary Judgment And For Order Directing Release of Funds** filed by John J. Laxague on behalf of George J. Motto in Adversary No. 06-1167, USA Commercial Mortgage Company v. John Durkin, Trustee, et al.

5. **Motion For Summary Judgment And For Order Directing Release of Funds** filed by John J. Laxague on behalf of Daniel Drubin, Laura Drubin, in Adversary No. 06-1167, USA Commercial Mortgage Company v. John Durkin, Trustee, et al.

/ / /

/ / /

/ / /

/ / /

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

6. **Motion For Summary Judgment And For Order Directing Release of Funds** filed by John J. Laxague on behalf of Beverly J. Stiles Trust in Adversary No. 06-1167, <u>USA Commercial Mortgage Company v. John Durkin, Trustee, et al.</u>

DATED: October 18, 2006

          /s/  Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Attorneys for Debtors and Debtors-in-Possession

Hearing Status form for 101906 Hearings            - 7 –