# CERTIFICATE OF MAILING

I hereby certify that service of the above and foregoing LIMITED OPPOSITION TO THE MOTION SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SPCP GROUP LLC AS LEAD BIDDER, AND APPROVIING BID PROCEDURES AND PROTECTIONS was made this 18th day of October, 2006, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

**DEBTOR AND COUNSEL**
ANNETTE W. JARVIS
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UTAH 84145-0385

LENARD E. SCHW ARTZER
JEANETTE E. MCPHERSON
SCHW ARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BOULEVARD, SUITE 1
LAS VEGAS, NEVADA 89146-5308

USA COMMERCIAL MORTGAGE
USA CAPITAL REALTY ADVISORS, LLC
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
USA CAPITAL FIRST TRUST DEED FUND, LLC
USA SECURITIES, LLC
THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

**THE UNITED STATES TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
600 LAS VEGAS BLVD., SOUTH,
STE. 4300
LAS VEGAS, NV 89101

**USA CAPITAL REALTY ADVISORS, LLC - UNSECURED CREDITORS**
KUMMER, KAEMPFER, BONNER & RENSHAW
3800 HOWARD HUGHES PKWY., 7Th FLOOR
LAS VEGAS, NV 89109

INTERSHOW
THE GITHLER CENTER
1258 NORTH PALM AVE.
SARASOTA, FL 34236

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

**USA SECURITIES, LLC - UNSECURED CREDITORS**

JAMES HULL
C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
TORRANCE, CA 90505

GEORGE GORMAN
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

TIM RICH
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

**UNSECURED CREDITORS COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY**

Bunch Bell
1909 Red Robin Court
Las Vegas, NV 89134

Advanced Information Systems
c/o Michael T. Yoder
4270 Cameron Street, Suite #1
Las Vegas, NV 89103

C/O Donald R. Walker
9209 Eagle Hills Drive
Las Vegas, NV 89134-6109

Russell AD Development Group, LLC
P. O. Box 28216
Scottsdale, AZ 85255

Robert A. Russell
8585 East Hartford Drive
Suite 500
Scottsdale, AZ 85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117-7635

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR 97035

5

**[PROPOSED] COUNSEL FOR THE FOLLOWING TWO INVESTOR COMMITTEES: Equity Security Holders of USA Capital First Trust Deed Fund, LLC and Equity Security Holders of USA Capital Diversified Trust Deed Fund;**

Jeffrey H. Davidson
Frank A. Merola
Eve H. Karaski
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

James Patrick Shea
Candace C. Carlyon
Shea & Carlyon, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101

## COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

John Warner Jr., IRA
C/O First Savings Bank
2605 East Flamingo Road
Las Vegas, NV 89121

C/O Chuck Heinrichs
198 E. Pajaro
Newbury Park, CA 91320

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT 84770

Mary E. and Matthew J. Moro, JTWROS
1009 8th Street
Manhattan Beach, CA 90266

Richard G. Woudstra Revocable Trust
Richard G. Woudstra, TTWW
P. O. Box 530025
Henderson, NV 89053

Wen Baldwin Separate Property Trust
365 Dooley Drive
Henderson, NV 89015

Jerry T. McGimsey
3115 South El Camino Rd.
Las Vegas, NV 89146

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

Richard Horowitz
5 Fir Drive
Kingspoint, NY 11024

## COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.

Robert G. Worthen
1112 Worthen Circle
Las Vegas, NV 89145

Katz 2000 Separate Property Trust
Sara M. Katz, Managing Trustee
4250 Executive Square, #670
San Diego, CA 92037

Thomas C. Lawyer Family Trust
45 Ventana Canyon Drive
Las Vegas, NV 89113

Marjan Rutar
4043 Chalfont Court
Las Vegas, NV 89121

Charles O. Nichols and Flora A. Nicols
2561 Seascape Drive
Las Vegas, NV 89128

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV 89121

## COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY

Fertita Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Helms Homes, LLC
C/O Terry Helms
809 Upland Blvd.,
Las Vegas, NV 89107

William J. Bullard
Fertita Enterprises, Inc.
P. O. Box 27555
Las Vegas, NV 89126

Terry Helms Living Trust
809 Upland Blvd.
Las Vegas, NV 89107

7

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1. Dennis Flier, Inc. Defined Benefit Trust
   20155 Porto Vita Way #1803
   Aventura, FL  33180

