JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 1768
PAUL C. RAY, ESQ.
Nevada Bar No. 4365
830 Las Vegas Boulevard South
Las Vegas, NV 89101
(702) 382-4044
Attorneys for Jamie Wise, Interest Holder

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

              Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

882.022902 dp

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 19th day of October, 2006, I mailed the original completed Proof of Interest form in the above captioned matter by enclosing it in a sealed envelope upon which first class postage was fully prepaid addressed to:

    BMC Group
    Attn: USACM Claims Docketing Center
    P.O. Box 911
    El Segundo, CA 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

There is regular communication by mail between the place of mailing and the place so addressed.

*Diane M Pavell* (signature)
An Employee of JOHN PETER LEE, LTD.