ORIGINAL

1  GREENBERG TRAURIG, LLP
2  3773 Howard Hughes Parkway
   Suite 500 North
   Las Vegas, Nevada 89169
3  Phone: 702-792-3773     **Entered on Docket**
4  Fax:   702-792-9002     **October 19, 2006**

5  Keriann M. Atencio (AZ SBN 020821)
   GREENBERG TRAURIG, LLP
6  2375 East Camelback Road, Suite 700
   Phoenix, Arizona 85016
7  Phone: (602) 445-8000
   e-mail: atenciok@gtlaw.com

8  Attorneys for Nevada State Bank

9

10
                    UNITED STATES BANKRUPTCY COURT
11
                           DISTRICT OF NEVADA
12

13  In re:                              | Case No. BK-S-06-10725 LBR
                                        | Case No. BK-S-06-10726 LBR
14  USA COMMERCIAL MORTGAGE             | Case No. BK-S-06-10727 LBR
15  COMPANY, et al.                     | Case No. BK-S-06-10728 LBR
                                        | Case No. BK-S-06-10729 LBR
16                  Debtors.            |
                                        | Chapter 11
17                                      |
                                        | Jointly Administered Under
18                                      | Case No. BK-S-06-10725 LBR
19                                      |
                                        | **ORDER GRANTING PERMISSION TO**
20                                      | **FILE ON PAPER**
21
22
23

24          **ORDER GRANTING PERMISSION TO FILE ON PAPER**
25

26      The Court hereby GRANTS the Motion filed by Keriann M. Atencio, Esq. The Clerk of the

27  Bankruptcy Court is hereby directed to accept on paper the following document(s) as identified in

28  the movant's "Motion to File on Paper" (list title of each document):

1. Verified Petition for Permission to Practice in this Case Only.

2. Designation of Local Counsel and Consent Thereto.

No other documents may be filed on paper without further seeking permission from the Court.

**IT IS SO ORDERED.**

Dated this _____ day of October, 2006.

_____
Bankruptcy Court Judge