**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on 10/19/2006

1  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
   Facsimile (702) 949-8321
2  Telephone (702) 949-8320

3  40 North Central Avenue, Suite 1900
   Phoenix, Arizona 85004-4429
   Facsimile (602) 734-3824
   Telephone (602) 262-5756
4
5  Susan M. Freeman AZ State Bar No. 004199
   Email: sfreeman@lrlaw.com
   Rob Charles NV State Bar No. 0065934
   Email: rcharles@lrlaw.com

6  Attorneys for Official Committee of Unsecured Creditors

7

8                    UNITED STATES BANKRUPTCY COURT

9                           DISTRICT OF NEVADA

| 10 | In re: | Jointly Administered |
|---|---|---|
| 11 | **USA Commercial Mortgage Company**<br>**06-10725 – Lead Case** | Chapter 11 Cases |
| 12 | | Judge Linda B. Riegle Presiding |
| 13 | **USA Capital Realty Advisors, LLC**<br>**06-10726** | **NOTICE OF DEPOSITION** |
| 14 | **USA Capital Diversified Trust Deed Fund, LLC** | |
| 15 | **06-10728** | Affecting:<br>☐ All Cases<br>or Only: |
| 16 | **USA Capital First Trust Deed Fund, LLC**<br>**06-10728** | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC |
| 17 | | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| 18 | **USA Securities, LLC**<br>**06-10729**<br>**Debtors.** | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

19

20        Please take notice that the examination of USA Commercial Real Estate Group

21  ("USACREG"), c/o Victoria S. Loop, Managing Agent, 4525 Sandhill Road, Suite 114,

22  Las Vegas, NV 89121, or other person competent to testify on behalf of USACREG

23  pursuant to Bankruptcy Rules 2004, 7030 and 7034 and Rules 30 and 34 of the Federal

24  Rules of Civil Procedure concerning claims of USACREG against USA Commercial

25  Mortgage Company, direct loans originated or serviced by USACM in which USACREG

26  owns any interest, and the owners, managers, employees, agents, affiliates and insiders of

208184.1

**LEWIS AND ROCA LLP**
LAWYERS

1  USACREG, shall take place on October 30, 2006 at 2:00 p.m. at the law offices of Lewis
2  and Roca LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169. The
3  witness is directed to produce the documents described in **Exhibit A** attached hereto.
4       Dated October 19, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

208184.1