## SCHEDULE 1

| Performance | Loan Name | Origination Date | 7/31/06 Loan Outstanding | CFT Ownership % | CFT Ownership Principal Balance | Purchase Price |
|---|---|---|---|---|---|---|
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 11/14/05 | 6,600,000 | 100.00% | 6,600,000 | |
| Performing | University Estates, Inc. | 4/11/05 | 4,825,920 | 100.00% | 4,825,920 | |
| Non-Performing | Gramercy Court Condos (Gramercy Court, Ltd.) | 6/25/04 | 34,884,500 | 13.10% | 4,570,500 | |
| Non-Performing | Franklin - Stratford Investments, LLC | 3/30/05 | 5,225,000 | 80.67% | 4,215,000 | |
| Non-Performing | HFAH/Monaco, LLC | 12/19/03 | 4,000,000 | 100.00% | 4,000,000 | |
| Performing | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 12/17/03 | 3,800,000 | 99.31% | 3,773,675 | |
| Non-Performing | Eagle Meadows Development | 10/19/05 | 31,050,000 | 11.76% | 3,652,000 | |
| Non-Performing | Shamrock Tower, LP (619 Main. LP) | 8/5/04 | 10,500,000 | 31.43% | 3,300,000 | |
| Non-Performing | Margarita Annex | 7/26/04 | 12,000,000 | 24.42% | 2,930,000 | |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 3/31/06 | 2,500,000 | 100.00% | 2,500,000 | |
| Performing | Columbia Managing Partners, LLC | 9/1/05 | 2,210,000 | 100.00% | 2,210,000 | |
| Non-Performing | Brookmere/Matteson $27,050,000 | 10/29/03 | 5,964,848 | 33.88% | 2,021,085 | |
| Non-Performing | Anchor B, LLC | 5/31/05 | 5,835,422 | 33.36% | 1,946,422 | |
| Non-Performing | Interstate Commerce Center Phase II (ISCC Phase II, LLC) | 8/11/04 | 1,856,849 | 86.34% | 1,603,204 | |
| Non-Performing | Palm Harbor One, LLC | 12/14/05 | 28,480,000 | 5.60% | 1,594,000 | |
| Non-Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 1/23/06 | 8,925,000 | 14.61% | 1,303,500 | |
| Non-Performing | Binford Medical Developers, LLC | 8/31/05 | 7,450,000 | 17.25% | 1,285,000 | |
| Performing | The Gardens, LLC Timeshare (The Gardens, LLC) | 3/24/04 | 3,902,274 | 31.03% | 1,211,050 | |
| Performing | Cottonwood Hills, LLC | 6/14/05 | 4,000,000 | 25.00% | 1,000,000 | |
| Performing | Mountain House Business Park (Pegasus-MH Ventures I, LLC) | 6/10/04 | 16,800,000 | 5.21% | 875,000 | |
| Non-Performing | Lake Helen Partners | 12/7/04 | 3,159,704 | 28.77% | 908,908 | |
| Non-Performing | ComVest Capital (Comvest Capital Satellite Arms, Inc) | 1/11/06 | 4,125,000 | 17.82% | 735,000 | |
| Non-Performing | 6425 Gess, LTD | 4/14/05 | 26,500,000 | 2.63% | 696,000 | |
| Non-Performing | Standard Property Development, LLC | 2/27/06 | 9,640,000 | 6.96% | 671,000 | |

STRICTLY CONFIDENTIAL

## SCHEDULE 1

| Performance | Loan Name | Origination Date | 7/31/06 Loan Outstanding | CFT Ownership % | CFT Ownership Principal Balance | Purchase Price |
|---|---|---|---|---|---|---|
| Performing | Roam Development Group L.P. | 3/23/05 | 25,601,735 | 2.37% | 605,688 | |
| Non-Performing | Harbor Georgetown, L.L.C. | 8/16/04 | 8,800,000 | 5.80% | 510,000 | |
| Non-Performing | Huntsville (West Hills Park Joint Venture) | 3/31/04 | 10,475,000 | 4.77% | 500,000 | |
| Non-Performing | Castaic Partners II, LLC | 7/11/05 | 5,600,000 | 7.59% | 425,000 | |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 12/16/02 | 19,242,193 | 1.72% | 330,016 | |
| Non-Performing | Tapia Ranch (Castlac Partners, LLC) | 9/28/04 | 22,000,000 | 1.43% | 314,000 | |
| Repaid | Midvale Marketplace, LLC | 6/30/05 | - | 7.61% | - | |
| Performing | J. Jireh's Corporation | 9/2/05 | 8,825,000 | 3.00% | 265,000 | |
| Non-Performing | Wasco Investments LLC | 11/23/04 | 6,450,000 | 3.02% | 195,000 | |
| Non-Performing | Oak Shores II  (John E. King and Carole D. King) | 6/6/05 | 12,150,000 | 0.03% | 3,925 | |
| Performing | Bay Pompano Beach, LLC | 6/20/05 | 14,680,390 | 1.20% | 176,623 | |
| Non-Performing | Del Valle - Livingston (Del Valle Capital Corporation, Inc) | 8/25/05 | 19,250,000 | 0.67% | 129,000 | |
| Non-Performing | Elizabeth May Real Estate, LLC | 2/24/06 | 10,050,000 | 1.19% | 120,000 | |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 8/11/05 | 30,000,000 | 0.39% | 118,000 | |
| Non-Performing | Clear Creek Plantation  (Arapahoe Land Investments, L.P.) | 3/15/05 | 2,900,000 | 3.45% | 100,000 | |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC) | 11/18/05 | 13,185,000 | 0.76% | 100,000 | |
| Non-Performing | 3685 San Fernando Road Partners, L.P. | 8/2/05 | 7,350,000 | 1.12% | 82,000 | |
| Non-Performing | Meadow Creek Partners, LLC | 2/23/06 | 8,250,000 | 0.87% | 72,000 | |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 1/17/06 | 2,250,000 | 3.11% | 70,000 | |
| Non-Performing | Urban Housing Alliance - 435 Lofts (Urban Housing Alliance, LLC) | 7/13/05 | 8,150,000 | 0.37% | 30,000 | |
| Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 8/15/05 | 1,925,000 | 1.52% | 29,226 | |
| Non-Performing | Foxhill 216, LLC | 2/23/06 | 25,980,000 | 0.10% | 25,000 | |
| Non-Performing | Castaic Partners III, LLC | 9/22/05 | 4,675,000 | 0.53% | 25,000 | |
| | Total | | | | 62,652,742 | 46,000,000 |

