

Entered on Docket
October 20, 2006

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
    and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                             Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                             Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                             Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                             Debtor. | **ORDER GRANTING DEBTOR'S MOTION TO FREEZE PENSION PLAN AND APPOINT SUCCESSOR TRUSTEE** |
| In re:<br>USA SECURITIES, LLC,<br>                                             Debtor. | **(AFFECTS USA COMMERCIAL MORTGAGE)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: September 28, 2006<br>Time: 9:30 a.m. |

- 1 -

Before the Court is the motion filed September 1, 2006, by USA Commercial Mortgage Company ("USACM") entitled Motion for Approval of Appointment of a Successor Trustee for Its Defined Benefit Pension Plan and to Freeze the Plan Effective September 30, 2006 (the "Motion"). No objections to the Motion were filed. At the hearing on the Motion held September 28, 2006, appearances of counsel were noted on the record and argument was made in support of the Motion.

Having reviewed and considered the Motion, the argument made at the September 28, 2006 hearing, and other facts of record in these jointly administered cases, THE COURT HEREBY FINDS that notice of the Motion was adequate and proper and that good cause exists for granting the relief requested in the Motion, and THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Motion is GRANTED.

2. USACM is and was authorized, as the sponsor of the USA Commercial Mortgage Defined Benefit Plan (the "Pension Plan"), to appoint itself as the sole trustee of the Plan and to accept the resignations of the prior trustees of the Plan.

3. USACM is and was authorized, as the sponsor of the Pension Plan, to freeze the accrual of benefits under the Pension Plan effective September 30, 2006.

Prepared and Submitted By:

/s/ *LENARD E. SCHWARTZER*

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
and
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*Attorneys for Debtors and Debtors in Possession*

**ORDER GRANTING DEBTOR'S MOTION TO FREEZE PENSION PLAN AND APPOINT SUCCESSOR TRUSTEE**
**(AFFECTS USA COMMERCIAL MORTGAGE)**

| | |
|---|---|
| Approved by:<br>**LEWIS AND ROCA, LLP**<br><br>By: /s/ SUSAN M. FREEMAN<br>SUSAN M. FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | Approved by:<br>**GORDON & SILVER, LTD.**<br><br>By: _____<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| Approved by:<br>**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>By: /s/ ANNE M. LORADITCH<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA-ERNCE, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | Approved by:<br>**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**<br><br>By: [signature]<br>FRANK MEROLA, ESQ.<br>EVE KARASIK, ESQ.<br>CHRISTINE PAJAK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* |

Approved by:
**OFFICE OF THE UNITED STATES TRUSTEE**

_____
August Landis, Esq.

1  **ORDER GRANTING DEBTOR'S MOTION TO FREEZE PENSION PLAN AND APPOINT SUCCESSOR TRUSTEE**
2  **(AFFECTS USA COMMERCIAL MORTGAGE)**

3  Approved by:                                          Approved by:
4  **LEWIS AND ROCA, LLP**                              **GORDON & SILVER, LTD.**

5
6  By: _____               By: _____
       SUSAN M. FREEMAN, ESQ.                              GERALD M. GORDON, ESQ.
7      ROB CHARLES, ESQ.                                   GREGORY E. GARMAN, ESQ.
       *Counsel for the Official Committee of*             *Counsel for the Official Committee of*
8      *Unsecured Creditors of USA Commercial*             *Holders of Executory Contract Rights of*
       *Mortgage Company*                                  *USA Commercial Mortgage Company*
9
   Approved by:                                          Approved by:
10 **BECKLEY SINGLETON, CHTD. and**                     **STUTMAN TREISTER & GLATT, P.C. and**
11 **ORRICK, HERRINGTON & SUTCLIFFE LLP**              **SHEA & CARLYON, LTD.**

12
13 By: _____               By: _____
       MARC A. LEVINSON, ESQ.                              FRANK MEROLA, ESQ.
14     LYNN TRINKA-ERNCE, ESQ.                            EVE KARASIK, ESQ.
       ANNE M. LORADITCH, ESQ.                            CHRISTINE PAJAK, ESQ.
15     *Counsel for the Official Committee of*           CANDACE C. CARLYON, ESQ.
       *Equity Security Holders of USA Capital*          *Counsel for the Official Committee of*
16     *Diversified Trust Deed Fund, LLC*                *Equity Security Holders of USA Capital*
                                                         *First Trust Deed Fund, LLC*
17

18 Approved by:
   **OFFICE OF THE UNITED STATES TRUSTEE**
19
20 /s/ August Landis
21 August Landis, Esq.

- 3 -

1  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

2  ___ The court has waived the requirement of approval under LR 9021.

3  ___ No parties appeared or filed written objections, and there is no Trustee appointed in this case.

5  _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

*Gordon & Silver, Ltd.: failed to respond*

# # #

- 4 -