Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED on October 20, 2006

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **DEBTORS' OPPOSITION TO MOTION TO ENFORCE ORDER GRANTING DEBTORS' MOTION TO DISTRIBUTE FUNDS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **(AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: November 13, 2006<br>Time: 9:30 a.m. |

Opposition_to_motion_to_enforce_distribution 102006          1

USA Commercial Mortgage Company ("USACM"), USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund"), USA Capital First Trust Deed Fund, LLC ("FTD Fund"), USA Capital Realty Advisors, LLC ("Realty Advisors"), and USA Securities, LLC ("USA Securities") (collectively, the "Debtors"), respectfully submit this Opposition to Motion to Enforce Order Granting Debtors' Motion to Distribute Funds.

**STATEMENT OF FACTS**

1. On April 13, 2006 (the "Petition Date"), Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code. By order entered June 9, 2006, the Court approved the joint administration of the Debtors' bankruptcy cases.

2. On July 7, 2006, Debtors filed their Motion to Distribute Funds and to Grant Ordinary-Course Releases and Distribute Proceeds (the "Distribution Motion") (**Docket No. 847**).

3. On August 24, 2006, the Court entered an order approving the Distribution Motion (the "Distribution Order") (**Docket No. 1184**).

4. On September 27, 2006, USA Commercial Real Estate Group, Inc. ("USA Real Estate"), filed a Motion to Enforce Order Granting Debtors' Motion to Distribute Funds (the "Enforcement Motion") (**Docket No. 1388**), in which USA Real Estate requests that the Court order the Debtors to distribute $17,578.84 which USA Real Estate claims the Debtors are holding on its behalf pursuant the Distribution Order.

5. The corporate records for the State of Nevada indicate that Joseph D. Milanowski and Thomas A. Hantges are officers of USA Real Estate, and the Debtors also believe these two individuals are shareholders in USA Real Estate. A copy of the printout from the Secretary of State's website is attached hereto as **Exhibit "A."**

**ARGUMENT**

USA Real Estate is seeking the entry of an order requiring the Debtors to distribute $17,578.84 to USA Real Estate pursuant to the Distribution Order. However, the Debtors have not made any distributions to USA Real Estate because the corporate records for the State of Nevada indicate that Milanowski and Hantges are officers of USA Real Estate and the Debtors also believe they are shareholders in USA Real Estate. As this Court is aware, Hantges and

Opposition_to_motion_to_enforce_distribution 102006        2

Milanowski were officers of the Debtors, were extensively involved in the Debtors pre-petition management, and since their removal it has been discovered that there were significant pre-petition irregularities that occurred in the Debtors' pre-petition management. Accordingly, the Debtors have claims against Milanowski, Hantges and other companies with which these two individuals are affiliated. Given these claims, Debtors believe it is inappropriate to distribute funds to USA Real Estate when the possibility exists that the Debtors may have offset rights against any funds it is holding for the benefit of USA Real Estate based on the claims it holds against Hantges, Milanowski and their affiliates. At the very least, given the circumstances that caused these jointly administered cases to be filed, Debtors' current management is not comfortable in distributing funds to an entity that is managed (and possibly owned) by Hantges and Milanowski absent further order of the Court.

Generally, the Bankruptcy Code provides for pro rata distribution to creditors with equal priority. However, the Code does provide for setoffs relating to claims. See, Bankruptcy Code §502(b). A debtor-in-possession is being conservative by postponing payment until investigation of transactions between the Debtors and entities controlled and owned by Hantges and Milanowski and, if applicable, a final adjudication of inter-company liability. In the cases of these Debtors, there is a question about the nature and validity of all transactions between the Debtors and entities owned and controlled by Hantges and Milanowski.[1]

///
///
///
///
///
///

---

[1] The Court has entered, on July 24, 2006, an order approving the security agreement and related promissory note recently given by USA Investment Partners, LLC ("Investment Partners"), another entity controlled by Hantges and Milanowski, to document a $58.3 million obligation owed by Investment Partners to the Debtors and to provide collateral for that obligation (and other obligations owed by Investment Partners).

Opposition_to_motion_to_enforce_distribution 102006    3

**CONCLUSION**

Based on the foregoing, the Debtors respectfully request that the Court deny the Enforcement Motion, at this time.

Respectfully submitted this 20th day of October, 2006.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

# CERTIFICATE OF SERVICE

1. On October 20, 2006, I served the following document(s):

   a. **DEBTORS' OPPOSITION TO MOTION TO ENFORCE ORDER GRANTING DEBTORS' MOTION TO DISTRIBUTE FUNDS**

2. I served the above-named document(s) by the following means to the persons as listed below:

☒   a.   **By ECF System**:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law! .com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

