Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

   and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

E-FILED on October 20, 2006

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF FILING OF FOURTH REVISED BUDGET PURSUANT TO MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH JANUARY 31, 2007 (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: N/A<br>Time: N/A |

1  USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty
2  Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust
3  Deed Fund, LLC (collectively, the "Debtors") hereby file the attached Fourth Revised Budget.
4  Respectfully submitted this 20TH day of October, 2006.

  /s/   JEANETTE E. MCPHERSON
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

**USA Commercial Mortgage Company, et al.**
**Fourth Revised Budget - Weekly Cash Forecast**
($ in thousands)

**Weekly Cash Forecast**

**Week Ending**

| | 11/5/2006 | 11/12/2006 | 11/19/2006 | 11/26/2006 | 12/3/2006 | 12/10/2006 | 12/17/2006 | 12/24/2006 | 12/31/2006 | 1/7/2007 | 1/14/2007 | 1/21/2007 | 1/28/2007 | 2/4/2007 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **USA Commercial Mortgage** | | | | | | | | | | | | | | | |
| **Cash Collections** | | | | | | | | | | | | | | | |
| Collections | | | | | | | | | | | | | | | |
| Loan Origination Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Reimbursed Expenses from USA Capital Realty | 206.0 | 0.0 | 0.0 | 0.0 | 163.3 | 0.0 | 0.0 | 0.0 | 0.0 | 99.7 | 0.0 | 0.0 | 0.0 | 87.2 | 556.2 |
| Loan Servicing Collections | | | | | | | | | | | | | | | |
| Estimated Service Fees | 718.0 | 0.0 | 0.0 | 0.0 | 1,010.8 | 0.0 | 0.0 | 0.0 | 0.0 | 890.1 | 0.0 | 0.0 | 0.0 | 186.7 | 2,805.6 |
| Outstanding Origination, Extension and Closing Fees [a] | 1,379.6 | 0.0 | 0.0 | 0.0 | 2,396.9 | 0.0 | 0.0 | 0.0 | 0.0 | 733.5 | 0.0 | 0.0 | 0.0 | 655.3 | 5,165.4 |
| **Total Cash Collections Operating Accounts** | $2,303.6 | $0.0 | $0.0 | $0.0 | $3,571.0 | $0.0 | $0.0 | $0.0 | $0.0 | $1,723.3 | $0.0 | $0.0 | $0.0 | $929.3 | $8,527.1 |
| **Cash Disbursements** | | | | | | | | | | | | | | | |
| Origination Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Loan Servicing Expenses | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $100.0 | $0.0 | $100.0 |
| Operating Disbursements | | | | | | | | | | | | | | | |
| Salaries & Wages [b] | 82.0 | 10.0 | 30.0 | 10.0 | 82.0 | 10.0 | 30.0 | 10.0 | 62.0 | 30.0 | 10.0 | 30.0 | 10.0 | 82.0 | 488.0 |
| Payroll Related Benefits | 23.2 | 1.7 | 5.1 | 1.7 | 23.2 | 1.7 | 5.1 | 1.7 | 10.5 | 10.7 | 1.7 | 5.1 | 1.7 | 23.2 | 116.3 |
| Rent | 49.0 | 0.0 | 0.0 | 0.0 | 49.0 | 0.0 | 0.0 | 0.0 | 0.0 | 49.0 | 0.0 | 0.0 | 0.0 | 49.0 | 196.0 |
| Office Operating Disbursements | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 210.0 |
| Other Operating Disbursements | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 280.0 |
| **Total Operating Disbursements** | $189.2 | $46.7 | $70.1 | $46.7 | $189.2 | $46.7 | $70.1 | $46.7 | $107.5 | $124.7 | $46.7 | $70.1 | $146.7 | $189.2 | $1,390.3 |
| **Bankruptcy Related Disbursements** | | | | | | | | | | | | | | | |
| Professional Fees (see schedule for detail) [c] | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| U.S. Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 | 0.0 | 5.0 |
| Other | | | | | | | | | | | | | | | |
