**Entered on Docket**
**October 23, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER GRANTING MOTION TO REJECT PERSONAL PROPERTY LEASES [AFFECTS USA COMMERCIAL MORTGAGE COMPANY]** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: September 28, 2006<br>Time: 9:30 a.m. |

1

order granting motion to reject leases_100306

1  The Motion To Reject Personal Property Leases USA Commercial Mortgage Company
2  having come before this Court on September 28, 2006, USA Commercial Mortgage ("USACM")
3  appearing by and through its counsel, Jeanette E. McPherson, Esq. of Schwartzer & McPherson
4  Law Firm, other appearances having been made upon the record, the Court having reviewed the
5  pleadings and the argument of USACM, and there being no opposition, it is hereby
6  ORDERED that the Motion To Reject Personal Property Leases is granted and each of the
7  leases listed on the Schedule of Leases attached as Exhibit A to Exhibit 1 to the Motion are hereby
8  rejected, and the leased computers shall be surrendered to the lessors after all of the Debtors' data,
9  if any, has been removed and stored.

10 Submitted by:                                               Approved / Disapproved by:

11                                                              **OFFICE OF THE U.S. TRUSTEE**

12
13  /s/ Jeanette E. McPherson                                  By: _____
    Lenard E. Schwartzer, Nevada Bar No. 0399                       AUGUST B. LANDIS, ESQ.
14  Jeanette E. McPherson, Nevada Bar No. 5423
    SCHWARTZER & MCPHERSON LAW FIRM
15  2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada  89146
16  and
17  Annette W. Jarvis, Utah Bar No. 1649
    Steven C. Strong, Utah Bar No. 6340
18  RAY QUINNEY & NEBEKER P.C.
19  36 South State Street, Suite 1400
    P.O. Box 45385
20  Salt Lake City, Utah 84145-0385

21  *Attorneys for Debtors and Debtors-in-Possession*
22

23  Approved/Disapproved by:                                   Approved by:
    **LEWIS AND ROCA, LLP**                                    **STUTMAN TREISTER & GLATT, P.C.**
24                                                              **and SHEA & CARLYON, LTD.**
25

26  By:_____                                By: _____
       SUSAN M. FREEMAN, ESQ.                                     FRANK MEROLA, ESQ.
27     ROB CHARLES, ESQ.                                          EVE KARASIK, ESQ.
       *Counsel for the Official Committee of*                    CHRISTINE PAJAK, ESQ.
28     *Unsecured Creditors of USA Commercial*                    CANDACE C. CARLYON, ESQ.
       *Mortgage Company*                                         *Counsel for the Official Committee of Equity*

order granting motion to reject leases_100306

The Motion To Reject Personal Property Leases USA Commercial Mortgage Company having come before this Court on September 28, 2006, USA Commercial Mortgage ("USACM") appearing by and through its counsel, Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, other appearances having been made upon the record, the Court having reviewed the pleadings and the argument of USACM, and there being no opposition, it is hereby

ORDERED that the Motion To Reject Personal Property Leases is granted and each of the leases listed on the Schedule of Leases attached as Exhibit A to Exhibit 1 to the Motion are hereby rejected, and the leased computers shall be surrendered to the lessors after all of the Debtors' data, if any, has been removed and stored.

Submitted by:

_____
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
and
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
*Attorneys for Debtors and Debtors-in-Possession*

Approved / Disapproved by:
OFFICE OF THE U.S. TRUSTEE

By: _____
AUGUST B. LANDIS, ESQ.

Approved/Disapproved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

2

order granting motion to reject leases_100306

1  The Motion To Reject Personal Property Leases USA Commercial Mortgage Company
2  having come before this Court on September 28, 2006, USA Commercial Mortgage ("USACM")
3  appearing by and through its counsel, Jeanette E. McPherson, Esq. of Schwartzer & McPherson
4  Law Firm, other appearances having been made upon the record, the Court having reviewed the
5  pleadings and the argument of USACM, and there being no opposition, it is hereby
6  ORDERED that the Motion To Reject Personal Property Leases is granted and each of the
7  leases listed on the Schedule of Leases attached as Exhibit A to Exhibit 1 to the Motion are hereby
8  rejected, and the leased computers shall be surrendered to the lessors after all of the Debtors' data,
9  if any, has been removed and stored.

10  Submitted by:

Approved / Disapproved by:
**OFFICE OF THE U.S. TRUSTEE**

By: _____
AUGUST B. LANDIS, ESQ.

_____
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
and
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
*Attorneys for Debtors and Debtors-in-Possession*

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By: /s/ _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of
Unsecured Creditors of USA Commercial
Mortgage Company*

Approved by:
STUTMAN TREISTER & GLATT, P.C.
and SHEA & CARLYON, LTD.

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC*

2

order granting motion to reject leases_100306

1  The Motion To Reject Personal Property Leases USA Commercial Mortgage Company
2  having come before this Court on September 28, 2006, USA Commercial Mortgage ("USACM")
3  appearing by and through its counsel, Jeanette E. McPherson, Esq. of Schwartzer & McPherson
4  Law Firm, other appearances having been made upon the record, the Court having reviewed the
5  pleadings and the argument of USACM, and there being no opposition, it is hereby
6  ORDERED that the Motion To Reject Personal Property Leases is granted and each of the
7  leases listed on the Schedule of Leases attached as Exhibit A to Exhibit 1 to the Motion are hereby
8  rejected, and the leased computers shall be surrendered to the lessors after all of the Debtors' data,
9  if any, has been removed and stored.

Submitted by:

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
and
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
*Attorneys for Debtors and Debtors-in-Possession*

Approved/Disapproved by:
**LEWIS AND ROCA, LLP**


By:_____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of
Unsecured Creditors of USA Commercial
Mortgage Company*

Approved / Disapproved by:
**OFFICE OF THE U.S. TRUSTEE**

By: _____
AUGUST B. LANDIS, ESQ.

Approved by:
**STUTMAN TREISTER & GLATT, P.C.
and SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust
Deed Fund, LLC*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2

order granting motion to reject leases_100306

**ORDER GRANTING MOTION TO REJECT PERSONAL PROPERTY LEASES [AFFECTS USA COMMERCIAL MORTGAGE COMPANY]**

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD.** and
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

order granting motion to reject leases_100306

**ORDER GRANTING MOTION TO REJECT PERSONAL PROPERTY LEASES [AFFECTS USA COMMERCIAL MORTGAGE COMPANY]**

Approved by:
**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: *[signature]*
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# # #

3

order granting motion to reject leases_100306