Jeffrey L. Hartman, Esq. #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
Email: notices@bankruptyreno.com

Attorneys for The MacDonald Center for
Arts and Humanities

E-Filed 10/23/06

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE CO.,<br><br>Debtor.<br>_____/ | Case Nos. BK-S-06-10725LBR<br>Case Nos. BK-S-06-10726LBR<br>Case Nos. BK-S-06-10727LBR<br>Case Nos. BK-S-06-10728LBR<br>Case Nos. BK-S-06-10729LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor.<br>_____/ | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor.<br>_____/ | **CONDITIONAL OBJECTION TO MOTION TO AUTHORIZE USA COMMERCIAL MORTGAGE COMPANY AS LOAN SERVICER TO APPROVE LOAN MODIFICATION FOR PALM HARBOR ONE LOAN, TO PROVIDE THE PREVIOUSLY AUTHORIZED SUBORDINATION OF THE MARLTON SQUARE 2ND LOAN IN CONNECTION WITH THE PAYOFF OF THE MARLTON SQUARE 1ST LOAN, TO AUTHORIZE A SHORT TERM FOREBEARANCE FOR THE MARLTON SQUARE 1ST LOAN, AND TO GENERALLY AUTHORIZE SHORT-TERM LOAN FORE-BEARANCES FOR LOANS PAID OFF IN FULL [AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC]** |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor.<br>_____/ | |
| In Re:<br><br>USA SECURITIES, LLC.,<br><br>Debtor.<br>_____ | Hearing Date: October 30, 2006<br>Hearing Time: 9:30 a.m. |
| Affects:<br>☐ All Debtors<br>☐ <u>USA Commercial Mortgage Company</u><br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ <u>USA First Trust Deed Fund, LLC</u><br>☐ USA Securities, LLC<br>_____/ | |

The MacDonald Center for the Arts and Humanities, a non-profit corporation ("MacDonald"), conditionally objects to the Debtors' Motion to Authorize USA Commercial Mortgage Company as Loan Servicer to Approve Loan Modification for Palm Harbor One Loan to Provide the Previously Authorized Subordination of the Marlton Square 2nd Loan in Connection with the Payoff of the Marlton Square 1st Loan, to Authorize a Short Term Forebearance for the Marlton Square 1st Loan, and to Generally Authorize Short-term Loan Forebearances for Loans Paid Off in Full [Affects Debtors USA Commercial Mortgage Company and USA Capital First Trust Deed Fund, LLC] ("Motion").

MacDonald is a direct lender of $525,000 in the MS Acquisition Company, LLC promissory note (Note") and deed of trust ("Deed of Trust") also referred to as the Marlton Square 1st Loan. Although MacDonald does not object to the relief sought in the Motion, the Motion fails to address disbursement to the direct lenders of the proceeds from the anticipated loan payoff in the amount of $33,553,254.20. It is appropriate that in exchange for reconveyance of the Deed of Trust securing their loans, the direct lenders be paid the amounts due under the Note. Accordingly, MacDonald requests that any order granting the Motion include language requiring the proceeds to be disbursed proportionately to the direct lenders.

Dated this 23rd day of October, 2006.

**HARTMAN & HARTMAN**

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for The MacDonald Center
For Arts and Humanities