ELECTRONICALLY FILED
October 23, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429),
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:      fmerola@stutman.com
            ekarasik@stutman.com
            aparlen@stutman.com
Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, FirstFloor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:      jshea@sheacarlyon.com
            ccarlyon@sheacarlyon.com
            ssherman@sheacarlyon.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>                    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date:  October 30, 2006<br>Time:  9:30 a.m. |

**LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MOTION FOR ORDER
APPROVING USE OF CASH THROUGH JANUARY 31, 2007 PURSUANT TO FOURTH
REVISED BUDGET (AFFECTS ALL DEBTORS)**

404263v1

1    **TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

2    In response to the "Motion for Order Approving Use of Cash through January 31,

3    2007 pursuant to Fourth Revised Budget," (the "Cash Motion"), the Official Committee of

4    Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee")

5    hereby submits its limited objection to the Motion as follows:

6    On October 5, 2006, USA Commercial Mortgage Company ("USACM"), USA

7    Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC,

8    USA Capital First Trust Deed Fund, LLC (the "FTDF"), and USA Securities, LLC (collectively,

9    the "Debtors") filed the Cash Motion. which is set for hearing on October 30, 2006.  In their

10   usual fashion, rather than file the Cash Budget with the Motion, the Debtors advised in the

11   Motion that the Debtors would file the Cash Budget with the Court on October 20, 2006.  The

12   Cash Motion, however, is absolutely meaningless without the Cash Budget.  The date for

13   objections to the Motion is October 23, 2006, thereby giving parties in interest only two weekend

14   days to review and prepare a response to the Cash Motion.

15   Given the lack of a meaningful response time, the four Committees and the

16   Debtors entered in to a stipulation that sets forth later objection and reply dates, which is subject

17   to the approval of the Court (the "Cash Motion Stipulation").  The Cash Motion Stipulation was

18   finally signed by the Debtors on October 20, 2006 and was thereafter promptly filed with the

19   Court. As of the date of filing this pleading (the same date as the original response to the Cash

20   Motion would be due), the Court had not yet entered the Cash Motion Stipulation.  Accordingly,

21   the FTDF Committee is compelled to submit this limited objection to the Cash Motion, which

22   may be supplemented in the event the parties are unable to resolve the FTDF Committee's issues

23   related to the Cash Budget and the Court enters the Cash Motion Stipulation.

24   The FTDF Committee (after preliminary review) has three issues with the Cash

25   Budget.  First, the Cash Budget appears to provide that FTDF will pay USA Realty a

26   management fee for serving as manager of the FTDF.  The FTDF Committee has advised the

27   Debtors that they may reserve for the management fee from FTDF loan collections, but that such

28   fee should not be paid over to USA Realty or any other Debtor entity.  The FTDF's obligation to

404263v1                                    2

1    pay the management fee is in dispute as FTDF has claims against USA Realty for

2    mismanagement and may have offset or recoupment rights.  Furthermore, the FTDF has also

3    been asked to pay nearly a 10% share of all of the fees and costs incurred by Mesirow Financial

4    (collectively, "Mesirow"), which effectively is serving as the manager of the FTDF.  The FTDF

5    should not be required to pay both the fee allocation for Mesirow as well as the USA Realty

6    management fee.  Accordingly, the Debtors should be required to reserve and not pay to USA

7    Realty or any other related entity the management fee at this time until the disputes among the

8    estates are resolved by settlement or judgment.

9                    Second, the Cash Budget provides for a $130,000 monthly allocation to the FTDF

10   for the Debtors' professional fees and costs.  This proposed allocation appears to be the

11   settlement negotiated on the eve of the last fee application hearing between the Debtors'

12   professionals and the USACM Committee without the consent of the FTDF Committee.  The

13   FTDF Committee subsequently agreed to an additional interim allocation of the Debtors'

14   professional fees and costs subject to the FTDF Committee's rights to contest such increased

15   allocation prior to the final hearing on professional fee applications and so long as the USACM

16   paid any increased allocation for the FTDF until the allocation is resolved on a final basis.  While

17   the FTDF Committee is not certain of the Debtors' intent with respect to the $130,000 monthly

18   charge to the FTDF contained in the Cash Budget, the Debtors should not be permitted through

19   the Cash Budget to effect a permanent allocation of the Debtors' professional fees and costs

20   absent the consent of the FTDF Committee.

21                   Finally, as noted by the FTDF Committee in is response to each of the motions to

22   use cash filed by the Debtors in these cases since the Petition Date, the FTDF professional fee

23   and cost amounts contained in the Cash Budget are merely estimates used for budget purposes

24   and the actual fees and costs may be lower or higher then the budgeted amounts, and inclusion of

25   the fees and costs in the Cash Budget should have no bearing on the actual fees and costs

26   allowed for FTDF professionals.  Likewise, the fees and costs budgeted for the Debtors'

27   professionals as well as the professionals for the other Committees as reflected in the Cash

28   Budget are not deemed allowed fee and cost amounts, and all parties' rights are reserved to object

1  to professional fees and costs pursuant to the interim fee procedure applicable in these cases and

2  as otherwise ordered by the Court.

3       **WHEREFORE,** the FTDF Committee requests that Court approve the Motion

4  only if: (1) any management fees to be charged to the FTDF are reserved and not paid over to

5  any Debtor entity; (2) any professional fee and expense allocation contained in the Cash Budget

6  is deemed interim, is subject to the FTDF Committee objection up until the final hearing on fee

7  applications in these cases, and any additional fee and expense allocation to the FTDF is paid by

8  USACM until the allocation dispute is resolved by agreement or judgment; and (3) all

9  professional fees and costs contained in the Cash Budget are estimates, are not deemed to be

10  allowed, and the right of all parties are reserved to object to such fees and costs at a future date.

12  Respectfully submitted this 23rd day of October, 2006.

15  FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and

16  ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.

17  1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

18  Telephone: (310) 228-5600

19  and

20  CANDACE C. CARLYON

21  Shea & Carlyon, Ltd.

22  228 S. Fourth Street, First Floor
Las Vegas, NV 89101

23  Telephone: (702) 471-7432
COUNSEL FOR THE

24  OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC