ELECTRONICALLY FILED
OCTOBER 23, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:      fmerola@stutman.com
            ekarasik@stutman.com
            aparlen@stutman.com
Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email: jshea@sheacarlyon.com
       ccarlyon@sheacarlyon.com
       ssherman@sheacarlyon.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date:  October 25, 2006<br>Time:  9:30 a.m. |

**DECLARATION OF MATTHEW KVARDA IN SUPPORT OF FTDF
COMMITTEE STATEMENT IN SUPPORT OF MOTION FOR ORDER
SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS,
APPOINTING SPCP, LLC AS LEAD BIDDER, AND APPROVING BID
PROCEDURES AND PROTECTIONS (AFFECTS ALL DEBTORS)**

1. I am a director of Alvarez & Marsal, LLC, financial and real estate advisors to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTD Fund Committee").

2. The following facts are personally known to me and/or based upon my personal observations. If called to testify thereto, I could and would do so, under oath.

3. In connection with the above-captioned cases, I and the members of the engagement team have worked closely with the members of the FTD Fund Committee and its other professionals regarding the development of a workable exit strategy which maximizes the potential return to the FTD Fund investors.

4. As part of that assignment, I and the members of the engagement team conducted a thorough analysis of the FTD Fund loan portfolio, including an analysis of certain loan documents and the appraisals prepared by Hilco, as well as significant discussions with the Debtor's professionals in order to achieve an understanding of the range of potential recoverable values for the FTD Fund loan portfolio, including potential costs, risks and uncertainties associated with the collection of the outstanding loans under a variety of scenarios.

5. Based upon these analyses, the FTD Fund Committee engaged in an active debate and developed a strategy for the negotiation of a potential sale of FTD Fund assets, at a minimum price determined by the Committee, with input from its professionals.

6. I believe that the price reached by the Debtors and SPCP LLP for the sale of substantially all of the FTD Fund assets provides a means by which to maximize the recovery to the FTD Fund investors and is consistent with the values contained in the risk adjusted recovery analysis prepared by my firm.

7. Other issues are simultaneously being considered by the FTD Fund Committee, as set forth in more detail in the FTD Fund Committee's Statement In Support Of Motion For Order Scheduling An Auction For The Sale Of Certain Assets, Appointing SPCP, LLC As Lead Bidder, And Approving Bid Procedures And Protections, filed herewith.

I declare under penalty of perjury that the foregoing is true and correct.

_____
MATTHEW KVARDA

Alvarez & Marsal, LLC
Financial and real estate advisor to the
Official Committee of Equity Security
Holders of USA Capital First Trust Deed
Fund, LLC