AMY N. TIRRE, ESQ.
Nevada Bar No. 6523
KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
5585 Kietzke Lane
Reno, Nevada  89511
Telephone:    (775) 852-3900
Facsimile:     (775) 852-3982
E-Mail:         atirre@kkbrf.com

JAMES C. McCARROLL, ESQ.
Reed Smith, LLP
599 Lexington Avenue
New York, New York 10022
Telephone:    (212) 521-5400
Facsimile:     (212) 521-5450
E-Mail:         JMcCarroll@reedsmith.com

Attorneys for SPCP Group, LLC

Electronically Filed on October 23, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor, | Case No.   BK-S-06-10725-LBR<br>Case No.   BK-S-06-10726-LBR<br>Case No.   BK-S-06-10727-LBR<br>Case No.   BK-S-06-10728-LBR<br>Case No.   BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor, | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor, | **AFFIDAVIT OF SERVICE OF (1) DECLARATION OF DAVID DANIEL HUSAK AND (2) DECLARATION OF DALE COONEY IN SUPPORT OF DEBTORS' MOTION FOR ORDER SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SPCP GROUP, LLC, AS LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor, | |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada  89502

258379_1 [13577.1]

Page 1 of 12

In re:

USA SECURITIES, LLC,

          Debtor.

Hearing Date:  N/A
Hearing Time:  N/A
Est. Time:      N/A

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

I, Leslee Leverett, being first duly sworn, depose and say:

That I am and was on the day the events herein occurred, a citizen of the United States, over the age of eighteen (18) years, and not a party to, nor interested in the within action.

That your affiant is an employee of the law firm of Kummer, Kaempfer, Bonner, Renshaw & Ferrario, and in such capacity, mailed a true copy of the **Declaration of Dale Cooney In Support of Debtors' Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing SPCP GROUP, LLC, as Lead Bidder and Approving Bid Procedures and Protections** and **Declaration of David Daniel Husak In Support of Debtors' Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing SPCP GROUP, LLC, as Lead Bidder and Approving Bid Procedures and Protections** on the 23rd day of October, 2006, as indicated:

   X      **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below.

- FRANKLIN C. ADAMS   franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF   nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- OGONNA M. ATAMOH   oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

Kummer Kaempfer Bonner & Renshaw
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

Page 2 of 12

- KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com;carlyonltd@aol.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JANET L. CHUBB    tbw@jonesvargas.com
- JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- CICI CUNNINGHAM    bankruptcy@rocgd.com
- LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON    bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@lvcm.com
- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

1
- JAMES D. GREENE    bknotice@schrecklaw.com

2
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

3
- JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

4

5
- XANNA R. HARDMAN    xanna.hardman@gmail.com

- STEPHEN R HARRIS    noticesbh&p@renolaw.biz

6
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

7
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

8
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

9
- EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

10
- TY E. KEHOE    TyKehoeLaw@aol.com

11
- ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

12
- ZACHARIAH LARSON    ecf@lslawnv.com

13
- JOHN J. LAXAGUE    jlaxague@caneclark.com

14
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

15
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

16
- ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

17
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

18
- JAMES C. MCCARROLL    dturetsky@reedsmith.com;aleonard@reedsmith.com

19
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

20
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

21
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

22
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

23
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

24
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

- DAVID MINCIN   mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA   jmurtha@woodburnandwedge.com
- ERVEN T. NELSON   erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON   bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON   ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN   ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN   aparlen@stutman.com
- DONALD T. POLEDNAK   sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY   info@johnpeterlee.com
- SUSAN WILLIAMS SCANN   sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER   bkfilings@s-mlaw.com
- JAMES PATRICK SHEA   bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- SHLOMO S. SHERMAN   ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- AMBRISH S. SIDHU   ecf@lslawnv.com
- JEFFREY G. SLOANE   gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- DAVID A. STEPHENS   dstephens@lvcm.com
- PETER SUSI   cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER   jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING   ctijsseling@beckleylaw.com, aanthony@beckleylaw.com
- AMY N TIRRE   atirre@kkbrf.com, ksims@kkbrf.com;lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH   GWalch@Nevadafirm.com

Kummer Kaempfer Bonner & Renshaw
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

