E-filed on 10/23/2006

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com;
lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com;
aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                              Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | DECLARATION OF MICHAEL A. TUCKER REGARDING DIVERSIFIED TRUST DEED FUND COMMITTEE'S SUPPORT AND APPROVAL OF DEBTORS' MOTION FOR ORDER SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SPCP GROUP, LLC, AS LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS |
| In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date:    October 25, 2006<br>Time:    9:30 a.m.<br>Courtroom:  1 |

{00335419;}

I, Michael A. Tucker, hereby declare, verify and state as follows:

1. I am a Senior Managing Director with FTI Consulting, Inc. ("FTI"), a financial advisory services firm specializing in reorganization, litigation and related consulting services. I joined FTI in 2002 upon FTI acquiring PricewaterhouseCoopers LLP's Business Recovery Services group where I was a Partner and had been employed for 17 years.

2. FTI was retained by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee") on June 9, 2006, to perform financial advisory services for the Diversified Committee in the chapter 11 cases (the "Cases") captioned above.

3. I make this declaration from my personal knowledge and could and would competently testify to the facts contained herein regarding the Diversified Committee's support and approval of the auction process, bid procedures and protections, as proposed by the debtors (the "Debtors") in the Motion For Order Scheduling an Auction For The Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder, and Approving Bid Procedures and Protections (the "Bid Procedures Motion") and subsequent related pleadings.

4. Over the past two months, I have, together with counsel for the Diversified Committee, (a) participated in ongoing, lengthy settlement and plan negotiations with the Debtors' professionals and the professionals of the other committees appointed in these Cases by the Office of the United States Trustee, which negotiations included, but were not limited to, the auction process, SPCP Group, LLC as lead bidder, and the bid procedures and protections, as proposed by the Debtors in their Bid Procedures Motion and related pleadings including the revised Asset Purchase Agreement filed with the Court on October 19, 2006 [Docket No. 1603, at Exhibit A]; (b) discussed with several prospective bidders the particular challenges of the investments held by USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), almost all of which are not the loans secured by first deeds of trust on real estate promised in the various writings distributed to prospective DTDF investors by DTDF and its affiliates; (c) analyzed expressions of interest from various potential bidders for, among other things, the DTDF assets; and (d) presented to and advised the Diversified Committee

{00335419;}    3

1  members of the details and significance of such bid procedures, settlement and plan negotiations, discussions with prospective bidders and expressions of interest for the DTDF assets from those parties.

5. After much analysis, discussion, and deliberation about the expressions of interest for the DTDF assets, no prospective offer was found to be of sufficient substance to interest the Diversified Committee members in selling the DTDF assets. Thus, the Diversified Committee and its professionals will continue to vigorously work to monetize the DTDF assets, whether by collection of loans or sale of assets.

6. Even though the proposed sale to SPCP Group, LLC would provide little direct benefit to DTDF, the members of the Diversified Committee and the professionals advising the Diversified Committee believe that such sale would assist DTDF and its investors in two very important ways. First, the sale would facilitate a consensual plan – which has not yet been fully negotiated – that would enable the Debtors to settle their numerous claims against one another. Second, it would speed the exit from chapter 11 of all of the Debtors, thus hastening the end of the significant administrative expense burden on all of the Debtors, including DTDF.

7. Notwithstanding the lack of a potential sale of DTDF assets, the Diversified Committee members understand the proposed sale to SPCP Group, LLC, the auction process proposed in the Bid Procedures Motion, and have voted to support the auction process as proposed by the Debtors.

8. Accordingly, on October 18, 2006, the Diversified Committee filed with the Court a response in support of the Bid Procedures Motion [Docket No. 1570].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 23rd day of October 2006, at Phoenix, Arizona.

/s/ Michael A. Tucker

_____
Michael A. Tucker

{00335419;}                                    3

OHS West:260095880.3