Jeffrey L. Hartman, Esq. #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
Email: notices@bankruptyreno.com

Attorneys for The MacDonald Center for
Arts and Humanities

E-Filed 10/24/06

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE CO.,<br><br>Debtor.<br>_____/ | Case Nos. BK-S-06-10725LBR<br>Case Nos. BK-S-06-10726LBR<br>Case Nos. BK-S-06-10727LBR<br>Case Nos. BK-S-06-10728LBR<br>Case Nos. BK-S-06-10729LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor.<br>_____/ | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor.<br>_____/ | **CERTIFICATE OF SERVICE OF CONDITIONAL OBJECTION TO MOTION TO AUTHORIZE USA COMMERCIAL MORTGAGE COMPANY AS LOAN SERVICER TO APPROVE LOAN MODIFICATION FOR PALM HARBOR ONE LOAN, TO PROVIDE THE PREVIOUSLY AUTHORIZED SUBORDINATION OF THE MARLTON SQUARE 2ND LOAN IN CONNECTION WITH THE PAYOFF OF THE MARLTON SQUARE 1ST LOAN, TO AUTHORIZE A SHORT TERM FORBEARANCE FOR THE MARLTON SQUARE 1ST LOAN, AND TO GENERALLY AUTHORIZE SHORT-TERM LOAN FORBEARANCE FOR LOANS PAID OFF IN FULL [AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC]** |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor.<br>_____/ | |
| In Re:<br><br>USA SECURITIES, LLC.,<br><br>Debtor.<br>_____ | Hearing Date:  October 30, 2006<br>Hearing Time:  9:30 a.m. |
| Affects:<br>☐ All Debtors<br>☐ **USA Commercial Mortgage Company**<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ **USA First Trust Deed Fund, LLC**<br>☐ USA Securities, LLC<br>_____/ | |

1  On October 23, 2006, I caused to be served the following document(s):

2  **CONDITIONAL OBJECTION TO MOTION TO AUTHORIZE
USA COMMERCIAL MORTGAGE COMPANY AS LOAN SERVICER
3  TO APPROVE LOAN MODIFICATION FOR PALM HARBOR ONE LOAN,
TO PROVIDE THE PREVIOUSLY AUTHORIZED SUBORDINATION OF
4  THE MARLTON SQUARE 2ND LOAN IN CONNECTION WITH THE
PAYOFF OF THE MARLTON SQUARE 1ST LOAN, TO AUTHORIZE A
5  SHORT TERM FORBEARANCE FOR THE MARLTON SQUARE 1ST LOAN,
AND TO GENERALLY AUTHORIZE SHORT-TERM LOAN
6  FORBEARANCE FOR LOANS PAID OFF IN FULL [AFFECTS DEBTORS
USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST
7  TRUST DEED FUND, LLC]**

8  I caused to be served the above-named document(s) by the following means to the

9  persons as listed below:

10  ✓ a.   ECF System - (See Attached ECF Address List on October 23, 2006)

11  ☐ b.   United States Mail, postage fully prepaid

12  ☐ c.   Personal Service

13  I personally delivered the document(s) to the persons at these addresses:

14  ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's
15  office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

16  ☐ For a party, delivery was made by handing the document(s) to the party or
17  by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

18  ☐ d.   By direct email (as opposed to through ECF System)
19  Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email
20  addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission
21  was unsuccessful.

22  ☐ e.   By fax transmission

23  Based upon written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the
24  fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

25
☐ f.   By messenger Service
26
27  I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a
messenger for service.

28

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: 10/23/06

Doris F. Luckett
(Name of Declarant)

(Signature of Declarant)

**Electronically Served By the Bankruptcy Court ECF System to:**

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO ATENCIOK@GTLAW.COM

BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN yvette@ccfirm.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE cope_guerra@yahoo.com

CICI CUNNINGHAM bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com; gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) tfette@daca4.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY vgourley@lvcm.com

TALITHA B. GRAY bankruptcynotices@gordonsilver.com

JAMES D. GREENE bknotice@schrecklaw.com

MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

XANNA R. HARDMAN xanna.hardman@gmail.com

STEPHEN R HARRIS noticesbh&p@renolaw.biz

JEFFREY L HARTMAN notices@bankruptcyreno.com

BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com

DAVID W. HUSTON dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE TyKehoeLaw@aol.com

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON ecf@lslawnv.com

JOHN J. LAXAGUE jlaxague@caneclark.com

GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com

JAMES C. MCCARROLL , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA jmurtha@woodburnandwedge.com

ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com; rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com

ANDREW M. PARLEN aparlen@stutman.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY info@johnpeterlee.com

SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

AMBRISH S. SIDHU ecf@lslawnv.com

JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS dstephens@lvcm.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING ctijsseling@beckleylaw.com, aanthony@beckleylaw.com

AMY N TIRRE atirre@kkbrf.com, ksims@kkbrf.com;lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH GWalch@Nevadafirm.com

WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com