Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:   malevinson@orrick.com; lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:   bolson@beckleylaw.com; aloraditch@beckleylaw.com

Attorneys for the Official Committee of Equity Security Holders
of USA Capital Diversified Trust Deed Fund, LLC

E-filed October 24, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　Debtor. | **CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　Debtor. | Date:　October 25, 2006<br>Time:　9:30 a.m.<br>Place:　Courtroom #1 |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00335483;}

1  I hereby certify that on the 23rd day of October 2006, I caused to be served a true and
2  correct copy of the DECLARATION OF MICHAEL A. TUCKER REGARDING DIVERSIFIED
3  TRUST DEED FUND COMMITTEE'S SUPPORT AND APPROVAL OF DEBTORS'
4  MOTION FOR ORDER SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN
5  ASSETS, APPOINTING SPCP GROUP, LLC, AS LEAD BIDDER, AND APPROVING BID
6  PROCEDURES AND PROTECTIONS via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date above written.

☒ (VIA EMAIL) By electronic mail transmission to those persons listed on the attached email, on the date above written.

Dated this 24th day of October 2006.

*/s/ Patricia Kois/*
Patricia Kois, an employee of
Beckley Singleton, Chtd.

**Pat Kois**

---

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Monday, October 23, 2006 5:04 PM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 06-10725-lbr Declaration

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 10/23/2006 at 5:03 PM PDT and filed on 10/23/2006
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 1641

**Docket Text:**
Declaration *of Michael A. Tucker Regarding Diversified Trust Deed Fund Committee's Support and Approval* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s)[1352] Miscellaneous Motion, filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC, Jnt Admin Debtor USA SECURITIES, LLC) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\USA\TUCKER DECLARATION.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/23/2006] [FileNumber=7423529-0
] [790f47d71635ad83c3af2098f849402c606af9e92c748177b3731f4f5ac4e795b31
65b3b72e0c14f2b094ccd597d01ae08a6501612e554d77fbd5d51da0a402a]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,

10/24/2006

bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law! .com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LA UREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY     vgourley@lvcm.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

JAMES D. GREENE     bknotice@schrecklaw.com

MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN     xanna.hardman@gmail.com

STEPHEN R HARRIS     noticesbh&p@renolaw.biz

JEFFREY L HARTMAN     notices@bankruptcyreno.com

BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

DAVID W. HUSTON     dwh@hustonlaw.net, ! swaits@h ustonlaw.net

CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE     TyKehoeLaw@aol.com

ROBERT R. KINAS     rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON     ecf@lslawnv.com

JOHN J. LAXAGUE     jlaxague@caneclark.com

GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME     robert@robertlepome.co! m, susan@robertlepome.com

ANNE M. LORADITCH     ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

JAMES C. MCCARROLL     , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL     rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

10/24/2006

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.!com;rsmith@sheacarlyon.com

DAV! ID MINC IN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@ya! hoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@! msmlaw.c om, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, aanthony@beckleylaw.com

10/24/2006

AMY N TIRRE    atirre@kkbrf.com, ksims@kkbrf.com;lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON
,

