

Entered on Docket
October 24, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company<br>  06-10725 – Lead Case<br><br>USA Capital Realty Advisors, LLC<br>  06-10726<br><br>USA Capital Diversified Trust Deed Fund, LLC<br>  06-10728<br><br>USA Capital First Trust Deed Fund, LLC<br>  06-10728<br><br>USA Securities, LLC<br>  06-10729<br>            Debtors. | Jointly Administered<br><br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>**STIPULATED ORDER CONCERNING BRIEFING ON MOTION FOR ORDER APPROVING CONTINUED USE OF CASH THROUGH JANUARY 31, 2007 PURSUANT TO 4TH REVISED BUDGET**<br><br>Date: October 30, 2006<br>Time: 9:30 a.m.<br><br>Affecting:<br>☐ All Cases<br>or Only:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

Debtors, the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company, the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, and the Official Committee of Executory

STIPULATED ORDER ON CASH BUDGET BRIEFING 101706.DOC
PAGE 1 OF 4

**LEWIS AND ROCA LLP**
LAWYERS

Contract Holders of USA Commercial Mortgage Company and the United States Trustee stipulated to entry of this order.

1. Debtors filed their Motion for Order Approving Continued Use of Cash Through January 31, 2007 Pursuant to 4th Revised Budget (the "Motion") on October 5, 2006 at DE 1451.

2. The hearing on the Motion is scheduled for October 30, 2006 at 9:30 a.m. before this Court.

3. The Motion seeks this Court's approval of the 4th Revised Budget, which Debtors intend to file and serve upon the Committees and interested parties not later than Friday, October 20, 2006.

IT IS STIPULATED:

Given the foregoing schedule, any response to the Motion shall be filed and served not later than Wednesday, October 25, 2006 (with a copy delivered to the Clerk of the Court by noon on October 26, 2006); and any reply memorandum in support of the Motion shall be filed and served not later than Noon on Friday, October 27, 2006 (with a copy simultaneously delivered to the Clerk of the Court, to be received not later than Noon on October 27, 2006).

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
Attorneys for Official Committee of Unsecured Creditors

**LEWIS AND ROCA LLP**
LAWYERS

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON

By: /s/ Lenard E. Schwartzer
    Annette W. Jarvis
    Lenard E. Schwartzer
Attorneys for USA Commercial Mortgage Co.

**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By:_____
    Eve Karasik.
    Candace C. Carlyon
Counsel for The Official Committee Of
Equity Security Holders of USA Capital
First Trust Deed Fund LLC

**GORDON & SILVER, LTD.**

By: /s/ _____
    Gerald M. Gordon
    Gregory E. Garman
Counsel For The Official Committee Of
Holders of Executory Contract Rights of USA
Commercial Mortgage Company

**ORRICK, HERRINGTON & SUTCLIFF, LLP and BECKLEY SINGLETON CHTD.**

By: _____
    Marc A. Levinson
    Anne M. Loraditch
Counsel for Committee of USA Capital
Diversified Trust Deed Fund

LEWIS AND ROCA LLP
LAWYERS

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON

By: /s/ Lenard E. Schwartzer
    Annette W. Jarvis
    Lenard E. Schwartzer
Attorneys for USA Commercial Mortgage Co.

STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: /s/ Eve Karasik
    Eve Karasik.
    Candace C. Carlyon
Counsel for The Official Committee Of
Equity Security Holders of USA Capital
First Trust Deed Fund LLC

GORDON & SILVER, LTD.

By:_____
    Gerald M. Gordon
    Gregory E. Garman
Counsel For The Official Committee Of
Holders of Executory Contract Rights of USA
Commercial Mortgage Company

ORRICK, HERRINGTON & SUTCLIFF,
LLP and BECKLEY SINGLETON CHTD.

By: /s/ Anne M. Loraditch (with permission)
    Marc A. Levinson
    Anne M. Loraditch
Counsel for Committee of USA Capital
Diversified Trust Deed Fund

**RAY QUINNEY & NEBEKER P.C. and SCHWARTZER & MCPHERSON**

By: /s/ Lenard E. Schwartzer
    Annette W. Jarvis
    Lenard E. Schwartzer
Attorneys for USA Commercial Mortgage Co.

**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By:_____
    Eve Karasik.
    Candace C. Carlyon
Counsel for The Official Committee Of Equity Security Holders of USA Capital First Trust Deed Fund LLC

**GORDON & SILVER, LTD.**

By:_____
    Gerald M. Gordon
    Gregory E. Garman
Counsel For The Official Committee Of Holders of Executory Contract Rights of USA Commercial Mortgage Company

**ORRICK, HERRINGTON & SUTCLIFF, LLP and BECKLEY SINGLETON CHTD.**

By: /s/ Anne Loraditch
    Marc A. Levinson
    Anne M. Loraditch
Counsel for Committee of USA Capital Diversified Trust Deed Fund

**LEWIS AND ROCA LLP**
LAWYERS

1
2
3
4
5
6   It is so ordered.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Approved &
**OFFICE OF THE UNITED STATES TRUSTEE**

By: _[signature]_
~~August B. Landis~~
~~Assistant United States Trustee~~
Scott Farrow
Atty for US Trustee

###