**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on October 24, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC** 06-10726 | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10728 | **Response to Motion to Authorize Debtor USA Commercial Mortgage Company as Loan Servicer to Approve Loan Modification for Palm Harbor One Loan, to Provide the Previously Authorized Subordination of the Marlton Square 2nd Loan in Connection with the Payoff of the Marlton Square 1st Loan, to Authorize a Short-Term Forbearance for the Marlton Square 1st Loan, and to Generally Authorize Short-Term Loan Forbearances and Full Releases and Reconveyances for Loans Paid Off in Full [Affects Debtors USA Capital First Trust Deed Fund, LLC] (DE 1434)** |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | |
| **USA Securities, LLC** 06-10729     **Debtors.** | |
| | Date: October 30, 2006
Time: 9:30 a.m. |
| | **Affecting:**
¨ All Cases
**or Only:**
× USA Commercial Mortgage Company
¨ USA Capital Realty Advisors, LLC
¨ USA Capital Diversified Trust Deed Fund, LLC
× USA Capital First Trust Deed Fund, LLC
¨ USA Securities, LLC |

208778.1

**LEWIS AND ROCA LLP**
**LAWYERS**

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "Committee") questions why Debtor is not seeking to collect default interest in the payoff calculation below.

Debtor requests authority to forbear on the Marlton Square 1st Loan from its maturity on September 19, 2006 to November 19, 2006 (expressly reserving the right to claim default interest), if the loan is otherwise paid in full, as follows:

| | |
|---|---|
| Principal | $30,000,000.00 |
| Interest Outstanding as of 9/30/06 | $2,367,423.06 |
| Late Fee as of 9/30/06 | $85,748.54 |
| Late Fee for October 2006 | $17,344.33 |
| Late Fee for November 2006 | $18,116.77 |
| Interest for October 2006 | $362,335.32 |
| Interest for 11-1-06 through 11-5-06 | $177,286.19 |
| Outstanding Origination Fee | $225,000.00 |
| Exit Fee | $300,000.00 |
| Estimated Payoff Amount | $33,553,254.20 |

According to the Debtors' loan summary, this has been a non-performing loan, presumably for nonpayment of interest. Thus, the Borrower owes default interest from the date of default (the loan documents do not require a default notice). Even if the default premium were only 5%, this would be $125,000 in default interest from the date of default. The USACM unsecured creditors benefit by collection of default interest; while presumably only the borrower benefits by waiving it. Why isn't there a default interest component in the payoff?

Dated October 24, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
  Susan M. Freeman, AZ 4199 (pro hac vice)
  Rob Charles, NV 6593
*Attorneys for Official Committee of Unsecured Creditors*

208778.1