LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on October 24, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | Date: N/A<br>Time: N/A<br>**Affecting:**<br>× All Cases |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | **or Only:**<br>¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC**<br>06-10729<br>**Debtors.** | ¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

   A) Joint Response to Motion to Exclude Debtors from Having to File Inter-Company Claims against each Other by the Bar Date, or Alternatively for the Approval of the Immediate Appointment of Special Counsel to File and Pursue the Inter-Company Debtor Claims [DE 1622].

2. I served the foregoing by the following means to the persons as listed below:

1742363.1



1. A) ECF System to the persons listed on Exhibit A on October 20, 2006;
2. B) Email on October 20, 2006 to all persons listed with email addresses on the Master Service List on file with this Court not included in A.
3. C) First Class, postage prepaid, US Mail on October 23, 2006 to all persons listed without email addresses on the Master Service List on file with this Court not included in A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of October, 2006.

/s/ Christine E. Laurel
Christine E. Laurel

1742363.1