# LEWIS AND ROCA LLP
### LAWYERS

| | |
|---|---|
| 1 | 3993 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, NV 89169 |
| | Facsimile (702) 949-8321 |
| 2 | Telephone (702) 949-8320 |
| 3 | 40 North Central Avenue, Suite 1900 |
| | Phoenix, Arizona 85004-4429 |
| 4 | Susan M. Freeman AZ State Bar No. 004199 |
| | Email: sfreeman@lrlaw.com |
| | Rob Charles NV State Bar No. 006593 |
| 5 | Email: rcharles@lrlaw.com |
| 6 | Attorneys for Official Committee of Unsecured Creditors |

E-Filed on October 24, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| **In Re:** | ) | Jointly Administered |
| | ) | |
| **USA Commercial Mortgage Company** | ) | Chapter 11 Cases |
| **06-10725 – Lead Case** | ) | |
| | ) | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** | ) | |
| **06-10726** | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| **USA Capital Diversified Trust Deed Fund,** | ) | Date: N/A |
| **LLC** | ) | Time: N/A |
| **06-10727** | ) | **Affecting:** |
| | ) | ✕ All Cases |
| **USA Capital First Trust Deed Fund, LLC** | ) | **or Only:** |
| **06-10728** | ) | ¨ USA Commercial Mortgage Company |
| | ) | ¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC** | ) | ¨ USA Capital Diversified Trust Deed Fund, |
| **06-10729** | ) | LLC |
| **Debtors.** | ) | ¨ USA Capital First Trust Deed Fund, LLC |
| | ) | |

1.  I, Marilyn L. Schoenike, a certified legal assistant with the law firm of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

   A)  Reply Memorandum in Support of Motion for Order Approving Retention Plan of Debtor's Remaining Employees [DE 1626].

2.  I served the foregoing by the following means to the persons as listed below:

1782046.1



LEWIS
AND
ROCA
LLP
L A W Y E R S

A) ECF System to the persons listed on Exhibit A on October 23, 2006;

B) Email or First Class, postage prepaid, US Mail on October 23, 2006 to all persons listed on the Master Service List on file with this Court not included in A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of October, 2006.


/s/ Marilyn L. Schoenike
Marilyn L. Schoenike

1782046.1