AMY N. TIRRE, ESQ.
Nevada Bar No. 6523
KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
5585 Kietzke Lane
Reno, Nevada  89511
Telephone:   (775) 852-3900
Facsimile:    (775) 852-3982
E-Mail:        atirre@kkbrf.com

JAMES C. McCARROLL, ESQ.
Reed Smith, LLP
599 Lexington Avenue
New York, New York 10022
Telephone:   (212) 521-5400
Facsimile:    (212) 521-5450
E-Mail:        JMcCarroll@reedsmith.com

Attorneys for SPCP Group, LLC

Electronically Filed on October 23, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> USA COMMERCIAL MORTGAGE COMPANY, <br><br> Debtor, | Case No.   BK-S-06-10725-LBR <br> Case No.   BK-S-06-10726-LBR <br> Case No.   BK-S-06-10727-LBR <br> Case No.   BK-S-06-10728-LBR <br> Case No.   BK-S-06-10729-LBR |
| In re: <br><br> USA CAPITAL REALTY ADVISORS, LLC, <br><br> Debtor, | Chapter 11 <br><br> Jointly Administered Under <br> Case No. BK-S-06-10725 LBR |
| In re: <br><br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br> Debtor, | **AFFIDAVIT OF SERVICE OF** <br> **(1) DECLARATION OF DAVID DANIEL HUSAK AND (2) DECLARATION OF DALE COONEY IN SUPPORT OF DEBTORS' MOTION FOR ORDER SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS, APPOINTING SPCP GROUP, LLC, AS LEAD BIDDER, AND APPROVING BID PROCEDURES AND PROTECTIONS** |
| In re: <br><br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br><br> Debtor, | |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada  89502

258379_1 [13577.1]

Page 1 of 12

| | |
|---|---|
| In re:<br><br>USA SECURITIES, LLC,<br><br>　　　　Debtor.<br><br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date:　N/A<br>Hearing Time:　N/A<br>Est. Time:　　　N/A |

I, Leslee Leverett, being first duly sworn, depose and say:

That I am and was on the day the events herein occurred, a citizen of the United States, over the age of eighteen (18) years, and not a party to, nor interested in the within action.

That your affiant is an employee of the law firm of Kummer, Kaempfer, Bonner, Renshaw & Ferrario, and in such capacity, mailed a true copy of the **Declaration of Dale Cooney In Support of Debtors' Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing SPCP GROUP, LLC, as Lead Bidder and Approving Bid Procedures and Protections** and **Declaration of David Daniel Husak In Support of Debtors' Motion for Order Scheduling an Auction for the Sale of Certain Assets, Appointing SPCP GROUP, LLC, as Lead Bidder and Approving Bid Procedures and Protections** on the 23rd day of October, 2006, as indicated:

__X__　　**BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below.

- FRANKLIN C. ADAMS　　franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF　　nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- OGONNA M. ATAMOH　　oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

Kummer Kaempfer Bonner & Renshaw
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

Page 2 of 12

1. KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
2. BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
3. KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
4. THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
5. ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
6. MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
7. CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com;carlyonltd@aol.com
8. ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
9. MICHAEL W. CHEN    yvette@ccfirm.com
10. KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
11. JANET L. CHUBB    tbw@jonesvargas.com
12. JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
13. WILLIAM D COPE    cope_guerra@yahoo.com
14. CICI CUNNINGHAM    bankruptcy@rocgd.com
15. LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
16. DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
17. THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
18. SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
19. GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
20. WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
21. CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
22. GERALD M GORDON    bankruptcynotices@gordonsilver.com
23. R. VAUGHN GOURLEY    vgourley@lvcm.com
24. TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

- JAMES D. GREENE    bknotice@schrecklaw.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- XANNA R. HARDMAN    xanna.hardman@gmail.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com
- ZACHARIAH LARSON    ecf@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- JAMES C. MCCARROLL    dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- AMBRISH S. SIDHU    ecf@lslawnv.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, aanthony@beckleylaw.com
- AMY N TIRRE    atirre@kkbrf.com, ksims@kkbrf.com;lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH    GWalch@Nevadafirm.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

