# ATTACHMENT NO. 7

09/19/05

## Exhibit "B"

### Legal Description of Property

**[TO ADD:  LEGAL DESCRIPTION OF THOSE PORTIONS OF RETAIL PARCEL
PREVIOUSLY OR CONCURRENTLY ACQUIRED BY BORROWER]**

412075 1 ~ 20204 004

05 2251106

09/19/05

**Legal Description**
**Exhibit "B"**

Parcel 1

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lot 41 of Tract 16050, in the city of Los Angeles, as per
map recorded in Book 370 Pages 44 to 46 inclusive of
maps, in the office of the county recorder of said county.

And that portion of Lot 44 described as follows:

Beginning at the most westerly corner of said Lot 44;
thence along the northwesterly boundary line of said Lot
44, North 30 deg 49' 27" east 47.79 feet to the most
northerly corner of said Lot 44; thence along the
northeasterly boundary line of said Lot 44, South 32 deg
56' 03" east 16.69 feet to a line that bears North 50 deg
39' 52" east from said point of beginning; thence along
said last mentioned line, south 50 deg 39' 52" west
48.65 feet to the said point of beginning.

Excepting all oil and mineral rights as previously
reserved under declaration of trust dated November 30,
1948 in deed recorded May 19, 1949 in Book 30124
Page 18, Offical Records, as Instrument No. 806 with
subsequent quitclaim of surface rights, recorded in Book
32246 Page 212, Official Records, and as previously
reserved in deed recorded September 14, 1951 in Book
37205 Page 312, Official Records.

APN: 5032-006-015

05  2251106

09/19/05
**Legal Description**
**Exhibit "B"**

Parcel 2

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lot 40 of Tract No. 16050, in the city of Los Angeles, as
per map recorded in Book 370 Pages 44 45 and 46 of
Maps, in the office of the county recorder of said county.

Except therefrom an undivided one-half interest of all
petroleum, oil, gas, naphtha, asphaltum, brea and other
hydrocarbons and all other minerals, within or
underlying said above described land, as excepted by
Chas H. Church, Trustee under Declaration of Trust
dated November 30, 1949 in deed recorded May 19,
1949 in Book 30124 Page 18 Official Records.

The right to enter upon or use the surface of any part or
portion of said land or the subsurface thereof to a depth
of 200 feet from the surface for the purpose of
exploring, drilling, development or extracting any oil,
gas, naphtha and other hydrocarbon and mineral
substances was quitclaimed by a deed executed by Chas
H. Church, as trustee, recorded in Book 32246 Page 212
Official Records.

Also excepting all the remaining oil, gas and other
hydrocarbons and minerals now or at any time hereafter
situated therein and thereunder or producible therefrom,
together with the free and unlimited right to mine, drill
and bore beneath the surface of said land at any level or
levels 100 feet or more below the surface of said land
for the purpose of development or removal of such
substances, provided that the surface opening of such
well and all other surface facilities shall be located on
land other than that described therein, and shall not
penetrate any part or portion of the above described
real property within 100 feet of the surface thereof and
all of the rights so to remove such substances are
hereby specifically reserved, including the right to drill,
for produce and use water from said real property in
connection with such operations, as in deed by Capital
Company, recorded September 24, 1961 in Book 37262
Page 401 Official Records.

APN: 5032-006-014

05 2251106

09/19/05

**Legal Description**
**Exhibit "B"**

Parcel 3

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lot 39 of Tract No. 16050, except the westerly 30 feet
thereof, in the city of Los Angeles, measured at right
angles to the westerly line, as per map recorded in Book
370 Pages 44, 45 and 46 of Maps, in the office of the
county recorder of said county.

Except therefrom one-half interest in all oil, gas,
minerals,and other hydrocarbon substances lying below
the surface of said property, but with no right of surface
entry, as provided in the deed recorded recorded May
19, 1949 in Book 30124 Page 18 Official Records.

Also except therefrom one-half interest in all oil, gas,
minerals and other hydrocarbon substances lying below
a depth of 100 feet from the surface of said property,
but with no right of surface entry, as provided in the
deed recorded September 19, 1951 in Book 37235 Page
43 Official Records.

APN: 5032-006-013

05 2251106

Legal Description
09/19/05
Exhibit "B"

Parcel 4

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

PARCEL A:

The Westerly 30 feet of Lot 39 of Tract No. 16050 measured at right angles to the Westerly line, in the City of Los Angeles, as per Map recorded in Book 370 Pages 44 through 46 inclusive of Maps, in the office of the County Recorder of said County.

EXCEPT therefrom an undivided 1/2 interest of all petroleum, oil, gas, naphtha, asphaltum, brea, and other hydrocarbons and all other minerals within or underlying said land, as excepted by Chas M. Church, Trustee under Declaration of Trust dated November 30, 1948 in Deed recorded May 19, 1949 as Instrument No. 806 in Book 30124 Page 18 Official Records.

