LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
300 South Fourth Street
Las Vegas, NV  89101
Telephone:  (702) 383-8888
Email:  Ldavis@lionelsawyer.com
Attorneys for the Canepa Group

E-Filed on  October 24, 2006

**UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>　　　Debtor. | |
| Affects:<br>　[ ]  All Debtors<br>　[x]  USA Commercial Mortgage Company<br>　[ ]  USA Securities, LLC<br>　[ ]  USA Capital Realty Advisors, LLC<br>　[ ]  USA Capital Diversified Trust Deed Fund, LLC<br>　[ ]  USA First Trust Deed Fund, LLC | Date:   October 30, 2006<br>Time:   9:30 a.m. |

**JOINDER IN OFFICIAL COMMITTEE OF DIRECT LENDERS' OPPOSITION TO MOTION TO AUTHORIZE DEBTOR USA COMMERCIAL MORTGAGE COMPANY AS LOAN SERVICER TO APPROVE LOAN MODIFICATION FOR PALM HARBOR ONE LOAN, TO PROVIDE THE PREVIOUSLY AUTHORIZED SUBORDINATION OF THE MARLTON SQUARE 2ND LOAN IN CONNECTION WITH THE PAYOFF OF THE MARLTON SQUARE 1ST LOAN, TO AUTHORIZE A SHORT-TERM FORBEARANCE FOR THE MARLTON SQUARE 1ST LOAN, AND TO GENERALLY AUTHORIZE SHORT-TERM LOAN FORBEARANCES AND FULL RELEASES AND RECONVEYANCES FOR LOANS PAID OFF IN FULL**

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-1-

1  The Canepa Group consists of eight Direct Lenders[1] whose original investments in 14 different loans[2] exceed $3.1 million. USA Commercial must honor its contractual and fiduciary obligations to the Direct Lenders arising under the Loan Servicing Agreements, Powers of Attorney and NRS 645B.175. The Motion must be denied because USA has improperly sought permission to ignore those contractual and fiduciary obligations. The Canepa Group therefore joins the Official Committee of Direct Lenders' Opposition (DE 1653) to the Motion (DE 1434), emphasizing the following points.

With respect to any potential Loan Modification under consideration, USA Commercial must first comply with the terms and conditions of the Loan Servicing Agreements it signed with each Direct Lender. Under those agreements, USA Commercial is prohibited from making any Loan Modification, unless it either: (1) obtains Direct Lender consent; or (b) provides each Direct Lender with least three business days' notice. Section 2(e) of the Loan Servicing Agreement provides, in pertinent part, as follows:

> Notwithstanding the foregoing or any other provision contained herein, USA may not permit any modification to any Loan that would ... change the outstanding principal amount, or extend the maturity date, without Lender's prior consent; provided, however, if Lender fails to grant or deny its consent within three (3) business days after notice from USA, Lenders shall be deemed to have conclusively given its consent.

Scott Canepa Declaration in Support of Motion for Relief From Stay, DE 293, <u>Exhibit E</u>, p. 3, Section 2(e), last sentence (emphasis added).

Moreover, this Court has already heard and ruled upon USA Commercial's request for general permission to accept loan payment proceeds and provide partial and full releases. After a fully contested hearing on May 18, 2006, the Motion (DE 135) was granted with express conditions

---

[1] Scott K. Canepa; Shawntelle Davis-Canepa; Scott K. Canepa Defined Benefit Pension Plan; Evelyn G. Canepa Trust, Evelyn G. Canepa and Scott Krusee Canepa Trustees; Gary T. and Lori R. Canepa, Trustees of the G. & L. Trust dated 11/25/91; Louis Canepa IRA; Louis John Canepa Trustee of the Louis John Canepa Revocable Trust dated 6/18/98; and Michael Wagnon (collectively "the Canepa Group")

[2] 3685 Fernando Road, Boise/Gowan, Brookmere, Bundy Canyon, Cabernet, Clear Creek, Fiesta/Murietta, Hasley Canyon, Hesperia II, Margarita Annex, Opaque, Placer Vineyards First, Placer Vineyards Second, and Rio Bravo/SVRP Second.

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-2-

1  imposed by the Court's Order entered July 6, 2006, (DE 829). At that time, the relief requested was
2  limited to the nine loans that were specifically identified in the Motion, and no advisory relief was
3  granted. The expanded request for advisory relief contained in this Motion should likewise be
4  denied, and the Court should limit any relief granted to the loans specifically identified in the
5  Motion.

Respectfully submitted,

LIONEL SAWYER & COLLINS

/s/ Laurel E. Davis
By _____
    Laurel E. Davis
    Attorneys for the Canepa Group

LIONEL SAWYER & COLLINS
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
PHONE 702.383.8888
FAX 702.383.8845

-3-