LAUREL E. DAVIS, ESQ., Nevada Bar No. 3005
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV  89101
Telephone:  (702) 383-8888
Facsimile:  (702) 383-8845
Email:  Ldavis@lionelsawyer.com

E-Filed on 10/24/06

Attorneys for THE CANEPA GROUP

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | |
| Affects:<br>  [ ] All Debtors<br>  [x] USA Commercial Mortgage Company<br>  [ ] USA Securities, LLC<br>  [ ] USA Capital Realty Advisors, LLC<br>  [x] USA Capital Diversified Trust Deed Fund, LLC<br>  [x] USA First Trust Deed Fund, LLC | <br><br><br>Date:   October 30, 2006<br>Time:   9:30 a.m. |

**CERTIFICATE OF SERVICE RE:  JOINDER IN OFFICIAL COMMITTEE OF DIRECT LENDERS' OPPOSITION TO MOTION TO AUTHORIZE DEBTOR USA COMMERCIAL MORTGAGE CO. AS LOAN SERVICER TO APPROVE LOAN MODIFICATION FOR PALM HARBOR ONE LOAN,TO PROVIDE THE PREVIOUSLY AUTHORIZED SUBORDINATION OF THE MARLTON SQUARE 2ND LOAN IN CONNECTION WITH THE PAYOFF OF THE MARLTON SQUARE 1ST LOAN, TO AUTHORIZE A SHORT-TERM FORBEARANCE FOR THE MARLTON SQUARE 1ST LOAN, AND TO GENERALLY AUTHORIZE SHORT-TERM LOAN FORBEARANCES AND FULL RELEASES AND RECONVEYANCES FOR LOANS PAID OFF IN FULL**

1.  On October 24, 2006, I served the following document(s):

**Joinder in Official Committee of Direct Lenders' Opposition to Motion to Authorize Debtor USA Commercial Mortgage Co. as Loan Servicer to Approve Loan Modification for Plam Harbor One Loan, to Provide the Previously Authorized Subordination of the Marlton Square 2nd Loan in Connection with the Payoff of the Marlton Square 1st loan, to Authorize a Short-Term Forbearance for the Marlton Square 1st Loan, And to Generally Authorize Short-Term Loan Forbearances and Full Releases and Reconveyances for Loans Paid Off in Full**
**Ordinary Course Releases and Distribute Proceeds**

2.  I served the above-named document(s) by the following means to the persons as listed below:

[x]   a.   **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

* **Franklin C. Adams**
  franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
* **Nancy L. Allf**
  nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com
* **Frank A. Anderson**
  anderson.frank@pbgc.gov,  efile@pbgc.gov
* **Ogonna M. Atamoh**
  oatamoh@nevadafirm.com, bkecf@nevadafirm.com; palstatt@nevadafirm.com; sliberio@nevadafirm.com
* **Keriann M. Atencio**
  atenciok@gtlaw.com
* **BMC Group, Inc**.
  evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com
* **Kelly J. Brinkman**
  kbrinkman@gooldpatterson.com
* **Thomas R. Brooksbank**
  brooksbankt1@sbcglobal.net, kay1@sbcglobal.net
* **Andrew M. Brumby**
  abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com

| | | |
|---|---|---|
| 1 | * | **Matthew Q. Callister** |
| | | mqc@callister-reynolds.com, maggie@callister-reynolds.com |
| 2 | * | **Candace Carlyon** |
| | | ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; |
| 3 | | bankruptcy filings@sheacarlyon.com; rsmith@sheacarlyon.com |
| | * | **Rob Charles** |
| 4 | | rcharles@lrlaw.com, cjordan@lrlaw.com |
| | * | **Michael W. Chen** |
| 5 | | yvette@ccfirm.com |
| | * | **Kevin B. Christensen** |
| 6 | | kchislaw@gooldpatterson.com |
| | * | **Janet L. Chubb** |
| 7 | | tbw@jonesvargas.com |
| | * | **Jeffrey A. Cogan** |
| 8 | | jeffrey@jeffreycogan.com, sarah@jeffreycogan.com |
| | * | **William D. Cope** |
| 9 | | cope_guerra@yahoo.com |
| | * | **Cici Cunningham** |
| 10 | | bankruptcy@rocgd.com |
| | * | **Debt Acquisition Company of America V, LLC** |
| 11 | | tfette@daca4.com |
| | * | **Thomas H. Fell** |
| 12 | | THF@GORDONSILVER.COM, |
| | | BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 13 | * | **Scott D. Fleming** |
| | | sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com |
| 14 | * | **Gregory E. Garman** |
| | | bankruptcynotices@gordonsilver.com |
| 15 | * | **Wade B. Gochnour** |
| | | wgochnour@hwmlvlaw.com; donnat@hwmlvlaw.com |
| 16 | * | **Carlos A. Gonzalez** |
| | | carlos.conzalez@usdoj.gov; Darlene.Ruckard@usjoj.gov; |
| 17 | | Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov |
| | * | **Gerald M. Gordon** |
| 18 | | bankruptcynotices@gordonsilver.com |
| | * | **R. Vaughn Gourley** |
| 19 | | vgourley@lvcm.com |
| | * | **Talitha B. Gray** |
| 20 | | bankruptcynotices@gordonsilver.com |
| | * | **James D. Greene** |
| 21 | | bknotice@schrecklaw.com |
| | * | **Marjorie A. Guymon** |
| 22 | | bankruptcy@goldguylaw.com, ddias@goldguy.com |
| | * | **Jeffrey R. Hall** |
| 23 | | jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; |
| | | aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; |
| 24 | | rsmith@sheacarlyon.com |
| | * | **Edward J. Hanigan** |
| 25 | | haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| | * | **Xanna R. Hardman** |
| 26 | | xanna.hardman@gmail.com |
| | * | **Stephen R. Harris** |
| 27 | | noticesbh&p@renolaw.biz |
| 28 | | |

