**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on October 24, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    **06-10725 – Lead Case** | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>    **06-10726** | Judge Linda B. Riegle Presiding |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    **06-10727** | **CERTIFICATE OF SERVICE**<br>Date: N/A<br>Time: N/A<br>**Affecting:** |
| **USA Capital First Trust Deed Fund, LLC**<br>    **06-10728** | × All Cases<br>**or Only:**<br>¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC**<br>    **06-10729**<br>                                    **Debtors.** | ¨ USA Capital Diversified Trust Deed Fund, LLC<br>× USA Capital First Trust Deed Fund, LLC |

1.   I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the

Official Committee of Unsecured Creditors of USA Commercial Mortgage

Company, served the following document:

A)   Response to Motion to Authorize Debtor USA Commercial Mortgage
      Company as Loan Servicer to Approve Loan Modification for Palm Harbor
      One Loan, to Provide the Previously Authorized Subordination of the
      Marlton Square 2nd Loan in Connection with the Payoff of the Marlton
      Square 1st Loan, to Authorize a Short-Term Forbearance for the Marlton
      Square 1st Loan, and to Generally Authorize Short-Term Loan Forbearances

1742363.1



and Full Releases and Reconveyances for Loans Paid Off in Full [Affects Debtors USA Capital First Trust Deed Fund, LLC] (DE 1434) [DE 1649].

2. I served the foregoing by the following means to the persons as listed below:

A) ECF System to the persons listed on Exhibit A on October 24, 2006;

B) Email or First Class, postage prepaid, US Mail on October 24, 2006 to all persons listed with on the Master Service List on file with this Court not included in A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of October, 2006.

/s/ Christine E. Laurel
Christine E. Laurel

2

1742363.1