FILED
ELECTRONICALLY
10|24|06

1   STUTMAN, TREISTER & GLATT, P.C.            SHEA & CARLYON, LTD.
    FRANK A. MEROLA                            JAMES PATRICK SHEA
2   (CA State Bar No. 136934)                  (Nevada State Bar No. 000405)
    EVE H. KARASIK                             CANDACE C. CARLYON
3   (CA State Bar No. 155356)                  (Nevada State Bar No. 002666)
    CHRISTINE M. PAJAK                         SHLOMO S. SHERMAN
4   (CA State Bar No. 217173)                  (Nevada State Bar No. 009688)
    1901 Avenue of the Stars, 12th Floor       228 South Fourth Street, First Floor
5   Los Angeles, CA 90067                      Las Vegas, Nevada 89101
    Telephone: (310) 228-5600                  Telephone: (702) 471-7432
6   E-mail:   fmerola@stutman.com              E-mail:   jshea@sheacarlyon.com
7             ekarasik@stutman.com                       ccarlyon@sheacarlyon.com
              cpajak@stutman.com                         ssherman@sheacarlyon.com
8

9   *Counsel for the Official Committee of Equity Security Holders of*
    *USA Capital First Trust Deed Fund, LLC*
10
                        **UNITED STATES BANKRUPTCY COURT**
11                             **DISTRICT OF NEVADA**

12  In re:                                          )   BK-S-06-10725-LBR
    USA COMMERCIAL MORTGAGE COMPANY                 )   Chapter 11
            Debtor                                  )
13                                                  )
    In re:                                          )   BK-S-06-10726-LBR
14  USA CAPITAL REALTY ADVISORS, LLC,               )   Chapter 11
            Debtor                                  )
15                                                  )
    In re:                                          )   BK-S-06-10727-LBR
    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,   )   Chapter 11
16          Debtor                                  )
                                                    )
17  In re:                                          )   BK-S-06-10728-LBR
    USA CAPITAL FIRST TRUST DEED FUND, LLC,         )   Chapter 11
18          Debtor.                                 )
                                                    )
19  In re:                                          )   BK-S-06-10729-LBR
    USA SECURITIES, LLC,                            )   Chapter 11
            Debtor.                                 )
20  ────────────────────────────────────────       )
    Affects                                         )
21  ☒ All Debtors                                   )
    ☐ USA Commercial Mortgage Co.                   )
22  ☐ USA Securities, LLC                           )   Date: September 28, 2006
    ☐ USA Capital Realty Advisors, LLC              )   Time: 9:30 a.m.
23  ☐ USA Capital Diversified Trust Deed            )
    ☐ USA First Trust Deed Fund, LLC                )
24

25  **THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL
    FIRST TRUST DEED FUND, LLC'S OBJECTION TO FORM OF ORDER APPROVING
26  FIRST APPLICATION FOR INTERIM ALOWANCE OF ATTORNEY'S FEES AND
    REIMBURSEMENT OF EXPENSES OF SCHWARTZER & MCPHERSON LAW FIRM
27  FROM APRIL 14, 2006 THROUGH JULY 31, 2006 (AFFECTS ALL DEBTORS)**

28

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") hereby objects to the form of Order Approving First Application for Interim Allowance of Attorney's Fees and Reimbursement of Expenses of Schwartzer & McPherson Law Firm From April 14, 2006 Through July 31, 2006 (the "S&M Fee Order") which was lodged with this Court on October 20, 2006.

The basis of this objection is as follows:

1.    The First Application for Interim Allowance of Attorney's Fees and Reimbursement of Expenses of Schwartzer & McPherson Law Firm From April 14, 2006 Through July 31, 2006 (the "S&M Fee Application") sought an allocation of $11,300 of the total fees and costs requested to USA Capital First Trust Deed Fund, LLC (the "FTDF").

2.    The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "UCC") objected to the proposed allocation for certain of Debtors' professionals, arguing for a greater allocation to the FTDF and to USA Diversified Trust Deed Fund, LLC (the "DTDF", and collectively with the FTDF, the "Funds").

3.    While vigorously opposing such additional allocations, both on the merits as well as due to the lack of appropriate notice for the allowance or payment of such additional amounts from the FTDF, the various USA committees, as part of ongoing negotiations (which will hopefully lead to a consensual plan  which provides for various allocations of expenses and other items among the various estates), entered into a discussion involving an allocation by which the Funds would not pay any additional amounts at this time, but rather which would allocate to the Funds – on an interim basis only and subject to adjustment at a later date – an amount not to exceed 9.5% of the fees sought by the Debtors' professionals in the first interim fee applications.  In addition, the discussion anticipated that any allocation above and beyond

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

1    the amounts allocated to the FTDF in the Debtors' original fee applications would be paid out

2    of USA Commercial Mortgage Company's estate on an interim basis; and that the committees

3    for the Funds would reserve the right to object to any additional interim allocations to the

4
     Funds' respective estates up until the hearings on the Debtors' professionals final fee
5
     applications.
6

7        4.    Consistent with the above arrangement, the proposed fee order for

8    Allison/Mesirow provides for the following allocation of fees and expenses:[1]

9
             80% to USACM;
10

11           9.375% each to the FTDF and the DTDF;

12           0.75% to USA Securities; and

13           0.5% to USA Capital Realty Advisors.

