CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
JAMES A. KOHL, ESQ.
Nevada Bar No.: 5692
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

E-FILED ON: 10-25-06

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | CASE NO.: BK-S-06-10725-LBR<br>CASE NO.: BK-S-06-10726-LBR<br>CASE NO.: BK-S-06-10727-LBR<br>CASE NO.: BK-S-06-10728-LBR<br>CASE NO.: BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | **Jointly Administered Under<br>Case No. BK-S-6-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | *NOTICE OF WITHDRAWAL<br>OF MOTION FOR RELIEF FROM<br>STAY WITHOUT PREJUDICE* |
| In re:<br>USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>■ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC, | **HEARING:**<br>Date: November 13, 2006<br>Time: 9:30 a.m. |

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE

TO: THOMAS J. ALLISON, USA Capital Diversified Trust Deed Fund, LLC, Debtor

TO: ANNETTE JARVIS, ESQ. and LENARD SCHWARTZER, ESQ., Attorneys for Debtor

TO: BOB L. OLSON, ESQ., Official Committee of Equity Security Holders

TO: AUGUST B. LANDIS, Assistant United States Trustee

**PLEASE TAKE NOTICE** that Prospect High Income Fund, ML CBO IV (Cayman) Ltd., PAMCO Cayman, Ltd., PAM Capital Funding, L.P., Highland Crusader Fund, Ltd., and PCMG Trading Partners XXII, L.P. (hereinafter the "the Highland Fund") hereby withdraws its Motion for Relief from the Automatic Stay [Docket Number 1574], without prejudice. This withdrawal affects Motion for Relief from the Automatic Stay [Docket Number 1574] **only**. Accordingly, the hearing currently set for November 13, 2006 at 9:30 a.m. is hereby vacated.

DATED this 24th day of October, 2006.

Respectfully Submitted by:

_[signature]_

Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

## CERTIFICATE OF SERVICE

I, the undersigned do hereby certify that the foregoing NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE was served on the _25th_ day of October, 2006, via facsimile to the following:

Annette W. Jarvis, Esq.
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145
Faxed to: (801) 532-7543

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146-5308
Faxed to: (702) 892-0122

August B. Landis
Office of the U.S. Trustee
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101
Faxed to: (702) 388-6658

USA Capital Diversified Trust Fund Deed, LLC
Thomas J. Allison
4484 S. Pecos Road
Las Vegas, NV 89121
Faxed to: (312) 644-8927

Bob L. Olson, Esq.
Beckley Singleton Chtd.
530 Las Vegas Blvd. South
Las Vegas, NV 89101
Faxed to: (702) 385-9447

_/s/ Tina Goddard_
Tina Goddard, an employee of Rawlings, Olson, Cannon, Gormley & Desruisseaux

G:\Bankruptcy\Clients\USA Capital\Highland Capital\Pleadings\Motion for Relief\NtcWdMoRel.wpd