**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on October 25, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company**<br>**06-10725 – Lead Case**<br><br>**USA Capital Realty Advisors, LLC**<br>**06-10726**<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>**06-10728**<br><br>**USA Capital First Trust Deed Fund, LLC**<br>**06-10728**<br><br>**USA Securities, LLC**<br>**06-10729**<br>　　　　　　　　　　　　**Debtors.** | Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>**Joinder in Debtors' Opposition to Motion to Enforce Order Granting Debtors' Motion to Distribute Funds**<br><br>Date: November 13, 2006<br>Time: 9:30 a.m.<br><br>**Affecting:**<br>☐ All Cases<br>or Only:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "Committee") joins in Debtors' Opposition to Motion to Enforce Order Granting Debtors' Motion to Distribute Funds. At a minimum, USA Commercial Real Estate Group, Inc. should be required to disclose all transactions between it and any of the Debtors entered into within the past 4 years so that the Court has a factual basis upon

208766.1

which to determine whether any of the Debtors have offsets to USA Real Estate's claim for release of funds collected under certain loan servicing agreements.

Dated October 25, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
*Attorneys for Official Committee of Unsecured Creditors*

208766.1