ELECTRONICALLY FILED
OCTOBER 25, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| E-mail:      fmerola@stutman.com | E-mail:      jshea@sheacarlyon.com |
|             ekarasik@stutman.com |             ccarlyon@sheacarlyon.com |
|             aparlen@stutman.com |             ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security
Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>          Debtor | )<br>)<br>) | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor | )<br>)<br>) | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor | )<br>)<br>) | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | )<br>)<br>) | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor. | )<br>)<br>) | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Date: N/A<br>Time: N/A |

**THIRD COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
MONTHLY INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED
FUND, LLC FOR THE MONTH OF SEPTEMBER, 2006 (AFFECTS USA CAPITAL FIRST
TRUST DEED FUND, LLC)**

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

1

1    Shea & Carlyon, Ltd. ("SC"), special (Nevada) counsel for the Official Committee of

2    Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF

3    Committee"), hereby submits this Third Cover Sheet Application for Allowance and Payment

4    of Monthly Interim Compensation and Reimbursement of Expenses to Shea & Carlyon, Ltd.,

5    Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital

6    First Trust Deed Fund, LLC (the "Application"), and respectfully represents as follows:

7

8        1.    SC hereby applies to the Court for allowance and payment of interim

9    compensation for services rendered and reimbursement of expenses incurred during the

10   period commencing September 1, 2006 and ending September 30, 2006 (the "Application

11   Period").

12

13       2.    SC's fees for services rendered in the Application Period total $36,373.50,

14   representing 147.80 hours expended during that period. SC's expenses incurred in the

15   Application Period total $895.36.[1]  SC seeks allowance and payment of interim compensation

16   for fees in the amount of $29,098.80, representing 80% of the fees for services rendered

17   during the Application Period, plus $895.36, representing 100% of the expenses incurred

18   during that period, for a total interim award of **$29,994.16**.

19

20       3.    Attached as **Exhibit "1"** hereto is the name of each professional who

21   performed services in connection with this case during the Application Period and the hourly

22   rate for each such professional. Attached as **Exhibit "2"** hereto is a summary of the expenses

23   incurred during the Application Period. Detailed chronological schedules of both the time

24

25

26   ---
     [1] The two expense entries for "Legal Research" in the amounts of $143.01 and $15.75, appearing on Exhibit 4
27   hereto, relate to a Dun & Bradstreet report ordered through Westlaw by SC with respect to a potential bidder in
     the sale of the FTDF's loan portfolio.
28

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

2

1  expended by SC professionals during the Application Period, as well as expenses incurred
2  during that period, are attached hereto as **Exhibits "3"** and **"4"**, respectively.
3       4.     This Application is being served electronically upon the Office of the United
4  States Trustee, the Debtors, the Debtors' restructuring professionals, the Debtors' counsel,
5  and counsel for each of the official committees appointed in these cases.  In addition, this
6  Application is being served by mail upon the individual members of the FTDF Committee.
7
8       5.     Pursuant to this Court's Administrative Order Establishing Procedures for
9  Interim Compensation and Reimbursement of Expenses of Professionals, entered on August
10  29, 2006, USA Capital First Trust Deed Fund, LLC (the "FTDF") is authorized to make the
11  payment requested herein without a further hearing or order of the Court unless an objection
12  to this Application is served upon SC on or before November 15, 2006.  If such an objection
13  is filed, the FTDF is authorized to promptly pay the appropriate percentage of the amounts
14  not in dispute.
15
16       6.     The payment of interim fees and reimbursement of expenses sought in this
17  Application is on account and is not final.  Upon the conclusion of these cases, SC will seek
18  fees and reimbursement of expenses incurred for the totality of the services rendered in these
19  cases.  Any interim compensation approved by the Court and received by SC will be credited
20  against such final compensation as may be allowed by the Court.
21
22       7.     Neither SC nor any member of SC's firm has any agreement or understanding
23  of any kind to divide, pay over or share any portion of the fees or expenses to be awarded to
24  SC with any other person or attorney except as between the professionals of SC's firm.[2]
25
26

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

27  _____
[2] One of the firm's professionals, Dawn M. Cica, Esq., is affiliated with the firm on an "of Counsel" basis. Ms.
28  Cica did not expend time on this matter during the Application Period.

3

WHEREFORE, SC respectfully requests that the FTDF pay to Shea and Carlyon, Ltd.
interim compensation in the amount of $29,994.16 as requested herein pursuant to and in
accordance with the terms of this Court's Administrative Order Establishing Procedures for
Interim Compensation and Reimbursement of Expenses of Professionals.

DATED this 25 day of October, 2006.

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
233 South Fourth Street, Second Floor
Las Vegas, NV 89101

# EXHIBIT "1"

# EXHIBIT "1" TO THIRD COVER SHEET
## FEE APPLICATION OF SHEA & CARLYON, LTD.
## SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL
## COMMITTEE OF EQUITY SECURITY HOLDERS OF
## USA CAPITAL FIRST TRUST DEED FUND, LLC

| Names of Professionals and Paraprofessionals | Hours Billed this Period | Rate | Total for Period[1] |
|---|---|---|---|
| James Patrick Shea | 4.80 | $425.00 | $2,040.00 |
| Candace C. Carlyon | 54.50 | $425.00 | $21,122.50 |
| Shlomo S. Sherman | 38.50 | $190.00 | $6,986.00 |
| Paralegal | 7.50 | $150.00 | $1,125.00 |
| Legal Assistants | 42.50 | $120.00 | $5,100.00 |

**Total Hours**  (Including paraprofessional time)    **Total Fees**    **Blended Rate**
147.80                                                 $36,373.50         $246.10

**Total Hours**  (Excluding paraprofessional time)    **Total Fees**    **Blended Rate**
97.80                                                  $30,148.50         $308.27

---

[1] In many instances, the amount billed is lower than the hours times the hourly rate, due to "no charge" time.

# EXHIBIT "2"

# EXHIBIT "2" TO THIRD COVER SHEET
# FEE APPLICATION OF SHEA & CARLYON, LTD.
# SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL
# COMMITTEE OF EQUITY SECURITY HOLDERS OF
# USA CAPITAL FIRST TRUST DEED FUND, LLC

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Copying | $.25 per page or actual cost for outside copying service | $214.50 |
| Delivery | $7.50 per delivery | $30.00 |
| Facsimile | $1.00 per page for long distance transmission; $.50 per page for receipt/local transmission | $0.00 |
| Telephone | Actual costs for long distance and/or teleconferencing services | $58.06 |
| Postage / FedEx | Actual costs | $0.00 |
| Pacer | Actual costs | $57.76 |
| Scanning | $.10 per page | $32.10 |
| Data Recovery | Actual costs | $30.00 |
| Meals | Actual costs | $314.18 |
| Westlaw/Lexis | Actual costs | $158.76[1] |
| **TOTAL:** | | **$895.36** |

---

[1] The two expense entries for "Legal Research" in the amounts of $143.01 and $15.75, appearing on Exhibit 4 hereto, relate to a Dun & Bradstreet report ordered through Westlaw by SC with respect to a potential bidder in the sale of the FTDF's loan portfolio.

