**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on October 25, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>           Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>           Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>           Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>           Debtor.<br>In re:<br>USA SECURITIES, LLC,<br><br>           Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>**THIRD MONTHLY FEE STATEMENT OF SIERRA CONSULTING GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY** |

Sierra Consulting Group, LLC hereby submits its Third Monthly Fee Statement

(Exhibit A attached) pursuant to the procedures set forth in the Administrative Order

1781610.1

**LEWIS AND ROCA LLP**
LAWYERS

Establishing Procedures for Interim Compensation and Reimbursement of Expenses as Professionals.

By way of this Interim Statement, Sierra Consulting Group requests payment of Interim Compensation for services rendered and reimbursement of expenses incurred during the period from September 1, 2006 through September 30, 2006 from USA Commercial Mortgage Company.  Sierra Consulting Group seeks payment of:  (1) interim compensation in the amount of $43,239.20 representing 80% of the total fee of $54,049.00 for professional services rendered during the statement period; and (2) interim reimbursement of expenses in the amount of $23.98 representing 100% of the expenses occurred during the statement period.

Dated October 25, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

COPY of the foregoing e-mailed this 25th day of October, 2006 to:

Annette W. Jarvis, Esq.
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385
ajarvis@rqn.com

**LEWIS AND ROCA LLP**
LAWYERS

1  Marc A. Levinson
   Lynn Trinka Ernce
2  ORRICK, HERRINGTON & SUTCLIFFE, LLP
3  400 Capitol Mall, Suite 3000
   Sacramento, CA 95814
4  malevinson@orrick.com
   lernce@orrick.com
5
   Frank A. Merola
6  Eve H. Karasik
   Christine M. Pajak
7  STUTMAN, TREISTER & GLATT, P.C.
   1901 Avenue of the Stars, 12th Floor
8  Los Angeles, CA 90067
   Fmerola@stutman.com
9  ekarasik@stutman.com
   cpajak@stutman.com
10
   Gerald M. Gordon
11 Gregory E. Garman
    GORDON & SILVER, LTD
12 3960 Howard Hughes Parkway, 9th floor
   Las Vegas, NV 89109
13 gmg@gordonsilver.com
   geg@gordonsilver.com
14
   Lenard E. Schwartzer
15 SCHWARTZER & MCPHERSON LAW FIRM
16 2850 S. Jones Blvd., Suite 1
   Las Vegas, NV 89146-5408
17 bkfilings@s-mlaw.com

18 August B. Landis
   Office of the U.S. Trustee
19 300 Las Vegas Blvd., S. Suite 4300
   Las Vegas, NV 89101
20 USTPRegion17.lv.ecf@usdoj.gov

21

22   /s/ Christine E. Laurel
   Christine E. Laurel
23

24

25

26

3

1781610.1