LEWIS
AND
ROCA
LLP
L A W Y E R S

ACCOUNT NO.          46533-00001
Invoice No.                   782638
October 23, 2006         Page 25

| | | | |
|---|---|---|---|
| 09-28-2006 | S. Brown<br>Review additional objections to L&R fee application (.1);<br>review docket entry re proceedings and hearing agenda re same<br>(.1) | 0.2 | 64.00 |
| 09-29-2006 | S. Freeman<br>Review forms of order approving fees and e-mail to Ms. M.<br>Schoenike re preparing our order | 0.1 | 51.00 |
| | **TOTAL FOR TASK CODE B160** | **5.5** | **1,389.50** |

**B170 FEE/EMPLOYMENT OBJECTIONS**

| | | | |
|---|---|---|---|
| 09-01-2006 | M. Schoenike<br>Assist Ms. S. Freeman re Gordon and Silver employment<br>documents | 0.2 | 36.00 |
| 09-10-2006 | R. Charles<br>Direct research on the fee application objections (.1); read<br>memo from Mr. T. Burr and read Sierra analysis on fee<br>applications (.2) | 0.3 | 115.50 |
| 09-11-2006 | S. Freeman<br>E-mails from and to T. Burr and R. Charles re meeting on<br>professional fee objections (0.1); read and respond to R.<br>Charles e-mail re fee objection arguments (0.1) | 0.2 | 102.00 |
| 09-11-2006 | R. Charles<br>Analyze Mr. T. Burr's work and draft memo to Mr. T. Burr on<br>issues in the fee applications for possible objection (.3) | 0.3 | 115.50 |
| 09-11-2006 | S. Brown<br>Work on fee application objection and research re same | 1.5 | 480.00 |
| 09-12-2006 | S. Brown<br>Continue research re objection to fee applications (2.8); review<br>fee applications re same (2.5); telephone calls with Mr. T. Burr<br>re same (.4) | 5.7 | 1,824.00 |
| 09-13-2006 | S. Freeman | 2.6 | 1,326.00 |

# LEWIS AND ROCA LLP LAWYERS

|  |  | ACCOUNT NO. | 46533-00001 |
|---|---|---|---|
|  |  | Invoice No. | 782638 |
|  |  | October 23, 2006 | Page 26 |

|  |  |  |  |
|---|---|---|---|
| | Work on objection to fee application, analyzing allocation issues (.7); direct review of docket for fee objection analysis (.1); review T. Burr analysis of fees, and e-mail to him re questions (.2); telephone from T. Burr re updating analysis (.2); e-mail from S. Brown re issue in cited case, and revise draft objection (.2); e-mail to S. Brown re contract issue for fee objection (.1); further preparation of draft fee objection (.8); e-mail to and from S. Brown re expense issue (.1); review T. Burr e-mail re revised fee analysis, and respond (.1); review new fee analysis from T. Burr (.1) | | |
| 09-13-2006 | S. Brown<br>Continue research re fee application objection and drafting brief re same | 3.3 | 1,056.00 |
| 09-14-2006 | S. Freeman<br>Analyze computations for fee objections with Mr. T. Burr by phone (.6); review his revised computations (.2); telephone to Mr. R. Charles re plan issues (.2); e-mail to and from Mr. T. Burr re travel time fee issue (.1); work on analysis and preparation of fee objection (1.0); e-mails re clarifications to and from Mr. T. Burr (.3); direct Mr. S. Brown re checking filings to clarify topic of fee application issue, and read his e-mail re same (.1); direct Mr. S. Brown re research on offset issue (.1); further work on analysis and drafting of fee objection (2.7); e-mail to Mr. T. Burr re specific computation, read his response (.1) | 5.4 | 2,754.00 |
| 09-14-2006 | R. Charles<br>Read Ms. Chubb's limited objection to Shea & Carlyon fee application (.1); work on objection to fee applications of Debtors' professionals (.1) | 0.2 | 77.00 |
| 09-14-2006 | S. Brown<br>Continue research re fee objection and continue working on brief re same (3.6); continue reviewing various fee applications and related documents re same (1.9) | 5.5 | 1,760.00 |
| 09-15-2006 | S. Freeman<br>Read e-mail from committee member re fee objection (.1); read e-mail from Mr. S. Brown re fee objection issues and respond (.1); read and respond to Mr. S. Brown e-mail re lumping issue (.1); read Mr. S. Brown e-mail with cases and request inclusion (.1); review comments on draft fee objection and direct inclusion (.1); review and revise redraft of fee objection (1.1); work with staff on tables required by local rule (.1) | 1.7 | 867.00 |

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

ACCOUNT NO.                    46533-00001
Invoice No.                         782638
October 23, 2006                 Page 27

---

| | | | |
|---|---|---|---|
| 09-15-2006 | R. Charles<br>Work on objection to three debtors' interim fee applications (.7); research arguments as to debtors' counsel for multiple estates and fiduciary duty (Westlaw) (.4); work on motion to shorten time and as to notice of the objection (.1); continue work on objection (.6), finalize and direct filing and service (.1); calls to Ms. A. Jarvis and Mr. L. Schwartzer | 1.8 | 693.00 |
| 09-15-2006 | S. Brown<br>Continue research re and work on fee objections (2.0); continue review of documents re same (1.5); telephone calls with Mr. T. Burr re same (.4); draft motion and order to exceed page limitations (.9) | 4.8 | 1,536.00 |
| 09-15-2006 | J. Siatta<br>Prepare and edit tables/index to objection to fee application per local rule requirement | 0.7 | 101.50 |
| 09-17-2006 | S. Freeman<br>Review U.S. Trustee objections to various fee applications | 0.2 | 102.00 |
| 09-18-2006 | S. Brown<br>Review US Trustee's fee objections | 0.8 | 256.00 |
| 09-19-2006 | S. Freeman<br>Review and revise draft response re motion to approve ordinary course professionals (.3); e-mail to Mr. R. Charles re same and communicating with debtors' professionals on motion (.1) | 0.4 | 204.00 |
| 09-19-2006 | R. Charles<br>Work on response to Debtors' motion for authority to employ ordinary course of business professionals (.4); finalize same with input from Ms. S. Freeman (.1) | 0.5 | 192.50 |
| 09-20-2006 | R. Charles<br>Telephone call from Mr. B. Kotter on deadline for reply memo (.1); draft memo to Mr. Kotter (.1); review objection to fee application from direct lenders (.1); review objection to fee application by Milanowski (.1); telephone call from and draft memo to Mr. B. Kotter on reply by Debtors' professionals on their fee applications (.1); draft memo to Mr. A. Landis on U.S. Trustee objection and breakdown needed for reply memo (.1); draft reply memo on the JV direct lenders, McKnight and Hantges/Milanowski responses (.2) | 0.7 | 269.50 |

