Richard McKnight, Esq.
Nevada State Bar No. 001313
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

E-filed on October 26, 2006.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

In re:
USA CAPITAL REALTY ADVISORS, LLC.,

Debtor.

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,

Debtor.

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC.,

Debtor.

In re:
USA SECURITIES, LLC.,

Debtor.

Affects:
 ❑ All Debtors
 ❑ USA Commercial Mortgage Company
 ❑ USA Securities, LLC
 ❑ USA Capital Realty Advisors, LLC
 ❑ USA Capital Diversified Trust Deed Fund, LLC
 ❑ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

**Jointly Administered Under**
**Case No. BK-S-06-10725-LBR**

Date: November 28, 2006
Time: 9:30 a.m.
Place: Court Room #1

**THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST AND RICHARD McKNIGHT SEP-IRA'S JOINDER TO THE UNITED STATES TRUSTEE'S MOTION TO CONVERT CASES TO PROCEEDINGS UNDER CHAPTER 7**

Creditors, The Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight

Page 1 of 2

1  SEP-IRA, join in and incorporate by reference United States Trustee's Motion to Convert Cases to

2  Proceedings Under Chapter 7 filed by August B. Landis on or about October 24, 2006.

3      DATED this 26th day of October, 2006

4                                      THE LAW OFFICES OF RICHARD MCKNIGHT, P.C.

6                                      By:  /s/  David Mincin for
                                            Richard McKnight, Esq.
7                                              State Bar No. 1313
                                            330 S. Third St., #900
8                                              Las Vegas, NV 89101
                                            Attorneys for the McKnight 2000 Family Trust
9                                              and the Richard McKnight SEP-IRA