JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784                           E-Filed:   10/26/06
KRAVITZ SCHNITZER SLOANE
JOHNSON & EBERHARDY
1389 Galleria Drive, Suite 200
Henderson, NV  89014
702/222-4143
JSloane@kssattorneys.com
Attorney for Creditor/Movant
CITICORP VENDER FINANCE, INC fka EAB LEASING CORP.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | ) | In Proceedings Under |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
| | ) | BK-S-06-10725-lbr |
| Debtor | ) | |

## CERTIFICATE OF MAILING PROOF OF CLAIM

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd., and that on the 26th day of October, 2006, I deposited for mailing, at Henderson, Nevada, a true copy of the Proof of Claim, addressed to:

USA COMMERCIAL MORTGAGE COMPANY
4484 S. Pecos Rd.
Las Vegas, NV 89121

ANNETTE W. JARVIS, ESQ.
PO Box 45385
Salt Lake City, UT 84145

U.S. TRUSTEE
300 Las Vegas Blvd. So. #4300
Las Vegas NV  89101

/s/GLENDA AARON
An Employee Of Kravitz, Schnitzer,
Sloane, Johnson & Eberhardy, Chtd.

FORM B10 (Official Form 10)(04/04)

| UNITED STATES BANKRUPTCY COURT-DISTRICT OF NEVADA | PROOF OF CLAIM -CHAPTER [ ] 7  [X] 11  [ ] 12  [ ] 13 |
|---|---|

| Name of Debtor    USA COMMERCIAL MORTGAGE COMPANY | Case Number   06-10725-LBR | (This space for court use) |
|---|---|---|

NOTE: This form should NOT be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. Section 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br><br>CITICORP VENDOR FINANCE, INC., f/k/a EAB LEASING CORP | [ ] Check box if you are aware that anyone  else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name & address where notices should be sent:<br>JEFFREY G. SLOANE, ESQ.<br>KRAVITZ SCHNITZER SLOANE JOHNSON & EBERHARDY<br>1389 Galleria Drive, Suite 200<br>Henderson, NV  89014<br><br>Telephone number:  (702)  362-6666 | [ ] Check box if you have never received any notices from the bankruptcy court in this case.<br><br>[ ] Check box if the address differs from the address on the envelope sent to you by the court. |

| Account or other number by which creditor identifies debtor:  06-10725-LBR | Check here if this claim<br>   [ ]  replaces   [ ] amends a previously filed claim, dated_____ |
|---|---|

I. BASIS FOR CLAIM

```
    [ ]  Goods sold                              [ ]  Retiree benefits as defined in 11 U.S.C. § 1114(a)
    [ ]  Services performed                      [ ]  Wages, salaries, and compensation (FILL OUT BELOW)
    [ ]  Money loaned                                 Last four digits of your Social Security #_____
    [ ]  Personal injury/wrongful death               Unpaid compensation for services performed from
    [ ]  Taxes                                        (date) _____ To_____ (date)
    [X]  Other  lease
```

2. Date debt was incurred: 11/13/2001           3. If court judgment, date obtained:

4. Total claim at time case filed: $_____ (Unsecured) $__12,019.12____(Secured) $_____(Priority) $_____(Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   [x]  Check this box if claim includes interest, or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>   [ ] Check this box if your claim is secured by collateral (including a right of setoff)<br><br>Brief description of collateral:<br><br>   [ ]  Real Estate       [ ]    Motor vehicle<br>   [X]  Other   Xerox copier and Fax machine<br>Value of collateral:  $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any:<br><br>$_____ | 7. Unsecured Priority Claim.<br>   [ ] Check this box if you have an unsecured priority claim.<br>      Amount entitled to priority $_____<br>   Specify the priority of the claim:<br><br>   [ ]  Wages, salaries, or commissions up to $4,925* earned within 90 days before filing of the bankruptcy petition, or cessation of the debtor's business, whichever is earlier- 11 U.S.C. § 507(a)(3)<br>   [ ]  Contributions to an employee benefit plan.- 11 U.S.C. § 507(a)(4)<br>   [ ]  Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use- 11 U.S.C. § 507(a)(6)<br>   [ ]  Alimony, maintenance, or support owed to a spouse, former spouse, or child- 11 U.S.C. § 507(a)(7)<br>   [ ]  Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8)<br>   [ ]   OTHER-Specify applicable paragraph of 11 U.S.C. § 507(a)(         ) |
|---|---|
| 6. Unsecured Non Priority Claim | *Amounts are subject to adjustment on 4/1/07 and every three years there-after with respect to cases commenced on or after the date of adjustment. |

| 8. Credits:  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br><br>9. Supporting documents: Attach copies of supporting documents, such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary. | (This space for court use) |
|---|---|
| Date:  Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach  copy of power of attorney, if any):<br><br>October 24, 2006  /s/JEFFREY G. SLOANE, ESQ., for CITICORP VENDOR FINANCE, INC., f/k/a EAB LEASING CORP | |

    Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571