JEFFREY G. SLOANE, ESQ.
Nevada Bar No.: 00784
KRAVITZ, SCHNITZER, SLOANE
JOHNSON & EBERHARDY, CHTD.
1389 Galleria Drive, Suite 200
Henderson, NV 89014
(702) 222-4143
JSloane@kssattorneys.com
Attorney for Creditor/Movant
CITICORP VENDER FINANCE, INC., fka EAB LEASING CORP.

E-filed 10/26/06

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:

USA COMMERCIAL MORTGAGE COMPANY

Debtor.

In Proceedings Under
Chapter 11
BK-S-06-10725-LBR

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

COMES NOW, Creditor, Citicorp Vender Finance, Inc., fka EAB Leasing Corp., by and through its counsel, Jeffrey G. Sloane, Esq., of Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd., and hereby makes notice of appearance and requests that the Law firm Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd., be given notice of the filing of any pleading in this proceedings filed pursuant to Bankruptcy Rule 7001 and any pleading filed in connection therewith, along with Special Notice of any and all pleadings and papers filed in connection with

/ / / /

/ / / /

/ / / /

/ / / /

any contested matters under Rule 9014, together with notice of any and creditors' meetings and related hearings to the following address:

> Jeffrey G. Sloane, Esq.
> Kravitz, Schnitzer, Sloane,
> Johnson & Eberhardy, Chtd.
> 1389 Galleria Drive, Suite 200
> Henderson, NV 89014

DATED this 26th day of October, 2006.

> Kravitz, Schnitzer, Sloane,
> Johnson & Eberhardy, Chtd.
>
> /s/JEFFREY G. SLOANE ESQ.
> JEFFREY G. SLOANE, ESQ.
> Nevada Bar No.: 000784
> 1389 Galleria Drive, Suite 200
> Henderson, NV 89014
> (702) 222-4143
> Attorney for Creditor

## CERTIFICATE OF MAILING

Pursuant to FRCP 5(b) I hereby certify that I am an employee of Kravtiz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd., and that on the 26th day of October, 2006, I deposited for mailing, a true copy of the above and foregoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE, addressed to:

> USA COMMERCIAL MORTGAGE COMPANY
> 4484 S. Pecos Rd.
> Las Vegas, NV 89121
>
> ANNETTE W. JARVIS, ESQ.
> PO Box 45385
> Salt Lake City, UT 84145
>
> U.S. TRUSTEE
> 300 Las Vegas Blvd. So. #4300
> Las Vegas NV 89101

> /s/GLENDA AARON
> An employee of Kravtiz, Schnitzer, Sloane,
> Johnson & Eberhardy, Chtd.