**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on October 26, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** | Chapter 11 Cases |
|    06-10725 – Lead Case | |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** | |
|    06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** | Date: N/A |
|    06-10727 | Time: N/A |
| | **Affecting:** |
| **USA Capital First Trust Deed Fund, LLC** | × All Cases |
|    06-10728 | or Only: |
| | ¨ USA Commercial Mortgage Company |
| **USA Securities, LLC** | ¨ USA Capital Realty Advisors, LLC |
|    06-10729 | ¨ USA Capital Diversified Trust Deed Fund, LLC |
|                    **Debtors.** | × USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

    A)  Third Monthly Fee Statement of Lewis and Roca LLP, Counsel to the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company [DE 1670].

2. I served the foregoing by the following means to the persons as listed below:

1782895.1

LEWIS AND ROCA LLP LAWYERS

A)  ECF System to the persons listed on Exhibit A on October 25, 2006;

B)  Email on October 25, 2006 to the following parties:

Annette W. Jarvis, Esq.
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385
ajarvis@rqn.com

Marc A. Levinson
Lynn Trinka Ernce
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
malevinson@orrick.com
lernce@orrick.com

Frank A. Merola
Eve H. Karasik
Christine M. Pajak
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Fmerola@stutman.com
ekarasik@stutman.com
cpajak@stutman.com

Gerald M. Gordon
Gregory E. Garman
 GORDON & SILVER, LTD
3960 Howard Hughes Parkway, 9th floor
Las Vegas, NV 89109
gmg@gordonsilver.com
geg@gordonsilver.com

Lenard E. Schwartzer
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146-5408
bkfilings@s-mlaw.com

1782895.1



August B. Landis
Office of the U.S. Trustee
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of October, 2006.

                                            /s/ Christine E. Laurel
                                            Christine E. Laurel

1782895.1