**DAVID W. HUSTON, ESQ.**
Nevada Bar No. 00855
**THE LAW OFFICE OF DAVID W. HUSTON, P.C.**
601 South Seventh Street
Las Vegas, Nevada 89101
702/384-9555
702/384-9517  (Fax)

Electronically Filed: **October 26, 2006**

**Special Counsel for USA Commercial Mortgage Company**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **AMENDED COMPLAINT FOR**<br>**INTERPLEADER** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>x  USA First Trust Deed Fund, LLC | |
| USA COMMERCIAL MORTGAGE COMPANY<br><br>                                                  Plaintiff,<br><br>v.<br><br>RONALD J. WITCO, EXECUTOR OF THE JOHN | **Adversary No. 06- 01146** |

1

David W. Huston
Attorney at Law
A Professional Corporation

| | |
|---|---|
| 1 | DUTKIN REVOCABLE LIVING TRUST; BEVERLY J. STILES, TRUSTEE OF THE BEVERLY STILES REVOCABLE TRUST DTD. 8/10/05; ROBERT J. & RUTH A. KEHL; ROCKLIN/REDDING, LLC; RETIREMENT ACCOUNTS INC. CUSTODIAN FOR JUDD ROBBINS IRA; DANIEL & LAURA DRUBIN; GRABLE P. RONNING; GREGORY W. & CARRIE M. STIMPSON; CASTULO O. MARTINEZ; THE WILD WATER LP; CROSBIE B. RONNING; FIRST SAVINGS BANK, CUSTODIAN FOR GEORGE J. MOTTO IRA; JOHN ROBERT MALLIN JR. & MARIE THERESA MALLIN, TRUSTEE MALLIN FAMILY TRUST DATED 7-12-99; PHILLIP N. & BENITA M. RALSTON, TRUSTEE RALSTON FAMILY TRUST DATED 5-16-00; JAMES FEENEY, TRUSTEE E&M HARDWARE PROFIT SHARING PLAN; JANIS N. ROMO, CUSTODIAN FOR MARIO W. ROMO; MARIETTA S. VON BERG, TRUSTEE ; ROBERT W. ULM, TRUSTEE, ROBERT W. ULM LIVING TRUST DATED 4-11-05; PETER A. & FABIOLA A. BOLINO; HOWARD CONNELL AND LORENE CONNELL; JEAN JACQUES BERTHELOT, TRUSTEE OF THE BERTHELOT LIVING TRUST DATED 4-9-03; FIRST TRUST CO. OF ONAGA CUSTODIAN FOR KAREN MOBERLY IRA; BETTY KOLSTRUP; WILLIAM P. KENNY AND NANCY J. COSTELLO; GARETH A.R. CRANER, TRUSTEE OF THE GARETH A.R CRANER TRUST DTD. 6-01-02; RONALD G. GARDNER TRUSTEE OF THE RONALD G GARDNER TRUST; GEORGE W. HUBBARD AND CAROL N. HUBBARD; DONALD PINSKER; JEFF P. DILLENBURG AND KAREN A. DILLENBURG; PAUL D. GRAF AND MARGARET A. GRAF; BUNNY VREELAND;  SCOTT A. KUSICH; DINA LADD; MARY ANN DEAL; MONIGHETTI, INC.; JOHN G. SCHLICHTING AND ELIZABETH A. SCHLICHTING; DONALD S. TOMLIN AND DOROTHY R. TOMLIN, TRUSTEE OF THE DONALD S. TOMLIN & DOROTHY R. TOMLIN REV. TRUST; MARK L. EAMES AND SANDRA K. EAMES; ROBERT L. OGREN, TRUSTEE FOR THE BENEFIT OF THE ROBERT L. OGREN TRUST DATE D 6-30-92; JASPER BENINCASA, |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | JR.; PAT A. DOLCE AND LORA DEAN DOLCE; DRS. STANLEY ALEXANDER AND FLORENCE ALEXANDER; M.W. GORTS AND COMPANY; EDWIN ARNOLD IRA; M. CRAIG MEDOFF TRUSTEE OF THE MEDOFF FAMILY TRUST DATED 9-1-88; USA CAPITAL FIRST TRUST DEED, ALAN A. BENNETT; A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY; PORTER A. HURT, A SINGLE MAN; PAULIUS MOSINSKIS, A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY,<br><br>                                                  Defendants. |

