Richard McKnight, Esq.
Nevada State Bar No. 001313
330 S. Third Street #900
Las Vegas, Nevada 89101
Phone: 702-388-7185
Fax: 702-388-0108
mcknightlaw@cox.net

E-filed on October 27, 2006.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.,<br>　　　　　　　　　　　　Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,<br>　　　　　　　　　　　　Debtor. | Chapter 11<br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.,<br>　　　　　　　　　　　　Debtor. | Date:  November 28, 2006<br>Time: 9:30 a.m.<br>Place: Court Room #1 |
| In re:<br>USA SECURITIES, LLC.,<br>　　　　　　　　　　　　Debtor. | |
| Affects:<br>　Q All Debtors<br>　Q USA Commercial Mortgage Company<br>　Q USA Securities, LLC<br>　Q USA Capital Realty Advisors, LLC<br>　Q USA Capital Diversified Trust Deed Fund, LLC<br>　Q USA First Trust Deed Fund, LLC | |

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of The Law Offices of Richard McKnight, and on the 26TH day of October, 2006, service of a true and correct

Page 1 of 6

1  copy of THE RICHARD AND SHEILA J. McKNIGHT 2000 FAMILY TRUST AND RICHARD
2  McKNIGHT SEP-IRA'S JOINDER TO THE UNITED STATES TRUSTEE'S MOTION TO
3  CONVERT TO CASES TO PROCEEDINGS UNDER CHAPTER 7 was made by:

4  ☒       ECF SERVICE: That service was made by electronic transmission through the ECF filing
5  system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below:

6  FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

7  NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@
8  parsonsbehle.com;ecf@parsonsbehle.com

9  FRANK A. ANDERSON anderson.frank@pbgc.gov, efile@pbgc.gov

10
11 OGONNA M. ATAMOH oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@
   nevadafirm.com;sliberio@nevadafirm.com

12
13 KERIANN M ATENCIO ATENCIOK@GTLAW.COM

14 BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;
15 jbartlett@bmcgroup.com

16 KELLY J. BRINKMAN kbrinkman@gooldpatterson.com

17 THOMAS R BROOKSBANK tom@tombrooksbank.com, ! renee@tombrooksbank.com

18
19 ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@
   shutts-law.com

20
21 MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

22 CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;
   bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
23
24 ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

25 MICHAEL W. CHEN yvette@ccfirm.com

26 KEVIN B. CHRISTENSEN kbchrislaw@aol.com

27
   JANET L. CHUBB tbw@jonesvargas.com
28                                    Page 2 of 6

1  JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

2  WILLIAM D COPE cope_guerra@yahoo.com

3  <B! RCICI CUNNINGHAM bankruptcy@rocgd.com

4  LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@

5  lionelsawyer.com;ldavisesq@aol.com

6  DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) tfette@daca4.com

7  THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

8

9  SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@

10  halelane.com

11  GREGORY E GARMAN bankruptcynotices@gordonsilver.com

12  WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

13  CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;

14  Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

15  <SPA! class=personName nGERALD M GORDON bankruptcynotices@gordonsilver.com

16

17  R. VAUGHN GOURLEY vgourley@lvcm.com

18  TALITHA B. GRAY bankruptcynotices@gordonsilver.com

19  JAMES D. GREENE bknotice@schrecklaw.com

20  MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

21

22  JEFFREY R. HALL jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@

23  sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

24  XANNA R. HARDMAN xanna.hardman@gmail.com

25  STEPHEN R HARRIS noticesbh&p@renolaw.biz

26  JEFFREY L HARTMAN notices@bankruptcyreno.com

27  BRIGID M. HIGGINS bankruptcyno! tices@go rdonsilver.com

28

1

2  DAVID W. HUSTON dwh@hustonlaw.net, swaits@hustonlaw.net

3  CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

4  EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

5

6  TY E. KEHOE TyKehoeLaw@aol.com

7  ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@

8  swlaw.com;imccord@swlaw.com

9  ZACHARIAH LARSON ecf@lslawnv.com

10  JOHN J. LAXAGUE jlaxague@caneclark.com

11  GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net

12

13  NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bank! ruptcy@klnevada.com

14  ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

15  ANNE M. LORADITCH ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@

16  beckleylaw.com

17  JAMES C. MCCARROLL , dturetsky@reedsmith.com;aleonard@reedsmith.com

18  REGINA M. MCCONNELL rmcconnell@kssattorneys.com

19

20  WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com

21  JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

22  JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

23  SHAWN W MILLER &nb! sp bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com!

24  ;aboehme r@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

25  JOHN F MURTHA jmurtha@woodburnandwedge.com

26  ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com

27

28  VICTORIA L NELSON bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@

1  nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

2  BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

3
4  DONNA M. OSBORN ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek @marquisaurbach.com;kgallegos@MarquisAurbach.com

5
6  ANDREW M. PARLEN ! aparlen@stutman.com

7  DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

8  PAUL C RAY info@johnpeterlee.com

9  SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

10
11  LENARD E. SCHWARTZER bkfilings@s-mlaw.com

12  JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com

13
14  SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

15
16  AMBRISH S. SIDHU ecf@lslawnv.com

17  JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kss! attorneys.com

18  DAVID A. STEPHEN! S dstephens@lvcm.com

19
20  PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

21  JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

22  CARYN S. TIJSSELING ctijsseling@beckleylaw.com, aanthony@beckleylaw.com

23  AMY N TIRRE atirre@kkbrf.com, ksims@kkbrf.com;lleverett@kkbrf.com

24
25  U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

26  GREGORY J. WALCH GWalch@Nevadafirm.com

27  WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com

28

1
2  JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
3  MATTHEW ! C. ZIRZOW bankruptcynotices@gordonsilver.com
4
5                             /s/   Carol Burke
           An employee of the Law Offices of Richard McKnight, P.C.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28