E-filed on 10/27/2006

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com;
lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com;
aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**DIVERSIFIED TRUST DEED FUND COMMITTEE'S OPPOSITION TO THE U.S. TRUSTEE'S MOTION TO CONVERT CASES TO CASES UNDER CHAPTER 7**<br><br>Date:      October 30, 2006<br>Time:      9:30 a.m.<br>Courtroom: 1 |

The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "DTDF Committee"), hereby submits its opposition to The United States Trustee's Motion To Convert Cases To Proceedings Under Chapter 7 ("Motion") and requests that the Court deny the Motion.

{00337083;}OHS West:260116175.1

The DTDF Committee has reviewed the responses to the Motion prepared by the Debtors, by the First Trust Deed Fund Committee and by the Unsecured Creditors Committee. It also has reviewed the various declarations in support of such pleadings. The DTDF Committee agrees that cause does not exist to convert the Chapter 11 Cases to cases under chapter 7. More importantly, however, the DTDF Committee agrees that even if cause did exist, the unusual circumstances of these Chapter 11 Cases warrant denial of the Motion, as conversion is not in the best interests of the creditors and the estates. Bankruptcy Code § 1112(b)(1).

The Debtors, working with the four official committees, have made tremendous progress towards the sale of their assets to Silver Point in an auction sale subject to overbid -- which all of the estates hope will result in substantially higher proceeds for the benefit of creditors and equity holders than would a chapter 7 liquidation of the same assets. Moreover, the Debtors and the four committees have devoted significant time, effort and energy, and have made substantial progress, towards negotiating a consensual plan of liquidation for the benefit of all of the Debtors' constituencies. The months of hard work spent by the Debtors and the four committees would be utterly wasted were the Chapter 11 Cases converted now, and the result would be that there will be substantially fewer assets available for distribution to creditors and investors due, in large part, to the dramatically higher costs involved in the transition to and the operation of chapter 7 cases. Plus, any distribution would be delayed. Simply put, the Committee believes that conversion at this crucial juncture would be disastrous. Accordingly, the Committee requests that the Court deny the Motion.

Respectfully submitted this 27th day of October 2006.

*/s/ Anne M. Loraditch*
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

{00337083;}OHS West:260116175.1