Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON OCTOBER 27, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **STATUS AND AGENDA FOR OCTOBER 30, 2006 HEARINGS** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:  October 30, 2006<br>Time: 10:30 a.m. |

Hearing Status form for 103006 Hearings[1][1]    - 1 –

1.   **Omnibus Objection of The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC To Claims Based on Prepetition Equity Security Interests of USA Capital First Trust Deed Fund, LLC (Affects Debtor USA Capital First Trust Deed Fund, LLC And Claimants Concetta Carnicelli, Joseph Grgurich; Frieda Moon, Louie and Charlotte Polanco, Rocco J. Rocco, Margaret Valli, Sharon C. Van Ert, and Heinrich Richard and Brigette S. Weber)** (Docket No. 1066). An Order Sustaining Omnibus Objection was entered on September 14, 2006 (Docket No. 1279).

2.   **Objection of The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC To Proof of Claim Filed by Prospect High Income Fund, ML CBOIV (Cayman) Ltd, PAMCO Cayman, Ltd., Pam Capital Funding, L.P., Highland Crusader Fund, Ltd., And PCMG Trading Partners XXIII, L.P.** (Docket No. 1068). A Notice of Withdrawal of Proof of Claim was filed by Prospect High Income Fund, ML CBOIV (Cayman) Ltd., PAMCO Cayman, Ltd., PAM Capital Funding, L.P., Highland Crusader Fund, Ltd. and PCMG Trading Partners XXII, L.P. on October 5, 2006 (Docket No. 85, 06-10728 LBR).

3.   **Motion to Authorize Debtor USA Commercial Mortgage Company As Loan Servicer To Approve Loan Modification For Palm Harbor One Loan, To Provide The Previously Authorized Subordination Of The Marlton Square 2nd Loan In Connection With The Payoff of the Marlton Square 1st Loan, To Authorize a Short-Term Forbearances For The Marlton Square 1st Loan, and To Generally Authorize Short-Term Loan Forbearances And Full Releases And Reconveyances For Loans Paid Off In Full** (the "Loan Modification Motion," Docket No. 1434). The Debtor requests that the Court authorize the Debtor to: (a) enter into the Loan Modification for the Palm Harbor One Loan; (b) enter into the Subordination for the Marlton Square 2nd Loan if the conditions outlined in the Marlton Square 2nd Loan Agreement for providing the Subordination are satisfied; (c) grant the short-term forbearance for the Marlton Square 1st Loan; (d) provide a full reconveyance and release of the Marlton Square 1st Loan upon

its payment in full by a refinancing loan; (e) grant short-term forbearances on Loans being serviced by the Debtors without the need for further Court approval; (f) provide a full reconveyance and release of the collateral for a Loan serviced by the Debtor when the Loan is repaid in full, whether through a sale of collateral or through a refinance; and (g) execute all documents and take all other necessary steps required to implement any of the foregoing actions. The Debtor also requests that the automatic 10 day stay under Fed.R.Bankr.P. 6004(g) not apply to any Order granting this Motion, and that such Order be effective immediately upon entry of such Order.

| **Opposition Filed By:** | **Date** | **Docket No.** |
| --- | --- | --- |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Limited Objection) | October 23, 2006 | 1629 |
| The MacDonald Center for Arts and Humanities (Conditional Objection) | October 23, 2006 | 1632 |
| Official Committee of Unsecured Creditors (Response) | October 24, 2006 | 1649 |
| Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company | October 24, 2006 | 1653 |
| Canepa Group (Joinder in Opposition) | October 24, 2006 | 1658 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Debtors | October 27, 2006 | 1692 |

4.  **Motion For Order Approving Continued Use of Cash Through January 31, 2007 Pursuant To Fourth Revised Budget** (Docket No. 1451). The Debtors request that the Court approve the continuing use of cash in the Debtors' estates through the week ending January 31, 2007, to the extent and for the purposes set forth in the Fourth Revised Budget filed by the Debtors on October 20, 2007 (Docket No. 1620).

| **Opposition Filed By:** | **Date** | **Docket No.** |
| --- | --- | --- |
| Official Committee of Equity Security Holders of USA Capital First Trust | October 23, 2006 | 1637 |

Hearing Status form for 103006 Hearings[1][1]    - 3 –

| | | |
|---|---|---|
| Deed Fund, LLC (Limited Objection) | | |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Debtors | October 27, 2006 | 1697 |

5. **Motion to Exclude Debtors From Having To File Inter-Company Claims Against Each Other By The Bar Date, Or Alternatively For The Approval of the Immediate Appointment of Special Counsel To File And Pursue The Inter-Company Debtor Claim** (the "Inter-Company Claims Motion", Docket No. 1454/1469). The Inter-Company Claims Motion requests that the Court exclude the Debtors from having to file inter-company claims against each other by the Bar Date (or that the Bar Date be extended without date for the filing of these claims), subject to the Debtors reporting to the Court at the October 19, 2006 hearing that all of the intercompany claims have been fully resolved in a Plan with the full agreement of the Committees, or, alternatively, if all intercompany claims are not fully resolved by October 19, 2006 with the full agreement of the Committees, that the Court approve the immediate appointment of special counsel for the USACM, FTD Fund and the Diversified Fund to file the inter-company claims at the hearing set on this motion on October 30, 2006.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC<br><br>Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company<br><br>Official Committee of Unsecured Creditors<br><br>Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (Joint Response) | October 20, 2006 | 1622 |

| Reply Filed By: | Date | Docket No. |
|---|---|---|
| Debtors | October 26, 2006 | 1682 |

6. **The United States Trustee's Motion to Convert Cases To Proceedings Under Chapter 7** (the "Motion," Docket No. 1661). The Motion requests an order of the Court converting the five jointly administered Chapter 11 cases to proceedings under Chapter 7 of the Bankruptcy Code.

| Joinder Filed By: | Date | Docket No. |
|---|---|---|
| Richard and Sheila J. McKnight 2000 Family Trust and Richard McKnight SEP-IRA **(Joinder in Motion)** | October 26, 2006 | 1675 |

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | October 27, 2006 | 1683 |
| Official Committee of Unsecured Creditors (Response) | October 27, 2006 | 1686 |
| Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company (Joinder in Opposition) | October 27, 2006 | 1689 |
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | October 27, 2006 | 1693 |
| Debtors | October 27, 2006 | |

DATED: October 27, 2006

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385