| | |
|---|---|
| Goldsmith & Guymon, P.C.<br>Marjorie A. Guymon, Esq.<br>E-mail: mguymon@goldguylaw.com<br>Nevada Bar No. 4983<br>Damon K. Dias, Esq.<br>E-mail: ddias@goldguylaw.com<br>Nevada Bar. No. 8999<br>2055 N. Village Center Circle<br>Las Vegas, Nevada 89134<br>Telephone: (702) 873-9500<br>Facsimile: (702) 873-9600<br>Attorneys for Creditor Frank Raymond Lee | E-filed on: October 30, 2006 |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor.<br><br>USA SECURITIES, LLC,<br><br>    Debtor.<br><br>Affects:<br>X    All Debtors<br>☐    USA Commercial Mortgage Company<br>☐    USA Securities, LLC<br>☐    USA Capital Realty Advisors, LLC<br>☐    USA Capital Diversified Trust Deed Fund, LLC<br>☐    USA First Trust Deed fund, LLC | BK-S-06-10725 LBR<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR<br><br>Chapter 11<br><br><br><br><br><br><br><br>**SUPPLEMENT TO<br>CERTIFICATE OF SERVICE OF<br>MOTION TO WITHDRAW AS<br>COUNSEL OF RECORD FOR<br>FRANK RAYMOND LEE**<br><br><br>Hearing Date:    October 30, 2006<br>Hearing Time:    9:30 a.m. |

I hereby certify that on **September 28, 2006**, I did serve a true and correct copy of the following

1 documents upon creditor FRANK RAYMOND LEE via first-class mail, postage prepaid:

2 **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR FRANK RAYMOND LEE.**

3 The attached letter evidences said service.

4       DATED this October 30, 2006.

_____
An employee of GOLDSMITH & GUYMON, P.C.

X:\MAG\Client Matters\BK Clients\USA Capital 5864-4\mot.withdraw.lee.COS.supplement.wpd

# GOLDSMITH & GUYMON
## A Professional Law Corporation

Dara J. Goldsmith, Esq. *
Marjorie A. Guymon, Esq. **
Shelley D. Krohn, Esq.
Damon K. Dias, Esq. ***
Scott A. Kaser, Esq. ****

Also admitted in Arizona, California & Hawaii *
Also admitted in Utah **
Also admitted in Florida ***
Only admitted in West Virginia ****

September 28, 2006

Frank Raymond Lee
PO Box 14023
Las Vegas, Nevada  89114

Re:  Frank Raymond Lee
     Our File No.: 5213-2

Dear Mr. Lee:

I am in receipt of your request to withdraw as counsel. Enclosed, please find a copy of the *Motion to Withdraw as Counsel*. Please note that a proof of claim will need to be filed soon.

If you should have any questions, please do no hesitate to contact me.

Sincerely,

GOLDSMITH & GUYMON, P.C.

Damon K. Dias, Esq.

DKD:all
Enclosure

5213-2
copy.