

**Entered on Docket
October 30, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                      Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                      Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                      Debtor. | **ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY STANDARD PROPERTY DEVELOPMENT, LLC** |
| In re:<br>USA SECURITIES, LLC,<br>                                                      Debtor. | **(AFFECTS USA COMMERCIAL MORTGAGE COMPANY and USA FIRST TRUST DEED FUND)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | Date: October 19, 2006<br>Time: 9:30 a.m. |

Standard Property Development, LLC's ("SPD"), MOTION FOR RELIEF FROM AUTOMATIC STAY (the "Motion") and USA Commercial Mortgage Company's ("USACM"),

1. APPLICATION FOR ISSUANCE OF PRELIMINARY INJUNCTION (the "Application"), having come before this Court pursuant to the stipulation of the parties and after due notice as required by law; USACM and USA Capital First Trust Deed Fund, LLC ("First Fund") being represented by and through its counsel Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm and SPD being represented by and through its counsel, Andrew M. Brumby, Esq. and Lee D. Mackson, Esq. of Shutts & Bowen, LLP, the Court having considered the brief's on file with regard to the Application and the Motion, the Court having heard the arguments of counsel, and the Court having, made its findings of fact and conclusions of law on the record pursuant to Bankruptcy Rule 7052 and FRCivP Rule 52,

IT IS ORDERED that the Motion be, and hereby is, denied.

SCHWARTZER & McPHERSON LAW FIRM

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
Attorneys for Debtors
and Debtors in Possession

STEPHENS GOURLEY & BYWATER
and
SHUTTS and BOWEN, LLP

/s/ Andrew M. Brumby
Andrew M. Brumby, Esq.
Lee D. Mackson, Esq.
300 South Orange Avenue, Suite 1000
Orlando, FL 32802-4956
Attorneys for Standard Property Development, LLC

###