Goldsmith & Guymon, P.C.
Marjorie A. Guymon
Nevada Bar No. 4983
Damon K. Dias, Esq.
Nevada Bar No.: 8999
2055 N. Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Frank Raymon Lee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>        Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>        Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>        Debtor.<br><br>USA SECURITIES, LLC,<br><br>        Debtor.<br><br>Affects:<br>☐    All Debtors<br>☐    USA Commercial Mortgage Company<br>☐    USA Securities, LLC<br>☐    USA Capital Realty Advisors, LLC<br>☐    USA Capital Diversified Trust Deed Fund, LLC<br>☐    USA First Trust Deed fund, LLC | BK-S-06-10725 LBR<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR<br><br>Chapter 11<br><br><br><br><br><br><br><br>Date of Hearing: November 13, 2006<br>Time of Hearing: 9:30 a.m. |

## NOTICE OF HEARING OF MOTION TO WITHDRAW AS COUNSEL FOR FRANK RAYMOND LEE

TO: ALL INTERESTED PARTIES:

**YOU ARE HEREBY NOTICED** that the above-referenced Motion was filed in the above-captioned court case on September 28, 2006.

Any Opposition must be filed pursuant to Local Rule 9014(e)(1).

Local Rule 9014(e)(1): "Except for motions made pursuant to Fed. R. Bank. P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion. If the hearing has been set on fewer than fifteen (15) days notice, the opposition must be filed no later than five (5) business days prior to the hearing unless otherwise ordered by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of LR 9014(d)."

If an opposition is not timely filed and served, the relief may be granted without a hearing. LR 9014(a)(1) and LR 9014(c)(1)(E).

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Court Judge, in the United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, Fourth Floor, Courtroom No. 1, Las Vegas, Nevada on November 13, 2006, at the hour of 9:30 a.m.

For more information on the Motion, refer to the Motion which was filed with the above-captioned court on September 28, 2006. Said Motion is located in the above-captioned Court file, at the Clerk's office, United States Bankruptcy Court, Foley Federal Building, Courtroom No. 1, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

**NOTICE IS FURTHER GIVEN** that the hearing on this matter may be continued from time to time without further notice.

DATED: October 30, 2006.

**GOLDSMITH & GUYMON, P.C.**

/s/ Damon K. Dias
Damon K. Dias, Esq.
Nevada Bar No. 8999
2055 N. Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Debtors

W:\MAG\Client Matters\BK Clients\USA Capital 5864-4\Lee NOH of WD of Counsel.wpd