| | |
|---|---|
| Goldsmith & Guymon, P.C.<br>Marjorie A. Guymon, Esq.<br>E-mail: mguymon@goldguylaw.com<br>Nevada Bar No. 4983<br>Damon K. Dias, Esq.<br>E-mail: ddias@goldguylaw.com<br>Nevada Bar. No. 8999<br>2055 N. Village Center Circle<br>Las Vegas, Nevada 89134<br>Telephone: (702) 873-9500<br>Facsimile: (702) 873-9600<br>Attorneys for Creditor Frank Raymond Lee | E-filed on: October 30, 2006 |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br><br>USA SECURITIES, LLC,<br>    Debtor.<br><br>Affects:<br>X   All Debtors<br>☐   USA Commercial Mortgage Company<br>☐   USA Securities, LLC<br>☐   USA Capital Realty Advisors, LLC<br>☐   USA Capital Diversified Trust Deed Fund, LLC<br>☐   USA First Trust Deed fund, LLC | BK-S-06-10725 LBR<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR<br><br>Chapter 11<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE OF NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR FRANK RAYMOND LEE**<br><br><br>Hearing Date: November 13, 2006<br>Hearing Time: 9:30 a.m. |

I hereby certify that on October 30, 2006, I did serve a true and correct copy of the Notice of hearing

on Motion to Withdraw as Counsel for Frank Raymond Lee upon the parties listed on the attached matrix and parties listed below, either by electronic mail or first-class mail, postage prepaid:

Frank Raymond Lee
PO Box 14023
Las Vegas, Nevada  89114

DATED this October 30, 2006.

_____
An employee of GOLDSMITH & GUYMON, P.C.

DKD

W:\MAG\Client Matters\BK Clients\USA Capital 5864-4\LEE COS of NOH of Mot. to WD.wpd

Annette W. Jarvis
Douglas M. Monson
Steven C. Stron
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Office of the U.S. Trustee
600 Las Vegas Blvd. South, Suite 4300
Las Vegas, NV 89101

James Hull
C/O Singature Financial
2601 Airport Drive
Torrance, CA 90505

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146-5308
Kummer, Kaempfer, Bonner & Renshaw
3800 Howard Hughes Parkway, 7th Flr
Las Vegas, NV 89101

George Gorman
C/O Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

USA Commercial Mortgage, et al
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Intershow
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

TIM RICH
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

ROB CHARLES
SUSAN M. FREEMAN
LEWIS AND ROCA, LLP
3993 HOWARD HUGHES PARKWAY, 6TH FLOOR
LAS VEGAS, NV 89109

BUNCH, DELL
C/O DONALD R. WALKER
9209 EAGLE HILLS DR.
LAS VEGAS, NV 89134-6109

ADVANCED INFORMATION SYSTEMS
C/O MICHAEL T. YODER
4270 CAMERON STREET, SUITE #1
LAS VEGAS, NV 89103

RUSSELL AD DEVELOPMENT GROUP, LLC
P.O. BOX 28216
SCOTTSDALE, AZ 85255

ROBERT A. RUSSELL
8585 EAST HARTFORD DR., SUITE 500
SCOTTSDALE, AZ 85255

ANNEE NOUNNA
8057 LANDS END COURT
LAS VEGAS, NV 89117-7635

ROBERT L. HAGMAIER
15254 CANDLEWOOD COURT
LAKE OSWEGO, OR 97035

FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
STUTMAN, TREISTER & GLATT, P.C.
1901 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHAWN W. MILLER
SHLOMO S. SHERMAN
SHEA & CARLYON, LTD.
233 S. fourth Street, 2nd Floor
Las Vegas, NV 89101

