ELECTRONICALLY FILED ON
October 31, 2006

1  SHEA & CARLYON, LTD.
   JAMES PATRICK SHEA
2  Nevada State Bar No. 000405
   CANDACE C. CARLYON
3  Nevada State Bar No. 002666
4  228 South Fourth Street, First Floor
   Las Vegas, Nevada 89101
5  Telephone: (702) 471-7432
   Facsimile: (702) 471-7435
6  E-mail:  jshea@sheacarlyon.com
7           ccarlyon@sheacarlyon.com

## NOTICE OF CHANGE OF ADDRESS OF LAW FIRM

SHEA & CARLYON, LTD., by and through the undersigned, hereby gives notice of the following change of mailing address, effective November 1, 2006. Telephone and facsimile numbers and email addresses will remain the same. This notice effects the cases listed on the attached Exhibit A.

Old mailing address:         Shea & Carlyon, Ltd.
                             233 S. Fourth Street, 2nd Floor
                             Las Vegas, NV 89101

New mailing address:         Shea & Carlyon, Ltd.
                             228 S. Fourth Street, First Floor
                             Las Vegas, NV 89101

DATED this 31st day of October, 2006.

                             SHEA & CARLYON, LTD.

                             _____
                             JAMES PATRICK SHEA
                             Nevada State Bar No. 000405
                             CANDACE C. CARLYON
                             Nevada State Bar No. 002666
                             228 South Fourth Street, First Floor
                             Las Vegas, Nevada 89101

## EXHIBIT A

| Case Number | Case Name |
|---|---|
| BK-S-00-10533-LBR | In re Agribiotech, Inc. |
| BK-S-03-14385-LBR | In re Marcel F. and Ingeborg W. Schwyzer |
| BK-S-03-15245-LBR | In re Brown Ponce Dental |
| BK-S-03-24816-LBR | In re Foliage Unlimited Landscaping, LLC |
| BK-N-03-52300-GWZ | In re Mego Financial |
| BK-N-04-05205-GWZ | Official Committee of Unsecured Creditors v. Guzy |
| BK-S-04-14779-LBR | In re AVI, Inc. |
| BK-S-04-14853-BAM | In re DeWayne Floyd Sheldon |
| BK-S-04-15824-LBR | In re Terry Lee and Merry Gretchen Cox |
| BK-S-04-19584-BAM | In re Island Dreams, LLC |
| BK-S-05-01221-BAM | First Citizens National Bank v. Hebel |
| BK-N-05-05031-GWZ | Guzy v. Guzy |
| BK-N-05-05103-GWZ | Arbor v. Driven Image |
| BK-S-05-10067-MKN | In re Murano Apartments |
| BK-S-05-12601-BAM | In re Robert D. and Carole A. Hebel |
| BK-S-05-17480-LBR | In re American Plaza, LLC |
| BK-S-05-20688-MKN | In re David James and kim Hyekhung Pederson |
| BK-S-05-25614-MKN | In re ACS Wireless Las Vegas, Inc. |
| BK-N-05-50110-GWZ | In re Mark R. and Shannon Donahue Guzy |
| BK-S-06-01118-LBR | Richfield v. Leonard |
| BK-S-06-01140-MKN | Murano Apartments v. Silver State Bank |
| BK-S-06-01190-BAM | Airman, LLC v. Nelson |
| BK-S-06-10674-BAM | In re James A. Nelson |
| BK-S-06-10725-LBR | In re USA Commercial Mortgage Company |
| BK-S-06-10726-LBR | In re USA Capital Realty Advisors, LLC |
| BK-S-06-10727-LBR | In re USA Capital Diversified Trust Deed Fund, LLC |
| BK-S-06-10728-LBR | In re USA Capital First Trust Deed Fund, LLC |
| BK-S-06-10729-LBR | USA Securities, LLC |
| BK-S-06-11116-MKN | In re Classic Development |
| BK-S-06-12235-LBR | In re Gloria Jean-Brooks Izard |

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435