FILED ELECTRONICALLY
11/1/06

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 233 South Fourth Street, Second Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
|   ekarasik@stutman.com |   ccarlyon@sheacarlyon.com |
|   cpajak@stutman.com |   ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>　　　Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>　　　Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | ) Date: September 28, 2006<br>) Time: 9:30 a.m.<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF ENTRY OF ORDER DENYING THE UNITED STATES TRUSTEE'S MOTION TO CONVERT CASES TO PROCEEDINGS UNDER CHAPTER 7

1     PLEASE TAKE NOTICE that an Order Denying the United States Trustee's Motion

2 to Convert Cases to Proceedings Under Chapter 7 was entered on November 1, 2006, a true

3 and correct copy of which is attached hereto.

4     DATED this 1st day of November, 2006.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

Case 06-10725-gwz    Doc 1712    Entered 11/01/06 09:31:50    Page 3 of 7



The Court's findings were made on the record in accordance with 7052.

Entered on Docket
November 01, 2006

Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429),
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:  jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |

**ORDER DENYING THE UNITED STATES TRUSTEE'S MOTION TO CONVERT CASES TO PROCEEDINGS UNDER CHAPTER 7**

1

404709v1

Affects

☒ All Debtors
☐ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☐ USA First Trust Deed Fund, LLC

# ORDER DENYING THE UNITED STATES TRUSTEE'S MOTION TO CONVERT CASES TO PROCEEDINGS UNDER CHAPTER 7
## (AFFECTS ALL DEBTORS)

"The United States Trustee's Motion to Convert Cases to Proceedings Under Chapter 7" (the "Motion") having come on for hearing before the above-captioned Court on October 30, 2006 at 9:30 a.m., all appearances having been noted on the record, the Court having reviewed the Motion and supporting pleadings, having considered statements of counsel and the pleadings filed in opposition to the Motion, and for good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is DENIED.

2

404709v1

PREPARED AND SUBMITTED BY:

STUTMAN, TREISTER & GLATT, P.C.

_____*Eve H. Karasik*_____
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Andrew M. Parlen, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

SHEA & CARLYON, LTD.
Candace C. Carlyon, Esq.
Shlomo S. Sherman, Esq.
228 South Fourth Street, First Floor
Las Vegas, NV 89101

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC


APPROVED/DISAPPROVED:

OFFICE OF THE U.S. TRUSTEE

_____
Scott Farrow, Esq.
600 Las Vegas Blvd. So., #430
Las Vegas, NV 89101


Counsel for the United States Trustee

3

404709v1

PREPARED AND SUBMITTED BY:

STUTMAN, TREISTER & GLATT, P.C.

/s/ Eve H. Karasik

Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Andrew M. Parlen, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

SHEA & CARLYON, LTD.
Candace C. Carlyon, Esq.
Shlomo S. Sherman, Esq.
228 South Fourth Street, First Floor
Las Vegas, NV 89101

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

APPROVED/DISAPPROVED:

OFFICE OF THE U.S. TRUSTEE

/s/ Scott Farrow

Scott Farrow, Esq.
600 Las Vegas Blvd. So., #430
Las Vegas, NV 89101

Counsel for the United States Trustee

3

404708v1

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☒ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐ approved the form of this order; or

    ☐ waived the right to review this order; and/or

    ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 31st day of October, 2006.

STUTMAN, TREISTER & GLATT, P.C.

_/s/ Ann Parlen_
ANDREW M. PARLEN, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

###

404709v1

4