HEINZ BINDER, ESQ. (87908)
WENDY W. SMITH, ESQ. (133887)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile:   (408) 295-1531

Attorneys for Creditors
John and Jane Unland

RECEIVED AND FILED

2006 NOV -1  P 2: 14

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA, FOLEY FEDERAL BUILDING

In Re                                          ) Case No.: 06-10725 LBR
                                               )
                                               ) Chapter 11
U.S.A. Commercial Mortgage Company             )
                                               )
                                               )
                         Debtor.               )
                                               )

## REQUEST FOR SPECIAL NOTICE

TO: THE CLERK OF THE ABOVE-ENTITLED COURT, DOUGLAS M. MONSON, RAY QUINNEY & NEBEKER, P.C., ATTORNEYS FOR DEBTOR, BRIGID M. HIGGINS, GORDON & SILVER, LTD., ATTORNEYS FOR OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS; ROB CHARLES, LEWIS & ROCA, LLP, ATTORNEYS FOR UNSECURED CREDITORS COMMITTEE, AND THE U.S. TRUSTEE:

PLEASE TAKE NOTICE that Creditors, John and Jane Unland, (the Unland's") are represented by the Law Offices of Binder & Malter, LLP.  Pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010, all notices given or required to be given in this case and all papers served or required to be served upon Creditors John and Jane Unland shall also be given and served upon this firm at the addresses indicated below.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code § 1109(b), the foregoing request for notices includes not only notices and papers referred

to in the Rules and Sections specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand which affects or seeks to affect, in any way, any rights or interests of John and Jane Unland.

PLEASE TAKE FURTHER NOTICE that Binder & Malter, LLP requests that all notices be mailed to them at the following address:

> Wendy W. Smith
> Binder & Malter
> 2775 Park Avenue
> Santa Clara, CA 95050
> Telephone: (408) 295-1700
> Facsimile: (408) 295-1531
> wendy@bindermalter.com

Dated: October 25, 2006

BINDER & MALTER, LLP

By: /s/ Wendy W. Smith
Wendy W. Smith
Attorneys for Creditors,
John and Jane Unland

F:\Clients\Unland, John & Jane\Pleading\ReqSpecNot.wpd