```
 1  HEINZ BINDER, ESQ. (87908)                    RECEIVED AND FILED
    WENDY W. SMITH, ESQ. (133887)
 2  BINDER & MALTER, LLP                          2006 NOV -1  P 2: 14
    2775 Park Avenue
 3  Santa Clara, CA 95050                         U.S. BANKRUPTCY COURT
    Telephone: (408) 295-1700                     PATRICIA GRAY, CLERK
 4  Facsimile:  (408) 295-1531

 5  Attorneys for Creditors
    John and Jane Unland
 6
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, FOLEY FEDERAL BUILDING

| | |
|---|---|
| In Re | Case No.: 06-10725 LBR |
| U.S.A. Commercial Mortgage Company | Chapter 11 |
| Debtor. | |

### PROOF OF SERVICE VIA FIRST CLASS MAIL

I, the undersigned, declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On October 31, 2006, I served a true and correct copy of the following document(s):

**REQUEST FOR SPECIAL NOTICE**

by placing a true copy thereof enclosed in an envelope with postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices, in Santa Clara, California, to the parties addressed as follows:

**PROOF OF SERVICE re: REQUEST FOR SPECIAL NOTICE**

| | |
|---|---|
| **Attorneys for Debtor:**<br>Douglas M. Monson<br>Ray, Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84145-0385 | **Attorneys for the Official Committee<br>of Holders of Executory Contract Rights**<br>Brigid M. Higgins<br>Gordon & Silver, Ltd.<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, Nevada 89109 |
| **Attorneys for the Official Committee<br>of Unsecured Creditors:**<br>Rob Charles<br>Lewis and Roca, LLP<br>1 South Church Avenue, Suite 700<br>Tucson, Arizona 85701-1611 | |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on October 31, 2006, at Santa Clara, California.

Cathy Kealiinohomoku

PROOF OF SERVICE re: REQUEST FOR SPECIAL NOTICE