CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
JAMES A. KOHL, ESQ.
Nevada Bar No.: 5692
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

E-FILED ON: November 3, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>    Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>    Debtor. | CASE NO.: BK-S-06-10725-LBR<br>CASE NO.: BK-S-06-10726-LBR<br>CASE NO.: BK-S-06-10727-LBR<br>CASE NO.: BK-S-06-10728-LBR<br>CASE NO.: BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-6-10725-LBR** |
| PROSPECT HIGH INCOME FUND,<br>ML CBO IV (CAYMAN) LTD.,<br>PAMCO CAYMAN, LTD.,<br>PAM CAPITAL FUNDING, L.P.,<br>HIGHLAND CRUSADER FUND, LTD.,<br>AND PCMG TRADING PARTNERS XXII, L.P.,<br>"CREDITORS"<br><br>    Appellants,<br><br>vs.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC, "DEBTOR" and OFFICIAL<br>COMMITTEE OF EQUITY SECURITY HOLDERS<br>OF USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND LLC, "COMMITTEE"<br>    Appellees | APPEAL REF:<br><br>BAP NO:<br><br><br><br><br><br><br><br><br>**HEARING:**<br>Date: N/A<br>Time: N/A |

## NOTICE OF APPEAL

PROSPECT HIGH INCOME FUND, ML CBO IV (CAYMAN) LTD., PAMCO CAYMAN, LTD., PAM CAPITAL FUNDING, L.P., HIGHLAND CRUSADER FUND, LTD., AND PCMG TRADING PARTNERS XXII, L.P. (hereinafter "the Highland Fund") appeals under 28 U.S.C. §158(a) or (b) from the order entered by the Bankruptcy Court in the above-referenced bankruptcy case on the 26th day of October, 2006. (*See* copy of order attached hereto and incorporated by reference as Exhibit "1".)

The names of all parties to the order appealed from and the names, addresses, and telephone numbers are as follows:

**Appellants:**
CiCi Cunningham, Esq.
James A. Kohl, Esq.
Rawlings, Olson, Cannon,
Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
Fax: (702) 383-0701
email: bankruptcy@rocgd.com
Attorneys for Appellants,
the Highland Fund

**Appellees:**
Annette W. Jarvis, Esq.
Ray Quinney & Nebeker, P.C.
P.O. Box 45385
Salt Lake City, UT 84145-0385
Telephone: (801) 532-1500
Fax: (801) 532-7543
email: ajarvis@rqn.com
Attorneys for Appellee/Debtor,
USA Capital Diversified Trust Deed Fund, LLC

Lenard E. Schwartzer, Esq.
Jeanette McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146-5308
Telephone: (702) 228-7590
Fax: (702) 892-0122
email: bkfilings@s-mlaw.com
Attorneys for Appellee/Debtor,
USA Capital Diversified Trust Deed Fund, LLC

Bob L. Olson, Esq.
Anne M. Loraditch, Esq.
Beckley Singleton, Chtd.
530 S. Las Vegas Blvd. South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Fax: (702) 385-5024
email: bolson@beckleylaw.com;
aloraditch@beckleylaw.com
Attorneys for Appellee,
the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the District Court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. §158 ( c ), to have the appeal heard by the District Court.

DATED this 3rd Day of November, 2006.

Respectfully Submitted By:

CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
JAMES A. KOHL, ESQ.
Nevada Bar No.: 5692
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

# EXHIBIT 1

Entered on Docket
October 26, 2006

Hon. Linda B. Riegle
United States Bankruptcy Judge

Bob L. Olson, Esq. (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity
Security Holders of USA Capital Diversified
Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date: October 19, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | (Affects indicated Debtors) |

{00334909;}

Page 1 of 3

## ORDER DISALLOWING THE PROOF OF CLAIM FILED BY PROSPECT HIGH INCOME FUND, ET AL., AGAINST ALL DEBTORS

This Court, having read and considered Diversified Trust Deed Fund Committee's Objection to Proof of Claim filed by Prospect High Income Fund et al. ("Objection"), having read and considered the Highland Fund's Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim ("Opposition"), having read and considered the Reply to Highland Funds' Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim ("Reply"), having heard and considered the oral argument of counsel with Bob L. Olson, Esq. of the law firm of Beckley Singleton, Chtd., appearing on the behalf of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, with Lenard Schwartzer, Esq. of the law firm of Schwartzer & McPherson appearing on behalf of the Debtors, and with CiCi Cunningham, Esq. of the law firm of Rawlings, Olson, Cannon, Gromley & Desruisseaux and Paul B. Lackey, Esq. and Michael P. Aigen, Esq., of the law firm of Lackey Hershman, LLP, appearing on the behalf of the Highland Funds, having made its findings of fact and conclusions of law on the record pursuant to F.R.B.P. 7052 and F.R.C.P. 52, and with good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Objection is sustained in its entirety and that all the Proofs of Claim that Prospect High Income Fund, ML CBO IV (Cayman), Ltd., PAMCO Cayman, Ltd., PAM Capital Funding, L.P. Highland Crusader Fund, Ltd., and PCMG Trading Partners XXIII, L.P. (collectively the " Highland Funds") filed in all of the Debtors' cases are disallowed in their entirety and with prejudice. Those claims include, but are not limited to, Claim No. 26 in the amount of $20,000,000 filed in the USA Commercial Mortgage Company case, Claim No. 17 in the amount of $20,000,000 filed in the USA Capital Realty

