CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
JAMES A. KOHL, ESQ.
Nevada Bar No.: 5692
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

E-FILED ON: November 3, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　Debtor. | CASE NO.: BK-S-06-10725-LBR<br>CASE NO.: BK-S-06-10726-LBR<br>CASE NO.: BK-S-06-10727-LBR<br>CASE NO.: BK-S-06-10728-LBR<br>CASE NO.: BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-6-10725-LBR** |
| PROSPECT HIGH INCOME FUND,<br>ML CBO IV (CAYMAN) LTD.,<br>PAMCO CAYMAN, LTD.,<br>PAM CAPITAL FUNDING, L.P.,<br>HIGHLAND CRUSADER FUND, LTD.,<br>AND PCMG TRADING PARTNERS XXII, L.P.,<br>"CREDITORS"<br><br>　　　　　　　　　　Appellants,<br><br>vs.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, "DEBTOR" and OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC, "COMMITTEE"<br>　　　　　　　　　　Appellees | APPEAL REF:<br><br>BAP NO:<br><br><br><br><br>**HEARING:**<br>Date:  N/A<br>Time:  N/A |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEAL

I, the undersigned do hereby certify that the Notice of Appeal was served on the 3rd day of November, 2006 via facsimile and first class mail to the following:

Annette W. Jarvis, Esq.
Ray Quinney & Nebeker, P.C.
P.O. Box 45385
Salt Lake City, UT 84145-0385
Fax: (801) 532-7543

Lenard E. Schwartzer, Esq.
Jeanette McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146-5308
Fax: (702) 892-0122

Bob L. Olson, Esq.
Anne M. Loraditch, Esq.
Beckley Singleton, Chtd.
530 S. Las Vegas Blvd. South
Las Vegas, NV 89101
Fax: (702) 385-5024

DATED this 3rd day of November, 2006.

_Tina Goddard_
Tina Goddard, an employee of Rawlings, Olson, Cannon, Gormley & Desruisseaux