E-Filed on November 2, 2006

Daniel D. White, Esq.
California Bar No. 119030
23 Corporate Plaza Drive, Suite 160
Newport Beach, CA 92660
Telephone:      (949) 729-9119
Facsimile:       (949) 729-9174
E-mail:           dan@ddwlaw.com

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,
    Debtor.

_____/

In re:

USA CAPITAL REALTY ADVISORS, LLC,
    Debtor.

_____/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
    Debtor.

_____/

In re:

USA SECURITIES, LLC,
    Debtor.

_____/

CASE NOS: BK-5-06-10726 LBR
CASE NOS: BK-5-06-10727 LBR
CASE NOS. BK-5-06-10728 LBR
CASE NOS. BK-5-06-10729 LBR
CHAPTER 11
JOINTLY ADMINISTERED UNDER
CASE NO. BK-5-06-10725-LBR

Affects:
    ☒ All Debtors
    ☐ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed
    ☐ USA First Trust Deed Fund, LLC

_____/

### VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS
### CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

Daniel D. White, Esq., Petitioner, respectfully represents to the Court:

    1.    That Petitioner resides in Newport Beach, California , telephone number, (949) 729-9119.

2.      That Petitioner is an attorney at law and a member of the law firm of Daniel D. White, with offices at 23 Corporate Plaza Drive, Suite 160, Newport Beach, California 92660, Telephone Number (949) 729-9119.

3.      That Petitioner has been retained personally to provide legal representation in connection with the above-entitled case now pending before this Court.

4.      That since August 7, 1985, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law.

5.      That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
|---|---|
| United States Court of Appeals, Ninth Circuit | September 15, 1986 |
| United States District Court, Central District of California | October 9, 1986 |
| United States District Court, Southern District of California | July 12, 1988 |
| United States Tax Court | February 10, 1987 |

6.      That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:  None.

7.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):  None

8. That Petitioner is a member of good standing in the following Bar Associations: State Bar of California; The Los Angeles Bar Association and the Orange County Bar Association.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed applications(s) to appear as counsel under Local Rule IA 10-2 during the past _____ ( _____ ) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Daniel D. White, Esq.

STATE OF CALIFORNIA )

COUNTY OF ORANGE    )

DANIEL D. WHITE, Petitioner, being first duly sworn, deposes and says:   That the foregoing statements are true.

_____
Daniel D. White, Esq.

Subscribed and sworn to before me this
_1_ day of November , 2006.

_____
Notary Public or Clerk of Court

KAREN L. BENHAM
Commission # 1486948
Notary Public - California
Orange County
My Comm. Expires Apr 30, 2008

APPROVED:

Dated: This _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE