E-Filed on November 2, 2006

Daniel D. White, Esq.
California Bar No. 119030
23 Corporate Plaza Drive, Suite 160
Newport Beach, CA 92660
Telephone:  (949) 729-9119
Facsimile:  (949) 729-9174
E-mail:  dan@ddwlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,
  Debtor.
_____/

In re:

USA CAPITAL REALTY ADVISORS, LLC,
  Debtor.
_____/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
  Debtor.
_____/

In re:

USA SECURITIES, LLC,
  Debtor.
_____/

Affects:
  ☒ All Debtors
  ☐ USA Commercial Mortgage Co.
  ☐ USA Securities, LLC
  ☐ USA Capital Realty Advisors, LLC
  ☐ USA Capital Diversified Trust Deed
  ☐ USA First Trust Deed Fund, LLC
_____/

CASE NOS: BK-5-06-10726 LBR
CASE NOS: BK-5-06-10727 LBR
CASE NOS. BK-5-06-10728 LBR
CASE NOS. BK-5-06-10729 LBR
CHAPTER 11
JOINTLY ADMINISTERED UNDER
CASE NO. BK-5-06-10725-LBR

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED
TO THE BAR OF THIS COURT AND CONSENT THERETO**

The undersigned, attorney of record for Gateway Stone Associates, LLC, herein has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only by Attorney Note Admitted to the Bar of this Court." Pursuant to the requirements of the Local Rules of Practice for this Court, he believes it to be in the best interests of the client to designate

designate R. Vaughn Gourley and David A. Stephens, Attorneys at Law, members of the State Bar of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address of said designated Nevada counsel is:

> Stephens, Gourley & Bywater
> R. Vaughn Gourley, Esq.
> David A. Stephens, Esq.
> 3636 North Rancho Drive
> Las Vegas, Nevada 89130
> Telephone: 702-656-2355
> Facsimile: 702-656-2776
> E-mail: vgourley@1vcm.com

By this designation the undersigned attorneys and party(ies) agree that this designation constitutes agreement and authorization by the undersigned for the designated resident admitted counsel to sign stipulations binding all of us.

/s/ Daniel D. White
Daniel D. White, Esq.

Counsel for Gateway Stone Associates, LLC

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ R. Vaughn Gourley
Designated Resident Nevada Counsel

2

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints

Stephens, Gourley & Bywater
R. Vaughn Gourley, Esq.
David A. Stephens, Esq.
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone:    702-656-2355
Facsimile:    702-656-2776
E-mail:       vgourley@1vcm.com

as his/her/their Designated Resident Nevada Counsel in this case.

GATEWAY STONE ASSOCIATES, LLC

By: _____
Rob Stone, Managing Member

APPROVED:

DATED: _____, 2006.


LANCE S. WILSON, CLERK

By: _____
   Deputy Clerk