E-Filed on November 2, 2006

Daniel D. White, Esq.
California Bar No. 119030
23 Corporate Plaza Drive, Suite 160
Newport Beach, CA 92660
Telephone:      (949) 729-9119
Facsimile:      (949) 729-9174
E-mail:         dan@ddwlaw.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

_____/

In re:

USA CAPITAL REALTY ADVISORS, LLC,

    Debtor.

_____/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC,

    Debtor.

_____/

In re:

USA SECURITIES, LLC,

    Debtor.

_____/

Affects:
    ☒ All Debtors
    ☐ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed
    ☐ USA First Trust Deed Fund, LLC

_____/

CASE NOS: BK-5-06-10726 LBR
CASE NOS: BK-5-06-10727 LBR
CASE NOS. BK-5-06-10728 LBR
CASE NOS. BK-5-06-10729 LBR
CHAPTER 11
JOINTLY ADMINISTERED UNDER
CASE NO. BK-5-06-10725-LBR

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

    PLEASE TAKE NOTICE that Daniel D. White, Esquire, of the firm of Daniel D. White,

hereby files this Notice of Appearance as counsel of record in this proceeding for Gateway Stone

Association, LLC.

ORLDOCS 10400285 1

Pursuant to 11 U.S.C. §1109(b) and F.R.B.P. 2002 and 9010(b), the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add them to the matrix in this case.

By filing this Notice of Appearance, Gateway Stone Association, LLC, neither consents to nor waives (as applicable) any of the following: (i) any objection it might have to the jurisdiction of the Bankruptcy Court to determine any specific adversary proceeding or contested matter; (ii) that any specific adversary proceeding or contested matter is a core proceeding within the meaning of 28 U.S.C. § 157; (iii) that the Bankruptcy Court may enter a final order or judgment in any non-core proceeding; (iv) any right to jury trial to which it may otherwise be entitled pursuant to the United States Constitution or other applicable law; or (v) that the Bankruptcy Court may conduct any jury trial to which it may otherwise be entitled.

Dated this 23rd day of October, 2006.

Daniel D. White, Esq.
Attorneys for Gateway Stone Associates, LLC

*Mailing Address:*      Daniel D. White, Esq.
23 Corporate Plaza Drive, Suite 160
Newport Beach, CA 92660
Telephone:      (949) 729-9119
Facsimile:      (949) 729-9174
E-mail:      dan@ddwlaw.com

By: /s/
Daniel D. White, Esquire
California Bar No. 119030

2

## CERTIFICATE OF SERVICE

This is to certify that I have this 24th day of October 2006, served a copy of the foregoing Notice of Appearance Demand for Service of Papers by regular U.S. Mail, postage prepaid thereon, to those persons set forth on the attached matrix.

/s/ _____

Daniel D. White, Esq.

10400285