E-Filed on November 2, 2006

R. Vaughn Gourley, Esq.
Nevada Bar No. 00503
Stephens, Gourley & Bywater
3636 N. Rancho Drive
Las Vegas, Nevada 89130
Telephone:    702-656-2355
Facsimile:    702-656-2776
E-mail:  vgourley@lvcm.com

Attorneys for Gateway Stone Associates, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,
    Debtor.
_____/

In re:

USA CAPITAL REALTY ADVISORS, LLC,
    Debtor.
_____/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
    Debtor.
_____/

In re:

USA SECURITIES, LLC,
    Debtor.
_____/

Affects:
    ☒ All Debtors
    ☐ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed
    ☐ USA First Trust Deed Fund, LLC
_____/

CASE NOS: BK-5-06-10726 LBR
CASE NOS: BK-5-06-10727 LBR
CASE NOS. BK-5-06-10728 LBR
CASE NOS. BK-5-06-10729 LBR

CHAPTER 11
JOINTLY ADMINISTERED UNDER
CASE NO. BK-5-06-10725-LBR

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Notice is hereby given that the law firm of Stephens, Gourley & Bywater hereby represents Gateway Stone Associates, LLC, a creditor in the above-captioned bankruptcy case. Pursuant to Rule 2002(g), Federal Rules of Bankruptcy Procedure, undersigned counsel hereby requests that copies of all pleadings and notices be sent to:

> R. Vaughn Gourley, Esq.
> David Stephens, Esq.
> Stephens, Gourley & Bywater
> 3636 North Rancho Drive
> Las Vegas, Nevada 89130

Please take notice that the foregoing request for notice includes, without limitation and to the extent applicable, any and all disclosure statements, plans of reorganization, notices of any orders, pleadings, motions, applications, demands, proofs of claim, notices, requests for hearings, memoranda, and/or briefs in support of any of the foregoing.

Respectfully submitted this 2nd day of November, 2006.

STEPHENS, GOURLEY & BYWATER

By:  /s/ R. Vaughn Gourley
    R. Vaughn Gourley, Esq.
    Nevada Bar No. 00503
    3636 North Rancho Drive
    Las Vegas, Nevada 89130

    Attorneys for Gateway Stone Associates, LLC