1   **COS**                                               **E-Filed on November 2, 2006**
    Daniel D. White, Esq.
2   California Bar No. 119030
    23 Corporate Plaza Drive, Suite 160
3   Newport, California 92660
    Telephone:    949-729-9119
4   Facsimile:    949-729-9174
5   E-mail:  dan@ddwlaw.com

6   and

7   R. Vaughn Gourley, Esq.
    Nevada Bar No. 0503
8   Stephens, Gourley & Bywater
    3636 North Rancho Drive
9   Las Vegas, Nevada  89130
    Telephone:    702-656-2355
10  Facsimile:    702-656-2776
    E-mail:  vgourley@lvcm.com
11
12  Attorneys for Gateway Stone Associates, LLC

13
                    **UNITED STATES BANKRUPTCY COURT**
14
                    **FOR THE DISTRICT OF NEVADA**
15

16

17  In re:

18  USA COMMERCIAL MORTGAGE            Case No. BK-S-06-10725-LBR
    COMPANY,                           Chapter 11
19          Debtor.

20  _____

21  In re:                            CASE NOS: BK-5-06-10726 LBR
                                      CASE NOS: BK-5-06-10727 LBR
    USA CAPITAL REALTY ADVISORS, LLC, CASE NOS. BK-5-06-10728 LBR
22          Debtor.                    CASE NOS. BK-5-06-10729 LBR

23  _____
    In re:                            CHAPTER 11
24                                     JOINTLY ADMINISTERED UNDER
    USA CAPITAL DIVERSIFIED TRUST DEED CASE NO. BK-5-06-10725-LBR
25  FUND, LLC,
            Debtor.
26  _____

27

28

                                    -1-

1    In re:

2    USA SECURITIES, LLC,

          Debtor.
3    _____

4    Affects:
          ☒ All Debtors
5         ☐ USA Commercial Mortgage Co.
          ☐ USA Securities, LLC
6         ☐ USA Capital Realty Advisors, LLC
          ☐ USA Capital Diversified Trust Deed
7         ☐ USA First Trust Deed Fund, LLC

8    _____

9                    **CERTIFICATE OF SERVICE**

10   1.    On November 2, 2006, I served the following document(s) (*specify*):

11   Notice of Appearance and Request for a Notice.

12

13   2.    I served the above-named document(s) by the following means to the persons as

14   listed below:

15

16   (***Check all that apply***)

17   ☒    **a.    ECF System** (*You must attach the "Notice of Electronic Filing," or list all
           persons and addresses and attach additional paper if necessary*)

18

19   ☒    **b.    United States mail, postage fully prepaid**
           (*List persons and addresses. Attach additional paper if necessary*)

20

21   ☐    **c.    Personal Service** (*List persons and addresses.  Attach additional paper if
           necessary*)

22

23         I personally delivered the document(s) to the persons at these addresses:

24

25   ☐         For a party represented by an attorney, delivery was made by handing
                the document(s) to the attorney or by leaving the documents(s) at the
                attorney's office with a clerk or other person in charge, or if no one is in
26              charge by leaving the documents(s) in a conspicuous place in the office.

27

28   ☐         For a party, delivery was made by handing the document(s) to the party
                or by leaving the document(s) at the person's dwelling house or usual

                              -2-

1

place of abode with someone of suitable age and discretion residing there.

2

☐ **d.** **By direct email (as opposed to through the ECF System)**
3    (*List persons and email addresses. Attach additional paper if necessary*)

4    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email

5    addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission

6    was unsuccessful.

7

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

8

9    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A

10    copy of the record of the fax transmission is attached.

11

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

12    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger

13    for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

14

15

**I declare under penalty of perjury that the foregoing is true and correct.**

16

Signed on November 2, 2006.

