1

**COS**                                                    E-Filed on November 2, 2006

Daniel D. White, Esq.

2

California Bar No. 119030

23 Corporate Plaza Drive, Suite 160

3

Newport, California 92660

Telephone:      949-729-9119

4

Facsimile:      949-729-9174

E-mail: dan@ddwlaw.com

5

6

and

7

R. Vaughn Gourley, Esq.

Nevada Bar No. 0503

8

Stephens, Gourley & Bywater

9

3636 North Rancho Drive

Las Vegas, Nevada 89130

10

Telephone:      702-656-2355

Facsimile:      702-656-2776

11

E-mail: vgourley@lvcm.com

12

Attorneys for Gateway Stone Associates, LLC

13

**UNITED STATES BANKRUPTCY COURT**

14

**FOR THE DISTRICT OF NEVADA**

15

16

17

In re:

18

USA COMMERCIAL MORTGAGE                    Case No. BK-S-06-10725-LBR

COMPANY,                                                   Chapter 11

19

        Debtor.

20

_____

21

In re:                                                      CASE NOS: BK-5-06-10726 LBR

                                                             CASE NOS: BK-5-06-10727 LBR

USA CAPITAL REALTY ADVISORS, LLC,         CASE NOS. BK-5-06-10728 LBR

22

        Debtor.                                             CASE NOS. BK-5-06-10729 LBR

23

_____

In re:                                                      CHAPTER 11

24

                                                             JOINTLY ADMINISTERED UNDER

USA CAPITAL DIVERSIFIED TRUST DEED        CASE NO. BK-5-06-10725-LBR

25

FUND, LLC,

        Debtor.

26

_____

27

28

In re:

USA SECURITIES, LLC,
        Debtor.

_____

Affects:
    ☒ All Debtors
    ☐ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed
    ☐ USA First Trust Deed Fund, LLC

_____

## **CERTIFICATE OF SERVICE**

1.    On November 2, 2006, I served the following document(s) (*specify*):

Notice of Appearance and Request for a Notice.

2.    I served the above-named document(s) by the following means to the persons as listed below:

**(*Check all that apply*)**

☒   **a.   ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

☒   **b.   United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐   **c.   Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual

1    place of abode with someone of suitable age and discretion residing there.

2

☐    **d.    By direct email (as opposed to through the ECF System)**
3    *(List persons and email addresses. Attach additional paper if necessary)*

4    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email
5    addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission
6    was unsuccessful.

7    ☐    **e.    By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

8

9    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax
    numbers listed below. No error was reported by the fax machine that I used. A
10    copy of the record of the fax transmission is attached.

11    ☐    **f.    By messenger** *(List persons and addresses. Attach additional paper if necessary)*

12    I served the document(s) by placing them in an envelope or package addressed
    to the persons at the addresses listed below and providing them to a messenger
13    for service. *(A declaration by the messenger must be attached to this Certificate
    of Service).*

14

15    **I declare under penalty of perjury that the foregoing is true and correct.**

16    Signed on November 2, 2006.

17

18    _____/s/Paula Timmons_____
    DECLARANT

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | __X__ |

BY NOTICE OF ELECTRONIC FILING: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below.

- FRANKLIN C. ADAMS
  franklin.adams@bbklaw.com arthur.johnston@bbklaw.com

- NANCY L ALLF
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ccf@parsonsbehle.com

- NANCY L ALLF
  nallf@parsonsbehle.com
  klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ccf@parsonsbehle.com

1

- **OGONNA M. ATAMOH**
  oatamoh@nevadafirm.com
  bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

2

- **KELLY J. BRINKMAN**
  kbrinkman@gooldpatterson.com

3

4

- **THOMAS R BROOKSBANK**
  tom@tombrooksbank.com renee@tombrooksbank.com

5

6

- **ANDREW M. BRUMBY**
  abrumby@shutts-law.com rhicks@shutts-law.com;lmackson@shutts-law.com

7

8

- **MATTHEW Q. CALLISTER**
  mqc@callister-reynolds.com maggie@callister-reynolds.com

9

- **CANDACE C CARLYON**
  ltreadway@sheacarlyon.com
  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

