**Entered on Docket**
**November 06, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
Attorneys for Debtors

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | **AMENDED STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS TO DISCLOSURE STATEMENT FOR DEBTORS' JOINT PLAN OF REORGANIZATION DATED SEPTEMBER 15, 2006 AND ANY AMENDED DISCLOSURE STATEMENT [AFFECTS ALL DEBTORS]** |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: n/a<br>Time: n/a |

1   IT IS HEREBY STIPULATED and AGREED by and between USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital Trust Deed Fund, LLC (collectively, the "Debtors") by and through their attorneys, Schwartzer & McPherson Law Firm and Ray Quinney & Nebeker, P.C., the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company (the "Direct Lenders Committee") by and through its attorneys, Gordon & Silver, Ltd., the Office of the United States Trustee, by and through August B. Landis (the "Trustee"), the Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC (the "First Trust Equity Holders Committee") by and through its attorneys Stutman Treister & Glatt and Shea & Carlyon, Ltd., the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "Unsecured Creditors Committee") by and through its attorneys Lewis and Roca, LLP, and the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC (the "Diversified Trust Equity Holders Committee") by and through its attorneys Orrick Herrington & Sutcliffe LLP and Beckley Singleton, Chtd. (collectively, the "Parties") as follows:

WHEREAS on September 15, 2006, the Debtors filed a <u>Disclosure Statement For Debtors' Joint Plan of Reorganization Dated September 15, 2006</u> (the "Disclosure Statement") which is scheduled to be heard on November 13, 2006 at 9:30 a.m. <u>See</u> Disclosure Statement, docket no. 1309.

WHEREAS the Debtors will be filing an Amendment to the Disclosure Statement on or before November 6, 2006;

WHEREAS, the Parties believe that it is necessary to have additional time to respond to the above-referenced Disclosure Statement and to allow the Debtors to address, to the extent possible, the concerns of any of the Parties prior to having to file an amendment.

/ / /
/ / /
/ / /
/ / /

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. All Parties shall have up to and including November 8, 2006 to file responsive pleadings to the Disclosure Statement and any amended Disclosure Statement.

2. The Debtors shall file any replies to any responsive pleadings to the Disclosure Statement or amended Disclosure Statement by November 10, 2006 by 12:00 p.m. PST.

DATED this 31st day of October, 2006

| RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM | OFFICE OF THE U.S. TRUSTEE |
|---|---|
| By: /s/ Jeanette E. McPherson<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>Attorneys for the Debtors and Debtors in Possession | By: /s/ August Landis<br>August Landis, Esq. |
| **STUTMAN TREISTER & GLATT and SHEA & CARLYON, LTD.** | **GORDON & SILVER, LTD** |
| By: /s/ Eve Karasik<br>Eve Karasik, Esq.<br>Christine Pajak, Esq.<br>Candace Carlyon, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC | By: /s/ Gregory E. Garman<br>Gerald M. Gordon, Esq.<br>Gregory E. Garman, Esq.<br>Counsel for Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company |
| **ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.** | **LEWIS AND ROCA, LLP** |
| By: /s/ Anne Loraditch<br>Mark A. Levinson Esq.<br>Lynn Trinka Ernce, Esq.<br>Anne Loraditch, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC | By: /s/ Rob Charles<br>Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Counsel for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |

**ORDER**

IT IS SO ORDERED.

# # #