**Entered on Docket
November 06, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
   and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                       Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                       Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                       Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                       Debtor. | **ORDER GRANTING MOTION TO INCREASE THE DEBTORS' 180-DAY EXCLUSIVE PERIOD TO CONFIRM PLANS OF REORGANIZATION TO DECEMBER 31, 2006 (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                       Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: October 19, 2006<br>Time: 9:30 a.m. |

1   The Debtors' Motion to Increase Debtors' 180-Day Exclusive Period to Confirm Plans of Reorganization To December 31, 2006 (the "Motion") filed by USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors") having come before the Court; the Debtors being represented by Annette W. Jarvis, Esq. of Ray Quinney & Nebeker, P.C. and other appearances having been made upon the record, the Court having reviewed the pleadings and the argument of counsel, the Court finding that the Debtors did file a plan of reorganization and disclosure statement on September 15, 2006, and there being no opposition, it is hereby

ORDERED that this Motion be granted and the Debtors' exclusivity period for obtaining acceptance of a plan from each class of claims or interests that is impaired under the plan is hereby extended to December 31, 2006, on condition that the Debtors obtain approval of their disclosure statement by November 30, 2006 and, provided that nothing herein shall prejudice the rights of any party in interest from filing a motion to terminate any remaining exclusivity period.

Submitted and approved by:

*/s/ Lenard E. Schwartzer*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
and
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
*Attorneys for Debtors and Debtors in Possession*

Approved by:
**LEWIS AND ROCA, LLP**

By:  */s/ Rob Charles*
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:
**GORDON & SILVER, LTD.**

By:  */s/ Gregory Garman*
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

1  **ORDER GRANTING MOTION TO INCREASE THE DEBTORS' 180-DAY EXCLUSIVE PERIOD TO CONFIRM PLANS OF REORGANIZATION TO DECEMBER 31, 2006 (AFFECTS ALL DEBTORS)**

| Approved by:<br>**BECKLEY SINGLETON, CHTD. and**<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP** | Approved by:<br>**STUTMAN TREISTER & GLATT, P.C. and**<br>**SHEA & CARLYON, LTD.** |
|---|---|
| By: /s/ Anne M. Loraditch<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA-ERNCE, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: /s/ Christine Pajak<br>FRANK MEROLA, ESQ.<br>EVE KARASIK, ESQ.<br>CHRISTINE PAJAK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* |

Approved by:
**OFFICE OF THE UNITED STATES TRUSTEE**

By: /s/ August Landis
    AUGUST LANDIS, ESQ.

###

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122