**Entered on Docket**
**November 06, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
BRIGID M. HIGGINS, ESQ.
Nevada Bar No. 5990
E-mail: bmh@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee
of Holders of Executory Contract Rights through
USA Commercial Mortgage Company

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                         Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                         Debtor. | BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,                                       Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                         Debtor. | **STIPULATION AND ORDER TO EXTEND PROOF OF CLAIM BAR DATE FOR DIRECT LENDERS ONLY** |
| In re:<br>USA SECURITIES, LLC,<br>                                                         Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: N/A<br>Time: N/A |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/434252_2.doc

IT IS HEREBY STIPULATED and AGREED, by and between Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company ("Official Committee of Direct Lenders") by and through its attorney, the law firm of Gordon & Silver; Ltd., and USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital Trust Deed Fund, LLC (collectively the "Debtors"), by and through their attorneys, the law firms of Ray Quinney & Nebeker P.C. and Schwartzer & McPherson Law Firm; the Office of the United States Trustee (the "Trustee") by and through August B. Landis; the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "First Trust Equity Holders Committee") by and through its attorneys, the law firms of Stutman Treister & Glatt and Shea & Carlyon, Ltd.; the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "Unsecured Creditors Committee") by and through its attorney, the law firm of Lewis and Roca, LLP; and the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Trust Equity Holders Committee") by and through it attorneys, the law firms of Orrick Herrington & Sutcliffe, LLP and Beckley Singleton, Chtd. (collectively, the "Parties") the as follows:

WHEREAS, on April 13, 2006 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11, Title 11 of the United States Code. The Court approved joint administration without substantive consolidation on May 9, 2006.

WHEREAS, on the Petition Date, USA Commercial Mortgage Company was the servicer for a portfolio of approximately 115 commercial mortgage loans, with a total balance of approximately $962 million. Most loans were funded by multiple parties, with over 3,600 direct lenders (the "Direct Lenders") holding an interest in one or more loans.

WHEREAS, on September 14, 2006, the Court entered an Order Setting Deadline To File Proofs of Claim And Proofs of Interest ("Bar Date Order") which established November 13, 2006 ("Bar Date") as the last date for individuals and entities, including Direct Lenders, to file a proof of claim against the Debtors.

WHEREAS, Debtors prepared and sent the Direct Lenders aggregated statements for

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/434252_2.doc

2

their respective loans for the period from the inception of the loan to June 30, 2006 ("June Statements").

WHEREAS, Debtors also sent aggregated statements to Direct Lenders for their respective loans for the period from July 1, 2006 to August 31, 2006 ("August Statements").

WHEREAS, after the dissemination of the June Statements and August Statements, it became clear to the Debtors that there were a significant number of Direct Lenders who were still confused about the balances owed them on the loans.

WHEREAS, in order to address the continuing confusion and misunderstandings of the Direct Lenders about the balances owed them on the loans, the Debtors have agreed to provide additional explanations to assist Direct Lenders in reading and understanding the June Statements and the August Statements and the information contained in those statements and to conduct an informational session for Direct Lenders as a means of providing these additional explanations.

WHEREAS, the Debtors, the Official Committee of Direct Lenders, the FTDF Committee, the Unsecured Creditors Committee, the Diversified Trust Equity Holders Committee and the U.S. Trustee's Office have agreed to extend the Bar Date for Direct Lenders **only** for a period of sixty (60) days through January 13, 2007.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows that the Bar Date to file Proofs of Claim is hereby extended through and including January 13, 2007 for the Direct Lenders **only**.

