RECEIVED AND FILED
NOV 6  9 13 AM '06
BANKRUPTCY
PATRICIA GRAY
CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>USA COMMERCIAL MORTGAGE COMPANY<br><br>               Debtor<br><br>THE HIGHLAND FUND<br><br>               Appellant<br>vs<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>* SEE BELOW    Appellee | BK-S   06-10725-LBR<br>ADV<br><br>BAP No.<br><br>Appeal Ref   06-22 |

### NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

TO ALL PARTIES IN APPEAL:

     YOU AND EACH OF YOU are hereby notified that a Notice of Appeal has been filed by THE HIGHLAND FUND with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of the Ninth Circuit (BAP).

     Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to BAP, a copy thereof being hereto attached.

/ / /

/ / /

/ / /

/ / /

\* APPELLEE:   THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC

For further information, you may contact the Clerk of the Bankruptcy Appellate Panel at 125 S. Grand Avenue, Pasadena, CA 91106, Telephone (626) 229-7225.

DATED: 11/6/06

PATRICIA GRAY, CLERK

By WILLIAM M. LAKAS
Deputy Clerk
U.S. Bankruptcy Court
300 Las Vegas Blvd., So.
Las Vegas, NV 89101

PARTIES:

BANKRUPTCY APPELLATE PANEL
125 South Grand Ave.
Pasadena, CA 91105

U.S. TRUSTEE
LAS VEGAS, NV 89101
300 LAS VEGAS BLVD S #4300
LAS VEGAS NV 89101

RAY QUINNEY & NEBEKER, P.C.
P.O. BOX 45385
SALT LAKE CITY, UT 84145-0385

SCHWARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5308

BECKLEY SINGLETON, CHTD.
530 S. LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89101

9/04

- 2 -