RECEIVED AND FILED

NOV 6  9 13 AM '06

BANKRUPTCY C...
PATRICIA ...
CLERK

# TRANSMITTAL FORM

TO: **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**
125 South Grand Avenue, Pasadena, CA 91105

FROM: **BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN**
District Office No. 0978/2

CASE NAME    USA COMMERCIAL MORTGAGE COMPANY

BANKRUPTCY NO        BK-S   06-10725-LBR

ADVERSARY NO

REFERENCE NO         APPEAL REF   06-22

BANKRUPTCY JUDGE     LINDA B. RIEGLE

DATE NOTICE OF APPEAL FILED        11/3/2006

DATE OF ENTRY OF ORDER APPEALED    EOD   10/26/2006

DATE BANKRUPTCY FILED              4/13/2006

DATE NOTICE OF APPEAL AND
NOTICE OF OBJECTION PERIOD         11/6/06
MAILED TO PARTIES

DATE OF TRANSMITTAL                11/6/06

_/s/ William M. Lakas_
WILLIAM M. LAKAS
DEPUTY CLERK