Jeffrey L. Hartman, Esq. #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
Email: notices@bankruptyreno.com

Attorneys for The MacDonald Center for Arts and Humanities

E-Filed 11/6/06

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE CO.,<br><br>Debtor.<br>_____/ | Case Nos. BK-S-06-10725LBR<br>Case Nos. BK-S-06-10726LBR<br>Case Nos. BK-S-06-10727LBR<br>Case Nos. BK-S-06-10728LBR<br>Case Nos. BK-S-06-10729LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>_____/ | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor.<br>_____/ | **REQUEST FOR SPECIAL NOTICE AND NOTICE OF APPEARANCE**<br><br>**(No Hearing Required)** |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor.<br>_____/ | |
| In Re:<br><br>USA SECURITIES, LLC.,<br><br>Debtor.<br>_____ | |
| Affects:<br>✓ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>_____/ | |

1  Pursuant to Rule 2002(g) of the Bankruptcy Rules, request is hereby made that all
2  notices and pleadings, including all Schedules, Statements of Financial Affairs, and other
3  pleadings either filed or to be filed in the above-captioned Chapter 11 case and in all
4  adversary proceedings relating thereto, be mailed to the following address:

5  Jeffrey L. Hartman, Esq.
   HARTMAN & HARTMAN, P.C.
6  510 West Plumb Lane, Ste. B
   Reno, Nevada   89509
7

8  DATED this 3rd day of November, 2006

9  HARTMAN & HARTMAN

10  /s/ Jeffrey L. Hartman
    Jeffrey L. Hartman, Esq.
11  Attorneys for The MacDonald Center
    for Arts and Humanities