E-Filed on November 7, 2006

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Lee D. Mackson, Esq.
Fla. Bar No. 435929
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone:    407-423-3200
Facsimile:    407-425-8316
E-mail:  abrumby@shutts-law.com

and

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada  89130
Telephone:    702-656-2355
Facsimile:    702-656-2776
E-mail:  vgourley@1vcm.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>_____/<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>_____/<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC<br>Debtor._____/ | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br><br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Bankruptcy Appellate Panel<br>No. _____ |

**NOTICE OF APPEAL**

1.  Notice is hereby given that the (check only one box)

E-Filed on November 7, 2006

☐ Plaintiff ☐ Defendant or ☒ Other Party

Movant, Standard Property Development, LLC, appeals under 28 U.S.C. §158(a) from the Order Denying Motion for Relief from Automatic Stay filed by Standard Property Development of October 19, 2006 and entered on the docket on the 30th day of October, 2006.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone and fax numbers of their respective attorneys are as follows:

(a) USA Commercial Mortgage Company and USA Capital First Trust Deed Fund, LLC represented by:

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: 702-228-7590
Facsimile: 702-892-0122
Email: bkfilings@s-mlaw.com

(b) Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, represented by:

Frank A. Marola, Esq.
Eve H. Karasek, Esq.
Christine M. Pajak, Esq.
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
(310) 228-5600
Fax : (310) 228-5788
       and
James Patrick Shea, Esq.
Candace C. Carlyon, Esq.
Shlomo S. Sherman, Esq.
Shea & Carlyon, Ltd.
228 S 4th Street, First Floor
Las Vegas, NV 89101
(702) 471-7432
Fax : (702) 471-7435
Email: ltreadway@sheacarlyon.com

ORLDOCS 10651224 1

(c) OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY, represented by:

Gerald M. Gordon, Esq.
Brigid M. Higgins, Esq.
Gregory S. Garman, Esq.
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89109
(702) 796-5555
Email: bankruptcynotices@gordonsilver.com

(d) OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED, represented by:

Bob L. Olson, Esq.
Anne M. Loraditch, Esq.
530 Las Vegas Blvd., SO.
Las Vegas, NV 89101
(702) 385-3373
Fax : (702) 385-5024
Email: ecffilings@beckleylaw.com

(e) OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY, represented by:

Rob Charles, Esq.
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
702-949-8320
Email: rcharles@lrlaw.com

(f) STANDARD PROPERTY DEVELOPMENT, LLC:

Andrew M. Brumby, Esq.
Lee D. Mackson, Esq.
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, FL 32802-4956
407-423-3200
Fax: 407-425-8316
Email: abrumby@shutts-law.com

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503

ORLDOCS 10651224 1

E-Filed on November 7, 2006

Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada  89130
Telephone:	702-656-2355
Facsimile:	702-656-2776
E-mail:  vgourley@1vcm.com

Dated:  November 7, 2006

/s/Andrew M. Brumby
Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Lee D. Mackson, Esq.
Fla. Bar No. 435929
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone:  407-423-3200
Facsimile:  407-425-8316
Email: abrumby@shutts-law.com
	and
R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive,
Las Vegas, NV 89130
Telephone: 702-656-2355
Facsimile: 702-656-2776
Email: vgourley@1vcm.com

ATTORNEYS FOR STANDARD PROPERTY DEVELOPMENT, LLC

ORLDOCS 10651224 1