E-Filed on November 7, 2006

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone:     407-423-3200
Facsimile:      407-425-8316
E-mail:   abrumby@shutts-law.com

and

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada  89130
Telephone:     702-656-2355
Facsimile:      702-656-2776
E-mail:   vgourley@1vcm.com

Attorneys for Standard Property Development, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>     Debtor.<br>                                                     /<br><br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>     Debtor.<br>                                                     /<br><br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>     Debtor.<br>                                                     /<br><br>In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>     Debtor.<br>                                                   / | CASE NOS: BK-5-06-10726 LBR<br>CASE NOS: BK-5-06-10727 LBR<br>CASE NOS. BK-5-06-10728 LBR<br>CASE NOS. BK-5-06-10729 LBR<br>CHAPTER 11<br>JOINTLY ADMINISTERED UNDER CASE NO. BK-5-06-10725-LBR<br><br>Bankruptcy Appellate<br>Panel Number _____ |

E-Filed
November 7, 2006

In re:

USA SECURITIES, LLC,

    Debtor.

_____/

Affects:

    ☐ All Debtors
    ☒ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed
    ☒ USA First Trust Deed Fund, LLC

_____/

## CERTIFICATE OF SERVICE

1.    On November 7, 2006, I served the following document(s) *(specify)*: Notice of Appeal

2.    I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☒    **a.**    **ECF System (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)**

☒    **b.**    **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

☐    **c.**    **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

**I personally delivered the document(s) to the persons at these addresses:**

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

2

ORLDOCS 10446753 1

E-Filed
November 7, 2006

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)** *(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By direct email (as opposed to through the ECF System)** *(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **f.** **By messenger** *(List persons and email addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on November 7, 2006.

               /s/ Andrew M. Brumby
                  DECLARANT

ORLDOCS 10446753 1