| | |
|---|---|
| Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada  89146-5308<br>Email:  bkfilings@s-mlaw.com | Gerald M. Gordon, Esq.<br>Brigid M. Higgins, Esq.<br>Gregory E. Garman, Esq.<br>Gordon & Silver, Ltd.<br>3960 Howard Hughes Parkway<br>9th Floor<br>Las Vegas, NV  89109<br>Email:  gmg@gordonsilver.com<br>          bmh@gordonsilver.com<br>          geg@gordonsilver.com |
| Frank A. Marola, Esq.<br>Eve H. Karasik, Esq.<br>Christine M. Pajak, Esq.<br>Stutman, Treister & Glatt, P.A.<br>1901 Avenue of the Stars, 12th FL<br>Los Angeles, CA 90067<br><br>Email:  fmerola@stutman.com<br>          ekarasik@stutman.com<br>          cpajak@stutman.com | James Patrick Shea, Esq.<br>Candace C. Carlyon, Esq.<br>Shlomo S. Sherman, Esq.<br>Shea & Carlyon, Ltd.<br>228 S. 4th Street, First Floor<br>Las Vegas, NV  89101<br><br>Email:  jshea@sheacarlyon.com<br>          ccarlyon@sheacarlyon.com<br>          ssherman@sheacarlyon.com |
| Bob L. Olson, Esq.<br>Anne M. Loraditch, Esq.<br>Beckley Singleton Chtd.<br>530 Las Vegas Blvd., South<br>Las Vegas, NV  89101<br>Email:  bolson@beckleylaw.com<br>          aloraditch@beckleylaw.com | Rob Charles, Esq.<br>Lewis and Roca LLP<br>3993 Howard Hughes Parkway, Ste. 600<br>Las Vegas, NV  89109<br>Email:  rcharles@lrlaw.com |

ORLDOCS 10653187 1