RECEIVED AND FILED

Nov 8  1 04 PM '06

BANKRUPTCY
PATRICIA GRAY
CLERK

# TRANSMITTAL FORM

**TO:** BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 South Grand Avenue, Pasadena, CA 91105

**FROM:** BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN
District Office No. 0978/2

**CASE NAME**  USA COMMERCIAL MORTGAGE COMPANY

**BANKRUPTCY NO**  BK-S  06-10725-LBR

**ADVERSARY NO**

**REFERENCE NO**  APPEAL REF  06-24

**BANKRUPTCY JUDGE**  LINDA B. RIEGLE

**DATE NOTICE OF APPEAL FILED**  11/7/06

**DATE OF ENTRY OF ORDER APPEALED**  EOD  10/30/06

**DATE BANKRUPTCY FILED**  4/13/06

**DATE NOTICE OF APPEAL AND NOTICE OF OBJECTION PERIOD MAILED TO PARTIES**  11/8/06

**DATE OF TRANSMITTAL**  11/8/06

WILLIAM M. LAKAS
**DEPUTY CLERK**