| | |
|---|---|
| Jeffrey L. Hartman, Esq. #1607<br>**HARTMAN & HARTMAN**<br>510 West Plumb Lane, Suite B<br>Reno, Nevada 89509<br>Telephone: (775) 324-2800<br>Telecopier: (775) 324-1818<br>Email: notices@bankruptyreno.com<br><br>Attorneys for The MacDonald Center for Arts and Humanities | E-Filed 11/6/06 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE CO.,<br><br>        Debtor.<br>_____/ | Case Nos. BK-S-06-10725LBR<br>Case Nos. BK-S-06-10726LBR<br>Case Nos. BK-S-06-10727LBR<br>Case Nos. BK-S-06-10728LBR<br>Case Nos. BK-S-06-10729LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor.<br>_____/ | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>        Debtor.<br>_____/ | **REQUEST FOR SPECIAL NOTICE AND NOTICE OF APPEARANCE**<br><br>**(No Hearing Required)** |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>        Debtor.<br>_____/ | |
| In Re:<br><br>USA SECURITIES, LLC.,<br><br>        Debtor.<br>_____<br>Affects:<br>✓ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>_____/ | |

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

1 Pursuant to Rule 2002(g) of the Bankruptcy Rules, request is hereby made that all notices and pleadings, including all Schedules, Statements of Financial Affairs, and other pleadings either filed or to be filed in the above-captioned Chapter 11 case and in all adversary proceedings relating thereto, be mailed to the following address:

Jeffrey L. Hartman, Esq.
HARTMAN & HARTMAN, P.C.
510 West Plumb Lane, Ste. B
Reno, Nevada  89509

DATED this 3rd day of November, 2006

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorneys for The MacDonald Center
for Arts and Humanities

- 2 -