Russell S. Walker, Utah Bar No. 3363
Elizabeth R. Loveridge, Utah Bar No. 6025
Reid W. Lambert, Utah Bar No. 5744
WOODBURY & KELSER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111
Telephone: (801) 364-1100
Facsimile: (801) 359-2320
Email:  rwalker@wklawpc.com

and

Joseph J. Huggins
Nevada Bar No. 4456
HUGGINS & ASSOCIATES
1000 N. Green Valley Parkway, Suite 440-2
Henderson Nevada 89014
Telephone: (702) 373-8664
Facsimile: (815) 572-5723
Email: joehuggins@sbcglobal.net

**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor. | Case No.: BK-S-06-10728 LBR<br>Case No.: BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND,<br>LLC,<br><br>    Debtor. | **Jointly Administered Under**<br><br>**Case No. BK-S-06-10725 LBR** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor. | **EX PARTE MOTION FOR AN ORDER**<br>**AUTHORIZING SUBMISSION UNDER SEAL OF**<br>**CONFIDENTIALITY OF MOTION FOR** |
| In re:<br><br>USA SECURITIES, LLC,<br><br>    Debtor. | **PROTECTIVE ORDER, MEMORANDUM IN**<br>**SUPPORT THEREOF AND DECLARATION OF**<br>**SARAH O'CONNELL** |
| Affects:<br>        All Debtors<br>        USA Commercial Mortgage Company<br>        USA Securities, LLC<br>        USA Capital Realty Advisors, LLC<br>        USA Capital Diversified Trust Deed Fund,<br>LLC<br>        USA Capital First Trust Deed Fund, LLC | |

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100  Fax: (801) 359-2320

USA Investment Partners, LLC and Joseph D. Milanowski, through their counsel of counsel of record hereby move this court *ex parte* for an Order Authorizing Submission Under Seal of Confidentiality of Motion for Protective Order, Memorandum in Support thereof and Declaration of Sarah O'Connell.  This Motion is made upon the following grounds:

1.    The Motion for Protective Order, Memorandum and Declaration of Sarah O'Connell set forth confidential factual information  regarding pending criminal investigations and subpoenas requesting confidential information pertaining USA Investment Partners, LLC and Joseph D. Milanowski.

2.    Movants seek to prevent this information from being acquired by or disclose to potentially hostile parties that may adversely use the information to cause any possible waiver of Movants' 5th Amendment rights or may cause adverse parties to use the information to the detriment of U.S. Investment Partners, LLC, Joseph D. Milanowski and the bankruptcy estates.

3.    Upon request, a  redacted copy of the Memorandum will be provided to parties in interest with a Motion for Protective Order on conditions that its contents be kept confidential.

4.    The Movants request the Motion for the Order authorizing the submission of the Motion, Memorandum and Declaration of Sarah O'Connell be under seal of confidentiality.

WHEREFORE, movants request an Order Authorizing Submission of the Memorandum and Declaration of Sarah O'Connell under seal of confidentiality.

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100  Fax: (801) 359-2320

DATED this __ day of November, 2006.

**WOODBURY & KELSER, P.C.**


_____/s/ Russell S. Walker__
Russell S. Walker, Utah Bar No. 3363
Elizabeth R. Loveridge, Utah Bar No. 6025
Reid W. Lambert, Utah Bar No. 5744
WOODBURY & KELSER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111

and

Joseph J. Huggins
Nevada Bar No. 4456
HUGGINS & ASSOCIATES
1000 N. Green Valley Parkway, Suite 440-2
Henderson Nevada 89014