Entered on Docket
November 09, 2006

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

2

3

4

5

6   Annette W. Jarvis, Utah Bar No. 1649

7   RAY QUINNEY & NEBEKER P.C.

    36 South State Street, Suite 1400

8   P.O. Box 45385

    Salt Lake City, Utah 84145-0385

9   Telephone: (801) 532-1500

    Facsimile: (801) 532-7543

10  Email: ajarvis@rqn.com

11  and

12  Lenard E. Schwartzer

    Nevada Bar No. 0399

13  Jeanette E. McPherson

    Nevada Bar No. 5423

14  Schwartzer & McPherson Law Firm

    2850 South Jones Boulevard, Suite 1

15  Las Vegas, Nevada  89146-5308

    Telephone:  (702) 228-7590

16  Facsimile:  (702) 892-0122

17  E-Mail:  bkfilings@s-mlaw.com

    Attorneys for Debtors and Debtors-In-Possession

18

19              **UNITED STATES BANKRUPTCY COURT**

                        **DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
| Debtor. | Case No. BK-S-06-10727 LBR |
| In re: | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729 LBR |
| Debtor. | Chapter 11 |
| In re: | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under |
| Debtor. | Case No. BK-S-06-10725 LBR |
| In re: | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **AMENDED STIPULATION AND** |
| | **ORDER REGARDING EXTENSION** |
| Debtor. | **OF TIME TO ASSUME OR REJECT** |
| In re: | **LEASE WITH HASPINOV, LLC** |
| | **(AFFECTS USA COMMERCIAL** |
| USA SECURITIES, LLC, | **MORTGAGE COMPANY)** |
| Debtor. | |

1

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

Date: N/A
Time: N/A

USA Commercial Mortgage Company, Debtor and Debtor-In-Possession ("Debtor"), by and through its counsel, Jeanette E. McPherson, Esq., of Schwartzer & McPherson Law Firm, and Haspinov, LLC, by and through its counsel, Jeffrey R. Sylvester, Esq., hereby stipulate and agree as follows:

**WHEREAS** the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on April 13, 2006 (the "Petition Date"), and the Debtor continues to operate its business and possess its property as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

**WHEREAS** the Debtor is a lessee under an "Office Lease" with Haspinov, LLC ("Haspinov") as the landlord (the "Lease").

**WHEREAS**, under the Lease, the Debtor leases real property located at 4480 South Pecos Road, Las Vegas, Nevada 89121 (the "Premises").

**WHEREAS** the term of the Lease was to commence on April 1, 2002 and is to expire "on the same day of the 120th successive month following the first month of the lease, said term being ten years."

**WHEREAS** due to the status of this bankruptcy case, the Debtor has not made a decision whether to assume or reject the lease.

**WHEREAS** the original time to assume or reject the Lease under 11 U.S.C. § 365(d)(4) expired on August 11, 2006.

**WHEREAS** because the Debtor has not made a decision whether to assume or reject the Lease due to the status of this bankruptcy case, "cause" under 11 U.S.C. § 365(d)(4) existed to extend the time for the Debtor to assume or reject the Lease.  As a result, the Debtor and Haspinov stipulated and agreed that the Debtor has until November 11, 2006 to assume or reject the Lease.

2

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   **WHEREAS** "cause" under § 365(d)(4) exists to extend the time further for the Debtor to

2   assume or reject the Lease due to the status of this bankruptcy case, and Haspinov has agreed to

3   extend the time to assume or reject the Lease until the later of either 60 days after entry of an order

4   confirming the Debtor's plan of reorganization or March 30, 2007.

5       **NOW, THEREFORE,** in consideration of the foregoing, the Debtor and Haspinov agree

6   as follows:

7       1.    The foregoing recitals are true and incorporated herein in full.

8       2.    The deadline for the Debtor to assume or reject the Lease under 11 U.S.C. §

9   365(d)(4) is hereby extended to the later of either 60 days after entry of an order confirming the

10   Debtor's plan of reorganization or March 30, 2007.

11   Dated: November 3 , 2006.             Dated: NOV 3 , 2006.

12   

13   Jeanette E. McPherson, Esq.              Jeffrey R. Sylvester, Esq.
    Schwartzer & McPherson Law Firm      Sylvester & Polednak

14   2850 South Jones Boulevard, Suite 1      7371 Prairie Falcon, #120
    Las Vegas, Nevada 89146               Las Vegas, NV 89128

15   Attorneys for Debtors and Debtors-In-Possession  Attorneys for Haspinov, LLC

16       **IT IS SO ORDERED.**

17   Submitted by:

18   

19   

20   Jeanette E. McPherson, Esq.
    Schwartzer & McPherson Law Firm

21   2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada 89146

22   and

23   Annette W. Jarvis, Utah Bar No. 1649

24   RAY QUINNEY & NEBEKER P.C.
    36 South State Street, Suite 1400

25   P.O. Box 45385
    Salt Lake City, Utah 84145-0385

26   Attorneys for Debtors and Debtors-In-Possession

27                    # # #

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3