**Entered on Docket
November 09, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **AMENDED STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO ASSUME OR REJECT LEASE WITH PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP [AFFECTS USA COMMERCIAL MORTGAGE COMPANY]** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: N/A<br>Time: N/A |

1
Amended Stipulation and Order Re extension of lease with Pecos

1  USA Commercial Mortgage Company, Debtor and Debtor-in-Possession ("Debtor"), by
2  and through its counsel, Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, and
3  Pecos Professional Park Limited Partnership, by and through its counsel, Jeffrey R. Sylvester,
4  Esq., hereby stipulate and agree as follows:

5  **WHEREAS** the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11
6  of the United States Bankruptcy Code on April 13, 2006 (the "Petition Date"), and the Debtor
7  continues to operate its business and possess its property as a debtor-in-possession pursuant to
8  Bankruptcy Code §§ 1107 and 1108.

9  **WHEREAS** the Debtor is a lessee under an "Office Lease" with Pecos Professional Park
10 Limited Partnership ("Pecos") as the landlord (the "Lease").

11 **WHEREAS** under the Lease, the Debtor leases real property located at 4484 South Pecos
12 Road, Las Vegas, Nevada 89121 (the "Premises").

13 **WHEREAS** pursuant to an "Amendment To Office Lease," the parties agreed to extend
14 the term of the Lease to October 31, 2010.

15 **WHEREAS** due to the status of this bankruptcy case, the Debtor has not made a decision
16 whether to assume or reject the Lease.

17 **WHEREAS** the original time to assume or reject the Lease under 11 U.S.C. § 365(d)(4)
18 expired on August 11, 2006.

19 **WHEREAS** because the Debtor had not made a decision whether to assume or reject the
20 Lease due to the status of this bankruptcy case, "cause" under § 365(d)(4) existed to extend the
21 time for the Debtor to assume or reject the Lease. As a result, the Debtor and Pecos stipulated and
22 agreed that the Debtor has until November 11, 2006 to assume or reject the Lease.

23 **WHEREAS** "cause" under § 365(d)(4) exists to extend the time further for the Debtor to
24 assume or reject the Lease due to the status of this bankruptcy case, and Pecos has agreed to
25 extend the time to assume or reject the Lease until the later of either 60 days after entry of an order
26 confirming the Debtor's plan of reorganization or March 30, 2007.

27 **NOW, THEREFORE,** in consideration of the foregoing, the Debtor and Pecos agree as
28 follows:

2
Amended Stipulation and Order Re extension of lease with Pecos

1. The foregoing recitals are true and incorporated herein in full.

2. The time for the Debtor to assume or reject the Lease under 11 U.S.C. § 365(d)(4) is hereby extended to the later of either 60 days after entry of an order confirming the Debtor's plan of reorganization or March 30, 2007.

DATED: November 3, 2006

*/s/ Jeanette E. McPherson*
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146
Attorneys for Debtors and Debtors-in-Possession

DATED: November 2, 2006.

*/s/ Jeffrey R. Sylvester*
Jeffrey R. Sylvester, Esq.
Sylvester & Polednak
7371 Prairie Falcon, #120
Las Vegas, NV 89128
Attorneys for Pecos Professional Park Limited Partnership

## ORDER

**IT IS SO ORDERED.**

Submitted By:

*/s/ Jeanette E. McPherson*
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146
Attorneys for Debtors and Debtors-in-Possession

###

3

Amended Stipulation and Order Re extension of lease with Pecos