Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON NOVEMBER 9, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **STATUS AND AGENDA FOR NOVEMBER 13, 2006 HEARINGS** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: November 13, 2006<br>Time: 9:30 a.m. |

Hearing Status form for 111306 Hearings         - 1 –

1. **Motion For Relief From The Automatic Stay To Terminate Loan Servicing Agreement For Direct Loan To Boise/Gowan, LLC (Affects USA Commercial Mortgage)** (Docket No. 292) filed by Laurel Davis on behalf of Scott K. Canepa (the "Boise/Gowan Lift Stay Motion"). The Boise/Gowan Lift Stay Motion has been resolved.

2. **Motion To Withdraw As Counsel Of Record For Frank Raymond Lee** (Docket No. 1397) filed by Goldsmith & Guymon, P.C. ("G&G"). This Motion requests an Order of this Court granting permission for G&G to withdraw as counsel of record for Creditor Frank Raymond Lee.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| n/a | | |

3. **First Interim Application of The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC For Reimbursement of Expenses of Committee Members** (Docket No. 1502). This Application requests approval of a reimbursement of expenses incurred by certain members of the Diversified Committee during the period from May 17, 2006 through August 31, 2006. Specifically, the Diversified Committee members Sara M. Katz and Robert Worthen request awards of $928.97 and $518.11, respectively, for reimbursement of expenses related to their service on the Diversified Committee.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| n/a | | |

4. **Motion to Authorize Short-Term Forbearances For The Marlton Square 1st Loan** (Docket No. 1434). A Motion To Authorize Debtor USA Commercial Mortgage Company as Loan Servicer to Approve Loan Modification for Palm Harbor One Loan, to Provide the Previously Authorized Subordination of the Marlton Square 2nd Loan in Connection with the

Payoff of the Marlton Square 1st Loan, to Authorize a Short-Term Forbearance for the Marlton Square 1st Loan, and to Generally Authorize Short-Term Loan Forbearances and Full Releases and Reconveyances for Loans Paid Off in Full was heard on October 30, 2006 and the portion of the Loan Modification Motion relating to authorizing short-term forbearances for the Marlton Square 1st Loan has been continued to this date.

| **Reply Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Debtors (Supplemental Declaration of Thomas J. Allison) | November 6, 2006 | 1739 |

5. **Motion To Enforce Order Granting Debtors' Motion To Distribute Funds** (Docket No. 1388) filed by USA Commercial Real Estate Group ("USACREG"). This Motion seeks an order compelling the Debtors to distribute funds to USACREG pursuant to the order entered August 24, 2006 granting Debtors' Motion to Distribute Funds.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Debtors | October 20, 2006 | 1619 |
| Official Committee of Unsecured Creditors of USA Commercial Mortgage (Joinder in Opposition) | October 25, 2006 | 1667 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| USACREG | September 27, 2006 | 1736 |

6. **Disclosure Statement For Debtors' Joint Plan of Reorganization Dated September 15, 2006** (Docket No. 1309) which has been amended by the Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Dated November 6, 2006 (Docket No. 1755). In addition, Debtors have filed a Notice of Filing of (A) Proposed Notice of Confirmation

Hearing Status form for 111306 Hearings        - 3 –

Hearing And Related Deadlines; (B) Proposed Solicitation And Notice Procedures; And (C) Proposed Form of Ballots (Docket No. 1766).

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Pension Benefit Guaranty Corporation | October 24, 2006 | 1656 |

DATED: November 9, 2006

/s/  Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Hearing Status form for 111306 Hearings            - 4 –