Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

[Proposed] Attorneys for the Official Committee of Equity
Security Holders of USA Capital Diversified Trust Deed Fund,
LLC

E-filed Nov. 9, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date: November 13, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00341664;}

I hereby certify that on the 10th day of October 2006, I caused to be served a true and correct copy of the First Interim Application of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC for Reimbursement of Expenses of Committee Members via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

I further certify that on the 11th day of October 2006, I caused to be served a true and correct copy of the Notice of Hearing of First Interim Application of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC for Reimbursement of Expenses of Committee Members via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date above written.

☐ (VIA EMAIL) By electronic mail transmission to those persons listed on the attached email.

Dated this 9th day of November 2006.

*/s/ Patricia Kois/*

Patricia Kois, an employee of
Beckley Singleton, Chtd.

**Pat Kois**

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **Sent:** | Tuesday, October 10, 2006 3:37 PM |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 06-10725-lbr Application for Compensation |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 10/10/2006 at 3:35 PM PDT and filed on 10/10/2006
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 1502

**Docket Text:**
First Application for Compensation *for Reimbursement of Expenses of Committee Members* for OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Fees: $0.00, Expenses: $1,447.08. Filed by ANNE M. LORADITCH, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\USA\First Interim Fee APplication for Reimbursement of Expenses of COmmittee Members.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/10/2006] [FileNumber=7382727-0
] [3002a7465176a857c8e89153ed74a54e8e86524ad90c410123a44130aed30849a12
681933ee3fd81776c39185c4eb474be8d190fe53ce97446babd00ab786b52]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

11/9/2006

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com !

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com,

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwm! lvlaw.com

CARLOS A. GONZALEZ    carlos.gonzal! ez2@usdo j.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com,

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

11/9/2006

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN    xanna.hardman@gmail.com,

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com,

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON &! nbsp    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON !  &n bsp bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarly

11/9/2006

DAVID MINCIN     mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON     bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN     ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN     aparlen@stutman.com

DONALD T. POLEDNAK     sandplegal@yahoo.com, s! pbankruptcy@yahoo.com

PAUL C RAY     info@johnpeterlee.com

SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

JAMES PATRICK SHEA     bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN     ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU     ecf@lslawnv.com

JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS     dstephens@lvcm.com

PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING     cst@beesleymatteoni.com, aha@beesleymatteoni.com

U.! S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov! ,

GREGORY J. WALCH     GWalch@Nevadafirm.com,

11/9/2006

WHITNEY B. WARNICK   wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT   jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW   bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

RICHARD D. GREEN
,

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

11/9/2006

## Pat Kois

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Wednesday, October 11, 2006 11:22 AM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 06-10725-lbr Notice of Hearing

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 10/11/2006 at 11:21 AM PDT and filed on 10/11/2006
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 1508

**Docket Text:**
Notice of Hearing . Hearing scheduled 11/13/2006 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s)[1502] Application for Compensation, filed by Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\USA\Notice of Hearing Reimbursement of Committee Expense.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/11/2006] [FileNumber=7384688-0
] [1216e7098d3ac7dee5b65a79dabab09eae40a24955602b5f9926bd788eecff4829c
2867413c8ba7f4cc3ba228a04ec5f02a71634bcb12106b41fdf993a86ec99]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,

11/9/2006

bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com !

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com,

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwm!lvlaw.com

CARLOS A. GONZALEZ    carlos.gonzal!ez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com,

11/9/2006

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com,

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN    xanna.hardman@gmail.com,

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com,

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES!    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ,

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlas!
vegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON!    & nbsp bkfilings@s-mlaw.com

11/9/2006

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyc

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com!

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    &nbs! p cst@beesleymatteoni.com, aha@beesleymatteoni.com

