```
 1  JAMES J. LEE, ESQ.
    Nevada Bar No. 001909
 2  PATRICIA A. MARR, ESQ.
    Nevada Bar No. 008846
 3  LAW OFFICES OF JAMES J. LEE
    7674 W. Lake Mead Blvd., Ste. 108
 4  Las Vegas, Nevada 89128
    (702) 382-3532
 5  (702) 382-2732 (facsimile)
 6  Attorneys for Creditors
 7
```

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In re USA COMMERCIAL MORTGAGE COMPANY, | ) Case No. BK-S-06-10725 LBR<br>) Case No. BK-S-06-10726 LBR |
| Debtor. | ) Case No. BK-S-06-10727 LBR<br>) Case No. BK-S-06-10728 LBR |
| In re USA CAPITAL REALTY ADVISORS, LLC, | ) Case No. BK-S-06-10729 LBR<br>) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Jointly Administered Under |
| In re USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Case No. BK-S-06-10725<br>) |
| | ) **REQUEST FOR SPECIAL NOTICE** |
| Debtor. | ) **AND NOTICE OF APPEARANCE** |
| | ) |
| In re USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) (No hearing required)<br>) |
| | ) |
| Debtor. | ) |
| | ) |
| In re USA SECURITIES, LLC | ) |
| | ) |
| Debtor | ) |

**PLEASE TAKE NOTICE** that James J. Lee, Esq. and the Law Offices of James J. Lee hereby appear by and through their attorneys, Law Offices of James J. Lee, and request, pursuant

to Bankruptcy Rules 2002, 9007 and 9010 and Bankruptcy Code §§102(1), 342 and 1109(b) that all notices given or required to be given and all papers served or required to be served in any one or more of these jointly administered cases be also given to and served on:

James J. Lee, Esq.
Law Offices of James J. Lee
7674 W. Lake Mead Blvd., Ste. 108
Las Vegas, Nevada 89128
Telephone: (702) 382-3532
Fax: (702) 382-2732

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices, and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, statements of affairs, operating reports, and schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex, or otherwise that (1) affects, or seeks to affect, or may potentially affect in any way any rights or interests or any creditor or party-in-interest in these cases including James J. Lee, Esq. and Law Offices of James J. Lee; (2) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates; (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; (3) requires or seeks to require any act, delivery of any property, payment of other conduct by James J. Lee, Esq and Law Offices of James J. Lee.

**PLEASE TAKE FURTHER NOTICE** that Creditors, James J. Lee, Esq. and Law Offices of James J. Lee do not, by filing this Request for Special Notice and Notice of Appearance or any other appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or

intend that this Notice of Appearance constitutes a waiver of any of their respective rights: (i) to have final orders in non-core matters entered only after a de novo review by a District Court; (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) or any other rights, claims, actions, setoffs, or recoupments to which James J. Lee, Esq. and Law Office of James J. Lee are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated this 16th day of November, 2006.

LAW OFFICES OF JAMES J. LEE

JAMES J. LEE, ESQ.
Nevada Bar No. 001909
PATRICIA A. MARR, ESQ.
Nevada Bar No. 008846
7674 W. Lake Mead Blvd., Ste. 108
Las Vegas, Nevada 89128
(702) 382-3532
(702) 382-2732 (fax)

3

## **CERTIFICATE OF SERVICE**

I served the foregoing document by the following means to the persons as listed below:

X    ECF System to: See Notice of Electronic Filing.

___    United States Mail, postage fully prepaid to:

___    Personal Service to:

___    By direct email to:

___    By fax transmission to

___    By messenger to:

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

Date this _10th_ day of November, 2006.

An employee of the Law Offices of
James J. Lee

4