PAUL B. LACKEY, ESQ.
Texas Bar No.: 00791061
MICHAEL AIGEN, ESQ.
Texas Bar No.: 24012196
ROSS MORTILLARO, ESQ.
Texas Bar No.: 24027531
LACKEY HERSHMAN, LLP
3102 Oak Lawn Ave., Ste. 700
Dallas, Texas 75219
Phone: (214) 560-2201

- and-

CiCi CUNNINGHAM, ESQ.
Nevada Bar No.: 4960
JAMES A. KOHL, ESQ.
Nevada Bar No.: 5692
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

E-FILED ON: November 9, 2006

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor. | CASE NO.: BK-S-06-10725-LBR<br>CASE NO.: BK-S-06-10726-LBR<br>CASE NO.: BK-S-06-10727-LBR<br>CASE NO.: BK-S-06-10728-LBR<br>CASE NO.: BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-6-10725-LBR**<br><br>APPEAL REF: 06-22<br><br>BAP NO: |

1

| | |
|---|---|
| PROSPECT HIGH INCOME FUND,<br>ML CBO IV (CAYMAN) LTD.,<br>PAMCO CAYMAN, LTD.,<br>PAM CAPITAL FUNDING, L.P.,<br>HIGHLAND CRUSADER FUND, LTD.,<br>AND PCMG TRADING PARTNERS XXII, L.P.<br><br>       Appellants,<br><br>vs.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND,<br>LLC, and OFFICIAL COMMITTEE OF EQUITY<br>SECURITY HOLDERS OF USA CAPITAL<br>DIVERSIFIED TRUST DEED FUND LLC<br>       Appellees. | **HEARING:**<br>Date: N/A<br>Time: N/A |

## APPELLANTS' STATEMENT OF ISSUE AND DESIGNATION OF RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006 and Local Rule 8006, Appellants Prospect High Income Fund, ML CBO IV (Cayman) Ltd., Pamco Cayman, Ltd., Pam Capital Funding, L.P., Highland Crusader Fund, Ltd., and PCMG Trading Partners XXII, L.P. (the "Highland Funds") file this Statement of Issue and Designation of Record on Appeal for Case No. BK-S-06-10727 LBR (Jointly Administered Under Case No. BK-S-06-10725 LBR), Appeal Ref. No. 06-22, as follows:

### I.

### STATEMENT OF ISSUE ON APPEAL

Whether the Bankruptcy Court erred in sustaining, in its entirety, the Diversified Trust Deed Fund Committee's Objection to the Proof of Claim filed by the Highland Funds in Case No. BK-S-06-10727 LBR (jointly administered under Case No. BK-S-06-10725).

### II.

### DESIGNATION OF THE RECORD ON APPEAL

1. Highland Funds' Proof of Claim (Claim # 20 in Case No. 06-10727);

2. Diversified Trust Deed Fund Committee's Objection to Proof of Claim Filed by Prospect High Income Fund, et al. (Docket # 1325);

3. Declaration of Bob L. Olson in Support of Diversified Deed Trust's Objection to Proof of Claim filed by Prospect High Income Fund (with attachments) (Docket # 1323);

4. The Highland Fund's Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim (Docket # 1442);

5. Declaration of Michael P. Aigen (with attachments) (Docket # 1446);

6. Declaration of Davis Deadman (Docket # 1445);

7. Diversified Fund Committee's Reply to Highland Funds' Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim (Docket # 1515);

8. Supplemental Declaration of Bob L. Olson in Support of Diversified Deed Trust's Objection to Proof of Claim filed by Prospect High Income Fund (with attachments) (Docket # 1517);

9. Joinder by USA Capital to Diversified Trust Deed Fund's Objection to Proof of Claim Filed By Prospect High Income Fund (Docket # 1568);

10. Order Disallowing the Proof of Claim Filed by Prospect High Income Fund Against All Debtors (Docket # 1674) (*See* Copy of Order attached hereto and incorporated herein by reference as Exhibit "1".);

11. Transcript of Hearing regarding Objection to Claim heard on October 19, 2006 at 9:30 a.m. (To Be Provided When Available.); and

12. Notice of Appeal (Docket #1717).

DATED this 9th day of November, 2006.

