Christopher D. Jaime, Esq.
Nevada Bar No. 4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
E-mail: cjaime@mclrenolaw.com

Attorneys for Creditors Patrick J. Horgan,
G & L Nelson Limited Partnership,
Peter M. DiGrazia DMD LTD PSP,
Dr. James & Tracy Murphy, Trustees of
The Murphy Family Trust, Desert
Commercial Sweeping, Inc. and
William C. Wallace III and Annamarie K.
Wallace

E-filed on 11/9/06

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Jointly Administered |
| | ) Chapter 11 Cases |
| USA Commercial Mortgage Company | ) Judge Linda B. Riegle Presiding |
| 06-10725 – Lead Case | ) |
| | ) Date:        N/A |
| USA Capital Realty Advisors, LLC | ) Time:        N/A |
| 06-10726 | ) |
| | ) **Affecting:** |
| USA Capital Diversified Trust Deed Fund, LLC | ) ☐ All Cases |
| 06-10727 | ) **or Only:** |
| | ) ☒ USA Commercial Mortgage Company |
| USA Capital First Trust Deed Fund, LLC | ) ☐ USA Capital Realty Advisors, LLC |
| 06-10728 | ) ☒ USA Capital Diversified Trust Deed Fund, LLC |
| USA Securities, LLC | ) ☒ USA Capital First Trust Deed Fund, LLC |
| 06-10729        Debtors. | ) ☐ USA Securities, LLC |

**STATEMENT OF MAUPIN, COX & LEGOY
PURSUANT TO FED.R.BANKR.P. 2019
(AFFECTS ALL DEBTORS)**

AUPIN, COX & LeGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

J:\wpdata\CDJ\USA Capital\rule.2019.stm.wpd        1

Christopher D. Jaime makes the following statements:

1. I am an attorney licensed to practice law in the State of Nevada, and I am a shareholder of the law firm of Maupin, Cox & LeGoy ("MCL Law Firm"). I have personal knowledge of the facts recited herein, and I am competent to testify regarding them if called as a witness in this matter.

2. Maupin, Cox & LeGoy has been retained to represent Patrick J. Horgan, G & L Nelson Limited Partnership, Peter M. DiGrazia DMD LTD PSP, Dr. James and Tracy Murphy, Trustees of The Murphy Family Trust, Desert Commercial Sweeping, Inc. and William C. Wallace III and Annamarie K. Wallace. These persons and entities made original investments in 11 different loans in the amount of $1,370,000 and 2 different fund purchases in the approximate amount of $75,000. I am the attorney primarily responsible for representing these persons and entities.

3. As Ordered by the Bankruptcy Court, I provide the following information required by Fed.R.Bankr.P. 2019 with respect to each of the four persons and entities and their involvement with the above-referenced cases:

(a) **Patrick J. Horgan**, 1560 Kestrel Ct., Reno, Nevada 89509, regarding the following three matters:

(1) On or about January 17, 2005, Patrick J. Horgan made a Direct Loan to One Point Street, Inc. in the amount of $50,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by U.S.A. Commercial Mortgage Company ("USACM") pursuant to a Loan Servicing Agreement ("LSA") and Power of Attorney.

(2) On or about June 13, 2005, Patrick J. Horgan made a Direct Loan to Glendale Tower Partners, LP in the amount of $50,000, which loan is evidenced by a promissory

note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(3) On or about October 24, 2005, Patrick J. Horgan made a Direct Loan to Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, and Fox Hills 37, LLC in the amount of $50,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(b) **G & L Nelson Limited Partnership**, 900 So. Meadows Parkway, #4821, Reno, Nevada 89521, regarding the following two matters:

(1) On or about January 26, 2006 G & L Nelson Limited Partnership made a Direct Loan to Foxhills 216, LLC in the amount of $500,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(2) On or about January 27, 2006 G & L Nelson Limited Partnership made a Direct Loan to Ocean Atlantic in the amount of $300,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(c) **Peter M. DiGrazia DMD LTD PSP**, c/o Peter M. DiGrazia DMD, 1625 Lakeside Drive, Reno, Nevada 89509, regarding the following two matters:

