RECEIVED
AND FILED

NOV 13   8 52 AM '06

1

2    **UNITED STATES BANKRUPTCY COURT**

3    **DISTRICT OF NEVADA**

4    In re                                  )

5    USA COMMERCIAL MORTGAGE                 )
     COMPANY                                 )
6                                            )    BK-S    06–10725–LBR
                         Debtor             )
7                                            )    ADV
                                             )
8    _____            )
                                             )    BAP No.
9    SEE ATTACHED LIST                       )
                         Appellant          )    Appeal Ref    06–22
10   vs                                      )
                                             )
11   SEE ATTACHED LIST                       )
                                             )
12                      Appellee            )
                                             )
13                Amended  <u>NOTICE OF REFERRAL OF APPEAL TO</u>
14                          <u>BANKRUPTCY APPELLATE PANEL</u>

15   **TO ALL PARTIES IN APPEAL:**

16

17           YOU AND EACH OF YOU are hereby notified that a Notice of Appeal has been filed

18   by (See Attached List of Appellants)  with the Clerk of the Bankruptcy Court.  By

19   virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this

20   district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of

21   the Ninth Circuit (BAP).

22           Any party desiring to object to such referral must do so in conformity with the

23   foregoing orders and their provisions for reference to BAP, a copy thereof being hereto

24   attached.

25   / / /

26   / / /

27   / / /

28   / / /

For further information, you may contact the Clerk of the Bankruptcy Appellate Panel at 125 S. Grand Avenue, Pasadena, CA 91106, Telephone (626) 229-7225.

DATED:                          PATRICIA GRAY, CLERK

11/13/06

By _____
WILLIAM M. LAKAS
Deputy Clerk
U.S. Bankruptcy Court
300 Las Vegas Blvd., So.
Las Vegas, NV 89101

PARTIES:

BANKRUPTCY APPELLATE PANEL
125 South Grand Ave.
Pasadena, CA 91105

U.S. TRUSTEE
LAS VEGAS, NV 89101
300 LAS VEGAS BLVD S #4300
LAS VEGAS NV 89101

RAY QUINNEY & NEBEKER, P.C.
P.O. BOX 45385
SALT LAKE CITY, UT 84145-0385

SCHWARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5308

BECKLEY SINGLETON, CHTD.
530 S. LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89101

9/04

- 2 -

LIST OF APPELLANTS

HIGHLAND CRUSADER FUND, LTD.
ML CBO IV (CAYMAN) LTD.
PAM CAPITAL FUNDING, L.P.
PAMCO CAYMAN, LTD.
PCMG TRADING PARTNERS XXII, L.P.
PROSPECT HIGH INCOME FUND

LIST OF APPELLEES

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL
  DIVERSIFIED TRUST DEED FUND LLC