# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** USA Commercial Mortgage Company

**Case Number:** Jointly Administered Under Case No. BK-S-06-10725-LBR

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

Joseph Milanowski
Trustee of the Joseph D. Milanowski 1998 Trust
c/o Jeffrey R. Sylvester, Esq.
Sylvester & Polednak, Ltd.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128

Telephone Number (702) 952-5200

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

If you have already filed a proof of interest with BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which Interestholder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Telephone Number ( )

**3. Date Equity Interest was acquired:** 1997 - 1998

**4. Total amount of member interest:** 43 %

**5. Certificate number(s):**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:

☑ Check this box if your Equity Interest is based on actual member interest held in the Debtor.

☐ Check this box if your Equity Interest is based on anything else and describe that interest: _____

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest

The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is **actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006** for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

**DATE:** 11/9/06

**SIGN** and print the name and title, if any, of the Interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

Jeffrey R. Sylvester, Esq., Counsel for Joseph Milanowski

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*