Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br><br>USA SECURITIES, LLC,<br>Debtor. | |

Affects:
- [ ] All Debtors
- [x] USA Commercial Mortgage Company
- [ ] USA Capital Realty Advisors, LLC
- [ ] USA Capital Diversified Trust Deed Fund, LLC
- [ ] USA Capital First Trust Deed Fund, LLC
- [ ] USA Securities, LLC

## CERTIFICATE OF MAILING
### (Affects Debtor USA Commercial Mortgage Company)

I, Alex Cedeno, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2. At the direction of Schwartzer & McPherson Law Firm Counsel for the Debtors and Debtors-in-Possession in the above-captioned cases, copies of the documents identified below by exhibit and docket number were sent to those persons listed on the Service List attached hereto as Exhibit "A" at the addresses shown thereon and via the modes of service indicated thereon, on the 6th day of November, 2006:

| | |
|---|---|
| Docket No. 1588 | ORDER GRANTING EX PARTE APPLICATION TO FILE MOTION UNDER SEAL [AFFECTS USA COMMERCIAL MORTGAGE COMPANY] [Re: Docket No. 1497] |
| Docket No. 1725 | NOTICE OF HEARING OF MOTION FILED UNDER SEAL [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY] [Re: Docket No. 1497] |

| | |
|---|---|
| Exhibit "1" | MOTION AUTHORIZED TO BE FILED UNDER SEAL, PURSUANT TO THE ORDER GRANTING EX PARTE APPLICATION TO FILE MOTION UNDER SEAL, ENTERED OCTOBER 18, 2006 [Docket No. 1588] [AFFECTS DEBTOR USA COMMERCIAL MORTGAGE COMPANY] [motion not attached hereto] |
| Exhibit "A" | Service List regarding Docket Nos. 1588 and 1725 and Exhibit "1" |

DATED: November 9, 2006
El Segundo, California

_____
Alex Cedeno

State of California      )
                         ) ss
County of Los Angeles    )

    Personally appeared before me on November 9, 2006, Alex Cedeno, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

# EXHIBIT A

# Dkt No. 1725 - Ntc Of Hrng Of Mtn
# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 177

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21998 | ALAN R SIMMONS & JUDITH B SIMMONS, PO BOX 13296, SOUTH LAKE TAHOE, CA 96151-3296 | US Mail (1st Class) |
| 21998 | ALNEIL ASSOCIATES, C/O NEIL TOBIAS GENERAL PARTNER, 1140 6TH AVE STE M01, NEW YORK, NY 10036-5803 | US Mail (1st Class) |
| 21998 | ANTON TRAPMAN, 8630 ST JAMES AVE APT E21, ELMHURST, NY 11373-3830 | US Mail (1st Class) |
| 21998 | ARBOGAST FAMILY TRUST, C/O RODNEY J ARBOGAST & DONNA ARBOGAST TRUSTEES, 4771 LAURENTIA AVE, LAS VEGAS, NV 89141 | US Mail (1st Class) |
| 21998 | ASHLEY BROOKS, 25161 VIA AZUL, LAGUNA NIGUEL, CA 92677-7361 | US Mail (1st Class) |
| 21998 | AURORA INVESTMENTS LIMITED PARTNERSHIP, 2710 HARBOR HILLS LN, LAS VEGAS, NV 89117-7629 | US Mail (1st Class) |
| 21991 | B OLSON/B AXELROD/A LORADITCH, BECKLEY SINGLETON CHTD, (TRANSFEROR: EQUITY SEC HOLDERS COMMITTEE), ALORADITCH@BECKLEYLAW.COM | E-mail |
| 21991 | B OLSON/B AXELROD/A LORADITCH, BECKLEY SINGLETON CHTD, (TRANSFEROR: EQUITY SEC HOLDERS COMMITTEE), BOLSON@BECKLEYLAW.COM | E-mail |
| 21998 | BARBARA FAY MCCLAFLIN, REVOCABLE LIVING TRUST AGREEMENT OF, C/O BARBARA MCCLAFLIN TRUSTEE, 1472 THURSTON AVE APT 201, HONOLULU, HI 96822-3600 | US Mail (1st Class) |
