John F. O'Reilly, Esq.
Nevada Bar No. 1761
William J. Wray, Esq.
Nevada Bar No. 5834
Donna DiMaggio-Highberger, Esq.
Nevada Bar No. 9794
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266

Attorneys for Creditor
MICHAEL PETERSEN

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor.<br><br>In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor.<br><br>In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor.<br><br>In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor.<br><br>In Re: | CASE NO.:  BK-S-06-10725 LBR<br>DEPT. NO.:<br><br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR<br><br>**CERTIFICATE OF SERVICE<br>OF MICHAEL PETERSEN'S<br><u>ORIGINAL PROOF OF CLAIM</u>** |

\\newprolaw\prolaw\documents\30537-00002\Pleadings\87777.wpd     Page 1 of 2

| | |
|---|---|
| 1 | USA SECURITIES, LLC, ) |
| 2 | Debtor. ) |
| 3 | |

On November 13, 2006, I served Michael Petersen's original Proof of Claim via Federal Express, Airbill No. 8565 3316 3578, on the following party:

BMC Group
Attn: USACM Claims Docketing Center
1330 E. Franklin Avenue
El Segundo, California  90245

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 13th day of November, 2006.

_____
An employee of the O'Reilly Law Group, LLC

\\newprolaw\prolaw\documents\30537-00002\Pleadings\87777.wpd