SYLVESTER & POLEDNAK, LTD  
JEFFREY R. SYLVESTER, ESQ.  
Nevada Bar No. 4396  
7371 Prairie Falcon, Suite 120  
Las Vegas, Nevada 89128  
(702) 952-5200  
*Attorneys for USA Commercial Real Estate Group*

E-FILED November 13, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY (fka USA CAPITAL)<br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br>Debtor. | **CERTIFICATE OF SERVICE OF PROOFS OF CLAIM** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC.<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

I HEREBY CERTIFY that on the 9th day of November, 2006, I served a copy of the USA Commercial Real Estate Group Proof of Claim [**Claims Register No. 749**] and the Pecos

Professional Park Limited Partnership Proof of Claim [**Claims Reg. No. 752**], via the ECF System to the following:

*See attached service list.*

_____
An employee of SYLVESTER & POLEDNAK, LTD.

SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Phone (702) 952-5200