## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from SYLVESTER, JEFFREY on 11/9/2006 at 9:19 AM PST

| | |
|---|---|
| **Case Name:** | USA COMMERCIAL MORTGAGE COMPANY |
| **Case Number:** | 06-10725-lbr |
| **Creditor Name:** | Pecos Professional Park Limited Partnership<br>c/o Sylvester & Polednak, Ltd.<br>7371 Prairie Falcon Road, Suite 120<br>Las Vegas, Nevada 89128 |
| **Claim Number:** | 752    Claims Register |
| **Total Amount Claimed:** | $166788.42 |

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**G:\MyFiles\11863.001\MISC\UCREG POC = Pecos Prof.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/9/2006] [FileNumber=7474055-0]
[56740cadaf52c85389550078012ba0a27784b04c0caeb5501361f4ff98b34201c62d
7b1edeadf69b366e64dfc4e8b237041a01b5e421cb002a03a4bb4b7a814a]]
**Document description:**Appendix Pt. 1 of 5 (Supporting Documents)
**Original filename:**G:\MyFiles\11863.001\MISC\UCREG POC = Pecos Prof Exh Pt 1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/9/2006] [FileNumber=7474055-1]
[6c8954806bcd8792f4355b858a2c8e0a4e87c9b44a68fb3757837d6c66e1d1c9b1f4
e4d1275e5cce20256411aead6a26937b1143ddfd7a8460595c107b7354d3]]
**Document description:**Appendix Pt. 2 of 5 (Supporting Documents)
**Original filename:**G:\MyFiles\11863.001\MISC\UCREG POC = Pecos Prof Exh Pt 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/9/2006] [FileNumber=7474055-2]
[aee81163dba06f42d953539767a93c8940a15b0b3eac714120f66a365f46d94c571b
61cef6aa95ad615eaa5a880cde7741490910ddf8e44eaec020a41c805778]]
**Document description:**Appendix Pt. 3 of 5 (Supporting Documents)
**Original filename:**G:\MyFiles\11863.001\MISC\UCREG POC = Pecos Prof Exh Pt 3.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/9/2006] [FileNumber=7474055-3]
[04169058ae7da383ee56518b35a62184b4e1258dbb7ca75921e02772adb41894126c
03df562242cbd466b8efb82ef20cf8a719e15f998bbf90b1d9aab9595a17]]
**Document description:**Appendix Pt. 4 of 5 (Supporting Documents)
**Original filename:**G:\MyFiles\11863.001\MISC\UCREG POC = Pecos Prof Exh Pt 4.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/9/2006] [FileNumber=7474055-4]
[4ea55b356fc4f12709af22b08d7cb1f613bacc1e99aa072bf380e76ecb5ec33fd040
62fb65698b4f588573729951b5dd9f0d3dcec4a7ff3ca5480f316ff3c4e2]]
**Document description:**Appendix Pt. 5 of 5 (Supporting Documents)
**Original filename:**G:\MyFiles\11863.001\MISC\UCREG POC = Pecos Prof Exh Pt 5.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/9/2006] [FileNumber=7474055-5]

[1ce8c76ac584a5d09ce16ae04a62ac8c    )522dcf97cddb3e600b0458e86d1c708
6fd2bbec1d1e7435592820893336fb526701e1edb5e5b844af1142b53ac5]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON     bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY     vgourley@lvcm.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

JAMES D. GREENE     bknotice@schrecklaw.com

MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL     jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

XANNA R. HARDMAN     xanna.hardman@gmail.com

STEPHEN R HARRIS     noticesbh&p@renolaw.biz

JEFFREY L HARTMAN     notices@bankruptcyreno.com

BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE     TyKehoeLaw@aol.com

ROBERT R. KINAS     rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON     ecf@lslawnv.com

JOHN J. LAXAGUE     jlaxague@caneclark.com

GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME     robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH     ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

JAMES C. MCCARROLL     , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL     rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffic  601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.con

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, aanthony@beckleylaw.com

AMY N TIRRE    atirre@kkbrf.com, ᵢ .ns@kkbrf.com;lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON
,

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR

LAS VEGAS, NV 89169

DONNA CANGELOSI
,

CURTIS F CLARK
,

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
,

RICHARD D. GREEN
,

JOHN HANDAL
,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

DAVID W. HUSTON
,

INTERIM COMMITTEE OF CONCERNED INVESTORS
,

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 30000
Sacramento, CA 95814-4497

LEWIS AND ROCA LLP

,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

JERROLD T. MARITIN

8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

ANDREW M PARLEN
,

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

SHEA & CARLYON, LTD.

SIERRA CONSULTING GROUP, LLC

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400

SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

U.S. BANKRUPTCY COURT
,

ROY R. VENTURA
,

RUSSELL S. WALKER
265 EAST 100 SOUTH
SUITE 300
SALT LAKE CITY, UT 84111

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

File another claim