# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re:
   USA COMMERCIAL MORTGAGE COMPANY,
   Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by DANIEL D. WHITE and the appointment of R. VAUGHN GOURLEY as designated Nevada Counsel in this case is approved.

Dated: 11/14/06                                         BY THE COURT

                                                                      Patricia Gray
                                                                      Clerk of the Bankruptcy Court