John F. O'Reilly, Esq.
Nevada Bar No. 1761
William J. Wray, Esq.
Nevada Bar No. 5834
Donna DiMaggio-Highberger, Esq.
Nevada Bar No. 9794
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266

Attorneys for Creditor
MICHAEL PETERSEN

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | CASE NO.:  BK-S-06-10725 LBR<br>DEPT. NO.:<br><br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor. | **CERTIFICATE OF SERVICE<br>OF MICHAEL PETERSEN'S<br>ORIGINAL PROOF OF CLAIM** |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| In Re: | |

\\newprolaw\prolaw\documents\30537-00002\Pleadings\87777.wpd      Page 1 of 2

1  USA SECURITIES, LLC,                )
                                       )
2       Debtor.                        )
                                       )
3  _____     )

4  On November 13, 2006, I served Michael Petersen's original Proof of Claim via Federal Express,
5  Airbill No. 8565 3316 3578, on the following party:

6  BMC Group
   Attn: USACM Claims Docketing Center
7  1330 E. Franklin Avenue
   El Segundo, California   90245

9  I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

10 DATED this 13th day of November, 2006.

                                    /s/ S. Renee Hoban
12                                  An employee of the O'Reilly Law Group, LLC

\\newprolaw\prolaw\documents\30537-00002\Pleadings\87777.wpd          Page 2 of 2