```
 1  DAVID R. GRIFFITH, ESQ. (SBN - 170172)         RECEIVED AND FILED
    STEWART, HUMPHERYS, BURCHETT & MOLIN, LLP
 2  3120 Cohasset Road, Suite 6                   2006 NOV 13 P 3:06
    Post Office Box 720
 3  Chico, CA 95927
    Telephone: (530) 891-6111                     U.S. BANKRUPTCY COURT
 4  Facsimile: (530) 894-2103                      PATRICIA GRAY, CLERK

 5
    Attorney for Creditor,
 6  ALBERT DANIEL ANDRADE

 7
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-O6-10725 |
| USA COMMERCIAL MORTGAGE COMPANY, | **REQUEST FOR SPECIAL NOTICE** |
| Debtors. | |

PLEASE TAKE NOTICE that the undersigned attorneys for Creditor, ALBERT DANIEL ANDRADE, hereby request notice of all hearings, or trial dates, motions and notice of motions, applications, applications for compromise, application to abandon properties, applications for approval to sell property of the estate to pay expenses or claims, copies of monthly operating reports and statements of deposit, if any, and returns of sale of real or personal property for Court approval, whether such notice, application or the like is sent by the Court, the Debtor, Trustee, or any other party-in-interest in this case, and request that all notices, applications, or the like be sent to the address below, and that such address be added to the Court's master mailing list:

> ALBERT DANIEL ANDRADE
> c/o David R. Griffith, Esq.
> STEWART, HUMPHERYS, BURCHETT & MOLIN, LLP
> Post Office Box 720
> Chico, CA 95927
> Telephone: (530) 891-6111
> Facsimile: (530) 894-2103
> Email: dgriffith@chicolaw.com

THIS REQUEST FOR NOTICE is without prejudice to Creditor ALBERT DANIEL ANDRADE remedies and claims against other entities or any objection that may be made to the

1  jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a
2  waiver of its rights to: (1) have final orders in noncore matters entered only after de novo review by
3  a District Judge; (2) trial by jury in any proceeding so triable in this case or any case, controversy,
4  or proceeding related to this case; (3) have the District Court withdraw the reference in any matter
5  subject to mandatory or discretionary withdrawal; or, (4) any other rights, claims, actions, setoffs,
6  or recoupment to which it may be entitled, in law or in equity, all of which rights, claims, actions,
7  defenses, setoff, and recoupment are expressly reserves.

Respectfully Submitted,

STEWART, HUMPHERYS,
BURCHETT & MOLIN, LLP

Dated: November 10, 2006.    By: _____
DAVID R. GRIFFITH,
STEWART, HUMPHERYS,
BURCHETT & MOLIN, LLP
3120 Cohasset Road, Suite 6
Post Office Box 720
Chico, CA 95927
Telephone: (530) 891-6111
Facsimile: (530) 894-2103

Attorney for Creditor,
ALBERT DANIEL ANDRADE

# PROOF OF SERVICE

I, KATHY CHRISTIAN, declare,

I am employed in the County of Butte, State of California, I am over the age of 18 years and not a party to the within action; my business address is 3120 Cohasset Road, Suite 6, Chico, California 95973.

On the date set forth below, I served the foregoing document described as:

**REQUEST FOR SPECIAL NOTICE**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below:

BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

Annette W. Jarvis, Esq.
Steven C. Strong, Esq.
RAY QUINNEY & NEBEKER, P.C.
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, Utah 84145-0385

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Chico, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

__XX__    (By Mail) I deposited such envelopes in the mail at Chico, California. The envelopes were mailed with postage thereon fully prepaid.

____    (By Facsimile) In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list.

____    (By Personal Service) Such envelope was delivered by hand to the above named addressee.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on _Nov. 10_, 2006, at Chico, California.

By: _/s/ Kathy Christian_
KATHY CHRISTIAN

PROOF OF SERVICE [USA Commercial Mortgage Company Debtor/ Albert Daniel Andrade Creditor]        1