**COM**
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorney for Binford Medical Developers LLC

E-Filed On 11/14/06

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>        Debtor<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>        Debtor<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>        Debtor<br>In re:<br>USA SECURITIES, LLC.<br><br>        Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: N/A<br>Time of Hearing: N/A<br><br>Affects:<br>☒USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>☐USA Capital First Trust Deed Fund, LLC<br>☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>☐All Debtors |

### CERTIFICATE OF MAILING

I hereby certify that service of the above and foregoing AMENDED PROOF OF CLAIM was made this 14th day of November, 2006, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

**DEBTOR AND COUNSEL**
Annette W. Jarvis
Ray Quinney & Nebeker P.c.
36 South State Street, Suite 1400
P.o. Box 45385
Salt Lake City, Utah 84145-0385

1  Lenard E. Schwartzer
   Jeanette E. Mcpherson
2  Schwartzer & Mcpherson Law Firm
   2850 South Jones Boulevard, Suite 1
3  Las Vegas, Nevada 89146-5308

4  USA Commercial Mortgage
   USA Capital Realty Advisors, LLC
5  USA Capital Diversified Trust Deed Fund, LLC
   USA Capital First Trust Deed Fund, LLC
6  USA Securities, LLC
   Thomas J. Allison
7  4484 South Pecos Road
   Las Vegas, NV 89121
8

9  Office of the U.S. Trustee
   600 Las Vegas Blvd., South,
10 Ste. 4300
   Las Vegas, NV 89101
11

                        /s/ Kristin Alexander
                        Employee of DEANER, DEANER, SCANN,
                        MALAN & LARSEN

16 F:\OFFICE\CLIENTS\Binford Medical Developers, LLC\DOCS\COM Amended POC.wpd