**Entered on Docket
November 15, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, NV Bar No. 0399 |
| Douglas M. Monson, Utah Bar No. 2293 | Jeanette E. McPherson, NV Bar No. 5423 |
| Steven C. Strong, Utah Bar No. 6340 | Schwartzer & McPherson Law Firm |
| RAY QUINNEY & NEBEKER P.C. | 2850 South Jones Boulevard, Suite 1 |
| 36 South State Street, Suite 1400 | Las Vegas, Nevada 89146-5308 |
| P.O. Box 45385 | Telephone: (702) 228-7590 |
| Salt Lake City, Utah 84145-0385 | Facsimile: (702) 892-0122 |
| Telephone: (801) 532-1500 | E-Mail: bkfilings@s-mlaw.com |
| Facsimile: (801) 532-7543 | |
| Email: ajarvis@rqn.com | Attorneys for Debtors and Debtors in Possession |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>              Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>              Debtor. | Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>              Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>              Debtor. | **ORDER GRANTING MOTION TO AUTHORIZE DEBTOR USA COMMERCIAL MORTGAGE COMPANY AS LOAN SERVICER TO APPROVE LOAN MODIFICATION FOR PALM HARBOR ONE LOAN AND TO PROVIDE THE PREVIOUSLY AUTHORIZED SUBORDINATION OF THE MARLTON SQUARE 2ND LOAN** |
| In re:<br>USA SECURITIES, LLC,<br>              Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | **[AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC]**<br><br>Date: October 30, 2006<br>Time: 9:30 a.m. |

1   Before the Court is the "Motion To Authorize Debtor USA Commercial Mortgage
2   Company as Loan Servicer to Approve Loan Modification for Palm Harbor One Loan, to Provide
3   the Previously Authorized Subordination of the Marlton Square 2nd Loan in Connection with the
4   Payoff of the Marlton Square 1st Loan, to Authorize a Short-Term Forbearance for the Marlton
5   Square 1st Loan, and to Generally Authorize Short-Term Loan Forbearances and Full Releases and
6   Reconveyances for Loans Paid Off in Full" (the "Motion") filed by Debtor in Possession USA
7   COMMERCIAL MORTGAGE COMPANY ("USACM") on October 4, 2006, Docket No. 1434.

8   The Certificate of Mailing (Docket No. 1531), certifies that the Motion (Docket No. 1434),
9   the Declaration of Thomas J. Allison (Docket No. 1435), and the Notice of Hearing (Docket No.
10  1448) were served on October 5, 2006, to the 984 parties listed in the Certificate of Mailing,
11  which included the 309 Direct Lenders for the Palm Harbor One Loan, the 272 Direct Lenders for
12  the Marlton Square 1st Loan, and the 108 Direct Lenders for the Marlton Square 2nd Loan.

13  The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund,
14  LLC (the "FTDF Committee") filed its Limited Objection to the Motion (Docket No. 1629). The
15  MacDonald Center for the Arts and Humanities (the "MacDonald Center") filed its Conditional
16  Objection to the Motion (Docket No. 1632), which addresses only the Marlton Square 1st Loan
17  portion of the Motion, which was continued to November 13, 2006. The Official Committee of
18  Unsecured Creditors of USA Commercial Mortgage Company (the "UCC Committee") filed its
19  Response to the Motion (Docket No. 1649). The Official Committee of Holders of Executory
20  Contract Rights Through USA Commercial Mortgage Company (the "Direct Lenders
21  Committee") filed its Opposition to the Motion (Docket No. 1653). The Canepa Group
22  ("Canepa") filed its Joinder (Docket No. 1658) in the Opposition filed by the Direct Lenders
23  Committee. USACM filed the Declaration of Thomas J. Allison on October 4, 2006, as Docket
24  No. 1435, and a Reply in Support of the Motion on October 27, 2006, as Docket No. 1692. At the
25  hearing held on October 30, 2006, appearances were made upon the record, testimony and other
26  evidence were presented and arguments were made concerning the Motion.

