**Entered on Docket**
**November 15, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Bob L. Olson, Esq. (Nevada Bar No. 3783)
Anne M. Loraditch, Esq. (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                              Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | |

{00342091;}

Affects:
- ☐ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☒ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

Hearing Date: November 13, 2006
Hearing Time: 9:30 a.m.

# ORDER APPROVING FIRST INTERIM APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC FOR REIMBURSEMENT OF EXPENSES OF COMMITTEE MEMBERS (AFFECTS DEBTOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC)

This Court, having reviewed and considered the First Interim Application of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC for Reimbursement of Expenses of Committee Members (the "Application"), filed by Beckley Singleton, Chtd. on behalf of Sara M. Katz and Robert Worthen, members of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee"); having reviewed the pleadings, papers and records on file in these chapter 11 cases; having considered the arguments of counsel, Anne M. Loraditch, Esq., appearing on behalf of the Diversified Committee, with no other appearances having been made at the hearing referenced above; and having made its findings of fact and conclusions of law on the record, which are incorporated herein pursuant to Fed.R.Bankr.P. 7052; and for good cause shown therefor,

**IT IS HEREBY ORDERED** that

1. The Application is granted as set forth below.

2. Ms. Katz is hereby allowed interim reimbursement of expenses in the amount of $928.97 for the period from May 17, 2006 through August 31, 2006 (the "First Interim Period").

3. Mr. Worthen is hereby allowed interim reimbursement of expenses in the amount of $518.11 for the First Interim Period.

4. USA Capital Diversified Trust Deed Fund, LLC is hereby authorized and directed to pay forthwith to Ms. Katz the amount of $928.97.

{00342091;}                                    2

5. USA Capital Diversified Trust Deed Fund, LLC is hereby authorized and directed to pay forthwith to Mr. Worthen the amount of $518.11.

RESPECTFULLY SUBMITTED BY:

BECKLEY SINGLETON, CHTD.

By: /s/ Anne M. Loraditch
Bob L. Olson, Esq.
Nevada Bar No. 3783
Anne M. Loraditch, Esq.
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

APPROVED/DISAPPROVED:

OFFICE OF THE UNITED STATES TRUSTEE

By: /s/ August B. Landis
August B. Landis


BECKLEY SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00342091;}   3

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  ☐ approved the form of this order; and/or

  ☐ waived the right to review the order; and/or

  ☐ failed to file and serve papers in accordance with LR 9021(c); and

  the following have disapproved the form of the order:

  n/a

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

# # #

{00342091;}

4