

**ORDER DENIED**

The motion is denied. The movant has failed to establish cause to seal the underlying motion.

**Entered on Docket**
**November 15, 2006**

_____
**Hon. Linda B Riegle**
**United States Bankruptcy Judge**

---

Russell S. Walker, Utah Bar No. 3363
Elizabeth R. Loveridge, Utah Bar No. 6025
Reid W. Lambert, Utah Bar No. 5744
WOODBURY & KELSER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111
Telephone: (801) 364-1100
Facsimile: (801) 359-2320
Email: rwalker@wklawpc.com

and

Joseph J. Huggins
Nevada Bar No. 4456
HUGGINS & ASSOCIATES
1000 N. Green Valley Parkway, Suite 440-2
Henderson Nevada 89014
Telephone: (702) 373-8664
Facsimile: (815) 572-5723
Email: joehuggins@sbcglobal.net

**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No.: BK-S-06-10726 LBR |
| Debtor. | Case No.: BK-S-06-10727 LBR |
| In re: | Case No.: BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No.: BK-S-06-10729 LBR |
| Debtor. | Chapter 11 |
| In re: | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | **Jointly Administered Under** |
| Debtor. | **Case No. BK-S-06-10725 LBR** |

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100   Fax: (801) 359-2320

| | |
|---|---|
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　　　Debtor. | **ORDER GRANTING RE: EX PARTE MOTION FOR ORDER AUTHORIZING SUBMISSION UNDER SEAL OF CONFIDENTIALITY OF THE MOTION FOR PROTECTIVE ORDER , MEMORANDUM AND DECLARATION OF SARAH O'CONNELL IN SUPPORT THEREOF** |
| Affects:<br>　　　All Debtors<br>　　　USA Commercial Mortgage Company<br>　　　USA Securities, LLC<br>　　　USA Capital Realty Advisors, LLC<br>　　　USA Capital Diversified Trust Deed Fund, LLC<br>　　　USA Capital First Trust Deed Fund, LLC | |

USA Investment Partners, LLC and Joseph D. Milanowski, through their counsel of counsel of record moved this court *ex parte* for an Order Authorizing Submission Under Seal of Confidentiality of the Motion for Protective Order, Memorandum and Declaration of Sarah O'Connell in support thereof.

Being advised of the pertinent facts and controlling provisions of law and good cause appearing therefore,

**THE COURT HEREBY ORDERS:**

That USA Investment Partners, LLC and Joseph D. Milanowski may file under seal of confidentially their Motion for Protective Order, Memorandum and Declaration of Sarah O'Connell in support thereof.

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100  Fax: (801) 359-2320

DATED this __ day of November, 2006.

BY THE COURT:

_____
The Honorable Linda B. Riegel
United States Bankruptcy Court Judge

Approved as to form:

**WOODBURY & KESLER, P.C.**

_____/s/_____
Russell S. Walker, Utah Bar No. 3363
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111-3358