FRANKLIN C. ADAMS, Bar No. 85351
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083
Email: Franklin.Adams@bbklaw.com

**Electronically Filed on** 11/15/2006

STEVEN R. SCOW
STEVEN B. SCOW
A Professional Law Corporation
612 South Seventh Street
Las Vegas, Nevada  89101
Telephone: (702) 385-7269
Fax: (702) 385-3505
Email: Scowlaw@aol.com

Attorneys for Direct Lender James Corison

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                      Debtor.<br>_____<br>In re<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                      Debtor.<br>_____<br>In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>                                                      Debtor.<br>_____<br>In re<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>                                                      Debtor.<br>_____<br>In re<br>USA SECURITIES, LLC<br>                                                      Debtor.<br>_____<br>Affects:<br>    ☒  All Debtors<br>    ☐  USA Commercial Mortgage Company<br>    ☐  USA Securities<br>    ☐  USA Capital Realty Advisors, LLC<br>    ☐  USA Capital Diversified Trust Deed Fund, LLC<br>    ☐  USA First Trust Deed Fund, LLC | Case No.  BK-S-06-10725-LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR**<br><br>Judge: Honorable Linda B. Riegle<br><br>SUBSTITUTION OF ATTORNEY FOR CREDITOR JAMES CORISON AND REQUEST THAT FRANKLIN C. ADAMS BE REMOVED FROM SERVICE LIST<br><br>[NO HEARING REQUIRED] |

RVLIT\AJOHNSTON\705898.1

SUBSTITUTION OF ATTORNEY FOR
CREDITOR JAMES CORISON

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** James Corison (Corison), a Direct Lender and holder of various deeds of trust subject to servicing agreement with USA Commercial Mortgage makes the following Substitution of Attorney:

1. The name, address, and telephone number of the <u>New Attorney</u> is as follows:

   James B. Corison
   5064 Rockledge Dr.
   Riverside, CA   92506
   (951) 684-7737

2. The New Attorney hereby appears in <u>the Case</u>.

3. The New Attorney is substituted as attorney of record in place and stead of the present Attorney Franklin C. Adams.

4. The present Attorney is to be removed from all mailing lists and electronic notices in this case. All notices are to be delivered to the New Attorney as noted above.

I James Corison, consent to the above substitution and the above substitution is accepted

Dated: 10/30, 2006

James Corison, pro se

I consent to the above substitution.

Dated: 11-10, 2006

Franklin C. Adams, Attorney

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

RVLIT\AJOHNSTON\705898.1    - 1 -    SUBSTITUTION OF ATTORNEY FOR CREDITOR JAMES CORISON