Exhibit 1

Exhibit 1 is the

## DEBTORS' JOINT PLAN OF REORGANIZATION,

which is filed separately herewith and which will be attached as Exhibit 1 to the Disclosure Statement upon approval by the Court

**Exhibit 2**

USA CAPITAL
LOAN SUMMARY
As Of September 30, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 9/30/06 | Interest Outstanding at 9/30/06 | Interest Prepaid to Direct Lenders | September Interest Receipts | September Principal | Service Fee | Due to Lenders | DIV Fund | First Trust | Direct Lenders | No. of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maturity Default | 3685 San Fernando Road Partners, L.P. | 8/2/05 | 7,350,000 | 447,857 | - | - | - | - | - | - | - | - | 83 |
| Performing | 5055 Collwood, LLC | 2/24/06 | 964,433 | 14,512 | - | 17,193 | 23,561 | 924 | 39,829 | - | - | 39,829 | 33 |
| Repaid | 5252 Orange, LLC | 12/22/05 | - | - | - | - | - | - | - | - | - | - | 66 |
| Non-Performing | 60th Street Venture, LLC | 12/22/05 | 3,700,000 | 170,220 | - | - | - | - | - | - | - | - | 49 |
| Maturity Default | 6425 Gess, LTD | 4/14/05 | 26,500,000 | 3,714,821 | 1,672,697 | - | - | - | - | - | - | - | 286 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 12/16/02 | 19,242,193 | 1,239,237 | 102,863 | 442,881 | - | 32,295 | 307,723 | 46,725 | 5,278 | 254,958 | 393 |
| Maturity Default | Anchor B, LLC | 5/31/05 | 5,835,422 | 977,153 | 517,607 | - | - | - | - | - | - | - | 50 |
| Repaid | Ashby Financial $7,200,000[3] | 5/3/04 | - | - | 1,545,601 | 2,010,137 | 7,200,000 | 163,161 | 7,501,375 | 156,279 | - | 7,345,096 | 73 |
| Special Situation | B & J Investments[1] | 9/29/99 | - | - | - | - | - | - | - | - | - | - | 1 |
| Performing | BarUSA/$15,300,000 (Barusa, LLC)[9] | 11/24/03 | 15,300,000 | (177,167) | 355,708 | 1,825,174 | - | 123,165 | 1,346,300 | - | - | 1,345,421 | 221 |
| Maturity Default | Bay Pompano Beach, LLC | 6/20/05 | 14,680,390 | 493,949 | - | - | - | - | - | - | - | - | 407 |
| Repaid | Beastar, LLC[2] | 5/2/05 | - | - | - | - | - | - | - | - | - | - | 84 |
| Repaid | Beau Rivage Homes/$8,000,000[2] | 1/2/03 | - | - | - | - | - | - | - | - | - | - | 157 |
| Maturity Default | Binford Medical Developers, LLC | 8/31/05 | 7,450,000 | 403,114 | - | - | - | - | - | - | - | - | 92 |
| Repaid | Boise/Gowen 93, LLC | 8/26/05 | - | - | - | 22,883 | 18,995 | 1,765 | 40,112 | - | - | 40,112 | 17 |
| Maturity Default | Brookmere/Matteson $27,050,000[4] | 10/29/03 | 5,964,848 | 260,399 | - | 5,000 | - | 372 | 4,628 | - | 1,568 | 3,060 | 229 |
| Non-Performing | Bundy Canyon $1,050,000 (Bundy Canyon Land Development, LLC) | 1/6/06 | 1,050,000 | 23,257 | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Bundy Canyon $2,500,000 (Bundy Canyon Land Development, LLC) | 5/2/05 | 2,300,000 | 124,507 | - | - | - | - | - | - | - | - | 34 |
| Non-Performing | Bundy Canyon $5,000,000 (Bundy Canyon Land Development, LLC) | 9/28/05 | 4,250,000 | 240,433 | - | - | - | - | - | - | - | - | 43 |
| Maturity Default | Bundy Canyon $5,725,000 (Bundy Canyon Land Development, LLC) | 1/14/05 | 5,725,000 | 143,224 | - | - | - | - | - | - | - | - | 53 |
| Maturity Default | Bundy Canyon $7,500,000 (Bundy Canyon Land Development, LLC) | 8/17/05 | 6,700,000 | 425,566 | - | - | - | - | - | - | - | - | 83 |
| Not Funded | Bundy Canyon $8.9 (Bundy Canyon Land Development, LLC) | 4/5/06 | - | - | - | - | - | - | - | - | - | - | 117 |
| Special Situation | BySynergy, LLC $4,434,446[1] | 2/3/06 | - | - | - | - | - | - | - | - | - | - | 3 |
| Performing | Cabernet Highlands, LLC | 2/17/05 | 3,000,000 | (1,125) | - | 76,250 | - | 5,000 | 71,250 | - | - | 71,250 | 65 |
| Non-Performing | Castaic Partners II, LLC | 7/11/05 | 5,600,000 | 526,673 | 76,040 | - | - | - | - | - | - | - | 57 |
| Non-Performing | Castaic Partners III, LLC | 9/22/05 | 4,675,000 | 297,423 | - | - | - | - | - | - | - | - | 65 |
| Performing | Charlevoix Homes, LLC (Lindsay and Chandler Heights, LLC) | 4/3/06 | 3,400,000 | 45,333 | - | 46,844 | - | 2,833 | 44,011 | - | - | 44,011 | 40 |
| Non-Performing | Clear Creek Plantation (Arapahoe Land Investments, L.P.) | 3/15/05 | 2,900,000 | 181,478 | - | - | - | - | - | - | - | - | 36 |
| Maturity Default | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 12/17/03 | 3,800,000 | 39,583 | - | 40,903 | - | 3,167 | 37,736 | 261 | 37,475 | 0 | 2 |
| Non-Performing | Colt CREC Building (Colt Gateway LLC) | 9/26/03 | 3,718,777 | 2,147,784 | 565,564 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #1 (Colt Gateway LLC) | 7/10/03 | 1,500,000 | 944,008 | 170,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #2 (Colt Gateway LLC) | 7/10/03 | 3,100,000 | 1,424,298 | 352,625 | - | - | - | - | - | - | - | 1 |

