E-Filed on November 16, 2006

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Lee D. Mackson, Esq.
Fla. Bar No. 435929
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone:    407-423-3200
Facsimile:    407-425-8316
E-mail: abrumby@shutts-law.com
and
R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone:    702-656-2355
Facsimile:    702-656-2776
E-mail: vgourley@1vcm.com

Attorneys for Standard Property Development, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC<br>    Debtor.<br>_____/ | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Bankruptcy Appellate Panel<br><br>No. _____ |

Affects:
    ☐ All Debtors
    ☒ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC

E-Filed on November 16, 2006

☐ USA Capital Diversified Trust Deed
☒ USA First Trust Deed Fund, LLC
_____/

# AMENDED[1] NOTICE OF APPEAL

1. Notice is hereby given that the (check only one box)

    ☐ Plaintiff    ☐ Defendant    or    ☒ Other Party

Movant, Standard Property Development, LLC, appeals under 28 U.S.C. §158(a) from the Order Denying Motion for Relief from Automatic Stay filed by Standard Property Development of October 19, 2006 and entered on the docket on the 30th day of October, 2006.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone and fax numbers of their respective attorneys are as follows:

    (a) USA Commercial Mortgage Company and USA Capital First Trust Deed Fund, LLC represented by:

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: 702-228-7590
Facsimile: 702-892-0122
Email: bkfilings@s-mlaw.com

    (b) Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, represented by:

Frank A. Marola, Esq.
Eve H. Karasek, Esq.
Christine M. Pajak, Esq.
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
(310) 228-5600
Fax : (310) 228-5788

---

[1] Amended solely to attached a copy of the Order Denying Motion for Relief from Automatic Stay filed by Standard Property Development from which the appeal is taken as provided by BAP R. 8001(a)-1.

and
James Patrick Shea, Esq.
Candace C. Carlyon, Esq.
Shlomo S. Sherman, Esq.
Shea & Carlyon, Ltd.
228 S 4th Street, First Floor
Las Vegas, NV 89101
(702) 471-7432
Fax : (702) 471-7435
Email: ltreadway@sheacarlyon.com

(c) OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY, represented by:

Gerald M. Gordon, Esq.
Brigid M. Higgins, Esq.
Gregory S. Garman, Esq.
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89109
(702) 796-5555
Email: bankruptcynotices@gordonsilver.com

(d) OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED, represented by:

Bob L. Olson, Esq.
Anne M. Loraditch, Esq.
530 Las Vegas Blvd., SO.
Las Vegas, NV 89101
(702) 385-3373
Fax : (702) 385-5024
Email: ecffilings@beckleylaw.com

(e) OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY, represented by:

Rob Charles, Esq.
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
702-949-8320
Email: rcharles@lrlaw.com

E-Filed on November 16, 2006

   (f)  STANDARD PROPERTY DEVELOPMENT, LLC:

Andrew M. Brumby, Esq.
Lee D. Mackson, Esq.
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, FL 32802-4956
407-423-3200
Fax: 407-425-8316
Email: abrumby@shutts-law.com

  and

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone: 702-656-2355
Facsimile: 702-656-2776
E-mail: vgourley@1vcm.com

Dated: November 16, 2006

           /s/Andrew M. Brumby
          Andrew M. Brumby, Esq.
          Florida Bar No. 0650080
          Lee D. Mackson, Esq.
          Fla. Bar No. 435929
          Shutts & Bowen LLP
          300 South Orange Avenue, Suite 1000
          P.O. Box 4956
          Orlando, Florida 32802-4956
          Telephone: 407-423-3200
          Facsimile: 407-425-8316
          Email: abrumby@shutts-law.com
            and
          R. Vaughn Gourley, Esq.
          Nevada Bar No. 0503
          Stephens, Gourley & Bywater
          3636 North Rancho Drive,
          Las Vegas, NV 89130
          Telephone: 702-656-2355
          Facsimile: 702-656-2776
          Email: vgourley@1vcm.com

          ATTORNEYS FOR STANDARD PROPERTY
          DEVELOPMENT, LLC

ORLDOCS 10684160 1

**Entered on Docket**
**October 30, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | **ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY STANDARD PROPERTY DEVELOPMENT, LLC** |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | (AFFECTS USA COMMERCIAL MORTGAGE COMPANY and USA FIRST TRUST DEED FUND) |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | Date: October 19, 2006<br>Time: 9:30 a.m. |

Standard Property Development, LLC's ("SPD"), MOTION FOR RELIEF FROM AUTOMATIC STAY (the "Motion") and USA Commercial Mortgage Company's ("USACM"),

APPLICATION FOR ISSUANCE OF PRELIMINARY INJUNCTION (the "Application"), having come before this Court pursuant to the stipulation of the parties and after due notice as required by law; USACM and USA Capital First Trust Deed Fund, LLC ("First Fund") being represented by and through its counsel Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm and SPD being represented by and through its counsel, Andrew M. Brumby, Esq. and Lee D. Mackson, Esq. of Shutts & Bowen, LLP, the Court having considered the brief's on file with regard to the Application and the Motion, the Court having heard the arguments of counsel, and the Court having ,made its findings of fact and conclusions of law on the record pursuant to Bankruptcy Rule 7052 and FRCivP Rule 52,

IT IS ORDERED that the Motion be, and hereby is, denied.

SCHWARTZER & McPHERSON LAW FIRM

_/s/ Lenard E. Schwartzer_
Lenard E. Schwartzer, Esq.
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
Attorneys for Debtors
and Debtors in Possession

STEPHENS GOURLEY & BYWATER
and
SHUTTS and BOWEN, LLP

_/s/_
Andrew M. Brumby, Esq.
Lee D. Mackson, Esq.
300 South Orange Avenue, Suite 1000
Orlando, FL 32802-4956
Attorneys for Standard Property Development, LLC

###