
E-Filed on November 16, 2006

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Lee D. Mackson, Esq.
Fla. Bar No. 435929
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone:     407-423-3200
Facsimile:      407-425-8316
E-mail:  abrumby@shutts-law.com
and
R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada  89130
Telephone:     702-656-2355
Facsimile:      702-656-2776
E-mail:  vgourley@1vcm.com

Attorneys for Standard Property Development, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC<br>    Debtor.<br>_____/ | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Bankruptcy Appellate Panel<br><br>No. _____ |

Affects:
    ☐ All Debtors
    ☒ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed
    ☒ USA First Trust Deed Fund, LLC
_____/

E-Filed on November 16, 2006

# CERTIFICATE OF SERVICE

1. On November 16, 2006, I served the following document(s) *(specify)*:

   *Amended Notice of Appeal*

2. I served the above-named document(s) by the following means to the persons as listed below: *(Check all that apply)*

   ☒ a. **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

   ☒ b. **United States mail, postage fully prepaid**
   (*List persons and addresses. Attach additional paper if necessary*)

   ☐ c. **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

   **I personally delivered the document(s) to the persons at these addresses:**

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ d. **By direct email (as opposed to through the ECF System)**
   (*List persons and email addresses. Attach additional paper if necessary*)

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

E-Filed on November 16, 2006

☐ e. **By direct email (as opposed to through the ECF System)** *(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ f. **By messenger** *(List persons and email addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on November 16, 2006.

/s/ Andrew M. Brumby
DECLARANT

ORLDOCS 10684178.1

3

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Email: bkfilings@s-mlaw.com

Gerald M. Gordon, Esq.
Brigid M. Higgins, Esq.
Gregory E. Garman, Esq.
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway
9th Floor
Las Vegas, NV 89109
Email: gmg@gordonsilver.com
       bmh@gordonsilver.com
       geg@gordonsilver.com

Frank A. Marola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
Stutman, Treister & Glatt, P.A.
1901 Avenue of the Stars, 12th FL
Los Angeles, CA 90067

Email: fmerola@stutman.com
       ekarasik@stutman.com
       cpajak@stutman.com

James Patrick Shea, Esq.
Candace C. Carlyon, Esq.
Shlomo S. Sherman, Esq.
Shea & Carlyon, Ltd.
228 S. 4th Street, First Floor
Las Vegas, NV 89101

Email: jshea@sheacarlyon.com
       ccarlyon@sheacarlyon.com
       ssherman@sheacarlyon.com

Bob L. Olson, Esq.
Anne M. Loraditch, Esq.
Beckley Singleton Chtd.
530 Las Vegas Blvd., South
Las Vegas, NV 89101
Email: bolson@beckleylaw.com
       aloraditch@beckleylaw.com

Rob Charles, Esq.
Lewis and Roca LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89109
Email: rcharles@lrlaw.com

10684177.1