RECEIVED
AND FILED

NOV 17 1 04 PM '06

PATRICIA C...
CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re
USA COMMERCIAL MORTGAGE
COMPANY

       Debtor

BK-S    06-10725-LBR

ADV

STANDARD PROPERTY
DEVELOPMENT, LLC
       Appellant

vs

USA COMMERCIAL MORTGAGE
COMPANY

* SEE BELOW     Appellee

BAP No.

Appeal Ref    06-24

## NOTICE OF REFERRAL OF Amended APPEAL TO BANKRUPTCY APPELLATE PANEL

TO ALL PARTIES IN APPEAL:

    YOU AND EACH OF YOU are hereby notified that a Notice of Appeal has been filed by STANDARD PROPERTY DEVELOPMENT, LLC with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of the Ninth Circuit (BAP).

    Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to BAP, a copy thereof being hereto attached.

/// * USA CAPITAL FIRST TRUST DEED FUND, LLC
    OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST
///     TRUST
    OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL
///     MORTGAGE COMPANY
    OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL
///     DIVERSIFIED
    OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL
    MORTGAGE COMPANY

For further information, you may contact the Clerk of the Bankruptcy Appellate Panel at 125 S. Grand Avenue, Pasadena, CA 91106, Telephone (626) 229-7225.

DATED: 11/17/06

PATRICIA GRAY, CLERK

By _WILLIAM M. LAKAS_
Deputy Clerk
U.S. Bankruptcy Court
300 Las Vegas Blvd., So.
Las Vegas, NV 89101

PARTIES:

BANKRUPTCY APPELLATE PANEL
125 South Grand Ave.
Pasadena, CA 91105

U.S. TRUSTEE
LAS VEGAS, NV 89101
300 LAS VEGAS BLVD S #4300
LAS VEGAS NV 89101

SCHWARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BLVD, SUITE 1
LAS VEGAS, NV 89146-5308

LEWIS AND ROCA LLP
3993 HOWARD HUGHES PARKWAY
SUITE 600
LAS VEGAS, NV 89109

STUTMAN, TREISTER & GLATT
1901 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067

SHEA & CARLYON, LTD.
228 S 4TH STREET, FIRST FLOOR
LAS VEGAS, NV 89101

GORDON & SILVER, LTD
3960 HOWARD HUGHES PARKWAY, 9TH FLOOR
LAS VEGAS, NV 89109

BOB L. OLSON & ANNE M. LORADITCH
530 LAS VEGAS BLVD, SO.
LAS VEGAS, NV 89101

9/04

- 2 -