RECEIVED
AND FILED

NOV 17  1 04 PM '06

BANKRUPTCY
PATRICIA GRAY
CLERK

## TRANSMITTAL FORM

**TO:** BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 South Grand Avenue, Pasadena, CA 91105

**FROM:** BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN
District Office No. 0978/2

**CASE NAME** USA COMMERCIAL MORTGAGE COMPANY

**BANKRUPTCY NO** BK-S  06-10725-LBR

**ADVERSARY NO**

**REFERENCE NO** APPEAL REF  06-24

**BANKRUPTCY JUDGE** LINDA B. RIEGLE

**DATE NOTICE OF** Amended **APPEAL FILED**    11/16/06

**DATE OF ENTRY OF ORDER APPEALED**   EOD   10/30/06

**DATE BANKRUPTCY FILED**   4/13/06

**DATE NOTICE OF APPEAL AND
NOTICE OF OBJECTION PERIOD
MAILED TO PARTIES**    11/17/06

**DATE OF TRANSMITTAL**    11/17/06

WILLIAM M. LAKAS
**DEPUTY CLERK**