E-Filed November 16, 2006

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Lee D. Mackson, Esq.
Fla. Bar No. 435929
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone:    407-423-3200
Facsimile:    407-425-8316
E-mail: abrumby@shutts-law.com

and

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone:    702-656-2355
Facsimile:    702-656-2776
E-mail: vgourley@1vcm.com

Attorneys for Standard Property Development, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC<br>    Debtor.<br>_____/ | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Bankruptcy Appellate Panel<br><br>No. _____ |

ORLDOCS 106501111

Affects:
    ☐ All Debtors
    ☒ USA Commercial Mortgage Co.
    ☐ USA Securities, LLC
    ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed
    ☒ USA First Trust Deed Fund, LLC

_____/

**APPELLANT'S DESIGNATION OF CONTENTS FOR INCLUSION IN RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

COMES NOW STANDARD PROPERTY DEVELOPMENT, LLC ("SPD"), the Movant herein, and the Appellant on appeal from the Order dated October 30, 2006 (the "Order"), on SPD's MOTION FOR RELIEF FROM AUTOMATIC STAY ("the Motion") and in accordance with F.R.B.P. 8006 and 9th Cir. BAP R. 8006-1, files this its Designation of Contents for Inclusion In Record on Appeal and Statement of Issues on Appeal as follows:

**I. DESIGNATION OF RECORD**

SPD hereby designates the following matters to be included in the record on appeal:

| Item | Docket Number | Date Filed | Pleading |
|---|---|---|---|
| 1 | 863 | 07/12/2006 | Motion For Relief From Stay Property, with Certificate of Service - filed on behalf of Rolland P. Weddell, Spectrum Financial Group - Litigation Pending In U.S. District Court, District of Nevada |
| 2 | 903 | 07/19/2006 | Motion for Relief from Stay Property, with Certificate of Service - filed on behalf of Standard Property Development, LLC re: Property located in Orange County, Florida |

| Item | Docket Number | Date Filed | Pleading |
|---|---|---|---|
| 3 | 904 | 07/19/2006 | Affidavit George Venturella In Support of Standard Development Property, LLC's Motion for Relief From the Automatic Stay - filed on behalf of Standard Property Development, LLC |
| 4 | 1111 | 08/04/2006 | Opposition - filed on behalf of Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, re: #903 - Motion for Relief from Stay, filed by Creditor Standard Property Development, LLC |
| 5 | 1112 | 08/04/2006 | Opposition To Standard Property Development's Motion For Relief From Automatic Stay [Affects USA Commercial Mortgage Company And USA Capital First Trust Deed Fund] - filed on behalf of USA Capital First Trust Deed Fund, LLC, USA Commercial Mortgage Company, re: #903 - Motion for Relief from Stay, filed by Creditor Standard Property Development, LLC |
| 6 | 1117 | 08/04/2006 | Omnibus Joinder - filed on behalf of Official Committee of Unsecured Creditors For USA Commercial Mortgage Company, re: #1112 Opposition, and #1111 Opposition |
| 7 | 1122 | 08/07/2006 | Opposition - filed on behalf of Official Committee of Executory Contract Holders of USA Commercial Mortgage Company, re: #903 - Motion for Relief from Stay, filed by Creditor Standard Property Development, LLC |
| 8 | 1123 | 08/07/2006 | Declaration - filed on behalf of Official Committee of Executory Contract Holders of USA Commercial Mortgage Company, re: #1122 Opposition |
| 9 | 1133 | 08/10/2006 | Joinder, with Certificate of Service - filed on behalf of Direct Lenders-Beneficiaries, re: #1122 Opposition |
| 10 | 1134 | 08/10/2006 | Joinder, with Certificate of Service - filed on behalf of Direct Lenders-Beneficiaries, re: #1111 Opposition |

ORLDOCS 10650111 1

| Item | Docket Number | Date Filed | Pleading |
|------|---------------|------------|----------|
| 11 | 1142 | 08/14/2006 | Supplemental Affidavit of George Venturella in Support of Standard Development Property LLC's Motion for Relief from Automatic Stay, with Certificate of Service - filed on behalf of Standard Property Development, LLC |
| 12 | 1144 | 08/15/2006 | Reply, with Certificate of Service of Standard Property Development to Opposition to Motion for Relief from Automatic Stay - filed on behalf of Standard Property Development, LLC |
| 13 | 1147 | 08/15/2006 | Joinder to Standard Property Development's Motion for Relief from Automatic Stay - filed on behalf of Albright, Stoddard, Warnick & Albright |
| 14 | 1701 | 10/30/2006 | Order Denying Motion For Relief From Automatic Stay, re: #903 - Motion for Relief from Stay, filed by Creditor Standard Property Development, LLC |
| 15 | 1745 | 11/07/2006 | Notice of Appeal - filed on behalf of Standard Property Development, LLC |
| 16 | 1793 | 11/06/2006 | Transcript of Hearing held on October 19, 2006 on the Motion for Relief from Stay filed on behalf of Standard Property Development, LLC |
| 17 | 1799 | 11/15/2006 | Amended Chapter 11 Plan (Third Amended Chapter 11 Plan of Reorganization) - filed on behalf of USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC, USA Capital Realty Advisors, LLC, USA Commercial Mortgage Company, USA Securities, LLC |
| 18 | | 11/16/2006 | This Designation of Contents for Inclusion in Record on Appeal and Statement of Issues on Appeal |

ORLDOCS 10650111 1

## II. STATEMENT OF ISSUE ON APPEAL

The issue to be raised on appeal is whether the Bankruptcy Court erred in denying the Appellant's Motion for Relief from Automatic Stay.

Respectfully submitted,

/s/ Andrew M. Brumby
Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Lee D. Mackson, Esq.
Fla. Bar No. 435929
SHUTTS & BOWEN, LLP
300 S. Orange Avenue, #1000
Orlando, Florida 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
Email: abrumby@shutts-law.com

and

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive,
Las Vegas, NV 89130
Telephone: 702-656-2355
Facsimile: 702-656-2776
Email: vgourley@1vcm.com

ATTORNEYS FOR STANDARD
PROPERTY DEVELOPMENT, LLC

ORLDOCS 10650111 1