1  Annette W. Jarvis, Utah Bar No. 1649
   Steven C. Strong, Utah Bar No. 6340
2  RAY QUINNEY & NEBEKER P.C.
   36 South State Street, Suite 1400
3  P.O. Box 45385
   Salt Lake City, Utah 84145-0385
4  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
5  Email: ajarvis@rqn.com

6  Lenard E. Schwartzer, Nevada Bar No. 0399
7  Jeanette E. McPherson, Nevada Bar No. 5423
   SCHWARTZER & MCPHERSON LAW FIRM
8  2850 South Jones Boulevard, Suite 1
   Las Vegas, Nevada 89146-5308
9  Telephone: (702) 228-7590
   Facsimile: (702) 892-0122
10 E-Mail: bkfilings@s-mlaw.com

11 Attorneys for Debtors and Debtors-in-Possession

12                    **UNITED STATES BANKRUPTCY COURT**

13                              **DISTRICT OF NEVADA**

| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **CERTIFICATE OF SERVICE** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

I hereby certify that on the 10th day of November, 2006, true and correct copies of the *Order (A) Scheduling an Auction for the Sale of Certain Assets; (B) Appointing SPCP Group, LLC as Lead Bidder; and (C) Approving Bid Procedures and Protections*, the *Bid Procedures*, and the *Notice of Sale of Property, Bid Procedures and Invitation for Higher and Better Offers* were served via email by James Reed of Mesirow Financial Interim Management, LLC to sixty-one (61) interested parties that the Debtors believe may have an interest in submitting a Qualified Bid for the Assets.

Respectfully submitted this 16th day of November, 2006.

_____
An Employee of Mesirow Financial

901163