Daniel D. White, Esq.
California Bar No. 119030
23 Corporate Plaza Drive, Suite 160
Newport Beach, CA 92660
Telephone:     (949) 729-9119
Facsimile:      (949) 729-9174
E-mail:            dan@ddwlaw.com

and

Stephens, Gourley & Bywater
R. Vaughn Gourley, Esq.
Nevada Bar No. 000503
David A. Stephens, Esq.
Nevada Bar No. 000902
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone:     702-656-2355
Facsimile:      702-656-2776
E-mail:            vgourley@lvcm.com

Attorneys for Defendant
Gateway Stone Associates, LLC

**E-filed on November 17, 2006**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/ | CASE NOS: BK-5-06-10726 LBR<br>CASE NOS: BK-5-06-10727 LBR<br>CASE NOS. BK-5-06-10728 LBR<br>CASE NOS. BK-5-06-10729 LBR<br>CHAPTER 11<br>JOINTLY ADMINISTERED UNDER<br>CASE NO. BK-5-06-10725-LBR<br><br>**CERTIFICATE OF SERVICE** |

1

In re:

USA SECURITIES, LLC,

    Debtor.

_____/

Affects:
       ☐ All Debtors
       ☒ USA Commercial Mortgage Co.
       ☐ USA Securities, LLC
       ☐ USA Capital Realty Advisors, LLC
       ☐ USA Capital Diversified Trust Deed
       ☐ USA First Trust Deed Fund, LLC

_____/

USA COMMERCIAL MORTGAGE COMPANY

                              Plaintiff,

vs.

GATEWAY STONE ASSOCIATES, LLC, a Delaware limited liability company,

                              Defendant.

_____/

**CERTIFICATE OF SERVICE**

1. On November 17, 2006, I served the following document(s) (*specify*): **RESPONSE TO COMPLAINT SEEKING INJUNCTIVE RELIEF AGAINST NON-BANKRUPTCY LITIGATION AND FOR DECLARATORY RELIEF**

2. I served the above-named document(s) by the following means to the persons as listed below:

    a. **ECF System** (you must attach the "Notice of Electronic Filing" or list all persons and addresses and attach additional paper if necessary.)

        i. **Notice of Electronic Filing to:**

            Lenard E. Schwartzer, bkfilings@s-mlaw.com

    b. **United States mail, postage fully prepaid to** (list all persons and addresses):

        Lenard E. Schwartzer
        Jeanette E. McPherson
        SCHWARTZER & MCPHERSON LAW FIRM
        2850 South Jones Boulevard, Suite 1
        Las Vegas, Nevada 89146-5308

3.  **I declare under penalty of perjury that the foregoing is true and correct.**

Signed on November 17, 2006.

                                    /s/ Paula Timmons_____
                                    **DECLARANT**