U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California   (626) 229-7220
Appeals from all other Districts  (626) 229-7225

RECEIVED AND FILED

2006 NOV 15 P 12: 16

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

TO:             Clerk, Bankruptcy Court - Las Vegas, NV

DEBTOR(S):      USA COMMERCIAL MORTGAGE COMPANY, ET AL

BAP NO.:        NV-06-1401

BK. NO.:        S-06-10725-LBR

INTERNAL BK. CT. NO.: 06-22

The Bankruptcy Appellate Panel has received and docketed the notice of appeal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS

　　Harold S. Marenus, BAP Clerk

By: Vincent J. Barbato
　　Deputy Clerk

　　Date: November 9, 2006

A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING
   ITEMS HAVE NOT BEEN FILED:
   1. _PAID_ No Filing Fees paid [PAID: 11/03/06; RCPT#: 3661146]
   2. _____ No Designation of Record
   3. _____ No Statement of Issues
   4. _____ No Notice Regarding the Transcript
   5. _____ No Reporter's Transcript(s)
              Reporter name:_____
                     phone:_____
              Judge:_____
              Transcript date(s):_____
   6. _____ No Transcript Fees paid
   7. _____ Extension of Time Granted to Reporter:
              New deadline:_____
   8. _____ Other:_____

B) DEPUTY CLERK PROCESSING THIS APPEAL
   1. Name:_____
   2. Phone:_____
   3. Date:_____

BAP# NV-06-1401

RECEIVED AND FILED
NOV 6  9 13 AM '06
BANKRUPTCY C...
PATRICIA ...
CLERK

# TRANSMITTAL FORM

**TO:** BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 South Grand Avenue, Pasadena, CA 91105

**FROM:** BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN
District Office No. 0978/2

**CASE NAME**  USA COMMERCIAL MORTGAGE COMPANY

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

**BANKRUPTCY NO**  BK-S  06-10725-LBR

NOV 0 9 2006

FILED _____
DOCKETED  11/09/06  H.S.B.
           DATE        INITIAL

**ADVERSARY NO**

**REFERENCE NO**  APPEAL REF  06-22

**BANKRUPTCY JUDGE**  LINDA B. RIEGLE

**DATE NOTICE OF APPEAL FILED**  11/3/2006

**DATE OF ENTRY OF ORDER APPEALED**  EOD  10/26/2006

**DATE BANKRUPTCY FILED**  4/13/2006

**DATE NOTICE OF APPEAL AND
NOTICE OF OBJECTION PERIOD
MAILED TO PARTIES**  11/6/06

**DATE OF TRANSMITTAL**  11/6/06

_signature_
WILLIAM M. LAKAS
DEPUTY CLERK

( 1 )