Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

Attorneys for the Official Committee of Equity Security
Holders of USA Capital Diversified Trust Deed Fund, LLC

| E-filed November 17, 2006 |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Date: September 28, 2006<br>Time:9:30 a.m.<br>Place:Courtroom #1 |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **NOTICE OF ENTRY OF ORDER<br>APPROVING FIRST INTERIM<br>APPLICATION OF THE<br>OFFICIAL COMMITTEE OF<br>EQUITY SECURITY HOLDERS<br>OF USA CAPITAL DIVERSIFIED<br>TRUST DEED FUND, LLC FOR<br>REIMBURSEMENT OF<br>EXPENSES OF COMMITTEE<br>MEMBERS** |

BECKLEY
SINGLETON CHTD
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00346005;}

1    **PLEASE TAKE NOTICE** that on the 15th day of November 2006, the Court entered its

2    Order Approving First Interim Application of the Official Committee of Equity Security Holders of

3    USA Capital Diversified Trust Deed Fund, LLC for Reimbursement of Expenses of Committee

4    Members, copy attached

5        DATED this 17th day of November 2006.

6                                BECKLEY SINGLETON, CHTD.

7

8    By: _Anne M. Loraditch_____

9        BOB L. OLSON, ESQ.
         Nevada Bar No. 3783
         ANNE M. LORADITCH, ESQ.
10       Nevada Bar No. 8164
         530 Las Vegas Boulevard South
11       Las Vegas, NV 89101
         Telephone: (702) 385-3373
12

13       Attorneys for the Official Committee of Equity
         Security Holders of USA Capital Diversified
14       Trust Deed Fund, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28



{00346005;}

**Entered on Docket**
**November 15, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Bob L. Olson, Esq. (Nevada Bar No. 3783)
Anne M. Loraditch, Esq. (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

_Attorneys for the Official Committee of Equity Security Holders of_
_USA Capital Diversified Trust Deed Fund, LLC_

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>　　　　　　　　　　　Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　Debtor. | |

{00342091;}                                    1

Affects:
- ☐ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☒ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

Hearing Date: November 13, 2006
Hearing Time: 9:30 a.m.

**ORDER APPROVING FIRST INTERIM APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC FOR REIMBURSEMENT OF EXPENSES OF COMMITTEE MEMBERS (AFFECTS DEBTOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC)**

This Court, having reviewed and considered the First Interim Application of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC for Reimbursement of Expenses of Committee Members (the "Application"), filed by Beckley Singleton, Chtd. on behalf of Sara M. Katz and Robert Worthen, members of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee"); having reviewed the pleadings, papers and records on file in these chapter 11 cases; having considered the arguments of counsel, Anne M. Loraditch, Esq., appearing on behalf of the Diversified Committee, with no other appearances having been made at the hearing referenced above; and having made its findings of fact and conclusions of law on the record, which are incorporated herein pursuant to Fed.R.Bankr.P. 7052; and for good cause shown therefor,

**IT IS HEREBY ORDERED** that

1.      The Application is granted as set forth below.

2.      Ms. Katz is hereby allowed interim reimbursement of expenses in the amount of $928.97 for the period from May 17, 2006 through August 31, 2006 (the "First Interim Period").

3.      Mr. Worthen is hereby allowed interim reimbursement of expenses in the amount of $518.11 for the First Interim Period.

4.      USA Capital Diversified Trust Deed Fund, LLC is hereby authorized and directed to pay forthwith to Ms. Katz the amount of $928.97.

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00342091;}                                    2

5.    USA Capital Diversified Trust Deed Fund, LLC is hereby authorized and directed to pay forthwith to Mr. Worthen the amount of $518.11.

RESPECTFULLY SUBMITTED BY:

BECKLEY SINGLETON, CHTD.

By: _____

Bob L. Olson, Esq.
Nevada Bar No. 3783
Anne M. Loraditch, Esq.
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024

*Attorneys for the Official Committee of Equity
Security Holders of USA Capital Diversified
Trust Deed Fund, LLC*

APPROVED/DISAPPROVED:

OFFICE OF THE UNITED STATES TRUSTEE

By: _____

August B. Landis


BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00342091;}

3

## **RULE 9021 DECLARATION**

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐    approved the form of this order; and/or

    ☐    waived the right to review the order; and/or

    ☐    failed to file and serve papers in accordance with LR 9021(c); and

        the following have disapproved the form of the order:

            n/a

☒    No opposition was filed to the motion and no other party or counsel appeared at the hearing.

### #

BECKLEY
SINGLETON
ATTORNEYS AT LAW
30 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00342091;}