Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**E-FILED on November 20, 2006**

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN ESCROW**<br>**(AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:   December 19, 2006<br>Time:  9:30 a.m. |

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\RQNDOCS-#891529-v3-Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    USA Commercial Mortgage Company ("USACM"), one of the debtors in the above-

2  caption jointly administered chapter 11 bankruptcy cases, hereby moves this Court for authority

3  to return to two investors a total of $250,000 that is being held by Chicago Title Company

4  ("CTC") in an escrow account, and declaring null and void a third amendment to a trust deed that

5  was mistakenly recorded on property located in Riverside County, California.

6                              **STATEMENT OF FACTS**

7        1.       On April 13, 2006 (the "Petition Date"), USACM and its above-captioned affiliates

8  (collectively, the "Debtors") filed petitions for relief under chapter 11 of the Bankruptcy Code.

9  By order entered June 9, 2006, the Court approved the joint administration of the Debtors'

10  bankruptcy cases.

11        2.       In March of 2006, USACM, acting as a mortgage broker, obtained $200,000 from

12  Robert G. Berry Jr. and Jeannette K. Berry, husband and wife, as joint tenants with the right of

13  survivorship ("Berrys"), and $50,000 from Vivien C. Bonzo, an unmarried woman, and Sonia

14  Rodriguez, an unmarried woman, as joint tenants with the right of survivorship

15  ("Bonzo/Rodriguez") (the Berrys and Bonzo/Rodriguez shall collectively be referred to as the

16  "Two Investors"), for a total of $250,000, which was intended to be invested as an additional

17  advance on a loan to Bundy Canyon Land Development, LLC ("Borrower") known as the "Bundy

18  Canyon $7.5 Million Loan" which is secured by real property in Riverside County, California (the

19  "Property").

20        3.       The loan documents indicate that the Bundy Canyon $7.5 Million Loan was to be

21  for a principal amount of up to $7,500,000 and the initial principal amount of $4,900,000 was

22  funded on or about August 17, 2005, as evidenced by a Promissory Note of even date therewith,

23  which was secured by a Deed of Trust, Assignment of Rents, Security Agreement and Fixture

24  Filing covering the Property, which was recorded on August 25, 2005, as Document No. 2005-

25  0698067 in the Official Records of Riverside County, California.

26        4.       An additional principal amount of $1,300,000 was funded on the Bundy Canyon

27  $7.5 Million Loan on or about September 27, 2005, increasing the total principal amount to

28  $6,200,000, as evidenced by a Promissory Note of even date therewith.  In addition, a First

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Amendment to Deed of Trust which increased the amount secured thereby, as well as added some

2  additional collateral, was recorded on September 28, 2005, as Document No. 2005-0801955 in the

3  Official Records of Riverside County, California.

4     5.    An additional principal amount of $250,000 was funded on the Bundy Canyon

5  $7.5 Million Loan or about December 19, 2005, increasing the total principal amount to

6  $6,450,000, as evidenced by a Promissory Note of even date therewith.  In addition, a Second

7  Amendment to Deed of Trust which increased the amount secured thereby was recorded on

8  January 9, 2006, as Document No. 2006-0017133 in the Official Records of Riverside County,

9  California.

10     6.    In or about March of 2006, it was contemplated that the amount to be funded for

11  the Bundy Canyon $7.5 Million Loan, would be increased by an additional $250,000, bringing the

12  total principal amount owing thereon to $6,700,000 million.  The additional $250,000 in funding

13  was provided by the Two Investors, as indicated in paragraph 2 above.

14     7.    The $250,000 from the Two Investors was sent to CTC to be held in escrow

15  pending the recordation of a third amendment to the original deed of trust and the issuance of

16  directions to release the funds to the Borrower.

17     8.    On April 11, 2006, CTC sent an executed Third Amendment to Deed of Trust to

18  Orange Coast Title Company with instructions to "Abstract and Hold, Escrow Will Advise."

19     9.    Shortly thereafter, CTC learned of the Debtors bankruptcy filing and determined

20  that it should not release the $250,000 in funds being held in escrow to the Borrower, nor issue

21  instructions for the Third Amendment to Deed of Trust to be recorded.

