1   Annette W. Jarvis, Utah Bar No. 1649
    Steven C. Strong, Utah Bar No. 6340
2   RAY QUINNEY & NEBEKER P.C.
    36 South State Street, Suite 1400
3   P.O. Box 45385
    Salt Lake City, Utah 84145-0385
4   Telephone: (801) 532-1500
    Facsimile: (801) 532-7543
5   Email: ajarvis@rqn.com

6   Lenard E. Schwartzer, Nevada Bar No. 0399
    Jeanette E. McPherson, Nevada Bar No. 5423
7   SCHWARTZER & MCPHERSON LAW FIRM
    2850 South Jones Boulevard, Suite 1
8   Las Vegas, Nevada  89146-5308
    Telephone:  (702) 228-7590
9   Facsimile:  (702) 892-0122
    E-Mail:  bkfilings@s-mlaw.com
10

11  Attorneys for Debtors and Debtors-in-Possession

12              UNITED STATES BANKRUPTCY COURT

13                  DISTRICT OF NEVADA

    In re:
14  USA COMMERCIAL MORTGAGE COMPANY,          Case No. BK-S-06-10725 LBR
                                    Debtor.   Case No. BK-S-06-10726 LBR
15                                            Case No. BK-S-06-10727 LBR
    In re:                                    Case No. BK-S-06-10728 LBR
16  USA CAPITAL REALTY ADVISORS, LLC,         Case No. BK-S-06-10729 LBR
                                    Debtor.
17                                            Chapter 11
    In re:
18  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
                                    Debtor.   Jointly Administered Under
19                                            Case No. BK-S-06-10725 LBR
    In re:
20  USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                    Debtor.   Date:
21                                            Time:
    In re:
22  USA SECURITIES, LLC,
                                    Debtor.      DECLARATION OF THOMAS J.
23  Affects:                                  ALLISON IN SUPPORT OF DEBTOR'S
        ☐ All Debtors                         MOTION TO RETURN INVESTOR
24      ☒ USA Commercial Mortgage Company        FUNDS HELD IN ESCROW
        ☐ USA Securities, LLC
25      ☐ USA Capital Realty Advisors, LLC       (AFFECTS USA COMMERCIAL
        ☐ USA Capital Diversified Trust Deed Fund, LLC    MORTGAGE COMPANY)
26      ☐ USA First Trust Deed Fund, LLC

27

28                                1

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

I, Thomas J. Allison, hereby declare, verify and states as follows:

1.   I am the President and Chief Restructuring Officer of USA Commercial Mortgage Company ("USACM").   I make this Declaration in support of Debtor's Motion to Return Investor Funds Held in Escrow.  This Declaration is based upon my personal knowledge and the facts set forth herein.

2.   On April 13, 2006 (the "Petition Date"), USACM and its above-captioned affiliates filed petitions for relief under chapter 11 of the Bankruptcy Code.  By order entered June 9, 2006, the Court approved the joint administration of the Debtors' bankruptcy cases.

3.   In March of 2006, USACM, acting as a mortgage broker, obtained $200,000 from Robert G. Berry Jr. and Jeannette K. Berry, husband and wife, as joint tenants with the right of survivorship ("Berrys"), and $50,000 from Vivien C. Bonzo, an unmarried woman, and Sonia Rodriguez, an unmarried woman, as joint tenants with the right of survivorship ("Bonzo/Rodriguez") (the Berrys and Bonzo/Rodriguez shall collectively be referred to as the "Two Investors"), for a total of $250,000, which was intended to be invested as an additional advance on a loan to Bundy Canyon Land Development, LLC ("Borrower") known as the "Bundy Canyon $7.5 Million Loan" which is secured by real property in Riverside County, California (the "Property").

4.   The loan documents indicate that the Bundy Canyon $7.5 Million Loan was to be for a principal amount of up to $7,500,000 and the initial principal amount of $4,900,000 was funded on or about August 17, 2005, as evidenced by a Promissory Note of even date therewith, which was secured by a Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing covering the Property, which was recorded on August 25, 2005, as Document No. 2005-0698067 (the "Deed of Trust") in the Official Records of Riverside County, California.  A copy of the Deed of Trust is attached hereto as Exhibit A.

5.   An additional principal amount of $1,300,000 was funded on the Bundy Canyon $7.5 Million Loan on or about September 27, 2005, increasing the total principal amount to $6,200,000,

2

as evidenced by a Promissory Note of even date therewith. In addition, a First Amendment to Deed of Trust which increased the amount secured thereby, as well as added some additional collateral, was recorded on September 28, 2005, as Document No. 2005-0801955 (the "First Amendment") in the Official Records of Riverside County, California. A copy of the First Amendment is attached hereto as Exhibit B.

6. An additional principal amount of $250,000 was funded on the Bundy Canyon $7.5 Million Loan or about December 19, 2005, increasing the total principal amount to $6,450,000, as evidenced by a Promissory Note of even date therewith. In addition, a Second Amendment to Deed of Trust which increased the amount secured thereby was recorded on January 9, 2006, as Document No. 2006-0017133 (the "Second Amendment") in the Official Records of Riverside County, California. A copy of the Second Amendment is attached hereto as Exhibit C.

7. In or about March of 2006, it was contemplated that the amount to be funded for the Bundy Canyon $7.5 Million Loan, would be increased by an additional $250,000, bringing the total principal amount owing thereon to $6,700,000 million. The additional $250,000 in funding was provided by the Two Investors, as indicated in paragraph 3 above.

8. The $250,000 from the Two Investors was sent to Chicago Title Company to be held in escrow pending the recordation of a Third Amendment to Deed of Trust, a copy of which is attached hereto as Exhibit D.

9. The Borrower is an entity that is approximately 70% owned and/or controlled, directly or indirectly, by two former officers and principals of USACM.

10. I believe in my business judgment that the $250,000 should be returned to the Two Investors and that the Third Amended Deed of Trust should be cancelled and be determined to be of no further force and effect.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

1   I declare, under penalty of perjury, that, to the best of my knowledge, information and

2   belief, that the foregoing is true and correct.

3

4   _____

5   901065                          Thomas J. Allison

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

4

*"Exhibit A"*

RECORDING REQUESTED BY:

ORANGE COAST TITLE COMPANY

WHEN RECORDED MAIL TO:

USA COMMERCIAL MORTGAGE COMPANY
4484 SOUTH PECOS ROAD
LAS VEGAS, NEVADA 89121



DOC # 2005-0698067
08/25/2005 08:00A Fee:148.00
Page 1 of 32
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC. |
|---|---|---|------|------|-----|------|-------|-----|-------|
| ✓ | 3 | N | 32 | | | | | | 2 |
| | | | | | | | | | KW |
| A | R | L | | | COPY | LONG | REFUND | NCHG | EXAM |

## DEED OF TRUST, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING

(Title of Document)

148

T
KW

**TITLE ORDER NO**   R-911136-99

When Recorded, Return To:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

# DEED OF TRUST, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING

THIS DEED OF TRUST, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING ("Deed of Trust"), made this 17th day of August, 2005, by and between Bundy Canyon Land Development, LLC, a California limited liability company ("Trustor"), Orange Coast Title Company ("Trustee"), and those persons listed on **Exhibit "A"** attached hereto ("Beneficiary"). Capitalized terms used herein and not otherwise defined herein are used with the meanings set forth in that certain Construction Loan Agreement ("Loan Agreement") of even date herewith between Trustor and Beneficiary.

