Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR<br><br>Date: |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Time: |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **DECLARATION OF MARY C. ANTINORA IN SUPPORT OF DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN ESCROW**<br><br>**(AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |

1

I, Mary C. Antinora, hereby declare, verify and state as follows:

1. I am a Senior Escrow Officer and Assistant Vice-President of Chicago Title Company. I make this Declaration in support of Debtor's Motion to Return Investor Funds Held in Escrow. This Declaration is based upon my personal knowledge and the facts set forth herein.

2. In March, 2006, in my capacity as a Senior Escrow Officer, I received $250,000 from USA Commercial Mortgage Company ("USACM") that was to be held in escrow pending the recordation of a Third Amendment to Deed of Trust (a copy of which is attached hereto as Exhibit A) covering real property located in Riverside, California (the "Property"), and the issuance of directions from USACM to release the funds to Bundy Canyon Land Development, LLC ("Borrower").

3. On April 11, 2006, I sent the executed Third Amendment to Deed of Trust to Orange Coast Title Company, which had an office in Riverside, California, with instructions to "Abstract and Hold, Escrow Will Advise."

4. Shortly thereafter, I learned that on April 13, 2006, USACM had filed for bankruptcy. As a result, I determined that the $250,000 in funds being held in escrow should not be released to Borrower and the Third Amendment to Deed of Trust should not be recorded. Therefore, I never directed Orange Coast Title Company to record the Third Amendment to Deed of Trust.

5. Notwithstanding the foregoing, on June 13, 2006, Orange Coast Title Company mistakenly caused the Third Amendment to Deed of Trust to be recorded in the Official Records of Riverside County, California, as Document No. 2006-0424274.

6. At all times after April 13, 2006, the $250,000 in funds received from USACM have been held in an escrow account at Chicago Title Company and have not been released to the Borrower.

7. I have informed USACM, on behalf of Chicago Title Company, that due to the pending bankruptcy case of USACM, Chicago Title Company will not release the funds to either the Borrower or USACM without an order of the Bankruptcy Court in which USACM's bankruptcy

2

case has been filed.

I declare, under penalty of perjury, that, to the best of my knowledge, information and belief, that the foregoing is true and correct.

Executed this 16th day of November, 2006.

_____
Mary C. Antinora

901067

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

*"Exhibit A"*

RECORDING REQUESTED BY:
Orange Coast Title Company

PREPARED BY AND WHEN RECORDED,
RETURN TO:
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, Nevada 89121
(702) 734-2400

R 911136-99

DOC # 2006-0424274
06/13/2006 08:00A Fee:50.00
Page 1 of 10
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder



| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC. |
|---|---|---|------|------|----|----|------|-----|------|
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
| A | R | L |   |   | COPY | LONG | REFUND | NCHG | EXAM |

50   

## THIRD AMENDMENT TO DEED OF TRUST

## THIRD AMENDMENT TO DEED OF TRUST

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Trustor hereby agrees to the execution, delivery, and recording of this Amendment to that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated August 25, 2005, executed by **Bundy Canyon Land Development, LLC,** a California limited liability company to Orange Coast Title Company as Trustee, in favor of those persons listed on Exhibit "A" as Beneficiaries. The Deed of Trust was recorded on August 25, 2005 as Document No. 2005-0698067 in the Official Records of Riverside County, State of California; a First Amendment to Deed of Trust was recorded on September 28, 2005 as Document No. 2005-0801955 in the Official Records of Riverside County, State of California; and a Second Amendment to Deed of Trust was recorded on January 9, 2006 as Document No. 2006-0017133 in the Official Records of Riverside County, State of California.

Said Deed of Trust is hereby amended to increase the amount secured thereby from $6,450,000 to $6,700,000 and to add a new **Exhibit "A"** (in the form attached hereto) thereto to reflect the present Beneficiaries.

Dated this 10th day of March, 2006.

