Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
    and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-In-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF ENTRY OF AMENDED STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO ASSUME OR REJECT LEASE WITH HASPINOV, LLC (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: N/A<br>Time: N/A |

**NOTICE IS HEREBY GIVEN** that an Amended Stipulation And Order Regarding Extension Of Time To Assume Or Reject Lease With Haspinov, LLC (Affects USA Commercial Mortgage Company) was entered on November 09, 2006, a copy of which is attached hereto.

DATED: November 20, 2006

Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

**Entered on Docket**
**November 09, 2006**

Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-In-Possesion

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br> Debtor. | Case No. BK-S-06-10725 LBR <br> Case No. BK-S-06-10726 LBR <br> Case No. BK-S-06-10727 LBR <br> Case No. BK-S-06-10728 LBR <br> Case No. BK-S-06-10729 LBR |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br> Debtor. | Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br> Debtor. | Jointly Administered Under <br> Case No. BK-S-06-10725 LBR |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br> Debtor. | **AMENDED STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO ASSUME OR REJECT LEASE WITH HASPINOV, LLC (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| In re: <br> USA SECURITIES, LLC, <br> Debtor. | |

1

P:\USA Commercial Mortgage\Pleadings\Haspinov Lease Stipulation\Stipulation & Order Re Haspinov Lease Extension.doc

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

Date: N/A
Time: N/A

USA Commercial Mortgage Company, Debtor and Debtor-In-Possession ("Debtor"), by and through its counsel, Jeanette E. McPherson, Esq., of Schwartzer & McPherson Law Firm, and Haspinov, LLC, by and through its counsel, Jeffrey R. Sylvester, Esq., hereby stipulate and agree as follows:

**WHEREAS** the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on April 13, 2006 (the "Petition Date"), and the Debtor continues to operate its business and possess its property as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

**WHEREAS** the Debtor is a lessee under an "Office Lease" with Haspinov, LLC ("Haspinov") as the landlord (the "Lease).

**WHEREAS**, under the Lease, the Debtor leases real property located at 4480 South Pecos Road, Las Vegas, Nevada 89121 (the "Premises").

**WHEREAS** the term of the Lease was to commence on April 1, 2002 and is to expire "on the same day of the 120th successive month following the first month of the lease, said term being ten years."

**WHEREAS** due to the status of this bankruptcy case, the Debtor has not made a decision whether to assume or reject the lease.

**WHEREAS** the original time to assume or reject the Lease under 11 U.S.C. § 365(d)(4) expired on August 11, 2006.

**WHEREAS** because the Debtor has not made a decision whether to assume or reject the Lease due to the status of this bankruptcy case, "cause" under 11 U.S.C. § 365(d)(4) existed to extend the time for the Debtor to assume or reject the Lease. As a result, the Debtor and Haspinov stipulated and agreed that the Debtor has until November 11, 2006 to assume or reject the Lease.

2

P:\USA Commercial Mortgage\Pleadings\Haspinov Lease Stipulation\Stipulation & Order Re Haspinov Lease Extension.doc

1  **WHEREAS** "cause" under § 365(d)(4) exists to extend the time further for the Debtor to
2  assume or reject the Lease due to the status of this bankruptcy case, and Haspinov has agreed to
3  extend the time to assume or reject the Lease until the later of either 60 days after entry of an order
4  confirming the Debtor's plan of reorganization or March 30, 2007.

5  **NOW, THEREFORE**, in consideration of the foregoing, the Debtor and Haspinov agree
6  as follows:

7      1.    The foregoing recitals are true and incorporated herein in full.

8      2.    The deadline for the Debtor to assume or reject the Lease under 11 U.S.C. §
9  365(d)(4) is hereby extended to the later of either 60 days after entry of an order confirming the
10 Debtor's plan of reorganization or March 30, 2007.

11 Dated: November 3, 2006.                                    Dated: Nov 3, 2006.

12 _____                                 _____
13 Jeanette E. McPherson, Esq.                                 Jeffrey R. Sylvester, Esq.
   Schwartzer & McPherson Law Firm                             Sylvester & Polednak
14 2850 South Jones Boulevard, Suite 1                         7371 Prairie Falcon, #120
   Las Vegas, Nevada 89146                                     Las Vegas, NV 89128
15 Attorneys for Debtors and Debtors-In-Possession             Attorneys for Haspinov, LLC

16 **IT IS SO ORDERED.**

17 Submitted by:

18

19 _____
20 Jeanette E. McPherson, Esq.
   Schwartzer & McPherson Law Firm
21 2850 South Jones Boulevard, Suite 1
   Las Vegas, Nevada 89146

22
   and
23
   Annette W. Jarvis, Utah Bar No. 1649
24 RAY QUINNEY & NEBEKER P.C.
   36 South State Street, Suite 1400
25 P.O. Box 45385
   Salt Lake City, Utah 84145-0385
26 Attorneys for Debtors and Debtors-In-Possession

27                                                 ###

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3
P:\USA Commercial Mortgage\Pleadings\Haspinov Lease Stipulation\Stipulation & Order Re Haspinov Lease Extension.doc
Received Time Nov. 3. 2:12PM