1 | Annette W. Jarvis, Utah Bar No. 1649                              **E-FILED NOVEMBER 21, 2006**
   | Steven C. Strong, Utah Bar No. 6340
2 | RAY QUINNEY & NEBEKER P.C.
   | 36 South State Street, Suite 1400
3 | P.O. Box 45385
   | Salt Lake City, Utah 84145-0385
4 | Telephone: (801) 532-1500
   | Facsimile: (801) 532-7543
5 | Email: ajarvis@rqn.com
   |     and
6 | Lenard E. Schwartzer
   | Nevada Bar No. 0399
7 | Jeanette E. McPherson
   | Nevada Bar No. 5423
8 | Schwartzer & McPherson Law Firm
9 | 2850 South Jones Boulevard, Suite 1
   | Las Vegas, Nevada 89146-5308
10 | Telephone: (702) 228-7590
    | Facsimile: (702) 892-0122
11 | E-Mail: bkfilings@s-mlaw.com
12 | Attorneys for Debtors and Debtors-In-Possession

**SCHWARTZER & McPHERSON LAW FIRM**
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                            Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                                            Debtor. | Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                                            Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                                            Debtor. | **CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF AMENDED STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO ASSUME OR REJECT LEASE WITH HASPINOV, LLC (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| In re:<br><br>USA SECURITIES, LLC,<br><br>                                            Debtor. | |
| Affects:<br>  ☐ All Debtors<br>  ☒ USA Commercial Mortgage Company<br>  ☐ USA Securities, LLC<br>  ☐ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Deed Fund, LLC<br>  ☐ USA First Trust Deed Fund, LLC | Date: N/A<br>Time: N/A |

1

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. On November 21, 2006 I served the following document(s):

   a. Notice Of Entry Of Amended Stipulation And Order Regarding Extension Of Time To Assume Or Reject Lease With Haspinov, LLC [Affects USA Commercial Mortgage Company]

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System:**

FRANKLIN C. ADAMS   franklin.adams@bbklaw.com,arthur.johnston@bbklaw.com

KELLY J. BRINKMAN   kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK   brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER mqc@callister-reynolds.com,

maggie@callisterreynolds.com

CANDACE C CARLYON   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;

bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com;sbrown@lrlaw.com

KEVIN B. CHRISTENSEN   kbchrislaw@aol.com,

JANET L. CHUBB !   tbw@jonesvargas.com

JEFFREY A. COGAN   jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE   cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM   bankruptcy@rocgd.com

LAUREL E. DAVIS   bklsclv@lionelsawyer.com,

ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING   sfleming@halelane.com,

dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN   bankruptcynotices@gordonsilver.com

TALITHA B. GR! AY   bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com

1  EDWARD J. HANIGAN     haniganlaw@earthlink.net, haniganlaw1@earthlink.net

2  XANNA R. HARDMAN     xanna.hardman@gmail.com,

3  CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

4  EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

5  ANNETTE W JARVIS     ajarvis@rqn.com

6  ROBERT R. KINAS     rkinas@swlaw.com,

7  mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

8  NILE LEATHAM   &nb! sp nleatham@klnevada.com,

9  ckishi@klnevada.com;bankruptcy@klnevada.com

10  ROBERT C. LEPOME     robert@robertlepome.com, susan@robertlepome.com

11  REGINA M. MCCONNELL     rmcconnell@kssattorneys.com,

12  WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com,

13  RICHARD MCKNIGHT     mcknightlaw@cox.net,

14  gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

15  SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com,

16  smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmi

17  th@sheacarlyon.com

18  DAVID MINCIN !     mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawl

19  asvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

20  JOHN F MURTHA     jmurtha@woodburnandwedge.com

21  DONNA M. OSBORN     jinouye@marquisaurbach.com,

22  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.

23  com;kgallegos@MarquisAurbach.com

24  DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com

25  PAUL C RAY     info@johnpeterlee.com

26  SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

27  SHLOMO S. SHERMAN     ssherman@sheacarlyon.com,

28  aboehmer@sheacarlyon.com;bank!

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

1  ruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;r

2  smith@sheacarlyon.com

3  JEFFREY G. SLOANE      gjklepel@yahoo.com, rmcconnell@kssattorneys.com

4  PETER SUSI      cheryl@msmlaw.com, msm@msmlaw.com

5  CARYN S. TIJSSELING      cst@beesleyandpeck.com, aha@beesleyandpeck.com

6  U.S. TRUSTEE - LV - 11      USTPRegion17.lv.ecf@usdoj.gov,

7  JOAN C WRIGHT      jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

8  MATTHEW C. ZIRZOW      bankruptcynotices@gordonsilver.com

9

10  ☐    b.    **By United States mail, postage fully prepaid**

11

12  ☐    c.    **By Personal Service**
            I personally delivered the document(s) to the persons at these addresses:

13      ☐    For a party represented by an attorney, delivery was made by handing the
14  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
    other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
15  in the office.

16      ☐    For a party, delivery was made by handing the document(s) to the party or by
    leaving the document(s) at the person's dwelling house or usual place of abode with someone of
17  suitable age and discretion residing there.

18

19  ☐    d.    **By direct email (as opposed to through the ECF System)**

20      Based upon the written agreement to accept service by email or a court order, I
21  caused the document(s) to be sent to the persons at the email addresses listed below. I did not
    receive, within a reasonable time after the transmission, any electronic message or other indication
22  that the transmission was unsuccessful.

23

24  ☐    e.    **By fax transmission**

25      Based upon the written agreement of the parties to accept service by fax
    transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
26  below. No error was reported by the fax machine that I used. A copy of the record of the fax
    transmission is attached.

27

28  ☐    f.    **By messenger**

4

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:      November 21, 2006

Christi Vanderlip                                              /s/       *Christi Vanderlip*
(Name of Declarant)                                      (Signature of Declarant)

P:\USA Commercial Mortgage\Pleadings\Haspinov Lease Stipulation\COS Stipulation & Order Re Haspinov Lease Extension112106.doc

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122