Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
  and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED NOVEMBER 21, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF AMENDED STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO ASSUME OR REJECT LEASE WITH PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP [AFFECTS USA COMMERCIAL MORTGAGE COMPANY]** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: N/A<br>Time: N/A |

1

COS Amended Stipulation and Order Re extension of lease with Pecos

1. On November 21, 2006 I served the following document(s):

   a. Notice Of Entry Of Amended Stipulation And Order Regarding Extension Of Time To Assume Or Reject Lease With Pecos Professional Park Limited Partnership [Affects USA Commercial Mortgage Company]

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System:**

FRANKLIN C. ADAMS   franklin.adams@bbklaw.com,arthur.johnston@bbklaw.com

KELLY J. BRINKMAN   kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK   brooksbanktl@sbcglobal.net, kayal@sbcglobal.net

MATTHEW Q. CALLISTER   mqc@callister-reynolds.com, maggie@callisterreynolds.com

CANDACE C CARLYON   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com;sbrown@lrlaw.com

KEVIN B. CHRISTENSEN   kbchrislaw@aol.com,

JANET L. CHUBB !   tbw@jonesvargas.com

JEFFREY A. COGAN   jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE   cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM   bankruptcy@rocgd.com

LAUREL E. DAVIS   bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING   sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN   bankruptcynotices@gordonsilver.com

TALITHA B. GR! AY   bankruptcynotices@gordonsilver.com

| | |
|---|---|
| 1 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 2 | EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net |
| 3 | XANNA R. HARDMAN    xanna.hardman@gmail.com, |
| 4 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 5 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 6 | ANNETTE W JARVIS    ajarvis@rqn.com |
| 7 | ROBERT R. KINAS    rkinas@swlaw.com, |
| 8 | mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com |
| 9 | NILE LEATHAM    &nb! sp nleatham@klnevada.com, |
| 10 | ckishi@klnevada.com;bankruptcy@klnevada.com |
| 11 | ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com |
| 12 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com, |
| 13 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com, |
| 14 | RICHARD MCKNIGHT    mcknightlaw@cox.net, |
| 15 | gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 16 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, |
| 17 | smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmi |
| 18 | th@sheacarlyon.com |
| 19 | DAVID MINCIN !    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawl |
| 20 | asvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com |
| 21 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 22 | DONNA M. OSBORN    jinouye@marquisaurbach.com, |
| 23 | dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach. |
| 24 | com;kgallegos@MarquisAurbach.com |
| 25 | DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 26 | PAUL C RAY    info@johnpeterlee.com |
| 27 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |
| 28 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 - Fax: (702) 892-0122

1  aboehmer@sheacarlyon.com;bank!

2  ruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;r

3  smith@sheacarlyon.com

4  JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

5  PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

6  CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com

7  U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,

8  JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

9  MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

☐    b.    **By United States mail, postage fully prepaid**

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

4
COS Amended Stipulation and Order Re extension of lease with Pecos

☐     f.     **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     November 21, 2006

Christi Vanderlip                               /s/     *Christi Vanderlip*
(Name of Declarant)                                (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5
COS Amended Stipulation and Order Re extension of lease with Pecos