Russell S. Walker, Utah Bar No. 3363
Elizabeth R. Loveridge, Utah Bar No. 6025
Reid W. Lambert, Utah Bar No. 5744
WOODBURY & KELSER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111
Telephone: (801) 364-1100
Facsimile: (801) 359-2320
Email: rwalker@wklawpc.com

and

Joseph J. Huggins
Nevada Bar No. 4456
HUGGINS & ASSOCIATES
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Telephone: (702) 371-3921
Facsimile: (702) 940-4088
Email: joehuggins@sbcglobal.net

**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                    Debtor. | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                    Debtor. | Case No.: BK-S-06-10728 LBR<br>Case No.: BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                    Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                    Debtor. | **MOTION OF USA INVESTMENT PARTNERS, LLC AND JOSEPH D. MILANOWSKI FOR THE ENDORSEMENT OF A PROTECTIVE ORDER** |
| In re:<br>USA SECURITIES, LLC,<br>                                    Debtor. | Hearing Date: January 3, 2007<br>Hearing Time: 9:30 a.m.<br>Place:   Courtroom 1<br>            Foley Federal Building<br>            300 Las Vegas Blvd. South |
| Affects:<br>    ☐ All Debtors<br>    ☐ USA Commercial Mortgage Company<br>    ☐ USA Securities, LLC<br>    ☐ USA Capital Realty Advisors, LLC<br>    ☐ USA Capital Diversified Trust Deed Fund, LLC<br>    ☐ USA Capital First Trust Deed Fund, LLC | |

1

USA Investment Partners, LLC and Joseph D. Milanowski, by and through their counsel, hereby moves this Court for an Endorsement of a Protective Order based upon the Memorandum of Law in Support of the Motion of USA Investment Partners LLC and Joseph D. Milanowski for the Endorsement of a Protective Order, and the Declaration of Sarah E. O'Connell, filed herewith.

DATED this 21st day of November, 2006.

**WOODBURY & KELSER, P.C.**

/s/ Russell S. Walker
Russell S. Walker, Utah Bar No. 3363
Elizabeth R. Loveridge, Utah Bar No. 6025
Reid W. Lambert, Utah Bar No. 5744
WOODBURY & KELSER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111

and

Joseph J. Huggins
Nevada Bar No. 4456
HUGGINS & ASSOCIATES
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123