| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
|   ekarasik@stutman.com |   ccarlyon@sheacarlyon.com |
|   cpajak@stutman.com |   ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br>     Debtor | BK-S-06-10725-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>     Debtor | BK-S-06-10726-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>     Debtor | BK-S-06-10727-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>     Debtor. | BK-S-06-10728-LBR <br> Chapter 11 |
| In re: <br> USA SECURITIES, LLC, <br>     Debtor. | BK-S-06-10729-LBR <br> Chapter 11 |
| Affects <br> ☒ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☐ USA First Trust Deed Fund, LLC | Date: OST REQUESTED <br> Time: OST REQUESTED |

## APPLICATION FOR ORDER SHORTENING TIME ON JOINT MOTION OF THE OFFICIAL COMMITTEES TO APPROVE DISTRIBUTION OF SUPPLEMENTAL SOLICITATION INFORMATION AND FOR SOLICITATION INFORMATION TO BE FILED UNDER SEAL

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") on behalf of the Official Committees appointed in the above-captioned bankruptcy cases (the "Official Committees"), and with the support of the Debtors, hereby files this Application for Order Shortening Time on the Joint Motion of the Official Committees to Approve Distribution of Supplemental Solicitation Information and for Solicitation Information to be Filed Under Seal (the "Application").[1] This Application is made pursuant to the provisions of 11 U.S.C. §102(1), Fed. R. Bankr. P. Rule 9006, and Local Rule 9006, and is based upon the pleadings, papers and records on file herein, together with the Joint Motion of the Official Committees to Approve Distribution of Supplemental Solicitation Information and for Solicitation Information to be Filed Under Seal (the "Joint Motion"), the Affidavit of Candace C. Carlyon, Esq. in support thereof, and upon the following grounds:

1. It has come to the Official Committees' attention that a ten page solicitation letter (the "Unauthorized Solicitation") containing inaccuracies has been distributed to numerous creditors or investors of these estates.

2. By the Joint Motion, the Official Committees are seeking permission to distribute a supplemental solicitation in response to the Unauthorized Solicitation.

3. The Committees further request that it be permitted to filed a copy of the Unauthorized Solicitation under seal pursuant to Fed. R. Bankr. P. 9018 and Local Rule 9018, in order apprise the Court of the content, while avoiding additional transmission of the Unauthorized Solicitation.

---

[1] The Motion will be filed by early afternoon on November 22, 2006; due to the possibility that the Court may not be available on November 22, 2006, this Application is being filed in advance of the Motion.

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

4. The Committees further request that the Court approve service of the Motion and related documents to be completed by any reasonable method available, including email, facsimile or overnight delivery, in order to insure the most expeditious service possible under the circumstances.

5. Objections to the confirmation of the Plan are due on December 11, 2006, and ballots are due on December 11, 2006 by 4:00 p.m. The hearing on confirmation of the Plan is scheduled for December 19, 2006.

6. The next omnibus hearing date in this case is November 28, 2006 at 9:30 a.m. Only one minor matter is currently set on that calendar. Although the intervening holiday leaves little time for notice, the importance of providing the Supplemental Solicitation materials as quickly as possible in order to prevent a potential derailing of the confirmation process makes this an extreme circumstance warranting such shortened time.

7. Alternatively, it is requested that the Court set the hearing for the week of November 28, 2006 on the earliest date possible.

8. For the above reasons, the Official Committees respectfully requests that the Court set the hearing on the Motion and related documents on shortened time.

DATED this 21ST day of November, 2006.

SHEA & CARLYON, LTD.

*/s/ SSS*

SHEA & CARLYON, LTD.
CANDACE C. CARLYON
Nevada State Bar No. 002666
SHLOMO S. SHERMAN
Nevada State Bar No. 009688
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101