ELECTRONICALLY FILED
NOVEMBER 21, 2006

STUTMAN, TREISTER & GLATT, P.C.
JEFFREY H. DAVIDSON
(CA State Bar No. 73980)
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:   jdavidson@stutman.com
         fmerola@stutman.com
         ekarasik@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:   jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security Holders
of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: OST REQUESTED<br>Time: OST REQUESTED |

**DECLARATION OF CANDACE C. CARLYON, ESQ. IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME ON JOINT MOTION OF THE OFFICIAL COMMITTEES TO APPROVE DISTRIBUTION OF SUPPLEMENTAL SOLICITATION INFORMATION AND FOR SOLICITATION INFORMATION TO BE FILED UNDER SEAL**

391439v2

| | |
|---|---|
| STATE OF NEVADA | ) |
| | ) ss. |
| COUNTY OF CLARK | ) |

Candace C. Carlyon, Esq., first being duly sworn according to law, hereby deposes, swears and states:

1. I am counsel of record for The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") in the above captioned matter.

2. I make this affidavit in support of the Application for Order Shortening Time on the Joint Motion of the Official Committees to Approve Distribution of Supplemental Solicitation Information and for Solicitation Information to be Filed Under Seal (the "Application").

3. It has come to the Official Committees' attention that a ten page solicitation letter (the "Unauthorized Solicitation") containing inaccuracies has been distributed to numerous creditors or investors of these estates.

4. By the Joint Motion, the Official Committees are seeking permission to distribute a supplemental solicitation in response to the Unauthorized Solicitation.

5. The Committees further request that it be permitted to filed a copy of the Unauthorized Solicitation under seal pursuant to Fed. R. Bankr. P. 9018 and Local Rule 9018, in order apprise the Court of the content, while avoiding additional transmission of the Unauthorized Solicitation.

6. The Committees further request that the Court approve service of the Motion and related documents to be completed by any reasonable method available, including email, facsimile or overnight delivery, in order to insure the most expeditious service possible under the circumstances.

7. Objections to the confirmation of the Plan are due on December 11, 2006, and ballots are due on December 11, 2006 by 4:00 p.m. The hearing on confirmation of the Plan is scheduled for December 19, 2006.

8. The next omnibus hearing date in this case is November 28, 2006 at 9:30 a.m. Only one minor matter is currently set on that calendar. Although the intervening holiday leaves little time for notice, the importance of providing the Supplemental Solicitation materials as quickly as possible in order to prevent a potential derailing of the confirmation process makes this an extreme circumstance warranting such shortened time.

9. Alternatively, it is requested that the Court set the hearing for the week of November 28, 2006 on the earliest date possible.

10. For the above reasons, the Official Committees respectfully requests that the Court set the hearing on the Motion and related documents on shortened time.

DATED this 21 day of November, 2006.

_____
CANDACE C. CARLYON, ESQ.

Subscribed and sworn to before me this 21st day of November, 2006

_____
Notary Public in and for said County and State

LISSA TREADWAY
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 03-15-2008
Certificate No: 9617681

3