ELECTRONICALLY FILED
NOVEMBER 21, 2006

STUTMAN, TREISTER & GLATT, P.C.
JEFFREY H. DAVIDSON
(CA State Bar No. 73980)
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:   jdavidson@stutman.com
         fmerola@stutman.com
         ekarasik@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:   jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date:  OST REQUESTED<br>Time:  OST REQUESTED |

**ATTORNEY INFORMATION SHEET RE MOTION FOR APPLICATION FOR ORDER SHORTENING TIME ON JOINT MOTION OF THE OFFICIAL COMMITTEES TO APPROVE DISTRIBUTION OF SUPPLEMENTAL SOLICITATION INFORMATION AND FOR SOLICITATION INFORMATION TO BE FILED UNDER SEAL**

391439v2

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. Re Joint Motion of the Official Committees to Approve Distribution of Supplemental Solicitation Information and for Solicitation to be Filed Under Seal. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREED / DISAGREED |
|---|---|---|
| Annette Jarvis, Esq.<br>Counsel for the Debtors | 11/21/06 | Agreed |
| August B. Landis<br>Office of the U.S. Trustee | 11/21/06 | Agreed |
| Rob Charles, Esq.<br>Counsel for the Official General Unsecured Creditors Committee of USA Commercial Mortgage Company | 11/21/06 | Agreed |
| Gerald Gordon, Esq.<br>Counsel for the Official Committee of Holders of Executory Contract rights Through USACM | 11/21/06 | Agreed |
| Marc A. Levinson, Esq.<br>Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed | 11/21/06 | Agreed |
| Frank Merola, Esq.<br>Counsel for the Official Committee of Equity Security Holders of the First Trust Deed Fund, LLC | 11/21/06 | Agreed |
| Tom Allison<br>Debtor's Responsible Person | 11/21/06 | Agreed |

391439v2

2

DATED this 21st day of November, 2006.

                    SHEA & CARLYON, LTD.

                    SHEA & CARLYON, LTD.
                    JAMES PATRICK SHEA
                    (Nevada State Bar No. 000405)
                    CANDACE C. CARLYON
                    (Nevada State Bar No. 002666
                    SHLOMO S. SHERMAN
                    (Nevada State Bar No. 009688)
                    228 South Fourth Street, First Floor
                    Las Vegas, Nevada 89101

                    and

                    STUTMAN, TREISTER & GLATT, P.C.
                    FRANK A. MEROLA
                    EVE H. KARASIK
                    CHRISTINE M. PAJAK
                    1901 Avenue of the Stars, 12th Floor
                    Los Angeles, CA 90067

391439v2                     3