1  Russell S. Walker, Utah Bar No. 3363
   Elizabeth R. Loveridge, Utah Bar No. 6025
2  Reid W. Lambert, Utah Bar No. 5744
   WOODBURY & KELSER, P.C.
3  265 East 100 South, Suite 300
   P.O. Box 3358
4  Salt Lake City, UT 84111
   Telephone: (801) 364-1100
5  Facsimile: (801) 359-2320
   Email:  rwalker@wklawpc.com
6
   and
7
   Joseph J. Huggins
8  Nevada Bar No. 4456
   HUGGINS & ASSOCIATES
9  8275 S. Eastern Ave., Suite 200
   Las Vegas, NV  89123
10 Telephone: (702) 371-3921
   Facsimile: (702) 940-4088
11 Email: joehuggins@sbcglobal.net

**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Case No.: BK-S-06-10728 LBR<br>Case No.: BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **NOTICE OF HEARING ON MOTION OF USA INVESTMENT PARTNERS, LLC AND JOSEPH D. MILANOWSKI FOR THE ENDORSEMENT OF A PROTECTIVE ORDER** |
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>      All Debtors<br>      USA Commercial Mortgage Company<br>      USA Securities, LLC<br>      USA Capital Realty Advisors, LLC<br>      USA Capital Diversified Trust Deed Fund, LLC<br>      USA Capital First Trust Deed Fund, LLC | Hearing Date:  January 3, 2007<br>Hearing Time:  9:30 a.m.<br>Place:    Courtroom 1<br>            Foley Federal Building<br>            300 Las Vegas Blvd. South |

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100  Fax: (801) 359-2320

1

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100  Fax: (801) 359-2320

1  TO:  ALL INTERESTED PARTIES

2      YOU ARE HEREBY NOTICED that the above-referenced Motion was filed in the above-

3  captioned court case on November 21, 2006.

4      Any Opposition must be filed pursuant to Local Rule 9014(e)(1).

5  Local Rule 9014 (e)(1):  "Except for motions made pursuant to Fed. R. Bank. P. 7056

6  and LR 7056, and opposition to a motion must be filed an service completed upon the
   movant not more than fifteen (15) days after service of the motion.  If the hearing has

7  been set on fewer than fifteen (15) days notice, the opposition must be filed no later
   than five (5) business days prior to the hearing unless otherwise ordered by the court.

8  The opposition must set forth all relevant fcts and must contain a legal memorandu.
   An opposition may be supported by affidavits or declarations that conform to the

9  provisions of LR 9014(d)."

10     If an opposition if not timely filed and served, the relief may be granted without a hearing.  LR

11 9014(a)(1) and LR 9014 (c)(1)(E).

12     NOTICE IS FURTHER GIVEN that the hearing on said Motion will be held before a United

13 States Bankruptcy Court Judge, in the United States Bankrutpcy Court, Foley Federal Building, 300

14 Las Vegas Boulevard South, Fourth Floor, Courtroom No. 1, Las Vegas, Nevada on January 3, 2007 at

15 the hour of 9:30 a.m.

16     For more information on the Motion, refer to the Motion which was filed with the above-

17 captioned court on November 21, 2006.  Said Motion is located in the above-captioned Court file, at

18 the Clerk's office, United States Bankruptcy Court, Foley Federal Building, Courtroom No. 1, 300 Las

19 Vegas Blvd. South, Las Vegas, Nevada 89101

20     NOTICE IS FURTHER GIVEN that the hearing on this matter may be continued from time to

21 time without further notice.

22

23

24

25

26

27

28

1    DATED this 21st day of November, 2006.

2                                                    **WOODBURY & KELSER, P.C.**

3

4                                                    _____/s/ Russell S. Walker_____
                                                     Russell S. Walker, Utah Bar No. 3363
                                                     Elizabeth R. Loveridge, Utah Bar No. 6025
5                                                    Reid W. Lambert, Utah Bar No. 5744
                                                     WOODBURY & KELSER, P.C.
6                                                    265 East 100 South, Suite 300
                                                     P.O. Box 3358
7                                                    Salt Lake City, UT 84111

8                                                    and

9                                                    Joseph J. Huggins
                                                     Nevada Bar No. 4456
10                                                   HUGGINS & ASSOCIATES
                                                     8275 S. Eastern Ave., Suite 200
11                                                   Las Vegas, NV  89123

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Tel: (801) 364-1100  Fax: (801) 359-2320

3