**Entered on Docket
November 22, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, NV Bar No. 0399 |
| Steven C. Strong, Utah Bar No. 6340 | Jeanette E. McPherson, NV Bar No. 5423 |
| RAY QUINNEY & NEBEKER P.C. | Schwartzer & McPherson Law Firm |
| 36 South State Street, Suite 1400 | 2850 South Jones Boulevard, Suite 1 |
| P.O. Box 45385 | Las Vegas, Nevada 89146-5308 |
| Salt Lake City, Utah 84145-0385 | Telephone: (702) 228-7590 |
| Telephone: (801) 532-1500 | Facsimile: (702) 892-0122 |
| Facsimile: (801) 532-7543 | E-Mail: bkfilings@s-mlaw.com |
| Email: ajarvis@rqn.com | |

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER AUTHORIZING PRIVATE COURT REPORTER AT AUCTION FOR THE SALE OF CERTAIN ASSETS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **(AFFECTS ALL DEBTORS)**<br><br>Date: October 19, 2006<br>Time: 9:30 a.m. |

1   At a hearing held on October 19, 2006, continued to October 25, 2006, the Court
2   considered the "Motion for Order Scheduling an Auction for the Sale of Certain Assets,
3   Appointing SPCP Group, LLC, as Lead Bidder, and Approving Bid Procedures and
4   Protections" (the "Bid Procedures Motion"), filed by USA Commercial Mortgage
5   Company ("USACM"), USA Capital Diversified Trust Deed Fund, LLC ("DTD Fund"),
6   USA Capital First Trust Deed Fund, LLC ("FTD Fund"), USA Capital Realty Advisors,
7   LLC ("Realty Advisors"), and USA Securities, LLC ("USA Securities" and collectively
8   with USACM, DTD Fund, FTD Fund, and Realty Advisors, the "Debtors"), in connection
9   with a contemplated auction sale of substantially all of the assets of the FTD Fund
10  (primarily its interests in a portfolio of loans) and certain assets of USACM (primarily
11  those used to conduct its loan servicing business) (collectively, the "Assets"). Pursuant to
12  an oral request made at said hearing to allow the use of a private court reporter to provide a
13  daily transcript of said auction, it is

14  **ORDERED** that the Debtors are authorized to employ a private, Nevada-licensed,
15  court reporter to provide a transcript of the auction; and it is further

16  **ORDERED** that the court reporter employed by the Debtors is authorized to bring
17  their court reporting equipment, including recording equipment, into the Foley Federal
18  Building and the appropriate courtroom on the day of the auction now scheduled for
19  December 7, 2006 at 9:30 a.m.

20  Submitted by:                                           **Approved** / Disapproved by:
21  RAY QUINNEY & NEBEKER P.C. and              SARA L. KISTLER
    SCHWARTZER & MCPHERSON LAW FIRM      ACTING UNITED STATES TRUSTEE
                                                                       REGION 17
22
23  By: /s/ Lenard E. Schwartzer                          By: /s/ August B. Landis
    LENARD E. SCHWARTZER, ESQ.                AUGUST B. LANDIS, ASST. U.S. TRUSTEE
24  JEANETTE E. MCPHERSON, ESQ.              United States Department of Justice
    *Attorneys for Debtor and Debtor-In-Possession*
25  / / /
26  / / /
27  / / /
28  / / /

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER AUTHORIZING PRIVATE COURT REPORTER AT AUCTION FOR THE SALE OF CERTAIN ASSETS (AFFECTS ALL DEBTORS)**

**Approved**/Disapproved by:
LEWIS AND ROCA, LLP


By: /s/ Rob Charles
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

**Approved**/Disapproved by:
GORDON & SILVER, LTD.


By: /s/ Gregory E. Garman
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

**Approved**/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.


By: /s/ Anne M. Loraditch
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
BRETT A. AXELROD, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

**Approved**/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.


By: /s/ Candace C. Carlyon
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

# # #

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Bid Procedures\Order re court reporter 103006.doc    Page 3 of 3