1  Dean T. Kirby, Jr.   California Bar No. 090114
   Leonard J. Ackerman   California Bar No. 171073
2  KIRBY & McGUINN, A P.C.
   600 B Street, Suite 1950
3  San Diego, California 92101-4515
   Telephone: (619) 685-4000  Facsimile: (619) 685-4004
4  dkirby@kirbymac.com
   lackerman@kirbymac.com
5
   Michelle L. Abrams, Esq. Nevada Bar No. 5565
6  MICHELLE L. ABRAMS, LTD.
   7201 West Lake Mead Blvd., Suite 210
7  Las Vegas, Nevada 89128
   Telephone: (702)233-5040 Facsimile (702)233-2209
8  mabrams@mabramslaw.com
   Attorneys for Debt Acquisition Company of America
9
                   UNITED STATES BANKRUPTCY COURT
10
                          District of Nevada
11 In re                      )   Bankruptcy Case No. BK-S-06-10725-LBR
                               )
12                             )
                               )
13 USA COMMERCIAL MORTGAGE     )   Chapter 11
   COMPANY (fka USA Capital)   )
14                             )
         Debtor                )   **REQUEST FOR NOTICE AND**
15                             )   **AMENDMENT TO MAILING LIST**
                               )
16 _____ )
                               )

17  TO:   THE ABOVE NAMED DEBTOR
          THE OFFICE OF THE UNITED STATES TRUSTEE
18        THE CLERK OF THE COURT
          AND ALL OTHER CREDITORS AND PARTIES IN INTEREST
19

20  Debt Acquisition Company of America V, LLC does hereby request:

21      1.  Special notice of all proceedings in the above-captioned bankruptcy case to Kirby &
22  McGuinn, A P.C., 600 B Street, Suite 1950, San Diego, California, 92101-4515 and Michelle L.
23  Abrams, Ltd. 7201 West Lake Mead Blvd., Suite 210, Las Vegas, Nevada 89128. Such notice shall
24  include, without limitation, service of all notices, moving papers, applications, orders, operating reports,
25  opposition and reply papers, requests for hearing, plans and disclosure statements, reports of sale or
26  abandonment, and any other papers filed herein, and such telephonic or other notice as is required to be
27  given with respect to ex parte hearings. This request specifically includes proposed plans and disclosure
28  statements, pursuant to Federal Rule of Bankruptcy Procedure 3017(a).

2. That any list of creditors or mailing list maintained by the Clerk for the purpose of giving notice of proceedings herein be amended to include, if it does not presently include, the following names and addresses:

> Dean T. Kirby, Jr.
> Kirby & McGuinn, A P.C.
> 600 B Street, Suite 1950
> San Diego, California 92101-4515
> dkirby@kirbymac.com
> lackerman@kirbymac.com
> jhebert@kirbymac.com
>
> Michelle L. Abrams
> Michelle L. Abrams, Ltd.
> 7201 West Lake Mead Blvd., Suite 210
> Las Vegas, Nevada 89128
> mabrams@mabramslaw.com
>
> Debt Acquisition Company of America
> Howard Justus
> 1565 Hotel Circle South, #310
> San Diego, CA 92108

3. Neither the above Request for Notice, nor any subsequent appearance or proof of claim, is intended to constitute a consent to jurisdiction or waiver of any substantive or procedural right or defense.

DATE: November 22, 2006            MICHELLE L. ABRAMS, LTD.

                                   By: /s/ Michelle L Abrams
                                   Attorneys for Debt Acquisition Company of America