1 Name  Dean T. Kirby, Jr.

2 Bar Code #  California 090114

3 Address  KIRBY & McGUINN, A P.C.

4       600 B Street, Suite 1950

5       San Diego, CA  92101

6 Phone #  (619)525-1652

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| USA COMMERCIAL MORTGAGE COMPANY fka USA Capital | ) ) ) ) | Bankruptcy No. BK-S-06-10725-LBR Chapter No. 11 |
|---|---|---|
| Debtor | ) ) ) ) ) ) | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT |
| vs. | ) ) | |
| Defendant(s) | ) ) | EFFECTIVE JUNE 1, 2004 FILING FEE IS $175.00 |

     Dean T. Kirby, Jr         , Petitioner, respectfully represents to the Court:

  1.  That Petitioner resides at   600 B Street, Suite 1950                      .
                                              (street address)

   San Diego                    ,  San Diego                                     .
     (city)                           (county)

   California        ,   92101       ,   (619) 525-1652                          .
     (state)          (zip code)        (area code + telephone number)

CAUTION:  DO NOT REVISE OR RETYPE THIS FORM

2. That Petitioner is an attorney at law and a member of the law firm of _____ KIRBY & McGUINN, A P.C. _____ with offices at 600 B Street, Suite 1950 (street address), San Diego, CA (city), 92101 (zip code), (619) 685-4000 (area code + telephone number).

3. That Petitioner has been retained personally or as a member of the law firm by Debt Acquisition Company of America [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since November, 1979 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| USDC So. District of California | 11/79 |
| USDC Central District of California | 9/94 |
| USDC Northern District of California | 5/01 |
| 9th Circuit Court of Appeal | 11/85 |
| United States Supreme Court | 6/05 |
| USDC Eastern District of California | 8/00 |

2

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____See attachment_____

_____

_____

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

_____

_____

_____

8. That Petitioner is a member of good standing in the following Bar Associations:

_____State Bar of California; San Diego Bar Association_____

_____

_____

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

3

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: November 21, 2006

_____
Petitioner's Signature

STATE OF California   )
                      )
COUNTY OF San Diego   )

___Dean T. Kirby, Jr.___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this 21st day of November, 2006.

_____
Notary public

ALFONSO RIVERA
COMM. #1555882
Notary Public-California
SAN DIEGO COUNTY
My Comm. Exp. Feb 28, 2009

4

I have never had a complaint filed against me with the California State Bar by a client. However, another attorney has filed such a complaint.

In 1993, Mr. Robert Smith, a Los Angeles attorney, was the principal of a debtor in bankruptcy, the Castle Creek Inn. The debtor itself was actually represented by David Osias of Allen, Matkins, Leck, Gamble & Mallory, a large law firm with offices in San Diego. I represented a mortgage lender, Saratoga Capital, Inc.

Under our local rules of bankruptcy procedure, I was required to serve the debtor by mailing copies of bankruptcy papers directly to the debtor and concurrently to their bankruptcy attorney. Without notifying Mr. Osias or attempting to resolve the matter informally, Mr. Smith filed a complaint with the State Bar to the effect that by mailing notices directly to him I violated California Rule of Professional Conduct 2-100, which prohibits a lawyer from contacting directly an adverse party who is represented by an attorney.

The complaint was summarily dismissed by the State Bar of California. There was no hearing and I was not disciplined in any way.