Name  Dean T. Kirby, Jr.

Bar Code#  California 090114

Address  KIRBY & McGUINN

 600 B Street, Suite 1950

 San Diego, CA  92101

Phone #  (619) 525-1652

e-mail address  dkirby@kirbymac.com

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>USA COMMERCIAL<br>MORTGAGE<br><br>                Debtor(s) | )<br>)<br>)<br>)  Bankruptcy No. BK-S-06-10725-LBR<br>)<br>)  Chapter<br>) |

### DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for  Debt Acquisition Company of America

_____, the _(a) creditor_____

_____ herein, has submitted to the Court a "Verified Petition for

Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and

not maintaining an office in the District of Nevada for the practice of law, (s)he believes

it to be in the best interests of the client(s) to designate   Michelle Abrams

attorney at law, member of the State Bar of Nevada and previously admitted to practice

before the above-entitled Court, as associate local counsel in this action. The address of

said designated Nevada Counsel is:

__7201 W. Lake Mead Blvd., Suite 210 , Las Vegas , NV  89128__

__Bar # 5565 , (702) 233-5040 ,     mabrams@mabramslaw.com__           (Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel.  Further, said local counsel shall be responsible for providing copies of the same to the co-counsel.  Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us.  The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

at Law                                                 /s/ Dean T. Kirby, Jr.           Attorney

Counsel for Debt Aquisition Company of America

### CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

                                               /s/ Michelle Abrams           Designated

Nevada Counsel

### APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Michelle Abrams__

as his/her/their Designated Nevada Counsel is this case.

/s/ Dean T. Kirby, Jr.

VP-Designation-08-04