# EXHIBIT A

1491622.1

**Sierra Consulting Group, LLC**

Two North Central Ave.Suite 700Phoenix, AZ  85004

602-424-7001

Invoice submitted to:
USA Commercial Mortgage
c/o Rob Charles
Lewis & Roca
3993 Howard Hughes Parkway, 6th Floor
Las Vegas NV 89109


November 08, 2006
In Reference To:USA Commercial Mortgage

Invoice #10611


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Asset Sales** | | | | |
| 10/2/2006 | EMB | Drafted e mail to contacts regarding back up bidder protocol and directed inquiries to Mesirow to place bids. | 0.90<br>295.00/hr | 265.50 |
| 10/3/2006 | EMB | Follow up with various interested parties on sale issues. | 0.60<br>295.00/hr | 177.00 |
| 10/5/2006 | EMB | Conversations with potential buyers | 0.30<br>295.00/hr | 88.50 |
| | EMB | Conference call with Mesirow on sale update | 0.70<br>295.00/hr | 206.50 |
| 10/6/2006 | EMB | Review financial information from potential bidder and qualification as a bidder. | 0.40<br>295.00/hr | 118.00 |
| | EMB | Responded to committee members question on potential bidder issue | 0.50<br>295.00/hr | 147.50 |
| 10/10/2006 | EMB | Read latest version of amended APA. | 0.20<br>295.00/hr | 59.00 |
| | EMB | Read and make comments on proposed asset purchase agreement. Send comment to counsel. | 1.30<br>295.00/hr | 383.50 |
| 10/11/2006 | EMB | Meet with potential buyer at USA Capital to discuss sale and loan servicing issues. | 1.30<br>295.00/hr | 383.50 |
| 10/18/2006 | EMB | Read and comment on opposition to auction, bid procedures and protections. | 0.40<br>295.00/hr | 118.00 |
| 10/19/2006 | EMB | Review latest version of APA as received from counsel. | 0.70<br>295.00/hr | 206.50 |

USA Commercial Mortgage                                                                                                   Page     2

|            |     |                                                                                                                              | Hrs/Rate       | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|----------------|----------|
| 10/23/2006 | EMB | Analysis of loan exhibits per final APA from Silver Point.  Noted differences from prior version.                            | 0.50 295.00/hr | 147.50   |
|            | EMB | Meet with potential buyer at USACM                                                                                           | 1.90 295.00/hr | 560.50   |
|            | EMB | Follow up meeting with Don Walker after meeting with potential buyer.                                                        | 0.40 295.00/hr | 118.00   |
|            |     | SUBTOTAL:                                                                                                                    | [   10.10      | 2,979.50] |

Financial Analysis & Rvw

|           |     |                                                                                                                                                   | Hrs/Rate       | Amount |
|-----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|----------------|--------|
| 10/2/2006 | EMB | Follow up on request from Mesirow regarding committee professinal fee projections.                                                                | 0.30 295.00/hr | 88.50  |
|           | DWT | Reviewed request list and followed up on items not yet received.                                                                                  | 0.60 250.00/hr | 150.00 |
|           | EMB | Analysis of budget to actual cash flow and noted issues.  Drafted memo to counsel regarding cash flow issues to be discussed with committee.       | 0.80 295.00/hr | 236.00 |
|           | EMB | Follow up on issues to be addressed with FTI on IP issues.                                                                                        | 0.40 295.00/hr | 118.00 |
|           | EMB | Review latest loan summary and made notes on loans to be paid off in next 3 months in preperation of meeting with T. Allison to discuss same.      | 1.20 295.00/hr | 354.00 |
|           | EMB | Read memo and discovery motion from counsel regarding related USA entities.                                                                       | 0.30 295.00/hr | 88.50  |
| 10/3/2006 | JG  | Meet with FTI to discuss collateral issues                                                                                                        | 1.40 250.00/hr | 350.00 |
|           | EMB | Meet with T. Allison regarding loan collections, fees and other related issues.                                                                   | 2.20 295.00/hr | 649.00 |
|           | EMB | Drafted notes on meeting with Tom Allison and Mesirow staff and sent to counsel and committee chair.                                              | 0.60 295.00/hr | 177.00 |
|           | EMB | Prepared information and detailed questions to be discussed with T. Allison                                                                       | 0.70 295.00/hr | 206.50 |
| 10/4/2006 | EMB | Review questions and other information from committee member on Amesberry Point loan matters.                                                     | 0.30 295.00/hr | 88.50  |
|           | EMB | Drafted work plan for analysis on service and management fees for the two funds.                                                                  | 1.30 295.00/hr | 383.50 |

