**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on November 22, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **FOURTH MONTHLY FEE STATEMENT OF LEWIS AND ROCA LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

1788993.1

**LEWIS AND ROCA LLP**
LAWYERS

Lewis and Roca LLP hereby submits its Fourth Monthly Fee Statement (Exhibit A attached) pursuant to the procedures set forth in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses as Professionals.

By way of this Interim Statement, Lewis and Roca requests payment of Interim Compensation for services rendered and reimbursement of expenses incurred during the period from October 1, 2006 through October 31, 2006 from USA Commercial Mortgage Company. Lewis and Roca seeks payment of: (1) interim compensation in the amount of $77,267.60 representing 80% of the total fee of $96,584.50 for professional services rendered during the statement period; and (2) interim reimbursement of expenses in the amount of $5,450.57 representing 100% of the expenses occurred during the statement period.

The following individuals rendered services:

| Partner | Billed Per Hour |
|---|---|
| Susan M. Freeman | $510.00 |
| Rob Charles | $385.00 |
| J. Henk Taylor | $355.00 |
| John C. L. Hinderaker | $340.00 |
| Thomas J. Morgan | $400.00 |
| **Associate** | |
| Scott K. Brown | $320.00 |
| Patrick W. Mause | $200.00 |
| **Paralegal** | |
| Marilyn L. Schoenike | $180.00 |

1788993.1

**LEWIS AND ROCA LLP LAWYERS**

|   |   |
|---|---|
| Suzette M. Meskell | $145.00 |
| Kim B. Cady | $140.00 |
| **Project Clerk** | |
| Christopher Jordan | $55.00 |
| Melissa Linarez | $55.00 |

Dated:  November 22, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
   Susan M. Freeman, AZ 4199 (pro hac vice)
   Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee
for USA Commercial Mortgage Company*

COPY of the foregoing e-mailed this 22nd day of November, 2006 to:

Annette W. Jarvis, Esq.
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385
ajarvis@rqn.com

Marc A. Levinson
Lynn Trinka Ernce
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
malevinson@orrick.com
lernce@orrick.com

Frank A. Merola
Eve H. Karasik
Christine M. Pajak
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

1788993.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  Fmerola@stutman.com
   ekarasik@stutman.com
2  cpajak@stutman.com

3  Gerald M. Gordon
   Gregory E. Garman
4   GORDON & SILVER, LTD
   3960 Howard Hughes Parkway, 9th floor
5  Las Vegas, NV 89109
   gmg@gordonsilver.com
6  geg@gordonsilver.com

7  Lenard E. Schwartzer
   SCHWARTZER & MCPHERSON LAW
8  FIRM
   2850 S. Jones Blvd., Suite 1
9  Las Vegas, NV 89146-5408
   bkfilings@s-mlaw.com

10
   August B. Landis
11 Office of the U.S. Trustee
   300 Las Vegas Blvd., S. Suite 4300
12 Las Vegas, NV 89101
   USTPRegion17.lv.ecf@usdoj.gov
13

14
     /s/ Christine E. Laurel
15 Christine E. Laurel

16

17

18

19

20

21

22

23

24

25

26

1788993.1