NOT
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorney for Parties In Interest
RIO RANCHO EXECUTIVE PLAZA
FRANKLIN/STRATFORD INVESTMENTS, LLC
SVRB INVESTMENTS LLC
MONROE AND LOUISE MAYO FAMILY TRUST 92
RICHARD A. THURMOND TRUST
BOISE GOWAN LLC

E-Filed On 11/22/06

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,

    Debtor

In re:
USA CAPITAL REALTY ADVISORS, LLC.

    Debtor

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.

    Debtor

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC.

    Debtor

In re:
USA SECURITIES, LLC.

    Debtor

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

Date of Hearing: N/A
Time of Hearing: N/A

Affects:
☒ USA Commercial Mortgage Company
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Realty Advisors, LLC
☒ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC
☐ All Debtors

## SECOND AMENDMENT TO STATEMENT OF COMPLIANCE WITH U.S. BANKRUPTCY RULE 2019

1

I, SUSAN WILLIAMS SCANN, ESQ., declare under penalty of perjury, and state as follows:

1. I am an attorney licensed to practice law in the state of Nevada and a partner of the law firm of Deaner, Deaner, Scann, Malan & Larsen. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2. My associate Paul Connaghan, Esq., my partner Brent A. Larsen and I are the attorneys primarily responsible for representing the following parties in connection with the above captioned cases:

    A.    Borrower:    **Franklin/Stratford Investments, LLC**
C/o Robert A. Russell, Manager
8585 E. Hartford Drive, Suite 500
P.O. Box 28216
Scottsdale, AZ 85255

           Debtor:    USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

                     USA Capital First Trust Deed Fund and
USA Capital Diversified Trust Deed Fund

The representation of this client is based on a Construction Loan Agreement dated March 30, 2005, and Deed of Trust recorded in Boise, Idaho on March 31, 2005, as Instr. No. 105038725. Original Claim:$6,500,000.00 representing a loan commitment of $6,200,000.00 to construct three warehouses on a portion of twelve (12) acres in Meridian, (near Boise) Idaho.

    B.    Borrower:    **Rio Rancho Executive Plaza LLC**
c/o Robert A. Russell, Manager
8585 E. Hartford Drive, Suite 500
P. O. Box 28216
Scottsdale, AZ 85255

           Debtor:    USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

                     USA Capital First Trust Deed Fund and
USA Capital Diversified Trust Deed Fund

1      The representation of this client is based on a Date of Construction Loan Agreement
2  dated January 17, 2006, secured by a Deed of Trust. The commitment is $6,100,000.00.

3      C.    Unsecured Creditor:    **Robert A. Russell**
4      8585 E. Hartford Drive, Suite 500
    P.O. Box 28216
    Scottsdale, AZ 85255

5
6      Debtor:    USA Commercial Mortgage Company
    4484 South Pecos Road
    Las Vegas, NV 89121

7
8      USA Capital First Trust Deed Fund and
    USA Capital Diversified Trust Deed Fund

9      The representation of this client is based on consultation services to the Debtor (USA
10 Commercial Mortgage Company) provided in the amount of approximately $140,000 and on
11 his personal guarantees of some USA Capital Mortgage brokered loans.

12
13     D.    Borrower:    **SVRB Investments LLC**
    c/o Robert A. Russell, Manager
    8585 E. Hartford Drive, Suite 500
14     P. O. Box 28216
    Scottsdale, AZ 85255

15
16     Debtor:    USA Commercial Mortgage Company
    4484 South Pecos Road
    Las Vegas, NV 89121

17
18     USA Capital First Trust Deed Fund and
    USA Capital Diversified Trust Deed Fund

19     The representation of this client is based on a Construction Loan Agreement and
20 Promissory Note, secured by a Deed of Trust recorded in the original amount of $6,825,000,
21 of which $1,424,081.49 has been funded.

