### Shea & Carlyon Ltd.
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                Nov 08, 2006
Equity Security Committee

| | | |
|---|---|---|
| Attention: | File #: | 1500-4 |
| | Inv #: | 19771 |

RE:    Case Administration

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-04-06 | Conference with Mr. Sherman re case status (no charge per CCC) | 0.30 | 0.00 | JPS |
| Oct-05-06 | Exchange electronic correspondence with Mr. Parlen re case calendar; task allocation | 0.10 | 42.50 | CCC |
| | Review electronic correspondence from Mr. Parlen re updated calendar and task list | 0.10 | 19.00 | SSS |
| Oct-06-06 | Conference with co counsel re plan status/ sales process (no charge per CCC) | 0.50 | 0.00 | JPS |
| | Prepare MOR summaries of August | 1.00 | 425.00 | CCC |
| | Review court dockets and recent pleadings, review and revise task analysis re same | 1.00 | 425.00 | CCC |
| | Analysis of hearing dates, response deadlines, and sale timeline; electronic correspondence to Mr. Parlen with revised and updated information | 1.50 | 285.00 | SSS |
| Oct-09-06 | Call with Ms. Karasik to coordinate status of various fee orders; proposals from UCC and DTDF; plan and disclosure statement; sale documents comments/issues; claims motion; motion re loan forbearance and potential impact on sale | 0.30 | 127.50 | CCC |
| | Telephone call with Mr. Parlen (multiple) re responses to disclosure statement, Standard Property Development litigation, calendaring issues | 0.40 | 76.00 | SSS |
| Oct-10-06 | Review electronic correspondence from Mr. Parlan re revised calendar/deadlines | 0.10 | 42.50 | CCC |

Invoice #:     19771

Page     2

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Exchange electronic correspondence with Mr. Merola re additional RQN Conflicts issues; consequences for FTDF | 0.20 | 85.00 | CCC |
| | Exchange electronic correspondence with Ms. Karasik re court notification on withdrawal of Prospect High Income Fund Claim; revised draft of RQN fee order | 0.10 | 42.50 | CCC |
| | Review and revise summary of August MORs | 0.30 | 127.50 | CCC |
| | Review electronic correspondence from Mr. Pajak re updated timeline | 0.10 | 19.00 | SSS |
| | Download and review Ex Parte Application to File Motion Under Seal | 0.10 | 19.00 | SSS |
| | Telephone call with Ms. McPherson re Ex Parte Application to File Motion Under Seal; conflict disclosures | 0.20 | 38.00 | SSS |
| Oct-11-06 | Receipt and review of monthly operating reports/ summary of same/ memo from Stutman, Treister & Glatt re disclosure of same | 0.30 | 127.50 | JPS |
| | Exchange electronic correspondence with Mr. Charles; other counsel ; re stipulation on extending time; local rule requirements | 0.20 | 85.00 | CCC |
| Oct-16-06 | Exchange electronic correspondence with Mr. Merola re matters on calendar for Oct. 19 Omnibus Hearing; staffing of same | 0.20 | 85.00 | CCC |
| Oct-17-06 | Organize and index pleadings for October 19 Omnibus hearing | 6.00 | 720.00 | LA |
| Oct-18-06 | Conference with CCC re case status (no charge per CCC) | 0.50 | 0.00 | JPS |
| | Telephone call and electronic correspondence to Mr. Callister re dial-in information for October 19 Omnibus Hearing (no charge per CCC) | 0.20 | 0.00 | SSS |
| | Telephone call to Mr. Callister re dial-in information for today's hearings (no charge per CCC) | 0.10 | 0.00 | SSS |
| Oct-19-06 | Conference with Mr. Merola re case proceedings (no charge per CCC) | 0.90 | 0.00 | JPS |
| | Attendance at court (omnibus hearings) | 4.50 | 1,912.50 | CCC |
| | Credit for portions of omnibus hearings regarding Interpleader and DTDF/Highland matters | (1.00) | -425.00 | CCC |
| | Review pleadings re October 30 Omnibus Hearing Date | 0.20 | 38.00 | SSS |
| Oct-23-06 | Organize and index pleadings for October 25 hearing | 6.00 | 720.00 | LA |
| | Electronic correspondence to Mr. Schwartzer re monthly operating report for USACM | 0.10 | 19.00 | SSS |

| Invoice #: | 19771 | | Page | 3 | |
|---|---|---|---|---|---|

| | | Preparation of memorandum summarizing September monthly operating reports; chart re same | 1.60 | 304.00 | SSS |
|---|---|---|---|---|---|
| | | Telephone call (multiple) with Mr. Parlen re filing Opposition to Debtors' Loan Modification Motion; Statement re Bid Procedures Motion; electronic correspondence to Mr. Parlen re timing | 0.30 | 57.00 | SSS |
| Oct-24-06 | | Review UST's motion to convert to chapter 7 | 0.30 | 127.50 | CCC |
| | | Organize and index pleadings for October 25 hearings | 4.00 | 480.00 | LA |
| Oct-25-06 | | Conference with co counsel re case status UST's / motion to convert | 1.30 | 552.50 | JPS |
| | | Preparation of electronic correspondence to co counsel re handling filing/courtesy copies re opposition to UST's motion to convert in light of state holiday | 0.10 | 42.50 | CCC |
| Oct-26-06 | | Telephone call with Susan at bankruptcy court re filing and courtesy copies of objection to UST's motion to convert | 0.10 | 15.00 | P |
| | | Prepare electronic correspondence to co-counsel re filing and courtesy copies of objection to UST's  motion to convert | 0.10 | 15.00 | P |
| | | Organize and index pleadings for October 30 Omnibus hearings | 3.50 | 420.00 | LA |
| | | Review September Monthly Operating Report for USA Commercial Mortgage Company; review and revise memorandum summarizing of operating reports | 1.20 | 228.00 | SSS |
| | | Review and revise chart summarizing monthly operating reports re USA Commercial Mortgage Company | 1.00 | 190.00 | SSS |
| Oct-27-06 | | Review/revise opposition to motion to UST's convert (including discussion of LR 9014(c)(1); exchange electronic correspondence with  Ms. Karasik, Mr. Levinson re same) | 0.40 | 170.00 | CCC |
| | | Telephone call (x2) with Mr. Parlen re filing and providing courtesy copies of FTDF Comittee's Opposition to UST's Motion to Convert | 0.20 | 38.00 | SSS |
| | | Deliver courtesy copies of certificates of service for FTDF Comittee's Opposition to U.S. Trustee's Motion to Convert | 0.30 | 57.00 | SSS |
| Oct-29-06 | | Review oppositions and declarations (except TA) re motion to convert, in preparation  for court | 0.90 | 382.50 | CCC |
| Oct-30-06 | | Meeting with Ms. Karasik; prepare for hearing | 1.00 | 425.00 | CCC |

