**Entered on Docket**
**November 27, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:    fmerola@stutman.com
            ekarasik@stutman.com
            cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:    jshea@sheacarlyon.com
            ccarlyon@sheacarlyon.com
            ssherman@sheacarlyon.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date:  November 28, 2006<br>Time:  1:30 p.m. |

**EX PARTE ORDER SHORTENING TIME ON JOINT MOTION OF THE OFFICIAL COMMITTEES TO APPROVE DISTRIBUTION OF SUPPLEMENTAL SOLICITATION INFORMATION AND FOR SOLICITATION INFORMATION TO BE FILED UNDER SEAL AND NOTICE OF HEARING**

The Court, having considered the Application For Order Shortening Time On Joint Motion Of The Official Committees To Approve Distribution Of Supplemental Solicitation Information And For Solicitation Information To Be Filed Under Seal (the "Application"), the Affidavit of  Candace C. Carlyon, Esq. in support thereof, the Joint Motion Of The Official Committees To Approve Distribution Of Supplemental Solicitation Information And For Solicitation Information To Be Filed Under Seal (the "Motion"), the pleadings, papers and records on file herein; and good cause appearing therefore:

IT IS HEREBY ORDERED that the Application is granted, and that Motion will be heard by a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the _28th_ day of _____November_____, 2006 at ____1:30____ a.m/p.m.)

IT IS FURTHER ORDERED that the document referenced in the Application may be filed under seal pursuant to Fed. R. Bankr. P. 9018 and Local Rule 9018.

IT IS FURTHER ORDERED that pursuant to the Second Amended Order Establishing Case Management Procedures entered by this Court on September 14, 2006, any objections may be filed by 5:00 p.m. on November 27, 2006.  Any reply to an objection to Motion shall be filed by noon the business day before the hearing.  Courtesy copies of all pleadings must be delivered to the Bankruptcy Court Clerk's office upon filing.

///

///

///

2

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, the:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

     IT IS FURTHER ORDERED that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

SUBMITTED BY:

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

# # #

3