Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| **In re:**<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | **Chapter 11**<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| **In re:**<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| **In re:**<br><br>USA CAPITAL TRUST DEED FUND, LLC,<br>Debtor. | |
| **In re:**<br><br>USA SECURITIES, LLC,<br>Debtor. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

## CERTIFICATE OF MAILING (USA COMMERCIAL MORTGAGE COMPANY)

I, Alex Cedeño, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2. At the direction of Schwartzer & McPherson Law Firm, Counsel for the Debtors and Debtors-in-Possession in the above-captioned cases, copies of the document identified below by docket number were sent to those persons listed on the Service List attached hereto as Exhibit "A" at the addresses shown thereon and via the modes of service indicated thereon, on the 21st day of November, 2006:

Docket No. 1828    NOTICE OF HEARING OF DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY) [Re: Docket No. 1820]

Exhibit "A"    Service List regarding Docket No. 1828

DATED: November 27, 2006
El Segundo, California

_____
Alex Cedeño

State of California        )
                           ) ss
County of Los Angeles      )

    Personally appeared before me on November 27, 2006, Alex Cedeño, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

**EXHIBIT A**

# for USA Commercial Mortgage Company fka USA Capital

Total number of parties: 250

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22228 | (TRANSFEROR. VINCE DANELIAN), PO BOX 97782, LAS VEGAS, NV, 89193 | US Mail (1st Class) |
| 22227 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR: DEBTOR), AJARVIS@RQN.COM | E-mail |
| 22227 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR: DEBTOR), DMONSON@RQN.COM | E-mail |
| 22227 | A JARVIS/D MONSON/S STRONG, RAY QUINNEY & NEBEKER PC, (TRANSFEROR· DEBTOR), SSTRONG@RQN.COM | E-mail |
| 22227 | A WILLIAM & RANEE CEGLIA, JV DIRECT LENDERS, (TRANSFEROR: JV DIRECT LENDERS), AWILLIAM@CEGLIA.NAME | E-mail |
| 22228 | ALLEN J MAULT, JV DIRECT LENDERS, (TRANSFEROR: JV DIRECT LENDERS), 2422 AQUASANTA, TUSTIN, CA, 92782 | US Mail (1st Class) |
| 22227 | AMY N TIRRE, KUMMER KAEMPFER ETAL, ATIRRE@KKBRF.COM | E-mail |
| 22228 | ANDREW & ELLEN DAUSCHER, JV DIRECT LENDERS, (TRANSFEROR· JV DIRECT LENDERS), PO BOX 10031, ZEPHYR COVE, NV, 89448 | US Mail (1st Class) |
| 22227 | ANDREW M BRUMBY, SHUTTS & BOWEN LLP, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT LLC), ABRUMBY@SHUTTS-LAW.COM | E-mail |
| 22227 | ANNEE NOUNNA, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR· ANNEE NOUNNA), BELLA8049@AOL.COM | E-mail |
| 22227 | ARTHUR POLACHECK, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: A POLACHECK & G POLCHECK), ARTCLASSICS@BELLSOUTH.NET | E-mail |
| 22228 | ATTILA JEFZENSZKY, 1720 COLAVITA WAY, RENO, NV, 89521 | US Mail (1st Class) |
| 22227 | ATTN SARA M KATZ MNG TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: KATZ 2000 SEPARATE PRPTY TRUST), SKATZ@KATZANDASSOCIATES.COM | E-mail |
| 22227 | B OLSON/B AXELROD/A LORADITCH, BECKLEY SINGLETON CHTD, (TRANSFEROR: EQUITY SEC HOLDERS COMMITTEE), ALORADITCH@BECKLEYLAW.COM | E-mail |
| 22227 | B OLSON/B AXELROD/A LORADITCH, BECKLEY SINGLETON CHTD, (TRANSFEROR: EQUITY SEC HOLDERS COMMITTEE), BOLSON@BECKLEYLAW.COM | E-mail |
| 22228 | BANKRUPTCY CLERK, CLARK COUNTY TREASURER, (TRANSFEROR: CLARK COUNTY), PO BOX 551220, LAS VEGAS, NV, 89155-1220 | US Mail (1st Class) |
| 22228 | BANKRUPTCY DEPT, INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), STOP 5028, 110 CITY PKWY, LAS VEGAS, NV, 89106 | US Mail (1st Class) |
| 22228 | BANKRUPTCY DESK, EMPLOYERS INSURANCE CO OF NV, (TRANSFEROR: EMPLOYERS INSURANCE CO OF NV), 9790 GATEWAY DR, RENO, NV, 89521-5906 | US Mail (1st Class) |
| 22228 | BANKRUPTCY DIVISION, NY DEPARTMENT OF TAXATION, (TRANSFEROR: NY DEPARTMENT OF TAXATION), 555 E WASHINGTON, #1300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 22229 | BOB BERRY, 4460 MOUNTAINGATE DR, RENO, NV, 89519 | US Mail (1st Class) |
| 22227 | BRADLEY J STEVENS, JENNINGS STROUSS & SALMON PLC, (TRANSFEROR: LOU O MOLDONADO, TRUSTEE), BSTEVENS@JSSLAW.COM | E-mail |
