FILED ELECTRONICALLY
11/27/06

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>ANDREW M. PARLEN<br>(CA State Bar No. 230429), Members of<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>Email:  fmerola@stutman.com<br>        ekarasik@stutman.com<br>        aparlen@stutman.com<br>Counsel for the Official Committee Of<br>Equity Security Holders Of USA Capital First Trust Deed Fund, LLC | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666)<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>228 South Fourth Street, First Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile: (702) 471-7435<br>Email:  jshea@sheacarlyon.com<br>        ccarlyon@sheacarlyon.com<br>        ssherman@sheacarlyon.com |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | SALE HEARING:<br>DATE: December 7, 2006<br>TIME: 9:30 a.m. |

**NOTICE OF FILING STIPULATION AND ORDER MEMORIALIZING AGREEMENT BETWEEN USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC ON OVERBID ALLOCATION (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC) UNDER SEAL PURSUANT TO ORDER (A) SCHEDULING AN AUCTION FOR THE SALE OF CERTAIN ASSETS; (B) APPOINTING SPCP GROUP, LLC AS LEAD BIDDER; AND (C) APPROVING BID PROCEDURES AND PROTECTIONS**

405571v2

PLEASE TAKE NOTICE that a Stipulation Memorializing Agreement Between USA Commercial Mortgage Company and USA Capital First Trust Deed Fund, LLC on Overbid Allocation (Affects Debtors USA Commercial Mortgage Company and USA Capital First Trust Deed Fund, LLC) (the "Stipulation") as well as an Order regarding the same was filed under seal pursuant to the Order (A) Scheduling an Auction for the Sale of Certain Assets; (B) Appointing SPCP Group, LLC, as Lead Bidder; and (C) Approving Bid Procedures and Protections entered by this Court on November 8, 2006 at docket no. 1761. Requests for copies of the Stipulation and Order should be directed to Andrew Parlen, Esq., Stutman, Triester & Glatt, 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067, (310) 228-5600, aparlen@stutman.com.

DATED this 27th day of November, 2006.

SHEA & CARLYON, LTD.

/s/ James Patrick Shea

JAMES PATRICK SHEA
CANDACE C. CARLYON
SHLOMO S. SHERMAN
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
ANDREW PARLEN
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

405571v2

2