STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail:    fmerola@stutman.com
           ekarasik@stutman.com
           aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail:    jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com
           ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security
Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Bankruptcy Appellate Panel<br><br>Appeal Ref #: 06-24 |

**OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") appointed in the above-captioned bankruptcy cases, hereby submits its Designation of Additional Items to be Included in the Record on Appeal pursuant to Fed. R. Bankr. P. 8006, and requests the inclusion of the following additional items:

| Case No. | Item | Docket | Date Filed | Description |
|---|---|---|---|---|
| 06-01179 (Adversary) | 1 | 1 | August 31, 2006 | Complaint Seeking Injunctive Relief Against Non-Bankruptcy Litigation filed by USA Commercial Mortgage Company |
| | 2 | 2 | August 31, 2006 | Motion for Preliminary Injunction filed by USA Commercial Mortgage Company |
| | 3 | 3 | August 31, 2006 | Declaration of Thomas Allison in Support of USA Commercial Mortgage Company's Application for Issuance of Preliminary Injunction |
| | 4 | 12 | September 18, 2006 | Standard Property Development's Answer to Complaint |
| | 5 | 14 | September 18, 2006 | Standard Property Development's Opposition to Motion for Preliminary Injunction |
| | 6 | 16 | September 18, 2006 | Affidavit of George Venturella in Support of Standard Property Development' Opposition to Motion for Preliminary Injunction |
| | 7 | 18 | September 25, 2006 | USA Commercial Mortgage Company's Reply Brief in Support of Application for Issuance of Preliminary Injunction |
| | 8 | 22 | October 17, 2006 | USA Commercial Mortgage Company's Supplemental Reply Brief in Support of Application for Issuance of Preliminary Injunction |
| | 9 | 23 | October 30, 2006 | Order Granting Preliminary Injunction |
| | 10 | 32 | November 6, 2006 | Transcript of October 19 Hearing on Motion for Preliminary Injunction |
| | 11 | 31 | November 13, 2006 | Amended Complaint Seeking Injunctive Relief Against Non-Bankruptcy Litigation filed by USA Commercial Mortgage Company |

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

1  The FTDF Committee requests that, pursuant to Fed. R. Bankr. P. 8006 and 8007(b) the
2  documents listed above be included in the Record on Appeal, and that they be certified and
3  transmitted to the Ninth Circuit Bankruptcy Appellate Panel in accordance therewith.

DATED this 27th day of November, 2006.

SHEA & CARLYON, LTD.

*signature*

JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
228 S. Fourth Street, First Floor
Las Vegas, NV 89101

and

STUTMAN, TREISTER & GLATT, P.C.
Frank A. Merola, Esq.
Eve. H. Karasik, Esq.
Christine M. Pajak, Esq.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*