| | |
|---|---|
| GORDON & SILVER, LTD.<br>GERALD M. GORDON, ESQ.<br>Nevada Bar No. 229<br>E-mail: gmg@gordonsilver.com<br>GREGORY E. GARMAN, ESQ.<br>Nevada Bar No. 6654<br>E-mail: geg@gordonsilver.com<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br>Telephone (702) 796-5555<br>Facsimile (702) 369-2666<br>Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company | E-Filed On November 28, 2006 |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER RE DECLARATION OF GREGORY E. GARMAN, ESQ. IN SUPPORT OF JOINT MOTION OF THE FOUR OFFICIAL COMMITTEES TO APPROVE SUPPLEMENTAL DISCLOSURE PURSUANT TO 11 U.S.C. § 1125 UNDER SEAL FOR *IN CAMERA* REVIEW ONLY**<br><br>Date: November 28, 2006<br>Time: 1:30 p.m. |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/439274.doc

1  PLEASE TAKE NOTICE that an Order re Declaration of Gregory E. Garman, Esq. in
2  Support of Joint Motion of the Four Official Committees to Approve Supplemental Disclosure
3  Pursuant to 11 U.S.C. § 1125 Under Seal for *In Camera* Review Only, a copy of which is
4  attached hereto, was entered in the above-captioned matter on the 28th day of November, 2006.
5  DATED this 28th day of November, 2006.

GORDON & SILVER, LTD.

By: /s/
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/439274.doc

2



**Entered on Docket
November 28, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br>JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date: OST Pending<br>Time: |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/438822.doc

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA Capital First Trust Deed Fund, LLC
- ☐ USA Securities, LLC

### ORDER RE DECLARATION OF GREGORY E. GARMAN, ESQ. IN SUPPORT OF JOINT MOTION OF THE FOUR OFFICIAL COMMITTEES TO APPROVE SUPPLEMENTAL DISCLOSURE PURSUANT TO 11 U.S.C. § 1125 UNDER SEAL FOR *IN CAMERA* REVIEW ONLY

The Official Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company (the "Official Committee of Holders of Executory Contract Rights"), by and through its attorneys, the law firm of Gordon & Silver, Ltd., submitted the Declaration of Gregory E. Garman, Esq. in Support of Motion of the Four Official Committees to Approve Supplemental Disclosure Pursuant to 11 U.S.C. § 1125 Under Sseal for *In Camera* Review Only ("Garman Declaration"). After proper review, it is hereby

ORDERED that the Garman Declaration

__XX__ be filed under seal

_____ be made part of the official public file

_____ may be withdrawn at the discretion of the Official Committee of Holders of Executory Contract Rights

DATED this 22nd day of November 2006.

SUBMITTED BY:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY R. GARMAN, ESQ.
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/438822.doc

2