Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON NOVEMBER 28, 2006

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **STATUS AND AGENDA FOR NOVEMBER 28, 2006 HEARINGS** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: November 28, 2006<br>Time: 1:30 p.m. |

Hearing Status form for 112806 Hearings         - 1 –

1. **Joint Motion of the Official Committees To Approve Distribution of Supplemental Solicitation Information And For Solicitation Information To Be Filed Under Seal** (the "Joint Motion," Docket No. 1840). The Joint Motion, set on shortened time, seeks permission to distribute a supplemental solicitation in response to an unauthorized solicitation distributed to creditors and investors. A Declaration of Greg Garman in support of the Joint Motion has been filed under seal for in camera review (Docket No. 1862).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Donna Cangelosi | November 27, 2006 | 1864 |

2. **Motion to Discharge USA Commercial Mortgage Company ("USACMC") From Liability For Interplead Funds And To Award USACMC Its Fees And Costs For Bringing Interpleader Action** (filed in *USA Commercial Mortgage Company vs. Ronald J. Witco, et al.*, Adversary No. 06-1167). USACMC moves this Court to discharge any liability it may have with respect to funds held, and the interests to be allocated in real estate projects, and to disburse the funds as ordered by the Court, or to turn the funds over to the Registry Account in the name of the Clerk of the Court. USACMC also moves the Court for an award for its attorneys' fees and costs incurred in bringing the interpleader action.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

3. **Application For Issuance of Temporary Restraining Order And Issuance of Motion For Preliminary Injunction Order** (filed in *USA Commercial Mortgage v. Gateway Stone Associates, LLC*, Adversary No. 06-1201) (the "Application"). A Stipulated Temporary Restraining Order And Order Setting Hearing For Issuance Of Preliminary Injunction was entered on October 26, 2006 (Docket No. 8), which set forth the agreement regarding the stipulated temporary restraining order and set the further hearing on the Application for November 28, 2006. This Application requests an order enjoining Gateway Stone Associates, LLC ("Gateway") from prosecuting any litigation against the Direct Lenders for an indefinite period of time while

USACM is in reorganization under Chapter 11 of the Bankruptcy Code.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

**To be heard at 3:00 p.m.:**

1. **Ex Parte Motion To File Motion Under Seal** (Docket No. 1725).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

DATED: November 28, 2006

/s/   Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Hearing Status form for 112806 Hearings         - 3 –