ELECTRONICALLY FILED
NOVEMBER 28, 2006

STUTMAN, TREISTER & GLATT, P.C.
JEFFREY H. DAVIDSON
(CA State Bar No. 73980)
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:   jdavidson@stutman.com
         fmerola@stutman.com
         ekarasik@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:   jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security Holders
of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: November 28, 2006<br>Time: 1:30 p.m. |

**CERTIFICATE OF SERVICE OF EX PARTE ORDER SHORTENING TIME ON JOINT MOTION OF THE OFFICIAL COMMITTEES TO APPROVE DISTRIBUTION OF SUPPLEMENTAL SOLICITATION INFORMATION AND FOR SOLICITATION INFORMATION TO BE FILED UNDER SEAL AND NOTICE OF HEARING**

391439v2

1. On November 27, 2006, I served the following documents:

Ex Parte Order Shortening Time On Joint Motion Of The Official Committees To Approve Distribution Of Supplemental Solicitation Information And For Solicitation Information To Be Filed Under Seal And Notice Of Hearing

2. I served the above named document(s) by the following means to the persons as listed below:

☐ a. **ECF System.** See attached Notice of Electronic Filing.

☐ b. **United States mail, postage full prepaid to the following:**

☐ c. **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone, of suitable age and discretion residing there.

☒ d. **By direct email.** See attached email list.

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

2

☐    **f.**    **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of November, 2006.

*/s/ Lissa Treadway*
Lissa Treadway, ACP, an employee
of SHEA & CARLYON, LTD.

3

## Lissa Treadway

**Distribution List Name:** USA Service List

**Members:**

| Name | Email |
|---|---|
| Alan Smith | mail@asmithlaw.com |
| Alan Smith | ars@asmithlaw.com |
| Andrew M. Parlen | aparlen@stutman.com |
| Anna-Marie Boehmer | aboehmer@sheacarlyon.com |
| Anne Loraditch | aloraditch@beckleylaw.com |
| Annee Nounna | Bella8049@aol.com |
| Annette Jarvis | ajarvis@rqn.com |
| Arthur Polacheck | artclassics@bellsouth.net |
| August Landis | Augie.Landis@usdoj.gov |
| Bob Olson | bolson@beckleylaw.com |
| Brigid Higgins | bmh@gordonsilver.com |
| Candace Carlyon | ccarlyon@sheacarlyon.com |
| Charles Nichols | harleynichols@cox.net |
| Chas Harvick | Chas.Harvick@FTIConsulting.com |
| Christine M. Pajak | cpajak@stutman.com |
| Chuck Heinrichs | chuckhein@earthlink.net |
| Dawn Cica | dcica@viawestm.net |
| Dennis Flier | DSFOM1@aol.com |
| Dirk S. Aulabaugh | daulabaugh@alvarezandmarsal.com |
| Donald Walker | DRWALKER1@cox.net |
| Donna Cangelosi | dcangelosi@gmail.com |
| Douglas M. Monson | dmonson@rqn.com |
| Edward Homfeld | nhomfeld@gmail.com |
| Eve H. Karasik | ekarasik@stutman.com |
| Frank A. Merola | fmerola@stutman.com |
| Gerald K. Smith | gsmith@lrlaw.com |
| Gerald M. Gordon | gmg@gordonsilver.com |
| Greg E. Garman | geg@gordonsilver.com |
| Greg Gotthardt | ggotthardt@alvarezandmarsal.com |
| James R. Bonfiglio | jbonfiglio62@yahoo.com |
| Jeanette E. McPherson | jmcpherson@s-mlaw.com |
| Jeffery Hermann | jhermann@orrick.com |
| Jeffrey H. Davidson | jdavidson@stutman.com |
| Jerry McGimsey | jtmac@earthlink.net |
| Jim McCollum | JamesWMcCollum@aol.com |
| John Bauer | jbnv1@cs.com |
| John Goings | jgoings@bhwk.com |
| John Warner | WQF1@aol.com |
| Keriann Atencio | AtencioK@GTLaw.com |
| Larry Rieger | rieg4@sbcglobal.net |
| Lenard Schwartzer | lschwartzer@s-mlaw.com |
| Lissa Treadway | ltreadway@sheacarlyon.com |
| Lynn Trinka Ernce | lernce@orrick.com |
| Marc A. Levinson | malevinson@orrick.com |
| Mary Ellen Moro | maryellen.moro@verizon.net |
| Matt E. Kvarda | mkvarda@alvarezandmarsal.com |
| Michael Tucker | Michael.Tucker@FTIConsulting.com |
| Michael Yoder | myoder@aisinfo.com |
| Monty Kehl | mkehl@mesirowfinancial.com |
| Peggy Turk | turk@asmithlaw.com |
| Rob Charles | rcharles@lrlaw.com |
| Robert Hagmaier | rhagmaier@fwg.com |
| Robert Russell | R.Russell@industrialwest.com |
| Robert Worthen | robertworthen@earthlink.net |

1

| Name | Email |
|---|---|
| Sara M. Katz | skatz@katzandassociates.com |
| Shlomo Sherman | ssherman@sheacarlyon.com |
| Steve Peterson | speterson@alvarezandmarsal.com |
| Steven C. Strong | sstrong@rqn.com |
| Susan M. Freeman | sfreeman@lrlaw.com |
| Susan Smith | smsmith@mesirowfinancial.com |
| Ted Burr | tburr@sierracgllc.com |
| Terry Helms | usabankruptcy@cox.net |
| Thomas Allison | tallison@mesirowfinancial.com |
| Thomas Lawyer | tclawyer@trane.com |
| UCC Committee Member | chainsworth@nsbank.com |
| UCC Committee Member | suzanneim@cox.net |
| Wen Baldwin | wenbald@earthlink.net |
| William J. Bullard | bbullard@gordonbiersch.com |