| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
|---|---|
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| aparlen@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | )<br>)<br>) Date: N/A<br>) Time: N/A<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of November, 2006 I served the following document:

Fourth Cover Sheet Application for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses to Shea & Carlyon, Ltd. Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC For the Month of October 2006 (Affects USA Capital First Trust Deed Fund, LLC)

I served the above document by the following means to the persons as listed below:

☒ **a. ECF System. (See attached Notice of Electronic Filing)**

I ALSO HEREBY CERTIFY that on the 27th day of November, 2006 I served the above document by the following means to the persons as listed below:

☒ **b. United States mail, postage full prepaid to the following:**

Robert E. Taylor
Chuck Heinrichs
198 El Pajaro
Newbury Park, CA 91320

John H. Warner, Jr.
2048 North Chettro Trail
St. George, UT 84770-5345

Mary Ellen Moro
1009 8th Street
Manhattan Beach, CA 90266

Richard G. Woudstra Revocable Trust
Richard G. Woudstra Trustee
PO Box 530025
Henderson, NV 89053-0025

Wen Baldwin Separate Property Trust
Wen Baldwin, Trustee
365 Dooley Drive
Henderson, NV 89015

John Goings
PO Box 174
Mansonville, CO 80541

☐ **c. Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of November, 2006.

*/s/ Anna-Marie Boehmer*
Anna-Marie Boehmer, an employee of
SHEA & CARLYON, LTD.

**File a Motion:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY
Type: bk                    Chapter: 11 v                    Office: 2 (Las Vegas)
Judge: lbr                  Assets: y
Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL, AddAty, FeeDueVP

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from SHERMAN, SHLOMO S. entered on 11/22/2006 at 3:41 PM PST and filed on 11/22/2006

**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 1855

**Docket Text:**
Fourth Application for Compensation *for the Month of October 2006* for SHLOMO S. SHERMAN, Fees: $78348.80, Expenses: $401.38. Filed by SHLOMO S. SHERMAN, OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Attachments: # (1) Part 2) (SHERMAN, SHLOMO)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\Fourth Cover Sheet Fee App part 1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/22/2006] [FileNumber=7514714-0
] [767ed2a9cafc3c025b891bb44b059e0c0a84148dd138baa7291eaec83a8a2ce225c
8af21546ba9ec8c1c21c2b3e29d822e069ad0ea41e8348d1424617a8b806b]]

**Document description:** Part 2
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\Fourth Cover Sheet Fee App part 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/22/2006] [FileNumber=7514714-1
] [e347110b167c396392ec104d6fdf651f8432e4e1179278fb643b78295cf9184fe2a
adf2498e325896ce5c2b76cdd6ac63b4fbd8c4ce9db0cc7cd706cebacfd46]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

LIVE ECF

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

JAMES D. GREENE     bknotice@schrecklaw.com

MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheaca

XANNA R. HARDMAN     xanna.hardman@gmail.com

STEPHEN R HARRIS     noticesbh&p@renolaw.biz

JEFFREY L HARTMAN     notices@bankruptcyreno.com

BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE     TyKehoeLaw@aol.com

ROBERT R. KINAS     rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON     ecf@lslawnv.com

JOHN J. LAXAGUE     jlaxague@caneclark.com

GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME     robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH     ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR     jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL     , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL     rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheaca

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,

eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@or

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON
,

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR