**Entered on Docket**
**November 28, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                              Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                              Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                              Debtor. | **ORDER APPROVING FIRST APPLICATION FOR INTERIM ALLOWANCE OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES OF SCHWARTZER & MCPHERSON LAW FIRM FROM APRIL 14, 2006 THROUGH JULY 31, 2006 (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                              Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: September 28, 2006<br>Time: 9:30 a.m. |

The Court having considered the First Application For Interim Allowance Of Attorney's Fees And Reimbursement Of Expenses Of Schwartzer & McPherson Law Firm From April 14, 2006 Through July 31, 2006 ("Application") filed by Schwartzer & McPherson Law Firm ("Applicant"); the Court having reviewed the pleadings, papers and records on file in this matter, including the objections on file, and the Court having considered the argument of counsel; it is hereby

ORDERED that the First Application For Interim Allowance Of Attorney's Fees And Reimbursement Of Expenses Of Schwartzer & McPherson Law Firm From April 14, 2006 Through July 31, 2006 is allowed; and

IT IS FURTHER ORDERED that the United States Trustee's objections to the Application are hereby overruled; and

IT IS FURTHER ORDERED that Applicant is hereby allowed $265,016.00 as interim compensation for services rendered for the period April 14, 2006 through July 31, 2006 (the "Fees"); and

IT IS FURTHER ORDERED that Applicant is allowed interim reimbursement for costs expended in the amount of $5,465.09 (the "Expenses"), subject to further documentation to be provided to the United States Trustee regarding reimbursement of costs for PACER; and

IT IS FURTHER ORDERED that, although the Applicant allocated the Fees in its Application to each of the Debtors as follows

| | |
|---|---|
| USACM | $ 244,438.51 |
| USACRA | $ 295.00 |
| DTDF | $ 8,307.49 |
| FTDF | $ 11,300.00 |
| Securities | $ 675.00 |

and allocated the Expenses in the amount of $5,465.09 to USACM, upon agreement by Applicant and each of the Committees who are signatories below, the Fees and Expenses are allocated, on a temporary basis subject to objections to the allocated amounts that may be filed by the First Trust Deed Fund ("FTDF") Committee and Diversified Trust Deed Fund "(DTDF") Committee prior to the deadline for objections to final fee allowance or such other date as may be agreed by the

signatories hereto, as follows:

Fees:

| | | |
|---|---|---|
| USACM | $ 214,405.35 | (81.2% of $264,046.00[1]) |
| USACRA | $      295.00 | (original/actual allocation by Applicant) |
| DTDF | $  24,820.33 | (9.4% of $264,046.00) |
| FTDF | $  24,820.32 | (9.4% of $264,046.00) |
| Securities | $      675.00 | (original/actual allocation by Applicant) |

Expenses:

| | | |
|---|---|---|
| USACM | $  4,437.65 | (81.2% of $5,465.09) |
| USACRA | $         0.00 | (original/actual allocation by Applicant) |
| DTDF | $      513.72 | (9.4% of $5,465.09) |
| FTDF | $      513.72 | (9.4% of $5,465.09) |
| Securities | $         0.00 | (original/actual allocation by Applicant) |

IT IS FURTHER ORDERED that the Debtors are hereby ordered and authorized to pay the allowed Fees and Expenses as set forth herein from the respective Debtor's estate; and

IT IS FURTHER ORDERED that the Debtors are hereby ordered and authorized, pursuant to 11 U.S.C. §§ 330 and 331, to pay the above amounts from the respective estate to Applicant as set forth herein, provided that:

1) Applicant shall be paid the amount it initially allocated to the FTDF estate in its fee application, $11,300.00 from the FTDF estate; and

2) The additional amount allocated to the FTDF estate after the Agreement, $14,034.04 ($25,334.04 - $11,300.00) (the "Additional Amount"), shall be paid initially by the USACM estate, pending resolution of disputes over inter-estate claims between the USACM estate and FTDF estate, and with full reservation of the FTDF Committee's right to contest the Additional Amount allocated to the FTDF estate if no agreement is reached.

///
///
///
///
///

---

[1] $244,438.51 + $8,307.49 + $11,300= $264,046.00

P:\USA Commercial Mortgage\Pleadings\Fee Application\First Applications For Fees\fee appl sm ORDERrev.DOC     - 3 -

IT IS FURTHER ORDERED that the Application, as well as this award, are interim in nature as provided in the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 (Docket No. 1202).

