**Entered on Docket**
**November 28, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                                    )        BK-S-06-10725-LBR
                                          )        Chapter 11
USA COMMERCIAL MORTGAGE                    )
COMPANY,                                   )
                                          )        Date:  December 12, 2006
                        Debtor.           )        Time: 9:30 a.m.
_____           )

**ORDER REGARDING SETTLEMENT CONFERENCE**

A settlement conference is hereby ordered to commence on **December 12, 2006, at**

**9:30 a.m.,** before Bankruptcy Judge Glover, Third Floor of the Foley Federal Building, 300

Las Vegas Boulevard South, Las Vegas, Nevada.

All counsel of record that will be participating in the trial of this case on behalf of the

Diversified and Unsecured creditors committees must be present.

Counsel shall arrange for a representative of the respective committees, with full

authority to negotiate a settlement, to be present in court for the duration of the settlement

conference.  Counsel shall further arrange for a vote by the respective committees within twenty-

four hours of any settlement.

**PREPARATION FOR  SETTLEMENT CONFERENCE**

**No later than seven business days before the settlement conference, the parties**

**shall exchange written settlement offers.**  No later than four business days before the settlement

conference each  party shall submit a confidential settlement conference statement, *which will*

*include a copy of the last settlement offer,* to the chambers of Judge Nakagawa for in camera

review by the settlement conference judge.  If not timely filed, sanctions may be imposed.  The settlement conference statement shall be no longer than 5 double-spaced pages.  The settlement conference statement shall contain the following:

1.      A brief statement of the nature of the action.

2.      A concise summary of the evidence that supports your theory of the case, including information documenting your damages claims.  You may attach to your statement a limited number of  documents or exhibits that are <u>especially</u> relevant to key factual or legal issues.

3.      A brief analysis of the key issues involved in the litigation.

4.      A discussion of the strongest points in your case, both legal and factual, <u>and a frank discussion of the weakest points as well</u>.  The court expects you to present a candid evaluation of the merits of your case.

5.      A further discussion of the strongest and weakest points in your opponents' case, but only if they are more than simply the converse of the weakest and strongest points in your case.        6.      A history of settlement discussions, if any, which details the demands and offers which have been made, and the reasons they have been rejected.

7.      The settlement proposal that you believe would be fair.

8.      The settlement proposal that you would honestly be willing to make in order to conclude this matter and stop the expense of litigation.

The settlement conference statement should be delivered to chambers in an envelope clearly marked "Contains Confidential Settlement Brief."

The purpose of the settlement conference statement is to assist the judge in preparing for and conducting the settlement conference.  In order to facilitate a meaningful conference, your <u>utmost candor</u> in responding to all of the above listed questions is required.  The confidentiality of each statement will be strictly maintained and following the conference, the statements will be destroyed.

DO NOT SERVE A COPY ON OPPOSING COUNSEL.  DO NOT DELIVER OR

1   MAIL THE STATEMENT TO THE CLERK'S OFFICE.

2          **The settlement conference shall not be continued or vacated without prior**

3   **approval of the judge assigned to the case.**

4          FAILURE TO APPEAR WILL RESULT IN THE IMPOSITION OF SANCTIONS. IF

5   THE MATTER IS SETTLED BEFORE THE SETTLEMENT CONFERENCE DATE, THE

6   PARTIES MUST NOTIFY THE SETTLEMENT CONFERENCE  JUDGE'S CALENDAR

7   CLERK SO THAT THE MATTER CAN BE TAKEN OFF CALENDAR.

8          IT IS SO ORDERED.

9   Copies sent to:

10  ANNE M. LORADITCH ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;

11  pkois@beckleylaw.com

12  MARC A. LEVINSON
    ORRICK, HERRINGTON & SUTCLIFFE LLP

13  400 Capitol Mall, Suite 3000
    Sacramento, CA 95814-4497

14  For USA Capital Diversified Trust Deed Fund

15

16  ROB CHARLES rcharles@lrlaw.com
    SUSAN FREEMAN sfreeman@lrlaw.com

17

18  SUSAN FREEMAN
    LEWIS & ROCA

19  40 North Central Avenue, Suite 1900

20  Phoenix, Arizona 85004-4429
    For Unsecured Creditor's Committee

21

22

23

24                               # # #

25

26