| | |
|---|---|
| 1  FRANKLIN C. ADAMS, Bar No. 85351 | **Electronically Filed on 11/29/2006** |
|    BEST BEST & KRIEGER LLP | |
| 2  3750 University Avenue | |
|    P.O. Box 1028 | |
| 3  Riverside, California 92502 | |
|    Telephone: (951) 686-1450 | |
| 4  Telecopier: (951) 686-3083 | |
|    Email: Franklin.Adams@bbklaw.com | |
| 5 | |
|    STEVEN R. SCOW | |
| 6  STEVEN B. SCOW | |
|    A Professional Law Corporation | |
| 7  612 South Seventh Street | |
|    Las Vegas, Nevada 89101 | |
| 8  Telephone: (702) 385-7269 | |
|    Fax: (702) 385-3505 | |
| 9  Email: Scowlaw@aol.com | |

10  Attorneys for Direct Lender James Corison

11  UNITED STATES BANKRUPTCY COURT

12  DISTRICT OF NEVADA

| | |
|---|---|
| 13  In re | Case No. BK-S-06-10725-LBR |
|       | Case No. BK-S-06-10726 LBR |
| 14  USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727 LBR |
|                                     Debtor. | Case No. BK-S-06-10728 LBR |
|       | Case No. BK-S-06-10729 LBR |
| 15  In re | |
|       | Chapter 11 |
| 16  USA CAPITAL REALTY ADVISORS, LLC, | |
|                                     Debtor. | **Jointly Administered Under** |
| 17    | **Case No. BK-S-06-10725 LBR** |
|       | |
| 18  In re | Judge: Honorable Linda B. Riegle |
|       | |
| 19  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | **PROOF OF SERVICE BY MAIL OF** |
|                                     Debtor. | SUBSTITUTION OF ATTORNEY FOR |
| 20    | CREDITOR JAMES CORISON AND |
|    In re | REQUEST THAT FRANKLIN C. |
| 21  USA CAPITAL FIRST TRUST DEED FUND, LLC | ADAMS BE REMOVED FROM |
|                                     Debtor. | SERVICE LIST |
| 22    | |
|    In re | |
| 23  USA SECURITIES, LLC | |
|                                     Debtor. | [NO HEARING REQUIRED] |

24  Affects:
       ☒ All Debtors
25     ☐ USA Commercial Mortgage Company
       ☐ USA Securities
26     ☐ USA Capital Realty Advisors, LLC
       ☐ USA Capital Diversified Trust Deed Fund, LLC
27     ☐ USA First Trust Deed Fund, LLC

28

RVLIT\AJOHNSTON\705898.1                           SUBSTITUTION OF ATTORNEY FOR
                                                       CREDITOR JAMES CORISON

## PROOF OF SERVICE

I, Lisa D. Spencer, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Best Best & Krieger LLP, 3750 University Avenue, P.O. Box 1028, Riverside, California 92502. On November 27, 2006, I served the within document(s):

**SUBSTITUTION OF ATTORNEY FOR CREDITOR JAMES CORISON AND REQUEST TO BE REMOVED FROM SERVICE LIST**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Riverside, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery by _____ following the firm's ordinary business practices.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 27, 2006, at Riverside, California.

*Lisa Spencer*
Lisa D. Spencer

# SERVICE LIST

USA Commercial Mortgage
BK-S-06-10725-LBR (jointly administered)

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS
36 SOUTH STATE STREET, #1400
POB 45385
SALT LAKE CITY, UT 84145-0385

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PKWY, FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300

SALT LAKE CITY, UT 84111

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, SUITE 30000
SACRAMENTO, CA 95814-4497

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE ST. SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PKWY, FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.

36 SOUTH STATE STREET, SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

RUSSELL S. WALKER
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

RVLIT\LSPENCER\710839.1