E-Filed on November 29, 2006

Daniel D. White, Esq.
California Bar No. 119030
23 Corporate Plaza Drive, Suite 160
Newport Beach, CA 92660
Telephone: (949) 729-9119
Facsimile: (949) 729-9174
E-mail: dan@ddwlaw.com

and

Stephens, Gourley & Bywater
R. Vaughn Gourley, Esq.
Nevada Bar No. 000503
David A. Stephens, Esq.
Nevada Bar No. 000902
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone: 702-656-2355
Facsimile: 702-656-2776
E-mail: vgourley@lvcm.com

Attorneys for Gateway Stone Associates, LLC

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF NEVADA*

In re:

USA COMMERCIAL MORTGAGE COMPANY,
Debtor.
______________________________________/

In re:

USA CAPITAL REALTY ADVISORS, LLC,
Debtor.
______________________________________/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
Debtor.
______________________________________/

CASE NOS: BK-5-06-10726 LBR
CASE NOS: BK-5-06-10727 LBR
CASE NOS. BK-5-06-10728 LBR
CASE NOS. BK-5-06-10729 LBR

CHAPTER 11
JOINTLY ADMINISTERED UNDER
CASE NO. BK-5-06-10725-LBR

In re:

USA SECURITIES, LLC,

Debtor.

_______________________________________/

Affects:

☒ All Debtors
☐ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☐ USA First Trust Deed Fund, LLC

_______________________________________/

**NOTICE OF CHANGE OF ADDRESS**

TO: THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective **December 11, 2006,** the address of **Daniel D. White, Esq.**, is changed as follows:

Old mailing address: Daniel D. White, Esq.
23 Corporate Plaza Drive, Suite 160
Newport Beach, CA 92660-7975

**New mailing address:** Daniel D. White, Esq.
**26** Corporate Plaza Drive, Suite **260**
Newport Beach, CA 92660-7975

The telephone and facsimile numbers will remain the same.

Phone (949) 729-9119 Fax (949) 729-9174

This notice effects the cases listed on the attached Exhibit "A".

/// /// ///

/// /// ///

Dated: November 29, 2006.

        Daniel D. White, Esq.
        23 Corporate Plaza Drive, Suite 160
        Newport Beach, CA 92660-7975

        And

        _/s/ R. Vaughn Gourley, Esq._____
        R. Vaughn Gourley, Esq.
        Stephens, Gourley & Bywater
        3636 North Rancho Drive
        Las Vegas, Nevada 89130

        Attorneys for Gateway Stone Associates, LLC

## EXHIBIT "A"

In re:

USA COMMERCIAL MORTGAGE COMPANY,
Debtor.
______________________________________/

In re:

USA CAPITAL REALTY ADVISORS, LLC,
Debtor.
______________________________________/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
Debtor.
______________________________________/

In re:

USA SECURITIES, LLC,
Debtor.
______________________________________/

Affects:

☒ All Debtors
☐ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☐ USA First Trust Deed Fund, LLC
______________________________________/

CASE NOS: BK-5-06-10726 LBR
CASE NOS: BK-5-06-10727 LBR
CASE NOS. BK-5-06-10728 LBR
CASE NOS. BK-5-06-10729 LBR

CHAPTER 11
JOINTLY ADMINISTERED UNDER
CASE NO. BK-5-06-10725-LBR