Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
   and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

E-FILED on November 29, 2006

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**EX PARTE APPLICATION FOR ORDER APPROVING EXAMINATION OF USA INVESTMENT PARTNERS, LLC PURSUANT TO FED. R. BANKR. P. 2004** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

Pursuant to Fed. R. Bank. P. 2004, USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors"), by and through their counsel, hereby apply for an order directing USA Investment Partners, LLC ("USAIP"), to be examined under oath in relation to the following:

1. The incorporation of USAIP and its past and present business operations.

2. The past and present management structure of USAIP.

3. The past and present relationship between any of the Debtors and USAIP.

4. The capitalization of USAIP, including whether any capital contributions came from funds of any of the Debtors.

5. All obligations owing to or from the Debtors and USAIP or any of their affiliates.

6. All transfers of any real or personal property to or from the Debtors and USAIP or any of their affiliates.

7. The assets of USAIP.

8. The liabilities of USAIP.

9. The creditors of USAIP.

10. Any and all projects or loans in which any of the Debtors and USAIP both have an interest.

11. Any other matter that may affect the administration of the Debtors' estates.

Fed. R. Bank. P. 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity."

Local Rule 2004 provides, in pertinent part, the following:

(b) Order for examination. Orders for examination may be signed by the clerk if the date set for examination is more than ten (10) business days from the date such motion is filed….

As set forth above, the date for the proposed examination is more than ten (10) business days from the date of this Application. Accordingly, Debtors respectfully request that the Clerk of

1  the Court docket the Order for Examination of USAIP pursuant to Fed. R. Bank. P. 2004
2  submitted herewith.

3  WHEREFORE, Debtors respectfully request that this Honorable Court direct USAIP to
4  appear through its representative designated in accordance with Fed. R. Civ. P 30(b)(6) on
5  **December 14, 2006 at 9:00 o'clock a.m.** at the Debtors' business offices located at 4484 South
6  Pecos Road, Las Vegas, Nevada, 89121 and continuing thereafter until completed.

7  Respectfully submitted this 29th day of November, 2006.

 /s/   Lenard E. Schwartzer, Esq.
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

901890.01