**Entered on Docket
November 29, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, NV Bar No. 0399 |
| Steven C. Strong, Utah Bar No. 6340 | Jeanette E. McPherson, NV Bar No. 5423 |
| RAY QUINNEY & NEBEKER P.C. | SCHWARTZER & MCPHERSON LAW FIRM |
| 36 South State Street, Suite 1400 | 2850 South Jones Boulevard, Suite 1 |
| P.O. Box 45385 | Las Vegas, Nevada 89146-5308 |
| Salt Lake City, Utah 84145-0385 | Telephone: (702) 228-7590 |
| Telephone: (801) 532-1500 | Facsimile: (702) 892-0122 |
| Facsimile: (801) 532-7543 | E-Mail: bkfilings@s-mlaw.com |
| Email: ajarvis@rqn.com | |

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER ON MOTION TO EXCLUDE DEBTORS FROM HAVING TO FILE INTER-COMPANY CLAIMS AGAINST EACH OTHER BY THE BAR DATE, OR ALTERNATIVELY FOR THE APPROVAL OF THE IMMEDIATE APPOINTMENT OF SPECIAL COUNSEL TO FILE AND PURSUE THE INTER-COMPANY DEBTOR CLAIMS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: October 30, 2006<br>Time: 9:30 a.m. |

Before the Court is the Motion to Exclude Debtors From Having to File Inter-Company Claims Against Each Other by the Bar Date, or Alternatively for the Approval of the Immediate Appointment of Special Counsel for Diversified Fund and FTD Fund to File and Pursue the Inter-Company Debtor Claims (the "Motion") filed October 5, 2006 (Docket No. 1454). The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company, Official Committee of Unsecured Creditors, and Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Committees") filed a joint response to the Motion (Docket No. 1622), and the Debtors filed a Reply brief (Docket No. 1682). At the hearing on the Motion held October 30, 2006, appearances were made by Annette Jarvis, Esq. on behalf of the Debtors, and other appearances were noted on the record and arguments were made concerning the Motion.

The Court having reviewed and considered the Motion, the joint response to the Motion, the reply, and arguments made at the October 30, 2006 hearing, and other facts of record in these jointly administered cases, the Court having made its findings of fact and conclusions of law on the record,

THE COURT HEREBY ORDERS that the Debtors are excluded from having to file inter-company proofs of claim against each other by November 13, 2006 (the "Bar Date") and

IT IS FURTHER ORDERED that this Court will consider setting a deadline for filing inter-company Proofs of Claim at a hearing on December 19, 2006 at 10:00 a.m.

| Submitted by: | **Approved** / Disapproved by: |
|---|---|
| RAY QUINNEY & NEBEKER P.C. and SCHWARTZER & MCPHERSON LAW FIRM | SARA L. KISTLER ACTING UNITED STATES TRUSTEE REGION 17 |
| By: /s/ Lenard E. Schwartzer<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>*Attorneys for Debtor and Debtor-In-Possession* | By: /s/ August Landis<br>AUGUST B. LANDIS, ASST. U.S. TRUSTEE<br>United States Department of Justice |

/ / /

/ / /

**ORDER GRANTING MOTION TO EXCLUDE DEBTORS FROM HAVING TO FILE INTER-COMPANY CLAIMS AGAINST EACH OTHER BY THE BAR DATE, OR ALTERNATIVELY FOR THE APPROVAL OF THE IMMEDIATE APPOINTMENT OF SPECIAL COUNSEL TO FILE AND PURSUE THE INTER-COMPANY DEBTOR CLAIMS**

| | |
|---|---|
| **Approved**/Disapproved by:<br>LEWIS AND ROCA, LLP<br><br>By:  /s/  Rob Charles<br>SUSAN M. FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | **Approved**/Disapproved by:<br>GORDON & SILVER, LTD.<br><br>By:  /s/  Gregory E. Garman<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |
| **Approved**/Disapproved by:<br>ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD.<br><br>By:  /s/  Marc A. Levinson<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br>BRETT A. AXELROD, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | **Approved**/Disapproved by:<br>STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD.<br><br>By:  /s/  Candace C. Carlyon<br>FRANK A. MEROLA, ESQ.<br>EVE KARASIK, ESQ.<br>CHRISTINE PAJAK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

# # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122