1  Annette W. Jarvis, Utah Bar No. 1649
2  RAY QUINNEY & NEBEKER P.C.
   36 South State Street, Suite 1400          E-FILED ON NOVEMBER 29, 2006
3  P.O. Box 45385
   Salt Lake City, Utah 84145-0385
4  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
5  Email: ajarvis@rqn.com
6     and
   Lenard E. Schwartzer, Nevada Bar No. 0399
7  Jeanette E. McPherson, Nevada Bar No. 5423
   SCHWARTZER & MCPHERSON LAW FIRM
8  2850 South Jones Boulevard, Suite 1
   Las Vegas, Nevada  89146-5308
9  Telephone:  (702) 228-7590
   Facsimile:  (702) 892-0122
10 E-Mail:  bkfilings@s-mlaw.com
11 Attorneys for Debtors and Debtors-in-Possession

12              **UNITED STATES BANKRUPTCY COURT**

13                    **DISTRICT OF NEVADA**

| | |
|---|---|
| 14  In re:<br>15  USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| 16  In re:<br>17  USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | |
| 18  In re:<br>19  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| 20  In re:<br>21  USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>22 　　　　　　　　　　　　　　　Debtor. | **EX PARTE APPLICATION FOR ORDER APPROVING EXAMINATION OF HMA SALES, LLC PURSUANT TO FED. R. BANKR. P. 2004** |
| 23  In re:<br>　　USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | |
| 24  Affects:<br>25   ☑ All Debtors<br>　　☐ USA Commercial Mortgage Company<br>26   ☐ USA Capital Realty Advisors, LLC<br>　　☐ USA Capital Diversified Trust Deed Fund, LLC<br>27   ☐ USA Capital First Trust Deed Fund, LLC<br>　　☐ USA Securities, LLC | |

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    Pursuant to Fed. R. Bank. P. 2004, USA Commercial Mortgage Company, USA Securities,

2 LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and

3 USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors"), by and through their

4 counsel, hereby apply for an order directing HMA Sales, LLC ("HMA"), to be examined under

5 oath in relation to the following:

6        1.    The incorporation of HMA and its past and present business operations.

7        2.    The past and present management structure of HMA.

8        3.    The past and present relationship between any of the Debtors and HMA.

9        4.    The capitalization of HMA, including whether any capital contributions came from

10 funds of any of the Debtors.

11        5.    All obligations owing to or from the Debtors and HMA or any of their affiliates.

12        6.    All transfers of any real or personal property to or from the Debtors and HMA or

13 any of their affiliates.

14        7.    The assets of HMA.

15        8.    The liabilities of HMA.

16        9.    The creditors of HMA.

17        10.    Any and all projects or loans in which any of the Debtors and HMA both have an

18 interest.

19        11.    Any other matter that may affect the administration of the Debtors' estates.

20        Fed. R. Bank. P. 2004(a) provides that "[o]n motion of any party in interest, the court may

21 order the examination of any entity."

22        Local Rule 2004 provides, in pertinent part, the following:

23        (b)    Order for examination.    Orders for examination may be
              signed by the clerk if the date set for examination is more than ten
24        (10) business days from the date such motion is filed….

25

26        As set forth above, the date for the proposed examination is more than ten (10) business

27 days from the date of this Application.  Accordingly, Debtors respectfully request that the Clerk of

28 the Court docket the Order for Examination of HMA pursuant to Fed. R. Bank. P. 2004 submitted

1    herewith.

2         WHEREFORE, Debtors respectfully request that this Honorable Court direct HMA to

3    appear through its representative designated in accordance with Fed. R. Civ. P 30(b)(6) on

4    December 13, 2006 at 1:30 o'clock p.m. at the Debtors' business offices located at 4484 South

5    Pecos Road, Las Vegas, Nevada 89121, and continuing thereafter until completed.

6         Respectfully submitted this 29th day of November, 2006.

7

8                                        /s/ Lenard E. Schwartzer
                                         Annette W. Jarvis, Utah Bar No. 1649
9                                        RAY QUINNEY & NEBEKER P.C.
                                         36 South State Street, Suite 1400
10                                       P.O. Box 45385
                                         Salt Lake City, Utah 84145-0385
11
                                         and
12
                                         Lenard E. Schwartzer, Nevada Bar No. 0399
13                                       Jeanette E. McPherson, Nevada Bar No. 5423
                                         SCHWARTZER & MCPHERSON LAW FIRM
14                                       2850 South Jones Boulevard, Suite 1
                                         Las Vegas, Nevada  89146
15
                                         Attorneys for Debtors and Debtors-in-Possession
16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122