1 AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
2 *augie.landis@usdoj.gov*     **E-Filed November 30, 2006**
UNITED STATES DEPARTMENT OF JUSTICE
3 Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
4 Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 235
5 Facsimile:  (702) 388-6658

6 Attorneys for the Acting United States Trustee
   SARA L. KISTLER

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | |
|---|---|
| **USA Commercial Mortgage Company**<br>    **06-10725 -- Lead Case** | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding |
| **USA Capital Realty Advisors, LLC**<br>    06-10726 | |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727 | Date:  N/A<br>Time:  N/A |
| **USA Capital First Trust Deed Fund, LLC**<br>    06-10728 | **Affecting:**<br>☐ All Cases<br>**or Only:** |
| **USA Securities, LLC**<br>    06-10729 | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
|                                          Debtors. | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

## NOTICE OF SECOND AMENDED APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY

To the Honorable **LINDA B. RIEGLE**, United States Bankruptcy Judge:

The United States Trustee has been advised that a member of the Official Unsecured Creditors' Committee for USA Commercial Mortgage Company has resigned from service in that capacity.  Pursuant to 11 U.S.C. §§ 1102(a)(1) and (2), the Notice of Appointment of Official

Unsecured Creditors' Comittee for USA Commercial Mortgage Company as amended to date[1] is further amended by removing the resigning committee member identified below:

**RESIGNING COMMITTEE MEMBER**

Robert L. Hagmaier

Address: 15254 Candlewood Court
Lake Oswego, OR 97035
Telephone: (503) 344-3733
Telefax: (503) 344-3733
Email: rhagmaier@fwg.com

and by adding the following unsecured creditor of USA Commercial Mortgage Company, who was an unsecured creditor prepetition, who is fairly chosen, is representative of unsecured creditor interests, who is willing to and will serve on the Official Unsecured Creditors' Committee in the case of In re USA Commercial Mortgage Company, Chapter 11 Case No. 06-10725 as a result of Mr. Hagmaier's resignation:

**NEWLY APPOINTED COMMITTEE MEMBER**

The Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust,
Donald S. Tomlin & Dorothy R. Tomlin, Trustees

Contact: David W. Mounier
Address: 15316 Sky High Road
Escondido, CA 92025
Telephone: (760) 889-7200
Telefax: (760) 504-0160
Email: bmounier@hughes.net

Respectfully submitted,

**SARA L. KISTLER
ACTING UNITED STATES TRUSTEE
REGION 17**

By: /s/ August B. Landis
August B. Landis, Assistant United States Trustee
United States Department of Justice

---

[1] The original Notice of Appointment was filed on May 10, 2006 [Docket #201]. The first Amended Notice of Appointment was filed on July 24, 2006 [Docket #958].