| | |
|---|---|
| AUGUST B. LANDIS, Assistant United States Trustee<br>State Bar # IA PK9228<br>*augie.landis@usdoj.gov*<br>**UNITED STATES DEPARTMENT OF JUSTICE**<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, So., Suite 4300<br>Las Vegas, Nevada 89101<br>Telephone: (702) 388-6600 Attorney Ext. 235<br>Facsimile:  (702) 388-665 | **E-Filed on November 30, 2006** |

Attorneys for the Acting United States Trustee
       SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

| | |
|---|---|
| **USA Commercial Mortgage Company**<br>      **06-10725 -- Lead Case**<br><br>**USA Capital Realty Advisors, LLC**<br>      06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>      06-10727<br><br>**USA Capital First Trust Deed Fund, LLC**<br>      06-10728<br><br>**USA Securities, LLC**<br>      06-10729          Debtors | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding<br><br>Date:<br>Time:<br>Place:  Courtroom # 1<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served the following document:

>Notice of Second Amended Appointment of Official Unsecured Creditors' committee for USA Commercial  Mortgage Company

as follows:

1. Electronically upon all counsel and parties in interest on the CM/ECF service list as of November 30, 2006; and

2. By depositing an envelope in the United States Mail, first class postage fully prepaid and addressed to each of the parties listed below, each of which contained a true and correct copy of the document described above, on November 30, 2006.

1

2  Evan Beavers
   1625 Highway 88 #304
3  Minden, NV 89423

4  Joshua D. Brysk
   Law Offices of James G. Schwartz
5  7901 Stoneridge Drive, Suite 401
   Pleasanton, CA  94588
6
   Elissa F. Cadish
7  3930 Howard Hughes Parkway, 4th Floor
   Lasa Vegas, NV 89169
8
   Vince D'Anelian
9  P.O. Box 97782
   Las Vegas, NV 89193
10
   Frank Ellis
11 510 So.9th Street
   Las Vegas, NV 89101
12
   George Frame
13 601 Greenway Road, #D
   Henderson, NV 89015
14
   Annette W. Jarvis
15 P.O. Box 45385
   36 South State Street, #1400
16 Salt Lake City, UT  84145-0385

17 Richard E. Kammerman
   7200 N. Mopac, Suite 150
18 Austin, TX 78731

19 Matthew K. Kreutzer
   3930 Howard Hughes Parkway , 4th Floor
20 Las Vegas, NV 89169

21 Reid W. Lambert
   Woodbury & Kesler, P.C.
22 265 East 100 South, Suite 300
   Salt Lake City, UT 84111
23
   Elizabeth R. Loveridge
24 Woodbury & Kesler, P.C.
   265 East 100 South, Suite 300
25 Salt Lake City, UT 84111

26 Lee D. Macson
   1500 Miami Center
27 201 South Biscayne Boulevard
   Miami, FL 33131
28

Richard J. Mason
130 Pinetree Lane
Riverwood, IL 60015

Breck E. Milde
Terra Law LLP
60 South Market Street, #200
San Jose, CA 95113

Douglas Monson
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145

Stephen Orr
355 South Grand Ave., 40th Floor
Los Angeles, CA 90071

J. Stephen Peek
3930 Howard Hughes Parkway , 4th Floor
Las Vegas, NV 89169

Nancy A. Peterman
Greenberg Traurig, LLP
77 W. Wacker Dr. # 2500
Chicago, IL 60601

Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145

Nicholas J. Santoro
400 South Fourth Street, 3rd Floor
Las Vegas, NV  89101

Michael M. Schmahl
McGuire Woods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601

James G. Schwartz
7901 Stoneridge Drive, #401
Pleasanton, CA  94588

Schwartzer & McPherson Law Firm
2850 South Jones Blvd., #1
Las Vegas, NV  89146

Patricia K. Smoots
318 North Grove
Oak Park, IL  60302

| | |
|---|---|
| 1 | |
| 2  Bradley J. Stevens | Harry Jessup |
|    3300 North Central Avenue, #1800 | 2009 Westlund Dr. |
| 3  Phoenix, AZ  85012 | Las Vegas, NV 89102 |
| | |
| 4  Thomas W. Stilley | Linda and Ray Ketterman |
|    1000 S.W. Broadway, #1400 | 321 N. 19th Street |
| 5  Portland, OR  97205 | Enid, OK 7371 |
| | |
| 6  Steven C. Strong | Edward Kline |
|    Ray Quinney & Nebeker, P.C. | 9932 Arbuckle Drive |
| 7  36 South State Street, Suite 1400 | Las Vegas, NV 89134 |
|    Salt Lake City, UT  84145-0385 | |
| 8 | Jerrold T. Maritin |
|    Stutman, Treister & Glatt, P.C. | 8423 Paso Robles |
| 9  1901 Avenue of the Stars, 12th Floor | Northridge, CA 91325 |
|    Los Angeles, CA  90067 | |
| 10 | Terry Markwell |
|    Russell S. Walker | 12765 Silver Wolf Road |
| 11 265 East 100 South | Reno, NV 89511 |
|    Suite 300 | |
| 12 Salt Lake City 84111 | R. J. Rocco |
| | 12617 Cottageville Lane |
| 13 William E. Winfield | Keller, TX 96248 |
|    P.O. Box 9100 | |
| 14 Oxnard, CA  93031 | Wendy W. Smith |
| | BINDER & MALTER, LLP |
| 15 Marion E. Wynne | 2775 Park Avenue |
|    Wilkins, Bankester, Biles & Wynne, P.A. | Santa Clara, CA 95050 |
| 16 P.O. Box 1367 | |
|    Fairhope, AL  36533-1367 | |
| 17 | |
|    David R. Griffith | |
| 18 3120 Cohasset Road, #6 | |
|    P.O. Box 720 | |
| 19 Chico, CA 95924 | |
| 20 Angelo Gordon & Co. | |
|    c/o Jed Hart | |
| 21 245 Park Ave., 26th Floor | |
|    New York, NY 10167 | |
| 22 | |
|    Jasper & Flocerfida Benincasa | |
| 23 9359 Roping Cowboy Ave. | |
|    Las Vegas, NV 89178 | |
| 24 | |
|    Foley & Larnder Llp | |
| 25 321 North Clark Street, Suite 2800 | |
|    Chicago, IL 60610 | |
| 26 | |
|    Paul A. Jacques | |
| 27 810 SE 7th St. A-103 | |
|    Deerfield Beach, FL 33441 | |
| 28 | |

Page -3-

Dated: November 30, 2006

**OFFICE OF THE UNITED STATES TRUSTEE**

**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ August B. Landis*
    August B. Landis, Assistant United States Trustee
    United States Department of Justice