E-filed on November 30, 2006

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Bob L. Olson (Nevada Bar No. 3783) |
| Lynn Trinka Ernce (California Bar No. 179212) | Anne M. Loraditch (Nevada Bar No. 8164) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BECKLEY SINGLETON, CHTD. |
| 400 Capitol Mall, Suite 3000 | 530 Las Vegas Boulevard South |
| Sacramento, CA 95814-4497 | Las Vegas, NV 89101 |
| Telephone: (916) 447-9200 | Telephone: (702) 385-3373 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 385-5024 |
| Email: malevinson@orrick.com; | Email: bolson@beckleylaw.com; |
| lernce@orrick.com | aloraditch@beckleylaw.com |

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>              Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>              Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>              Debtor. | **NOTICE OF HEARING OF OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC TO WRONG DEBTOR CLAIMS MISFILED AGAINST USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC BY FRIEDA MOON, TRUSTEE, SHARON C. VAN ERT, BRENDA FALVAI, EDWARD J. AND DARLENE A. QUINN, SANDRA O. MASTERS, NANCY BRAUER, LAW OFFICES OF JAMES J. LEE, AND WILLIAM CHAD BERRY**<br><br>Date:       January 3, 2007<br>Time:      9:30 a.m.<br>Courtroom:  1 |
| In re:<br>USA SECURITIES, LLC,<br>              Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00348839;}

OHS West:260095880.3

| | |
|---|---|
| TO: | FRIEDA MOON, TRUSTEE |
| | SHARON C. VAN ERT |
| | BRENDA FALVAI |
| | EDWARD J. AND DARLENE A. QUINN |
| | SANDRA O. MASTERS |
| | NANCY BRAUER |
| | LAW OFFICES OF JAMES J. LEE |
| | WILLIAM CHAD BERRY |
| | DEBTOR |
| | ATTORNEYS FOR DEBTOR |
| | U.S. TRUSTEE |
| | ALL PARTIES IN INTEREST |

**NOTICE IS HEREBY GIVEN** that the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee") filed its Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Wrong Debtor Claims Misfiled Against USA Capital Diversified Trust Deed Fund, LLC (the "Objection"). The Objection is based upon the grounds that the proofs of claim described on Exhibit "1" attached hereto are claims that have been erroneously filed against debtor USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Fund") and that Diversified Fund has no liability on account of such misfiled claims. A copy of the Objection may be obtained at the bankruptcy court's website at http://www.nvb.uscourts.gov/ or by contacting Beckley Singleton, Chtd. at (702) 385-3373.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

Please carefully review the Omnibus Objection included with this Notice, particularly Exhibit 1 referenced above concerning your claim(s).

{00348839;}

OHS West:260095880.3

**IF ANY CREDITOR SHOULD DISAGREE WITH THE DTDF COMMITTEE'S OBJECTION NOTED ABOVE, AND AS DISCUSSED IN THE OMNIBUS OBJECTION, SUCH CREDITOR MUST FILE A RESPONSE TO THE OMNIBUS OBJECTION AND SERVE IT UPON DTDF COMMITTEE'S COUNSEL NO LATER THAN DECEMBER 26, 2006.**

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Objection will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom No. 1, at Las Vegas, Nevada on **January 3, 2007** at the hour of **9:30 a.m.**

Respectfully submitted this 30th day of November 2006.

BECKLEY SINGLETON, CHTD.

By /s/ Anne M. Loraditch
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, NV 89101

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# EXHIBIT 1
## WRONG DEBTOR CLAIMS

| Claim No. | Claimant | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|
| 6-1 | Frieda Moon, Trustee of the Decedent's Trust | $37,860.24 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an investment in Bay Pompano Beach, LLC | Disallow in its entirety |
| 7-1 | Frieda Moon, Trustee of the Decedent's Trust | $51,033.34 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an investment in HFAH-Clear Lake, LLC | Disallow in its entirety |
| 8-1 | Frieda Moon, and Sharon C. Van Ert | $51,033.34 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an investment in Gramercy Court, Ltd. | Disallow in its entirety |
| 9-1 | Frieda Moon FBO Sharon C. Van Ert | $35,583.34 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an investment in FTDF | Disallow in its entirety |
| 10-1 | Frieda Moon FBO Sharon C. Van Ert | $17,538.18 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an Investment in FTDF | Disallow in its entirety |
| 11-1 | Frieda Moon, and Sharon Van Ert | $51,076.38 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an Investment in Marlton Square thru FTDF | Disallow in its entirety |
| 12-1 | Frieda Moon, Trustee of the Decedent's Trust | $51,076.38 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an Investment in Castaic Partners III, LLC thru FTDF | Disallow in its entirety |

| Claim No. | Claimant | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|
| 13-1 | Frieda Moon, Trustee of the Decedent's Trust | $25,538.20 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an Investment in BarUSA, LLC thru FTDF | Disallow in its entirety |
| 14-1 | Brenda Falvai | $50,933.34 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an Investment in Del Valle Capital Corporation thru FTDF | Disallow in its entirety |
| 15-1 | Brenda Falvai | $50,972.22 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an Investment in Glendale Tower Partners, LLC thru FTDF | Disallow in its entirety |
| 16-1 | Brenda Falvai | $50,933.34 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an Investment in Oak Shores II thru FTDF | Disallow in its entirety |
| 17-1 | Brenda Falvai | $50,933.34 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an Investment in Oak Shores II thru FTDF and duplicative of claim no. 16-1 | Disallow in its entirety |
| 18-1 | Brenda Falvai | $50,933.34 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an Investment in Oak Shores II thru FTDF and duplicative of claim no. 16-1 and 17-1 | Disallow in its entirety |

| Claim No. | Claimant | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|
| 19-1 | Brenda Falvai | $37,860.24 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an Investment in Bay Pompano Beach | Disallow in its entirety |
| 37-1 | Edward J. Quinn and Darlene A. Quinn | $156,388.48 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on investments in Freeway 101, Gilroy, and Bay Pompano Beach | Disallow in its entirety |
| 38-1 | Edward J. Quinn and Darlene A. Quinn | $156,388.48 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on investments in Freeway 101, Gilroy, and Bay Pompano Beach and duplicative of claim no. 37-1 | Disallow in its entirety |
| 53-1 | Sandra O. Masters | $425,000 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an investment in 3685 San Fernando Road Partners | Disallow in its entirety |
| 116-1 | Nancy Brauer | $25,000.00 | Claimant is not a Diversified Fund Member nor otherwise connected to the Diversified Fund. Proof of claim provides no attached supporting documents | Disallow in its entirety |
| 125-1 | Law Offices of James J. Lee | $200,000.00 | Claimant is not a Diversified Fund Member nor otherwise connected to the Diversified Fund. Proof of claim appears to be based on a litigation entitled USA Commercial Mortgage v. James J. Lee, Esq., Case No. A459840, Law Offices of James J. Lee v. Kreg Rowe, et al., Case No. A473664, and U.S.A. Commercial Mortgage Company v James J. Lee, Esq., and Law Offices of James J. Lee, Case No. A488769 to which Diversified Fund is not a party | Disallow in its entirety |

{00348839;}
OHS West:260095880.3

| Claim No. | Claimant | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|
| 126-1 | James J. Lee, Esq. | $200,000.00 | Claimant is not a Diversified Fund Member nor otherwise connected to the Diversified Fund. Proof of claim appears to be based on a litigation entitled USA Commercial Mortgage v. James J. Lee, Esq., Case No. A459840, Law Offices of James J. Lee v. Kreg Rowe, et al., Case No. A473664, and U.S.A. Commercial Mortgage Company v James J. Lee, Esq., and Law Offices of James J. Lee, Case No. A488769 to which Diversified Fund is not a party; Claim is also duplicative of claim no. 125-1 | Disallow in its entirety |
| 132-1 | William Chad Berry | $200,000.00 | Claimant is not a Diversified Fund Member nor otherwise connected to Diversified Fund. Proof of claim appears to be based on an investment in Meadow Creek Partners, LLC thru FTDF | Disallow in its entirety |