E-filed on November 30, 2006

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613)<br>Lynn Trinka Ernce (California Bar No. 179212)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email:   malevinson@orrick.com;<br>            lernce@orrick.com | Bob L. Olson (Nevada Bar No. 3783)<br>Anne M. Loraditch (Nevada Bar No. 8164)<br>BECKLEY SINGLETON, CHTD.<br>530 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Telephone: (702) 385-3373<br>Facsimile: (702) 385-5024<br>Email:   bolson@beckleylaw.com;<br>            aloraditch@beckleylaw.com |

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                            Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                            Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                            Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                            Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                                            Debtor.<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**NOTICE OF HEARING OF OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC TO CLAIMS ON EQUITY MISFILED AS CREDITOR CLAIMS BY WALTER C. & ENRIQUITA BELL, FIRST SAVINGS BANK C/F JANICE WISE IRA, FIRST SAVINGS BANK C/F KENNETH N. WISE IRA, THE CHIAPETTA TRUST, PAT & JOHN CHIAPETTA, TRUSTEE, SILVER SAVER MORT., INC., E. LESLIE COMBS, JRS, SHERRI Y. ALLEN, SAID MOBIN, JAMES C. AND VELMA M. CONNICK, AND ROBERT J. AND LOIS MAE SCOTT**<br><br>Date:        January 3, 2007<br>Time:       9:30 a.m.<br>Courtroom:  1 |

{00342073;3}

OHS West:260095880.3

Page 1 of 4

TO:  WALTER C. & ENRIQUITA BELL
     FIRST SAVINGS BANK C/F JANICE WISE IRA
     FIRST SAVINGS BANK C/F KENNETH N. WISE
     THE CHIAPETTA TRUST, PAT & JOHN CHIAPETTA, TRUSTEE
     SILVER SAVER MORT., INC.
     E. LESLIE COMBS, JRS
     SHERRI Y. ALLEN
     SAID MOBIN
     JAMES C. AND VELMA M. CONNICK
     ROBERT J. AND LOIS MAE SCOTT
     DEBTOR
     ATTORNEYS FOR DEBTOR
     U.S. TRUSTEE
     ALL PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee") filed its Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled as Creditor Claims (the "Objection"). The Objection is based upon the grounds that the proofs of claim described on Exhibit "1" attached hereto are claims on equity interests of debtor USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund") that have been erroneously filed as creditor claims against Diversified Fund, and that Diversified Fund has no liability on account of such misfiled claims. A copy of the Objection may be obtained at the bankruptcy court's website at http://www.nvb.uscourts.gov/ or by contacting Beckley Singleton, Chtd. at (702) 385-3373.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

Please carefully review the Omnibus Objection included with this Notice, particularly Exhibit 1 referenced above concerning your claim(s).

{00342073;3}

OHS West:260095880.3

**IF ANY CREDITOR SHOULD DISAGREE WITH THE DTDF COMMITTEE'S OBJECTION NOTED ABOVE, AND AS DISCUSSED IN THE OMNIBUS OBJECTION, SUCH CREDITOR MUST FILE A RESPONSE TO THE OMNIBUS OBJECTION AND SERVE IT UPON DTDF COMMITTEE'S COUNSEL NO LATER THAN DECEMBER 26, 2006.**

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Objection will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom No. 1, at Las Vegas, Nevada on **January 3, 2007** at the hour of **9:30 a.m.**

Respectfully submitted this 30th day of November 2006.

BECKLEY SINGLETON, CHTD.

By: ___/s/Anne Loraditch___
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, NV 89101

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

**EXHIBIT "1"**
**CLAIMS ON EQUITY**

| Claim No. | Claimant | Claim Amount | Proposed Disposition |
|---|---|---|---|
| 46-1 | Walter C. Bell & Enriquita Bell | $50,000.00 | Reclassify as proof of interest |
| 47-1 | First Savings Bank C/F Janice Wise IRA | $120,118.00 | Reclassify as proof of interest |
| 48-1 | First Savings Bank C/F Kenneth N. Wise IRA | $144,141.00 | Reclassify as proof of interest |
| 49-1 | The Chiapetta Trust Pat & John Chiapetta Trustee | $59,104.28 | Reclassify as proof of interest |
| 50-1 | Silver Saver Mort., Inc. | $36,386.45 | Reclassify as proof of interest |
| 51-1 | E. Leslie Combs, Jrs. IRA #507 | $136,029.35 | Reclassify as proof of interest |
| 52-1 | E. Leslie Combs, Jrs. Or Sherri Y. Allen | $48,530.85 | Reclassify as proof of interest |
| 54-1 | Said Mobin | $24,220.26 | Reclassify as proof of interest |
| 55-1 | James C. Connick & Velma M. Connick | $144,141.97 | Reclassify as proof of interest |
| 57-1 | Robert J. Scott & Lois Mae Scott | $77,423.96 | Reclassify as proof of interest |
| 63-1 | Said Mobin | $24,220.26 | Disallow in its entirety as duplicative of Claim no. 54-1 |