E-filed on November 30, 2006

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:    malevinson@orrick.com;
          lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024
Email:    bolson@beckleylaw.com;
          aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity
Security Holders of USA Capital Diversified Trust
Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>            Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | **NOTICE OF HEARING OF OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL** |
| In re:<br>USA SECURITIES, LLC,<br><br>            Debtor. | **DIVERSIFIED TRUST DEED FUND, LLC TO CLAIMS ON EQUITY MISFILED AS CREDITOR CLAIMS BY CARMINE AND ANN VENTO,** |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | **RAMONA C. BIGELOW, ALAN BENET, TAMRA A. MAMUAD, MANFRED S. AND CHRISTINE L. SPINDEL, BILL WALLACE, MAILA SNIDER, WALTER & SYLVIA HELL, TRUSTEES, JANICE J. HERGERT REVOCABLE LIVING TRUST DATED 9/15/00, BRYAN L. FIDLER AND DAWN LUCAS** |
| | Date:       January 3, 2007<br>Time:      9:30 a.m.<br>Courtroom:  1 |

{00342073;4}

OHS West:260095880.3

Page 1 of 4

1    TO:    **CARMINE AND ANN VENTO**
           **RAMONA C. BIGELOW**
2          **ALAN BENET**
           **TAMRA A. MAMUAD**
3          **MANFRED S. AND CHRISTINE L. SPINDEL**
           **BILL WALLACE**
4          **MAILA SNIDER**
           **WALTER & SYLVIA HELL, TRUSTEES**
5          **JANICE J. HERGERT REVOCABLE LIVING TRUST DATED 9/15/00**
           **BRYAN L. FIDLER AND DAWN LUCAS**
6          **DEBTOR**
           **ATTORNEYS FOR DEBTOR**
7          **U.S. TRUSTEE**
           **ALL PARTIES IN INTEREST**
8

9

10        **NOTICE IS HEREBY GIVEN** that the Official Committee of Equity Security Holders

11   of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee") filed its

12   Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital

13   Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled as Creditor Claims (the

14   "Objection").  The Objection is based upon the grounds that the proofs of claim described on

15   Exhibit "1" attached hereto are claims on equity interests of debtor USA Capital Diversified

16   Trust Deed Fund, LLC ("Diversified Fund") that have been erroneously filed as creditor claims

17   against Diversified Fund, and that Diversified Fund has no liability on account of such misfiled

18   claims.  A copy of the Objection may be obtained at the bankruptcy court's website at

19   http://www.nvb.uscourts.gov/ or by contacting Beckley Singleton, Chtd. at (702) 385-3373.

20        Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

21            Local Rule 9014(d)(1):  "Oppositions to a motion must be filed and
              service must be completed on the movant no later than fifteen (15) days
22            after the motion is served except as provided by LR 3007(b) and LR
              9006. If the hearing has been set on less than fifteen (15) days' notice,
23            the opposition must be filed no later than five (5) business days before
              the hearing, unless the court orders otherwise.  The opposition must set
24            forth all relevant facts and any relevant legal authority.  An opposition
              must be supported by affidavits or declarations that conform to the
25            provisions of subsection (c) of this rule."
26

27        Please carefully review the Omnibus Objection included with this Notice, particularly

28   Exhibit 1 referenced above concerning your claim(s).

{00342073;4}

OHS West:260095880.3

1   IF ANY CREDITOR SHOULD DISAGREE WITH THE DTDF COMMITTEE'S

2   OBJECTION NOTED ABOVE, AND AS DISCUSSED IN THE OMNIBUS

3   OBJECTION, SUCH CREDITOR MUST FILE A RESPONSE TO THE OMNIBUS

4   OBJECTION AND SERVE IT UPON DTDF COMMITTEE'S COUNSEL NO LATER

5   THAN **DECEMBER 26, 2006**.

6          If you object to the relief requested, you *must* file a **WRITTEN** response to this

7   pleading with the court. You *must* also serve your written response on the person who sent you

8   this notice.

9          If you do not file a written response with the court, or if you do not serve your written

10  response on the person who sent you this notice, then:

11          • The court may *refuse to allow you to speak* at the scheduled hearing; and

12          • The court may *rule against you* without formally calling the matter at the

13            hearing.

14         NOTICE IS FURTHER GIVEN that the hearing on the said Objection will be held

15  before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd.

16  South, Third Floor, Bankruptcy Courtroom No. 1, at Las Vegas, Nevada on **January 3, 2007** at

17  the hour of **9:30 a.m.**

18         Respectfully submitted this 30th day of November 2006.

19                              BECKLEY SINGLETON, CHTD.

20

21                              By:    /s/Anne Loraditch
                                       Bob L. Olson (Nevada Bar No. 3783)
22                                     Anne M. Loraditch (Nevada Bar No. 8164)
                                       530 Las Vegas Boulevard South
23                                     Las Vegas, NV 89101

24                                     Marc A. Levinson (California Bar No. 57613)
                                       Lynn Trinka Ernce (California Bar No. 179212)
25                                     ORRICK, HERRINGTON & SUTCLIFFE LLP
                                       400 Capitol Mall, Suite 3000
26                                     Sacramento, CA  95814-4497

27                                     *Attorneys for the Official Committee of Equity*
                                       *Security Holders of USA Capital Diversified Trust*
28                                     *Deed Fund, LLC*

**EXHIBIT "1"**
**CLAIMS ON EQUITY**

| Claim No. | Claimant | Claim Amount | Proposed Disposition |
|---|---|---|---|
| 58-1 | Carmine and Ann Vento | $48,047.32 | Reclassify as proof of interest |
| 59-1 | Ramona C. Bigelow | $30,363.07 | Reclassify as proof of interest |
| 60-1 | Alan Benet | $26,577.40 | Reclassify as proof of interest |
| 61-1 | Tamra A. Mamuad | $480,473.24 | Reclassify as proof of interest |
| 62-1 | Manfred S. Spindel & Christine L. Spindel | $296,706.00 | Reclassify as proof of interest |
| 64-1 | Bill Wallace | $57,530.57 | Reclassify as proof of interest |
| 65-1 | Maila Snider | $31,139.14 | Reclassify as proof of interest |
| 66-1 | Maila Snider | $96,094.65 | Reclassify as proof of interest |
| 67-1 | Walter Hell & Sylvia Hell, Trustees | $124,334.87 | Reclassify as proof of interest |
| 68-1 | Janice J. Hergert Revocable Living Trust Dated 9/15/00 | $25,000.00 | Reclassify as proof of interest |
| 69-1 | Janice J. Hergert Revocable Living Trust Dated 9/15/00 | $50,000.00 | Reclassify as proof of interest |
| 70-1 | Bryan L. Fidler and Dawn E. Lucas | $56,344.00 | Reclassify as proof of interest |