E-filed on November 30, 2006

1  Marc A. Levinson (California Bar No. 57613)          Bob L. Olson (Nevada Bar No. 3783)
   Lynn Trinka Ernce (California Bar No. 179212)        Anne M. Loraditch (Nevada Bar No. 8164)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP                   BECKLEY SINGLETON, CHTD.
   400 Capitol Mall, Suite 3000                         530 Las Vegas Boulevard South
3  Sacramento, CA  95814-4497                           Las Vegas, NV 89101
   Telephone:  (916) 447-9200                           Telephone:  (702) 385-3373
4  Facsimile:  (916) 329-4900                           Facsimile:  (702) 385-5024
   Email:    malevinson@orrick.com;                     Email:    bolson@beckleylaw.com;
5            lernce@orrick.com                                     aloraditch@beckleylaw.com

6  *Attorneys for the Official Committee of Equity
   Security Holders of USA Capital Diversified Trust
7  Deed Fund, LLC*

8                    **UNITED STATES BANKRUPTCY COURT**

9                         **DISTRICT OF NEVADA**

10 | In re:                                        | Case No. BK-S-06-10725 LBR
11 | USA COMMERCIAL MORTGAGE COMPANY,              | Case No. BK-S-06-10726 LBR
   |                              Debtor.          | Case No. BK-S-06-10727 LBR
12 | In re:                                        | Case No. BK-S-06-10728 LBR
   | USA CAPITAL REALTY ADVISORS, LLC,             | Case No. BK-S-06-10729 LBR
13 |                              Debtor.          |
   | In re:                                        | Chapter 11
14 | USA CAPITAL DIVERSIFIED TRUST DEED            |
   | FUND, LLC,                                    | Jointly Administered Under
15 |                              Debtor.          | Case No. BK-S-06-10725-LBR
16 | In re:                                        | **NOTICE OF HEARING OF OMNIBUS
   | USA CAPITAL FIRST TRUST DEED FUND, LLC,      | OBJECTION OF THE OFFICIAL
17 |                              Debtor.          | COMMITTEE OF EQUITY SECURITY
   | In re:                                        | HOLDERS OF USA CAPITAL
18 | USA SECURITIES, LLC,                          | DIVERSIFIED TRUST DEED FUND,
   |                              Debtor.          | LLC TO CLAIMS ON EQUITY
19 |                                               | MISFILED AS CREDITOR CLAIMS
   |                                               | BY KAREN PETERSEN TYNDALL
20 | Affects:                                      | TRUST, KPT IRREVOCABLE TRUST
   |   ☐  All Debtors                              | DATED 7/16/99, WILLIAM M.
21 |   ☐  USA Commercial Mortgage Company          | SPANGLER, JEAN A. SPANGLER,
   |   ☐  USA Securities, LLC                      | GARY MICHELSEN, JOHN E.
22 |   ☐  USA Capital Realty Advisors, LLC         | MICHELSEN FAMILY TRUST,
   |   ☒  USA Capital Diversified Trust Deed Fund, LLC | MARGARET B. MCGIMSEY TRUST,
23 |   ☐  USA First Trust Deed Fund, LLC           | MIRIAM B. AND GEORGE J. GAGE,
   |                                               | GEORGE J. GAGE TRUST, AND
24 |                                               | SHARON OR JERRY MCGIMSEY**

25                                                 Date:       January 3, 2007
                                                   Time:       9:30 a.m.
26                                                 Courtroom:  1

27

28

{00342073;6}

OHS West:260095880.3

TO:    KAREN PETERSEN TYNDALL TRUST
       KPT IRREVOCABLE TRUST DATED 7/16/99
       WILLIAM M. SPANGLER
       JEAN A. SPANGLER
       GARY MICHELSEN
       JOHN E. MICHELSEN FAMILY TRUST
       MARGARET B. MCGIMSEY TRUST
       MIRIAM B. AND GEORGE J. GAGE
       GEORGE J. GAGE TRUST
       SHARON OR JERRY MCGIMSEY
       DEBTOR
       ATTORNEYS FOR DEBTOR
       U.S. TRUSTEE
       ALL PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee") filed its Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled as Creditor Claims (the "Objection"). The Objection is based upon the grounds that the proofs of claim described on Exhibit "1" attached hereto are claims on equity interests of debtor USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund") that have been erroneously filed as creditor claims against Diversified Fund, and that Diversified Fund has no liability on account of such misfiled claims. A copy of the Objection may be obtained at the bankruptcy court's website at http://www.nvb.uscourts.gov/ or by contacting Beckley Singleton, Chtd. at (702) 385-3373.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

Please carefully review the Omnibus Objection included with this Notice, particularly Exhibit 1 referenced above concerning your claim(s).

{00342073;6}

OHS West:260095880.3

**IF ANY CREDITOR SHOULD DISAGREE WITH THE DTDF COMMITTEE'S OBJECTION NOTED ABOVE, AND AS DISCUSSED IN THE OMNIBUS OBJECTION, SUCH CREDITOR MUST FILE A RESPONSE TO THE OMNIBUS OBJECTION AND SERVE IT UPON DTDF COMMITTEE'S COUNSEL NO LATER THAN DECEMBER 26, 2006.**

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Objection will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom No. 1, at Las Vegas, Nevada on **January 3, 2007** at the hour of **9:30 a.m.**

Respectfully submitted this 30th day of November 2006.

BECKLEY SINGLETON, CHTD.

By:    /s/Anne Loraditch
      Bob L. Olson (Nevada Bar No. 3783)
      Anne M. Loraditch (Nevada Bar No. 8164)
      530 Las Vegas Boulevard South
      Las Vegas, NV 89101

      Marc A. Levinson (California Bar No. 57613)
      Lynn Trinka Ernce (California Bar No. 179212)
      ORRICK, HERRINGTON & SUTCLIFFE LLP
      400 Capitol Mall, Suite 3000
      Sacramento, CA  95814-4497

      *Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

{00342073;6}

OHS West:260095880.3

1

2

**EXHIBIT "1"**
**CLAIMS ON EQUITY**

3

| Claim No. | Claimant | Claim Amount | Proposed Disposition |
|---|---|---|---|
| 82-1 | Karen Petersen Tyndall Trust dated 3/9/94 (Acct #1712) | $432,425.91 | Reclassify as proof of interest |
| 83-1 | Karen Petersen Tyndall Trust dated 3/9/94 (Acct #963) | $312,307.60 | Reclassify as proof of interest |
| 84-1 | KPT Irrevocable Trust Dated 7/16/99 | $202,866.38 | Reclassify as proof of interest |
| 85-1 | Karen Petersen Tyndall Trust Dated 3/9/94 (Acct #4231) | $1,115,915.59 | Reclassify as proof of interest |
| 86-1 | William M. Spangler (Acct 6249) | $48,047.32 | Reclassify as proof of interest |
| 87-1 | William M. Spangler Jean A. Spangler (Acct 8249) | $72,070.98 | Reclassify as proof of interest |
| 88-1 | Gary Michelsen | $Unknown | Reclassify as proof of interest |
| 89-1 | John E. Michelsen Family Trust | $Unknown | Reclassify as proof of interest |
| 90-1 | Margaret B. McGimsey Trust | $96,094.75 | Disallow as duplicative of proof of interest already on file |
| 91-1 | Miriam B. Gage and George J. Gage | $283,838.53 | Reclassify as proof of interest |
| 92-1 | George J. Gage Trust Dated October 8, 1999 | $48,047.32 | Reclassify as proof of interest |
| 93-1 | Sharon or Jerry McGimsey | $311,091.58 | Disallow as duplicative of proof of interest already on file |
| 111-1 | George J. Gage Trust Dated October 8, 1999 | $48,047.32 | Disallow as duplicative of Claim no. 92-1 |
| 112-1 | Miriam B. Gage and George J. Gage | $283,838.53 | Disallow as duplicative of Claim no. 91-1 |
| 118-1 | Karen Petersen Tyndall Trust Dated 3/9/94 | $1,115,915.59 | Disallow as duplicative of Claim no. 85-1 |
| 119-1 | KPT Irrevocable Trust Dated 7/16/99 | $202,866.38 | Disallow as duplicative of Claim no. 84-1 |

{00342073;6}

OHS West:260095880.3

| Claim No. | Claimant | Claim Amount | Proposed Disposition |
|---|---|---|---|
| 127-1 | John E. Michelsen Family Trust | $Unknown | Disallow as duplicative of Claim no. 89-1 |
| 128-1 | Gary Michelsen | $Unknown | Disallow as duplicative of Claim no. 88-1 |
| 129-1 | Margaret B. McGimsey Trust | $96,094.75 | Disallow as duplicative of Claim no. 90-1 |
| 130-1 | Sharon or Jerry McGimsey | $311,091.58 | Disallow as duplicative of Claim no. 93-1 |
| 134-1 | William M. Spangler | $48,047.32 | Disallow as duplicative of Claim no. 86-1 |
| 135-1 | William M. Spangler and Jean A. Spangler | $72,070.98 | Disallow as duplicative of Claim no. 87-1 |