E-filed on November 30, 2006

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613)<br>Lynn Trinka Ernce (California Bar No. 179212)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email:  malevinson@orrick.com;<br>         lernce@orrick.com | Bob L. Olson (Nevada Bar No. 3783)<br>Anne M. Loraditch (Nevada Bar No. 8164)<br>BECKLEY SINGLETON, CHTD.<br>530 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Telephone: (702) 385-3373<br>Facsimile: (702) 385-5024<br>Email:  bolson@beckleylaw.com;<br>         aloraditch@beckleylaw.com |

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                         Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**NOTICE OF HEARING OF OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC TO CLAIMS ON EQUITY MISFILED AS CREDITOR CLAIMS BY JOHNNY CLARK, BRUCE MCGIMSEY, CASTULO O. MARTINEZ, HELEN N. GRAEBER, ERIC T. AND DOLORES V. ERICKSON, CAROL ANN TURNER, TERRY L. HANSEN REVOCABLE LIVING TRUST, JOHN A. GODFREY PINNACLE ENTERTAINMENT, INC., DOUGLAS CARSON, AND ROBERT A. SUSSKIND**<br><br>Date:        January 3, 2007<br>Time:        9:30 a.m.<br>Courtroom:   1 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                         Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                         Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                         Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                         Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

| | |
|---|---|
| TO: | JOHNNY CLARK |
| | BRUCE MCGIMSEY |
| | CASTULO O. MARTINEZ |
| | HELEN N. GRAEBER |
| | ERIC T. AND DOLORES V. ERICKSON |
| | CAROL ANN TURNER |
| | TERRY L. HANSEN REVOCABLE LIVING TRUST |
| | JOHN A. GODFREY PINNACLE ENTERTAINMENT, INC. |
| | DOUGLAS CARSON |
| | ROBERT A. SUSSKIND |
| | DEBTOR |
| | ATTORNEYS FOR DEBTOR |
| | U.S. TRUSTEE |
| | ALL PARTIES IN INTEREST |

**NOTICE IS HEREBY GIVEN** that the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee") filed its Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled as Creditor Claims (the "Objection"). The Objection is based upon the grounds that the proofs of claim described on Exhibit "1" attached hereto are claims on equity interests of debtor USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund") that have been erroneously filed as creditor claims against Diversified Fund, and that Diversified Fund has no liability on account of such misfiled claims. A copy of the Objection may be obtained at the bankruptcy court's website at http://www.nvb.uscourts.gov/ or by contacting Beckley Singleton, Chtd. at (702) 385-3373.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

Please carefully review the Omnibus Objection included with this Notice, particularly Exhibit 1 referenced above concerning your claim(s).

{00342073;7}

OHS West:260095880.3

**IF ANY CREDITOR SHOULD DISAGREE WITH THE DTDF COMMITTEE'S OBJECTION NOTED ABOVE, AND AS DISCUSSED IN THE OMNIBUS OBJECTION, SUCH CREDITOR MUST FILE A RESPONSE TO THE OMNIBUS OBJECTION AND SERVE IT UPON DTDF COMMITTEE'S COUNSEL NO LATER THAN DECEMBER 26, 2006.**

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Objection will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom No. 1, at Las Vegas, Nevada on **January 3, 2007** at the hour of **9:30 a.m.**

Respectfully submitted this 30th day of November 2006.

BECKLEY SINGLETON, CHTD.

By: /s/Anne Loraditch
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, NV 89101

Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

**EXHIBIT "1"**
**CLAIMS ON EQUITY**

| Claim No. | Claimant | Claim Amount | Proposed Disposition |
|---|---|---|---|
| 94-1 | Johnny Clark | $99,467.90 | Disallow as duplicative of proof of interest already on file |
| 95-1 | Bruce McGimsey | $86,171.22 | Disallow as duplicative of proof of interest already on file |
| 96-1 | Castulo O. Martinez | $24,573.59 | Reclassify as proof of interest |
| 97-1 | Helen N. Graeber | $216,212.95 | Reclassify as proof of interest |
| 98-1 | Eric T. and Dolores V. Erickson | $120,185.07 | Reclassify as proof of interest |
| 99-1 | Carol Ann Turner | $98,054.36 | Reclassify as proof of interest |
| 100-1 | Terry L. Hansen Revocable Living Trust Dated 9/25/03 | $48,047.32 | Reclassify as proof of interest |
| 101-1 | John A. Godfrey Pinnacle Entertainment Inc. | $262,760.24 | Reclassify as proof of interest |
| 102-1 | Douglas Carson | $1,119.58 | Reclassify as proof of interest |
| 103-1 | Robert A. Susskind | $213,645.91 | Reclassify as proof of interest |
| 131-1 | Johnny Clark | $99,467.90 | Reclassify as proof of interest and duplicative of claim no. 94-1 |
| 136-1 | Bruce McGimsey | $86,171.32 | Reclassify as proof of interest and duplicative of claim no. 95-1 |