**Entered on Docket**
**December 01, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER REQUIRING USA INVESTMENT PARTNERS, LLC TO APPEAR FOR EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

P:\USA Commercial Mortgage\Pleadings\2004 Examinations\USAIP\int33.DOC                              - 1 -

The Application of USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors"), for examination of USA Investment Partners, LLC ("USAIP") pursuant to Bankruptcy Rule 2004(a), having been submitted to this Court, and good cause appearing,

**IT IS ORDERED** that USAIP shall through it representative designated in accordance with Fed. R. Civ. P. 30(b)(6) appear pursuant to Bankruptcy Rule 2004(a), at the Debtors' business offices located on 4484 South Pecos Road, Las Vegas, Nevada, 89121 on **December 14, 2006 at 9:00 o'clock a.m. prevailing Pacific Time,** and continuing thereafter until completed, to be examined under oath in relation to the following matters:

1. The incorporation of USAIP and its past and present business operations.
2. The past and present management structure of USAIP.
3. The past and present relationship between any of the Debtors and USAIP.
4. The capitalization of USAIP, including whether any capital contributions came from funds of any of the Debtors.
5. All obligations owing to or from the Debtors and USAIP or any of their affiliates.
6. All transfers of any real or personal property to or from the Debtors and USAIP or any of their affiliates.
7. The assets of USAIP.
8. The liabilities of USAIP.
9. The creditors of USAIP.
10. Any and all projects or loans in which any of the Debtors and USAIP both have an interest.

/ / /

/ / /

/ / /

Case 06-10725-gwz   Doc 1910   Entered 12/01/06 06:41:50   Page 3 of 3

11. Any other matter that may affect the administration of the Debtors' estates.

Prepared by:

  /s/ Lenard E. Schwartzer, Esq.
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

# # #

901891