1  Marc A. Levinson (California Bar No. 57613)
   Lynn Trinka Ernce (California Bar No. 179212)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
3  Sacramento, CA  95814-4497
   Telephone:  (916) 447-9200
4  Facsimile:  (916) 329-4900
   Email: malevinson@orrick.com; lernce@orrick.com
5
6  Bob L. Olson (Nevada Bar No. 3783)
   Anne M. Loraditch (Nevada Bar No. 8164)
7  BECKLEY SINGLETON, CHTD.
   530 Las Vegas Boulevard South
8  Las Vegas, NV 89101
   Telephone:  (702) 385-3373
9  Facsimile:  (702) 385-5024
   Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com
10

| E-filed Dec. 1, 2006 |

11  *Attorneys for the Official Committee of Equity Security Holders*
    *of USA Capital Diversified Trust Deed Fund, LLC*

12              **UNITED STATES BANKRUPTCY COURT**

13                     **DISTRICT OF NEVADA**

14

| | |
|---|---|
| 15  In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                     Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| 16  In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                     Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| 18  In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                     Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| 20  In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                     Debtor. | **CERTIFICATE OF SERVICE** |
| 22  In re:<br>USA SECURITIES, LLC,<br>                                     Debtor. | |
| 23  Affects:<br>☐   All Debtors<br>☐   USA Commercial Mortgage Company<br>☐   USA Securities, LLC<br>☐   USA Capital Realty Advisors, LLC<br>☒   USA Capital Diversified Trust Deed Fund, LLC<br>☐   USA First Trust Deed Fund, LLC | Date:   January 3, 2007<br>Time:   9:30 a.m.<br> Place: Courtroom #1 |

27

28

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00350491;}

I hereby certify that on the 30th day of November 2006, I caused to be served a true and correct copy of the following:

(1)   Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim;

(2)   Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Diana Forde, Trustee of the Michelle Revocable Trust, Joseph Grgurich, Robert G. Worthern, Roseberry Family LP, Robert L. Roseberry, David And Sharon Mesker, Anthony and Nancy Prescia, Patterson-Rogers 2001 Family Trust, Simmtex, Inc., Jed Barish and Ross Deller;

(3)   Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Lester C. Avila, Rex B. McBride, Thomas A. Brodie, Jr., Aristotle Melonas, Robert Carollo and Beverly Carollo, and Suzanne C. Mowbray, Trustee;

(4)   Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Walter C. & Enriquita Bell, First Savings Bank C/F Janice Wise IRA, First Savings Bank C/F Kenneth N. Wise IRA, The Chiapetta Trust, Pat & John Chiapetta, Trustee, Silver Saver Mort., Inc., E. Leslie Combs, Jr, Sherri Y. Allen, Said Mobin, James C. and Velma M. Connick, and Robert J. and Lois Mae Scott;

(5)   Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Carmine and Ann Vento, Ramona C. Bigelow, Alan Benet, Tamra A. Mamuad, Manfred S. and Christine L. Spindel, Bill Wallace, Maila Snider, Walter & Sylvia Hell, Trustees, Janice J. Hergert Revocable Living Trust Dated 9/15/00, Bryan L. Fidler and Dawn Lucas;

(6)   Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Alfred Olsen, Jr., Joseph and Loretta Donnolo, Trustees of the Donnolo Family Trust, John Mulkey, Arthur P. and Eulalia Laird, Trustees, Kristen L. Beling and William J. Dougherty, Trustees, William F. or Louise Scheve, Bruce and Sherry Layne, Mark Horton Treas. Allen Bennett Trustee Shepherd of the Mountains Lutheran Church;

(7)   Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Karen Petersen Tyndall Trust, KPT Irrevocable Trust Dated 7/16/99, William M. Spangler, Jean A. Spangler, Gary Michelsen, John E. Michelsen Family Trust, Margaret B. McGimsey Trust, Miriam B. and George J. Gage, George J. Gage Trust, And Sharon or Jerry McGimsey;


BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00350491;}

(8)     Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Johnny Clark, Bruce McGimsey, Castulo O. Martinez, Helen N. Graeber, Eric T. and Dolores V. Erickson, Carol Ann Turner, Terry L. Hansen Revocable Living Trust, John A. Godfrey Pinnacle Entertainment, Inc., Douglas Carson, and Robert A. Susskind;

(9)     Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Ralph W. Sherer Trust, Cynthia Deitz, Debra S. Ballinger, Gwen S. Patton Trust, Andrew W. and Beth Mitchell, Jean Jacques LeBlanc, CFR, Inc. David R. and Monica D. Fuller Trust, and Michael Baginski; and

(10)    Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Herman M. Adams, Brian M. Adams, Anthony G. Adams, Michael L. and Diana M. Gross, Olympia Capital Management, Larry L. and Patsy R. Rieger, and Jack M. Dunphy; via:

☒     (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

I further certify that on the 1st day of December 2006, I caused to be served a true and correct copy of the foregoing documents via:

☒     (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐     (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐     (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date above written.

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00350491;}

1    ☒       (VIA EMAIL) By electronic mail transmission to those persons listed on the

2  attached email.

3       Dated this 1st day of December 2006.

4

5

6

7       Patricia Kois, an employee of
        Beckley Singleton, Chtd.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

VIA U.S. MAIL

DIANE FORDE, TTEE OF THE
MICHELLE
REVOCABLE TRUST
4956 RIDGE DRIVE #83
LAS VEGAS, NV 89103

DIANA FORDE, TTEE OF THE
MICHELLE
REVOCABLE TRUST
4956 RIDGE DRIVE #83
LAS VEGAS, NV 89103

JOSEPH GRGURICH
4956 RIDGE DRIVE #83
LAS VEGAS, NV 89103

ROBERT G. WORTHEN
112 WORTHEN CIRCLE
LAS VEGAS, NV 89145

ROSEBERRY FAMILY LP, ROBERT L.
ROSEBERRY
7811 HOWARD DADE AVENUE
LAS VEGAS, NV 89129

DAVID MESKER AND SHARON
MESKER
6420 E TROPICANA AVE # 5
LAS VEGAS, NV 89122

Anthony & Nancy Prescia
5475 W Teco Ave
Las Vegas, NV 89118

Patterson-Rogers 2001 Family Trust
Robert C. & Joyce Patterson-Rogers
TTEES
PO Box 60175
Las Vegas, NV 89160

SIMMTEX INC. ATTN: JED BARISH
2011 OAK STREET
SAN FRANCISCO, CA 94117

Jed Barish
2011 Oak Street
San Francisco, CA 94117

Ross Deller
1469 Harmony Hill
Henderson, NV 89014

Joseph Grgurich
4956 Ridge Dr
#83
Las Vegas, NV 89103

Diana Forde, TTEE of the Michelle
Revocable
Trust dated 05/03/02
4956 Ridge Drive
#83
Las Vegas, NV 89103

Lestor Avila
C/o William D. Lope, Esq.
595 Humboldt St.
Reno, Nevada 89509

REX B. MC BRIDE, GP OF THE MC
BRIDE
1345 EAST GLENDALE
SPARKS, NV 89431

THOMAS A. BRODIE, JR., TTEE OF
THE THOMA
11041 CLEAR MEADOWS
LAS VEGAS, NV 89134-7236

ARISTOTLE MELONAS ITF SIMON &
CELESTE MELONAS
ARISTOTLE MELONAS
7240 NIGHT HERON WAY
N LAS VEGAS NV 89084

GWEN MELONAS TTEE OF THE
MELONAS FAMILY TRUST
ARISTOTLE MELONAS
7240 NIGHT HERON WY
N LAS VEGAS NV 89084

ARISTOTLE MELONAS TTEE FOR THE
MAGIC TRUST
ARISTOTLE MELONAS
7240 NIGHT HERON WY
N LAS VEGAS NV 89084

ARISTOTLE MELONAS ITF SIMON &
CELESTE MELONAS
ARISTOTLE MELONAS
7240 NIGHT HERON WAY
N LAS VEGAS NV 89084

ROBERT & BEVERLEY CAROLLO
C/O MORSE & MOWBRAY
300 SOUTH FOURTH STREET
SUITE 1400
LAS VEGAS, NEVADA 89101

SUZANNE C. MOWBRAY TRUSTEE
7597 BOCA RATON
LAS VEGAS, NV 89113

WALTER CRAIG BELL AND
ENRIQUITA C. BELL,
8540 BELLHAVEN ROAD
RENO, NV 89511

FIRST SAVINGS BANK C/F
JANICE WISE IRA
2775 VAN BUREN DR
RENO NV 89503

FIRST SAVINGS BANK C/F
KENNETH N WISE IRA
KENNETH N WISE
2775 VAN BUREN DR
RENO NV 89503

00341573;}

PAT M. CHIAPPETTA AND JOANN
CHIAPPETTA T
7043 CINNAMON DRIVE
SPARKS, NV 89436

SILVER SAVER MART, INC.
2024 GENTRY LN
CARSON CITY, NV 89701

E LESLIE COMBS JR IRA #507-99291
E LESLIE COMBS JR
8412 WILLOWLEAF CT
LAS VEGAS NV 89128

ELI LESLIE COMBS JR OR SHERRI
ALLEN
8412 WILLOWLEAF COURT
LAS VEGAS, NV 89128

SAID MOBIN
722 N. ROYAL CREST CIRCLE #28
LAS VEGAS, NV 89109

JAMES C & VELMA M CONNICK
TTEES OF THE JAMES C AND VELMA
CONNICK
REVOCABLE TRUST UA 3/6/96
3768 TACK ST
LAS VEGAS NV 89122

ROBERT J SCOTT & LOIS MAE SCOTT
2100 PLAZA WY APT 101
WALLA WALLA WA 99362-9298

CARMINE VENTO AND ANN VENTO
REVOCABLE TR
1520 MACDONALD RANCH DRIVE
HENDERSON, NV 89012

FISERV TRUST COMPANY TTEE
FBO RAMONA BIGELOW ACCT #16949
PO BOX 173301
DENVER CO 80217-3301

ALAN BENNET
14225 S WHISPERWOOD DR
RENO NV 89521-5223

TAMRA A MAMUAD
7935 PLACID ST
LAS VEGAS NV 89123

MANFRED S SPINDEL &
CHRISTINE L SPINDEL
299 N HOLLYWOOD BLVD
LAS VEGAS NV 89110-5224

SAID MOBIN
722 N ROYAL CREST CIR APT 36
LAS VEGAS NV 89169-3850

DESERT COMMERCIAL SWEEPING,
INC./Bill Wallace
c/o Christopher D. Jaime, Esq.
Maupin, Cox & LeGoy
P.O. Box 30000
Reno, NV 89520

MAILA SNIDER
9325 YUCCA BLOSSOM DR
LAS VEGAS NV 89134

WALTER HELL & SYLVIA HELL
TTEES
9904 FOLSOM DR
LAS VEGAS NV 89134

JANICE J HERGERT REVOCABLE
LIV TRUST DTD 9/15/2000
C/O JANICE J HERGERT TTEE
4865 W LAKERIDGE TER
RENO NV 89509-5850

BRYAN L FIDLER AND DAWN E
LUCAS
100 S BUFFALO DR #120
LAS VEGAS NV 89117

OLSEN, JR, ALFRED
931 PIGEON FORGE AVE
HENDERSON NV 89015

DONNOLO FAMILY TRUST
DTD 8/24/88
JOSEPH & LORETTA DONNOLO
2130 HIGHLAND FALLS DR
LAS VEGAS NV 89134-7422

JOHN MULKEY
2860 AUGUSTA DR
LAS VEGAS NV 89109-1549

ARTHUR P EULALIA LAIRD TTEES OF
THE LAIRD FAMILY TRUST DTD 2/15
PO BOX 51651
SPARKS NV 89435-1651

Kristen L. Beling & William J. Dougherty
Tees/The Sunset Endodontics PS Trust
3663 E. Sunset Rd., Suite 107
Las Vegas, NV 89120-3261

WILLIAM F. OR LOUISE SCHEVE
8613 RAINDROP CANYON
LAS VEGAS, NV 89129

LAYNE FAMILY TRUST
BRUCE & SHERRY LAYNE,TEES
26 CLUB VISTA DRIVE
HENDERSON, NV 89052

Layne Family Trust, Bruce & Sherry Lane
C/o Lawrence D. Rouse, Esq.
523 S. 8th Street
Las Vegas, Nevada 89101

MARK HORTON TREASURER ALLEN
BENNETT TTEE
SHEPHERD OF THE MOUNTAINS
LUTHERAN CHURC
955 W PECKHAM LN
RENO NV 89509-5308

KAREN PETERSEN TYNDALL
1012 GREYSTOKE ACRES
LAS VEGAS, NV 89145

KPT Irrevocable Trust dated 7/16/99
c/o Karen Petersen Tyndall Trustee
1012 Greystoke Acres St
Las Vegas, NV 89145

Karen Petersen Tyndall Trust dated 3/9/94
1012 Greystoke Acres
Las Vegas, NV 89145

WILLIAM M SPANGLER
711 GORDON AVE
RENO NV 89509

WILLIAM M. OR JEAN A. SPANGLER
711 GORDON AVENUE
RENO, NV 89509

Gary A. Michelsen
c/o John F. Murtha, Esq.
P.O. Box 2311
Reno, Nevada

JOHN E. MICHELSEN FAMILY TRUST
DTD 11/75
P. O. BOX 646
ZEPHYR COVE, NV 89448

MARGARET B. MCGIMSEY TRUST
DTD 07/06/00,
3115 S. EL CAMINO RD
LAS VEGAS, NV 89146

GEORGE J. AND MIRIAM B. GAGE
10813 BRINKWOOD AVENUE
LAS VEGAS, NV 89134

GEORGE J. GAGE TTEE
10813 BRINKWOOD AVE
LAS VEGAS, NV 89134

Sharon or Jerry McGimsey
c/o William L. McGimsey, Esq.
601 East Charleston Blvd.
Las Vegas, NV 89104

JOHNNY CLARK
630 SARI DRIVE
LAS VEGAS, NV 89110

BRUCE MCGIMSEY
3141 CALAMUS POINTE AVENUE
NORTH LAS VEGAS, NV 89081

CASTULO MARTINEZ
2208 HOT OAK RIDGE
LAS VEGAS, NV 89134

HELEN N GRAEBER
PO BOX 48
YAZOO CITY MS 39194-0048

ERIC T AND DOLORES V
ERICKSON
1455 SUPERIOR AVE #342
NEWPORT BEACH, CA 92663-6125

CAROL ANN TURNER
10538 SOPRA CT
LAS VEGAS NV 89135-2452

TERRY L HANSEN REVOCABLE
LIVING TRUST DTD 9/25/03
C/O TERRY L HANSEN TTEE
PO BOX 458
SPARKS NV 89432-0458

JOHN A GODFREY
PINNACLE ENTERTAINMENT INC
3800 HOWARD HUGHES PKWY
STE 1800
LAS VEGAS NV 89109-5921

DOUGLAS CARSON
HC 34 BOX 34153
ELY NV 89301

ROBERT A SUSSKIND
9900 WILBUR MAY PKWY #206
RENO NV 89521

RALPH W SHEARER TRUST
PO BOX 987
RENO NV 89504-0987

00341573;}

CYNTHIA DEITZ
162 OBED POINT
CROSSVILLE TN 38571

DEBRA S. BALLINGER
2251 WABASH CIRCLE
SPARKS, NV 89434

GWEN S. PATTON TRUST, GWEN
S. PATTON, RA
2251 WABASH CIRCLE
SPARKS, NV 89434

LEBLANC, JEAN JACQUES
PO BOX 6434
INCLINE VILLAGE NV 89450

ANDREW W & BETH MITCHELL
1170 WISTERIA DR
MINDEN NV 89423

GEORGE J GAGE TR DTD 10/8/99
MIRIAM & GEORGE GAGE TTEES
C/O SCOTT D FLEMING, ESQ.
HALE LANE PEEK DENNISON
3930 HOWARD HUGHES PKWY 4th Fl
LAS VEGAS, NV 89169

CFR INC
955 MULLEN AVE
HENDERSON NV 89044

DAVID & MONICA FULLER TRUST
C/O DAVID & MONICA FULLER
TRUSTEES
955 MULLEN AVE
HENDERSON NV 89044-9542

CYNTHIA DEITZ
162 OBED PT
CROSSVILLE TN 38571

BAGINSKI, MICHAEL
12881 KNOTT ST #205
GARDEN GROVE CA 92841

KAREN PETERSEN TYNDALL
TRUST DATED 3/9/94
C/O KAREN PETERSEN TYNDALL
1012 GREYSTOKE ACRES ST
LAS VEGAS NV 89145-8659

KPT Irrevocable Trust dtd 7/16/99
c/o Karen Petersen Tyndall Trustee
1012 Greystoke Acres St
Las Vegas, NV 89145

HERMAN M. ADAMS OR
BRIAN M. ADAMS OR ANT
1341 CASHMAN DRIVE
LAS VEGAS, NV 89102

MICHAEL L GROSS AND DIANA M
GROSS
2280 TRAFALGAR CT
HENDERSON, NV 89074-5326

BRIAN M ADAMS
525 SO 6TH ST
LAS VEGAS, NV 89101

OLYMPIA CAPITOL
MANAGEMENT, C/O GERALDIN
1980 OLIVIA GLEN
ESCONDIDO, CA 92025

RIEGER, LARRY L & PATSY R
2615 GLEN EAGLES DR
RENO NV 89523

BRUCE MCGIMSEY
C/O WILLIAM L. MCGIMSEY, ESQ.
601 E CHARLESTON BLVD
LAS VEGAS NV 89104

JOHN E MICHELSEN FAMILY
TRUST
C/O JOHN F MURTHA
PO BOX 2311
RENO NV 89505

GARY MICHELSEN
C/O JOHN F MURTHA
PO BOX 2311
RENO NV 89505

MARGARET B MCGIMSEY TRUST
C/O WILLIAM L MCGIMSEY ESQ
601 E CHARLESTON BLVD
LAS VEGAS NV 89104

SHARON OR JERRY MCGIMSEY
C/O WILLIAM L MCGIMSEY ESQ
601 E CHARLESTON BLVD
LAS VEGAS NV 89104

JACK M. DUNPHY
3898 CHASE GLEN CIR
LAS VEGAS NV 89121-4100

OLYMPIA CAPITOL
MANAGEMENT, C/O GERALDIN
1980 OLIVIA GLEN
ESCONDIDO, CA 92025

OLYMPIA CAPITAL MGMT
C/O GERALDINE HOUGHTON
2871 PINTA
PERRIS CA 92571

WILLIAM M SPANGLER
711 GORDON AVE
RENO NV 89509

00341573;}

VIA U.S. MAIL

USA COMM'L MORTGAGE
AND RELATED DEBTOR ENTITIES
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Office of the U.S. Trustee
300 Las Vegas Blvd. So.
Suite 4300
Las Vegas, NV 89101

Kummer, Kaempfer, Bonner & Renshaw
For USA Capital Unsecured Creditors
3800 Howard Hughes Pkwy., 7th Fl.
Las Vegas, NV 89109

Intershow
For USA Capital Unsecured Creditors
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

James Hull
For USA Securities Unsecured Creditors
C/o Signature Financial
2601 Airport Drive, #370
Torrance, CA 90505

George Gorman
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

R. Hagmaier
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Tim Rich
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Frank Merola/Eve H. Karasik
Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067

Wen Baldwin Separate Property Trust
365 Dooley Drive
Henderson, NV 89015

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

John Warner, Jr., IRA
c/o First Savings Bank
2605 East Flamingo Rd.
Las Vegas, NV 89121

Fertitta Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

U.S. Securities and Exchange
Commission
Attn: Sandra W. Lavigna
5670 Wilshire Blvd., 11th Fl.
Los Angeles, Ca 90036-3648

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, D.C. 20005-4026

Dept. of Employ. Training
Employ. Sec. Div., Cont. Section
500 East Third Street
Carson City, NV 89713-0030

DMV & Public Safety Records Section
555 Wright Way
Carson City, NV 89711-0250

Employers Insurance Co. of NV
Attn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

NV Dept. of Taxation
Bankruptcy Division
555 E. Washington, #1300
Las Vegas, NV 89101

Internal Revenue Service
Attn: Bankruptcy Dept., Stop 5028
110 City Parkway
Las Vegas, NV 89106

Secretary of State
State of Nevada
202 N. Carson St.
Carson City, NV 89701

NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

Daniel G. Bogden/Carlos A. Gonzalez
Office of the US Attorney
District of Nevada
333 Las Vegas Blvd. So., #5000
Las Vegas, NV 89101

United States Dept. of Justice
Tax Div. Western Region
P.O. Box 683-Ben Franklin Station
Washington, D.C. 20044

District Counsel
Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106

Internal Revenue Service
Ogden, UT 84201

{00291612;}

FHA/HUD
District Office
300 S. Las Vegas Blvd. Suite 2900
Las Vegas, NV 89101-5833

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155-1401

John Goings
P.O. Box 174
Masonville, CO 80541

Robert Hardy
6510 Ansonia Court
Las Vegas, NV 89118-1874

{00291612;}

**REQUEST FOR SPECIAL NOTICE**

Don Tomlin
C/o David W. Mounier
15316 Sky High Road
Escondido, CA  92025

Maryetta Bowman
534 Enchanted Lakes Drive
Henderson, NV  89052

Edward W. Homfeld
Homfeld II, LLC
777 S. Federal Hghwy, Suite N-409
Pompano Beach, FL  33062

John Peter Lee Ltd.
John Peter Lee, Esq.
830 Las Vegas Blvd. So.
Las Vegas, NY  89101

RJ Rocco
12617 Cottageville Lane
Keller, TX  76248

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV  89521

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV  89074

Law Offices of James G. Schwartz
Joshua D. Brysk, Esq.
7901 Stoneridge Dr., Suite 401
Pleasanton, CA  94588

Michael R. Shuler
C/o Jay R. Eaton
Eaton & O'Leary, PPLC
P.O. Box 18
Fairbury, Illinois 61739

Kermit Kruse
2710 Albany Avenue
Davis, CA  95616

Martin B. Weiss, Esq.
The Garrett Group, LLC
One Betterworld Circle, Suite 300
Temecula, CA  92590

Attila Jefzenszky
1720 Colavita Way
Reno, NV  89521

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL  33441

Peter Bolino
17412 Serene Drive
Morgan Hill, CA  95037

Jerrold T. Martin
8423 Paso Robles
Northridge, CA  91325

Bay Communities
C/o Chris el
4800 N. Federal Hghwy., Suite A205
Boca Raton, FL  33431

R.J. Rocco
12617 Cottageville Lane
Keller, Texas  76248

Thomas R. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089

Stephen R. Harris
Belding, Harris & Petroni, Ltd.
For Frank Snopko
417 West Plumb Land
Reno, NV  89509

BMC Group, Inc.
1330 East Franklin Ave.
El Segundo, CA  90245

Jerrold T. Martin
8423 Paso Robles
Northridge, CA  91325

Wade B. Gochnour/Aryn M. Fitzwater
Haney, Woloson & Mullins
For Liberty Bank
1117 S. Rancho Drive
Las Vegas, NV  89102

{00291612;}

Jonathan L. Mills
Sugar, Friedberg & Felsenthal LLP
For Norman Kiven
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

Russell S. Walker/ Reid W. Lamber
Elizabeth R. Loveridge
Woodbury & Kesler PC
265 E. 100 South, Suite 300
Salt Lake City, UG 84111

David W. Sexton
Pamela K. Sexton
21929 N. 79th Place
Scottsdale, AZ 85255

Charles B. Anderson Trust
Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Boulder City, NV 89005

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV 89434

Kehl Family
C/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA 52327

John Bauer IRA
40808 North Riverbend
Anthem, ZA 85086

Nancy L. Allf
Timothy P. Thomas
Parsons Behle & Latimer
Co-Counsel for Alexander et al
411 E. Bonneville Ave., #100
Las Vegas, NV 89101

Kehl Family
C/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA 52327

Goldsmith & Guymon, P.C.
Attn: Marjorie A. Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134

Mojave Canyon Inc.
Attn: J.B. Partain, President
1400 Colorado St., #C
Boulder City, NV 89005

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN 38583-5168

Mr. Allen J. Mault
2422 Aquasanta
Tuston, CA 92782

Sierra Health Services
Attn: Frank Collins
2724 N. Tenaya Way
P.O. Box 15645
Las Vegas, NV 89114-5645

Steven R. Orr
Richards, Watson & Gershon
355 S. Grand Avenue, 40th Fl.
Los Angeles, CA 90071-3101

Broadwalk Investments L.P.
James R. Bonfiglio, G.P.
8635 West Sahara Ave., Unit 220
Las Vegas, NV 89117

Gary A. Sheerin, Esq.
177 West Proctor Street, #B
Carson City, NV 89703

Mr. Allen J. Mault
2422 Aquasanta
Tuston, CA 92782

Joseph Huggins
Huggins & Associates
1000 N. Green Valley Pkwy., Suite 440-2
Henderson, NV 89014

Fertitta Enterprises, Inc.
Attn: William J. Bullard, CFO
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Bruce H. Corum, Trustee of the Credit
Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

A. William Ceglia
Ranee L. Ceglia
3720 Pocohena Court
Washoe Valley, NV 89

Larry L. Rieger, Trustee
Larry L. Rieger and Patsy Rieger
Revocable Trust
2615 Glen Eagles Drive
Reno, NV 89523

Nevada State Bank
Keriann M. Atencio
Greenberg Trarig, LLP
2375 East Camelback Road
Phoenix, AZ 85016

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

A.  William Ceglia
B.  Ranee L. Ceglia
C.  3720 Pocohena Court
D.  Washoe Valley, NV 89704

{00291612;}

Charles B. Anderson Trust
Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Bouleder City, NV  89005

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV  89434

Mojave Canyon, Inc.
Attn: J.B. Partain, President
1400 Colorado Street, #C
Boulder City, NV  89005

Whitney B. Warnick
Albirght, Stoddard, Warnick & Albright
801 South Rancho Drive, Suite D-4
Las Vegas, NV  89106

Amy N. Tirre, Esq.
Kummer Kaempfer Bonner
Renshaw & Ferrario
5585 Kietzke Lane
Reno, NV  89511

Jeffrey L. Hartman, Esq.
Hartman & Hartman, P.C.
510 West Plumb Lane, Ste. B
Reno, Nevada  89509

Albert Daniel Andrade
C/o David R. Griffith, Esq.
Stewart, Humpherys,
Burchett & Molin, LLP
Post Office Box 720
Chico, CA  95927

Sierra Health Services
Attn:  Frank Collins
2724 North Tenaya Way
P.O. Box 15645
Las Vegas, NV  89114-5645

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN  38583-5168

R. Vaughn Gourley, Esq.
Stephens Gourley & Bywater, P.C.
3636 N. Rancho Dr.
Las Vegas, NV  89130

Steven R. Orr
Richards, Watson & Gershon 355 S.
Grand Avenue, 40th Fl.
Los Angeles, CA  90071-3101

James C. McCarroll, Esq.
Debra Turetsky, Esq.
Reed Smith LLP
5999 Lexington Ave.
New York, NY  10022u

Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV  89101

Bruce H. Corum, TTE of the
Credit Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA  95864

David W. Sexton
Pamela K. Sexton
21929 North 79th Place
Scottsdale, AZ  85255

Andrew M. Brumby, Esq.
Shutts & Bowen, LLP
300 South Orange Ave., Ste. 1000
P.O. Box 4956
Orlando, FL  32802-4956

James D. Greene, Esq.
Schreck Brignone
300 South Fourth St., #1200
Las Vegas, NV  89101

Lewis and Roca, LLP
Attn:   Robert Charles, Esq.
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169

Wendy W. Smith
Binder & Malter
2775 Park Avenue
Santa Clara, CA  95050

{00291612;}

**Pat Kois**

| | |
|---|---|
| **From:** | Pat Kois |
| **Sent:** | Friday, December 01, 2006 1:27 PM |
| **To:** | Advanced Information Systems Michael Yoder (E-mail); Angelo Gordon & Co RFSP Jed Hart (E-mail); Annee Nounna (E-mail); Arthur and Glorianne Polacheck; Canepa Riedy RFSN Scott Canepa (E-mail); Charles and Flora Nichols (E-mail); Christine M. Pajak; Chuck Heinrichs (E-mail); Dennis Flier Inc. Defined Benefit Trust (E-mail); Donald Walker; Douglas Monson; Eve Karasik; Fertitta Enterprises William Bullard (E-mail); Frank Merola, Stutman; Frank Weinman; Helms Homes LLC Terry Helms (E-mail); Homfeld Edward Homfeld II LLC (E-mail); Howard Connell; James and Pamela McCollum; Jerry T. McGimsey; John Goings; John Warner Jr. (E-mail); Joseph Congress; JTWROS Mary and Matthew Moro (E-mail); Kolesar & Leatham RFSP James Macrobbie (E-mail); Kravitz Schnitzer RFSP Jeffrey Sloane (E-mail); Marc Levinson; McGuire Woods LLP RFSP Richard Mason (E-mail); McGuire Woods RFSN Michael Schmahl (E-mail); McGuire Woods RFSN Patricia Smoots (E-mail); Michaelson Susi RFSN Jay Michaelson (E-mail); Michaelson Susi RFSN Peter Susi (E-mail); Nordman Cormany for Andrew Welcher RFSN William Winfield (E-mail); Rachel Ragini; RFSN Jeffrey Cogan for Robert Verchota R&N Real Estate (E-mail); RFSP Nicholas Santoro (E-mail); RFSP Stan Wolken (E-mail); Robert L. Hagmaier (E-mail); Robert Lepome; Robert Worthen (E-mail); Russell Ad Development Group Robert Russell (E-mail); Russell James Zuardo; Sean Najarian Esq. RFSP (E-mail); Steve Orr; Steven Strong, Ray Quinney; Susan; Susan Eckhardt, Nevada Mortgage Lending Div; Thomas Stilley, Sussman Shank LLP; Trust (E-mail); TTEE Katz 2000 Separate Property Trust Sara M. Katz (E-mail); Wendy Smith; Xanna R. Hardman |
| **Cc:** | Anne Loraditch |
| **Subject:** | In re USA Capital - Omnibus Objection to Claims on Equity Misfiled as Proofs of Claim |

Attached are:

1.      Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim;

2.      Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Diana Forde, Trustee of the Michelle Revocable Trust, Joseph Grgurich, Robert G. Worthern, Roseberry Family LP, Robert L. Roseberry, David And Sharon Mesker, Anthony and Nancy Prescia, Patterson-Rogers 2001 Family Trust, Simmtex, Inc., Jed Barish and Ross Deller

3.      Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Lester C. Avila, Rex B. McBride, Thomas A. Brodie, Jr., Aristotle Melonas, Robert Carollo and Beverly Carollo, and Suzanne C. Mowbray, Trustee

4.      Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Walter C. & Enriquita Bell, First Savings Bank C/F Janice Wise IRA, First Savings Bank C/F Kenneth N. Wise IRA, The Chiapetta Trust, Pat & John Chiapetta, Trustee, Silver Saver Mort., Inc., E. Leslie Combs, Jr, Sherri Y. Allen, Said Mobin, James C. and Velma M. Connick, and Robert J. and Lois Mae Scott

5.      Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Carmine and Ann Vento, Ramona C. Bigelow, Alan Benet, Tamra A. Mamuad, Manfred S. and Christine L. Spindel, Bill Wallace, Maila Snider, Walter & Sylvia Hell, Trustees, Janice J. Hergert Revocable Living Trust Dated 9/15/00, Bryan L. Fidler and Dawn Lucas

6.      Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Alfred Olsen, Jr., Joseph and Loretta Donnolo, Trustees of the Donnolo Family Trust, John Mulkey, Arthur P. and Eulalia Laird,

Trustees, Kristen L. Beling and William J. Dougherty, Trustees, William F. or Louise Scheve, Bruce and Sherry Layne, Mark Horton Treas. Allen Bennett Trustee Shepherd of the Mountains Lutheran Church;

7.      Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Karen Petersen Tyndall Trust, KPT Irrevocable Trust Dated 7/16/99, William M. Spangler, Jean A. Spangler, Gary Michelsen, John E. Michelsen Family Trust, Margaret B. McGimsey Trust, Miriam B. and George J. Gage, George J. Gage Trust, And Sharon or Jerry McGimsey;

8.      Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Johnny Clark, Bruce McGimsey, Castulo O. Martinez, Helen N. Graeber, Eric T. and Dolores V. Erickson, Carol Ann Turner, Terry L. Hansen Revocable Living Trust, John A. Godfrey Pinnacle Entertainment, Inc., Douglas Carson, and Robert A. Susskind

9.      Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Ralph W. Sherer Trust, Cynthia Deitz, Debra S. Ballinger, Gwen S. Patton Trust, Andrew W. and Beth Mitchell, Jean Jacques LeBlanc, CFR, Inc. David R. and Monica D. Fuller Trust, and Michael Baginski; and

10.     Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims on Equity Misfiled As Proofs of Claim Herman M. Adams, Brian M. Adams, Anthony G. Adams, Michael L. and Diana M. Gross, Olympia Capital Management, Larry L. and Patsy R. Rieger, and Jack M. Dunphy.

      

OMNIBUS :CTION TO EQUITY    NOTICE NO 1.pdf    NOTICE NO 2.pdf    NOTICE NO. 3.pdf    NOTICE NO 4.pdf    NOTICE NO 5.pdf    NOTICE NO 6.pdf

  

NOTICE NO 7.pdf    NOTICE NO 8.pdf    NOTICE NO 9.pdf

Patricia Kois
Certified Paralegal
Beckley Singleton, Chtd.
530 Las Vegas Blvd. So.
Las Vegas, NV  89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024

# File a Claim action:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 11/30/2006 at 4:08 PM PST and filed on 11/30/2006

**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 1891

**Docket Text:**
Omnibus Objection to Claim of in the amount of *Claims On Equity Misfiled As Creditor Claims* filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\USA\OMNIBUS OBJECTION TO EQUITY INTEREST CLAIMS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/30/2006] [FileNumber=7532192-0
] [07a258ea848ddec13eace0c12604110ef788966d972aa8c92328d0e12341e025c4a
3e9f97f99fe2980e981876f3b746bcac6e0f301ab5863e146afb93295f81f]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL   jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN   xanna.hardman@gmail.com

STEPHEN R HARRIS   noticesbh&p@renolaw.biz

JEFFREY L HARTMAN   notices@bankruptcyreno.com

BRIGID M. HIGGINS   bankruptcynotices@gordonsilver.com

DAVID W. HUSTON   dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME   cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES   ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE   TyKehoeLaw@aol.com

ROBERT R. KINAS   rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON   ecf@lslawnv.com

JOHN J. LAXAGUE   jlaxague@caneclark.com

GEORGE C LAZAR   glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME   rlepome@cox.net, sstanton@cox.net

ANNE M. LORADITCH   ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR   jjllaw@leelaw.lvcoxmail.com,
lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL   , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL   rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY   lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT   mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyo

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com.

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON
,

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.

## File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 11/30/2006 at 5:04 PM PST and filed on 11/30/2006

**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 1902

**Docket Text:**
Notice of Hearing *of Omnibus Objection to Claims on Equity Misfiled as Creditor Claims by Herman M. Adams, Brian M. Adams, Anthony G. Adams, Michael L. and Diana M. Gross, Olympia Capital Management, Larry L. and Patsy R. Rieger, and Jack M. Dunphy*. Hearing scheduled 1/3/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s)[1891] Objection to Claim filed by Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\USA\NOTICE NO 9.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/30/2006] [FileNumber=7532535-0 ] [810ff2b9717d22d4201aa07a67dbae70ea0361b0bc68ee0391f464e8e3272a3f301 07c6b9a554ea3a84deb7d8a83a23d1d4e73b31b6947145aecafed5ebbf398]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

JAMES D. GREENE     bknotice@schrecklaw.com

MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL     jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN     xanna.hardman@gmail.com

STEPHEN R HARRIS     noticesbh&p@renolaw.biz

JEFFREY L HARTMAN     notices@bankruptcyreno.com

BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE     TyKehoeLaw@aol.com

ROBERT R. KINAS     rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON     ecf@lslawnv.com

JOHN J. LAXAGUE     jlaxague@caneclark.com

GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME     rlepome@cox.net, sstanton@cox.net

ANNE M. LORADITCH     ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR     jjllaw@leelaw.lvcoxmail.com,
lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL     , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL     rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT     mcknightlaw@cox.net,

gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON      bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON      bkfilings@s-mlaw.com

SHAWN W MILLER      bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyc

DAVID MINCIN      mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA      jmurtha@woodburnandwedge.com

ERVEN T. NELSON      erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON      bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co:

BOB L. OLSON      ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN      ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN      aparlen@stutman.com

DONALD T. POLEDNAK      sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY      info@johnpeterlee.com

SUSAN WILLIAMS SCANN      sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER      bkfilings@s-mlaw.com

JAMES PATRICK SHEA      bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN      ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU      ecf@lslawnv.com

JEFFREY G. SLOANE      gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH      mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

DAVID A. STEPHENS      dstephens@lvcm.com

PETER SUSI      cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER      jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON
,

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE