1 Name __Constantine Karides_____

2 Bar Code # __CK-2447_____

3 Address __Reed Smith LLP_____

4    __599 Lexington Avenue_____
   __New York, New York 10022_____
5

6 Phone # __212-521-5400_____

7

8                 UNITED STATES BANKRUPTCY COURT
9                      DISTRICT OF NEVADA

10   In re:                            )    Bankruptcy No. __06-10725 LBR__
                                       )    Chapter No._____
11   USA Commercial Mortgage Company   )
     et. al.,                          )
        ~~Plaintiff~~                  )    VERIFIED PETITION FOR
12                                     )    PERMISSION TO PRACTICE
            Debtors.                   )    IN THIS CASE ONLY BY
13      ~~vs.~~                        )    ATTORNEY NOT ADMITTED
                                       )    TO THE BAR OF THIS COURT
14                                     )
                                       )
        ~~Defendant(s)~~               )    EFFECTIVE JUNE 1, 2004
15                                     )    FILING FEE IS $175.00

16

17      __Constantine Karides_____, Petitioner, respectfully represents to the Court:

18

19      1.    That Petitioner resides at __330 E. 38th Street_____
                                            (street address)
20   __New York_____          __New York_____
21      (city)                        (county)

22   __New York_____, __10016____, __212.867.3780_____
23      (state)           (zip code)    (area code + telephone number)

24

25

26

27   CAUTION:  DO NOT REVISE OR RETYPE THIS FORM

28

2.    That Petitioner is an attorney at law and a member of the law firm of _____

Reed Smith LLP

_____ with offices at

599 Lexington Avenue

_____ ,

New York                          (street address)      10022              212.521.5400
_____ , _____ , _____ .
        (city)                          (zip code)    (area code + telephone number)

3.    That Petitioner has been retained personally or as a member of the law firm by

SPCP Group, LLC

_____ to provide legal representation in connection with
                [client(s)]
the above-entitled case now pending before this Court.

4.    That since _____1995_____ , Petitioner has been and presently is a member
                        (date)
in good standing of the bar of the highest Court of the State of _____New York_____

where Petitioner regularly practices law.                          (state)

5.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.                          Date Admitted

| New Jersey | 1994 |
| New York | 1995 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

2

6.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____

_____

_____

7.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars of ever denied admission):

_____

_____

_____

8.    That Petitioner is a member of good standing in the following Bar Associations: New York

_____

_____

_____

9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10/16/06 | To represent | Nevada Bankr. Court | Granted |
|  | Stalking Horse Bidder |  |  |
|  | in USA Commercial Asset |  |  |
|  | Sale (Case No.06-10725) |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

3

1        10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State

2  of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent

3  as a member of the State Bar of Nevada.

4        11.    Petitioner agrees to comply with the standards of professional conduct required of the

5  members of the bar of this court.

6        12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to

7  practice in this jurisdiction and that the client has consented to such representation.

8        That Petitioner  respectfully prays that Petitioner be admitted to practice before this Court

9  FOR THE PURPOSES OF THIS CASE ONLY.

10 DATED:_____December 1, 2006_____     _____

                                                 Petitioner's Signature

11 STATE OF ___NEW YORK_____ )

12 COUNTY OF NEW YORK_____ )

13

14 Constantine Karides_____, Petitioner, being first duly sworn, deposes and says:

15 That the foregoing statements are true.

16                                _____

                                                 Petitioner's Signature

17 (SEAL)

18 Subscribed and sworn to before me this

19 1st_____ day of ____December_____ 2006_____.

20 _____

               Notary public

21

22           AMANDA L. LEONARD

        Notary Public, State of New York

23           No. 01LE6142038

        Qualified in New York County

      Commission Expires March 13, 2010

24

25

26

27

28                              4