JAMES C. McCARROLL, ESQ.
REED SMITH, LLP
599 Lexington Avenue
New York, New York 10022
Telephone:   (212) 521-5400
Facsimile:   (212) 521-5450
E-Mail:   JMcCarroll@reedsmith.com

AMY N. TIRRE, ESQ.
Nevada Bar No. 6523
KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
5585 Kietzke Lane
Reno, Nevada  89511
Telephone:   (775) 852-3900
Facsimile:   (775) 852-3982
E-Mail:   atirre@kkbrf.com

Attorneys for SPCP Group, LLC

Electronically Filed on December 4, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>       Debtor, | Case No.   BK-S-06-10725-LBR<br>Case No.   BK-S-06-10726-LBR<br>Case No.   BK-S-06-10727-LBR<br>Case No.   BK-S-06-10728-LBR<br>Case No.   BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>       Debtor, | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>       Debtor, | **MOTION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF SPCP GROUP, LLC, TO COMPEL COMPLIANCE WITH BID PROCEDURES ORDER, DISCLOSURE OF COMPETING BIDS, EXPEDITED DISCOVERY, AND EXPEDITED HEARING** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>       Debtor, | Hearing Date:<br>Hearing Time:<br>Est. Time: |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada  89502

270880_1.DOC [13577.1]

Page 1 of 4

In re:

USA SECURITIES, LLC,

        Debtor.
_____

Affects:
 X  All Debtors
 ☐  USA Commercial Mortgage Company
 ☐  USA Securities, LLC
 ☐  USA Capital Realty Advisors, LLC
 ☐  USA Capital Diversified Trust Deed Fund, LLC
 ☐  USA Capital First Trust Deed Fund, LLC

SPCP GROUP, LLC ("Silver Point"), by and through counsel, James C. McCarroll, Esq. of Reed Smith, LLP, and Amy N. Tirre, Esq. of Kummer Kaempfer Bonner Renshaw & Ferrario, moves for an order shortening time for the hearing on the *Emergency Motion of SPCP GROUP, LLC to Compel Compliance with Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery, and Expedited Hearing* ("the Emergency Motion to Compel") based upon the ground that the Auction in this case is scheduled for December 7, 2006, and in order to competitively bid at the Auction, Silver Point requires the information sought in the Motion regarding any other Qualified Bidder, including documentation of the identity of the bidder, its commitment to be bound by the Bid Procedures, an executed version of the Asset Purchase Agreement and satisfactory evidence of the bidder's ability to close the Sale. This Motion is supported by the separately filed Emergency Motion to Compel, the separately filed Attorney Information Sheet and the attached Declaration of James C. McCarroll, Esq.

WHEREFORE, Silver Point prays for an order shortening time for the hearing on its Emergency Motion to Compel at the Court's first available hearing date and time.

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

270880_1.DOC [13577.1]

Page 2 of 4

1  Dated this 4th day of December, 2006.

2  KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO

3

4

By: /s/ Amy N. Tirre
5  AMY N. TIRRE, ESQ.
5585 Kietzke Lane
6  Reno, NV  89511

7  and

8  JAMES C. McCARROLL, ESQ.
REED SMITH, LLP
9  599 Lexington Avenue
New York, New York 10022

10

11  Attorneys for SPCP Group, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada  89502

270880_1.DOC [13577.1]

### DECLARATION OF JAMES C. MCCARROLL IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION TO COMPEL

I, JAMES C. MCCARROLL, declare as follows:

1. I am an attorney with the law firm of REED SMITH, LLP and admitted to practice law in New York and have been admitted to practice pro hac vice in this case before the United States Bankruptcy Court in and for the District of Nevada.

2. REED SMITH represents SPCP Group, LLC ("Silver Point"), which is the Stalking Horse Bidder for the Assets under the Asset Purchase Agreement filed in the above-captioned bankruptcy cases. I provide this affidavit in support of *Emergency Motion of SPCP GROUP, LLC to Compel Compliance with Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery, and Expedited Hearing* pursuant to LR 9006(a). I have personal knowledge of the facts and circumstances set forth herein unless otherwise stated upon information and belief.

3. I submit that the Court should hear the Emergency Motion to Compel on shortened time because I learned late on Thursday, November 30, 2006 that Debtors' counsel refuses to turn over the documentation pertaining to the Qualified Bidders who submitted deposits in order to bid at the Auction scheduled on December 7, 2006. Silver Point is being denied the opportunity to analyze and review the competing bids in preparation for the Auction on December 7, 2006, which affects its ability to increase its Purchase Price in a competitive yet economically rational manner which may in turn impair the value realized for the Assets by the Debtors' estates and their creditors and interest holders.

I declare under penalty of perjury that the foregoing is true and correct. I executed this declaration on December 4, 2006 in New York, New York.

                                        /s/ James C. McCarroll
                                        JAMES C. MCCARROLL

**KUMMER KAEMPFER BONNER & RENSHAW**
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

270880_1.DOC [13577.1]

Page 4 of 4