|   |   |   |
|---|---|---|
| 1 | JAMES C. McCARROLL, ESQ.<br>REED SMITH, LLP | **Electronically Filed on December 4, 2006** |
| 2 | 599 Lexington Avenue<br>New York, New York 10022 | |
| 3 | Telephone:   (212) 521-5400<br>Facsimile:    (212) 521-5450 | |
| 4 | E-Mail:       JMcCarroll@reedsmith.com | |
| 5 | AMY N. TIRRE, ESQ.<br>Nevada Bar No. 6523 | |
| 6 | KUMMER KAEMPFER BONNER<br>RENSHAW & FERRARIO | |
| 7 | 5585 Kietzke Lane<br>Reno, Nevada 89511 | |
| 8 | Telephone:   (775) 852-3900<br>Facsimile:    (775) 852-3982 | |
| 9 | E-Mail:       atirre@kkbrf.com | |
| 10 | Attorneys for SPCP Group, LLC | |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.  BK-S-06-10725-LBR |
|---|---|
| | Case No.  BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No.  BK-S-06-10727-LBR |
| | Case No.  BK-S-06-10728-LBR |
| Debtor, | Case No.  BK-S-06-10729-LBR |
| In re: | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | Jointly Administered Under |
| Debtor, | Case No. BK-S-06-10725 LBR |
| In re: | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | **ATTORNEY INFORMATION SHEET FOR MOTION FOR ORDER SHORTENING TIME FOR HEARING ON SPCP GROUP, LLC'S EMERGENCY MOTION TO COMPEL** |
| Debtor, | |
| In re: | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Hearing Date:  N/A |
| Debtor, | Hearing Time:  N/A<br>Est. Time:       N/A |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

271045_1.DOC [13577.1]

In re:

USA SECURITIES, LLC,

      Debtor.
_____

Affects:
  X  All Debtors
  ☐  USA Commercial Mortgage Company
  ☐  USA Securities, LLC
  ☐  USA Capital Realty Advisors, LLC
  ☐  USA Capital Diversified Trust Deed Fund, LLC
  ☐  USA Capital First Trust Deed Fund, LLC

As required by the Court under LR 9006, Constantine Karides, Esq. of Reed Smith, LLP provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time. They agree or disagree to the time being shortened, as follows:

| Name<br>(Party Represented) | How & When<br>(Date Notice Provided) | Agree | Disagree |
|---|---|---|---|
| Frank Merola<br>(First Trust Deed Fund Committee) | 12/01/06<br>Telephone | | X |
| Rob Charles<br>(Unsecured Creditors Committee) | 12/01/06<br>Telephone | | X |
| Gerald M. Gordon<br>(Executory Contracts Holders Committee) | 12/01/06<br>Telephone | | X |
| Marc Levinson<br>(Diversified Trust Deed Fund Committee) | 12/01/06<br>Telephone | Left detailed voicemail message<br>No response | |
| Steven Strong<br>(Debtor's Counsel) | 12/01/06<br>Telephone | Left detailed voicemail message<br>No response | |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

271045_1.DOC [13577.1]

Page 2 of 3

1  Dated this 4th day of December, 2006.

2  KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO

3

4

5  By: /s/ Amy N. Tirre
AMY N. TIRRE, ESQ.
5585 Kietzke Lane
6  Reno, NV 89511

7  and

8  JAMES C. McCARROLL, ESQ.
REED SMITH, LLP
9  599 Lexington Avenue
New York, New York 10022

10

11  Attorneys for SPCP Group, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

271045_1.DOC [13577.1]

Page 3 of 3