```
                    U.S. Bankruptcy Appellate Panel
                           of the Ninth Circuit
            125 South Grand Avenue, Pasadena, California 91105
              Appeals from Central California   (626) 229-7220
              Appeals from all other Districts  (626) 229-7225
```

RECEIVED AND FILED
2006 DEC -1 P 2:05
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

TO:            Clerk, Bankruptcy Court - Las Vegas, Nevada

DEBTOR(S):     USA COMMERECIAL MORTGAGE COMPANY

BAP NO.:       NV-06-1403

BK. NO.:       S 06-10725 LBR

CONCERNING: Notice of Appeal Filed on 11/07/06

INTERNAL BK. CT. NO.: 06-24

The Bankruptcy Appellate Panel has received and docketed the notice of appeal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS

    Harold S. Marenus, BAP Clerk

By: Vincent J. Barbato
    Deputy Clerk

    Date: November 28, 2006

A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED.  THE FOLLOWING
   ITEMS HAVE NOT BEEN FILED:
        1._PAID__No Filing Fees paid [PAID: 11/07/06; RCPT#: 3666780]
        2._____No Designation of Record
        3._____No Statement of Issues
        4._____No Notice Regarding the Transcript
        5._____No Reporter's Transcript(s)
                 Reporter name:_____
                          phone:_____
                 Judge:_____
                 Transcript date(s):_____
        6._____No Transcript Fees paid
        7._____Extension of Time Granted to Reporter:
                 New deadline:_____
        8._____Other:_____

B) DEPUTY CLERK PROCESSING THIS APPEAL
        1. Name:_____
        2. Phone:_____
        3. Date:_____

BAP# NV-06-1403

RECEIVED
AND FILED

Nov 8  1 04 PM '06

BANKRUPTCY
PATRICIA GRAY
CLERK

# TRANSMITTAL FORM

TO: **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**
125 South Grand Avenue, Pasadena, CA 91105

FROM: **BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN**
District Office No. 0978/2

CASE NAME    USA COMMERCIAL MORTGAGE COMPANY

BANKRUPTCY NO    BK-S   06-10725-LBR

ADVERSARY NO

REFERENCE NO    APPEAL REF   06-24

BANKRUPTCY JUDGE    LINDA B. RIEGLE

DATE NOTICE OF APPEAL FILED    11/7/06

DATE OF ENTRY OF ORDER APPEALED    EOD    10/30/06

DATE BANKRUPTCY FILED    4/13/06

DATE NOTICE OF APPEAL AND
NOTICE OF OBJECTION PERIOD    11/8/06
MAILED TO PARTIES

DATE OF TRANSMITTAL    11/8/06

WILLIAM M. LAKAS
**DEPUTY CLERK**

RECEIVED
Harold S. Marenus, Clerk
U. S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

NOV 1 3 2006

FILED_____
DOCKETED 11/28/06  O.S.B.
          DATE      INITIAL