GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
ERIC J. VAN, ESQ.
Nevada Bar No. 10259
E-mail: evan@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

E-filed: December 4, 2006

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                       Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                       Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                       Debtor. | **CERTIFICATE OF SERVICE OF OFFICIAL COMMITTEE OF DIRECT LENDERS' OPPOSITION TO MOTION FOR APPROVAL OF PROCEDURES REGARDING ASSIGNMENTS OF DIRECT LENDERS' INTEREST IN LOANS** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                       Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>                       Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: December 19, 2006<br>Time: 10:00 a.m. |

      1.     On December 4, 2006, I served the foregoing document.

      2.     I served the foregoing document by the following means to the persons as listed below:

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/440463.doc

☒ a. ECF System to the persons listed on **Exhibit A**.

☒ b. United States Mail, postage fully prepaid to the persons listed on **Exhibit B**.

☐ c. Personal Service to:

☒ d. By direct email to: Stan Wolken at <u>bayareastand@yahoo.com.</u>

☐ e. By fax transmission to:

☐ f. By messenger to:

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 4th day of December, 2006.

*Emma Tonkovich*
Emma Tonkovich, an employee of
Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/440463.doc

# EXHIBIT A

## File an answer to a motion:

<u>06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY</u>

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GORDON, GERALD M entered on 12/4/2006 at 10:36 AM PST and filed on 12/4/2006
**Case Name:**       USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     <u>06-10725-lbr</u>
**Document Number:** <u>1926</u>

**Docket Text:**
Opposition Filed by GERALD M GORDON on behalf of OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO (Related document(s) [1805] Motion for Approval of Procedures filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) (GORDON, GERALD)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\etonkovich\Desktop\Opp. to Motion for Approval of Procedures re Assignment of Direct Lenders' Interest in Loans.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/4/2006] [FileNumber=7540404-0]
[371c84e8d301af4f4dbdc806bb43692d1bc854e5d9f7f0848bf5bd739cbf7e22efdf
45e2cbe9fc3e84d55139bc9ed8ebd77db1c6bc9e37b31e3ee8328d71f507]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,

ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN   kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK   tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY   abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER   mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN   yvette@ccfirm.com

KEVIN B. CHRISTENSEN   kbchrislaw@aol.com

JANET L. CHUBB   tbw@jonesvargas.com

JEFFREY A. COGAN   jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE   cope_guerra@yahoo.com

CICI CUNNINGHAM   bankruptcy@rocgd.com

LAUREL E. DAVIS   bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)   tfette@daca4.com

THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING   sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN   bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR   wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ   carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON   bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY   vgourley@lvcm.com

TALITHA B. GRAY   bankruptcynotices@gordonsilver.com

JAMES D. GREENE   bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, sstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com

SHAWN W MILLER   bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarly(

DAVID MINCIN   mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA   jmurtha@woodburnandwedge.com

ERVEN T. NELSON   erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON   bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON   ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN   ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN   aparlen@stutman.com

DONALD T. POLEDNAK   sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY   info@johnpeterlee.com

SUSAN WILLIAMS SCANN   sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER   bkfilings@s-mlaw.com

JAMES PATRICK SHEA   bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN   ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU   ecf@lslawnv.com

JEFFREY G. SLOANE   gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH   mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

DAVID A. STEPHENS   dstephens@lvcm.com

PETER SUSI   cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER   jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING   ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON
,

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA

9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

CURTIS F CLARK
,

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
,

RICHARD D. GREEN
,

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

JOHN HANDAL
,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

DAVID W. HUSTON

INTERIM COMMITTEE OF CONCERNED INVESTORS

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

Constantine Karides
REED SMITH LLP

599 Lexington Avenue
New York, NY 10022

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 30000
Sacramento, CA 95814-4497

LEWIS AND ROCA LLP
,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET

SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

ANDREW M PARLEN
,

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

SHEA & CARLYON, LTD.
,

SIERRA CONSULTING GROUP, LLC
,

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT
,

ROY R. VENTURA
,

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

# EXHIBIT B

USA COMMERCIAL MORTGAGE
COMPANY FKA USA CAPITAL
THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

ANNETTE W. JARVIS, ESQ
RAY QUINNEY & NEBEKER P.C.
P.O. BOX 45385
FOR: DEBTOR
36 SOUTH STATE STREET, STE. 1400
SALT LAKE CITY, UT 84145-0385

PETER BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA 95037

DON TOMLIN
C/O DAVID W. MOUNIER
1536 SKY HIGH RD
ESCONDIDO, CA 92025

RJ ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

JANNY CATHARINA BROUWER
2533 KINNARD AVENUE
HENDERSON, NV 89074

MARTIN B. WEISS, ESQ.
THE GARRETT GROUP, LLC
ONE BETTERWORLD CIRCLE
SUITE 300
TEMECULA, CA 92590

STAN WOLKEN
bayareastan@yahoo.com

GILBER B. WEISMAN, ESQ.
BECKET AND LEE LLP
FOR: AMERICAN EXPRESS BANK FSB
P.O. BOX 3001
MALVERN, PA 19355-0701

FRANK A. MEROLA, ESQ.
EVE H. KARASIK, ESQ.
STUTMAN, TREISTER & GLATT, P.C.
FOR: EQUITY SEC. HOLDERS
1901 AVE. OF THE STARS, 12TH FL
LOS ANGELES, CA 90067

WILLIAM E. WINFIELD, ESQ.
NORDMAN CORMANY ET AL
FOR: ANDREW WELCHER
1000 TOWN CENTER DRIVE 6TH FL
OXNARD, CA 93031-9100

BRADLEY J. STEVENS, ESQ.
JENNINGS STROUSS & SALMAN
FOR: LOU O. MALDONADO
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

MARYETTA BOWMAN
534 ENCHATED LAKES DRIVE
HENDERSON, NV 89052

MARGIE GANDOLFO
1724 ARROW WOOD DRIVE
RENO, NV 89521

MICHAEL R. SHULER
C/O JAY R. EATON
EATON & O'LEARY, PLLC
115 GROVE AVENUE
PRESCOTT, AZ 86301

ATTILA JEFZENSZKY
1720 COLAVITA WAY
RENO, NV 89521

SEAN NAJARIAN, ESQ.
THE NAJARIAN LAW FIRM
283 S. LAKE AVE., #205
PASADENA, CA 91101

JED A. HART
ANGELO, GORDON & CO.
245 PARK AVE., 26TH FL
NEW YORK, NY 10167

MARC A. LEVINSON, ESQ.
LYNN TRINK ERNCE
ORRICK, HERRINGTON & SUTCLIFFE
400 CAPITAL MALL, #3000
SACRAMENTO, CA 95814

FRANK A. ELLIS, III
FOR: ANDREW WELCHER
510 S. 9TH ST.
LAS VEGAS, NV 89101

RICHARD MASON, ESQ.
PATRICIA K. SMOOTS, ESQ.
MICHAEL M. SCHMAHL
MCGUIRE WOODS, LLP
77 W. WACKER DR., #4100
CHICAGO, ILL 60601

EDWARD W. HOMFELD
HOMFELD II, LLC
777 SOUTH FEDERAL HGWY, #N-409
POMPANO BEACH, FL 33062

NICHOLAS J. SANTORO
400 SOUTH FOURTH STREET,
3RD FLOOR
LAS VEGAS, NV 89101

KERMIT KRUSE
2710 ALBANY AVENUE
DAVIS, CA 95616

PAUL A. & DONNA JACQUES
810 SE 7TH STREET, STE. A-103
DEERFIELD BEACH, FL 33441

GREGORY J. WALCH, ESQ.
FOR: G. WALCH & S. WALCH
400 S. FOURTH ST., 3RD FL
LAS VEGAS, NV 89101

BAY COMMUNITIES
C/O CHRIS MCKINNEY
4800 N. FEDERAL HGHWY, #a205
BOCA RATON, FL 33431

| | | |
|---|---|---|
| JOSHYA D. BRYSK, ESQ.<br>LAW OFFICE /JAMES G. SCHWARTZ<br>FOR: ROLOFF, OHMS, PARTCH ET AL<br>7901 STONERIDGE DR., SUITE 401<br>PLEASANTON, CA 94588 | JERROLD T. MARTN<br>8423 PACO ROBLES<br>NORTHRIDGE, CA 91325 | MARION E. WYNNE, ESQ.<br>WILKINS, BANKESTER, BILES ET AL<br>FOR: SHARON JUNO<br>P.O. BOX 1367<br>FAIRHOPE, AL 36533-1367 |
| SCOTT K. CANEPA, ESQ.<br>CANEPA, RIEDY & RUBINO<br>851 S. RAMPART BLVD., #160<br>LAS VEGAS, NV 89108 | THOMAS W. STILLEY<br>SUSSMAN SHANK, LLP<br>FOR: DAVID FOSSATI<br>1000 SW BROADWAY, STE. 1400<br>PORTLAND, OR 97205-0389 | FTI CONSULTING, INC.<br>ATTN: MICHAEL A. TUCKER<br>ONE RENAISSANCE SQUARE<br>TWO NO. CENTRAL AVENUE<br>PHOENIX, AZ 85004 |
| HOWARD CONNELL<br>1001 JENNIS SILVER STREET<br>LAS VEGAS, NV 89145 | RUSSELL JAMES ZUARDO<br>1296 HIGH FOREST AVENUE<br>LAS VEGAS, NV 89123 | ALVAREZ & MARSAL<br>ATTN: MATTHEW E. KVARDA<br>633 WEST FIFTH ST., #2560<br>LOS ANGELES, CA 90071 |
| KUMMER, KAEMPFER, ETAL<br>FOR: INTERSHOW<br>3800 HOWARD HUGHES PKWY, 7TH<br>LAS VEGAS, NV 89109 | JAMES HULL<br>C/O SIGNATURE FINANCIAL<br>2601 AIRPORT DRIVE<br>TORRANCE, CA 90505 | TIM RICH<br>GEORGE GORMAN, R. HAGMAIER<br>C/O FINANCIAL WEST GROUP<br>4510 E. THOUSAND OAKS BLVD.<br>THOUSAND OAKS, CA 91362 |
| EVAN BEAVERS, ESQ.<br>1625 HIGHWAY 88, #304<br>MINDEN, NV 89423 | BRECK MILDE, ESQ<br>60 SO. MARKET ST., #200<br>SAN JOSE, CA 95113 | ELIZABETH R. LOVERIDGE, ESQ.<br>RUSSELL S. WALKER, ESQ.<br>REID W. LAMBERT, ESQ.<br>WOODBURY & KESLER, P.C.<br>265 E. 100 SOUTH, #300<br>SALT LAKE CITY, UT 84111 |
| VINCE DANELIAN<br>P. O. BOX 97782<br>LAS VEGAS, NV 89193 | STEVEN R. ORR<br>RICHARDS, WATSON & GERSHON<br>FOR: CITY OF TEMECULA<br>355 S. GRAND AVE., 40TH FL.<br>LOS ANGELES, CA 90071-3101 | RICHARD D. GREEN, JR., ESQ.<br>GREENBERG TRAURIG, LLP<br>FOR MESIROW FINANCIAL<br>3773 HOWARD HUGHES PKWY, #500N<br>LAS VEGAS, NV 89169 |
| RAY KETTERMAN<br>LINDA KETTERMAN<br>321 N. 19TH STREET<br>ENID, OK 73701 | DANIEL D. WHITE, ESQ.<br>FOR: GATEWAY STONE<br>26 CORPORATE PLAZA DR. #260<br>NEWPORT BEACH, CA 92660 | NANCY A. PETERMAN, ESQ.<br>GREENBERG TRAURIG, LLP<br>FOR: MESIROW FINANCIAL<br>77 W. WACKER DR., #2500<br>CHICAGO, IL 60601 |
| JOSEPH HUGGINS<br>HUGGINS & ASSOCIATES<br>1000 N. GREEN VALLEY PKWY, #440-2<br>HENDERSON, NV 89014 | GAY A. SHEERIN, ESQ.<br>177 W. PROCTOR ST., #13<br>CARSON CITY, NV 89703 | HEINZ BINDER, ESQ.<br>WENDY W. SMITH, ESQ.<br>BINDER & MALTER, LLP<br>FOR: JOHN & JANE UNLAND<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 |
| KEHL FAMILY<br>C/O MR. KEN BONNET<br>3184 HIGHWAY 22<br>P. O. BOX 720<br>RIVERSIDE, IA 52327 | MR. ALLEN J. MAULT<br>2422 AQUASANTA<br>TUSTON, CA 92782 | A. WILLIAM CEGILA<br>RANEE L. CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV 89704 |

| | | |
|---|---|---|
| ROBERT A. COWMAN<br>SANDRA L. COWMAN<br>1525 WINTERWOOD AVE.<br>SPARKS, NV 89114 | DR. DAVID R. ENRICO<br>DR. BONNY K. ENRICO<br>2072 ALMYRA RD.<br>SPARTA, TN 38583 | DAVID W. SEXTON<br>PAMELA K. SEXTON<br>21929 N. 79TH PLACE<br>SCOTTSDALE, AZ 85255 |
| MOHAVE CANYON, INC.<br>ATTN; J.B. PARTAIN, PRES.<br>1400 COLORADO ST., #C<br>BOULDER CITY, NV 89005 | BRUCE H. CORUM, TRUSTEE OF THE<br>CREDIT SHELTER TRUST<br>JUANITA N. CARTER<br>4442 VALMONTE DR.<br>CACRAMENTO, CA 95864 | SIERRA HEALTH SERVICES<br>ATTN: FRANK COLLINS<br>2724 NORTH TENAYA WAY<br>P. O. BOX 15645<br>LAS VEGAS, NV 89114 |
| CHARLES B. ANDERSON TRUST<br>RITA P. ANDERSON TRUST<br>BALTES COMPANY<br>211 COPPER RIDGE COURT<br>BOULDER CITY, NV 89005 | PATRICIA MARR, ESQ.<br>LAW OFFICES OF JAMES J. LEE<br>FOR: LAW OFF. OF JAMES J. LEE<br>7674 W. LAKE MEAD BLVD., STE 108<br>LAS VEGAS, NEVADA 89128 | DAVID R. GRIFFITH, ESQ.<br>STEWART, HUMPHERYS ET AL<br>FOR: ALBERT ANDRADE<br>P.O. BOX 720<br>CHICO, CA 95927 |
| Michelle L. Abrams, Esq.<br>Michelle L. Abrams, Ltd.<br>For: Debt Acquisition. Co. of America<br>7201 W. Lake Mead Blvd., Suite 210<br>Las Vegas, NV 89128 | Dean T. Kirby, Jr.<br>Kirby & McGuinn, APC<br>For: Debt Acquisition. Co. of America<br>600 B. Street, Suite 1950<br>San Diego, CA 92101-4515 | Frank J. Wright<br>Hance Scarborough Wright Ginsberg, et al<br>600 Signature Place<br>14755 Preston Road<br>Dallas, TX 75254 |
| Beth Ela Wilkens<br>Harris Beach PLLC<br>Granite Building<br>130 E. Main Street<br>Rochester, NY 14604 | Silvia Lukes<br>Debt Acquisition Co. of America V, LLC<br>1565 Hotel Circle So., #310<br>San Diego, CA 92108 | U.S. SECURITIES AND EXCH. COMM<br>ATTN; SANDRA W. LAVIGNA<br>5670 WILSHIRE BLVD., 11TH FL<br>LOS ANGELES, CA 90036 |
| NEVADA MORTGAGE LENDING DIV.<br>ATTN: SUSAN ECKHARDT<br>3075 E. FLAMINGO, #100<br>LAS VEGAS, NV 89121 | NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS NV 89101 | DEPT OF EMPLOYMENT TRAINING<br>EMPLOY. SEC DIV , CONTRIBUTIONS<br>500 EAST THIRD STREET<br>CARSON CITY NV 89713- 0030 |
| INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS NV 89106 | DMV AND PUBLIC SAFETY<br>RECORDS SECTION<br>555 WRIGHT WAY<br>CARSON CITY NV 89711- 0250 | FHA/HUD DISTRICT OFFICE<br>300 LAS VEGAS BLVD. SO.<br>SUITE. 2900<br>LAS VEGAS, NV 89101 |
| SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY NV 89701 | DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE & CLAIMS<br>3225 NORTH CENTRAL<br>PHOENIX, AZ 85012 | UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>P. O. BOX 683 – BEN FRANKLIN STA<br>WASHINGTON, D.C. 20044 |
| CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>P. O. BOX 551401<br>LAS VEGAS, NV 89155 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>P. O. BOX 551220<br>LAS VEGAS, NV 89155 | EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY CLERK<br>9790 GATEWAY DRIVE<br>RENO, NV 89521 |