AMY N. TIRRE, ESQ.
Nevada Bar No. 6523
KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
5585 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 852-3900
Facsimile: (775) 852-3982
E-Mail: atirre@kkbrf.com

JAMES C. McCARROLL, ESQ.
Reed Smith, LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-Mail: JMcCarroll@reedsmith.com

Attorneys for SPCP Group, LLC

Electronically Filed on December 4, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor, | Case No.  BK-S-06-10725-LBR<br>Case No.  BK-S-06-10726-LBR<br>Case No.  BK-S-06-10727-LBR<br>Case No.  BK-S-06-10728-LBR<br>Case No.  BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor, | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor, | **AFFIDAVIT OF SERVICE** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor, | |

271660_1 [14158.1]

In re:

USA SECURITIES, LLC,

        Debtor.

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

Hearing Date: N/A
Hearing Time: N/A
Est. Time: N/A

I, Leslee Leverett, being first duly sworn, depose and say:

That I am and was on the day the events herein occurred, a citizen of the United States, over the age of eighteen (18) years, and not a party to, nor interested in the within action.

That your affiant is an employee of the law firm of Kummer, Kaempfer, Bonner, Renshaw & Ferrario, and in such capacity, mailed a true copy of the **Attorney Information Sheet for Motion for Order Shortening Time for Hearing on SPCP Group, LLC's Emergency Motion to Compel** and **Motion for Order Shortening Time for Hearing on Emergency Motion of SPCP Group, LLC to Compel Compliance with Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery, and Expedited Heairng** on the 4th day of December, 2006, as indicated:

    __X__    **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below.

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

271660_1 [14158.1]

- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JANET L. CHUBB    tbw@jonesvargas.com
- JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- CICI CUNNINGHAM    bankruptcy@rocgd.com
- LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

271660_1 [14158.1]

Page 3 of 6

- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON    bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@lvcm.com
- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
- JAMES D. GREENE    bknotice@schrecklaw.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- XANNA R. HARDMAN    xanna.hardman@gmail.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN    notices@bankruptcyreno.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com
- ZACHARIAH LARSON    ecf@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, sstanton@cox.net
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

271660_1 [14158.1]

- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- AMBRISH S. SIDHU    ecf@lslawnv.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com

1  • PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

2  • JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

3  • CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

4  • AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

5  • U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

6  • GREGORY J. WALCH    GWalch@Nevadafirm.com

7  • RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

8  • WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

10  • WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com

11  • JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

12  • MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

13  • ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com;paltstatt@nevadafirm.com

15  ____    **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below:

17  ____    **BY MAIL**: by placing the document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

20  DATED this 4th day of December, 2006.

LESLEE LEVERETT

22  SWORN and SUBSCRIBED before

23  me on this 4th day of December, 2006

LAUREN ARENDS
Notary Public State of Nevada
No. 93-0088-3
My appt. exp. Dec. 19, 2009

NOTARY PUBLIC

271660_1 [14158.1]