

**Entered on Docket**
**December 04, 2006**



_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>          Debtor,<br>_____ | Case No.   BK-S-06-10725-LBR<br>Case No.   BK-S-06-10726-LBR<br>Case No.   BK-S-06-10727-LBR<br>Case No.   BK-S-06-10728-LBR<br>Case No.   BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>          Debtor,<br>_____ | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>          Debtor,<br>_____ | **ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF SPCP GROUP, LLC, TO COMPEL COMPLIANCE WITH BID PROCEDURES ORDER, DISCLOSURE OF COMPETING BIDS, EXPEDITED DISCOVERY, AND EXPEDITED HEARING** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>          Debtor,<br>_____ | Date: December 6, 2006<br>Time  8:30 AM |
| In re:<br><br>USA SECURITIES, LLC,<br><br>          Debtor.<br>_____ | |
| Affects:<br>  X  All Debtors<br>  ☐ USA Commercial Mortgage Company<br>  ☐ USA Securities, LLC<br>  ☐ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Deed Fund, LLC<br>  ☐ USA Capital First Trust Deed Fund, LLC | |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada  89502

1  SPCP GROUP, LLC ("Silver Point") by and through its counsel, James C. McCarroll, Esq., of Reed Smith, LLP and Amy N. Tirre, Esq. of Kummer Kaempfer Bonner Renshaw & Ferrario, having moved this Court ex parte for an order shortening time for the hearing on its Emergency Motion to Compel Compliance with Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery and Expedited Hearing and good cause appearing,

IT IS HEREBY ORDERED that:

1. Silver Point's Motion for Order Shortening Time is GRANTED and Silver Point's Emergency Motion to Compel Compliance with Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery and Expedited Hearing shall be heard on __December 6, 2006__ at __8:30 AM__, at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101.

2. The date for filing any objections to the entry of an order shortening time is __December 6, 2006__.

3. The date for filing any response to any objection is __December 6, 2006__.

4. Service of this Order Shortening Time shall be completed by __December 4, 2006__.

###

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Page 2 of 2