Marc A. Levinson (California Bar No. 57613)
Lynn Trinka Ernce (California Bar No. 179212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:    malevinson@orrick.com; lernce@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com; aloraditch@beckleylaw.com

Attorneys for the Official Committee of Equity Security Holders
of USA Capital Diversified Trust Deed Fund, LLC

E-filed on December 4, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | [No Hearing Scheduled] |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00348862;}    - 1 -

# DECLARATION OF ANNE M. LORADITCH, ESQ. AND THIRD SUPPLEMENTAL STATEMENT OF DISINTERESTEDNESS IN SUPPORT OF EMPLOYMENT OF BECKLEY SINGLETON, CHTD. BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

I, Anne M. Loraditch, hereby declare under penalty of perjury that:

1. I am over eighteen years of age and have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently, under oath, with respect thereto from my own personal knowledge except as otherwise stated.

2. I am an attorney with Beckley Singleton, Chartered ("Beckley") and make this Declaration and Third Supplemental Statement of Disinterestedness ("Declaration") in support of the employment of Beckley Singleton, Chartered ("Beckley") as Nevada counsel for the Official Committee Of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee"), which was ordered by the Court pursuant to its Order Approving Application By The Official Committee Of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Employ Beckley Singleton, Chtd. *Nunc Pro Tunc* As Of June 9, 2006 as entered on June 22, 2006.

3. To the best of my knowledge, and based upon the Declaration herein, neither Beckley nor any of its shareholders have any present connection with any of the official committees appointed in the USA cases, the debtors, any creditors of the estate, any party in interest, their attorneys or accountants, the United States Trustee and any person employed in the office of the United States Trustee other that those described in Beckley's employment application, and related pleadings, and in this Declaration.

4. With respect to Beckley's involvement with, or representation of, the Diversified Committee in this Bankruptcy Case, Beckley hereby discloses the following connections and developments that have been recently discovered in the course of its involvement in these Chapter 11 Cases:

- Beckley represents a client, for which Beckley performs and has performed substantial work in matters unrelated to these Chapter 11 Cases (the "Potential Bidder"), who is a potential bidder in this matter

5. In order to avoid even the appearance of impropriety or undue influence with respect to the Auction proceedings, Beckley has implemented the following internal procedures:

- Beckley will not engage in any communications with the Potential Bidder regarding any aspect of these Chapter 11 Cases; rather, such communications, if any shall become necessary, will be handled solely by the Diversified Committee's lead counsel, Orrick, Herrington, Sutcliffe LLP; and

- Beckley will not make any recommendations to the Diversified Committee with respect to either the qualification or the selection of a particular bidder.

6. Beckley will continue to be involved in other aspects of the Auction proceedings, as necessary to maintain the appropriate context in these Chapter 11 Cases, as well as the proceedings relating to the confirmation of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 4th day of December 2006.

/s/ Anne M. Loraditch
ANNE M. LORADITCH