AMY N. TIRRE, ESQ.
Nevada Bar No. 6523
KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
5585 Kietzke Lane
Reno, Nevada 89511
Telephone:    (775) 852-3900
Facsimile:    (775) 852-3982
E-Mail:       atirre@kkbrf.com

JAMES C. McCARROLL, ESQ.
DEBRA TURETSKY, ESQ.
Reed Smith, LLP
599 Lexington Avenue
New York, New York 10022
Telephone:    (212) 521-5400
Facsimile:    (212) 521-5450
E-Mail:       JMcCarroll@reedsmith.com

Attorneys for SPCP Group, LLC

Electronically Filed on December 4, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor,<br><br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor,<br><br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor,<br><br>In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor, | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF SPCP GROUP, LLC, TO COMPEL COMPLIANCE WITH BID PROCEDURES ORDER, DISCLOSURE OF COMPETING BIDS, EXPEDITED DISCOVERY and EXPEDITED HEARING**<br><br>Hearing Date:   December 6, 2006<br>Hearing Time:   8:30 a.m.<br>Est. Time:      30 minutes |

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

NOTICE OF ENTRY [14158.1]

Page 1 of 12

In re:

USA SECURITIES, LLC,

        Debtor.

Affects:
- ☐ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA Capital First Trust Deed Fund, LLC

PLEASE TAKE NOTICE that an ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF SPCP GROPU, LLC, TO COMPEL COMPLIANCE WITH BID PROCEDURES ORDER, DISCLOSURE OF COMPETING BIDS, EXPEDITED DISCOVERY and EXPEDITED HEARING was entered on the 4th day of December, 2006.

A copy of said Order is attached hereto as Exhibit "A" and a copy of the Motion for Order Shortening Time for Hearing on Motion of SPCP Group, LLC, to Compel Compliance With Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery and Expedited Hearing is attached hereto as Exhibit "B".

DATED this 4th day of December, 2006.

        KUMMER KAEMPFER BONNER
        RENSHAW & FERRARIO

        By: _____
        Amy N. Tirre, Esq.
        5585 Kietzke Lane
        Reno, NV 89511

        Attorneys for SPCP Group, LLC

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

NOTICE OF ENTRY [14158.1]

Page 2 of 12

**CERTIFICATE OF MAILING**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Kummer Kaempfer Bonner Renshaw & Ferrario; that I am over the age of 18 and not a party to the above-referenced case, and that on this date I caused to be served a true and correct copy of the *NOTICE OF ENTRY OF ORDER* as indicated:

__X__  **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below.

- MICHELLE L. ABRAMS   mabrams@mabramslaw.com
- FRANKLIN C. ADAMS   franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF   nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON   anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH   oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO   ATENCIOK@GTLAW.COM
- BMC GROUP, INC.   evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- KELLY J. BRINKMAN   kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK   tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY   abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- MATTHEW Q. CALLISTER   mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
- ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN   yvette@ccfirm.com
- KEVIN B. CHRISTENSEN   kbchrislaw@aol.com
- JANET L. CHUBB   tbw@jonesvargas.com

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

NOTICE OF ENTRY [14158.1]

Page 3 of 12

- JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- CICI CUNNINGHAM    bankruptcy@rocgd.com
- LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON    bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@lvcm.com
- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
- JAMES D. GREENE    bknotice@schrecklaw.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- XANNA R. HARDMAN    xanna.hardman@gmail.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN    notices@bankruptcyreno.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

NOTICE OF ENTRY [14158.1]

Page 4 of 12

- ZACHARIAH LARSON    ecf@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

| | |
|---|---|
| 1 | - PAUL C RAY    info@johnpeterlee.com |
| 2 | - SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |
| 3 | - LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |
| 4 | - JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com |
| 5 | - SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 7 | - AMBRISH S. SIDHU    ecf@lslawnv.com |
| 8 | - JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 9 | - ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com |
| 10 | - DAVID A. STEPHENS    dstephens@lvcm.com |
| 11 | - PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |
| 12 | - JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com |
| 13 | - CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com |
| 14 | - AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com |
| 15 | - U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov |
| 16 | - GREGORY J. WALCH    GWalch@Nevadafirm.com |
| 17 | - RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com |
| 18 | - WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 19 | - WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com |
| 20 | - JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com |
| 21 | - MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com |
| 22 | - ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com |

24    _____    **BY HAND DELIVERY VIA COURIER:** by causing hand delivery of the document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below:

| | |
|---|---|
| __X__ | **BY MAIL**: by placing the document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. |

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

ELISSA F CADISH
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89169

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

NOTICE OF ENTRY [14158.1]

Page 7 of 12

| | |
|---|---|
| 1 | FOLEY & LARDNER LLP |
|  | 321 NORTH CLARK STREET |
| 2 | SUITE 2800 |
|  | CHICAGO, IL 60610 |
| 3 | |
|  | GEORGE D FRAME |
| 4 | 601 GREENWAY ROAD, STE D |
|  | HENDERSON, NV 89015 |
| 5 | |
|  | DAVID R. GRIFFITH |
| 6 | STEWRT, HUMPHERYS, TURCHETT, ET. AL. |
|  | 3120 COHASSET ROAD, SUITE 6 |
| 7 | POST OFFICE BOX 720 |
|  | CHICO, CA 95927 |
| 8 | |
|  | PAUL A. JACQUES |
| 9 | 810 SE 7TH ST A-103 |
|  | DEERFIELD BEACH, FL 33441 |
| 10 | |
|  | ANNETTE W JARVIS |
| 11 | POB 45385 |
|  | SALT LAKE CITY, UT 84145 |
| 12 | |
|  | ANNETTE W JARVIS |
| 13 | POB 45385 |
|  | 36 SOUTH STATE STREET, #1400 |
| 14 | SALT LAKE CITY, UT 84145-0385 |
| 15 | |
|  | HARRY JESSUP |
|  | 2009 WESTLUND DR. |
| 16 | LAS VEGAS, NV 89102 |
| 17 | |
|  | HELEN B. JESSUP |
|  | 2009 WESTLUND DR. |
| 18 | LAS VEGAS, NV 89102 |
| 19 | |
|  | RICHARD E KAMMERMAN |
|  | RICHARD KAMMERMAN PC |
| 20 | 7200 N MOPAC, SUITE 150 |
|  | AUSTIN, TX 78731 |
| 21 | |
|  | LINDA KETTERMAN |
| 22 | 321 N. 19TH STREET |
|  | ENID, OK 73701 |
| 23 | |
|  | RAY KETTERMAN |
| 24 | 321 N. 19TH STREET |
|  | ENID, OK 73701 |

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

NOTICE OF ENTRY [14158.1]

| | |
|---|---|
| 1 | EDWARD KLINE |
| | 9932 ARBUCKLE DRIVE |
| 2 | LAS VEGAS, NV 89134 |
| 3 | MATTHEW J. KREUTZER |
| | HALE LANE PEEK DENNISON AND HOWARD |
| 4 | 3930 HOWARD HUGHES PARKWAY |
| | FOURTH FLOOR |
| 5 | LAS VEGAS, NV 89169 |
| 6 | Constantine Karides |
| | REED SMITH LLP |
| 7 | 599 Lexington Avenue |
| | New York, NY 10022 |
| 8 | |
| | REID W. LAMBERT |
| 9 | WOODBURY & KESLER, P.C. |
| | 265 EAST 100 SOUTH, SUITE 300 |
| 10 | SALT LAKE CITY, UT 84111 |
| 11 | MARC A. LEVINSON |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | 400 Capitol Mall |
| | Suite 30000 |
| 13 | Sacramento, CA 95814-4497 |
| 14 | ELIZABETH R. LOVERIDGE |
| | WOODBURY & KESLER, P.C. |
| 15 | 265 EAST 100 SOUTH, SUITE 300 |
| | SALT LAKE CITY, UT 84111 |
| 16 | |
| | LEE D. MACKSON |
| 17 | SHUTTS & BOWEN LLP |
| | 1500 MIAMI CENTER |
| 18 | 201 SOUTH BISCAYNE BOULEVARD |
| | MIAMI, FL 33131 |
| 19 | |
| | JERROLD T. MARITIN |
| 20 | 8423 PASO ROBLES |
| | NORTHRIDGE, CA 91325 |
| 21 | |
| | TERRY MARKWELL |
| 22 | 12765 SILVER WOLF ROAD |
| | RENO, NV 89511 |
| 23 | |
| | RICHARD J. MASON |
| 24 | 130 PINETREE LANE |
| | RIVERWOODS, IL 60015 |

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

NOTICE OF ENTRY [14158.1]

Page 9 of 12

| | |
|---|---|
| 1 | BRECK E. MILDE |
|   | TERRA LAW LLP |
| 2 | 60 SOUTH MARKET ST, SUITE 200 |
|   | SAN JOSE, CA 95113 |
| 3 | |
|   | DOUGLAS M MONSON |
| 4 | RAY QUINNEY & NEBEKER P.C. |
|   | 36 SOUTH STATE STREET |
| 5 | SUITE 1400 |
|   | PO BOX 45385 |
| 6 | SALT LAKE CITY, UT 84145-0385 |
| 7 | STEVEN R ORR |
|   | RICHARDS WATSON & GERSHON |
| 8 | 355 SOUTH GRAND AVENUE, 40TH FLOOR |
|   | LOS ANGELES, CA 90071 |
| 9 | |
|   | J. STEPHEN PEEK |
| 10 | HALE LANE PEEK DENNISON AND HOWARD |
|   | 3930 HOWARD HUGHES PARKWAY |
| 11 | FOURTH FLOOR |
|   | LAS VEGAS, NV 89169 |
| 12 | |
|   | NANCY A. PETERMAN |
| 13 | GREENBERG TRAURIG, LLP |
|   | 77 W. WACKER DR., SUITE 2500 |
| 14 | CHICAGO, IL 60601 |
| 15 | RAY QUINNEY & NEBEKER P.C. |
|   | 36 SOUTH STATE STREET, SUITE 1400 |
| 16 | P.O. BOX 45385 |
|   | SALT LAKE CITY, UT 84145 |
| 17 | |
|   | R J ROCCO |
| 18 | 12617 COTTAGEVILLE LANE |
|   | KELLER, TX 76248 |
| 19 | |
|   | NICHOLAS J SANTORO |
| 20 | 400 S FOURTH ST 3RD FLOOR |
|   | LAS VEGAS, NV 89101 |
| 21 | |
|   | MICHAEL M. SCHMAHL |
| 22 | MCGUIREWOODS LLP |
|   | 77 W. WACKER DRIVE, SUITE 4100 |
| 23 | CHICAGO, IL 60601 |
| 24 | JAMES G SCHWARTZ |
|   | 7901 STONERIDGE DR #401 |
|   | PLEASANTON, CA 94588 |

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

NOTICE OF ENTRY [14158.1]

Page 10 of 12

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

NOTICE OF ENTRY [14158.1]

Page 11 of 12

```
STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
```

DATED this 4th day of December, 2006.

LESLEE LEVERETT

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

NOTICE OF ENTRY [14158.1]

Page 12 of 12

# EXHIBIT __A__



Entered on Docket
December 04, 2006

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor, | Case No.  BK-S-06-10725-LBR<br>Case No.  BK-S-06-10726-LBR<br>Case No.  BK-S-06-10727-LBR<br>Case No.  BK-S-06-10728-LBR<br>Case No.  BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor, | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor, | **ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF SPCP GROUP, LLC, TO COMPEL COMPLIANCE WITH BID PROCEDURES ORDER, DISCLOSURE OF COMPETING BIDS, EXPEDITED DISCOVERY, AND EXPEDITED HEARING** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor, | |
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor. | Date: December 6, 2006<br>Time  8:30 AM |
| Affects:<br>X  All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

Page 1 of 2

SPCP GROUP, LLC ("Silver Point") by and through its counsel, James C. McCarroll, Esq., of Reed Smith, LLP and Amy N. Tirre, Esq. of Kummer Kaempfer Bonner Renshaw & Ferrario, having moved this Court ex parte for an order shortening time for the hearing on its Emergency Motion to Compel Compliance with Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery and Expedited Hearing and good cause appearing,

IT IS HEREBY ORDERED that:

1. Silver Point's Motion for Order Shortening Time is GRANTED and Silver Point's Emergency Motion to Compel Compliance with Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery and Expedited Hearing shall be heard on December 6, 2006 at 8:30 AM, at the U.S. Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101.

2. The date for filing any objections to the entry of an order shortening time is December 6, 2006.

3. The date for filing any response to any objection is December 6, 2006.

4. Service of this Order Shortening Time shall be completed by December 4, 2006.

###

# EXHIBIT __B__

| | | |
|---|---|---|
| 1 | JAMES C. McCARROLL, ESQ.<br>REED SMITH, LLP | **Electronically Filed on December 4, 2006** |
| 2 | 599 Lexington Avenue<br>New York, New York 10022 | |
| 3 | Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450 | |
| 4 | E-Mail: JMcCarroll@reedsmith.com | |
| 5 | AMY N. TIRRE, ESQ.<br>Nevada Bar No. 6523 | |
| 6 | KUMMER KAEMPFER BONNER<br>RENSHAW & FERRARIO | |
| 7 | 5585 Kietzke Lane<br>Reno, Nevada 89511 | |
| 8 | Telephone: (775) 852-3900<br>Facsimile: (775) 852-3982 | |
| 9 | E-Mail: atirre@kkbrf.com | |
| 10 | Attorneys for SPCP Group, LLC | |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 13 | In re: | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR |
| 14 | USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR |
| 15 | Debtor, | Case No. BK-S-06-10729-LBR |
| 16 | In re: | Chapter 11 |
| 17 | USA CAPITAL REALTY ADVISORS, LLC, | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| 18 | Debtor, | |
| 19 | In re: | **MOTION FOR ORDER SHORTENING** |
| 20 | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | **TIME FOR HEARING ON EMERGENCY MOTION OF SPCP GROUP, LLC, TO** |
| 21 | Debtor, | **COMPEL COMPLIANCE WITH BID PROCEDURES ORDER, DISCLOSURE OF** |
| 22 | In re: | **COMPETING BIDS, EXPEDITED DISCOVERY, AND EXPEDITED** |
| 23 | USA CAPITAL FIRST TRUST DEED FUND, LLC, | **HEARING** |
| 24 | Debtor, | Hearing Date:<br>Hearing Time:<br>Est. Time: |

KUMMER KAEMPFER<br>
BONNER & RENSHAW<br>
6250 S. Virginia Street<br>
Suite 220<br>
Reno, Nevada 89502

270880_1.DOC [13577.1]

Page 1 of 4

In re:

USA SECURITIES, LLC,

        Debtor.

Affects:
X  All Debtors
☐  USA Commercial Mortgage Company
☐  USA Securities, LLC
☐  USA Capital Realty Advisors, LLC
☐  USA Capital Diversified Trust Deed Fund, LLC
☐  USA Capital First Trust Deed Fund, LLC

     SPCP GROUP, LLC ("Silver Point"), by and through counsel, James C. McCarroll, Esq. of Reed Smith, LLP, and Amy N. Tirre, Esq. of Kummer Kaempfer Bonner Renshaw & Ferrario, moves for an order shortening time for the hearing on the *Emergency Motion of SPCP GROUP, LLC to Compel Compliance with Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery, and Expedited Hearing* ("the Emergency Motion to Compel") based upon the ground that the Auction in this case is scheduled for December 7, 2006, and in order to competitively bid at the Auction, Silver Point requires the information sought in the Motion regarding any other Qualified Bidder, including documentation of the identity of the bidder, its commitment to be bound by the Bid Procedures, an executed version of the Asset Purchase Agreement and satisfactory evidence of the bidder's ability to close the Sale. This Motion is supported by the separately filed Emergency Motion to Compel, the separately filed Attorney Information Sheet and the attached Declaration of James C. McCarroll, Esq.

     WHEREFORE, Silver Point prays for an order shortening time for the hearing on its Emergency Motion to Compel at the Court's first available hearing date and time.

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

270880_1.DOC [13577.1]

Page 2 of 4

1  Dated this 4th day of December, 2006.

2                             KUMMER KAEMPFER BONNER
                           RENSHAW & FERRARIO

3

4

      By: /s/ Amy N. Tirre

5           AMY N. TIRRE, ESQ.
         5585 Kietzke Lane

6           Reno, NV 89511

7       and

8       JAMES C. McCARROLL, ESQ.
     REED SMITH, LLP

9       599 Lexington Avenue
     New York, New York 10022

10

11      Attorneys for SPCP Group, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

270880_1.DOC [13577.1]

Page 3 of 4

### DECLARATION OF JAMES C. MCCARROLL IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION TO COMPEL

I, JAMES C. MCCARROLL, declare as follows:

1. I am an attorney with the law firm of REED SMITH, LLP and admitted to practice law in New York and have been admitted to practice pro hac vice in this case before the United States Bankruptcy Court in and for the District of Nevada.

2. REED SMITH represents SPCP Group, LLC ("Silver Point"), which is the Stalking Horse Bidder for the Assets under the Asset Purchase Agreement filed in the above-captioned bankruptcy cases. I provide this affidavit in support of *Emergency Motion of SPCP GROUP, LLC to Compel Compliance with Bid Procedures Order, Disclosure of Competing Bids, Expedited Discovery, and Expedited Hearing* pursuant to LR 9006(a). I have personal knowledge of the facts and circumstances set forth herein unless otherwise stated upon information and belief.

3. I submit that the Court should hear the Emergency Motion to Compel on shortened time because I learned late on Thursday, November 30, 2006 that Debtors' counsel refuses to turn over the documentation pertaining to the Qualified Bidders who submitted deposits in order to bid at the Auction scheduled on December 7, 2006. Silver Point is being denied the opportunity to analyze and review the competing bids in preparation for the Auction on December 7, 2006, which affects its ability to increase its Purchase Price in a competitive yet economically rational manner which may in turn impair the value realized for the Assets by the Debtors' estates and their creditors and interest holders.

I declare under penalty of perjury that the foregoing is true and correct. I executed this declaration on December 4, 2006 in New York, New York.

/s/ James C. McCarroll
JAMES C. MCCARROLL

KUMMER KAEMPFER
BONNER & RENSHAW
5250 S. Virginia Street
Suite 220
Reno, Nevada 89502

270880_1.DOC [13577.1]

Page 4 of 4