ELECTRONICALLY FILED
12/4/06

STUTMAN, TREISTER & GLATT, P.C.
JEFFREY H. DAVIDSON
(CA State Bar No. 73980)
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:      jdavidson@stutman.com
            fmerola@stutman.com
            ekarasik@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:      jshea@sheacarlyon.com
            ccarlyon@sheacarlyon.com
            ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security Holders
of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date: November 28, 2006<br>Time: 1:30 p.m. |

**CERTIFICATE OF SERVICE OF DECLARATION OF SHAWN W. MILLER, ESQ. AND THIRD SUPPLEMENTAL STATEMENT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR ORDER APPOINTING SHEA & CARLYON, LTD. AS SPECIAL (NEVADA) COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC**

391439v2

1  I HEREBY CERTIFY THAT I served a true and correct copy of the following documents:

Declaration of Shawn W. Miller, Esq. and Third Supplemental Statement of Disinterestedness in Support of Application for Order Appointing Shea & Carlyon, Ltd. as Special (Nevada) Counsel for The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

2.  I served the above named document(s) by the following means to the persons as listed below:

☒ **a.** **ECF System.** On the 1st day of December, 2006, via the ECF system for the U.S Bankruptcy Court, District of Nevada. See attached Notice of Electronic Filing, Exhibit A hereto.

☒ **b.** **United States mail.** On the 4th day of December, 2006, via U.S. Mail, first class delivery, postage full prepaid, to the following:

American Express Bank FSB
c/o Becket and Lee LLP
Po Box 3001
Malvern, Pa 19355-0701

Angelo Gordon & Co.
c/o Jed Hart
245 Park Avenue, 26th Floor
New York, NY 10167

Evan Beavers
1625 Highway 88, #304
Minden, NV 89423

Flocerfida Benincasa
Jasper Benincasa
9359 Roping Cowboy Avenue
Las Vegas, NV 89178

Joshua D. Brysk
Law Offices of James G. Schwartz
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

Elissa F. Cadish
3930 Howard Hughes Parkway
4th Floor
Las Vegas, NV 89169

Vince Danelian
P.O. Box 97782
Las Vegas, NV 89193

Frank A. Ellis
510 S. 9th Street
Las Vegas, NV 89101

Foley & Lardner, LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610

George D. Frame
601 Greenway Road, Suite D
Henderson, NV 89015

| | | |
|---|---|---|
| 1 | David R. Griffith | Paul A. Jacques |
| 2 | Stewart, Humpherys Turchett | 810 SE 7th Street, A-103 |
|   | P.O. Box 720 | Deerfield Beach, FL 33441 |
| 3 | Chico, CA 95927 | |
| 4 | Annette W. Jarvis / Steven Strong | Harry Jessup |
|   | Douglas M. Monson | Helen Jessup |
| 5 | P.O. Box 45385 | 2009 Westlund Drive |
| 6 | Salt Lake City, UT 84145 | Las Vegas, NV 89102 |
| 7 | Richard E. Kammerman | Linda Ketterman |
|   | Richard Kammerman, PC | Ray Ketterman |
| 8 | 7200 N. Mopac, Suite 150 | 321 N. 19th Street |
|   | Austin, TX 78731 | Enid, OK 73701 |
| 9 | | |
| 10 | Edward Kline | Marc A. Levinson |
|    | 9932 Arbuckle Drive | Orrick, Herrington & Sutcliffe |
| 11 | Las Vegas, NV 89134 | 400 Capital Mall |
|    |                     | Suite 30000 |
| 12 |                     | Sacramento, CA 95814-4497 |
| 13 | | |
|    | Elizabeth R. Loveridge | Lee D. Mackson |
| 14 | Woodbury & Kesler PC | Shutts & Bowen, LLP |
|    | 265 East 100 South, Suite 300 | 1500 Miami Center |
| 15 | Salt Lake City, UT 84111 | 201 South Biscayne Blvd. |
|    |                           | Miami, FL 33131 |
| 16 | | |
| 17 | Jerrold T. Maritin | Terry Markwell |
|    | 8423 Paso Robles | 12765 Silver Wolf Road |
| 18 | Northridge, CA 91325 | Reno, NV 89511 |
| 19 | Richard J. Mason | Breck E. Milde |
|    | 130 Pinetree Lane | Terra Law LLP |
| 20 | Riverwoods, IL 60015 | 60 South Market Street, Suite 200 |
| 21 |                      | San Jose, CA 95113 |
| 22 | Steven R. Orr | Nancy A. Peterman |
|    | Richards Watson & Gershon | Greenberg Traurig, LLP |
| 23 | 355 South Grand Avenue, 40th Floor | 77 W. Wacker Drive, Suite 2500 |
| 24 | Los Angeles, CA 90071 | Chicago, IL 60601 |
| 25 | RJ Rocco | Michael M. Schmahl |
|    | 12617 Cottageville Lane | McGuire Woods LLP |
| 26 | Keller, TX 76248 | 77 W. Wacker Drive, Suite 4100 |
| 27 |                  | Chicago, IL 60601 |
| 28 | | |

3

James G. Schwartz
7901 Stoneridge Drive, #401
Pleasanton, CA 94588

Patricia K. Smoots
318 N. Grove
Oak Park, IL 60302

Bradley J. Stevens
3300 N. Central Avenue, #1800
Phoenix, AZ 85012

Joyce Watson
Steve Watson
10612 Black Iron Road
Louisville, KY 40291

Marion E. Wynne
Wilkins Bankester Biles & Wynne
PO Box 1367
Fairhope, AL 36533-1367

Wendy W. Smith
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Derrick A. Spatorico
Pheterson, Sten, Calabrese & Neilans
The Wilder Bldg.
One East Main Street, #150
Rochester, NY 14614

Thomas W. Stilley
1000 SW Broadway #1400
Portland, OR 97205

William E. Winfield
PO Box 9100
Oxnard, CA 93031

☐ **c.    Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.    By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

4

☐    **e.**    **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    **f.**    **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 4th day of December, 2006.

Lissa Treadway, ACP, an employee of SHEA & CARLYON, LTD.

**EXHIBIT "A"**

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Friday, December 01, 2006 5:24 PM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 06-10725-lbr Declaration

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from CARLYON, CANDACE C entered on 12/1/2006 at 5:24 PM PST and filed on 12/1/2006
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 1921

**Docket Text:**
Declaration *of SHAWN MILLER, ESQ. and Third Supplemental Statement of Disinterestedness in Support of Application for Order Appointing SHEA & CARLYON, LTD. as Special (Nevada) Counsel for the OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC* Filed by CANDACE C CARLYON on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[386] Application to Employ, filed by Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC) (CARLYON, CANDACE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\decl of swm re employment 12-1-06.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/1/2006] [FileNumber=7536667-0]
[9bd86d332b82bdbfd0a60f33e64352e72363328ed9941147ecaea785c3a1bc1f77aa
a88c86f67b0e7736525cc6488aac4533730200fcdeaa7c2de94915416ef5]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

12/4/2006

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN !    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
< span class="personName">WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

12/4/2006

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@!usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankrup!tcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, sstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,

12/4/2006

lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.co!m

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarly(

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheaca!
rlyon.com;rsmith@sheacarlyon.com

AMBRISH S. SIDHU    ecf@lslawnv.com

12/4/2006

JEFFREY G. SLOANE      gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH      mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

DAVID A. STEPHENS      dstephens@lvcm.com

PETER SUSI      cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER      jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING      ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N TIRRE      atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11      USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH!      GWalch@Nevadafirm.com

RUSSELL S. WALKER      rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK      wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY      wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com.

JOAN C WRIGHT      jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW      bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA      azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON

,

ALVAREZ & MARSAL, LLC

,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

12/4/2006