**MOT**
**SUSAN WILLIAMS SCANN, ESQ.**
Nevada Bar No. 000776
**PAUL R CONNAGHAN, ESQ.**
Nevada Bar No. 003229
**DEANER, DEANER, SCANN, MALAN & LARSEN**
720 South Fourth Street, Suite #300
Las Vegas, Nevada  89101
(702) 382-6911
**Attorneys for Binford Medical Developers, LLC**

E-Filed On 12/4/06

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>Debtor | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Date of Hearing:<br>Time of Hearing: |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>Debtor | **EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO TEMPORARILY ALLOW CLAIM OF BINFORD MEDICAL DEVELOPERS, LLC FOR VOTING PURPOSES** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>Debtor | Affects:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>☐ USA Realty Advisors, LLC<br>☐ All Debtors |
| In re:<br><br>USA SECURITIES, LLC.<br><br>Debtor | |

COMES NOW, BINFORD MEDICAL DEVELOPERS LLC, ("Binford") by and through its attorney SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN,

MALAN & LARSEN, and hereby moves this Court for an Order Shortening Time for the hearing on the Ex Parte Application for Order Shortening Time to Hear Motion to Temporarily Allow Claim of Binford Medical Developers, LLC for Voting Purposes in Court filed November 30, 2006 by Binford. This Motion is based upon Bankruptcy Rule 9006(c)(1) and LR 9006(a), the Affidavit of counsel for Binford attached hereto, and upon the pleadings and records on file herein. A copy of the Motion to Temporarily Allow Claim of Binford Medical Developers, LLC for Voting Purposes is attached hereto.

DATED this 4th day of December, 2006.

DEANER, DEANER, SCANN,
MALAN & LARSEN

By _____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorney for Binford Medical Developers, LLC

2

**AFFIDAVIT IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

STATE OF NEVADA      )
                     ) ss:
COUNTY OF CLARK      )

SUSAN WILLIAMS SCANN, being first duly sworn, deposes and says:

1. I am an attorney with the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and licensed to practice law in the State of Nevada.

2. DEANER, DEANER, SCANN, MALAN & LARSEN are counsel for Binford.

3. An Order Shortening Time is requested because if this Motion is heard in the ordinary course it will be set later than the confirmation hearing set for December 19, 2006 at 10:00 a.m. A hearing is presently scheduled for December 15, 2006 at 1:30 p.m. on Binford's Motion for Preliminary Injunction. It may be a convenient time for the hearing because a decision on the Motion prior to confirmation will allow the Debtors to have their ballot summaries prepared in advance of the Confirmation Hearing and should give the Debtors adequate time to determine whether they will oppose this motion.

4. Accordingly, it is necessary for Plaintiff to have this Motion heard by Order Shortening Time.

_/s/ Susan Williams Scann_
SUSAN WILLIAMS SCANN

SUBSCRIBED AND SWORN TO before me this 4th day of December, 2006.

_/s/ Prestine Alexander_
NOTARY PUBLIC in and for said County and State

NOTARY PUBLIC
PRESTINE ALEXANDER
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 20, 2008
No: 00-64239-1

F:\OFFICE\CLIENTS\Binford Medical Developers, LLC\DOCS\OST M2Allow Claim for Voting.wpd

3