SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
DEANER, DEANER, SCANN. MALAN & LARSEN
720 S. Fourth Street, #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorney for Binford Medical Developers LLC

E-Filed On 12/4/06

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>           Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>           Debtor | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>           Debtor | Adversary No.  06-01212-LBR<br><br>Date of Hearing:<br>Time of Hearing: |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>           Debtor | Affects:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>☐ USA Realty Advisors, LLC<br>☐ All Debtors |
| In re:<br><br>USA SECURITIES, LLC.<br><br>           Debtor | |

**ATTORNEY   ORMATION SHEET FOR PROPOSED    DER    ENI    [I]**

As required by the Court, I have contacted the parties listed below regarding the attached

1

proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | HOW AND WHEN | AGREE | DISAGREE |
|---|---|---|---|
| Steven Strong, ESQ. | Email - 11/30/06 | email request exchanged, no decision received. | |

Dated this 4th day of December, 2006.

DEANER, DEANER, SCANN, MALAN & LARSEN

By: _____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorney for **Binford** Medical Developers LLC