MOT
**SUSAN WILLIAMS SCANN, ESQ.**
Nevada Bar No. 000776
**PAUL R. CONNAGHAN, ESQ.**
Nevada Bar No. 003229
**DEANER, DEANER, SCANN, MALAN & LARSEN**
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
(702) 382-6911
**Attorneys for Copper Sage Commerce Center, LLC**

E-Filed On 12/1/06

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor

In re:

USA CAPITAL REALTY ADVISORS, LLC.

Debtor

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.

Debtor

In re:

USA CAPITAL FIRST TRUST DEED FUND, LLC.

Debtor

In re:

USA SECURITIES, LLC.

Debtor

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11
Jointly Administered Under
Case No. BK-S-06-10725 LBR

Date of Hearing:
Time of Hearing:

**EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO TEMPORARILY ALLOW CLAIM OF COPPER SAGE COMMERCE CENTER, LLC FOR VOTING PURPOSES**

Affects:
☒ USA Commercial Mortgage Company
☐ USA Capital Diversified Trust Deed Fund, LLC
☒ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC
☐ USA Realty Advisors, LLC
☐ All Debtors

COMES NOW, COPPER SAGE COMMERCE CENTER LLC, ("Copper Sage") by and through its attorney SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER,

SCANN, MALAN & LARSEN, and hereby moves this Court Ex Parte for an Order Shortening Time for the hearing on Copper Sage's Motion to Temporarily Allow Claim of Copper Sage Commerce Center, LLC for Voting Purposes in Court filed November 30, 2006 by Copper Sage. This Motion is based upon Bankruptcy Rule 9006(c)(1) and LR 9006(a), the Affidavit of counsel for Copper Sage attached hereto, and upon the pleadings and records on file herein. A copy of the Motion to Temporarily Allow Claim of Copper Sage, LLC for Voting Purposes is attached hereto.

DATED this 1st day of December, 2006.

DEANER, DEANER, SCANN, MALAN & LARSEN

By _____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorney for Copper Sage Commerce Center, LLC

2

**AFFIDAVIT IN SUPPORT OF EX PARTE
MOTION FOR ORDER SHORTENING TIME**

STATE OF NEVADA      )
                     ) ss:
COUNTY OF CLARK      )

SUSAN WILLIAMS SCANN, being first duly sworn, deposes and says:

1. I am an attorney with the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and licensed to practice law in the State of Nevada.

2. DEANER, DEANER, SCANN, MALAN & LARSEN are counsel for Copper Sage.

3. An Order Shortening Time is requested because if this Motion is heard in the ordinary course it will be set later than the confirmation hearing set for December 19, 2006 at 10:00 a.m. A hearing is presently scheduled for December 15, 2006 at 1:30 p.m. on Binford Medical Developer's Motion for Preliminary Injunction. That it may be a convenient time for to hear this 3018 Motion because a decision on the Motion prior to confirmation will allow the Debtors to have their ballot summaries prepared in advance of the Confirmation Hearing and should give the Debtors adequate time to determine whether they will oppose this motion.

4. Accordingly, it is necessary for Copper Sage to have this Motion heard by Order Shortening Time.

SUSAN WILLIAMS SCANN

SUBSCRIBED AND SWORN TO before me
this 1st day of December, 2006.

NOTARY PUBLIC in and for said
County and State

NOTARY PUBLIC
PRESTINE ALEXANDER
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 20, 2008
No: 00-64239-1

F:\OFFICE\CLIENTS\Robert Russell Entities\Copper Sage II\Docs\OST M2Allow Claim for Voting.wpd

3