E-Filed On 12/1/06

SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
DEANER, DEANER, SCANN, MALAN & LARSEN
720 S. Fourth Street, #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorney for Copper Sage Commerce Center, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>        Debtor | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>        Debtor | Adversary No. 06-01212-LBR<br><br>Date of Hearing:<br>Time of Hearing: |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>        Debtor | Affects:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>☐ USA Realty Advisors, LLC<br>☐ All Debtors |
| In re:<br><br>USA SECURITIES, LLC.<br><br>        Debtor | |

**INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, I have contacted the parties listed below regarding the attached

1

1  proposed Order Shortening Time.  They agree or disagree to the time being shortened, as
2  indicated below:

3      <u>NAME</u>        <u>HOW AND WHEN</u>  <u>AGREE</u>        <u>DISAGREE</u>

4  Steven Strong, ESQ.      Email - 11/30/06    email request exchanged, no decision received.

5

6      Dated this 4th day of December, 2006.

7                                   DEANER, DEANER, SCANN,
                                 MALAN & LARSEN

8

9                                 By: _____
                               SUSAN WILLIAMS SCANN, ESQ.

10                                 Nevada Bar No. 000776
                               720 South Fourth Street, Suite 300
                               Las Vegas, Nevada  89101

11                                 Attorney for Copper Sage Commerce Center, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28