Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

   and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON DECEMBER 4, 2006

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                     Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                     Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                     Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                     Debtor. | **CERTIFICATE OF SERVICE OF OPPOSITION TO EMERGENCY MOTION OF SPCP GROUP, LLC, TO COMPEL COMPLIANCE WITH BID PROCEDURES ORDER, DISCLOSURE OF COMPETING BIDS, EXPEDITED DISCOVERY AND EXPEDITED HEARING**<br>**[Affects All Debtors]**<br><br>Date: OST Requested by Movant<br>Time: OST Requested by Movant |
| In re:<br>USA SECURITIES, LLC,<br>                                     Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

1
COS Opposition to Emergency Motion by SilverPoint to Comply with Bid Procedure Order

1. On December 4, 2006, I served the following document(s):

    a. Opposition To Emergency Motion Of SPCP Group, LLC, To Compel Compliance With Bid Procedures Order, Disclosure Of Competing Bids, Expedited Discovery And Expedited Hearing [Affects All Debtors]

2. I served the above-named document by the following means to the persons as listed below:

☒ a. By ECF System:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN !    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

| | |
|---|---|
| 1 | WILLIAM D COPE     cope_guerra@yahoo.com |
| 2 | CICI CUNNINGHAM     bankruptcy@rocgd.com |
| 3 | LAUREL E. DAVIS     bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com; |
| 4 | gbagley@lionelsawyer.com; ldavisesq@aol.com |
| 5 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com |
| 6 | THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 7 | SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com, |
| 8 | ecfvegas@halelane.com |
| 9 | GREGORY E GARMAN     bankruptcynotices@gordonsilver.com |
| 10 | WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 11 | CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov; |
| 12 | Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov |
| 13 | GERALD M GORDON     bankruptcynotices@gordonsilver.com |
| 14 | R. VAUGHN GOURLEY     vgourley@lvcm.com |
| 15 | TALITHA B. GRAY     bankruptcynotices@gordonsilver.com |
| 16 | JAMES D. GREENE     bknotice@schrecklaw.com |
| 17 | MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 18 | JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; |
| 19 | aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com |
| 20 | XANNA R. HARDMAN     xanna.hardman@gmail.com |
| 21 | STEPHEN R HARRIS     noticesbh&p@renolaw.biz |
| 22 | JEFFREY L HARTMAN     notices@bankruptcyreno.com |
| 23 | BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com |
| 24 | DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net |
| 25 | CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 26 | EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com |
| 27 | TY E. KEHOE     TyKehoeLaw@aol.com |
| 28 | ROBERT R. KINAS     rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com; |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. chaines@swlaw.com; imccord@swlaw.com
2. ZACHARIAH LARSON    ecf@lslawnv.com
3. JOHN J. LAXAGUE    jlaxague@caneclark.com
4. GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
5. NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;
6. bankruptcy@klnevada.com
7. ROBERT C. LEPOME    rlepome@cox.net, sstanton@cox.net
8. ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;
9. pkois@beckleylaw.com
10. PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;
11. mark@leelaw.lvcoxmail.com
12. JAMES C. MCCARROLL    dturetsky@reedsmith.com; aleonard@reedsmith.com
13. REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
14. WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
15. RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;
16. cburke@lawlasvegas.com
17. SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;
18. aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
19. DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;
20. dmincin@lawlasvegas.com, cburke@lawlasvegas.com
21. JOHN F MURTHA    jmurtha@woodburnandwedge.com
22. ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
23. VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;
24. paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com
25. BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;
26. dgriffis@beckleylaw.com
27. DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;
28. tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com

1. ANDREW M. PARLEN    aparlen@stutman.com
2. DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
3. PAUL C RAY    info@johnpeterlee.com
4. SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
5. JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;
6. rmsmith@sheacarlyon.com
7. SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;
8. bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
9. AMBRI SH S. SIDHU    ecf@lslawnv.com
10. JEFFREY G. SLOANE    gjklepel@yahoo.com , rmcconnell@kssattorneys.com
11. ALAN R SMITH    mail@asmithlaw.com , turk@asmithlaw.com; marsh@asmithlaw.com
12. DAVID A. STEPHENS    dstephens@lvcm.com
13. PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
14. JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
15. CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com
16. AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com
17. U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
18. GREGORY J. WALCH!    GWalch@Nevadafirm.com
19. RUSSELL S. WALKER    rwalker@wklawpc.com , eloveridge@wklawpc.com;
20. lboynton@wklawpc.com; ckirk@wklawpc.com
21. WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
22. WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,
23. bc@oreillylawgroup.com, lc@oreillylawgroup.com, ddh@oreillylawgroup.com,
24. mr@oreillylawgroup.com
25. JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
26. MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com
27. ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;
28. mbarnes@nevadafirm.com, paltstatt@nevadafirm.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  ☐    b.    **By United States mail, postage fully prepaid**:

2  ☐    c.    **By Personal Service**

3          I personally delivered the document(s) to the persons at these addresses:

4    ☐     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

8    ☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

11  ☐    d.    **By direct email (as opposed to through the ECF System)**

          Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

16  ☐    e.    **By fax transmission**

          Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

21  ☐    f.    **By messenger**

          I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: December 4, 2006

Christi Vanderlip                                /s/    *Christi Vanderlip*
(Name of Declarant)                              (Signature of Declarant)