| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>Telephone: (801) 532-1500<br>Facsimile: (801) 532-7543<br>Email: ajarvis@rqn.com<br>        and<br>Lenard E. Schwartzer, Nevada Bar No. 0399<br>Jeanette E. McPherson, Nevada Bar No. 5423<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada  89146-5308<br>Telephone:  (702) 228-7590<br>Facsimile:  (702) 892-0122<br>E-Mail:  bkfilings@s-mlaw.com<br>Attorneys for Debtors and Debtors-in-Possession | **E-FILED ON DECEMBER 5, 2006** |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**JOINDER BY DEBTOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC TO THE OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC, TO WRONG DEBTOR CLAIMS MISFILED AGAINST USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC AS IT RELATES TO THE PROOF OF CLAIMS FILED BY THE LAW OFFICES OF JAMES J. LEE AND JAMES J. LEE, ESQ.**<br><br>**(AFFECTS USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC)**<br><br>Date:  January 3, 2007<br>Time:  9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

Joinder To Objection To James Lee Claim in Omnibus Objection To Claim

1  Schwartzer & McPherson Law Firm, attorneys for USA Capital Diversified Trust Deed
2  Fund, LLC ("DTDF"), hereby joins in the Omnibus Objection Of The Official Committee Of
3  Equity Security Holders Of USA Capital Diversified Trust Deed Fund LLC, To Wrong Debtor
4  Claims Misfiled Against USA Capital Diversified Trust Deed Fund, LLC as it relates to the Proof
5  Of Claims Filed By the Law Offices Of James J. Lee and James J. Lee, Esq.
6  DATED: December 5, 2006.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
Attorneys for Debtors and Debtors in Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122