```
1  Name  Thomas A. Connop
2  Bar Code # 04702500
3  Address 2200 Ross Avenue, Suite 2200        E-filed on 12/6/06.
4          Dallas, Texas 75201
5
6  Phone # (214) 740-8000
7
8                    UNITED STATES BANKRUPTCY COURT
                          DISTRICT OF NEVADA
9
10  In re:                              )   Bankruptcy No.  06-10725 LBR
                                        )   Chapter No.     11
11  USA Commercial Mortgage Company     )
    et. al.,                            )   VERIFIED PETITION FOR
12          Plaintiff                   )   PERMISSION TO PRACTICE
                    Debtors.            )   IN THIS CASE ONLY BY
13      vs.                             )   ATTORNEY NOT ADMITTED
                                        )   TO THE BAR OF THIS COURT
14                                      )
        Defendant(s)                    )   EFFECTIVE JUNE 1, 2004
15                                      )   FILING FEE IS $175.00
16
17       Thomas A. Connop             , Petitioner, respectfully represents to the Court:
18
19     1.   That Petitioner resides at   6114 Norway Road                       ,
                                              (street address)
20
    Dallas                     ,  Dallas County                                  ,
21     (city)                           (county)

22   Texas              ,  75230     ,  (214) 265-0564                          ,
       (state)             (zip code)    (area code + telephone number)
23
24
25
26
27  CAUTION:  DO NOT REVISE OR RETYPE THIS FORM
28
```

2. That Petitioner is an attorney at law and a member of the law firm of Locke, Liddell & Sapp, LLP with offices at 2200 Ross Avenue, Suite 2200 (street address), Dallas, Texas (city), 75201 (zip code), (214) 740-8547 (area code + telephone number).

3. That Petitioner has been retained personally or as a member of the law firm by Desert Capital REIT, Inc. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since February 1986 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
|---|---|
| Supreme Court of Texas | February 1986 |
| U.S. District Court, Northern District TX | October 1984 |
| U.S. Court of Appeals - Fifth Circuit | March 1988 |
| U.S. Court of Appeals - Eighth Circuit | May 1983 |
| U.S. District Court, District of Minnesota | October 1979 |
| U.S. District Court, Eastern District TX | August 1995 |
| U.S. District Court, Western District TX | October 1996 |
| U.S. District Court, Southern District TX | February 1990 |

2

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____

_____

_____

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

_____

_____

8. That Petitioner is a member of good standing in the following Bar Associations:

Texas State Bar Association

Dallas County Bar Association

_____

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 01/23/04 | CV-N-03-0656-DWH-RAM; | U.S. District Court | Granted |
| (Jeff Logan, David Cabrales and Ed DeYoung admitted) | | | |
| 10/31/04 | CV-S-04-1308-KJD-PA; | U.S. District Court | Granted |
| (Jeff Logan, David Cabrales and Ed DeYoung admitted) | | | |
| 09/05/06 | BK-N-06-50567-GWZ; | U.S. Bankruptcy Court | Granted |
| (Peter Franklin, Doug Skjerski, Melissa Hayward and Scott Tankersley admitted) | | | |

(If necessary, please attach a statement of additional applications)

3

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: December 6, 2006

_____
Petitioner's Signature

STATE OF __TEXAS__ }
COUNTY OF __DALLAS__ }

__Thomas A. Connop__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this 6th day of December, 2006.

_____
Notary public

THUY T. LE PEREZ
Notary Public, State of Texas
My Commission Expires 08-05-10

4