Thomas A. Connop
Texas Bar No. 04702500
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
Email: tconnop@lockeliddell.com

E-filed on 12/6/06.

ATTORNEY FOR DESERT CAPITAL REIT, INC.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                    Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>US CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                    Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                    Debtor. | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |
| In re:<br>USA SECURITIES, LLC,<br>                    Debtor. | |

Affects:
☒  All Debtors
☐  USA Commercial Mortgage Company
☐  USA Securities, LLC
☐  USA Capital Realty Advisors, LLC
☐  USA Capital Diversified Trust Deed Fund, LLC
☐  USA First Trust Deed Fund, LLC

DALLAS: 513749.00007: 1551953v1

The undersigned, attorney of record for Desert Capital REIT, Inc. herein, has submitted to the court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interest of the client(s) to designate Regina M. McConnell, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

> Regina M. McConnell, Esq.
> Nevada Bar No. 8029
> Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
> 1389 Galleria Drive, Suite 200
> Henderson, NV 89014
> Telephone: (702) 362-6666
> Facsimile: (702) 362-2203

By this designation, the undersigned attorney agrees that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel in addition to the undersigned. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

_____
Thomas A. Connop
Counsel for Desert Capital REIT, Inc.

### CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case, to promptly forward all documents served to out-of-state counsel, and to otherwise keep such out-of-state counsel informed as to the status of the case.

_____
Regina M. McConnell    #8029
Designated Nevada Counsel

2

DALLAS: 513749.00007: 1551953v1

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Regina M. McConnell as his Designated Nevada Counsel in this case.

_____
Thomas A. Connop
Texas Bar No. 04702500
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
(214) 740-8000 (telephone)
(214) 740-8800 (telecopy)

ATTORNEYS FOR DESERT CAPITAL REIT, INC.

DALLAS: 513749.00007: 1551953v1