Robert C. LePome, Esq.                                        E-Filed on December 6, 2006
10120 S. Eastern Ave. #200
Las Vegas, NV 89101
(702) 492-1271
Nevada Bar #1980
rlepome@cox.net

NOTICE OF CHANGE OF ADDRESS OF LAW FIRM

ROBERT C. LEPOME, ESQ., by and through the undersigned, hereby gives notice of the following change of mailing address, telephone, facsimile and email addresses effective December 1, 2006. This notice effects the cases listed on the attached Exhibit A.

    Old Mailing Address, etc.:        Robert C. LePome, Esq.
                                                      330 S. Third St. #1100B
                                                      Las Vegas, NV 89101
                                                      (702) 385-5509
                                                      (702) 385-3417 Fax
                                                      robert@robertlepome.com

    New Mailing Address, etc.          Robert C. LePome, Esq.
                                                      10120 S. Eastern Ave. #200
                                                      Henderson, NV 89052
                                                      (702) 492-1271
                                                      (702) 636-9971 Fax
                                                      (702) 436-0204 Fax
                                                      rlepome@cox.net

                                                       /s/ Robert C. LePome, Esq.
                                                      Robert C. LePome, Esq.
                                                      10120 S. Eastern Ave. #200
                                                      Henderson, NV 89052
                                                      (702) 492-1271
                                                      Nevada Bar #1980

EXHIBIT "A"

| | |
|---|---|
| 01-17904-mkn | BILTMORE VACATION VILLAGE, LLC |
| 01-20558-mkn | BILTMORE VACATION VILLAGE, INC. |
| 01-22392-mkn | BILTMORE VACATION RESORTS, INC. A NEVADA CORPORATION |
| 02-13120-lbr | MICHELLE B. THOMAS |
| 02-20182-bam | PATRICK W. DONNELLY and KIMBERLY S. DONNELLY |
| 02-22992-bam | DONALD CHRISTON and PAULA T. CHRISTON |
| 03-23048-bam | CARRIE HERB |
| 03-23262-lbr | GERALD FRANCIS GOEDEN |
| 03-24072-lbr | RANCHO MIRAGE I, LLC, A LIMITED LIABILITY COMPANY |
| 04-01163-lbr | RUIZ v. GOEDEN |
| 04-01248-lbr | LISOWSKI v. GOEDEN |
| 04-10020-mkn | EDWARD PAYNE and TERRY LYNN PAYNE |
| 04-10433-lbr | CAPITAL CITY ENTERPRISES, INC., A NEVADA CORPORATION |
| 04-10563-mkn | BOULDER EXCAVATING, INC., A NEVADA CORPORATION |
| 04-12904-mkn | DONNA BROOKS |
| 04-14172-lbr | DORMAN FANNON and PATTY D. REESE FANNON |
| 04-15071-lbr | DAN QUICK |
| 05-13160-lbr | KAROLYN KNIGHT |
| 05-17234-lbr | LOUIS BALIOTIS and TAMI MARIE BALIOTIS |
| 05-17482-lbr | COKE MAGGIE, L.L.C. |
| 05-22613-mkn | THOMAS REAL |
| 06-01084-lbr | FULLER-ODDO v. NELNET LOAN SERVICES, INC. et al |
| 06-01167-lbr | USA COMMERCIAL MORTGAGE COMPANY v. ROBERT J. KEHL et al (CON-LEAD ADV #06-01146) |
| 06-10647-bam | OMNI COURT CORPORATION |
| 06-10725-lbr | USA COMMERCIAL MORTGAGE COMPANY |
| 06-11085-mkn | GREYSTONE HOLDINGS, LTD. |
| 06-11088-bam | THOMAS FOUST and ERICA FOUST |
| 06-12159-lbr | LOUIS M WILLGING |