Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**E-FILED ON DECEMBER 6, 2006**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR**<br>**FOURTH SUPPLEMENTAL DECLARATION OF THOMAS J. ALLISON UNDER RULE 2014 (a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN CONNECTION WITH (I) THE EMPLOYMENT AND RETENTION OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CRISIS MANAGERS FOR THE DEBTORS, AND (II) THE DESIGNATION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND THE EMPLOYMENT OF CERTAIN TEMPORARY EMPLOYEES (AFFECTS ALL DEBTORS)**<br>Date: N/A<br>Time: N/A |

Fourth Supplemental Declaration MFIM (2)

I, Thomas J. Allison hereby state and declare:

1. I am a Senior Managing Director of Mesirow Financial Interim Management, LLC ("MFIM"), a professional services firm engaged in the business of providing interim management services. I submit this fourth supplemental declaration (the "Fourth Supplemental Declaration") on behalf of MFIM, pursuant to Rule 2014 (a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in further support of the retention and employment of MFIM as crisis manager and Thomas J. Allison of MFIM as the Chief Restructuring Officer (together with certain temporary employees provided by MFIM) by the above captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"). I have personal knowledge of the matters set forth herein, and if called as a witness, would testify competently thereto.[1]

2. The first Declaration Of Thomas J. Allison In Support Of Debtors' Motion (the "Employment Motion") For Order Authorizing (I) The Employment And Retention Of MFIM As Crisis Managers For The Debtors, And (II) The Designation Of Thomas J. Allison Of MFIM As Chief Restructuring Officer Of The Debtors And The Employment Of Certain Temporary Employees (the "Original Declaration") was filed with this Court on April 14, 2006. The Original Declaration was supplemented on June 13, 2006 (the "First Supplemental Declaration), July 24, 2006 (the "Second Supplemental Declaration") and October 2, 2006 (the "Third Supplemental Declaration," collectively with the First Supplemental Declaration, the Second Supplemental Declaration and the Fourth Supplemental Declaration, the "Declarations")

3. On April 19, 2006, the Court entered an order approving the Employment Motion, on an interim basis (the "First Interim Employment Order"), to and including July 27, 2006.

4. After a subsequent hearing, on August 11, 2006, this Court entered another order further approving the Employment Motion, on an interim basis (the "Second Interim Employment Order"), to and including October 2, 2006.

5. After a subsequent hearing, on October 31, 2006, this Court entered another order approving the Employment Motion, on an interim basis (the "Third Interim Employment Order"),

---

[1] Certain of the disclosures herein relate to matters within the knowledge of other professionals at MFIM.

2

Fourth Supplemental Declaration MFIM (2)

to and including December 15, 2006.

6. The Employment Motion, the Original Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, the Third Supplemental Declaration, the First Interim Employment Order, the Second Interim Employment Order and the Third Interim Employment Order are incorporated herein by reference, as if fully set forth herein.

**Additional Disclosures**

1. As set forth in the Original Declaration, Mesirow Financial Holdings, Inc., which is the parent company of MFIM ("Mesirow Financial"), has established an ethical wall between MFIM and the other subsidiaries, divisions and units of Mesirow Financial (other than Mesirow Financial Consulting, LLC). The ethical wall prohibits MFIM from sharing confidential or non-public information concerning the Debtors and these cases with any other employees of Mesirow Financial and *vice versa*. In addition, Mesirow Financial has also established a trading wall between MFIM and Mesirow Financial's affiliated investment advisor subsidiaries (collectively, the "Mesirow BD/IA Subsidiaries"). The trading wall ensures that information concerning securities transactions by the Mesirow BD/IA Subsidiaries will not be available to MFIM.

2. The Mesirow BD/IA Subsidiaries are operated as separate and distinct subsidiaries from MFIM. As disclosed in its Original Declaration, MFIM only searches certain portions of Mesirow Financial's database for purposes of identifying connections and disclosures and does not search that portion of the database protected by the ethical and trading walls.

3. SPCP Group, LLC ("Silver Point") is the "stalking horse" bidder for the auction and sale of certain assets of the Debtor, which is scheduled to be held on December 7, 2006.

4. On December 4, 2006, I was inadvertently informed that Mesirow Financial's hedge fund group, Mesirow Advanced Strategies, Inc., invests in Silver Point funds. Due to the ethical and trading walls, I am unaware of any additional information regarding the nature and extent of the relationship between Silver Point and Mesirow Financial's hedge fund group.

5. If and when additional information becomes known with respect to any other relationships that may exist between MFIM or its professionals and the Debtors, creditors or any other party-in-interest which may affect these cases, supplemental declarations describing such

3

Fourth Supplemental Declaration MFIM (2)

1  information will be filed with the Court.

2      6.    Subject to the Declarations, to the best of my knowledge, MFIM does not hold or represent an interest adverse to the estates and remains a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

    7.    To the best of my knowledge, except as disclosed in the Declarations, MFIM has no other connections with the Debtors, creditors, any other party-in-interest, or their respective attorneys and advisors.

I declare, under penalty of perjury, that, to the best of my knowledge, information and belief, that the foregoing is true and correct.

    Mesirow Financial Interim Management, LLC

By_____
Thomas J. Allison
Senior Managing Director
Mesirow Financial Interim Management, LLC
321 North Clark Street
13th Floor
Chicago, IL 60610

Fourth Supplemental Declaration MFIM (2)