Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON DECEMBER 6, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                      Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                      Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                      Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                      Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                                      Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR**<br><br>**CERTIFICATE OF MAILING OF** FOURTH SUPPLEMENTAL DECLARATION OF THOMAS J. ALLISON UNDER RULE 2014 (a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN CONNECTION WITH (I) THE EMPLOYMENT AND RETENTION OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CRISIS MANAGERS FOR THE DEBTORS, AND (II) THE DESIGNATION OF THOMAS J. ALLISON OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS AND THE EMPLOYMENT OF CERTAIN TEMPORARY EMPLOYEES (AFFECTS ALL DEBTORS)<br><br>Date: N/A<br>Time: N/A |

Deleted: A
Deleted: ¶
Deleted: ¶
Deleted: Fourth Supplemental Declaration MFIM (2)

1
COS Fourth Supplemental Declaration MFIM (2)120606

1. On December 6, 2006, I served the following document(s):

    a. Fourth Supplemental Declaration Of Thomas J. Allison Under Rule 2014 (a) Of The Federal Rules Of Bankruptcy Procedure In Connection With (I) The Employment And Retention Of Mesirow Financial Interim Management, LLC As Crisis Managers For The Debtor's And (II) The Designation Of Thomas J. Allison Of Mesirow Financial Interim Management, LLC As Chief Restructuring Officer For The Debtors And The Employment Of Certain Temporary Employees (Affects All Debtors)

2. I served the above-named document by the following means to the persons as listed below:

☒ a. By ECF System:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

2

COS Fourth Supplemental Declaration MFIM (2)120606

**Deleted:** Fourth Supplemental Declaration MFIM (2)

1. MICHAEL W. CHEN    yvette@ccfirm.com
2. KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
3. JANET L. CHUBB    tbw@jonesvargas.com
4. JEFFREY A. COGAN !    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
5. WILLIAM D COPE    cope_guerra@yahoo.com
6. CICI CUNNINGHAM    bankruptcy@rocgd.com
7. LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;
8. gbagley@lionelsawyer.com; ldavisesq@aol.com
9. DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
10. THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
11. SCOTT D. FLEMING    sfleming@halelane.com,  dbergsing@halelane.com,
12. ecfvegas@halelane.com
13. GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
14. WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
15. CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,  Darlene.Ruckard@usdoj.gov;
16. Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov
17. GERALD M GORDON    bankruptcynotices@gordonsilver.com
18. R. VAUGHN GOURLEY    vgourley@lvcm.com
19. TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
20. JAMES D. GREENE    bknotice@schrecklaw.com
21. MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
22. JEFFREY R. HALL    jhall@sheacarlyon.com,  bankruptcyfilings@sheacarlyon.com;
23. aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
24. XANNA R. HARDMAN    xanna.hardman@gmail.com
25. STEPHEN R HARRIS    noticesbh&p@renolaw.biz
26. JEFFREY L HARTMAN    notices@bankruptcyreno.com
27. BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
28. DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

1. CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
2. EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
3. TY E. KEHOE    TyKehoeLaw@aol.com
4. ROBERT R. KINAS    rkinas@swlaw.com,  mstrand@swlaw.com; jlustig@swlaw.com;
5. chaines@swlaw.com; imccord@swlaw.com
6. ZACHARIAH LARSON    ecf@lslawnv.com
7. JOHN J. LAXAGUE    jlaxague@caneclark.com
8. GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
9. NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;
10. bankruptcy@klnevada.com
11. ROBERT C. LEPOME    rlepome@cox.net, sstanton@cox.net
12. ANNE M. LORADITCH    ecffilings@beckleylaw.com,  aloraditch@beckleylaw.com;
13. pkois@beckleylaw.com
14. PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,  lvlaw03@yahoo.com;
15. mark@leelaw.lvcoxmail.com
16. JAMES C. MCCARROLL    dturetsky@reedsmith.com; aleonard@reedsmith.com
17. REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
18. WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
19. RICHARD MCKNIGHT    mcknightlaw@cox.net,  gkopang@lawlasvegas.com;
20. cburke@lawlasvegas.com
21. SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,  smiller@sheacarlyon.com;
22. aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
23. DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;
24. dmincin@lawlasvegas.com, cburke@lawlasvegas.com
25. JOHN F MURTHA    jmurtha@woodburnandwedge.com
26. ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
27. VICTORIA L NELSON    bkecf@nevadafirm.com,  vnelson@nevadafirm.com;
28. paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com

4
COS Fourth Supplemental Declaration MFIM (2)120606

1. BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;
2. dgriffis@beckleylaw.com
3. DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;
4. tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
5. ANDREW M. PARLEN    aparlen@stutman.com
6. DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
7. PAUL C RAY    info@johnpeterlee.com
8. SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
9. JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;
10. rmsmith@sheacarlyon.com
11. SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;
12. bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
13. AMBRI SH S. SIDHU    ecf@lslawnv.com
14. JEFFREY G. SLOANE    gjklepel@yahoo.com , rmcconnell@kssattorneys.com
15. ALAN R SMITH    mail@asmithlaw.com , turk@asmithlaw.com; marsh@asmithlaw.com
16. DAVID A. STEPHENS    dstephens@lvcm.com
17. PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
18. JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
19. CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com
20. AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com
21. U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
22. GREGORY J. WALCH!    GWalch@Nevadafirm.com
23. RUSSELL S. WALKER    rwalker@wklawpc.com , eloveridge@wklawpc.com;
24. lboynton@wklawpc.com; ckirk@wklawpc.com
25. WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
26. WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,
27. bc@oreillylawgroup.com, lc@oreillylawgroup.com, ddh@oreillylawgroup.com,
28. mr@oreillylawgroup.com

**Deleted:** Fourth Supplemental Declaration MFIM (2)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
2. MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com
3. ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;
4. mbarnes@nevadafirm.com, paltstatt@nevadafirm.com
5. ☐    b.    **By United States mail, postage fully prepaid**:
6. ☐    c.    **By Personal Service**
7. I personally delivered the document(s) to the persons at these addresses:
8. ☐    For a party represented by an attorney, delivery was made by handing the
9. document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
10. other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
11. in the office.
12. ☐    For a party, delivery was made by handing the document(s) to the party or by
13. leaving the document(s) at the person's dwelling house or usual place of abode with someone of
14. suitable age and discretion residing there.
15. ☐    d.    **By direct email (as opposed to through the ECF System)**
16. Based upon the written agreement to accept service by email or a court order, I
17. caused the document(s) to be sent to the persons at the email addresses listed below. I did not
18. receive, within a reasonable time after the transmission, any electronic message or other indication
19. that the transmission was unsuccessful.
20. ☐    e.    **By fax transmission**
21. Based upon the written agreement of the parties to accept service by fax
22. transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
23. below. No error was reported by the fax machine that I used. A copy of the record of the fax
24. transmission is attached.
25. ☐    f.    **By messenger**
26. I served the document(s) by placing them in an envelope or package addressed to
27. the persons at the addresses listed below and providing them to a messenger for service.
28.

6
COS Fourth Supplemental Declaration MFIM (2)120606

**Deleted:** Fourth Supplemental Declaration MFIM (2)

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: December 6, 2006

| Christi Vanderlip | /s/   Christi Vanderlip |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

7

COS Fourth Supplemental Declaration MFIM (2)120606

---

**Deleted:** I, Thomas J. Allison hereby state and declare:

1. I am a Senior Managing Director of Mesirow Financial Interim Management, LLC ("MFIM"), a professional services firm engaged in the business of providing interim management services. I submit this fourth supplemental declaration (the "Fourth Supplemental Declaration") on behalf of MFIM, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in further support of the retention and employment of MFIM as crisis manager and Thomas J. Allison of MFIM as the Chief Restructuring Officer (together with certain temporary employees provided by MFIM) by the above captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"). I have personal knowledge of the matters set forth herein, and if called as a witness, would testify competently thereto.[1]

2. The first Declaration Of Thomas J. Allison In Support Of Debtors' Motion (the "Employment Motion") For Order Authorizing (I) The Employment And Retention Of MFIM As Crisis Managers For The Debtors, And (II) The Designation Of Thomas J. Allison Of MFIM As Chief Restructuring Officer Of The Debtors And The Employment Of Certain Temporary Employees (the "Original Declaration") was filed with this Court on April 14, 2006. The Original Declaration was supplemented on June 13, 2006 (the "First Supplemental Declaration), July 24, 2006 (the "Second Supplemental Declaration") and October 2, 2006 (the "Third Supplemental Declaration," collectively with the First Supplemental Declaration, the Second Supplemental Declaration and the Fourth Supplemental Declaration, the "Declarations")

3. On April 19, 2006, the Court entered an order approving the Employment Motion, on an interim basis (the "First Interim Employment Order"), to and including July 27, 2006.

4. After a subsequent hearing, on August 11, 2006, this Court entered another order further approving the Employment Motion, on an interim basis (the "Second Interim Employment Order"), to and including October 2, 2006.

5. After a subsequent hearing, on October 31, 2006, this Court entered another order approving the Employment Motion, on an interim basis (the "Third Interim Employment Order"), to and including December 15, 2006.

6. The Employment Motion, the Original Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, the Thi... [1]

**Deleted:** Fourth Supplemental Declaration MFIM (2)

| Page 7: [1] Deleted | 12/6/2006 3:13:00 PM |
|---|---|

I, Thomas J. Allison hereby state and declare:

1.  I am a Senior Managing Director of Mesirow Financial Interim Management, LLC ("MFIM"), a professional services firm engaged in the business of providing interim management services. I submit this fourth supplemental declaration (the "Fourth Supplemental Declaration") on behalf of MFIM, pursuant to Rule 2014 (a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in further support of the retention and employment of MFIM as crisis manager and Thomas J. Allison of MFIM as the Chief Restructuring Officer (together with certain temporary employees provided by MFIM) by the above captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"). I have personal knowledge of the matters set forth herein, and if called as a witness, would testify competently thereto.[1]

2.  The first Declaration Of Thomas J. Allison In Support Of Debtors' Motion (the "Employment Motion") For Order Authorizing (I) The Employment And Retention Of MFIM As Crisis Managers For The Debtors, And (II) The Designation Of Thomas J. Allison Of MFIM As Chief Restructuring Officer Of The Debtors And The Employment Of Certain Temporary Employees (the "Original Declaration") was filed with this Court on April 14, 2006. The Original Declaration was supplemented on June 13, 2006 (the "First Supplemental Declaration), July 24, 2006 (the "Second Supplemental Declaration") and October 2, 2006 (the "Third Supplemental Declaration," collectively with the First Supplemental Declaration, the Second Supplemental Declaration and the Fourth Supplemental Declaration, the "Declarations")

3.  On April 19, 2006, the Court entered an order approving the Employment Motion, on an interim basis (the "First Interim Employment Order"), to and including July 27, 2006.

4.  After a subsequent hearing, on August 11, 2006, this Court entered another order further approving the Employment Motion, on an interim basis (the "Second Interim Employment Order"), to and including October 2, 2006.

---

1   Certain of the disclosures herein relate to matters within the knowledge of other professionals at

5.	After a subsequent hearing, on October 31, 2006, this Court entered another order approving the Employment Motion, on an interim basis (the "Third Interim Employment Order"), to and including December 15, 2006.

6.	The Employment Motion, the Original Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, the Third Supplemental Declaration, the First Interim Employment Order, the Second Interim Employment Order and the Third Interim Employment Order are incorporated herein by reference, as if fully set forth herein.

**Additional Disclosures**

1.	As set forth in the Original Declaration, Mesirow Financial Holdings, Inc., which is the parent company of MFIM ("Mesirow Financial"), has established an ethical wall between MFIM and the other subsidiaries, divisions and units of Mesirow Financial (other than Mesirow Financial Consulting, LLC). The ethical wall prohibits MFIM from sharing confidential or non-public information concerning the Debtors and these cases with any other employees of Mesirow Financial and *vice versa*. In addition, Mesirow Financial has also established a trading wall between MFIM and Mesirow Financial's affiliated investment advisor subsidiaries (collectively, the "Mesirow BD/IA Subsidiaries"). The trading wall ensures that information concerning securities transactions by the Mesirow BD/IA Subsidiaries will not be available to MFIM.

2.	The Mesirow BD/IA Subsidiaries are operated as separate and distinct subsidiaries from MFIM. As disclosed in its Original Declaration, MFIM only searches certain portions of Mesirow Financial's database for purposes of identifying connections and disclosures and does not search that portion of the database protected by the ethical and trading walls.

3.	SPCP Group, LLC ("Silver Point") is the "stalking horse" bidder for the auction and sale of certain assets of the Debtor, which is scheduled to be held on December 7, 2006.

4.	On December 4, 2006, I was inadvertently informed that Mesirow Financial's hedge fund group, Mesirow Advanced Strategies, Inc., invests in Silver Point funds. Due to the ethical and trading

MFIM.

walls, I am unaware of any additional information regarding the nature and extent of the relationship between Silver Point and Mesirow Financial's hedge fund group.

5. If and when additional information becomes known with respect to any other relationships that may exist between MFIM or its professionals and the Debtors, creditors or any other party-in-interest which may affect these cases, supplemental declarations describing such information will be filed with the Court.

6. Subject to the Declarations, to the best of my knowledge, MFIM does not hold or represent an interest adverse to the estates and remains a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

7. To the best of my knowledge, except as disclosed in the Declarations, MFIM has no other connections with the Debtors, creditors, any other party-in-interest, or their respective attorneys and advisors.

I declare, under penalty of perjury, that, to the best of my knowledge, information and belief, that the foregoing is true and correct.

Mesirow Financial Interim Management, LLC

By_____

Thomas J. Allison

Senior Managing Director

Mesirow Financial Interim Management, LLC

321 North Clark Street

13th Floor

Chicago, IL 60610