1  Dean T. Kirby, Jr.   Calif. Bar No. 090114
   Leonard J. Ackerman Calif. Bar No. 171073
2  KIRBY & McGUINN, A P.C.
   600 B Street, Suite 1950
3  San Diego, California 92101-4515
   Telephone: (619) 685-4000  Facsimile:  (619) 685-4004
4  dkirby@kirbymac.com
   lackerman@kirbymac.com
5
   Michelle L. Abrams    Nev. Bar No. 5565
6  MICHELLE L. ABRAMS, LTD.
   7201 West Lake Meade Blvd., Suite 210
7  Las Vegas, NV 89128
   Telephone: (702) 233-5040 Facsimile (702) 233-2209
8  mabrams@mabramslaw.com

9  Attorneys for Creditor
   Debt Acquisition Company of America V
10
                    UNITED STATES BANKRUPTCY COURT
11
                            District of Nevada
12

| | |
|---|---|
| In re | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY | NOTICE TO BIDDERS RE RESERVATION OF RIGHTS BY DEBT ACQUISITION COMPANY OF AMERICA V |
| Debtor. | |
| In re | |
| USA CAPITAL REALTY ADVISORS, LLC | (AFFECTS ALL DEBTORS) |
| Debtor. | DATE: December 19, 2006 |
| In re | TIME: 10:00 a.m. |
| USA CAPITAL DIVERSIFIED TRUST FUND, LLC | |
| Debtor. | |
| In re | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC | |
| Debtor. | |
| In re | |
| USA COMMERCIAL MORTGAGE COMPANY | |
| Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

TO ALL QUALIFIED BIDDERS AS TO THE AUCTION OF CERTAIN ASSETS AUTHORIZED BY THE COURT'S ORDER ENTERED NOVEMBER 8, 2006 (DOCKET NO. 1761):

PLEASE TAKE NOTICE that Debt Acquisition Company of America V ("DACA") has purchased the beneficial interest of certain Direct Lenders in loans serviced by USA Commercial Mortgage Company and is the successor in interest to the Direct Lenders under the Loan Servicing Agreements relating to such loans, a list of which is attached as Exhibit A. DACA may purchase additional interests from Direct Lenders prior to confirmation of a chapter 11 plan in the above-captioned cases. DACA has also purchased the bankruptcy claims of certain Direct Lenders, which claims are listed in Exhibit B.

YOU ARE FURTHER NOTIFIED that DACA reserves all rights and claims as to the assets to be transferred at the auction that relate to the interests purchased by DACA. In particular and without implied limitation DACA:

1. Does not waive any rights arising from the fact that the Loan Servicing Agreements are executory contracts which must be assumed by the Reorganized Debtor on that date of confirmation of the Plan or they will be deemed rejected.

2. Does not agree that either the Debtor in Possession or any assignee of the Loan Servicing Agreements has the right to offset or recoup any amount "due from" any Direct Lender against payments collected by the loan servicer in trust for the Direct Lender.

3. Does not agree that the Loan Servicing Agreements are assets which may be sold free and clear of the rights of the counterparties, including without implied limitation the rights and defenses referred to above.

4. Intends to oppose confirmation of the chapter 11 plan and confirmation of the sale after bidding on the above grounds among others.

DATE: December 6, 2006

KIRBY & McGUINN, A P.C.

By: /s/ Dean T. Kirby, Jr.
Dean T. Kirby, Jr. Attorneys for
Debt Acquisition Company of America V

In re USA Commercial Mortgage Company, et al.
Notice to Bidders

Bankruptcy Case No. BK-S-06-10729 LBR
Page No. 1

## Exhibit A: Direct Lender Interests

| Debtor | NAME | Note Amount |
|---|---|---|
| *USA Commercial-Bay Pompano Notes* | | |
| | Barbara J. Vivero Trustee of the Barbara J. V | $23,752.84 |
| | Christopher Dickinson & Patricia Dickinson, h | $47,505.68 |
| | First Savings Bank Custodian Tana Stigile IR | $23,752.84 |
| | Janice A. Magrisi & Phillip W. Dickinson, an | $23,752.84 |
| | John D. Eichhorn & Jill A. Eichhorn | $47,505.68 |
| | Joyce A. Hayward Trustee of the 1985 Hayw | $47,888.79 |
| | Larry D. Sargent & Marjean Sargent | $23,752.84 |
| | Lori Dietzman and William Dietzman | $24,212.00 |
| | Peter A. Bolino & Fabiola A. Bolino Trustees | $34,567.00 |
| | Sapourn Legacy, LLC, a FL limited liability co | $71,258.52 |
| | Taylor Samuels Trustee of the Samuels 1999 | $47,505.68 |
| *Summary for 'Debtor Number' = 4553 (11 detail records)* | | |
| **Sum** | | *415,454.71* |
| *USA Commercial - Marlton Square* | | |
| | Frank J. Belmonte Trustee of the Belmonte F | $53,367.16 |
| *Summary for 'Debtor Number' = 4568 (1 detail record)* | | |
| **Sum** | | *53,367.16* |
| *USA Commercial - Fiesta Oak* | | |
| | Alan B. Friedman, a single man | $100,000.00 |
| | Albert J. Mineconzo Trustee of the Albert J. | $50,000.00 |
| | Anna S. Knobel Trustee of the 1996 Knobel T | $150,000.00 |
| | Charles Sass | $50,000.00 |
| | Daniel C. Barcia, a married man dealing with | $50,000.00 |
| | David Joyce, a married man dealing with his | $75,000.00 |
| | David M. Jacobson & Cristina Jacobson Trus | $100,000.00 |
| | Donald H. Forbes & Raquel R. Forbes Truste | $50,000.00 |
| | Dorothy Ellis, a single woman | $40,000.00 |
| | Edward Roldan and Stephanie K. Roldan, hu | $100,000.00 |
| | First Savings Bank Custodian For Herbert R. | $50,000.00 |
| | Gazella Teague Trustee of the Gazella Teag | $50,000.00 |
| | Gregory D. Yonai Trustee of the Gregory D. | $50,000.00 |
| | James D. Gillmore & Lynn M. Gillmore Truste | $50,000.00 |
| | James N. Nicksick & Z. Kay Nicksick Trustee | $50,000.00 |
| | Jill Chioino & John Choe, husband & wife, as | $75,000.00 |
| | John Borkoski & Kathleen Borkoski, husband | $50,000.00 |

*Wednesday, December 06, 2006*                                                           *Page 1 of 2*

**Exhibit A Page 1 of 2**

| Debtor | NAME | Note Amount |
|---|---|---|
| | Karryn Rae Sherman Trustee of the Jeanne | $50,000.00 |
| | Kenneth D. Coxey & Valerie Coxey Trustees | $100,000.00 |
| | Leonard Baker & Barbara Baker Co-Trustees | $50,000.00 |
| | Leslie F. Kerns & Alma D. Kerns, husband & | $50,000.00 |
| | Mario M. Lommori & Clarice E. Lommori Trus | $50,000.00 |
| | Mary Monica Cady | $50,000.00 |
| | Richard A. Helmberger & Genene M. Helmbe | $100,000.00 |
| | Robert L. Hansen & Patricia S. Hansen, husb | $50,000.00 |
| | Robert Lundberg, a married man dealing with | $65,000.00 |
| | ROBERT S. LOUIS AND ROSE M. LOUIS, T | $50,000.00 |
| | Robert T Chylak & Barbara M Chylak Trustee | $60,000.00 |
| | Rocklin/Redding LLC | $375,697.13 |
| | Rocklin/Redding LLC 2 | $624,302.87 |
| | Stefan R. Cavin, an unmarried man | $50,000.00 |
| | Teri L. Melvin, a single woman | $100,000.00 |
| | Tina K.L. Low Wood Trustee of the Wood Fa | $50,000.00 |

Summary for 'Debtor Number' = 4611 (33 detail records)

**Sum**  3,015,000.00

*USA Commercial - Fiesta StoneRidge*

| | | |
|---|---|---|
| | GREGORY D. YONAI TRUSTEE OF THE G | $25,000.00 |
| | MATTHEW MOLITCH TRUSTEE OF THE M | $100,000.00 |
| | PORTER A. HURT, A SINGLE MAN | $100,000.00 |
| | THOMAS AVENA & CINDY AVENA, HUSBA | $100,000.00 |
| | ZOE BROWN TRUSTEE OF THE ZOE BRO | $25,000.00 |

Summary for 'Debtor Number' = 4640 (5 detail records)

**Sum**  350,000.00

**Grand Total**  3,833,821.87

# Exhibit B:  Claims Transferred

| Debtor | NAME | Claim Amount |
|---|---|---:|
| *USA Commercial Mortgage-BK Claims* | | |
| | Barbara J. Vivero Trustee of the Barbara J. V | $12,951.80 |
| | Christopher Dickinson & Patricia Dickinson, h | $25,903.59 |
| | DALTON F MAFFETT | $20,067.97 |
| | First Savings Bank Custodian Tana Stigile IRA | $12,951.80 |
| | Gary E. Topp, a married man dealing with his | $41,666.67 |
| | JANET SZABO | $25,107.97 |
| | Janice A. Magrisi & Phillip W. Dickinson, an | $12,951.80 |
| | John D. Eichhorn & Jill A. Eichhorn | $25,903.59 |
| | JOSEPH SZABO | $3,256.50 |
| | Joyce A. Hayward Trustee of the 1985 Hayward | $25,903.59 |
| | Larry D. Sargent & Marjean Sargent | $12,951.80 |
| | Lori Dietzman and William Dietzman | $12,951.80 |
| | M & R M, LLC, a Nevada limited liability comp | $108,961.19 |
| | OLIVER C PUHR | $31,762.23 |
| | Peter A. Bolino & Fabiola A. Bolino Trustees | $19,427.69 |
| | POMPEO LOMBARDI | $43,017.52 |
| | Sapourn Legacy, LLC,a FL limited liability co | $38,855.38 |
| | Taylor Samuels Trustee of the Samuels  Trust | $145.99 |
| | Taylor Samuels Trustee of the Samuels Trust | $25,903.59 |
| | Taylor Samuels Trustee of the Samuels Trust | $21,792.24 |
| | THOMAS STEWART | $37,037.93 |
| *Summary for 'Debtor Number' = 4443 (21 detail records)* | | |
| **Sum** | | *559,472.64* |
| ***Grand Total*** | | *559,472.64* |

*Wednesday, December 06, 2006* .  *Page 1 of 1*

**Exhibit B page 1 of 1**