Dean T. Kirby, Jr.    California Bar No.090114
Leonard J. Ackerman    California Bar No.  204880
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile:  (619) 685-4004

Michelle L. Abrams, Esq. Nevada Bar No. 5565
MICHELLE L. ABRAMS, LTD.
7201 West Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
Telephone: (702)233-5040 Facsimile (702)233-2209
mabrams@mabramslaw.com
Attorneys for Debt Acquisition Company of America

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re ) | Bankruptcy Case No. BK-S- 06-10725-LBR |
| ) | |
| USA COMMERCIAL MORTGAGE ) | |
| COMPANY, ) | |
| *fka* USA Capital ) | PROOF OF SERVICE |
| ) | |
| Debtor ) | |
| ) | |
| ) | |

I, John Hebert, declare under penalty of perjury that the following facts are true and correct:

I am a resident of the State of California and over the age of 18 years and not a party to or interested in the within entitled cause.  I am an employee of Kirby & McGuinn, A P.C. . and my business address is 600 B Street., Suite 1950, San Diego, CA 92101. On December 5, 2006  I served the following document(s):

– **NOTICE TO BIDDERS RE: RESERVATION OF RIGHTS BY DEBT ACQUISITION COMPANY OF AMERICA**

■ MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as per attached (ATTACHMENT A).  I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

1 ■ ECF Email system as per attached list (ATTACHMENT B)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 6, 2006

        /s/ John Hebert
        John Hebert

ATTACHMENT A - SPECIAL NOTICE LIST  VIA U. S. MAIL

| | |
|---|---|
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | ANGELO GORDON AND CO<br>C/O JED HART<br>245 PARK AVE, 26TH FL<br>NEW YORK, NY 10167 |
| EVAN BEAVERS<br>1625 HIGHWAY 88, #304<br>MINDEN, NV 89178 | FLOCERFIDA BENINCASA<br>9359 ROPING COWBOY AVE<br>LAS VEGAS, NV 89178 |
| JASPER BENINCASA<br>9359 ROPING COWBOY AVE<br>LAS VEGAS, NV 89178 | JOSHUA D. BRYSK<br>LAW OFFICES OF JAMES G. SCHWATZ<br>7901 STONERIDGE DRIVE, SUITE 401<br>PLEASANTON, CA 94588 |
| ELISSA F CADISH<br>39310 HOWARD HUGHS PKWY, 4TH FLR<br>LAS VEGAS, NV 89169 | VINCE DANELIAN<br>P.O.BOX 97782<br>LAS VEGAS, NV 89193 |
| FRANK A ELLIS<br>510 S 9TH ST<br>LAS VEGAS, NV 89193 | GEORGE D FRAME<br>601 GREENWAY ROAD, STE D<br>HENDERSON, NV 89015 |
| PAUL A. JACQUES<br>810 SE 7th STREET, A-103<br>DEERFIELD BEACH, FL 33441 | ANNETTE W. JARVIS<br>POB 45385<br>SALT LAKE CITY, UT 84145 |
| ANNETTE W. JARVIS<br>PO  BOX 45385<br>36 SOUTH STATE STREET, # 1400<br>SALT LAKE CITY, UT 84145 | HARRY JESSUP<br>2009 WESTLUND DR.<br>LAS VEGAS, NV 89102 |
| HELEN B. JESSUP<br>2009 WESTLUND DR.<br>LAS VEGAS, NV 89102 | RICHARD E. KAMMERMAN<br>RICHARD KAMMERMAN PC<br>7200 N MOPAC, SUITE 150<br>AUSTIN, TX 78731 |
| LINDA KETTERMAN<br>321 N. 19TH STREET<br>ENID, OK 73701 | RAY KETTERMAN<br>321 N. 19 TH STREET<br>ENID, OK 73701 |
| EDWARD KLINE<br>9932 ARBUCKLE DRIVE<br>LAS VEGAS, NV 89134 | MATTHEW J. KREUTZER<br>HALE LANE PEEK DENNISON AND HOWARD<br>3930 HOWARD HUGHES PARKWAY<br>FOURTH FLOOR<br>LAS VEGAS, NV 89169 |

| | |
|---|---|
| REID W. LAMBERT<br>WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT 84111 | MARC A. LEVINSON<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 CAPITAL MALL<br>SUITE 30000<br>SACRAMENTO, CA 95814-4497 |
| ELIZABETH R. LOVERIDGE<br>WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT 84111 | LEE D. MACKSON<br>SHUTTS & BOWEN LLP<br>1500 MIAMI CENTER<br>201 SOUTH BISCAYNE BOULEVARD<br>MIAMI, FL 33131 |
| JERROLD T. MARTIN<br>8423 PASO ROBLES<br>NORTHRIDGE, CA 91325 | TERRY MARKWELL<br>12765 SILVER WOLF ROAD<br>RENO, NV 89511 |
| RICHARD J. MASON<br>130 PINETREE LANE<br>RIVERWOODS, IL 60015 | BRECK E. MILDE<br>TERRA LAW LLP<br>60 SOUTH MARKET ST, SUITE 200<br>SAN JOSE, CA 95113 |
| JAY L. MICHAELSON, ESQ.<br>SUSI & MICHAELSON<br>7 W. FIGUEROA STREET, 2nd FLOOR<br>SANTA BARBARA, CA 93101-3191 | DOUGLAS M MONSON<br>RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET<br>SUITE 1400<br>PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385 |
| STEVEN R. ORR<br>RICHARDS WATSON & GERSHON<br>355 S. GRAND AVENUE, 40th FLOOR<br>LOS ANGELES, CA 90071 | J. STEPHEN PEEK<br>HALE LANE PEEK DENNISON AND HOWARD<br>3930 HOWARD HUGHES PARKWAY<br>FOURTH FLOOR<br>LAS VEGAS, NV 89169 |
| NANCY A. PETERMAN<br>GREENBERG TRAURIG, LLP<br>77 W. WACKER DR., SUITE 2500<br>CHICAGO, IL 60601 | RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET, SUITE 1400<br>P.O.BOX 45385<br>SALT LAKE CITY, UT 84145 |
| R J ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TX 76248 | NICHOLAS J. SANTORO<br>400 S. FOURTH ST., 3rd FLOOR<br>LAS VEGAS, NV 89101 |
| MICHAEL M. SCHMAHL<br>MCGUIREWOODS LLP<br>77 W. WACHER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 | JAMES G. SCHWARTZ<br>7901 STONERIDGE DR #401<br>PLEASANTON, CA 94588 |
| SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146 | WENDY SMITH, ESQ.<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 |

| | |
|---|---|
| PATRICIA K. SMOOTS<br>318 N. GROVE<br>OAK PARK, IL 60302 | BRADLEY J. STEVENS<br>3300 N. CENTRAL AVE., SUITE 1800<br>PHOENIX, AZ 85012 |
| STEVEN C. STRONG<br>RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET<br>SUITE 1400<br>SALT LAKE CITY, UT 84145-0385 | STUTMAN, TREISTER & GLATT<br>PROFESSIONAL CORPORATION<br>1901 AVENUE OF THE STARS, 12TH FLR<br>LOS ANGELES, CA 90067 |
| DEBRA TURETSKY, ESQ.<br>JAMES C. McCARROLL, ESQ.<br>REED SMITH, LLP<br>5999 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | AMY N. TIRRE, ESQ.<br>KUMMER KAEMPFER BONNER<br>RENSHAW & FERRARIO<br>5585 KIETZKE LANE<br>RENO, NV 89511 |
| RUSSELL S. WALKER<br>265 EAST 100 SOUTH<br>SUITE 300<br>SALT LAKE CITY, UT 84111 | JOYCE WATSON<br>10612 BLACK IRON ROAD<br>LOUISVILLE, KY 40291 |
| STEVE WATSON<br>10612 BLACK IRON ROAD<br>LOUISVILLE, KY 40291 | WILLIAM E. WINFIELD<br>P.O. BOX 9100<br>OXNARD, CA 93031 |
| MARION E. WYNNE<br>WILKINS, BANKESTER, BILES<br>  & WYNNE, P.A.<br>P.O. BOX 1367<br>FAIRHOPE, AL 36533-1367 | |

ATTACHMENT B - SERVICE LIST VIA ECF

| | |
|---|---|
| Nancy L. Allf<br>nallf@parsonsbehle.com;<br>klawrence@parsonsbehle.com;<br>tthomas@parsonsbehle.com;<br>ecf@parsonsbehle.com | Frank Anderson<br>anderson.frank@pbge.gov;<br>efile@pbge.gov; |
| Ogonna M. Atamoh<br>oatamoh@nevadafirm.com;<br>bkeef@nevadafirm.com<br>paltstatt@nevadafirm.com;<br>liberio@nevadafirm.com | Keriann M. Atencio<br>atencio@gtlaw.com |
| Franklin C. Adams<br>franklin.adams@bbklaw.com;<br>arthur.johnson@bbklaw.com | BMC Group, Inc.<br>Evrato@bmcgroup.com; ecf@bmcgroup.com;<br>jmiller@bmcgroup.com |
| Kelly J. Brinkman<br>kbrinkman@gooldpatterson.com | Thomas R. Brooksbank<br>tome@tombrooksbank.cm;<br>renee@tombrooksbank.com |
| Andrew M. Brumby<br>abrumby@shutts-law.com;<br>rhicks@shutts-law.com;<br>lmackson@shutts-law.com | Matthew Q. Callister<br>mqc@callister-reynolds.com;<br>maggie@callister-reynolds.com |
| Candace C. Carlyon<br>ltreadway@sheacarlyon.com;<br>carlyon@sheacarlyon.com;<br>bankruptcyfilings@sheacarlyon.com;<br>rmsmith@sheacarlyon.com | Rob Charles<br>rcharles@lrlaw.com;<br>cjordan@lrlaw.com |
| B. Christensen<br>kbchrislaw@aol.com | Janet L. Chubb, Esq<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com |
| Jeffrey A. Cogan<br>jeffrey@jeffreycogan.com;<br>sarah@jeffreycogan.com | William D. Cope<br>cope_guerra@yahoo.com |
| Laurel E. Davis<br>bklsclv@lionelsawyer.com;<br>ldavis@lionelsawyer.com;<br>gbagley@lionelsawyer.com;<br>ldavisesq@aol.com | Thomas H. Fell<br>THF@gordonsilver.com;<br>bankruptcynotices@gordonsilver.com |
| Scott D. Fleming<br>sfleming@halelane.com;<br>dbergsing@halelane.com;<br>ecfvegas@halelane.com | Gregory E. Garman<br>bankruptcynotices@gordonsilver.com |

| | |
|---|---|
| Wade B. Gochnour<br>wgochnour@hwmlvlaw.com;<br>donnat@hwmlvlaw.com | Carlos A. Gonzalez<br>carlos.gonzalez2@usdoj.gov;<br>Darlene.Ruckard@usdoj.gov;<br>Eunice.Jones@usdoj.gov;<br>Sue.Knigh@usdoj.gov |
| Gerald M. Gordon<br>bankruptcynotices@gordonsilver.com | R. Vaughn Gourley<br>vgourley@lvcm.com |
| Talitha B. Gray<br>tbg@gordonsilver.com;<br>bankruptcynotices@gordonsilver.com | James D. Greene<br>bknotice@schrecklaw.com |
| Marjorie A. Guymon<br>bankruptcy@goldguylaw.com;<br>ddias@goldguylaw.com | Jeffrey R. Hall<br>jhall@shecarlyon.com;<br>bankruptcyfilings@sheacralyon.com;<br>aboehmer@sheacarlyon.com;<br>ltreadway@sheacarlyon.com;<br>rsmith@sheacarlyon.com |
| Xanna R. Hardman<br>xanna.hardman@gmail.com | Stephen R. Harris<br>steve@renolaw.biz; noticesbh&p@renolaw.biz |
| Jeffrey L. Hartman<br>notices@bankruptcyreno.com | Brigid M. Higgins<br>bankrupcynotices@gordonsilver.com |
| David W. Huston<br>dwh@hustonlaw.net; swaits@hustonlaw.net | Christopher D. Jaime<br>cjaime@waltherkey.com;<br>kbernhar@waltherkey.com |
| Evan L. James<br>ejameslv@earthlink.net; kbchrislaw@aol.cm | Ty E. Kehoe<br>TyKehoeLaw@aol.com |
| Robert R. Kinas<br>rkinas@swlaw.com; jlustig@swlaw.com;<br>chaines@swlaw.com; imccord@swlaw.com | Zachariah Larson<br>ecf@lslawnv.com |
| John J. Laxague<br>jlaxague@caneclark.com | George C. Lazar<br>glazar@foxjohns.com; glazar@sbcglobal.net |
| Nile Leatham<br>nleatham@klnevada.com;<br>ckishi@klnevada.com;<br>bankruptcy@klnevada.com | Robert C. Lepome<br>robert@robertlepome.com;<br>susan@robertlepome.com |
| Anne M. Loraditch<br>ecffilings@beckleylaw.com;<br>aloraditch@beckleylaw.com;<br>pkois@beckleylaw.com | James c. McCarroll<br>dturesky@reedsmith.com;<br>aleonard@reedsmith.com |
| Regina M. McConnell<br>rmcconnell@kssattorneys.com | William L. McGimsey<br>lawoffices601@lvcoxmail.com |

| | |
|---|---|
| Richard McKnight<br>mcknightlaw@cox.net;<br>gkopang@lawlasvegas.com;<br>cburke@lawlasvegas.com | Jeanette E. McPherson<br>bkfilings@s-mlaw.com;<br>jmcpherson@s-mlaw.com |
| Shawn W. Miller<br>bankruptcyfilings@sheacarlyon.com;<br>smiller@sheacarlyon.com;<br>aboehmer@sheacarlyon.com;<br>ltreadway@sheacarlyon.com;<br>rsmith@sheacarlyon.com | David Mincin<br>mcknightlaw@cox.net;<br>gkopang@lawlasvegas.com;<br>dmincin@lawlasvegas.com;<br>cburke@lawlasvegas.com |
| Douglas M. Monson<br>dmonson@rqn.com | John F. Murtha<br>jmurtha@woodburnandwedge.com |
| Erven T. Nelson<br>erv@rlbolick.com; susan@rlbolick.com | Victoria L. Nelson<br>bkeef@nevadafirm.com,<br>vnelson@nevadafirm.com;<br>paltstatt@nevadafirm.com;rholley@nevadafirm.com; sliberio@nevadafirm.com |
| Bob L. Olson<br>ecffilings@beckleylaw.com<br>bolson@beckleylaw.com; | Donna M. Osborn<br>ebaker@marquisaurbach.com;<br>dosborn@marquisaurbach.com;<br>Tszostek@marquisaurbach.com;<br>kgallegos@marquisaurbach.com |
| Andrew M. Parlen<br>aparlen@stutman.com | Donald T. Polednak<br>sandplegal@yahoo.com;<br>spbankruptcy@yahoo.com |
| Paul C. Ray<br>info@johnpeterlee.com | Susan Williams Scann<br>sscann@deanerlaw.com;<br>palexander@deanerlaw.com |
| Lenard E. Schwartzer<br>bkfilings@s-mlaw.com | James Patrick Shea<br>bankruptcyfilings@sheacarlyon.com;<br>ltreadway@sheacarlyon.com;<br>rmsmith@sheacarlyon.com |
| Shlomo S. Sherman<br>ssherman@sheacarlyon.com | Ambrish S. Sidhu<br>ecf@lslawnv.com |
| Jeffrey G. Sloan<br>gjklepel@yahoo.com;<br>rmcconnell@kssattorneys.com | David A. Stephens<br>dstephens@lvcm.com |
| Steven C. Strong<br>sstrong@rqn.com | Peter Susi<br>cheryl@msmlaw.com;<br>msm@msmlaw.com |
| Jeffrey R. Sylvester<br>jeff@sylvesterpolednak.com;<br>David@sylvesterpolednak.com | Caryn S. Tijsseling<br>ctijsseling@beckleylaw.com;<br>aanthony@beckleylaw.com |

| | |
|---|---|
| Amy T. Tirre<br>atirre@kkbrf.com, ksims@kkbrf.com; lleverett@kkbrf.com | U.S. TRUSTEE - LV - 11<br>USTPRegion17.lv.ecf@usdoj.gov |
| Gregory J. Walch<br>Gwalch@Nevadafirm.com | Whitney B. Warnick<br>wbw@albrightstoddard.com; bstessel@albrightstoddard.com |
| Joan C. Wright<br>jwright@allisonmackenzie.com; jbrooks@allisonmackenzie.com | Matthew C. Zirzow<br>bankruptcynotices@gordonsilver.com |