# USA COMMERCIAL MORTGAGE

### As Loan Servicing Agent for the Loans Listed Below

11322372000917  

For: GREGORY J WALCH AND SHAUNA M WALCH FAMILY
TRUST DATED 11/12/04
C/O GREGORY J WALCH TRUSTEE
344 DOE RUN CIR
HENDERSON, NV  89012-2704

Legal Vesting Name:
Gregory J. Walch Trustee of the Gregory J. Walch and Shauna M. Walch Family Trust dated 11/12/04

The records of USACM show the following Loan Servicing Agreements for you and the corresponding Service Fee percentage(s) and monthly servicing fees on such loan(s).  Pursuant to the terms of the Plan of Reorganization, this is the amount of the monthly service fee(s) to be charged against your account from April 2006 forward.

To the extent you disagree with the Service Fee percentage(s) and/or monthly servicing fees set forth below, or to the extent you believe they are inconsistent with your Loan Service Agreement, you must object pursuant to the terms of the Plan and Alternative Dispute Resolution Agreement.

| Loan | Percentage | Monthly Service Fee |
|---|---|---|
| Bay Pompano Beach | 3.00% | $0.00 |
| Binford Medical Developers | 3.00% | $187.50 |
| Foxhill 216, LLC | 3.00% | $500.00 |
| Marlton Square | 3.00% | $187.50 |
| Roam Development Group | 3.00% | $7.71 |

12/1/2006                                                                                                                             917-6327-6334