## Greg Walch

| | |
|---|---|
| **From:** | Investor Relations [investorrelations@usacapitalcorp.com] |
| **Sent:** | Thursday, November 09, 2006 2:13 PM |
| **To:** | Greg Walch |
| **Subject:** | USACM Account Statement Feedback Form |

Dear Mr. Walch,

We appreciate your patience while we addressed your concern regarding your investment in the loans with USA Capital. You should have received or will be receiving loan history transaction reports, which should assist you in answering your first three questions. The reports reflect the corrected up to date information in our systems. The loan history transaction reports will supersede all prior statements. We hope that this data will provide you with the level of detail you require to answer your questions. In response to your fourth question, loan service fees have been calculated based on the loan servicing agreements that were executed by the investors and are not being calculated based upon a non-binding circular. As to your fifth issue, USACM is negotiating Marlton Square. Obviously we would rather be paid as opposed to instituting a foreclosure, which as an attorney you know can be a lengthy process.

We thank you for your inquiry regarding your investment and again appreciate your patience as we are working diligently to respond to investor questions in the order received. Please refer to our website www.usacapitalcorp.com for additional information and updates as well as to submit any future inquiries via our USACM Account Statement Feedback Form. Thank you.


Sincerely,

Investor Relations
USA Commercial Mortgage Company

11/30/2006