Steven T. Waterman, Utah Bar No. 4164/Wyoming Bar No. 6-2636
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: swaterman@rqn.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THESE JOINTLY ADMINISTERED CASES ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

Steven T. Waterman ("Petitioner") respectively represents to the Court:

1. That Petitioner resides in Salt Lake City, Utah.

2. The Petitioner is an attorney at law and a member of the law firm of Ray Quinney & Nebeker P.C. with offices at 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, (801) 532-1500.

3. That Petitioner has been retained personally or as a member of the law firm to provide legal representation in connection with the above-entitled jointly administered cases currently pending before this Court.

1

4.  That since October 5, 1983, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Utah, where Petitioner regularly practices law. That since September 7, 1993, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Wyoming, where Petitioner regularly practices law.

5.  That Petitioner is admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
|---|---|
| United States Supreme Court | December 9, 2002 |
| United States Court of Appeals, Tenth Circuit | June 20, 1986 |
| United States Court of Appeals, Eighth Circuit | February 21, 1997 |
| United States District Court, District of Utah | October 5, 1983 |
| United States District Court, District of Wyoming | November 14, 1995 |
| United States District Court, District of Nebraska (inactive) | October 22, 1993 |
| United States District Court, District of Illinois | June 17, 2004 |
| Courts of the Shoshone and Arapahoe Tribes | 1999 |

6.  That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7.  That Petitioner has never been denied admission to the State Bar of Nevada.

8.  That Petitioner is a member of good standing in the following Bar Associations:

    (a) Utah State Bar; and

    (b) Wyoming State Bar.

9.  That Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Name of Petitioner/<br>Date of Application | Cause | Title of Court<br>Administrative Body | Was Application<br>Granted or Denied |
|---|---|---|---|
| Steven C. Strong<br>June 1, 2006 | *In re USA Commercial Mortgage et al* | Bankruptcy<br>BK-S-06-10725 LBR | Granted |
| Douglas M. Monson<br>June 1, 2006 | *In re USA Commercial Mortgage et al* | Bankruptcy<br>BK-S-06-10725 LBR | Granted |
| Annette Jarvis<br>April 14, 2006 | *In re USA Commercial Mortgage et al* | Bankruptcy<br>BK-S-06-10725 LBR | Granted |
| Peggy Hunt<br>March 8, 2006 | *In re Lock Piatt* | Bankruptcy<br>BK-N-85-30956-GWZ | Granted |
| Annette Jarvis<br>January 6, 2003 | *In re Combined Metals Reduction Co.* | Bankruptcy<br>BK-N-02-53359-GWZ | Granted |
| Steven T. Waterman<br>Feb. 24, 2002 | *In re Saxton Inc.* | Bankruptcy<br>BK-S-01-23232-LBR | Granted |
| Scott H. Clark<br>July 10, 2002 | *In re Saxton Inc.* | Bankrutpcy<br>BK-S-01-23232-LBR | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THESE JOINTLY ADMINISTERED CASES ONLY.

DATED: December 6, 2006.

_____
Petitioner's Signature

STATE OF UTAH      )
                   )ss.
COUNTY OF SALT LAKE )

Steven T. Waterman, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 6th day of December, 2006.

> Notary Public
> CARRIE A WATTERS
> 261 East 300 South, Suite 300
> Salt Lake City, Utah 84111
> My Commission Expires
> March 1, 2008
> State of Utah

_____
Notary Public

890023

4