ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
*Email:* mail@asmithlaw.com

*ELECTRONICALLY FILED -12/6/06*

Attorney for Lenders Protection Group

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　Debtor.<br>_____/<br>In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　Debtor.<br>_____/<br>In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　Debtor.<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br><br><br>**STATEMENT OF THE LAW OFFICES OF ALAN R. SMITH PURSUANT TO BANKRUPTCY RULE 2019**<br><br>**(AFFECTS ALL DEBTORS)**<br><br>No Hearing Required |

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC
_____/

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\2019 Statement 120606-plt.wpd

1   I, ALAN R. SMITH, ESQ., hereby declare under penalty of perjury that the following
2   assertions are true:
3       1.    I am an attorney licensed to practice law in the State of Nevada and am doing
4   business as the Law Offices of Alan R. Smith. I have personal knowledge of
5   the facts herein stated, and if called as a witness could and would competently
6   testify as to those facts.
7       2.    Kevin A. Darby, Esq., and myself are the attorneys primarily responsible for
8   representing a group of lenders (most of whom are direct lenders) with regard
9   to certain loans which were originated and serviced by the Debtors. The group
10  is known as the "Lenders Protection Group", whose members are comprised
11  of the following:

| | |
|---|---|
| D. Joseph & Louise Doucet Trust<br>3301 Skyline Drive<br>Reno, Nevada 89509 | Dr. Kip E. Virts<br>Dr. Brent E. Virts<br>Mark Virts<br>4381 West Hidden Valley Drive<br>Reno, Nevada 89502 |
| Sandra Masters<br>18124 Wedge Pkwy #550<br>Reno, NV 89511 | James Feeney, Trustee<br>E & M Profit Sharing Plan<br>P.O. Box 19122<br>Reno, NV 89511 |
| Jack R. Clark and Linda C. Reid<br>9900 Wilbur May Pkwy, Apt. 4701<br>Reno, Nevada 89521-8039 | Eddie Mayo and Jocelyne Helzer<br>115 So. Deer Run Road<br>Carson City, NV 89701 |
| John M. Luongo<br>965 Leah Circle<br>Reno, NV 89511 | Donald and Beverly Swezey<br>3666 Cherokee Drive<br>Carson City, NV 89705 |
| Thomas B. Harrison, Trustee<br>Marguerite F. Harrison, Trustee<br>Harrison Family Trust<br>930 Dorcey Drive<br>Incline Village, NV 89451 | John Weaver<br>9225 Cordoba Blvd.<br>Sparks, NV 89441 |
| John P. Everett<br>6120 N. Mayfair, 2nd Floor<br>Spokane, WA 99208 | The Klay Living Trust<br>Othmar & Christine Klay, Trustees<br>5530 Lausanne Drive<br>Reno, NV 8951 |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\2019 Statement 120606-plt.wpd   - 2 -

| | |
|---|---|
| Donald E. and Patricia Virts Trust<br>4381 W. Hidden Valley Drive<br>Reno, NV | Audrey M. Whightsil<br>12754 Joleane Avenue<br>Yuma, AZ 85367 |
| Pat Tiede<br>5225 Pooks Hill Road, Apt. 1520N<br>Bethesda, MD 20814-6765 | Karen Allison<br>2656 Seashore Drive<br>Las Vegas, NV 89128 |
| V. and Franklyn O'Brien<br>2805 Castle Bar N<br>Las Vegas, NV 89134 | Joyce and Bob Patterson-Rogers<br>Patterson-Rogers 2001 Family Trust<br>P.O. Box 60175<br>Las Vegas, NV 89160 |
| Alan and Carol Simon<br>The Simon Family Trust of 2000<br>1800 Waldman Avenue<br>Las Vegas, NV 89102-2347 | Charles H. Small<br>12754 Joleane Avenue<br>Yuma, AZ 85367 |
| Anthony J. Zerbo<br>780 Saratoga Avenue Apt. S-107<br>San Jose, CA 95129 | Richard Krupp<br>2321 Sky Valley Street<br>Henderson, NV 89052 |
| Robert L. Ogren<br>3768 Rick Stratton Drive<br>Las Vegas, NV 89120 | Joseph A. Farrah, Trustee<br>Farrah Family Trust<br>1410 Murchison Drive<br>Millbrae, CA 94030 |
| Joseph A. Farrah, Trust<br>Julia Farrah Trust<br>1410 Murchison Drive<br>Millbrae, CA 94030 | James W. Rogers<br>22 Lopez Avenue<br>San Francisco, CA 94116 |
| James W. Rogers, Trustee<br>Eleanor L. Rogers 1991 Living Trust<br>22 Lopez Avenue<br>San Francisco, CA 94116 | Donna Cangelosi<br>5860 Lausanne Drive<br>Reno, NV 89511 |
| Carol Mortensen Kesler<br>4847 Damon Circle<br>Salt Lake City, UT 84117 | Billing D. Denny<br>8209 Sunbonnet Drive<br>Fair Oaks, CA 95628 |
| Michael R. Brines<br>Cindy G. Brines<br>4935 El Sereno Avenue<br>La Crescenta, CA 91214 | Jonathan M. Eller<br>P.O. Box 1614<br>Mammoth Lakes, CA 93546 |
| William Dupin<br>545 Cole Circle<br>Incline Village, NV 89451 | Robert Essaff<br>Cindy H. Essaff<br>2860 Heybourne Road<br>Minden, NV 89423 |
| Rose Moore<br>Raymond Moore<br>902 University Ridge Drive<br>Reno, NV 89512 | Adib M. Al-Awar<br>Ellen A. Al-Awar<br>1330 Burro Court<br>Gardnerville, NV 89410 |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\2019 Statement 120606-plt.wpd

- 3 -

|   |   |
|---|---|
| Jean H. Murray, Trustee of the Jean H. Murray separate property trust dated 9/12/02<br>865 Coloma Drive<br>Carson City, NV 89705 | Patricia Ann Webber<br>9157 Shadow Glen Way<br>Fort Myers, FL 33913 |
| John L. Willis Jr.<br>9157 Shadow Glenn Way<br>Fort Myers, FL 33913 | Peter W. Capone<br>Deidre' D. Capone JTWROS<br>P.O. Box 1470<br>Gardnerville, NV 89410 |
| Larry & Diane Higgins<br>571 Alden<br>Incline Village, NV 89451 | David A. And Elizabeth M. Souza<br>542 Socorro Ct.<br>Reno, NV 89511 |
| Richard and Lelia Barzan<br>7231 Langworth Road<br>Oakdale, CA 95361 | Anne E. Abrams<br>10490 Wilshire Blvd. #703<br>Los Angeles, CA 90024 |
| Gale Ebert<br>336 S. Spalding Drive, #201<br>Beverly Hills, CA 90212 | Shirley M. Collins<br>1975 Snowberry Ct.<br>Carlsbad, CA 92009 |
| J.V. Marrone Trust<br>(formerly Marlon & Alicia McBride)<br>55 Colonial Drive<br>Rancho Mirage, CA 92270 | Tom Gloy<br>P.O. Box 4497<br>Incline Village, NV 89450 |
| Denise F. Faber<br>5 Salvatore<br>Ladera Ranch, CA 92694 | William E. Buck<br>P.O. Box 5127<br>Reno, NV 89513 |
| Darlene Turner<br>2028 ½ I Street<br>Sparks, NV 89431 | Ernest J. Moore<br>2028 I Street<br>Sparks, NV 89431 |
| Lawrence A. Kirkham<br>2350 High Terrace Drive<br>Reno, NV 89509 | Larry Newman<br>1775 Autumn Valley Way<br>Reno, NV 89523 |
| Thalia Routsis<br>P.O. Box 4311<br>Incline Village, NV 89450 | Otto D. Minter<br>5389 Conte Drive<br>Carson City, NV 89701 |
| Julian J. Wells<br>Annette M. Wells<br>P.O. Box 6129<br>Incline Village, NV 89450 | John R. Mallin<br>Marie T. Mallin<br>9809 Pinnacle Pass Drive<br>Las Vegas, NV 89117-5997 |
| Evelyn Fisher<br>12051 S. Cherokee Lane<br>Tucson, AZ 85736 | Dick & Jackie Small<br>4801 N. Calle Santa Cruz<br>Prescott Valley, AZ 86314 |
| Jed Barish<br>2011 Oak Street<br>San Francisco, CA 94117 | Sam Costanza<br>9809 Cantebury Rose Lane<br>Las Vegas, NV |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\2019 Statement 120606-plt.wpd

- 4 -

| | |
|---|---|
| Laguna Paloma, Inc.<br>Virginia Swilley, President<br>2714 N. Peach Hollow Circle<br>Pearland, TX 77584 | John E. And Souhild A. O'Riordan<br>2745 Hartwick Pines Drive<br>Henderson, NV 89052 |
| Paul Garcell<br>2013 Grouse Street<br>Las Vegas, NV 89134 | Ardis Weible, Co-Trustee<br>Dean Weible of Weible 1981 Trust<br>6314 Tara Avenue<br>Las Vegas, NV 89146 |
| Raymond F. Brant<br>P.O. Box 728<br>Diablo, CA 94528 | The David A. Gean Trust<br>Marsha Van Jul, Trustee<br>6615 E. Pacific Coast Hwy #260<br>Long Beach, CA 90803 |
| Suze Harrington<br>2131 Connor Park Cove<br>Salt Lake City, UT 84109 | Donald E. Redmon<br>51 Sanlo Lane<br>Mountain Home, AR 72653 |
| Jaylyle Redmon<br>51 Sanlo Lane<br>Mountain Home, AR 72653 | Patricia R. Lietz<br>3676 Woodhurst Drive<br>Covina, CA 91724 |
| DavidC. Wahl<br>P.O. Box 8012<br>Mammoth Lakes, CA 93546 | Arthur F. Di Salvo for Anne F. Di Salvo<br>P.O. Box 18220<br>Reno, NV 89511-0220 |
| Jennefer C. Peele<br>2581 Rampart Terrace<br>Reno, NV 89519 | Whitney H. Lauren<br>2581 Rampart Ter<br>Reno, NV 89519 |
| Maurice Davis<br>P.O. Box 7290<br>Tahoe City, CA 96145 | Henry J. Obermuller<br>Mengia K. Obermuller<br>P.O. Box 1161<br>Tahoe City, CA 96145 |
| Linda Patrucco Doerr<br>690 West Riverview Circle<br>Reno, NV 89509 | Richard W. Murphy<br>255 Stags Leap Circle<br>Sparks, NV 89441 |
| Gary E. Tucker<br>1932 Windward Pt.<br>Discovery Bay, CA 94514 | Mary Jane and Henry H. Gill<br>1904 Scenic Sunrise Drive<br>Las Vegas, NV 89117-7236 |
| Jo M. Gledhill<br>10500 Valley Drive<br>Plymouth, CA 95669 | Richard L. Bowman<br>10500 Valley Drive<br>Plymouth, CA 95669 |
| James G. Ton<br>10405 Trenton Place<br>Las Vegas, NV 89134 | Rebecca A. Rogers, Trustee<br>2309 Sierra Heights Drive<br>Las Vegas, NV 89134 |
| Bernard & Margaret W. Benz<br>Benz Family Trust<br>1265 Old Foothill Road<br>Gardnerville, NV 89460 | George A. DiGioia<br>1843 Bougainvillea Drive<br>Minden, NV 89423 |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\2019 Statement 120606-plt.wpd

- 5 -

| | |
|---|---|
| Adrian Oosthuizen<br>5860 Lausanne Drive<br>Reno, NV 89511 | Brandon A. Cangelosi and<br>Donna M. Cangelosi<br>5860 Lausanne Drive<br>Reno, NV 89511 |
| Margaret M. Cangelosi<br>614 Hillside Crossing<br>Pompton Plains, NJ 07444 | Warren W. Tripp<br>President and Trustee<br>Tripp Plastics<br>250 Greg Street<br>Sparks, NV 89431 |
| Arline L. Cronk<br>Edward Davies<br>1631 Picetti Way<br>Fernley, NV 89408 | Gunter Volpel<br>Volpel Trust of 2-2-96<br>90876 Libby Lane<br>Coos Bay, OR 97420 |
| Alan R. Simmons & Judith B. Simmons<br>P.O. Box 13296<br>South Lake Tahoe, CA 96151 | Edward O. High, DUM<br>1413 Pelican Bay Trail<br>Winter Park, FL 32792 |
| Lawrence H. & Lorraine K. Tengan,<br>Trustee/Lawrence H. & Lorraine K.<br>Tengan Revocable Trust<br>504 Edgefield Ridge Place<br>Henderson, NV 89012 | Kelley M. Hains<br>5349 Mira Loma Drive<br>Reno, NV 89502 |
| Ingrid A. Rutherford<br>In Der Neckarhelle 127<br>69118 Heidelberg Germany | Marilyn & Ronald Johnson<br>1010 La Rue Avenue<br>Reno, NV 89509 |
| Marilyn Johnson Trust<br>1010 La Rue Avenue<br>Reno, NV 89509 | Gilbert Manuel<br>4617 Constitution Ave. NE<br>Albuguerque, NM 87110 |
| Dennis Raggi<br>P.O. Box 10475<br>Zephyr Cove, NV 89449 | Suzanne L. Arbogast<br>1005 W. Buffington<br>Upland, CA 91784 |
| Greg R. Thompson<br>1005 W. Buffington Street<br>Upland, CA 91784 | Wilma Jean Thomas<br>12 Brewster Way<br>Redlands, CA 92373-6102 |
| Walter and Barbara Musso<br>P.O. Box 2566<br>Avila Beach, CA 93424 | Alfred Olsen<br>931 Pigeon Forge Avenue<br>Henderson, NV 89015 |
| Dannie R. Murphy<br>5620 Rustic View Ct.<br>Las Vegas, NV 89131 | Donald L. Hess<br>914 Shore Crest Road<br>Carlsbad, CA 92011 |
| Donald C. Dunbar<br>18121 Wedge Pkwy #153<br>Reno, NV 89511 | |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\2019 Statement 120606-plt.wpd

- 6 -

3. The total of the loans made by the above-referenced individuals and entities is unknown at this time, due to incomplete records received from the Debtors. Undersigned is in the process of gathering as much information as possible concerning the loans made by the members of the group, and will supplement this disclosure when such additional information is obtained. This disclosure is made at this time without complete information, as required by Bankruptcy Rule 2019, in order to apprise the Court and the parties of the members of the Lenders Protection Group prior to the hearing to be conducted on December 7, 2006.

4. The majority of the loans made by the Lenders Protection Group were made more than a year prior to the filing of the petitions by the Debtors.

5. This Statement will be supplemented from time to time upon the retention of additional lenders.

**DATED** this 6th day of December, 2006.

                                      LAW OFFICES OF ALAN R. SMITH

                                          */s/ Alan R. Smith*

By_____
    ALAN R. SMITH, ESQ.
    Attorney for Lenders Protection Group

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\2019 Statement 120606-plt.wpd        - 7 -