Regina M. McConnell, Esq.  
Nevada Bar No. 8029  
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.  
1389 Galleria Drive, Suite 200  
Henderson, NV 89014  
Telephone: (702) 362-6666  
Facsimile: (702) 362-2203  

E-filed 12/06/06

OF COUNSEL:  
Thomas A. Connop  
Texas Bar No. 04702500  
LOCKE LIDDELL & SAPP LLP  
2200 Ross Avenue, Suite 2200  
Dallas, TX 75201  
Telephone: (214) 740-8000  
Facsimile: (214) 740-8800  
Email: tconnop@lockeliddell.com  

ATTORNEYS FOR DESERT CAPITAL REIT, INC.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>   Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>   Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>US CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>   Debtor. | **MOTION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF DESERT CAPITAL REIT, INC. FOR ORDER DETERMINING STATUS AS A QUALIFIED BIDDER UNDER BID PROCEDURES** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>   Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>   Debtor. | Hearing Date:<br>Hearing Time:<br>Est. Time: |
| Affects:<br>☒ All Debtors | |

DALLAS: 513749.00007: 1552317v1

☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

DESERT CAPITAL REIT, INC. ("Desert Capital"), by and through its counsel, moves for an order shortening time for the hearing on the Emergency Motion of Desert Capital Reit, Inc. For Order Determining Status as a Qualified Bidder under Bid Procedures based upon the ground that the auction in this case is scheduled for December 7, 2006.

This Motion is supported by the attached Declaration of Regina McConnell, Esq. and the separately filed Emergency Motion of Desert Capital REIT, Inc. for Order Determining Status as a Qualified Bidder Under Bid Procedures with along with attached exhibits, and the separately filed Attorney Information Sheet.

WHEREFORE, Desert Capital REIT, Inc. prays for an order shortening time for the hearing on its Emergency Motion of Desert Capital Reit, Inc. For Order Determining Status as a Qualified Bidder under Bid Procedures at the Court's first available date and time.

DATED this 6th day of December, 2006.

/s/ Regina M. McConnell Esq.
Regina M. McConnell, Esq.
Nevada Bar No. 8029
KRAVITZ, SCHNITZER, SLOANE,
    JOHNSON & EBERHARDY, CHTD.
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone: (702) 362-6666
Facsimile: (702) 362-2203

Thomas A. Connop
Texas Bar No. 04702500
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
ATTORNEYS FOR DESERT CAPITAL REIT, INC.

2

DALLAS: 513749.00007: 1552317v1

### DECLARATION OF REGINA M. MCCONNELL, ESQ. IN SUPPORT OF EMERGENCY MOTION OF DESERT CAPITAL REIT, INC. FOR ORDER DETERMINING STATUS AS A QUALIFIED BIDDER UNDER BID PROCEDURES

I, REGINA M. MCCONNELL, ESQ., declare as follows:

1. That I am an attorney with the law firm of KRAVITZ, SCHNITZER, SLOANE, JOHNSON & EBERHARDY, CHTD. and admitted to practice law in Nevada.

2. That KRAVITZ, SCHNITZER, SLOANE, JOHNSON & EBERHARDY, CHTD. is local counsel for LOCKE LIDDELL & SAPP LLP, attorneys for DESERT CAPITAL REIT, INC. which is the bidder for the Assets to be auctioned in the above entitled case.

3. I submit that the Court should hear the Emergency Motion Determining Status as a Qualified Bidder Under Bid Procedures prior to the auction, which is currently scheduled for 9:30 a.m. on December 7, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of December, 2006

_____
REGINA M. MCCONNELL, ESQ.

SUBSCRIBED AND SWORN TO before me,

on this 6 day of December, 2006.

_____
Notary Public, State of Nevada



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
DAWN WHITBECK
Appt. No. 97-2979-1
My Appt. Expires July 31, 2007

DALLAS: 513749.00007: 1552317v1