Regina M. McConnell, Esq.                          E-filed 12/06/06
Nevada Bar No. 8029
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone: (702) 362-6666
Facsimile: (702) 362-2203

OF COUNSEL:
Thomas A. Connop
Texas Bar No. 04702500
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
Email: tconnop@lockeliddell.com

ATTORNEYS FOR DESERT CAPITAL REIT, INC.

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align="right">Debtor.</div> | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align="right">Debtor.</div> | Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>US CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | **EMERGENCY MOTION OF DESERT CAPITAL REIT, INC. FOR ORDER DETERMINING STATUS AS A QUALIFIED BIDDER UNDER BID PROCEDURES** |
| In re:<br>USA SECURITIES, LLC,<br><div align="right">Debtor.</div> | |

DALLAS: 513749.00007: 1552317v1

Affects:
- ☒ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

Desert Capital REIT, Inc. ("Desert Capital"), by and through its counsel, moves for an order determining that it is a "Qualified Bidder" under the Court's Bid Procedures in the above-captioned Chapter 11 bankruptcy proceeding. For cause, Desert Capital would show as follows:

1.     Desert Capital is a real estate investment trust located at 1291 Galleria Drive, Suite 210, Henderson, Nevada 89014.

2.     Desert Capital has been in business for approximately three (3) years, and is engaged in real estate investment and loan servicing. It presently has approximately $104,430,000 in real estate assets owned or under management, and services approximately $167,000,000 in total assets.

3.     Paul D. Hamilton is employed by a subsidiary of Desert Capital, Consolidated Mortgage, LLC, as its Chief Investment Officer. Mr. Hamilton has no ownership interest in Desert Capital or in Consolidated Mortgage, LLC.

4.     Knowing that it was necessary to disclose any affiliation of an equity owner of any of the Debtors prior to undertaking the extensive and laborious process of submitting a competing bid package in this case, counsel for Desert Capital contacted Lenard E. Schwartzer, counsel for Debtors and Debtors-in-Possession on November 28, 2006, to inquire whether the affiliation with Mr. Hamilton would be a disqualifying factor in the Debtors' opinion under the Bid Procedures. Mr. Schwartzer assured Desert Capital's counsel that Mr. Hamilton's affiliation

2

with the Desert Capital subsidiary would not be a basis preventing Desert Capital from being determined to be a Qualified Bidder in this process.

5.    On November 29, 2006, counsel for Desert Capital conferred with Mr. James Reed, and Mr. Bill Faisel of Mesirow Financial, and Ms. Annette W. Jarvis, counsel for the Debtors and Debtors-in-Possession to clarify certain matters relating to the submission of a bid package. (See Declaration of Thomas A. Connop, attached hereto as Exhibit A.)  Again, counsel for Desert Capital inquired whether the employment of Mr. Hamilton by Consolidated Mortgage would preclude Desert Capital from qualifying as a bidder under the Court's Bid Procedures. Both Mr. Reed and Ms. Jarvis assured Desert Capital that Mr. Hamilton's employment would not be a disqualifying factor.

6.    In reliance on the representations by Debtors' counsel and Debtors' representative, Desert Capital prepared and timely submitted a bid package pursuant to the Court's Bid Procedures on November 30, 2006.

7.    On December 5, 2006, Desert Capital was contacted by James Reed who advised that, in order to be determined a Qualified Bidder, it would be necessary for Desert Capital to increase the amount of its deposit in light of the terms of the package submitted, and that upon receipt of the revised bid package, Desert Capital would be a qualified bidder.  Desert Capital complied with Mr. Reed's request and submitted a revised Asset Purchase Agreement committing to increase the amount of its deposit to 10% of the bid or $6,500,000.00, whichever is greater.  At approximately 4:30 p.m. on December 5, 2006, Desert Capital amended the revised package, fulfilling Mr. Reed's request. (See Declaration of Bobby Choudhury, attached hereto as Exhibit B.)

DALLAS: 513749.00007: 1552317v1

8. Approximately three hours later, Mr. Reed contacted Desert Capital and purported to revoke Desert Capital's qualification. The stated reason for the purported revocation was Consolidated Mortgage's employment of Mr. Hamilton. (See Declaration of Todd Parriott, attached hereto as Exhibit C.)

9. Mr. Hamilton's employment was specifically raised with Mr. Schwartzer, Mr. Reed, and Ms. Jarvis on at least two occasions, all of whom advised that Mr. Hamilton's employment would not disqualify Desert Capital. In reliance on these representations, Desert Capital expended substantial time, effort and expense in preparing its bid package. It was represented to Desert Capital that it was, in fact, a qualified bidder. Later, representing committee opposition, the Debtors purported to retract that qualification. The Bid Procedures direct that the Debtors have the discretion to determine who is and is not a "Qualified Bidder", in consultation with the Committees. Any dispute is to be determined by the Court. Apparently, the Debtors, at least, have determined that Desert Capital is qualified.

10. Desert Capital has complied with the bid procedures. It has submitted adequate evidence to illustrate that it is a Qualified Bidder. It is ready, willing and able to participate in the auction process. Desert Capital's participation in the auction process is in the best interest of the Debtor and its creditors.

/ / /

/ / /

/ / /

/ / /

4

WHEREFORE, Desert Capital REIT, Inc. prays that an expedited hearing be held on this emergency motion and the Court enter an order determining it to be a "Qualified Bidder" for purposes of the auction to be conducted on December 7, 2006.

Dated: December 6, 2006

    \s\ Regina M. McConnell
Regina M. McConnell, Esq.
Nevada Bar No. 8029
KRAVITZ, SCHNITZER, SLOANE,
    JOHNSON & EBERHARDY, CHTD.
1389 Galleria Drive, Suite 200
Henderson, NV  89014
Telephone:  (702) 362-6666
Facsimile:  (702) 362-2203
*ATTORNEYS FOR DESERT CAPITAL REIT, INC.*

Thomas A. Connop
Texas Bar No. 04702500
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
(214) 740-8000 (telephone)
(214) 740-8800 (telecopy)

DALLAS: 513749.00007: 1552317v1

**EXHIBIT A**

Regina M. McConnell, Esq.
Nevada Bar No. 8029
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone:  (702) 362-6666
Facsimile:  (702) 362-2203

OF COUNSEL:
Thomas A. Connop
Texas Bar No. 04702500
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile:  (214) 740-8800
Email: tconnop@lockeliddell.com

ATTORNEYS FOR DESERT CAPITAL REIT, INC.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | |
| In re:<br>US CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                              Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | **DECLARATION OF THOMAS A. CONNOP IN SUPPORT OF MOTION OF DESERT CAPITAL REIT, INC. FOR ORDER DETERMINING STATUS AS A QUALIFIED BIDDER UNDER BID PROCEDURES** |
| In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | |
| Affects: | |

DALLAS: 513749.00007: 1552368v1

| | |
|---|---|
| ☒ | All Debtors |
| ☐ | USA Commercial Mortgage Company |
| ☐ | USA Securities, LLC |
| ☐ | USA Capital Realty Advisors, LLC |
| ☐ | USA Capital Diversified Trust Deed Fund, LLC |
| ☐ | USA First Trust Deed Fund, LLC |

STATE OF TEXAS        §
                      §
COUNTY OF DALLAS      §

I, Thomas A. Connop, declare as follows:

1.    I am an attorney for Desert Capital REIT, Inc. in connection with its submission of a bid for assets of the Debtors in the above Chapter 11 proceedings.

2.    On November 28, 2006, I contacted Lenard E. Schwartzer, counsel for Debtors and Debtors-in-Possession to inquire whether an affiliation of Mr. Paul D. Hamilton with Consolidated Mortgage, LLC, would disqualify Consolidated Mortgage, LLC or its affiliates from being a "Qualified Bidder" in these cases. Mr. Schwartzer assured me that Mr. Hamilton's employment would not preclude Consolidated Mortgage, LLC or its affiliates from becoming a Qualified Bidder.

3.    On November 29, 2006, I participated in a telephone conversation with Mr. James Reed and Mr. Bill Faisel of Mesirow Financial, and Ms. Annette W. Jarvis, counsel for Debtors and Debtors-in-Possession. In this conversation, I again inquired whether the affiliation with Mr. Paul D. Hamilton would be a factor that prevented Consolidated Mortgage, LLC or its affiliates from becoming a Qualified Bidder in connection with these cases. Again, we were assured that Mr. Hamilton's employment by Consolidated Mortgage, LLC would not prohibit Consolidated Mortgage, LLC or its affiliates from being a Qualified Bidder in these cases.

I submit the foregoing declaration under penalty of perjury.

2

DALLAS: 513749.00007: 1552368v1

THOMAS A. CONNOP

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 6th day of December, 2006.

Notary Public, State of Texas

Thuy T. Le Perez
Print Name of Notary

My Commission Expires:

08/05/10

THUY T. LE PEREZ
Notary Public, State of Texas
My Commission Expires 08-05-10

3

**EXHIBIT B**

1 | Regina M. McConnell, Esq.
Nevada Bar No. 8029
2 | Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
3 | Henderson, NV 89014
Telephone: (702) 362-6666
4 | Facsimile: (702) 362-2203

5 | OF COUNSEL:
6 | Thomas A. Connop
Texas Bar No. 04702500
7 | LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
8 | Dallas, TX 75201
Telephone: (214) 740-8000
9 | Facsimile: (214) 740-8800
Email: tconnop@lockeliddell.com

10

11 | ATTORNEYS FOR DESERT CAPITAL REIT, INC.

**UNITED STATES BANKRUPTCY COURT**
12 | **DISTRICT OF NEVADA**

13 | In re:
14 | USA        COMMERCIAL        MORTGAGE
COMPANY,
15 |                               Debtor.

16 | In re:
USA CAPITAL REALTY ADVISORS, LLC,
17 |                               Debtor.

18 | In re:
US CAPITAL DIVERSIFIED TRUST DEED
19 | FUND, LLC,
                               Debtor.
20

21 | In re:
USA CAPITAL FIRST TRUST DEED FUND,
22 | LLC,
                               Debtor.
23 | In re:
USA SECURITIES, LLC,
24 |                               Debtor.

25 | Affects:
26 | ☒     All Debtors
☐     USA Commercial Mortgage Company
27 | ☐     USA Securities, LLC
☐     USA Capital Realty Advisors, LLC
28

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**DECLARATION OF BOBBY CHOUDHURY
IN SUPPORT OF MOTION OF DESERT
CAPITAL     REIT,     INC.     FOR     ORDER
DETERMINING STATUS AS A QUALIFIED
BIDDER UNDER BID PROCEDURES**

1    ☐    USA Capital Diversified Trust Deed Fund, LLC
2    ☐    USA First Trust Deed Fund, LLC

3    STATE OF NEVADA    §
                         §
4    COUNTY OF CLARK    §

5        I, Bobby Choudhury, declare as follows:

6        1.    I am the Legal Associate of Consolidated Mortgage, LLC, a subsidiary of Desert Capital
7    REIT, Inc. in connection with its submission of a bid for assets of the Debtors in the above Chapter 11
8    proceedings.

9        2.    On approximately November 20, 2006, Desert Capital REIT, Inc. disclosed to debtor's
10   counsel and James Reed and Bill Fasel from Mesirow Financial that Paul Hamilton was currently
11   employed by Desert Capital.  I was informed that his employment would not be a deterrence for Desert
12   Capital to become a qualified bidder.

13       3.    On November 30, 2006, I submitted a disclosure of all pre-petition and post-petition
14
15   affiliations which included Paul Hamilton as required by the Section 3(i) of the Bid Procedures.

16       4.    On December 5, 2006, I was contacted by Mr. Reed, Vice President of Mesirow
17   Financial in which he stated that Desert Capital  had to modify the definition of Deposit so it would rad
18   that the amount of the deposit ist to be the greater of 10% of the ultimated purchase price or $6.5 million.
19   Desert Capital complied with this request and submitted a revised Asset Purchase Agreement
20   ("Agreement") via electronic mail.

21       5.    Mr. Reed informed me that once the Agreement was received with the revised deposit
22   amount, Desert Capital would be approved.

23       6.    At approximately 4:30 p.m. on December 5, 2006, I hand delivered the Agreement to
24   Mesirow's office fulfilling all of Mr. Reed's requests.

25   ///
26   ///
27
28

2

1  I submit the foregoing declaration under penalty of perjury.

2  
3  _____
   BOBBY CHOUDHURY

4  SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this ___6___ day of

5  December, 2006.

6  
   BRIAN ELWOOD
   NOTARY PUBLIC
   STATE OF NEVADA
   APPT. No. 06-103640-1
   MY APPT. EXPIRES MARCH 6, 2010

7  _____
   Notary Public, State of Nevada

8  My Commission Expires:
   _Brian Elwood_
   Print Name of Notary

9  __3/6/10_____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**EXHIBIT C**

1   Regina M. McConnell, Esq.
    Nevada Bar No. 8029
2   Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
    1389 Galleria Drive, Suite 200
3   Henderson, NV  89014
    Telephone:  (702) 362-6666
4   Facsimile:  (702) 362-2203

5   OF COUNSEL:
    Thomas A. Connop
6   Texas Bar No. 04702500
    LOCKE LIDDELL & SAPP LLP
7   2200 Ross Avenue, Suite 2200
    Dallas, TX  75201
8   Telephone: (214) 740-8000
    Facsimile:  (214) 740-8800
9   Email: tconnop@lockeliddell.com

10  ATTORNEYS FOR DESERT CAPITAL REIT, INC.

11              UNITED STATES BANKRUPTCY COURT
12                    DISTRICT OF NEVADA

13  In re:
    USA      COMMERCIAL      MORTGAGE
14  COMPANY,
                         Debtor.                    Case No. BK-S-06-10725 LBR
15                                                  Case No. BK-S-06-10726 LBR
    In re:                                          Case No. BK-S-06-10727 LBR
16  USA CAPITAL REALTY ADVISORS, LLC,               Case No. BK-S-06-10728 LBR
                         Debtor.                    Case No. BK-S-06-10729 LBR
17
18  In re:                                          Chapter 11
    US CAPITAL DIVERSIFIED TRUST DEED
19  FUND, LLC,                                      Jointly Administered Under
                         Debtor.                    Case No. BK-S-06-10725 LBR
20
21  In re:
    USA CAPITAL FIRST TRUST DEED FUND,
22  LLC,                                            **DECLARATION OF TODD PARRIOTT IN
                         Debtor.                    SUPPORT  OF  MOTION  OF  DESERT
23                                                  CAPITAL   REIT,  INC.  FOR  ORDER
    In re:                                          DETERMINING STATUS AS A QUALIFIED
24  USA SECURITIES, LLC,                            BIDDER UNDER BID PROCEDURES**
                         Debtor.
25
    Affects:
26  ☒   All Debtors
    ☐   USA Commercial Mortgage Company
27  ☐   USA Securities, LLC
    ☐   USA Capital Realty Advisors, LLC
28

1    ☐    USA Capital Diversified Trust Deed Fund,
      LLC
2    ☐    USA First Trust Deed Fund, LLC

3    STATE OF NEVADA    §
                        §
4    COUNTY OF CLARK    §

5        I, Todd Parriott, declare as follows:

6        1.    I am the Chief Executive Officer of Desert Capital REIT, Inc. in connection with its

7    submission of a bid for assets of the Debtors in the above Chapter 11 proceedings.

8        2.    On December 5, 2006, I was contacted by Mr. Reed, Vice President of Mesirow

9    Financial in which he stated that Desert Capital  is no longer a qualified bidder because of Paul

10   Hamilton's employment.

11       3.    I informed Mr. Reed that Paul Hamilton's employment would be terminated, if

12   necessary, upon granting of qualified bid status.

13

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

                                    2

1    I submit the foregoing declaration under penalty of perjury.

2

3                                                        TODD PARRIOTT

4            SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this ___6___ day of

5    December, 2006.

6        BRIAN ELWOOD
         NOTARY PUBLIC
         STATE OF NEVADA
7        APPT. No. 06-103640-1
         MY APPT. EXPIRES MARCH 6, 2010        Notary Public, State of Nevada

8    My Commission Expires:                     Brian Elwood

9        3/6/10                                  Print Name of Notary

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3