```
 1  Regina M. McConnell, Esq.
    Nevada Bar No. 8029
 2  Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
 3  1389 Galleria Drive, Suite 200
    Henderson, NV  89014                    E-filed on 12/6/06.
 4  Telephone:  (702) 362-6666
    Facsimile:   (702) 362-2203
 5
    OF COUNSEL:
 6  Thomas A. Connop
 7  Texas Bar No. 04702500
    LOCKE LIDDELL & SAPP LLP
 8  2200 Ross Avenue, Suite 2200
    Dallas, TX  75201
 9  Telephone: (214) 740-8000
    Facsimile:  (214) 740-8800
10  Email: tconnop@lockeliddell.com
11
    ATTORNEYS FOR DESERT CAPITAL REIT, INC.
12
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　Debtor. | Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>US CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　Debtor. | **ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　Debtor. | |

DALLAS: 513749.00007: 1552322v1

Affects:
- ☒ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened as indicated below:

| NAME | DATE CONTACTED | AGREE/DISAGREE |
|---|---|---|
| United States Trustee | 12/6/06 | X |
| Lenard E. Schwartzer | 12/06/06/ | X |

Dated this 6TH day of December, 2006.

Submitted by:

\s\ Regina M. McConnell
Regina M. McConnell, Esq.
Nevada Bar No. 8029
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson, NV  89014
Telephone:  (702) 362-6666
Facsimile:  (702) 362-2203

OF COUNSEL:
Thomas A. Connop
Texas Bar No. 04702500
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
Telephone: (214) 740-8000
Facsimile:  (214) 740-8800
Email: tconnop@lockeliddell.com

ATTORNEYS FOR DESERT CAPITAL REIT, INC.

DALLAS: 513749.00007: 1552322v1