Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON DECEMBER 6, 2006

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                              Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                              Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                              Debtor. | **RESPONSE TO MOTION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF DESERT CAPITAL REIT, INC. FOR ORDER DETERMING STATUS AS A QUALIFIED BIDDER UNDER BID PROCEDURES (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                              Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: OST REQUESTED BY MOVANT<br>Time: OST REQUESTED BY MOVANT |

USA Commercial Mortgage Company ("USACM"), USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund"), USA Capital First Trust Deed Fund, LLC ("FTD Fund"), USA Capital Realty Advisors, LLC ("Realty Advisors"), and USA Securities, LLC ("USA Securities") (collectively, the "Debtors") by and through their attorneys, Schwartzer & McPherson Law Firm

1

and Ray Quinney & Nebeker, P.C., have conferred with counsel for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company (the "Direct Lenders Committee"), the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC (the "First Trust Equity Holders Committee"), the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "Unsecured Creditors Committee"), and the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund LLC (the "Diversified Trust Equity Holders Committee")(collectively, the "Committees"), and the Debtors and the Committees have agreed that the "Emergency Motion Of Desert Capital REIT, Inc. For Order Determining Status As A Qualified Bidder Under Bid Procedures" (the "Motion") filed by Regina M. McConnell, Esq. of Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd. should be heard, if suitable to the Court, at the Court's scheduled hearing set for December 7, 2006 at 9:30 a.m.

The Debtors and the Committees note, however, that they do not consent to the relief requested in the Motion.

DATED: December 6, 2006.

/s/ JEANETTE E. MCPHERSON
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Esq., Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas NV 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Attorneys for Debtors and Debtors-in-Possession

Response to Motion for OST Re Desert Capital REIT