ELECTRONICALLY FILED
December 7, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:       fmerola@stutman.com
             ekarasik@stutman.com
             cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:       jshea@sheacarlyon.com
             ccarlyon@sheacarlyon.com
             ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | |

**DECLARATION OF FRANK A. MEROLA AND SUPPLEMENTAL STATEMENT OF
DISINTERESTEDNESS OF STUTMAN, TREISTER & GLATT, P.C. AS COUNSEL TO
THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL
FIRST TRUST DEED FUND, LLC PURSUANT TO RULE 2014(a) OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE
(AFFECTS USA FIRST TRUST DEED FUND, LLC)**

40591/v1

Frank A. Merola, being duly sworn upon his oath, states and affirms as follows:

1.      I am over eighteen years of age and have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently with respect thereto from my own personal knowledge except as otherwise stated.

2.      I am a member of Stutman, Treister & Glatt Professional Corporation ("ST&G") which maintains offices at 1901 Avenue of the Stars, 12th Floor, Los Angeles, California, 90067; Telephone No.: (310) 228-5600; Facsimile No. (310) 228-5788.  I am an attorney at law licensed to practice before the courts of the State of California, and the United States District Court for the Southern, Central, and Northern Districts of California.

3.      Pursuant to its "Order Authorizing Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Employ Stutman, Treister & Glatt, P.C. as its Special Bankruptcy Counsel Effective May 10, 2006" entered on June 19, 2006 [docket no. 700], the Court approved the employment of ST&G as special bankruptcy counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee").

4.      This declaration is a supplement to the "Declaration of Jeffrey H. Davidson," which was annexed to ST&G's employment application [docket no. 280].  This declaration is made in light of recent developments in the above-captioned cases (the "Chapter 11 Cases") that ST&G believes ought to be disclosed pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.  ST&G and I believe that the connection disclosed herein does not create any conflict of interest for ST&G, or that the connection would in any way impede ST&G in devoting its full and complete loyalty to the FTDF Committee and to the investors for whom the FTDF Committee is a fiduciary.

5.      With respect to ST&G's involvement with, or representation of, the FTDF Committee in the Chapter 11 Cases, ST&G hereby discloses that:

a.      ST&G has been advised that CapitalSource Finance LLC ("CapSource") has conditionally agreed to provide financing to an entity that is likely to be a bidder at the auction to be held on December 7, 2006 (the "Auction") in connection with the contemplated

1  sale of substantially all of the assets of USA Capital First Trust Deed Fund, LLC (the "FTDF")

2  and certain assets of USA Commercial Mortgage Company; and

3          b.      ST&G represents CapSource as a creditor in several matters, both in and

4  out of court, from time to time.  Currently, ST&G represents CapSource in the Chapter 11 cases

5  of Era Aviation, Inc. and Era Aviation Investment Group, LLC, pending in the US Bankruptcy

6  Court for the District of Alaska, as well as in an unrelated out of court restructuring.

7          6.      ST&G does not represent CapSource in connection with the Chapter 11

8  Cases.  Moreover, none of the members of ST&G that perform services on behalf of the FTDF

9  Committee in the Chapter 11 Cases have any involvement in the matters in which ST&G is

10  representing CapSource.

11          7.      I bring these connections to the attention of the Court and parties in

12  interest in the spirit of full disclosure.  I continue to believe that ST&G's relationship with

13  CapSource will in no way impact any ST&G action, decision or thought process in rendering

14  services to the FTDF Committee.

15          I declare under penalty of perjury that the foregoing is true and correct to the best

16  of my knowledge, information and belief

17      Executed at ~~Los Angeles~~, California, this 7th day of December.

21  Frank A. Merola

405917v1                            3