FILED
ELECTRONICALLY
12/7/06

SHEA & CARLYON, LTD.
CANDACE C. CARLYON
Nevada Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
228 S. Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702)471-7432
Facsimile: (702)471-7435
Email:  jshea@sheacarlyon.com
        ccarlyon@sheacarlyon.com
        ssherman@sheacarlyon.com

*Special (Nevada) Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>                      Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                      Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                      Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                      Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>                      Debtor | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | DATE: June 5, 2006<br>TIME: 9:30 a.m. |

**DECLARATION OF SHLOMO S. SHERMAN, ESQ. AND FOURTH SUPPLEMENTAL STATEMENT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION FOR ORDER APPOINTING SHEA & CARLYON, LTD. AS SPECIAL (NEVADA) COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC**

*SHEA & CARLYON, LTD.*
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

1

I, Shlomo S. Sherman, Esq., hereby declare and state as follows:

1. The following facts are personally known to me and if called to testify thereto, I could and would do so, under oath.

2. I make this Declaration and Fourth Supplemental Statement of Disinterestedness ("Declaration") in support of the Application (the "Application") for Order Appointing Shea & Carlyon, Ltd. ("Shea & Carlyon") as Special (Nevada) Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), which Application the Court granted by an Order entered on June 20, 2006 (docket #739).

3. To the best of my knowledge, and based upon the Fourth Supplemental Statement of Disinterestedness herein, neither Shea & Carlyon, nor any of its shareholders have any present connection with the any of the official committees appointed in the USA cases, the debtors, any creditors of the estate, any party in interest, their attorneys or accountants, the United States Trustee and any person employed in the office of the United States Trustee other than those described in the Application, in both the initial and supplemental Declarations of James Patrick Shea, Esq. in support thereof (docket #s 304 and 1180, respectively), in the Declaration of Candace C. Carlyon, Esq. and Second Supplemental Statement of Disinterestedness in support thereof (docket #1742), in the Declaration of Shawn W. Miller and Third Supplemental Statement of Disinterestedness in support thereof (docket #1921); and in this Declaration.

4. With respect to Shea & Carlyon's involvement with, or representation of, the FTDF Committee in this Bankruptcy Case, Shea & Carlyon hereby discloses the following

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

connections and developments that have been discovered in the course of its involvement in the USA cases:

    a. Shea & Carlyon currently represents Consolidated Mortgage, LLC ("Consolidated"), the successor-in-interest to Consolidated Mortgage Corporation, and a subsidiary of Desert Capital REIT, Inc with respect to several matters that are unrelated to the bankruptcy proceedings. In addition, Shea & Carlyon has provided past representation to Desert Capital REIT, Inc, in an unrelated matter. The following is a list of additional entities that are affiliated with Consolidated for whom Shea & Carlyon has provided or provides either past or present representation in matters that are wholly unrelated to these bankruptcy proceedings:

        1. CM Land, LLC;

        2. DCR Galleria, LLC;

        3. Vieux Carre, LLC, which is owned by Cameron Street, LLC, an affiliate of Consolidated;

        4. Deb Ella, LLC.

    b. In addition, Shea & Carlyon serves as Resident Agent for the following affiliated entities:

        1. Consolidated Mortgage, LLC;

        2. DCR Galleria, LLC;

        3. CM Land, LLC;

        4. Residential Capital Mortgage Corporation;

        5. Residential Capital Corporation;

      6. Burton Management Company, Ltd.;

      7. CMC Financial Services, Inc.

   c. Desert Capital REIT, Inc. is a potential overbidder in today's auction of substantially all of the assets of USA Capital Trust Deed Fund, LLC, and certain assets of USA Commercial Mortgage Company.

5. In order to avoid even the appearance of impropriety or undue influence with respect to the Auction proceedings, Shea & Carlyon, has implemented the following internal procedures as of November 30, 2006:

   a. Shea & Carlyon has not and will not engage in any communications with Consolidated or any of its affiliates regarding any aspect of the USA cases.

   b. Shea & Carlyon has not and will not make any recommendations to the FTDF Committee with respect to either the qualification or the selection of a particular bidder.

6. Shea & Carlyon will continue to be involved in other aspects of the Auction proceedings, as well as the proceedings relating to the confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, Nevada 89101
(702) 471-7432

7. To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of December, 2006.

SHEA & CARLYON, LTD.

*[signature]*

CANDACE C. CARLYON
Nevada Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
228 S. Fourth Street, First Floor
Las Vegas, NV 89101