COM
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorney for
RICHARD THURMOND LTD PARTNERSHIP

E-Filed 12-7-06

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　Debtor<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br>　　　　　Debtor<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br>　　　　　Debtor<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br>　　　　　Debtor<br>In re:<br>USA SECURITIES, LLC.<br>　　　　　Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: N/A<br>Time of Hearing: N/A<br><br>Affects:<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>☐ USA Realty Advisors, LLC<br>☐ All Debtors |

## CERTIFICATE OF MAILING

I hereby certify that service of three (**3**) PROOFS OF CLAIM was made this  7 th day of December, 2006, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

**DEBTOR AND COUNSEL**
Annette W. Jarvis
Ray Quinney & Nebeker P.c.
36 South State Street, Suite 1400
P.o. Box 45385
Salt Lake City, Utah 84145-0385

1  Lenard E. Schwartzer
   Jeanette E. Mcpherson
2  Schwartzer & Mcpherson Law Firm
   2850 South Jones Boulevard, Suite 1
3  Las Vegas, Nevada 89146-5308

4  USA Commercial Mortgage
   USA Capital Realty Advisors, LLC
5  USA Capital Diversified Trust Deed Fund, LLC
   USA Capital First Trust Deed Fund, LLC
6  USA Securities, LLC
   Thomas J. Allison
7  4484 South Pecos Road
   Las Vegas, NV 89121
8

9  Office of the U.S. Trustee
   600 Las Vegas Blvd., South,
10 Ste. 4300
   Las Vegas, NV 89101
11

12
                            /s/ Suanne Saavedra
13                          Employee of DEANER, DEANER, SCANN,
14                          MALAN & LARSEN

15
   F:\OFFICE\CLIENTS\THURMOND\USA Capital\COM POC.wpd
16