**Entered on Docket**
**December 07, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

ORDER
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. **000776**
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. **003229**
DEANER, DEANER, SCANN,
**MALAN** & LARSEN
**720** South Fourth Street, Suite **#300**
Las Vegas, Nevada **89101**
**(702) 382-6911**
Attorneys for **Binford** Medical Developers, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| Debtor | |
| In re: | Chapter 11<br>Jointly Administered Under |
| USA CAPITAL REALTY ADVISORS, LLC. | |
| Debtor | ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO TEMPORARILY ALLOW CLAIM OF **BINFORD** MEDICAL DEVELOPERS, LLC **FOR VOTING**        )SES |
| In re: | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC. | |
| Debtor | Date of Hearing: December 15, 2006<br>Time of Hearing: 9:30 A.M. |
| In re: | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC. | Affects:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| Debtor | ☒ USA Capital First Trust Deed Fund, LLC |

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

|  |  |
|---|---|
| In re:<br><br>USA SECURITIES, LLC.<br><br>_____Debtor_____ | ) OUSA Securities, LLC<br>) OUSA Realty Advisors, LLC<br>) ☐ All Debtors<br>)<br>)<br>) |

**ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO TEMPORARILY ALLOW CLAIM OF BINFORD MEDICAL DEVELOPERS, LLC FOR VOTING PURPOSES**

TO:  ALL PARTIES IN INTEREST

   PLEASE TAKE NOTICE that upon an Ex Parte Motion for An Order Shortening Time to Hear Motion to Temporarily Allow Claim of Binford Medical Developers, LLC for Voting Purposes, and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

   ORDERED that the hearing on the Motion to Temporarily Allow Claim of Binford Medical Developers, LLC For Voting Purposes will be heard before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Blvd., South, Third Floor, Courtroom #1, Las Vegas, Nevada, on     December 15    , 2006 at the hour of    9:30    (a.m.)\ p.m.

   A copy of the filed Motion may be obtained by accessing BMC Group, Inc.'s website at www.bmcgroup.com/usamc, by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-0100.

Submitted by:

DEANER, DEANER, SCANN,
MALAN & LARSEN

By _/s/ Susan Williams Scann_____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorney for Binford Medical Developers, LLC

2