*Electronically Filed*
*December 8, 2006*

Andrew K. Alper
Name
088876
Bar Code #
6500 Wilshire Boulevard
Address
Seventeenth Floor

Los Angeles, California 90048-4920

Phone #  (323) 852-1000

E-mail address  aalper@frandzel.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

In re                                          )
                                               )
USA COMMERCIAL                                 )   Bankruptcy No.  BK-S-06-10725-LBR
MORTGAGE COMPANY,                              )
                                               )   Chapter  11
                                               )
            Debtor(s)                          )

## DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for Dayco Funding Corporation _____, the creditor _____ herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate Randolph L. Howard attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

Bar Code #6688, 3320 West Sahara Avenue, Suite 380,

Las Vegas, Nevada 89102 - (702) 362-7800
(Bar Code #, Street, City, State, Zip Code and Telephone Number)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Attorney at Law

Counsel for   Dayco Funding Corporation

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Randolph L. Howard
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) Randolph L. Howard as its Designated Nevada Counsel is this case.

DAYCO FUNDING CORPORATION

By _____

H. SEAN DAYANI

VP-Designation-08-04

TOTAL P.002