Robert C. LePome, Esq.  E-Filed December 8, 2006
10120 S. Eastern Ave. #200
Henderson, NV 89052
(702) 492-1271
Nevada Bar #1980
Attorney for Interested Parties

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: ) | BK-S-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10726-LBR |
| ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10727-LBR |
| ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED ) | |
| FUND, LLC, ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10728-LBR |
| ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, ) | |
| LLC, ) | |
| Debtor ) | |
| In re: ) | BK-S-06-10729-LBR |
| ) | Chapter 11 |
| USA SECURITIES, LLC, ) | |
| Debtor ) | |
| Affects: ) | |
| ■ All Debtors ) | |
| ☐ USA Commercial Mortgage Co. ) | |
| ☐ USA Securities, LLC ) | |
| ☐ USA Capital Realty Advisors, LLC ) | DATE: N/A |
| ☐ USA Capital Diversified Trust Deed ) | TIME: N/A |
| ☐ USA First Trust Deed Fund, LLC ) | |
| ) | |

1

WITHDRAWAL OF PROOF OF CLAIM NO. 1548

COME NOW PAMELA MARTON, by and through her attorney, ROBERT C. LEPOME, ESQ., and hereby withdraws the Proof of Claim filed on December 7, 2006 as Claim No. 1548 for the reason that the Claim was filed in error.

Robert C. LePome, Esq.

/s/ Robert C. LePome, Esq
Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101
(702) 385-5509
Nevada Bar #1980
Attorney for Interest Parties