

Entered on Docket
December 08, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER GRANTING *EX PARTE*** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **APPLICATION TO FILE DIRECT LENDER DETAILED INFORMATION UNDER SEAL [AFFECTS ALL DEBTORS]** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date of Hearing: N/A<br>Time of Hearing: N/A |

- 1 -

1   THE COURT having considered the Ex Parte Application To File Direct Lender Detailed
2   Information Under Seal [Affects All Debtors], and after proper review, it is hereby
3   ORDERED that the information requested to be filed under seal:
4   __X__   be filed under seal and any party who receives the information to be sealed
5           is ordered to keep its contents confidential
6   _____   be made part of the official public file
7   _____   may be withdrawn at the discretion of the Debtor

8
9   Submitted by:
10
11  /s/ Jeanette E. McPherson
    Lenard E. Schwartzer, Esq.
12  Jeanette E. McPherson, Esq.
    Schwartzer & McPherson Law Firm
13  2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada  89146-5308
14
15  and

16  Annette W. Jarvis, Utah Bar No. 1649
    RAY QUINNEY & NEBEKER P.C.
17  36 South State Street, Suite 1400
    P.O. Box 45385
18  Salt Lake City, Utah 84145-0385

19  Attorneys for Debtors and Debtors in Possession
20                               ###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122