1   GORDON & SILVER, LTD.                          E-Filed On December 8, 2006
    GERALD M. GORDON, ESQ.
2   Nevada Bar No. 229
    E-mail:  gmg@gordonsilver.com
3   GREGORY E. GARMAN, ESQ.
    Nevada Bar No. 6654
4   E-mail:  geg@gordonsilver.com
    3960 Howard Hughes Pkwy., 9th Floor
5   Las Vegas, Nevada 89169
    Telephone (702) 796-5555
6   Facsimile (702) 369-2666
    Attorneys for the Official Committee of Holders of Executory Contract
7   Rights through USA Commercial Mortgage Company

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **FOR THE DISTRICT OF NEVADA**

10  In re:                                         Case Nos.:
    USA COMMERCIAL MORTGAGE COMPANY,               BK-S-06-10725-LBR
11                                                  BK-S-06-10726-LBR
                    Debtor.                         BK-S-06-10727-LBR
12  In re:                                          BK-S-06-10728-LBR
    USA CAPITAL REALTY ADVISORS, LLC,              BK-S-06-10729-LBR
13
                    Debtor.
14  In re:                                         JOINTLY ADMINISTERED
    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,  Chapter 11
15
                    Debtor.
16  In re:                                         **NOTICE OF ENTRY OF**
    USA CAPITAL FIRST TRUST DEED FUND, LLC,        **ORDER APPROVING FIRST**
17                                                  **INTERIM APPLICATION OF**
                    Debtor.                         **OFFICIAL COMMITTEE OF**
18  In re:                                         **HOLDERS OF EXECUTORY**
    USA SECURITIES, LLC,                           **CONTRACT RIGHTS**
19                                                  **THROUGH USA**
                    Debtor.                         **COMMERCIAL MORTGAGE**
20  Affects:                                        **COMPANY FOR**
    ☐  All Debtors                                 **REIMBURSEMENT OF**
21  ☒  USA Commercial Mortgage Company             **EXPENSES OF COMMITTEE**
    ☐  USA Capital Realty Advisors, LLC            **MEMBERS**
22  ☐  USA Capital Diversified Trust Deed Fund, LLC
    ☐  USA Capital First Trust Deed Fund, LLC
23  ☐  USA Securities, LLC                         Date:  October 19, 2006
                                                    Time: 9:30 a.m.
24

25

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555                    100933-001/441501.doc

1    PLEASE TAKE NOTICE that an Order Approving First Interim Application of Official

2   Committee of Holders of Executory Contract Rights through USA Commercial Mortgage

3   Company for Reimbursement of Expenses of Committee Members, a copy of which is attached

4   hereto, was entered in the above-captioned matter on the 8th day of December, 2006.

5    DATED this 8th day of December, 2006.

6    GORDON & SILVER, LTD.

7

8    By: _____
     GERALD M. GORDON, ESQ.
9    GREGORY E. GARMAN, ESQ.
     3960 Howard Hughes Pkwy., 9th Floor
10   Las Vegas, Nevada 89169

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/441501.doc

2



**Entered on Docket
December 08, 2006**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

1

2

3

4

5

6

7  GORDON & SILVER, LTD.
   GERALD M. GORDON, ESQ.
8  Nevada Bar No. 229
   E-mail: gmg@gordonsilver.com
9  GREGORY E. GARMAN, ESQ.
   Nevada Bar No. 6654
10 E-mail: geg@gordonsilver.com
   3960 Howard Hughes Pkwy., 9th Floor
11 Las Vegas, Nevada 89169
   Telephone (702) 796-5555
12 Facsimile (702) 369-2666
   Attorneys for the Official Committee of Holders of Executory
13 Contract Rights through USA Commercial Mortgage Company

14              **UNITED STATES BANKRUPTCY COURT**

15                **FOR THE DISTRICT OF NEVADA**

16 | In re:
   | USA COMMERCIAL MORTGAGE COMPANY,

17 |                          Debtor.

18 | In re:
   | USA CAPITAL REALTY ADVISORS, LLC,

19 |                          Debtor.

20 | In re:
   | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

21 |                          Debtor.

22 | In re:
   | USA CAPITAL FIRST TRUST DEED FUND, LLC,

23 |                          Debtor.

24 | In re:
   | USA SECURITIES, LLC,

25 |                          Debtor.

Case Nos.:
BK-S-06-10725-LBR
BK-S-06-10726-LBR
BK-S-06-10727-LBR
BK-S-06-10728-LBR
BK-S-06-10729-LBR

JOINTLY ADMINISTERED
Chapter 11

Date:  October 19, 2006
Time:  9:30 a.m.

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/432211.doc

Affects:
- [ ] All Debtors
- [x] USA Commercial Mortgage Company
- [ ] USA Capital Realty Advisors, LLC
- [ ] USA Capital Diversified Trust Deed Fund, LLC
- [ ] USA Capital First Trust Deed Fund, LLC
- [ ] USA Securities, LLC

## ORDER APPROVING FIRST INTERIM APPLICATION OF OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY FOR REIMBURSEMENT OF EXPENSES OF COMMITTEE MEMBERS

The Court having considered the First Interim Application of the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company for Reimbursement of Expenses of Committee Members (the "Application") filed by Gordon & Silver, Ltd. on behalf of certain members of the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company ("Committee"); having reviewed the pleadings, papers and records on file in this matter; having considered the arguments of counsel, and good cause appearing, the Court finds:

(i)   it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334;

(ii)  this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

(iii) notice of the Application was appropriate under the circumstances; and

(iv)  upon the record herein after due deliberation thereon, it appearing that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that:

The Application is granted as set forth below:

1.   Mr. Flier is hereby allowed interim reimbursement of expenses in the amount of $1,669.17 for the period from May 17, 2006 through August 26, 2006 (the "First Interim Period");

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/432211.doc

2

1          2.    Mr. McCollum is hereby allowed interim reimbursement of expenses in

2    the amount of $1,351.62 for the First Interim Period;

3          3.    Mr. Polacheck is hereby allowed interim reimbursement of expenses in the

4    amount of $629.57 for the First Interim Period;

5          4.    Mr. Homfeld is hereby allowed interim reimbursement of expenses in the

6    amount of $4,145.53 for the First Interim Period; and

7          5.    USA Commercial Mortgage Company is hereby authorized and directed

8    to pay forthwith Messrs. Flier, McCollum, Polacheck and Homfeld as set forth herein.

SUBMITTED BY:

GORDON & SILVER, LTD.

By:

   GERALD M. GORDON, ESQ.
   GREGORY R. GARMAN, ESQ.
   Attorneys for the Official Committee of Holders of Executory
   Contract Rights through USA Commercial Mortgage Company

**APPROVED/DISAPPROVED:**

Office of the United States Trustee

By_____
   August B. Landis
   600 Las Vegas Blvd., So., #430
   Las Vegas, NV 89101

Counsel for the United States Trustee

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/432211.doc

3

1            2.     Mr. McCollum is hereby allowed interim reimbursement of expenses in

2   the amount of $1,351.62 for the First Interim Period;

3            3.     Mr. Polacheck is hereby allowed interim reimbursement of expenses in the

4   amount of $629.57 for the First Interim Period;

5

6            4.     Mr. Homfeld is hereby allowed interim reimbursement of expenses in the

7   amount of $4,145.53 for the First Interim Period; and

8            5.     USA Commercial Mortgage Company is hereby authorized and directed

9   to pay forthwith Messrs. Flier, McCollum, Polacheck and Homfeld as set forth herein.

10

11   SUBMITTED BY:

12   GORDON & SILVER, LTD.

13   By:  _____

14        GERALD M. GORDON, ESQ.
     GREGORY R. GARMAN, ESQ.

15        Attorneys for the Official Committee of Holders of Executory
     Contract Rights through USA Commercial Mortgage Company

16

17   APPROVED/DISAPPROVED:

18   Office of the United States Trustee

19   By _____

20        August B. Landis
     600 Las Vegas Blvd., So., #430

21        Las Vegas, NV 89101

22   Counsel for the United States Trustee

23

24

25

26

27

28

GORDON & SILVER, LTD.
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy.
Las Vegas, Nevada 89109
(702) 796-5555

110933-001/432211.doc

3