1  NOEJ
   SUSAN WILLIAMS SCANN, ESQ.
2  Nevada Bar No. 000776
   PAUL R. CONNAGHAN, ESQ.
3  Nevada Bar No. 003229
   **DEANER, DEANER, SCANN, MALAN & LARSEN**
4  720 South Fourth Street, Suite #300
   Las Vegas, Nevada 89101 (702) 382-6911
5  Attorneys for **Binford** Medical Developers, LLC

E-Filed On 12/8/06

## UNITED STATES BANKRLTPTCY COLTRT

## FOR THE DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE
COMPANY,
                    Debtor

In re:
USA CAPITAL REALTY ADVISORS, LLC.
                    Debtor

In re:
USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC.
                    Debtor

In re:
USA CAPITAL FIRST TRUST
DEED FUND, LLC.
                    Debtor

In re:
USA SECURITIES, LLC.
                    Debtor

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11
Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER GRANTING EX-PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO TEMPORARILY ALLOW CLAIM OF BINFORD MEDICAL DEVELOPERS, LLC FOR VOTING PURPOSES**

Affects:
☐ USA Commercial Mortgage Company
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC
☐ USA Realty Advisors, LLC
☐ All Debtors

**Date of Hearing: 12/15/2006**
**Time of Hearing: 9:30 a.m.**

PLEASE TAKE NOTICE that on the 7th day of December, 2006, an Order Granting Ex Parte Motion for Order Shortening Time to Hear Motion to Temporarily Allow Claim of Binford Medical Developers, LLC for Voting Purposes, to be heard on DECEMBER **15, 2006** at the

///

///

hour of **9:30 a.m.** was entered upon the above entitled Court's docket. A copy of said Order is attached hereto.

DATED this 8th day of December, 2006.

> Respectfully Submitted,
> DEANER, DEANER, SCANN,
> MALAN and LARSEN
>
> By: _____
> SUSAN WILLIAMS SCANN, ESQ.
> Nevada Bar No. 000776
> PAUL R. CONNAGHAN, ESQ.
> Nevada Bar No. 003229
> 720 South Fourth Street, Suite 300
> Las Vegas, Nevada 89101
> Attorneys for Plaintiff
> Binford Medical Developers, LLC

### CERTIFICATE OF MAILING

I hereby certify that service of the above and foregoing **NOTICE OF ENTRY OF ORDER GRANTING EX PARTE ORDER SHORTENING TIME TO HEAR MOTION TO TEMPORARILY ALLOW CLAIM OF BINFORD MEDICAL DEVELOPERS, LLC FOR VOTING PURPOSES** was made this 8th day of December, 2006, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

**DEBTOR AND COUNSEL**

| | |
|---|---|
| Annette W. Jarvis<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385 | Lenard E. Schwartzer<br>Jeanette E. McPherson<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146-5308 |

USA Commercial Mortgage
USA Capital Realty Advisors, LLC
USA Capital Diversified Trust Deed Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

2

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE<br>600 Las Vegas Blvd., South,<br>Ste. 4300<br>Las Vegas, NV 89101 | Adib M. Al-Awar<br>1330 Burro Ct<br>Gardnerville, NV 89140 |
| Byrne E. Falke, Sr.<br>P. O. Box 3774<br>Incline Village, NV 89450 | Everett H. Johnson<br>P. O. Box 3605<br>Incline Village, NV 89450 |
| August J. Amaral<br>P. O. Box 70097<br>Reno, NV 89570 | Byrne E. Falke, Sr.<br>P. O. Box 3774<br>Incline Village, NV 89450 |
| Susan M. Jones<br>2116 Sand Point Rd<br>Discovery Bay, CA 94514 | Peter Bogart<br>P. O. Box 3663<br>Incline Village, NV |
| Allen K, Forbes<br>335 Brande Way<br>Carson City, NV 89704 | Stewart Karlinsky<br>55 Hallmark Circle<br>Menlo Park, CA 94025 |
| 4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | Michael T. Bridges<br>4235 Citrus Circle<br>Yorba Linda, CA 92886 |
| Edward C. Fraser<br>14220 Sorrel Lane<br>Reno, NV 89511 | Marcia J. Knox<br>1885 Vintners Place<br>Reno, NV 89509 |
| William E. Buck<br>P. O. Box 5127<br>Reno, NV 89513 | Paul L. Garcell<br>2013 Grouse Street<br>Las Vegas, NV 89134 |
| Ryan Kurlinski<br>4335 Glen Lytle Road<br>Pittsburgh, PA 15217 | Sher Ciaramitaro<br>10 Robinsdale Rd.<br>Martinez, CA 94553 |
| James Paul Goode<br>300 John Thomas Lane<br>Reno, NV 89513 | Terry Markwell<br>12765 Silver Wolf Rd.<br>Reno, NV 89511 |
| Garth Neal Clifford<br>1648 Warrington Dr.<br>Henderson, NV 89052 | Roberta K. Hatfield<br>2747 Crown Ridge Drive<br>Las Vegas, NV 89134 |
| C/O FIRST SAVINGS BANK<br>2605 East Flamingo Road<br>Las Vegas, NV 89121 | C/O CHUCK HEINFUCHS<br>198 E. Pajaro<br>Newbury Park, CA 91320 |
| JOHN H. WARNER, JR.<br>2048 North Chettro Trail<br>St. George, UT 84770 | Mary E. and Matthew J. Moro, JTWROS<br>1009 8" Street<br>Manhattan Beach, CA 90266 |

| | |
|---|---|
| RICHARD G. WOUDSTRA REVOCABLE TRUST<br>RICHARD G. WOUDSTRA, TTWW<br>P. O. Box 530025<br>Henderson, NV 89053 | WEN BALDWIN SEPARATE PROPERTY TRUST<br>365 Dooley Drive<br>Henderson, NV 89015 |
| JERRY T. MCGIMSEY<br>3115 South El Camino Rd.<br>Las Vegas, NV 89146 | RICHARD HOROWITZ<br>5 Fir Drive<br>Kingspoint, NY 11024 |
| ROBERT G. WORTHEN<br>1112 Worthen Circle<br>Las Vegas, NV 89145 | KATZ 2000 SEPARATE PROPERTY TRUST<br>SARA M. KATZ, MANAGING TRUSTEE<br>4250 Executive Square, #670<br>San Diego, CA 92037 |
| THOMAS C. LAWYER FAMILY TRUST<br>45 Ventana Canyon Drive<br>Las Vegas, NV 89113 | MARJAN RUTAR<br>4043 Chalfont Court<br>Las Vegas, NV 89121 |
| CHARLES O. NICHOLS and FLORA A. NICOLS<br>2561 Seascape Drive<br>Las Vegas, NV 89128 | ROBERT H. MANSFIELD<br>3611 Victory Avenue<br>Las Vegas, NV 89121 |
| FERTITA ENTERPRISES, INC.<br>2960 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89102 | HELMS HOMES, LLC<br>C/O TERRY HELMS<br>809 Upland Blvd.<br>Las Vegas, NV 89107 |
| WILLIAM J. BULLARD<br>FERTITA ENTERPRISES, INC.<br>P. O. Box 27555<br>Las Vegas, NV 89126 | TERRY HELMS LIVING TRUST<br>809 Upland Blvd.<br>Las Vegas, NV 89107 |
| DENNIS FLIER, INC. DEFINED BENEFIT TRUST<br>20155 Porto Vita Way #1803<br>Aventura, FL 33180 | ARTHUR POLACHECK and GLORIANNE POLACHECK<br>2056 Wooklake Circle<br>Deerfield Beach, FL 33442 |
| JAMES W. MCCOLLUM and<br>PAMELA P. MCCOLLUM<br>1011 F. Avenue<br>Coronado, CA 92118 | HOMFELD II, LLC<br>777 South Federal Highway<br>Suite –409<br>Pompano Beach, FL 33062 |
| C/O EDWARD W. HOMFELD<br>858 Bishop Road<br>Grosse Pointe Park, MI 48230 | NEVADA MORTGAGE LENDING DIVISION<br>ATTN: SUSAN ECKHARDT<br>3075 East Flamingo #100<br>Las Vegas, NV 89121 |

4

| | |
|---|---|
| U. S. SECURITIES AND EXCHANGE COMMISSION<br>ATTN: SANDRA W. LAVIGNA<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90036-3648 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K. Street, N.W.<br>Washington, D.C. 20005-4026 |
| DEPARTMENT OF EMPLOYMENT TRAINING<br>EMPLOYMENT SEC. DIV., CONTRIBUTIONS<br>500 East Third Street<br>Carson City, NV 89713-0030 | DMV AND PUBLIC SAFETY RECORDS SECTION<br>555 Wright Way<br>Carson City, NV 89711-0250 |
| EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY DESK<br>9790 Gateway Drive<br>Reno, NV 89521-5906 | NV DEPT. OF TAXATION<br>BANKRUPTCY DIVISION<br>555 East Washington, #1300<br>Las Vegas, NV 89101 |
| INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>Stop 5028 110 City Parkway<br>Las Vegas, NV 89106 | SECRETARY OF STATE<br>STATE OF NEVADA<br>202 North Carson Street<br>Carson City, NV 89701 |
| NV DEPARTMENT OF TAXATION<br>REVENUE DIVISION<br>Capitol Complex<br>Carson City, NV 89701-0003 | OFFICE OF LABOR COMMISSIONER<br>555 East Washington Ave., Suite 4100<br>Las Vegas, NV 89101 |
| U. S. ATTORNEY<br>DISTRICT OF NEVADA<br>323 Las Vegas Blvd., So., #5000<br>Las Vegas, NV 89101 | UNITED STATES DEPT. OF JUSTICE<br>TAX-DIVISION-WESTERN REGION<br>P. O. Box 683-Ben Franklin Station<br>Washington, D.C. 20044 |
| DISTRICT COUNSEL<br>INTERNAL REVENUE SERVICE<br>110 City Parkway<br>Las Vegas, NV 89106 | Internal Revenue Service<br>Ogden, UT 84201 |
| FHA/HUD<br>300 Las Vegas Blvd., #2900<br>Las Vegas, NV 89101 | DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE AND CLAIMS<br>3225 North Central<br>Phoenix, AZ 85012 |
| CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>P. O. Box 551220<br>Las Vegas, NV 89155-1220 | CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>P. O. Box 551401<br>Las Vegas, NV 89155-1401 |
| DON TOMLIN<br>C/O DAVID W. MOUNIER<br>15316 Sky High Road<br>Escondido, CA 92055 | MARYETTA BOWMAN<br>534 Enchanted Lakes Drive<br>Henderson, NV 89052 |

| | |
|---|---|
| EDWARD W. HOMFELD<br>HOMFELD II LLC<br>777 South Federal Highway, Suite -409<br>Pompano Beach, FL  33062 | RICHARD MCKNIGHT, ESQ.<br>Law Offices of Richard McKnight<br>330 S. Third Street, #900<br>Las Vegas, NV  89101 |
| RJ ROCCO<br>12617 Cottageville Lane<br>Keller, TX  76248 | MARGIE GANDOLFO<br>1724 Arrow Wood Drive<br>Reno, NV  89521 |
| JANNY CATHAIUNA BROUWER<br>2533 Kinnard Avenue<br>Henderson, NV  89074 | ROBERT R. KINAS, ESQ.<br>JENNIFER L. MCBEE, ESQ.<br>Snell & Wilmer, LLP<br>3800 Howard Hughes Pkwy., #1000<br>Las Vegas, NV  89109 |
| MICHAEL R. SHULER<br>C/O JAY R. EATON<br>Eaton & O'Leary, PLLC<br>115 Grove Avenue<br>Phoenix, AZ  86301 | JANET L. CHUBB, ESQ.<br>Jones Vargas<br>100 West Liberty Street, 12" Floor<br>P. O. Box 281<br>Reno, NV  89504-0281 |
| MARTIN B. WEISS, ESQ.<br>The Garrett Group, LLC<br>One Better World Circle, Suite 300<br>Temecula, CA  92590 | ATTILA JEFZENSZKY<br>1720 Colavita Way<br>Reno, NV  89521 |
| VINCE DANELIAN<br>C/O EDWARD J. HANIGAN, ESQ.<br>199 N. Arroyo Grande Blvd., #200<br>Henderson, NV  89074 | WILLIAM L. MCGIMSEY, ESQ.<br>601 East Charleston Blvd.<br>Las Vegas, NV  89104 |
| PAUL & DONNA JACQUES<br>810 SE 7" Street, A103<br>Deerfield Beach, FL  33441 | PETER BOLINO<br>17412 Serene Drive<br>Morgan Hill, CA  95037 |
| SEAN NAJARIAN, ESQ.<br>The Najarian Law Firm<br>283 S. Lake Avenue, Suite 205<br>Pasadena, CA  91101 | SCOTT D. FLEMING<br>Hale Lane Peek Dennison and Howard<br>3930 Howard Hughes Parkway, 4" Floor<br>Las Vegas, NV  89169 |
| NILE LEATHAM<br>JAMES B. MACROBBIE<br>Kolesar & Leatham, CHTD<br>3320 W. Sahara Ave., Ste., 380<br>Las Vegas, NV  89102 | LAUREL E. DAVIS<br>Lionel Sawyer & Collins<br>1700 Bank of America Plaza<br>300 S. Fourth Street<br>Las Vegas, NV  89101 |
| GILBERT B. WEISMAN<br>Becket and Lee LLP<br>P. O. Box 3001<br>Malvern, PA  19355-0701 | CARYN S. TIJSSELING<br>Beesley, Peck & Matteoni, LTD<br>5011 Meadowood Mall Way, #300<br>Reno, NV  89502 |

6

| | |
|---|---|
| NICHOLAS J. SANTORO, ESQ.<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV 89101 | JED A. HART<br>Angelo, Gordon & Co.<br>245 Park Avenue, 26th Floor<br>New York, NY 10167 |
| BRADLEY J. STEVENS<br>Robbins & Green, P.A.<br>3300 North Central Avenue, Suite 1800<br>Phoenix, AZ 85012 | CICI CUNNINGHAM, ESQ.<br>JAMES A. KOHL, ESQ.<br>CHRISTINE ROBERTS, ESQ.<br>Rawlings, Olson, Cannon, Gormley & Desruisseaux<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129 |
| GERALD M. GORDON, ESQ.<br>THOMAS H. FELL, ESQ.<br>Gordon & Silver, Ltd.<br>3960 Howard Hughes Parkway, 9" Floor<br>Las Vegas, NV 89109 | FRANKLIN C. ADAMS<br>Best Best & Kriefer, LLP<br>3750 University Ave.<br>P. O. Box 1028<br>Riverside, CA 92502-1028 |
| JEFFREY G. SLOANE, ESQ.<br>REGINA M. MCCONNELL, ESQ<br>Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.<br>1389 Galleria Drive., Ste, 200<br>Henderson, NV 89014 | KEVIN B. CHRISTENSEN<br>XANNA R. HARDMAN<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117 |
| RICHARD MASON<br>PATRICIA K. SMOOTS<br>MICHAEL M. SCHMAHL<br>McGuire Woods, LLP<br>77 West Wacker Drive., Ste., 4100<br>Chicago, IL 60601 | DONALD T. POLEDNAK, ESQ.<br>7371 Prairie Falcon, Ste., 120<br>Las Vegas, NV 89128 |
| PETER SUSI<br>JAY L. MICHAELSON<br>Michaelson, Susi & Michaelson<br>Seven West Giqueroa St., 2nd Floor<br>Santa Barbara, CA 93101-3191 | JOAN C. WRIGHT<br>Allison, Mackenzie, Russell, Pavlakis, Wright & Fagan, Ltd.<br>402 North Division Street<br>P. O. Box 646<br>Carson City, NV 89702 |
| BAY COMMUNITIES<br>C/O CHRIS EL<br>4800 No. Federal Highway, Suite A205<br>Boca Raton, FL 33431 | ERVEN T. NELSON<br>Bolick & Boyer<br>6060 W. Elton Avenue, Ste., A<br>Las Vegas, NV 89107 |
| MATTHEW Q. CALLISTER<br>Callister & Reynolds<br>823 Las Vegas Boulevard South<br>Las Vegas, NV 89101 | ANDREW WELCHER<br>C/O NORDMAN COMPANY<br>HAIR & COMPTON LLP<br>ATTN: WILLIAM E. WINFIELD, ESQ.<br>1000 Town Center Drive, 6" Floor<br>Oxnard, CA 93031 |

| | |
|---|---|
| ROBERT VERCHOTA, GENERAL PARTNER<br>R & N REAL ESTATE INVESTMENTS, LP<br>C/O JEFFREY A. COGAN<br>3990 Vegas Drive<br>Las Vegas, NV 89108 | LAW OFFICES OF JAMES G. SCHWARTZ<br>JOSHUA D. BRYSK, ESQ.<br>7901 Stoneridge Drive, Suite 401<br>Pleasanton, CA 94588 |
| SCOTT K. CANEPA, ESQ.<br>Canepa, Reidy & Rubing<br>851 S. Rampart Blvd., #160<br>Las Vegas, NV 89145 | JOHN F. MURTHA<br>Woodburn & Wedge<br>Sierra Plaza 6100 Neil Road, Ste., 500<br>P. O. Box 2311<br>Reno, NV 89505 |
| THOMAS W. STILLEY<br>Sussman Shank LLP<br>1000 SW Broadway, Ste., 1400<br>Portland, OR 97205-3089 | SYLVESTER & POLEDNAK, LTD.<br>JEFFREY R. SYLVESTER, ESQ.<br>7371 Prairie Falcon, #120<br>Las Vegas, NV 89128 |

/s/ Dooline Alexander

Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\Binford Medical Developers, LLC\DOCS\NOE OST Temp Allow Claim for voting purposes.wpd

**Entered on Docket**
**December 07, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

ORDER
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. **000776**
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. **003229**
DEANER, DEANER, SCANN, MALAN & LARSEN
**720** South Fourth Street, Suite **#300**
Las Vegas, Nevada **89101**
**(702) 382-6911**
Attorneys for Binford Medical Developers, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor | Case No. **BK-S-06-10725** LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. **BK-S-06-10728** LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br>          Debtor | Chapter 11<br>Jointly Administered Under<br><br>ORDER GRANTING EX **PARTE** MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO TEMPORARILY ALLOW CLAIM OF **BINFORD** MEDICAL DEVELOPERS, **LLC FOR VOTING        )SES** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br>          Debtor | Date of Hearing: December 15, 2006<br>Time of Hearing: **9:30** A.M. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br>          Debtor | Affects:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC |

In re:

USA SECURITIES, LLC.

Debtor

☐ OUSA Securities, LLC
☐ OUSA Realty Advisors, LLC
☐ All Debtors

**ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO TEMPORARILY ALLOW CLAIM OF BINFORD MEDICAL DEVELOP FOR VOTING PURPOSES**

TO: ALL PARTIES IN INTEREST

    PLEASE TAKE NOTICE that upon an Ex Parte Motion for An Order Shortening Time to Hear Motion to Temporarily Allow Claim of Binford Medical Developers, LLC for Voting Purposes, and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

    ORDERED that the hearing on the Motion to Temporarily Allow Claim of Binford Medical Developers, LLC For Voting Purposes will be heard before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Blvd., South, Third Floor, Courtroom #1, Las Vegas, Nevada, on ___December 15___, 2006 at the hour of __9:30__ a.m.\ p.m.

    A copy of the filed Motion may be obtained by accessing BMC Group, Inc.'s website at www.bmcgroup.com/usamc, by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-0100.

Submitted by:

DEANER, DEANER, SCANN, MALAN & LARSEN

By _/s/ Susan Williams Scann_
SUSAN WILLIAMS SCANN. ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorney for Binford Medical Developers, LLC

2