1  GORDON & SILVER, LTD.                          E-filed:  December 8, 2006
   GERALD M. GORDON, ESQ.
2  Nevada Bar No. 229
   E-mail:  gmg@gordonsilver.com
3  GREGORY E. GARMAN, ESQ.
   Nevada Bar No. 6654
4  E-mail: geg@gordonsilver.com
   3960 Howard Hughes Pkwy., 9th Floor
5  Las Vegas, Nevada 89169
   Telephone (702) 796-5555
6  Facsimile (702) 369-2666
   Attorneys for the Official Committee of Holders of Executory
7  Contract Rights through USA Commercial Mortgage Company

8

                 UNITED STATES BANKRUPTCY COURT

9
                    FOR THE DISTRICT OF NEVADA

10
   In re:                                    Case Nos.:
11 USA COMMERCIAL MORTGAGE COMPANY,          BK-S-06-10725-LBR
                                             BK-S-06-10726-LBR
12                          Debtor.          BK-S-06-10727-LBR
                                             BK-S-06-10728-LBR
13 In re:                                    BK-S-06-10729-LBR
   USA CAPITAL REALTY ADVISORS, LLC,
14                          Debtor.          JOINTLY ADMINISTERED
                                             Chapter 11
15 In re:
   USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,   **CERTIFICATE OF SERVICE
16                          Debtor.          OF NOTICE OF ENTRY OF
                                             ORDER APPROVING FIRST
17 In re:                                    INTERIM APPLICATION OF
   USA CAPITAL FIRST TRUST DEED FUND, LLC,   OFFICIAL COMMITTEE OF
18                          Debtor.          HOLDERS OF EXECUTORY
                                             CONTRACT RIGHTS
19 In re:                                    THROUGH USA
   USA SECURITIES, LLC,                      COMMERCIAL MORTGAGE
20                          Debtor.          COMPANY FOR
                                             REIMBURSEMENT OF
21 Affects:                                  EXPENSES OF COMMITTEE
   ☐ All Debtors                             MEMBERS**
   ☒ USA Commercial Mortgage Company
22 ☐ USA Capital Realty Advisors, LLC
   ☐ USA Capital Diversified Trust Deed Fund, LLC
23 ☐ USA Capital First Trust Deed Fund, LLC     Date:  October 19, 2006
   ☐ USA Securities, LLC                      Time:  9:30 a.m.
24

25

26        1.      On December 8, 2006, I served the foregoing document.

27        2.      I served the foregoing document by the following means to the persons as listed

28 below:

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/441601.doc

| | | |
|---|---|---|
| ☒ | a. | ECF System to the persons listed on **Exhibit A**. |
| ☒ | b. | United States Mail, postage fully prepaid to the persons listed on **Exhibit B.** |
| ☐ | c. | Personal Service to: |
| ☒ | d. | By direct email to:  bayareastan@yahoo.com |
| ☐ | e. | By fax transmission to: |
| ☐ | f. | By messenger to: |

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 8th day of December, 2006.

*Emma Tonkovich*

Emma Tonkovich, an employee of
Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/441601.doc

2

# EXHIBIT A

## File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GARMAN, GREGORY E entered on 12/8/2006 at 3:01 PM PST and filed on 12/8/2006

**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**   06-10725-lbr
**Document Number:** 1995

**Docket Text:**
Notice of Entry of Order Filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO (Related document(s)[1988] Order on Application for Compensation,,,,,,,,,,,, ) (GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\etonkovich\Desktop\Notice of Entry of Order Approving Reimbursement of Expenses of Committee Members.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/8/2006] [FileNumber=7560471-0]
[f3c9a0712ec4b32990c17398ab3f974b022a4b7f3fda2e6a7fa0de2fb7bf9124b39f
e1acaff2ed4d45704182ecb12506295443c1171fe6b94c6b7f527898313e]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH     oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO     ATENCIOK@GTLAW.COM

BMC GROUP, INC.     evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,
lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyc

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com.

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
,

EVAN BEAVERS
1625 HIGHWAY 88, #304

MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

C RANDALL BUPP
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

CURTIS F CLARK
,

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
,

RICHARD D. GREEN
,

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

JOHN HANDAL
,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

DAVID W. HUSTON
,

INTERIM COMMITTEE OF CONCERNED INVESTORS
,

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150

AUSTIN, TX 78731

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

Constantine Karides
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 30000
Sacramento, CA 95814-4497

LEWIS AND ROCA LLP
,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

JERROLD T. MARITIN

8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

ANDREW M PARLEN
,

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385

SALT LAKE CITY, UT 84145

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SIERRA CONSULTING GROUP, LLC
,

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT
,

ROY R. VENTURA
,

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

# EXHIBIT B

JOSHYA D. BRYSK, ESQ.
LAW OFFICE /JAMES G. SCHWARTZ
FOR: ROLOFF, OHMS, PARTCH ET AL
7901 STONERIDGE DR., SUITE 401
PLEASANTON, CA 94588

JERROLD T. MARTN
8423 PACO ROBLES
NORTHRIDGE, CA 91325

MARION E. WYNNE, ESQ.
WILKINS, BANKESTER, BILES ET AL
FOR: SHARON JUNO
P.O. BOX 1367
FAIRHOPE, AL 36533-1367

SCOTT K. CANEPA, ESQ.
CANEPA, RIEDY & RUBINO
851 S. RAMPART BLVD., #160
LAS VEGAS, NV 89108

THOMAS W. STILLEY
SUSSMAN SHANK, LLP
FOR: DAVID FOSSATI
1000 SW BROADWAY, STE. 1400
PORTLAND, OR 97205-0389

FTI CONSULTING, INC.
ATTN: MICHAEL A. TUCKER
ONE RENAISSANCE SQUARE
TWO NO. CENTRAL AVENUE
PHOENIX, AZ 85004

HOWARD CONNELL
1001 JENNIS SILVER STREET
LAS VEGAS, NV 89145

RUSSELL JAMES ZUARDO
1296 HIGH FOREST AVENUE
LAS VEGAS, NV 89123

ALVAREZ & MARSAL
ATTN: MATTHEW E. KVARDA
633 WEST FIFTH ST., #2560
LOS ANGELES, CA 90071

KUMMER, KAEMPFER, ETAL
FOR: INTERSHOW
3800 HOWARD HUGHES PKWY, 7TH
LAS VEGAS, NV 89109

JAMES HULL
C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
TORRANCE, CA 90505

TIM RICH
GEORGE GORMAN, R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

EVAN BEAVERS, ESQ.
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BRECK MILDE, ESQ
60 SO. MARKET ST., #200
SAN JOSE, CA 95113

ELIZABETH R. LOVERIDGE, ESQ.
RUSSELL S. WALKER, ESQ.
REID W. LAMBERT, ESQ.
WOODBURY & KESLER, P.C.
265 E. 100 SOUTH, #300
SALT LAKE CITY, UT 84111

VINCE DANELIAN
P. O. BOX 97782
LAS VEGAS, NV 89193

STEVEN R. ORR
RICHARDS, WATSON & GERSHON
FOR: CITY OF TEMECULA
355 S. GRAND AVE., 40TH FL.
LOS ANGELES, CA 90071-3101

RICHARD D. GREEN, JR., ESQ.
GREENBERG TRAURIG, LLP
FOR MESIROW FINANCIAL
3773 HOWARD HUGHES PKWY, #500N
LAS VEGAS, NV 89169

RAY KETTERMAN
LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

DANIEL D. WHITE, ESQ.
FOR: GATEWAY STONE
26 CORPORATE PLAZA DR. #260
NEWPORT BEACH, CA 92660

NANCY A. PETERMAN, ESQ.
GREENBERG TRAURIG, LLP
FOR: MESIROW FINANCIAL
77 W. WACKER DR., #2500
CHICAGO, IL 60601

JOSEPH HUGGINS
HUGGINS & ASSOCIATES
1000 N. GREEN VALLEY PKWY, #440-2
HENDERSON, NV 89014

GAY A. SHEERIN, ESQ.
177 W. PROCTOR ST., #13
CARSON CITY, NV 89703

HEINZ BINDER, ESQ.
WENDY W. SMITH, ESQ.
BINDER & MALTER, LLP
FOR: JOHN & JANE UNLAND
2775 PARK AVENUE
SANTA CLARA, CA 95050

KEHL FAMILY
C/O MR. KEN BONNET
3184 HIGHWAY 22
P. O. BOX 720
RIVERSIDE, IA 52327

MR. ALLEN J. MAULT
2422 AQUASANTA
TUSTON, CA 92782

A. WILLIAM CEGILA
RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

USA COMMERCIAL MORTGAGE
COMPANY FKA USA CAPITAL
THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

ANNETTE W. JARVIS, ESQ
RAY QUINNEY & NEBEKER P.C.
P.O. BOX 45385
FOR: DEBTOR
36 SOUTH STATE STREET, STE. 1400
SALT LAKE CITY, UT  84145-0385

PETER BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA  95037

DON TOMLIN
C/O DAVID W. MOUNIER
1536 SKY HIGH RD
ESCONDIDO, CA  92025

RJ ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

JANNY CATHARINA BROUWER
2533 KINNARD AVENUE
HENDERSON, NV 89074

MARTIN B. WEISS, ESQ.
THE GARRETT GROUP, LLC
ONE BETTERWORLD CIRCLE
SUITE 300
TEMECULA, CA 92590

GILBER B. WEISMAN, ESQ.
BECKET AND LEE LLP
FOR: AMERICAN EXPRESS BANK FSB
P.O. BOX 3001
MALVERN, PA 19355-0701

FRANK A. MEROLA, ESQ.
EVE H. KARASIK, ESQ.
STUTMAN, TREISTER & GLATT, P.C.
FOR: EQUITY SEC. HOLDERS
1901 AVE. OF THE STARS, 12TH FL
LOS ANGELES, CA 90067

WILLIAM E. WINFIELD, ESQ.
NORDMAN CORMANY ET AL
FOR:  ANDREW WELCHER
1000 TOWN CENTER DRIVE 6TH FL
OXNARD, CA 93031-9100

BRADLEY J. STEVENS, ESQ.
JENNINGS STROUSS & SALMAN
FOR:  LOU O. MALDONADO
201 EAST WASHINGTON STREET
PHOENIX, AZ  85004-2385

MARYETTA BOWMAN
534 ENCHATED LAKES DRIVE
HENDERSON, NV 89052

MARGIE GANDOLFO
1724 ARROW WOOD DRIVE
RENO, NV 89521

MICHAEL R. SHULER
C/O JAY R. EATON
EATON & O'LEARY, PLLC
115 GROVE AVENUE
PRESCOTT, AZ 86301

ATTILA JEFZENSZKY
1720 COLAVITA WAY
RENO, NV 89521

SEAN NAJARIAN, ESQ.
THE NAJARIAN LAW FIRM
283 S. LAKE AVE., #205
PASADENA, CA 91101

JED A. HART
ANGELO, GORDON & CO.
245 PARK AVE., 26TH FL
NEW YORK, NY 10167

MARC A. LEVINSON, ESQ.
LYNN TRINK ERNCE
ORRICK, HERRINGTON & SUTCLIFFE
400 CAPITAL MALL, #3000
SACRAMENTO, CA 95814

FRANK A. ELLIS, III
FOR: ANDREW WELCHER
510 S. 9TH ST.
LAS VEGAS, NV 89101

RICHARD MASON, ESQ.
PATRICIA K. SMOOTS, ESQ.
MICHAEL M. SCHMAHL
MCGUIRE WOODS, LLP
77 W. WACKER DR., #4100
CHICAGO, ILL  60601

EDWARD W. HOMFELD
HOMFELD II, LLC
777 SOUTH FEDERAL HGWY, #N-409
POMPANO BEACH, FL 33062

NICHOLAS J. SANTORO
400 SOUTH FOURTH STREET,
3RD FLOOR
LAS VEGAS, NV  89101

KERMIT KRUSE
2710 ALBANY AVENUE
DAVIS, CA 95616

PAUL A. & DONNA  JACQUES
810 SE 7TH STREET, STE. A-103
DEERFIELD BEACH, FL  33441

GREGORY J. WALCH, ESQ.
FOR: G. WALCH & S. WALCH
400 S. FOURTH ST., 3RD FL
LAS VEGAS, NV 89101

BAY COMMUNITIES
C/O CHRIS MCKINNEY
4800 N. FEDERAL HGHWY, #a205
BOCA RATON, FL 33431

ROBERT A. COWMAN
SANDRA L. COWMAN
1525 WINTERWOOD AVE.
SPARKS, NV 89114

DR. DAVID R. ENRICO
DR. BONNY K. ENRICO
2072 ALMYRA RD.
SPARTA, TN 38583

DAVID W. SEXTON
PAMELA K. SEXTON
21929 N. 79TH PLACE
SCOTTSDALE, AZ 85255

MOHAVE CANYON, INC.
ATTN: J.B. PARTAIN, PRES.
1400 COLORADO ST., #C
BOULDER CITY, NV 89005

BRUCE H. CORUM, TRUSTEE OF THE
CREDIT SHELTER TRUST
JUANITA N. CARTER
4442 VALMONTE DR.
CACRAMENTO, CA 95864

SIERRA HEALTH SERVICES
ATTN: FRANK COLLINS
2724 NORTH TENAYA WAY
P. O. BOX 15645
LAS VEGAS, NV 89114

CHARLES B. ANDERSON TRUST
RITA P. ANDERSON TRUST
BALTES COMPANY
211 COPPER RIDGE COURT
BOULDER CITY, NV 89005

PATRICIA MARR, ESQ.
LAW OFFICES OF JAMES J. LEE
FOR: LAW OFF. OF JAMES J. LEE
7674 W. LAKE MEAD BLVD., STE 108
LAS VEGAS, NEVADA 89128

DAVID R. GRIFFITH, ESQ.
STEWART, HUMPHERYS ET AL
FOR: ALBERT ANDRADE
P.O. BOX 720
CHICO, CA 95927

Michelle L. Abrams, Esq.
Michelle L. Abrams, Ltd.
For: Debt Acquisition. Co. of America
7201 W. Lake Mead Blvd., Suite 210
Las Vegas, NV 89128

Dean T. Kirby, Jr.
Kirby & McGuinn, APC
For: Debt Acquisition. Co. of America
600 B. Street, Suite 1950
San Diego, CA 92101-4515

Frank J. Wright
Hance Scarborough Wright Ginsberg, et al
600 Signature Place
14755 Preston Road
Dallas, TX 75254

Beth Ela Wilkens
Harris Beach PLLC
Granite Building
130 E. Main Street
Rochester, NY 14604

Silvia Lukes
Debt Acquisition Co. of America V, LLC
1565 Hotel Circle So., #310
San Diego, CA 92108

U.S. SECURITIES AND EXCH. COMM
ATTN; SANDRA M. LAVIGNA
5670 WILSHIRE BLVD., 11TH FL
LOS ANGELES, CA  90036

NEVADA MORTGAGE LENDING DIV.
ATTN: SUSAN ECKHARDT
3075 E. FLAMINGO, #100
LAS VEGAS, NV 89121

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
555 EAST WASHINGTON, #1300
LAS VEGAS NV 89101

DEPT OF EMPLOYMENT TRAINING
EMPLOY. SEC DIV , CONTRIBUTIONS
500 EAST THIRD STREET
CARSON CITY NV 89713- 0030

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT.
STOP 5028
110 CITY PARKWAY
LAS VEGAS NV 89106

DMV AND PUBLIC SAFETY
RECORDS SECTION
555 WRIGHT WAY
CARSON CITY NV 89711- 0250

FHA/HUD DISTRICT OFFICE
300 LAS VEGAS BLVD. SO.
SUITE. 2900
LAS VEGAS, NV  89101

SECRETARY OF STATE
STATE OF NEVADA
202 NORTH CARSON STREET
CARSON CITY NV 89701

DEPT. OF VETERANS AFFAIRS
LOAN SERVICE & CLAIMS
3225 NORTH CENTRAL
PHOENIX, AZ 85012

UNITED STATES DEPT. OF JUSTICE
TAX DIVISION – WESTERN REGION
P. O. BOX 683 – BEN FRANKLIN STA
WASHINGTON, D.C. 20044

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
P. O. BOX 551401
LAS VEGAS, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
P. O. BOX 551220
LAS VEGAS, NV 89155

EMPLOYERS INSURANCE CO. OF NV
ATTN: BANKRUPTCY CLERK
9790 GATEWAY DRIVE
RENO, NV 89521