Marc A. Levinson (California Bar No. 57613)
Regina Ragni (California Bar No. 214061)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:    malevinson@orrick.com; rragni@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com; aloraditch@beckleylaw.com

E-filed December 8, 2006

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF ENTRY OF STIPULATED ORDER GRANTING EX PARTE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC TO COMPEL THE CONFIDENTIAL DISCLOSURE OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S MEMBER LIST** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

{00351917;}

Affects:
- ☐ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☒ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

**PLEASE TAKE NOTICE** that on the 8th day of December 2006, the Court entered its Stipulated Order Granting Ex Parte Motion by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Compel The Confidential Disclosure of USA Capital Diversified Trust Deed Fund, LLC's Member List, a copy of which is attached.

DATED this 8th day of December 2006.

BECKLEY SINGLETON, CHTD.

By: /s/ Anne M. Loraditch
BOB L. OLSON, ESQ.
Nevada Bar No. 3783
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*



{00351917;}   Page 2 of 2

**Entered on Docket**
**December 08, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Bob L. Olson (Nevada Bar No. 3783) |
| Lynn Trinka Ernce (California Bar No. 179212) | Anne M. Loraditch (Nevada Bar No. 8164) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BECKLEY SINGLETON, CHTD. |
| 400 Capitol Mall, Suite 3000 | 530 Las Vegas Boulevard South |
| Sacramento, CA 95814-4497 | Las Vegas, NV 89101 |
| Telephone: (916) 447-9200 | Telephone: (702) 385-3373 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 385-5024 |
| Email: malevinson@orrick.com; | Email: bolson@beckleylaw.com; |
| lernce@orrick.com | aloraditch@beckleylaw.com |

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor. | **STIPULATED ORDER GRANTING EX PARTE MOTION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC TO COMPEL THE CONFIDENTIAL DISCLOSURE OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S MEMBER LIST** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |

{00337181;}                    3

OHS West:260095880.3

| Affects: | |
|---|---|
| ☐ All Debtors | Date: n/a |
| ☐ USA Commercial Mortgage Company | Time: n/a |
| ☐ USA Securities, LLC | Courtroom: 1 |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA First Trust Deed Fund, LLC | |

This Court having considered the Ex Parte Motion by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "DTDF Committee") to Compel the Confidential Disclosure Of USA Capital Diversified Trust Deed Fund, LLC's Member List (the "Motion"); and USA Capital Diversified Trust Deed Fund, LLC's consent, as evidenced by its submission of this order together with the DTDF Committee, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Motion is granted, as provided herein.

IT IS FURTHER ORDERED that USA Capital Diversified Trust Deed Fund, LLC ("DTDF") shall, within 5 business days of the date of this Order, forward to counsel for the DTDF Committee the information described in § 6.01(a) of the DTDF Operating Agreement (as defined in the Motion).

IT IS FURTHER ORDERED that such information shall be treated as Confidential Information as that term is defined in the Confidentiality Agreement entered into in June 2006 between the Debtors, the DTDF Committee, the DTDF Committee members, and the DTDF Committee professionals.

IT IS FURTHER ORDERED THAT the information to be disclosed pursuant to this Order shall not be shared with anyone other than the DTDF Committee professionals, except with the written consent of Debtor's counsel or upon further order of this Court.

///

///

///

///

///

{00337181;}                                3

OHS West:260095880.3

RESPECTFULLY SUBMITTED this 1st day of ~~October~~ December 2006:

BECKLEY SINGLETON, CHTD.

*/s/ Anne M. Loraditch*

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, NV 89101

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

CONSENTED TO AND APPROVED BY:

SCHWARTZER & MCPHERSON LAW FIRM

_____

Lenard Schwartzer (Nevada Bar No. 0399)
Jeanette E. McPherson (Nevada Bar No. 5423)
2850 South Jones Boulevard, Suite 1,
Las Vegas, NV 89146

*Attorneys for the Debtors*

###

{00337181;}                                    3

OHS West:260095880.3

1  RESPECTFULLY SUBMITTED this ___ day of October 2006:

2  BECKLEY SINGLETON, CHTD.

3  _____

4  Bob L. Olson (Nevada Bar No. 3783)
   Anne M. Loraditch (Nevada Bar No. 8164)
5  530 Las Vegas Boulevard South
   Las Vegas, NV 89101
6

7  *Attorneys for the Official Committee of Equity
   Security Holders of USA Capital Diversified Trust
8  Deed Fund, LLC*

9

10 CONSENTED TO AND APPROVED BY:

11 SCHWARTZER & MCPHERSON LAW FIRM

12 _/s/ [signature]_ 11/28/06
13 Lenard Schwartzer (Nevada Bar No. 0399)
   Jeanette E. McPherson (Nevada Bar No. 5423)
14 2850 South Jones Boulevard, Suite 1,
   Las Vegas, NV 89146
15

16 *Attorneys for the Debtors*

17                              ###

{00337181;}                3

OHS West:260095880.3