**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on December 8, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | **USACM COMMITTEE'S PLAN DOCUMENTS SUPPLEMENT AND DISCLOSURE** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | **Affecting:** |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | × All Cases<br>or Only:<br>¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC**<br>06-10729 | ¨ USA Capital Diversified Trust Deed Fund, LLC |
| **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC |

The Official Committee of Unsecured Creditors of USA Commercial Mortgage Company (the "USACM Committee"), hereby file the USACM Committee's Plan Documents Supplement. As contemplated in Article 1, Section C of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan"), attached hereto is the form of the USACM Trust Agreement (Exhibit A).

1793608.1

The USACM Committee further discloses that the proposed USACM Trustee is Geoffrey L. Berman. Mr. Berman's affiliations and background are summarized on his attached biography (Exhibit B).

The USACM Committee further discloses the names of the following individuals who have been nominated to serve as initial members of the USACM Trust Committee:

1. Donald Walker (nominated by the USACM Committee)
2. Suzanne Nounna (nominated by the USACM Committee)
3. Charles Hainsworth (nominated by the USACM Committee)
4. Michael Tucker (nominated by the DTDF Committee)
5. **[To be identified]** (nominated by the Direct Lenders Committee)

In addition, Larry Rieger was nominated as the alternate member of the USACM Trust Committee nominated by the USACM Committee. The affiliations and backgrounds of these individuals are summarized in their biographies/vitas, which are attached hereto (Exhibits C - 1 to 5).

Dated December 8, 2006.

**LEWIS AND ROCA LLP**


By /s/ RC (#006593)
   Susan M. Freeman, AZ 4199 (pro hac vice)
   Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*