

Development Specialists, Inc.®

**Management Consulting Services in the Areas of:
Reorganization · Bankruptcy · Turnaround Management ·
Business Workouts**

**Geoffrey L. Berman**

Mr. Berman, Vice-President of DSI, joined DSI in 1997 and is located in our Los Angeles office. Prior to joining DSI, Mr. Berman was with Credit Managers Association of California for 11 years, where he was the Manager of the Adjustment Bureau and a member of the Association's senior management.

Mr. Berman brings over 30 years experience in the extension of secured and unsecured credit and the liquidation of numerous businesses. He has expertise in all types of insolvency case administrations with a specialty in the area of general assignments for the benefit of creditors (in various businesses and industries including wholesale seafood, retail auto parts, various manufacturing concerns, wholesale nursery operations, and high tech companies) and liquidating and creditor trusts under Chapter 11 Plans of Reorganization. Mr. Berman, a certified mediator, is on the Bankruptcy Mediation Panel for the Central District of California as well as the Register of Mediators for the District of Delaware, and he has served as a Federal Court Receiver.

Since joining DSI, Mr. Berman has been responsible for the administration of the Sizzler Restaurants International, Inc. Creditor Trust, the Ecco D'Oro Corporation Liquidating Trust, LGI (Lynx Golf) Liquidation Trust, WATTSHealth Foundation Creditor Trust (resulting from a state court conservatorship) and The Horizon Natural Resources Liquidating Trust. He has led the firm's oversight of a number of Chapter 11 debtors as Responsible Party including Store of Knowledge, Inc. and SOK Operations, Inc., Vista Hospital Systems, Inc., French Hospital Medical Center and Arroyo Grande Community Hospital (Vista Hospital Systems), and he has been responsible for an investor group's purchase of distressed claims. Mr. Berman administered the liquidation of numerous businesses through general assignments, including Howard and Phil's Western Wear, Granny Goose Foods, Inc., FHC Medical Group, Inc., Franklin Press, LLC, Medical Selfcare, Inc., Avian Farms, Inc. and Avian Farms (USA) Inc. and a number of high-tech/dot.com companies including Red Herring Communications, Inc. and Broadband Interactive Group, Inc.

Mr. Berman has previous experience with Union Bank (of California) and Mitsui Manufacturers Bank. He graduated with honors from the University of the Pacific, Stockton, California in 1975 with a degree in business administration (accounting and finance) and wrote an Undergraduate Honors Thesis in Finance. He also has a Juris Doctor from Southwestern University School of Law, Los Angeles, California.

Mr. Berman is currently a Director of the American Bankruptcy Institute. He has Chaired the Task Force on General Assignments, which published the ABI Practical Guide to General Assignments; has been a contributing editor to the American Bankruptcy Institute Journal and became a co-Executive Editor of the ABI Journal in April 2006. He is also member of the Los Angeles, Orange County and Bay Area Bankruptcy Forums and the Association of Insolvency Accountants.