# DONALD R. WALKER

9209 Eagle Hills Drive
Las Vegas, Nevada 89134

Tel (702) 250-3638
Fax (702) 228-2279
e-mail drwalker1@cox.net

### Loan Partners Capital, Las Vegas, Nevada
Director

Further investments in trust deeds, primarily in the Las Vegas area.

### Walker Realty, Las Vegas, Nevada
Owner/Broker

Brokerage for Custom Home Group and the marketing of Million Dollar custom homes.

### Custom Home Group, Las Vegas, Nevada
Director

Oversaw daily operations of custom home builder in Las Vegas.

### Loan Partners Capital, Las Vegas, Nevada
Partner

Originated over $100,000,000 in commercial real estate loans primarily in Las Vegas and Southern California. These loans were for land acquisition and development. I was instrumental in originating and underwriting the loans as well as coordinating loan documentation, escrow processing, as well as overseeing distributions to investors.

### Americana Commercial Group, Las Vegas, Nevada
Commercial real estate agent, multi-family dwelling brokerage

### Cad-Well Plating Company
Owner/founder of a metal plating shop serving the aerospace and aircraft industry. The shop was certified to produce work for all major contractors in the aforementioned industries.