**Suzanne Nounna**

Real Estate Development Consultant (current)

Start up team member for Citibank. Responsible to hire and fire Bank Executives starting with President, V-P, and department heads: quality control, information systems, customer service etcetera.

Financial Analyst for Citibank accountable for Budget of $23 Million US dollars and regional unit costs.

Budget Analyst, Clark County, managed $250 Million US dollars (approximately)

College: Dual Major: Bachelor of Science in Business Management and Financial Administration. 1984.

Nevada Honorary Chairman – President's (Bush) Business Advisory Council 2006-2007 Sept.