# Charles N. Hainsworth

Vice President  
Nevada State Bank  
Credit Administration Department #4100  
Suite 400  
750 E. Warm Springs Rd.  
Las Vegas, NV 89119

(702) 855-4547  
chainsworth@nsbank.com

---

## Professional Experience

| | |
|---|---|
| 2000 – present | Problem Loan Officer for Nevada State Bank (Nevada State Bank is the successor by acquisition to Pioneer Citizens Bank) |
| 1998 – 1999 | Manager of Pioneer Citizens Bank's Credit Services Department |
| 1993 – 1997 | Manager of Bank of America's Nevada Problem Loan Department |
| 1992 | Manager of Bank of America's Los Angeles Trade Finance Group |
| 1991 | Member of Bank of America's Acquisition Due Diligence Team |
| 1989 – 1990 | Senior Portfolio Officer in Bank of America's Southern California Asset Based Lending Department |
| 1985 – 1988 | Manager of Bank of America's Los Angeles Problem Loan Department |
| 1983 – 1984 | Team Leader in Bank of America's Los Angeles Regional Corporate Banking Office |
| prior | credit administrator, training department instructor, and assistant manager of commercial and retail banking offices (all at Bank of America) |

## Formal Education

University of Southern California, BS, cum laude, finance, 1964

## Professional Education

classes in commercial and commercial real estate lending, electronic loan underwriting and pricing, bank asset / liability management, and problem asset management and sales (classes attended and taught)

## Personal Information

born 1942, New Rochelle, New York

United States Army, honorable discharge