

## Michael Tucker
### CFE, CPA

Senior Managing Director- Corporate Finance

One Renaissance Square
Two North Central Avenue
Suite 1200
Phoenix, AZ 85004-2322

tel: 602.744.7100
fax: 602.744.7110

email:
michael.tucker@fticonsulting.com

Add to vCard to Contacts

**EXPERTISE**
- Corporate Finance
- Dispute Advisory Services
- Performance Improvement
- Trustee and Examiner Services
- Damages Analysis
- Forensic Accounting
- Restructuring

**INDUSTRIES**

Michael Tucker is a senior managing director in FTI's Corporate Finance practice and is based in Phoenix. Mr. Tucker provides services to debtors and creditors in reorganization and bankruptcy matters involving cash management, operational improvements, business plans, debt restructuring, plan of reorganization, liquidation analysis, valuation analysis and other Chapter 11 issues. Mr. Tucker also provides consulting services to entities that are starting up or expanding and to various companies on profit improvement issues.

Mr. Tucker has provided extensive services to businesses and law firms on dispute and litigation matters. These services have included consulting on a range of economic damages and financial and forensic issues as well as matters involving antitrust, breach of contract and warranty, business interruption, patent infringement, dealer termination, fraud investigations, accountants' malpractice, lender liability, lost profits and business valuations.

Mr. Tucker has provided expert witness testimony in cases regarding the interpretation of accounting language in a contract, business valuation, breach of contract, and lost profit and damage analysis. He was also appointed by the Sacramento, California Superior Court to value a 50 percent interest in a business pursuant to California Corporation Code Section 2000.

Mr. Tucker's industry experience includes the manufacturing, distribution, healthcare, financial services, petroleum, restaurant, real estate, gaming, retail and transportation sectors. His extensive client list includes Megafoods Stores, Interco, Phoenix Memorial Hospital, Nevada Bob's Pro Shops, UpRight, Styling Technology Corporation, MicroAge, Trump Corp., Lomas Financial, AMERCO (U-Haul) and Honeywell.

Prior to joining FTI, Mr. Tucker was a partner in PricewaterhouseCoopers' Business Recovery Services practice.

Mr. Tucker holds a B.S. in accounting from the University of Illinois. He is a certified public accountant and a certified fraud examiner. In addition, Mr. Tucker is a member of the American Institute of Certified Public Accountants, the Arizona Society of Certified Public Accountants, the Missouri Society of Certified Public Accountants, the Association of Insolvency Accountants, the National Association of Fraud Examiners, the National Association of Bankruptcy Trustees, and the Turnaround Management Association.

**ASSOCIATIONS**

American Institute of Certified Public Accountants
Arizona Society of Certified Public Accountants
Association of Insolvency Accountants
Missouri Society of Certified Public Accountants
National Association of Bankruptcy Trustees
National Association of Fraud Examiners

**EDUCATION**

Bachelor of Science in Accounting
University of Illinois