## Larry L. Rieger

Qualifications relating to position as Alternate USACM Trust Oversight Committee Member:

**Education**:

BS in Forestry, Humboldt State University, CA 1975

**Employment**:

1976 - 1978   Self-employed, forestry technician

1979 - 1991   Bohemia Inc., Grass Valley CA

               Staff Forester, Asst. Resource Manager, Resource Manager

1991 - Present  Self-Employed, contract forestry and timberland management services

               Reno/ Lake Tahoe area

**Additional Bus. Experience**:

1985 - 1993   Board Member, Nevada County Business Association

1994 - 2002   Board Member, Nevada County Fair Board

               4 terms, including 1 term as Board President