Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**E-FILED on December 11, 2006**

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **MOTION FOR ORDER AUTHORIZING CONTINUED EMPLOYMENT AND RETENTION OF DEBTORS' PROFESSIONALS FROM DECEMBER 15, 2006** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | **Date:  December 15, 2006**<br>**Time:  9:30 a.m.** |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Securities, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively "Debtors"), hereby petition the Court for an interim order granting the Debtors' Motion for Order Authorizing (I) the Employment and Retention of Mesirow Financial Interim Management, LLC as Crisis Managers for the Debtors, and (II) the Designation of Thomas J. Allison of Mesirow Financial Interim Management, LLC as Chief Restructuring Officer for the Debtors and the Employment of Certain Temporary Employees (the "Mesirow Application," Docket No. 6), the Application by Debtors and Debtors-in-Possession for Authorization to Retain and Employ Schwartzer & McPherson Law Firm as Counsel Under General Retainer (the "S&M Application", Docket No. 21), and the Application to Employ Ray Quinney & Nebeker P.C. as Counsel for the Debtors (the "RQN Application," Docket No. 23) (collectively, the "Employment Applications").  The Court has previously granted the Employment Applications (Docket Nos. 26, 474, 475, 890, 1137, and 1708), most recently entering an order authorizing the retention and employment of the Debtors' Professionals through December 15, 2006, and ordering that the Court would consider further extensions of the Employment Applications of the Debtors' Professionals at the December 15, 2006 hearing. A copy of the Order entered October 31, 2006 is attached as **Exhibit "1."**

Much as taken place since the Court issued its order granting the Employment Applications and authorizing the retention and employment of the Debtors' Professionals through December 15, 2006.  Primarily, the Debtors have vigorously negotiated and filed their Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan"), obtained Court approval of the related Disclosure Statement, mailed ballots for voting on the Plan, continued marketing certain assets, secured a stalking horse bid for those assets and conducted an auction of those assets that secured a winning bid with value in excess of $67 million dollars (significantly in excess of the stalking horse bid), continued servicing the loans and making distributions to Direct Lenders, and are rapidly working towards confirmation of the Plan with a Confirmation Hearing scheduled for December 19, 2006.

Because the Court's latest order (entered October 31, 2006) authorizes the retention and employment of the Debtors' Professionals through December 15, 2006, it is necessary that

employment and retention of the Debtors' Professionals be extended.  The Court's Order entered on October 31, 2006 provided that this Court would consider the continued employment of Debtors' Professionals at the Omnibus Hearing scheduled for December 15, 2006.  Therefore, no further notice need be given.

The Debtors respectfully request that the Debtors' Professionals' employment and retention be extended from December 15, 2006 through January 31, 2007, and that any further extension of the Debtors' Professionals' retention and employment can be heard at the omnibus hearing scheduled on January 31, 2007 at 9:30 a.m.

Respectfully submitted this 11th day of December, 2006.

 /s/   Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
and
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

904383

# EXHIBIT "1"



1

2

**Entered on Docket**
**October 31, 2006**

3

4

Hon. Linda B. Riegle
United States Bankruptcy Judge

5  | Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, Nevada Bar No. 0399

6  | Steven C. Strong, Utah Bar No. 6340 | Jeanette E. McPherson, Nevada Bar No. 5423
RAY QUINNEY & NEBEKER P.C. | Schwartzer & McPherson Law Firm

7  | 36 South State Street, Suite 1400 | 2850 South Jones Boulevard, Suite 1
P.O. Box 45385 | Las Vegas, Nevada  89146-5308

8  | Salt Lake City, Utah 84145-0385 | Telephone:  (702) 228-7590
Telephone: (801) 532-1500 | Facsimile:  (702) 892-0122

9  | Facsimile: (801) 532-7543 | E-Mail:  bkfilings@s-mlaw.com
Email: ajarvis@rqn.com

10 | Attorneys for Debtors and Debtors-in-Possession

11 | **UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

12

13 | In re:
USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Debtor. | Case No. BK-S-06-10727 LBR

14 | In re: | Case No. BK-S-06-10728 LBR
USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729 LBR

15 | Debtor.
In re: | Chapter 11

16 | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
Debtor. | Jointly Administered Under

17 | In re: | Case No. BK-S-06-10725 LBR
USA CAPITAL FIRST TRUST DEED FUND, LLC,

18 | Debtor.
In re:

19 | USA SECURITIES, LLC,
Debtor.

20 | Affects:
☒  All Debtors

21 | ☐  USA Commercial Mortgage Company
☐  USA Capital Realty Advisors, LLC | Date:  September 28, 2006

22 | ☐  USA Capital Diversified Trust Deed Fund, LLC | Time:  9:30 a.m.
☐  USA Capital First Trust Deed Fund, LLC

23 | ☐  USA Securities, LLC

24 | **INTERIM ORDER GRANTING:**
**(1) DEBTORS' MOTION FOR ORDER AUTHORIZING (I) EMPLOYMENT AND RETENTION**

25 | **OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CRISIS MANAGERS FOR**
**THE DEBTORS AND (II) THE DESIGNATION OF THOMAS J. ALLISON OF MESIROW**

26 | **FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR**
**THE DEBTORS AND THE EMPLOYMENT OF CERTAIN TEMPORARY EMPLOYEES;**

27 | **(2) APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO**
**RETAIN AND EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER**

28 | **GENERAL RETAINER; AND**
**(3) DEBTORS' APPLICATION TO EMPLOY RAY QUINNEY & NEBEKER P.C. AS COUNSEL**
**FOR ALL DEBTORS**

Order Authorizing Interim Continued Employment (Mesirow SM and RQN) 101106                    Page 1 of 3

*Sidebar (vertical, left margin):* SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    The Debtors' Motion for Order Authorizing (I) the Employment and Retention of Mesirow

2    Financial Interim Management, LLC as Crisis Managers for the Debtors, and (II) the Designation

3    of Thomas J. Allison of Mesirow Financial Interim Management, LLC as Chief Restructuring

4    Officer for the Debtors and the Employment of Certain Temporary Employees (the "Mesirow

5    Application," Docket No. 6), the Application by Debtor and Debtor-In-Possession for

6    Authorization to Retain and Employ Schwartzer & McPherson Law Firm as Counsel Under

7    General Retainer (the "S&M Application," Docket No. 21), and the Application to Employ Ray

8    Quinney & Nebeker P.C. as Counsel for the Debtors (the "RQN Application," Docket No. 23)

9    (collectively, the "Employment Applications"), having come on for hearing before this Court on

10   September 28, 2006 pursuant to the Orders previously entered by the Court (Docket Nos. 26, 474,

11   475, 890 and 1137); the Debtors, USA Commercial Mortgage Company, USA Securities, LLC,

12   USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA

13   Capital First Trust Deed Fund, LLC (collectively, "Debtors"), appearing by and through their

14   counsel, Annette W. Jarvis, Esq. of Ray Quinney & Nebeker P.C. and Jeanette E. McPherson,

15   Esq. of Schwartzer & McPherson Law Firm; other appearances having been made upon the

16   record; the Court having considered the objections on file and the oral objections having been

17   made in Court; the Court having made its findings of fact and conclusions of law on the record

18   and good cause appearing, it is hereby

19       **ORDERED** that the Employment Applications are granted through December 15, 2006;

20   and it is further

21       **ORDERED** that the Court will consider an extension of the Employment Applications on

22   December 15, 2006 at 9:30 a.m.

23   Submitted by:                                    Approved / Disapproved by:
     RAY QUINNEY & NEBEKER P.C. and                   OFFICE OF THE U.S. TRUSTEE
24   SCHWARTZER & MCPHERSON LAW FIRM

25   By: _/s/ Lenard E. Schwartzer_                   By: _____
26   LENARD E. SCHWARTZER, ESQ.                            AUGUST B. LANDIS, ESQ.
     _Attorneys for Debtor and Debtor-In-Possession_
27   / / /

28   / / /

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**SCHWARTZER & McPHERSON LAW FIRM**
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1 | **INTERIM ORDER GRANTING: (1) DEBTORS' MOTION FOR ORDER AUTHORIZING (I)**
**EMPLOYMENT AND RETENTION OF MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS**
2 | **CRISIS MANAGERS FOR THE DEBTORS AND (II) THE DESIGNATION OF THOMAS J. ALLISON OF**
**MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AS CHIEF RESTRUCTURING OFFICER FOR**
3 | **THE DEBTORS AND THE EMPLOYMENT OF CERTAIN TEMPORARY EMPLOYEES; (2)**
**APPLICATION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORIZATION TO RETAIN AND**
4 | **EMPLOY SCHWARTZER & McPHERSON LAW FIRM AS COUNSEL UNDER GENERAL RETAINER;**
**AND (3) DEBTORS' APPLICATION TO EMPLOY RAY QUINNEY & NEBEKER P.C. AS COUNSEL FOR**
5 | **ALL DEBTORS**

6 | Approved/Disapproved by:               Approved/Disapproved by:
7 | LEWIS AND ROCA, LLP                    GORDON & SILVER, LTD.

8 | By:_____          By:_____
9 |     SUSAN M. FREEMAN, ESQ.                GERALD M. GORDON, ESQ.
       ROB CHARLES, ESQ.                      GREGORY E. GARMAN, ESQ.
10 |    *Counsel for the Official Committee of*   *Counsel for the Official Committee of*
       *Unsecured Creditors of USA Commercial*   *Holders of Executory Contract Rights of*
11 |   *Mortgage Company*                        *USA Commercial Mortgage Company*

12 | Approved/Disapproved by:              Approved/Disapproved by:
13 | ORRICK, HERRINGTON & SUTCLIFFE LLP    STUTMAN TREISTER & GLATT, P.C. and
     and BECKLEY SINGLETON, CHTD.          SHEA & CARLYON, LTD.
14 |

15 | By:_____          By: *Eve H. Karasik*
16 |    MARC A. LEVINSON, ESQ.                 FRANK A. MEROLA, ESQ.
       LYNN TRINKA ERNCE, ESQ.                EVE KARASIK, ESQ.
17 |    BRETT A. AXELROD, ESQ.                 CHRISTINE PAJAK, ESQ.
       ANNE M. LORADITCH, ESQ.                CANDACE C. CARLYON, ESQ.
18 |    *Counsel for the Official Committee of*   *Counsel for the Official Committee of*
       *Equity Security Holders of USA Capital*  *Equity Security Holders of USA Capital*
19 |   *Diversified Trust Deed Fund, LLC*        *First Trust Deed Fund LLC*

20 |

21 |                              # # #

22 |

23 |

24 |

25 |

26 |

27 |

28 |

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____ The court has waived the requirement of approval under LR 9021.

_____ No parties appeared or filed written objections, and submitting counsel represents the Trustee.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**Failed to respond:**
*Office of U.S. Trustee*
*Gordon & Silver, Ltd.*
*Lewis and Roca, LLP*
*Beckley Singleton/Orrick Herrington*

# # #