1  Annette W. Jarvis, Utah Bar No. 1649 (admitted pro hac vice)
   Steven C. Strong, Utah Bar No. 6340 (admitted pro hac vice)
2  RAY QUINNEY & NEBEKER P.C.
   36 South State Street, Suite 1400
3  P.O. Box 45385
   Salt Lake City, Utah 84145-0385
4  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
5  Email: ajarvis@rqn.com

6      and

7  Lenard E. Schwartzer, Nevada Bar No. 0399
8  Jeanette E. McPherson, Nevada Bar No. 5423
   SCHWARTZER & MCPHERSON LAW FIRM
9  2850 South Jones Boulevard, Suite 1
   Las Vegas, Nevada 89146-5308
10 Telephone: (702) 228-7590
   Facsimile: (702) 892-0122
11 E-Mail: bkfilings@s-mlaw.com

12 Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                            Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                            Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                            Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                            Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                            Debtor. | **SECOND SUPPLEMENTAL DECLARATION REGARDING DEBTORS' RETENTION OF RAY QUINNEY & NEBEKER P.C. AS BANKRUPTCY COUNSEL FOR THE DEBTORS**<br>**(AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

I, STEVEN C. STRONG, submit the following verified statement and disclosure to supplement the Declaration of Annette W. Jarvis (the "Jarvis Declaration") that was filed as an exhibit to and in connection with the Debtors' Application to Employ Ray Quinney & Nebeker P.C. as Counsel to the Debtors Pursuant to 11 U.S.C. §§ 327 and 329, and Rules 2014, 2016, and 5002 of the Federal Rules of Bankruptcy Procedure (the "Employment Application", Docket No. 23), and to further supplement my Supplemental Declaration filed on October 2, 2006 (Docket No. 1425).

1.    I am a shareholder in the Salt Lake City, Utah office of the law firm of Ray Quinney & Nebeker P.C. ("Ray Quinney").  I am a licensed member of the Utah State Bar and am admitted to practice in the United States District Court for the District of Utah and other federal courts.  I have been admitted pro hac vice to practice before this Court in the above-captioned bankruptcy cases of the Debtors.  I have personal knowledge of the matters set forth herein, except that certain disclosures herein relate to matters within the knowledge of other persons at Ray Quinney and are based on information received from them.

2.    On April 13, 2006, USA Commercial Mortgage Company ("USACM"), USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, and USA Capital First Trust Deed Fund, ("Debtors") by and through their counsel, Ray Quinney and Schwartzer & McPherson Law Firm, each filed chapter 11 bankruptcy petitions.

3.    On April 18, 2006, the Debtors filed the Employment Application seeking authorization to employ Ray Quinney pursuant to 11 U.S.C. § 327(a).

4.    Since the filing of my Supplemental Declaration, Ray Quinney has become aware of the following additional facts that may similarly require disclosure:

5.    MaryAnn DeWald, an interest holder in the USA Capital First Trust Deed Fund, occasionally consults with one of the estate planning attorneys at Ray Quinney. Mrs. DeWald was also represented by an attorney at Ray Quinney in her divorce proceedings.  No attorneys at Ray Quinney counsel Mrs. DeWald in connection with her investment in USA Capital First Trust Deed Fund.

2

6.  Ray Quinney formerly represented Fidelity National Title Insurance Company, a disbursement agent for some of the loans served by USACM. Ray Quinney is currently representing a party in litigation, unrelated to USACM, adverse to Fidelity National Title Insurance Company.

7.  An individual by the name of Stephen Nicolatus testified several years ago in Tom Hantges's divorce proceedings and is reflected on the USA mailing list, but is not a creditor. Mr. Nicolatus is the uncle of a Ray Quinney associate attorney.

8.  To the best of my knowledge, the disclosures herein do not disqualify Ray Quinney from employment in this case, Ray Quinney does not hold or represent an interest materially adverse to the Debtors or their bankruptcy estates, and Ray Quinney continues to be a "disinterested person."

I declare, under penalty of perjury, that, to the best of my knowledge, information and belief, the foregoing is true and correct.

Executed ⎸⎸ December, 2006.

Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

894963

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3