Jeffrey N. Rich
KIRKPATRICK & LOCKHART NICHOLSON
  GRAHAM LLP
599 Lexington Avenue
New York, New York 10022
TELEPHONE (212) 536-3900
FACSIMILE (212) 536-3900

Brian R. Forbes
KIRKPATRICK & LOCKHART NICHOLSON
  GRAHAM LLP
2828 N. Harwood, Suite 1800
Dallas, Texas 75201
TELEPHONE: (214) 939-4900
FACSIMILE: (214) 939-4949

FORECLOSURE ORDINARY COURSE OF BUSINESS COUNSEL

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>            Debtor. | CASE NO. BK-S-06-10725 LBR<br>CASE NO. BK-S-06-10726 LBR<br>CASE NO. BK-S-06-10727 LBR<br>CASE NO. BK-S-06-10728 LBR<br>CASE NO. BK-S-06-10729 LBR<br><br>JOINTLY ADMINISTERED<br><br>CHAPTER 11 CASES<br><br>JUDGE LINDA B. RIEGLE PRESIDING<br><br>**DECLARATION OF BRIAN R. FORBES IN SUPPORT OF APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(A) AUTHORIZING THE EMPLOYMENT AND RETENTION OF KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP AS ORDINARY COURSE OF BUSINESS COUNSEL**<br><br>DATE: N/A<br>TIME: N/A<br><br>AFFECTS: ALL DEBTORS |

I, Brian R. Forbes, hereby declare under penalty of perjury that:

1.   I am a member of the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP ("KLNG") with offices located at and 2828 N. Harwood, Suite 1800, Dallas, Texas 75201.

2.   This declaration is submitted in connection with the Order Granting Debtors' Motion for an Order Authorizing Retention of Professionals Utilized by Debtors in the Ordinary Course of Business (the "Ordinary Course Order") entered on October 23, 2006. The Ordinary Course Order authorizes USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed

Fund, LLC, USA Capital First Trust Deed Fund, LLC, USA Securities, LLC, debtors and debtors-in-possession herein (each a "Debtor" and collectively, the "Debtors"), to retain certain professionals in the ordinary course of business during the pendency of the Debtors' chapter 11 cases. The Debtors have requested, and KLNG has agreed, to represent and advise the Debtors on foreclosure matters pursuant to section 327 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

3.   KLNG uses a comprehensive computer software system to track client representations and engagements firm-wide. I caused a "conflicts check" to be run with respect to: (a) the 20 largest unsecured creditors of each of the Debtors (b) the top 20 investors of each of the Debtors; and (c) the professionals retained by the Debtors and Official Committees.

4.   Based upon my review of the conflicts check report, and to the best of my knowledge, KLNG and all of its members and associates, are disinterested persons as that term is defined in 11 U.S.C. § 101(14). To the best of my knowledge, except as disclosed herein, neither KLNG nor any of its members or associates of KLNG have any connections with the United States Trustee, the Debtors, their investors, any other party-in-interest, their respective attorneys and accountants, or to these bankruptcy estates, and have no connections to the bankruptcy judge presiding over this case, the United States Trustee in this district, or any person employed in the Office of the United States Trustee. To the best of my knowledge, except as disclosed herein, neither KLNG nor its members or associates represent or hold any interest adverse to the Debtors or their bankruptcy estates in connection with the matters for which KLNG is to be retained.

5.   KLNG will advise and counsel the Debtors specifically concerning foreclosures for the loans serviced by the Debtors. KLNG is well-versed in foreclosure proceedings and is willing to accept compensation pursuant to Ordinary Course Order.

6.   To the best of my knowledge, neither KLNG, nor any attorney employed by KLNG, is or was:

    A.   a creditor, equity security holder, investor, or insider of the Debtors;

    B.   an investment banker for any outstanding security of the Debtors;

    C.   an attorney for an investment banker for any outstanding security of the Debtors; or

    D.   a director, officer, or employee of the Debtors or of any investment banker.

7. As part of its diverse nationwide practice, KLNG appears in cases, proceedings, and transactions involving many different professionals, including attorneys, accountants, financial consultants, and investment bankers, some of which may be or represent claimants and parties-in-interest in the Debtors' cases. Based on my current knowledge of the professionals involved, and except as is disclosed herein, KLNG does not represent or have a relationship with any attorneys, accountants, financial consultants, or investment bankers which would be adverse to the Debtors or their estates, except that KLNG may in the past have acted, or may presently be acting, as counsel, co-counsel or as local counsel with some of those attorneys, accountants, financial consultants or investment bankers on matters wholly unrelated to these cases.

8. Notwithstanding the foregoing, KLNG employs approximately 1,000 attorneys, and by virtue of its size and expertise in numerous fields, may have represented, or still represent, unknown entities that might be creditors or parties-in-interest in these bankruptcy cases. However, any such representations are wholly unrelated to the matters for which KLNG seeks to be retained by the Debtors. Consequently, I do not believe that any actual (or even potential) conflict of interest exists with respect to those matters for which KLNG seeks to be retained.

9. Similarly, KLNG has a large and diverse legal practice which encompasses representation of many financial institutions, commercial corporations, and creditors. Some of these entities (or affiliates of these entities) are or may be holders of claims against, and/or interests in the Debtors, or are or may be parties-in-interest in these cases. In the ordinary course of the practice of law, KLNG and certain of its members, counsel and associates may have represented, may currently represent, or may from time-to-time in the future represent such entities or affiliates of such entities in matters unrelated to the Debtors' cases.

10. Notwithstanding the foregoing, KLNG has previously represented or still represents several creditors of the Debtors, and/or other parties-in-interest in these cases, <u>in matters entirely unrelated to these bankruptcy cases</u>. A list of all such entities is set forth on Exhibit 1 hereto. To the

best of my knowledge, none of these representations are in any way related to the Debtors or their bankruptcy cases. Thus, none of these representations constitute a conflict of interest. KLNG will not undertake to represent any creditor or party-in-interest in connection with these bankruptcy cases. In addition, the fees individually derived from each of the entities listed on Exhibit "1" represented less than one percent of KLNG's annual revenue in the last fiscal year.

11. In the event that KLNG discovers any additional facts bearing on the matters described herein, I will supplement the information contained in this declaration.

12. The various hourly billing rates for KLNG's attorneys and support staff are as follows:

Partners and Counsel   $350-$680

Associates             $260-$475

Paraprofessionals      $170-240

13. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and legal assistants may from time-to-time perform legal services in connection with the matters herein described.

14. In addition, below is a list of rates for reimbursable expenses charged by KLNG:

Photocopying:      $0.15/page

Faxing:            No charge, other than the actual costs for telephone charges

Telephone Calls:   Actual cost

FedEx/USPS:        Actual cost

15. The expenses set forth above may change from time to time.

16. KLNG intends to submit for compensation and reimbursement of expenses in accordance with the Ordinary Course Order.

17. KLNG has not shared, nor agreed to share, any compensation received in connection with this engagement with any other person, except pursuant to the ordinary agreements applicable to the members and employees of KLNG.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is being executed at Dallas, Texas, on this 8th day of December, 2006.

*Brian R Forbes*
Brian R. Forbes

**EXHIBIT "1"**

LIST OF KNOWN CONNECTIONS

KLNG represents or has represented the following creditors in these cases in matters wholly unrelated to these bankruptcy cases:

Banc of America Securities LLC
Bank of America
Banc of America Leasing & Capital Group, LLC
Bank of America, N.A.
Banc of America Mortgage
Bank of America Investment Services, Inc.
Banc of America Securities, LLC
Bank of America Corporation
Bank of America Community Development Venture Funds
Bank of America Trust and Savings Association
Bank of America Private Bank
Bank of America Long Term Disability Plan
Bank of America National Trust & Savings

Citibank South Dakota, N.A.
Citicorp
Citibank, N.A.
Citicorp USA, Inc.
Citicorp Mortgage, Inc.
Citicorp Credit Services, Inc.
Citibank, F.S.B.
Citicorp, N.A.
Citibank (West) FSB
Citicorp Credit Services, Inc.
Citibank National Association
CitiFinancial Credit Company
Citicorp U.S.A., Inc.
Citibank, F.S.B.
Citibank Private Bank
Citibank International
Citibank Services, Inc.
Citigroup Global Markets, Inc.
Citibank N.A. Japan
Citigroup, Inc.
Citibank (South Dakota) N.A.
Citibank International PLC

Signature Financial Group, Inc.

US Bank
US Bank National Association, N.D.
US Bank Home Mortgage
U.S. Bank National Association

Wells Fargo Tactical Factor Management
Wells Fargo Alternative Asset Management, LLC
Wells Fargo Bank Multi-Strategy Trusts
Wells Fargo Multi
Wells Fargo Strategy 50 Fund
Wells Fargo Bank, National Association
Wells Fargo Business Credit, Inc.
Wells Fargo Funding, Inc.
Wells Fargo Foothill, Inc.
Wells Fargo Mortgage, Inc.
Well Fargo Multi-Strategy Trusts
Wells Fargo Alternative Asset Mgmt. LLC
Wells Fargo Multi-Strategy 50 Fund LLC
Wells Fargo Multi-Strategy 100 Fund LLC
Wells Fargo Multi Strategy 50 Hedge Fund, LLC
Wells Fargo Multi-Strategy 100 Hedge Fund, LLC
Wells Fargo Multi-Strategy 50 Offshore Hedge Fund, Ltd.
Wells Fargo Multi-Strategy 100 Offshore Hedge Fund, Ltd.
Wells Fargo Hedge Strategy Palette LLC
Wells Fargo Alternative Management Capital Partners VII, LLC
Wells Fargo Alternative Asset Management, LLC
Wells Capital Management Incorporated
Wells Fargo Financial Washington I, Inc.
Wells Capital Management, Inc.
Wells Fargo Securities, LLC
Wells Fargo Bank. N.A.
Wells Fargo Funds Management, LLC
Wells Fargo Securities, LLC
Wells Fargo Investments
Wells Fargo Bank Private Client Services