Gregory J. Walch
Nevada Bar Number 4780
Email: GWalch@Nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

E-Filed on December 11, 2006

*Attorney for Gregory J. Walch and Shauna M. Walch,
Trustees of the Gregory J. and Shauna M. Walch
Family Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company<br>    06-10725 – Lead Case<br><br>USA Capital Realty Advisors, LLC<br>    06-10726<br><br>USA Capital Diversified Trust Deed Fund, LLC<br>    06-10727<br><br>USA Capital First Trust Deed Fund, LLC<br>    06-10728<br><br>USA Securities, LLC<br>    06-10729<br><br>                    Debtors. | Jointly Administered<br>Chapter 11 Cases<br>Judge Linda B. Riegle Presiding<br><br>**ERRATA TO LIMITED OBJECTION TO PLAN**<br><br>Date of Hearing:    December 19, 2006<br>Time of Hearing:    10:00 a.m.<br>Place: Courtroom No. 2, Third Floor<br>            Foley Federal Building<br>            300 Las Vegas Blvd., S.<br>            Las Vegas, NV 89101<br><br>Affecting:<br>[x]  All Cases<br>Or only:<br>[]   USA Commercial Mortgage Company<br>[]   USA Capital Realty Advisors, LLC<br>[]   USA Capital Diversified Trust Deed Fund, LLC<br>[]   USA Capital First Trust Deed Fund, LLC |

## ERRATA

Gregory J. Walch and Shauna M. Walch, Co-Trustees of the Gregory J. and Shauna M. Walch Family Trust (the "Trust"), hereby give notice that the Declaration of Gregory J. Walch filed in Support of Limited Objection to Plan did not contain the correct Marlton Square note. The Errata to Declaration of Gregory J. Walch, attached hereto as Exhibit "1", contains a true

1 and correct copy of the correct note as "Exhibit D".

2 Dated this 11th day of December, 2006.

/s/  Gregory J. Walch
Gregory J. Walch, Esq.
Nevada Bar Number 4780
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:702/791-0308
Facsimile: 702/791-1912

*Attorney for Gregory J. Walch and Shauna M. Walch, Trustees of the Gregory J. and Shauna M. Walch Family Trust*