Gregory J. Walch
Nevada Bar Number 4780
Email: GWalch@Nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

E-Filed on December 11, 2006

*Attorney for Gregory J. Walch and Shauna M. Walch,
Trustees of the Gregory J. and Shauna M. Walch
Family Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company<br>    06-10725 – Lead Case<br><br>USA Capital Realty Advisors, LLC<br>    06-10726<br><br>USA Capital Diversified Trust Deed Fund, LLC<br>    06-10727<br><br>USA Capital First Trust Deed Fund, LLC<br>    06-10728<br><br>USA Securities, LLC<br>    06-10729<br><br>                    Debtors. | Jointly Administered<br>Chapter 11 Cases<br>Judge Linda B. Riegle Presiding<br><br>**ERRATA TO DECLARATION OF<br>GREGORY J. WALCH IN SUPPORT OF<br>LIMITED OBJECTION TO PLAN**<br><br>Date of Hearing:    December 19, 2006<br>Time of Hearing:    10:00 a.m.<br>Place: Courtroom No. 2, Third Floor<br>                    Foley Federal Building<br>                    300 Las Vegas Blvd., S.<br>                    Las Vegas, NV 89101<br><br>Affecting:<br>[x]  All Cases<br>Or only:<br>[]  USA Commercial Mortgage Company<br>[]  USA Capital Realty Advisors, LLC<br>[]  USA Capital Diversified Trust Deed Fund, LLC<br>[]  USA Capital First Trust Deed Fund, LLC |

## ERRATA

1.    I am a co-trustee of the Gregory J. and Shauna M. Walch Family Trust ("the Trust"). In support of the Trust's Limited Objection to Plan E-filed December 9, 2006, I included as Exhibit "D" to my declaration a copy of an offering statement and note for the Marlton Square loan dated August 11, 2005. The attached Marlton Square offering statement

and note should be substituted as Exhibit "D" to the Declaration to show the Trust's interest in the loan.

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 11th Day of December, 2006.

*[signature]*
Gregory J. Walch