E-Filed on December 11, 2006

Andrew M. Brumby, Esq.
Florida Bar No. 0650080
Lee D. Mackson, Esq.
Florida Bar No. 435929
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone: 407-423-3200; Facsimile: 407-425-8316
E-mail: abrumby@shutts-law.com

and

R. Vaughn Gourley, Esq.
Nevada Bar No. 0503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada 89130
Telephone: 702-656-2355; Facsimile: 702-656-2776
E-mail: vgourley@1vcm.com
Attorneys for Standard Property Development, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC<br>    Debtor.<br>_____/ | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br><br>Adversary Proceeding No. 06-01179-LBR |

Affects:
  ☒ All Debtors
  ☐ USA Commercial Mortgage Co.
  ☐ USA Securities, LLC
  ☐ USA Capital Realty Advisors, LLC
  ☐ USA Capital Diversified Trust Deed
  ☐ USA First Trust Deed Fund, LLC
_____/

E-Filed on December 11, 2006

# CERTIFICATE OF SERVICE

1. On December 11, 2006, I served the following document(s) *(specify)*:

***STANDARD PROPERTY DEVELOPMENT, LLC'S LIMITED OBJECTION TO CONFIRMATION OF THE THIRD AMENDED JOINT PLAN OF REORGANIZATION***

2. I served the above-named document(s) by the following means to the persons as listed below: *(Check all that apply)*

    ☒    a.    **ECF System** *(You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary)*

*Lenard E. Schwartzer, Esq.*
*Jeanette E. McPherson, Esq.*
*Schwartzer & McPherson*
*2850 South Jones Blvd, Suite 1*
*Las Vegas, NV 89146*
*bkfilings@s-mlaw.com*

    ☒    b.    **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

*Same as above*

    ☐    c.    **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

**I personally delivered the document(s) to the persons at these addresses:**

    ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    ☐    d.    **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

  Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  e.  **By direct email (as opposed to through the ECF System)** *(List persons and email addresses. Attach additional paper if necessary)*

  Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  f.  **By messenger** *(List persons and email addresses. Attach additional paper if necessary)*

  I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on December 11, 2006.

           /s/ Andrew M. Brumby
           DECLARANT

ORLDOCS 10739679 1

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
Schwartzer & McPherson
2850 South Jones Blvd, Suite 1
Las Vegas, NV 89146
bkfilings@s-mlaw.com

Annette W. Jarvis, Esq.
Ray, Quinney & Rebeker
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
ajarvis@rqn.com

Eve H. Karasik, Esq.
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Fax: 310.228.5788
ekarasik@stutman.com

Gregory E. Garman, Esq.
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89109
Fax: 702.796.5555
geg@gordonsilver.com

Marc A. Levinson, Esq.
Orrick, Herrington & Sutcliff LLP
8400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Fax: 916.329.4900
malevinson@orrick.com

Rob Charles, Esq.
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Fax: 702.949.8321
rcharless@lrlaw.com

August B. Landis, Esq.
Office of the United States Trustee
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101
Fax: 702.388.6658
augie.landis@usdoj.gov

ORLDOCS 10734469 1