SILVERMAN BERNHEIM & VOGEL
By:   Jonathan J. Bart, Esquire
Pennsylvania Bar I.D. No. 49114
Two Penn Center, Suite 910
Philadelphia, PA 19102
Telephone: 215-569-0000
Facsimile: 215-636-3999
e-mail: jbart@sbvlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,
    Debtor.
_____/

In re:

USA CAPITAL REALTY ADVISORS, LLC,
    Debtor.
_____/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
    Debtor.
_____/

In re:

USA SECURITIES, LLC,
    Debtor.
_____/

CASE NOS: BK-5-06-10726 LBR
CASE NOS: BK-5-06-10727 LBR
CASE NOS: BK-5-06-10728 LBR
CASE NOS: BK-5-06-10729 LBR
CHAPTER 11
JOINTLY ADMINISTERED UNDER
CASE NO: BK-5-06-10725-LBR

Affects:
X   All Debtors
___   USA Commercial Mortgage Co.
___   USA Securities, LLC
___   USA Capital Realty Advisors, LLC
___   USA Capital Diversified Trust Deed
___   USA First Trust Deed Fund, LLC
_____/

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY
<u>ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT</u>**

Jonathan J. Bart, Esquire, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Philadelphia, Pennsylvania, telephone number 215-569-0000.

2. That Petitioner is an attorney at law and a member of the law firm of Silverman Bernheim & Vogel, Two Penn Center Plaza, Suite 910, Philadelphia, Pennsylvania 19102, telephone number 215-569-0000.

3. The Petitioner has been retained personally to provide legal representation to the Estate of Daniel Tabas in connection with the above-entitled case now pending before this Court.

4. That since February, 1985, Petitioner has been and presently is a member in good standing of the bar of the Appellate Division, First Department of the State of New York and since May 1987 has been and presently is a member in good standing of the bar of the Supreme Court of Pennsylvania.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
|---|---|
| United States Court of Appeals, Third Circuit | 1987 |
| United States District Court for the Eastern District of Pennsylvania | 1987 |
| United States District Court for the Western District of Pennsylvania | 1988 |
| United States District Court for the Middle District of Pennsylvania | 2006 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission): None.

8. That Petitioner is a member of good standing in the following Bar Associations: State Bar of Pennsylvania; State Bar of New York.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past _____ (_____) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Jonathan J. Bart, Esquire

STATE OF PENNSYLVANIA     :
                                              : SS
COUNTY OF PHILADELPHIA  :

     JONATHAN J. BART, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

                                                 Jonathan J. Bart, Esquire

Sworn to and subscribed fore me this 17 day of November, 2006.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Julia A. McBride, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires May 29, 2010
Member, Pennsylvania Association of Notaries

APPROVED:

Dated: This _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

F:\WPCNET\DOCS\31529\006\Pleadings\petition.permsn.practice.111706.WPD