Silverman Bernheim & Vogel
Jonathan J. Bart, Esquire
Name
PA I.D. No. 49114
Bar Code #
Two Penn Center, Suite 910
Address
Philadelphia, PA 19102

215-569-0000

Facsimile 215-636-3999

Phone #

e-mail address  jbart@sbvlaw.com

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re | ) | | |
|---|---|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | ) | | |
| USA CAPITAL REALTY ADVISORS, LLC | ) | Bankruptcy No. | BK-5-06-10726 LBR |
| USA CAPITAL DIVERSIFIED TRUST | ) | | BK-5-06-10727 LBR |
| DEED FUND, LLC | ) | | BK-5-06-10728 LBR |
| USA SECURITIES, LLC | ) | Chapter 11 | BK-5-06-10279 LBR |
| | ) | | JOINTLY ADMINISTERED UNDER |
| Debtor(s) | ) | | CASE NO. BK-5-06-10725-LBR |

### DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for ___ESTATE___ ___TABAS___

_____, the __CREDITOR__ _____

_____ herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate __JANET L. CHUBB, ESQUIRE__ attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

NEVADA STATE BAR NO. 176, JONES VARGAS, 100 W. LIBERTY ST., 12TH FL., P.O. BOX 281
(Bar Code #, Street, City, State, Zip Code and Telephone Number)
RENO, NV 89504-0281 (775)786-5000

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

_____
Attorney at Law
Counsel for _Estate of Tabas_

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

_____
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____JANET L. CHUBB, ESQUIRE_____

as his/her/their Designated Nevada Counsel is this case.

JONES VARGAS

100 WEST LIBERTY ST., 12TH FLOOR

P.O. BOX 281
RENO, NV 89504-0281

VP-Designation-08-04