Jeffrey B. Cohen, Chief Counsel
Israel Goldowitz, Deputy Chief Counsel
Karen Morris, Associate Chief Counsel
James Eggeman, Assistant Chief Counsel
Frank A. Anderson, Attorney, D.C. Bar No. 478234[*]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[*]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C.  20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

Attorneys for Pension Benefit Guaranty Corporation

Daniel G. Bogden
Nevada Bar No. 2137
United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel:  (702) 388-6336
Fax:  (702) 388-6787
Attorney for Pension Benefit Guaranty Corporation

Electronically Filed:
December 11, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
| Debtor. | Case No. BK-S-06-10727 LBR |
| In re: | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC | Case No. BK-S-06-10729 LBR |
| Debtor. | |
| In re: | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | |
| Debtor. | Jointly Administered Under |
| In re: | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| In re: | Hearing Date:  November 13, 2006 |
| USA SECURITIES, LLC | Hearing Time: 9:30 a.m. |
| Debtor. | |

---

[*]Admitted *pro hac vice*.

**OBJECTION OF THE PENSION BENEFIT GUARANTY CORPORATION
TO DEBTORS' DISCLOSURE STATEMENT FOR DEBTORS' JOINT PLAN OF
REORGANIZATION DATED SEPTEMBER 15, 2006 (AFFECTS ALL DEBTORS)**

1.   I served the foregoing document by the Courts ECF System (See attached Notice of Electronic Filing), by Federal Express and by fax transmission to the persons listed below:

Ray Quinney & Nebeker P.C.
36 S. State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Fax: (801) 532-7543
Attn: Annette W. Jarvis, Esq.
ajarvis@rqn.com
Counsel for the Debtors

Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146
Fax: (702) 892-0122
Attn: Lenard E. Schwartzer, Esq.
lschwartzer@s-mlaw.com
Local Counsel for the Debtors

Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Fax: (310) 228-5788
Attn: Eve H. Karasik, Esq.
ekarasik@stutman.com
Counsel for the Official Committee of Equity Holders of USA Capital First Trust Deed Fund, LLC

Gordon & Silver, Ltd.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, NV 89109
Fax: (702) 796-5555
Attn: Gregory E. Garman, Esq.
geg@gordonsilver.com
Counsel for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Fax: (916) 329-4900
Attn: Marc A. Levinson, Esq.
malevinson@orrick.com
Counsel for the Official Committee of Equity Holders of USA Capital Diversified Trust Deed Fund, LLC

Office of the United States Trustee
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101
Fax: (702) 388-6658
Attn: August B. Landis, Esq.
augie.landis@usdoj.gov
Assistant United States Trustee

Lewis and Roca LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169-5996
Fax: (702) 949-8321
Attn: Rob Charles, Esq.
rcharles@lrlaw.com
Counsel for the Official Committee of Unsecured
Creditors of USA Commercial Mortgage Company


I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.


Dated this 11th day of December, 2006.          /s/ Frank A. Anderson
                                                                            Attorney