Marc A. Levinson (California Bar No. 57613)
Regina Ragni (California Bar No. 214061)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com; rragni@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com

[Proposed] Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC

E-filed December 11, 2006

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00352096;}

I hereby certify that on the 8th day of December 2006, I caused to be served a true and correct copy of the Plan Documents Supplement and Notice of Disclosures by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, Pursuant to 11 U.S.C. §§ 1129(a)(4) and (5) [Docket No. 2001], via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court; and

☒ (VIA EMAIL) By electronic mail transmission to those persons listed on the attached email.

I further certify that on the 11th day of December 2006, I caused to be served a true and correct copy of the Plan Documents Supplement and Notice of Disclosures by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, Pursuant to 11 U.S.C. §§ 1129(a)(4) and (5), via:

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date above written.

Dated this 11th day of November 2006.

/s/ [signature]
an employee of Beckley Singleton, Chtd.



{00352096;}    Page 2 of 2

**Miscellaneous:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 12/8/2006 at 5:44 PM PST and filed on 12/8/2006
**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 2001

**Docket Text:**
*Plan Documents Supplement and Notice of Disclosures* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\aloraditch\Desktop\DTDF Committee Plan Disclosures.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/8/2006] [FileNumber=7561364-0]
[46b73addf551c4bf5549d8768704d4620969d96d670b6bc68a086074575d80d26020
d317f9cd310ebfe624baebac1cb2c8278c415a358555be2be08063dd0fcb]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL   jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

XANNA R. HARDMAN   xanna.hardman@gmail.com

STEPHEN R HARRIS   noticesbh&p@renolaw.biz

JEFFREY L HARTMAN   notices@bankruptcyreno.com

BRIGID M. HIGGINS   bankruptcynotices@gordonsilver.com

RANDOLPH L. HOWARD   rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON   dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME   cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES   ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE   TyKehoeLaw@aol.com

ROBERT R. KINAS   rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON   ecf@lslawnv.com

JOHN J. LAXAGUE   jlaxague@caneclark.com

GEORGE C LAZAR   glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME   rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH   ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR   jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL   , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL   rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY   lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT   mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyc

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING     ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N TIRRE     atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH     GWalch@Nevadafirm.com

RUSSELL S. WALKER     rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY     wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com

JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA     azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
,

EVAN BEAVERS
1625 HIGHWAY 88, #304

MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

C RANDALL BUPP
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

CURTIS F CLARK
,

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
,

RICHARD D. GREEN
,

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

JOHN HANDAL
,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

DAVID W. HUSTON
,

INTERIM COMMITTEE OF CONCERNED INVESTORS
,

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150

AUSTIN, TX 78731

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

Constantine Karides
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 30000
Sacramento, CA 95814-4497

LEWIS AND ROCA LLP
,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

JERROLD T. MARITIN

8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

ANDREW M PARLEN
,

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385

SALT LAKE CITY, UT 84145

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SIERRA CONSULTING GROUP, LLC
,

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT
,

ROY R. VENTURA
,

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

# Anne Loraditch

| | |
|---|---|
| **From:** | Anne Loraditch |
| **Sent:** | Friday, December 08, 2006 5:58 PM |
| **To:** | 'Advanced Information Systems Michael Yoder (E-mail)'; 'Angelo Gordon & Co RFSP Jed Hart (E-mail)'; 'Annee Nounna (E-mail)'; 'Arthur and Glorianne Polacheck'; 'Charles and Flora Nichols (E-mail)'; 'Christine M. Pajak'; 'Chuck Heinrichs (E-mail)'; 'Dennis Flier Inc. Defined Benefit Trust (E-mail)'; 'Donald Walker'; 'Douglas Monson'; 'Eve Karasik'; 'Fertitta Enterprises William Bullard (E-mail)'; 'Frank Merola, Stutman'; 'Frank Weinman'; 'Helms Homes LLC Terry Helms (E-mail)'; 'Homfeld Edward Homfeld II LLC (E-mail)'; 'Howard Connell'; 'James and Pamela McCollum'; 'Jerry T. McGimsey'; 'John Goings'; 'John Warner Jr. (E-mail)'; 'Joseph Congress'; 'JTWROS Mary and Matthew Moro (E-mail)'; 'Kolesar & Leatham RFSP James Macrobbie (E-mail)'; 'Kravitz Schnitzer RFSP Jeffrey Sloane (E-mail)'; 'Marc Levinson'; 'McGuire Woods LLP RFSP Richard Mason (E-mail)'; 'McGuire Woods RFSN Michael Schmahl (E-mail)'; 'McGuire Woods RFSN Patricia Smoots (E-mail)'; 'Michaelson Susi RFSN Jay Michaelson (E-mail)'; 'Michaelson Susi RFSN Peter Susi (E-mail)'; 'Nordman Cormany for Andrew Welcher RFSN William Winfield (E-mail)'; 'Rachel Ragini'; 'RFSN Jeffrey Cogan for Robert Verchota R&N Real Estate (E-mail)'; 'RFSP Nicholas Santoro (E-mail)'; 'RFSP Stan Wolken (E-mail)'; 'Robert L. Hagmaier (E-mail)'; 'Robert Lepome'; 'Robert Worthen (E-mail)'; 'Russell Ad Development Group Robert Russell (E-mail)'; 'Russell James Zuardo'; 'Sean Najarian Esq. RFSP (E-mail)'; 'Steve Orr'; 'Steven Strong, Ray Quinney'; 'Susan'; 'Susan Eckhardt, Nevada Mortgage Lending Div'; 'Thomas Stilley, Sussman Shank LLP'; 'Trust (E-mail)'; 'TTEE Katz 2000 Separate Property Trust Sara M. Katz (E-mail)'; 'Wendy Smith'; 'Xanna R. Hardman'; 'Candace Carlyon (E-mail)'; 'Lenard Schwartzer (E-mail)'; 'Jeanette E. McPherson (E-mail)' |
| **Cc:** | Pat Kois |
| **Subject:** | In re USA Capital - DTDF Committee Plan Documents Supplement and Disclosures |

Attached is a copy of the DTDF Committee's Plan Documents Supplement and Disclosures filed today with the bankruptcy court.

*Anne M. Loraditch*
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385.3373
Direct Dial: (702) 474.2615
Facsimile: (702) 385.5024
Email: aloraditch@beckleylaw.com
www.beckleylaw.com

### Confidentiality Notice

This e-mail message is a confidential communication from the law firm of Beckley Singleton, Chtd. and is intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at 702-385-3373 and delete this e-mail message and any attachments from your workstation or network mail system.


DTDF Committee Plan Disclosure...

1

## Anne Loraditch

**From:** Anne Loraditch
**Sent:** Friday, December 08, 2006 5:51 PM
**To:** Sandra S. Lavigna (E-mail)
**Cc:** Marc Levinson (E-mail)
**Subject:** DTDF Committee Plan Documents Supplement and Notice

Ms. Lavigna ~

Attached is a copy of the above, filed today with the bankruptcy court. While you may have already received electronic notice of the filing, Marc Levinson asked that I also send you a copy directly as a 'belt & suspenders' measure.

Please contact me with any comments or questions.

*Anne M. Loraditch*
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385.3373
Direct Dial: (702) 474.2615
Facsimile: (702) 385.5024
Email: aloraditch@beckleylaw.com
www.beckleylaw.com

**Confidentiality Notice**

This e-mail message is a confidential communication from the law firm of Beckley Singleton, Chtd. and is intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at 702-385-3373 and delete this e-mail message and any attachments from your workstation or network mail system.

| | | |
|---|---|---|
| USA COMM'L MORTGAGE AND RELATED DEBTOR ENTITIES<br>Thomas J. Allison<br>4484 South Pecos Road<br>Las Vegas, NV  89121 | Office of the U.S. Trustee<br>300 Las Vegas Blvd. So.<br>Suite 4300<br>Las Vegas, NV  89101 | Kummer, Kaempfer, Bonner & Renshaw<br>For USA Capital Unsecured Creditors<br>3800 Howard Hughes Pkwy., 7th Fl.<br>Las Vegas, NV  89109 |
| Intershow<br>For USA Capital Unsecured Creditors<br>The Githler Center<br>1258 North Palm Ave.<br>Sarasota, FL 34236 | James Hull<br>For USA Securities Unsecured Creditors<br>C/o Signature Financial<br>2601 Airport Drive, #370<br>Torrance, CA  90505 | George Gorman<br>For USA Securities Unsecured Creditors<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 |
| R. Hagmaier<br>For USA Securities Unsecured Creditors<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | Tim Rich<br>For USA Securities Unsecured Creditors<br>c/o Financial West Group<br>4510 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | Frank Merola/Eve H. Karasik<br>Stutman, Treister & Glatt PC<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA  90067 |
| Wen Baldwin Separate Property Trust<br>365 Dooley Drive<br>Henderson, NV  89015 | Robert E. Taylor<br>1535 Flynn Road<br>Camarillo, CA  93012 | John Warner, Jr., IRA<br>c/o First Savings Bank<br>2605 East Flamingo Rd.<br>Las Vegas, NV  89121 |
| Fertitta Enterprises, Inc.<br>2960 W. Sahara Ave., Suite 200<br>Las Vegas, NV  89102 | U.S. Securities and Exchange Commission<br>Attn: Sandra W. Lavigna<br>5670 Wilshire Blvd., 11th Fl.<br>Los Angeles, Ca  90036-3648 | Pension Benefit Guaranty Corp.<br>Office of the Chief Counsel<br>1200 K. Street, N.W.<br>Washington, D.C. 20005-4026 |
| Dept. of Employ. Training<br>Employ. Sec. Div., Cont. Section<br>500 East Third Street<br>Carson City, NV  89713-0030 | DMV & Public Safety Records Section<br>555 Wright Way<br>Carson City, NV  89711-0250 | Employers Insurance Co. of NV<br>Attn: Bankruptcy Desk<br>9790 Gateway Drive<br>Reno, NV  89521-5906 |
| NV Dept. of Taxation<br>Bankruptcy Division<br>555 E. Washington, #1300<br>Las Vegas, NV  89101 | Internal Revenue Service<br>Attn: Bankruptcy Dept., Stop 5028<br>110 City Parkway<br>Las Vegas, NV  89106 | Secretary of State<br>State of Nevada<br>202 N. Carson St.<br>Carson City, NV  89701 |
| NV Dept. of Taxation<br>Revenue Division<br>Capitol Complex<br>Carson City, NV  89710-0003 | Office of Labor Commissioner<br>555 E. Washington Ave.<br>Suite 4100<br>Las Vegas, NV  89101 | Daniel G. Bogden/Carlos A. Gonzalez<br>Office of the US Attorney<br>District of Nevada<br>333 Las Vegas Blvd. So., #5000<br>Las Vegas, NV  89101 |
| United States Dept. of Justice<br>Tax Div. Western Region<br>P.O. Box 683-Ben Franklin Station<br>Washington, D.C. 20044 | District Counsel<br>Internal Revenue Service<br>110 City Parkway<br>Las Vegas, NV  89106 | Internal Revenue Service<br>Ogden, UT 84201 |

{00291612;}

FHA/HUD
District Office
300 S. Las Vegas Blvd. Suite 2900
Las Vegas, NV  89101-5833

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ  85012

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV  89155-1220

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV  89155-1401

John Goings
P.O. Box 174
Masonville, CO  80541

Robert Hardy
6510 Ansonia Court
Las Vegas, NV  89118-1874

{00291612;}

**REQUEST FOR SPECIAL NOTICE**

Don Tomlin
C/o David W. Mounier
15316 Sky High Road
Escondido, CA 92025

Maryetta Bowman
534 Enchanted Lakes Drive
Henderson, NV 89052

Edward W. Homfeld
Homfeld II, LLC
777 S. Federal Hghwy, Suite N-409
Pompano Beach, FL 33062

John Peter Lee Ltd.
John Peter Lee, Esq.
830 Las Vegas Blvd. So.
Las Vegas, NY 89101

RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV 89074

Law Offices of James G. Schwartz
Joshua D. Brysk, Esq.
7901 Stoneridge Dr., Suite 401
Pleasanton, CA 94588

Michael R. Shuler
C/o Jay R. Eaton
Eaton & O'Leary, PPLC
P.O. Box 18
Fairbury, Illinois 61739

Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

Martin B. Weiss, Esq.
The Garrett Group, LLC
One Betterworld Circle, Suite 300
Temecula, CA 92590

Attila Jefzenszky
1720 Colavita Way
Reno, NV 89521

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL 33441

Peter Bolino
17412 Serene Drive
Morgan Hill, CA 95037

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

Bay Communities
C/o Chris el
4800 N. Federal Hghwy., Suite A205
Boca Raton, FL 33431

R.J. Rocco
12617 Cottageville Lane
Keller, Texas 76248

Thomas R. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089

Stephen R. Harris
Belding, Harris & Petroni, Ltd.
For Frank Snopko
417 West Plumb Land
Reno, NV 89509

BMC Group, Inc.
1330 East Franklin Ave.
El Segundo, CA 90245

Jerrold T. Martin
8423 Paso Robles
Northridge, CA 91325

Wade B. Gochnour/Aryn M. Fitzwater
Haney, Woloson & Mullins
For Liberty Bank
1117 S. Rancho Drive
Las Vegas, NV 89102

{00291612;}

| | | |
|---|---|---|
| Jonathan L. Mills<br>Sugar, Friedberg & Felsenthal LLP<br>For Norman Kiven<br>30 N. LaSalle St., Suite 3000<br>Chicago, IL 60602 | Goldsmith & Guymon, P.C.<br>Attn: Marjorie A. Guymon<br>2055 N. Village Center Circle<br>Las Vegas, NV 89134 | Joseph Huggins<br>Huggins & Associates<br>1000 N. Green Valley Pkwy., Suite 440-2<br>Henderson, NV 89014 |
| Russell S. Walker/ Reid W. Lamber<br>Elizabeth R. Loveridge<br>Woodbury & Kesler PC<br>265 E. 100 South, Suite 300<br>Salt Lake City, UG 84111 | Mojave Canyon Inc.<br>Attn: J.B. Partain, President<br>1400 Colorado St., #C<br>Boulder City, NV 89005 | Fertitta Enterprises, Inc.<br>Attn: William J. Bullard, CFO<br>2960 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89102 |
| David W. Sexton<br>Pamela K. Sexton<br>21929 N. 79th Place<br>Scottsdale, AZ 85255 | Dr. David R. Enrico<br>Dr. Bonny K. Enrico<br>2072 Almyra Road<br>Sparta, TN 38583-5168 | Bruce H. Corum, Trustee of the Credit Shelter Trust<br>Juanita N. Carter<br>4442 Valmonte Drive<br>Sacramento, CA 95864 |
| Charles B. Anderson Trust<br>Rita P. Anderson Trust<br>Baltes Company<br>211 Copper Ridge Court<br>Boulder City, NV 89005 | Mr. Allen J. Mault<br>2422 Aquasanta<br>Tuston, CA 92782 | Andrew Dauscher<br>Ellen Dauscher<br>P.O. Box 10031<br>Zephyr Cove, NV 89448 |
| Robert A. Cowman<br>Sandra L. Cowman<br>1525 Winterwood Avenue<br>Sparks, NV 89434 | Sierra Health Services<br>Attn: Frank Collins<br>2724 N. Tenaya Way<br>P.O. Box 15645<br>Las Vegas, NV 89114-5645 | A. William Ceglia<br>Ranee L. Ceglia<br>3720 Pocohena Court<br>Washoe Valley, NV 89704 |
| Kehl Family<br>C/o Mr. Ken Bonnet<br>3184 Highway 22<br>P.O. Box 720<br>Riverside, IA 52327 | Steven R. Orr<br>Richards, Watson & Gershon<br>355 S. Grand Avenue, 40th Fl.<br>Los Angeles, CA 90071-3101 | Larry L. Rieger, Trustee<br>Larry L. Rieger and Patsy Rieger Revocable Trust<br>2615 Glen Eagles Drive<br>Reno, NV 89523 |
| John Bauer IRA<br>40808 North Riverbend<br>Anthem, ZA 85086 | Broadwalk Investments L.P.<br>James R. Bonfiglio, G.P.<br>8635 West Sahara Ave., Unit 220<br>Las Vegas, NV 89117 | Nevada State Bank<br>Keriann M. Atencio<br>Greenberg Trarig, LLP<br>2375 East Camelback Road<br>Phoenix, AZ 85016 |
| Nancy L. Allf<br>Timothy P. Thomas<br>Parsons Behle & Latimer<br>Co-Counsel for Alexander et al<br>411 E. Bonneville Ave., #100<br>Las Vegas, NV 89101 | Gary A. Sheerin, Esq.<br>177 West Proctor Street, #B<br>Carson City, NV 89703 | Andrew Dauscher<br>Ellen Dauscher<br>P.O. Box 10031<br>Zephyr Cove, NV 89448 |
| Kehl Family<br>C/o Mr. Ken Bonnet<br>3184 Highway 22<br>P.O. Box 720<br>Riverside, IA 52327 | Mr. Allen J. Mault<br>2422 Aquasanta<br>Tuston, CA 92782 | A.  William Ceglia<br>B.  Ranee L. Ceglia<br>C.  3720 Pocohena Court<br>D.  Washoe Valley, NV 89704 |

{00291612;}

| | | |
|---|---|---|
| Charles B. Anderson Trust<br>Rita P. Anderson Trust<br>Baltes Company<br>211 Copper Ridge Court<br>Bouleder City, NV 89005 | Sierra Health Services<br>Attn: Frank Collins<br>2724 North Tenaya Way<br>P.O. Box 15645<br>Las Vegas, NV 89114-5645 | Bruce H. Corum, TTE of the<br>Credit Shelter Trust<br>Juanita N. Carter<br>4442 Valmonte Drive<br>Sacramento, CA 95864 |
| Robert A. Cowman<br>Sandra L. Cowman<br>1525 Winterwood Avenue<br>Sparks, NV 89434 | Dr. David R. Enrico<br>Dr. Bonny K. Enrico<br>2072 Almyra Road<br>Sparta, TN 38583-5168 | David W. Sexton<br>Pamela K. Sexton<br>21929 North 79th Place<br>Scottsdale, AZ 85255 |
| Mojave Canyon, Inc.<br>Attn: J.B. Partain, President<br>1400 Colorado Street, #C<br>Boulder City, NV 89005 | R. Vaughn Gourley, Esq.<br>Stephens Gourley & Bywater, P.C.<br>3636 N. Rancho Dr.<br>Las Vegas, NV 89130 | Andrew M. Brumby, Esq.<br>Shutts & Bowen, LLP<br>300 South Orange Ave., Ste. 1000<br>P.O. Box 4956<br>Orlando, FL 32802-4956 |
| Whitney B. Warnick<br>Albirght, Stoddard, Warnick & Albright<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, NV 89106 | Steven R. Orr<br>Richards, Watson & Gershon 355 S.<br>Grand Avenue, 40th Fl.<br>Los Angeles, CA 90071-3101 | James D. Greene, Esq.<br>Schreck Brignone<br>300 South Fourth St., #1200<br>Las Vegas, NV 89101 |
| Amy N. Tirre, Esq.<br>Kummer Kaempfer Bonner<br>Renshaw & Ferrario<br>5585 Kietzke Lane<br>Reno, NV 89511 | James C. McCarroll, Esq.<br>Debra Turetsky, Esq.<br>Reed Smith LLP<br>5999 Lexington Ave.<br>New York, NY 10022u | Lewis and Roca, LLP<br>Attn: Robert Charles, Esq.<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, Nevada 89169 |
| Jeffrey L. Hartman, Esq.<br>Hartman & Hartman, P.C.<br>510 West Plumb Lane, Ste. B<br>Reno, Nevada 89509 | Robert C. LePome, Esq.<br>330 S. Third St. #1100B<br>Las Vegas, NV 89101 | Wendy W. Smith<br>Binder & Malter<br>2775 Park Avenue<br>Santa Clara, CA 95050 |
| Albert Daniel Andrade<br>C/o David R. Griffith, Esq.<br>Stewart, Humpherys,<br>Burchett & Molin, LLP<br>Post Office Box 720<br>Chico, CA 95927 | | |

{00291612;}