**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on December 11, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>**EFFECTIVE JUNE 1, 2004 FILING FEE IS $175.00** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

John Hinderaker, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Tucson, Arizona.

1791360.1

**LEWIS AND ROCA LLP**
LAWYERS

2. That Petitioner is an attorney at law and a member of the law firm of Lewis and Roca LLP, with offices at 40 N. Central Avenue, Suite 1900, Phoenix, AZ, 85004, (602) 262-4430; and 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169, (702) 949-8320.

3. That Petitioner has been retained personally or as a member of the law firm by the Official Committee of Unsecured Creditors to provide legal representation to investigate and prosecute litigation on behalf of the Creditors Committee as representative of the estate.

4. That since July 1, 1997, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Arizona where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
| --- | --- |
| U.S. District Court for the District of Arizona | October 30, 1998 |
| U.S. Supreme Court | July 1, 1997 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

/////

/////

1791360.1

LEWIS AND ROCA LLP
LAWYERS

8. That Petitioner is a member of good standing in the following Bar Associations:

   Pima County Bar Association, Tucson, Arizona
   State Bar of Arizona

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| Brent Gardner (02/05/04) | Bank One Leasing/ Amerco, et al (03-521-3-GWZ) | USBC | Granted |
| Susan Freeman (06/08/06) | USA Commercial Mortgage Company (06-10725 LBR) | USBC | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully requests that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: 12/11/06

John Hinderaker, *Petitioner*

1791360.1

STATE OF ARIZONA )
                 )ss.
COUNTY OF PIMA   )

John Hinderaker, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
John Hinderaker, *Petitioner*

(SEAL)

Subscribed and sworn to before me this 11 day of December, 2006.

_____
Notary public

OFFICIAL SEAL
BARBARA PISCITELL
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Dec. 14, 2006

4

1791360.1