Gregory J. Walch
Nevada Bar Number 4780
Email: GWalch@Nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912

E-Filed on December 11, 2006

*Attorney for Gregory J. Walch and Shauna M. Walch,
Trustees of the Gregory J. and Shauna M. Walch
Family Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA Commercial Mortgage f/k/a USA Capital, et al.,<br>　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　Debtor. | Case No. BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　Debtor. | Case No. BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　Debtor. | Case No. BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>　　　　Debtor. | Case No. BK-S-06-10719-LBR<br>Chapter 11 |
| Affects:<br>☒　All Debtors<br>☐　USA Commercial Mortgage Co.<br>☐　USA Securities, LLC<br>☐　USA Capital Realty Advisors, LLC<br>☐　USA Capital Diversified Trust Deed<br>☐　USA First Trust Deed Fund, LLC | **CERTIFICATE OF SERVICE**<br><br>Date of Hearing: 12/19/2006<br>Time of Hearing: 10:00 a.m. |

## CERTIFICATE OF SERVICE

Do not use this form to prove service of summons and complaint. To prove service of a summons and complaint use the certificate in the court form entitled "Adversary" - Summons and Notice of Scheduling Conference in an Adversary Proceeding" which is available on the court's website at www.nvb.uscourts.gov.

　　1.　　On December 11, 2006 *(date)* I served the following document(s) *(specify)*:

(1) Errata to Limited Objection to Plan and (2) Errata to Declaration of Gregory J. Walch in Support of Limited Objection to Plan

06695-01/131429.doc

2. I served the above-named document(s) by the following means to the persons as listed below:

**(Check all that apply)**

☒ a. **ECF System** *(You must attached the "Notice of Electronic Filing", or list persons and addresses and attach additional paper if necessary)*

☐ b. **United States mail, postage full prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

☐ c. **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ d. **By direct e mail (as opposed to through the ECF System)**
(List persons and email addresses. Attach additional paper if necessary)

**Ray Quinney & Nebeker PC, Attn: Annette W. Jarvis, Esq. ajarvis@rqn.com**
**Counsel for Debtors and Debtors in Possession**

**Schwartzer & McPherson Law Firm Attn: Lenard Schwartzer, Esq.**
**lschwartzer@s-mlaw.com   Local Counsel for the Deebtors**

**Stutman, Treister & Glatt Attn: Eve H. Karasik, Esq. ekarasik@stutman.com**
**Counsel for the Official Committee of Equity Security Holders of USA First Trust Deed Fund , LLC**

**Orrick, Herrington & Stutcliffe LLP Attn: Mark A. Levinson, Esq. malevinson@orrick.com**
**Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC**

**Office of the United States Trustee Attn: August B. Landis, Esq. augie.landis@usdoj.gov**
**Assistant United States Trustee**
**Gordon & Silver, Ltd. Attn: Gregory E. Garman, Esq. geg@gordonsilver.com**
**Counsel for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company**

**Lewis and Roca LLP Attn: Rob Charles, Esq. rcharles@lrlaw.com**
**Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[06695-01/131429.doc]

- 2 -

☐    e. **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f. **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*: _____December 11, 2006_____

| | |
|---|---|
| Gregory J. Walch, Esq. | /s/ Gregory J. Walch |
| (NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

[06695-01/131429.doc]

- 3 -

## File an answer to a motion:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from WALCH, GREGORY J. entered on 12/11/2006 at 10:54 AM PST and filed on 12/11/2006
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 2011

**Docket Text:**
Limited Objection *(Errata to Declaration in Support Thereof)* Filed by GREGORY J. WALCH on behalf of GREGORY J. WALCH, SHAUNA M. WALCH (Related document(s)[1799] Amended Chapter 11 Plan (Pre-confirmation), Amended Chapter 11 Plan (Pre-confirmation) filed by Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC, Jnt Admin Debtor USA SECURITIES, LLC.) (Attachments: # (1) Exhibit 1 - Declaration Errata# (2) Exhibit Substitute for Exhibit D to Declaration) (WALCH, GREGORY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\greg\Desktop\131348.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/11/2006] [FileNumber=7564960-0
] [f3ab8a9f7248052a1ff69fb6df37c39f7bececff1f9ddfd3b2ae5359e19382597a9
59b8ac1ae0fd3ab7f65855a9465674af7c03258cea487923a73dcaf2c4abf]]
**Document description:** Exhibit 1 - Declaration Errata
**Original filename:** C:\Documents and Settings\greg\Desktop\errata to declaration.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/11/2006] [FileNumber=7564960-1
] [895849d104e62c2f3ccc9980d7b97ee9bc823f6f75822e64ea38d438cbabf3cfb0e
2bf9e85cde86fd9ff3422e83a8b817681f115c9ea0091bbd5cbbeec7c5c00]]
**Document description:** Exhibit Substitute for Exhibit D to Declaration
**Original filename:** C:\Documents and Settings\greg\Desktop\122973.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/11/2006] [FileNumber=7564960-2
] [9a50abf29e1afbff5c2e09b6ac7d70d3b6cf1f51fc04099573c5fd5863cdf993b41
031d7394293a7dde050351b9b1e80e54efe4c5a47bcf5681f6d839567bd48]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.   evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN   kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK   tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY   abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER   mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN   yvette@ccfirm.com

KEVIN B. CHRISTENSEN   kbchrislaw@aol.com

JANET L. CHUBB   tbw@jonesvargas.com

JEFFREY A. COGAN   jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE   cope_guerra@yahoo.com

CICI CUNNINGHAM   bankruptcy@rocgd.com

LAUREL E. DAVIS   bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)   tfette@daca4.com

THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING   sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN   bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR   wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ   carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON   bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY   vgourley@lvcm.com

TALITHA B. GRAY   bankruptcynotices@gordonsilver.com

JAMES D. GREENE   bknotice@schrecklaw.com

MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL   jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN   xanna.hardman@gmail.com

STEPHEN R HARRIS   noticesbh&p@renolaw.biz

JEFFREY L HARTMAN   notices@bankruptcyreno.com

BRIGID M. HIGGINS   bankruptcynotices@gordonsilver.com

RANDOLPH L. HOWARD     rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE     TyKehoeLaw@aol.com

ROBERT R. KINAS     rkinas@swlaw.com, jlustig@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON     ecf@lslawnv.com

JOHN J. LAXAGUE     jlaxague@caneclark.com

GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME     rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH     ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR     jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL     , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL     rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com

SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

DAVID MINCIN     mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON     bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN     ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN     aparlen@stutman.com

DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY     info@johnpeterlee.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com;paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART

245 PARK AVE, 26TH FL  
NEW YORK, NY 10167

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT  
,

EVAN BEAVERS  
1625 HIGHWAY 88, #304  
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.  
,

FLOCERFIDA BENINCASA  
9359 ROPING COWBOY AVE  
LAS VEGAS, NV 89178

JASPER BENINCASA  
9359 ROPING COWBOY AVE.  
LAS VEGAS, NV 89178

JOSHUA D BRYSK  
LAW OFFICES OF JAMES G SCHWARTZ  
7901 STONERIDGE DRIVE, SUITE 401  
PLEASANTON, CA 94588

C RANDALL BUPP  
2000 CROW CANYON PL #330  
SAN RAMON, CA 94583

ELISSA F CADISH  
3930 HOWARD HUGHS PKWY, 4TH FLR  
LAS VEGAS, NV 89169

CURTIS F CLARK  
,

VINCE DANELIAN  
P.O. BOX 97782  
LAS VEGAS, NV 89193

FRANK A ELLIS  
510 S 9TH ST  
LAS VEGAS, NV 89101

FOLEY & LARDNER LLP  
321 NORTH CLARK STREET  
SUITE 2800  
CHICAGO, IL 60610

GEORGE D FRAME  
601 GREENWAY ROAD, STE D  
HENDERSON, NV 89015

FTI CONSULTING, INC.  
,

RICHARD D. GREEN  
,

DAVID R. GRIFFITH  
STEWRT, HUMPHERYS, TURCHETT, ET. AL.

3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

JOHN HANDAL
,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

DAVID W. HUSTON
,

INTERIM COMMITTEE OF CONCERNED INVESTORS
,

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

Constantine Karides
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 30000
Sacramento, CA 95814-4497

LEWIS AND ROCA LLP
,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
,

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

ANDREW M PARLEN
,

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SIERRA CONSULTING GROUP, LLC
,

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE

SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT
,

ROY R. VENTURA
,

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367