**JOIN**
**SUSAN WILLIAMS SCANN, ESQ.**
**Nevada Bar No. 000776**
**PAUL R CONNAGHAN, ESQ.**
**Nevada Bar No. 003229**
**DEANER, DEANER, SCANN, MALAN & LARSEN**
**720 South Fourth Street, Suite #300**
**Las Vegas, Nevada 89101 (702) 382-6911**
**Attorneys for Binford Medical Developers, LLC**

E-Filed On 12/11/06

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>_____Debtor_____ | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>_____Debtor_____ | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>_____Debtor_____ | <br>Date of Hearing:   December 19, 2006<br>Time of Hearing:   10:00 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED, LLC.<br><br>_____Debtor_____ | Affects:<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |
| In re:<br>USA SECURITIES, LLC.<br><br>_____Debtor_____ | ☐ USA Securities, LLC<br>☐ USA Realty Advisors, LLC<br>☐ All Debtors |

**JOINDER IN STANDARD PROPERTY COMPANY, LLC'S LIMITED OBJECTION TO THE DEBTOR'S THIRD AMENDED JOINT PLAN OF REORGANIZATION ON BEHALF OF BINFORD MEDICAL DEVELOPERS, LLC**

COMES NOW, the Movant, BINFORD MEDICAL DEVELOPERS, LLC, by and through

its attorney, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN,

MALAN & LARSEN, and joins in the Standard Property Company, LLC's Limited Objection to the

Debtor's Third Amended Joint Plan of Reorganization.

While Binford has some dissimilar facts, it joins in this Objection based on the similarities.

1 | Binford has filed a Proof of Claim for damages against USA Commercial Mortgage.

2 | **CONCLUSION**

3 | Binford respectfully requests the Court sustain Standard Property Company, LLC's objection,

4 | and deny confirmation of the plan until such time as an appropriate modifications to the Plan has

5 | been included to address Standard's limited objections, and for such other and further relief the

6 | Court deems just and proper.

7 | DATED this 11th day of December, 2006

9 | Respectfully Submitted,

10 | DEANER, DEANER, SCANN,
MALAN and LARSEN

12 | By: _____

13 | SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776

14 | PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229

15 | 720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101

16 | Attorneys for Copper Sage Commerce Center, LLC

28 | F:\OFFICE\CLIENTS\Binford Medical Developers,LLC\DOCS\Joinder in Standard Property Company Limited Objection to Third Plan.wpd

## CERTIFICATE OF MAILING

I hereby certify that service of the above and foregoing JOINDER IN STANDARD PROPERTY COMPANY, LLC'S LIMITED OBJECTION TO THE DEBTOR'S THIRD AMENDED JOINT PLAN OF REORGANIZATION ON BEHALF OF BINFORD MEDICAL DEVELOPERS LLC was made this 11th day of December, 2006, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

**DEBTOR AND COUNSEL**
Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Finn
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

USA Commercial Mortgage
USA Capital Realty Advisors, LLC
USA Capital Diversified Trust Deed Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

US Trustee
600 Las Vegas Blvd., South, Ste., 4300
Las Vegas, NV 89101

_____
An Employee of Deaner, Deaner, Scann
Malan & Larsen

F:\OFFICE\CLIENTS\Binford Medical Developers, LLC\DOCS\Joinder in Standard Property Company L i e d Objection to Third Plan.wpd