**JOIN**
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorneys for Copper Sage Commerce Center LLC

E-Filed On 12/11/06

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>   Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br>   Debtor | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br>   Debtor | Date of Hearing: December 19, 2006<br>Time of Hearing: 10:00 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br>   Debtor | Affects:<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>☐ USA Realty Advisors, LLC<br>☐ All Debtors |
| In re:<br>USA SECURITIES, LLC.<br>   Debtor | |

**JOINDER IN STANDARD PROPERTY COMPANY, LLC'S LIMITED OBJECTION TO THE DEBTOR'S THIRD AMENDED JOINT PLAN OF REORGANIZATION ON BEHALF OF COPPER SAGE COMMERCE CENTER LLC**

COMES NOW, the Movant, COPPER SAGE COMMERCIAL CENTER, LLC, ("Copper Sage") by and through its attorney, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and joins in the Standard Property Company, LLC's Limited Objection to the Debtor's Third Amended Joint Plan of Reorganization.

Copper Sage join in this Objection based on the similarity of facts and circumstances.

Copper Sage has filed a Proof of Claim for damages against USA Commercial Mortgage.

## CONCLUSION

Copper Sage respectfully requests the Court sustain Standard Property Company, LLC's objection, and confirm the plan with appropriate modifications to the Plan to address this borrower's limited objections, and for such other and further relief the Court deems just and proper.

DATED this 11th day of December, 2006

                Respectfully Submitted,

                DEANER, DEANER, SCANN,
                MALAN and LARSEN

By: _____
      SUSAN WILLIAMS SCANN, ESQ.
      Nevada Bar No. 000776
      PAUL R. CONNAGHAN, ESQ.
      Nevada Bar No. 003229
      720 South Fourth Street, Suite 300
      Las Vegas, Nevada 89101
      Attorneys for Copper Sage Commerce Center, LLC

F:\OFFICE\CLIENTS\Robert Russell Entities\Copper Sage II\Docs\Joinder in Standard Property Company Limited Objection to Third Plan.wpd

2

**CERTIFICATE OF MAILING**

I hereby certify that service of the above and foregoing JOINDER IN STANDARD PROPERTY COMPANY, LLC'S LIMITED OBJECTION TO-THE DEBTOR'S THIRD AMENDED JOINT PLAN OF REORGANIZATION ON BEHALF OF COPPER SAGE COMMERCE CENTER LLC'S was made this 11th day of December, 2006, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

**DEBTOR AND COUNSEL**
Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

USA Commercial Mortgage
USA Capital Realty Advisors, LLC
USA Capital Diversified Trust Deed Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

US Trustee
600 Las Vegas Blvd., South, Ste., 4300
Las Vegas, NV 89101

_____
An Employee of Deaner, Deaner, Scann Malan & Larsen

F:\OFFICE\CLIENTS\Robert Russell Entities\Copper Sage II\Docs\Joinder in Standard Property Company Limited Objection to Third Plan.wpd    3