

**Entered on Docket
December 11, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Regina M. McConnell, Esq.
Nevada Bar No. 8029
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson, NV  89014
Telephone:  (702) 362-6666
Facsimile:  (702) 362-2203
E-mail:  rmcconnell@kssattorneys.com

ATTORNEYS FOR DESERT CAPITAL REIT, INC.

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>         Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>         Debtor. | Chapter 11<br>ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF DESERT CAPITAL REIT, INC. FOR ORDER DETERMINING STATUS AS A QUALIFIED BIDDER UNDER BID PROCEDURESr |
| In re:<br>US CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>         Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>         Debtor. | Date of Hearing:   December 7, 2006<br>Time of Hearing:   9:30  a.m. |
| In re:<br>USA SECURITIES, LLC, | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |

DALLAS: 513749.00007: 1552322v1

Debtor.

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

DESERT CAPITAL REIT, INC. by and through its counsel Regina M. McConnell, Esq. of the law firm Kravitz, Schnitzer & Sloane Eberhardy & Johnson, Chtd., having moved this Court for an order shortening time on its Emergency Motion for an Order to Determine Status as a Qualified Bidder Under Bid Procedures and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that Desert Capital REIT, Inc.'s Motion for Order Shortening Time is hereby GRANTED.

IT IS FURTHER HEREBY ORDER ADJUDGED AND DECREED that the Emergency Motion to Determine Status as a Qualified Bidder Under Bid Procedures shall be heard on _December 7,_ 2006 at _9:30_ a.m. at in Courtroom No 1 located at the Foley Federal Building 300 Las Vegas Boulevard, Las Vegas Nevada 89101.

The date for filing objections is _12/07/2006_ .

Dated _____

Submitted by:

\s\ Regina M. McConnell
Regina M. McConnell, Esq.
Nevada Bar No. 8029
Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, Chtd.
1389 Galleria Drive, Suite 200
Henderson, NV 89014
Telephone: (702) 362-6666
Facsimile: (702) 362-2203

2

DALLAS: 513749.00007: 1552322v1

1
2  OF COUNSEL:
3  Thomas A. Connop
   Texas Bar No. 04702500
4  LOCKE LIDDELL & SAPP LLP
   2200 Ross Avenue, Suite 2200
5  Dallas, TX 75201
   Telephone: (214) 740-8000
6  Facsimile:  (214) 740-8800
   Email: tconnop@lockeliddell.com
7
8  ATTORNEYS FOR DESERT CAPITAL REIT, INC.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

DALLAS: 513749.00007: 1552322v1