Parsons, Behle & Latimer  
Nancy L. Allf, Bar No. 0128  
Timothy P Thomas, Bar No. 5148  
411 E. Bonneville Ave. #100  
Las Vegas, NV 89101  
(702) 599-6000  
nallf@parsonsbehle.com  

Robert C. LePome, Esq.  
10120 S. Eastern Ave. #200  
Henderson, NV 89052  
(702) 492-171  
Nevada Bar #1980  
rlepome@cox.net  
Attorney for Interested Parties

E-Filed on December 12, 2006

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
|  | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) |  |
| Debtor | ) |  |
| In re: | ) | BK-S-06-10726-LBR |
|  | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) |  |
| Debtor | ) |  |
| In re: | ) | BK-S-06-10727-LBR |
|  | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) |  |
| Debtor | ) |  |
| In re: | ) | BK-S-06-10728-LBR |
|  | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) |  |
| Debtor | ) |  |
| In re: | ) | BK-S-06-10729-LBR |
|  | ) | Chapter 11 |
| USA SECURITIES, LLC, | ) |  |
| Debtor | ) |  |

| Affects: | ) | | |
|---|---|---|---|
| ■ All Debtors | ) | | |
| ☐ USA Commercial Mortgage Co. | ) | | |
| ☐ USA Securities, LLC | ) | | |
| ☐ USA Capital Realty Advisors, LLC | ) | DATE: | 12-19-06 |
| ☐ USA Capital Diversified Trust Deed | ) | TIME: | 10:00 AM |
| ☐ USA First Trust Deed Fund, LLC | ) | | |
| | ) | | |

## JOINDER IN LIMITED OPPOSITION TO PLAN

COMES NOW Direct Lenders Alexander and others shown in the Second Amended Statement of Robert C. LePome, Esq. and Nancy Allf, Esq. Pursuant to Rule 2019 filed as Docket #1077 of the firm of Parsons, Behle, & Latimer and Robert C. LePome Esq. and joins in the Limited Opposition of Gregory J. Walch and Shauna M. Walch, Trustees of the Gregory J. and Shauna M. Walch Family Trust's to Debtor's Plan (Affects All Debtors) (Docket #2003).

Robert C. LePome, Esq.

 /s/ Robert C. LePome, Esq
Robert C. LePome, Esq.
10120 S.Eastern Ave. #200
Henderson, NV 89052
(702) 492-1271
Nevada Bar #1980
Attorney for Interest Parties

and

Parsons, Behle & Latimer
Nancy Allf, Esq., Bar #0128
Timothy P. Thomas, Bar #5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101

2

CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that a true and correct copy of the aforegoing was forwarded to:

MICHELLE L. ABRAMS mabrams@mabramslaw.com

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;

FRANK A. ANDERSON anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com

KERIANN M ATENCIO ATENCIOK@GTLAW.COM

BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bm

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com<BR!
THOMAS R BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN yvette@ccfirm.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN ! jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
< span class="personName">WILLIAM D COPE cope_guerra@yahoo.com

CICI CUNNINGHAM bankruptcy@rocgd.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) tfette@daca4.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ carlos.gonzalez2@! usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@u

GERALD M GORDON bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY vgourley@lvcm.com

TALITHA B. GRAY bankruptcynotices@gordonsilver.com

JAMES D. GREENE bknotice@schrecklaw.com

MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarly

XANNA R. HARDMAN xanna.hardman@gmail.com

STEPHEN R HARRIS noticesbh&p@renolaw.biz

JEFFREY L HARTMAN notices@bankrup! tcyreno. com

BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com

RANDOLPH L. HOWARD rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE TyKehoeLaw@aol.com

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.co

ZACHARIAH LARSON ecf@lslawnv.com

JOHN J. LAXAGUE jlaxague@canecla! rk.com

GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.c

PATRICIA A. MARR jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.con

JAMES C. MCCARROLL , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT mcknightlaw@cox.net, g! kopang@l awlasvegas.com;cburke@lawlasvegas.cor

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheac

DAVID MINCIN mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke

JOHN F MURTHA jmurtha@woodburnandwedge.com

ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;

BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquis

ANDREW M. PARLEN aparlen@stutman.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY info@johnpeterlee.com

SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@

S!HLOMO S. SHERMAN ssherman@sheacarlyon.com, !aboehme r@sheacarlyon.com;bankruptcyfilin

AMBRISH S. SIDHU ecf@lslawnv.com

JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithla

DAVID A. STEPHENS dstephens@lvcm.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N TIRRE atirre@kkbrf.com, lleverett@kkbrf.com
!
U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH GWalch@Nevadafirm.com

RUSSELL S. WALKER rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;c

WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc

JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA azmaila@! nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,p! altstatt @nevadafirm.com

by electronic service on the 12th day of December, 2006.

                                             /s/ Susan Stanton
                                            Employee of Robert C. LePome, Esq.