2. Arthur Polacheck and Glorianne Polacheck
   2056 Wooklake Circle
   Deerfield Beach, FL  33442

3. James W. McCollum and Pamela P. McCollum
   1011 F. Avenue
   Coronado, CA  92118

4. Homfeld II, LLC
   777 South Federal Highway
   Suite –409
   Pompano Beach, FL  33062

5. C/O Edward W. Homfeld
   858 Bishop Road
   Grosse Pointe Park, MI  48230

6. Nevada Mortgage Lending Division
   Attn:  Susan Eckhardt
   3075 East Flamingo #100
   Las Vegas, NV  89121

7. U. S. Securities and Exchange Commission
   Attn:  Sandra W. Lavigna
   5670 Wilshire Blvd., 11th Floor
   Los Angeles, CA  90036-3648

8. Pension Benefit Guaranty Corporation
   Office of the Chief Counsel
   1200 K. Street Street, N.W.
   Washington, D.C.  20005-4026

9. Department of Employment Training
   Employment Sec. Div., Contributions
   500 East Third Street
   Carson City, NV  89713-0030

10. DMV and Public Safety Records
    555 Wright Way
    Carson City, NV  89711-0250

11. Employers Insurance Co. Of NV
    Attn:  Bankruptcy Desk
    9790 Gateway Drive
    Reno, NV  89521-5906

12. NV Dept. of Taxation
    Bankruptcy Division
    555 East Washington, #1300
    Las Vegas, NV  89101

8

1. Internal Revenue Service
   Attn: Bankruptcy dept.
2. Stop 5028 110 City Parkway
   Las Vegas, NV 89106
3.
4. Secretary of State
   State of Nevada
   202 North Carson Street
5. Carson City, NV 89701

6. NV Department of Taxation
   Revenue Division
7. Capitol Complex
   Carson City, NV 89701-0003
8.
   Office of Labor Commissioner
9. 555 East Washington Ave., Suite 4100
   Las Vegas, NV 89101
10.
    U. S. Attorney
11. District of Nevada
    323 Las Vegas Blvd., So., #5000
12. Las Vegas, NV 89101

13. United States Dept. of Justice
    Tax-Division-Western Region
14. P. O. Box 683-Ben Franklin Station
    Washington, D.C. 20044
15.
    District Counsel
16. Internal Revenue Service
    110 City Parkway
17. Las Vegas, NV 89106

18. Internal Revenue Service
    Ogden, UT 84201
19.
    FHA/HUD
20. 300 Las Vegas Blvd., #2900
    Las Vegas, NV 89101
21.
    Dept. of Veterans Affairs
22. Loan Service and Claims
    3225 North Central
23. Phoenix, AZ 85012

24. Clark County Treasurer
    C/O Bankruptcy Clerk
25. P. O. Box 551220
    Las Vegas, NV 89155-1220
26.
    Clark County Assessor
27. C/O Bankruptcy Clerk
    P. O. Box 551401
28. Las Vegas, NV 89155-1401

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

9

**NOTICES OF APPEARANCE/REQUESTS FOR NOTICES**

Don Tomlin
C.O David W. Mounier
15316 Sky High Road
Escondido, CA 92055

Maryetta Bowman
534 Enchanted Lakes Drive
Henderson, NV 89052

Edward W. Homfeld
Homfeld II LLC
777 South Federal Highway, Suite –409
Pompano Beach, FL 33062

Richard McKnight, ESQ.
Law Offices of Richard McKnight
330 S. Third Street, #900
Las Vegas, NV 89101

RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV 89074

Robert R. Kinas, ESQ.
Jennifer L. McBee
Snell & Wilmer, LLP
3800 Howard Hughes Pkwy., #1000
Las Vegas, NV 89109

Michael R. Shuler
C/O Jay R. Eaton
Eaton &O'leary, PLLC
115 Grove Avenue
Phoenix, AZ 86301

Janet L. Chubb, ESQ.Jones Vargas
100 West Liberty Street, 12th Floor
P. O. Box 281
Reno, NV 89504-0281

Martin B. Weiss, ESQ.
The Garrett Group, LLC
One Better World Circle, Suite 300
Temecula, CA 92590

1. Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

Vince Danelian
C/O Edward J. Hanigan, ESQ.
199 N. Arroyo Grande Blvd., #200
Henderson, NV 89074

William L. McGimsey, ESQ.
601 East Charleston Blvd.
Las Vegas, NV 89104

Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL 33441

Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

Sean Najarian, ESQ.
The Najarian Law Firm
283 S. Lake Avenue, Suite 205
Pasadena, CA 91101

Scott D. Fleming
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, NV 89109

Nile Leatham
James B. Macrobbie
Kolesar & Leatham, CHTD
3320 W. Sahara Ave., Ste., 380
Las Vegas, NV 89102

Laurel E. Davis
Lionel Sawyer & Collins
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas, NV 89101

Gilbert B. Weisman
Becket and Lee LLP
P. O. Box 3001
Malvern, PA 19355-0701

Caryn S. Tijsseling
Beesley, Peck & Matteoni, LTD
5011 Meadowood Mall Way, #300
Reno, NV 89502

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1. Nicholas J. Santoro
   400 S. Fourth Street, 3rd Floor
2. Las Vegas, NV  89101

3. Jed A. Hart
   Angelo, Gordon & Co.
4. 245 Park Avenue, 26th Floor
   New York, NY  10167

5.

6.

   Bradley J. Stevens
7. Robbins & Green, P.A.
   3300 North Central Avenue, Suite 1800
8. Phoenix, AZ  85012

9. CiCi Cunningham, ESQ.
   James A. Kohl, ESQ.
10. Christine Roberts, ESQ.
    Rawlings, Olson, Cannon, Gormley & Desruisseaux
11. 9950 W. Cheyenne Avenue
    Las Vegas, NV  89129

12.

    Gerald M. Gordon, ESQ.
13. Thomas H. Fell, ESQ.
    Gordon & Silver, LTD.
14. 3960 Howard Hughes Parkway, 9th Floor
    Las Vegas, NV  89109

15.

    Franklin C. Adams
16. Best Best & Kriefer, LLP
    3750 University Ave.
17. P. O. Box 1028
    Riverside, CA  92502-1028

18.

    Jeffrey G. Sloane, ESQ.
19. Regina M. McConnell, ESQ
    Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, CHTD.
20. 1389 Galleria Drive., Ste, 200
    Henderson, NV  89014

21.

    Kevin B. Christensen
22. Xanna R. Hardman
    7440 W. Sahara Ave.
23. Las Vegas, NV  89117

24. Richard Mason
    Patricia K. Smoots
25. Michael M. Schmahl
    McGuire Woods, LLP
26. 77 West Wacker Drive., Ste., 4100
    Chicago, IL  60601

27.

28.

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

12

| | |
|---|---|
| 1 | Donald T. Polednak, ESQ. |
|   | 7371 Prairie Falcon, Ste., 120 |
| 2 | Las Vegas, NV  89128 |
| 3 | Peter Susi |
|   | Jay L. Michaelson |
| 4 | Michaelson, Susi & Michaelson |
|   | Seven West Gigueroa St., 2nd Floor |
| 5 | Santa Barbara, CA  93101-3191 |
| 6 | |
| 7 | |
|   | Joan C. Wright |
| 8 | Allison, Mackenzie, Russell, Pavlakis, Wright & Fagan, LTD. |
|   | 402 North Division Street |
| 9 | P. O. Box 646 |
|   | Carson City, NV  89702 |
| 10 | |
|    | Bay Communities |
| 11 | C.O Chris el |
|    | 4800 No. Federal Highway, Suite A205 |
| 12 | Boca Raton, FL  33431 |
| 13 | Ervent T. Nelson |
|    | Bolick & Boyer |
| 14 | 6060 W. Elton Avenue, Ste., A |
|    | Las Vegas, NV  89107 |
| 15 | |
|    | Matthew Q. Callister |
| 16 | Callister & Reynolds |
|    | 823 Las Vegas Boulevard South |
| 17 | Las Vegas, NV  89101 |
| 18 | Andrew Welcher |
|    | C/O Nordman Company Hair & Compton LLP |
| 19 | Attn:  William E. Winfield, ESQ. |
|    | 1000 Town Center Drive, 6th Floor |
| 20 | Oxnard, CA  93031 |
| 21 | Robert Verchota, General Partner |
|    | R & N Real Estate Investments, LP |
| 22 | C/O Jeffrey A. Cogan |
|    | 3990 Vegas Drive |
| 23 | Las Vegas, NV  89108 |
| 24 | Law Offices of James G. Schwartz |
|    | Joshua D. Brysk, ESQ. |
| 25 | 7901 Stoneridge Drive, Suite 401 |
|    | Pleasanton, CA  94588 |
| 26 | |
|    | Scott K. Canepa |
| 27 | Canepa, Reidy & Rubing |
|    | 851 S. Rampart Blvd., #160 |
| 28 | Las Vegas, NV  89145 |

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

13

John F. Murtha
Woodburn & Wedge
Sierra Plaza 6100 Neil Road, Ste., 500
P. O. Box 2311
Reno, NV  89505

Thomas W. Stilley
Sussman Shank LLP
1000 SW Broadway, Ste., 1400
Portland, OR  97205-3089

SYLVESTER & POLEDNAK, LTD.
Jeffrey R. Sylvester, ESQ.
7371 Prairie Falcon, #120
Las Vegas, NV  89128

_____
Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\Binford Medical Developers, LLC\Opp.wpd

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

14