# SCHEDULE 2

| Performance | Loan Name | Origination Date | 7/31/06 Loan Outstanding | Funds Interest % | Funds Interest $ | Fees Accrued | Fees Paid | Net Unpaid |
|---|---|---|---|---|---|---|---|---|
| Non-Performing | 3685 San Fernando Road Partners, L.P. | 8/2/05 | 7,350,000 | 1.12% | 82,000 | 85,056 | 72,806 | 12,250 |
| Performing | 5055 Collwood, LLC | 2/24/06 | 1,173,289 | 0.00% | - | 4,917 | 3,831 | 1,085 |
| Performing | 60th Street Venture, LLC | 12/22/05 | 3,700,000 | 0.00% | - | 19,395 | 16,316 | 3,079 |
| Non-Performing | 6425 Gess, LTD | 4/14/05 | 26,500,000 | 2.63% | 696,000 | 231,445 | - | 231,445 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 12/16/02 | 19,242,193 | 17.15% | 3,299,403 | 658,778 | 583,361 | 75,417 |
| Non-Performing | Anchor B, LLC | 5/31/05 | 5,835,422 | 33.36% | 1,946,422 | 63,544 | - | 63,544 |
| Non-Performing | BarUSA/$15,300,000 (Barusa, LLC) | 11/24/03 | 15,300,000 | 0.07% | 10,000 | 336,569 | 286,417 | 50,152 |
| Performing | Bay Pompano Beach, LLC | 6/20/05 | 14,680,390 | 1.67% | 245,438 | 158,882 | 146,317 | 12,565 |
| Non-Performing | Binford Medical Developers, LLC | 8/31/05 | 7,450,000 | 17.25% | 1,285,000 | 49,391 | 38,156 | 11,235 |
| Non-Performing | Brookmere/Matteson $27,050,000 | 10/29/03 | 5,964,848 | 33.88% | 2,021,085 | 19,987 | 8,540 | 11,447 |
| Performing | Bundy Canyon $1,050,000 (Bundy Canyon Land Development, LLC) | 1/6/06 | 1,050,000 | 0.00% | - | 5,391 | 5,391 | (0) |
| Non-Performing | Bundy Canyon $2,500,000 (Bundy Canyon Land Development, LLC) | 5/2/05 | 2,300,000 | 0.00% | - | 25,490 | 22,000 | 3,490 |
| Non-Performing | Bundy Canyon $5,000,000 (Bundy Canyon Land Development, LLC) | 9/28/05 | 4,250,000 | 0.71% | 30,000 | 31,700 | 22,238 | 9,463 |
| Performing | Bundy Canyon $5,725,000 (Bundy Canyon Land Development, LLC) | 1/14/06 | 5,725,000 | 0.00% | - | 71,963 | 71,963 | (0) |
| Non-Performing | Bundy Canyon $7,500,000  (Bundy Canyon Land Development, LLC) | 8/17/05 | 6,700,000 | 0.00% | - | 54,794 | 40,037 | 14,757 |
| Performing | Cabernet Highlands, LLC | 2/17/05 | 3,000,000 | 0.00% | - | 10,000 | 10,000 | 0 |
| Non-Performing | Castaic Partners II, LLC | 7/11/05 | 5,600,000 | 7.59% | 425,000 | 34,263 | 18,338 | 15,925 |
| Non-Performing | Castaic Partners III, LLC | 9/22/05 | 4,675,000 | 1.60% | 75,000 | 28,673 | 18,340 | 10,333 |
| Performing | Charlevoix Homes, LLC (Lindsay and Chandler Heights, LLC) | 4/3/06 | 3,400,000 | 0.00% | - | 8,217 | 8,217 | - |
| Non-Performing | Clear Creek Plantation  (Arapahoe Land Investments, L.P.) | 3/15/05 | 2,900,000 | 3.45% | 100,000 | 9,740 | 2,417 | 7,324 |
| Performing | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 12/17/03 | 3,800,000 | 100.00% | 3,800,000 | 12,667 | 9,544 | 3,123 |
| Performing | Columbia Managing Partners,  LLC | 9/1/05 | 2,210,000 | 100.00% | 2,210,000 | 7,035 | 7,035 | (0) |
| Non-Performing | ComVest Capital  (Comvest Capital Satellite Arms, Inc) | 1/11/06 | 4,125,000 | 17.82% | 735,000 | 18,320 | 14,882 | 3,438 |
| Non-Performing | Copper Sage Commerce Center Phase II (Copper Sage Commerce Center, LLC) | 3/1/06 | 3,550,000 | 1.83% | 65,000 | 11,736 | 6,637 | 5,100 |
| Performing | Cornman Toltec 160, LLC | 6/24/05 | 6,375,000 | 0.08% | 5,000 | 20,871 | 20,871 | 0 |
| Performing | Cottonwood Hills, LLC | 6/14/05 | 4,000,000 | 25.00% | 1,000,000 | 40,004 | 40,004 | 0 |
| Non-Performing | Del Valle - Livingston (Del Valle Capital Corporation, Inc) | 8/25/05 | 19,250,000 | 0.67% | 129,000 | 110,286 | 94,247 | 16,040 |

# SCHEDULE 2

| Performance | Loan Name | Origination Date | 7/31/06 Loan Outstanding | Funds Interest | | Servicing Fees as of 6/30/2006 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | % | $ | Fees Accrued | Fees Paid | Net Unpaid |
| Non-Performing | Eagle Meadows Development | 10/19/05 | 31,050,000 | 11.76% | 3,652,000 | 211,600 | 131,009 | 80,591 |
| Non-Performing | Elizabeth May Real Estate, LLC | 2/24/06 | 10,050,000 | 1.19% | 120,000 | 33,755 | 10,374 | 23,381 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 11/14/05 | 6,600,000 | 100.00% | 6,600,000 | 22,000 | 16,500 | 5,500 |
| Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 4/14/05 | 6,500,000 | 1.46% | 95,039 | 78,722 | 73,722 | 5,000 |
| Non-Performing | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 6/15/04 | 20,500,000 | 0.05% | 9,500 | 333,015 | - | 333,015 |
| Non-Performing | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 9/22/03 | 10,000,000 | 0.00% | - | 212,526 | - | 212,526 |
| Non-Performing | Foxhill 216, LLC | 2/23/06 | 25,980,000 | 0.10% | 25,000 | 112,047 | 52,122 | 59,926 |
| Non-Performing | Franklin - Stratford Investments, LLC | 3/30/05 | 5,225,000 | 100.00% | 5,225,000 | 29,222 | 25,845 | 3,377 |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC) | 11/18/05 | 13,185,000 | 0.76% | 100,000 | 61,677 | 28,423 | 33,254 |
| Performing | Goss Road (Savannah Homes, LLC) | 11/2/04 | 1,000,000 | 0.25% | 2,500 | 3,333 | 3,333 | (0) |
| Non-Performing | Gramercy Court Condos (Gramercy Court, Ltd.) | 6/25/04 | 34,884,500 | 13.10% | 4,570,500 | 151,312 | 42,293 | 109,018 |
| Non-Performing | Harbor Georgetown, L.L.C. | 8/16/04 | 8,800,000 | 5.80% | 510,000 | 155,600 | 112,602 | 42,998 |
| Non-Performing | Hasley Canyon (Los Valles Land & Golf, LLC.) | 3/3/04 | 11,700,000 | 0.00% | - | 259,392 | 161,699 | 97,694 |
| Performing | Hesperia II (Southern California Land Development, LLC) | 4/1/05 | 4,250,000 | 0.00% | - | 47,312 | 47,312 | (0) |
| Non-Performing | HFA- Clear Lake LLC | 1/6/05 | 16,050,000 | 0.88% | 141,000 | 230,499 | - | 230,499 |
| Non-Performing | HFA- Windham (HFAH Asylum, LLC) | 11/15/04 | 5,550,000 | 0.00% | - | 86,636 | - | 86,636 |
| Non-Performing | HFA-Clear Lake 2nd (HFAH Clear Lake, LLC) | 6/24/05 | 2,750,000 | 0.29% | 8,000 | 27,014 | - | 27,014 |
| Non-Performing | HFAH/Monaco, LLC | 12/19/03 | 4,000,000 | 100.00% | 4,000,000 | 100,322 | - | 100,322 |
| Non-Performing | Huntsville (West Hills Park Joint Venture) | 3/31/04 | 10,475,000 | 10.73% | 1,124,000 | 159,961 | 95,827 | 64,133 |
| Performing | I-40 Gateway West, LLC | 1/11/05 | 4,530,000 | 0.00% | - | 15,100 | 15,100 | 0 |
| Performing | I-40 Gateway West, LLC 2nd | 3/1/06 | 1,065,000 | 0.00% | - | 3,493 | 830 | 2,663 |
| Non-Performing | Interstate Commerce Center Phase II (ISCC Phase II, LLC) | 8/11/04 | 1,856,849 | 100.00% | 1,856,849 | 6,757 | - | 6,757 |
| Performing | La Hacienda Estate, LLC | 11/11/04 | 6,255,000 | 0.80% | 50,000 | 20,390 | 20,311 | 79 |
| Non-Performing | Lake Helen Partners | 12/7/04 | 3,159,704 | 35.76% | 1,129,948 | 34,564 | 22,687 | 11,878 |
| Non-Performing | Lerin Hills, LTD | 12/7/05 | 10,350,000 | 0.00% | - | 34,284 | 25,545 | 8,738 |
| Non-Performing | Margarita Annex | 7/26/04 | 12,000,000 | 24.42% | 2,930,000 | 228,338 | 197,759 | 30,579 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 8/11/05 | 30,000,000 | 1.29% | 385,500 | 266,255 | 166,673 | 99,582 |

# SCHEDULE 2

| Performance | Loan Name | Origination Date | 7/31/06 Loan Outstanding | Funds Interest | | Servicing Fees as of 6/30/2006 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | % | $ | Fees Accrued | Fees Paid | Net Unpaid |
| Non-Performing | Marlton Square 2nd (MS Acquisition Company, LLC) | 8/11/05 | 6,000,000 | 0.00% | - | 36,140 | 15,690 | 20,450 |
| Non-Performing | Marquis Hotel (USA Investors VI, LLC) | 3/29/05 | 13,500,000 | 0.71% | 96,000 | 231,741 | - | 231,741 |
| Non-Performing | Meadow Creek Partners, LLC | 2/23/06 | 8,250,000 | 0.87% | 72,000 | 22,482 | 15,607 | 6,875 |
| Performing | Mountain House Business Park (Pegasus-MH Ventures I, LLC) | 6/10/04 | 16,800,000 | 5.67% | 953,000 | 217,108 | 217,108 | (0) |
| Non-Performing | Oak Shores II (John E. King and Carole D. King) | 6/6/05 | 12,150,000 | 0.10% | 11,877 | 123,746 | 113,705 | 10,042 |
| Non-Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 1/23/06 | 8,925,000 | 14.61% | 1,303,500 | 9,000 | 6,750 | 2,250 |
| Performing | Ocean Atlantic (Ocean Atlantic/PFG-Westbury, LLC) | 11/1/05 | 2,700,000 | 0.00% | - | 33,531 | 11,184 | 22,347 |
| Non-Performing | Palm Harbor One, LLC | 12/14/05 | 28,480,000 | 5.60% | 1,594,000 | 162,395 | 98,045 | 64,349 |
| Non-Performing | Placer Vineyards (Placer County Land Speculators, LLC) | 12/10/04 | 31,500,000 | 0.00% | - | 207,549 | 81 | 207,468 |
| Non-Performing | Placer Vineyards 2nd (Placer County Land Speculators, LLC) | 12/10/04 | 6,500,000 | 0.00% | - | 38,903 | - | 38,903 |
| Performing | Preserve at Galleria, LLC | 10/6/05 | 3,711,750 | 0.11% | 3,988 | 14,643 | 14,643 | (0) |
| Performing | Redwood Properties, LLC | 11/15/05 | 269,641 | 100.00% | 269,641 | 1,844 | - | 1,844 |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 1/17/06 | 2,250,000 | 3.11% | 70,000 | 8,602 | 4,880 | 3,722 |
| Non-Performing | Shamrock Tower, LP (619 Main. LP) | 8/5/04 | 10,500,000 | 31.43% | 3,300,000 | 161,095 | - | 161,095 |
| Non-Performing | Slade Development, Inc. | 12/5/05 | 3,525,000 | 1.42% | 50,000 | 16,204 | 11,823 | 4,381 |
| Performing | Southern California Land 2nd (Southern California Land Development, LLC) | 8/3/05 | 2,800,000 | 1.25% | 35,000 | 23,565 | 23,565 | (0) |
| Non-Performing | Standard Property Development, LLC | 2/27/06 | 9,640,000 | 6.96% | 671,000 | 35,175 | 27,141 | 8,033 |
| Performing | SVRB $4,500,000 (SVRB Investments, LLC) | 4/27/05 | 1,424,082 | 0.00% | - | 25,772 | 24,925 | 847 |
| Performing | SVRB 2nd $2,325,000 (SVRB Investments, LLC) | 4/27/05 | 2,325,000 | 0.00% | - | 25,448 | 23,511 | 1,938 |
| Non-Performing | Tapia Ranch (Castiac Partners, LLC) | 9/28/04 | 22,000,000 | 1.43% | 314,000 | 233,291 | 130,582 | 102,709 |
| Non-Performing | Ten-Ninety, Ltd./$4,150,000 | 12/30/02 | 4,150,000 | 20.48% | 850,000 | - | - | - |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 3/31/06 | 2,500,000 | 100.00% | 2,500,000 | 5,964 | - | 5,964 |
| Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 8/15/05 | 1,925,000 | 5.53% | 106,371 | 21,613 | 21,572 | 42 |
| Performing | The Gardens, LLC Timeshare (The Gardens, LLC) | 3/24/04 | 3,902,274 | 36.47% | 1,422,984 | 34,553 | 30,571 | 3,982 |
| Performing | University Estates, Inc. | 4/11/05 | 4,825,920 | 100.00% | 4,825,920 | 15,939 | 15,939 | 0 |
| Non-Performing | Wasco Investments LLC | 11/23/04 | 6,450,000 | 3.02% | 195,000 | 74,552 | 25,587 | 48,965 |
| | Total | | 704,875,862 | | 69,338,465 | 6,835,095 | 3,650,780 | 3,184,315 |

# SCHEDULE 2.3(f)

**Application of Higher Value Bucket Surplus to Lower Value Buckets**

| | Net Principal Balance Deficiency/Surplus | Application of Schedule 4 Credit to Lower Value Buckets | Application of Schedule 5 Credit to Lower Value Buckets | Application of Schedule 6 Credit to Lower Value Buckets | Adjustment Amount | Schedule Values | Purchase Price Adjustment |
|---|---|---|---|---|---|---|---|
| | 100 | | | | (16.7) | 95% | (15.8) |
| Schedule 4 | -50 | 33.3 | | | (16.7) | 85% | (14.2) |
| Schedule 5 | -50 | 33.3 | - | | (16.7) | 80% | (13.3) |
| Schedule 6 | -50 | 33.3 | - | - | - | 65% | - |
| Schedule 7 Total | | | | | (50.0) | | (43.3) |

**Application of Lower Value Bucket Surplus to Higher Value Buckets**

| | Net Principal Balance Deficiency/Surplus | Application of Schedule 4 Credit to Lower Value Buckets | Application of Schedule 5 Credit to Lower Value Buckets | Application of Schedule 6 Credit to Lower Value Buckets | Adjustment Amount | Schedule Values | Purchase Price Adjustment |
|---|---|---|---|---|---|---|---|
| | -50 | | | | (50.0) | 95% | (47.5) |
| Schedule 4 | -50 | - | | | (50.0) | 85% | (42.5) |
| Schedule 5 | -50 | - | - | | - | 80% | - |
| Schedule 6 | 100 | - | - | - | - | 65% | - |
| Schedule 7 Total | | | | | (100.0) | | (90.0) |

<u>Schedule 3.3</u>

USA Commercial Mortgage Company Litigation

<u>Pending Litigation and Investigations</u>

- *Rolland P. Weddell, Spectrum Financial, American Communities, LLC, et al v. USA Commercial Mortgage Company, USA Diversified Trust Deed Fund, USA Investment Partners, LLC, Amblamo et al*, Filed in the United States District Court for the District of Nevada, Case No. 2:01-cv-355, on March 29, 2001.

- *USA Commercial Mortgage Company (Appellant) v. Lowe Enterprises, Double Diamond Ranch, BOHICA (Appellees)*, Filed in the United States District Court for the District of Nevada, Case No. 3:03-cv-00156, on March 12, 2003.

- *Albert Lee, et al v. Palm Terrace, USA Commercial Mortgage Company, Andrew Hantges, et al*, Filed in the California Superior Court, Santa Clara County, Case No. 1-06-cv-057298, on February 1, 2006.

- *USA Commercial Mortgage Company v. James J. Lee*, Filed in the Eighth Judicial District Court in and for Clark County, State of Nevada, Case No. 04-A-488769, on July 14, 2004.

- *USA Commercial Mortgage Company v. James J. Lee*, Filed in the Eighth Judicial District Court in and for Clark County, State of Nevada, Case No. 02-A-459840, on November 27, 2002.

- *USA Commercial Mortgage Company (Appellant, Cross Respondent) v. James J. Lee (Respondent, Cross-Appellant)*, Filed in the Supreme Court for the State of Nevada, Case No. 46363, on November 29, 2005, Cross Appeal filed on December 1, 2005, Consolidated with Case No. 46781, Appeal filed on February 6, 2006.

- *Botaba Realty Company v. USA Commercial Mortgage Company, Brookmere, LLC, Harris Bank, et al*, Filed in the Illinois Circuit Court in and for Cook County, State of Illinois, Case No. 2006-CH-04133, on March 1, 2006.

- *Carob Valley Electric, Inc. v. USA Capital, a business entity form unknown, Pete & Sons Construction, et al*, Filed in the California Superior Court, Riverside County, Case No. RIC 446185, on March 10, 2006.

- *Standard Property Development, LLC v. Premiere Holdings, Inc. Defined Benefit Pension Plan & Trust, et al.*, Filed in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2006-CA-5756, Division 43, on July 17, 2006.

- *Gateway Stone Associates, LLC v. Arthur V. Adams, Trustee of the Arthur V. Adams Trust dated 9/12/97, et al.*, Filed in the California Superior Court, Riverside County, Case No. RIC 458088, on October 4, 2006.

- *Securities and Exchange Commission ("SEC") Investigation.* USA Capital Realty Advisors, USA Securities, USA Commercial Mortgage Company, USA Capital First Trust Deed Fund and USA Capital Diversified Trust Deed Fund are being investigated by the SEC (*In the Matter of USA Capital*, SEC File No. LA-3112). The SEC may, as a result of its investigation, commence enforcement proceedings.

- *Nevada State Mortgage Lending Division ("MLD") Investigation.* USA Capital Realty Advisors, USA Securities, USA Commercial Mortgage Company, USA Capital First Trust Deed Fund and USA Capital Diversified Trust Deed Fund are being investigated by the MLD. The MLD may, as a result of its investigation, commence enforcement proceedings.

- *California Department of Corporations Investigation* of the USA Capital First Trust Deed Fund.

<u>Threatened Litigation</u>

Claims or potential claims of the Borrowers, their principals, or other obligors with respect to the following Loans:

| **Loan Name Listing:** | **Borrower:** |
|---|---|
| | |
| 3685 San Fernando Road Partners | 3685 San Fernando Road Partners, L.P. |
| 5055 Collwood, LLC | 5055 Collwood, LLC |
| 60th Street Venture, LLC | 60th Street Venture, LLC |
| BySynergy, LLC $4,434,446 | BySynergy, LLC |
| Cabernet | Cabernet Highlands, LLC |
| Fiesta Oak Valley | Oak Mesa Investors, LLC, |
| Fiesta USA/Stoneridge | Capital Land Investors, LLC |
| Glendale Tower Partners | Glendale Tower Partners, L.P. |
| Hasley Canyon | Los Valles Land & Golf, LLC |
| Hesperia II | Southern California Land Development, LLC |
| SVRB $4,500,000 | SVRB Investments, LLC |
| SVRB 2nd $2,325,000 | SVRB Investments, LLC |
| Urban Housing Alliance - 435 Lofts | Urban Housing Alliance, LLC |
| Cornman Toltec 160, LLC | Cornman Toltec 160, LLC |
| Bundy Canyon $2,500,000 | Bundy Canyon Land Development, LLC |
| Southern California Land 2nd | Southern California Land Development, LLC |
| University Estates | University Estates, Inc. |
| Slade Development | Slade Development, Inc. |
| Castaic Partners III, LLC | Castaic Partners III, LLC |
| ComVest Capital | ComVest Capital Satellite Arms, Inc. |

| Loan Name Listing: | Borrower: |
| --- | --- |
| | |
| HFA- Windham | Homes for America Holdings and affiliates, Homes For America Holdings Asylum, LLC |
| HFA- Riviera 2nd | Homes for America Holdings and affiliates, Riveria-Homes For America Holdings, LLC |
| Ocean Atlantic $9,425,000 | Ocean Atlantic Chicago, LLC |
| Palm Harbor One | Palm Harbor One, LLC |
| Bundy Canyon $5,000,000 | Bundy Canyon Land Development, LLC |
| Amesbury/Hatters Point | Amesburyport Corporation |
| Bundy Canyon $7,500,000 | Bundy Canyon Land Development, LLC |
| Columbia Managing Partners | Columbia Managing Partners, LLC and David Rentz |
| Binford Medical Developers | Binford Medical Developers, LLC |
| Franklin - Stratford Investments, LLC | Franklin/Stratford Investments, LLC |
| Elizabeth May Real Estate | Elizabeth May Real Estate, LLC |
| La Hacienda Estate, LLC | La Hacienda Estates, LLC |
| Huntsville | West Hills Park Joint Venture, Curtis Development, LLC, and J A Dev., LC |
| Gramercy Court Condos | Gramercy Court, Ltd. and Treetops Management, Inc. |
| Lerin Hills | Lerin Hills, Ltd. and Lerin Hills Development Company, LLC |
| Wasco Investments | Wasco Investments, LLC |
| Foxhill 216, LLC | Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, Fox Hills 37, LLC and Fox Hills Fresno Slough, LLC and Kent Hoggan |
| Gateway Stone | Gateway Stone Associates, LLC |
| Brookmere/Matteson $27,050,000 | Brookmere LLC and Lord & Essex Matteson, LLC |
| Rio Rancho Executive Plaza, LLC | Rio Rancho Executive Plaza, LLC |
| Eagle Meadows Development | Eagle Meadows Development |
| The Gardens Phase II | The Gardens, LLC |
| Copper Sage Commerce Center Phase II | Copper Sage Commerce Center, LLC |
| Standard Property Development | Standard Property Development, LLC |
| Bundy Canyon $8,900,000 | Bundy Canyon Land Development, LLC |
| Meadow Creek Partners, LLC | Meadow Creek Partners, LLC |
| Ten-Ninety | Ten Ninety, Ltd. and William R. Luca and Dorothy Luca, Trustees of the Luca Family Trust |
| Saddleback | Saddleback |

896707v5

Schedule 3.4(f)

Litigation, Proceeding, Governmental Investigations,
Judicial Order, Injunction or Decree with respect to the Loans

Claims or potential claims of the Borrowers, their principals, or other obligors with
respect to the following Loans:

| Loan Name Listing: | Borrower: |
|---|---|
| | |
| 3685 San Fernando Road Partners | 3685 San Fernando Road Partners, L.P. |
| 5055 Collwood, LLC | 5055 Collwood, LLC |
| 60th Street Venture, LLC | 60th Street Venture, LLC |
| BySynergy, LLC $4,434,446 | BySynergy, LLC |
| Cabernet | Cabernet Highlands, LLC |
| Fiesta Oak Valley | Oak Mesa Investors, LLC, |
| Fiesta USA/Stoneridge | Capital Land Investors, LLC |
| Glendale Tower Partners | Glendale Tower Partners, L.P. |
| Hasley Canyon | Los Valles Land & Golf, LLC |
| Hesperia II | Southern California Land Development, LLC |
| SVRB $4,500,000 | SVRB Investments, LLC |
| SVRB 2nd $2,325,000 | SVRB Investments, LLC |
| Urban Housing Alliance - 435 Lofts | Urban Housing Alliance, LLC |
| Cornman Toltec 160, LLC | Cornman Toltec 160, LLC |
| Bundy Canyon $2,500,000 | Bundy Canyon Land Development, LLC |
| Southern California Land 2nd | Southern California Land Development, LLC |
| University Estates | University Estates, Inc. |
| Slade Development | Slade Development, Inc. |
| Castaic Partners III, LLC | Castaic Partners III, LLC |
| ComVest Capital | ComVest Capital Satellite Arms, Inc. |
| HFA- Windham | Homes for America Holdings and affiliates, Homes For America Holdings Asylum, LLC |
| HFA- Riviera 2nd | Homes for America Holdings and affiliates, Riveria- Homes For America Holdings, LLC |
| Ocean Atlantic $9,425,000 | Ocean Atlantic Chicago, LLC |
| Palm Harbor One | Palm Harbor One, LLC |
| Bundy Canyon $5,000,000 | Bundy Canyon Land Development, LLC |
| Amesbury/Hatters Point | Amesburyport Corporation |
| Bundy Canyon $7,500,000 | Bundy Canyon Land Development, LLC |
| Columbia Managing Partners | Columbia Managing Partners, LLC and David Rentz |
| Binford Medical Developers | Binford Medical Developers, LLC |
| Franklin - Stratford Investments, LLC | Franklin/Stratford Investments, LLC |
| Elizabeth May Real Estate | Elizabeth May Real Estate, LLC |
| La Hacienda Estate, LLC | La Hacienda Estates, LLC |
| Huntsville | West Hills Park Joint Venture, Curtis Development, LLC, and J A Dev., LC |
| Gramercy Court Condos | Gramercy Court, Ltd. and Treetops Management, Inc. |
| Lerin Hills | Lerin Hills, Ltd. and Lerin Hills Development Company, LLC |

896707

| Loan Name Listing: | Borrower: |
|---|---|
| | |
| Wasco Investments | Wasco Investments, LLC |
| Foxhill 216, LLC | Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, Fox Hills 37, LLC and Fox Hills Fresno Slough, LLC and Kent Hoggan |
| Gateway Stone | Gateway Stone Associates, LLC |
| Brookmere/Matteson $27,050,000 | Brookmere LLC and Lord & Essex Matteson, LLC |
| Rio Rancho Executive Plaza, LLC | Rio Rancho Executive Plaza, LLC |
| Eagle Meadows Development | Eagle Meadows Development |
| The Gardens Phase II | The Gardens, LLC |
| Copper Sage Commerce Center Phase II | Copper Sage Commerce Center, LLC |
| Standard Property Development | Standard Property Development, LLC |
| Bundy Canyon $8,900,000 | Bundy Canyon Land Development, LLC |
| Meadow Creek Partners, LLC | Meadow Creek Partners, LLC |
| Ten-Ninety | Ten Ninety, Ltd. and William R. Luca and Dorothy Luca, Trustees of the Luca Family Trust |
| Saddleback | Saddleback |

896707

Schedule 3.4(g)

Loans that are part of First Trust Deed Fund Assets with the option to fund certain
unfunded construction budget requirements as set forth herein

| Loan Name Listing: | Borrower: |
|---|---|
| | |
| 3685 San Fernando Road Partners | 3685 San Fernando Road Partners, L.P. |
| Urban Housing Alliance - 435 Lofts | Urban Housing Alliance, LLC |
| University Estates | University Estates, Inc. |
| Castaic Partners III, LLC | Castaic Partners III, LLC |
| ComVest Capital | ComVest Capital Satellite Arms, Inc. |
| Ocean Atlantic $9,425,000 | Ocean Atlantic Chicago, LLC |
| Palm Harbor One | Palm Harbor One, LLC |
| Amesbury/Hatters Point | Amesburyport Corporation |
| Columbia Managing Partners | Columbia Managing Partners, LLC and David Rentz |
| Binford Medical Developers | Binford Medical Developers, LLC |
| Franklin - Stratford Investments, LLC | Franklin/Stratford Investments, LLC |
| Elizabeth May Real Estate | Elizabeth May Real Estate, LLC |
| Huntsville | West Hills Park Joint Venture, Curtis Development, LLC, and J A Dev., LC |
| Gramercy Court Condos | Gramercy Court, Ltd. and Treetops Management, Inc. |
| Wasco Investments | Wasco Investments, LLC |
| Foxhill 216, LLC | Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, Fox Hills 37, LLC and Fox Hills Fresno Slough, LLC and Kent Hoggan |
| Gateway Stone | Gateway Stone Associates, LLC |
| Brookmere/Matteson $27,050,000 | Brookmere LLC and Lord & Essex Matteson, LLC |
| Rio Rancho Executive Plaza, LLC | Rio Rancho Executive Plaza, LLC |
| Eagle Meadows Development | Eagle Meadows Development |
| The Gardens Phase II | The Gardens, LLC |
| Standard Property Development | Standard Property Development, LLC |
| Meadow Creek Partners, LLC | Meadow Creek Partners, LLC |

896707

Schedule 3A.3

USA Capital First Trust Deed Fund Litigation

<u>Pending Litigation and Investigations</u>

- *Standard Property Development, LLC v. Premiere Holdings, Inc. Defined Benefit Pension Plan & Trust, et al.*, Filed in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2006-CA-5756, Division 43, on July 17, 2006.

- *Gateway Stone Associates, LLC v. Arthur V. Adams, Trustee of the Arthur V. Adams Trust dated 9/12/97, et al.*, Filed in the California Superior Court, Riverside County, Case No. RIC 458088, on October 4, 2006.

- *Securities and Exchange Commission ("SEC") Investigation.* USA Capital Realty Advisors, USA Securities, USA Commercial Mortgage Company, USA Capital First Trust Deed Fund and USA Capital Diversified Trust Deed Fund are being investigated by the SEC (*In the Matter of USA Capital*, SEC File No. LA-3112). The SEC may, as a result of its investigation, commence enforcement proceedings.

- *Nevada State Mortgage Lending Division ("MLD") Investigation.* USA Capital Realty Advisors, USA Securities, USA Commercial Mortgage Company, USA Capital First Trust Deed Fund and USA Capital Diversified Trust Deed Fund are being investigated by the MLD. The MLD may, as a result of its investigation, commence enforcement proceedings.

- *California Department of Corporations Investigation* of the USA Capital First Trust Deed Fund.

<u>Threatened Litigation</u>

Claims or potential claims of the Borrowers, their principals, or other obligors with respect to the following Loans:

| Loan Name Listing: | Borrower: |
|---|---|
| 3685 San Fernando Road Partners | 3685 San Fernando Road Partners, L.P. |
| BySynergy, LLC $4,434,446 | BySynergy, LLC |
| Urban Housing Alliance - 435 Lofts | Urban Housing Alliance, LLC |
| University Estates | University Estates, Inc. |
| Castaic Partners III, LLC | Castaic Partners III, LLC |
| ComVest Capital | ComVest Capital Satellite Arms, Inc. |
| Ocean Atlantic $9,425,000 | Ocean Atlantic Chicago, LLC |
| Palm Harbor One | Palm Harbor One, LLC |

| Loan Name Listing: | Borrower: |
| --- | --- |
| | |
| Amesbury/Hatters Point | Amesburyport Corporation |
| Columbia Managing Partners | Columbia Managing Partners, LLC and David Rentz |
| Binford Medical Developers | Binford Medical Developers, LLC |
| Franklin - Stratford Investments, LLC | Franklin/Stratford Investments, LLC |
| Elizabeth May Real Estate | Elizabeth May Real Estate, LLC |
| Huntsville | West Hills Park Joint Venture, Curtis Development, LLC, and J A Dev., LC |
| Gramercy Court Condos | Gramercy Court, Ltd. and Treetops Management, Inc. |
| Wasco Investments | Wasco Investments, LLC |
| Foxhill 216, LLC | Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, Fox Hills 37, LLC and Fox Hills Fresno Slough, LLC and Kent Hoggan |
| Gateway Stone | Gateway Stone Associates, LLC |
| Brookmere/Matteson $27,050,000 | Brookmere LLC and Lord & Essex Matteson, LLC |
| Rio Rancho Executive Plaza, LLC | Rio Rancho Executive Plaza, LLC |
| Eagle Meadows Development | Eagle Meadows Development |
| The Gardens Phase II | The Gardens, LLC |
| Standard Property Development | Standard Property Development, LLC |
| Meadow Creek Partners, LLC | Meadow Creek Partners, LLC |

## SCHEDULE 4

| Performance | Loan Name | 7/31/06 Loan Outstanding | Funds Interest % | Funds Interest $ |
|---|---|---|---|---|
| Performing | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 3,800,000 | 99.31% | 3,773,675 |
| Performing | Cottonwood Hills, LLC | 4,000,000 | 25.00% | 1,000,000 |
| Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 1,925,000 | 1.52% | 29,226 |
| Non-Performing | Brookmere/Matteson $27,050,000 | 5,964,848 | 33.88% | 2,021,085 |
| Non-Performing | Wasco Investments LLC | 6,450,000 | 3.02% | 195,000 |
| Non-Performing | Franklin - Stratford Investments, LLC | 5,225,000 | 80.67% | 4,215,000 |
| Non-Performing | Interstate Commerce Center Phase II (ISCC Phase II, LLC) | 1,856,849 | 86.34% | 1,603,204 |
| Non-Performing | Meadow Creek Partners, LLC | 8,250,000 | 0.87% | 72,000 |
| Performing | Bay Pompano Beach, LLC | 14,680,390 | 1.20% | 176,623 |
| Non-Performing | Clear Creek Plantation (Arapahoe Land Investments, L.P.) | 2,900,000 | 3.45% | 100,000 |
| | Total | 55,052,087 | | 13,185,812 |

## SCHEDULE 5

| Performance | Loan Name | 7/31/06 Loan Outstanding | Funds Interest | |
| --- | --- | --- | --- | --- |
| | | | % | $ |
| Non-Performing | Oak Shores II  (John E. King and Carole D. King) | 12,150,000 | 0.03% | 3,925 |
| Performing | J. Jireh's Corporation | 8,825,000 | 3.00% | 265,000 |
| Non-Performing | Margarita Annex | 12,000,000 | 24.42% | 2,930,000 |
| Non-Performing | Binford Medical Developers, LLC | 7,450,000 | 17.25% | 1,285,000 |
| Non-Performing | Shamrock Tower, LP (619 Main. LP) | 10,500,000 | 31.43% | 3,300,000 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 30,000,000 | 0.39% | 118,000 |
| Non-Performing | Del Valle - Livingston (Del Valle Capital Corporation, Inc) | 19,250,000 | 0.67% | 129,000 |
| | Total | 100,175,000 | | 8,030,925 |

STRICTLY CONFIDENTIAL

## SCHEDULE 6

| Performance | Loan Name | 7/31/06 Loan Outstanding | Funds Interest | |
|---|---|---|---|---|
| | | | % | $ |
| Non-Performing | Gramercy Court Condos (Gramercy Court, Ltd.) | 34,884,500 | 13.10% | 4,570,500 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 6,600,000 | 100.00% | 6,600,000 |
| Non-Performing | HFAH/Monaco, LLC | 4,000,000 | 100.00% | 4,000,000 |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC) | 13,185,000 | 0.76% | 100,000 |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 2,250,000 | 3.11% | 70,000 |
| Performing | The Gardens, LLC Timeshare  (The Gardens, LLC) | 3,902,274 | 31.03% | 1,211,050 |
| Non-Performing | Standard Property Development,  LLC | 9,640,000 | 6.96% | 671,000 |
| Non-Performing | ComVest Capital  (Comvest Capital Satellite Arms, Inc) | 4,125,000 | 17.82% | 735,000 |
| Performing | Roam Development Group L.P. | 25,601,735 | 2.37% | 605,688 |
| Performing | Columbia Managing Partners,  LLC | 2,210,000 | 100.00% | 2,210,000 |
| Non-Performing | Elizabeth May Real Estate, LLC | 10,050,000 | 1.19% | 120,000 |
| | Total | 116,448,509 | | 20,893,239 |

## SCHEDULE 7

| Performance | Loan Name | 7/31/06 Loan Outstanding | Funds Interest % | Funds Interest $ |
|---|---|---|---|---|
| Non-Performing | Anchor B, LLC | 5,835,422 | 33.36% | 1,946,422 |
| Non-Performing | 3685 San Fernando Road Partners, L.P. | 7,350,000 | 1.12% | 82,000 |
| Non-Performing | 6425 Gess, LTD | 26,500,000 | 2.63% | 696,000 |
| Non-Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 8,925,000 | 14.61% | 1,303,500 |
| Non-Performing | Urban Housing Alliance - 435 Lofts  (Urban Housing Alliance, LLC) | 8,150,000 | 0.37% | 30,000 |
| Performing | Mountain House Business Park (Pegasus-MH Ventures I, LLC) | 16,800,000 | 5.21% | 875,000 |
| Performing | University Estates, Inc. | 4,825,920 | 100.00% | 4,825,920 |
| Non-Performing | Palm Harbor One, LLC | 28,480,000 | 5.60% | 1,594,000 |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 2,500,000 | 100.00% | 2,500,000 |
| Non-Performing | Lake Helen Partners | 3,159,704 | 28.77% | 908,908 |
| Non-Performing | Castaic Partners II, LLC | 5,600,000 | 7.59% | 425,000 |
| Non-Performing | Castaic Partners III, LLC | 4,675,000 | 0.53% | 25,000 |
| Non-Performing | Huntsville (West Hills Park Joint Venture) | 10,475,000 | 4.77% | 500,000 |
| Non-Performing | Harbor Georgetown, L.L.C. | 8,800,000 | 5.80% | 510,000 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 19,242,193 | 1.72% | 330,016 |
| Non-Performing | Tapia Ranch (Castiac Partners, LLC) | 22,000,000 | 1.43% | 314,000 |
| Non-Performing | Foxhill 216, LLC | 25,980,000 | 0.10% | 25,000 |
| Non-Performing | Eagle Meadows Development | 31,050,000 | 11.76% | 3,652,000 |
| | **Total** | 240,348,239 | | 20,542,766 |

STRICTLY CONFIDENTIAL