Opposition_to_motion_to_enforce_distribution 102006          5

1  LA UREL E. DAVIS     bklsclv@lionelsawyer.com,
2  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

3  DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com

4  THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM

5  SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

6  GREGORY E GARMAN     bankruptcynotices@gordonsilver.com

7  WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

8  CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov,
9  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

10 GERALD M GORDON     bankruptcynotices@gordonsilver.com

11 R. VAUGHN GOURLEY     vgourley@lvcm.com

12 TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

13 JAMES D. GREENE     bknotice@schrecklaw.com

14 MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

15 JEFFREY R. HALL     jhall@sheacarlyon.com,
16 bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

17 XANNA R. HARDMAN     xanna.hardman@gmail.com

18 STEPHEN R HARRIS     noticesbh&p@renolaw.biz

19 BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

20 DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

21 CHRISTOPHER D JAIME     cjai! me@walth erkey.com, kbernhar@waltherkey.com

22 EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

23 TY E. KEHOE     TyKehoeLaw@aol.com

24 ROBERT R. KINAS     rkinas@swlaw.com,
25 mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

26 ZACHARIAH LARSON     ecf@lslawnv.com

27 JOHN J. LAXAGUE     jlaxague@caneclark.com

28

Opposition_to_motion_to_enforce_distribution 102006          6

1  GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

2  NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

3  ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

4  ANNE M. LORADITCH    ! ecffilings@beckleylaw.com,
5  aloraditch@beckleylaw.com;pkois@beckleylaw.com

6  REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

7  WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

8  RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

9  SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
10 smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

11 DAVID MINCIN    mcknightlaw@cox.net,
12 gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

13 JOHN F MURTHA    jmurtha@woodburnandwedge.com!

14 ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

15 VICTORIA L NELSON    bkecf@nevadafirm.com,
    vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

16 BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
17

   DONNA M. OSBORN    ebaker@marquisaurbach.com,
18 dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

19 ANDREW M. PARLEN    aparlen@stutman.com

20 DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

21 PAUL C RAY    info@johnpeterlee.com

22 SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, pale! xander@deanerlaw.com

23
   JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
24 ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

25 SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
   aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
26

27 AMBRISH S. SIDHU    ecf@lslawnv.com

28 JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  DAVID A. STEPHENS     dstephens@lvcm.com

2  PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

3  JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com, David@sylvesterpolednak.c! om

4  CARYN S. TIJSSELING ! &n bsp cst@beesleymatteoni.com, aha@beesleymatteoni.com

5  AMY N TIRRE     atirre@kkbrf.com, ksims@kkbrf.com;lleverett@kkbrf.com

6  U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov

7  GREGORY J. WALCH     GWalch@Nevadafirm.com

8  WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

9  JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

10 MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

☐     b.     **By United States mail, postage fully prepaid**:

☐     c.     **By Personal Service**
       I personally delivered the document(s) to the persons at these addresses:
       ☐     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

       ☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     d.     **By direct email (as opposed to through the ECF System)**
       Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒     e.     **By fax transmission**
       I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used.

Jeff Sylvester, Esq.          **FAX NO.:**     (702) 952-5205

Opposition_to_motion_to_enforce_distribution 102006          8

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    October 20, 2006

LIA DORSEY                                              /s/    LIA DORSEY
(Name of Declarant)                                    (Signature of Declarant)

# EXHIBIT "A"

# USA COMMERCIAL REAL ESTATE GROUP

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 8/25/1987 |
| Type: | Domestic Corporation | Corp Number: | C6561-1987 |
| Qualifying State: | NV | List of Officers Due: | 8/31/2007 |
| Managed By: | | Expiration Date: | |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | VICTORIA S LOOB | Address 1: | 4525 SANDHILL ROAD |
| Address 2: | STE 114 | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89121 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 2,500.00 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers                                            ☐ Include Inactive Officers

**President - THOMAS A HANTGES**

| | | | |
|---|---|---|---|
| Address 1: | 4525 S SANDHILL #114 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89122 | Country: | |
| Status: | Active | Email: | |

**Secretary - THOMAS A HANTGES**

| | | | |
|---|---|---|---|
| Address 1: | 4525 S SANDHILL #114 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89122 | Country: | |
| Status: | Active | Email: | |

**Treasurer - JOSEPH D MILANOWSKI**

| | | | |
|---|---|---|---|
| Address 1: | 4525 S SANDHILL #114 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89122 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | C6561-1987-001 | # of Pages: | 6 |
| File Date: | 08/25/1987 | Effective Date: | |

(No Notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Resident Agent Change | | |
| Document Number: | C6561-1987-003 | # of Pages: | 1 |
| File Date: | 09/18/1987 | Effective Date: | |

ALEX G. GASSIOT
39 PARADISE RD LAS VEGAS NV 89109

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C6561-1987-004 | # of Pages: | 1 |

| | | | |
|---|---|---|---|
| **File Date:** | 06/20/1988 | **Effective Date:** | |
| 1988-1989 LIST OF OFFICERS RETURNED BY P.O. | | | |
| **Action Type:** | Resident Agent Change | | |
| **Document Number:** | C6561-1987-005 | **# of Pages:** | 1 |
| **File Date:** | 09/03/1991 | **Effective Date:** | |
| ALEX G. GASSIOT | | | |
| 3900 PARADISE RD LAS VEGAS NV 89109 F B | | | |
| **Action Type:** | Resident Agent Change | | |
| **Document Number:** | C6561-1987-006 | **# of Pages:** | 1 |
| **File Date:** | 04/06/2000 | **Effective Date:** | |
| THOMAS A. HANTGES SUITE 263 | | | |
| 3900 PARADISE ROAD LAS VEGAS NV 89109 MXL | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | C6561-1987-008 | **# of Pages:** | 1 |
| **File Date:** | 07/16/2001 | **Effective Date:** | |
| (No Notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | C6561-1987-007 | **# of Pages:** | 1 |
| **File Date:** | 08/25/2003 | **Effective Date:** | |
| (No Notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | C6561-1987-002 | **# of Pages:** | 1 |
| **File Date:** | 09/20/2004 | **Effective Date:** | |
| List of Officers for 2004 to 2005 | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20050376057-45 | **# of Pages:** | 1 |
| **File Date:** | 08/19/2005 | **Effective Date:** | |
| (No Notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20060531165-79 | **# of Pages:** | 1 |
| **File Date:** | 08/18/2006 | **Effective Date:** | |
| (No Notes for this action) | | | |
| **Action Type:** | Resident Agent Change | | |
| **Document Number:** | 20060573047-24 | **# of Pages:** | 1 |
| **File Date:** | 09/05/2006 | **Effective Date:** | |
| (No Notes for this action) | | | |