| Noticing Agent | 0.0 | 0.0 | 0.0 | 0.0 | 90.0 | 0.0 | 0.0 | 0.0 | 90.0 | 0.0 | 0.0 | 0.0 | 0.0 | 90.0 | 270.0 |
| Appraisal Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Bankruptcy Related Disbursements** | $0.0 | $0.0 | $0.0 | $0.0 | $90.0 | $0.0 | $0.0 | $0.0 | $90.0 | $0.0 | $0.0 | $0.0 | $5.0 | $90.0 | $275.0 |
| **Total Cash Disbursements Operating Accounts** | $189.2 | $46.7 | $70.1 | $46.7 | $279.2 | $46.7 | $70.1 | $46.7 | $197.5 | $124.7 | $46.7 | $70.1 | $151.7 | $279.2 | $1,665.3 |
| **NET CHANGE IN CASH** | $2,114.4 | ($46.7) | ($70.1) | ($46.7) | $3,291.8 | ($46.7) | ($70.1) | ($46.7) | ($197.5) | $1,598.6 | ($46.7) | ($70.1) | ($151.7) | $650.1 | $6,861.8 |
| **Cash Position - USA Commercial Mortgage Estate** | | | | | | | | | | | | | | | |
| Total Cash and Cash Equivalents at Beginning of Period | $3,518.4 | $5,632.8 | $5,586.1 | $5,516.0 | $5,469.3 | $8,761.1 | $8,714.4 | $8,644.3 | $8,597.6 | $8,400.1 | $9,998.6 | $9,951.9 | $9,881.8 | $9,730.1 | $3,518.4 |
| Pre-Petition Cash Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net (Decrease) Increase in Cash and Cash Equivalents | 2,114.4 | (46.7) | (70.1) | (46.7) | 3,291.8 | (46.7) | (70.1) | (46.7) | (197.5) | 1,598.6 | (46.7) | (70.1) | (151.7) | 650.1 | 6,861.8 |
| **Total Cash DIP Operating Account at End of Period** | $5,632.8 | $5,586.1 | $5,516.0 | $5,469.3 | $8,761.1 | $8,714.4 | $8,644.3 | $8,597.6 | $8,400.1 | $9,998.6 | $9,951.9 | $9,881.8 | $9,730.1 | $10,380.3 | $10,380.3 |
| Estate Funds in Collections Account (see schedule for detail) [d] | $18,367.5 | $18,367.5 | $18,367.5 | $18,367.5 | $18,866.0 | $18,866.0 | $18,866.0 | $18,866.0 | $18,866.0 | $23,961.9 | $23,961.9 | $23,961.9 | $23,961.9 | $24,026.8 | $24,026.8 |
| **Total USA Commercial Mortgage Estate Cash Balance** | $24,000.3 | $23,953.6 | $23,883.5 | $23,836.8 | $27,627.1 | $27,580.4 | $27,510.3 | $27,463.6 | $27,266.1 | $33,960.5 | $33,913.8 | $33,843.7 | $33,692.0 | $34,407.1 | $34,407.1 |
| Incurred and Unpaid Professional Fees USA CMC (see schedule for detail) | $9,214.0 | $9,566.6 | $9,919.2 | $10,271.8 | $10,587.6 | $10,903.4 | $11,219.2 | $11,535.0 | $11,850.8 | $12,138.4 | $12,426.0 | $12,713.6 | $13,001.2 | $13,288.8 | $13,288.8 |
| **Total USA CMC Estate Cash Balance Less Incurred and Unpaid Professional Fees** | $14,786.3 | $14,387.0 | $13,964.3 | $13,565.0 | $17,039.5 | $16,677.0 | $16,291.1 | $15,928.6 | $15,415.3 | $21,822.1 | $21,487.8 | $21,130.1 | $20,690.8 | $21,118.3 | $21,118.3 |

Notes:
a. Outstanding Origination, Extension and Closing Fees are assumed to be collected on the first day of the month for collections occurring in the previous month.
b. Additional amounts may be paid to employees under the proposed Employee Retention Plan to the extent approved by the Court.
c. Interim fees will be paid pursuant to approved Interim Fee Procedures Order and Fee Application Orders, but the timing and amounts of cash payments have not been estimated in this budget.  See Incurred and Unpaid Professional Fees for professional fees accrued and accruing.
d. Funds in the Collections Account identified as Estate Funds reflect amounts collected from borrowers for which interest has already been prepaid to investors.  Under the Debtors' proposed joint plan of reorganization, these funds are property of the USACM estate.

**USA Commercial Mortgage Company, et al.**
**Fourth Revised Budget - Weekly Cash Forecast**
($ in thousands)

**Weekly Cash Forecast**

| | Week Ending | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/5/2006 | 11/12/2006 | 11/19/2006 | 11/26/2006 | 12/3/2006 | 12/10/2006 | 12/17/2006 | 12/24/2006 | 12/31/2006 | 1/7/2007 | 1/14/2007 | 1/21/2007 | 1/28/2007 | 2/4/2007 | Total |
| **Additional Accounts** | | | | | | | | | | | | | | | |
| **USA Capital Realty Advisors - DIP Operating Account** | | | | | | | | | | | | | | | |
| Beginning Cash Balance | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $153.7 | $157.4 |
| Management Fees Collected | 206.0 | 0.0 | 0.0 | 0.0 | 163.3 | 0.0 | 0.0 | 0.0 | 0.0 | 99.7 | 0.0 | 0.0 | 0.0 | 87.2 | 556.2 |
| Expense Reimbursement due USA CMC | (206.0) | 0.0 | 0.0 | 0.0 | (163.3) | 0.0 | 0.0 | 0.0 | 0.0 | (99.7) | 0.0 | 0.0 | 0.0 | (87.2) | (556.2) |
| U.S. Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (3.8) | 0.0 | (3.8) |
| Ending Cash Balance | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $157.4 | $153.7 | $153.7 | $153.7 |
| **USA Securities - DIP Operating Account** | | | | | | | | | | | | | | | |
| Beginning Cash Balance USA Securities | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.8 | $17.9 |
| U.S. Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.1) | 0.0 | (0.1) |
| Ending Cash Balance USA Securities | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.9 | $17.8 | $17.8 | $17.8 |
| **Diversified Trust - DIP Operating Account** | | | | | | | | | | | | | | | |
| Beginning Cash Balance DTDF | $132.5 | $51.1 | $51.1 | $51.1 | $51.1 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $132.5 |
| Cash Payment for DTDF Professional Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Management Fees Paid by DTDF | (81.4) | 0.0 | 0.0 | 0.0 | (51.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (132.5) |
| Distribution from Collections Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Distribution to Members [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| U.S. Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Cash Balance DTDF | $51.1 | $51.1 | $51.1 | $51.1 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees DTDF (see schedule for detail) | $3,125.0 | $3,264.0 | $3,403.1 | $3,542.2 | $3,676.7 | $3,811.1 | $3,945.6 | $4,080.1 | $4,214.6 | $4,345.5 | $4,476.5 | $4,607.4 | $4,738.4 | $4,869.3 | $4,869.3 |
| **First Trust - DIP Operating Account** | | | | | | | | | | | | | | | |
| Beginning Balance FTDF | $2,303.1 | $2,178.5 | $2,178.5 | $2,178.5 | $2,178.5 | $2,066.4 | $2,066.4 | $2,066.4 | $2,066.4 | $2,066.4 | $1,966.7 | $1,966.7 | $1,966.7 | $1,966.5 | $2,303.1 |
| Cash Payment for FTDF Professional Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Management Fees Paid by FTDF | (124.6) | 0.0 | 0.0 | 0.0 | (112.1) | 0.0 | 0.0 | 0.0 | 0.0 | (99.7) | 0.0 | 0.0 | 0.0 | (87.2) | (423.6) |
| Distribution from Collections Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Distribution to Members [a] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| U.S. Trustee Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | 0.0 | (0.3) |
| Ending Cash Balance FTDF | $2,178.5 | $2,178.5 | $2,178.5 | $2,178.5 | $2,066.4 | $2,066.4 | $2,066.4 | $2,066.4 | $2,066.4 | $1,966.7 | $1,966.7 | $1,966.7 | $1,966.5 | $1,879.2 | $1,879.2 |
| Incurred and Unpaid Professional Fees FTDF (see schedule for detail) | $3,377.9 | $3,529.0 | $3,680.0 | $3,831.0 | $3,977.6 | $4,124.1 | $4,270.5 | $4,417.0 | $4,563.5 | $4,706.4 | $4,849.4 | $4,992.3 | $5,135.3 | $5,278.2 | $5,278.2 |
| **Collections Account** | | | | | | | | | | | | | | | |
| Beginning Balance Collections Account (Investor Funds) | $38,629.0 | $125,899.7 | $125,899.7 | $125,899.7 | $125,899.7 | $300,035.8 | $300,035.8 | $300,035.8 | $300,035.8 | $300,035.8 | $399,008.4 | $399,008.4 | $399,008.4 | $399,008.4 | $38,629.0 |
| Expected Principal Return | 81,984.5 | 0.0 | 0.0 | 0.0 | 162,489.3 | 0.0 | 0.0 | 0.0 | 0.0 | 94,040.0 | 0.0 | 0.0 | 0.0 | 14,160.0 | 352,673.8 |
| Interest Income to Investors | 6,004.2 | 0.0 | 0.0 | 0.0 | 12,657.7 | 0.0 | 0.0 | 0.0 | 0.0 | 5,822.6 | 0.0 | 0.0 | 0.0 | 2,693.2 | 27,177.6 |
| Total Account Collections | $87,988.7 | $0.0 | $0.0 | $0.0 | $175,146.9 | $0.0 | $0.0 | $0.0 | $0.0 | $99,862.6 | $0.0 | $0.0 | $0.0 | $16,853.2 | $379,851.4 |
| Distribution to Investors [b] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Service Fees to USA CMC | (718.0) | 0.0 | 0.0 | 0.0 | (1,010.8) | 0.0 | 0.0 | 0.0 | 0.0 | (890.1) | 0.0 | 0.0 | 0.0 | (186.7) | (2,805.6) |
| Total Disbursements | ($718.0) | $0.0 | $0.0 | $0.0 | ($1,010.8) | $0.0 | $0.0 | $0.0 | $0.0 | ($890.1) | $0.0 | $0.0 | $0.0 | ($186.7) | ($2,805.6) |
| Ending Balance Collections Account (Investor Funds) | $125,899.7 | $125,899.7 | $125,899.7 | $125,899.7 | $300,035.8 | $300,035.8 | $300,035.8 | $300,035.8 | $300,035.8 | $399,008.4 | $399,008.4 | $399,008.4 | $399,008.4 | $415,674.8 | $415,674.8 |
| Beginning Balance Collections Account (Estate Funds) | $14,587.5 | $18,367.5 | $18,367.5 | $18,367.5 | $18,367.5 | $18,866.0 | $18,866.0 | $18,866.0 | $18,866.0 | $18,866.0 | $23,961.9 | $23,961.9 | $23,961.9 | $23,961.9 | $14,587.5 |
| Prepaid Interest Collection | 3,740.5 | 0.0 | 0.0 | 0.0 | 448.8 | 0.0 | 0.0 | 0.0 | 0.0 | 5,044.8 | 0.0 | 0.0 | 0.0 | 0.0 | 9,234.0 |
| Interest Income to Estate [c] | 39.5 | 0.0 | 0.0 | 0.0 | 49.7 | 0.0 | 0.0 | 0.0 | 0.0 | 51.1 | 0.0 | 0.0 | 0.0 | 64.9 | 205.2 |
| Transfer to Fund Operating Account | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Balance Collections Account (Estate Funds) | $18,367.5 | $18,367.5 | $18,367.5 | $18,367.5 | $18,866.0 | $18,866.0 | $18,866.0 | $18,866.0 | $18,866.0 | $23,961.9 | $23,961.9 | $23,961.9 | $23,961.9 | $24,026.8 | $24,026.8 |
| Ending Balance Collections Account (Total) | $144,267.2 | $144,267.2 | $144,267.2 | $144,267.2 | $318,901.9 | $318,901.9 | $318,901.9 | $318,901.9 | $318,901.9 | $422,970.3 | $422,970.3 | $422,970.3 | $422,970.3 | $439,701.6 | $439,701.6 |
| **Investors Account** | | | | | | | | | | | | | | | |
| Cash Balance Investors Account | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 | $1,877.1 |
| **Executory Contract Committee** | | | | | | | | | | | | | | | |
| Executory Contract Committee Cash Due for Prof. Fees [d] | $1,039.7 | $1,099.7 | $1,159.7 | $1,219.7 | $1,279.7 | $1,339.7 | $1,399.7 | $1,459.7 | $1,519.7 | $1,579.7 | $1,639.7 | $1,699.7 | $1,759.7 | $1,819.7 | $1,819.7 |
| Cash Payment for allocation of Debtor Professional Fees [d] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Cash Due Executory Contract Committee | $1,039.7 | $1,099.7 | $1,159.7 | $1,219.7 | $1,279.7 | $1,339.7 | $1,399.7 | $1,459.7 | $1,519.7 | $1,579.7 | $1,639.7 | $1,699.7 | $1,759.7 | $1,819.7 | $1,819.7 |

Notes:
a. There will be distributions to members made from the available funds in the DIP Operating Account after appropriate reserves are established, but the timing and amounts of these cash payments have not been estimated in this budget.
b. Future distribution amounts have yet to be determined.
c. Assumes investment in a Bank of America Money Market Fund at 3.25%
d. Source of payment for fees of Executory Contract Committee will be from the USACM estate or from a surcharge to direct lenders to be determined by the Court.

**USA Commercial Mortgage Company, et al.**
**Fourth Revised Budget - Weekly Cash Forecast**
($ in thousands)

**Weekly Cash Forecast**

| | 11/5/2006 | 11/12/2006 | 11/19/2006 | 11/26/2006 | 12/3/2006 | 12/10/2006 | 12/17/2006 | 12/24/2006 | 12/31/2006 | 1/7/2007 | 1/14/2007 | 1/21/2007 | 1/28/2007 | 2/4/2007 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Supplemental Schedules - Professional Fees** [a] | | | | | | | | | | | | | | | |
| **Debtors Professional Fees (as incurred)** | | | | | | | | | | | | | | | |
| Financial Advisor Fees & Disbursements | $265.0 | $265.0 | $265.0 | $265.0 | $240.0 | $240.0 | $240.0 | $240.0 | $240.0 | $215.0 | $215.0 | $215.0 | $215.0 | $215.0 | $3,335.0 |
| Legal Counsel Fees & Disbursements | 105.0 | 105.0 | 105.0 | 105.0 | 84.0 | 84.0 | 84.0 | 84.0 | 84.0 | 73.8 | 73.8 | 73.8 | 73.8 | 73.8 | 1,208.8 |
| Local Counsel | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 280.0 |
| PR Firm | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 10.5 |
| Other Legal Professionals | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Committee Professionals (as incurred)** | | | | | | | | | | | | | | | |
| **Unsecured Creditors Committee** | | | | | | | | | | | | | | | |
| Legal Counsel Fees & Disbursements | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 420.0 |
| Financial Advisor Fees & Disbursements | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 280.0 |
| Total Weekly Accrual for USA CMC Professional Fees | $440.8 | $440.8 | $440.8 | $440.8 | $394.8 | $394.8 | $394.8 | $394.8 | $394.8 | $359.5 | $359.5 | $359.5 | $359.5 | $359.5 | $5,534.3 |
| Weekly Allocation of Debtor Professionals to USA CMC | $352.6 | $352.6 | $352.6 | $352.6 | $315.8 | $315.8 | $315.8 | $315.8 | $315.8 | $287.6 | $287.6 | $287.6 | $287.6 | $287.6 | $4,427.4 |
| Weekly Allocation of Debtor Professional Fees to FTDF | 44.1 | 44.1 | 44.1 | 44.1 | 39.5 | 39.5 | 39.5 | 39.5 | 39.5 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 | 553.4 |
| Weekly Allocation of Debtor Professional Fees to DTDF | 44.1 | 44.1 | 44.1 | 44.1 | 39.5 | 39.5 | 39.5 | 39.5 | 39.5 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 | 553.4 |
| Weekly Allocation of Debtor Professional Fees to Executory Contracts Committee | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Payment for US CMC Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees USA CMC | $9,214.0 | $9,566.6 | $9,919.2 | $10,271.8 | $10,587.6 | $10,903.4 | $11,219.2 | $11,535.0 | $11,850.8 | $12,138.4 | $12,426.0 | $12,713.6 | $13,001.2 | $13,288.8 | $13,288.8 |
| **USA Capital FTDF** | | | | | | | | | | | | | | | |
| Committee Legal Counsel Fees & Disbursements | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 1,050.0 |
| Committee Financial Advisor Fees & Disbursements | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 32.0 | 448.0 |
| Allocation of Debtor Professional Fees to FTDF | 44.1 | 44.1 | 44.1 | 44.1 | 39.5 | 39.5 | 39.5 | 39.5 | 39.5 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 | 553.4 |
| Weekly Accrual for FTDF Professional Fees | $151.1 | $151.1 | $151.1 | $151.1 | $146.5 | $146.5 | $146.5 | $146.5 | $146.5 | $143.0 | $143.0 | $143.0 | $143.0 | $143.0 | $2,051.4 |
| Cash Payment for FTDF Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees FTDF | $3,377.9 | $3,529.0 | $3,680.0 | $3,831.1 | $3,977.6 | $4,124.1 | $4,270.5 | $4,417.0 | $4,563.5 | $4,706.4 | $4,849.4 | $4,992.3 | $5,135.3 | $5,278.2 | $5,278.2 |
| **USA Capital DTDF** | | | | | | | | | | | | | | | |
| Committee Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 840.0 |
| Committee Financial Advisor Fees & Disbursements | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 490.0 |
| Allocation of Debtor Professional Fees to DTDF | 44.1 | 44.1 | 44.1 | 44.1 | 39.5 | 39.5 | 39.5 | 39.5 | 39.5 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 | 553.4 |
| Weekly Accrual for DTDF Professional Fees | $139.1 | $139.1 | $139.1 | $139.1 | $134.5 | $134.5 | $134.5 | $134.5 | $134.5 | $131.0 | $131.0 | $131.0 | $131.0 | $131.0 | $1,883.4 |
| Cash Payment for DTDF Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees DTDF | $3,125.0 | $3,264.0 | $3,403.1 | $3,542.2 | $3,676.7 | $3,811.1 | $3,945.6 | $4,080.1 | $4,214.6 | $4,345.5 | $4,476.5 | $4,607.4 | $4,738.4 | $4,869.3 | $4,869.3 |
| **Holders of Executory Contract Rights** | | | | | | | | | | | | | | | |
| Committee Legal Counsel Fees & Disbursements | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 840.0 |
| Committee Financial Advisor Fees & Disbursements | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Allocation of Debtor Professional Fees to Executory Contracts Committee | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Weekly Accrual for ECC Professional Fees | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $840.0 |
| Cash Payment for ECC Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Incurred and Unpaid Professional Fees ECC | $1,039.7 | $1,099.7 | $1,159.7 | $1,219.7 | $1,279.7 | $1,339.7 | $1,399.7 | $1,459.7 | $1,519.7 | $1,579.7 | $1,639.7 | $1,699.7 | $1,759.7 | $1,819.7 | $1,819.7 |
| Total Weekly Accrual for Bankruptcy Professional Fees | $702.8 | $702.8 | $702.8 | $702.8 | $656.8 | $656.8 | $656.8 | $656.8 | $656.8 | $621.5 | $621.5 | $621.5 | $621.5 | $621.5 | $9,202.3 |
| Total Cash Payment for Bankruptcy Professional Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Incurred and Unpaid Bankruptcy Professional Fees | $16,756.6 | $17,459.3 | $18,162.1 | $18,864.8 | $19,521.6 | $20,178.3 | $20,835.1 | $21,491.8 | $22,148.6 | $22,770.1 | $23,391.6 | $24,013.1 | $24,634.6 | $25,256.1 | $25,256.1 |

Notes:
a. Estimates of Professional Fees based on most recent budget received from relevant provider.