Page 5 of 12

- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

- JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

___    **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below:

__X__    **BY MAIL**: by placing the document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

THOMAS J. ALLISON
4484 S. PECOS BLVD.
LAS VEGAS, NV 89146

ALVAREZ & MARSAL, LLC
633 WEST FIFTH ST., STE. 2560
LOS ANGELES, CA 90071

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
530 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NV 89101

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

KUMMER KAEMPFER BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

Page 6 of 12

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

DONNA CANGELOSI
5860 LAUSANNE DRIVE
RENO, NV 89511

CURTIS F CLARK
1403 PUEBLO DR.
BOULDER CITY, NV 89005

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
633 WEST 5TH ST., STE. 1600
LOS ANGELES 90071-2027

RICHARD D. GREEN
(address unknown)

JOHN HANDAL
3575 SISKIYOU CT.
HAYWARD, CA 94542

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

| | |
|---|---|
| 1 | HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC |
| | 5 REVERE DRIVE, SUITE 320 |
| 2 | NORTHBROOK, IL 60062 |
| 3 | DAVID W. HUSTON |
| | 333 MARSH AVE. |
| 4 | RENO, NV 89509 |
| 5 | INTERIM COMMITTEE OF CONCERNED INVESTORS |
| | (address unknown) |
| 6 | |
| | PAUL A. JACQUES |
| 7 | 810 SE 7TH ST A-103 |
| | DEERFIELD BEACH, FL 33441 |
| 8 | |
| | ANNETTE W JARVIS |
| 9 | POB 45385 |
| | SALT LAKE CITY, UT 84145 |
| 10 | |
| | ANNETTE W JARVIS |
| 11 | POB 45385 |
| | 36 SOUTH STATE STREET, #1400 |
| 12 | SALT LAKE CITY, UT 84145-0385 |
| 13 | HARRY JESSUP |
| | 2009 WESTLUND DR. |
| 14 | LAS VEGAS, NV 89102 |
| 15 | HELEN B. JESSUP |
| | 2009 WESTLUND DR. |
| 16 | LAS VEGAS, NV 89102 |
| 17 | RICHARD E KAMMERMAN |
| | RICHARD KAMMERMAN PC |
| 18 | 7200 N MOPAC, SUITE 150 |
| | AUSTIN, TX 78731 |
| 19 | |
| | LINDA KETTERMAN |
| 20 | 321 N. 19TH STREET |
| | ENID, OK 73701 |
| 21 | |
| | RAY KETTERMAN |
| 22 | 321 N. 19TH STREET |
| | ENID, OK 73701 |
| 23 | |
| | EDWARD KLINE |
| 24 | 9932 ARBUCKLE DRIVE |
| | LAS VEGAS, NV 89134 |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

Page 8 of 12

| | |
|---|---|
| 1 | MATTHEW J. KREUTZER |
| | HALE LANE PEEK DENNISON AND HOWARD |
| 2 | 3930 HOWARD HUGHES PARKWAY |
| | FOURTH FLOOR |
| 3 | LAS VEGAS, NV 89169 |
| 4 | REID W. LAMBERT |
| | WOODBURY & KESLER, P.C. |
| 5 | 265 EAST 100 SOUTH, SUITE 300 |
| | SALT LAKE CITY, UT 84111 |
| 6 | |
| | MARC A. LEVINSON |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 CAPITOL MALL , STE. 30000 |
| 8 | SACRAMENTO, CA 95814-4497 |
| 9 | LEWIS AND ROCA LLP |
| | 1 SOUTH CHURCH AVENUE #700 |
| 10 | TUCSON, AZ 85701-1611 |
| | LEWIS AND ROCA LLP |
| 11 | 3993 HOWARD HUGHES PARKWAY, STE 600 |
| | LAS VEGAS, NV 89109 |
| 12 | |
| | ELIZABETH R. LOVERIDGE |
| 13 | WOODBURY & KESLER, P.C. |
| | 265 EAST 100 SOUTH, SUITE 300 |
| 14 | SALT LAKE CITY, UT 84111 |
| 15 | LEE D. MACKSON |
| | SHUTTS & BOWEN LLP |
| 16 | 1500 MIAMI CENTER |
| | 201 SOUTH BISCAYNE BOULEVARD |
| 17 | MIAMI, FL 33131 |
| 18 | JERROLD T. MARITIN |
| | 8423 PASO ROBLES |
| 19 | NORTHRIDGE, CA 91325 |
| 20 | TERRY MARKWELL |
| | 12765 SILVER WOLF ROAD |
| 21 | RENO, NV 89511 |
| 22 | RICHARD J. MASON |
| | 130 PINETREE LANE |
| 23 | RIVERWOODS, IL 60015 |
| 24 | JAY L. MICHAELSON |
| | 7 W . FIGUEROA STREET |
| | SANTA BARBARA, CA 93101-3189 |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

| | |
|---|---|
| 1 | |
| 2 | BRECK E. MILDE<br>TERRA LAW LLP<br>60 SOUTH MARKET ST, SUITE 200 |
| 3 | SAN JOSE, CA 95113 |
| 4 | DOUGLAS M MONSON<br>RAY QUINNEY & NEBEKER P.C. |
| 5 | 36 SOUTH STATE STREET<br>SUITE 1400 |
| 6 | PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385 |
| 7 | |
| 8 | STEVEN R ORR<br>RICHARDS WATSON & GERSHON<br>355 SOUTH GRAND AVENUE, 40TH FLOOR |
| 9 | LOS ANGELES, CA 90071 |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 CAPITOL MALL |
| 11 | SUITE 3000<br>SACRAMENTO, CA 95814-4497 |
| 12 | |
| 13 | ANDREW M PARLEN<br>1901 AVENUE OF THE STARS 12th Floor<br>LOS ANGELES, CA 90067 |
| 14 | |
| 15 | J. STEPHEN PEEK<br>HALE LANE PEEK DENNISON AND HOWARD<br>3930 HOWARD HUGHES PARKWAY |
| 16 | FOURTH FLOOR<br>LAS VEGAS, NV 89169 |
| 17 | |
| 18 | NANCY A. PETERMAN<br>GREENBERG TRAURIG, LLP<br>77 W. WACKER DR., SUITE 2500 |
| 19 | CHICAGO, IL 60601 |
| 20 | RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET, SUITE 1400 |
| 21 | P.O. BOX 45385<br>SALT LAKE CITY, UT 84145 |
| 22 | |
| 23 | ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST<br>414 MORNING GLORY RD.<br>ST. MARYS, GA 31558 |
| 24 | |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

```
 1
        R J ROCCO
 2      12617 COTTAGEVILLE LANE
        KELLER, TX 76248
 3
        NICHOLAS J SANTORO
 4      400 S FOURTH ST 3RD FLOOR
        LAS VEGAS, NV 89101
 5
        MICHAEL M. SCHMAHL
 6      MCGUIREWOODS LLP
        77 W. WACKER DRIVE, SUITE 4100
 7      CHICAGO, IL 60601

 8      JAMES G SCHWARTZ
        7901 STONERIDGE DR #401
 9      PLEASANTON, CA 94588

10      SCHWARTZER & MCPHERSON LAW FIRM
        2850 S. JONES BLVD., #1
11      LAS VEGAS, NV 89146

12      SHEA & CARLYON, LTD.
        228 SOUTH FOURTH STREET, FIRST FLOOR
13      LAS VEGAS, NEVADA 89101

14      SIERRA CONSULTING GROUP, LLC
        ONE RENAISSANCE SQUARE
15      TWO NORTH CENTRAL AVENUE SUITE 700
        PHOENIX, ARIZONA 85004
16
        PATRICIA K. SMOOTS
17      318 N GROVE
        OAK PARK, IL 60302
18
        BRADLEY J STEVENS
19      3300 N CENTRAL AVE
        PHOENIX, AZ 85012
20
        BRADLEY J STEVENS
21      3300 N CENTRAL AVE #1800
        PHOENIX, AZ 85012
22
        THOMAS W STILLEY
23      1000 SW BROADWAY #1400
        PORTLAND, OR 97205
24
```

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

Page 11 of 12

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

ROY R. VENTURA
AMERICAN EMBASSY - JAKARTA
UNIT 8135 USAID
PPO; AP 96520

RUSSELL S. WALKER
265 EAST 100 SOUTH
SUITE 300
SALT LAKE CITY, UT 84111

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

DATED this 23rd day of October, 2006.

LESLEE LEVERETT

SWORN and SUBSCRIBED before me on this 23rd day of October, 2006

NOTARY PUBLIC

MICHELL L. NOBACH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 91-0889-2 - Expires May 17, 2008

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]