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

10/24/2006

**Pat Kois**

| | |
|---|---|
| From: | Pat Kois |
| Sent: | Monday, October 23, 2006 5:04 PM |
| To: | Advanced Information Systems Michael Yoder (E-mail); Angelo Gordon & Co RFSP Jed Hart (E-mail); Annee Nounna (E-mail); Arthur and Glorianne Polacheck; Canepa Riedy RFSN Scott Canepa (E-mail); Charles and Flora Nichols (E-mail); Christine M. Pajak; Chuck Heinrichs (E-mail); Dennis Flier Inc. Defined Benefit Trust (E-mail); Donald Walker; Douglas Monson; Eve Karasik; Fertitta Enterprises William Bullard (E-mail); Frank Merola, Stutman; Frank Weinman; Helms Homes LLC Terry Helms (E-mail); Homfeld Edward Homfeld II LLC (E-mail); Howard Connell; James and Pamela McCollum; Jerry T. McGimsey; John Goings; John Warner Jr. (E-mail); Joseph Congress; JTWROS Mary and Matthew Moro (E-mail); Kolesar & Leatham RFSP James Macrobbie (E-mail); Kravitz Schnitzer RFSP Jeffrey Sloane (E-mail); Lynn Ernce; Marc Levinson; McGuire Woods LLP RFSP Richard Mason (E-mail); McGuire Woods RFSN Michael Schmahl (E-mail); McGuire Woods RFSN Patricia Smoots (E-mail); Michaelson Susi RFSN Jay Michaelson (E-mail); Michaelson Susi RFSN Peter Susi (E-mail); Nordman Cormany for Andrew Welcher RFSN William Winfield (E-mail); RFSN Jeffrey Cogan for Robert Verchota R&N Real Estate (E-mail); RFSP Nicholas Santoro (E-mail); RFSP Stan Wolken (E-mail); Robert L. Hagmaier (E-mail); Robert Worthen (E-mail); Russell Ad Development Group Robert Russell (E-mail); Russell James Zuardo; Sean Najarian Esq. RFSP (E-mail); Steve Orr; Steven Strong, Ray Quinney; Susan Eckhardt, Nevada Mortgage Lending Div; Thomas Stilley, Sussman Shank LLP; Trust (E-mail); TTEE Katz 2000 Separate Property Trust Sara M. Katz (E-mail); Xanna R. Hardman |
| Cc: | Anne Loraditch |
| Subject: | In re USA Commercial et al |

Declaration of Michael A. Tucker Regarding Diversified Trust Deed Fund Committee's Support and Approval of Debtors' Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder, and Approving Bid Procedures and Protections attached.


TUCKER
DECLARATION.pdf

Patricia Kois
Certified Paralegal
Beckley Singleton, Chtd.
530 Las Vegas Blvd. So.
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024

USA COMM'L MORTGAGE
AND RELATED DEBTOR ENTITIES
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Office of the U.S. Trustee
300 Las Vegas Blvd. So.
Suite 4300
Las Vegas, NV 89101

Kummer, Kaempfer, Bonner & Renshaw
For USA Capital Unsecured Creditors
3800 Howard Hughes Pkwy., 7th Fl.
Las Vegas, NV 89109

Intershow
For USA Capital Unsecured Creditors
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

James Hull
For USA Securities Unsecured Creditors
C/o Signature Financial
2601 Airport Drive, #370
Torrance, CA 90505

George Gorman
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

R. Hagmaier
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Tim Rich
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Frank Merola/Eve H. Karasik
Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067

Wen Baldwin Separate Property Trust
365 Dooley Drive
Henderson, NV 89015

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

John Warner, Jr., IRA
c/o First Savings Bank
2605 East Flamingo Rd.
Las Vegas, NV 89121

Fertitta Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

U.S. Securities and Exchange
Commission
Attn: Sandra W. Lavigna
5670 Wilshire Blvd., 11th Fl.
Los Angeles, Ca 90036-3648

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, D.C. 20005-4026

Dept. of Employ. Training
Employ. Sec. Div., Cont. Section
500 East Third Street
Carson City, NV 89713-0030

DMV & Public Safety Records Section
555 Wright Way
Carson City, NV 89711-0250

Employers Insurance Co. of NV
Attn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

NV Dept. of Taxation
Bankruptcy Division
555 E. Washington, #1300
Las Vegas, NV 89101

Internal Revenue Service
Attn: Bankruptcy Dept., Stop 5028
110 City Parkway
Las Vegas, NV 89106

Secretary of State
State of Nevada
202 N. Carson St.
Carson City, NV 89701

NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

Daniel G. Bogden/Carlos A. Gonzalez
Office of the US Attorney
District of Nevada
333 Las Vegas Blvd. So., #5000
Las Vegas, NV 89101

United States Dept. of Justice
Tax Div. Western Region
P.O. Box 683-Ben Franklin Station
Washington, D.C. 20044

District Counsel
Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106

Internal Revenue Service
Ogden, UT 84201

{00291612;}

FHA/HUD
District Office
300 S. Las Vegas Blvd. Suite 2900
Las Vegas, NV  89101-5833

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ  85012

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV  89155-1220

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV  89155-1401

John Goings
P.O. Box 174
Masonville, CO  80541

Robert Hardy
6510 Ansonia Court
Las Vegas, NV  89118-1874

{00291612;}

# REQUEST FOR SPECIAL NOTICE

| | | |
|---|---|---|
| Don Tomlin<br>C/o David W. Mounier<br>15316 Sky High Road<br>Escondido, CA 92025 | Maryetta Bowman<br>534 Enchanted Lakes Drive<br>Henderson, NV 89052 | Edward W. Homfeld<br>Homfeld II, LLC<br>777 S. Federal Hghwy, Suite N-409<br>Pompano Beach, FL 33062 |
| John Peter Lee Ltd.<br>John Peter Lee, Esq.<br>830 Las Vegas Blvd. So.<br>Las Vegas, NY 89101 | RJ Rocco<br>12617 Cottageville Lane<br>Keller, TX 76248 | Margie Gandolfo<br>1724 Arrow Wood Drive<br>Reno, NV 89521 |
| Janny Catharina Brouwer<br>2533 Kinnard Avenue<br>Henderson, NV 89074 | Law Offices of James G. Schwartz<br>Joshua D. Brysk, Esq.<br>7901 Stoneridge Dr., Suite 401<br>Pleasanton, CA 94588 | Michael R. Shuler<br>C/o Jay R. Eaton<br>Eaton & O'Leary, PPLC<br>P.O. Box 18<br>Fairbury, Illinois 61739 |
| Kermit Kruse<br>2710 Albany Avenue<br>Davis, CA 95616 | Martin B. Weiss, Esq.<br>The Garrett Group, LLC<br>One Betterworld Circle, Suite 300<br>Temecula, CA 92590 | Attila Jefzenszky<br>1720 Colavita Way<br>Reno, NV 89521 |
| Gilbert B. Weisman<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Paul & Donna Jacques<br>810 SE 7th Street, A103<br>Deerfield Beach, FL 33441 | Peter Bolino<br>17412 Serene Drive<br>Morgan Hill, CA 95037 |
| Jerrold T. Martin<br>8423 Paso Robles<br>Northridge, CA 91325 | Bay Communities<br>C/o Chris el<br>4800 N. Federal Hghwy., Suite A205<br>Boca Raton, FL 33431 | |
| R.J. Rocco<br>12617 Cottageville Lane<br>Keller, Texas 76248 | Thomas R. Stilley<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | Stephen R. Harris<br>Belding, Harris & Petroni, Ltd.<br>For Frank Snopko<br>417 West Plumb Land<br>Reno, NV 89509 |
| BMC Group, Inc.<br>1330 East Franklin Ave.<br>El Segundo, CA 90245 | Jerrold T. Martin<br>8423 Paso Robles<br>Northridge, CA 91325 | Wade B. Gochnour/Aryn M. Fitzwater<br>Haney, Woloson & Mullins<br>For Liberty Bank<br>1117 S. Rancho Drive<br>Las Vegas, NV 89102 |

{00291612;}

Jonathan L. Mills
Sugar, Friedberg & Felsenthal LLP
For Norman Kiven
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

Russell S. Walker/ Reid W. Lamber
Elizabeth R. Loveridge
Woodbury & Kesler PC
265 E. 100 South, Suite 300
Salt Lake City, UG 84111

David W. Sexton
Pamela K. Sexton
21929 N. 79th Place
Scottsdale, AZ 85255

Charles B. Anderson Trust
Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Boulder City, NV 89005

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV 89434

Kehl Family
C/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA 52327

Goldsmith & Guymon, P.C.
Attn: Marjorie A. Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134

Mojave Canyon Inc.
Attn: J.B. Partain, President
1400 Colorado St., #C
Boulder City, NV 89005

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN 38583-5168

Mr. Allen J. Mault
2422 Aquasanta
Tuston, CA 92782

Sierra Health Services
Attn: Frank Collins
2724 N. Tenaya Way
P.O. Box 15645
Las Vegas, NV 89114-5645

Steven R. Orr
Richards, Watson & Gershon
355 S. Grand Avenue, 40th Fl.
Los Angeles, CA 90071-3101

Joseph Huggins
Huggins & Associates
1000 N. Green Valley Pkwy., Suite 440-2
Henderson, NV 89014

Fertitta Enterprises, Inc.
Attn: William J. Bullard, CFO
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Bruce H. Corum, Trustee of the Credit Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

A. William Ceglia
Ranee L. Ceglia
3720 Pocohena Court
Washoe Valley, NV 89

{00291612;}