Page 5 of 12

- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

- JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

____    **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below:

__X__    **BY MAIL**: by placing the document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

THOMAS J. ALLISON
4484 S. PECOS BLVD.
LAS VEGAS, NV 89146

ALVAREZ & MARSAL, LLC
633 WEST FIFTH ST., STE. 2560
LOS ANGELES, CA 90071

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
530 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NV 89101

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

KUMMER KAEMPFER BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

Page 6 of 12

| | |
|---|---|
| 1 | |
| 2 | JASPER BENINCASA<br>9359 ROPING COWBOY AVE.<br>LAS VEGAS, NV 89178 |
| 3 | |
| 4 | JOSHUA D BRYSK<br>LAW OFFICES OF JAMES G SCHWARTZ |
| 5 | 7901 STONERIDGE DRIVE, SUITE 401<br>PLEASANTON, CA 94588 |
| 6 | |
| 7 | ELISSA F CADISH<br>3930 HOWARD HUGHS PKWY, 4TH FLR<br>LAS VEGAS, NV 89169 |
| 8 | |
| 9 | DONNA CANGELOSI<br>5860 LAUSANNE DRIVE<br>RENO, NV 89511 |
| 10 | |
| 11 | CURTIS F CLARK<br>1403 PUEBLO DR.<br>BOULDER CITY, NV 89005 |
| 12 | |
| 13 | VINCE DANELIAN<br>P.O. BOX 97782<br>LAS VEGAS, NV 89193 |
| 14 | |
| 15 | FRANK A ELLIS<br>510 S 9TH ST<br>LAS VEGAS, NV 89101 |
| 16 | |
| 17 | GEORGE D FRAME<br>601 GREENWAY ROAD, STE D<br>HENDERSON, NV 89015 |
| 18 | |
| 19 | FTI CONSULTING, INC.<br>633 WEST 5TH ST., STE. 1600<br>LOS ANGELES 90071-2027 |
| 20 | |
| 21 | RICHARD D. GREEN<br>(address unknown) |
| 22 | JOHN HANDAL |
| 23 | 3575 SISKIYOU CT.<br>HAYWARD, CA 94542 |
| 24 | |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

| | |
|---|---|
| 1 | HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC |
| | 5 REVERE DRIVE, SUITE 320 |
| 2 | NORTHBROOK, IL 60062 |
| 3 | DAVID W. HUSTON |
| | 333 MARSH AVE. |
| 4 | RENO, NV  89509 |
| 5 | INTERIM COMMITTEE OF CONCERNED INVESTORS |
| | (address unknown) |
| 6 | |
| | PAUL A. JACQUES |
| 7 | 810 SE 7TH ST A-103 |
| | DEERFIELD BEACH, FL 33441 |
| 8 | |
| | ANNETTE W JARVIS |
| 9 | POB 45385 |
| | SALT LAKE CITY, UT 84145 |
| 10 | |
| | ANNETTE W JARVIS |
| 11 | POB 45385 |
| | 36 SOUTH STATE STREET, #1400 |
| 12 | SALT LAKE CITY, UT 84145-0385 |
| 13 | HARRY JESSUP |
| | 2009 WESTLUND DR. |
| 14 | LAS VEGAS, NV 89102 |
| 15 | HELEN B. JESSUP |
| | 2009 WESTLUND DR. |
| 16 | LAS VEGAS, NV 89102 |
| 17 | RICHARD E KAMMERMAN |
| | RICHARD KAMMERMAN PC |
| 18 | 7200 N MOPAC, SUITE 150 |
| | AUSTIN, TX 78731 |
| 19 | |
| | LINDA KETTERMAN |
| 20 | 321 N. 19TH STREET |
| | ENID, OK 73701 |
| 21 | |
| | RAY KETTERMAN |
| 22 | 321 N. 19TH STREET |
| | ENID, OK 73701 |
| 23 | |
| | EDWARD KLINE |
| 24 | 9932 ARBUCKLE DRIVE |
| | LAS VEGAS, NV 89134 |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada  89502

Affidavit of Mailing 2006-10-23 [13577.1]

Page 8 of 12

| | |
|---|---|
| 1 | MATTHEW J. KREUTZER |
| | HALE LANE PEEK DENNISON AND HOWARD |
| 2 | 3930 HOWARD HUGHES PARKWAY |
| | FOURTH FLOOR |
| 3 | LAS VEGAS, NV 89169 |
| 4 | REID W. LAMBERT |
| | WOODBURY & KESLER, P.C. |
| 5 | 265 EAST 100 SOUTH, SUITE 300 |
| | SALT LAKE CITY, UT 84111 |
| 6 | |
| | MARC A. LEVINSON |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 CAPITOL MALL, STE. 30000 |
| 8 | SACRAMENTO, CA 95814-4497 |
| 9 | LEWIS AND ROCA LLP |
| | 1 SOUTH CHURCH AVENUE #700 |
| 10 | TUCSON, AZ 85701-1611 |
| | LEWIS AND ROCA LLP |
| 11 | 3993 HOWARD HUGHES PARKWAY, STE 600 |
| | LAS VEGAS, NV 89109 |
| 12 | |
| | ELIZABETH R. LOVERIDGE |
| 13 | WOODBURY & KESLER, P.C. |
| | 265 EAST 100 SOUTH, SUITE 300 |
| 14 | SALT LAKE CITY, UT 84111 |
| 15 | LEE D. MACKSON |
| | SHUTTS & BOWEN LLP |
| 16 | 1500 MIAMI CENTER |
| | 201 SOUTH BISCAYNE BOULEVARD |
| 17 | MIAMI, FL 33131 |
| 18 | JERROLD T. MARITIN |
| | 8423 PASO ROBLES |
| 19 | NORTHRIDGE, CA 91325 |
| 20 | TERRY MARKWELL |
| | 12765 SILVER WOLF ROAD |
| 21 | RENO, NV 89511 |
| 22 | RICHARD J. MASON |
| | 130 PINETREE LANE |
| 23 | RIVERWOODS, IL 60015 |
| 24 | JAY L. MICHAELSON |
| | 7 W . FIGUEROA STREET |
| | SANTA BARBARA, CA 93101-3189 |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

| | |
|---|---|
| 1 | |
| 2 | BRECK E. MILDE<br>TERRA LAW LLP<br>60 SOUTH MARKET ST, SUITE 200 |
| 3 | SAN JOSE, CA 95113 |
| 4 | DOUGLAS M MONSON<br>RAY QUINNEY & NEBEKER P.C. |
| 5 | 36 SOUTH STATE STREET<br>SUITE 1400 |
| 6 | PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385 |
| 7 | |
| 8 | STEVEN R ORR<br>RICHARDS WATSON & GERSHON<br>355 SOUTH GRAND AVENUE, 40TH FLOOR |
| 9 | LOS ANGELES, CA 90071 |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 CAPITOL MALL |
| 11 | SUITE 3000<br>SACRAMENTO, CA 95814-4497 |
| 12 | |
| 13 | ANDREW M PARLEN<br>1901 AVENUE OF THE STARS 12th Floor<br>LOS ANGELES, CA 90067 |
| 14 | |
| 15 | J. STEPHEN PEEK<br>HALE LANE PEEK DENNISON AND HOWARD<br>3930 HOWARD HUGHES PARKWAY |
| 16 | FOURTH FLOOR<br>LAS VEGAS, NV 89169 |
| 17 | |
| 18 | NANCY A. PETERMAN<br>GREENBERG TRAURIG, LLP<br>77 W. WACKER DR., SUITE 2500 |
| 19 | CHICAGO, IL 60601 |
| 20 | RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET, SUITE 1400 |
| 21 | P.O. BOX 45385<br>SALT LAKE CITY, UT 84145 |
| 22 | |
| 23 | ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST<br>414 MORNING GLORY RD.<br>ST. MARYS, GA 31558 |
| 24 | |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

| | |
|---|---|
| 1 | |
| 2 | R J ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TX 76248 |
| 3 | |
| 4 | NICHOLAS J SANTORO<br>400 S FOURTH ST 3RD FLOOR<br>LAS VEGAS, NV 89101 |
| 5 | |
| 6 | MICHAEL M. SCHMAHL<br>MCGUIREWOODS LLP<br>77 W. WACKER DRIVE, SUITE 4100 |
| 7 | CHICAGO, IL 60601 |
| 8 | JAMES G SCHWARTZ<br>7901 STONERIDGE DR #401 |
| 9 | PLEASANTON, CA 94588 |
| 10 | SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. JONES BLVD., #1 |
| 11 | LAS VEGAS, NV 89146 |
| 12 | SHEA & CARLYON, LTD.<br>228 SOUTH FOURTH STREET, FIRST FLOOR |
| 13 | LAS VEGAS, NEVADA 89101 |
| 14 | SIERRA CONSULTING GROUP, LLC<br>ONE RENAISSANCE SQUARE |
| 15 | TWO NORTH CENTRAL AVENUE SUITE 700<br>PHOENIX, ARIZONA 85004 |
| 16 | |
| 17 | PATRICIA K. SMOOTS<br>318 N GROVE<br>OAK PARK, IL 60302 |
| 18 | |
| 19 | BRADLEY J STEVENS<br>3300 N CENTRAL AVE<br>PHOENIX, AZ 85012 |
| 20 | |
| 21 | BRADLEY J STEVENS<br>3300 N CENTRAL AVE #1800<br>PHOENIX, AZ 85012 |
| 22 | |
| 23 | THOMAS W STILLEY<br>1000 SW BROADWAY #1400<br>PORTLAND, OR 97205 |
| 24 | |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]

```
 1      STEVEN C STRONG
 2      RAY QUINNEY & NEBEKER P.C.
        36 SOUTH STATE STREET
 3      SUITE 1400
        SALT LAKE CITY, UT 84145-0385
 4
        STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
 5      1901 AVENUE OF THE STARS, 12TH FLR
        LOS ANGELES, CA 90067
 6
        ROY R. VENTURA
 7      AMERICAN EMBASSY - JAKARTA
        UNIT 8135 USAID
 8      PPO; AP 96520

 9      RUSSELL S. WALKER
        265 EAST 100 SOUTH
10      SUITE 300
        SALT LAKE CITY, UT 84111
11
        JOYCE WATSON
12      10612 BLACK IRON ROAD
        LOUISVILLE, KY 40291
13
        STEVE WATSON
14      10612 BLACK IRON ROAD
        LOUISVILLE, KY 40291
15
        WILLIAM E WINFIELD
16      POB 9100
        OXNARD, CA 93031
17
        MARION E. WYNNE
18      WILKINS, BANKESTER, BILES & WYNNE, P.A.
        POST OFFICE BOX 1367
19      FAIRHOPE, AL 36533-1367

20              DATED this 23rd day of October, 2006.

21                                          /s/ LESLEE LEVERETT

22      SWORN and SUBSCRIBED before

23      me on this 23rd day of October, 2006       MICHELL L. NOBACH
                                                   Notary Public - State of Nevada
24      /s/ Michell L. Nobach                      Appointment Recorded in Washoe County
        NOTARY PUBLIC                              No: 91-0889-2 - Expires May 17, 2008
```

KUMMER KAEMPFER BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Affidavit of Mailing 2006-10-23 [13577.1]