ALSO EXCEPT therefrom all of the above described land, all the remaining oil, gas and other hydrocarbon substances now or at any time hereafter situated therein or thereunder of producible therefrom, together with the free and unlimited right to mine, drill and bore beneath the surface of said land at any level or levels 100 or more below the surface of said land for the purpose of development or removal of such substances, provided that the surface opening of such well and all other surface facilities shall be located on land other than that described herein, and shall not penetrate any part or portion of the above described real property within 100 feet of the surface and all of the rights so to remove such substances are hereby specifically reserved, including the right to drill for, produce and use water from said real property in connection with such operations, as reserved in the Deed from the Capital Company, recorded September 19, 1951 as Instrument No. 1306.

PARCEL B:

The Southeasterly 0.3 feet of Lot 38 of Tract 16050, in the City of Los Angeles, as per Map recorded in Book 370 Pages 44 through 46 inclusive of Maps, in the office of the County Recorder of said County.

EXCEPT therefrom an undivided 1/2 interest of all petroleum, oil, gas, naphtha, asphaltum, brea and other hydrocarbons and all other minerals within or underlying said land, as excepted by Chas M. Church, Trustee

05  2251106

09/19/05
**Legal Description**
**Exhibit "B"**

under Declaration of Trust dated November 30, 1948 in Deed recorded May 19, 1949 as Instrument No. 806 in Book 30124 Page 18 Official Records.

ALSO EXCEPT therefrom all of the above described land, all the remaining oil, gas and other hydrocarbon substances now or at any time hereafter situated therein or thereunder of producible therefrom, together with the free and unlimited right to mine, drill and bore beneath the surface of said land at any level or levels 100 or more below the surface of said land for the purpose of development or removal of such substances, provided that the surface opening of such well and all other surface facilities shall be located on land other than that described herein, and shall not penetrate any part or portion of the above described real property within 100 feet of the surface and all of the rights so to remove such substances are hereby specifically reserved, including the right to drill for, produce and use water from said real property in connection with such operations, as reserved in the Deed from the Capital Company, recorded September 19, 1951 as Instrument No. 1306.

APN:  5032-006-012

05  2251106

09/19/05

Legal Description
Exhibit "B"

Parcel 5

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lot 38 of Tract No. 16050, in the city of Los Angeles, as
per map recorded in Book 370 Pages 44, 45 and 46 of
Maps, in the office of the county recorder of said county.

Except therefrom the southeasterly 0.3 feet thereof.

Also except an undivided one-half interest of all
petroleum, oil, gas, naphtha, asphaltum, brea and other
hydrocarbons and all other minerals within or under
lying said above described land as excepted by Chas. H.
Church, Trustee under Declaration of Trust dated
November 30, 1948 in deed recorded May 19, 1949 in
Book 30124 Page 18 of Official Records.

Also excepting all the remaining oil, gas and other
hydrocarbons and minerals now or at any time hereafter
situated therein and thereunder or producible therefrom,
together with the free and unlimited right to mine, drill
and bore beneath the surface of the land at any level or
levels one hundred feet (100') or more below the
surface of said land for the purpose of development or
removal of such substances provided that the surface
opening of such well and all other surface facilities shall
be located on land other than that described herein, and
shall not penetrate any part or portion of the above
described real property within one hundred feet of the
surface thereof and all the rights so to remove such
substances are hereby specifically reserved, including
the right to drill for, produce and use waste from said
real property in connection with such operations, as
reserved in the deed from Capital Company, recorded
September 19, 1951.

APN: 5032-006-011

05  2251106

09/19/05

**Legal Description**
**Exhibit "B"**

Parcel 6

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

Lot 37 of Tract No. 16050, in the City of Los Angeles, as per Map recorded in Book 370 Pages 44, 45 and 46 of Maps, in the office of the County Recorder of said County.

EXCEPT an undivided one-half interest of all petroleum, oil, gas, naphtha, asphaltum, brea and other hydrocarbons and all other minerals within or underlying said above described land, as excepted by Chas H. Church, Trustee, under Declaration of Trust dated November 30, 1948 in Deed recorded May 19, 1949 in Book 30124 Page 18, Official Records.

ALSO EXCEPT all the remaining oil, gas and other hydrocarbons and minerals now or at any time hereafter situated therein and thereunder or producible therefrom, together with the free and unlimited right to mine, drill and bore beneath the surface of the land at any level or levels one hundred feet or more below the surface of said land for the purpose of development or removal of such substances, provided that the surface opening of such well and all other surface facilities shall be located on land other than that described herein, and shall not penetrate any part or portion of the above described real property within one hundred feet of the surface thereof and all the right so to remove such substances are hereby specifically reserved, including the right to drill for, produce and use water from said real property in connection with such operations, as reserved in the Deed from Capital Company, recorded September 19, 1951 in Book 37235 Page 36, Official Records.

APN: 5032-006-010

05  2251106

09/19/05
**Legal Description**
**Exhibit "B"**

Parcel 7

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lot 36 of Tract 16050, in the city of Los Angeles, as per
map recorded in Book 370 Pages 44 to 46 inclusive of
Maps, in the office of the county recorder of said county.

EXCEPT an undivided one-half interest of all petroleum,
oil, gas, naphtha, asphaltum, brea and other
hydrocarbons and all other minerals within or underlying
said land, as excepted by Chas H. Church, Trustee under
Declaration of Trust dated November 30, 1948 in deed
recorded May 19, 1949 as Instrument No. 806, in Book
30124 Page 18 of Official Records.

The right to enter upon or use the surface of any part or
portion of said land or the subsurface thereof to a depth
of 200 feet from the surface for the purpose of
exploring, drilling, developing or extracting any oil, gas,
naphtha and other hydrocarbon and mineral substances
was quitclaimed by deed executed by Chas H. Church,
as Trustee, recorded in Book 32246 Page 212 of Official
Records.

ALSO all remaining oil, gas and other hydrocarbons and
minerals now or at any time hereafter situated therein
and thereunder or producible therefrom, together with
the free and unlimited right to mine, drill, and bore
beneath the surface of said land at any level or levels
100 feet or more below the surface of said land for the
purpose of development or removal of such substances
provided that the surface opening of such well and all
other surface facilities shall be located on land other
than that described herein, and shall not penetrate any
part or portion of the above described real property
within 100 feet of the surface and all of the rights so to
remove such substances are hereby specifically
reserved, including the right to drill for, produce and use
water from said real property in connection with such
operations, as reserved in deed from the Capital
Company, recorded September 24, 1951 in Book 37262
Page 401 of Official Records.

APN:  5032-006-009

05  2251106

09/19/05
Legal Description
Exhibit "B"

Parcel 8

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

Lot 35 of Tract No. 16050, in the city of Los Angeles, as per map recorded in Book 370 Pages 44, 45 and 46 of Maps, in the office of the county recorder of said county.

EXCEPT an undivided one-half interest of all petroleum, oil, gas, naphtha, asphaltum, brea and other hydrocarbons and all other minerals within or underlying said above described land, as excepted by Chas H. Church, trustee, under declaration of trust, dated November 30, 1948 in deed recorded May 19, 1949 in Book 30124 Page 18, Official Records.

The right to enter upon or use the surface of any part or portion of said land or the subsurface thereof, to a depth of 200 feet from the surface for the purpose of exploring, drilling, developing or extracting any oil, gas, naphtha and other hydrocarbon and mineral substances was quitclaimed by a deed executed by Chas H. Church, as trustee, recorded in Book 32246 Page 212, Official Records.

ALSO EXCEPT all the remaining oil, gas and other hydrocarbons and minerals now or at any time hereafter situated therein and thereunder or producible therefrom together with the free and unlimited right to mine, drill and bore beneath the surface of said land at any level or levels 100 feet or more below the surface of said land for the purpose of development or removal of such substances, provided that the surface opening of such well and all other surface facilities shall be located on land other than that described herein, and shall not penetrate any part or portion of the above described real property within 100 feet of the surface thereof, and all of the rights so to remove such substances are hereby specifically reserved, including the right to drill for, produce and use water from said real property in connection with such operations, as in deed by Capital Company, recorded September 26, 1951 in Book 37286 Page 74, Official Records.

APN: 5032-006-008

05  2251106

09/19/05.
Legal Description
Exhibit "B"

Parcel 9

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lot 34 of Tract No. 16050, in the city of Los Angeles, as
per map recorded in Book 370 Pages 44, 45 and 46 of
Maps, in the office of the county recorder of said county.

EXCEPT an undivided one-half interest of all petroleum,
oil, gas, naphtha, asphaltum, brea and other
hydrocarbons and all other minerals within or underlying
said above described land, as excepted by Chas H.
Church, trustee, under declaration of trust dated
November 30, 1948 in Book recorded May 19, 1949 in
Book 30124 Page 18 of Official Records.

The right to enter upon or use the surface or any part or
portion of said land or the subsurface thereof to a depth
of 200 feet from the surface for the purpose of
exploring, drilling, developing, or extracting any oil, gas,
naphtha and other hydrocarbon and mineral substances
was quitclaimed by a deed executed by Chas H. Church,
as trustee, recorded in Book 32246 Page 212 Official
Records.

ALSO EXCEPT all the remaining oil, gas and other
hydrocarbon and minerals now or at any time hereafter
situated therein and thereunder or producible therefrom
together with the free and unlimited right to mine, drill
and bore beneath the surface of said land at any level or
levels 100 feet or more below the surface of said land
for the purpose of development or removal of such
substances, provided that the surface opening of such
well and all other surface facilities shall be located on
land other than that described herein, and shall not
penetrate any part or portion of the above described
real property within 100 feet of the surface thereof and
all of the rights so to remove such substances are
hereby specifically reserved, including the right to drill
for, produce and use water from said real property, in
connection with such operations, as in deed by Capital
Company, recorded November 16, 1951 in Book 37651
Page 164 Official Records.

APN: 5032-006-007

05  2251106

09/19/05

**Legal Description**
**Exhibit "B"**

Parcel 10

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

Lot 33 of Tract No. 16050, in the city of Los Angeles, as per map recorded in Book 370 Pages 44, 45 and 46 of Maps, in the office of the county recorder of said county.

Except therefrom an undivided one-half interest of all petroleum, oil, gas, naphtha, asphaltum, brea and other hydrocarbons and all other minerals, within or underlying said above described land, as excepted by Chas H. Church, Trustee under Declaration of Trust dated November 30, 1949 in deed recorded May 19, 1949 in Book 30124 Page 18 Official Records.

The right to enter upon or use the surface of any part or portion of said land or the subsurface thereof to a depth of 200 feet from the surface for the purpose of exploring, drilling, development or extracting any oil, gas, naphtha and other hydrocarbon and mineral substances was quitclaimed by a deed executed by Chas H. Church, as trustee, recorded in Book 32246 Page 212 Official Records.

Also except therefrom all the remaining oil, gas, and other hydrocarbons and minerals now or at any time hereafter situated therein and thereunder or producible therefrom, together with the free and unlimited right to mine, drill and bore beneath the surface of said land at any level or levels 100 feet or more below the surface of said land for the purpose of development or removal of such substances, provided that the surface opening of such well and all other surface facilities shall be located on land other than that described herein, and shall not penetrate any part or portion of the above described real property within 100 feet of the surface thereof and all of the rights so to remove such substances are hereby specifically reserved, including the right to drill, for produce and use water from said real property in connection with such operations, as in deed by Capital Company, recorded September 24, 1951 in Book 37262 Page 380, Official Records and recorded as Document No. 911 Official Records.

APN: 5032-006-006

05  2251106

09/19/05
Legal Description
Exhibit "B"

Parcel 11

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lot 31 of Tract No. 16050, in the City of Los Angeles, as
per Map recorded in Book 370 Pages 44 to 46 inclusive
of Maps, in the office of the County Recorder of said
County.

Except an undivided one-half interest of all petroleum,
oil, gas, naphtha, asphaltum, brea and other
hydrocarbons and all other minerals, within or
underlying said land, as excepted by Chas H. Church,
Trustee under Declaration of Trust dated November 30,
1948 in Deed recorded May 19, 1949 in Book 30124
Page 18 Official Records.

The right to enter upon or use the surface or any part or
portion of said land or the subsurface thereof to a depth
of 200 feet from the surface for the purpose of
exploring, drilling, developing or extracting any oil, gas,
naphtha and other hydrocarbon and mineral substances
was quitclaimed by a Deed executed by Chas H. Church,
as Trustee, recorded in Book 32246 Page 12 Official
Records.

Also except therefrom all the remaining oil, gas, and
other hydrocarbons and minerals now or at any time,
hereafter situated therein and thereunder or producible
therefrom together with the free and unlimited right to
mine, drill or bore beneath the surface of said land at
any level or levels 100 feet or more below the surface of
said land for the purpose of development or removal of
such substances provided that the surface opening of
such well and all other surface facilities shall not
penetrate any part or portion of the above described
real property within 100 feet of the surface thereof and
all of the rights so as to remove such substances are
hereby specifically reserved including the right to drill,
for, produce and use water from said real property in
connection with such operations, as reserved in the
Deed from Capital Company, recorded August 31, 1953
in Book 42583 Page 181 of Official Records.

APN: 5032-006-004

05 2251106

09/19/05.
**Legal Description**
**Exhibit "B"**

Parcel 12

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

Parcel A:

Parcel 1

Lot 30 of Tract No. 16050, in the City of Los Angeles, as per Map recorded in Book 370 Pages 44 to 46 inclusive of Maps, in the office of the County Recorder of said County.

Except therefrom all oil, mineral, etc., as reserved by previous deeds of record.

Parcel 2

An easement for wall purposes over that portion of Lot 31 of Tract No. 16050, in the City of Los Angeles, as per Map recorded in Book 370 Pages 44 to 46 inclusive of Maps, in the office of the County Recorder of said County, included within a strip of land 6 feet wide, the Northwesterly line of said strip of land being that certain boundary line of said lot shown on Map as having a bearing of North 51 Degrees 12' 50" East. The Southeasterly line of said strip of land to be prolonged so as to terminate in the boundary lines of said Lot 31.

Parcel B:

Lot 29 of Tract No. 16050, in the City of Los Angeles, as per Map recorded in Book 370 Pages 44 to 46 inclusive of Maps, in the office of the County Recorder of said County.

Except an undivided one-half interest of all petroleum, oil, gas, naphtha, asphaltum, brea and other hydrocarbons and all other mineral within or under lying said above described land, recorded May 19, 1949, in Book 30124 page 18 of official records.

Rhe right to enter upon or use the surface or any part or portion of said land or the subsurface thereof to a depth of 200 feet from the surface for the purpose of exploring, drilling development or extracting any oil, gas, naphtha and other hydrocarbon and mineral substances was Quitclaimed by a deed recorded in Book 32246 page 212 of official records.

also except all the remaining oil, gas and other hydrocarbons and mineral now orat any time hereinafter situated therein and thereunder or produciuble

05 2251106

09/19/05
Legal Description
Exhibit "B"

therefrom together with the free and unlimited right to
mine, drill and bore beneath the surface of said land at
any level or levels 100 feet or more below the surface of
said land for the purpose of development or removal of
such subsurfaces, provided that the surface opening of
such well and all other subface facilities shall be located
on land other than that described herein, and shall not
penetrate any part or portion of the above described
real property within 100 feet of the surface thereof, and
all of the rights drill for, produce and water from said
real property in connection with such operations, as in
deed recorded July 24, 1959 as instrument no. 1043 of
official records.

APN:  5032-006-003 and 002

05 2251106

09/19/05.
**Legal Description**
**Exhibit "B"**

Parcel 13

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

Lot 48 of Tract 16050, in the City of Los Angeles, as per Map recorded in Book 370 Pages 44 to 46 inclusive of Maps, in the office of the County Recorder of said County.

Except therefrom the Southwest 15 feet thereof.

Except an undivided one-half interest of all petroleum, oil, gas, naphtha, asphaltum, brea and other hydrocarbons and all minerals within or underlying said land, as excepted by Charles H. Church, Trustee under Declaration of Trust dated November 30, 1948, in Deed recorded May 19, 1949 in Book 30124 Page 18, Official Records.

The right to enter upon or use the surface of any part or portion of said land or the subsurface thereof to a depth of 200 feet from the surface for the purpose of exploring, drilling, developing or extracting any oil, naphtha, and other hydrocarbon and mineral substances was quitclaimed by a Deed executed by Chas. H. Church, as Trustee, recorded in Book 32246 Page 212, Official Records.

Also savings, excepting and reserving from all of the above described lands, all the remaining oil, gas and other hydrocarbons and minerals now or at any time hereafter situated therein and thereunder or producible therefrom together with the free and unlimited right to mine, drill and bore beneath the surface of said land at any level or levels 100 feet or more or removal of such substances, provided that the surface opening of such well and all other surface facilities shall be located on land other than that described herein and shall not penetrate any part or portion of the above described real property within 100 feet of the surface thereof and all of the rights so to remove such substances are hereby specifically reserved including the right to drill for, produce and use water from said real property in connection with such operations as reserved in the Deed from Capital Company, a corporation, recorded February 27, 1952 as Instrument No. 922, Official Records.

APN: 5032-003-015

05 2251106

09/19/05
Legal Description
Exhibit "B"

Parcel 14

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lots 46, 47 and the South 15 feet of Lot 48 of Tract No.
16050, in the City of Los Angeles, as per Map recorded
in Book 370 Pages 44 to 46 inclusive of Maps, in the
office of the County Recorder of said County.

EXCEPT an undivided one-half interest of all petroleum,
oil, gas, naphtha, asphaltum, brea and other
hydrocarbon substances and all minerals within or
underlying said land as excepted by Chas H. Church,
Trustee under Declaration of Trust dated November 30,
1948 in Deed recorded May 19, 1949 in Book 30124
Page 18 of Official Records.

The right to enter upon or use the surface or any part of
portion of said land or the subsurface thereto to a depth
of 200 feet from the surface for the purpose of
exploring, drilling or extracting any oil, gas, naphtha,
and other hydrocarbon and mineral substances was
quitclaimed by a Deed executed by Chas H. Church as
Trustee recorded in Book 32246 Page 212, Official
Records.

ALSO EXCEPT all the remaining oil, gas and other
hydrocarbons and minerals now or at any time hereafter
situated therein and thereunder or producible therefrom
together with the free unlimited right to mine, drill and
bore beneath the surface of said land at any level or
levels 100 feet or more below the surface of said land
for the purpose of development or removal of such
substances that the surface opening of such well and all
other surface facilities shall be located on land other
than that described herein and shall not penetrate any
part of portion of the above described real property
within 100 feet of the surface thereof and all of the right
so to remove such substances are hereby specifically
reserved including the right to drill for, produce and use
water from said real property in connection with such
operation as reserved in Deed from Capital Company, a
corporation recorded April 27, 1953 in Book 41570 Page
141 Official Records, as to Lot 46; recorded May 27,
1953 in Book 39027 Page 19 Official Records, as to Lot
47; and recorded February 27, 1952 as Instrument No.
922, as to Lot 48.

ALSO EXCEPT from said land all petroleum, oil, gas,
naphtha, asphaltum, brea and other hydrocarbons and
all other minerals within or underlying said land as
reserved by James H. Eubank and Vera Eubank,

05  2251106

09/19/05

Legal Description
Exhibit "B"

husband and wife, in Deed recorded December 29, 1967
as Instrument No. 5307.

APN: 5032-003-014

05 2251106

00/19/05

**Legal Description**
**Exhibit "B"**

Parcel 15

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lot 45 of Tract No. 16050, in the city of Los Angeles, as
per map recorded in Book 370 Pages 44 to 46 inclusive
of Maps, in the office of the county recorder of said
county.

EXCEPT therefrom all oil, gas, hydrocarbons and kindred
substances lying below a depth of 100 feet from the
surface of said land, without however the right to enter
upon the surface of said land, as provided in an
instrument of various deeds of record.

APN: 5032-003-010

05 2251106

Legal Description
09/19/05
Exhibit "B"

Parcel 16

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lots 42, 43 and 44 of Tract 16050, in the city of Los
Angeles, as per map recorded in Book 370 Pages 44, 45
and 46 of Maps, in the office of the county recorder of
said county.

EXCEPT that portion of Lot 44 of Tract 16050, described
as follows:

Beginning at the most Westerly corner of said Lot 44;
thence along the Northwesterly boundary line of said Lot
44, North 30 degrees 49' 27" East 47.79 feet to the most
Northerly corner of said Lot 44; thence along the
Northeasterly boundary line of said Lot 44, South 52
degrees 56' 03" East 16.69 feet to a line that bears
North 50 degrees 39' 52" East from said point of
beginning; thence along said last mentioned line, South
50 degrees 39' 52" West 48.88 feet to said point of
beginning.

EXCEPT an undivided one-half interest of all petroleum,
oil, gas, naphtha, asphaltum, brea and other
hydrocarbon and all other minerals within or underlying
said above described land, as excepted by Chas H.
Church, Trustee under declaration of trust dated
November 30, 1948 in deed recorded May 19, 1949 in
Book 30124 Page 18 Official Records.

ALSO EXCEPT therefrom from all of the above described
lands, all the remaining oil, gas and other hydrocarbons
and minerals now or at any time hereafter situated
therein and thereunder or producible therefrom,
together with the free and unlimited right to mine, drill
and bore beneath the surface of said land at any level or
levels one hundred feet (100') or more below the
surface of said land for the purpose of development or
removal of such substances, provided that the surface
opening of such well and all other surface facilities shall
be located on land other than that described herein, and
shall not penetrate any part or portion of the above
described real property within one hundred feet of the
surface thereof and all of the rights so to remove such
substances are hereby specifically reserved, including
the right to drill for, produce and use water from said
real property in connection with such operation as
reserved in document recorded in Book 47380 Page 24
Official Records.

APN: 5032-006-016 and 5032-006-017

05 2251106

09/19/05.

**Legal Description**
**Exhibit "B"**

Parcel 17

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lot 14 of Tract No. 16050, in the City of Los Angeles, as
per Map recorded in Book 370 Pages 44 to 46 inclusive
of Maps, in the office of the County Recorder of said
County.

EXCEPT therefrom all oil, gas, minerals, and other
hydrocarbon substances lying below the surface of said
land, but with no right of surface entry as provided in
deeds of record.

APN: 5032-004-019

05 2251106

09/19/05

Legal Description
Exhibit "B"

Parcel 18

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

Lot 15 of Tract No. 16050, in the City of Los Angeles, as per Map recorded in Book 370 Pages 44 through 46 inclusive of Maps, in the office of the County Recorder of said County.

Except therefrom an undivided one-half interest of all petroleum, oil, gas, naphtha, asphaltum, brea and other hydrocarbons and all other minerals, within or underlying said land, as excepted by Chas H. Church, Trustee under Declaration of Trust dated November 30, 1948 in Deed recorded May 19, 1949 as Instrument No. 806 in Book 30124 Page 18 Official Records.

The right to enter upon or use the surface of any part or portion of said land or the subsurface thereof to a depth of 200 feet from the surface for the purpose of exploring, drilling, developing or extracting any oil, gas, naphtha and other hydrocarbon and mineral substances was quitclaimed by a Deed executed by Chas H. Church, as Trustee, recorded in February 10, 1950 as Instrument No. 2316, Book 32246 Page 212 Official Records.

Also except from all of the above described lands all the remaining oil, gas, and other hydrocarbon and minerals now or at any time hereafter situated therein and thereunder or producible therefrom, together with the free and unlimited right to mine, drill and bore beneath the surface of said land at any level or levels 100 feet or more below the surface of said land for the purpose of development or removal of such substances, provided that the surface opening of such well and all other surface facilities shall be located on land other than that described therein, and shall not penetrate any part or portion of the above described real property within 100 feet of the surface and all of the rights so to remove such substances are hereby specifically reserved, including the right to drill, for produce and use water from said real property in connection with such operations, as reserved in the Deed from the Capital Company, recorded September 24, 1951 as Instrument No. 237 in Book 47213 Page 86 Official Records.

APN: 5032-004-003

05  2251106

Legal Description
09/10/05
Exhibit "B"

Parcel 19

Real property in the City of Los Angeles, County of Los
Angeles, State of California, described as follows:

Lot 17 of Tract No. 16050, in the City of Los Angeles, as
per Map recorded in Book 370 Pages 44 to 46 inclusive
of Maps, in the office of the County Recorder of said
County.

Except an undivided one-half interest of all petroleum,
oil, gas, naphtha, asphaltum, brea and other
hydrocarbons and all other minerals, within or
underlying said land, as excepted by Charles H. Church,
Trustee, under Declaration of Trust dated November 30,
1948 in Deed recorded May 19, 1949 as Instrument No.
806, in Book 30124 Page 18 Official Records.

The right to enter upon or use the surface of any part or
portion of said land or the subsurface thereof, to a depth
of 200 feet from the surface for the purpose of
exploring, drilling, developing or extracting any oil, gas,
naphtha and other hydrocarbons and mineral substances
was quitclaimed by a Deed executed by Charles H.
Church, as Trustee, recorded in Book 32246 Page 212
Official Records.

Also saving and excepting from all of the above
described lands, all the remaining oil, gas, and other
hydrocarbons and minerals now or at any time hereafter
situated therein and thereunder or producible therefrom,
together with the free and unlimited right to mine, drill
and bore beneath the surface of said land at any level or
levels 100 feet or more below the surface of said land
for the purpose of development or removal of such
substances, provided that the surface opening of such
well and all other surface facilities shall be located on
land other than that described herein, and shall not
penetrate any part or portion of the above described
real property within 100 feet of the surface thereof, and
all of the rights so to remove such substances are
hereby specifically reserved, including the right to drill,
for produce and use water from said real property in
connection with such operations, as reserved in the
Deed from the Capital Company, recorded May 20, 1955
in Book 47834 Page 272, Official Records.

APN: 5032-004-005

Legal Description
Exhibit "B"

Parcel 20

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

PARCEL A:

Lot 18 of Tract 16050, in the city of Los Angeles, as per map recorded in Book 370 Pages 44, 45 and 46 of Maps, in the office of the county recorder of said county.

EXCEPT an undivided one-half interest of all petroleum, oil, gas, naphtha, asphaltum, brea and other hydrocarbons and all other minerals within or underlying said above described land, as excepted by Chas H. Church, Trustee under Declaration of Trust dated November 30, 1948 in deed recorded May 19, 1949 in Book 30124 Page 18 of Official Records.

ALSO EXCEPT all the remaining oil, gas and other hydrocarbons and minerals now or at any time hereafter situated therein and thereunder or producible therefrom, together with the free and unlimited right to mine, drill and bore beneath the surface of said land at any level or levels one hundred feet (100') or more below the surface of said land for the purpose of development or removal of such substances, provided that the surface opening of such well and all other surface facilities shall be located on land other than that described herein, and shall not penetrate any part or portion of the above described real property within one hundred feet of the surface thereof and all of the rights so to remove such substances are hereby specifically reserved, including the right to drill for, produce and use water from said real property in connection with such operations as reserved in the deed recorded April 4, 1955 as Instrument No. 342.

PARCEL B:

Lot 19 of Tract 16050, in the city of Los Angeles, as per map recorded in Book 370 Pages 44 through 46 inclusive of Maps, in the office of the county recorder of said county.

EXCEPT an undivided one-half interest of all petroleum, oil, gas, naphtha, asphaltum, brea and other hydrocarbons and all other minerals within or underlying said land, as excepted by Charles H. Church, Trustee under Declaration of Trust dated November 30, 1948 in deed recorded May 19, 1949 as Instrument No. 806, in Book 30124 Page 18, Official Records.

The right to enter upon or use the surface of any part or

05 2251106

Legal Description
00/00/00
Exhibit "B"

portion of said land or the subsurface thereof to a depth of 200 feet from the surface for the purpose of exploring, drilling, developing or extracting any oil, gas, naphtha and other hydrocarbon and mineral substances was quitclaimed by a deed executed by Charles H. Church, as trustee, recorded in Book 32246 Page 212, Official Records.

ALSO saving and excepting unto the grantor herein, its successors and assigns, from all of the above described lands, all the remaining oil, gas and other hydrocarbons and minerals now or at any time hereafter situated therein and thereunder or producible therefrom, together with the free and unlimited right to mine, drill and bore beneath the surface of said land at any level or levels 100 feet or more below the surface of said land for the purpose of development or removal of such substances, provided that the surface opening of such well and all other surface facilities shall be located on land other than that described herein, and shall not penetrate any part or portion of the above described real property within 100 feet of the surface thereof and all of the rights so to remove such substances are hereby specifically reserved, including the right to drill for, produce and use water from said real property in connection with such operation, as reserved in the deed from the Capital Company, recorded May 10, 1955 as Instrument No. 1609, Official Records, as to Lot 19 and recorded April 4, 1953 as Instrument No. 342, Official Records as to Lot 18.

APN: 5032-004-006 and 5032-004-007

05 2251106

09/19/05

## ACKNOWLEDGMENT

STATE OF CALIFORNIA          )
                            ) SS.
COUNTY OF LOS ANGELES        )

On _____ before me, _____, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC
State of California

ATTENTION NOTARY:  Although the information requested below is OPTIONAL, it could prevent fraudulent attachment of this certificate to another document.

THIS CERTIFICATE **MUST** BE ATTACHED      Title of Document Type: _____
TO THE DOCUMENT DESCRIBED AT RIGHT.   Number of Pages: _____ Date of Document: _____
                                      Signer(s) Other Than Named Above:
                                      _____

412075 1 -- 20204 004                    05 2251106

09/19/05

## ACKNOWLEDGMENT

STATE OF CALIFORNIA )
                               ) SS.

COUNTY OF LOS ANGELES )

On _____ before me, _____, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

      WITNESS my hand and official seal.

                              _____

                                 NOTARY PUBLIC
                                 State of California

---

ATTENTION NOTARY:  Although the information requested below is OPTIONAL, it could prevent fraudulent attachment of this certificate to another document

THIS CERTIFICATE **MUST** BE ATTACHED
TO THE DOCUMENT DESCRIBED AT RIGHT.

Title of Document Type: _____
Number of Pages: _____ Date of Document: _____
Signer(s) Other Than Named Above: _____

05 2251106

09/19/05

## ACKNOWLEDGMENT

STATE OF CALIFORNIA )
) SS.
COUNTY OF LOS ANGELES )

On _____ before me, _____, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC
State of California

---

ATTENTION NOTARY:  Although the information requested below is OPTIONAL, it could prevent fraudulent attachment of this certificate to another document.

THIS CERTIFICATE **MUST** BE ATTACHED
TO THE DOCUMENT DESCRIBED AT RIGHT.

Title of Document Type: _____
Number of Pages: _____ Date of Document: _____
Signer(s) Other Than Named Above:

_____

412075.1 – 20204 004

05 2251106

09/19/05

## ACKNOWLEDGMENT

STATE OF CALIFORNIA    )
                                  ) SS.

COUNTY OF LOS ANGELES   )

On _____ before me, _____, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

NOTARY PUBLIC
State of California

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it could prevent fraudulent attachment of this certificate to another document.

THIS CERTIFICATE **MUST** BE ATTACHED
TO THE DOCUMENT DESCRIBED AT RIGHT.

Title of Document Type: _____
Number of Pages: _____ Date of Document: _____
Signer(s) Other Than Named Above: _____

412075 1 ~ 20204 004

05  2251106

09/19/05

Exhibit "D"

Junior Lender's Certification Under Section 10(j)

Junior Lender hereby certifies that the attached Junior Loan Documents are the final and complete set of executed Junior Loan Documents, and there are no other or different Junior Loan Documents and no other agreements between Junior Lender and Borrower. Lender certifies the foregoing under penalty of perjury.

**JUNIOR LENDER:**

3916 MLK, LLC,
a California limited liability company

By:     BMLK, LLC,
        a California limited liability company, its manager

        By:     Lee Group, Inc., a California Subchapter "S"
                corporation


        By:_____
                Jeffrey Lee
                President

05 2251106

09/19/05

**ACKNOWLEDGMENT**

STATE OF CALIFORNIA          )
                             )  SS.
                             )
COUNTY OF LOS ANGELES


On                              , before me,                              ,
personally appeared                              , personally known to me (or proved to
me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to
the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.


WITNESS my hand and official seal.




NOTARY PUBLIC
State of California

---

ATTENTION NOTARY:  Although the information requested below is OPTIONAL, it could prevent
fraudulent attachment of this certificate to another document.

THIS CERTIFICATE MUST BE ATTACHED       Title of Document Type: _____
TO THE DOCUMENT DESCRIBED AT RIGHT.     Number of Pages: ____ Date of Document. _____
                                        Signer(s) Other Than Named Above:
                                        _____

05  2251106

09/19/05

## ACKNOWLEDGMENT

STATE OF CALIFORNIA     )
                      ) SS.

COUNTY OF LOS ANGELES  )

On _____ , before me, _____ ,
personally appeared _____ , personally known to me (or proved to
me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to
the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC
State of California

---

ATTENTION NOTARY:  Although the information requested below is OPTIONAL, it could prevent
fraudulent attachment of this certificate to another document.

THIS CERTIFICATE **MUST** BE ATTACHED   Title of Document Type: _____
TO THE DOCUMENT DESCRIBED AT RIGHT.  Number of Pages: _____Date of Document: _____
                                Signer(s) Other Than Named Above:

4120162 – 20204 004

2

05 2251106

09/19/05

### ACKNOWLEDGMENT

STATE OF CALIFORNIA        )
                                   ) SS.
                                   )

COUNTY OF LOS ANGELES

      On                               , before me,                                ,
personally appeared                              , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

      WITNESS my hand and official seal.

_____

                 NOTARY PUBLIC
                 State of California

---

ATTENTION NOTARY. Although the information requested below is OPTIONAL, it could prevent fraudulent attachment of this certificate to another document.

THIS CERTIFICATE <u>MUST</u> BE ATTACHED     Title of Document Type: _____
TO THE DOCUMENT DESCRIBED AT RIGHT.    Number of Pages: _____ Date of Document: _____
                                          Signer(s) Other Than Named Above:

05 2251106

09/19/05

## ACKNOWLEDGMENT

STATE OF CALIFORNIA   )
          ) SS.
          )

COUNTY OF LOS ANGELES

   On         , before me,         ,
personally appeared        , personally known to me (or proved to
me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to
the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

   WITNESS my hand and official seal.

                _____
                   NOTARY PUBLIC
                  State of California

---

ATTENTION NOTARY:  Although the information requested below is OPTIONAL, it could prevent
fraudulent attachment of this certificate to another document.

THIS CERTIFICATE <u>MUST</u> BE ATTACHED Title of Document Type: _____
TO THE DOCUMENT DESCRIBED AT RIGHT. Number of Pages: _____ Date of Document: _____
              Signer(s) Other Than Named Above:

05  2251106