-3-

| | | |
|---|---|---|
| 1 | * | **Jeffrey L. Hartman** <br> notices@bankrutpcyreno.com |
| 2 | * | **Brigid M. Higgins** <br> bankruptcynotices@gordonsilver.com |
| 3 | * | **David W. Huston** <br> dwh@hustonlaw.net, swaits@hustonlaw.net |
| 4 | * | **Christopher D. Jaime** <br> cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 5 | * | **Evan L. James** <br> ejameslv@earthlink.net, kbchrislaw@aol.com |
| 6 | * | **Ty E. Kehoe** <br> TyKehoeLaw@aol.com |
| 7 | * | **Robert R. Kinas** <br> Rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com; lholding@swlaw.com; imcord@swlaw.com |
| | * | **Zachariah Larson** <br> ecf@lslawnv.com |
| | * | **John J. Laxague** <br> jlaxague@caneclark.com |
| | * | **George C. Lazar** <br> glazar@foxjohns.com, glazar@sbcglobal.net |
| | * | **Nile Leatham** <br> nleatham@klnecada.com, ckishi@klnevada.com; bankruptcy@knevada.com |
| | * | **Robert C. LePome** <br> robert@robertlepome.com, susan@robertlepome.com |
| | * | **Anne M. Loraditch** <br> efilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com |
| | * | **James C. McCarroll** <br> dturetsky@reedsmith.com; aleonard@reedsmith.com |
| | * | **Regina McConnell** <br> rmcconnell@kssattorneys.com |
| | * | **William L. McGinsey** <br> lawoffices601@lvcoxmail.com |
| | * | **Richard McKnight** <br> mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com, sforemaster@lawlasvegas.com |
| | * | **Jeanette E. McPherson** <br> bkfilings@s-mlaw.com |
| | * | **Shawn W. Miller** <br> Bankruptcyfilings@sheacarlyon.com; smiller@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com |
| | * | **David Mincin** <br> mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com, cburke@lawlasvegas.com |
| | * | **John F. Murtha** <br> jmurtha@woodburnandwedge.com |
| | * | **Erven T. Nelson** <br> erv@rlbolick.com; suan@rlbolick.com |
| | * | **Victoria L. Nelson** <br> bkecf@nevadafirm.com, vnelson@nevadafirm.com; palstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com |

-4-

| | | |
|---|---|---|
| 1 | * | **Bob L. Olson** |
| | | ecffilings@beckleylaw.com; bolson@beckleylaw.com; dgriffis@beckleylaw.com |
| 2 | * | **Donna M. Osborn** |
| | | jinouye@marquisarurbach.com, dosborn@marquisaurbach.com; |
| 3 | | tszostek@marquisaurbach.com; jcrowe@MarquisAurbach.com; |
| | | kgallegos@MarquisAurbach.com |
| 4 | * | **Andrew M. Parlen** |
| | | aparlen@stutman.com |
| 5 | * | **Donald T. Polednak** |
| | | sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 6 | * | **Paul C. Ray** |
| | | info@johnpeterlee.com |
| 7 | * | **Susan Williams Scann** |
| | | sscann@deanerlaw.com; palexander@deanerlaw.com |
| 8 | * | **Lenard Schwartzer** |
| | | bkfilings@s-mlaw.com |
| 9 | * | **James Patrick Shea** |
| | | bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlon.com; |
| 10 | | rmsmith@sheacarlyon.com |
| | * | **Shlomo S. Sherman** |
| 11 | | ssherman@sheacarlyon.com; aboehmer@sheacarlyon.com; |
| | | bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com |
| 12 | | rsmith@sheacarlyon.com |
| | * | **Ambrish S. Sidhu** |
| 13 | | ecf@lslawnv.com |
| | * | **Jeffrey G. Sloane** |
| 14 | | gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| | * | **David A. Stephens** |
| 15 | | dstephens@lvcm.com |
| | * | **Peter Susi** |
| 16 | | cheryl@msmlaw.com, msm@msmlaw.com |
| | * | **Jeffrey R. Sylvester** |
| 17 | | jeff@sylvesterpolednak.com; David@sylvesterpolednak.com |
| | * | **Caryn S. Tijsseling** |
| 18 | | cst@beesleyandpeck.com, aha@beesleyandpeck.com |
| | * | **Amy N. Tirre** |
| 19 | | atirre@kkbrf.com, ksims@kkbrf.com; lleverett@kkbrf.com |
| | * | **U.S. Trustee - LV - 11** |
| 20 | | USTPRegion17.lv.ecf@usdoj.gov |
| | * | **Gregory J. Walch** |
| 21 | | Gwalch@nevadafirm.com |
| | * | **Whitney B. Warnick** |
| 22 | | wbw@albrightstoddard.com, bstessel@albright.com |
| | * | **Joan C. Wright** |
| 23 | | jwright@allisonmackenzie.com; jrbooks@allisonmackenzie.com |
| | * | **Matthew C. Zirzow** |
| 24 | | bankruptcynotices@gordonsilver.com |

[ ]    b.    **United States mail, postage fully prepaid** (list persons and addresses):

-5-

| | | | |
|---|---|---|---|
| 1 | [ ] | c. | **Personal Service** (List persons and addresses): |
| 2 | | | [ ]    For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office. |

        [ ]    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]    d.    **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]    f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 24th day of October, 2006.

           /s/    Ginger Bagley
An Employee of Lionel Sawyer & Collins