14       5.    The proposed fee order for Ray Quinney & Nebeker (the "RQN Fee Order"),

15   which has been approved by all parties, is also consistent with the above agreement.[2]   The

16   RQN Fee Order provides for a total compensation to Ray Quinney & Nebeker of $999,825.51,

17   allocated as follows:
18

19           $803,749.90 to USACM (80.39%);

20           $93,628.87 to the FTDF (9.36%);

21           $98,298.11 to the DTDF (9.83%);

22           $2,074.31 to USA Capital Realty Advisors (0.02%); and

23           $2,074.32 to USA Securities (0.02%).
24

25

26
     _____
     [1] Interestingly, this order was circulated on pleading paper of S&M, see **Exhibit 1** hereto.
27
     [2] This order was circulated on pleading paper of S&M as well, and is attached as **Exhibit 2** hereto.
28

*SHEA & CARLYON, LTD.*
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

6.     Debtors' counsel, Schwartzer & McPherson ("S&M"), agreed in open court that no allocation would be requested beyond that which was set forth in the S&M Fee Application and in the notice thereof served upon the parties, unless counsel for each of the USA committees signed off on the form of the S&M Fee Order.

7.     On October 17, 2006, S&M circulated the S&M Fee Order, a copy of which is attached hereto as **Exhibit 3**.

8.     Although one of the attorneys for the FTDF Committee, Ms. Karasik, initially indicated to S&M that the form of the S&M Fee Order appeared acceptable, almost immediately thereafter, local counsel for the FTDF Committee, Ms. Carlyon, noticed and inquired of S&M as to why the gross amounts were different for the FTDF than for the DTDF.

9.     Ms. McPherson responded that S&M had reallocated **an additional** 9% of the total request **beyond** the original fee allocation to each of the Funds.

10.    Ms. Karasik immediately requested clarification (on October 18, 2006 – see **Exhibit 4** hereto), and received no response.

11.    Ms. Carlyon sent follow-up emails to Mr. Schwartzer advising that the form of the S&M Fee Order was not consistent with the agreement reached among the parties.  Mr. Schwartzer ultimately advised that the S&M Fee Order would not be revised, and had in fact been lodged (apparently with his office adding the "consent" of Ms. Karasik).

12.    The FTDF Committee does *not* consent to the allocation – even on a temporary basis – of fees in excess of 9.5% to FTDF.  Ms. Karasik was not aware that S&M had sought

/ / /

/ / /

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

4

1   to gain approval for an allocation in excess of this percentage.

2            DATED this 24 day of October, 2006.

3

4   SHEA & CARLYON, LTD.

5

6   JAMES PATRICK SHEA

7   CANDACE C. CARLYON
    SHLOMO S. SHERMAN

8   228 South Fourth Street, First Floor
    Las Vegas, Nevada 89101

9

10  and

11
    STUTMAN, TREISTER & GLATT, P.C.
12  FRANK A. MEROLA
    EVE H. KARASIK
13  CHRISTINE M. PAJAK
    1901 Avenue of the Stars, 12th Floor
14  Los Angeles, CA 90067

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

1

2

3

4

5

6   Annette W. Jarvis, Utah Bar No. 1649
    Steven C. Strong, Utah Bar No. 6340
7   RAY QUINNEY & NEBEKER P.C.
    36 South State Street, Suite 1400
8   P.O. Box 45385
    Salt Lake City, Utah 84145-0385
9   Telephone: (801) 532-1500
    Facsimile: (801) 532-7543
10  Email: ajarvis@rqn.com
    and
11  Lenard E. Schwartzer, Nevada Bar No. 0399
    Jeanette E. McPherson, Nevada Bar No. 5423
12  Schwartzer & McPherson Law Firm
    2850 South Jones Boulevard, Suite 1
13  Las Vegas, Nevada 89146-5308
    Telephone:  (702) 228-7590
14  Facsimile:  (702) 892-0122
    E-Mail:  bkfilings@s-mlaw.com
15  Attorneys for Debtors and Debtors-in-Possession

16                    UNITED STATES BANKRUPTCY COURT

                           DISTRICT OF NEVADA

17  | In re: | Case No. BK-S-06-10725 LBR |
    | USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
18  |                               Debtor. | Case No. BK-S-06-10727 LBR |
    | In re: | Case No. BK-S-06-10728 LBR |
19  | USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729 LBR |
    |                               Debtor. | Chapter 11 |
20  | In re: | Jointly Administered Under |
    | USA CAPITAL DIVERSIFIED TRUST DEED FUND, | Case No. BK-S-06-10725 LBR |
21  | LLC, | |

22  LLC,                             Debtor.    **ORDER APPROVING FIRST INTERIM**
                                                **APPLICATION FOR COMPENSATION AND**
    In re:                                      **REIMBURSEMENT OF EXPENSES FOR (I)**
22  USA CAPITAL FIRST TRUST DEED FUND, LLC,     **MESIROW FINANCIAL INTERIM**
23                               Debtor.        **MANAGEMENT, LLC AS CRISIS MANAGERS**
    In re:                                      **FOR THE DEBTORS; AND (II) THOMAS J.**
24  USA SECURITIES, LLC,                        **ALLISON OF MESIROW FINANCIAL**
                                                **INTERIM MANAGEMENT, LLC AS CHIEF**
                                 Debtor.        **RESTRUCTURING OFFICER FOR THE**
25  Affects:                                    **DEBTORS DURING THE TIME PERIOD**
    ☒ All Debtors                               **APRIL 14, 2006 THROUGH JULY 31, 2006**
26  ☐ USA Commercial Mortgage Company
    ☐ USA Securities, LLC
27  ☐ USA Capital Realty Advisors, LLC          Date:  September 28, 2006
    ☐ USA Capital Diversified Trust Deed Fund, LLC   Time: 9:30 a.m.
28  ☐ USA Capital First Trust Deed Fund, LLC

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    This matter came before the Court upon the first interim application (the **"MFIM First**

2    **Interim Fee Application"**) for compensation and reimbursement of expenses for (i) Mesirow

3    Financial Interim Management, LLC (**"MFIM"**) as crisis managers for USA Commercial

4    Mortgage Company, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed

5    Fund, LLC, USA Capital First Trust Deed Fund, LLC and USA Securities, LLC, debtors and

6    debtors in possession herein (collectively, the "**Debtors**"), and (ii) Thomas J. Allison of MFIM as

7    Chief Restructuring Officer for the Debtors during the time period April 14, 2006 through July 31,

8    2006 (the **"Interim Period"**).  The Court finds that due and adequate notice of the MFIM First

9    Interim Application has been given.  All comments and objections having been filed, including

10   those of the United States Trustee, Joseph Milanowski and Thomas Hantges, the Official

11   Committee Of Unsecured Creditors, JV Direct Lenders, Roy Ventura, the Richard and Shelia

12   McKnight 2000 Family Trust and Richard McKnight Sep-Ira (collectively known as the

13   "**Objections**"), have been resolved or overruled consistent with the provisions of this Order.  A

14   hearing having been held and the Court being fully advised in the premises:

15        **IT IS HEREBY ORDERED THAT** MFIM's interim compensation for professional

16   services rendered to the Debtors during the Interim Period in the amount of $3,364,398.00

17   (representing 100% of the actual fees incurred during the Interim Period) is hereby approved and

18   awarded; and

19        **IT IS FURTHER ORDERED THAT** MFIM's interim allowance for reimbursement of

20   expenses incurred by it in connection with its representation of the Debtors during the Interim

21   Period in the amount of $213,812.00 (representing 100% of the expenses incurred during the

22   Interim Period) is hereby approved and awarded; and

23        **IT IS FURTHER ORDERED THAT** MFIM and the United States shall, within 60 days

24   after entry of this Order, meet and confer to attempt to resolve the United States Trustee's

25   informal fee objection or comments to the MFIM First Interim Fee Application.  After conferring,

26   if the United States Trustee believes a continuing objection is warranted, the United States Trustee

27   shall file that objection with the Court and notice it for hearing in accordance with the procedures

28   in place in this matter.  To the extent that any portion of the United States Trustee's objection is

1   upheld by the Court, any reduction in fees may be offset against future fees awarded to MFIM.

2   The obligation to meet and confer to attempt to resolve the United States Trustee's information

3   objection or comments is not a condition precedent to this interim award or payment of MFIM's

4   fees and expenses as set forth herein; and

5       **IT IS FURTHER ORDERED THAT** the award of compensation and reimbursement

6   approved and awarded to MFIM in the total amount of $3,578,210.00, which includes

7   $3,364,398.00 in fees and $213,812.00 in expenses incurred during the Interim Period, shall be

8   allocated among the Debtors' estates as follows, on a temporary basis, subject to objections to the

9   allocated amounts that may be filed only by the USA Commercial Mortgage Company

10  ("USACM") Unsecured Creditors Committee ("UCC"), the First Trust Deed Fund ("FTDF")

11  Committee and the Diversified Trust Deed Fund ("DTDF") Committee prior to the deadline for

12  objections to the final fee allowance or such other date as may be agreed to by the signatories

13  hereto:

14          (a)   80.0% of fees and expenses or $2,862,568.00 to the estate of USACM;

15          (b)   9.375% of fees and expenses or $335,457.19 to the estate of USA Capital

16                Diversified Trust Deed Fund, LLC;

17          (c)   9.375% of fees and expenses or $335,457.19 to the estate of USA Capital

18                First Trust Deed Fund, LLC;

19          (d)   0.75% of fees and expenses or $26,836.58 to the estate of USA Securities,

20                LLC;

21          (e)   0.50% of fees and expenses or $17,891.05 to the estate of USA Capital

22                Realty Advisors, LLC; and

23      **IT IS FURTHER ORDERED THAT** the above amounts are hereby allowed as priority

24  administrative expenses pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1) in the respective

25  bankruptcy estate to which they have been allocated, subject to all provisions of this Order; and

26      **IT IS FURTHER ORDERED THAT** the Debtors are hereby ordered and authorized,

27  pursuant to 11 U.S.C. §§ 330 and 331, to pay the above amounts from the respective estate to

28  MFIM as set forth herein, provided that:

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

(1)     MFIM shall be paid the amount it initially allocated to the USA Capital First Trust
        Deed Fund, LLC estate in the MFIM First Interim Fee Application, *i.e.* 2.9% of
        fees only or $98,861.00, from the USA Capital First Trust Deed Fund, LLC estate;
        and

(2)     the additional amount allocated to the USA Capital First Trust Deed Fund, LLC
        estate under the UCC settlement, *i.e.* $236,596.19 (the **"Additional Amount"**),
        shall be paid initially by the USACM estate, pending resolution of disputes over
        inter-estate claims between the USACM estate and USA Capital First Trust Deed
        Fund, LLC estate, and with a full reservation of the FTDF Committee's right to
        contest the Additional Amount allocated to the USA Capital First Trust Deed Fund,
        LLC estate if no agreement is reached; and

**IT IS FURTHER ORDERED THAT** the MFIM First Interim Fee Application, as well as this award, are interim in nature as provided in the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 (Docket No. 1202).

| | |
|---|---|
| Submitted by:<br>RAY QUINNEY & NEBEKER P.C. and<br>SCHWARTZER & MCPHERSON LAW FIRM | Approved / Disapproved by:<br>OFFICE OF THE U.S. TRUSTEE |
| By:_____<br>    JEANETTE E. MCPHERSON, ESQ.<br>    *Attorneys for Debtors and Debtors-in-*<br>    *Possession* | By:_____<br>    AUGUST B. LANDIS, ESQ. |
| Approved/Disapproved by:<br>LEWIS AND ROCA, LLP | Approved/Disapproved by:<br>GORDON & SILVER, LTD. |
| By:_____<br>    SUSAN M. FREEMAN, ESQ.<br>    ROB CHARLES, ESQ.<br>    *Counsel for the Official Committee of*<br>    *Unsecured Creditors of USA Commercial*<br>    *Mortgage Company* | By:_____<br>    GERALD M. GORDON, ESQ.<br>    GREGORY E. GARMAN, ESQ.<br>    *Counsel for the Official Committee of*<br>    *Holders of Executory Contract Rights of*<br>    *USA Commercial Mortgage Company* |

SCHWARTZER & MCPHERSON LAW FIRM<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146-5308<br>Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (I) MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CRISIS MANAGERS FOR THE DEBTORS; AND (II) THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS DURING THE TIME PERIOD APRIL 14, 2006 THROUGH JULY 31, 2006**

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By:_____
    MARC A. LEVINSON, ESQ.
    LYNN TRINKA ERNCE, ESQ.
    BRETT A. AXELROD, ESQ.
    ANNE M. LORADITCH, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *Diversified Trust Deed Fund, LLC*

By:_____
    FRANK A. MEROLA, ESQ.
    EVE KARASIK, ESQ.
    CHRISTINE PAJAK, ESQ.
    CANDACE C. CARLYON, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *First Trust Deed Fund LLC*

Approved by:
JONES VARGAS

Approved by:
LAW OFFICE OF RICHARD MCKNIGHT

By:_____
JANET L CHUBB, ESQ.
*Counsel for Direct Lenders-Beneficiaries*

By:_____
RICHARD MCKNIGHT, ESQ.

Approved by:

By:_____
RUSSELL WALKER, ESQ.
*Counsel for USA Investment Partners, Joseph*
*Milanowski, and Thomas Hantges*

# # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Fee Application\Orders re Fees\Order_Approving_Mesirow_First_Interim_Fee_Application_102306.DOC

- 5 -

# EXHIBIT "2"

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **ORDER APPROVING FIRST APPLICATION OF RAY QUINNEY & NEBEKER P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT PURSUANT TO 11 U.S.C. §§330 AND 331 FOR THE PERIOD APRIL 13, 2006 THROUGH AUGUST 31, 2006** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1    This matter came before the Court upon the First Application of Ray Quinney & Nebeker

2    P.C. for Interim Compensation and Reimbursement Pursuant to 11 U.S.C. §§ 330 and 331 for the

3    Period April 13, 2005 through August 31, 2006 (the "RQN Application"). The Court finds that

4    notice has been properly given to creditors and parties in interest and that objections have been

5    resolved or overruled consistent with the provisions of this Order. The Court being otherwise

6    apprised in this matter, it is hereby;

7    **ORDERED** that interim compensation and reimbursement is hereby approved and

8    awarded to Ray Quinney & Nebeker P.C. ("Ray Quinney") in the total amount of $999,825.51

9    which includes $937,187.54 for professional services rendered and $62,637.97 for expenses

10   incurred during the Application Period;

11   **ORDERED** that the United States Trustee's informal objection to Ray Quinney's fees for

12   "Clerical Issues," "Lumping," and "Research," and the United States Trustee's informal objection

13   to Ray Quinney's expenses for "Paralegal Services," "Legal Research," "Business Meals," and

14   "Travel Expenses" (as those terms are used in the United States Trustee's objection) are hereby

15   overruled;

16   **ORDERED** that Ray Quinney and the United States Trustee shall within 60 days after

17   entry of this order, meet and confer to attempt to resolve the Trustee's informal fee objection

18   regarding "Internal Conferences." After conferring, if the United States Trustee believes a

19   continuing "Internal Conferences" objection is warranted, the Trustee shall file that objection with

20   the Court and notice it for hearing in accordance with the procedures in place in this matter. To

21   the extent any portion of the United States Trustee's objection is upheld by the Court, any

22   reduction in fees may be offset against future fees awarded to Ray Quinney. The obligation to

23   meet and confer to attempt to resolve the Trustee's informal "Internal Conferences" objection is

24   not a condition precedent to the interim award of Ray Quinney's fees and costs as set forth above;

25   **ORDERED** that the award of compensation and reimbursement approved and awarded to

26   Ray Quinney in the total amount of $999,825.51, which includes $937,187.54 for professional

27   services rendered and $62,637.97 for expenses incurred during the Application Period shall be

28   allocated, in full settlement of the objection filed by the USA Commercial Mortgage Company

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

("USACM") Unsecured Creditors Committee ("UCC"), among the Debtors' estates as follows on a temporary basis, subject to objections to the allocated amounts that may be filed by the First Trust Deed Fund ("FTDF") Committee and Diversified Trust Deed Fund ("DTDF") Committee prior to the deadline for objections to final fee allowance or such other date as may be agreed by the signatories hereto:

|  | Fees | Expenses | Total |
|---|---|---|---|
| USACM | $753,395.85 | $50,354.05 | $803,749.90 |
| First Trust Deed Fund | $87,763.12 | $5,865.75 | $93,628.87 |
| Diversified Trust Deed Fund | $92,139.84 | $6,158.27 | $98,298.11 |
| USA Capital Realty Advisors | $1,944.36 | $129.95 | $2,074.31 |
| USA Securities | $1,944.37 | $129.95 | $2,074.32 |
| Total | $937,187.54 | $62,637.97 | $999,825.51 |

The portion of fees ($44,621.49) and costs ($2,982.33) that Ray Quinney asserts is allocable to services directly related to the Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company (the "Direct Lenders Committee"), and other amounts as asserted by the UCC to be services directly related to constituents of the Direct Lenders Committee ("Direct Lenders"), shall be paid out of the USACM estate with a full reservation of rights by USACM and the UCC to seek recovery of these fees and costs from another source, including the funds otherwise payable to Direct Lenders;

**ORDERED** that the above amounts are hereby allowed as priority administrative expenses pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1) in the respective bankruptcy estate to which they have been allocated, subject to the provisions of this order; and

**ORDERED** that the Debtors are hereby ordered and authorized, pursuant to 11 U.S.C. §§ 330 and 331, to pay the above amounts from the respective estate to Ray Quinney as set forth herein, provided that:

(1)    Ray Quinney shall be paid the amount it initially allocated to the FTDF estate in its fee application, *i.e.*, $34,409.39, from the FTDF estate; and

(2)    the additional amount allocated to the FTDF estate under the UCC settlement, *i.e.*, $59,219.48, shall be paid initially by the USACM estate, pending resolution of

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    disputes over inter-estate claims between the USACM estate and the FTDF estate,

2    and with a full reservation of the FTDF Committee's right to contest the amount

3    allocated to the FTDF estate if no agreement is reached.

4         ORDERED that the RQN Application, as well as this award, are interim in nature as

5    provided in the Court's Administrative Order Establishing Procedures for Interim Compensation

6    and Reimbursement of Expenses of Professionals entered August 29, 2006 (Docket No. 1202).

7    Submitted by:                                    Approved / Disapproved by:
     RAY QUINNEY & NEBEKER P.C. and                  OFFICE OF THE U.S. TRUSTEE
8    SCHWARTZER & MCPHERSON LAW FIRM

9

10   By:_____         By: _____
         JEANETTE E. MCPHERSON, ESQ.                      AUGUST B. LANDIS, ESQ.
11       *Attorneys for Debtors and Debtors-in-*
         *Possession*
12

13   Approved/Disapproved by:                         Approved/Disapproved by:
     LEWIS AND ROCA, LLP                              GORDON & SILVER, LTD.
14

15   By:_____         By:_____
         SUSAN M. FREEMAN, ESQ.                            GERALD M. GORDON, ESQ.
16       ROB CHARLES, ESQ.                                 GREGORY E. GARMAN, ESQ.
         *Counsel for the Official Committee of*          *Counsel for the Official Committee of*
17       *Unsecured Creditors of USA Commercial*          *Holders of Executory Contract Rights of*
18       *Mortgage Company*                               *USA Commercial Mortgage Company*

19   Approved/Disapproved by:                         Approved/Disapproved by:
     ORRICK, HERRINGTON & SUTCLIFFE LLP              STUTMAN TREISTER & GLATT, P.C. and
20   and BECKLEY SINGLETON, CHTD.                     SHEA & CARLYON, LTD.

21

22   By:_____         By:_____
         MARC A. LEVINSON, ESQ.                            FRANK A. MEROLA, ESQ.
23       LYNN TRINKA ERNCE, ESQ.                           EVE KARASIK, ESQ.
         BRETT A. AXELROD, ESQ.                            CHRISTINE PAJAK, ESQ.
24       ANNE M. LORADITCH, ESQ.                           CANDACE C. CARLYON, ESQ.
25       *Counsel for the Official Committee of*          *Counsel for the Official Committee of*
         *Equity Security Holders of USA Capital*         *Equity Security Holders of USA Capital*
26       *Diversified Trust Deed Fund, LLC*               *First Trust Deed Fund LLC*

27

28                                    # # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# EXHIBIT "3"

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                   Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                   Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                   Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                   Debtor. | **ORDER APPROVING FIRST APPLICATION FOR INTERIM ALLOWANCE OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES OF SCHWARTZER & MCPHERSON LAW FIRM FROM APRIL 14, 2006 THROUGH JULY 31, 2006 (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                   Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:  September 28, 2006<br>Time:  9:30 a.m. |

The Court having considered the First Application For Interim Allowance Of Attorney's Fees And Reimbursement Of Expenses Of Schwartzer & McPherson Law Firm From April 14, 2006 Through July 31, 2006 ("Application") filed by Schwartzer & McPherson Law Firm ("Applicant"); the Court having reviewed the pleadings, papers and records on file in this matter, including the objections on file, and the Court having considered the argument of counsel; it is hereby

ORDERED that the First Application For Interim Allowance Of Attorney's Fees And Reimbursement Of Expenses Of Schwartzer & McPherson Law Firm From April 14, 2006 Through July 31, 2006 is allowed; and

IT IS FURTHER ORDERED that the United States Trustee's objections to the Application are hereby overruled; and

IT IS FURTHER ORDERED that Applicant is hereby allowed $265,016.00 as interim compensation for services rendered for the period April 14, 2006 through July 31, 2006 (the "Fees"); and

IT IS FURTHER ORDERED that Applicant is allowed interim reimbursement for costs expended in the amount of $5,465.09 (the "Expenses"), subject to further documentation to be provided to the United States Trustee regarding reimbursement of costs for PACER; and

IT IS FURTHER ORDERED that, although the Applicant allocated the Fees in its Application to each of the Debtors as follows

| | |
|---|---|
| USACM | $ 244,438.51 |
| USACRA | $ 295.00 |
| DTDF | $ 8,307.49 |
| FTDF | $ 11,300.00 |
| Securities | $ 675.00 |

and allocated the Expenses in the amount of $5,465.09 to USACM, upon agreement by Applicant and each of the Committees who are signatories below, the Fees and Expenses are allocated, on a temporary basis subject to objections to the allocated amounts that may be filed by the First Trust Deed Fund ("FTDF") Committee and Diversified Trust Deed Fund ("DTDF") Committee prior to the deadline for objections to final fee allowance or such other date as may be agreed by the

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

signatories hereto, as follows:

Fees:

| | |
|---|---|
| USACM | $ 200,439.59 |
| USACRA | $ 295.00 |
| DTDF | $ 30,306.95 |
| FTDF | $ 33,299.46 |
| Securities | $ 675.00 |

Expenses:

| | |
|---|---|
| USACM | $ 4,481.37 |
| USACRA | $ 0.00 |
| DTDF | $ 491.86 |
| FTDF | $ 491.86 |
| Securities | $ 0.00 |

IT IS FURTHER ORDERED that the Debtors are hereby ordered and authorized to pay the allowed Fees and Expenses as set forth herein from the respective Debtor's estate; and

IT IS FURTHER ORDERED that the Debtors are hereby ordered and authorized, pursuant to 11 U.S.C. §§ 330 and 331, to pay the above amounts from the respective estate to Applicant as set forth herein, provided that:

1) Applicant shall be paid the amount it initially allocated to the FTDF estate in its fee application, $11,300.00 from the FTDF estate; and

2) The additional amount allocated to the FTDF estate after the Agreement, $22,491.31 ($33,791.32-$11,300.00) (the "Additional Amount"), shall be paid initially by the USACM estate, pending resolution of disputes over inter-estate claims between the USACM estate and FTDF estate, and with full reservation of the FTDF Committee's right to contest the Additional Amount allocated to the FTDF estate if no agreement is reached.

///
///
///
///
///
///

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   IT IS FURTHER ORDERED that the Application, as well as this award, are interim in

2 nature as provided in the Court's Administrative Order Establishing Procedures for Interim

3 Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 (Docket

4 No. 1202).

5 Submitted by:           Approved / Disapproved by:
                  **OFFICE OF THE U.S. TRUSTEE**

6

7 _____ By: _____
 Lenard E. Schwartzer, Nevada Bar No. 0399  AUGUST B. LANDIS, ESQ.

8 Jeanette E. McPherson, Nevada Bar No. 5423
 SCHWARTZER & MCPHERSON LAW FIRM

9 2850 South Jones Boulevard, Suite 1
 Las Vegas, Nevada  89146

10 *Attorneys for Debtors and Debtors-in-Possession*

11

12 Approved/Disapproved by:     Approved by:
 **LEWIS AND ROCA, LLP**      **STUTMAN TREISTER & GLATT, P.C.**
                  **and SHEA & CARLYON, LTD.**

13

14 By:_____ By: _____

15  SUSAN M. FREEMAN, ESQ.     FRANK MEROLA, ESQ.
  ROB CHARLES, ESQ.       EVE KARASIK, ESQ.

16  *Counsel for the Official Committee of*  CHRISTINE PAJAK, ESQ.
  *Unsecured Creditors of USA Commercial* CANDACE C. CARLYON, ESQ.

17  *Mortgage Company*      *Counsel for the Official Committee of Equity*
                *Security Holders of USA Capital First Trust Deed*

18                 *Fund, LLC*

19 Approved by:          Approved by:

20 **GORDON & SILVER, LTD.**     **BECKLEY SINGLETON, CHTD. and**
                  **ORRICK, HERRINGTON & SUTCLIFFE LLP**

21

22 By: _____ By: _____

23  GERALD M. GORDON, ESQ.     MARC A. LEVINSON, ESQ.
  GREGORY E. GARMAN, ESQ.    LYNN TRINKA-ERNCE, ESQ.

24  *Counsel for the Official Committee of Holders* ANNE M. LORADITCH, ESQ.
  *of Executory Contract Rights of USA*   *Counsel for the Official Committee of Equity*

25  *Commercial Mortgage Company*    *Security Holders of USA Capital Diversified*
                 *Trust Deed Fund, LLC*

26

27             ### ###

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**EXHIBIT "4"**

## Shlomo Sherman

| | |
|---|---|
| **From:** | Candace Carlyon |
| **Sent:** | Monday, October 23, 2006 11:19 PM |
| **To:** | Shlomo Sherman |
| **Subject:** | FW: Your fee order |

**From:** Karasik, Eve H. [mailto:EKarasik@Stutman.com]
**Sent:** Mon 10/23/2006 5:34 PM
**To:** Lenard Schwartzer; Candace Carlyon
**Cc:** Jeanette McPherson; Annette Jarvis; Steven Strong; Landis, Augie; Charles, Robert; Freeman, Susan
**Subject:** RE: Your fee order

All – as Candace points out, I approved the order on October 16 under a misunderstanding – I sent a later email (on October 18) to the entire group expressing my confusion and never received a response from any one from the Debtors. At that point, Candace took over to resolve the confusion. If the agreement was a total of 9.5% and the S&M allocated fees in the proposed order exceed that amount, then shouldn't the order be revised to reflect the agreement? If not, why not? Please advise. Thanks. Eve

The email I sent regarding my confusion to which I received no response follows:

**From:** Karasik, Eve H.
**Sent:** Wednesday, October 18, 2006 10:22 AM
**To:** 'Jeanette McPherson'; 'Candace Carlyon'; 'Lia Dorsey'; 'Landis, Augie'; 'Farrow, Scott A.'; 'Freeman, Susan'; 'Charles, Robert'; Pajak, Christine; Parlen, Andrew; GEG@GORDONSILVER.com; GMG@GORDONSILVER.com; MALEVINSON@Orrick.com; LERNCE@Orrick.com; aloraditch@BeckleyLaw.com; 'Bob Olson'
**Subject:** RE: Order Approving S&M Interim Application

**Susan/Annette – ok now I am confused and have the disadvantage of not being at the hearing when the USACM/USACM Committee was explained. Was the deal that the total allocation to the Funds would be 9.5% each of all fees allocated to USACM such that the allocations made in the actual fee apps would be included in the 9.5% (additional allocation amount would be 9.5% minus the amount allocated in the filed fee apps) OR was the deal that the 9.5% was in addition to the amounts already allocated in the filed fee apps? Please clarify. Thanks. Eve**

Eve H. Karasik, Esq.
Stutman Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
310-228-5605 (telephone)
310-228-5788 (facsimile)
ekarasik@stutman.com

-----Original Message-----
**From:** Jeanette McPherson [mailto:jmcpherson@s-mlaw.com]
**Sent:** Wednesday, October 18, 2006 9:30 AM
**To:** 'Candace Carlyon'; 'Lia Dorsey'; 'Landis, Augie'; 'Farrow, Scott A.'; 'Freeman, Susan'; 'Charles, Robert';

10/24/2006

Karasik, Eve H.; Pajak, Christine; Parlen, Andrew; GEG@GORDONSILVER.com;
GMG@GORDONSILVER.com; MALEVINSON@Orrick.com; LERNCE@Orrick.com;
aloraditch@BeckleyLaw.com; 'Bob Olson'
**Subject:** RE: Order Approving S&M Interim Application

The amounts reallocated were reallocated from USACM ($244,438.51) to DTDF and FTDF in the same
amount of 9% or $21,999.46.  The total amounts for each FTDF and DTDF are different because different
amounts of fees were incurred for each debtor.

**Jeanette E. McPherson Esq.**
Schwartzer & McPherson Law Firm
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV  89146-5308

Telephone No.:  (702) 228-7590
Facsimile No.:  (702) 892-0122

E-Mail:  jmcpherson@s-mlaw.com

*This e-mail may contain confidential and privileged material for the sole use of the intended receipient(s).  Any*
*review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended receipient (or*
*authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this*
*message.*

---

**From:** Candace Carlyon [mailto:CCarlyon@sheacarlyon.com]
**Sent:** Wednesday, October 18, 2006 6:26 AM
**To:** Lia Dorsey; Landis, Augie; Farrow, Scott A.; Freeman, Susan; Charles, Robert; ekarasik@stutman.com;
Christine at Stutman; Parlen, Andrew; GEG@GORDONSILVER.com; GMG@GORDONSILVER.com;
MALEVINSON@Orrick.com; LERNCE@Orrick.com; aloraditch@BeckleyLaw.com; Bob Olson
**Cc:** Jeanette McPherson
**Subject:** RE: Order Approving S&M Interim Application

Why are the reallocated amounts different for DTDF vs. FTDF?

---

**From:** Lia Dorsey [mailto:ldorsey@s-mlaw.com]
**Sent:** Tue 10/17/2006 11:36 AM
**To:** 'Landis, Augie'; 'Farrow, Scott A.'; 'Freeman, Susan'; 'Charles, Robert'; ekarasik@stutman.com;
Christine at Stutman; 'Parlen, Andrew'; Candace Carlyon; GEG@GORDONSILVER.com;
GMG@GORDONSILVER.com; MALEVINSON@Orrick.com; LERNCE@Orrick.com;
aloraditch@BeckleyLaw.com; 'Bob Olson'
**Cc:** 'Jeanette McPherson'
**Subject:** USA: Order Approving S&M Interim Application

Counsel:
Attached please find a proposed Order Approving First Application For
Interim Allowance of Attorney's Fees And Reimbursement of Expenses of
Schwartzer & McPherson Law Firm From April 14, 2006 Through July 31, 2006
(Affects All Debtors).

Please review the same and kindly respond with your executed signature page
or comments to our office ASAP.  Thank you.

10/24/2006