# EXHIBIT "3"

### *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                          Oct 05, 2006
Equity Security Committee

|  |  |  |
|---|---|---|
| | File #: | 1500-1 |
| Attention: | Inv #: | 19665 |

RE:     Asset Analysis and Recovery

| | |
|---|---|
| **Total Fees, Disbursements** | **$0.00** |
| | |
| Previous Balance | $32,792.50 |
| Previous Payments | $5,082.80 |
| | |
| **Balance Due Now** | **$27,709.70** |

JPS - James Patrick Shea          SSS - Shlomo Sherman
CCC - Candace C. Carlyon          JRH - Jeffrey R. Hall
SWM - Shawn Miller                LC - Law Clerk
DMC - Dawn M. Cica                P - Paralegal
                                  LA- Legal Assistant

# *Shea & Carlyon Ltd.*

233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                    Oct 05, 2006
Equity Security Committee

| | |
|---|---|
| Attention: | File #:    1500-2 |
| | Inv  #:    19670 |

RE:     Asset Disposition/Executory Contracts

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-01-06 | Analysis of memo re stalking horse offer; contract transfer issues | 0.20 | 85.00 | CCC |
| | Review electronic correspondence from Mr. Merola re response to stalking horse offer | 0.10 | 42.50 | CCC |
| | Analysis of memo from Alvarez re loan liquidation analysis with regard to stalking horse offer | 0.20 | 85.00 | CCC |
| Sep-02-06 | Review electronic correspondence from Ms. Karasik; Mr. Kvarda; Committee members; re sale issues; Exchange electronic correspondence with  Ms. Karasik re same | 0.50 | 212.50 | CCC |
| | Review electronic correspondence from Mr. Warner; Ms. Moro; Ms. Karasik re offer terms | 0.10 | 42.50 | CCC |
| | Review/revise memo to clients re servicing options/issues; Exchange electronic correspondence with  Ms. Karasik re same | 0.30 | 127.50 | CCC |
| | Review electronic correspondence from Ms. Karasik re sale offer issues | 0.10 | 42.50 | CCC |
| | Review electronic correspondence from offeror; other committee counsel; re sale terms | 0.20 | 85.00 | CCC |
| Sep-03-06 | Exchange electronic correspondence with Ms. Karasik; Mr. Merola; re servicing options memo | 0.10 | 42.50 | CCC |
| Sep-04-06 | Review electronic correspondence from Mr. Levinson re sale offer/break fee issues | 0.10 | 42.50 | CCC |
| | Review electronic correspondence from Mr. Kvarda re sale; plan issues | 0.10 | 42.50 | CCC |
| Sep-05-06 | Review electronic correspondence from Mr. Schwartzer re loan summary; FTDF member information | 0.10 | 19.00 | SSS |

Invoice #:        19670                                    Page        2

| Date | Description | Hours | Amount | Init |
|---|---|---|---|---|
| Sep-06-06 | Review electronic correspondence from Mr. Aulabaugh with Hypothetical Loan Payoff memo | 0.10 | 19.00 | SSS |
| | Review debtor collections account reconciliation | 0.10 | 19.00 | SSS |
| | Review pleadings re Motion to Distribute for 9/13 Omnibus Hearing Date | 0.10 | 19.00 | SSS |
| Sep-07-06 | Preparation of electronic correspondence to Ms. Karasik re sale status | 0.10 | 42.50 | CCC |
| | Telephone call with Ms. Karasik re status of sale efforts | 0.50 | 212.50 | CCC |
| Sep-08-06 | Telephone call with Mr. Leyva re possible purchase offer; auction structure | 0.20 | 85.00 | CCC |
| | Review Highland Capital's Opposition to Modified Distribution Motion | 0.10 | 19.00 | SSS |
| | Review Diversified Committee's Response to Highland Capital's Oppositon to Modified Distribution Motion | 0.00 | 0.00 | SSS |
| Sep-09-06 | Brief review of purchase offer and e-mail traffic re same | 0.40 | 170.00 | CCC |
| Sep-10-06 | Review electronic correspondence from Ms. Karasik; Ms. Jarvis; Mr. Charles; re offer; analysis of same | 1.10 | 467.50 | CCC |
| Sep-11-06 | Memo to STG; Alvarez; re concerns on purchase offer | 0.30 | 127.50 | CCC |
| | Review purchaser proposal; annotate references to Loan Servicing Agreement | 0.60 | 114.00 | SSS |
| | Update and review pleadings re Diversified Committee's Motion to Amend Distribution Protocols for September 13 Omnibus Hearing Date | 0.30 | 57.00 | SSS |
| | Review Direct Lender Committee's Response to UCC's Motion to Amend Distribution Protocols | 0.10 | 19.00 | SSS |
| Sep-12-06 | Review electronic correspondence from Ms. Pajak to committee re sale status; revised letter | 0.20 | 85.00 | CCC |
| | Review electronic correspondence from Ms. Jarvis re BySynergy sale issue | 0.10 | 42.50 | CCC |
| | Review of Debtor's modified distribution motion | 0.20 | 85.00 | CCC |
| | Review of DTDF continuing objection to distribution motion | 0.20 | 85.00 | CCC |
| | Review of Prospect HI Fund opposition | 0.20 | 85.00 | CCC |
| | Review of DTDF reply re distribution | 0.10 | 42.50 | CCC |
| | Review DTDF motion to modify distribution protocol | 0.20 | 85.00 | CCC |

Invoice #:    19670                          Page            3

| Date | Description | | | |
|---|---|---|---|---|
| | Review electronic correspondence from Mr. Charles re mark up of proposed order re interim distributions; review of attached interim order and changes | 0.20 | 85.00 | CCC |
| | Analysis of executed purchase offer | 0.20 | 85.00 | CCC |
| | Review electronic correspondence from Ms. Karasik re sale terms, negotiations | 0.10 | 42.50 | CCC |
| | Review electronic correspondence between Debtors' and committees' counsel re revisions to purchaser offer letter | 0.20 | 38.00 | SSS |
| | Review Debtors' Limited Objection to Motion to Amend Distribution Protocols | 0.10 | 19.00 | SSS |
| Sep-13-06 | Review emails and proposed bidding procedures and provides comments to Ms. Pajak re local issues | 0.20 | 85.00 | CCC |
| Sep-14-06 | Analysis of memo from Mr. Kvarda re ongoing FTD collections | 0.10 | 42.50 | CCC |
| Sep-15-06 | Review redline of bidding procedures and Preparation of electronic correspondence to Mr. Merola re issue re daily transcript/court reporter in bk court | 0.10 | 42.50 | CCC |
| Sep-17-06 | Review electronic correspondence from Ms. Pajak analyzing issues re bid procedures | 0.20 | 85.00 | CCC |
| Sep-18-06 | Preparation of electronic correspondence to Ms. Pajak re comments on proposed bid procedures. | 0.10 | 42.50 | CCC |
| Sep-19-06 | Telephone call with Mr. Kvarda re expected second distribution | 0.10 | 19.00 | SSS |
| Sep-22-06 | Analysis of continuing distribution order; comments | 0.20 | 85.00 | CCC |
| Sep-27-06 | Review electronic correspondence from Ms. Karasik and Ms. Carlyon re allocations of overbid, break-up fees, Debtors' professional fees, and management/serving fee | 0.20 | 38.00 | SSS |

| | | | |
|---|---|---|---|
| Totals | | 9.30 | $3,459.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | **$3,459.00** |
| Previous Balance | $9,955.50 |
| Previous Payments | $434.80 |
| **Balance Due Now** | $12,979.70 |

Invoice #:     19670                                Page          4

JPS - James Patrick Shea
CCC - Candace C. Carlyon
SWM - Shawn Miller
DMC - Dawn M. Cica

SSS - Shlomo Sherman
JRH - Jeffrey R. Hall
LC - Law Clerk
P - Paralegal
LA- Legal Assistant

# Shea & Carlyon Ltd.

233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                          Oct 05, 2006
Equity Security Committee

Attention:

| | | |
|---|---|---|
| File #: | 1500-4 |
| Inv #: | 19671 |

RE:    Case Administration

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-01-06 | Organize and index pleadings for hearing on 9/28/06 | 6.50 | 780.00 | LA |
| | Download and print miscellaneous orders for filing | 0.10 | 19.00 | SSS |
| | Update website investor information with individual websites for committees | 0.30 | 57.00 | SSS |
| Sep-05-06 | Organize and index pleadings for hearing on 9/13/06 | 6.00 | 720.00 | LA |
| | Review EDGAR for list of investors in the FTDF | 0.40 | 76.00 | SSS |
| Sep-07-06 | Preparation of electronic correspondence to Ms. Jarvis re continued failure to copy emails to SC | 0.10 | 42.50 | CCC |
| Sep-09-06 | Conference with Ms. Karasik/ financial advisors re case status | 0.70 | 297.50 | JPS |
| Sep-11-06 | Receipt and review of caller script | 0.20 | 85.00 | JPS |
| | Organize and index pleadings for hearing on 09/13/06 | 3.50 | 420.00 | LA |
| | Revise and update script for fielding calls from investors | 0.40 | 76.00 | SSS |
| Sep-12-06 | Telephone call with Ms. Karasik re update on plan term sheet; sale issues; claim against USA; claims procedures; omnibus hearing tomorrow | 0.10 | 42.50 | CCC |
| | Organize and index pleadings for hearing on 9/13/06 | 3.00 | 360.00 | LA |

Invoice #:   19671                                   Page          2

| | | | | |
|---|---|---:|---:|---|
| | Review Status and Agenda for September 13 Omnibus Hearing Date; review and update pleadings | 0.30 | 57.00 | SSS |
| | Telephone call with Mr. Parlen re court calendar for September 13 Omnibus Hearing Date | 0.10 | 19.00 | SSS |
| Sep-13-06 | Conference with co counsel re case status | 0.30 | 127.50 | JPS |
| | Conference with Mr. Merola re sale, plan status; omnibus hearings | 0.50 | 212.50 | CCC |
| | Attendance at court - omnibus hearings | 2.80 | 1,190.00 | CCC |
| | Meeting with Debtors and committee counsel re tasks needed to complete sale and plan process; staffing and strategy | 0.50 | 212.50 | CCC |
| | Balance of Telephone call with Ms. Karasik, Ms. Pajak, re hearings, status | 0.50 | 212.50 | CCC |
| Sep-14-06 | Conference with co counsel re case status | 0.60 | 255.00 | JPS |
| Sep-18-06 | Receipt and review of Second Amended Order Establishing Case Management Procedures; confirm omnibus hearing dates have all been calendared | 0.10 | 15.00 | P |
| | Preparation of electronic correspondence to inter-office parties detailing the amendments of the Second Amended Order Establishing Case Management Procedures for their review and records | 0.10 | 15.00 | P |
| Sep-19-06 | Telephone call with Ms. Karasik re extension on response to numerous motions; review and revise same | 0.20 | 85.00 | CCC |
| | Organize and index pleadings for hearing on 09/28/06 | 6.00 | 720.00 | LA |
| Sep-20-06 | Prepare electronic correspondence to Debtors counsel and UST re review and signature on stipulated order to continue deadline to oppose employment applications and extension of exclusivity | 0.10 | 15.00 | P |
| | Exchange electronic correspondence between Debtors counsel and FTDF counsel re signature on stipulated order to continue deadline to oppose employment applications and extension of exclusivity | 0.20 | 30.00 | P |
| Sep-21-06 | Telephone call with Scott Farrow re stipulated order to continue deadline to oppose employment applications and extension of exclusivity | 0.10 | 15.00 | P |

Invoice #:     19671                                    Page        3

| | | | | |
|---|---|---|---|---|
| | Electronic filing of court pleadings - converstion to electronic format, download and electronic upload of stipulated order to continue deadline to oppose employment applications and extension of exclusivity | 0.20 | 30.00 | P |
| Sep-22-06 | Telephone call with Darla at bankruptcy court re stipulated order to continue deadline to oppose employment applications and extension of exclusivity | 0.10 | 15.00 | P |
| | Prepare electronic correspondence to Stutman Tresiter counsel re status of stipulated order to continue deadline to oppose employment applications and extension of exclusivity | 0.10 | 15.00 | P |
| | Update Key Documents Binders re Second Amendment to Order re Procedures | 0.30 | 45.00 | P |
| | Organize and index pleadings for hearing on 09/28/06 | 5.50 | 660.00 | LA |
| Sep-25-06 | Telephone call with Ms. Pajak re local procedures re fees (secretarial o/t not compensable); continued hearing and opposition re solicitation exclusivity | 0.10 | 42.50 | CCC |
| | Telephone call with Andrew Parlen re September 28 hearings; coordination of organization and index pleading | 0.10 | 19.00 | SSS |
| Sep-26-06 | Conference with Mr. Sherman re case status/ pending motions / applications | 0.20 | 85.00 | JPS |
| | Organize and index pleadings for hearing on 09/28/06 | 6.00 | 720.00 | LA |
| Sep-27-06 | Analysis of monthly operating reports | 0.40 | 170.00 | CCC |
| | Organize and index pleadings for hearing on 9/28/06 | 6.00 | 720.00 | LA |
| | Review Status and Agenda for September 28 Omnibus Hearing Date; note missing matters | 0.20 | 38.00 | SSS |
| | Review and oversee organization of pleadings for September 28 Omnibus Hearing Date | 0.80 | 152.00 | SSS |
| Sep-28-06 | Conference with co counsel re pending hearings case status deferral of fees | 0.60 | 255.00 | JPS |
| | Conference with co counsel re case status | 0.50 | 212.50 | JPS |
| | Prepare for court appearance (including meeting with Mr. Merola; Mr. Parlen re matters on for hearing) | 1.00 | 425.00 | CCC |
| | Attendance at court (Omnibus hearings, including first interim fee applications) | 5.60 | 2,380.00 | CCC |
| | Telephone call with Ms. Karasik re allocation issue from hearing; status of possible settlement with DTDF | 0.20 | 85.00 | CCC |

Invoice #:        19671                                    Page            4

| | | | |
|---|---|---|---|
| Prepare for omnibus hearings (confidentiality agreement; courtesy copy procedures; other) | 0.80 | 152.00 | SSS |
| Totals | 62.40 | $12,377.50 | |

**Total Fees, Disbursements**                                   $12,377.50

Previous Balance                                                $33,101.15
Previous Payments                                                    $0.00

**Balance Due Now**                                             $45,478.65

JPS - James Patrick Shea                    SSS - Shlomo Sherman
CCC - Candace C. Carlyon                   JRH - Jeffrey R. Hall
SWM - Shawn Miller                          LC - Law Clerk
DMC - Dawn M. Cica                          P - Paralegal
                                            LA- Legal Assistant

**Shea & Carlyon Ltd.**
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al
Equity Security Committee

Oct 05, 2006

Attention:

File #:      1500-5
Inv #:      19672

RE:    Claims Administration and Objections

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-01-06 | Finalize POC draft instructions | 0.40 | 170.00 | CCC |
| | Preparation of electronic correspondence to Mr.Schwartzer; Ms. Jarvis; re POC instructions; items needed from Debtor | 0.20 | 85.00 | CCC |
| | Exchange electronic correspondence with Ms Karasik re poc instructions | 0.10 | 42.50 | CCC |
| | Exchange electronic correspondence with debtor's counsel re claims information; instructions | 0.40 | 170.00 | CCC |
| | Review electronic correspondence from Mr. Schwartzer re order setting bar date; review and revise; Exchange electronic correspondence with Mr. Schwartzer, committee counsel, re same | 0.30 | 127.50 | CCC |
| | Review and revise instructions for investors re proofs of claim or interest | 0.90 | 171.00 | SSS |
| | Telephone call with BMC re procedure for filing proofs of claim | 0.30 | 57.00 | SSS |
| Sep-02-06 | Review electronic correspondence from Mr. Levinson; Mr. Charles; re bar date order | 0.10 | 42.50 | CCC |
| Sep-05-06 | Review and execute final bar date order; Exchange electronic correspondence with Ms. Dorsey re same | 0.10 | 42.50 | CCC |
| | Exchange electronic correspondence with Ms. Freeman; Ms. Dorsey; re poc deadline | 0.10 | 42.50 | CCC |
| | Review and revise poc and poi forms | 0.10 | 42.50 | CCC |

Invoice #:        19672                                          Page              2

|  |  |  |  |  |
|---|---|---|---|---|
| | Preparation of electronic correspondence to all counsel re poc instructions and forms | 0.10 | 42.50 | CCC |
| | Exchange electronic correspondence with Mr. Parlen, Ms. Pajak, Mr. Sherman, re claims orders (no charge per CCC) | 0.10 | 0.00 | CCC |
| | Online research re proof of interest form; draft forms of proof of claim and proof of interest | 1.20 | 180.00 | P |
| | Online review of status of orders re objections to claim; exchange electronic correspondence with STG re status of same | 0.30 | 45.00 | P |
| | Revise instructions for investors re filing proofs of claim or interest per telephone call with BMC | 0.20 | 38.00 | SSS |
| Sep-07-06 | Prepare electronic correspondence to Benji at bankruptcy court re status of orders re objections to claims | 0.10 | 15.00 | P |
| Sep-08-06 | Online ECF order query re status of orders re objections to claim | 0.10 | 15.00 | P |
| | Review Ms. Pajak's changes to instructions to investors on filing proofs of claim or interest | 0.30 | 57.00 | SSS |
| | Electronic correspondence to Ms. Pajak re filing POCs with bankruptcy clerk and attaching sample investor statement as exhibit to instructions | 0.10 | 19.00 | SSS |
| | Review Debtors' forms of Proofs of Claims and Interests, Notices of Bar Date, and Instructions | 0.30 | 57.00 | SSS |
| Sep-11-06 | Analysis of Debtor's proof of claim/interest forms and instructions | 0.90 | 382.50 | CCC |
| | Analysis of Ms. Ernce's comments to POI forms and instructions | 0.20 | 85.00 | CCC |
| | Telephone call with Ms. Ernce re comments, issues (including Debtor's refusal to schedule interests) | 0.20 | 85.00 | CCC |
| | Telephone call with Ms. Tsu re POI issues | 0.20 | 85.00 | CCC |
| | Drafting comments memo to Ms. Tsu re POI issues | 0.50 | 212.50 | CCC |
| | Telephone call with Ms. Ernce re approval of joint comments memo; page turn re her comments | 0.20 | 85.00 | CCC |
| | Exchange electronic correspondence with Ms. Ernce re redlines of notices of proof of interest and proof of clami and form of proof of claim | 0.20 | 30.00 | P |
| | Review analysis of Debtors' proposed instructions for filing proofs of claim or interest re confidentiality and other concerns | 0.10 | 19.00 | SSS |
| Sep-12-06 | Review electronic correspondence from Ms. Tsu re poi issues | 0.10 | 42.50 | CCC |

Invoice #:    19672                                    Page          3

|  | | | | |
|---|---|---|---|---|
| | Analysis of revised notice to creditors re filing poc/poi | 0.20 | 85.00 | CCC |
| | Exchange electronic correspondence with Ms. Ernce re poi issues | 0.20 | 85.00 | CCC |
| | Telephone call with Ms. Tsu; Ms. Monson; re poi issues | 0.20 | 85.00 | CCC |
| | Preparation of electronic correspondence to all professionals re plan for revised order allowing interests; resolution of other issues | 0.20 | 85.00 | CCC |
| | Exchange electronic correspondence with Mr. Schwartzer re POI/order status | 0.10 | 42.50 | CCC |
| | Telephone call with Ms. Ernce re poi issues | 0.10 | 42.50 | CCC |
| | Exchange electronic correspondence with Ms. Pajak re resolution of POI issues; unresolved issue re disclosure | 0.10 | 42.50 | CCC |
| | Exchange electronic correspondence with Ms. Karasik re issue of filing POC for FTDF in related cases | 0.10 | 42.50 | CCC |
| | Review electronic correspondence from Ms. Tsu re order/disclosure issues | 0.10 | 42.50 | CCC |
| | Review emails between Ms. Ernce and Ms. Tsu re additional changes to form of poc/poi (no charge per CCC) | 0.20 | 0.00 | CCC |
| | Download and review Debtors' Status Report re Claims Bar Date with Exhibits | 0.20 | 38.00 | SSS |
| | Electronic correspondence to Mr. Schwartzer re correcting error in Status Report re Claims Bar Date | 0.10 | 19.00 | SSS |
| | Review electronic correspondence (multiple) between USA professionals re obtaining list of investors, and deeming allowed interests reflected in Debtors' books and records | 0.20 | 38.00 | SSS |
| | Legal research and document review re confidentiality of LLC member list | 0.70 | 133.00 | SSS |
| | Preparation of Motion to Compel Production of Member List | 1.80 | 342.00 | SSS |
| | Review Debtors' Stipulation and Order re deemed allowance of equity interests; sign and return | 0.10 | 19.00 | SSS |
| | Preparation of OST documents re Motion to Compel Production of Member List | 0.70 | 133.00 | SSS |
| Sep-13-06 | Review and revise Motion to Compel Disclosure of Member List and OST documents | 1.20 | 228.00 | SSS |
| | Telephone call to Mr. Landis re approval of Motion to Compel Disclosure of Member List on OST | 0.10 | 19.00 | SSS |

Invoice #:      19672                                    Page        4

| | | | | |
|---|---|---|---|---|
| | Electronic correspondence to. Mr. Schwartzer and Ms. Jarvis re filing a Motion to Compel Disclosure of Member List | 0.20 | 38.00 | SSS |
| Sep-14-06 | Review and Revise motion to compel names of investors/ ost re same | 1.30 | 552.50 | JPS |
| | Review, revise, and file Motion to Compel Disclosure of Member List and OST documents | 0.60 | 114.00 | SSS |
| Sep-15-06 | Receipt and review of order sustaining objections to misfiled claims; prepare notice of entry of same | 0.20 | 30.00 | P |
| | Receipt and review of order sustaining objections to claims based on prepetition equity security interests; prepare notice of entry of same | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronoic filing of notice of entry of order sustaining objections to misfiled claims | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of notice of entry of order sustaining objections to claims based on prepetition equity security interests | 0.20 | 30.00 | P |
| | Prepare certificate of service of notice of entry of order sustaining objections to misfiled claims | 0.20 | 30.00 | P |
| | Prepare certificate of service of notice of entry of order sustaining objections to claims based on prepetition equity security interests | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings -conversion to electronic format, download and electronic filing of certificate of service of notice of entry of order re objection to misfiled claims | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings -conversion to electronic format, download and electronic filing of certificate of service of notice of entry of order re objection to prepetition equity security claims | 0.20 | 30.00 | P |
| | Preparation of Certificate of Service re Motion and related documents shortening time to Compel the Confidential Disclosure of First Trust Deed Fund's Member List for filing with the court | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings - Scan, download and electronic filing of Certificate of Service re Motion and related shortening time documents to Compel with the bankruptcy court | 0.20 | 30.00 | P |

Invoice #:      19672                              Page        5

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Sep-18-06 | Receipt and review of letter to committee members re disclosure of investors | 0.20 | 85.00 | JPS |
| | Electronic correspondence to the First Trust Deed Committee members re Motion to Compel Confidential Disclosure of Member List | 0.40 | 76.00 | SSS |
| Sep-19-06 | Telephone call with Ms. Loraditch and Mr. Olsen re objection to claim of Prospect High income | 0.10 | 42.50 | CCC |
| | Review electronic correspondence from Mr. Goings re obtaining FTDF member list from debtors | 0.10 | 19.00 | SSS |
| Sep-20-06 | Preparation of communications for web site re proofs of interest | 0.80 | 340.00 | CCC |
| | Electronic correspondence to Mr. Goings (and committee members) re obtaining copy of member list | 0.40 | 76.00 | SSS |
| | Review and revise Information for FTDF Investors re Filing Proofs of Claim or Interest | 0.10 | 19.00 | SSS |
| Sep-27-06 | Prepare for hearing re turnover of investor list | 0.40 | 170.00 | CCC |
| | Analysis of Debtors' response to Motion to Compel Confidential Disclosure of FTDF Member List; review legal authorities; Westlaw research re Exceptions to Gramm-Bliley Act; assist with hearing preparation re same | 2.40 | 456.00 | SSS |

Totals                                  24.00    $6,297.50

**Total Fees, Disbursements**                        $6,297.50

Previous Balance                                     $3,157.00
Previous Payments                                        $0.00

**Balance Due Now**                                  $9,454.50

JPS - James Patrick Shea
CCC - Candace C. Carlyon
SWM - Shawn Miller
DMC - Dawn M. Cica

SSS - Shlomo Sherman
JRH - Jeffrey R. Hall
LC - Law Clerk
P - Paralegal
LA - Legal Assistant

### Shea & Carlyon Ltd.
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                          Oct 05, 2006
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-6 |
| Inv #: | 19673 |

Attention:

RE:     Employee Benefits/Pensions

| | |
|---|---|
| **Total Fees, Disbursements** | **$0.00** |
| Previous Balance | $393.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$393.00** |

JPS - James Patrick Shea
CCC - Candace C. Carlyon
SWM - Shawn Miller
DMC - Dawn M. Cica

SSS - Shlomo Sherman
JRH - Jeffrey R. Hall
LC - Law Clerk
P - Paralegal
LA- Legal Assistant

### Shea & Carlyon Ltd.
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                    Oct 05, 2006
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-7 |
| Inv #: | 19674 |

Attention:

RE:    Fee/Employment Applications

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-01-06 | Review NOH re first interim fee applications | 0.10 | 42.50 | CCC |
|  | Download and print fee applications and supporting declarations (billed at parelegal rate) | 1.00 | 150.00 | SSS |
|  | Review and download Declaration of Jeanette McPherson in Support of Schwartzer & McPherson's First Interim Fee Application | 0.10 | 19.00 | SSS |
| Sep-05-06 | Analysis of DTDF fee applications; and preparation of memo re same | 1.20 | 510.00 | CCC |
|  | Preparation of electronic correspondence to Ms. Karasik re fee app review | 0.10 | 42.50 | CCC |
|  | Revise August bill for task analysis | 0.60 | 255.00 | CCC |
| Sep-06-06 | Continued analysis of fee applications; and preparation of memo re same (no charge per CCC) | 2.40 | 0.00 | CCC |
|  | Review Interim Fee Applications re compensation for financial advisors | 0.20 | 38.00 | SSS |
|  | Electronic correspondence to Mr. Charles re fee application for Sierra Consulting Group, LLC | 0.10 | 19.00 | SSS |
|  | Electronic correspondence to Mr. Levinson re fee application for Sierra Consulting Group, LLC | 0.10 | 19.00 | SSS |
|  | Review and revise task allocation re September 25 fee application | 0.30 | 57.00 | SSS |
| Sep-07-06 | Analysis of fee application-Schwartzer & McPherson | 0.60 | 255.00 | CCC |

Invoice #:        19674                                    Page        2

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Analysis of fee application-RQN | 0.30 | 127.50 | CCC |
| | Continued review of RQN application | 0.70 | 297.50 | CCC |
| | Continued review of RQN fee app (no charge per CCC) | 0.70 | 0.00 | CCC |
| | Review and revise task allocations re September 25 fee application | 1.70 | 323.00 | SSS |
| | Electronic correspondence from Mr. Charles re Sierra's fee application | 0.10 | 19.00 | SSS |
| | Electronic correspondence from Mr.Levinson re FTI's fee application | 0.10 | 19.00 | SSS |
| Sep-12-06 | Review memorandum re professional fee applications | 0.60 | 114.00 | SSS |
| | Review Administrative Order Establishing Interim Compnesation Procedures re date of payment following non-objection | 0.10 | 19.00 | SSS |
| Sep-13-06 | Preparation of memorandum summarizing entries of interest in professional fee applications | 3.80 | 722.00 | SSS |
| Sep-15-06 | Review all UST fee objections | 0.50 | 212.50 | CCC |
| | Finalize analysis of RQN fee app (no charge per CCC) | 0.70 | 0.00 | CCC |
| | Analysis of Miserow fee app | 1.00 | 425.00 | CCC |
| Sep-18-06 | Review electronic correspondence from Mr. Parlen with revised task allocation list | 0.10 | 19.00 | SSS |
| Sep-19-06 | Preparation of Shea & Carlyon's Second Cover Sheet Fee Application | 1.20 | 228.00 | SSS |
| Sep-21-06 | Review fee/employment application binders; related proceedings reports | 0.40 | 76.00 | SSS |
| Sep-24-06 | Review and revise second cover sheet application | 0.10 | 42.50 | CCC |
| Sep-25-06 | Receipt and review of Beckley monthly fee statement | 0.20 | 85.00 | JPS |
| | Exchange electronic correspondence with Lia Dorsey re filing of monthly fee statements | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - Electronic scan, download and filing of Second Monthly Compensation Application of Shea & Carlyon with the bankruptcy court | 0.20 | 30.00 | P |
| | Review August invoices re confidential information | 0.30 | 57.00 | SSS |
| | Electronic correspondence to USA professionals attaching August invoices | 0.20 | 38.00 | SSS |
| | Review and update fee applications and related pleadings for September 28 Omnibus Hearing Date | 1.00 | 190.00 | SSS |

Invoice #:        19674                          Page          3

| Date | Description | | | |
|---|---|---|---|---|
| Sep-26-06 | Review electronic correspondence from Ms. Karasik, committee members, re fee issues (no charge per CCC) | 0.20 | 0.00 | CCC |
| | Preparation of Certificate of Service re Second Monthly Fee Application for 8-1-06 through 8-31-06 for Shea & Carlyon | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings - Electronic scan, download and filing of Certificate of Service re Second Monthly Application for Compensation of Shea & Carlyon with the bankruptcy court | 0.20 | 30.00 | P |
| | Update fee application pleadings for September 28 Omnibus Hearing Date (billed at parelegal rate) | 0.10 | 15.00 | SSS |
| | Telephone call with Mr. Parlen re responding to committee concerns regarding professional fees | 0.10 | 19.00 | SSS |
| | Electronic correspondence to Mr. Parlen with monthly breakdown of SC's first interim fee application | 0.10 | 19.00 | SSS |
| Sep-27-06 | Review FTDF fee applications in preparation for hearing | 1.40 | 595.00 | CCC |
| | Prepare electronic correspondence to FTDF professionals re memo summarizing fee applications | 0.10 | 15.00 | P |
| | Preparation of Certificate of Service of First Interim Fee Application of Shea & Carlyon for filing | 0.10 | 15.00 | P |
| | Preparation of Certificate of Service of First Monthly Fee Application of Shea & Carlyon for filing | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - Electronic scan, download and filing of Certificate of Service of First Interim Fee Application of Shea & Carlyon with the bankruptcy court | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings - Electronic scan, download and filing of Certificate of Service of First Monthly Fee Application of Shea & Carlyon with the bankruptcy court | 0.20 | 30.00 | P |
| | Review and revise memorandum summarizing first interim fee applications | 0.90 | 171.00 | SSS |
| Sep-28-06 | Review and revise draft order approving SC fees | 0.10 | 42.50 | CCC |
| | Review and revise proposed Order Granting Shea & Carlyon's Fee Application | 0.40 | 76.00 | SSS |
| Sep-29-06 | Preparation of Declaration of Candace C. Carlyon and Supplemental Statement of Disinterestedness in Support of Shea & Carlyon Employment Application; (no charge) | 1.00 | 0.00 | SSS |

Invoice #:        19674                          Page        4

| | | | |
|---|---|---|---|
| Revise proposed Order Approving Shea & Carlyon Fee Application | 0.10 | 19.00 | SSS |
| Exchange electronic correspondence with Mr. Parlen re form of order granting fee application | 0.10 | 19.00 | SSS |
| Electronic correspondence to USA professionals, U.S. Trustee, and objecting parties attaching proposed order approving Shea & Carlyon's fee application | 0.20 | 38.00 | SSS |
| Telephone call with Mr. Parlen re preparation and circulation of proposed orders approving fee applications | 0.10 | 19.00 | SSS |
| Totals | 26.80 | $5,663.50 | |

**Total Fees, Disbursements**                                    **$5,663.50**

Previous Balance                                                    $23,411.50
Previous Payments                                                  $11,419.20

**Balance Due Now**                                              **$17,655.80**

JPS - James Patrick Shea                SSS - Shlomo Sherman
CCC - Candace C. Carlyon                JRH - Jeffrey R. Hall
SWM - Shawn Miller                      LC - Law Clerk
DMC - Dawn M. Cica                      P - Paralegal
                                        LA - Legal Assistant

## Shea & Carlyon Ltd.
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                             Oct 05, 2006
Equity Security Committee

|            |          |
|------------|----------|
| File #:    | 1500-8   |
| Inv #:     | 19675    |

Attention:

RE:     Fee/Employment Objections

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-13-06 | Review and download Response of Direct Lenders to Shea & Carlyon First Interim Fee Application | 0.10 | 19.00 | SSS |
| Sep-15-06 | Review LePome response to SC fee app | 0.10 | 42.50 | CCC |
|  | Review Chubb response to SC fee app | 0.10 | 42.50 | CCC |
|  | Review UCC response to fee apps of Debtor's professionals (argue for substantial increase in allocation to FTDF) | 0.80 | 340.00 | CCC |
|  | Prepare memo to STG re suggested response on allocation issue (UCC response to Dors fee apps) | 0.20 | 85.00 | CCC |
|  | Review McKnight Response to Professional Fee Applications | 0.10 | 19.00 | SSS |
| Sep-18-06 | Telephone call with Mr. Parlen re deadline for responding to UCC objection to Debtor's fee application | 0.10 | 19.00 | SSS |
|  | Review UCC Motion to Exceed Page Limit for Opposition to Debtors' Professionals' Fee Applications | 0.10 | 19.00 | SSS |
|  | Brief review of the UCC's Opposition to Debtors' Professionals' Fee Applications | 0.30 | 57.00 | SSS |
|  | Review exchange of electronic correspondence between Mr. Parlen and committee members re non-objection to Debtors' Motion to Employ Ordinary Course Professionals | 0.10 | 19.00 | SSS |

Invoice #:    19675                          Page        2

| Date | Description | | | |
|------|-------------|---|---|---|
| | Review electronic correspondence from Mr. Parlen re response to UCC's Opposition to Debtors' Professionals' Fee Applications and proposed allocations to First Trust Deed Fund | 0.10 | 19.00 | SSS |
| | Review and download Ventura Letter Objecting to Actions Presented and Requested | 0.10 | 19.00 | SSS |
| | Review and download Omnibus Response of JV Direct Lenders to First Interim Fee and Expense Applications | 0.10 | 19.00 | SSS |
| Sep-19-06 | Review objection of Hantges and Milanowski to fee applications | 0.10 | 42.50 | CCC |
| Sep-21-06 | Preparation of Joint Omnibus Reply to Objections to SC, STG, AM, and FTDF Committee Applications for Compensation | 1.50 | 285.00 | SSS |
| Sep-22-06 | Prepare response to UCC objection to Debtors' fee applications re allocation issues | 1.30 | 552.50 | CCC |
| | Prepare electronic correspondence to Andrew Parlen re reply to UCC objection to fee applications | 0.10 | 15.00 | P |
| | Review and revise Joint Omnibus Reply to Objections to Fee Applications of FTDF Committee professionals | 1.90 | 361.00 | SSS |
| | Electronic correspondence to Mr. Parlen attaching draft Joint Omnibus Reply to Objections to Fee Applications of FTDF Committtee professionals | 0.10 | 19.00 | SSS |
| Sep-25-06 | Electronic filing of court pleadings - Electronic scan, download and filing of Joint Omnibus Reply to Objections to First Interim Fee Applications with the bankruptcy court | 0.30 | 45.00 | P |
| | Telephone call with Mr. Parlen (x2) re revisions to Joint Omnibus Reply to Objections to Fee Applications of FTD Committee and professionals | 0.20 | 38.00 | SSS |
| | Review and revise Joint Omnibus Reply to Objections to Fee Applications of FTD Committee and professionals | 0.20 | 38.00 | SSS |
| Sep-26-06 | Preparation of Certificate of Service re Joint Omnibus Reply to Objections to Fee Applications | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - Electronic scan, download and filing of Certificate of Service re Joint Omnibus Reply to Objections to Fee Applications with the bankruptcy court | 0.20 | 30.00 | P |
| | Review U.S. Trustee's Objections to Fee Applications (no charge) | 0.20 | 0.00 | SSS |
| | Review U.S. Trustee's objections to Shea & Carlyon's first fee application; identify necessary adjustments to bill (no charge) | 0.30 | 0.00 | SSS |

Invoice #:      19675                          Page        3

| Sep-27-06 | Exchange electronic correspondence with Ms. Karasik re resolution of UST objection to STG fees (no charge per CCC) | 0.20 | 0.00 | CCC |
| | Telephone call to Mr. Parlen (multiple) re filing response/joinder to UCC objection to Debtors' professional fee applications (allocation issues) | 0.20 | 38.00 | SSS |
| | Totals | 9.20 | $2,198.00 | |

**Total Fees, Disbursements**                              $2,198.00

Previous Balance                                           $2,593.00
Previous Payments                                          $1,920.00

**Balance Due Now**                                        $2,871.00

JPS - James Patrick Shea            SSS - Shlomo Sherman
CCC - Candace C. Carlyon            JRH - Jeffrey R. Hall
SWM - Shawn Miller                  LC - Law Clerk
DMC - Dawn M. Cica                  P - Paralegal
                                    LA- Legal Assistant

# Shea & Carlyon Ltd.
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                              Oct 05, 2006
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-9 |
| Inv #: | 19676 |

Attention:

RE:    Financing/Cash Collateral

| **Total Fees, Disbursements** | **$0.00** |
|---|---|
| Previous Balance | $15,828.00 |
| Previous Payments | $8,992.80 |
| **Balance Due Now** | **$6,835.20** |

JPS - James Patrick Shea
CCC - Candace C. Carlyon
SWM - Shawn Miller
DMC - Dawn M. Cica

SSS - Shlomo Sherman
JRH - Jeffrey R. Hall
LC - Law Clerk
P - Paralegal
LA- Legal Assistant

### Shea & Carlyon Ltd.
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                        Oct 05, 2006
Equity Security Committee

Attention:                              File #:      1500-10
                                        Inv #:        19666

RE:    Litigation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-03-06 | Review electronic correspondence from Ms. Davis re draft complaint for recovery of prepaid interest; review draft complaint by Lewis & Roca | 0.20 | 85.00 | CCC |
| Sep-07-06 | Telephone call with Ryan at Bridge City Legal re suggested methods/solutions for future document productions | 0.20 | 30.00 | P |
| | Totals | 0.40 | $115.00 | |

**Total Fees, Disbursements**                              **$115.00**

Previous Balance                                          $3,896.00
Previous Payments                                            $34.00

**Balance Due Now**                                       $3,977.00

JPS - James Patrick Shea              SSS - Shlomo Sherman
CCC - Candace C. Carlyon              JRH - Jeffrey R. Hall
SWM - Shawn Miller                    LC - Law Clerk
DMC - Dawn M. Cica                    P - Paralegal
                                      LA - Legal Assistant

### *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432              Fax:(702) 471-7435

USA Mortgage, et al                                                Oct 05, 2006
Equity Security Committee

Attention:                                    File #:     1500-11
                                              Inv #:       19667

RE:    Meetings of Creditors

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-18-06 | Review and revise summary of Silver Point offer for website | 0.10 | 42.50 | CCC |
| Sep-19-06 | Conference with committee member Richard Woudstra re current developments (Mr.Woudstra does not have email) | 0.40 | 170.00 | CCC |
| | Electronic correspondence to Ms. Karasik, Ms. Pajak, and Mr. Parlen re meeting with Mr. Woudstra and future communications | 0.10 | 19.00 | SSS |
| Sep-21-06 | Analysis of memo from Ms. Karasik to committee re plan, settlement issues | 0.20 | 85.00 | CCC |
| Sep-25-06 | Telephone call with Mr. Woudstra re expected next distribution; timing | 0.10 | 19.00 | SSS |
| Sep-26-06 | Telephone call with committee (primarily re plan and sale status) | 1.70 | 722.50 | CCC |
| | Telephone call with Debtors, committee professionals, (weekly status) | 1.00 | 425.00 | CCC |
| | Totals | 3.60 | $1,483.00 | |

**Total Fees, Disbursements**                                   $1,483.00

Previous Balance                                                $40,432.50
Previous Payments                                               $17,712.40

**Balance Due Now**                                             $24,203.10

Invoice #:     19667                                        Page          2

JPS - James Patrick Shea
CCC - Candace C. Carlyon
SWM - Shawn Miller
DMC - Dawn M. Cica

SSS - Shlomo Sherman
JRH - Jeffrey R. Hall
LC - Law Clerk
P - Paralegal
LA- Legal Assistant

## Shea & Carlyon Ltd.
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                          Oct 05, 2006
Equity Security Committee

|            |          |
|------------|----------|
| File #:    | 1500-12  |
| Inv #:     | 19668    |

Attention:

RE:    Plan and Disclosure Statement

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-04-06 | Review and revise plan term sheet; Exchange electronic correspondence with Ms. Karasik re same | 0.50 | 212.50 | CCC |
|           | Review electronic correspondence from Ms. Pajak (x5) re plan term sheet | 0.10 | 42.50 | CCC |
| Sep-06-06 | Review pleadings re OST for Motion to Extend Exclusivity Period for 9/13 Omnibus Hearing Date | 0.10 | 19.00 | SSS |
| Sep-08-06 | Review Emergency Motion to Extend Debtors' Exclusivity Period | 0.10 | 19.00 | SSS |
|           | Download and Review LePome Opposition to Debtors' Motion to Extend Exclusivity Period | 0.20 | 38.00 | SSS |
| Sep-11-06 | Update and review pleadings re Debtors' Motion to Extend Exclusivity Period for September 13 Omnibus Hearing Date | 0.30 | 57.00 | SSS |
| Sep-12-06 | Exchange electronic correspondence with co counsel re plan meeting | 0.10 | 42.50 | CCC |
|           | Review Debtor's motion to extend exclusivity | 0.20 | 85.00 | CCC |
|           | Review UST opposition to motion to extend exclusivity | 0.10 | 42.50 | CCC |
|           | Review LePome opposition to motion to extend exclusivity | 0.30 | 127.50 | CCC |
|           | Analysis of revised plan term sheet | 0.20 | 85.00 | CCC |
| Sep-13-06 | Communications with Ms. Karasik re plan comments, issues | 0.30 | 127.50 | CCC |
|           | Exchange electronic correspondence with Mr. Strong re plan comments | 0.10 | 42.50 | CCC |

Invoice #:        19668                                    Page            2

| Date | Description | | | |
|---|---|---|---|---|
| Sep-14-06 | Review e-mail traffic re plan/sale timeline (no charge per CCC) | 0.20 | 0.00 | CCC |
| Sep-15-06 | Review numerous emails re negotiations with DTDF re funding of liquidation trust and termination of exclusivity | 0.10 | 42.50 | CCC |
| | Review electronic correspondence from Ms. Pajak re plan and disclosure statement | 0.10 | 42.50 | CCC |
| Sep-16-06 | Analysis of UCC correspondence re plan term sheet and proposed revisions to same | 0.40 | 170.00 | CCC |
| Sep-18-06 | Review Debtors' Motion to Extend Exclusivity Period filed 9/15/2006 | 0.10 | 19.00 | SSS |
| | Brief review of Debtors' Disclosure Statement and Plan of Reorganization | 0.10 | 19.00 | SSS |
| Sep-19-06 | Telephone call with Ms. Karasik re plan | 0.20 | 85.00 | CCC |
| | Analysis of Debtor's proposed plan | 2.40 | 1,020.00 | CCC |
| Sep-20-06 | Analysis of Ms. Karasik's draft correspondence re revisions to economic terms of the plan, and prepare memo re discussion of recoupment and servicing fee issues | 1.00 | 425.00 | CCC |
| | Exchange electronic correspondence with Ms. Karasik re plan issues | 0.10 | 42.50 | CCC |
| Sep-21-06 | Brief review of STG draft plan | 0.50 | 212.50 | CCC |
| | Preparation of electronic correspondence to Mr. Merola; Ms. Karasik re need to resolve recoupment/offset issues through plan drafting | 0.10 | 42.50 | CCC |
| | Analysis of plan mark up (FTDF economic terms only) | 0.30 | 127.50 | CCC |
| | Redrafting of Section 3.7 re form of Plan to provide for Recoupment, including examination of applicable definitions | 1.00 | 425.00 | CCC |
| Sep-22-06 | Review revised plan and prepare comments | 1.20 | 510.00 | CCC |
| Sep-25-06 | Review stipulation re response on exclusivity motion and Preparation of electronic correspondence to Ms. Pajak, Ms. Karasik, re same (no charge per CCC) | 0.10 | 0.00 | CCC |
| Sep-26-06 | Review electronic correspondence from Ms. Karasik, committee, re plan | 0.20 | 85.00 | CCC |
| Sep-27-06 | Analysis of settlement with DTDF on plan term sheet | 0.20 | 85.00 | CCC |
| | Exchange electronic correspondence with Ms. Karasik; Ms. Pajak; re DTDF term sheet | 0.20 | 85.00 | CCC |
| Sep-29-06 | Analysis of revised term sheet re DTDF settlement | 0.20 | 85.00 | CCC |

Invoice #:       19668                              Page            3

|  |  |  |  |  |
|---|---|---|---|---|
|  | Exchange electronic correspondence with Ms. Karasik re DTDF settlement term sheet; comments | 0.20 | 85.00 | CCC |
| Sep-30-06 | Brief review of FTDF treatment under revised plan circulated by Ms. Jarvis | 0.50 | 212.50 | CCC |

Totals                                           12.00     $4,761.00

**Total Fees, Disbursements**                                    **$4,761.00**

Previous Balance                                              $10,208.00
Previous Payments                                                  $0.00

**Balance Due Now**                                             **$14,969.00**

JPS - James Patrick Shea              SSS - Shlomo Sherman
CCC - Candace C. Carlyon              JRH - Jeffrey R. Hall
SWM - Shawn Miller                    LC - Law Clerk
DMC - Dawn M. Cica                    P - Paralegal
                                      LA - Legal Assistant

# Shea & Carlyon Ltd.
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                    Oct 05, 2006
Equity Security Committee

Attention:                                          File #:          1500-13
                                                    Inv #:            19669

RE:    Relief from Stay proceedings

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-06-06 | Review pleadings re Canepa Motion for Relief from Stay (Boise-Gowan LLC) for 9/13 Omnibus Hearing Date | 0.10 | 19.00 | SSS |
| | Totals | 0.10 | $19.00 | |

**Total Fees, Disbursements**                                          $19.00

Previous Balance                                                       $7,818.00
Previous Payments                                                        $302.40

**Balance Due Now**                                                    $7,534.60

JPS - James Patrick Shea                SSS - Shlomo Sherman
CCC - Candace C. Carlyon                JRH - Jeffrey R. Hall
SWM - Shawn Miller                      LC - Law Clerk
DMC - Dawn M. Cica                      P - Paralegal
                                        LA- Legal Assistant

# EXHIBIT "4"

### *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                    Oct 05, 2006
Equity Security Committee

| | | |
|---|---|---|
| Attention: | File #: | 1500 |
| | Inv #: | 19664 |

RE:   Costs/Expenses

## DISBURSEMENTS

| | | Disbursements | Receipts |
|---|---|---|---|
| | Telephone | 14.88 | |
| Sep-12-06 | CD of FTDF documents | 30.00 | |
| | Meals - Einstein Bagels 08/03/2006 (committee meeting) | 135.15 | |
| | Meals - Einstein Bagels 08/16/2006 (committee meeting) | 49.69 | |
| | Conference call - 08/16/2006 11:25am (CST) | 43.18 | |
| Sep-15-06 | Legal Research | 143.01 | |
| | Legal Research | 15.75 | |
| Sep-25-06 | Delivery services/messengers  4 @ 7.50 | 30.00 | |
| | Other -Scanning  321 @ 0.10 | 32.10 | |
| | Other -Pacer 722 @ 0.08 | 57.76 | |
| Sep-26-06 | Copying  858 @ 0.25 | 214.50 | |
| Sep-27-06 | Meals - Strip Sandwich Shop (8/25/2006 - committee meeting) | 69.00 | |
| | Meals - Strip Sandwich Shop (8/16/2006 - committee meeting) | 60.34 | |
| | Totals | $895.36 | $0.00 |

Invoice #:      19664                                    Page          2

### Total Fees, Disbursements

$895.36

Previous Balance                                         $7,405.93
Previous Payments                                           $0.00

### Balance Due Now

$8,301.29

JPS - James Patrick Shea                SSS - Shlomo Sherman
CCC - Candace C. Carlyon                JRH - Jeffrey R. Hall
SWM - Shawn Miller                      LC - Law Clerk
DMC - Dawn M. Cica                      P - Paralegal
                                        LA- Legal Assistant