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

ACCOUNT NO.          46533-00001
Invoice No.                    782638
October 23, 2006          Page 28

| 09-21-2006 | S. Freeman<br>Read e-mails and drafts re extension stipulations | 0.1 | 51.00 |
|---|---|---|---|
| 09-21-2006 | S. Freeman<br>Review and revise draft reply to fee objections, and e-mail to Mr. R. Charles re question | 0.2 | 102.00 |
| 09-21-2006 | S. Freeman<br>E-mails to and from Mr. R. Charles and Mr. T. Burr re Gordon & Silver fee application and committee costs issues (.1); e-mail to and from Mr. G. Garman and Mr. G. Gordon re fee order issue (.2) | 0.3 | 153.00 |
| 09-21-2006 | R. Charles<br>Finalize omnibus reply (.1); work on Westlaw issue raised by Mr. A. Landis and draft letter to Mr. Landis on same (.3); work on issues in the G&S fee application (.2); read memo from Mr. B. Kotter and comment on stipulation as to briefing deadline (.1); read correspondence on G&S understanding | 0.7 | 269.50 |
| 09-22-2006 | S. Freeman<br>Conference call with E. Karasik and R. Charles re fee allocation issues (.3); review T. Burr computation of debtor fees allocable to direct lenders (.1) | 0.4 | 204.00 |
| 09-22-2006 | R. Charles<br>Telephone call from Ms. E. Karasik and work with Ms. Karasik and Ms. S. Freeman on deferring issue of fee allocation (.2); read memo from Mr. T. Burr and work with Ms. S. Freeman on allocation issues concerning the direct lenders and debtors' professionals' claims (.2); conference with Mr. M. Levinson and draft memo to counsel on agreement to defer fight over allocation of Debtors' fees (.1); read memo from Mr. A. Landis | 0.5 | 192.50 |
| 09-25-2006 | S. Freeman<br>Read Mr. R. Charles e-mail re call with debtors and committees on fee issues (.1); read e-mail from Mr. S. Brown re analysis of replies to fee application objections (.1) | 0.2 | 102.00 |
| 09-25-2006 | R. Charles | 1.0 | 385.00 |

LEWIS
AND
ROCA
LLP
L A W Y E R S

ACCOUNT NO.                 46533-00001
Invoice No.                       782638
October 23, 2006              Page 29

| | | | |
|---|---|---|---|
| | Review stipulation as to FTDF objection to continued employment of Debtors' professionals (.1); read memo from Mr. T. Burr and work on letter to Ms. A. Jarvis on default letters and default interest issue (.5) ; read memo from Mr. A. Landis re fee objection (.1); review breakdown (.1); work on information requested by UST (.3) | | |
| 09-26-2006 | S. Freeman<br>Read e-mails from Mr. R. Charles and Mr. T. Burr re charts for hearing, and respond with suggestions | 0.3 | 153.00 |
| 09-26-2006 | S. Freeman<br>Read S. Strong e-mail exchange with R. Charles on ordinary course professionals | 0.1 | 51.00 |
| 09-26-2006 | R. Charles<br>Read Debtors' counsel's and Mesirow's reply on fee applications (.2); work with Mr. S. Brown and Mr. T. Burr on oral argument outline (.1); read and response to memo from Mr. A. Landis on resolution of UST objection to L and R interim fee request (.3); outline analysis and demonstrative exhibits needed from Mr. T. Burr (.2) | 0.8 | 308.00 |
| 09-26-2006 | R. Charles<br>Work with Mr. S. Strong on resolution of issues on ordinary course of business professionals issues Work with Mr. S. Strong on resolution of issues on ordinary course of business professionals issues | 0.2 | 77.00 |
| 09-26-2006 | S. Brown<br>Review Mesirow, RQN and Schwartzer replies re fee objections (.6); draft summary analysis re same (1.0) | 1.6 | 512.00 |
| 09-27-2006 | S. Freeman<br>Read e-mails between Ms. A. Jarvis and Mr. R. Charles on fee allocation proposal and note differences to our proposal (.2); review Mr. T. Burr e-mail and charts (potential exhibits) (.2); telephone to Mr. T. Burr re same and hearing preparation (.2); read e-mails between Mr. R. Charles and E. Karasick re fee allocation issues with FTDF and analysis of debtors' allocation proposal (.2); read e-mails from Mr. T. Burr and Mr. R. Charles re available cash for fee payments (.1) | 0.9 | 459.00 |
| 09-27-2006 | R. Charles | 1.4 | 539.00 |

LEWIS
AND
ROCA
LLP
L A W Y E R S

ACCOUNT NO.          46533-00001
Invoice No.                    782638
October 23, 2006          Page 30

Read Direct Lenders' position on fee applications (.1); read memo from Ms. E. Karasik (.1) and read memo from Mr. A. Parlen (.1) on proposed stipulation on allocation objection and draft memo to FTDF counsel with proposal (.1) ; work with Ms. Freeman and Mr. Burr on exhibits for hearing and issues for the argument on default notices, default interest and related issues (.2); read memo from Ms. Freeman and work with Mr. S. Strong on employment of ordinary course of business professionals (.2); locate requested application information for Mr. Burr for preparation of hearing exhibits (.2); read memo from Ms. A. Jarvis and call her on settlement proposal on allocation issues and draft memo to Ms. Jarvis etc. on same (.2); draft memo to Mr. Burr on allocation proposal by Ray Quinney (.1); read Diversified's reply to UCC objection on allocation issue (.1); read memo from Mr. Burr on Ray Quinney settlement offer and draft memo to Ms. Freeman on same (.2)

| Date | | Hours | Amount |
|---|---|---|---|
| 09-27-2006 | S. Brown<br>Continue analysis re replies to fee application objections (.1); review Diversified reply re same (.1) | 0.2 | 64.00 |
| 09-28-2006 | S. Freeman<br>Discuss allocation and other hearing issues with M. Levinson (.3); work with A. Jarvis and Mesirow counsel on allocation settlement before hearing (.4) | 0.7 | 357.00 |
| 09-28-2006 | R. Charles<br>Telephone call from Mr. T. Burr on allocation issues (.1) | 0.1 | 38.50 |
| 09-29-2006 | S. Freeman<br>Read e-mail from A. Jarvis to Funds committees re fee allocation | 0.1 | 51.00 |
| 09-29-2006 | S. Brown<br>Follow up on hearing re fee objections | 0.1 | 32.00 |
| | **TOTAL FOR TASK CODE B170** | **46.7** | **17,968.00** |

**B180 AVOIDANCE ACTION ANALYSIS**

| 09-10-2006 | R. Charles | 0.1 | 38.50 |
|---|---|---|---|

Read memo from Mr. T. Burr on potential avoidance actions

**TOTAL FOR TASK CODE B180**                       **0.1**                **38.50**

**B190 OTHER CONTESTED MATTERS**

| Date | Description | | |
|---|---|---|---|
| 09-01-2006 | S. Freeman<br>Revise and expand draft motion re continuing distributions | 2.2 | 1,122.00 |
| 09-08-2006 | R. Charles<br>Work on issues in the continuing distribution motion with counsel for the Direct Lenders Committee (.2) after reading Diversified reply to objection (.1) | 0.3 | 115.50 |
| 09-10-2006 | R. Charles<br>Sunday: Telephone call from Judge Riegle's courtroom deputy (.1); review for certificate of service (.1); prepare and file and serve notice of hearing and direct service by mail (.3) (NO CHARGE) | 0.2 | 77.00 |
| 09-11-2006 | R. Charles<br>Return call to Mr. R. LePome on motion concerning prepaid interest and claims against it, as well as to identify issues on assignment of servicing contracts (.5); work with Ms. C. Laurel on proof of service (.1); return call to Mr. LePome on his request for a stipulation to have the investor issues determined by motion (.2) | 0.7 | 269.50 |
| 09-12-2006 | S. Freeman<br>Review and mark comments on draft monthly interim distribution order (0.1); discuss proposed changes and others with R. Charles (0.1) | 0.2 | 102.00 |
| 09-14-2006 | S. Freeman<br>Review draft of IP pledge term sheet | 0.1 | 51.00 |
| 09-14-2006 | R. Charles<br>Telephone call from Ms. C. Cunningham on order for continuing distributions (.1); work on order for continuing distributions (.5) | 0.5 | 192.50 |
| 09-15-2006 | R. Charles<br>Work on motion to exceed page limit on fee applications objection, order (NO CHARGE) | 0.3 | 0.00 |

| | | | |
|---|---|---|---|
| 09-18-2006 | R. Charles<br>Read memo from Mr. R. McKirgan on insurance policy inquiry from Ms. A. Jarvis (.1); draft memo to counsel on the proposed distribution order (.1); telephone call from Mr. R. LePome on the order (.1) ; work with Ms. S. Freeman on language in the continuing distribution order (.1) | 0.4 | 154.00 |
| 09-19-2006 | S. Freeman<br>Direct M. Ruth re motion on direct lenders fees | 0.1 | 51.00 |
| 09-22-2006 | S. Freeman<br>Review two redlines of revised order on continuing distributions and discuss re same and bidding order issues with R. Charles | 0.2 | 102.00 |
| 09-25-2006 | S. Freeman<br>Read C. Pajak and R. Charles e-mails on continuing distributions order | 0.1 | 51.00 |
| 09-25-2006 | R. Charles<br>Read memo from Ms. C. Pajak, revise and circulate order on continuing distributions (.3); read memo from Ms. C. Pajak and revise order on continuing distributions (.1); read memo from Mr. A. Landis, Mr. G. Garman and direct follow up with Ms. CiCi Cunningham on continuing distributions order (.1) | 0.5 | 192.50 |
| | **TOTAL FOR TASK CODE B190** | **5.8** | **2,480.00** |

**B195 NON-WORKING TRAVEL**

| | | | |
|---|---|---|---|
| 08-31-2006 | S. Freeman<br>Return travel to Phoenix (lengthy airline delays) (TIME BILLED AT 50%) | 2.5 | 1,275.00 |
| 09-13-2006 | R. Charles<br>Travel to LV for hearings (2.0); return from Tucson (2.4) (TIME BILLED AT 50%) | 2.2 | 847.00 |
| 09-28-2006 | S. Freeman<br>Return trip to Phoenix (TIME BILLED AT 50%) | 1.0 | 510.00 |
| | **TOTAL FOR TASK CODE B195** | **5.7** | **2,632.00** |

LEWIS
AND
ROCA
LLP
L A W Y E R S

### B220 EMPLOYEE BENEFITS/PENSIONS

| 09-06-2006 | R. Charles | 0.1 | 38.50 |
|---|---|---|---|
| | Read Debtors' motion to approve successor trustee and freeze defined benefit pension plan benefits and note hearing | | |
| 09-06-2006 | R. Charles | 0.1 | 38.50 |
| | Draft memo to Ms. A. Jarvis on defined benefit pension plan (.1) | | |
| 09-19-2006 | S. Freeman | 0.3 | 153.00 |
| | Read T. Burr memo and debtor's memo and analysis on employee retention and e-mail response with my views (.2); read e-mails from T. Burr and P. Reiger re employee benefits issue (.1) | | |
| 09-19-2006 | R. Charles | 0.1 | 38.50 |
| | Work with Mr. T. Burr and Ms. S. Freeman on response to Mesirow proposal concerning employee retention program (.1) | | |
| 09-20-2006 | S. Freeman | 0.1 | 51.00 |
| | Read e-mails from T. Burr, others re employee bonus issues | | |
| 09-21-2006 | S. Freeman | 0.1 | 51.00 |
| | Read T. Burr/S. Smith e-mail re employee benefits issues | | |
| | **TOTAL FOR TASK CODE B220** | **0.8** | **370.50** |

### B310 CLAIMS ADMIN/OBJECTIONS

| 09-01-2006 | S. Freeman | 0.2 | 102.00 |
|---|---|---|---|
| | Work with Ms. M. Schoenike re claims analysis issues | | |
| 09-01-2006 | M. Schoenike | 5.3 | 954.00 |
| | Continue preparation of analysis of schedules to claims (1.0); memo to Ms. S. Freeman re analysis (.4); finalize analysis of schedules to claims (3.9) | | |
| 09-02-2006 | R. Charles | 0.1 | 38.50 |
| | Work on bar date order with Mr. L. Schwartzer and Ms. C. Carlyon's input | | |

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

ACCOUNT NO.                    46533-00001
Invoice No.                         782638
October 23, 2006               Page 34

---

| 09-05-2006 | S. Freeman<br>Review draft order re proof of claim bar date (.1); e-mail response re date correction (.1) | 0.2 | 102.00 |
|---|---|---|---|
| 09-05-2006 | R. Charles<br>Work on order for claims bar date | 0.1 | 38.50 |
| 09-08-2006 | S. Brown<br>Work on various responses re claims inquiries | 0.6 | 192.00 |
| 09-11-2006 | R. Charles<br>Work on notices and forms for claims for various types of claims in the three main cases | 0.2 | 77.00 |
| 09-11-2006 | S. Brown<br>Work on responses to claims inquiries | 0.4 | 128.00 |
| 09-12-2006 | S. Freeman<br>Review debtor proof of claim and interest forms and notices | 0.2 | 102.00 |
| 09-22-2006 | S. Brown<br>Respond to e-mails and telephone calls re investor inquiries re status of claims | 0.2 | 64.00 |
| 09-26-2006 | S. Brown<br>Review and respond to correspondence from unsecured creditor re filing proof of claim | 0.3 | 96.00 |
| 09-29-2006 | S. Brown<br>Review proof of claim forms | 0.3 | 96.00 |

**TOTAL FOR TASK CODE B310**                              **8.1**        **1,990.00**

**B320 PLAN/DISCLOSURE STATEMENT**

| 08-31-2006 | S. Freeman<br>Meeting with professionals for other committees re plan and sale issues | 4.5 | 2,295.00 |
|---|---|---|---|
| 09-01-2006 | R. Charles<br>Telephone call from Mr. M. Levinson re plan issue | 0.1 | 38.50 |
| 09-05-2006 | R. Charles | 1.6 | 616.00 |

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

ACCOUNT NO.     46533-00001
Invoice No.     782638
October 23, 2006     Page 35

|  |  |  |  |
|---|---|---|---|
|  | Prepare for and work with all committees' professionals on terms of potential sale to buyer 2, on both concepts and language, including working through drafts from Ms. C. Pajak, Mr. G. Gordon and Ms. A. Jarvis (1.5); read memo from Ms. E. Karasik and note revised term sheet (.1) |  |  |
| 09-11-2006 | R. Charles<br>Work on plan and term sheet drafts | 0.3 | 115.50 |
| 09-12-2006 | S. Freeman<br>Review revised plan term sheet (0.1); analyze guarantee financial analysis and e-mail to USACM and Diversified Professionals re same, and re plan proposal to address (0.5) | 0.6 | 306.00 |
| 09-12-2006 | S. Freeman<br>Participate in call of all committees and debtors professionals re sale, plan, monthly distributions | 2.2 | 1,122.00 |
| 09-12-2006 | R. Charles<br>Work with Ms. S. Freeman and then also with Mr. M. Levinson and then also with Mr. M. Tucker on term sheet and plan issues (.4); calls with all committees and debtors on plan, plan term sheet and related issues (2.2), and during the call, work on the proposed order on the distribution motion, and forward D&O policy to Ms. E. Karasik | 2.5 | 962.50 |
| 09-13-2006 | S. Freeman<br>Read and respond to R. Charles e-mail re plan term sheet | 0.1 | 51.00 |
| 09-13-2006 | R. Charles<br>Meet with Mr. T. Allison, Ms. A. Jarvis, Mr. F. Merola, Ms. C. Carlyon, Mr. G. Garman and Ms. A. Loraditch on plan and transaction issues (.8); before hearing and after meeting, work on comments on plan term sheet from Ms. E. Karasik (.5) and work on issues in term sheet and Debtors' draft plan (1.5); work with Ms. S. Freeman on follow up on plan and asset purchase agreement issues (.4); conference with Mr. G. Gordon re plan issue (.1); work with Ms. Jarvis on Diversified plan meeting (.1) | 3.4 | 1,309.00 |
| 09-14-2006 | S. Freeman<br>Participate in call with debtor's and committees' professionals re plan issues (.5); review revised draft of plan term sheet and e-mail suggestions to Mr. R. Charles and DTDF (.3) | 0.8 | 408.00 |

| | | | |
|---|---|---|---|
| 09-14-2006 | R. Charles<br>Work with Mr. M. Levinson on Diversified plan meeting (.1); participate in call with Diversified and Debtors' counsel on plan issues, and work on revisions to FTDF proposed term sheet (2.1); work on term sheet with input from Ms. S. Freeman and Mr. J. Herman and draft letter to Ms. E. Karasik and Mr. G. Gordon (.5); work on term sheet with input from Mr. Burr and Mr. Herman (.3); read memo from Ms. A. Jarvis and forward draft (.1); work on term sheet with input from Mr. Levinson, Mr. Burr, Mr. M. Tucker (.5); work with Mr. Herman on revisions and forward to interested counsel (.2) | 3.8 | 1,463.00 |
| 09-15-2006 | S. Freeman<br>Telephone from A. Jarvis, M. Levinson, E. Karasik re plan term sheet (.2); follow up call with DTDF and plan negotiations and add in part Mr. R. Charles (.9) | 1.1 | 561.00 |
| 09-15-2006 | S. Freeman<br>Read e-mail from E. Karasik re plan negotiations and meeting | 0.1 | 51.00 |
| 09-15-2006 | R. Charles<br>Meet with Mr. M. Levinson, Mr. J. Herman, Mr. M. Tucker and Ms. S. Freeman on plan negotiations and settlement issues and strategy (.8); read and comment on the motion to extend the exclusive period to obtain confirmation of a plan (.2); reach out to Messrs G. Gordon and G. Garman; discuss plan and USAIP developments with Mr. Levinson (.2); read and respond to memo from Ms. E. Karasik (.1) | 1.2 | 462.00 |
| 09-16-2006 | R. Charles<br>Begin review of Debtors' plan and disclosure statement | 0.3 | 115.50 |
| 09-17-2006 | S. Freeman<br>Review disclosure statement as filed (.8); review plan as filed and note points to discuss (1.7) | 2.5 | 1,275.00 |
| 09-18-2006 | S. Freeman<br>E-mails to and from Diversified counsel re meeting to negotiate plan issues (.1); read e-mails to and from Mr. R. Charles, E. Karasik, M. Levinson re plan negotiations (.1); read E. Karasik e-mail re trust funding and send Mr. R. Charles e-mail re my thoughts on response (.1); telephone from Mr. R. Charles, Mr. M. Levinson, Mr. T. Burr re plan meeting and employee compensation issues (.6) | 0.9 | 459.00 |

ACCOUNT NO.              46533-00001
Invoice No.                    782638
October 23, 2006            Page 37

| 09-18-2006 | R. Charles | 0.9 | 346.50 |
|---|---|---|---|

Communications with committees and debtors on plan meeting and read memo from Ms. A. Jarvis (.1); work with Mr. M. Levinson on Diversified issues and meeting (.1); draft memo to all counsel on term sheet and plan discussions (.1); work with Mr. M. Levinson and Ms. S. Freeman on negotiations among Diversified and USACM on plan and litigation issues, and include Mr. T. Burr on same, proposed loan payment and discount, and on developments at the Debtors (.6)

| 09-18-2006 | S. Brown | 0.3 | 96.00 |
|---|---|---|---|

Review debtors' plan and disclosure statement

| 09-19-2006 | R. Charles | 0.2 | 77.00 |
|---|---|---|---|

Work with Mr. T. Burr on issues raised by the draft plan term sheet and on inquiry by Mesirow on the 2% holdback (.2)

| 09-20-2006 | R. Charles | 3.8 | 1,463.00 |
|---|---|---|---|

Negotiate with Mr. G. Gordon on plan issues (.5); draft memo to Ms. S. Smith and Ms. A. Jarvis on prepaid interest (.1); prepare for and meet with Mr. M. Levinson, Mr. J. Herman, Mr. M. Tucker, Mr. T. Burr, Ms. S. Freeman on Diversified and USACM plan issues and negotiations (2.8); work on revisions to plan filed by filed by Debtors (.5)

| 09-21-2006 | S. Freeman | 0.3 | 153.00 |
|---|---|---|---|

Read E. Karasik e-mail re plan term sheet and term sheet for discussion with committee

| 09-21-2006 | R. Charles | 1.1 | 423.50 |
|---|---|---|---|

Prepare for meeting with Diversified on plan issues (.2); meet with Diversified counsel, financial adviser, and Mr. T. Burr on plan and settlement issues (.7); read memo from Ms. E. Karasik and read revise joint plan term sheet (.3)

| 09-22-2006 | S. Freeman | 1.7 | 867.00 |
|---|---|---|---|

Conference call with Mr. R. Charles and Diversified professionals re plan negotiations

| 09-22-2006 | S. Freeman | 0.8 | 408.00 |
|---|---|---|---|

Read revised plan term sheet, mark changes and comments and send back to Diversified professionals, Mr. T. Charles and Mr. T. Burr

| 09-22-2006 | S. Freeman | 0.5 | 255.00 |
|---|---|---|---|

# LEWIS
## AND
# ROCA
#### LLP
L A W Y E R S

ACCOUNT NO.     46533-00001
Invoice No.     782638
October 23, 2006     Page 38

|  |  |  |  |
|---|---|---|---|
|  | Telephone from E. Karasik re plan term sheet issue (.1); e-mail to committee re same and impact on vote (.1); respond to member e-mail re same (.1); return M. Levinson call re plan issue (.1); read e-mil from T. Burr re default notice issue and respond (.1) |  |  |
| 09-22-2006 | S. Freeman<br>Telephone from M. Levinson, J. Hermann and M. Tucker re plan term sheet issues (1.7); follow-up call with Mr. R. Charles re issues discussed (.1); e-mail to E. Karasik re status (.1) | 1.9 | 969.00 |
| 09-22-2006 | R. Charles<br>Read memo from Ms. E. Karasik on plan term sheet (.1); work with Mr. M. Levinson etc. on plan discussions (.1); work with Ms. Freeman on plan issues with Diversified (.1); read memo from Ms. S. Freeman to Ms. E. Karasik on plan discussions (.1); call with Mr. Levinson, Mr. J. Herman, Mr. M. Tucker and Ms. Freeman on plan negotiations (1.7); work on revision to plan term sheet and redline and draft memo to Diversified and USACM professionals for input (.6) | 2.5 | 962.50 |
| 09-23-2006 | S. Freeman<br>Read revised mark-up of plan term sheet | 0.1 | 51.00 |
| 09-23-2006 | R. Charles<br>Work on changes to term sheet proposed by Ms. S. Freeman, further revise plan term sheet, redline and circulate to Diversified and USACM professionals (.4) | 0.4 | 154.00 |
| 09-25-2006 | R. Charles<br>Negotiate with Ms. E. Karasik and Mr. G. Gordon on plan issues (.3) | 0.3 | 115.50 |
| 09-26-2006 | R. Charles<br>Work with Mr. M. Levinson on plan negotiations, term sheet and conflict issues (.4); prepare for and participate in all committees and debtors' professionals call (1.1); negotiate with Mr. G. Gordon for direct lenders (.4); brief negotiation with Ms. E. Karasik for FTDF (.1) | 1.9 | 731.50 |
| 09-27-2006 | R. Charles<br>Prepare for and participate in settlement discussions with Ms. E. Karasik and Mr. T. Burr (.8); prepare for and participate in settlement discussions with Mr. M. Levinson (.5) | 1.3 | 500.50 |

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

ACCOUNT NO.                    46533-00001
Invoice No.                         782638
October 23, 2006               Page 39

---

| 09-27-2006 | S. Brown | 1.5 | 480.00 |
| | Review disclosure statement re nature of related companies and treatment of unsecured creditors | | |

| 09-29-2006 | S. Freeman | 0.1 | 51.00 |
| | Read e-mails from RQN and C. Carlyon re stipulated order on exclusivity and form of order, respond re authorized signature | | |

| 09-29-2006 | S. Brown | 3.1 | 992.00 |
| | Continue review of plan re definitions and classification structure and review exhibits re same (1.5); analyze related issues re investor inquiries and FAQs re same (.8); continue review of Silver Point term sheet and related sale issues (.8) | | |

| 09-30-2006 | S. Brown | 0.6 | 192.00 |
| | Continue reviewing provisions of plan re FAQ and discussion with unsecured creditors | | |

**TOTAL FOR TASK CODE B320**          **49.3**          **20,898.00**


**TOTAL FEES**                                    **$107,731.50**

**ADVANCES**

| 09-01-2006 | Other Disbursements - - VENDOR:A+ Conferencing call | 27.36 |
| 09-01-2006 | Other Disbursements - - VENDOR:A+ Conferencing call | 3.96 |
| 09-01-2006 | Other Disbursements - - VENDOR:A+ Conferencing call | 5.88 |
| 09-01-2006 | Postage | 72.45 |
| 09-01-2006 | Westlaw | 6.73 |
| 09-01-2006 | Westlaw | 7.03 |
| 09-01-2006 | Photocopying | 3.00 |
| 09-01-2006 | Photocopying | 5.60 |
| 09-01-2006 | Photocopying | 3.60 |
| 09-01-2006 | Long Distance Telephone 1(310)228-5790 4427 | 1.98 |
| 09-01-2006 | Long Distance Telephone 1(310)228-5705 4427 | 0.99 |
| 09-01-2006 | Long Distance Telephone 1(310)228-5660 4427 | 4.95 |
| 09-01-2006 | Long Distance Telephone 1(602)790-4778 4427 | 0.60 |
| 09-01-2006 | Long Distance Telephone 1(916)329-4910 4427 | 37.62 |
| 09-01-2006 | Long Distance Telephone 1(1480)241-4777 4427 | 0.45 |
| 09-01-2006 | Long Distance Telephone 1(702)228-7590 5314 | 1.98 |
| 09-04-2006 | Long Distance Telephone 1(818)784-4884 4427 | 2.97 |

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

ACCOUNT NO.                46533-00001
Invoice No.                        782638
October 23, 2006              Page 40

| Date | Description | Amount |
|------|-------------|--------|
| 09-05-2006 | Other Disbursements - - VENDOR A+ Conferencing call | 63.36 |
| 09-05-2006 | Other Disbursements - - VENDOR A+ Conferencing call | 36.00 |
| 09-05-2006 | Long Distance Telephone 1(602)424-7007 4427 | 2.29 |
| 09-05-2006 | Delivery/Pick-up - - VENDOR:Paradigm Attorney Service, Inc. Runner Service 08/28/06 | 48.00 |
| 09-05-2006 | Delivery/Pick-up - - VENDOR:Paradigm Attorney Service, Inc. Runner Service 08/29/06 ROC to Don Walker | 33.00 |
| 09-05-2006 | Delivery/Pick-up - - VENDOR:Paradigm Attorney Service, Inc. Runner Service 08/04/06 to Bankruptcy Court Cler | 10.00 |
| 09-05-2006 | Delivery/Pick-up - - VENDOR:Paradigm Attorney Service, Inc. Runner Service 08/25/06 | 10.00 |
| 09-06-2006 | Other Disbursements - - VENDOR:A+ Conferencing call | 197.04 |
| 09-06-2006 | Long Distance Telephone 1(305)579-0537 4427 | 12.87 |
| 09-06-2006 | Long Distance Telephone 1(516)781-5186 5321 | 0.99 |
| 09-06-2006 | Long Distance Telephone 1(801)532-1500 5756 | 0.99 |
| 09-06-2006 | Long Distance Telephone 1(916)329-4910 5756 | 9.90 |
| 09-06-2006 | Long Distance Telephone 1(702)250-3638 5756 | 0.99 |
| 09-06-2006 | Long Distance Telephone 1(801)323-3321 5756 | 12.87 |
| 09-06-2006 | Long Distance Telephone 1(520)349-0737 5756 | 1.20 |
| 09-06-2006 | Long Distance Telephone 1(916)329-4910 5756 | 7.92 |
| 09-06-2006 | Long Distance Telephone 1(801)323-3321 5756 | 0.99 |
| 09-06-2006 | Long Distance Telephone 1(520)349-0737 5756 | 0.43 |
| 09-06-2006 | Long Distance Telephone 1(801)323-3321 5756 | 1.98 |
| 09-07-2006 | Delivery - Federal Express - - VENDOR:Federal Express Corporation Fed Ex 08/24/06 Mailroom to Rob Charles | 76.01 |
| 09-07-2006 | Long Distance Telephone 1(408)244-4662 5321 | 10.89 |
| 09-07-2006 | Long Distance Telephone 1(702)873-7111 4427 | 4.95 |
| 09-07-2006 | Long Distance Telephone 1(310)614-5144 4427 | 4.95 |
| 09-07-2006 | Travel Expenses by S. Freeman on 08/31/06 for Travel to Las Vegas for court hearing on 08/31/06 | 527.90 |
| 09-08-2006 | Other Disbursements - - VENDOR:A+ Conferencing call | 163.08 |
| 09-08-2006 | Copying Expense (Outside Office) - - VENDOR:Case by Case, Ltd. Outside copy service | 223.04 |
| 09-10-2006 | Long Distance Telephone 1(702)388-6192 4427 | 1.98 |
| 09-11-2006 | Postage | 44.46 |
| 09-11-2006 | Westlaw | 5.63 |
| 09-11-2006 | Photocopying | 91.60 |
| 09-11-2006 | Photocopying | 0.20 |
| 09-11-2006 | Photocopying | 1.80 |
| 09-11-2006 | Photocopying | 3.80 |
| 09-11-2006 | Long Distance Telephone 1(702)871-6790 4427 | 33.66 |
| 09-11-2006 | Long Distance Telephone 1(702)385-5509 4427 | 12.87 |
| 09-11-2006 | Long Distance Telephone 1(602)790-4778 4427 | 3.00 |

# LEWIS
### AND
# ROCA
#### —— LLP ——
L A W Y E R S

ACCOUNT NO.                46533-00001
Invoice No.                    782638
October 23, 2006            Page 41

| | | |
|---|---|---:|
| 09-11-2006 | Long Distance Telephone 1(702)385-5509 4427 | 0.99 |
| 09-12-2006 | Service of Process - - VENDOR:Paradigm Attorney Service, Inc. | 10.00 |
| 09-12-2006 | Westlaw | 5.63 |
| 09-12-2006 | Westlaw | 63.27 |
| 09-12-2006 | Westlaw | 67.56 |
| 09-12-2006 | Photocopying | 12.00 |
| 09-12-2006 | Long Distance Telephone 1(801)323-3321 4427 | 1.98 |
| 09-12-2006 | Long Distance Telephone 1(916)329-4910 4427 | 22.77 |
| 09-12-2006 | Long Distance Telephone 1(702)250-3638 4427 | 2.97 |
| 09-12-2006 | Long Distance Telephone 1(602)790-4778 4427 | 0.84 |
| 09-13-2006 | Westlaw | 5.63 |
| 09-13-2006 | Westlaw | 139.26 |
| 09-13-2006 | Photocopying | 0.20 |
| 09-13-2006 | Photocopying | 0.40 |
| 09-14-2006 | Westlaw | 46.88 |
| 09-14-2006 | Westlaw | 123.86 |
| 09-14-2006 | Westlaw | 170.71 |
| 09-14-2006 | Westlaw | 11.26 |
| 09-15-2006 | Postage | 181.26 |
| 09-15-2006 | Westlaw | 59.09 |
| 09-15-2006 | Westlaw | 111.34 |
| 09-15-2006 | Westlaw | 106.97 |
| 09-15-2006 | Westlaw | 59.09 |
| 09-15-2006 | Westlaw | 58.16 |
| 09-15-2006 | Westlaw | 5.86 |
| 09-15-2006 | Westlaw | 16.89 |
| 09-15-2006 | Photocopying | 7.80 |
| 09-15-2006 | Photocopying | 0.80 |
| 09-15-2006 | Photocopying | 3.80 |
| 09-15-2006 | Photocopying | 1.80 |
| 09-15-2006 | Photocopying | 295.80 |
| 09-15-2006 | Photocopying | 69.60 |
| 09-15-2006 | Photocopying | 295.80 |
| 09-15-2006 | Photocopying | 2.00 |
| 09-15-2006 | Photocopying | 0.60 |
| 09-15-2006 | Long Distance Telephone 1(702)796-5555 4427 | 1.98 |
| 09-15-2006 | Long Distance Telephone 1(916)329-4910 4427 | 17.82 |
| 09-15-2006 | Long Distance Telephone 1(801)323-3321 4427 | 1.98 |
| 09-15-2006 | Long Distance Telephone 1(702)228-7590 4427 | 0.99 |
| 09-18-2006 | Long Distance Telephone 1(916)329-4910 4427 | 38.61 |
| 09-18-2006 | Long Distance Telephone 1(602)424-7007 4427 | 5.80 |
| 09-18-2006 | Long Distance Telephone 1(818)576-8211 5321 | 2.97 |

# LEWIS
## AND
## ROCA
### —— LLP ——
### L A W Y E R S

ACCOUNT NO.          46533-00001
Invoice No.                      782638
October 23, 2006          Page 42

| Date | Description | Amount |
|------|-------------|-------:|
| 09-19-2006 | Service of Process - - VENDOR:Paradigm Attorney Service, Inc. | 10.00 |
| 09-19-2006 | Other Disbursements - - VENDOR:A+ Conferencing call | 243.72 |
| 09-19-2006 | Postage | 71.82 |
| 09-19-2006 | Photocopying | 2.20 |
| 09-19-2006 | Photocopying | 150.20 |
| 09-19-2006 | Long Distance Telephone 1(801)532-1500 4427 | 0.99 |
| 09-20-2006 | Long Distance Telephone 1(702)796-5555 4427 | 28.71 |
| 09-20-2006 | Long Distance Telephone 1(775)786-5000 4427 | 0.99 |
| 09-20-2006 | Long Distance Telephone 1(602)424-7007 4427 | 0.36 |
| 09-21-2006 | Postage | 40.56 |
| 09-21-2006 | Photocopying | 18.00 |
| 09-21-2006 | Photocopying | 2.00 |
| 09-21-2006 | Photocopying | 1.40 |
| 09-21-2006 | Photocopying | 68.40 |
| 09-21-2006 | Long Distance Telephone 1(602)418-2906 4427 | 5.64 |
| 09-22-2006 | Other Disbursements - - VENDOR:A+ Conferencing call | 21.00 |
| 09-22-2006 | Other Disbursements - - VENDOR:A+ Conferencing call | 121.68 |
| 09-22-2006 | Photocopying | 18.00 |
| 09-22-2006 | Long Distance Telephone 1(623)551-1516 4427 | 3.48 |
| 09-22-2006 | Long Distance Telephone 1(1480)747-5657 4427 | 1.97 |
| 09-22-2006 | Long Distance Telephone 1(1480)216-9900 4427 | 0.16 |
| 09-22-2006 | Long Distance Telephone 1(480)998-7761 4427 | 4.46 |
| 09-22-2006 | Long Distance Telephone 1(702)250-3638 5740 | 0.99 |
| 09-22-2006 | Long Distance Telephone 1(310)228-5605 5740 | 20.79 |
| 09-22-2006 | Long Distance Telephone 1(702)735-1509 5321 | 4.95 |
| 09-22-2006 | Long Distance Telephone 1(702)385-5509 5740 | 1.98 |
| 09-22-2006 | Long Distance Telephone 1(520)349-0737 5756 | 0.60 |
| 09-25-2006 | Travel Expense - - VENDOR:Robert M. Charles, Jr. Trv/Las Vegas, NV to attend hearing and meetings  9/13/06 165 | 291.90 |
| 09-25-2006 | Other Disbursements - - VENDOR:A+ Conferencing call | 21.72 |
| 09-25-2006 | Long Distance Telephone 1(602)424-7007 4427 | 2.28 |
| 09-25-2006 | Long Distance Telephone 1(702)228-7590 4461 | 0.99 |
| 09-25-2006 | Long Distance Telephone 1(702)471-7432 4461 | 2.97 |
| 09-26-2006 | Westlaw | 11.72 |
| 09-26-2006 | Westlaw | 22.52 |
| 09-26-2006 | Photocopying | 7.20 |
| 09-26-2006 | Long Distance Telephone 1(916)329-4910 4427 | 19.80 |
| 09-26-2006 | Long Distance Telephone 1(702)796-5555 4427 | 27.72 |
| 09-26-2006 | Long Distance Telephone 1(310)228-5605 4427 | 4.95 |
| 09-27-2006 | Long Distance Telephone 1(602)418-2906 4427 | 10.20 |
| 09-27-2006 | Long Distance Telephone 1(310)228-5605 4427 | 39.60 |
| 09-27-2006 | Long Distance Telephone 1(801)323-3321 4427 | 5.94 |

LEWIS
AND
ROCA
LLP
L A W Y E R S

| 09-28-2006 | Service of Process - - VENDOR:Paradigm Attorney Service, Inc. | 10.00 |
| 09-28-2006 | Photocopying | 0.20 |
| 09-28-2006 | Photocopying | 4.20 |
| 09-29-2006 | Photocopying | 10.60 |

**TOTAL ADVANCES**  $ 5,220.37

## TIMEKEEPER SUMMARY BY TASK

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| **TASK CODE    B110 CASE ADMINISTRATION** | | | |
| S. Freeman | 510.00 | 14.4 | 7,344.00 |
| R. Charles | 385.00 | 5.3 | 2,040.50 |
| S. Brown | 320.00 | 14.6 | 4,672.00 |
| M. Schoenike | 180.00 | 5.6 | 1,008.00 |
| C. Jordan | 55.00 | 2.0 | 110.00 |
| **TOTAL FOR TASK CODE B110** | | **41.9** | **15,174.50** |
| **TASK CODE    B120 ASSET ANALYSIS/RECOVERY** | | | |
| S. Freeman | 510.00 | 0.9 | 459.00 |
| R. Charles | 385.00 | 6.1 | 2,348.50 |
| R. McKirgan | 425.00 | 1.7 | 722.50 |
| C. Jordan | 55.00 | 0.8 | 44.00 |
| **TOTAL FOR TASK CODE B120** | | **9.5** | **3,574.00** |
| **TASK CODE    B130 ASSET DISPOSITION** | | | |

**LEWIS**
**AND**
**ROCA**
——— LLP ———
L A W Y E R S

ACCOUNT NO.    46533-00001
Invoice No.    782638
October 23, 2006    Page 44

| | | | |
|---|---|---|---|
| S. Freeman | 510.00 | 23.0 | 11,730.00 |
| R. Charles | 385.00 | 28.9 | 11,126.50 |
| **TOTAL FOR TASK CODE B130** | | **51.9** | **22,856.50** |

### TASK CODE   B150 MEETINGS OF CREDITORS

| | | | |
|---|---|---|---|
| S. Freeman | 0.00 | 1.0 | 0.00 |
| S. Freeman | 510.00 | 13.7 | 6,987.00 |
| R. Charles | 385.00 | 23.7 | 9,124.50 |
| S. Brown | 320.00 | 0.9 | 288.00 |
| M. Schoenike | 180.00 | 0.5 | 90.00 |
| S. Meskell | 0.00 | 2.2 | 0.00 |
| S. Meskell | 145.00 | 12.9 | 1,870.50 |
| **TOTAL FOR TASK CODE B150** | | **54.9** | **18,360.00** |

### TASK CODE   B160 FEE/EMPLOYMENT APPLICATIO

| | | | |
|---|---|---|---|
| S. Freeman | 510.00 | 0.6 | 306.00 |
| R. Charles | 0.00 | 0.2 | 0.00 |
| R. Charles | 385.00 | 1.5 | 577.50 |
| S. Brown | 320.00 | 0.2 | 64.00 |
| M. Schoenike | 180.00 | 0.2 | 36.00 |
| S. Meskell | 145.00 | 2.8 | 406.00 |
| **TOTAL FOR TASK CODE B160** | | **5.5** | **1,389.50** |

### TASK CODE   B170 FEE/EMPLOYMENT OBJECTIONS

| S. Freeman | 510.00 | 13.8 | 7,038.00 |
| R. Charles | 385.00 | 8.5 | 3,272.50 |
| S. Brown | 320.00 | 23.5 | 7,520.00 |
| M. Schoenike | 180.00 | 0.2 | 36.00 |
| J. Siatta | 145.00 | 0.7 | 101.50 |

**TOTAL FOR TASK CODE B170**          **46.7**          **17,968.00**

**TASK CODE    B180 AVOIDANCE ACTION ANALYSIS**

| R. Charles | 385.00 | 0.1 | 38.50 |

**TOTAL FOR TASK CODE B180**          **0.1**          **38.50**

**TASK CODE    B190 OTHER CONTESTED MATTERS**

| S. Freeman | 510.00 | 2.9 | 1,479.00 |
| R. Charles | 0.00 | 0.3 | 0.00 |
| R. Charles | 385.00 | 2.6 | 1,001.00 |

**TOTAL FOR TASK CODE B190**          **5.8**          **2,480.00**

**TASK CODE    B195 NON-WORKING TRAVEL**

| S. Freeman (TIME BILLED 50%) | 510.00 | 3.5 | 1,785.00 |
| R. Charles (TIME BILLED 50%) | 385.00 | 2.2 | 847.00 |

**TOTAL FOR TASK CODE B195**          **5.7**          **2,632.00**

**TASK CODE    B220 EMPLOYEE BENEFITS/PENSION**

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | | |
|---|---|---|---|
| S. Freeman | 510.00 | 0.5 | 255.00 |
| R. Charles | 385.00 | 0.3 | 115.50 |
| **TOTAL FOR TASK CODE B220** | | **0.8** | **370.50** |

### TASK CODE   B310 CLAIMS ADMIN/OBJECTIONS

| | | | |
|---|---|---|---|
| S. Freeman | 510.00 | 0.6 | 306.00 |
| R. Charles | 385.00 | 0.4 | 154.00 |
| S. Brown | 320.00 | 1.8 | 576.00 |
| M. Schoenike | 180.00 | 5.3 | 954.00 |
| **TOTAL FOR TASK CODE B310** | | **8.1** | **1,990.00** |

### TASK CODE   B320 PLAN/DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| S. Freeman | 510.00 | 18.2 | 9,282.00 |
| R. Charles | 385.00 | 25.6 | 9,856.00 |
| S. Brown | 320.00 | 5.5 | 1,760.00 |
| **TOTAL FOR TASK CODE B320** | | **49.3** | **20,898.00** |

| | | | |
|---|---|---|---|
| **TOTAL ALL TASKS** | | **280.2** | **107,731.50** |



## TIMEKEEPER SUMMARY

| Timekeeper | Billed Per Hour | Hours Billed | Billed Amount |
|---|---|---|---|
| S. Freeman | 0.00 | 1.0 | 0.00 |
| S. Freeman | 510.00 | 92.1 | 46,971.00 |
| R. Charles | 0.00 | 0.5 | 0.00 |
| R. Charles | 385.00 | 105.2 | 40,502.00 |
| R. McKirgan | 425.00 | 1.7 | 722.50 |
| S. Brown | 320.00 | 46.5 | 14,880.00 |
| J. Siatta | 145.00 | 0.7 | 101.50 |
| C. Jordan | 55.00 | 2.8 | 154.00 |
| M. Schoenike | 180.00 | 11.8 | 2,124.00 |
| S. Meskell | 0.00 | 2.2 | 0.00 |
| S. Meskell | 145.00 | 15.7 | 2,276.50 |
| **Total all Timekeepers** | | **280.2** | **$ 107,731.50** |

## ADVANCE SUMMARY

| Description | Amount |
|---|---|
| Delivery - Federal Express | 76.01 |
| Travel Expense | 291.90 |
| Service of Process | 30.00 |
| Other Disbursements (Conference Calls) | 904.80 |
| Postage | 410.55 |
| Westlaw Computer Research | 1,105.09 |
| Long Distance Telephone | 467.48 |
| Pickup and Delivery | 101.00 |
| Copying Expense (Outside Office) | 223.04 |



ACCOUNT NO.                    46533-00001
Invoice No.                         782638
October 23, 2006                 Page 48

| Description | Amount |
|---|---|
| Travel Expenses | 527.90 |
| Photocopying | 1,082.60 |
| **Total Advances** | **$ 5,220.37** |

**TOTAL FEES AND ADVANCES**        **$112,951.87**

**DUE AND PAYABLE UPON RECEIPT**