Plaintiff, USA Commercial Mortgage Company ("USACMC"), by and through its Special Counsel, David W. Huston, Esq., hereby files its Amended Complaint for Interpleader ("Amended Complaint") and complains as follows

**JURISDICTION**

1.  This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157 and 11 U.S.C. § 105.

2.  This proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A),(B), and (O).

3.  This is an adversary proceeding pursuant to Fed.R.Bankr.P. 7022.

4.  This Court has venue over this proceeding pursuant to 28 U.S.C. § 1409(a).

**GENERAL ALLEGATIONS**

5.  USACMC filed for relief under Chapter 11 of the Bankruptcy Code on April 13, 2006 (the "Petition Date").

6.  USACMC was primarily engaged in the business of originating, brokering and servicing commercial real estate loans and fractional interests therein.

7.  The loan documents and other records of USACMC indicate that there are approximately 3,600 investors (the "Direct Lenders") whose names appear as a "Lender" for one or more of the Serviced Loans.

8.  USACMC brokered assignments of fractional loan interests in a particular project

3

(the "Project") from a Direct Lender who desired to liquidate its interest ("Assignor") to another Direct Lender who desired to acquire a fractional loan interest ("Assignee") in the Project.

9. On the Petition Date, USACMC was holding a total of $1,784,971.99, plus some accrued interest (the "Funds"), in its pre-petition "Investors Trust Account" at Wells Fargo Bank (the "WFB Investor Account") in connection with the brokered assignments.

10. On information and belief, the Funds represent monies that Assignees transmitted for investment to the WFB Investor Account shortly before the Petition Date that were in turn transmitted to Assignors in checks drawn on the WFB Investor Account that had not cleared as of the Petition Date.

11. USACMC sent the checks to the Assignors upon receipt from the Assignors of an executed and notarized document entitled "Assignment of Beneficial Interest in Deed of Trust [or Mortgage]" ("Assignment") each of which is dated, specifies the name and contains the signature of the Assignor, the name of the intended Assignee, the name or identity of the project (the "Project") and the dollar amount of the fractional loan interest in the Project that was assigned.

12. Some of the Assignments identified in Paragraph 11, above, were recorded where the particular Project is located, while others had not been recorded as of the Petition Date.

13. When the checks from USACMC to the Assignors were presented for payment from the WFB Investor Account shortly after the Petition Date, they did not clear due to the filing of USACMC's bankruptcy petition..

14. On April 19, 2006, Wells Fargo Bank permitted one of the checks in the amount of $100,000.00, which had been re-deposited for payment by Assignor James Feeney, Trustee of E & M Hardware Profit Sharing Plan (the "Feeney Check"), to be paid from the WFB Investor Account.

15. On May 2, 2006, USACMC transferred $1,877,080.27, which was the balance of the WFB Investor Account on that date, consisting of the Funds, plus accrued interest of $192,108.28, less the $100,000.00 Feeney Check, to USACMC's then new DIP Investor Account at Bank of America, where the funds are still being held.

4

16. The Direct Lender Assignors and Assignees who have thus far not entered into settlement agreements with respect to the ownership of the funds and the fractional interests in each Project, are identified as follows:

(a). Ronald J. Witco, Executor of the John Dutkin Trust (Assignor) and Howard Connell and Lorene Connell (Assignees), Assignment dated March 23, 2006, recorded April 13, 2006, USACMC check No. 2955 in the amount of $25,000.00 for purchase of interest in Capital Land Investors, LLC ("Fiesta Stoneridge") Project;

(b) Beverly J. Stiles, Trustee (Assignor) and Howard Connell and Lorene Connell (Assignees), Assignment dated March 27, 2006, recorded April 13, 2006, USACMC Check No. 2958 in the amount of $12,500.00 for purchase of interest in Capital Land Investors, LLC ("Fiesta Stoneridge") Project;

(c) Ronald J. Witco, Executor of the John Dutkin Trust (Assignor) and Jean Jacques Berthelot Trustee (Assignee), Assignment dated March 23, 2006, recorded April 13, 2006, USACMC Check No. 2967 in the amount of $25,000.00 for purchase of an interest in Capital Land Investors, LLC ("Fiesta Stoneridge") Project;

(d) Robert J. Kehl and Ruth Ann Kehl (Assignors) and First Trust Company of Onaga C/F Karen S. Moberly IRA (Assignee), Assignment dated March 24, 2006, sent to be recorded April 11, 2006, USACMC Check No. 2985 in the amount of $25,000.00 for purchase of an interest in HFAH Clear Lake, LLC Project;

(e) Ronald J. Witco, Executor of the John Dutkin Trust (Assignor) and Onaga C/F Karen S. Moberly IRA (Assignee), Assignment dated March 23, 2006, "Assignment in file room – not recorded", USACMC Check No. 2986 in the amount of $6,120.90 for purchase of an interest in Brookmere, LLC and Lord & Essex Matteson, LLC Project;

(f) Rocklin/Redding LLC (Assignor) and Ronald G. Gardner, Trustee (Assignee), Assignment dated March 29, 2006, recorded April 13, 2006, USACMC Check No. 2992 in the combined amount of $540,000.00, with $50,000.00 of that amount attributed to the Assignee for purchase of an interest in Capital Land Investors, LLC ("Fiesta Stoneridge") Project;

(g) Rocklin/Redding LLC (Assignor) and Alan B. Bennett (Assignee),

5

1  Assignment dated March 29, 2006, recorded April 13, 2006, USACMC Check No. 2992 in the
2  combined amount of $540,000.00, with $60,000.00 of that amount attributed to the Assignee for
3  purchase of an interest in Capital Land Investors, LLC ("Fiesta Stoneridge") Project;

4        (h) Rocklin/Redding LLC (Assignor) and Gareth A.R. Craner Trustee
5  (Assignee), Assignment dated March 29, 2006, recorded April 13, 2006, USACMC Check No.
6  2992 in the combined amount of $540,000.00, with $50,000.00 of that amount attributed to the
7  Assignee for purchase of an interest in Capital Land Investors, LLC ("Fiesta Stoneridge")
8  Project;

9        (i) Rocklin/Redding LLC (Assignor) and George W. Hubbard and Carol N.
10 Hubbard (Assignees), Assignment dated March 29, 2006, recorded April 13, 2006, USACMC
11 Check No. 2992 in the combined amount of $540,000.00, with $90,000 of that amount attributed
12 to the Assignees for purchase of an interest in Capital Land Investors, LLC ("Fiesta Stoneridge")
13 Project;

14       (j) Rocklin/Redding LLC (Assignor) and Betty Kolstrup (Assignee), Assignment
15 dated March 29, 2006, recorded April 13, 2006, USACMC Check No. 2992 in the combined
16 amount of $540,000.00, with $100,000.00 of that amount attributed to the Assignee for purchase
17 of an interest in Capital Land Investors, LLC ("Fiesta Stoneridge") Project;

18       (k) Rocklin/Redding LLC (Assignor) and William P. Kenny and Nancy J.
19 Costello, husband and wife, (Assignees), Assignment dated March 29, 2006, recorded April 13,
20 2006, USACMC Check No. 2992 in the combined amount of $540,000.00, with $90,000.00 of
21 that amount attributed to the Assignees for purchase of an interest in Capital Land Investors,
22 LLC ("Fiesta Stoneridge") Project;

23       (l) Rocklin/Redding LLC (Assignor) and Porter Hurt (Assignee), Assignment
24 dated March 29, 2006, recorded April 13, 2006, USACMC Check No. 2992 in the combined
25 amount of $540,000.00, with $100,000.00 attributed to the Assignee for purchase of an interest
26 in Capital Land Investors, LLC ("Fiesta Stoneridge") Project;

27       (m) Retirement Accounts, Inc C/F Judd Robbins IRA (Assignor) and Donald H.
28 Pinsker (Assignee), Assignment dated March 24, 2006, sent to be recorded April 11, 2006,

David W. Huston
Attorney at Law
A Professional Corporation

1  USACMC Check No. 2998 in the amount of $25,000.00 for purchase of an interest in Del Valle
2  Capital Corp., Inc. ("Del Valle Isleton") Project;

3        (n) Daniel Drubin and Laura Drubin (Assignors) and Jeff P. Dillenburg and
4  Karen A. Dillenburg (Assignees), Assignment dated on or about April 7, 2006, not recorded,
5  USACMC Check No. 2999 in the combined amount of $100,000.00, with $50,000.00 attributed
6  to the Assignees for purchase of an interest in Capital Land Investors, LLC ("Fiesta Stoneridge")
7  Project;

8        (o) Daniel Drubin and Laura Drubin (Assignors) and Paul D. Graf and Margaret
9  A. Graf (Assignees), Assignment dated March 31, 2006, not recorded, USACMC Check No.
10 2999 in the combined amount of $100,000.00, with $50,000.00 attributed to the Assignees for
11 purchase of an interest in Capital Land Investors, LLC ("Fiesta Stoneridge") Project;

12       (p) The Wild Water Limited Partnership (Assignor) and Monighetti, Inc.
13 (Assignee), Assignment dated March 31, 2006, purportedly recorded April 21, 2006, USACMC
14 Check No. 3005 in the amount of $50,000.00 for purchase of an interest in Fiesta Development,
15 Inc. ("Fiesta Murrieta") Project;

16       (q) Crosbie B. Ronning (Assignor) and Monighetti, Inc. (Assignee), Assignment
17 dated March 31, 2006, not recorded, USACMC Check No. 3006 in the amount of $50,000.00 for
18 purchase of an interest in Fiesta Development, Inc ("Fiesta Murrieta") Project;

19       (r) Daniel Drubin and Laura Drubin (Assignors) and John G. Schlichting and
20 Elizabeth A. Schlichting (Assignees), Assignment dated March 31, 2006, not recorded,
21 USACMC Check No. 3007 in the amount of $50,000.00 for purchase of an interest in Capital
22 Land Investors, LLC ("Fiesta Stoneridge") Project;

23       (s) First Saving Bank C/F George J. Motto (Assignor) and Donald S. Tomlin and
24 Dorothy R. Tomlin, Trustees (Assignees), Assignment dated March 31, 2006, not recorded,
25 USACMS Check No. 3009 in the amount of $50,000.00 for purchase of an interest in Harbor
26 Georgetown, LLC Project;

27       (t) John Robert Mallin and Marie Theresa Mallin, Trustees (Assignors) and
28 Donald S. Tomlin and Dorothy R. Tomlin, Trustees (Assignees), Assignment dated March 29,

7

2006, not recorded, USACMC Check No. 3010 in the amount of $50,000.00 for purchase of an interest in Harbor Georgetown, LLC Project;

(u) Marietta S. Von Berg, Trustee (Assignor) and Pat A. Dolce and Lora Dean Dolce (Assignees), Assignment dated April 10, 2006, not recorded, USACMC Check No. 3016 in the amount of $50,000.00 for purchase of an interest in Los Valles Land & Golf, LLC-Hasley Canton Project;

(v) Castulo O. Martinez (Assignor) and Mary Ann Deal (Assignee), Assignment dated March 23, 2006, not recorded, USACMC Check No. 3004 in the amount of $1,351.09 for purchase of an interest in Beau Rivage Homes for America LLC Project;

(w) USA Capital First Trust Deed Fund (Assignor) and M.W. Gorts & Co. (Assignee), Assignment dated April 10, 2006, not recorded, USACMC Check No. 3019 in the combined amount of $150,000.00, with $100,000.00 attributed to the purchase by the Assignee of an interest in  John E. King and Carole D. King ("Margarita Annex") Project;

(x) USA Capital First Trust Deed Fund (Assignor) and First Saving Bank C/F Edwin E. Arnold (Assignee), Assignment dated on or about April 12, 2006, not recorded, USACMC Check No. 3019 in the combined amount of $150,000.00, with $50,000.00 attributed to Assignee for the purchase of an interest in "Margarita Annex" Project;

(y) Peter A. and Fabiola A. Bolino (Assignors) and M. Craig medoff Trustee (Assignee), Assignment dated April 10, 2006, not recorded, USACMC Check No. 3020 in the combined amount of $100,000.00, with $50,000.00 attributed to Assignee for the purchase of an interest in USA Investors VI, LLC ("Wasco Investments") Project;

(z) Peter A. and Fabiola A. Bolino (Assignors) and M. Craig Medoff, Trustee (Assignee), Assignment purportedly dated April 13, 2006, not recorded, USACMC Check No. 3020 in the combined amount of $100,000.00, with $50,000.00 purportedly attributed to Assignee for the purchase of an interest in "Marquis Hotel" Project;

(aa) James Feeney, Trustee (Assignor) and Robert L. Ogren, Trustee (Assignee), Assignment dated April 8, 2006, not recorded, USACMC Check No. 3013 in the amount of

8

$100,000.00 for purchase of an interest in John E. King and Carole D. King ("Margarita Annex") Project.

## CLAIM FOR RELIEF

### (Interpleader)

17. USACMC repeats and reavers allegations 1 through 16 as if fully set forth herein.

18. The Defendants may have or have asserted competing claims to the Funds and USACMC may be exposed to double liability for payment of these claims.

19. USACMC is holding the Funds in the WFB Investor Account and seeks to interplead these funds, less any attorneys' fees and costs, so that the claims to the Funds can be adjudged and the Funds can be properly disbursed and the interests in the Projects properly assigned.

WHEREFORE, USACMC prays for judgment as follows:

1. That any and all Defendants be restrained from instituting any actions against USACMC for recovery of any amounts being interpled with the Court;

2. That USACMC be discharged from any and all liability with regard to claims to the interpled Funds;

3. That the Defendants be required to resolve the claims to the interpled Funds amongst themselves through this proceeding and determine the rightful owner of the Funds; and

4. That USACMC be granted its attorneys' fees and costs and any other relief to which it may be entitled.

Dated this 26th day of October, 2006.

By: /s/David W. Huston
**DAVID W. HUSTON, ESQ.**
The Law Office of David W. Huston, p.c.
Nevada Bar No. 00855
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Special Counsel for USA Commercial Mortgage Company

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of The Law Office of David W. Huston, p.c., and that on October 26, 2006, I did deposit in the United States Post Office at Las Vegas, Nevada, via first-class mail, in a sealed envelope with postage fully pre-paid thereon, a true and correct copy of the *Amended Complaint for Interpleader* to the attached mailing matrix.

/s/ Susan E. Waits
SUSAN E. WAITS, an employee of The Law Office of David W. Huston, p.c.

Beverly J. Stiles, Trust
P.O. Box 1507
Albany, OR 97321

Robert J. & Ruth A. Kehl
4963 Mesa Capella Drive
Las Vegas, NV 89148

Rocklin/Redding LLC
Frank Snopko 278 Sussex St.
Carson City, NV 89702

Retirement Accounts Inc. Custodian For Judd Robbins IRA
1340 Anderson Creek Rd.
Talent, OR 97540

Daniel & Laura Drubin
100 NW 82 Ave #305
Plantation, FL 33324

Grable P. Ronning
P.O. Box 7804
Incline Village, NV 89452

Gregory W. & Carrie M. Stimpson
2665 Firenze Dr.
Sparks, NV 89434

Castulo O. Martinez
2208 Hot Oak Rd. Ridge
Las Vegas, NV 89134

The Wild Water LP
c/o Grable Ronning
P.O. Box 9288
Incline Village, NV 89452

Crosbie B. Ronning
P.O. Box 7804
Incline Village, NV 89452

First Saving Bank C/F George J. Motto IRA
17212 Spates Hill Rd.
Poolesville, MD 20837

John Robert Mallin Jr. & Marie Theresa Mallin, Trustee Mallin Family Trust Dated 7-12-99
9809 Pinnacle Pass Dr.
Las Vegas, NV 89117

Phillip N & Benita M. Ralston, Trustee Ralston Family Trust Dated 5-16-00
28 Hassayampa Trail
Henderson, NV 89052

James Feeney, Trustee E&M Hardware Profit Sharing Plan
P.O. Box 19122
Reno, NV 89511

11

David W. Huston
Attorney at Law
A Professional Corporation

Janis N. Romo C/F Mario W. Romo
P.O. Box 50522
Henderson, NV 89016

Marietta S. Von Berg, Trustee
24622 Rimrock Cyn Rd.
Salinas, CA 93908

Robert W. Ulm, Trustee Robert W. Ulm Living Trust Dated 4-11-05
414 Morning Glory
St. Marys, GA 31558

Peter A. & Fabiola A. Bolino
17412 Serene Dr.
Morgan Hill, CA 95037

Howard Connell and Lorene Connell
1001 Jennis Silver St.
Las Vegas, NV 89145

Jean Jacques Berthelot Trustee of the Berthelot Living Trust dated 4-9-03
9328 Sienna Vista Dr.
Las Vegas, NV 89117

First Trust Co of Onaga C/F Karen Moberly IRA
420 Warren Ter.
Hinsdale, IL 60521

Betty Kolstrup
1830 Balboa Dr.
Reno, NV 89503

William P Kenny and Nancy J. Costello
P.O. Box 4242
Truckee, CA 96160

Gareth AR Craner Trustee of the Gareth A. R Craner Trust dated 6-1-02
P.O. Box 1284
Minden, NV 89423

George W. Hubbard and Carol N Hubbard
6340 N. Calle Tregua Serena
Tucson, AZ 85750

Donald Pinsker
8650 W. Verde Way
Las Vegas, NV 89149

Jeff P Dillenburg and Karen A. Dillenburg
05135 Forbes Dr.
Geneva, IL 60134

Paul D. Graf and Margaret A. Graf
2530 Great Highway
San Francisco, CA  94116

Bunny Vreeland
2334 Eagle Creek Lane
Oxnard, CA 93036

Scott A. Kusich
2720 Preston Court
Mountain View, CA 94040

Dina Ladd
355 Mogul Mountain Dr.
Reno, NV 89523

Mary Ann Deal
1813 N. California St.
Burbank, CA 91505

13

Monighetti, Inc
Pete Monighetti
6515 Frankie Lane
Prunedale, CA 93907

John G. Schlichting and Elizabeth A. Schlichting
10653 Edaemont Pl.
Highland Ranch, CO 80129

Donald S. Tomlin and Dorothy R. Tomlin, Trustee of the
Donald S. Tomlin & Dorothy R. Tomlin Rev. Trust
7145 Beverly Glen Avenue
Las Vegas, NV 89110

Mark L. Eames and Sandra K Eames
7849 S. Valentia St.
Centennial, CO 80112

Robert L. Ogren Trustee for the benefit of the Robert L. Ogren Trust dated 6-30-92
3768 Rick Stratton Drive
Las Vegas, NV 89120

Jasper Benincasa JR
9359 Roping Cowboy Ave
Las Vegas, NV 89178

Pat A. Dolce and Lora Dean Dolce
4410 W. Jefferson Blvd.
Los Angeles, CA 90016

Drs. Stanley Alexander and Florence Alexander
812 Sweetwater Club Blvd.
Longwood, FL 32779

14

Edwin Arnold
20170 Redwood Dr.
Forest Hills, CA 95631

MW Gorts & Company
7820 Emerald Harbor Court
Las Vegas, NV 89128

M Craig Medoff Trustee of the Medoff Family Trust dated 9-1-88
3110 Larkwood Cr.
Fallbrook, CA 92028

Ronald G. Gardner Trustee of the Ronald G. Gardner Trust
430 Bavarian Drive
Carson City, NV 89705

Alan B. Bennett, A married man dealing with his sole and separate property
14225 South Wisperwood Drive
Reno, NV 89511

Porter A. Hurt, a single man
4833 North Hidden Terrace
Litchfield Park, AZ 85340

Paulius Mosinskis, a married man dealing with his sole and separate property
1545 Gruversvile Road
Richland Town, PA 18955

Annette W. Jarvis, Esq.
Ray Quinney & Nebeker
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145

Victoria L. Nelson, Esq.
Santoro, Driggs, Walch et al.
400 South Fourth Street
Third Floor
Las Vegas, Nevada  89101

David W. Huston
Attorney at Law
A Professional Corporation

15

Nancy Allf, Esq.
411 East Bonneville
Suite 100
Las Vegas, Nevada 89101

Robert C. LePome, Esq.
330 South Third Street
Suite 1100B
Las Vegas, Nevada 89101

George Lazar, Esq.
525 B Street
Suite 1500
San Diego, CA 92101

Joe J. Laxague, Esq.
Cane Clark LLP
3273 E. Warmsprings Road
Las Vegas, NV 89120

Steve Sidhu, Esq.
3960 Howard Hughes Parkway
9th Floor
Las Vegas, NV 89109

Jan Chubb, Esq.
100 West Liberty
12th Floor
Reno, NV 89501

Stephen R. Harris, Esq.
Belding, Harris & Petroni, Ltd.
417 West Plumb Lane
Reno, NV 89509

Brad Elley, Esq.
120 Country Club Drive
Suite 5
Incline Village, NV 89451

George D. Frame, Esq.
601 Greenway Road
Suite D
Henderson, NV 89015

C. Randall Bupp, Esq.
Bardellini, Straw & Cavin, LLP
2000 Crow Canyon Place, Ste. 330
San Ramon, CA  94583