ROBERT E. TAYLOR
C/O CHUCK HEINRICHS
198 EL PAJARO
NEWBURY PARK, CA 91320

JOHN WARNER JR., IRA
C/O FIRST SAVINGS BANK
2605 EAST FLAMINGO RD
LAS VEGAS, NV 89121

JOHN H. WARNER, JR.
2048 NORTH CHETTRO TRAIL
ST. GEORGE, UT 84770

MARY E. AND MATTHEW J. MORO, JTWROS
1009 8TH ST
MANHATTAN BEACH, CA 90266

RICHARD G. WOUDSTRA REVOCABLE TRUST
RICHARD G. WOUDSTRA, TTEE
P.O. BOX 530025
HENDERSON, NV 89053

WEN BALDWIN SEPARATE PROPERTY TRUST
365 DOOLEY DRIVE
HENDERSON, NV 89015

JOHN GOINGS
P.O. BOX 174
MASONVILLE, CO 80541

JOSEPH S. CONGRESS
9900 WILBUR MAY PARKWAY, #802
RENO, NV 89521-4008

MARC A. LEVINSON
LYNN TRINKA ERNCE
ORRICK, HERRINGTON & SUTCLIFF, LLP
400 CAPITAL MALL, SUITE 3000
SACRAMENTO, CA 95814

ROBERT G. WORTHEN
1112 WORTHEN CIR.
LAS VEGAS, NV 89145

KATZ 2000 SEPARATE PROPERTY TRUST
SARA M. KATZ, MANAGING TRUSTEE
4250 EXECUTIVE SQUARE, #670

| | | |
|---|---|---|
| SAN DIEGO, CA 92037 | | LAS VEGAS, NV 89146-6621 |
| THOMAS C. LAWYER FAMILY TRUST<br>45 VENTANA CANYON DR.<br>LAS VEGAS, NV 89113 | JERRY T. MCGIMSEY<br>3115 SOUTH EL CAMINO RD.<br>LAS VEGAS, NV 89118-1874 | CHARLES O. NICHOLS AND FLORA A. NICHOLS<br>LAS VEGAS, NV 89109 |
| 2561 SEASCAPE DR.<br>LAS VEGAS, NV 89128 | | |
| ROBERT HARDY<br>6510 ANSONIA COURT | FRANK WEINMAN<br>2947 PINEHURST DRIVE<br>LAS VEGAS, NV 89102 | GERALD M. GORDON<br>GREGORY E. GARMAN<br>TALITHA B. GRAY<br>P.O. BOX 27555<br>LAS VEGAS, NV 89126-1555 |
| MATTHEW C. ZIRZOW<br>GORDON & SILVER, LTD<br>3960 HOWARD HUGES PARKWAY, 9TH FLOOR<br>LAS VEGAS, NV 89109 | | |
| FERTITTA ENTERPRISES, INC.<br>2960 W. SAHARA AVE., SUITE 200 | WILLIAM J. BULLARD<br>FERTITTA ENTERPRISES, INC.<br>LAS VEGAS NV 89107 | HELMS HOMES, LLC<br>C/O TERRY HELMS<br>20155 PORTO VITA WAY #1803<br>AVENTURA, FL 33180 |
| 809 UPLAND BLVD.<br>LAS VEGAS NV 89107 | | |
| TERRY HELMS LIVING TRUST<br>809 UPLAND BLVD. | DENNIS FLIER, INC. DEFINED BENEFIT TRUST | ARTHUR POLACHECK AND GLORIANNE |
| POLACHECK<br>2056 WOODLAKE CIR.<br>DEERFIELD BEACH FL 33442 | MCCOLLUM<br>1011 F. AVENUE<br>CORONADO, CA 92118 | 777 SOUTH FEDERAL HIGHWAY<br>SUITE N-409<br>POMPANO BEACH, FL 33062 |
| JAMES W. MCCOLLUM & PAMELA P. | HOMFELD II, LLC | C/O EDWARD W. HOMFELD |
| 858 BISHOP ROAD<br>GROSSE POINTE PARK, MI 48230 | DIVISION<br>ATTN: SUSAN ECKHARDT<br>3075 EAST FLAMINGO #100<br>LAS VEGAS, NV 89121 | COMMISSION<br>ATTN: SANDRA W. LAVIGNA.<br>5670 WILSHIRE BLVD., 11TH FLOOR<br>LOS ANGELES, CA 90036-3648 |
| NEVADA MORTGAGE LENDING | U.S. SECURITIES AND EXCHANGE | CARSON CITY, NV 89713-0030 |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K. STREET, N.W.<br>WASHINGTON, D.C. 20005-4026 | DEPARTMENT OF EMPLOYMENT TRAINING<br>EMPLOYMENT SEC DIV, CONTRIBUTIONS SECTION<br>500 EAST THIRD STREET | DMV AND PUBLIC SAFETY RECORDS SECTION<br>555 WRIGHT WAY |
| CARSON CITY, NV 89711-0250 | 9790 GATEWAY DRIVE<br>RENO, NV 89521-5906 | INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY |
| | NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS, NV 89101 | |
| EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY DESK<br>LAS VEGAS, NV 89106 | | CARSON CITY, NV 89710-0003 |
| SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY, NV 89701 | NV DEPARTMENT OF TAXATION<br>REVENUE DIVISION<br>CAPITOL COMPLEX | OFFICE OF LABOR COMMISSIONER<br>555 EAST WASHINGTON AVE., SUITE 4100<br>LAS VEGAS, NV 89101 |
| | | WASHINGTON, D.C. 20044 |
| U.S. ATTORNEY<br>DISTRICT OF NEVADA<br>323 LAS VEGAS BLVD. SO, #5000<br>LAS VEGAS, NV 89101 | UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>P.O. BOX 683 – BEN FRANKLIN STATION | DISTRICT COUNSEL<br>INTERNAL REVENUE SERVICE<br>110 CITY PARKWAY |

| | | |
|---|---|---|
| LAS VEGAS, NV 89106 | | |
| | FHA/HUD | DEPT. OF VETERANS AFFAIRS |
| INTERNAL REVENUE SERVICE | DISTRICT OFFICE | LOAN SERVICE AND CLAIMS |
| OGDEN, UT 84201 | 333 NORTH RANCHO DR., #700 | 3225 NORTH CENTRAL |
| | LAS VEGAS, NV 89106-3797 | PHOENIX, AZ 85012 |
| | | |
| CLARK COUNTY TREASURER | CLARK COUNTY ASSESSOR | DON TOMLIN |
| C/O BANKRUPTCY CLERK | C/O BANKRUPTCY CLERK | C/O DAVID W. MOUNIER |
| P.O. BOX 551220 | P.O. BOX 551401 | 15316 SKY HIGH ROAD |
| LAS VEGAS, NV 89155-1220 | LAS VEGAS, NV 89155-1401 | ESCONDIDO, CA 92025 |
| | EDWARD W. HOMFELD | RICHARD MCKNIGHT, ESQ. |
| MARYETTA BOWMAN | HOMFELD II, LLC | LAW OFFICES OF RICHARD |
| 534 ENCHANTED LAKES DRIVE | 777 SOUTH FEDERAL HIGHWA | MCKNIGHT |
| HENDERSON, NV 89052 | SUITE N-409 | 330 SOUTH THIRD STREET #900 |
| | POMPANO BEACH, FLORIDA 33062 | LAS VEGAS, NV 89101 |
| | | |
| | | RENO, NV 89521 |
| RJ ROCCO | | |
| 12617 COTTAGEVILLE LANE | MARGIE GANDOLFO | JANNY CATHARINA BROUWER |
| KELLER, TX 76248 | 1724 ARROW WOOD DRIVE | 2533 KINNARD AVENUE |
| HENDERSON, NV 89074 | SNELL & WILMER, LLP | EATON & O'LEARY, PLLC |
| | 3800 HOWARD HUGHES PKWY, #1000 | 115 GROVE AVENUE |
| | LAS VEGAS, NV 89109 | PRESCOTT, AZ 86301 |
| ROBERT R. KINAS, ESQ. | MICHAEL R. SHULER | KERMIT KRUSE |
| JENNIFER L. McBEE | C/O JAY R. EATON | |
| | GOOLD PATTERSON, ALEX & DAY | JONES VARGAS |
| 2710 ALBANY AVENUE | 4496 SOUTH PECOS ROAD | 100 WEST LIBERTY STREET, 12TH |
| DAVIS, CA 95616 | LAS VEGAS, NV 89121 | FLOOR |
| | | P.O. BOX 281 |
| KELLY J. BRINKMAN, ESQ. | JANET L. CHUBB, ESQ. | RENO, NV 89504-0281 |
| | | |
| MARTIN B. WEISS, ESQ. | | |
| THE GARRETT GROUP, LLC | | |
| ONE BETTERWORLD CIRCLE, SUITE 300 | ATTILA JEFZENSZKY | VINCE DANELIAN |
| TEMECULA, CA 92590 | 1720 COLAVITA WAY | P.O. BOX 97782 |
| | RENO, NV 89521 | LAS VEGAS, NV 89193 |
| | | |
| WILLIAM L. MCGIMSEY, ESQ. | PAUL & DONNA JACQUES | PETER BOLINO |
| 601 EAST CHARLESTON BLVD. | 810 SE 7TH STREET, A103 | 17412 SERENE DRIVE |
| LAS VEGAS, NV 89104 | DEERFIELD BEACH, FL 33441 | MORGAN HILL, CA 95037 |
| | PASADENA, CA 91101 | FLOOR |
| | | LAS VEGAS, NV 89109 |
| SEAN NAJARIAN, ESQ. | SCOTT D. FLEMING | NILE LEATHAM |
| THE NAJARIAN LAW FIRM | HALE LANE PEEK DENNISION AND | JAMES B. MACROBBIE |
| 283 S. LAKE AVENUE, SUITE 205 | HOWARD | KOLESAR & LEATHAM, CHTD |
| | 3930 HOWARD HUGES PARKWAY, 4TH | 3320 WEST SARAHA AVE., SUITE 380 |
| LAS VEGAS, NV 89102-3202 | LAS VEGAS, NV 89101 | |
| LAUREL E. DAVIS | GILBERT B. WEISMAN | CARYN S. TIJSSELING |
| LIONEL SAWYER & COLLINS | BECKET AND LEE LLP | BEESLEY, PECK & MATTEONI, LTD |
| 4700 BANK OF AMERICAN PLAZA | P.O. BOX 3001 | 5011 MEADOWOOD MALL WAY, #300 |
| 300 SOUTH FOURTH STREET | MALVERN, PA 19355-0701 | |

Case 06-10725-gwz    Doc 1704    Entered 10/30/06 16:05:11    Page 6 of 6

<div style="columns:3">

RENO, NV 89502

NICHOLAS J. SANTORO
400 SOUTH FOURTH STREET 3RD FLOOR

3000 NORTH CENTRAL AVENUE
SUITE 1800
PHOENIX, ARIZONA 85012

CiCi CUNNINGHAM, JAMES A. KOHL
CHRISTINE ROBERTS
KRAVITZ, SCHNITZER, SLOANE, JOHNSON, & EBERHARDY, CHTD.
1389 GALLERIA DR. SUITE 200
HENDERSON, NV 89014

KEVIN B. CHRISTENSEN

DONALD T. POLEDNAK
SYLVESTER & POLEDNAK, LTD
7371 PRAIRIE FALCON, SUITE 120
LAS VEGAS, NV 89128

CARSON CITY, NV 89702
BAY COMMUNITIES
C/O CHRIS MCKINNEY
4800 NO. FEDERAL HIGHWAY, SUITE A205
BOCA RATON, FL 33431

ANDREW WELCHER
c/o NORDMAN CORMANY HAIR & COMPTON LLP
ATTN: WILLIAM E. WINFIELD, ESQ.
1000 TOWN CENTER DRIVE, 6TH FLOOR
P.O. BOX 9100

JOSHUA D. BRYSK, ESQ.
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

SCOTT K. CANEPA

HOWARD CONNELL
1001 JENNIS SILVER STREET
LAS VEGAS, NV 89145

THOMAS &. STILLEY
SUSSMAN SHANK, LLP
ATTORNEYS FOR DAVID FOSSATI
1000 SW BROADWAY, SUITE 1400
PORTLAND, OR 97205-3089

JOHN PETER LEE, LTD
JOHN PETER LEE, ESQ.
830 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NV 89101

</div>

<div>

LAS VEGAS, NV 89101

JED A. HART
ANGELO, GORDON & CO.

RAWLINGS, OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 WEST CHEYENNE AVE.
LAS VEGAS, NV 89129
FRANKLIN C. ADAMS
BEST BEST & KRIEGER LLP

XANNA R. HARDMAN
EVAN JAMES
7440 WEST SAHARA AVE.
LAS VEGAS, NV 89117

RICHARD MASON
PETER SUSI
JAY L. MICHAELSON
MICHAELSON, SUSI & MICHAELSON
SEVEN WEST FIGUEROA ST. 2ND FLOOR
SANTA BARBARA, CA 93101-3191

ERVEN T. NELSON
BOLICK & BOYER
6060 W. ELTON AVENUE, SUITE A
LAS VEGAS, NV 89107
OXNARD, CA 93031

ROBERT VERCHOTA, GENERAL PARTNER

CANEPA, RIEDY & RUBINO
851 S. RAMPART BLVD. #160
LAS VEGAS, NV 89145

SUSAN WILLIAMS SCANN
PAUL R. CONNAGHAN
DEANER, DEANER, SCANN MALAN & LARSEN
ATTORNEYS FOR FRANKLIN/STRATFORD INVESTMENT, LLC
720 SOUTH FOURTH STREET, SUITE #300
LAS VEGAS, NV 89101

THOMAS R. BROOKSBANK
BROOKSBANK &ASSOCIATES
ATTORNEYS FOR AUGUSTINE TUFFANELLI
689 SIERRA ROSE DRIVE, SUITE A-2
RENO, NV 89511

</div>

<div>

245 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10167

BRADLEY J. STEVENS
ROBBINS & GREEN, P.A.

3750 UNIVERSITY AVE
P.O. BOX 1028
RIVERSIDE, CA 92502-1028

JEFFREY G. SLOANE
REGINA M. McCONNELL

PATRICIA K. SMOOTS
MICHAEL M. SCHMAHL
McGUIRE WOODS, LLP
77 WEST WACKER DR., SUITE 4100
CHICAGO, IL 60601

JOAN C. WRIGHT
ALLISON, MacKENZIE, RUSSELL, PAVLAKIS,
WRIGHT & FAGAN, LTD.
402 NORTH DIVISION STREET
P.O. BOX 646

MATTHEW Q. CALLISTER
CALLISTER & REYNOLDS
823 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89101

R&N REAL ESTATE INVESTMENTS, LP
c/o JEFFREY A. COGAN
3990 VEGAS DRIVE
LAS VEGAS, NV 89108
LAW OFFICES OF JAMES G. SCHWARTZ
JOHN F. MURTHA
WOODBURN & WEDGE
6100 NEIL ROAD, SUITE 500
P.O. BOX 2311
RENO, NV 89505

WILLIAM D. COPE
COPE & GUERRA
595 HUMBOLDT STREET
RENO, NV 89509-1603

RUSSELL JAMES ZUARDO
1296 HIGH FOREST AVE
LAS VEGAS, NV 89123

</div>