///

///

///

{00334909;}                                                                    Page 2 of 3

1  Advisors case, Claim No. 20 in the amount of $20,000,000 filed in the USA Capital Diversified
2  Trust Deed Fund case, Claim No. 16 in the amount of $20,000,000 filed in the USA Capital First
3  Trust Deed Fund case, and Claim No. 14 in the amount of $20,000,000 filed in the USA Securities
4  case.

BECKLEY SINGLETON, CHTD.

By: _____
BOB L. OLSON, ESQ.
ANNE M. LORADITCH, ESQ.
530 Las Vegas Boulevard South
Las Vegas, NV 89101

*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

**APPROVED/DISAPPROVED**                              **APPROVED/DISAPPROVED**

_____                              _____
CiCi CUNNINGHAM, ESQ.                                  LENARD SCHWARTZER, ESQ.
9950 West Cheyenne Avenue                              2850 South Jones Blvd. #1
Las Vegas, NV 89129                                    Las Vegas, NV 89146

*Attorneys for Prospect High Income*                   *Attorneys for Debtors*
*Fund, ML CBO IV (Cayman), Ltd.,*
*PAMCO Cayman, Ltd.,*
*PAM Capital Funding, L.P.*
*Highland Crusader Fund, Ltd.,*
*and PCMG Trading Partners XXIII, L.P.*



## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order; and/or

    ☐ waived the right to review the order; and/or

    ☐ failed to file and serve papers in accordance with LR 9021(c); and

    the following have disapproved the form of the order:

        n/a

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

# # #

1  Advisors case, Claim No. 20 in the amount of $20,000,000 filed in the USA Capital Diversified
2  Trust Deed Fund case, Claim No. 16 in the amount of $20,000,000 filed in the USA Capital First
3  Trust Deed Fund case, and Claim No. 14 in the amount of $20,000,000 filed in the USA Securities
4  case.
5
6  BECKLEY SINGLETON, CHTD.
7
8  By: _____
9  BOB L. OLSON, ESQ.
   ANNE M. LORADITCH, ESQ.
10 530 Las Vegas Boulevard South
   Las Vegas, NV 89101
11
12 *Special Nevada Counsel for the Official*
   *Committee of Equity Security Holders of*
13 *USA Capital Diversified Trust Deed*
   *Fund, LLC*
14
15
16
17 APPROVED/DISAPPROVED                    APPROVED/DISAPPROVED
18
19
20 CICI CUNNINGHAM, ESQ.                   LENARD SCHWARTZER, ESQ.
   9950 West Cheyenne Avenue               2850 South Jones Blvd. #1
21 Las Vegas, NV 89129                     Las Vegas, NV 89146
22 *Attorneys for Prospect High Income*    *Attorneys for Debtors*
   *Fund, ML CBO IV (Cayman), Ltd.,*
23 *PAMCO Cayman, Ltd.,*
   *PAM Capital Funding, L.P.*
24 *Highland Crusader Fund, Ltd.,*
   *and PCMG Trading Partners XXIII, L.P.*
25
26
27
28

1  Advisors case, Claim No. 20 in the amount of $20,000,000 filed in the USA Capital Diversified
2  Trust Deed Fund case, Claim No. 16 in the amount of $20,000,000 filed in the USA Capital First
3  Trust Deed Fund case, and Claim No. 14 in the amount of $20,000,000 filed in the USA Securities
4  case.

BECKLEY SINGLETON, CHTD.

By: _____
BOB L. OLSON, ESQ.
ANNE M. LORADITCH, ESQ.
530 Las Vegas Boulevard South
Las Vegas, NV 89101

*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

APPROVED/DISAPPROVED                    APPROVED/DISAPPROVED

_____                _____
CiCi CUNNINGHAM, ESQ.                   LENARD SCHWARTZER, ESQ.
9950 West Cheyenne Avenue               2850 South Jones Blvd. #1
Las Vegas, NV 89129                     Las Vegas, NV 89146

*Attorneys for Prospect High Income Fund, ML CBO IV (Cayman), Ltd., PAMCO Cayman, Ltd., PAM Capital Funding, L.P. Highland Crusader Fund, Ltd., and PCMG Trading Partners XXIII, L.P.*

*Attorneys for Debtors*