17

18    ____/s/Paula Timmons____
DECLARANT

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

__X__    BY NOTICE OF ELECTRONIC FILING: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below.

- FRANKLIN C. ADAMS
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com

- NANCY L ALLF
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

- NANCY L ALLF
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

- **OGONNA M. ATAMOH**
  oatamoh@nevadafirm.com
  bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.
  com

- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com

- **THOMAS R BROOKSBANK**
  tom@tombrooksbank.com renee@tombrooksbank.com

- **ANDREW M. BRUMBY**
  abrumby@shutts-law.com rhicks@shutts-law.com;lmackson@shutts-
  law.com

- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com

- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith
  @sheacarlyon.com

- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com

- **MICHAEL W. CHEN**
  michael@ccfirm.com yvette@ccfirm.com

- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com

- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com

- **JANET L. CHUBB**
  jlc@jonesvargas.com tbw@jonesvargas.com

- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com

- **WILLIAM D COPE**
  cope_guerra@yahoo.com

- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com

- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

- **THOMAS H. FELL**
  THF@GORDONSILVER.COM
  BANKRUPTCYNOTICES@GORDONSILVER.COM

- **SCOTT D. FLEMING**
  sfleming@halelane.com
  dbergsing@halelane.com,ecfvegas@halelane.com

- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com

- **WADE B. GOCHNOUR**
  wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com

- **CARLOS A. GONZALEZ**
  carlos.gonzalez2@usdoj.gov
  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj
  .gov

- **GERALD M GORDON**
  bankruptcynotices@gordonsilver.com

- **R. VAUGHN GOURLEY**
  vgourley@lvcm.com

- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com

- **JAMES D. GREENE**
  bknotice@schrecklaw.com

- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com

- **JEFFREY R. HALL**
  jhall@sheacarlyon.com
  bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadw
  ay@sheacarlyon.com;rsmith@sheacarlyon.com

- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com

- **STEPHEN R HARRIS**
  steve@renolaw.biz noticesbh&p@renolaw.biz

- **BRIGID M. HIGGINS**
  bankruptcynotices@gordonsilver.com

- **DAVID W. HUSTON**
  dwh@hustonlaw.net swaits@hustonlaw.net

- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com

- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com

- **ANNETTE W JARVIS**

- **TY E. KEHOE**
  TyKehoeLaw@aol.com

- **ROBERT R. KINAS**
  rkinas@swlaw.com
  mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

- **ZACHARIAH LARSON**
  ecf@lslawnv.com

- **JOHN J. LAXAGUE**
  jlaxague@caneclark.com

- **GEORGE C LAZAR**
  glazar@foxjohns.com gclazar@sbcglobal.net

- **NILE LEATHAM**
  nleatham@klnevada.com
  ckishi@klnevada.com;bankruptcy@klnevada.com

- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com

- **ANNE M. LORADITCH**
  ecffilings@beckleylaw.com
  aloraditch@beckleylaw.com;pkois@beckleylaw.com

- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com

- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com

- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com

- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com bkfilings@s-mlaw.com

- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com
  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

- **DAVID MINCIN**
  mcknightlaw@cox.net

-7-

gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasve
gas.com

- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com

- **ERVEN T. NELSON**
  erv@rlbolick.com susan@rlbolick.com

- **VICTORIA L NELSON**
  bkecf@nevadafirm.com
  vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafir
  m.com;sliberio@nevadafirm.com

- **BOB L. OLSON**
  ecffilings@beckleylaw.com
  bolson@beckleylaw.com;dgriffis@beckleylaw.com

- **DONNA M. OSBORN**
  ebaker@marquisaurbach.com
  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos
  @MarquisAurbach.com

- **ANDREW M. PARLEN**
  aparlen@stutman.com

- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com

- **PAUL C RAY**
  info@johnpeterlee.com

- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com

- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com

- **JAMES PATRICK SHEA**
  bankruptcyfilings@sheacarlyon.com
  ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com
  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadw
  ay@sheacarlyon.com;rsmith@sheacarlyon.com

- **AMBRISH S. SIDHU**
  asidhu@lslawnv.com ecf@lslawnv.com

- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com

- **DAVID A. STEPHENS**
  dstephens@lvcm.com

- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com

- **JEFFREY R. SYLVESTER**
  jeff@sylvesterpolednak.com David@sylvesterpolednak.com

- **CARYN S. TIJSSELING**
  cst@beesleymatteoni.com aha@beesleymatteoni.com

- **GREGORY J. WALCH**
  GWalch@Nevadafirm.com

- **WHITNEY B. WARNICK**
  wbw@albrightstoddard.com bstessel@albrightstoddard.com

- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com

- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

_____  **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below:

___X___  **BY MAIL**: by placing the document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

**EVAN BEAVERS**
1625 HIGHWAY 88, #304
MINDEN, NV 89423

**JOSHUA D BRYSK**
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

**ELISSA F CADISH**
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

**VINCE DANELIAN**
P.O. BOX 97782
LAS VEGAS, NV 89193

Affidavit of Mailing 2006-10-17 [13577.1]

1

2
**FRANK A ELLIS**
510 S 9TH ST
3
LAS VEGAS, NV 89101

4
**GEORGE D FRAME**
601 GREENWAY ROAD, STE D
5
HENDERSON, NV 89015

6
**ANNETTE W JARVIS**
POB 45385
36 SOUTH STATE STREET, #1400
7
SALT LAKE CITY, UT 84145-0385

8
**RICHARD E KAMMERMAN**
RICHARD KAMMERMAN PC
9
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731
10

11
**MATTHEW J. KREUTZER**
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
12
FOURTH FLOOR
LAS VEGAS, NV 89169
13

14
**REID W. LAMBERT**
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
15
SALT LAKE CITY, UT 84111

16
**ELIZABETH R. LOVERIDGE**
WOODBURY & KESLER, P.C.
17
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111
18

19
**LEE D. MACKSON**
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
20
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131
21

22
**RICHARD J. MASON**
130 PINETREE LANE
RIVERWOODS, IL 60015
23

24
**JAY L. MICHAELSON, ESQ.**
**SUSI & MICHAELSON**
7 W. FIGUEROA STREET, 2ND FLOOR
SANTA BARBARA, CA 93101-3191

1

2
**BRECK E. MILDE**
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
3
SAN JOSE, CA 95113

4
**DOUGLAS M MONSON**
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
5
SUITE 1400
PO BOX 45385
6
SALT LAKE CITY, UT 84145-0385

7
**STEVEN R ORR**
RICHARDS WATSON & GERSHON
8
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071
9

10

**J. STEPHEN PEEK**
11
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
12
FOURTH FLOOR
LAS VEGAS, NV 89169
13

**NANCY A. PETERMAN**
14
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
15
CHICAGO, IL 60601

16
**RAY QUINNEY & NEBEKER P.C.**
36 SOUTH STATE STREET, SUITE 1400
17
P.O. BOX 45385
SALT LAKE CITY, UT 84145
18

**NICHOLAS J SANTORO**
19
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101
20

**MICHAEL M. SCHMAHL**
21
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
22
CHICAGO, IL 60601

23
**JAMES G SCHWARTZ**
7901 STONERIDGE DR #401
24
PLEASANTON, CA 94588

1    **SCHWARTZER & MCPHERSON LAW FIRM**
     2850 S. JONES BLVD., #1
2    LAS VEGAS, NV 89146

3    **PATRICIA K. SMOOTS**
     318 N GROVE
4    OAK PARK, IL 60302

5    **BRADLEY J STEVENS**
     3300 N CENTRAL AVE #1800
6    PHOENIX, AZ 85012

7    **THOMAS W STILLEY**
     1000 SW BROADWAY #1400
8    PORTLAND, OR 97205

9    **STEVEN C STRONG**
     RAY QUINNEY & NEBEKER P.C.
10   36 SOUTH STATE STREET
     SUITE 1400
11   SALT LAKE CITY, UT 84145-0385

12   **STUTMAN, TREISTER & GLATT PROFESSIONAL**
     **CORPORATION**
13   1901 AVENUE OF THE STARS, 12TH FLR
     LOS ANGELES, CA 90067
14
     **RUSSELL S. WALKER**
15   265 EAST 100 SOUTH
     SUITE 300
16   SALT LAKE CITY, UT 84111

17   **WILLIAM E WINFIELD**
     POB 9100
18   OXNARD, CA 93031

19   /////

20   /////

21   /////

22   /////

23   /////

24   /////

-13-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**MARION E. WYNNE**
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367