10

11

- **ROB CHARLES**
  rcharles@lrlaw.com cjordan@lrlaw.com

12

- **MICHAEL W. CHEN**
  michael@ccfirm.com yvette@ccfirm.com

13

14

- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com

15

- **KEVIN B. CHRISTENSEN**
  kbchrislaw@aol.com

16

17

- **JANET L. CHUBB**
  jlc@jonesvargas.com tbw@jonesvargas.com

18

- **JEFFREY A. COGAN**
  jeffrey@jeffreycogan.com sarah@jeffreycogan.com

19

20

- **WILLIAM D COPE**
  cope_guerra@yahoo.com

21

- **CICI CUNNINGHAM**
  bankruptcy@rocgd.com

22

- **LAUREL E. DAVIS**
  bklsclv@lionelsawyer.com
  ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

23

24

- **THOMAS H. FELL**
  THF@GORDONSILVER.COM
  BANKRUPTCYNOTICES@GORDONSILVER.COM

- **SCOTT D. FLEMING**
  sfleming@halelane.com
  dbergsing@halelane.com,ecfvegas@halelane.com

- **GREGORY E GARMAN**
  bankruptcynotices@gordonsilver.com

- **WADE B. GOCHNOUR**
  wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com

- **CARLOS A. GONZALEZ**
  carlos.gonzalez2@usdoj.gov
  Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

- **GERALD M GORDON**
  bankruptcynotices@gordonsilver.com

- **R. VAUGHN GOURLEY**
  vgourley@lvcm.com

- **TALITHA B. GRAY**
  tbg@gordonsilver.com bankruptcynotices@gordonsilver.com

- **JAMES D. GREENE**
  bknotice@schrecklaw.com

- **MARJORIE A. GUYMON**
  bankruptcy@goldguylaw.com ddias@goldguylaw.com

- **JEFFREY R. HALL**
  jhall@sheacarlyon.com
  bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

- **XANNA R. HARDMAN**
  xanna.hardman@gmail.com

- **STEPHEN R HARRIS**
  steve@renolaw.biz noticesbh&p@renolaw.biz

- **BRIGID M. HIGGINS**
  bankruptcynotices@gordonsilver.com

- **DAVID W. HUSTON**
  dwh@hustonlaw.net swaits@hustonlaw.net

- **CHRISTOPHER D JAIME**
  cjaime@waltherkey.com kbernhar@waltherkey.com

1

- **EVAN L. JAMES**
  ejameslv@earthlink.net kbchrislaw@aol.com

2

- **ANNETTE W JARVIS**

3

- **TY E. KEHOE**
  TyKehoeLaw@aol.com

4

5

- **ROBERT R. KINAS**
  rkinas@swlaw.com
  mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord

6
  @swlaw.com

7

- **ZACHARIAH LARSON**
  ecf@lslawnv.com

8

- **JOHN J. LAXAGUE**
  jlaxague@caneclark.com

9

10

- **GEORGE C LAZAR**
  glazar@foxjohns.com gclazar@sbcglobal.net

11

- **NILE LEATHAM**
  nleatham@klnevada.com

12
  ckishi@klnevada.com;bankruptcy@klnevada.com

13

- **ROBERT C. LEPOME**
  robert@robertlepome.com susan@robertlepome.com

14

- **ANNE M. LORADITCH**
  ecffilings@beckleylaw.com

15
  aloraditch@beckleylaw.com;pkois@beckleylaw.com

16

- **REGINA M. MCCONNELL**
  rmcconnell@kssattorneys.com

17

- **WILLIAM L. MCGIMSEY**
  lawoffices601@lvcoxmail.com

18

19

- **RICHARD MCKNIGHT**
  mcknightlaw@cox.net

20
  gkopang@lawlasvegas.com;cburke@lawlasvegas.com

21

- **JEANETTE E. MCPHERSON**
  jmcpherson@s-mlaw.com bkfilings@s-mlaw.com

22

- **SHAWN W MILLER**
  bankruptcyfilings@sheacarlyon.com

23
  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheac
  arlyon.com;rsmith@sheacarlyon.com

24

- **DAVID MINCIN**
  mcknightlaw@cox.net

gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasve gas.com

- **JOHN F MURTHA**
  jmurtha@woodburnandwedge.com

- **ERVEN T. NELSON**
  erv@rlbolick.com susan@rlbolick.com

- **VICTORIA L NELSON**
  bkecf@nevadafirm.com
  vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafir m.com;sliberio@nevadafirm.com

- **BOB L. OLSON**
  ecffilings@beckleylaw.com
  bolson@beckleylaw.com;dgriffis@beckleylaw.com

- **DONNA M. OSBORN**
  ebaker@marquisaurbach.com
  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos @MarquisAurbach.com

- **ANDREW M. PARLEN**
  aparlen@stutman.com

- **DONALD T. POLEDNAK**
  sandplegal@yahoo.com spbankruptcy@yahoo.com

- **PAUL C RAY**
  info@johnpeterlee.com

- **SUSAN WILLIAMS SCANN**
  sscann@deanerlaw.com palexander@deanerlaw.com

- **LENARD E. SCHWARTZER**
  bkfilings@s-mlaw.com

- **JAMES PATRICK SHEA**
  bankruptcyfilings@sheacarlyon.com
  ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

- **SHLOMO S. SHERMAN**
  ssherman@sheacarlyon.com
  aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadw ay@sheacarlyon.com;rsmith@sheacarlyon.com

- **AMBRISH S. SIDHU**
  asidhu@lslawnv.com ecf@lslawnv.com

- **JEFFREY G. SLOANE**
  gjklepel@yahoo.com rmcconnell@kssattorneys.com

- **DAVID A. STEPHENS**
  dstephens@lvcm.com

- **PETER SUSI**
  cheryl@msmlaw.com msm@msmlaw.com

- **JEFFREY R. SYLVESTER**
  jeff@sylvesterpolednak.com David@sylvesterpolednak.com

- **CARYN S. TIJSSELING**
  cst@beesleymatteoni.com aha@beesleymatteoni.com

- **GREGORY J. WALCH**
  GWalch@Nevadafirm.com

- **WHITNEY B. WARNICK**
  wbw@albrightstoddard.com bstessel@albrightstoddard.com

- **JOAN C WRIGHT**
  jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com

- **MATTHEW C. ZIRZOW**
  bankruptcynotices@gordonsilver.com

_____  **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below:

___X___  **BY MAIL**: by placing the document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

**EVAN BEAVERS**
1625 HIGHWAY 88, #304
MINDEN, NV 89423

**JOSHUA D BRYSK**
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

**ELISSA F CADISH**
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

**VINCE DANELIAN**
P.O. BOX 97782
LAS VEGAS, NV 89193

Affidavit of Mailing 2006-10-17 [13577.1]

**FRANK A ELLIS**
510 S 9TH ST
LAS VEGAS, NV 89101

**GEORGE D FRAME**
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

**ANNETTE W JARVIS**
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

**RICHARD E KAMMERMAN**
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

**MATTHEW J. KREUTZER**
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

**REID W. LAMBERT**
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

**ELIZABETH R. LOVERIDGE**
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

**LEE D. MACKSON**
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

**RICHARD J. MASON**
130 PINETREE LANE
RIVERWOODS, IL 60015

**JAY L. MICHAELSON, ESQ.**
**SUSI & MICHAELSON**
7 W. FIGUEROA STREET, 2ND FLOOR
SANTA BARBARA, CA 93101-3191

**BRECK E. MILDE**
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

**DOUGLAS M MONSON**
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

**STEVEN R ORR**
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

**J. STEPHEN PEEK**
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

**NANCY A. PETERMAN**
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

**RAY QUINNEY & NEBEKER P.C.**
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

**NICHOLAS J SANTORO**
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

**MICHAEL M. SCHMAHL**
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

**JAMES G SCHWARTZ**
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

-11-

1   SCHWARTZER & MCPHERSON LAW FIRM
    2850 S. JONES BLVD., #1
2   LAS VEGAS, NV 89146

3   PATRICIA K. SMOOTS
    318 N GROVE
4   OAK PARK, IL 60302

5   BRADLEY J STEVENS
    3300 N CENTRAL AVE #1800
6   PHOENIX, AZ 85012

7   THOMAS W STILLEY
    1000 SW BROADWAY #1400
8   PORTLAND, OR 97205

9   STEVEN C STRONG
    RAY QUINNEY & NEBEKER P.C.
10  36 SOUTH STATE STREET
    SUITE 1400
11  SALT LAKE CITY, UT 84145-0385

12  STUTMAN, TREISTER & GLATT PROFESSIONAL
    CORPORATION
13  1901 AVENUE OF THE STARS, 12TH FLR
    LOS ANGELES, CA 90067
14
    RUSSELL S. WALKER
15  265 EAST 100 SOUTH
    SUITE 300
16  SALT LAKE CITY, UT 84111

17  WILLIAM E WINFIELD
    POB 9100
18  OXNARD, CA 93031

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

-12-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**MARION E. WYNNE**
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367