DATED this _2nd_ day of November, 2006.

| | |
|---|---|
| GORDON & SILVER, LTD. | SCHWARTZER & MCPHERSON LAW FIRM |
| By: _____<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>BRIGID M. HIGGINS, ESQ.<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169 | By:  /S/ Lenard E. Schwartzer,<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br><br>And<br><br>RAY QUINNEY NEBEKER, P.S.<br>ANNETTE W. JARVIS, ESQ. |
| Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company | Attorneys for Debtors |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/434252_2.doc

3

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br><br>By:_____<br>AUGUST LANDIS, ESQ.<br>300 Las Vegas Blvd., So. #4300<br>Las Vegas, NV 89101 | LEWIS AND ROCA, LLP<br><br>By:  /s/ Rob Charles<br>ROB CHARLES, ESQ.<br>SUSAN M. FREEMAN, ESQ.<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169<br><br>Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |
| ORRICK, HERRINGTON & SUTCLIFFE, LLP<br><br>By:  /s/ Anne M. Lorditch<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br><br>and<br><br>BECKLEY SINGLETON, CHTD.<br>BRETT A. AXELROD, ESQ.<br>ANNE M. LORDITCH, ESQ.<br><br>Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | STUTMAN TREISTER & GLATT, P.C.<br><br>By_____<br>FRANK A. MEROLA, ESQ.<br>EVE H. KARASIK, ESQ.<br>ANDREW M. PARLEN, ESQ.<br><br>and<br><br>SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA, ESQ.<br>CANDACE C. CARLYON, ESQ.<br><br>Attorneys for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC |

### ORDER

IT IS SO ORDERED that the Bar Date to file Proofs of Claim is hereby extended through and including January 13, 2007 for the Direct Lenders **only**.

PREPARED AND SUBMITTED

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
BRIGID M. HIGGINS, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

###

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/434252_2.doc

4

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | LEWIS AND ROCA, LLP |
| By:_____<br>AUGUST LANDIS, ESQ.<br>300 Las Vegas Blvd., So. #4300<br>Las Vegas, NV 89101 | By:_____<br>ROB CHARLES, ESQ.<br>SUSAN M. FREEMAN, ESQ.<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169<br><br>Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |
| ORRICK, HERRINGTON & SUTCLIFFE, LLP | STUTMAN TREISTER & GLATT, P.C. |
| By:_____<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br><br>and<br><br>BECKLEY SINGLETON, CHTD.<br>BRETT A. AXELROD, ESQ.<br>ANNE M. LORDITCH, ESQ.<br><br>Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | By_____<br>FRANK A. MEROLA, ESQ.<br>EVE H. KARASIK, ESQ.<br>ANDREW M. PARLEN, ESQ.<br><br>and<br><br>SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA, ESQ.<br>CANDACE C. CARLYON, ESQ.<br><br>Attorneys for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC |

### ORDER

IT IS SO ORDERED that the Bar Date to file Proofs of Claim is hereby extended through and including January 13, 2007 for the Direct Lenders <u>only</u>.

PREPARED AND SUBMITTED

GORDON & SILVER, LTD.

By:_____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
BRIGID M. HIGGINS, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for the Official Committee
of Holders of Executory Contract Rights through
USA Commercial Mortgage Company

###

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/434252_2.doc

4

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br><br>By: /s/ [signature]<br>AUGUST LANDIS, ESQ.<br>300 Las Vegas Blvd., So. #4300<br>Las Vegas, NV 89101 | LEWIS AND ROCA, LLP<br><br>By:<br>ROB CHARLES, ESQ.<br>SUSAN M. FREEMAN, ESQ.<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169<br><br>Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By:<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br><br>and<br><br>BECKLEY SINGLETON, CHTD.<br>BRETT A. AXELROD, ESQ.<br>ANNE M. LORDITCH, ESQ.<br><br>Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | STUTMAN TREISTER & GLATT, PC<br><br>By:<br>FRANK A. MEROLA, ESQ.<br>EVE H. KARASIK, ESQ.<br>ANDREW M. PARLEN, ESQ.<br><br>and<br><br>SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA, ESQ.<br>CANDACE C. CARLYON, ESQ.<br><br>Attorneys for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC |

ORDER

IT IS SO ORDERED that the Bar Date to file Proofs of Claim is hereby extended through and including January 13, 2007 for the Direct Lenders only.

PREPARED AND SUBMITTED

GORDON & SILVER, LTD.

By:
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
BRIGID M. HIGGINS, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for the Official Committee
of Holders of Executory Contract Rights through
USA Commercial Mortgage Company

###

4