11/9/2006

! U.S. TRU STEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

GREGORY J. WALCH    GWalch@Nevadafirm.com,

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

RICHARD D. GREEN
,

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

MATTHEW J. KREUTZER

11/9/2006

| | | |
|---|---|---|
| USA COMM'L MORTGAGE AND RELATED DEBTOR ENTITIES<br>Thomas J. Allison<br>4484 South Pecos Road<br>Las Vegas, NV 89121 | Office of the U.S. Trustee<br>300 Las Vegas Blvd. So.<br>Suite 4300<br>Las Vegas, NV 89101 | Kummer, Kaempfer, Bonner & Renshaw<br>For USA Capital Unsecured Creditors<br>3800 Howard Hughes Pkwy., 7th Fl.<br>Las Vegas, NV 89109 |
| Intershow<br>For USA Capital Unsecured Creditors<br>The Githler Center<br>1258 North Palm Ave.<br>Sarasota, FL 34236 | James Hull<br>For USA Securities Unsecured Creditors<br>C/o Signature Financial<br>2601 Airport Drive, #370<br>Torrance, CA 90505 | George Gorman<br>For USA Securities Unsecured Creditors<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 |
| R. Hagmaier<br>For USA Securities Unsecured Creditors<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | Tim Rich<br>For USA Securities Unsecured Creditors<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | Frank Merola/Eve H. Karasik<br>Stutman, Treister & Glatt PC<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067 |
| Wen Baldwin Separate Property Trust<br>365 Dooley Drive<br>Henderson, NV 89015 | Robert E. Taylor<br>1535 Flynn Road<br>Camarillo, CA 93012 | John Warner, Jr., IRA<br>c/o First Savings Bank<br>2605 East Flamingo Rd.<br>Las Vegas, NV 89121 |
| Fertitta Enterprises, Inc.<br>2960 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89102 | U.S. Securities and Exchange Commission<br>Attn: Sandra W. Lavigna<br>5670 Wilshire Blvd., 11th Fl.<br>Los Angeles, Ca 90036-3648 | Pension Benefit Guaranty Corp.<br>Office of the Chief Counsel<br>1200 K. Street, N.W.<br>Washington, D.C. 20005-4026 |
| Dept. of Employ. Training<br>Employ. Sec. Div., Cont. Section<br>500 East Third Street<br>Carson City, NV 89713-0030 | DMV & Public Safety Records Section<br>555 Wright Way<br>Carson City, NV 89711-0250 | Employers Insurance Co. of NV<br>Attn: Bankruptcy Desk<br>9790 Gateway Drive<br>Reno, NV 89521-5906 |
| NV Dept. of Taxation<br>Bankruptcy Division<br>555 E. Washington, #1300<br>Las Vegas, NV 89101 | Internal Revenue Service<br>Attn: Bankruptcy Dept., Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89106 | Secretary of State<br>State of Nevada<br>202 N. Carson St.<br>Carson City, NV 89701 |
| NV Dept. of Taxation<br>Revenue Division<br>Capitol Complex<br>Carson City, NV 89710-0003 | Office of Labor Commissioner<br>555 E. Washington Ave.<br>Suite 4100<br>Las Vegas, NV 89101 | Daniel G. Bogden/Carlos A. Gonzalez<br>Office of the US Attorney<br>District of Nevada<br>333 Las Vegas Blvd. So., #5000<br>Las Vegas, NV 89101 |
| United States Dept. of Justice<br>Tax Div. Western Region<br>P.O. Box 683-Ben Franklin Station<br>Washington, D.C. 20044 | District Counsel<br>Internal Revenue Service<br>110 City Parkway<br>Las Vegas, NV 89106 | Internal Revenue Service<br>Ogden, UT 84201 |

{00291612;}

FHA/HUD
District Office
300 S. Las Vegas Blvd. Suite 2900
Las Vegas, NV  89101-5833

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ  85012

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV  89155-1220

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV  89155-1401

John Goings
P.O. Box 174
Masonville, CO  80541

Robert Hardy
6510 Ansonia Court
Las Vegas, NV  89118-1874

{00291612;}

**REQUEST FOR SPECIAL NOTICE**

Don Tomlin
C/o David W. Mounier
15316 Sky High Road
Escondido, CA 92025

John Peter Lee Ltd.
John Peter Lee, Esq.
830 Las Vegas Blvd. So.
Las Vegas, NY 89101

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV 89074

Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

R.J. Rocco
12617 Cottageville Lane
Keller, Texas 76248

BMC Group, Inc.
1330 East Franklin Ave.
El Segundo, CA 90245

Maryetta Bowman
534 Enchanted Lakes Drive
Henderson, NV 89052

RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Law Offices of James G. Schwartz
Joshua D. Brysk, Esq.
7901 Stoneridge Dr., Suite 401
Pleasanton, CA 94588

Martin B. Weiss, Esq.
The Garrett Group, LLC
One Betterworld Circle, Suite 300
Temecula, CA 92590

Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL 33441

Bay Communities
C/o Chris el
4800 N. Federal Hghwy., Suite A205
Boca Raton, FL 33431

Thomas R. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

Edward W. Homfeld
Homfeld II, LLC
777 S. Federal Hghwy, Suite N-409
Pompano Beach, FL 33062

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Michael R. Shuler
C/o Jay R. Eaton
Eaton & O'Leary, PPLC
P.O. Box 18
Fairbury, Illinois 61739

Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

Stephen R. Harris
Belding, Harris & Petroni, Ltd.
For Frank Snopko
417 West Plumb Land
Reno, NV 89509

Wade B. Gochnour/Aryn M. Fitzwater
Haney, Woloson & Mullins
For Liberty Bank
1117 S. Rancho Drive
Las Vegas, NV 89102

{00291612;}

Jonathan L. Mills
Sugar, Friedberg & Felsenthal LLP
For Norman Kiven
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

Russell S. Walker/ Reid W. Lamber
Elizabeth R. Loveridge
Woodbury & Kesler PC
265 E. 100 South, Suite 300
Salt Lake City, UG 84111

David W. Sexton
Pamela K. Sexton
21929 N. 79th Place
Scottsdale, AZ 85255

Charles B. Anderson Trust
Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Boulder City, NV 89005

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV 89434

Kehl Family
C/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA 52327

John Bauer IRA
40808 North Riverbend
Anthem, ZA 85086

Nancy L. Allf
Timothy P. Thomas
Parsons Behle & Latimer
Co-Counsel for Alexander et al
411 E. Bonneville Ave., #100
Las Vegas, NV 89101

Kehl Family
C/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA 52327

Goldsmith & Guymon, P.C.
Attn: Marjorie A. Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134

Mojave Canyon Inc.
Attn: J.B. Partain, President
1400 Colorado St., #C
Boulder City, NV 89005

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN 38583-5168

Mr. Allen J. Mault
2422 Aquasanta
Tuston, CA 92782

Sierra Health Services
Attn: Frank Collins
2724 N. Tenaya Way
P.O. Box 15645
Las Vegas, NV 89114-5645

Steven R. Orr
Richards, Watson & Gershon
355 S. Grand Avenue, 40th Fl.
Los Angeles, CA 90071-3101

Broadwalk Investments L.P.
James R. Bonfiglio, G.P.
8635 West Sahara Ave., Unit 220
Las Vegas, NV 89117

Gary A. Sheerin, Esq.
177 West Proctor Street, #B
Carson City, NV 89703

Mr. Allen J. Mault
2422 Aquasanta
Tuston, CA 92782

Joseph Huggins
Huggins & Associates
1000 N. Green Valley Pkwy., Suite 440-2
Henderson, NV 89014

Fertitta Enterprises, Inc.
Attn: William J. Bullard, CFO
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Bruce H. Corum, Trustee of the Credit Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

A. William Ceglia
Ranee L. Ceglia
3720 Pocohena Court
Washoe Valley, NV 89

Larry L. Rieger, Trustee
Larry L. Rieger and Patsy Rieger Revocable Trust
2615 Glen Eagles Drive
Reno, NV 89523

Nevada State Bank
Keriann M. Atencio
Greenberg Trarig, LLP
2375 East Camelback Road
Phoenix, AZ 85016

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

A. William Ceglia
B. Ranee L. Ceglia
C. 3720 Pocohena Court
D. Washoe Valley, NV 89704

{00291612;}

Charles B. Anderson Trust
Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Bouleder City, NV  89005

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV  89434

Mojave Canyon, Inc.
Attn: J.B. Partain, President
1400 Colorado Street, #C
Boulder City, NV  89005

Whitney B. Warnick
Albirght, Stoddard, Warnick & Albright
801 South Rancho Drive, Suite D-4
Las Vegas, NV  89106

Amy N. Tirre, Esq.
Kummer Kaempfer Bonner
Renshaw & Ferrario
5585 Kietzke Lane
Reno, NV  89511

Sierra Health Services
Attn:  Frank Collins
2724 North Tenaya Way
P.O. Box 15645
Las Vegas, NV  89114-5645

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN  38583-5168

R. Vaughn Gourley, Esq.
Stephens Gourley & Bywater, P.C.
3636 N. Rancho Dr.
Las Vegas, NV  89130

Steven R. Orr
Richards, Watson & Gershon 355 S. Grand Avenue, 40th Fl.
Los Angeles, CA  90071-3101

James C. McCarroll, Esq.
Debra Turetsky, Esq.
Reed Smith LLP
5999 Lexington Ave.
New York, NY  10022u

Bruce H. Corum, TTE of the
Credit Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA  95864

David W. Sexton
Pamela K. Sexton
21929 North 79th Place
Scottsdale, AZ  85255

Andrew M. Brumby, Esq.
Shutts & Bowen, LLP
300 South Orange Ave., Ste. 1000
P.O. Box 4956
Orlando, FL  32802-4956

James D. Greene, Esq.
Schreck Brignone
300 South Fourth St., #1200
Las Vegas, NV  89101

Lewis and Roca, LLP
Attn:   Robert Charles, Esq.
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169

{00291612;}