Rawlings, Olson, Cannon, Gormley & Desruisseaux

By: _____
CiCi CUNNINGHAM 4960
JAMES A. KOHL 5692
RAWLINGS, OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 West Cheyenne Ave
Las Vegas, Nevada 89129

PAUL B. LACKEY
Texas Bar No. 00791061
MICHAEL P. AIGEN
Texas Bar No. 24012196
LACKEY HERSHMAN, L.L.P.
3102 Oak Lawn Avenue, #777
Dallas, Texas 75219

3

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 9th day of November, 2006, I served a true and correct copy of the foregoing Appellants' Statement of Issue and Designation of Record on Appeal via facsimile and first class mail to the following:

Annette W. Jarvis, Esq.
Ray Quinney & Nebeker, P.C.
P.O. Box 45385
Salt Lake City, UT 84145-0385
Fax: (801) 532-7543

Lenard E. Schwartzer, Esq.
Jeanette McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146-5308
Fax: (702) 892-0122

Bob L. Olson, Esq.
Anne M. Loraditch, Esq.
Beckley Singleton, Chtd.
530 S. Las Vegas Blvd. South
Las Vegas, NV 89101
Fax: (702) 385-5024

_/s/ Tina Goddard_
Tina Goddard, an employee of Rawlings, Olson, Cannon, Gormley & Desruisseaux

4

# EXHIBIT 1



**Entered on Docket**
**October 26, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Bob L. Olson, Esq. (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity
Security Holders of USA Capital Diversified
Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                     Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                     Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                     Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                     Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                     Debtor. | Date: October 19, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | (Affects indicated Debtors) |

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00334909;}                                                     Page 1 of 3

## ORDER DISALLOWING THE PROOF OF CLAIM FILED BY PROSPECT HIGH INCOME FUND, ET AL., AGAINST ALL DEBTORS

This Court, having read and considered Diversified Trust Deed Fund Committee's Objection to Proof of Claim filed by Prospect High Income Fund et al. ("Objection"), having read and considered the Highland Fund's Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim ("Opposition"), having read and considered the Reply to Highland Funds' Opposition to Diversified Trust Deed Fund Committee's Objection to Proof of Claim ("Reply"), having heard and considered the oral argument of counsel with Bob L. Olson, Esq. of the law firm of Beckley Singleton, Chtd., appearing on the behalf of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, with Lenard Schwartzer, Esq. of the law firm of Schwartzer & McPherson appearing on behalf of the Debtors, and with CiCi Cunningham, Esq. of the law firm of Rawlings, Olson, Cannon, Gromley & Desruisseaux and Paul B. Lackey, Esq. and Michael P. Aigen, Esq., of the law firm of Lackey Hershman, LLP, appearing on the behalf of the Highland Funds, having made its findings of fact and conclusions of law on the record pursuant to F.R.B.P. 7052 and F.R.C.P. 52, and with good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Objection is sustained in its entirety and that all the Proofs of Claim that Prospect High Income Fund, ML CBO IV (Cayman), Ltd., PAMCO Cayman, Ltd., PAM Capital Funding, L.P. Highland Crusader Fund, Ltd., and PCMG Trading Partners XXIII, L.P. (collectively the " Highland Funds") filed in all of the Debtors' cases are disallowed in their entirety and with prejudice. Those claims include, but are not limited to, Claim No. 26 in the amount of $20,000,000 filed in the USA Commercial Mortgage Company case, Claim No. 17 in the amount of $20,000,000 filed in the USA Capital Realty

///

///

///

{00334909;}                                                                                           Page 2 of 3

Advisors case, Claim No. 20 in the amount of $20,000,000 filed in the USA Capital Diversified Trust Deed Fund case, Claim No. 16 in the amount of $20,000,000 filed in the USA Capital First Trust Deed Fund case, and Claim No. 14 in the amount of $20,000,000 filed in the USA Securities case.

BECKLEY SINGLETON, CHTD.

By: /s/
BOB L. OLSON, ESQ.
ANNE M. LORADITCH, ESQ.
530 Las Vegas Boulevard South
Las Vegas, NV 89101

*Special Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

| APPROVED/DISAPPROVED | APPROVED/DISAPPROVED |
|---|---|
| CiCi CUNNINGHAM, ESQ.<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 | LENARD SCHWARTZER, ESQ.<br>2850 South Jones Blvd. #1<br>Las Vegas, NV 89146 |
| *Attorneys for Prospect High Income Fund, ML CBO IV (Cayman), Ltd., PAMCO Cayman, Ltd., PAM Capital Funding, L.P., Highland Crusader Fund, Ltd., and PCMG Trading Partners XXIII, L.P.* | *Attorneys for Debtors* |

{00334909;}                                                                                    Page 3 of 3

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

　☒ approved the form of this order; and/or

　☐ waived the right to review the order; and/or

　☐ failed to file and serve papers in accordance with LR 9021(c); and

　the following have disapproved the form of the order:

　　n/a

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

### # # #

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00334909;}                                                                 Page 4 of 4

1  Advisors case, Claim No. 20 in the amount of $20,000,000 filed in the USA Capital Diversified
2  Trust Deed Fund case, Claim No. 16 in the amount of $20,000,000 filed in the USA Capital First
3  Trust Deed Fund case, and Claim No. 14 in the amount of $20,000,000 filed in the USA Securities
4  case.

6  BECKLEY SINGLETON, CHTD.

8  By: _____
9  BOB L. OLSON, ESQ.
   ANNE M. LORADITCH, ESQ.
10 530 Las Vegas Boulevard South
   Las Vegas, NV 89101

12 *Special Nevada Counsel for the Official*
   *Committee of Equity Security Holders of*
13 *USA Capital Diversified Trust Deed*
   *Fund, LLC*

17 APPROVED/DISAPPROVED                         APPROVED/DISAPPROVED

20 _____                    _____
   CICI CUNNINGHAM, ESQ.                        LENARD SCHWARTZER, ESQ.
21 9950 West Cheyenne Avenue                    2850 South Jones Blvd. #1
   Las Vegas, NV 89129                          Las Vegas, NV 89146

22 *Attorneys for Prospect High Income*         *Attorneys for Debtors*
   *Fund, ML CBO IV (Cayman), Ltd.,*
23 *PAMCO Cayman, Ltd.,*
   *PAM Capital Funding, L.P.*
24 *Highland Crusader Fund, Ltd.,*
   *and PCMG Trading Partners XXIII, L.P.*

1  Advisors case, Claim No. 20 in the amount of $20,000,000 filed in the USA Capital Diversified
2  Trust Deed Fund case, Claim No. 16 in the amount of $20,000,000 filed in the USA Capital First
3  Trust Deed Fund case, and Claim No. 14 in the amount of $20,000,000 filed in the USA Securities
4  case.

6  BECKLEY SINGLETON, CHTD.

8  By: _____
9  BOB L. OLSON, ESQ.
   ANNE M. LORADITCH, ESQ.
10 530 Las Vegas Boulevard South
   Las Vegas, NV 89101

12 *Special Nevada Counsel for the Official
   Committee of Equity Security Holders of*
13 *USA Capital Diversified Trust Deed
   Fund, LLC*

17 APPROVED/DISAPPROVED                     APPROVED/DISAPPROVED

20 _____                 _____
   CiCi CUNNINGHAM, ESQ.                    LENARD SCHWARTZER, ESQ.
21 9950 West Cheyenne Avenue                2850 South Jones Blvd. #1
   Las Vegas, NV 89129                      Las Vegas, NV 89146

22 *Attorneys for Prospect High Income      Attorneys for Debtors*
   *Fund, ML CBO IV (Cayman), Ltd.,*
23 *PAMCO Cayman, Ltd.,*
   *PAM Capital Funding, L.P.*
24 *Highland Crusader Fund, Ltd.,*
   *and PCMG Trading Partners XXIII, L.P.*