(1) On or about August 31, 2005, the Peter M. DiGrazia DMD Ltd. Profit Sharing Plan made a Direct Loan to Binford Medical Developers, LLC in the amount of $50,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently

MAUPIN, COX & LEGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

J:\wpdata\CDJ\USA Capital\rule.2019.stm.wpd                3

serviced by USACM pursuant to a LSA and Power of Attorney.

(2) On or about November 5, 2004, the Peter M. DiGrazia DMD Ltd. Profit Sharing Plan purchased three shares in USA Capital First Trust Deed Fund in the amount of $5,000 each, for a total investment of $15,000.

(d) **Dr. James and Tracy Murphy, Trustees of The Murphy Family Trust**, 1305 Thunderbolt Drive, Reno, Nevada 89511, regarding the following three matters:

(1) On or about February 17, 2005, Dr. James and Tracy Murphy, Trustees of The Murphy Family Trust made a Direct Loan to Cabernet at the Highlands, LLC in the amount of $100,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(2) On or about November 28, 2005, Dr. James and Tracy Murphy, Trustees of The Murphy Family Trust made a Direct Loan to Palm Harbor One, LLC in the amount of $75,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(3) On or about February 24, 2006, Dr. James and Tracy Murphy, Trustees of The Murphy Family Trust made a Direct Loan to Elizabeth May Real Estate, LLC in the amount of 75,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(e) **Desert Commercial Sweeping, Inc.**, 5620 Madras Street, Carson City, Nevada 89704-9556, regarding the following two matters:

(1) On or about September, 2005 Desert Commercial Sweeping made a Direct Loan to Castaic Partners III, LLC in the amount of $70,000, which loan is evidenced by a

AUPIN, COX & LeGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

J:\wpdata\CDJ\USA Capital\rule.2019.stm.wpd    4

promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

(2) On or about January, 2004 Desert Commercial Sweeping purchased membership interest units in USA Capital Diversified Trust Deed Fund, LLC, in the amount of $57,530.47.

(f) **William C. Wallace III and Annamarie K. Wallace**, 5620 Madras Street, Carson City, Nevada 89704-9556. On or about December, 2002, William C. Wallace III and Annamarie K. Wallace made a Direct Loan to Amesbury/Hatters Point in the amount of $50,000, which loan is evidenced by a promissory note and secured by a deed of trust. This loan is presently serviced by USACM pursuant to a LSA and Power of Attorney.

4. <u>Employment</u>. The MCL Law Firm was retained by the creditors referenced above beginning in or about July of 2006. The MCL Law Firm has been retained on an hourly basis and will be paid by individuals and entities hereinabove referenced with respect to all legal services involved and costs incurred on their behalf.

5. <u>Representative Claim</u>. At the time of its employment, the MCL Law Firm had no claim or interest in the above-referenced case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 11/9/06, 2006.

Christopher D. Jaime

MAUPIN, COX & LeGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

J:\wpdata\CDJ\USA Capital\rule.2019.stm.wpd    5

## CERTIFICATE OF SERVICE

I certify that I am an employee of Maupin, Cox & LeGoy, and that on this date I served a true copy of the attached document, as follows:

(A) Via the ECF System on Debtor's Counsel, Jeannette E. McPherson and Lenard E. Schwartzer, at their e-mail address of: bkfilings@s-mlaw.com

(B) By depositing it for mailing in a sealed envelope with postage prepaid thereon in the United States Post Office, addressed as follows:

Annette W. Jarvis
P.O. Box 45385
36 South Lake Street, #1400
Salt Lake City, UT 84145-0385

Dated this 9th day of November, 2006.

_Karen Bernhardt_
Employee