| 21992 | BECKLEY SINGLETON CHTD, B OLSON/B AXELROD/A LORADITCH, (TRANSFEROR: EQUITY SEC HOLDERS COMMITTEE), 530 LAS VEGAS BLVD S, LAS VEGAS, NV 89101 | US Mail (1st Class) |
| 21998 | BEN LOFGREN & DANA LOFGREN, 28292 PINEBROOK, MISSION VIEJO, CA 92692-3008 | US Mail (1st Class) |
| 21998 | BILLY SHOPE JR FAMILY LP, 2833 MARYLAND HILLS DR, HENDERSON, NV 89052-7700 | US Mail (1st Class) |
| 21998 | BRIDGES FAMILY TRUST, C/O MICHAEL T BRIDGES TRUSTEE, 4235 CITRUS CIR, YORBA LINDA, CA 92886-2201 | US Mail (1st Class) |
| 21998 | BROUWERS FAMILY, TRUST DATED 1/11/1995, C/O JOHN P BROUWERS TRUSTEE, 8040 VISTA TWILIGHT DR, LAS VEGAS, NV 89123-0726 | US Mail (1st Class) |
| 21998 | BRUCE A SMITH & ANNINA M SMITH, 7736 VILLA ANDRADE AVE, LAS VEGAS, NV 89131-1686 | US Mail (1st Class) |
| 21998 | BRUCE D BRYEN, 777 S FEDERAL HWY APT N409, POMPANO BEACH, FL 33062-5914 | US Mail (1st Class) |
| 21992 | C/O FIRST SAVINGS BANK, JOHN WARNER JR IRA, (TRANSFEROR: COMMITTEE OF USA CAPITAL 1ST TRUST), 2605 E FLAMINGO RD, LAS VEGAS, NV 89121 | US Mail (1st Class) |
| 21998 | CAL-MARK BEVERAGE COMPANY DEFINED BENEFIT PLAN, 440 CORTE SUR STE 200, NOVATO, CA 94949-5926 | US Mail (1st Class) |
| 21998 | CAROL A KELLY, 6323 STATE HWY 84 NE, LONGVILLE, MN 56655-3085 | US Mail (1st Class) |
| 21998 | CAROL J SIMCOCK IRA, PO BOX 2932, SUNNYVALE, CA 94087-0932 | US Mail (1st Class) |
| 21998 | CAROL J SIMCOCK, PO BOX 2932, SUNNYVALE, CA 94087-0932 | US Mail (1st Class) |
| 21998 | CHRIS F LAPACIK AND ROSEMARY D LAPACIK, 562 LOS ALTOS DR, CHULA VISTA, CA 91914-4132 | US Mail (1st Class) |
| 21998 | D & K PARTNERS INC, 7293 W MARIPOSA GRANDE LN, PEORIA, AZ 85383-3246 | US Mail (1st Class) |
| 21998 | DEBORAH A DANIEL, 248 S VISTA DEL MONTE, ANAHEIM, CA 92807-3833 | US Mail (1st Class) |
| 21998 | DELWIN C HOLT, 6606 EVERGREEN AVE, OAKLAND, CA 94611-1516 | US Mail (1st Class) |
| 21998 | DENISE F FAGER, REVOCABLE TRUST UNDER AGREEMENT DATED 2/28/03, C/O DENISE F FAGER TRUSTEE, 5 SALVATORE, LADERA RANCH, CA 92694-1425 | US Mail (1st Class) |
| 21998 | DENNIS FLIER INC DEFINED BENEFIT, TRUST DATED 6/29/87, C/O DENNIS FLIER TRUSTEE, 20155 PORTO VITA WAY APT 1803, AVENTURA, FL 33180-3259 | US Mail (1st Class) |
| 21998 | DON D MEYER & DENNIS E HEIN, 3425 E RUSSELL RD, #247, LAS VEGAS, NV 89120 | US Mail (1st Class) |
| 21998 | DONNA J BROOKS, 5555 N OCEAN BLVD APT 12, LAUDERDALE BY THE SEA, FL 33308-2352 | US Mail (1st Class) |
| 21998 | DONNA M CANGELOSI FAMILY TRUST, C/O DONNA M CANGELOSI TRUSTEE, 5860 LAUSANNE DR, RENO, NV 89511-5034 | US Mail (1st Class) |
| 21998 | DRS STANLEY ALEXANDER, AND FLORENCE ALEXANDER ACCT#1, 812 SWEETWATER CLUB BLVD, LONGWOOD, FL 32779-2125 | US Mail (1st Class) |
| 21998 | DRS STANLEY ALEXANDER, AND FLORENCE ALEXANDER ACCT#2, 812 SWEETWATER CLUB BLVD, LONGWOOD, FL 32779-2125 | US Mail (1st Class) |
| 21998 | EDWARD W HOMFELD, 2515 N ATLANTIC BLVD, FT LAUDERDALE, FL 33305-1911 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21998 | EMERY LIVING TRUST DATED 6/04/91, C/O JOHN R EMERY & SANDRA KIPP EMERY TRUSTEES, 21460 NATIONAL STREET, PO BOX 155, VOLCANO, CA 95689-0155 | US Mail (1st Class) |
| 21991 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), CPAJAK@STUTMAN.COM | E-mail |
| 21991 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), EKARASIK@STUTMAN.COM | E-mail |
| 21991 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), FMEROLA@STUTMAN.COM | E-mail |
| 21992 | FERTITTA ENTERPRISES INC, (TRANSFEROR: COMMITTEE CONTRACT RIGHTS HOLDERS), 2960 W SAHARA AVE, STE 200, LAS VEGAS, NV 89102 | US Mail (1st Class) |
| 21998 | FLIER FAMILY TRUST DATED 1/21/98, C/O DENNIS FLIER & CAROL FLIER TRUSTEES, 20155 NE 38TH CT APT 1803, AVENTURA, FL 33180-3259 | US Mail (1st Class) |
| 21998 | FRANCIS FAMILY TRUST DTD 11/10/98, C/O BRUCE FRANCIS AND TAMARA FRANCIS TRUSTEES, 2360 E MALLORY CIR, MESA, AZ 85213-1471 | US Mail (1st Class) |
| 21998 | FRANK DAVENPORT, 3372 NAROD ST, LAS VEGAS, NV 89121-4218 | US Mail (1st Class) |
| 21998 | FREDERICKSON TRUST DATED 10/02/03, C/O JOHN R FREDERICKSON, AND MICHELE L FREDERICKSON TRUSTEES, PO BOX 26, JUNE LAKE, CA 93529-0026 | US Mail (1st Class) |
| 21998 | FREEDOM PROPERTIES INC, 1820 STAR PINE CT, RENO, NV 89523-4807 | US Mail (1st Class) |
| 21998 | GAIL KLEVAY, 818 N VICTORIA PARK RD, FT LAUDERDALE, FL 33304-4476 | US Mail (1st Class) |
| 21998 | GAYLE HARKINS, 1204 CAMBALLERIA DR, CARSON CITY, NV 89701-8655 | US Mail (1st Class) |
| 21998 | GLENN W GABOURY AND SHARON M GABOURY, 1751 SW 18TH ST, PENDLETON, OR 97801-4457 | US Mail (1st Class) |
| 21998 | GLORIA J NELSON, 408 N BERRY PINE RD, RAPID CITY, SD 57702-1857 | US Mail (1st Class) |
| 21992 | GOLDSMITH & GUYMON PC, MARJORIE A GUYMON, (TRANSFEROR: MOUNTAIN WEST MORTGAGE ETC), 2055 N VILLAGE CENTER CIR, LAS VEGAS, NV 89134 | US Mail (1st Class) |
| 21998 | GONSKA FOUNDATION LLC, 7520 BRIDLEHORNE AVE, LAS VEGAS, NV 89131-3357 | US Mail (1st Class) |
| 21992 | GORDON & SILVER LTD, T FELL/G GORDON/G GARMAN/T GRAY, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), 3960 HOWARD HUGHES PKY, 9TH FL, LAS VEGAS, NV 89109 | US Mail (1st Class) |
| 21998 | HANS J LEER & CAROLYN F LEER, 2024 GENTRY LN, CARSON CITY, NV 89701-4858 | US Mail (1st Class) |
| 21998 | HANS J PRAKELT, 2401-A WATERMAN BLVD STE 4-230, FAIRFIELD, CA 94534-1800 | US Mail (1st Class) |
| 21998 | HENRY L LETZERICH AND NORMA W LETZERICH, 2322 JOSHUA CIR, SANTA CLARA, UT 84765-5436 | US Mail (1st Class) |
| 21998 | HOLEYFIELD FAMILY TRUST DATED 01/12/01, C/O RICHARD & MARSHA HOLEYFIELD TTEES, 1103 W RED OAK RD, PO BOX 538, WAXAHACHIE, TX 75168-0538 | US Mail (1st Class) |
| 21998 | HOLLY J PICKEREL, 3415 COOPER ST, SAN DIEGO, CA 92104-5211 | US Mail (1st Class) |
| 21998 | IRA JAY SHAPIRO & BLANCHE SHAPIRO, 8241 257TH ST, FLORAL PARK, NY 11004-1441 | US Mail (1st Class) |
| 21998 | JACK GOLDENTHAL & SYLVIA GOLDENTHAL, 20155 NE 38TH CT, APT 1603, AVENTURA, FL 33180-3256 | US Mail (1st Class) |
| 21998 | JAMES P RANDISI AND MARY M RANDISI, 806 CHESTNUT GLEN GARTH, TOWSON, MD 21204-3710 | US Mail (1st Class) |
| 21991 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), ABOEHMER@SHEACARLYON.COM | E-mail |
| 21991 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), BANKRUPTCYFILINGS@SHEACARLYON.COM | E-mail |
| 21991 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), CCARLYON@SHEACARLYON.COM | E-mail |
| 21991 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), LTREADWAY@SHEACARLYON.COM | E-mail |
| 21991 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), RMSMITH@SHEACARLYON.COM | E-mail |
| 21991 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), SMILLER@SHEACARLYON.COM | E-mail |
| 21991 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), SSHERMAN@SHEACARLYON.COM | E-mail |
| 21998 | JAMES W PENGILLY AND AMANDA M PENGILLY, 232 MULDOWNEY LN, LAS VEGAS, NV 89138-1575 | US Mail (1st Class) |
| 21991 | JEFFREY D HERMANN, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), JHERMANN@ORRICK.COM | E-mail |
| 21998 | JENNIFER J HARMON AND CHERYL HOFF, 3368 SHORE ACRES RD NW, LONGVILLE, MN 56655-3384 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21998 | JOHN & KATHLEEN KEITH LIVING, TRUST DATED 8/19/02, C/O JOHN W KEITH & KATHLEEN B KEITH TRUSTEES, 10550 REALM WAY, LAS VEGAS, NV 89135-2155 | US Mail (1st Class) |
| 21991 | JOHN GOINGS, (TRANSFEROR: COMMITTEE USA CAP 1ST TR DEED), JGOINGS@BHWK.COM | E-mail |
| 21992 | JOHN GOINGS, (TRANSFEROR: COMMITTEE USA CAP 1ST TR DEED), PO BOX 174, MASONVILLE, CO 80541 | US Mail (1st Class) |
| 21998 | JOHN NIX & LISA NIX, 836 TEMPLE ROCK CT, BOULDER CITY, NV 89005-1285 | US Mail (1st Class) |
| 21998 | JOHN S BORKOSKI & KATHLEEN BORKOSKI, 1110 ELO RD, MCCALL, ID 83638-5125 | US Mail (1st Class) |
| 21998 | JOHN W BROUWERS MD SEP IRA, 2333 DOLPHIN CT, HENDERSON, NV 89074-5320 | US Mail (1st Class) |
| 21992 | JOHN WARNER JR IRA, (TRANSFEROR: EQUITY SECURITY HOLDERS COMMITTEE), C/O FIRST SAVINGS BANK, 2605 E FLAMINGO RD, LAS VEGAS, NV 89121 | US Mail (1st Class) |
| 21998 | JOYCE E SMITH TRUST DATED 11/3/99, C/O JOYCE E SMITH TRUSTEE, 3080 RED SPRINGS DR, LAS VEGAS, NV 89135-1548 | US Mail (1st Class) |
| 21998 | KATHY JOHN & TINA EDEN, 57 POINSETTIA DR, ORMOND BEACH, FL 32176-3518 | US Mail (1st Class) |
| 21992 | KEHOE & ASSOCIATES, TY E KEHOE, (TRANSFEROR: LERIN HILLS LTD), 871 CORONADO CENTER DR, STE 200, HENDERSON, NV 89052 | US Mail (1st Class) |
| 21998 | KENNETH R BECKER & JOANNE T BECKER, & GRACE BECKER & SARAH BECKER, 920 S ELIZABETH ST, DENVER, CO 80209-5114 | US Mail (1st Class) |
| 21998 | KM FINANCIALS LLC, 4847 DAMON CIR, SALT LAKE CITY, UT 84117-5854 | US Mail (1st Class) |
| 21998 | KRAVITZ FAMILY, REVOCABLE TRUST UNDER AGREEMENT DATED 12/9/99, C/O DAVID KRAVITZ & MABLE R KRAVITZ TRUSTEES, 19223 N 132ND AVE, SUN CITY WEST, AZ 85375-4502 | US Mail (1st Class) |
| 21998 | KYLE NEHDAR UGMA, C/O HOWARD NEHDAR CUSTODIAN, 28955 BARDELL DR, AGOURA HILLS, CA 91301-2133 | US Mail (1st Class) |
| 21998 | LARRY E HANAN REVOCABLE, TRUST DATED 5/20/02, C/O LARRY E HANAN TRUSTEE, 4410 ENDICOTT PL, TAMPA, FL 33624-2621 | US Mail (1st Class) |
| 21998 | LARSON FAMILY TRUST DATED 6/19/94, C/O SIDNEY L LARSON & RUTH ANN LARSON TRUSTEES, 5613 N 133RD AVE, LITCHFIELD PARK, AZ 85340-8344 | US Mail (1st Class) |
| 21992 | LEWIS AND ROCA LLP, ROB CHARLES/SUSAN FREEMAN, (TRANSFEROR: CREDITORS COMMITTEE USACMC), 3993 HOWARD HUGHES PKWY, 6TH FL, LAS VEGAS, NV 89169-0961 | US Mail (1st Class) |
| 21992 | LEWIS AND ROCA LLP, SUSAN M FREEMAN, (TRANSFEROR: CREDITORS COMMITTEE USACMC), 40 N CENTRAL AVE, STE 1900, PHOENIX, AZ 85004 | US Mail (1st Class) |
| 21998 | LILY MARKHAM, & IRENE ANNE MARKHAM-TAFOYA JTWROS, 7746 FOREDAWN DR, LAS VEGAS, NV 89123-0756 | US Mail (1st Class) |
| 21998 | LISEK FAMILY TRUST DATED 1/29/92, C/O DANIEL B LISEK CLAIRE LISEK, & GAYLE HARKINS TRUSTEES, 729 GARYS WAY, CARSON CITY, NV 89701-8611 | US Mail (1st Class) |
| 21991 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), LERNCE@ORRICK.COM | E-mail |
| 21991 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), MALEVINSON@ORRICK.COM | E-mail |
| 21998 | MARGARET M CANGELOSI, 346 GRIGGS AVE, TEANECK, NJ 07666-3155 | US Mail (1st Class) |
| 21998 | MARIETTA VOGLIS, 201 E 79TH ST APT 17A, NEW YORK, NY 10021-0844 | US Mail (1st Class) |
| 21991 | MARJORIE A GUYMON, GOLDSMITH & GUYMON PC, (TRANSFEROR: MOUNTAIN WEST MORTGAGE ETC), MGUYMON@GOLDGUYLAW.COM | E-mail |
| 21998 | MARK L EAMES & SANDRA K EAMES, 7849 S VALENTIA ST, CENTENNIAL, CO 80112-3338 | US Mail (1st Class) |
| 21998 | MARVIN & VALLIERA MYERS TRUST, C/O MARVIN MYERS & VALLIERA MYERS TRUSTEES, 6822 BAILE RD, LAS VEGAS, NV 89146-6549 | US Mail (1st Class) |
| 21998 | MAURICE FINK TRUST, C/O MAURICE FINK TRUSTEE, 3111 BEL AIR DR APT 15G, LAS VEGAS, NV 89109-1505 | US Mail (1st Class) |
| 21998 | MELISSA MAMULA, 3318 TRICKLING STREAM CIR, LAS VEGAS, NV 89117-6716 | US Mail (1st Class) |
| 21998 | MICHAEL H RICCI, 1204 CAMBALLERIA DR, CARSON CITY, NV 89701-8655 | US Mail (1st Class) |
| 21998 | MICHAEL S SIMCOCK & DINA M SIMCOCK, 7601 KILLDEER WAY, ELK GROVE, CA 95758-1006 | US Mail (1st Class) |
| 21998 | MINTER FAMILY 1994 TRUST, C/O DOUGLAS MINTER & ELIZABETH F MINTER TRUSTEES, 5389 CONTE DR, CARSON CITY, NV 89701-6718 | US Mail (1st Class) |
| 21998 | MLH FAMILY INVESTMENT LIMITED, 8912 E PINNACLE PEAK RD # F9-602, SCOTTSDALE, AZ 85255-3659 | US Mail (1st Class) |
| 21998 | NEIL TOBIAS, 1994 E 4TH ST, BROOKLYN, NY 11223-3053 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21998 | NICHOLAS LOADER TRUST U/A, C/O NICHOLAS LOADER TRUSTEE, 101425 OVERSEAS HWY PMB 706, KEY LARGO, FL 33037-4505 | US Mail (1st Class) |
| 21998 | NOEL E REES IRA, 2304 SUN CLIFFS ST, LAS VEGAS, NV 89134-5555 | US Mail (1st Class) |
| 21992 | OFFICE OF THE UNITED STATES TRUSTEE, (TRANSFEROR: UST), 300 LAS VEGAS BLVD SO, STE 4300, LAS VEGAS, NV 89101 | US Mail (1st Class) |
| 21991 | OFFICE OF THE UNITED STATES TRUSTEE, (TRANSFEROR: UST), USTPREGION17 LV.ECF@USDOJ.GOV | E-mail |
| 21992 | ORRICK HERRINGTON & SUTCLIFF LLP, JEFFREY D HERMANN, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), 777 S FLOWER ST, STE 3200, LOS ANGELES, CA 90017 | US Mail (1st Class) |
| 21992 | ORRICK HERRINGTON & SUTCLIFF LLP, MARC A LEVINSON/LYNN T ERNCE, (TRANSFEROR· EQUITY SEC HLDRS COMMITTEE), 400 CAPITAL MALL, STE 3000, SACRAMENTO, CA 95145 | US Mail (1st Class) |
| 21998 | PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JTWROS, 14 MIKINON STREET, GLYFADA ATHENS, 16675GREECE | US Mail (1st Class) |
| 21998 | PATRICK F FENLON AND ANGELA B FENLON, 121 W HARMONT DR, PHOENIX, AZ 85021-5639 | US Mail (1st Class) |
| 21998 | PATRICK GONZALES AND ROSEMARY GONZALES, 5114 KINGSGROVE DR, SOMIS, CA 93066-9718 | US Mail (1st Class) |
| 21998 | PAUL BLOCH IRA, 2111 STRADA MIA CT, LAS VEGAS, NV 89117-1980 | US Mail (1st Class) |
| 21998 | PAUL BLOCH LIVING TRUST UA 10/29/02, C/O PAUL BLOCH TRUSTEE, 2111 STRADA MIA CT, LAS VEGAS, NV 89117-1980 | US Mail (1st Class) |
| 21998 | PAULA S BENDER IRA, 733 CHAMPAGNE RD, INCLINE VILLAGE, NV 89451-8000 | US Mail (1st Class) |
| 21998 | PENNY LEE COMSIA, REVOCABLE TRUST UDT 4/10/00, C/O PENNY LEE COMSIA TRUSTEE, 53 ENCANTADO CYN, RANCHO SANTA MARGARITA, CA 92688-2906 | US Mail (1st Class) |
| 21998 | PETUCK CAPITAL CORPORATION, 80 DOUBLING RD, GREENWICH, CT 06830-4047 | US Mail (1st Class) |
| 21998 | PLB ENTERPRISES LLC, PO BOX 67405, PHOENIX, AZ 85082-7405 | US Mail (1st Class) |
| 21998 | PONTAK WONG REVOCABLE, TRUST DATED JAN 19 2004, C/O PATRICIA A PONTAK AND DARRELL M WONG TRUSTEES, 130 SCOTT RD, BISHOP, CA 93514-7110 | US Mail (1st Class) |
| 21998 | R & S ROLOFF TRUST DATED 9/20/03, C/O RODNEY L ROLOFF & SHARYN A ROLOFF TRUSTEES, 1319 STONY BROOK LN, PLEASANTON, CA 94566-5402 | US Mail (1st Class) |
| 21998 | RACHEL WHEELER TRUST, C/O RACHEL WHEELER TRUSTEE, 739 WINDSOR DR, ST GEORGE, UT 84770-6154 | US Mail (1st Class) |
| 21992 | REVOCABLE TRUST, LARRY L (TTEE) & PATSY REIGER, (TRANSFEROR: CREDITORS COMMITTEE USACMC), 2615 GLEN EAGLES DR, RENO, NV 89523 | US Mail (1st Class) |
| 21998 | REYNOLD E PALESH, TRUST DATED 6/17/01, C/O LYNN J HANSEN TRUSTEE, 8912 E PINNACLE PEAK RD # F9-602, SCOTTSDALE, AZ 85255-3659 | US Mail (1st Class) |
| 21992 | RICHARD HAMMERMAN PC, RICHARD HAMMERMAN, (TRANSFEROR: LERIN HILLS, LTD), 7200 N MOPAC, STE 150, AUSTIN, TX 78731 | US Mail (1st Class) |
| 21991 | ROB CHARLES/SUSAN FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR· CREDITORS COMMITTEE USACMC), RCHARLES@LRLAW.COM | E-mail |
| 21991 | ROB CHARLES/SUSAN FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), SFREEMAN@LRLAW.COM | E-mail |
| 21998 | ROBERT F SAMUELS & LINDA M SAMUELS, 5324 BOCA MARINA CIR N, BOCA RATON, FL 33487-5221 | US Mail (1st Class) |
| 21998 | ROBERT H PERLMAN & LYNN R PERLMAN, TRUST DATED 9/17/92, C/O ROBERT H PERLMAN & LYNN R PERLMAN TRUSTEES, 2877 PARADISE RD UNIT 3501, LAS VEGAS, NV 89109-5278 | US Mail (1st Class) |
| 21992 | ROBERT HARDY, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), 6510 ANSONIA CT, LAS VEGAS, NV 891180874 | US Mail (1st Class) |
| 21998 | ROBERT S ANGEL IRA, 13419 W BALLAD DR, SUN CITY WEST, AZ 85375-1727 | US Mail (1st Class) |
| 21998 | ROBERT W & GAIL A GRAY REVOCABLE TRUST, C/O GAIL A GRAY AND ROBERT W GRAY TRUSTEES, 4572 TELEPHONE RD STE 912, VENTURA, CA 93003-5663 | US Mail (1st Class) |
| 21998 | ROBERT W ULM LIVING TRUST DATED 4/11/05, C/O ROBERT W ULM TRUSTEE, 414 MORNING GLORY RD, SAINT MARYS, GA 31558-4139 | US Mail (1st Class) |
| 21998 | ROCKLIN/REDDING LLC, 278 SUSSEX PL, CARSON CITY, NV 89703-5360 | US Mail (1st Class) |
| 21998 | RONALD M CETOVICK AND BARBARA CETOVICK, 2410 SUNBURST VIEW ST, HENDERSON, NV 89052-2945 | US Mail (1st Class) |
| 21998 | RONALD R CARTER & LESLIE A CARTER, REVOCABLE TRUST DATED 10/24/91, C/O RONALD R CARTER & LESLIE A CARTER TRUSTEES, 6508 ANASAZI DR NE, ALBUQUERQUE, NM 87111-7115 | US Mail (1st Class) |
| 21998 | ROY R VENTURA JR & NANCY B VENTURA, AMERICAN EMBASSY- JAKARTA, UNIT 8135 - USAID, FPO, AP 96520ARMED FORCES PACIFIC | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21998 | RULON D ROBISON PROFIT SHARING PLAN, C/O RULON D ROBISON TRUSTEE, 9100 EAGLE HILLS DR, LAS VEGAS, NV 89134-6116 | US Mail (1st Class) |
| 21992 | RUSSELL AD DEVELOPMENT GROUP LLC, ROBERT RUSSELL, (TRANSFEROR: CREDITORS COMMITTEE USACMC), PO BOX 28216, SCOTTSDALE, AZ 85255 | US Mail (1st Class) |
| 21998 | SAMUEL & BEVERLY EVANS LIVING TRUST, C/O SAMUEL EVANS & BEVERLY EVANS TRUSTEES, PO BOX 714, LOGANDALE, NV 89021-0714 | US Mail (1st Class) |
| 21998 | SAMUEL A MAMMANO AND KAREN M MAMMANO, 1490 RIDGE RD, WEBSTER, NY 14580-3619 | US Mail (1st Class) |
| 21998 | SANDLER LIVING TRUST DATED AUGUST 29 2005, C/O ROBERT B SANDLER & PATRICIA D SANDLER TRUSTEES, 8912 E PINNACLE PEAK RD BOX 591, SCOTTSDALE, AZ 85255 | US Mail (1st Class) |
| 21998 | SCHNADT TRUST DATED 6/18/93, C/O WILLIAM E SCHNADT & JANET E SCHNADT TRUSTEES, 1471 BEAR CREEK DR, BISHOP, CA 93514-1947 | US Mail (1st Class) |
| 21998 | SCHNITZER LIVING, TRUST DATED 10/29/91, C/O ARTHUR P SCHNITZER & LYNN S SCHNITZER TRUSTEES, 20155 NE 38TH CT APT 1604, AVENTURA, FL 33180-3256 | US Mail (1st Class) |
| 21998 | SCOTT MACHOCK & HEIDI MACHOCK, 32792 ROSEMONT DR, TRABUCO CANYON, CA 92679-3387 | US Mail (1st Class) |
| 21998 | SHAHRIAR ZAVOSH, 3800 S CANTABRIA CIR UNIT 1042, CHANDLER, AZ 85248-4247 | US Mail (1st Class) |
| 21992 | SHEA & CARLYON LTD, JAMES P SHEA/CANDACE CARLYON, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), 228 S FOURTH ST, 1ST FL, LAS VEGAS, NV 89101 | US Mail (1st Class) |
| 21998 | SHELDON & MARION G PORTMAN, TRUST DATED 11/01/85, C/O SHELDON PORTMAN & MARION G PORTMAN TRUSTEES, 9505 CITY HILL CT, LAS VEGAS, NV 89134-1711 | US Mail (1st Class) |
| 21998 | SPECTRUM CAPITAL LLC, 6167 JARVIS AVE # 304, NEWARK, CA 94560-1210 | US Mail (1st Class) |
| 21998 | STEPHEN V KOWALSKI IRA, 29202 POSEY WAY, RANCHO PALOS VERDES, CA 90275-4629 | US Mail (1st Class) |
| 21992 | STUTMAN TREISTER & GLATT PC, F MEROLA/E KARASIK/C PAJAK, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), 1901 AVE OF STARS, 12TH FL, LOS ANGELES, CA 90067 | US Mail (1st Class) |
| 21991 | SUSAN M FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), SFREEMAN@LRLAW COM | E-mail |
| 21991 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), GEG@GORDONSILVER.COM | E-mail |
| 21991 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), GMG@GORDONSILVER.COM | E-mail |
| 21991 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), MCZ@GORDONSILVER.COM | E-mail |
| 21991 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), TBG@GORDONSILVER.COM | E-mail |
| 21991 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), THF@GORDONSILVER.COM | E-mail |
| 21998 | TAYLOR LIVING TRUST DATED 2/27/96, C/O KERRY S TAYLOR & JOYCE L TAYLOR TRUSTEES, 4275 SETTLER DR, RENO, NV 89502-5905 | US Mail (1st Class) |
| 21998 | TERRY COFFING, 10001 PARK RUN DR, LAS VEGAS, NV 89145-8857 | US Mail (1st Class) |
| 21998 | THE CHIAPPETTA TRUST DATED 4/1/03, C/O PAT AND JOANN CHIAPPETTA TRUSTEES, 7043 CINNAMON DR, SPARKS, NV 89436 | US Mail (1st Class) |
| 21998 | THE COSTANZA 1987 DECEDENT'S TRUST, C/O SAM COSTANZA TRUSTEE, 9809 CANTEBURY ROSE LN, LAS VEGAS, NV 89134-5913 | US Mail (1st Class) |
| 21998 | THE ERNIE C YOUNG LIVING, TRUST DATED 9/23/96, C/O ERNIE C YOUNG TRUSTEE, PO BOX 19035, JEAN, NV 89019-9035 | US Mail (1st Class) |
| 21998 | THE HEATON FAMILY, TRUST DATED DECEMBER 4 1995, C/O JAMES F HEATON AND NADINE B HEATON TRUSTEES, PO BOX 120, GUNLOCK, UT 84733-0120 | US Mail (1st Class) |
| 21998 | THE ROBERT R RODRIGUEZ REVOCABLE, TRUST DATED 1/31/06, C/O ROBERT R RODRIGUEZ TRUSTEE, 2809 EASY ST, PLACERVILLE, CA 95667-3906 | US Mail (1st Class) |
| 21998 | THE SCHOONOVER FAMILY, TRUST DATED 2/23/04, C/O EDWARD L & SUSAN A SCHOONOVER CO-TTEES, 164 SHORETT DR, FRIDAY HARBOR, WA 98250-8140 | US Mail (1st Class) |
| 21998 | THE STACY GRANT REVOCABLE TRUST, C/O STACY GRANT TRUSTEE OF, 934 E GRANDVIEW RD, PHOENIX, AZ 85022-2623 | US Mail (1st Class) |
| 21998 | THE VAN SICKLE FAMILY, TRUST DATED 5/20/99, C/O LLOYD F VAN SICKLE TRUSTEE, 5626 E EDGEMONT AVE, SCOTTSDALE, AZ 85257-1026 | US Mail (1st Class) |
| 21998 | TOBY A GUNNING, 7245 BROCKWAY CT, RENO, NV 89523-3247 | US Mail (1st Class) |
| 21998 | TODD C MAURER IRA, 3100 CHINO HILLS PKWY UNIT 1411, CHINO HILLS, CA 91709-4298 | US Mail (1st Class) |

**Exhibit A - USA Commercial Mortgage Co**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21998 | TRIPP FAMILY TRUST 1997, C/O JOHN M TRIPP TRUSTEE, 6550 VIEWPOINT DR, LAS VEGAS, NV 89156-7004 | US Mail (1st Class) |
| 21991 | TY E KEHOE, KEHOE & ASSOCIATES, (TRANSFEROR: LERIN HILLS LTD), TYKEHOELAW@AOL.COM | E-mail |
| 21992 | USA CAPITAL FIRST TRUST DEED FUND, ROBERT E TAYLOR, (TRANSFEROR: EQUITY SECURITY HOLDER COMMITTEE), 1535 FLYNN RD, CAMARILLO, CA 93012 | US Mail (1st Class) |
| 21998 | VIRGIL P HENNEN & JUDITH J HENNEN, PO BOX 1416, FRIDAY HARBOR, WA 98250-1416 | US Mail (1st Class) |
| 21998 | WEINMAN FAMILY TRUST, FRANK WEINMAN TRUSTEE, 2947 PINEHURST DR, LAS VEGAS, NV 89109 | US Mail (1st Class) |
| 21998 | WILLIAM HARRISON GOULDING AND ELIZABETH R GOULDING, 5444 CLOVERCREST DR, SAN JOSE, CA 95118-3009 | US Mail (1st Class) |
| 21998 | WILLIAM J SANDBERG & SHANG`LING J TSAI, 9588 VERVAIN ST, SAN DIEGO, CA 92129-3524 | US Mail (1st Class) |
| 21998 | WILLIAM L MONTGOMERY JR GUARANTY LOAN ACCOUNT, 630 GARFIELD ST, DENVER, CO 80206-4516 | US Mail (1st Class) |
| 21998 | WORK HOLDINGS INC, 317 E WILDWOOD DR, PHOENIX, AZ 85048-2015 | US Mail (1st Class) |
| 21998 | YODER FAMILY TRUST DATED 10/25/00, C/O DWIGHT J YODER & NANCY E YODER TRUSTEES, 24 SANTA CATALINA DR, RANCHO PALOS VERDES, CA 90275-6603 | US Mail (1st Class) |

**Subtotal for this group: 177**