27  The Court having considered the various Declarations of Thomas J. Allison in support of
28  the Motion, the arguments set forth in the Motion and in the Reply, the evidence presented,

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

representations made, and arguments made at the October 30, 2006 hearing, and other facts of record in the Debtors' bankruptcy cases, and finding that notice of the Motion was adequate and proper, it is hereby

**ORDERED** that USACM is authorized to take such actions as authorized by, and in accordance with, the existing Loan Service Agreements, and such actions may include, but are not limited to:

(1)  modify the Palm Harbor One Loan (the "Loan Modification") on behalf of Direct Lenders to reduce the minimum sales prices (and corresponding partial release prices) for the condominium units for the Palm Harbor One Project by 20%;

(2)  execute the necessary documentation to put into effect the previously authorized subordination (the "Subordination") of the Marlton Square 2nd Loan to a new development or construction loan for the Marlton Square Project, which is located in Los Angeles, California, if the conditions outlined in the Marlton Square 2nd Loan Agreement and in the Motion for providing the Subordination are satisfied;

(3)  execution of all documents and take all other necessary steps required to implement the Palm Harbor One Loan Modification and the Marlton Square 2nd Loan Subordination outlined above; and

(4)  granting such short-term forbearances of up to 90 days as is consistent with the terms of the Loan Service Agreements.

**ORDERED** that the automatic 10 day stay under Bankruptcy Rule 6004(g) shall not apply to this Order, and this Order shall be effective immediately upon entry of this Order.

| Submitted by:<br>RAY QUINNEY & NEBEKER P.C. and<br>SCHWARTZER & MCPHERSON LAW FIRM | Approved / Disapproved by:<br>SARA L. KISTLER<br>ACTING UNITED STATES TRUSTEE<br>REGION 17 |
|---|---|
| By:_____<br>LENARD E. SCHWARTZER, ESQ.<br>*Attorneys for Debtor and Debtor-In-Possession* | By: _____<br>AUGUST B. LANDIS, ASST. U.S. TRUSTEE<br>United States Department of Justice |

1  Approved/Disapproved by:  
   LEWIS AND ROCA, LLP  
2

3  By:_____  
   SUSAN M. FREEMAN, ESQ.  
4  ROB CHARLES, ESQ.  
   *Counsel for the Official Committee of*  
5  *Unsecured Creditors of USA Commercial*  
   *Mortgage Company*  
6

Approved/Disapproved by:  
GORDON & SILVER, LTD.

By:_____  
GERALD M. GORDON, ESQ.  
GREGORY E. GARMAN, ESQ.  
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

7  
8  Approved/Disapproved by:  
   ORRICK, HERRINGTON & SUTCLIFFE LLP  
9  and BECKLEY SINGLETON, CHTD.

10  By:_____  
   MARC A. LEVINSON, ESQ.  
11  LYNN TRINKA ERNCE, ESQ.  
   BRETT A. AXELROD, ESQ.  
12  ANNE M. LORADITCH, ESQ.  
   *Counsel for the Official Committee of Equity*  
13  *Security Holders of USA Capital Diversified*  
   *Trust Deed Fund, LLC*  
14

Approved/Disapproved by:  
STUTMAN TREISTER & GLATT, P.C. and  
SHEA & CARLYON, LTD.

By:_____  
FRANK A. MEROLA, ESQ.  
EVE KARASIK, ESQ.  
CHRISTINE PAJAK, ESQ.  
CANDACE C. CARLYON, ESQ.  
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

15  Approved/Disapproved by:  
   REED SMITH, LLC  
16

17  By:_____  
   JAMES C. MCCARROLL, ESQ.  
18  CONSTANTINE KARIDES, ESQ.  
   *Counsel for SPCP Group, LLC*  
19

20                               # # #

21  
22  
23  
24  
25  
26  
27  
28