USA CAPITAL
LOAN SUMMARY
As Of September 30, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 9/30/06 | Interest Outstanding at 9/30/06 | Interest Prepaid to Direct Lenders | Collection Account September Interest Receipts | Collection Account September Principal | Service Fee | Due to Lenders | Due to DIV Fund | Due to First Trust | Due to Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | Colt Gateway LLC | 1/17/03 | 5,628,328 | 1,515,530 | 819,821 | | | | | | | | 3 |
| Non-Performing | Colt Second TD (Colt Gateway LLC) | 8/19/03 | 1,000,000 | 601,256 | 384,583 | | | | | | | | 1 |
| Performing | Columbia Managing Partners, LLC | 9/1/05 | 2,210,000 | 23,942 | | 24,740 | | 1,842 | 22,898 | | 22,898 | | 1 |
| Non-Performing | ComVest Capital (Comvest Capital Satellite Arms, Inc) | 1/11/06 | 4,125,000 | 180,335 | | | | | | | | | 56 |
| Non-Performing | Copper Sage Commerce Center Phase II (Copper Sage | 3/1/06 | 3,550,000 | 180,721 | | | | | | | | | 51 |
| Repaid | Copper Sage Commerce Center, LLC | 6/9/04 | | | | | | | | | | | 28 |
| Maturity Default | Cornman Toltec 160, LLC | 6/24/05 | 6,375,000 | 63,750 | | 65,875 | | 5,313 | 60,563 | | | 60,515 | 96 |
| Maturity Default | Cottonwood Hills, LLC | 6/14/05 | 4,000,000 | 46,667 | | 48,222 | | 3,333 | 44,889 | | 11,222 | 33,667 | 21 |
| Maturity Default | Del Valle - Livingston (Del Valle Capital Corporation, Inc) | 8/25/05 | 19,250,000 | 422,136 | | | | | | | | | 239 |
| Repaid | Del Valle Isleton (Del Valle Capital Corporation, Inc.) | 3/22/05 | | | | | | | | | | | 76 |
| Non-Performing | Eagle Meadows Development | 10/19/05 | 31,050,000 | 2,206,367 | | | | | | | | | 295 |
| Non-Performing | Elizabeth May Real Estate, LLC | 2/24/06 | 10,050,000 | 603,819 | | | | | | | | | 147 |
| Special Situation | EPIC Resorts | Undetermined | 12,970,694 | 6,970,523 | | | | | | | | | 1 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 11/14/05 | 6,600,000 | 71,450 | | 73,883 | | 5,500 | 68,383 | | 68,383 | | 1 |
| Performing | Fiesta Development McNaughton (Fiesta Development, Inc.) | 1/10/05 | 6,000,000 | 1,501,048 | | | | | | | | | 1 |
| Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 4/14/05 | 6,500,000 | 70,417 | | 72,764 | | 5,430 | 67,334 | | | 66,349 | 69 |
| Interest Default | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 6/15/04 | 20,500,000 | 5,218,234 | 3,368,263 | | | | | | | | 227 |
| Interest Default | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 9/22/03 | 10,000,000 | 3,315,818 | 2,372,277 | | | | | | | | 100 |
| Repaid | Fiesta/Beaumont $2.4m (Fiesta Development, Inc.) | 9/17/04 | | | | | | | | | | | 36 |
| Non-Performing | Foxhill 216, LLC[5] | 2/23/06 | 25,980,000 | 1,763,387 | | | | | | | | | 300 |
| Performing | Franklin - Stratford Investments, LLC | 3/30/05 | 5,040,589 | (26) | | 108,347 | | 8,522 | 99,825 | 19,296 | 80,529 | | 2 |
| Repaid | Freeway 101[2] | 8/9/04 | | | | | | | | | | | 57 |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC) | 11/18/05 | 13,185,000 | 859,630 | | | | | | | | | 161 |
| Repaid | Glendale Tower Partners, L.P. | 6/9/05 | | | | | | | | | | | 95 |
| Repaid | Golden State Investments II, L.P. | 6/27/05 | | | | | | | | | | | 37 |
| Performing | Goss Road (Savannah Homes, LLC) | 11/2/04 | 1,000,000 | 12,500 | | | | | | | | | 20 |
| Maturity Default | Gramercy Court Condos (Gramercy Court, Ltd) | 6/25/04 | 34,884,500 | 2,448,941 | | | | | | | | | 332 |
| Interest Default | Harbor Georgetown, L.L.C. | 8/16/04 | 8,800,000 | 875,963 | 148,785 | | | | | | | | 103 |
| Non-Performing | Hasley Canyon (Los Valles Land & Golf, LLC) | 3/3/04 | 11,700,000 | 2,625,897 | 1,054,597 | | | | | | | | 114 |
| Performing | Hesperia II (Southern California Land Development, LLC) | 4/1/05 | 4,250,000 | 60,208 | | 62,215 | | 3,542 | 58,674 | | | 58,674 | 65 |
| Repaid | HFA - Riviera (Riviera-Homes for America Holdings LLC) | 6/24/05 | | | | | | | | | | | 90 |
| Non-Performing | HFA- Clear Lake LLC | 1/6/05 | 16,050,000 | 3,422,343 | 2,140,552 | | | | | | | | 207 |
| Repaid | HFA- North Yonkers (One Point Street, Inc.) | 1/11/05 | | | | | | | | | | | 298 |

USA CAPITAL
LOAN SUMMARY
As Of September 30, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 9/30/06 | Interest Outstanding at 9/30/06 | Interest Prepaid to Direct Lenders | Collection Account September Interest Receipts | Collection Account September Principal | Service Fee | Due to Lenders | Due to DIV Fund | Due to First Trust | Due to Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Repaid | HFA- Riviera 2nd (Riviera-HFAH, LLC) | 4/29/04 | - | - | | - | - | - | - | - | - | - | 99 |
| Non-Performing | HFA- Windham (HFAH Asylum, LLC) | 11/15/04 | 5,550,000 | 1,310,283 | 800,862 | | | | | | | | 74 |
| Non-Performing | HFA-Clear Lake 2nd (HFAH Clear Lake, LLC) | 6/24/05 | 2,750,000 | 584,920 | 288,935 | | | | | | | | 36 |
| Non-Performing | HFAH/Monaco, LLC | 12/19/03 | 4,000,000 | 1,510,500 | 1,189,500 | | | | | | | | 1 |
| Maturity Default | Huntsville (West Hills Park Joint Venture) | 3/31/04 | 10,475,000 | 1,169,706 | 326,128 | | | | | | | | 116 |
| Performing | I-40 Gateway West, LLC | 1/11/05 | 2,561,097 | 28,424 | - | 36,137 | 444,216 | 2,914 | 477,439 | - | - | 477,439 | 46 |
| Non-Performing | I-40 Gateway West, LLC 2nd | 3/1/06 | 1,065,000 | 28,440 | - | | | | | | | | 23 |
| Performing | Interstate Commerce Center Phase II (ISCC Phase II, LLC) | 8/11/04 | 1,536,666 | (1,512) | - | 31,459 | | 1,233 | 30,226 | 4,129 | 26,097 | 0 | 2 |
| Performing | Interstate Commerce Center, LLC | 2/20/04 | 1,149,082 | (463) | - | 14,909 | 543,101 | 2,577 | 555,433 | 546,239 | 304 | 2,159 | 4 |
| Repaid | J. Jireh's Corporation | 9/2/05 | - | - | - | 99,246 | 15,553 | 7,120 | 107,679 | - | 3,233 | 104,446 | 105 |
| Performing | La Hacienda Estate, LLC | 11/11/04 | 6,255,000 | 62,503 | - | 64,635 | | 5,213 | 59,422 | - | - | 58,947 | 83 |
| Maturity Default | Lake Helen Partners[6] | 12/7/04 | 3,159,704 | 298,770 | - | | | | | | | | 35 |
| Repaid | LCG Gilroy, LLC | 11/23/04 | - | - | - | | | | | | | | 59 |
| Non-Performing | Lerin Hills, LTD | 12/7/05 | 10,350,000 | 537,234 | - | | | | | | | | 130 |
| Interest Default | Margarita Annex[7] | 7/26/04 | 12,000,000 | 816,913 | - | | | | | | | | 105 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 8/11/05 | 30,000,000 | 2,367,184 | 13,458 | | | | | | | | 272 |
| Non-Performing | Marlton Square 2nd (MS Acquisition Company, LLC) | 8/11/05 | 6,000,000 | 595,028 | 15,078 | | | | | | | | 108 |
| Non-Performing | Marquis Hotel (USA Investors VI, LLC) | 3/29/05 | 13,500,000 | 3,591,991 | 2,366,244 | | | | | | | | 169 |
| Non-Performing | Meadow Creek Partners, LLC | 2/23/06 | 8,250,000 | 369,507 | - | | | | | | | | 103 |
| Repaid | Midvale Marketplace, LLC | 6/30/05 | - | - | - | | | | | | | | 49 |
| Interest Default | Mountain House Business Park (Pegasus-MH Ventures I LLC) | 6/10/04 | 16,800,000 | 554,265 | - | | | | | | | | 202 |
| Maturity Default | Oak Shores II (John E. King and Carole D. King) | 6/6/05 | 12,150,000 | 471,373 | 1,228,292 | | | | | | | | 176 |
| Non-Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 1/23/06 | 8,925,000 | 583,057 | - | | | | | | | | 105 |
| Non-Performing | Ocean Atlantic (Ocean Atlantic/PFG-Westbury, LLC) | 11/1/05 | 2,700,000 | 69,061 | - | | | | | | | | 32 |
| Repaid | Opaque/Mt. Edge $7,350,000 (Opaque Land Development, LLC) | 11/5/03 | - | - | - | | | | | | | | 95 |
| Performing | Palm Harbor One, LLC | 12/14/05 | 27,563,849 | (4,496) | - | 790,042 | 916,151 | 58,919 | 1,647,274 | - | 92,196 | 1,555,078 | 309 |
| Maturity Default | Placer Vineyards (Placer County Land Speculators, LLC) | 12/10/04 | 31,500,000 | 3,717,337 | 259,999 | | | | | | | | 343 |
| Maturity Default | Placer Vineyards 2nd (Placer County Land Speculators, LLC) | 12/10/04 | 6,500,000 | 923,881 | - | | | | | | | | 118 |
| Repaid | Preserve at Galleria, LLC | 10/6/05 | - | - | - | 86,838 | 3,591,750 | 5,680 | 3,672,908 | - | - | 3,668,962 | 73 |
| Performing | Redwood Properties, LLC | 11/15/05 | 269,641 | 34,039 | - | | | | | | | | 1 |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 1/17/06 | 6,023,000 | 62,136 | - | 97,014 | | 7,860 | 89,154 | - | 2,774 | 86,380 | 32 |
| Performing | Roam Development Group L.P. | 3/23/05 | 559,485 | 5,515 | - | | | | | | | | 291 |
| Special Situation | Saddleback[1] | Undetermined | - | - | - | | | | | | | | 1 |

**USA CAPITAL**
**LOAN SUMMARY**
**As Of September 30, 2006**

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 9/30/06 | Interest Outstanding at 9/30/06 | Interest Prepaid to Direct Lenders | Collection Account September Interest Receipts | Collection Account September Principal | Service Fee | Due to Lenders | Due to DIV Fund | Due to First Trust | Due to Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interest Default | Shamrock Tower, LP (619 Main, LP) | 8/5/04 | 10,500,000 | 2,340,504 | 1,482,168 | - | - | - | - | - | - | - | 87 |
| Special Situation | Sheraton Hotel[1] | 9/28/99 | - | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Slade Development, Inc. | 12/5/05 | 3,525,000 | 177,250 | - | - | - | - | - | - | - | - | 40 |
| Maturity Default | Southern California Land 2nd (Southern California Land | 8/3/05 | 2,800,000 | 39,667 | - | 40,989 | - | 2,333 | 38,656 | - | - | 38,172 | 33 |
| Interest Default | Standard Property Development, LLC | 2/27/06 | 9,640,000 | 409,469 | - | - | - | - | - | - | - | - | 115 |
| Interest Default | SVRB $4,500,000 (SVRB Investments, LLC) | 4/27/05 | 1,424,082 | 41,638 | - | - | - | - | - | - | - | - | 67 |
| Interest Default | SVRB 2nd $2,325,000 (SVRB Investments, LLC) | 4/27/05 | 2,325,000 | 96,368 | - | - | - | - | - | - | - | - | 25 |
| Non-Performing | Tapia Ranch (Castiac Partners, LLC) | 9/28/04 | 22,000,000 | 2,123,449 | 359,262 | - | - | - | - | - | - | - | 179 |
| Interest Default | Ten-Ninety, Ltd./$4,150,000[8] | 12/30/02 | 4,150,000 | 2,175,046 | 1,676,535 | - | - | - | - | - | - | - | 18 |
| Interest Default | Ten-Ninety | 4/15/02 | 55,113,781 | 31,228,945 | 875,557 | - | - | - | - | - | - | - | 1 |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 3/31/06 | 2,500,000 | 159,459 | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 8/15/05 | 1,925,000 | 59,279 | - | - | - | - | - | - | - | - | 34 |
| Non-Performing | The Gardens, LLC Timeshare (The Gardens, LLC) | 3/24/04 | 3,691,351 | 78,488 | - | - | - | - | - | - | - | - | 51 |
| Repaid | Universal Hawaii[2] | 8/6/04 | - | - | - | - | - | - | - | - | - | - | 127 |
| Performing | University Estates, Inc. | 4/11/05 | 4,803,341 | 32,637 | - | 51,541 | - | 4,035 | 47,506 | - | 47,506 | (0) | 1 |
| Repaid | Urban Housing Alliance - 435 Lofts (Urban Housing Alliance, LLC) | 7/13/05 | - | - | - | - | - | - | - | - | - | - | 110 |
| Non-Performing | Wasco Investments LLC | 11/23/04 | 6,450,000 | 846,908 | 319,637 | - | - | - | - | - | - | - | 86 |
| | | | **$ 791,845,253** | **$ 108,662,094** | **$ 26,849,862** | **$ 6,256,121** | **$ 12,753,328** | **$ 464,050** | **$ 16,541,227** | **$ 772,929** | **$ 399,463** | **$ 15,354,526** | |

[1] These loans have undetermined amounts outstanding due to bankruptcy, foreclosures, change of ownership, etc.
[2] Principal payments by borrower not returned to Investors.
[3] Borrower is Ashby Financial Company, Inc. and R&D Land Investors, LLC.
[4] Borrower is Brookmere, LLC and Lord & Essex Matteson, LLC
[5] Borrowers are Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, and Fox Hills 37, LLC.
[6] Borrower is Old City, L.C. and Lake Helen Partners, LLC
[7] Borrower is John E. King and Carole D. King
[8] Borrower is Ten-Ninety, Ltd. And William R. Levas and Dorothy Z. Lucas, Trustees of the Lucas Family Trust
[9] Overpayment was not applied to principal per instruction from Borrower.

USA CAPITAL
LOAN SUMMARY
As Of September 30, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 9/30/06 | Interest Outstanding at 9/30/06 | Interest Prepaid to Direct Lenders | September Interest Receipts | September Principal | Service Fee | Due to Lenders | DIV Fund | First Trust | Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maturity Default | 3685 San Fernando Road Partners, L.P. | 8/2/05 | 7,350,000 | 447,857 | - | - | - | - | - | - | - | - | 83 |
| Performing | 5055 Collwood, LLC | 2/24/06 | 964,433 | 14,512 | - | 17,193 | 23,561 | 924 | 39,829 | - | - | 39,829 | 33 |
| Repaid | 5252 Orange, LLC | 12/22/05 | - | - | - | - | - | - | - | - | - | - | 66 |
| Non-Performing | 60th Street Venture, LLC | 12/22/05 | 3,700,000 | 170,220 | - | - | - | - | - | - | - | - | 49 |
| Maturity Default | 6425 Gess, LTD | 4/14/05 | 26,500,000 | 3,714,821 | 1,672,697 | - | - | - | - | - | - | - | 286 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 12/16/02 | 19,242,193 | 1,239,237 | 102,863 | 442,881 | - | 32,295 | 307,723 | 46,725 | 5,278 | 254,958 | 393 |
| Maturity Default | Anchor B, LLC | 5/31/05 | 5,835,422 | 977,153 | 517,607 | - | - | - | - | - | - | - | 50 |
| Repaid | Ashby Financial $7,200,000[3] | 5/3/04 | - | - | 1,545,601 | 2,010,137 | 7,200,000 | 163,161 | 7,501,375 | 156,279 | - | 7,345,096 | 73 |
| Special Situation | B & J Investments[1] | 9/29/99 | - | - | - | - | - | - | - | - | - | - | 1 |
| Performing | BarUSA/$15,300,000 (Barusa, LLC)[3] | 11/24/03 | 15,300,000 | (177,167) | 355,708 | 1,825,174 | - | 123,165 | 1,346,300 | - | - | 1,345,421 | 221 |
| Maturity Default | Bay Pompano Beach, LLC | 6/20/05 | 14,680,390 | 493,949 | - | - | - | - | - | - | - | - | 407 |
| Repaid | Beastar, LLC[2] | 5/2/05 | - | - | - | - | - | - | - | - | - | - | 84 |
| Repaid | Beau Rivage Homes/$8,000,000[2] | 1/2/03 | - | - | - | - | - | - | - | - | - | - | 157 |
| Maturity Default | Binford Medical Developers, LLC | 8/31/05 | 7,450,000 | 403,114 | - | - | - | - | - | - | - | - | 92 |
| Repaid | Boise/Gowen 93, LLC | 8/26/05 | - | - | - | 22,883 | 18,995 | 1,765 | 40,112 | - | - | 40,112 | 17 |
| Maturity Default | Brookmere/Matteson $27,050,000[4] | 10/29/03 | 5,964,848 | 260,399 | - | 5,000 | - | 372 | 4,628 | - | 1,568 | 3,060 | 229 |
| Non-Performing | Bundy Canyon $1,050,000 (Bundy Canyon Land Development, LLC) | 1/6/06 | 1,050,000 | 23,257 | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Bundy Canyon $2,500,000 (Bundy Canyon Land Development, LLC) | 5/2/05 | 2,300,000 | 124,507 | - | - | - | - | - | - | - | - | 34 |
| Non-Performing | Bundy Canyon $5,000,000 (Bundy Canyon Land Development, LLC) | 9/28/05 | 4,250,000 | 240,433 | - | - | - | - | - | - | - | - | 43 |
| Maturity Default | Bundy Canyon $5,725,000 (Bundy Canyon Land Development, LLC) | 1/14/05 | 5,725,000 | 143,224 | - | - | - | - | - | - | - | - | 53 |
| Maturity Default | Bundy Canyon $7,500,000 (Bundy Canyon Land Development, LLC) | 8/17/05 | 6,700,000 | 425,566 | - | - | - | - | - | - | - | - | 83 |
| Not Funded | Bundy Canyon $8.9 (Bundy Canyon Land Development, LLC) | 4/5/06 | - | - | - | - | - | - | - | - | - | - | 117 |
| Special Situation | BySynergy, LLC $4,434,446[1] | 2/3/06 | - | - | - | - | - | - | - | - | - | - | 3 |
| Performing | Cabernet Highlands, LLC | 2/17/05 | 3,000,000 | (1,125) | - | 76,250 | - | 5,000 | 71,250 | - | - | 71,250 | 65 |
| Non-Performing | Castaic Partners II, LLC | 7/11/05 | 5,600,000 | 526,673 | 76,040 | - | - | - | - | - | - | - | 57 |
| Non-Performing | Castaic Partners III, LLC | 9/22/05 | 4,675,000 | 297,423 | - | - | - | - | - | - | - | - | 65 |
| Performing | Charlevoix Homes, LLC (Lindsay and Chandler Heights, LLC) | 4/3/06 | 3,400,000 | 45,333 | - | 46,844 | - | 2,833 | 44,011 | - | - | 44,011 | 40 |
| Non-Performing | Clear Creek Plantation (Arapahoe Land Investments, L.P.) | 3/15/05 | 2,900,000 | 181,478 | - | - | - | - | - | - | - | - | 36 |
| Maturity Default | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 12/17/03 | 3,800,000 | 39,583 | - | 40,903 | - | 3,167 | 37,736 | 261 | 37,475 | 0 | 2 |
| Non-Performing | Colt CREC Building (Colt Gateway LLC) | 9/26/03 | 3,718,777 | 2,147,784 | 565,564 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #1 (Colt Gateway LLC) | 7/10/03 | 1,500,000 | 944,008 | 170,625 | - | - | - | - | - | - | - | 1 |
| Non-Performing | Colt DIV added #2 (Colt Gateway LLC) | 7/10/03 | 3,100,000 | 1,424,298 | 352,625 | - | - | - | - | - | - | - | 1 |

USA CAPITAL
LOAN SUMMARY
As Of September 30, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 9/30/06 | Interest Outstanding at 9/30/06 | Interest Prepaid to Direct Lenders | September Interest Receipts | September Principal | Service Fee | Due to Lenders | DIV Fund | First Trust | Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Performing | Colt Gateway LLC | 1/17/03 | 5,628,328 | 1,515,530 | 819,821 | | | | | | | | 3 |
| Non-Performing | Colt Second TD (Colt Gateway LLC) | 8/19/03 | 1,000,000 | 601,256 | 384,583 | | | | | | | | 1 |
| Performing | Columbia Managing Partners, LLC | 9/1/05 | 2,210,000 | 23,942 | | 24,740 | | 1,842 | 22,898 | | 22,898 | | 1 |
| Non-Performing | ComVest Capital (Convest Capital Satellite Arms, Inc) | 1/11/06 | 4,125,000 | 180,335 | | | | | | | | | 56 |
| Non-Performing | Copper Sage Commerce Center Phase II (Copper Sage | 3/1/06 | 3,550,000 | 180,721 | | | | | | | | | 51 |
| Repaid | Copper Sage Commerce Center, LLC | 6/9/04 | | | | | | | | | | | 28 |
| Maturity Default | Cornman Toltec 160, LLC | 6/24/05 | 6,375,000 | 63,750 | | 65,875 | | 5,313 | 60,563 | | | 60,515 | 96 |
| Maturity Default | Cottonwood Hills, LLC | 6/14/05 | 4,000,000 | 46,667 | | 48,222 | | 3,333 | 44,889 | | 11,222 | 33,667 | 21 |
| Maturity Default | Del Valle - Livingston (Del Valle Capital Corporation, Inc) | 8/25/05 | 19,250,000 | 422,136 | | | | | | | | | 239 |
| Repaid | Del Valle Isleton (Del Valle Capital Corporation, Inc.) | 3/22/05 | | | | | | | | | | | 76 |
| Non-Performing | Eagle Meadows Development | 10/19/05 | 31,050,000 | 2,206,367 | | | | | | | | | 295 |
| Non-Performing | Elizabeth May Real Estate, LLC | 2/24/06 | 10,050,000 | 603,819 | | | | | | | | | 147 |
| Special Situation | EPIC Resorts | Undetermined | 12,970,694 | 6,970,523 | | | | | | | | | 1 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 11/14/05 | 6,600,000 | 71,450 | | 73,883 | | 5,500 | 68,383 | | 68,383 | | 1 |
| Performing | Fiesta Development McNaughton (Fiesta Development, Inc.) | 1/10/05 | 6,000,000 | 1,501,048 | | | | | | | | | 1 |
| Performing | Fiesta Murrieta (Fiesta Development, Inc.) | 4/14/05 | 6,500,000 | 70,417 | | 72,764 | | 5,430 | 67,334 | | | 66,349 | 69 |
| Interest Default | Fiesta Oak Valley (Oak Mesa Investors, LLC) | 6/15/04 | 20,500,000 | 5,218,234 | 3,368,263 | | | | | | | | 227 |
| Interest Default | Fiesta USA/Stoneridge (Capital Land Investors, LLC) | 9/22/03 | 10,000,000 | 3,315,818 | 2,372,277 | | | | | | | | 100 |
| Repaid | Fiesta/Beaumont $2.4m (Fiesta Development, Inc.) | 9/17/04 | | | | | | | | | | | 36 |
| Non-Performing | Foxhill 216, LLC[5] | 2/23/06 | 25,980,000 | 1,763,387 | | | | | | | | | 300 |
| Performing | Franklin - Stratford Investments, LLC | 3/30/05 | 5,040,589 | (26) | | 108,347 | | 8,522 | 99,825 | 19,296 | 80,529 | | 2 |
| Repaid | Freeway 101[2] | 8/9/04 | | | | | | | | | | | 57 |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC) | 11/18/05 | 13,185,000 | 859,630 | | | | | | | | | 161 |
| Repaid | Glendale Tower Partners, L.P. | 6/9/05 | | | | | | | | | | | 95 |
| Repaid | Golden State Investments II, L.P. | 6/27/05 | | | | | | | | | | | 37 |
| Performing | Goss Road (Savannah Homes, LLC) | 11/2/04 | 1,000,000 | 12,500 | | | | | | | | | 20 |
| Maturity Default | Gramercy Court Condos (Gramercy Court, Ltd.) | 6/25/04 | 34,884,500 | 2,448,941 | | | | | | | | | 332 |
| Interest Default | Harbor Georgetown, L.L.C. | 8/16/04 | 8,800,000 | 875,963 | 148,785 | | | | | | | | 103 |
| Non-Performing | Hasley Canyon (Los Valles Land & Golf, LLC) | 3/3/04 | 11,700,000 | 2,625,897 | 1,054,597 | | | | | | | | 114 |
| Performing | Hesperia II (Southern California Land Development, LLC) | 4/1/05 | 4,250,000 | 60,208 | | 62,215 | | 3,542 | 58,674 | | | 58,674 | 65 |
| Repaid | HFA - Riviera (Riviera-Homes for America Holdings LLC) | 6/24/05 | | | | | | | | | | | 90 |
| Non-Performing | HFA- Clear Lake LLC | 1/6/05 | 16,050,000 | 3,422,343 | 2,140,552 | | | | | | | | 207 |
| Repaid | HFA- North Yonkers (One Point Street, Inc.) | 1/11/05 | | | | | | | | | | | 298 |

USA CAPITAL
LOAN SUMMARY
As Of September 30, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 9/30/06 | Interest Outstanding at 9/30/06 | Interest Prepaid to Direct Lenders | September Interest Receipts | September Principal | Service Fee | Due to Lenders | DIV Fund | First Trust | Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Repaid | HFA- Riviera 2nd (Riviera-HFAH, LLC) | 4/29/04 | - | - | | - | | - | - | - | - | - | 99 |
| Non-Performing | HFA- Windham (HFAH Asylum, LLC) | 11/15/04 | 5,550,000 | 1,310,283 | 800,862 | | | | | | | | 74 |
| Non-Performing | HFA-Clear Lake 2nd (HFAH Clear Lake, LLC) | 6/24/05 | 2,750,000 | 584,920 | 288,935 | | | | | | | | 36 |
| Non-Performing | HFAH/Monaco, LLC | 12/19/03 | 4,000,000 | 1,510,500 | 1,189,500 | | | | | | | | 1 |
| Maturity Default | Huntsville (West Hills Park Joint Venture) | 3/31/04 | 10,475,000 | 1,169,706 | 326,128 | | | | | | | | 116 |
| Performing | I-40 Gateway West, LLC | 1/11/05 | 2,561,097 | 28,424 | - | 36,137 | 444,216 | 2,914 | 477,439 | | | 477,439 | 46 |
| Non-Performing | I-40 Gateway West, LLC 2nd | 3/1/06 | 1,065,000 | 28,440 | - | | | | | | | | 23 |
| Performing | Interstate Commerce Center Phase II (ISCC Phase II, LLC) | 8/11/04 | 1,536,666 | (1,512) | - | 31,459 | | 1,233 | 30,226 | 4,129 | 26,097 | 0 | 2 |
| Performing | Interstate Commerce Center, LLC | 2/20/04 | 1,149,082 | (463) | - | 14,909 | 543,101 | 2,577 | 555,433 | 546,239 | 304 | 2,159 | 4 |
| Repaid | J. Jireh's Corporation | 9/2/05 | - | - | - | 99,246 | 15,553 | 7,120 | 107,679 | | 3,233 | 104,446 | 105 |
| Performing | La Hacienda Estate, LLC | 11/11/04 | 6,255,000 | 62,503 | - | 64,635 | | 5,213 | 59,422 | | | 58,947 | 83 |
| Maturity Default | Lake Helen Partners[6] | 12/7/04 | 3,159,704 | 298,770 | - | | | | | | | | 35 |
| Repaid | LCG Gilroy, LLC | 11/23/04 | - | - | - | | | | | | | | 59 |
| Non-Performing | Lerin Hills, LTD | 12/7/05 | 10,350,000 | 537,234 | | | | | | | | | 130 |
| Interest Default | Margarita Annex[7] | 7/26/04 | 12,000,000 | 816,913 | | | | | | | | | 105 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 8/11/05 | 30,000,000 | 2,367,184 | 13,458 | | | | | | | | 272 |
| Non-Performing | Marlton Square 2nd (MS Acquisition Company, LLC) | 8/11/05 | 6,000,000 | 595,028 | 15,078 | | | | | | | | 108 |
| Non-Performing | Marquis Hotel (USA Investors VI, LLC) | 3/29/05 | 13,500,000 | 3,591,991 | 2,366,244 | | | | | | | | 169 |
| Non-Performing | Meadow Creek Partners, LLC | 2/23/06 | 8,250,000 | 369,507 | - | | | | | | | | 103 |
| Repaid | Midvale Marketplace, LLC | 6/30/05 | - | - | - | | | | | | | | 49 |
| Interest Default | Mountain House Business Park (Pegasus-MH Ventures I, LLC) | 6/10/04 | 16,800,000 | 554,265 | - | | | | | | | | 202 |
| Maturity Default | Oak Shores II (John E. King and Carole D. King) | 6/6/05 | 12,150,000 | 471,373 | - | | | | | | | | 176 |
| Non-Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 1/23/06 | 8,925,000 | 583,057 | - | | | | | | | | 105 |
| Non-Performing | Ocean Atlantic  (Ocean Atlantic/PFG-Westbury, LLC) | 11/1/05 | 2,700,000 | 69,061 | - | | | | | | | | 32 |
| Repaid | Opaque/Mt. Edge $7,350,000 (Opaque Land Development, LLC) | 11/5/03 | - | - | - | | | | | | | | 95 |
| Performing | Palm Harbor One, LLC | 12/14/05 | 27,563,849 | (4,496) | - | 790,042 | 916,151 | 58,919 | 1,647,274 | | 92,196 | 1,555,078 | 309 |
| Maturity Default | Placer Vineyards (Placer County Land Speculators, LLC) | 12/10/04 | 31,500,000 | 3,717,337 | 1,228,292 | | | | | | | | 343 |
| Maturity Default | Placer Vineyards 2nd (Placer County Land Speculators, LLC) | 12/10/04 | 6,500,000 | 923,881 | 259,999 | | | | | | | | 118 |
| Repaid | Preserve at Galleria, LLC | 10/6/05 | - | - | - | 86,838 | 3,591,750 | 5,680 | 3,672,908 | | - | 3,668,962 | 73 |
| Performing | Redwood Properties, LLC | 11/15/05 | 269,641 | 34,039 | - | | | | | | | | 1 |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 1/17/06 | 6,023,000 | 62,136 | - | 97,014 | | 7,860 | 89,154 | | 2,774 | 86,380 | 32 |
| Performing | Roam Development Group L.P. | 3/23/05 | 559,485 | 5,515 | - | | | | | | | | 291 |
| Special Situation | Saddleback[1] | Undetermined | - | - | | | | | | | | | 1 |

USA CAPITAL
LOAN SUMMARY
As Of September 30, 2006

| Performance Evaluation | Loan Name | Origination Date | Loan Outstanding at 9/30/06 | Interest Outstanding at 9/30/06 | Interest Prepaid to Direct Lenders | Collection Account — September Interest Receipts | Collection Account — September Principal | Collection Account — Service Fee | Due to Lenders | Due to DIV Fund | Due to First Trust | Due to Direct Lenders | No of Investors |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interest Default | Shamrock Tower, LP (619 Main. LP) | 8/5/04 | 10,500,000 | 2,340,504 | 1,482,168 | - | - | - | - | - | - | - | 87 |
| Special Situation | Sheraton Hotel[1] | 9/28/99 | - | - | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | Slade Development, Inc. | 12/5/05 | 3,525,000 | 177,250 | - | - | - | - | - | - | - | - | 40 |
| Maturity Default | Southern California Land 2nd (Southern California Land | 8/3/05 | 2,800,000 | 39,667 | - | 40,989 | - | 2,333 | 38,656 | - | - | 38,172 | 33 |
| Interest Default | Standard Property Development, LLC | 2/27/06 | 9,640,000 | 409,469 | - | - | - | - | - | - | - | - | 115 |
| Interest Default | SVRB $4,500,000 (SVRB Investments, LLC) | 4/27/05 | 1,424,082 | 41,638 | - | - | - | - | - | - | - | - | 67 |
| Interest Default | SVRB 2nd $2,325,000 (SVRB Investments, LLC) | 4/27/05 | 2,325,000 | 96,368 | - | - | - | - | - | - | - | - | 25 |
| Non-Performing | Tapia Ranch (Castiac Partners, LLC) | 9/28/04 | 22,000,000 | 2,123,449 | 359,262 | - | - | - | - | - | - | - | 179 |
| Interest Default | Ten-Ninety, Ltd./$4,150,000[8] | 12/30/02 | 4,150,000 | 2,175,046 | 1,676,535 | - | - | - | - | - | - | - | 18 |
| Interest Default | Ten-Ninety | 4/15/02 | 55,113,781 | 31,228,945 | 875,557 | - | - | - | - | - | - | - | 1 |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 3/31/06 | 2,500,000 | 159,459 | - | - | - | - | - | - | - | - | 1 |
| Non-Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 8/15/05 | 1,925,000 | 59,279 | - | - | - | - | - | - | - | - | 34 |
| Non-Performing | The Gardens, LLC Timeshare (The Gardens, LLC) | 3/24/04 | 3,691,351 | 78,488 | - | - | - | - | - | - | - | - | 51 |
| Repaid | Universal Hawaii[2] | 8/6/04 | - | - | - | - | - | - | - | - | - | - | 127 |
| Performing | University Estates, Inc. | 4/11/05 | 4,803,341 | 32,637 | - | 51,541 | - | 4,035 | 47,506 | - | 47,506 | (0) | 1 |
| Repaid | Urban Housing Alliance - 435 Lofts (Urban Housing Alliance, LLC) | 7/13/05 | - | - | - | - | - | - | - | - | - | - | 110 |
| Non-Performing | Wasco Investments LLC | 11/23/04 | 6,450,000 | 846,908 | 319,637 | - | - | - | - | - | - | - | 86 |
| | | | $ 791,845,253 | $ 108,662,094 | $ 26,849,862 | $ 6,256,121 | $ 12,753,328 | $ 464,050 | $ 16,541,227 | $ 772,929 | $ 399,463 | $ 15,354,526 | |

[1] These loans have undetermined amounts outstanding due to bankruptcy, foreclosures, change of ownership, etc.
[2] Principal payments by borrower not returned to Investors.
[3] Borrower is Ashby Financial Company, Inc. and R&D Land Investors, LLC.
[4] Borrower is Brookmere, LLC and Lord & Essex Matteson, LLC
[5] Borrowers are Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, and Fox Hills 37, LLC.
[6] Borrower is Old City, LC. and Lake Helen Partners, LLC
[7] Borrower is John E. King and Carole D. King
[8] Borrower is Ten-Ninety, Ltd. And William R. Levas and Dorothy Z. Lucas, Trustees of the Lucas Family Trust
[9] Overpayment was not applied to principal per instruction from Borrower.

**Exhibit 3**

# USA Commercial Mortgage Company



892014

**Exhibit 4**

**USA COMMERCIAL MORTGAGE COMPANY, ET AL.**
**LIQUIDATION ANALYSIS AS OF 11/15/06** [a]
*(Dollars in Thousands)*

| | Note Reference | Estimated Liquidation Values (Unaudited) | | | | |
|---|---|---|---|---|---|---|
| | | USACM | DTDF | FTDF | USA Securities | Realty Advisors |
| Cash and Cash Equivalents | A | $ 2,945.3 | $ 87.7 | $ 1,257.9 | $ 18.2 | $ 162.1 |
| Investments in Loans | B | 562.6 | 8,583.9 | 32,191.7 | - | 56.5 |
| Principal in Collections Account | C | 27.7 | - | 1,000.0 | - | - |
| Accounts Receivable | D | 7,645.8 | 19,182.2 | 1,883.4 | - | 183.2 |
| Prepaid Interest | E | 36,195.0 | - | - | - | - |
| Notes Receivable | F | 442.7 | - | - | - | - |
| Prepaid Expenses | G | - | - | - | - | - |
| Property, Plant & Equipment | H | 199.0 | - | - | - | - |
| Other Assets | I | 2.8 | - | - | - | - |
| **Gross Proceeds** | | $ 48,020.9 | $ 27,853.9 | $ 36,332.9 | $ 18.2 | $ 401.8 |
| Administrative Claims | J | (17,973.5) | (5,561.4) | (5,796.4) | (30.0) | (41.3) |
| Secured Claims | K | - | - | - | - | - |
| Priority Claims | L | (178.2) | - | - | - | - |
| **Available to Pay Unsecured Claims** | | $ 29,869.2 | $ 22,292.4 | $ 30,536.6 | $ - | $ 360.6 |
| Unsecured Claims | M | $ 516,758.9 [b] | $ 929.9 | $ 237.1 | $ 13.2 | $ 180,478.6 |
| **Recovery Rate - Unsecured Claims** | | *5.8%* | *100.0%* | *100.0%* | *0.0%* | *0.2%* |
| **Available to Pay Equity Interests** | | $ - | $ 21,362.5 | $ 30,299.5 | $ - | $ - |
| Equity Interests | N | $ - | $ 149,453.6 | $ 65,183.7 | $ - | $ - |
| **Recovery Rate - Equity Interests** | | *N/A* | *14.3%* | *46.5%* | *N/A* | *N/A* |

*Notes:*
(a) This schedule should be read in conjunction with the accompanying "Notes to the Liquidation Analysis" and doesn't include Penalty and Subordinated Claims.
(b) Assumes allowance of maximum anticipated deficiency claims