22     10.    However, on June 13, 2006, Orange Coast Title Company mistakenly caused the

23  Third Amendment to Deed of Trust to be recorded in the Official Records of Riverside County,

24  California, as Document No. 2006-0424274.

25     11.    As of the Petition Date, and at all times thereafter, the additional $250,000 in

26  funding has been held in an escrow account at CTC and has not been released to the Borrower.

27     12.    CTC has informed USACM that due to the pending bankruptcy case of USACM,

28  CTC will not release the funds to either the Borrower or USACM without an order of this Court.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

13.     USACM's new post-petition management has determined that the Borrower is an entity that is approximately 70% owned and/or controlled, directly or indirectly, by two former officers and principals of USACM.

14.     USACM's new post-petition management believes it is appropriate that the $250,000 be returned to the Two Investors, and that upon entry of an order granting this Motion, the Third Amended Deed of Trust should be cancelled and of no further force and effect.

15.     USACM has been informed that the Two Investors and Borrower are agreeable to the relief requested herein.

## MEMORANDUM OF LAW

Nevada law requires that funds received by a mortgage broker from investors to acquire ownership or a beneficial interest in a loan secured by real estate must deposit the funds in: (a) a financial institution and be kept separate from money belonging to the mortgage broker, or (b) an escrow account controlled by an independent party.  Nev. Rev. Stat. 465B.175(1).  In this instance, USACM apparently followed this rule.  Therefore, the funds in the CTC escrow account are directly traceable to the Two Investors and these funds are not property of the bankruptcy estate.

Further, in the event that a loan is not consummated, Nevada law requires the funds held in the Escrow Account are to be returned to the investors.  Nev. Rev. Stat. 645B175(2)(b).  Because the $250,000 held in escrow was never released to the Borrower, this funding portion of the Bundy Canyon $7.5 Million Loan was not "consummated" as that term is used in the statute.  Therefore, under the statute, the $250,000 currently held in escrow by CTC should be returned to the Two Investors.

## CONCLUSION

WHEREFORE, USACM respectfully requests that the Court enter an order:  (1) requiring CTC to promptly release the $250,000 it is holding in escrow relating to the Bundy Canyon $7.5 Million Loan back to USACM; (2) authorizing USACM to promptly return the $250,000 to the Two Investors by returning $200,000 to Berry and $50,000 to Bonzo/Rodriguez; (3) ordering that

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\RQNDOCS-#891529-v3-Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

1   the Third Amendment to Deed of Trust, a copy of which is attached to the Allison Declaration as

2   Exhibit D be cancelled in its entirety and be void and of no further force and effect; (4) authorizing

3   a copy of such order (or such other document as may be required) to be recorded in the real

4   property records of Riverside County, California to effectuate the cancellation of the Third

5   Amendment to Deed of Trust; and (5) granting such other legal and/or equitable relief as is just

6   and proper.

7           Respectfully submitted this 20th day of November, 2006.

8

9

10                                                           /s/  Jeanette E. McPherson
                                                        Lenard E. Schwartzer, Nevada Bar No. 0399
11                                                      Jeanette E. McPherson, Nevada Bar No. 5423
                                                        SCHWARTZER & MCPHERSON LAW FIRM
12                                                      2850 South Jones Boulevard, Suite 1
                                                        Las Vegas, Nevada  89146
13
                                                        and
14
                                                        Annette W. Jarvis, Utah Bar No. 1649
15                                                      Steven C. Strong, Utah Bar No. 6340
                                                        RAY QUINNEY & NEBEKER P.C.
16                                                      36 South State Street, Suite 1400
                                                        P.O. Box 45385
17                                                      Salt Lake City, Utah 84145-0385

18

19

20   891529.03

21

22

23

24

25

26

27

28

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\RQNDOCS-#891529-v3-Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122