## WITNESSETH:

That for good and valuable consideration, including the indebtedness herein recited and the trust herein created, the receipt of which is hereby acknowledged, and for the purpose of securing, in such priority as Beneficiary may elect, each of the following:

1.      The due, prompt and complete payment, observance, performance and discharge of each and every obligation, covenant and agreement contained in that certain Promissory Note of even date herewith in the initial principal amount of Four Million Nine Hundred Thousand Dollars ($4,900,000) (the "Note"), together with interest thereon specified therein, executed by Trustor, as maker, to the order of Beneficiary and any and all modifications, extensions or renewals thereof, whether hereafter evidenced by the Note or otherwise; and

2.      The payment of all other sums, with interest thereon at the rate of interest provided for herein or in the Note, becoming due or payable under the provisions of this Deed of Trust, the Loan Agreement or any other instrument or instruments heretofore or hereafter executed by Trustor having reference to or arising out of or securing the indebtedness represented by the Note; and

3.      The payment of such additional sums and interest thereof which may hereafter be loaned to Trustor, or its successors or assigns, by Beneficiary, whether or not evidenced by a promissory note or notes which are secured by this Deed of Trust; and

4.      The due, prompt and complete observance, performance and discharge of each and

1

5.9     No Merger. If both the Lessor's and Lessee's estates under any lease or any portion thereof which constitutes a part of the Mortgaged Property shall at any time become vested in one owner, this Deed of Trust and the lien created hereby shall not be destroyed or terminated by application of the doctrine of merger, and, in such event, Beneficiary shall continue to have and enjoy all of the rights and privileges of Beneficiary as to the separate estates. In addition, upon the foreclosure of the lien created by this Deed of Trust on the Mortgaged Property pursuant to the provisions hereof, any leases or subleases then existing shall not be destroyed or terminated by application of the law of merger or as a matter of law or as a result of such foreclosure unless Beneficiary or any purchaser at any such foreclosure sale shall so elect. No act by or on behalf of Beneficiary or any such purchaser shall constitute a termination of any lease or sublease unless Beneficiary or such purchaser shall have given written notice thereof to such tenant or subtenant.

5.10     Attorneys' Fees. If Beneficiary reasonably incurs any costs or expenses, including attorneys' fees, for any of the following relating to this Deed of Trust (or any other instrument evidencing or securing this loan): (a) the interpretation, performance or enforcement thereof; (b) the enforcement of any statute, regulation or judicial decision; (c) any collection effort; or (d) any suit or action for the interpretation, performance or enforcement thereof is commenced or defended, or, if any other judicial or nonjudicial proceeding is instituted by Beneficiary or any other person, and an attorney is employed by Beneficiary to appear in any such action or proceeding, or to reclaim, seek relief from a judicial or statutory stay, sequester, protect, preserve or enforce Beneficiary's interest in this Deed of Trust or any other security for the Note, including but not limited to proceedings under federal bankruptcy law, in eminent domain, under the probate code, or in connection with any state or federal tax lien, then Trustor agrees to pay the reasonable attorneys' fees and costs thereof. Such fees and costs shall be added to the principal of the Note and shall bear interest at the Default Rate. The foregoing notwithstanding, in any action commenced by Trustor or Beneficiary against the other to enforce the provisions of this Deed of Trust or any other instrument evidencing or securing this loan, the prevailing party of such action shall be entitled to recover its reasonable attorneys' fees (as set forth above) from the non-prevailing party and the non-prevailing party shall not be entitled to recover its attorneys' fees.

5.11     Conflict. If the term of any other Loan Document, except the Note, shall be in conflict with this Deed of Trust, then this Deed of Trust shall govern to the extent of the conflict. If the term of this Deed of Trust shall be in conflict with the Note, the Note will then govern to the extent of the conflict.

5.12     Notices. All notices to be given pursuant to this Deed of Trust shall be sufficient if given by personal service, by guaranteed overnight delivery service, by telex, telecopy or telegram or by being mailed postage prepaid, certified or registered mail, return receipt requested, to the described addresses of the parties hereto as set forth below, or to such other address as a party may request in writing. Any time period provided in the giving of any notice hereunder shall commence upon the date of personal service, the date after delivery to the guaranteed overnight delivery service, the date of sending the telex, telecopy or telegram or two (2) days after mailing certified or registered mail.

21

TRUSTOR'S ADDRESS:            Bundy Canyon Land Development, LLC
                             c/o Builder's Capital
                             28475 Old Town Front Street, Ste D
                             Temecula, CA 92590
                             Attn. David Fogg

BENEFICIARY'S ADDRESS:       c/o USA Commercial Mortgage Company
                             4484 South Pecos Road
                             Las Vegas, Nevada 89121
                             Attn. Joseph D. Milanowski

5.13    Request for Notice of Default. Trustor requests that a true and correct copy of any notice of default and any notice of sale be sent to Trustor at the address set forth in Section 5.12 hereof.

5.14    Late Charges. As set forth and defined in the Note, there shall be due to Beneficiary a Late Charge of five percent (5%) of the amount of any payment which is received by Beneficiary so as to incur a Late Charge, and all such Late Charges are secured hereby.

5.15    Statutory Covenants. Where not inconsistent with the above, the following covenants, Nos. 1; 2 (full replacement value); 3; 4 (twenty percent [20%] per annum); 5; 6; 7 (a reasonable percentage); 8 and 9 of NRS 107.030 are hereby adopted and made a part of this Deed of Trust.

5.16    Non-Assumption. Notice is hereby given that Trustor's obligations under this Deed of Trust may not be assumed except as permitted by Section 1.11 hereof. Unless otherwise provided herein, any transfer of Trustor's interest in the Mortgaged Property or any attempted assumption of Trustor's obligations under the Deed of Trust not so approved shall constitute a default hereunder and shall permit Beneficiary to accelerate the Maturity Date of the Note. Reference to applicable sections of the Loan Documents must be made for the full text of such provisions.

5.17    Review of Covenants, Conditions and Restrictions. No covenant, condition or restriction or any rule or regulation or any other document or agreement, however, denominated, which shall purport to apply to the ownership, operation, maintenance or governance of the Mortgaged Property or any part thereof, nor any article of incorporation bylaw or any other document or agreement, however denominated, which shall purport to establish an organization for the operation, maintenance of governance of the Mortgaged Property or any part thereof, shall be approved, executed and/or recorded without the express prior written consent of Beneficiary.

5.18    Loan Agreement. Performance of Trustor's obligations under that certain Loan Agreement of even date herewith by and between Trustor and Beneficiary are secured by this Deed of Trust, and a default thereunder shall constitute an Event of Default under this Deed of Trust.

5.19    Partial Releases of Lots and Units. So long as no Event of Default has occurred and is continuing, Beneficiary shall release individual or multiple Lots (whether or not said Lot(s) contain a home on them) from the lien and operation of the Deed of Trust upon satisfaction in

22

Lender's sole discretion of the following requirements:

(a)    Lender shall release portions of the Real Property from the lien of the Deed of Trust upon payment to Lender of 90% of the net proceeds of the sale thereof to a bona fide third-party purchaser;

(b)    Trustor pays all costs and expenses in connection with such release and reconveyance;

(c) Beneficiary shall have obtained a form CLTA 111 endorsement to its lender's policy of title insurance, and if requested by Beneficiary, an endorsement insuring that the partial reconveyance does not constitute a violation of the California Subdivision Map Act, all at the cost and expense of Trustor;

(d) for the release of the last Lot remaining subject to the lien of this Deed of Trust, the total amount of the indebtedness secured hereby shall be reduced to zero, and all obligations secured hereby shall be performed in full.

For the purposes of this section, the term "net proceeds" means the gross sale price less customary and necessary closing costs, and real estate brokerage commissions; provided that is such commission is payable to Borrower or to an affiliate of Borrower, then the amount that may be deducted to arrive at net proceeds shall not exceed 2% of the gros sale price, regardless of the commission actually paid.

IN WITNESS WHEREOF, the undersigned have caused this instrument to be signed as of the date first above written.

TRUSTOR:    **Bundy Canyon Land Development, LLC**
By: USA Investors II, LLC, Manager
By: USA Investment Partners, LLC, its Managing Member

By: _____
      Joseph D. Milanowski, Manager

(Notary page follows)

23

STATE OF NEVADA )
)ss
COUNTY OF CLARK )

On August _18_ , 2005, before me, _Margaret M. Stone_ a Notary Public, personally appeared Joseph D. Milanowski, personally known to me, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_Margaret M. Stone_
Notary Public

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

24

Recorder
P.O Box 751
Riverside, CA 92502-0751
(909) 486-7000

http://riverside.asrelkrec.com

GARY L. ORSO
COUNTY OF RIVERSIDE
ASSESSOR-COUNTY CLERK-RECORDER

# NOTARY CLARITY

Under the provisions of Government Code 27361.7, I certify under penalty of perjury that the
notary seal on the document to which this statement is attached reads as follows:

Name of Notary:  MARGARET M. STONE

Commission #:   05-96400-1

Place of Execution:  CLARK, NEVADA

Date Commission Expires:   04/27/09

Date:   08/22/05

Signature:   _Bruetta_

EXHIBIT "A"

BENEFICIARY

| NAMES | AMOUNT |
|---|---|
| 1. Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar Living Trust dated 04/05/01 | $100,000 |
| 2. Daniel C. Altman & Barbara A. Altman Trustees of the Altman Living Trust dated 11/4/04 | $100,000 |
| 3. Larry Apigian & Leona Apigian, husband & wife, as joint tenants with right of survivorship | $50,000 |
| 4. Tom Avena & Cindy Avena, husband & wife, as joint tenants with right of survivorship | $50,000 |
| 5. Steven Barker, an unmarried man | $50,000 |
| 6. James R. Bonfiglio & Donna M. Bonfiglio General Partners of the Broadwalk Investments Limited Partnership | $50,000 |
| 7. Evelyn G. Canepa & Scott Krusee Canepa Trustees of the Evelyn G. Canepa Trust dated 9/19/00 | $100,000 |
| 8. Merle L. Capra & Marlys J. Capra Trustees of the Capra 1998 Trust | $50,000 |
| 9. Ronald R. Carter & Leslie A. Carter Trustees of the Ronald R. Carter & Leslie A. Carter Revocable Trust dated 10/24/91 | $50,000 |
| 10. Robert L. Crane, Trustee of The Robert L. Crane Living Trust | $50,000 |
| 11. Gareth A. R. Craner Trustee of the Craner Family Trust Under Agreement dated 2/23/99 | $100,000 |
| 12. Davis Investments, a Nevada partnership | $80,000 |
| 13. Joseph Davis & Marion Sharp Co-Trustees of the Davis Family Trust | $200,000 |
| 14. Todd Davis, an unmarried man | $100,000 |
| 15. Robert DiBias & Louise G. Sherk Trustees of the Louise G. Sherk, MD, a medical corporation, Employee Benefit Plan Trust | $100,000 |
| 16. Arthur T. Donaldson, a married man dealing with his sole & separate property | $200,000 |
| 17. Mary E. Dunlop Trustee of the Mary E. Dunlop 1992 Trust dated 7/29/03 | $50,000 |
| 18. Wayne A. Dutt & Cynthia Deann Dutt Trustees of the Wayne A. Dutt Trust | $100,000 |
| 19. Carol C. Eyre & Edward E. Eyre, Jr. Co-Trustees of the Trust A of the 1983 Living Trust Agreement dated 8/11/83 | $50,000 |
| 20. Ian A. Falconer, a single man | $50,000 |
| 21. Tad Folendorf, a married man dealing with his sole and separate property | $50,000 |
| 22. Timothy Folendorf, Trustee of the Timothy Folendorf Trust dated 3/21/00 | $50,000 |
| 23. John V. Fragola, an unmarried man | $50,000 |
| 24. Ellyson J. Galloway, an unmarried woman | $85,000 |
| 25. Elwyn G. Gates & Mildred Ann Gates Trustees of the Gates Family Trust dated 6/16/00 | $50,000 |

25

*"Exhibit B"*

**RECORDING REQUESTED BY**

ORANGE COAST TITLE COMPANY

**WHEN RECORDED MAIL TO:**

GOOLD PATTERSON ALES & DAY
c/o USA COMMERCIAL MORTGAGE COMPANY
4496 SOUTH PECOS ROAD
LAS VEGAS, NEVADA 89121



05-0801955
08:00A Fee:51.00
Page 1 of 10
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC. |
|---|---|---|------|------|----|----|-------|-----|-------|
|   |   |   | 10   |      | \  |      |       |     | 15    |
|   |   |   |      |      |    | \    |       |     | MF    |
| A | R | L |      |      | COPY | LONG | REFUND | NCHG | EXAM |

Elaine A. Monson
ATTORNEY AT LAW

PO Box 45385
Salt Lake City, Utah
84145-0385

36 South State Street
Suite 1400
Salt Lake City, Utah
84111

801 532-1500 FIRM
801 323-3346 DIRECT
801 532-7543 FAX
emonson@rqn.com
www.rqn.com

## FIRST AMENDMENT TO DEED OF TRUST

### (Title of Document)

**TITLE ORDER NO**    R-911136A-99

A PROFESSIONAL CORPORATION

## FIRST AMENDMENT TO DEED OF TRUST

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Trustor hereby agrees to the execution, delivery, and recording of this Amendment to that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated August 17, 2005, executed by **Bundy Canyon Land Development, LLC,** a California limited liability company to Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as Beneficiaries. The Deed of Trust was recorded on August 25, 2005 as Document No. 2005-0698067 in the Official Records of Riverside County, State of California.

1.    Said Deed of Trust is hereby amended to increase the amount secured thereby from $4,900,000 to $6,200,000 and to add a new **Exhibit "A"** (in the form attached hereto) thereto to reflect the present Beneficiaries.

2.    Said Deed of Trust is hereby amended to include additional collateral described as that certain real property identified as Parcel 16 on **Exhibit "B"** hereto and said Deed of Trust shall hereafter affect all such real property described on the new **Exhibit "B"** hereto.

Dated this 27th day of September, 2005.

TRUSTOR:   **Bundy Canyon Land Development, LLC**
By: USA Investors II, LLC, Manager
By: USA Investment Partners, LLC, its Managing Member

By: _____
Joseph D. Milanowski, Manager


BENEFICIARY:    USA Commercial Mortgage Company, Attorney-in-Fact

By _____
Joseph D. Milanowski, President


(Notary acknowledgment follows)

1

STATE OF _Nevada_ )
COUNTY OF _Clark_ ) ss.

On _Sept, 27_, 2005, before me, _Margaret M. Stone_ a Notary Public in and for said State, personally appeared **Joseph D. Milanowski,** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacities, and that by his signature on the instrument, the person or the entities upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_Margaret M Stone_
Signature

(Seal)

```
MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1
```

2

Recorder
P O Box 751
Riverside, CA 92502-0751
(909) 486-7000

http://riverside.asrclkrec.com

GARY L. ORSO
COUNTY OF RIVERSIDE
ASSESSOR-COUNTY CLERK-RECORDER

## NOTARY CLARITY

Under the provisions of Government Code 27361.7, I certify under penalty of perjury that the notary seal on the document to which this statement is attached reads as follows:

Name of Notary:   MARGARET M. STONE

Commission #:   05-96400-1

Place of Execution:   CLARK, NEVADA

Date Commission Expires:   04/27/09

Date:   09/28/05

Signature:   _Pruletta_

# EXHIBIT "A"
### LENDERS

Bundy Canyon $7,500,000

| Vested AS | Dollars |
|---|---|
| Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar Living Trust dated 04/05/01 | $100,000.00 |
| Alvaro V. Perez & Heidi L. Perez, husband & wife, as joint tenants with right of survivorship | $100,000.00 |
| Annemarie Rehberger, Trustee of the Rehberger Family Trust dated 6/17/92 | $50,000.00 |
| Anthony P. Wynn & Sheri J. Wynn, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Arthur T. Donaldson, a married man dealing with his sole & separate property | $200,000.00 |
| Beth M. & Daniel E. Thiel Trustees, The Thiel Living Trust dated 2/13/99 | $50,000.00 |
| Betty J. Guio, Trustee of the Dexter and Betty Jean Guio Trust dated 4/9/02 | $250,000.00 |
| Beverly Fabrics Inc. | $200,000.00 |
| Bunny C. Vreeland, an unmarried woman | $50,000.00 |
| C. Zrudsky, Inc. | $50,000.00 |
| Carol C. Eyre & Edward E. Eyre, Jr. Co-Trustees of the Trust A of the 1983 Living Trust Agreement dated 8/11/83 | $50,000.00 |
| Carolyn Rand Samuelson Trustee of the Carolyn Rand Samuelson Revocable Trust dated 11/2/95 | $50,000.00 |
| Charles Duke Cummins & April M. Cummins, husband & wife, as joint tenants with the right of survivorship | $100,000.00 |
| D. G. Menchetti, an unmarried man | $100,000.00 |
| Daniel C. Altman & Barbara A. Altman Trustees of the Altman Living Trust dated 11/4/04 | $100,000.00 |
| Daniel Drubin & Laura Drubin, husband & wife, as joint tenants with right of survivorship | $250,000.00 |
| Davis Investments, a Nevada partnership | $80,000.00 |
| Dean Watson, a married man dealing with his sole & separate property | $50,000.00 |
| Deanna Stein and Donald P. Stein, wife and husband, as joint tenants with the rights of survivorship | $50,000.00 |
| Donald S. Tomlin & Dorothy R. Tomlin Trustees of the Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust dated 10/24/79 | $250,000.00 |
| Doris E. Winter, Trustee of The Doris E. Winter Trust | $50,000.00 |
| Douglas Tichenor & Susan Tichenor, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Dr. Allan R. Herndobler & Sue Herndobler, Husband and wife as joint tenants with right of survivorship | $50,000.00 |
| Eleanor Newton, TTEE, The Eleanor A. Newton Family Trust dtd 4/27/1995 | $50,000.00 |
| Ellyson J. Galloway, an unmarried woman | $85,000.00 |
| Elwyn G. Gates & Mildred Ann Gates Trustees of the Gates Family Trust dated 6/16/00 | $50,000.00 |
| Evelyn G. Canepa & Scott Krusee Canepa Trustees of the Evelyn G. Canepa Trust dated 9/19/00 | $100,000.00 |
| Gareth A. R. Craner Trustee of the Craner Family Trust Under Agreement dated 2/23/99 | $100,000.00 |

Bundy Canyon $7,500,000

| Vested AS | Dollars |
|---|---|
| Gary Larson & Dolores Larson, husband & wife, as joint tenants with right of survivorship | $70,000.00 |
| Gerald W. Gray & Sherry A. Gray Co-Trustees under declaration of trust dated 7/19/79 | $85,000.00 |
| Gerard Labossiere & Lucille Labossiere Trustees of the Labossiere Family Trust dated 3/20/1987 | $50,000.00 |
| Gordon Ray Phillips, Trustee of The Gordon Ray and Nancy S. Phillips Living Trust dated January 17, 1994 | $100,000.00 |
| H. Daniel Whitman Trustee of the Whitman Trust dated 12/1/04 | $50,000.00 |
| Harold A. Thompson & Diana C. Thompson Trustees of the Harold A. Thompson & Diana C. Thompson Revocable Family Trust dated 7/11/90 | $50,000.00 |
| Holly J. Pickerel, a single woman | $75,000.00 |
| Houghton Dental Corp Profit Sharing Plan for benefit of Geraldine Houghton | $100,000.00 |
| Ian A. Falconer, a single man | $50,000.00 |
| James D. Dery & Ann R. Dery, husband & wife | $50,000.00 |
| James R. Bonfiglio & Donna M. Bonfiglio General Partners of the Broadwalk Investments Limited Partnership | $50,000.00 |
| Jean G. Richards Trustee of the Jean G. Richards Trust dated 9/30/1999 | $50,000.00 |
| Jennifer J. Harmon, a single woman, Cheryl Hoff, a married woman, and Richard K. Hoff, a married man, as joint tenants with the rights of survivorship | $50,000.00 |
| Joan L. Shoop and Kenneth D. Shoop, husband and wife as joint tenants with right of survivorship | $50,000.00 |
| John E. Barnes & Ginger M. Barnes, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| John V. Fragola, an unmarried man | $50,000.00 |
| Joseph Davis & Marion Sharp Co-Trustees of the Davis Family Trust | $200,000.00 |
| Judith A. Heinbaugh, Trustee of the Judith Ann Heinbaugh Living Trust dated 4/25/96 | $100,000.00 |
| Karen Adams, an unmarried woman & Gary N. Taylor, a single man, as joint tenants with right of survivorship | $50,000.00 |
| Kermit Kruse, a married man dealing with his sole & separate property | $50,000.00 |
| Larry Apigian & Leona Apigian, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Lawrence A. Kirkham & Kathleen B. Sanginiti Trustees of the Kirkham & Sanginiti Trust dated 2/29/96 | $50,000.00 |
| Leif A. Johansen & Roberta K. Johansen Trustees of The Johansen Family Trust dated 10/23/87; as Amended 6/11/04 | $100,000.00 |
| Leo G. Mantas, an unmarried man | $75,000.00 |
| Martin Gittleman, an unmarried man | $51,000.00 |
| Mary E. Dunlop Trustee of the Mary E. Dunlop 1992 Trust dated 7/29/03 | $50,000.00 |
| Merle L. Capra & Marlys J. Capra Trustees of the Capra 1998 Trust | $50,000.00 |
| Monighetti, Inc., a Nevada corporation | $50,000.00 |
| Phil L. Pfeiler & Loy E. Pfeiler, husband & wife, as joint tenants with right of survivorship | $200,000.00 |
| Richard Holeyfield and Marsha Holeyfield, Trustees of the Holeyfield Family Trust dated 01/12/01 | $50,000.00 |
| Robert DiBias & Louise G. Sherk Trustees of the Louise G. Sherk, MD, a medical corporation, Employee Benefit Plan Trust | $100,000.00 |
| Robert H. O'Connor & Cathleen B. O'Connor Trustees of the O'Connor Revocable Trust UTD 9/17/97 | $100,000.00 |
| Robert L. Crane, Trustee of The Robert L. Crane Living Trust | $50,000.00 |

Bundy Canyon $7,500,000

| Vested AS | Dollars |
|---|---|
| Ronald R. Carter & Leslie A. Carter Trustees of the Ronald R. Carter & Leslie A. Carter Revocable Trust dated 10/24/91 | $50,000.00 |
| Rory L. Triantos, an unmarried woman | $94,000.00 |
| Samuel C. Wilson, a single man, with his sole & separate property | $100,000.00 |
| Sarah E. Miller, Trustee of the Miller Family Trust dated 7/30/2001 | $50,000.00 |
| Stephen Lincoln & Patricia Lincoln Trustees of the Stephen & Patricia Lincoln Trust dated 8/21/03 | $100,000.00 |
| Steven Barker, an unmarried man | $50,000.00 |
| Tad Folendorf, a married man dealing with his sole and separate property | $50,000.00 |
| Thomas R. Sexton, a single man | $150,000.00 |
| Timothy Folendorf, Trustee of the Timothy Folendorf Trust dated 3/21/00 | $50,000.00 |
| Todd Davis, an unmarried man | $100,000.00 |
| Tom Avena & Cindy Avena, husband & wife, as joint tenants with right of survivorship | $50,000.00 |
| Virgil L. Birgen & La Donna F. Birgen Trustees of the Birgen Charitable Trust dated 8/1/90 | $50,000.00 |
| Wayne A. Dutt & Cynthia Deann Dutt Trustees of the Wayne A. Dutt Trust | $100,000.00 |
| William L. McQuerry Trustee of the McQuerry Family Partnership | $50,000.00 |
| Yit Tisoni, a single man | $85,000.00 |

*Exhibit 'A' for   76 people with a total $ value of*     $6,200,000.00

*"Exhibit C"*

RECORDING REQUESTED BY:
Orange Coast Title

WHEN RECORDED, RETURN TO:

USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, Nevada 89121
(702) 734-2400

DOC # 2006-0017133
01/09/2006 08:00A Fee:34.00
Page 1 of 10
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder



| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   | 10 |   |   |      |       |     |      |
|   |   |   |    |   |   |      |       |     |      |
| A | R | L |    |   |   | COPY | LONG | REFUND | NCHG | EXAM |

## SECOND AMENDMENT TO DEED OF TRUST

## SECOND AMENDMENT TO DEED OF TRUST

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Trustor hereby agrees to the execution, delivery, and recording of this Amendment to that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated August 25, 2005, executed by **Bundy Canyon Land Development, LLC,** a California limited liability company to Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as Beneficiaries. The Deed of Trust was recorded on August 25, 2005 as Document No. 2005-0698067 in the Official Records of Riverside County, State of California; and a First Amendment to Deed of Trust was recorded on *September 28*, 2005 as Document No. *2005-0801955* in the Official Records of Riverside County, State of California..

Said Deed of Trust is hereby amended to increase the amount secured thereby from $6,200,000 to $6,450,000 and to add a new **Exhibit "A"** (in the form attached hereto) thereto to reflect the present Beneficiaries.

Dated this *19th* day of *December*, 2005.

**TRUSTOR:**    **Bundy Canyon Land Development, LLC**
By: USA Investors II, LLC, Manager
By: USA Investment Partners, LLC, its Managing Member

By: _____
        Joseph D. Milanowski, Manager

**BENEFICIARY:**    USA Commercial Mortgage Company, Attorney-in-Fact *for Lenders in exhibit A*

By: _____
        Joseph D. Milanowski, President

(Notary acknowledgment follows)

1

STATE OF _Nevada_ )
                                    ) ss.
COUNTY OF _Clark_ )

　　　　On _Dec. 19_____, 2005, before me, _Margaret M. Stone_, a Notary
Public in and for said State, personally appeared **Joseph D. Milanowski,** personally known to me
(or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed
to the within instrument, and acknowledged to me that he executed the same in his authorized
capacities, and that by his signature on the instrument, the person or the entities upon behalf of
which the person acted, executed the instrument.

WITNESS my hand and official seal.

_Margaret M Stone_                                    (Seal)
Signature

> MARGARET M. STONE
> NOTARY PUBLIC
> STATE OF NEVADA
> Date Appointment Exp: 04-27-2009
> Certificate No: 05-96400-1

2

EXHIBIT "A"

<u>LENDER</u>

| | NAME | Amount |
|---|---|---|
| 1 | Karen Adams an unmarried woman & Gary N. Taylor a single man as joint tenants with right of survivorship | $50,000 |
| 2 | Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar Living Trust dated 04/05/01 | $100,000 |
| 3 | Daniel C. Altman & Barbara A. Altman Trustees of the Altman Living Trust dated 11/4/04 | $100,000 |
| 4 | Larry Apigian & Leona Apigian husband & wife as joint tenants with right of survivorship | $50,000 |
| 5 | Tom Avena & Cindy Avena husband & wife as joint tenants with right of survivorship | $50,000 |
| 6 | Steven Barker an unmarried man | $50,000 |
| 7 | John E. Barnes & Ginger M. Barnes husband & wife as joint tenants with right of survivorship | $50,000 |
| 8 | Virgil L. Birgen & La Donna F. Birgen Trustees of the Birgen Charitable Trust dated 8/1/90 | $50,000 |
| 9 | James R. Bonfiglio & Donna M. Bonfiglio General Partners of the Broadwalk Investments Limited Partnership | $50,000 |
| 10 | Doris Mae Campbell Trustee of the Doris Mae Campbell Revocable Trust of 1999 dated 3/30/99 | $50,000 |
| 11 | Evelyn G. Canepa & Scott Krusee Canepa Trustees of the Evelyn G. Canepa Trust dated 9/19/00 | $100,000 |
| 12 | Merle L. Capra & Marlys J. Capra Trustees of the Capra 1998 Trust | $50,000 |
| 13 | Ronald R. Carter & Leslie A. Carter Trustees of the Ronald R. Carter & Leslie A. Carter Revocable Trust dated 10/24/91 | $50,000 |
| 14 | Robert L. Crane Trustee of The Robert L. Crane Living Trust | $50,000 |
| 15 | Gareth A. R. Craner Trustee of the Craner Family Trust Under Agreement dated 2/23/99 | $100,000 |
| 16 | Charles Duke Cummins & April M. Cummins husband & wife as joint tenants with the right of survivorship | $100,000 |
| 17 | Davis Investments a Nevada partnership | $80,000 |
| 18 | Todd Davis an unmarried man | $100,000 |
| 19 | Joseph Davis & Marion Sharp Co-Trustees of the Davis Family Trust | $200,000 |
| 20 | James D. Dery & Ann R. Dery husband & wife | $50,000 |
| 21 | Robert DiBias & Louise G. Sherk Trustees of the Louise G. Sherk MD a medical corporation Employee Benefit Plan Trust | $100,000 |
| 22 | Arthur T. Donaldson a married man dealing with his sole & separate property | $200,000 |
| 23 | Daniel Drubin & Laura Drubin husband & wife as joint tenants with right of survivorship | $250,000 |

| 24 | Mary E. Dunlop Trustee of the Mary E. Dunlop 1992 Trust dated 7/29/03 | $50,000 |
|----|----|----|
| 25 | Wayne A. Dutt & Cynthia Deann Dutt Trustees of the Wayne A. Dutt Trust | $100,000 |
| 26 | Carol C. Eyre & Edward E. Eyre Jr. Co-Trustees of the Trust A of the 1983 Living Trust Agreement dated 8/11/83 | $50,000 |
| 27 | Ian A. Falconer a single man | $50,000 |
| 28 | Timothy Folendorf Trustee of the Timothy Folendorf Trust dated 3/21/00 | $50,000 |
| 29 | Tad Folendorf a married man dealing with his sole and separate property | $50,000 |
| 30 | John V. Fragola an unmarried man | $50,000 |
| 31 | Ellyson J. Galloway an unmarried woman | $85,000 |
| 32 | Elwyn G. Gates & Mildred Ann Gates Trustees of the Gates Family Trust dated 6/16/00 | $50,000 |
| 33 | Martin Gittleman an unmarried man | $51,000 |
| 34 | Paul D. Graf and Margaret A. Graf husband and wife as joint tenants with the right of survivorship | $50,000 |
| 35 | Gerald W. Gray & Sherry A. Gray Co-Trustees under declaration of trust dated 7/19/79 | $85,000 |
| 36 | Betty J. Guio Trustee of the Dexter and Betty Jean Guio Trust dated 4/9/02 | $250,000 |
| 37 | Jennifer J. Harmon a single woman Cheryl Hoff a married woman and Richard K. Hoff a married man as joint tenants with the rights of survivorship | $50,000 |
| 38 | Judith A. Heinbaugh Trustee of the Judith Ann Heinbaugh Living Trust dated 4/25/96 | $100,000 |
| 39 | Dr. Allan R. Herndobler & Sue Herndobler Husband and wife as joint tenants with right of survivorship | $50,000 |
| 40 | Richard Holeyfield and Marsha Holeyfield Trustees of the Holeyfield Family Trust dated 01/12/01 | $50,000 |
| 41 | Mila Horak an unmarried woman | $50,000 |
| 42 | Houghton Dental Corp Profit Sharing Plan for benefit of Geraldine Houghton | $100,000 |
| 43 | Leif A. Johansen & Roberta K. Johansen Trustees of The Johansen Family Trust dated 10/23/87; as Amended 6/11/04 | $100,000 |
| 44 | Lawrence A. Kirkham & Kathleen B. Sanginiti Trustees of the Kirkham & Sanginiti Trust dated 2/29/96 | $50,000 |
| 45 | Kermit Kruse a married man dealing with his sole & separate property | $50,000 |
| 46 | Gerard LaBossiere & Lucille LaBossiere Trustees of the LaBossiere Family Trust dated 3/20/1987 | $50,000 |
| 47 | Gary Larson & Dolores Larson husband & wife as joint tenants with right of survivorship | $70,000 |
| 48 | Stephen Lincoln & Patricia Lincoln Trustees of the Stephen & Patricia Lincoln Trust dated 8/21/03 | $100,000 |
| 49 | World Links Group LLC a California limited liability company | $75,000 |
| 50 | William L. McQuerry Trustee of the McQuerry Family Trust dated 1/25/80 | $50,000 |
| 51 | D. G. Menchetti an unmarried man | $100,000 |

| | | |
|---|---|---|
| 52 | Sarah E. Miller Trustee of the Miller Family Trust dated 7/30/2001 | $50,000 |
| 53 | Monighetti Inc. a Nevada corporation | $50,000 |
| 54 | Eleanor Newton TTEE The Eleanor A. Newton Family Trust dtd 4/27/1995 | $50,000 |
| 55 | Robert H. O'Connor & Cathleen B. O'Connor Trustees of the O'Connor Revocable Trust UTD 9/17/97 | $100,000 |
| 56 | Alvaro V. Perez & Heidi L. Perez husband & wife as joint tenants with right of survivorship | $100,000 |
| 57 | Phil L. Pfeiler & Loy E. Pfeiler husband & wife as joint tenants with right of survivorship | $200,000 |
| 58 | Gordon Ray Phillips Trustee of The Gordon Ray and Nancy S. Phillips Living Trust dated January 17 1994 | $100,000 |
| 59 | Holly J. Pickerel a single woman | $75,000 |
| 60 | Carolyn Rand Samuelson Trustee of the Carolyn Rand Samuelson Revocable Trust dated 11/2/95 | $50,000 |
| 61 | Annemarie Rehberger Trustee of the Rehberger Family Trust dated 6/17/92 | $50,000 |
| 62 | Jean G. Richards Trustee of the Jean G. Richards Trust dated 9/30/1999 | $50,000 |
| 63 | Yankee Holdings LLC a Arizona corporation | $50,000 |
| 64 | Thomas R. Sexton a single man | $150,000 |
| 65 | Joan L. Shoop and Kenneth D. Shoop husband and wife as joint tenants with right of survivorship | $50,000 |
| 66 | Beverly Fabrics Inc. | $200,000 |
| 67 | Deanna Stein and Donald P. Stein wife and husband as joint tenants with the rights of survivorship | $50,000 |
| 68 | Beth M. & Daniel E. Thiel Trustees The Thiel Living Trust dated 2/13/99 | $50,000 |
| 69 | Harold A. Thompson & Diana C. Thompson Trustees of the Harold A. Thompson & Diana C. Thompson Revocable Family Trust dated 7/11/90 | $50,000 |
| 70 | Douglas Tichenor & Susan Tichenor husband & wife as joint tenants with right of survivorship | $50,000 |
| 71 | Yit Tisoni a single man | $85,000 |
| 72 | Donald S. Tomlin & Dorothy R. Tomlin Trustees of the Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust dated 10/24/79 | $250,000 |
| 73 | Rory L. Triantos an unmarried woman | $94,000 |
| 74 | Bunny C. Vreeland an unmarried woman | $50,000 |
| 75 | Dean Watson a married man dealing with his sole & separate property | $50,000 |
| 76 | H. Daniel Whitman Trustee of the Whitman Trust dated 12/1/04 | $50,000 |
| 77 | Richard J. Williams Trustee of The Richard J. Williams Living Trust dated 12/14/01 | $50,000 |
| 78 | Samuel C. Wilson a single man with his sole & separate property | $100,000 |
| 79 | Doris E. Winter Trustee of The Doris E. Winter Trust | $50,000 |
| 80 | Anthony P. Wynn & Sheri J. Wynn husband & wife as joint tenants with right of survivorship | $50,000 |
| 81 | C. Zrudsky Inc. | $50,000 |

TOTAL                                                    $6,450,000

"Exhibit D"

RECORDING REQUESTED BY:
Orange Coast Title Company

PREPARED BY AND WHEN RECORDED,
RETURN TO:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, Nevada 89121
(702) 734-2400



DOC # 2006-0424274
06/13/2006 08:00A Fee:50.00
Page 1 of 10
Recorded in Official Records
County of Riverside
Larry W Ward
Assessor, County Clerk & Recorder

R 911136 - 99

| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC. |
|---|---|---|------|------|----|----- |-------|-----|-------|
|   |   |   |      |      |    |      |       |     |       |
|   |   |   |      |      |    |      |       |     |       |
| A | R | L |      |      | COPY | LONG | REFUND | NCHG | EXAM |

 

## THIRD AMENDMENT TO DEED OF TRUST

## THIRD AMENDMENT TO DEED OF TRUST

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Trustor hereby agrees to the execution, delivery, and recording of this Amendment to that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated August 25, 2005, executed by **Bundy Canyon Land Development, LLC,** a California limited liability company to Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as Beneficiaries. The Deed of Trust was recorded on August 25, 2005 as Document No. 2005-0698067 in the Official Records of Riverside County, State of California; a First Amendment to Deed of Trust was recorded on September 28, 2005 as Document No. 2005-0801955 in the Official Records of Riverside County, State of California; and a Second Amendment to Deed of Trust was recorded on January 9, 2006 as Document No. 2006-0017133 in the Official Records of Riverside County, State of California.

Said Deed of Trust is hereby amended to increase the amount secured thereby from $6,450,000 to $6,700,000 and to add a new **Exhibit "A"** (in the form attached hereto) thereto to reflect the present Beneficiaries.

Dated this _10th_ day of _March_ , 2006.

TRUSTOR:    **Bundy Canyon Land Development, LLC**
By: USA Investors II, LLC, Manager
By: USA Investment Partners, LLC, its Managing Member

By: _____
Joseph D. Milanowski, Manager


BENEFICIARY:    USA Commercial Mortgage Company, Attorney-in-Fact

By: _____
Joseph D. Milanowski, President


(Notary acknowledgment follows)

1

STATE OF _Nevada_ )
                        ) ss.
COUNTY OF _Clark_ )

On _March 10_, 2006, before me, _Margaret M. Stone_, a Notary Public in and for said State, personally appeared **Joseph D. Milanowski,** President of USA Commercial Mortgage Company and Manager of USA Investment Partners, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacities, and that by his signature on the instrument, the person or the entities upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_Margaret M Stone_                                (Seal)
Signature

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

2

EXHIBIT "A"

LENDERS

| | NAMES | AMOUNT |
|---|---|---|
| 1 | Karen Adams an unmarried woman & Gary N. Taylor a single man as joint tenants with right of survivorship | $50,000 |
| 2 | Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar Living Trust dated 04/05/01 | $100,000 |
| 3 | Daniel C. Altman & Barbara A. Altman Trustees of the Altman Living Trust dated 11/4/04 | $100,000 |
| 4 | Larry Apigian & Leona Apigian husband & wife as joint tenants with right of survivorship | $50,000 |
| 5 | Thomas Avena & Cindy Avena husband & wife as joint tenants with right of survivorship | $50,000 |
| 6 | Steven Barker an unmarried man | $50,000 |
| 7 | John E. Barnes & Ginger M. Barnes husband & wife as joint tenants with right of survivorship | $50,000 |
| 8 | Robert G. Berry Jr. and Jeannette K. Berry husband and wife as joint tenants with the right of survivorship | $200,000 |
| 9 | Virgil L. Birgen & La Donna F. Birgen Trustees of the Birgen Charitable Trust dated 8/1/90 | $50,000 |
| 10 | James R. Bonfiglio & Donna M. Bonfiglio General Partners of the Broadwalk Investments Limited Partnership | $50,000 |
| 11 | Vivien C. Bonzo an unmarried woman and Sonia Rodriguez an unmarried woman as joint tenants with the right of survivorship | $50,000 |
| 12 | Doris Mae Campbell Trustee of the Doris Mae Campbell Revocable Trust of 1999 dated 3/30/99 | $50,000 |
| 13 | Evelyn G. Canepa & Scott Krusee Canepa Trustees of the Evelyn G. Canepa Trust dated 9/19/00 | $100,000 |
| 14 | Merle L. Capra & Marlys J. Capra Trustees of the Capra 1998 Trust | $50,000 |
| 15 | Ronald R. Carter & Leslie A. Carter Trustees of the Ronald R. Carter & Leslie A. Carter Revocable Trust dated 10/24/91 | $50,000 |
| 16 | Robert L. Crane Trustee of The Robert L. Crane Living Trust | $50,000 |
| 17 | Gareth A. R. Craner Trustee of the Craner Family Trust Under Agreement dated 2/23/99 | $100,000 |
| 18 | Charles Duke Cummins & April M. Cummins husband & wife as joint tenants with the right of survivorship | $100,000 |
| 19 | Davis Investments a Nevada partnership | $80,000 |
| 20 | Joseph Davis & Marion Sharp Co-Trustees of the Davis Family Trust | $200,000 |

| 21 | Todd Davis an unmarried man | $100,000 |
| 22 | James D. Dery & Ann R. Dery husband & wife | $50,000 |
| 23 | Robert DiBias & Louise G. Sherk Trustees of the Louise G. Sherk MD a medical corporation Employee Benefit Plan Trust | $100,000 |
| 24 | Arthur T. Donaldson a married man dealing with his sole & separate property | $200,000 |
| 25 | Daniel Drubin & Laura Drubin husband & wife as joint tenants with right of survivorship | $250,000 |
| 26 | Mary E. Dunlop Trustee of the Mary E. Dunlop 1992 Trust dated 7/29/03 | $50,000 |
| 27 | Wayne A. Dutt & Cynthia Deann Dutt Trustees of the Wayne A. Dutt Trust | $100,000 |
| 28 | Carol C. Eyre & Edward E. Eyre Jr. Co-Trustees of the Trust A of the 1983 Living Trust Agreement dated 8/11/83 | $50,000 |
| 29 | Ian A. Falconer a single man | $50,000 |
| 30 | Tad Folendorf a married man dealing with his sole and separate property | $50,000 |
| 31 | Timothy Folendorf Trustee of the Timothy Folendorf Trust dated 3/21/00 | $50,000 |
| 32 | John V. Fragola an unmarried man | $50,000 |
| 33 | Ellyson J. Galloway an unmarried woman | $85,000 |
| 34 | Elwyn G. Gates & Mildred Ann Gates Trustees of the Gates Family Trust dated 6/16/00 | $50,000 |
| 35 | Martin Gittleman an unmarried man | $51,000 |
| 36 | Paul D. Graf and Margaret A. Graf husband and wife as joint tenants with the right of survivorship | $50,000 |
| 37 | Gerald W. Gray & Sherry A. Gray Co-Trustees under declaration of trust dated 7/19/79 | $85,000 |
| 38 | Betty J. Guio Trustee of the Dexter and Betty Jean Guio Trust dated 4/9/02 | $250,000 |
| 39 | Jennifer J. Harmon a single woman Cheryl Hoff a married woman and Richard K. Hoff a married man as joint tenants with the rights of survivorship | $50,000 |
| 40 | Judith A. Heinbaugh Trustee of the Judith Ann Heinbaugh Living Trust dated 4/25/96 | $100,000 |
| 41 | Dr. Allan R. Herndobler & Sue Herndobler Husband and wife as joint tenants with right of survivorship | $50,000 |
| 42 | Richard Holeyfield and Marsha Holeyfield Trustees of the Holeyfield Family Trust dated 01/12/01 | $50,000 |
| 43 | Mila Horak an unmarried woman | $50,000 |
| 44 | Houghton Dental Corp Profit Sharing Plan for benefit of Geraldine Houghton | $100,000 |
| 45 | Leif A. Johansen & Roberta K. Johansen Trustees of The Johansen Family Trust dated 10/23/87; as Amended 6/11/04 | $100,000 |
| 46 | Lawrence A. Kirkham & Kathleen B. Sanginiti Trustees of the Kirkham & Sanginiti Trust dated 2/29/96 | $50,000 |
| 47 | Kermit Kruse a married man dealing with his sole & separate property | $50,000 |

| 48 | Gerard A. LaBossiere & Lucille LaBossiere Trustees of the LaBossiere Family Trust dated 3/20/1987 | $50,000 |
| 49 | Gary Larson & Dolores Larson husband & wife as joint tenants with right of survivorship | $70,000 |
| 50 | Stephen Lincoln & Patricia Lincoln Trustees of the Stephen & Patricia Lincoln Trust dated 8/21/03 | $100,000 |
| 51 | World Links Group LLC a California limited liability company | $75,000 |
| 52 | William L. McQuerry Trustee of the McQuerry Family Trust dated 1/25/80 | $50,000 |
| 53 | D. G. Menchetti an unmarried man | $100,000 |
| 54 | Sarah E. Miller Trustee of the Miller Family Trust dated 7/30/2001 | $50,000 |
| 55 | Monighetti Inc. a Nevada corporation | $50,000 |
| 56 | Eleanor Newton TTEE The Eleanor A. Newton Family Trust dtd 4/27/1995 | $50,000 |
| 57 | Robert H. O'Connor & Cathleen B. O'Connor Trustees of the O'Connor Revocable Trust UTD 9/17/97 | $100,000 |
| 58 | Alvaro V. Perez & Heidi L. Perez husband & wife as joint tenants with right of survivorship | $100,000 |
| 59 | Phil L. Pfeiler & Loy E. Pfeiler husband & wife as joint tenants with right of survivorship | $200,000 |
| 60 | Gordon Ray Phillips Trustee of The Gordon Ray and Nancy S. Phillips Living Trust dated January 17 1994 | $100,000 |
| 61 | Holly J. Pickerel a single woman | $75,000 |
| 62 | Carolyn Rand Samuelson Trustee of the Carolyn Rand Samuelson Revocable Trust dated 11/2/95 | $50,000 |
| 63 | Annemarie Rehberger Trustee of the Rehberger Family Trust dated 6/17/92 | $50,000 |
| 64 | Jean G. Richards Trustee of the Jean G. Richards Trust dated 9/30/1999 | $50,000 |
| 65 | Yankee Holdings LLC a Arizona corporation | $50,000 |
| 66 | Thomas R. Sexton a single man | $150,000 |
| 67 | Joan L. Shoop and Kenneth D. Shoop husband and wife as joint tenants with right of survivorship | $50,000 |
| 68 | Beverly Fabrics Inc. | $200,000 |
| 69 | Deanna Stein and Donald P. Stein wife and husband as joint tenants with the rights of survivorship | $50,000 |
| 70 | Beth M. & Daniel E. Thiel Trustees The Thiel Living Trust dated 2/13/99 | $50,000 |
| 71 | Harold A. Thompson & Diana C. Thompson Trustees of the Harold A. Thompson & Diana C. Thompson Revocable Family Trust dated 7/11/90 | $50,000 |
| 72 | Douglas Tichenor & Susan Tichenor husband & wife as joint tenants with right of survivorship | $50,000 |
| 73 | Yit Tisoni a single man | $85,000 |
| 74 | Donald S. Tomlin & Dorothy R. Tomlin Trustees of the Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust dated 10/24/79 | $250,000 |

| 75 | Rory L. Triantos an unmarried woman | $94,000 |
| 76 | Bunny C. Vreeland an unmarried woman | $50,000 |
| 77 | Dean Watson a married man dealing with his sole & separate property | $50,000 |
| 78 | H. Daniel Whitman Trustee of the Whitman Trust dated 12/1/04 | $50,000 |
| 79 | Richard J. Williams Trustee of The Richard J. Williams Living Trust dated 12/14/01 | $50,000 |
| 80 | Samuel C. Wilson a single man with his sole & separate property | $100,000 |
| 81 | Doris E. Winter Trustee of The Doris E. Winter Trust | $50,000 |
| 82 | Anthony P. Wynn & Sheri J. Wynn husband & wife as joint tenants with right of survivorship | $50,000 |
|  | C. Zrudsky Inc. | $50,000 |
|  | TOTAL | $6,700,000 |

EXHIBIT "B"

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

THE NORTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER AND THE SOUTH HALF OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER, ALL IN SECTION 20, TOWNSHIP 6 SOUTH, RANGE 3 WEST, SAN BERNARDINO BASE AND MERIDIAN.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 2:

LOTS 1, 2, 5, 6, 9, 10, 15, 16, 19, 20, 23 AND 24 OF BLOCK 9 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS

PARCEL 3:

LOTS 3, 4 ,7, 8, 11, 12, 13, 14, 18, 21, AND 22 IN BLOCK 10 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 4:

LOTS 5, 6, 9, 10, 15, 19 AND 20 IN BLOCK 11 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 5:

LOTS 1, 2, 5, 6, 9, 10, 15, 16, 19, 20 ,23 AND 24 IN BLOCK 12 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

*LEGAL DESCRIPTION CONTINUED* - PAGE ONE

Bundy Cyn $7.5M

PARCEL 6:

LOTS 5, 6, 9, 10, 15, 16, 19, 20, 23 AND 24 IN BLOCK 17 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS

PARCEL 7:

LOTS 3, 4, 9, 10, 15, 16, 21 AND 22 IN BLOCK 18 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS

PARCEL 8:

LOTS 3, 4, 7, 8, 11, 12, 13, 14, 17, 18, 21 AND 22 IN BLOCK 9 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 9:

LOTS 1, 2, 5, 6, 9, 10, 15, 16, 17, 19, 20, 23 AND 24 IN BLOCK 10 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 10:

LOTS 1, 2, 3, 4, 11, 12, 13, 14, 18, 21, 22, 23 AND 24 IN BLOCK 11 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

*LEGAL DESCRIPTION CONTINUED* – PAGE TWO

Bundy Cyn $7.5M

PARCEL 11:

LOTS 1, 2, 5, 6, 7 ,8, 17, 18, 19, 20 ,23 AND 24 IN BLOCK 19 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 12:

LOTS 3, 4, 7, 8, 11, 12, 13, 14, 17, 18, 21 AND 22 IN BLOCK 12 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 13:

LOTS 1, 2, 5, 6, 7, 8, 11, 12, 13, 14, 17, 18, 19, 20, 23 AND 24 IN BLOCK 18 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 14:

LOTS 3, 4, 9, 10, 15, 16, 21 AND 22 IN BLOCK 19 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 15:

LOTS 4, 7, 8, 11, 12, 13, 14, 17, 21 AND 22 IN BLOCK 17 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

LEGAL DESCRIPTION END – PAGE THREE

Bundy Cyn $7.5M