**TRUSTOR:** Bundy Canyon Land Development, LLC
By: USA Investors II, LLC, Manager
By: USA Investment Partners, LLC, its Managing Member

By: _____
Joseph D. Milanowski, Manager

**BENEFICIARY:** USA Commercial Mortgage Company, Attorney-in-Fact

By: _____
Joseph D. Milanowski, President

(Notary acknowledgment follows)

1

STATE OF _Nevada_ )
) ss.
COUNTY OF _Clark_ )

On _March 10_, 2006, before me, _Margaret M. Stone_, a Notary Public in and for said State, personally appeared **Joseph D. Milanowski,** President of USA Commercial Mortgage Company and Manager of USA Investment Partners, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacities, and that by his signature on the instrument, the person or the entities upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_Margaret M Stone_
Signature

(Seal)

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1

2

## EXHIBIT "A"

## LENDERS

| | NAMES | AMOUNT |
|---|---|---|
| 1 | Karen Adams an unmarried woman & Gary N. Taylor a single man as joint tenants with right of survivorship | $50,000 |
| 2 | Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar Living Trust dated 04/05/01 | $100,000 |
| 3 | Daniel C. Altman & Barbara A. Altman Trustees of the Altman Living Trust dated 11/4/04 | $100,000 |
| 4 | Larry Apigian & Leona Apigian husband & wife as joint tenants with right of survivorship | $50,000 |
| 5 | Thomas Avena & Cindy Avena husband & wife as joint tenants with right of survivorship | $50,000 |
| 6 | Steven Barker an unmarried man | $50,000 |
| 7 | John E. Barnes & Ginger M. Barnes husband & wife as joint tenants with right of survivorship | $50,000 |
| 8 | Robert G. Berry Jr. and Jeannette K. Berry husband and wife as joint tenants with the right of survivorship | $200,000 |
| 9 | Virgil L. Birgen & La Donna F. Birgen Trustees of the Birgen Charitable Trust dated 8/1/90 | $50,000 |
| 10 | James R. Bonfiglio & Donna M. Bonfiglio General Partners of the Broadwalk Investments Limited Partnership | $50,000 |
| 11 | Vivien C. Bonzo an unmarried woman and Sonia Rodriguez an unmarried woman as joint tenants with the right of survivorship | $50,000 |
| 12 | Doris Mae Campbell Trustee of the Doris Mae Campbell Revocable Trust of 1999 dated 3/30/99 | $50,000 |
| 13 | Evelyn G. Canepa & Scott Krusee Canepa Trustees of the Evelyn G. Canepa Trust dated 9/19/00 | $100,000 |
| 14 | Merle L. Capra & Marlys J. Capra Trustees of the Capra 1998 Trust | $50,000 |
| 15 | Ronald R. Carter & Leslie A. Carter Trustees of the Ronald R. Carter & Leslie A. Carter Revocable Trust dated 10/24/91 | $50,000 |
| 16 | Robert L. Crane Trustee of The Robert L. Crane Living Trust | $50,000 |
| 17 | Gareth A. R. Craner Trustee of the Craner Family Trust Under Agreement dated 2/23/99 | $100,000 |
| 18 | Charles Duke Cummins & April M. Cummins husband & wife as joint tenants with the right of survivorship | $100,000 |
| 19 | Davis Investments a Nevada partnership | $80,000 |
| 20 | Joseph Davis & Marion Sharp Co-Trustees of the Davis Family Trust | $200,000 |

Bundy $7.5M Amend 3 ($250K)        Page 1 of 4

| | | |
|---|---|---|
| 21 | Todd Davis an unmarried man | $100,000 |
| 22 | James D. Dery & Ann R. Dery husband & wife | $50,000 |
| 23 | Robert DiBias & Louise G. Sherk Trustees of the Louise G. Sherk MD a medical corporation Employee Benefit Plan Trust | $100,000 |
| 24 | Arthur T. Donaldson a married man dealing with his sole & separate property | $200,000 |
| 25 | Daniel Drubin & Laura Drubin husband & wife as joint tenants with right of survivorship | $250,000 |
| 26 | Mary E. Dunlop Trustee of the Mary E. Dunlop 1992 Trust dated 7/29/03 | $50,000 |
| 27 | Wayne A. Dutt & Cynthia Deann Dutt Trustees of the Wayne A. Dutt Trust | $100,000 |
| 28 | Carol C. Eyre & Edward E. Eyre Jr. Co-Trustees of the Trust A of the 1983 Living Trust Agreement dated 8/11/83 | $50,000 |
| 29 | Ian A. Falconer a single man | $50,000 |
| 30 | Tad Folendorf a married man dealing with his sole and separate property | $50,000 |
| 31 | Timothy Folendorf Trustee of the Timothy Folendorf Trust dated 3/21/00 | $50,000 |
| 32 | John V. Fragola an unmarried man | $50,000 |
| 33 | Ellyson J. Galloway an unmarried woman | $85,000 |
| 34 | Elwyn G. Gates & Mildred Ann Gates Trustees of the Gates Family Trust dated 6/16/00 | $50,000 |
| 35 | Martin Gittleman an unmarried man | $51,000 |
| 36 | Paul D. Graf and Margaret A. Graf husband and wife as joint tenants with the right of survivorship | $50,000 |
| 37 | Gerald W. Gray & Sherry A. Gray Co-Trustees under declaration of trust dated 7/19/79 | $85,000 |
| 38 | Betty J. Guio Trustee of the Dexter and Betty Jean Guio Trust dated 4/9/02 | $250,000 |
| 39 | Jennifer J. Harmon a single woman Cheryl Hoff a married woman and Richard K. Hoff a married man as joint tenants with the rights of survivorship | $50,000 |
| 40 | Judith A. Heinbaugh Trustee of the Judith Ann Heinbaugh Living Trust dated 4/25/96 | $100,000 |
| 41 | Dr. Allan R. Herndobler & Sue Herndobler Husband and wife as joint tenants with right of survivorship | $50,000 |
| 42 | Richard Holeyfield and Marsha Holeyfield Trustees of the Holeyfield Family Trust dated 01/12/01 | $50,000 |
| 43 | Mila Horak an unmarried woman | $50,000 |
| 44 | Houghton Dental Corp Profit Sharing Plan for benefit of Geraldine Houghton | $100,000 |
| 45 | Leif A. Johansen & Roberta K. Johansen Trustees of The Johansen Family Trust dated 10/23/87; as Amended 6/11/04 | $100,000 |
| 46 | Lawrence A. Kirkham & Kathleen B. Sanginiti Trustees of the Kirkham & Sanginiti Trust dated 2/29/96 | $50,000 |
| 47 | Kermit Kruse a married man dealing with his sole & separate property | $50,000 |

| | | |
|---|---|---|
| 48 | Gerard A. LaBossiere & Lucille LaBossiere Trustees of the LaBossiere Family Trust dated 3/20/1987 | $50,000 |
| 49 | Gary Larson & Dolores Larson husband & wife as joint tenants with right of survivorship | $70,000 |
| 50 | Stephen Lincoln & Patricia Lincoln Trustees of the Stephen & Patricia Lincoln Trust dated 8/21/03 | $100,000 |
| 51 | World Links Group LLC a California limited liability company | $75,000 |
| 52 | William L. McQuerry Trustee of the McQuerry Family Trust dated 1/25/80 | $50,000 |
| 53 | D. G. Menchetti an unmarried man | $100,000 |
| 54 | Sarah E. Miller Trustee of the Miller Family Trust dated 7/30/2001 | $50,000 |
| 55 | Monighetti Inc. a Nevada corporation | $50,000 |
| 56 | Eleanor Newton TTEE The Eleanor A. Newton Family Trust dtd 4/27/1995 | $50,000 |
| 57 | Robert H. O'Connor & Cathleen B. O'Connor Trustees of the O'Connor Revocable Trust UTD 9/17/97 | $100,000 |
| 58 | Alvaro V. Perez & Heidi L. Perez husband & wife as joint tenants with right of survivorship | $100,000 |
| 59 | Phil L. Pfeiler & Loy E. Pfeiler husband & wife as joint tenants with right of survivorship | $200,000 |
| 60 | Gordon Ray Phillips Trustee of The Gordon Ray and Nancy S. Phillips Living Trust dated January 17 1994 | $100,000 |
| 61 | Holly J. Pickerel a single woman | $75,000 |
| 62 | Carolyn Rand Samuelson Trustee of the Carolyn Rand Samuelson Revocable Trust dated 11/2/95 | $50,000 |
| 63 | Annemarie Rehberger Trustee of the Rehberger Family Trust dated 6/17/92 | $50,000 |
| 64 | Jean G. Richards Trustee of the Jean G. Richards Trust dated 9/30/1999 | $50,000 |
| 65 | Yankee Holdings LLC a Arizona corporation | $50,000 |
| 66 | Thomas R. Sexton a single man | $150,000 |
| 67 | Joan L. Shoop and Kenneth D. Shoop husband and wife as joint tenants with right of survivorship | $50,000 |
| 68 | Beverly Fabrics Inc. | $200,000 |
| 69 | Deanna Stein and Donald P. Stein wife and husband as joint tenants with the rights of survivorship | $50,000 |
| 70 | Beth M. & Daniel E. Thiel Trustees The Thiel Living Trust dated 2/13/99 | $50,000 |
| 71 | Harold A. Thompson & Diana C. Thompson Trustees of the Harold A. Thompson & Diana C. Thompson Revocable Family Trust dated 7/11/90 | $50,000 |
| 72 | Douglas Tichenor & Susan Tichenor husband & wife as joint tenants with right of survivorship | $50,000 |
| 73 | Yit Tisoni a single man | $85,000 |
| 74 | Donald S. Tomlin & Dorothy R. Tomlin Trustees of the Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust dated 10/24/79 | $250,000 |

| | | |
|---|---|---|
| 75 | Rory L. Triantos an unmarried woman | $94,000 |
| 76 | Bunny C. Vreeland an unmarried woman | $50,000 |
| 77 | Dean Watson a married man dealing with his sole & separate property | $50,000 |
| 78 | H. Daniel Whitman Trustee of the Whitman Trust dated 12/1/04 | $50,000 |
| 79 | Richard J. Williams Trustee of The Richard J. Williams Living Trust dated 12/14/01 | $50,000 |
| 80 | Samuel C. Wilson a single man with his sole & separate property | $100,000 |
| 81 | Doris E. Winter Trustee of The Doris E. Winter Trust | $50,000 |
| 82 | Anthony P. Wynn & Sheri J. Wynn husband & wife as joint tenants with right of survivorship | $50,000 |
| | C. Zrudsky Inc. | $50,000 |
| | TOTAL | $6,700,000 |

EXHIBIT "B"

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

THE NORTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER AND THE SOUTH HALF OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER, ALL IN SECTION 20, TOWNSHIP 6 SOUTH, RANGE 3 WEST, SAN BERNARDINO BASE AND MERIDIAN.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 2:

LOTS 1, 2, 5, 6, 9, 10, 15, 16, 19, 20, 23 AND 24 OF BLOCK 9 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS

PARCEL 3:

LOTS 3, 4 ,7, 8, 11, 12, 13, 14, 18, 21, AND 22 IN BLOCK 10 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 4:

LOTS 5, 6, 9, 10, 15, 19 AND 20 IN BLOCK 11 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 5:

LOTS 1, 2, 5, 6, 9, 10, 15, 16, 19, 20 ,23 AND 24 IN BLOCK 12 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

*LEGAL DESCRIPTION CONTINUED* - PAGE ONE

Bundy Cyn $7.5M

PARCEL 6:

LOTS 5, 6, 9, 10, 15, 16, 19, 20, 23 AND 24 IN BLOCK 17 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 7:

LOTS 3, 4, 9, 10, 15, 16, 21 AND 22 IN BLOCK 18 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 8:

LOTS 3, 4, 7, 8, 11, 12, 13, 14, 17, 18, 21 AND 22 IN BLOCK 9 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 9:

LOTS 1, 2, 5, 6, 9, 10, 15, 16, 17, 19, 20, 23 AND 24 IN BLOCK 10 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 10:

LOTS 1, 2, 3, 4, 11, 12, 13, 14, 18, 21, 22, 23 AND 24 IN BLOCK 11 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

*LEGAL DESCRIPTION CONTINUED* – PAGE TWO

Bundy Cyn $7.5M

PARCEL 11:

LOTS 1, 2, 5, 6, 7, 8, 17, 18, 19, 20, 23 AND 24 IN BLOCK 19 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 12:

LOTS 3, 4, 7, 8, 11, 12, 13, 14, 17, 18, 21 AND 22 IN BLOCK 12 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 13:

LOTS 1, 2, 5, 6, 7, 8, 11, 12, 13, 14, 17, 18, 19, 20, 23 AND 24 IN BLOCK 18 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 14:

LOTS 3, 4, 9, 10, 15, 16, 21 AND 22 IN BLOCK 19 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

PARCEL 15:

LOTS 4, 7, 8, 11, 12, 13, 14, 17, 21 AND 22 IN BLOCK 17 OF LAKE ELSINORE COUNTRY HOME ACRES, IN THE COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 13 PAGES 2 AND 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT ALL MINERALS, OILS, GASES, AND OTHER HYDROCARBONS THAT MAY BE WITHIN OR UNDER SAID LAND WITHOUT, HOWEVER, THE RIGHT TO DRILL, DIG OR MINE THROUGH THE SURFACE THEREOF AS RESERVED BY WALTER M. JOHNSON AND RUTH RAE JOHNSON IN DEED RECORDED AUGUST 12, 1966 AS INSTRUMENT NO. 82545, OFFICIAL RECORDS.

LEGAL DESCRIPTION END – PAGE THREE

Bundy Cyn $7.5M