USA Commercial Mortgage                                                                                                      Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/4/2006 | EMB | Review information from FTDF regarding management fees and service fees. | 0.40 295.00/hr | 118.00 |
|  | DN | Research budget/actuals variance of DTDF/FTDF mgmt fees | 0.30 250.00/hr | 75.00 |
|  | DWT | Reviewed information received to date to see if it is possible to extrapolate what the prepaid interest is versus the diverted principal so it can be compared and analyzed for offset purposed with various parties | 1.80 250.00/hr | 450.00 |
| 10/5/2006 | EMB | Follow up on interim distribution motion per request of committee member. | 0.40 295.00/hr | 118.00 |
|  | DWT | Reviewed docket for recent cash flow document filings | 0.40 250.00/hr | 100.00 |
|  | JG | Review documents and financial statements and prepare overview of questions for FTI | 2.70 250.00/hr | 675.00 |
| 10/6/2006 | DWT | Included service fee accruals and payments for July and August to the loan summary master schedule | 2.20 250.00/hr | 550.00 |
|  | EMB | Follow up on expense allocation for debtors' professionals per request of counsel | 0.60 295.00/hr | 177.00 |
|  | EMB | Review declaration of T. Allison and related motion regarding certain loan modifications. Gave comments to counsel | 0.60 295.00/hr | 177.00 |
| 10/9/2006 | JG | Conversation with FTI regarding Investment Partners. | 0.30 250.00/hr | 75.00 |
|  | EMB | Conversation with FTI on IP analysis and DTDF's claims | 0.50 295.00/hr | 147.50 |
|  | DN | Conversation with J.Reed re variance of DTDF/FTDF mgmt fees | 0.60 250.00/hr | 150.00 |
|  | DN | Research budget/actuals variance of DTDF/FTDF mgmt fees | 1.50 250.00/hr | 375.00 |
|  | DWT | Reviewed late fee analysis in order to see if there was evidence of a calculation so we could determine if we are getting proper credit. | 1.30 250.00/hr | 325.00 |
|  | EMB | Follow up with T. Allsion and Mesirow on the Tracey Suttles loans and current status issues. | 0.60 295.00/hr | 177.00 |
|  | EMB | Made revisions to Mesirow fee allocation schedule per request of counsel. | 0.20 295.00/hr | 59.00 |

USA Commercial Mortgage                                                                                                  Page     4

|            |     |                                                                                                                        | Hrs/Rate         | Amount  |
|------------|-----|------------------------------------------------------------------------------------------------------------------------|------------------|---------|
| 10/10/2006 | DWT | Updated loan summary report                                                                                            | 1.60 250.00/hr   | 400.00  |
|            | DN  | Research budget/actuals variance of DTDF/FTDF mgmt fees                                                                | 1.50 250.00/hr   | 375.00  |
|            | EMB | Review latest weekly loan collection report and sent to counsel and committee chair for comments.                      | 0.40 295.00/hr   | 118.00  |
| 10/11/2006 | EMB | Drafted e mail to counsel regarding motion to modify loan and certain forbearances.                                    | 0.50 295.00/hr   | 147.50  |
|            | EMB | Review of Aug loan file as received from Mesirow.                                                                      | 0.30 295.00/hr   | 88.50   |
|            | DWT | Reviewed Committee Summary Spreadsheet sent by Debtor advisors                                                         | 1.90 250.00/hr   | 475.00  |
| 10/12/2006 | EMB | Work on current loan detail and sent to committee member                                                               | 0.40 295.00/hr   | 118.00  |
|            | DWT | Reviewed Committee Summary Spreadsheet sent by Debtor advisors                                                         | 1.80 250.00/hr   | 450.00  |
| 10/13/2006 | EMB | Review correspondence with counsel between committee member and UST.                                                   | 0.20 295.00/hr   | 59.00   |
|            | EMB | Drafted work plan on issues to be addressed                                                                            | 0.30 295.00/hr   | 88.50   |
|            | EMB | Sent correspondence to Mesirow on issues regarding latest loan file received and coordinated meeting with FA's and Mesirow. | 0.50 295.00/hr   | 147.50  |
| 10/16/2006 | DN  | Search PACER, BMC sites for updated financial info                                                                     | 0.90 250.00/hr   | 225.00  |
|            | EMB | Modified liquidation analysis with expense estimate updates and other changes and sent to counsel                      | 0.80 295.00/hr   | 236.00  |
|            | EMB | Conference call with Mesirow to review loan file.                                                                      | 0.80 295.00/hr   | 236.00  |
|            | DN  | Summarize mgmt fees A/P for FTDF, DTDF                                                                                 | 1.80 250.00/hr   | 450.00  |
|            | EMB | Meeting with FTI to review DTDF claim against USACM for IP assets and collateral issues.                               | 0.40 295.00/hr   | 118.00  |
|            | DN  | Review loan servicing agent RFI                                                                                        | 0.60 250.00/hr   | 150.00  |

USA Commercial Mortgage     Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/16/2006 | EMB | Conversation with counsel on DTDF claim issue and IP claims. | 0.30 295.00/hr | 88.50 |
|  | DN | Conversation with Gary (loan servicing agent Westar) | 0.40 250.00/hr | 100.00 |
|  | DWT | Reviewed current sale structure and potential return to various parties including admin payments. | 0.70 250.00/hr | 175.00 |
|  | JG | Prepare for and meet with FTI to discuss figures in questions paricularly IP collateral. | 2.80 250.00/hr | 700.00 |
|  | DN | Send request for updated financial info to Mesirow | 0.20 250.00/hr | 50.00 |
|  | DWT | Updated cash collection data including information regarding recent loan collection efforts | 2.80 250.00/hr | 700.00 |
|  | DN | Request for assistance providing info to loan servicing agencies to Mesirow | 0.50 250.00/hr | 125.00 |
|  | DN | Send request for add'l info re FTDF, DTDF management fees | 0.40 250.00/hr | 100.00 |
| 10/17/2006 | EMB | Conversations with FTI to discuss IP issues and new documents. | 0.30 295.00/hr | 88.50 |
| 10/18/2006 | JG | Review documents regarding Diversified's equity position | 1.20 250.00/hr | 300.00 |
|  | EMB | Follow up with Don Walker on loan collection issues. | 0.30 295.00/hr | 88.50 |
|  | EMB | Review summary and analysis of management fees to DTDF and FTDF and noted payments made and accrued. Drafted memo to counsel and committee chair regarding issues. | 1.20 295.00/hr | 354.00 |
|  | EMB | Follow up with Mesirow on recent loan collection activity and interest calculations. | 0.40 295.00/hr | 118.00 |
| 10/19/2006 | EMB | Review e mail from Susan Smith and respond back on pre paid interest collections since the filing. | 0.30 295.00/hr | 88.50 |
|  | EMB | Meeting with Mesirow to review recent collection efforts and fee calculations. | 2.10 295.00/hr | 619.50 |
|  | EMB | Conversation with Don Walker on loan collection efforts and other matters. | 0.40 295.00/hr | 118.00 |
|  | EMB | Review latest loan summary file in preparation of meeting with Mesirow. | 0.50 295.00/hr | 147.50 |

USA Commercial Mortgage                                                                                                            Page      6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/19/2006 | DWT | Prepared fee analysis spreadsheet to update with most recent monthly invoices. | 1.60<br>250.00/hr | 400.00 |
|  | EMB | Analysis and review of DTDF fund activity report and other documents received from FTI | 0.70<br>295.00/hr | 206.50 |
|  | EMB | Follow up on Marquis Hotel issue for creditor committee member. | 0.20<br>295.00/hr | 59.00 |
| 10/20/2006 | EMB | Conversation with committee member regarding claims | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Meet with FTI to discuss DTDF claim issues in USACM as well as other plan issues. | 1.60<br>295.00/hr | 472.00 |
|  | DWT | Reviewed docket and other filed information to update cash flow analysis. | 1.40<br>250.00/hr | 350.00 |
|  | EMB | Follow up with Mesirow on weekly loan collection reports per the request of the committee chairperson. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Drafted memo to counsel to discuss anticiapted loan payoffs and other issues from meeting with Mesirow. | 0.90<br>295.00/hr | 265.50 |
|  | EMB | Responded to creditor committee question on proof of claim. | 0.10<br>295.00/hr | 29.50 |
|  | JG | Analysis of documents and cash tracing as received from FTI. | 1.50<br>250.00/hr | 375.00 |
| 10/23/2006 | EMB | Analysis of loans to be paid off by Jan 07 and compared to SP's exhibit list.  Noted reduction in purchase price and proceeds to be paid to USACM. | 1.20<br>295.00/hr | 354.00 |
|  | EMB | Review UCC and other filing documents as received from counsel. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Follow up with counsel on Palm Harbor and related loans motion. | 0.20<br>295.00/hr | 59.00 |
|  | DWT | Updated cash collection on a loan by loan basis for the weekly summary schedule for the past 4 weeks of data. | 2.70<br>250.00/hr | 675.00 |
|  | DWT | Analyzed the cash collected by loan and compared to the various other reporting methods including the monthly operating report and loan summary submissions. | 1.40<br>250.00/hr | 350.00 |
|  | DN | Review/renew requests for financial info to Mesirow | 0.90<br>250.00/hr | 225.00 |

USA Commercial Mortgage                                                                                                         Page     7

|              |     |                                                                                                          | Hrs/Rate        | Amount |
|--------------|-----|----------------------------------------------------------------------------------------------------------|-----------------|--------|
| 10/23/2006   | EMB | Drafted information requests to Mesirow for cash flow projections and actual cash flow data.             | 0.30 295.00/hr  | 88.50  |
| 10/24/2006   | EMB | Analyze the latest cash flow forecast from the Mesirow and drafted comments to counsel and committee members. | 0.90 295.00/hr  | 265.50 |
|              | DN  | Conversations with various loan servicing agents re case status                                          | 0.60 250.00/hr  | 150.00 |
|              | EMB | Conversation with counsel on various payout scenarios with DTDF.                                         | 0.30 295.00/hr  | 88.50  |
|              | EMB | Drafted cash flow projection questions to Mesirow.                                                       | 0.30 295.00/hr  | 88.50  |
|              | EMB | Work with Mesirow to understand and reconcile the DTDF account balance.                                  | 0.60 295.00/hr  | 177.00 |
|              | EMB | Review cash collections for the first two weeks of Oct.                                                  | 0.20 295.00/hr  | 59.00  |
|              | DWT | Began updating loan summary activity for the prior periods                                               | 1.20 250.00/hr  | 300.00 |
| 10/25/2006   | DWT | QC'd the current data back to prior months activity                                                      | 1.70 250.00/hr  | 425.00 |
|              | DWT | Input loan summary detail for September                                                                  | 3.00 250.00/hr  | 750.00 |
|              | EMB | Perform analysis on Oak Shores payoff statement, verified default interest calculation and sent e mail to counsel regarding issues. | 0.90 295.00/hr  | 265.50 |
|              | EMB | Conversation with FTI regarding DTDF claim in USACM.                                                     | 0.40 295.00/hr  | 118.00 |
|              | EMB | Follow up on additional cash flow issues with Mesirow on latest forecast.                                | 0.20 295.00/hr  | 59.00  |
|              | EMB | Meeting with FTI regarding IP claims, DTDF / USACM issues and collateral assignments.                    | 2.20 295.00/hr  | 649.00 |
|              | EMB | Drafted memo on recent finding on DTDF net equity issues per request of counsel.                         | 0.70 295.00/hr  | 206.50 |
|              | EMB | Perform analysis on DTDF assets and potential claim in USACM.                                            | 1.30 295.00/hr  | 383.50 |
| 10/26/2006   | JG  | Analysis of documents recieved from FTI.                                                                 | 0.20 250.00/hr  | 50.00  |

USA Commercial Mortgage                                                                                      Page    8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/26/2006 | EMB | Drafted memo to counsel and committe chair on colalteral pledge issues and how that inpcats DTDF's potential claim in the USACM estate. | 1.20 295.00/hr | 354.00 |
|  | EMB | Reviewed latest loan summary report as recieved from Mesirow and forwarded to committee members for review. | 0.70 295.00/hr | 206.50 |
|  | EMB | Drafted memo to Mesirow on the DTDF equity analysis to confirm methodolgy. | 0.30 295.00/hr | 88.50 |
|  | DWT | Input remaining data for recent cash collections and loan summary detail | 2.20 250.00/hr | 550.00 |
|  | DN | Correspondence w/Mesirow re status of multiple pending items | 0.70 250.00/hr | 175.00 |
| 10/27/2006 | EMB | Draft memo to DTDF counsel regarding their potential claim in USACM. | 0.60 295.00/hr | 177.00 |
|  | EMB | Review latest summary of monthly operating report and forwarded to cousel and committee. | 0.50 295.00/hr | 147.50 |
|  | EMB | Conversation with committee member regarding cash flow forcast. | 1.60 295.00/hr | 472.00 |
| 10/30/2006 | DN | Update with loan servicing agent | 0.30 250.00/hr | 75.00 |
|  | DN | Update/populate cash flow reporting template with forecast through 2/4/2007 | 1.90 250.00/hr | 475.00 |
|  | DWT | Reviewed Investment Partner issues | 0.30 250.00/hr | 75.00 |
|  | EMB | Analysis and review of FTI's memo and supporting documentation as potential claim agaisnt USACM. | 1.10 295.00/hr | 324.50 |
|  | EMB | Perform analysis on DTDF equity value to be used as a basis for claim in USACM estate. | 0.90 295.00/hr | 265.50 |
|  | EMB | Read various documents relating to the Investment Partners collateral pledge. | 0.20 295.00/hr | 59.00 |
|  | EMB | Analysis of the detail and FTI's grouping for the IP note to USACM and drafted e mail to Mesirow to confirm FTI's analysis. | 1.20 295.00/hr | 354.00 |
|  | EMB | Conversation with FTI to discuss the IP $58mm note detail | 0.40 295.00/hr | 118.00 |
|  | EMB | Drafted memo to counsel regarding operating activity and attached summary of operating reports | 0.40 295.00/hr | 118.00 |

USA Commercial Mortgage                                                                                         Page    9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/30/2006 | EMB | Analysis of MFIM August invoice and gave comments to counsel. | 0.60<br>295.00/hr | 177.00 |
|  | EMB | Research various transaction in the USACM note from IP and repsonded to counsel. | 0.70<br>295.00/hr | 206.50 |
|  | EMB | Follow up on IP note detail for committee chairman. | 0.20<br>295.00/hr | 59.00 |
| 10/31/2006 | EMB | Continue to analyze DTDF potential claim in USACM including accrued interest issue. | 1.10<br>295.00/hr | 324.50 |
|  | EMB | Conversation with counsel regarding DTDF claim issues. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Follow up with Susan Smith on various accounting issues. | 0.90<br>295.00/hr | 265.50 |
|  | EMB | Call with FTI to discuss claim issues. | 0.50<br>295.00/hr | 147.50 |
|  | JG | Continue review of information received from FTI on IP. | 0.20<br>250.00/hr | 50.00 |
|  | DN | Update with loan servicing agent | 0.20<br>250.00/hr | 50.00 |
|  | SUBTOTAL: |  | [    103.20 | 28,005.00] |

General Case Strategy

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/3/2006 | EMB | Participated on UCC conference call. | 2.20<br>295.00/hr | 649.00 |
| 10/6/2006 | EMB | Participate on committee conference call | 1.30<br>295.00/hr | 383.50 |
| 10/10/2006 | EMB | Participate in unsecured creditors' committee conference call | 0.90<br>295.00/hr | 265.50 |
| 10/11/2006 | EMB | Participated on conference call to discuss recent developments with IP and Joe. | 0.70<br>295.00/hr | 206.50 |
| 10/16/2006 | EMB | Participated on UCC conference call to discuss plan issues. | 2.40<br>295.00/hr | 708.00 |
| 10/26/2006 | EMB | Participated on conference call with Mesirow and other counsel regarding IP issues. | 0.50<br>295.00/hr | 147.50 |

USA Commercial Mortgage                                                                              Page    10

|            |     |                                                                                                           | Hrs/Rate       | Amount    |
|------------|-----|-----------------------------------------------------------------------------------------------------------|----------------|-----------|
| 10/26/2006 | EMB | Conversation with committee member regarding conversion issue.                                            | 0.30 295.00/hr | 88.50     |
| 10/30/2006 | EMB | Conversation with counsel regarding court hearing issues and planned call with other committees.          | 0.20 295.00/hr | 59.00     |
| 10/31/2006 | EMB | Participated on committee conference call to disucuss current issues.                                     | 2.60 295.00/hr | 767.00    |
|            |     | SUBTOTAL:                                                                                                 | [    11.10     | 3,274.50] |

Misc Motions & Responses

|            |     |                                                                                                           | Hrs/Rate       | Amount    |
|------------|-----|-----------------------------------------------------------------------------------------------------------|----------------|-----------|
| 10/10/2006 | EMB | Read and comment on Motion to Authorize Debtor to Approve Loan Modification.                              | 0.90 295.00/hr | 265.50    |
| 10/11/2006 | EMB | Read T. Allison's declaration in support of various motions.                                              | 0.60 295.00/hr | 177.00    |
| 10/19/2006 | EMB | Review and gave comments on reply and declaration is support of retention plan                            | 0.30 295.00/hr | 88.50     |
| 10/23/2006 | EMB | Work with counsel on Lerin Hills., Marlton Square and other motion issues and responses.                  | 0.50 295.00/hr | 147.50    |
|            | EMB | Read motion regarding intercompany claims                                                                 | 0.10 295.00/hr | 29.50     |
|            | EMB | Review final version of reply and declaration is support of retention plan                                | 0.30 295.00/hr | 88.50     |
| 10/26/2006 | EMB | Read and gave comments to counsel on the UST's motion for conversion to a Chapter 7.                      | 0.90 295.00/hr | 265.50    |
|            | EMB | Read and comment on response to the UST motion to convert as well as supporting declaration.              | 0.70 295.00/hr | 206.50    |
|            |     | SUBTOTAL:                                                                                                 | [     4.30     | 1,268.50] |

Mo Operating Reports

|            |     |                                                                                                           | Hrs/Rate       | Amount    |
|------------|-----|-----------------------------------------------------------------------------------------------------------|----------------|-----------|
| 10/2/2006  | EMB | Review of USACM MOR analysis and sent to counsel and committee for review.                                | 0.60 295.00/hr | 177.00    |
|            | DWT | Analysis of Monthly Operating Report data for August                                                      | 2.70 250.00/hr | 675.00    |
| 10/3/2006  | DWT | Analysis of changes and activity of month to month operating reports                                      | 1.60 250.00/hr | 400.00    |

USA Commercial Mortgage                                                                                      Page    11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/11/2006 | DWT | Reviewed operating report activity followed up with request of financial statements | 0.70<br>250.00/hr | 175.00 |
| 10/16/2006 | DWT | Collected recent operating reports and prepared summary of past activity. | 0.80<br>250.00/hr | 200.00 |
| 10/24/2006 | DN | Locate, download and analysis of Sept. 06 USACMC MOR | 0.90<br>250.00/hr | 225.00 |
| 10/26/2006 | DN | Update MOR summary/trend report with Sept. 06 MOR figures | 1.20<br>250.00/hr | 300.00 |
| 10/27/2006 | DN | Update MOR summary/trend report with Sept. 06 MOR figures | 1.00<br>250.00/hr | 250.00 |
| 10/30/2006 | DWT | Analyzed MOR monthly detail for the prior 3 months | 1.70<br>250.00/hr | 425.00 |
|  | DWT | Input MOR data for August and September | 1.90<br>250.00/hr | 475.00 |
|  | SUBTOTAL: |  | [    13.10 | 3,302.00] |

Plan & Disclosure Stmt

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/2/2006 | EMB | Review changes to latest version of plan/ | 0.90<br>295.00/hr | 265.50 |
| 10/5/2006 | EMB | Begin analysis of prepaid interest per fund and tied to joint term sheet data. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Review and comment on latest joint plan term sheet | 1.10<br>295.00/hr | 324.50 |
|  | EMB | Conversation with counsel regarding joint term sheet. | 0.40<br>295.00/hr | 118.00 |
| 10/6/2006 | EMB | Conversation with counsel service fee and management fees to be tied to plan negotitations | 0.40<br>295.00/hr | 118.00 |
| 10/9/2006 | EMB | Conversation with counsel on plan issues and negotiation items with other estates. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Create analysis of management and additional service fees to be paid by FTDF per recent plan negotiations and repsonded to questions from counsel. | 1.30<br>295.00/hr | 383.50 |
|  | EMB | Participated on all hands conference call to discuss plan issues. | 1.10<br>295.00/hr | 324.50 |

USA Commercial Mortgage                                                                                               Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2006 | EMB | Discussed meeting in LA for plan settlement with counsel. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Read and comment on latest version proposed term sheet. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Conversation with committee member regarding plan issues. | 0.60<br>295.00/hr | 177.00 |
| 10/11/2006 | EMB | Follow up meeting with counsel and committee chair regarding IP issues. | 0.90<br>295.00/hr | 265.50 |
| 10/12/2006 | EMB | Participated in meeting with the other estates to work on plan issues. | 5.10<br>295.00/hr | 1,504.50 |
|  | EMB | Research DTDF alleged offset issues with USACM. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Follow up with counsel on plan negotiations and settlement proposals | 0.40<br>295.00/hr | 118.00 |
| 10/13/2006 | EMB | Meeting with other estates on plan settlement issues. | 3.40<br>295.00/hr | 1,003.00 |
| 10/14/2006 | EMB | Call with counsel and committee chair to discuss plan issues. | 0.90<br>295.00/hr | 265.50 |
| 10/16/2006 | EMB | Read and comment on counsel's draft of recent plan issues. | 1.10<br>295.00/hr | 324.50 |
| 10/17/2006 | EMB | Review of latest proposed term sheet. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Conversation with counsel to discuss plan issues. | 0.40<br>295.00/hr | 118.00 |
| 10/18/2006 | EMB | Read and comment on plan memo from counsel and noted fee issues. | 0.90<br>295.00/hr | 265.50 |
|  | EMB | Read and comment on latest joint plan term sheet. | 1.10<br>295.00/hr | 324.50 |
| 10/20/2006 | EMB | Conversation with counsel regarding plan issues and drafted summary of issues for counsel. | 1.10<br>295.00/hr | 324.50 |
| 10/23/2006 | EMB | Read counsel's memo on last weeks court hearing particularly the issues regarding the sale and plan. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Review and comment on latest version of plan term sheet. | 0.30<br>295.00/hr | 88.50 |

USA Commercial Mortgage                                                                                         Page    13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/24/2006 | EMB | Follow up conversation with counsel on plan issues. | 0.50<br>295.00/hr | 147.50 |
|  | EMB | Participate on conferene call with counsel and DTDF to discuss plan negotiations. | 1.00<br>295.00/hr | 295.00 |
| 10/26/2006 | EMB | Read and comment on latest version of join plan term shett as well as comments from FTDF counsel. | 0.70<br>295.00/hr | 206.50 |
|  | EMB | Conversation with counsel on conversion issues and recent plan discussions. | 0.20<br>295.00/hr | 59.00 |
| 10/27/2006 | EMB | Analysis of revisions to term sheet as proposed by DTDF. | 0.80<br>295.00/hr | 236.00 |
|  | EMB | Conference call with counsel and committe to discuss plan term sheet. | 2.10<br>295.00/hr | 619.50 |
| 10/30/2006 | DWT | Reviewed plan issues and issues related to DTDF | 2.50<br>250.00/hr | 625.00 |
|  | EMB | Participate on call with other committees to discuss plan issues. | 0.90<br>295.00/hr | 265.50 |
|  | EMB | Read and comment on Rob's notes to Marc on plan issues. | 0.30<br>295.00/hr | 88.50 |
| 10/31/2006 | EMB | Continued conference call to discuss plan issues with other committees. | 1.50<br>295.00/hr | 442.50 |
|  | SUBTOTAL: |  | [    34.20 | 9,976.50] |
|  | **For professional services rendered** |  | **176.00** | **$48,806.00** |

Additional Charges :

<u>Airfare</u>

| 10/3/2006 | Airfare to/from LV - Meet with Tom Allison |  | 245.10 |
|---|---|---|---|
| 10/12/2006 | Airfare to/from LAX - meeting on plan |  | 240.60 |
| 10/23/2006 | Airfare to/from LV (1/2) - Meet with potential buyer |  | 122.55 |
|  | SUBTOTAL: | [ | 608.25] |

USA Commercial Mortgage                                                                                         Page    14

                                                                                                                      Amount

**Hotel**

| Date | Description | Amount |
|---|---|---|
| 10/13/2006 | Hotel fees in LA | 317.24 |
| | SUBTOTAL: | [ 317.24] |

**Rental Car**

| Date | Description | Amount |
|---|---|---|
| 10/23/2006 | Rental Car Fees (1/2) | 31.92 |
| | SUBTOTAL: | [ 31.92] |

**Travel**

| Date | Description | Amount |
|---|---|---|
| 10/12/2006 | Cab to meeting in LA from LAX | 40.00 |
| 10/13/2006 | Cab from meeting in LA to LAX | 30.00 |
| | Parking at Airport | 39.00 |
| 10/23/2006 | Airport parking (1/2) | 10.00 |
| | SUBTOTAL: | [ 119.00] |

**Total costs**                                                                                                 $1,076.41

**Total amount of this bill**                                                                                   $49,882.41

Balance due                                                                                                     $49,882.41

                                                    Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Doug Noblitt | 16.40 | 250.00 | $4,100.00 |
| EDWARD "TED" M. BURR | 106.80 | 295.00 | $31,506.00 |
| Dave Tiffany | 42.50 | 250.00 | $10,625.00 |
| Josephine Giordano | 10.30 | 250.00 | $2,575.00 |

Invoices 30 days past due are subject to a 1.5% late payment fee.