22     E.    Borrower:    **Boise Gowan LLC**
    c/o Robert A. Russell, Manager
23     8585 E. Hartford Drive, Suite 500
    P. O. Box 28216
24     Scottsdale, AZ 85255

25     Debtor:    USA Commercial Mortgage Company
    4484 South Pecos Road
26     Las Vegas, NV 89121
    USA Capital Diversified Trust Deed Fund

27
28     3

The representation of this client is based on a Construction Loan Agreement and Promissory Note, secured by a Deed of Trust recorded in the original amount of $2,550,000.00, of which $2,425,000.00 has been funded.

  F.  Direct Lender:  **Monroe and Louis Mayo Family Trust 92**
                8635 W. Sahara Avenue
                PMB #532
                Las Vegas, NV 89117

      Debtor:     USA Commercial Mortgage Company
                4484 South Pecos Road
                Las Vegas, NV 89121

                USA Capital First Trust Deed Fund and
                USA Capital Diversified Trust Deed Fund

This client is a direct lender; the approximate amount invested is $463,000.00. Details are unknown at this time, and shall be disclosed to the Court once that information is available.

  G.  Direct Lender:  **Richard E. Thurmond Limited Partnership**
                C/O Gary Thurmond
                749 Willow Avenue
                Henderson, NV 89015-8351

      Debtor:     USA Commercial Mortgage Company
                4484 South Pecos Road
                Las Vegas, NV 89121

                USA Capital Diversified Trust Deed Fund is a participant on loan #1 below (Asby Financial, Inc.)

The Richard E. Thurmond Limited Partnership (hereinafter "the Partnership") is a direct secured lender in three separate investments with USA Capital. Those investments are as follows:

  (1)  Asby Financial, Inc., A California corporation, and R&B Land Investors, LLC, a California limited liability company are the Borrowers. The Partnership invested $380,000.00 towards a $7,200,000.00 Note dated May 3, 2004 from these Borrowers. This loan is secured by a Deed of Trust.

(2) Bundy Canyon Land Development, LLC, a California limited liability company is the Borrower. The Partnership invested $300,000.00 towards a $2,500,000.00 Note dated May 2, 2005 from Borrower. This loan is secured by a Deed of Trust.

(3) Bay Pompano Beach, LLC, a Florida limited liability company is the Borrower. The Partnership invested $300,000.00 towards a $16,286.000.00 mortgage dated May 15, 2005. This loan is secured by a Florida mortgage.

H. Borrower: **Copper Sage Commerce Center, LLC**
c/o Robert A. Russell, Manager
8585 E. Hartford Drive, Suite 500
P. O. Box 28216
Scottsdale, AZ  85255

Debtor: USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV  89121

USA Capital First Trust Deed Fund

The representation of this client is based upon a Construction Loan Agreement dated March 1, 2006 with a budget of $11,300,000.00, secured by a Deed of Trust and an Agreement with USA Commercial Mortgage recorded March 6, 2006 to fully fund this loan. Only $3,550,000.00 has been funded.

I. Borrower: **Binford Medical Developers, LLC**
Mr. Ken Schmidt, Managing Member
5200 E. 64th Street
Indianapolis, IN  46220

Debtor: USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV  89121

USA Capital Diversified Trust Deed Fund

The representation of this client is based upon a Construction Loan Agreement dated August 31, 2005 with a budget of $8,375,000.00, secured by a Deed of Trust and an Agreement with USA Commercial Mortgage dated August 31, 2005 to fully fund this loan.

Only $7,450,000.00 has been funded, of which $330,000.00 has not been released to Binford.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of November, 2006.

Respectfully Submitted,

DEANER, DEANER, SCANN, MALAN & LARSEN

By _____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorney for Parties In Interest
COPPER SAGE COMMERCE CENTER, LLC
RIO RANCHO EXECUTIVE PLAZA
FRANKLIN/STRATFORD INVESTMENTS, LLC
SVRB INVESTMENTS LLC, MONROE AND LOUISE MAYO FAMILY TRUST 92, BOISE-GOWAN LLC, RICHARD A. THURMOND TRUST
ROBERT A. RUSSELL, BINFORD MEDICAL DEVELOPERS, LLC

6

```
STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )
```

SUSAN WILLIAMS SCANN, being first duly sworn, deposes and says:

That she is an attorney licensed to practice in the State of Nevada; that she has read the above and foregoing Second Amendment to Statement of Compliance with U.S. Bankruptcy Rule 2019 and knows the contents thereof; that she is informed and believes that the matters therein contained are true.

SUSAN WILLIAMS SCANN, ESQ.

SUBSCRIBED AND SWORN TO before me on this 22nd day of November, 2006.

NOTARY PUBLIC in and for said County and State

NOTARY PUBLIC
PRESTINE ALEXANDER
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 20, 2008
No: 00-64239-1

F:\OFFICE\CLIENTS\Bob Russell Entities\Copper Sage II\Pleas\Amendment to Not of Compliance.wpd

7

# CERTIFICATE OF MAILING

I hereby certify that service of the above and foregoing SECOND AMENDMENT TO STATEMENT OF COMPLIANCE WITH U.S. BANKRUPTCY RULE 2019 was made this 22nd day of November, 2006, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

**DEBTOR AND COUNSEL**
Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

USA Commercial Mortgage
USA Capital Realty Advisors, LLC
USA Capital Diversified Trust Deed Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

OFFICE OF THE U.S. TRUSTEE
600 Las Vegas Blvd., South,
Ste. 4300
Las Vegas, NV 89101

Adib M. Al-Awar
1330 Burro Ct
Gardnerville, NV 89140

Byrne E. Falke, Sr.
P. O. Box 3774
Incline Village, NV 89450

Everett H. Johnson
P. O. Box 3605
Incline Village, NV 89450

8

1  August J. Amaral
   P. O. Box 70097
2  Reno, NV 89570

3  Byrne E. Falke, Sr.
   P. O. Box 3774
4  Incline Village, NV 89450

5  Susan M. Jones
   2116 Sand Point Rd
6  Discovery Bay, CA 94514

7  Peter Bogart
   P. O. Box 3663
8  Incline Village, NV

9  
   Allen K, Forbes
10 335 Brande Way
   Carson City, NV 89704

11 
   Stewart Karlinsky
12 55 Hallmark Circle
   Menlo Park, CA 94025
13 4510 E. Thousand Oaks Blvd.
   Thousand Oaks, CA 91362

14 
   Michael T. Bridges
15 4235 Citrus Circle
   Yorba Linda, CA 92886

16 
   Edward C. Fraser
17 14220 Sorrel Lane
   Reno, NV 89511

18 
   Marcia J. Knox
19 1885 Vintners Place
   Reno, NV 89509
20 
   William E. Buck
21 P. O. Box 5127
   Reno, NV 89513
22 
   Paul L. Garcell
23 2013 Grouse Street
   Las Vegas, NV 89134
24 
25 Ryan Kurlinski
   4335 Glen Lytle Road
26 Pittsburgh, PA 15217

27

28                                    9

1  Sher Ciaramitaro
   10 Robinsdale Rd.
2  Martinez, CA 94553

3  James Paul Goode
   300 John Thomas Lane
4  Reno, NV 89513

5  Terry Markwell
   12765 Silver Wolf Rd.
6  Reno, NV 89511

7  Garth Neal Clifford
   1648 Warrington Dr.
8  Henderson, NV 89052

9  Roberta K. Hatfield
   2747 Crown Ridge Drive
10 Las Vegas, NV 89134

11
   C/O FIRST SAVINGS BANK
12 2605 East Flamingo Road
   Las Vegas, NV 89121

13
   C/O CHUCK HEINRICHS
14 198 E. Pajaro
   Newbury Park, CA 91320

15
   JOHN H. WARNER, JR.
16 2048 North Chettro Trail
   St. George, UT 84770

17
   Mary E. and Matthew J. Moro, JTWROS
18 1009 8th Street
   Manhattan Beach, CA 90266

19
   RICHARD G. WOUDSTRA REVOCABLE TRUST
20 RICHARD G. WOUDSTRA, TTWW
   P. O. Box 530025
21 Henderson, NV 89053

22
   WEN BALDWIN SEPARATE PROPERTY TRUST
23 365 Dooley Drive
   Henderson, NV 89015

24
   JERRY T. MCGIMSEY
25 3115 South El Camino Rd.
   Las Vegas, NV 89146

26

27

28                                          10

| | |
|---|---|
| 1 | RICHARD HOROWITZ |
|   | 5 Fir Drive |
| 2 | Kingspoint, NY 11024 |
| 3 | ROBERT G. WORTHEN |
|   | 1112 Worthen Circle |
| 4 | Las Vegas, NV 89145 |
| 5 | KATZ 2000 SEPARATE PROPERTY TRUST |
|   | SARA M KATZ, MANAGING TRUSTEE |
| 6 | 4250 Executive Square, #670 |
|   | San Diego, CA 92037 |
| 7 | |
|   | THOMAS C. LAWYER FAMILY TRUST |
| 8 | 45 Ventana Canyon Drive |
|   | Las Vegas, NV 89113 |
| 9 | |
|   | MARJAN RUTAR |
| 10 | 4043 Chalfont Court |
|   | Las Vegas, NV 89121 |
| 11 | |
| 12 | CHARLES O. NICHOLS and FLORA A. NICOLS |
|   | 2561 Seascape Drive |
| 13 | Las Vegas, NV 89128 |
| 14 | ROBERT H. MANSFIELD |
|   | 3611 Victory Avenue |
| 15 | Las Vegas, NV 89121 |
| 16 | FERTITA ENTERPRISES, INC. |
|   | 2960 W. Sahara Ave., Suite 200 |
| 17 | Las Vegas, NV 89102 |
| 18 | HELMS HOMES, LLC |
|   | C/O TERRY HELMS |
| 19 | 809 Upland Blvd. |
|   | Las Vegas, NV 89107 |
| 20 | |
|   | WILLIAM J. BULLARD |
| 21 | FERTITA ENTERPRISES, INC. |
|   | P. O Box 27555 |
| 22 | Las Vegas, NV 89126 |
| 23 | |
|   | TERRY HELMS LIVING TRUST |
| 24 | 809 Upland Blvd. |
|   | Las Vegas, NV 89107 |
| 25 | |
|   | DENNIS FLIER, INC. DEFINED BENEFIT TRUST |
| 26 | 20155 Porto Vita Way #1803 |
|   | Aventura, FL 33180 |
| 27 | |
| 28 | 11 |

1  ARTHUR POLACHECK and
   GLORIANNE POLACHECK
2  2056 Wooklake Circle
   Deerfield Beach, FL 33442
3
   JAMES W. MCCOLLUM and
4  PAMELA P. MCCOLLUM
   1011 F. Avenue
5  Coronado, CA 92118

6  HOMFELD II, LLC
   777 South Federal Highway
7  Suite –409
   Pompano Beach, FL 33062
8
   C/O EDWARD W. HOMFELD
9  858 Bishop Road
   Grosse Pointe Park, MI 48230
10
   NEVADA MORTGAGE LENDING DIVISION
11 ATTN: SUSAN ECKHARDT
   3075 East Flamingo #100
12 Las Vegas, NV 89121

13
   U. S. SECURITIES AND EXCHANGE COMMISSION
14 ATTN: SANDRA W. LAVIGNA
   5670 Wilshire Blvd., 11th Floor
15 Los Angeles, CA 90036-3648

16
   PENSION BENEFIT GUARANTY CORPORATION
17 OFFICE OF THE CHIEF COUNSEL
   1200 K. Street Street, N.W.
18 Washington, D.C. 20005-4026

19 DEPARTMENT OF EMPLOYMENT TRAINING
   EMPLOYMENT SEC. DIV., CONTRIBUTIONS
20 500 East Third Street
   Carson City, NV 89713-0030
21
   DMV AND PUBLIC SAFETY RECORDS SECTION
22 555 Wright Way
   Carson City, NV 89711-0250
23
   EMPLOYERS INSURANCE CO. OF NV
24 ATTN: BANKRUPTCY DESK
   9790 Gateway Drive
25 Reno, NV 89521-5906

26

27

28                                                12

```
 1   NV DEPT. OF TAXATION
     BANKRUPTCY DIVISION
 2   555 East Washington, #1300
     Las Vegas, NV  89101
 3
     INTERNAL REVENUE SERVICE
 4   ATTN: BANKRUPTCY DEPT.
     Stop 5028 110 City Parkway
 5   Las Vegas, NV  89106

 6   SECRETARY OF STATE
     STATE OF NEVADA
 7   202 North Carson Street
     Carson City, NV  89701
 8
     NV DEPARTMENT OF TAXATION
 9   REVENUE DIVISION
     Capitol Complex
10   Carson City, NV  89701-0003

11
     OFFICE OF LABOR COMMISSIONER
12   555 East Washington Ave., Suite 4100
     Las Vegas, NV  89101
13
     U. S. ATTORNEY
14   DISTRICT OF NEVADA
     323 Las Vegas Blvd., So., #5000
15   Las Vegas, NV  89101

16   UNITED STATES DEPT. OF JUSTICE
     TAX-DIVISION-WESTERN REGION
17   P. O. Box 683-Ben Franklin Station
     Washington, D.C.  20044
18
     DISTRICT COUNSEL
19   INTERNAL REVENUE SERVICE
     110 City Parkway
20   Las Vegas, NV  89106

21   Internal Revenue Service
     Ogden, UT  84201
22
     FHA/HUD
23   300 Las Vegas Blvd., #2900
     Las Vegas, NV  89101
24
     DEPT. OF VETERANS AFFAIRS
25   LOAN SERVICE AND CLAIMS
     3225 North Central
26   Phoenix, AZ  85012

27

28
```

```
 1   CLARK COUNTY TREASURER
     C/O BANKRUPTCY CLERK
 2   P. O. Box 551220
     Las Vegas, NV  89155-1220
 3
     CLARK COUNTY ASSESSOR
 4   C/O BANKRUPTCY CLERK
     P. O. Box 551401
 5   Las Vegas, NV  89155-1401

 6   DON TOMLIN
     C/O DAVID W. MOUNIER
 7   15316 Sky High Road
     Escondido, CA  92055
 8
     MARYETTA BOWMAN
 9   534 Enchanted Lakes Drive
     Henderson, NV  89052
10
     EDWARD W. HOMFELD
11   HOMFELD II LLC
     777 South Federal Highway, Suite -409
12   Pompano Beach, FL  33062

13
     RICHARD MCKNIGHT, ESQ.
14   Law Offices of Richard McKnight
     330 S. Third Street, #900
15   Las Vegas, NV  89101

16   RJ ROCCO
     12617 Cottageville Lane
17   Keller, TX  76248

18   MARGIE GANDOLFO
     1724 Arrow Wood Drive
19   Reno, NV  89521

20   JANNY CATHARINA BROUWER
     2533 Kinnard Avenue
21   Henderson, NV  89074

22   ROBERT R. KINAS, ESQ.
     JENNIFER L. MCBEE, ESQ.
23   Snell & Wilmer, LLP
     3800 Howard Hughes Pkwy., #1000
24   Las Vegas, NV  89109

25

26

27

28                                       14
```

```
 1   MICHAEL R. SHULER
     C/O JAY R. EATON
 2   Eaton & O'Leary, PLLC
     115 Grove Avenue
 3   Phoenix, AZ  86301

 4   JANET L. CHUBB, ESQ.
     Jones Vargas
 5   100 West Liberty Street, 12th Floor
     P. O. Box 281
 6   Reno, NV  89504-0281

 7   MARTIN B. WEISS, ESQ.
     The Garrett Group, LLC
 8   One Better World Circle, Suite 300
     Temecula, CA  92590
 9
     ATTILA JEFZENSZKY
10   1720 Colavita Way
     Reno, NV  89521
11
     VINCE DANELIAN
12   C/O EDWARD J. HANIGAN, ESQ.
     199 N. Arroyo Grande Blvd., #200
13   Henderson, NV  89074

14
     WILLIAM L. MCGIMSEY, ESQ.
15   601 East Charleston Blvd.
     Las Vegas, NV  89104
16
     PAUL & DONNA JACQUES
17   810 SE 7th Street, A103
     Deerfield Beach, FL  33441
18
     PETER BOLINO
19   17412 Serene Drive
     Morgan Hill, CA  95037
20
     SEAN NAJARIAN, ESQ.
21   The Najarian Law Firm
     283 S. Lake Avenue, Suite 205
22   Pasadena, CA  91101

23
     SCOTT D. FLEMING
24   Hale Lane Peek Dennison and Howard
     3930 Howard Hughes Parkway, 4th Floor
25   Las Vegas, NV  89109

26

27

28                                               15
```

| | |
|---|---|
| 1 | NILE LEATHAM |
| | JAMES B. MACROBBIE |
| 2 | Kolesar & Leatham, CHTD |
| | 3320 W. Sahara Ave., Ste., 380 |
| 3 | Las Vegas, NV 89102 |
| 4 | LAUREL E. DAVIS |
| | Lionel Sawyer & Collins |
| 5 | 1700 Bank of America Plaza |
| | 300 S. Fourth Street |
| 6 | Las Vegas, NV 89101 |
| 7 | GILBERT B. WEISMAN |
| | Becket and Lee LLP |
| 8 | P. O. Box 3001 |
| | Malvern, PA 19355-0701 |
| 9 | |
| 10 | CARYN S. TIJSSELING |
| | Beesley, Peck & Matteoni, LTD |
| 11 | 5011 Meadowood Mall Way, #300 |
| | Reno, NV 89502 |
| 12 | |
| | NICHOLAS J. SANTORO, ESQ. |
| 13 | 400 S. Fourth Street, 3rd Floor |
| | Las Vegas, NV 89101 |
| 14 | |
| | JED A. HART |
| 15 | Angelo, Gordon & Co. |
| | 245 Park Avenue, 26th Floor |
| 16 | New York, NY 10167 |
| 17 | |
| | BRADLEY J. STEVENS |
| 18 | Robbins & Green, P.A. |
| | 3300 North Central Avenue, Suite 1800 |
| 19 | Phoenix, AZ 85012 |
| 20 | |
| | CICI CUNNINGHAM, ESQ. |
| 21 | JAMES A. KOHL, ESQ. |
| | CHRISTINE ROBERTS, ESQ. |
| 22 | Rawlings, Olson, Cannon, Gormley & Desruisseaux |
| | 9950 W. Cheyenne Avenue |
| 23 | Las Vegas, NV 89129 |
| 24 | GERALD M. GORDON, ESQ. |
| | THOMAS H. FELL, ESQ. |
| 25 | Gordon & Silver, Ltd. |
| | 3960 Howard Hughes Parkway, 9th Floor |
| 26 | Las Vegas, NV 89109 |
| 27 | |
| 28 | |

16

| | |
|---|---|
| 1 | FRANKLIN C. ADAMS |
|   | Best Best & Kriefer, LLP |
| 2 | 3750 University Ave. |
|   | P. O. Box 1028 |
| 3 | Riverside, CA 92502-1028 |
| 4 | JEFFREY G. SLOANE, ESQ. |
|   | REGINA M. MCCONNELL, ESQ |
| 5 | Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd. |
|   | 1389 Galleria Drive., Ste, 200 |
| 6 | Henderson, NV 89014 |
| 7 | KEVIN B. CHRISTENSEN |
|   | XANNA R. HARDMAN |
| 8 | 7440 W Sahara Ave. |
|   | Las Vegas, NV 89117 |
| 9 | |
| 10 | RICHARD MASON |
|    | PATRICIA K. SMOOTS |
| 11 | MICHAEL M. SCHMAHL |
|    | McGuire Woods, LLP |
| 12 | 77 West Wacker Drive., Ste., 4100 |
|    | Chicago, IL 60601 |
| 13 | |
|    | DONALD T. POLEDNAK, ESQ. |
| 14 | 7371 Prairie Falcon, Ste., 120 |
|    | Las Vegas, NV 89128 |
| 15 | |
|    | PETER SUSI |
| 16 | JAY L. MICHAELSON |
|    | Michaelson, Susi & Michaelson |
| 17 | Seven West Gigueroa St., 2nd Floor |
|    | Santa Barbara, CA 93101-3191 |
| 18 | |
|    | JOAN C. WRIGHT |
| 19 | Allison, Mackenzie, Russell, Pavlakis, |
|    |   Wright & Fagan, Ltd. |
| 20 | 402 North Division Street |
|    | P. O. Box 646 |
| 21 | Carson City, NV 89702 |
| 22 | |
|    | BAY COMMUNITIES |
| 23 | C/O CHRIS EL |
|    | 4800 No. Federal Highway, Suite A205 |
| 24 | Boca Raton, FL 33431 |
| 25 | ERVENT T. NELSON |
|    | Bolick & Boyer |
| 26 | 6060 W. Elton Avenue, Ste., A |
|    | Las Vegas, NV 89107 |
| 27 | |
| 28 | |

17

1  MATTHEW Q. CALLISTER
   Callister & Reynolds
2  823 Las Vegas Boulevard South
   Las Vegas, NV 89101
3
   ANDREW WELCHER
4  C/O NORDMAN COMPANY
    HAIR & COMPTON LLP
5  ATTN: WILLIAM E. WINFIELD, ESQ.
   1000 Town Center Drive, 6th Floor
6  Oxnard, CA 93031

7  ROBERT VERCHOTA, GENERAL PARTNER
   R & N REAL ESTATE INVESTMENTS, LP
8  C/O JEFFREY A. COGAN
   3990 Vegas Drive
9  Las Vegas, NV 89108

10
   LAW OFFICES OF JAMES G. SCHWARTZ
11 JOSHUA D. BRYSK, ESQ.
   7901 Stoneridge Drive, Suite 401
12 Pleasanton, CA 94588

13 SCOTT K. CANEPA, ESQ.
   Canepa, Reidy & Rubing
14 851 S. Rampart Blvd., #160
   Las Vegas, NV 89145
15
   JOHN F. MURTHA
16 Woodburn & Wedge
   Sierra Plaza 6100 Neil Road, Ste., 500
17 P. O. Box 2311
   Reno, NV 89505
18
   THOMAS W. STILLEY
19 Sussman Shank LLP
   1000 SW Broadway, Ste., 1400
20 Portland, OR 97205-3089

21 SYLVESTER & POLEDNAK, LTD.
   JEFFREY R. SYLVESTER, ESQ.
22 7371 Prairie Falcon, #120
   Las Vegas, NV 89128
23

24
                    _____
25                  Employee of DEANER, DEANER, SCANN,
                    MALAN & LARSEN
26

27 F:\OFFICE\CLIENTS\Bob Russell Entities\Copper Sage II\Docs\Amendment to Not of Compliance.wpd

28                              18