Invoice #:      19771                              Page        4

| | | | | |
|---|---|---|---|---|
| | Attendance at court - omnibus hearings, including motion to convert, cash motion, loan modification motion | 3.50 | 1,487.50 | CCC |
| | Review and revise correspondence to Ms. Jarvis re correcting her representations in court re management fee as disclosed in MOR | 0.10 | 42.50 | CCC |
| | Organize and index pleadings for October 30 Omnibus hearing dates | 1.00 | 120.00 | LA |
| Oct-31-06 | Telephone call with Ms. Pajak re follow up on issues from court yesterday; allocation of tasks; explanation of LR 9021 certification re court's instruction for Silver Point; she will follow up with Ms. Jarvis re confidentiality issue on Disclosure Statement per Court's two requests | 0.20 | 85.00 | CCC |
| | Review and revise memo re September MOR's | 0.20 | 85.00 | CCC |
| | Telephone calls with Eileen at bankruptcy court re order denying UST's motion to convert | 0.20 | 30.00 | P |
| | Telephone call with Eve Karasik re submission of order denying UST's motion to convert | 0.10 | 15.00 | P |
| | Telephone calls with Andrew Parlen re preparation and submission of order denying UST's motion to convert | 0.20 | 30.00 | P |
| | Telephone calls with Augie Landis re preparation and submission of order denying UST's motion to convert | 0.20 | 30.00 | P |
| | Receipt of electronic correspondence from Andrew Parlen and Augie Landis re signature pages of order denying UST's motion to convert | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronically upload order denying UST's motion to convert | 0.20 | 30.00 | P |
| | Organize and index pleadings for November 13 Omnibus hearing Date | 4.00 | 480.00 | LA |
| | Review electronic correspondence from Ms. Karasik re disposition of matters heard on October 30 omnibus hearing date | 0.20 | 38.00 | SSS |
| | Review and revise memorandum summarizing September Monthly Operating Reports; chart summarizing same | 0.80 | 152.00 | SSS |
| | Totals | 51.90 | $11,214.50 | |

Invoice #:        19771                           Page        5

**Total Fees, Disbursements**                                    $11,214.50

Previous Balance                                                 $45,478.65
Previous Payments                                                     $0.00

**Balance Due Now**                                              $56,693.15


**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                              Nov 08, 2006
Equity Security Committee

|  |  |  |
|---|---|---|
| Attention: | File #: | 1500-5 |
|  | Inv #: | 19772 |

RE:    Claims Administration and Objections

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-04-06 | Exchange electronic correspondence with co counsel; committee member; re response to inquiries re Proofs of Claim/Interest | 0.30 | 127.50 | CCC |
|  | Review exchange of electronic correspondence among FTDF Committee professionals re FTDF Proof of Claim | 0.20 | 38.00 | SSS |
| Oct-06-06 | Review w/d of Prospect High Income Fund POC against FTDF; arrange transmission to FTDF professionals | 0.10 | 42.50 | CCC |
|  | Exchange electronic correspondence with Ms. Karasik re intercompany claims; Debtor's motion re same | 0.20 | 85.00 | CCC |
|  | Analysis of Loan Servicing Agreement and FTDF Operating Agreement re transfer/assignment of investor interests; preparation of memorandum re same | 1.50 | 285.00 | SSS |
|  | Preparation of memorandum re transfer/assignment of investor interests; exhibits | 0.40 | 76.00 | SSS |
| Oct-09-06 | Review and revise memo re claims trading | 0.30 | 127.50 | CCC |
|  | Review and revise order re disclosure of investor list | 0.20 | 85.00 | CCC |
|  | Prepare electronic correspondence to Eileen at bankruptcy court re removal of objection to claim of Prospect Fund and objection to equity security holders claims from calendar re October 30 Omnibus Hearing Date | 0.20 | 30.00 | P |

Invoice #:      19772                                    Page        2

|  | | | | |
|---|---|---|---|---|
| | Prepare electronic correspondence to Stutman Treister professionals re Prospect Fund's notice of withdrawal of claim in FTDF case | 0.10 | 15.00 | P |
| | Review Confidentiality Agreement re preparation of Order Granting Motion to Compel Confidential Access to Member Information | 0.20 | 38.00 | SSS |
| Oct-10-06 | Exchange electronic correspondence with Ms. Karasik re intercompany claims motion | 0.10 | 42.50 | CCC |
| | Exchange electronic correspondence with Mr. Merola; Ms. Karasik; Mr. Sherman; re equity transfer issues | 0.20 | 85.00 | CCC |
| | Prepare electronic correspondence to Ms. Karasik and Mr. Merola re memo re assignment/transfers of investor interests | 0.10 | 15.00 | P |
| | Revise proposed Order Granting Motion to Compel Disclosure of Confidential Member Information | 0.30 | 57.00 | SSS |
| | Review and revise memorandum re limitations on transfer and assignment of interests; cost-shifting pursuant to LSA | 1.70 | 323.00 | SSS |
| | Review electronic correspondence from Mr. Parlen re OST on Debtors' Motion re Intercompany Claims | 0.10 | 19.00 | SSS |
| | Download and review Amended Ex Parte Application for OST re Intercompany Claims Motion | 0.10 | 19.00 | SSS |
| Oct-11-06 | Prepare electronic correspondence to US Trustee, Debtor's counsel and committees' counsel re proposed order re motion to compel | 0.10 | 15.00 | P |
| | Review e-mail traffic re assignment or transfer of investor interests | 0.30 | 57.00 | SSS |
| | Review notice's of assigned claims for assignments of FTDF interests | 1.00 | 190.00 | SSS |
| Oct-12-06 | Preparation of electronic correspondence to Mr. Schwartzer re claims transfers | 0.10 | 42.50 | CCC |
| | Receipt of electronic correspondence from Mr. Landis re execution of order re motion to compel | 0.10 | 15.00 | P |
| Oct-13-06 | Electronic filing of court pleadings - conversion to electronic format, download and electronic lodging of order re motion to compel | 0.20 | 30.00 | P |
| Oct-15-06 | Review pleadings re DTDF claim objection (no charge per CCC) | 0.30 | 0.00 | CCC |
| Oct-16-06 | Prepare notice of entry of order re motion to compel | 0.10 | 15.00 | P |

Invoice #:        19772                                Page        3

| | | | | |
|---|---|---|---|---|
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of notice of entry of order re motion to compel | 0.20 | 30.00 | P |
| | Prepare certificate of service of notice of entry of order re motion to compel | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of certificate of service of notice of entry of order re motion to compel | 0.20 | 30.00 | P |
| | Telephone call with Bob Olson's office re exhibits to DTDF's opposition to claim of Prospect High Income Fund | 0.10 | 15.00 | P |
| | Review Order Granting Motion to Compel Confidential Disclosure of Member List; calendar deadline by which list  must be provided | 0.10 | 19.00 | SSS |
| Oct-18-06 | Review FTDF member list provided by Debtors on 10/17/06 | 0.30 | 57.00 | SSS |
| | Electronic correspondence to FTDF professionals re FTDF member list; USA Capital Realty Advisors interest | 0.20 | 38.00 | SSS |
| Oct-19-06 | Telephonically attend hearing on DTDF's objection to claim of Prospect High Income Fund re ruling on objection | 0.40 | 60.00 | P |
| Oct-23-06 | Review and download Joint Committee Response to Debtors' Motion re Filing Intercompany Claims | 0.10 | 19.00 | SSS |
| Oct-25-06 | Telephone call from Ms. Loraditch re providing access to FTDF motion to compel disclosure of member list | 0.10 | 19.00 | SSS |
| Oct-26-06 | Telephone call with Ms. Dorsey  at Schwartzer & McPherson re objection to claim of Prospect High Income Fund | 0.10 | 15.00 | P |
| | Prepare electronic correspondence to Ms. Dorsey re withdrawal of claim of Prospect High Income Fund | 0.10 | 15.00 | P |
| Oct-30-06 | Review draft order re extension of direct lender bar date; exchange electronic correspondence with  Ms. Karasik re same | 0.10 | 42.50 | CCC |
| | Exchange electronic correspondence with Ms. Higgins re order on extension of bar date | 0.10 | 42.50 | CCC |
| | Review status of Prospect High Fund and Highland claim; DTDF objection to Highland claim | 0.30 | 57.00 | SSS |
| Oct-31-06 | Exchange electronic correspondence with Ms. Higgins re order to extend bar date | 0.10 | 42.50 | CCC |
| | Totals | 11.10 | $2,391.00 | |

Invoice #:        19772                                Page        4

**Total Fees, Disbursements**                                          **$2,391.00**

Previous Balance                                                       $9,454.50
Previous Payments                                                          $0.00

**Balance Due Now**                                                    **$11,845.50**

**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

# *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                    Nov 08, 2006
Equity Security Committee

|  | File #: | 1500-6 |
|---|---|---|
| Attention: | Inv #: | 19773 |

RE:    Employee Benefits/Pensions

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-04-06 | Review electronic correspondence from Mr. Parlen re Debtors' Employee Retention Motion | 0.10 | 19.00 | SSS |
|  | Review electronic correspondence from Ms. Karasik re Debtors' Employee Retention Motion | 0.20 | 38.00 | SSS |
|  | Preparation of FTDF Committee Response to Debtor's Employment Retention Motion | 2.10 | 399.00 | SSS |
| Oct-05-06 | Review and revise FTDF Committee Response to Debtor's Employee Retention Motion | 0.10 | 19.00 | SSS |
| Oct-06-06 | Electronic filing of court pleadings - electronic scan, download and filing of Response to Debtor's Motion for Order Approving Retention Plan of Debtor's Remaining Employees with the bankruptcy court | 0.20 | 30.00 | P |
|  | Preparation of Certificate of Service re Response to Debtor's Motion re Approving Retention Plan of Remaining Employees for filing | 0.10 | 15.00 | P |
|  | Electronic filing of court pleadings - Electronic scan, download and filing of Certificate of Service of Response to Motion re Retention Plan of Remaining Employees with the bankruptcy court | 0.20 | 30.00 | P |
|  | Electronic correspondence to Ms. Karasik re filing Response to Debtor's Employee Retention Motion | 0.10 | 19.00 | SSS |
| Oct-13-06 | Review U.S. Trustee's Opposition to Debtor's Employee Retention Plan | 0.10 | 19.00 | SSS |

Invoice #:      19773                              Page        2

| | | | | |
|---|---|---|---|---|
| Oct-16-06 | Review retention motion, opposition, and joinder, in preparation for omnibus hearings (no charge per CCC) | 0.30 | 127.50 | CCC |
| Oct-23-06 | Review and download UCC Reply to the Oppositions to Debtors' Employee Retention Plan | 0.10 | 19.00 | SSS |
| | Review and update pleadings re Debtors' Employeee Retention Motion for OST on October 25 | 0.10 | 19.00 | SSS |
| | Totals | 3.70 | $753.50 | |

**Total Fees, Disbursements**                                    **$753.50**

Previous Balance                                                  $393.00
Previous Payments                                                   $0.00

**Balance Due Now**                                            **$1,146.50**

**JPS - James Patrick Shea**               **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**               **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                     **LC - Law Clerk**
**DMC - Dawn M. Cica**                     **P - Paralegal**
                                           **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                           Nov 08, 2006
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-7 |
| Inv #: | 19774 |

Attention:

RE:    Fee/Employment Applications

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-02-06 | Review electronic correspondence from Augie Landis re comments to proposed order approving Shea & Carlyon's fee application | 0.10 | 15.00 | P |
| | Revisions to proposed Order Approving Shea & Carlyon's fee application | 0.10 | 15.00 | P |
| | Preparation of electronic correspondence to Augie Landis and all interested parties attaching revised proposed Order Approving Shea & Carlyon's fee application for review and signature | 0.20 | 30.00 | P |
| | Review electronic correspondence from Augie Landis attaching signed proposed Order approving Shea & Carlyon's fee application | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - Electronic scan, download and lodging of proposed Order Approving First Interim Fee Application of Shea & Carlyon with the bankruptcy court | 0.20 | 30.00 | P |
| Oct-03-06 | Preparation of September task analysis | 1.50 | 285.00 | SSS |
| Oct-04-06 | Electronic filing of court pleadings - electronic upload of order approving first interim fee application of Stutman Treister | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings - electronic upload of order approving first interim fee application of Alvarez & Marsal | 0.20 | 30.00 | P |
| | Prepare notice of entry of order approving first interim fee application of Shea & Carlyon, Ltd. | 0.10 | 15.00 | P |

Invoice #:        19774                    Page        2

| Date | Description | | | |
|---|---|---|---|---|
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of notice of entry of order approving first interim fee application of Shea & Carlyon | 0.20 | 30.00 | P |
| | Prepare certificate of service of notice of entry of order approving first interim fee application of Shea & Carlyon | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of certificate of service of notice of entry of order approving first interim fee application of Shea & Carlyon | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings - electronic upload of order approving first application for reimbursement of expenses of the FTDF committee | 0.20 | 30.00 | P |
| | Review and revise supplemental disclosures re conflicts; review of Debtors' schedules re Debtors' landlord | 1.00 | 190.00 | SSS |
| | Download and review Order Granting Shea & Carlyon's First Interim Employment Application (no charge per SSS) | 0.10 | 0.00 | SSS |
| | Review NOE re Order Granting Shea & Carlyon Fee Application | 0.10 | 19.00 | SSS |
| | Exchange electronic correspondence with Mr. Parlen (multiple) re uploading orders granting fee applications for FTDF Committee and professionals, service, and notices of entry | 0.20 | 38.00 | SSS |
| Oct-05-06 | Analysis of proposed order re allocation of Allison's fees; Exchange electronic correspondence with Ms. Karasik re same | 0.30 | 127.50 | CCC |
| | Preparation of September task analysis | 0.60 | 114.00 | SSS |
| Oct-06-06 | Review Supplemental Declaration of Mr. Olsen re Beckley Singleton's Employment | 0.20 | 38.00 | SSS |
| | Review and revise Second Supplemental Statement of Disinterestedness of Shea & Carlyon (no charge per CCC) | 0.30 | 0.00 | SSS |
| Oct-09-06 | Review RQN fee order; provide comments re local form | 0.10 | 42.50 | CCC |
| | Prepare notice of entry of order re first interim expense application of FTDF Committee | 0.10 | 15.00 | P |
| | Prepare notice of entry of order re first interim fee application of Alvarez & Marsal | 0.10 | 15.00 | P |
| | Prepare order granting motion to compel the confidential disclosure of FTDF member list | 0.20 | 30.00 | P |

Invoice #:      19774                              Page        3

|  |  |  |  |  |
|---|---|---|---|---|
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of notice of entry order approving first interim expense application of FTDF Committee | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of notice of entry order approving first interim fee application of Alvarez & Marsal | 0.20 | 30.00 | P |
| | Prepare certificate of service of notice of entry order approving first interim expense application of FTDF Committee | 0.10 | 15.00 | P |
| | Prepare certificate of service of notice of entry order approving first interim fee application of Alvarez & Marsal | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of certificate of service of notice of entry order approving first interim expense application of FTDF Committee | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of certificate of service of notice of entry order approving first interim fee application of Alvarez & Marsal | 0.20 | 30.00 | P |
| | Online review of ecf order inquiry re status of fee order for Stutman Treister | 0.10 | 15.00 | P |
| | Telephone call to Darla at bankruptcy court re status of order re first fee application of Stutman Treister | 0.10 | 15.00 | P |
| Oct-10-06 | Exchange electronic correspondence with Ms. Karasik; Ms. Treadway; re status of STG fee order (lodged but neither entered nor shown as pending)(work performed over two days)(no charge per CCC) | 0.20 | 0.00 | CCC |
| | Continued follow up re STG fee order; execute NOE; Exchange electronic correspondence with  Ms. Karasik re same (no charge per CCC) | 0.20 | 0.00 | CCC |
| | Prepare notice of entry of order approving first interim fee application of Stutman, Treister & Glatt | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of notice of entry of order approving first interim fee application of Stutman, Treister & Glatt | 0.20 | 30.00 | P |

Invoice #:          19774                              Page          4

| Date | Description | | | |
|---|---|---|---|---|
| | Prepare certificate of service of notice of entry of order approving first interim fee application of Stutman, Treister & Glatt | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of certificate of service of notice of entry of order approving first interim fee application of Stutman, Treister & Glatt | 0.20 | 30.00 | P |
| | Telephone call with Mr. Parlen re entry of order granting fee application; re-entry of fee application | 0.10 | 19.00 | SSS |
| | Update conflict disclosures re Beastar | 0.80 | 152.00 | SSS |
| Oct-16-06 | Preparation of Shea & Carlyon's Third Monthly Cover Sheet Fee Application | 0.40 | 76.00 | SSS |
| | Analysis of Outstanding fees due to Shea & Carlyon; Draft Correspondence to Debtors' Counsel re the same | 0.90 | 171.00 | SSS |
| Oct-17-06 | Preparation of Shea & Carlyon's Third Cover Sheet Fee Application w/ exhibits | 1.20 | 228.00 | SSS |
| | Review and revise demand letter to Debtors for balance of fees | 0.10 | 19.00 | SSS |
| Oct-18-06 | Review and revise third cover sheet fee application | 0.30 | 127.50 | CCC |
| | Review supplement to Allison statement of disinterestedness; Preparation of electronic correspondence to co counsel re same | 0.10 | 42.50 | CCC |
| | Review Supplemental Declaration of Mr. Alllison and errata thereto re Mesirow Employment | 0.30 | 57.00 | SSS |
| | Telephone call with Mr. Parlen re hearing on Direct Lender Committee's first interim fee application | 0.10 | 19.00 | SSS |
| Oct-19-06 | Prepare correspondence re amounts currently due to Shea & Carlyon (no charge per CCC) | 1.50 | 0.00 | SSS |
| Oct-24-06 | Review order re retention of ordinary course professionals (re allocation issues) | 0.10 | 42.50 | CCC |
| | Preparation of Third Monthly Interim Fee Application; expenses | 1.00 | 190.00 | SSS |
| Oct-25-06 | Electronic filing of court pleadings - Electronic scan, download and filing of Third Cover Sheet Approving Monthly Fees and Expenses of Shea & Carlyon with the bankruptcy court | 0.20 | 30.00 | P |
| | Preparation of electronic correspondence to all interested parties attaching Third Monthly Application for Compensation of Shea & Carlyon | 0.10 | 15.00 | P |
| | Review and revise Shea & Carlyon Third Monthly Fee Application; expenses (no charge per CCC) | 1.00 | 0.00 | SSS |

Invoice #:        19774                              Page        5

| | | | | |
|---|---|---|---|---|
| | Electronic correspondence to Mr. McClellan with Mesirow attaching Shea & Carlyon's July invoices | 0.10 | 19.00 | SSS |
| Oct-26-06 | Preparation of Certificate of Service re Third Monthly Application for Compensation of Shea & Carlyon for filing with the court | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - Electronic scan, download and filing of Third Monthly Application for Compensation of Shea & Carlyon with the bankruptcy court | 0.20 | 30.00 | P |
| | Electronic correspondence to Mr. McClellan re August and September invoices; copy of demand letter | 0.20 | 38.00 | SSS |

Totals                                              17.70     $2,759.50

**Total Fees, Disbursements**                                      **$2,759.50**

Previous Balance                                                $17,655.80
Previous Payments                                                    $0.00

**Balance Due Now**                                                **$20,415.30**

**JPS - James Patrick Shea**             **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**             **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                   **LC - Law Clerk**
**DMC - Dawn M. Cica**                   **P - Paralegal**
                                         **LA- Legal Assistant**

# *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                    Nov 08, 2006
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-8 |
| Inv #: | 19775 |

Attention:

RE:    Fee/Employment Objections

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Oct-06-06 | Exchange electronic correspondence with Ms. Karasik re allocation proposed on Mesirow fee order | 0.10 | 42.50 | CCC |
|  | Preparation of electronic correspondence to Ms. Jarvis re non-consent to additional allocation; form of sign off on order | 0.10 | 42.50 | CCC |
|  | Exchange electronic correspondence with debtor's professionals re nonconsent to additional fee allocation; reference to record at last hearing | 0.20 | 85.00 | CCC |
| Oct-09-06 | Brief review of hearing tape re representation on fee allocation | 1.00 | 425.00 | CCC |
| Oct-16-06 | Review UST fee/expense objections | 0.50 | 212.50 | CCC |
|  | Exchange electronic correspondence with Mr. Landis re interim resolution of S&C fee objection | 0.10 | 42.50 | CCC |
| Oct-23-06 | Exchange electronic correspondence with Mr. Schwartzer; Ms. Karasik, re S&M fee order; prepare objection re same (no charge per CC) | 1.00 | 0.00 | CCC |
|  | Preparation of Opposition to form of proposed Order Granting S&M Fee Application (no charge per CCC) | 0.80 | 0.00 | SSS |
| Oct-24-06 | Exchange electronic correspondence with Ms. Freeman re effort to resolve S&M fee order issue | 0.10 | 0.00 | CCC |

Invoice #:        19775                        Page        2

| | | | | |
|---|---|---|---|---|
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of objection to form of order approving fee application of Schwartzer & McPherson | 0.20 | 30.00 | P |
| | Prepare certificate of service of objection to form of order approving fee application of Schwartzer & McPherson | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of certificate of service of objection to form of order approving fee application of Schwartzer & McPherson | 0.20 | 30.00 | P |
| | Preparation of Objection to S&M Fee Order; exhibits; review Mesirow and Ray Quinney and Nebeker fee orders (no charge per CCC) | 0.80 | 0.00 | SSS |
| | Electronic correspondence to Ms. Karasik (multiple) re Objection to S&M Fee Order (no charge per CCC) | 0.20 | 0.00 | SSS |
| | Telephone call to Mr. Schwartzer re withdrawing lodged S&M Fee Order per correspondence from Ms. Freeman | 0.10 | 19.00 | SSS |
| Oct-25-06 | Review electronic correspondence from Ms. Karasik re review of Schwartzer & McPherson's September Fee Statement re allocation issues | 0.10 | 19.00 | SSS |
| | Electronic correspondence to Ms. Dorsey re obtaining copy of Schwartzer & McPherson's September Fee Statement | 0.10 | 19.00 | SSS |
| Oct-26-06 | Analysis of Schwartzer & McPherson's September Fee Statement re allocation issues | 1.50 | 285.00 | SSS |
| | Electronic correspondence to Ms. McPherson re allocation of September fees | 0.10 | 19.00 | SSS |
| | Telephone call from Ms. McPherson re allocation of September fees consistent with proposed order granting First Interim Fee Application | 0.10 | 19.00 | SSS |

Totals                                          7.40      $1,305.00

**Total Fees, Disbursements**                             $1,305.00

Previous Balance                                          $2,871.00
Previous Payments                                             $0.00

**Balance Due Now**                                       **$4,176.00**

Invoice #:      19775                                          Page       3

**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

# *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                          Nov 08, 2006
Equity Security Committee

| | |
|---|---|
| File #: | 1500-9 |
| Inv #: | 19776 |

Attention:

RE:    Financing/Cash Collateral

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Oct-05-06 | Review motion re continued use of cash and emails re same (no charge per CCC) | 0.20 | 0.00 | CCC |
| | Review electronic correspondence from Mr. Parlen re Debtors' new cash collateral motion | 0.10 | 19.00 | SSS |
| Oct-23-06 | Review, revise and execute response re cash collateral motion | 0.10 | 42.50 | CCC |
| | Telephone call with Darla at bankruptcy court re status of stipulation and order re continued use of cash through January 31, 2007 | 0.10 | 15.00 | P |
| | Prepare electronic correspondence to co-counsel re status of stipulation and order re continued use of cash through January 31, 2007 | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of limited objection to cash collateral motion | 0.20 | 30.00 | P |
| | Review and download Debtors' Notice of Filing Fourth Revised Budget per Cash Collateral Motion | 0.10 | 19.00 | SSS |
| Oct-24-06 | Prepare certificate of service of limited objection to motion to use cash through January 31,2007 | 0.10 | 15.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of certificate of service of limited objection to motion to use cash through January 31,2007 | 0.20 | 30.00 | P |

Invoice #:        19776                              Page            2

Totals                                    1.20      $185.50

**Total Fees, Disbursements**                        **$185.50**

Previous Balance                                   $6,835.20
Previous Payments                                      $0.00

**Balance Due Now**                                 **$7,020.70**

**JPS - James Patrick Shea**            **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**            **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                  **LC - Law Clerk**
**DMC - Dawn M. Cica**                  **P - Paralegal**
                                        **LA- Legal Assistant**

### Shea & Carlyon Ltd.
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432                    Fax:(702) 471-7435

USA Mortgage, et al                                              Nov 08, 2006
Equity Security Committee

| | | |
|---|---|---|
| Attention: | File #: | 1500-10 |
| | Inv #: | 19766 |

RE:    Litigation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-02-06 | Telephone call with Rob Charles re retrieval of files from Debtors' hard drives pending rejection of lease and return to vendor | 0.10 | 15.00 | P |
| | Telephone call with Bridge City Legal re retrieval of files from Debtors' hard drives pending rejection of lease and return to vendor | 0.10 | 15.00 | P |
| | Prepare electronic correspondence to Rob Charles re retrieval of files from Debtors' hard drives pending rejection of lease and return to vendor | 0.10 | 15.00 | P |
| Oct-11-06 | Review and download Order Granting UCC Motion to Conduct Rule 2004 Examination of USA Commercial Real Estate Group; electronic Correspondence to Ms. Karasik and Mr. Merola re the sale | 0.20 | 38.00 | SSS |
| Oct-17-06 | Review pleadings re Injunction Complaint against Standard Property Development | 1.10 | 467.50 | CCC |
| | Preparation of memo to clients re Standard Property Litigation | 0.30 | 127.50 | CCC |
| Oct-19-06 | Review Debtors' adversary complaint against Gateway Stone; Gateway Stone's California litigation | 0.30 | 57.00 | SSS |
| Oct-20-06 | Preparation of memorandum re status of Gateway Stone litigation | 1.00 | 190.00 | SSS |
| Oct-25-06 | Review and revise memorandum re Gateway Stone litigation | 0.20 | 38.00 | SSS |
| Oct-26-06 | Exchange electronic correspondence with Mr. Sherman re Gateway Stone litigation memo (no charge per CC) | 0.10 | 0.00 | CCC |

Invoice #:        19766                                    Page            2

| | | | | |
|---|---|---|---|---|
| | Preparation of electronic correspondence to Eve Karasik attaching memorandum re Gateway Stone Associates, LLC litigation status | 0.10 | 15.00 | P |
| | Review and revise memorandum re Gateway Stone litigation | 0.10 | 19.00 | SSS |
| Oct-30-06 | Exchange electronic correspondence with Ms. Smith re scheduling of USA Real Estate Group deposition | 0.20 | 38.00 | SSS |
| | Electronic correspondence from Mr. Charles and Ms. Piscitell re rescheduling of 2004 examination of USA Real Estate Group | 0.10 | 19.00 | SSS |
| | Totals | 4.00 | $1,054.00 | |

**Total Fees, Disbursements**                                                $1,054.00

Previous Balance                                                             $3,977.00
Previous Payments                                                                $0.00

**Balance Due Now**                                                          $5,031.00


**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                        Nov 08, 2006
Equity Security Committee

Attention:                                              File #:        1500-11
                                                        Inv #:          19767

RE:    Meetings of Creditors

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-05-06 | Analyze committee update memo from Ms. Karasik, including plan, settlement, meeting issues | 0.20 | 85.00 | CCC |
|  | Review investor inquiries; exchange electronic correspondence with Mr. Parlen re responses to same | 0.50 | 95.00 | SSS |
| Oct-12-06 | Attend telephonic committee meeting; discussion of current motions; sale; plan and disclosure; settlement status re other committees | 1.40 | 595.00 | CCC |
| Oct-16-06 | Revise memo to committee re sale status | 0.20 | 80.00 | DMC |
| Oct-17-06 | Attend Debtor/Committee call/update | 0.90 | 382.50 | CCC |
| Oct-20-06 | Exchange electronic correspondence with Committee, co-counsel, re arranging emergency committee meeting (work performed over three days) | 0.10 | 42.50 | CCC |
| Oct-23-06 | Telephone call with committee re hearing last week; sale and confirmation process | 0.50 | 212.50 | CCC |
| Oct-25-06 | Review numerous e-mails with committee re status (bidding procedures, motion to convert) | 0.20 | 85.00 | CCC |
|  | Totals | 4.00 | $1,577.50 |  |

Invoice #:      19767                                    Page        2

### Total Fees, Disbursements                                    $1,577.50

Previous Balance                                        $24,203.10
Previous Payments                                            $0.00

### Balance Due Now                                          $25,780.60

**JPS - James Patrick Shea**
**CCC - Candace C. Carlyon**
**SWM - Shawn Miller**
**DMC - Dawn M. Cica**

**SSS - Shlomo Sherman**
**JRH - Jeffrey R. Hall**
**LC - Law Clerk**
**P - Paralegal**
**LA- Legal Assistant**

## *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                      Nov 08, 2006
Equity Security Committee

|  |  |  |
|---|---|---|
| File #: | 1500-12 |
| Inv #: | 19768 |

Attention:

RE:    Plan and Disclosure Statement

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-03-06 | Review electronic correspondence from Ms. Karasik; Mr. Strong, re FTDF plan concerns; exclusivity motion | 0.20 | 85.00 | CCC |
|  | Electronic filing of court pleadings - download and electronic filing of response to motion to extend exclusivity period to December 31, 2006 | 0.20 | 30.00 | P |
|  | Exchange electronic correspondence with Andrew Parlen re service of response re motion to extend exclusivity | 0.10 | 15.00 | P |
|  | Prepare certificate of service of response re motion to extend exclusivity | 0.30 | 45.00 | P |
|  | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of response re motion to extend exclusivity | 0.20 | 30.00 | P |
|  | Telephone call with Mr. Parlen re FTDF Committee response to Debtors' Motion to Increase Exclusivity Period | 0.20 | 38.00 | SSS |
|  | Review draft of FTDF Response to Debtors' Motion to Increase Exclusivity Period | 0.10 | 19.00 | SSS |
| Oct-04-06 | Exchange electronic correspondence with Ms. Karasik re debtor's latest plan | 0.10 | 42.50 | CCC |
| Oct-05-06 | Exchange electronic correspondence with other counsel re exclusivity order; review and execute same; Exchange electronic correspondence with Ms. Dorsey re format | 0.20 | 85.00 | CCC |
|  | Review plan re interests definition and allowance and draft revision; per Ms. Karasik's request | 0.20 | 85.00 | CCC |

Invoice #:        19768                          Page          2

| | | | | |
|---|---|---|---|---|
| | Exchange electronic correspondence with Ms. Karasik re issue on interests allowed per prior order | 0.10 | 42.50 | CCC |
| Oct-06-06 | Draft model of UCC plan settlement issues | 0.30 | 127.50 | CCC |
| Oct-10-06 | Analysis of today's plan comment sheet | 0.50 | 212.50 | CCC |
| | Analysis of revised term sheet; memo re settlement status | 0.30 | 127.50 | CCC |
| Oct-12-06 | Exchange electronic correspondence with Mr. Strong re proposed renotice of disclosure statement objection timing (work performed over two days) | 0.10 | 42.50 | CCC |
| Oct-13-06 | Review of SEC Staff letter re concerns with disclosure statement and plan of reorganization | 0.20 | 38.00 | SSS |
| Oct-17-06 | Conference with co counsel re pending proposals | 0.90 | 382.50 | JPS |
| Oct-18-06 | Analysis of plan/settlement term sheet | 1.00 | 425.00 | CCC |
| | Preparation of electronic correspondence to Ms. Karasik re plan/settlement issues | 0.10 | 42.50 | CCC |
| | Review electronic correspondence from Ms. Karasik re plan/settlement terms | 0.10 | 42.50 | CCC |
| | Review hearing binder re exclusifity to prepare for court appearance | 0.30 | 127.50 | CCC |
| Oct-19-06 | Analysis of email from Ms. Karasik re new demands from USACM UCC re possible plan/settlement | 0.20 | 85.00 | CCC |
| Oct-20-06 | Analysis of draft joint term sheet | 0.50 | 212.50 | CCC |
| Oct-21-06 | Brief analysis of First Amended Plan | 1.00 | 425.00 | CCC |
| Oct-23-06 | Review electronic correspondence from Ms. Karasik re remaining FTDF deal points on plan/settlement term sheet | 0.10 | 42.50 | CCC |
| Oct-24-06 | Analysis of 10/23 draft term sheet (plan/settlement) | 0.40 | 170.00 | CCC |
| Oct-25-06 | Analysis of numerous emails between FTDF and UCC counsel re possible resolution of outstanding plan/settlement issues | 0.20 | 85.00 | CCC |
| | Review Disclosure Statement and Joint Plan of Reorganization re upcoming deadlines | 1.00 | 190.00 | SSS |
| | E-mail to Anette re list of documents to be filed 10 days in advance of hearing on Disclosure Statement | 0.40 | 76.00 | SSS |
| Oct-26-06 | Review and approve communications re ancillary documents; communications with co counsel re same | 0.10 | 42.50 | CCC |

Invoice #:        19768                              Page          3

| | | | | |
|---|---|---|---|---|
| | Analysis of disclosure statement and schedules (including "to be filed") | 1.00 | 425.00 | CCC |
| | Analysis of PGBC objection to DS | 0.30 | 127.50 | CCC |
| Oct-28-06 | Review of emails re remaining term sheet issues (including from Mr. Charles; Ms. Karasik) | 0.40 | 170.00 | CCC |
| Oct-30-06 | Exchange electronic correspondence with Ms. Karasik re PGBC assertion of claim against all Debtors in objection to Disclosure Statement | 0.10 | 42.50 | CCC |
| | Review draft order re extension of exclusivity; Exchange electronic correspondence with co counsel re same | 0.10 | 42.50 | CCC |
| | Telephone call with Ginger at Laurel Davis' office re deadlines and dates for disclosure statement and confirmation hearings (no charge per CCC) | 0.10 | 0.00 | P |
| | Review pleadings re Debtors' Motion to Freeze Pension Plan; Order granting the same; PBGC's Objection to Debtors' Disclosure Statement; likely amount of PBGC claim | 0.70 | 133.00 | SSS |
| | Telephone call to Mr. Applegate re Pension Benefit Guaranty Corporation's Objection to Disclosure Statement | 0.10 | 19.00 | SSS |
| Oct-31-06 | Exchange electronic correspondence (numerous) with Co-counsel; Debtor's counsel; re order extending exclusivity | 0.10 | 42.50 | CCC |
| | Review proposed stip re continuing disclosure statement filing, response and reply | 0.10 | 42.50 | CCC |
| | Review/revise joint plan term sheet, including review of figures | 1.00 | 425.00 | CCC |
| | Analysis of DTDF proposed changes to term sheet; Review electronic correspondence from various parties re same | 0.30 | 127.50 | CCC |
| | Research amounts re unremitted principal to FTDF; investments in FTDF; holdbacks from FTDF of interest paid by USACM in excess of borrower payments re Joint Plan | 1.00 | 190.00 | SSS |
| | Totals | 14.90 | $5,200.50 | |

Invoice #:      19768                                   Page            4

**Total Fees, Disbursements**                                    **$5,200.50**

Previous Balance                                                  $14,969.00
Previous Payments                                                      $0.00

**Balance Due Now**                                               **$20,169.50**

**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

### *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                                          Nov 08, 2006
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-13 |
| Inv #: | 19769 |

Attention:

RE:    Relief from Stay proceedings

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-09-06 | Review of status of Standard Property Development 362 Motion re October 19 Omnibus Hearing Date | 0.10 | 19.00 | SSS |
| Oct-15-06 | Review pleadings to prepare for hearing re Standard Property lift stay | 0.20 | 85.00 | CCC |
| Oct-16-06 | Review Stipulation and Order extending time to respond to Debtors' disclosure statement | 0.10 | 19.00 | SSS |
|  | Review Stipulation and Order re Standard Property Development 362 Motion and Florida litigation; review docket re adversary proceedings against Standard Property Development | 0.20 | 38.00 | SSS |
|  | Telephone call with Mr. Gourley re status of Standard Property Development's 362 Motion and Florida litigation | 0.10 | 19.00 | SSS |
| Oct-17-06 | Prepare electronic correspondence to committee and professionals re memo re status of Standard Property lift stay motion | 0.10 | 15.00 | P |
|  | Review electronic correspondence from Mr. Brumby re extended deadline for responding to complaint in Florida litigation | 0.10 | 19.00 | SSS |
| Oct-19-06 | Prepare for Standard Property lift stay motion | 0.40 | 170.00 | CCC |
| Oct-30-06 | Review Order Denying Standard Property Development's 362 Motion | 0.10 | 19.00 | SSS |
|  | Totals | 1.40 | $403.00 | |

Invoice #:      19769                                    Page        2

### Total Fees, Disbursements                                           $403.00

Previous Balance                                                    $7,534.60
Previous Payments                                                       $0.00

### Balance Due Now                                                  $7,937.60


**JPS - James Patrick Shea**          **SSS - Shlomo Sherman**
**CCC - Candace C. Carlyon**          **JRH - Jeffrey R. Hall**
**SWM - Shawn Miller**                **LC - Law Clerk**
**DMC - Dawn M. Cica**                **P - Paralegal**
                                      **LA- Legal Assistant**

# EXHIBIT "4"

# *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                             Nov 20, 2006
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500 |
| Inv #: | 19793 |

Attention:

RE:    Costs/Expenses

## DISBURSEMENTS

| | | Disbursements | Receipts |
|---|---|---|---|
| | Westlaw research | -237.32 | |
| | Telephone | 4.52 | |
| | Postage | 33.43 | |
| Oct-01-06 | CD of fee application hearing | 26.00 | |
| Oct-18-06 | Westlaw charges | 200.56 | |
| | Westlaw charges | 1.91 | |
| | Westlaw charges | 34.85 | |
| Oct-30-06 | Copying  2682 @ 0.025 | 67.05 | |
| | Facsimile  7 @ 0.50 | 3.50 | |
| | Delivery services/messengers  12 @ 7.50 | 90.00 | |
| | Other -Pacer  853 @ 0.08 | 68.24 | |
| | Other -Pacer  14 @ 0.08 | 1.12 | |
| | Other -Scanning 613 @ 0.10 | 61.30 | |
| | Other -CD of Hearing | 26.00 | |
| Oct-31-06 | Federal Express - Stutman, Treister | 20.22 | |

Invoice #:        19793                              Page          2

| | | |
|---|---|---|
| Totals | $401.38 | $0.00 |

**Total Fees, Disbursements** $401.38

Previous Balance                                    $3,032.04
Previous Payments                                       $0.00

**Balance Due Now**                                  **$3,433.42**

JPS - James Patrick Shea            SSS - Shlomo Sherman
CCC - Candace C. Carlyon            JRH - Jeffrey R. Hall
SWM - Shawn Miller                  LC - Law Clerk
DMC - Dawn M. Cica                  P - Paralegal
                                    LA- Legal Assistant