| 22228 | BRECK E MILDE, TERRA LAW LLP, (TRANSFEROR: ALBERT LEE), 60 S MARKET ST, STE 200, SAN JOSE, CA, 95113 | US Mail (1st Class) |
| 22227 | BRUCE H CORUM/JAUNITA CARTER, TTEE CREDIT SHELTER TRUST J CARTER, (TRANSFEROR· JV DIRECT LENDERS), THECORUMHOUSE@YAHOO.COM | E-mail |
| 22229 | BUILDERS CAPITAL, DAVE FOGG, 28475 FRONT STREET, SUITE D, TEMECULA, CA, 92590 | US Mail (1st Class) |
| 22227 | C CUNNINGHAM/J KOHL/C ROBERTS, RAWLINGS OLSON CANNON ETAL, (TRANSFEROR· PROSPECT HIGH INCOME FUND, ETAL), BANKRUPTCY@ROCGD.COM | E-mail |
| 22228 | C/O BANKRUPTCY CLERK, CLARK COUNTY, (TRANSFEROR: CLARK COUNTY ASSESSOR), PO BOX 551401, LAS VEGAS, NV, 89155-1401 | US Mail (1st Class) |
| 22228 | C/O BANKRUPTCY CLERK, CLARK COUNTY, (TRANSFEROR: CLARK COUNTY TREASURER), PO BOX 551220, LAS VEGAS, NV, 89155-1220 | US Mail (1st Class) |
| 22228 | C/O DAVID W MOUNIER, (TRANSFEROR: DON TOMLIN), 15316 SKY HIGH RD, ESCONDIDO, CA, 92025 | US Mail (1st Class) |
| 22228 | CARLOS GONZALEZ ASST US ATTY, OFFICE OF THE US ATTORNEY GENERAL, (TRANSFEROR: USA), 333 LAS VEGAS BLVD S, STE 5000, LAS VEGAS, NV, 89101 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22227 | CARYN S TIJSSELING, BEESLEY PECK & MATTEONI LTD, (TRANSFEROR: S&J ENTERPRISE INVESTMENTS INC), AHA@BEESLEYANDPECK.COM | E-mail |
| 22227 | CARYN S TIJSSELING, BEESLEY PECK & MATTEONI LTD, (TRANSFEROR: S&J ENTERPRISE INVESTMENTS INC), CST@BEESLEYANDPECK.COM | E-mail |
| 22227 | CHARLES & RITA ANDERSON TRUSTS, BALTES COMPANY, (TRANSFEROR: JV DIRECT LENDERS), CHASBAND@EARTHLINK.COM | E-mail |
| 22227 | CHARLES O NICHOLS, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: CHARLES O NICHOLS & FLORA A NICHOLS), HARLEYNICHOLS@COX.NET | E-mail |
| 22228 | CHRIS MCKINNEY, BAY COMMUNITIES, 4800 N FEDERAL HIGHWAY, STE A205, BOCA RATON, FL, 33431 | US Mail (1st Class) |
| 22227 | CHRISTOPHER D JAIME, WALTHER KEY MAUPIN ETAL, (TRANSFEROR: GANNAWAY CHARITABLE REMAINDER TRUST), CJAIME@MCLRENOLAW.COM | E-mail |
| 22228 | DANIEL BOGDEN/CARLOS GONZALEZ, DISTRICT OF NEVADA, (TRANSFEROR: US ATTORNEY'S OFFICE), 333 LAS VEGAS BLVD S, #5000, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 22227 | DANIEL D WHITE, (TRANSFEROR: GATEWAY STONE ASSOC LLC), DAN@DDWLAW.COM | E-mail |
| 22227 | DAVID AND PAMELA SEXTON, JV DIRECT LENDERS, (TRANSFEROR: JV DIRECT LENDERS), PAMSEXTON@COX.NET | E-mail |
| 22227 | DAVID R GRIFFITH, STEWART HUMPHERYS ETAL, (TRANSFEROR: ALBERT DANIEL ANDRADE), DGRIFFITH@CHICOLAW.COM | E-mail |
| 22228 | DAVID W MOUNIER, (TRANSFEROR: DON TOMLIN), 15316 SKY HIGH RD, ESCONDIDO, CA, 92025 | US Mail (1st Class) |
| 22227 | DENNIS FLIER, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: DENNIS FLIER INC DBT DATED 6/29/87), DSFOMI@AOL.COM | E-mail |
| 22228 | DISTRICT COUNSEL, INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), 110 CITY PKWY, LAS VEGAS, NV, 89106 | US Mail (1st Class) |
| 22228 | DISTRICT OFFICE, FHA/HUD, (TRANSFEROR: FHA/HUD), 300 S LAS VEGAS BLVD, STE 2900, LAS VEGAS, NV, 89101-5833 | US Mail (1st Class) |
| 22228 | DMV/PUBLIC SAFETY RECORDS SECTION, (TRANSFEROR: DMV/PUBLIC SAFETY RECORDS SECTION), 555 WRIGHT WAY, CARSON CITY, NV, 89711-0250 | US Mail (1st Class) |
| 22227 | DONALD R WALKER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: DEL BUNCH DBA LOAN PTNS CAPITAL), DRWALKER1@COX.NET | E-mail |
| 22227 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: COMMUNITY BANK OF NEVADA), JEFF@SYLVESTERPOLEDNAK.COM | E-mail |
| 22227 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: COMMUNITY BANK OF NEVADA), SANDPLEGAL@YAHOO.COM | E-mail |
| 22227 | DONALD T POLEDNAK, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: COMMUNITY BANK OF NEVADA), SPBANKRUPTCY@YAHOO.COM | E-mail |
| 22227 | DRS DAVID AND BONNIE ENRICO, JV DIRECT LENDERS, (TRANSFEROR: JV DIRECT LENDERS), SKYPILOT1@BLOMAND.NET | E-mail |
| 22227 | EDWARD W HOMFELD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: HOMFELD II LLC), NHOMFELD@GMAIL.COM | E-mail |
| 22227 | EDWARD W HOMFELD, HOMFELD II LLC, (TRANSFEROR: HOMFELD II LLC), NHOMFELD@GMAIL.COM | E-mail |
| 22228 | EMPLOYMENT SEC DIV CONTRIB SEC, DEPARMENT OF EMPLOYMENT TRAINING, (TRANSFEROR: DOET), 500 E 3RD ST, CARSON CITY, NV, 89713-0030 | US Mail (1st Class) |
| 22227 | ERVEN T NELSON/ROBERT L BOLICK, BOLICK & BOYER, (TRANSFEROR: LEO MANTAS), ERV@RLBOLICK.COM | E-mail |
| 22228 | EVAN BEAVERS, LOCAL COUNSEL, (TRANSFEROR: ALBERT LEE), 1625 HIGHWAY 88, STE 304, MINDEN, NV, 89423 | US Mail (1st Class) |
| 22227 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), CPAJAK@STUTMAN.COM | E-mail |
| 22227 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), EKARASIK@STUTMAN.COM | E-mail |
| 22227 | F MEROLA/E KARASIK/C PAJAK, STUTMAN TREISTER & GLATT PC, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), FMEROLA@STUTMAN.COM | E-mail |
| 22228 | FERTITTA ENTERPRISES INC, (TRANSFEROR: COMMITTEE CONTRACT RIGHTS HOLDERS), 2960 W SAHARA AVE, STE 200, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 22228 | FRANK A ELLIS III, ELLIS & GORDON PC, (TRANSFEROR: ANDREW WELCHER), 510 S 9TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 22227 | FRANK COLLINS, SIERRA HEALTH SERVICES, (TRANSFEROR: JV DIRECT LENDERS), CAROMI@SIERRAHEALTH.COM | E-mail |
| 22227 | FRANK COLLINS, SIERRA HEALTH SERVICES, (TRANSFEROR: JV DIRECT LENDERS), LEG104@SIERRAHEALTH.COM | E-mail |
| 22228 | GARY A SHEERIN ESQ, JV DIRECT LENDER, (TRANSFEROR: JV DIRECT LENDER), 177 W PROCTOR ST, #B, CARSON CITY, NV, 89703 | US Mail (1st Class) |
| 22228 | GEORGE GORMAN, FINANCIAL WEST GROUP, (TRANSFEROR· USA SECURITIES LLC), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 22227 | GILBERT B WEISMAN, C/O BECKET AND LEE LLP, (TRANSFEROR· AMERICAN EXPRESS BANK FSB), NOTICES@BECKET-LEE.COM | E-mail |
| 22227 | HEINZ BINDER, BINDER & MALTER LLP, (TRANSFEROR: JOHN AND JANE UNLAND), WENDY@BINDERMALTER.COM | E-mail |
| 22227 | HOWARD CONNELL, HOWLOR5@AOL.COM | E-mail |
| 22228 | INTERNAL REVENUE SERVICE, (TRANSFEROR: IRS), OGDEN, UT, 84201 | US Mail (1st Class) |
| 22228 | INTERSHOW, (TRANSFEROR: USA CAPITAL REALTY ADVISORS LLC), THE GITHLER CENTER, 1258 N PALM AVE, SARASOTA, FL, 34236 | US Mail (1st Class) |
| 22228 | JAMES B CORISON, (TRANSFEROR: DIRECT LENDER JAMES CORISON), 5064 ROCKLEDGE DR, RIVERSIDE, CA, 92506 | US Mail (1st Class) |
| 22227 | JAMES D GREENE, SCHRECK BRIGNONE, (TRANSFEROR: CAPITAL CROSSING BANK), JGREENE@SCHRECKLAW COM | E-mail |
| 22227 | JAMES G SCHWARTZ/JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, (TRANSFEROR: RODNEY ROLOFF ETAL), JOSH@JGSCHWARTZ.COM | E-mail |
| 22228 | JAMES HULL, C/O SIGNATURE FINANCIAL, (TRANSFEROR: USA SECURITIES LLC), 2601 AIRPORT DR, # 370, TORRANCE, CA, 90505 | US Mail (1st Class) |
| 22227 | JAMES J LEE/PATRICIA A MARR, LAW OFFICES OF JAMES J LEE, (TRANSFEROR: LAW OFFICES OF JAMES J LEE), JAMES@LEELAW.LVCOXMAIL.COM | E-mail |
| 22227 | JAMES J LEE/PATRICIA A MARR, LAW OFFICES OF JAMES J LEE, (TRANSFEROR: LAW OFFICES OF JAMES J LEE), LVLAW03@YAHOO.COM | E-mail |
| 22227 | JAMES MCCARROLL/DEBRA TURETSKY, REED SMITH LLP, DTURETSKY@REEDSMITH.COM | E-mail |
| 22227 | JAMES MCCARROLL/DEBRA TURETSKY, REED SMITH LLP, JMCCARROLL@REEDSMITH.COM | E-mail |
| 22227 | JAMES MCCOLLUM, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: JAMES MCCOLLUM & PAMELA MCCOLLUM), JAMESWMCCOLLUM@AOL.COM | E-mail |
| 22227 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), ABOEHMER@SHEACARLYON.COM | E-mail |
| 22227 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), BANKRUPTCYFILINGS@SHEACARLYON.COM | E-mail |
| 22227 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), CCARLYON@SHEACARLYON.COM | E-mail |
| 22227 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), LTREADWAY@SHEACARLYON COM | E-mail |
| 22227 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), RMSMITH@SHEACARLYON COM | E-mail |
| 22227 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), SMILLER@SHEACARLYON.COM | E-mail |
| 22227 | JAMES P SHEA/CANDACE CARLYON, SHEA & CARLYON LTD, (TRANSFEROR: COUNSEL FOR INVESTOR COMMITTEES), SSHERMAN@SHEACARLYON.COM | E-mail |
| 22227 | JAMES R BONFIGLIO GP, (TRANSFEROR: BOARDWALK INVESTMENTS LP), JBONFIGLIO62@YAHOO.COM | E-mail |
| 22227 | JANET L CHUBB, JONES VARGAS, (TRANSFEROR: JOSEPH, LORETTA AND MARK DONNOLO), JLC@JONESVARGAS.COM | E-mail |
| 22227 | JANET L CHUBB, JONES VARGAS, (TRANSFEROR: JOSEPH, LORETTA AND MARK DONNOLO), TBW@JONESVARGAS.COM | E-mail |
| 22228 | JANNY CATHARINA BROUWER, 2533 KINNARD AVE, HENDERSON, NV, 89074 | US Mail (1st Class) |
| 22228 | JAY R EATON, EATON & O`LEARY PLLC, (TRANSFEROR· MICHAEL R SHULER), 115 GROVE AVE, PRESCOTT, AZ, 86301 | US Mail (1st Class) |
| 22228 | JAY R EATON, EATON & O`LEARY PLLC, (TRANSFEROR: MICHAEL R SHULER), PO BOX 18, FAIRBURY, IL, 61739 | US Mail (1st Class) |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22241 | JB PARTAIN, PRESIDENT, MOJAVE CANYON INC, (TRANSFEROR: JV DIRECT LENDER), 1400 COLORADO ST, #C, BOULDER CITY, NV, 89005 | US Mail (1st Class) |
| 22227 | JB PARTAIN, PRESIDENT, MOJAVE CANYON INC, (TRANSFEROR: JV DIRECT LENDER), MCIJB@SWBELL.COM<br>email failed | E-mail |
| 22227 | JED A HART, ANGELO GORDON & CO, JHART@ANGELOGORDON.COM | E-mail |
| 22227 | JEFFREY A COGAN, LAW OFFICES OF JEFFREY A COGAN CHTD, (TRANSFEROR: ROBERT VERCHOTA GEN PTNR), JEFFREY@JEFFREYCOGAN.COM | E-mail |
| 22227 | JEFFREY D HERMANN, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), JHERMANN@ORRICK.COM | E-mail |
| 22232 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), 1389 GALLERIA DR, STE 200, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 22232 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), 1389 GALLERIA DR, STE 200, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 22227 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), GIKLEPEL@KSSATTORNEYS.COM<br>email failed | E-mail |
| 22227 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), JSLOANE@KSSATTORNEYS.COM | E-mail |
| 22227 | JEFFREY G SLOANE/REGINA M MCCONNELL, KRAVITZ SCHNITZER SLOANE ETAL, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), RMCONNELL@KSSATTORNEYS.COM<br>email failed | E-mail |
| 22227 | JEFFREY L HARTMAN, HARTMAN & HARTMAN, (TRANSFEROR: THE MACDONALD CENTER), NOTICES@BANKRUPTCYRENO.COM | E-mail |
| 22227 | JEFFREY R SYLVESTER, SYLVESTER & POLEDNAK LTD, (TRANSFEROR: USA COMMERCIAL REAL ESTATE GROUP), JEFF@SYLVESTERPOLEDNAK.COM | E-mail |
| 22227 | JEFFREY SLOANE/REGINA MCCONNELL, KRAVITZ, SCHNITZER ETAL, (TRANSFEROR: ANNE VENTO AND CARMINE VENTO), JSLOANE@KSSATTORNEYS COM | E-mail |
| 22227 | JEFFREY SLOANE/REGINA MCCONNELL, KRAVITZ, SCHNITZER ETAL, (TRANSFEROR: ANNE VENTO AND CARMINE VENTO), RMCCONNELL@KSSATTORNEYS.COM | E-mail |
| 22228 | JERROLD T MARTIN, (TRANSFEROR: JERROLD T MARTIN), 8423 PASO ROBLES, NORTHRIDGE, CA, 91325 | US Mail (1st Class) |
| 22227 | JERRY T MCGIMSEY, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: JERRY T MCGIMSEY), JTMACG@EARTHLINK.COM | E-mail |
| 22227 | JOAN C WRIGHT, ALLISON MACKENZIE RUSSELL ETAL, (TRANSFEROR: ROYAL VACATINO SUITES INC), JBROOKS@ALLISONMACKENZIE.COM | E-mail |
| 22227 | JOAN C WRIGHT, ALLISON MACKENZIE RUSSELL ETAL, (TRANSFEROR: ROYAL VACATINO SUITES INC), JWRIGHT@ALLISONMACKENZIE.COM | E-mail |
| 22232 | JOHN BAUER, (TRANSFEROR: JOHN BAUER IRA), 40808 N RIVERBEND, ANTHEM, AZ, 85086 | US Mail (1st Class) |
| 22227 | JOHN BAUER, (TRANSFEROR: JOHN BAUER IRA), JBNVI@CS.COM<br>email failed | E-mail |
| 22227 | JOHN F MURTHA, WOODBURN AND WEDGE, (TRANSFEROR: JOHN AND GARY MICHELSEN), JMURTHA@WOODBURNANDWEDGE COM | E-mail |
| 22227 | JOHN GOINGS, (TRANSFEROR: COMMITTEE USA CAP 1ST TR DEED), JGOINGS@BHWK.COM | E-mail |
| 22227 | JOHN H WARNER JR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: JOHN H WARNER JR), WQF1@AOL.COM | E-mail |
| 22228 | JOHN PETER LEE, JOHN PETER LEE LTD, 830 LAS VEGAS BLVD S, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 22228 | JOHN WARNER JR IRA, (TRANSFEROR: EQUITY SECURITY HOLDERS COMMITTEE), C/O FIRST SAVINGS BANK, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 22228 | JOHN WARNER JR IRA, C/O FIRST SAVINGS BANK, (TRANSFEROR: COMMITTEE OF USA CAPITAL 1ST TRUST), 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 22227 | JOSEPH HUGGINS, HUGGINS & ASSOCIATES, (TRANSFEROR: J MILANOWSKI, T HANTAGES, ETAL), JOEHUGGINS@SBCGLOBAL.NET | E-mail |
| 22227 | KELLY J BRINKMAN, GOOLD PATTERSON ALES & DAY, (TRANSFEROR: GOOLD PATTERSON ALES & DAY), KBRINKMAN@GOOLDPATTERSON.COM | E-mail |
| 22227 | KEN BONNET, KEHL FAMILY, (TRANSFEROR: JV DIRECT LENDERS), KEN.BONNET@RIVERSIDECASINOANDRESORT.COM | E-mail |
| 22227 | KERIANN M ATENCIO, GREENBERG TRAURIG LLP, (TRANSFEROR: NEVADA STATE BANK), ATENCIOK@GTLAW.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22228 | KERMIT KRUSE, 2710 ALBANY AVE, DAVIS, CA, 95616 | US Mail (1st Class) |
| 22227 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR: ROSEBERRY FAMILY LP/ROBT WORTHEN), EJAMESLV@EARTHLINK.COM | E-mail |
| 22227 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR: ROSEBERRY FAMILY LP/ROBT WORTHEN), KBCHRISLAW@AOL COM | E-mail |
| 22227 | KEVIN B CHRISTENSEN/XANNA P HARDMAN, KEVIN B CHRISTENSEN CHARTERED, (TRANSFEROR: ROSEBERRY FAMILY LP/ROBT WORTHEN), XANNA.HARDMAN@GMAIL.COM | E-mail |
| 22228 | KUMMER KAEMPFER ETAL, (TRANSFEROR: USA CAPITAL REALTY ADVISORS LLC), 3800 HOWARD HUGHES PKWY, 7TH FL, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 22227 | KURT HUNSBERGER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: GANNAWAY CHARITIBLE REMAINDER TRST), KHUNSBERGER@MCLRENOLAW.COM | E-mail |
| 22228 | LARRY L (TTEE) & PATSY REIGER, REVOCABLE TRUST, (TRANSFEROR: CREDITORS COMMITTEE USACMC), 2615 GLEN EAGLES DR, RENO, NV, 89523 | US Mail (1st Class) |
| 22241 | LARRY L RIEGER TTEE, (TRANSFEROR: RIEGER REVOCABLE TRUST), 2615 GLEN EAGLES DR, RENO, NV, 89523 | US Mail (1st Class) |
| 22227 | LARRY L RIEGER TTEE, (TRANSFEROR: RIEGER REVOCABLE TRUST), RIEG4@SBCGLOBAL.COM<br>email failed | E-mail |
| 22227 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), BKLSCLV@LIONELSAWYER.COM | E-mail |
| 22227 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), GBAGLEY@LIONELSAWYER.COM | E-mail |
| 22227 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), LDAVIS@LIONELSAWYER.COM | E-mail |
| 22227 | LAUREL E DAVIS, LIONEL SAWYER & COLLINS, (TRANSFEROR: SCOTT CANEPA ET AL), LDAVISESQ@AOL.COM | E-mail |
| 22227 | LEE D MACKSON, SHUTTS & BOWEN LLP, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT), LMACKSON@SHUTTS-LAW.COM | E-mail |
| 22227 | LENARD SCHWARTZER/J MCPHERSON, SCHWARTZER & MCPHERSON LAW FIRM, (TRANSFEROR: DEBTOR LOCAL COUNSEL), BKFILINGS@S-MLAW.COM | E-mail |
| 22228 | LOAN SERVICE AND CLAIMS, DEPT OF VETERANS AFFAIRS, (TRANSFEROR: DEPT OF VETERANS AFFAIRS), 3225 N CENTRAL, PHOENIX, AZ, 85102 | US Mail (1st Class) |
| 22227 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), LERNCE@ORRICK.COM | E-mail |
| 22227 | MARC A LEVINSON/LYNN T ERNCE, ORRICK HERRINGTON & SUTCLIFF LLP, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), MALEVINSON@ORRICK.COM | E-mail |
| 22228 | MARGIE GANDOLFO, 1724 ARROW WOOD DR, RENO, NV, 89521 | US Mail (1st Class) |
| 22227 | MARION E WYNNE, WILKINS BANKESTER BILES & WYNNE PA, (TRANSFEROR: SHARON JUNO), TWYNNE@WBBWLAW.COM | E-mail |
| 22227 | MARJORIE A GUYMON, GOLDSMITH & GUYMON PC, (TRANSFEROR: MOUNTAIN WEST MORTGAGE ETC), MGUYMON@GOLDGUYLAW.COM | E-mail |
| 22228 | MARTIN B WEISS, THE GARRETT GROUP LLC, ONE BETTERWORLD CIR, STE 300, TEMECULA, CA, 92590 | US Mail (1st Class) |
| 22227 | MARY ELLEN MORO, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: MARY ELLEN MORO), MARYELLEN.MORO@VERIZON.NET | E-mail |
| 22228 | MARYETTA BOWMAN, 534 ENCHANTED LAKES DR, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 22227 | MATTHEW Q CALLISTER, CALLISTER & REYNOLDS, (TRANSFEROR: PROJECT DISBURSEMENT GROUP INC), MAGGIE@CALLISTER-REYNOLDS.COM | E-mail |
| 22227 | MATTHEW Q CALLISTER, CALLISTER & REYNOLDS, (TRANSFEROR: PROJECT DISBURSEMENT GROUP INC), MQC@CALLISTER-REYNOLDS.COM | E-mail |
| 22227 | MICHAEL T YODER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ADVANCED INFORMATION SYSTEMS), MYODER@AISINFO.COM | E-mail |
| 22228 | NANCY ALLF/TIMOTHY THOMAS, PARSONS BEHLE & LATIMER, (TRANSFEROR: CO-COUNSEL - ALEXANDER ET AL), 411 E BONNEVILLE AVE, #100, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 22232 | NANCY CORBIN/SUSAN ECKHARDT, NEVADA MORTGAGE LENDING DIVISION, (TRANSFEROR: NEVADA MORTGAGE LENDING DIVISION), 3075 E FLAMINGO, NO 100, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 22227 | NANCY CORBIN/SUSAN ECKHARDT, NEVADA MORTGAGE LENDING DIVISION, (TRANSFEROR: NEVADA MORTGAGE LENDING DIVISION), NJCORBIN@MLD.NV.GOV | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22227 | NANCY CORBIN/SUSAN ECKHARDT, NEVADA MORTGAGE LENDING DIVISION, (TRANSFEROR: NEVADA MORTGAGE LENDING DIVISION), SECKHARDT@MLD.NV.GOV<br>email failed | E-mail |
| 22227 | NICHOLAS J SANTORO, NICHOLAS J SANTORO ESQ, (TRANSFEROR: NICHOLAS SANTORO ETAL), NSANTORO@NEVADAFIRM COM | E-mail |
| 22227 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR: MIKLOS STEUER), JMACROBBIE@KLNEVADA.COM | E-mail |
| 22227 | NILE LEATHAM/JAMES B MACROBBIE, KOLESAR & LEATHAM CHTD, (TRANSFEROR: MIKLOS STEUER), NLEATHAM@KLNEVADA.COM | E-mail |
| 22228 | OFFICE OF CHIEF COUNSEL, PENSION BENEFIT GUARANTY CORP, (TRANSFEROR: PBGC), 1200 K ST NW, WASHINGTON, DC, 20005-4026 | US Mail (1st Class) |
| 22228 | OFFICE OF LABOR COMMISSIONER, (TRANSFEROR: OFFICE OF LABOR COMMISSIONER), 555 E WASHINGTON AVE, STE 4100, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 22227 | OFFICE OF THE UNITED STATES TRUSTEE, (TRANSFEROR: UST), USTPREGION17.LV.ECF@USDOJ.GOV | E-mail |
| 22227 | P JACOBI/A ABRAMS/J MILLS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), AABRAMS@SFF-LAW.COM | E-mail |
| 22227 | P JACOBI/A ABRAMS/J MILLS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), JMILLS@SFF-LAW.COM | E-mail |
| 22227 | P JACOBI/A ABRAMS/J MILLS, SUGAR FRIEDBERG & FELSENTHAL LLP, (TRANSFEROR: NORMAN KIVEN), PJACOBI@SFF-LAW.COM | E-mail |
| 22228 | PAUL & DONNA JACQUES, 810 SE 7TH ST, A103, DEERFIELD BEACH, FL, 33441 | US Mail (1st Class) |
| 22228 | PETER BOLINO, 17412 SERENE DR, MORGAN HILL, CA, 95037 | US Mail (1st Class) |
| 22227 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), CHERYL@MSMLAW.COM | E-mail |
| 22227 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), JAY@MSMLAW.COM | E-mail |
| 22227 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), MSM@MSMLAW.COM | E-mail |
| 22227 | PETER SUSI/JAY L MICHAELSON, MICHAELSON SUSI & MICHAELSON PC, (TRANSFEROR: LENDERS JAY STEIN ETAL), PETER@MSMLAW.COM | E-mail |
| 22228 | R HAGMAIER, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES LLC), 4510 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 22232 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), 3800 HOWARD HUGHES PKY, STE 1000, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 22227 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), IMCCORD@SWLAW.COM | E-mail |
| 22227 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), JLUSTIG@SWLAW.COM | E-mail |
| 22227 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), JMCBEE@SWLAW.COM | E-mail |
| 22227 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), LHOLDING@SWLAW.COM<br>email failed | E-mail |
| 22227 | R KINAS/J MCBEE/J LUSTIG/I MCCORD, SNELL & WILMER LLP, (TRANSFEROR: ASPEN SQUARE MANAGEMENT INC), RKINAS@SWLAW.COM | E-mail |
| 22227 | R VAUGHN GOURLEY, STEPHENS GOURLEY & BYWATER, (TRANSFEROR: STANDARD PROPERTY DEVELOPMENT LLC), VGOURLEY@LVCM.COM | E-mail |
| 22228 | R WALKER/E LOVERIDGE/R LAMBER, WOODBURY & KESLER PC, (TRANSFEROR: J MILANOWSKI, T HANTGES ETAL), 265 E 100 SOUTH, STE 300, SALT LAKE CITY, UT, 84111 | US Mail (1st Class) |
| 22228 | REVENUE DIVISION, NV DEPARTMENT OF TAXATION, (TRANSFEROR: NV DEPARTMENT OF TAXATION), CAPITOL COMPLEX, CARSON CITY, NV, 89710-0003 | US Mail (1st Class) |
| 22228 | RICHARD G WOUDSTRA TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: RICHARD G WOUDSTRA REV TRUST), USA CAPITAL FIRST TRUST DEED FUND, PO BOX 530025, HENDERSON, NV, 89053 | US Mail (1st Class) |
| 22228 | RICHARD HAMMERMAN, RICHARD HAMMERMAN PC, (TRANSFEROR: LERIN HILLS, LTD), 7200 N MOPAC, STE 150, AUSTIN, TX, 78731 | US Mail (1st Class) |
| 22227 | RICHARD HOROWITZ, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: RICHARD HOROWITZ), RAH1800@AOL.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22227 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), MSCHMAHL@MCGUIREWOODS.COM | E-mail |
| 22227 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), PSMOOTS@MCGUIREWOODS.COM | E-mail |
| 22227 | RICHARD MASON, MCGUIRE WOODS LLP, (TRANSFEROR: DR GARY KANTOR TTEE OF KANTOR NEPH), RJMASON@MCGUIREWOODS.COM | E-mail |
| 22232 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), 330 S THIRD ST, #900, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 22227 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), CBURKE@LAWLASVEGAS COM | E-mail |
| 22227 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), GKOPANG@LAWLASVEGAS.COM | E-mail |
| 22227 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), RMCKNIGHT@LAWLASVEGAS.COM | E-mail |
| 22227 | RICHARD MCKNIGHT, LAW OFFICES OF RICHARD MCKNIGHT PC, (TRANSFEROR: RICHARD MCKNIGHT), SFOREMASTER@LAWLASVEGAS.COM *email failed* | E-mail |
| 22227 | ROB CHARLES/SUSAN FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), RCHARLES@LRLAW.COM | E-mail |
| 22227 | ROB CHARLES/SUSAN FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), SFREEMAN@LRLAW.COM | E-mail |
| 22227 | ROBERT A RUSSELL, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: RUSSELL/AD DEVELOP GROUP LLC), R RUSSELL@INDUSTRIALWEST.COM | E-mail |
| 22227 | ROBERT AND SANDRA COWMAN, JV DIRECT LENDER, (TRANSFEROR: JV DIRECT LENDER), SPDDCBOB@AOL COM | E-mail |
| 22227 | ROBERT C LEPOME, (TRANSFEROR· ALEXANDER, ETAL.), ROBERT@ROBERTLEPOME.COM | E-mail |
| 22227 | ROBERT C LEPOME, (TRANSFEROR· ALEXANDER, ETAL.), SUSAN@ROBERTLEPOME.COM | E-mail |
| 22227 | ROBERT E TAYLOR, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: CHUCK HEINRICHS), CHUCKHEIN@EARTHLINK COM | E-mail |
| 22228 | ROBERT E TAYLOR, USA CAPITAL FIRST TRUST DEED FUND, (TRANSFEROR: EQUITY SECURITY HOLDER COMMITTEE), 1535 FLYNN RD, CAMARILLO, CA, 93012 | US Mail (1st Class) |
| 22228 | ROBERT H MANSFIELD, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: ROBERT H MANSFIELD), USA CAPITAL DIVERSIFIED TRUST DEED, 3611 VICTORY AVE, LAS VEGAS, NV, 89121-7224 | US Mail (1st Class) |
| 22228 | ROBERT HARDY, (TRANSFEROR: EQUITY SEC HLDRS COMMITTEE), 6510 ANSONIA CT, LAS VEGAS, NV, 89118-1874 | US Mail (1st Class) |
| 22227 | ROBERT L HAGMAIER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ROBERT L HAGMAIER), RHAGMAIER@FWG.COM *email failed* | E-mail |
| 22232 | ROBERT L HAGMAIER, COMMITTEE OF UNSECURED CREDITORS, (TRANSFEROR: ROBERT L HAGMAIER), USA COMMERCIAL MORTGAGE CO, 15254 CANDLEWOOD CT, LAKE OSWEGO, OR, 97035 | US Mail (1st Class) |
| 22228 | ROBERT RUSSELL, RUSSELL AD DEVELOPMENT GROUP LLC, (TRANSFEROR: CREDITORS COMMITTEE USACMC), PO BOX 28216, SCOTTSDALE, AZ, 85255 | US Mail (1st Class) |
| 22227 | ROBERT WORTHEN, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: ROBERT WORTHEN), ROBERTWORTHEN@EARTHLINK.COM | E-mail |
| 22228 | ROCCO J ROCCO, (TRANSFEROR: ROCCO J ROCCO), 12617 COTTAGEVILLE LANE, KELLER, TX, 76248 | US Mail (1st Class) |
| 22227 | RONALD D GREEN, GREENBERG TRAURIG LLP, (TRANSFEROR· MESIROW FINANCIAL INTERIM MGMT), GREENRO@GTLAW COM | E-mail |
| 22227 | RUSSELL JAMES ZUARDO, RJZRPH@COX.NET | E-mail |
| 22228 | SANDRA W LAVIGNA, US SECURITIES AND EXCHANGE COMM, (TRANSFEROR: SEC), 5760 WILSHIRE BLVD, 11TH FL, LOS ANGELES, CA, 90036-3648 | US Mail (1st Class) |
| 22227 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), DBERGSING@HALELANE.COM | E-mail |
| 22227 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), ECFVEGAS@HALELANE.COM | E-mail |
| 22227 | SCOTT D FLEMING, HALE LANE PEEK ETAL, (TRANSFEROR: BANK OF AMERICA NA), SFLEMING@HALELANE COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22227 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, GMUSCARI@DEFECTLAWYERS.COM | E-mail |
| 22227 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, SCANEPA@DEFECTLAWYERS.COM | E-mail |
| 22227 | SCOTT K CANEPA, CANEPA RIEDY & RUBINO, SCOTTCANEPA@YAHOO.COM | E-mail |
| 22227 | SEAN NAJARIAN, THE NAJARIAN LAW FIRM, SEAN@NLF.LA | E-mail |
| 22229 | SONIA RODRIGUEZ, 8410 WATERS RD, MOORPARK, CA, 93021 | US Mail (1st Class) |
| 22227 | STAN WOLKEN, BAYAREASTAN@YAHOO.COM | E-mail |
| 22228 | STATE OF NEVADA, (TRANSFEROR: SECRETARY OF STATE), 202 N CARSON ST, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 22227 | STEPHANIE L COOPER, THE COOPER CHRISTENSEN LAW FIRM LLP, (TRANSFEROR: MARGARITA JUNG, SECURED CREDITOR), STEPHANIE@CCFIRM.COM | E-mail |
| 22227 | STEPHEN R HARRIS, BELDING HARRIS & PETRONI LTD, (TRANSFEROR: FRANK SNOPKO), STEVE@RENOLAW BIZ | E-mail |
| 22227 | STEVEN E OSTROW, WHITE AND WILLIAMS, (TRANSFEROR: LIBERTY BANK), OSTROWS@WHITEANDWILLIAMS.COM | E-mail |
| 22227 | STEVEN R ORR, RICHARDS WATSON & GERSHON, (TRANSFEROR: CITY OF TEMECULA CA), SORR@RWGLAW.COM | E-mail |
| 22227 | STEVEN R SCOW/STEVEN B SCOW, LAW OFFICES OF STEVEN SCOW PC, (TRANSFEROR: DIRECT LENDER JAMES CORISON), SCOWLAW@AOL.COM | E-mail |
| 22227 | SUSAN M FREEMAN, LEWIS AND ROCA LLP, (TRANSFEROR: CREDITORS COMMITTEE USACMC), SFREEMAN@LRLAW.COM | E-mail |
| 22227 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (TRANSFEROR: FRANKLIN/STRATFORD INVESTMENT LLC), PALEXANDER@DEANERLAW.COM | E-mail |
| 22227 | SUSAN W SCANN/PAUL R CONNAGHAN, DEANER DEANER SCANN ETAL, (TRANSFEROR: FRANKLIN/STRATFORD INVESTMENT LLC), SSCANN@DEANERLAW.COM | E-mail |
| 22227 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), GEG@GORDONSILVER.COM | E-mail |
| 22227 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), GMG@GORDONSILVER.COM | E-mail |
| 22227 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), MCZ@GORDONSILVER.COM | E-mail |
| 22227 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), TBG@GORDONSILVER.COM | E-mail |
| 22227 | T FELL/G GORDON/G GARMAN/T GRAY, GORDON & SILVER LTD, (TRANSFEROR: BUCKALEW TRUST/EXEC CONT COMMITTEE), THF@GORDONSILVER.COM | E-mail |
| 22228 | TAX DIVISION WESTERN REGION, US DEPT OF JUSTICE, (TRANSFEROR: UNITED STATES DEPT OF JUSTICE), PO BOX 683, BEN FRANKLIN STATION, WASHINGTON, DC, 20044 | US Mail (1st Class) |
| 22227 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: HELMS HOMES LLC), USABANKRUPTCY@COX.NET | E-mail |
| 22227 | TERRY HELMS, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: TERRY R HELMS LIVING TRST 11/94), USABANKRUPTCY@COX.NET | E-mail |
| 22227 | THOMAS C LAWYER, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: THOMAS C LAWYER FAMILY TRUST), TCLAWYER@TRANE.COM | E-mail |
| 22228 | THOMAS J ALLISON, USA COMMERCIAL MORTGAGE, (TRANSFEROR: ALL DEBTORS), 4484 S PECOS RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 22227 | THOMAS R BROOKSBANK, BROOKSBANK & ASSOCIATES, (TRANSFEROR: AUGUSTINE TUFFANELLI), TOM@TOMBROOKSBANK.COM | E-mail |
| 22227 | THOMAS STILLEY, SUSSMAN SHANK LLP, (TRANSFEROR: DAVID FOSSATI), TOM@SUSSMANSHANK COM | E-mail |
| 22228 | TIM RICH, FINANCIAL WEST GROUP, (TRANSFEROR: USA SECURITIES), 4150 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA, 91362 | US Mail (1st Class) |
| 22227 | TY E KEHOE, KEHOE & ASSOCIATES, (TRANSFEROR: LERIN HILLS LTD), TYKEHOELAW@AOL.COM | E-mail |
| 22228 | VINCE DANELIAN, PO BOX 97782, LAS VEGAS, NV, 89193 | US Mail (1st Class) |
| 22229 | VIVIEN BONZO, 20760 E. COVINA HILLS RD, COVINA, CA, 91724 | US Mail (1st Class) |
| 22227 | WADE B GOCHNOUR/ARYN M FITZWATER, HANEY WOLOSON & MULLINS, (TRANSFEROR: LIBERTY BANK), AFITZWATER@HWMLVLAW.COM | E-mail |
| 22227 | WADE B GOCHNOUR/ARYN M FITZWATER, HANEY WOLOSON & MULLINS, (TRANSFEROR: LIBERTY BANK), WGOCHNOUR@HWMLVLAW.COM | E-mail |

## Exhibit A - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22228 | WEN BALDWIN TTEE, OFFICIAL COMM OF EQUITY SEC HOLDERS, (TRANSFEROR: WEN BALDWIN SEP PROP TRST - 9/2/97), USA CAPITAL FIRST TRUST DEED FUND, 365 DOOLEY DR, HENDERSON, NV, 89015 | US Mail (1st Class) |
| 22227 | WENDY W SMITH, LAW OFFICES BINDER & MALTER LLP, (TRANSFEROR: JOHN AND JANE UNLAND), WENDY@BINDERMALTER.COM | E-mail |
| 22228 | WHITNEY B WARNICK, ALBRIGHT STODDARD ETAL, 801 S RANCHO DR STE D04, LAS VEGAS, NV, 8910 6 | US Mail (1st Class) |
| 22227 | WILLIAM D COPE, COPE & GUERRA, (TRANSFEROR: COPE & GUERRA), COPE_GUERRA@YAHOO.COM | E-mail |
| 22227 | WILLIAM E WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR: ANDREW WELCHER, CREDITOR), WWINFIELD@NCHC.COM | E-mail |
| 22227 | WILLIAM J BULLARD, COMM OF EXEC CONTRACT HOLDERS, (TRANSFEROR: FERTITTA ENTERPRISES INC), BBULLARD@GORDONBIERSCH COM | E-mail |
| 22227 | WILLIAM J BULLARD, FERTITTA ENTERPRISES INC, (TRANSFEROR: FERTITTA ENTERPRISES INC), BBULLARD@GORDONBIERSCH.COM | E-mail |
| 22227 | WILLIAM L MCGIMSEY, LAWOFFICES601@LVCOXMAIL.COM | E-mail |
| 22227 | WILLIAM WINFIELD, NORDMAN CORMANY ETAL, (TRANSFEROR: ANDREW WELCHER), WWINFIELD@NCHC.COM | E-mail |

**Subtotal for this group: 250**