Submitted by:

/s/ Jeanette E. McPherson
--------------------------------------
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
*Attorneys for Debtors and Debtors-in-Possession*

Approved/Disapproved by:
**LEWIS AND ROCA, LLP**

By:_____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:

**GORDON & SILVER, LTD.**

By: /s/ Gregory E. Garman
--------------------------------------
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved / Disapproved by:
**OFFICE OF THE U.S. TRUSTEE**

By:_____
AUGUST B. LANDIS, ESQ.

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.**

By:_____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved by:

**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:_____
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

IT IS FURTHER ORDERED that the Application, as well as this award, are interim in nature as provided in the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 (Docket No. 1202).

Submitted by:

Approved / Disapproved by:
**OFFICE OF THE U.S. TRUSTEE**

By: _____
AUGUST B. LANDIS, ESQ.

_____
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
**SCHWARTZER & McPHERSON LAW FIRM**
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
*Attorneys for Debtors and Debtors-in-Possession*

Approved/Disapproved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:

**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved by:
**STUTMAN TREISTER & GLATT, P.C.**
and **SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved by:

**BECKLEY SINGLETON, CHTD.** and
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

IT IS FURTHER ORDERED that the Application, as well as this award, are interim in nature as provided in the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 (Docket No. 1202).

| Submitted by: | Approved / Disapproved by:<br>**OFFICE OF THE U.S. TRUSTEE** |
|---|---|
| _____<br>Lenard E. Schwartzer, Nevada Bar No. 0399<br>Jeanette E. McPherson, Nevada Bar No. 5423<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146<br>*Attorneys for Debtors and Debtors-in-Possession* | By: _____<br>AUGUST B. LANDIS, ESQ. |
| Approved/Disapproved by:<br>**LEWIS AND ROCA, LLP** | Approved by:<br>**STUTMAN TREISTER & GLATT, P.C.**<br>**and SHEA & CARLYON, LTD.** |
| By: /s/ Susan M. Freeman<br>_____<br>SUSAN M. FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: _____<br>FRANK MEROLA, ESQ.<br>EVE KARASIK, ESQ.<br>CHRISTINE PAJAK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* |
| Approved by:<br>**GORDON & SILVER, LTD.** | Approved by:<br>**BECKLEY SINGLETON, CHTD. and**<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| By: _____<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: _____<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA-ERNCE, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |

IT IS FURTHER ORDERED that the Application, as well as this award, are interim in nature as provided in the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 (Docket No. 1202).

Submitted by:

By: _____
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
*Attorneys for Debtors and Debtors-in-Possession*

Approved/Disapproved by:
**LEWIS AND ROCA, LLP**

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

Approved by:

**GORDON & SILVER, LTD.**

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company*

Approved / Disapproved by:
**OFFICE OF THE U.S. TRUSTEE**

By: _____
AUGUST B. LANDIS, ESQ.

Approved by:
**STUTMAN TREISTER & GLATT, P.C.**
**and SHEA & CARLYON, LTD.**

By: _____
FRANK MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved by:

**BECKLEY SINGLETON, CHTD. and ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
MARC A. LEVINSON, ESQ.
LYNN TRINKA-ERNCE, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

IT IS FURTHER ORDERED that the Application, as well as this award, are interim in nature as provided in the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered August 29, 2006 (Docket No. 1202).

| Submitted by: | Approved / Disapproved by:<br>**OFFICE OF THE U.S. TRUSTEE** |
|---|---|
| _____<br>Lenard E. Schwartzer, Nevada Bar No. 0399<br>Jeanette E. McPherson, Nevada Bar No. 5423<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146<br>*Attorneys for Debtors and Debtors-in-Possession* | By: _____<br>AUGUST B. LANDIS, ESQ. |
| Approved/Disapproved by:<br>**LEWIS AND ROCA, LLP** | Approved by:<br>**STUTMAN TREISTER & GLATT, P.C.**<br>**and SHEA & CARLYON, LTD.** |
| By: _____<br>SUSAN M. FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: _____<br>FRANK MEROLA, ESQ.<br>EVE KARASIK, ESQ.<br>CHRISTINE PAJAK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* |
| Approved by:<br>**GORDON & SILVER, LTD.** | Approved by:<br>**BECKLEY SINGLETON, CHTD. and**<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| By: _____<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* | By: *[signature]*<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA-ERNCE, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |