

USA Commercial Mortgage Company
4484 S. Pecos Road
Las Vegas, NV 89121
(702) 734-2400
NV MBL #333

# FIRST TRUST DEED INVESTMENT

| | |
|---|---|
| **BORROWER** | **Foxhills 216, LLC** |
| *Background* | Kent Hoggan has been a developer and home builder since 1973. Focusing solely upon the Western United States with over 50 successful master planned communities. Over 60% of these projects have been sold to national homebuilders under the name of Ridgecrest Homes |
| *Equity* | The borrower currently has more than $5.5 million in the project. |
| *Guarantees* | The loan will be personally guaranteed by Kent Hoggan who has a net worth of approximately $210 million as of September 30, 2005. |
| **LOAN AMOUNT** | $29,000,000 |
| **INTEREST RATE** | 12.5% (net). Interest is paid monthly for the term of the loan. An interest reserve for the term of the loan is included in the loan amount and will be placed in a reserve account held by a third-party project disbursement company and controlled by USA Capital. |
| **LOAN-TO-VALUE** | Approximately 55% based on values of similar properties in the area. An appraisal has been ordered. |
| **TERM** | 12 months, with two optional extensions of six months, provided the loan is performing and no default has occurred, and subject to approval of USA Capital. |
| **COLLATERAL** | First Deed of Trust on 987 acres generally known as Fox Hills Phase II, which is currently being planned for about 900 homes. This second phase of the master planned community is waiting for final entitlement approval, which we estimate to occur in Summer 2006. Merced County Board of Supervisors has already approved the Fox Hills Preliminary Package with a unanimous vote. The property sits directly on Interstate 5 as well as State Route 152. These arterials provide access to the metropolitan cities of Fresno, San Jose, & Modesto, California. The property is located in the county of Merced. |
| **PROJECT** | This project is the second phase of the successful Fox Hills master planned community. It is currently planned to provide 3,100 homes, which when completed will comprise a mixture of high- and medium-density single-family homes, golf course with adjoining homes, and some attractive commercial acreage. It is expected the project will contain a community park and elementary school. National homebuilders have expressed interest in purchasing the bulk of lots in Phase I and are in negotiations to purchase the remainder of lots in Phase II. |
| **USE OF PROCEEDS** | The proceeds from this loan will be used to acquire the remainder of the land acreage and water rights needed to complete the Fox Hills master planned community. |

USA Capital is one of the nation's leading real estate lenders with more than $700 million in assets under management. Founded in 1989, USA Capital is a licensed mortgage company that offers qualified investors an opportunity to participate in trust deed investments that are short term, provide returns of 11 to 12.5%, and are secured by real estate.



USA Commercial Mortgage Company
4484 S. Pecos Road
Las Vegas, NV 89121
(702) 734-2400
NV MBL #333

**MARKET AREA**       Situated among rolling topography and stunning views, Fox Hills promises to be one of the region's finest new communities. The majority of new residents are relocating to the area from San Jose, Salinas, Monterey, and Watsonville, many of whom are upgrading from their existing homes. Fox Hills is situated near the City of Los Banos, which provides day-to-day amenities that enhance the well being of residents including a diverse selection of restaurants, health care services, shopping centers, and education facilities.

**EXIT STRATEGY**     The project is currently being pursued by large real estate syndicates. Property could be sold "as-is" for a substantial profit. Our borrower believes that profits can be maximized if he waits until completion of the property entitlements. The Borrower is currently working to complete all entitlements while simultaneously entertaining offers from potential buyers.

**DATE**              January 4, 2006

**CONTACT**           Tom Stewart
                      (702) 734-2400
                      Toll Free (888) 921-8009
                      tstewart@usacapitalcorp.com

**DISCLOSURES**       Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing, investors must be provided applicable disclosure documents. Past performance is not necessarily indicative of future results. All real estate markets can be negatively impacted by interest rates, availability of capital, supply and demand factors, and general economic conditions locally, regionally and nationally. Any investor should review this loan summary proposal with these risks in mind and base an investment decision on existing market conditions and potential changes in the economy, as well as his or her own personal investment objectives and risk tolerance.

USA Capital is one of the nation's leading real estate lenders with more than $700 million in assets under management. Founded in 1989, USA Capital is a licensed mortgage company that offers qualified investors an opportunity to participate in trust deed investments that are short term, provide returns of 11 to 12.5%, and are secured by real estate.

# PROMISSORY NOTE
## SECURED BY DEED OF TRUST

$25,755,000.00

Las Vegas, Nevada
January 23, 2006

This Promissory Note ("Note"), dated as of January 23, 2006 is made and delivered by **Fox Hills 216, LLC**, a California limited liability company, **Fox Hills 73, LLC**, a California limited liability company, **Fox Hills 50, LLC**, a California limited liability company, **Fox Hills 26, LLC**, a California limited liability company, **Fox Hills Nursery, LLC**, a California limited liability company, **Fox Hills Mitigation, LLC**, a California limited liability company, and **Fox Hills Fresno Slough, LLC**, a California limited liability company (collectively "Borrower"), in favor of the persons listed on **Exhibit "A"** hereto ("Lender"). Capitalized terms used herein and not otherwise defined herein shall have the meanings set forth in the Loan Agreement dated of even date herewith between Borrower and Lender.

FOR VALUE RECEIVED, Borrower promises to pay to Lender, or order, the principal sum of Twenty Five Million Seven Hundred Fifty-five Thousand Dollars ($25,755,000.00) (the "Note Amount"), together with interest as provided herein.

    1.    <u>Interest Rate</u>. Interest shall accrue on the outstanding portion of the Note Amount, from the date Lender initially disburses such funds until the date the Note Amount is paid in full, at the rate of thirteen and one-half percent (13.5%) per annum. Interest shall be calculated on the basis of a 360-day year and actual days elapsed. Accrued but unpaid interest shall be compounded monthly.

    2.    <u>Payments</u>. Monthly interest on the Note Amount shall be due and payable on the first day of each month, in arrears. For example, interest that accrues in the month of May will be due and payable on June 1, and will be calculated on the amount due under the Note on that day. All payments shall be made in lawful money of the United States of America and in immediately available funds at Lender's office, the address for which is specified below, or at such other place as the Lender hereof may from time to time direct by written notice to Borrower.

    3.    <u>Maturity Date</u>. If not sooner paid, the outstanding principal balance under this Note, all accrued and unpaid interest, and all other indebtedness of Borrower owing under any and all of the Loan Documents shall be due and payable in full on or before the date which is twelve (12) months from the recording of the Deed of Trust (the "Maturity Date").

    4.    <u>Application of Payments</u>. All payments on this Note shall, at the option of the Lender hereof, be applied first to the payment of accrued interest then payable.

    5.    <u>Prepayment</u>. Borrower agrees that all loan fees and any prepaid finance charges are fully earned as of the date hereof and will not be subject to refund upon early payment (whether

1

voluntary or as a result of default). Subject to the foregoing, at any time prior to the Maturity Date, Borrower may prepay this Note in full or in part at any time provided, however, that if this Note is prepaid, whether voluntarily or involuntarily due to an acceleration hereof, within the first one hundred and twenty (120) days of the term hereof then Borrower shall pay a prepayment charge equal to the sum of all interest which would accrue on the entire Note Amount during the first one hundred and twenty (120) days of the term hereof, less the sum of all interest previously paid to Lender.

6.    Collateral. This Note is secured by one or more deeds of trust encumbering real property located in Merced County, California and Fresno County, California.

7.    Defaults; Acceleration. The occurrence of any Event of Default (as hereinafter defined) shall be a default hereunder. Upon the occurrence of an Event of Default, Lender may declare the entire principal balance of the Note then outstanding (if not then due and payable) and all other obligations of Borrower hereunder to be due and payable immediately. Subject to the applicable provisions of law, upon any such declaration, the principal of the Note and accrued and unpaid interest, and all other amounts to be paid under this Note shall become and be immediately due and payable, anything in this Note to the contrary notwithstanding.

The occurrence of any one or more of the following, whatever the reason therefor, shall constitute an "Event of Default" hereunder:

(a)    Borrower shall fail to pay when due any amount due pursuant to the Note; or

(b)    Borrower or any guarantor ("Guarantor") of the Note shall fail to perform or observe any term, covenant or agreement contained in the Note or any guaranty executed and delivered concurrently herewith on its part to be performed or observed, other than the failure to make a payment covered by subsection (a), and such failure shall continue uncured as of ten (10) calendar days after written notice of such failure is given by Lender to Borrower; provided, however, that if the default cannot be cured in 10 days but Borrower is diligently pursuing the cure, then Borrower shall have thirty (30) days after written notice to effect the cure (the cure period set forth in this subsection (b) shall not apply to any other Event of Default); or

(c)    any representation or warranty contained in any document made or delivered pursuant to or in connection with any of the Loan Documents proves incorrect or to have been incorrect in any material respect when made; or

(d)    Borrower (which term shall include any entity comprising Borrower) is dissolved or liquidated, or otherwise ceases to exist, or all or substantially all of the assets of Borrower or any Guarantor are sold or otherwise transferred without Lender's written consent; or

(e)    Borrower or any Guarantor is the subject of an order for relief by the bankruptcy court, or is unable or admits in writing its inability to pay its debts as they mature, or makes an assignment for the benefit of creditors; or Borrower or any Guarantor applies for or consents to the appointment of any receiver, trustee, custodian, conservator, liquidator, rehabilitator

2

or similar officer (the "Receiver"); or any Receiver is appointed without the application or consent of Borrower or any Guarantor, as the case may be, and the appointment continues undischarged or unstayed for sixty (60) calendar days; or Borrower or any Guarantor institutes or consents to any bankruptcy, insolvency, reorganization, arrangement, readjustment of debt, dissolution, custodianship, conservatorship, liquidation, rehabilitation or similar proceedings relating to it or to all or any part of its property under the laws of any jurisdiction; or any similar proceeding is instituted without the consent of Borrower or any Guarantor, as the case may be, and continues undismissed or unstayed for sixty (60) calendar days; or any judgment, writ, attachment, execution or similar process is issued or levied against all or any part of the Property or Borrower or any Guarantor, and is not released, vacated or fully bonded within thirty (30) calendar days after such issue or levy; or

      (f)    there shall occur a material adverse change in the financial condition of Borrower or any Guarantor from their respective financial conditions as of the date of this Note, as determined by Lender in its reasonable discretion; or

      (g)    any Loan Document, at any time after its execution and delivery and for any reason other than the agreement of Lender or the satisfaction in full of all indebtedness and obligations of Borrower under the Loan Documents, ceases to be in full force and effect or is declared to be null and void by a court of competent jurisdiction; or Borrower or any trustee, officer, director, shareholder or partner of any entity comprising Borrower or any Guarantor claims that any Loan Document is ineffective or unenforceable, in whole or in part, or denies any or further liability or obligation under any Loan Document, unless all indebtedness and obligations of Borrower thereunder have been fully paid and performed; or

      (h)    all or a substantial portion of the Property is condemned, seized or appropriated by any Governmental Agency; or

      (i)    Borrower is dissolved or liquidated, or otherwise ceases to exist, or all or substantially all of the assets of Borrower or the Guarantors are sold or otherwise transferred without Lender's written consent; or

      (j)    any lien or security interest created by any Security Document, at any time after the execution and delivery of that Security Document and for any reason other than the agreement of Lender or the satisfaction in full of all indebtedness and obligations of Borrower under the Loan Documents, ceases or fails to constitute a valid, perfected and subsisting lien of the priority required by this Agreement or security interest in and to the Property purported to be covered thereby, subject only to the Permitted Exceptions; or

      (k)    any default occurs in any loan document or other agreement by and between Borrower and Lender or by Borrower in favor of Lender with reference to the Loan or otherwise, or any default occurs in any loan document regarding any loan or other obligation secured by the Property or any portion thereof.

3

8.    <u>Late Charge</u>. Borrower acknowledges that if any interest payment is not made when due or if the entire amount due under this Note is not paid by the Maturity Date, or, if accelerated as permitted by this Note or any other Loan Document, by the date given in the notice of acceleration, the Lender hereof will incur extra administrative expenses (i.e., in addition to expenses incident to receipt of timely payment) and the loss of the use of funds in connection with the delinquency in payment. Because the actual damages suffered by the Lender hereof by reason of such extra administrative expenses and loss of use of funds would be impracticable or extremely difficult to ascertain, Borrower agrees that five percent (5%) of the amount so delinquent shall be the amount of damages to which such Lender is entitled, upon such breach, in compensation therefor. Therefore, Borrower shall, in the event any payment required under this Note is not paid within five (5) days after the date when such payment becomes due and payable pursuant to Sections 2 and 3, above, and without regard to any default notice under Section 7(a), and without further notice, pay to the Lender hereof as such Lender's sole monetary recovery to cover such extra administrative expenses and loss of use of funds, liquidated damages in the amount of five percent (5%) of the amount of such delinquent payment. The provisions of this paragraph are intended to govern only the determination of damages in the event of a breach in the performance of the obligation of Borrower to make timely payments hereunder, including timely payment of any accelerated amount. Nothing in this Note shall be construed as an express or implied agreement by the Lender hereof to forbear in the collection of any delinquent payment or in exercising any of its rights and remedies under the Loan Documents, or be construed as in any way giving Borrower the right, express or implied, to fail to make timely payments hereunder, whether upon payment of such damages or otherwise. The right of the Lender hereof to receive payment of such liquidated and actual damages, and receipt thereof, are without prejudice to the right of such Lender to collect such delinquent payments and any other amounts provided to be paid hereunder or under any security for this Note or to declare a default hereunder or under any security for this Note.

9.    <u>Default Rate</u>. From and after the Maturity Date or, if any Event of Default occurs and is not timely cured, from the date the payment was due regardless of any cure period provided in the notice of default, through and including the date such default is cured, at the option of the Lender hereof, all amounts owing under the Note and all sums owing under all of the Loan Documents shall bear interest at a default rate equal to twenty percent (20%) per annum ("Default Rate"). Such interest shall be paid on the first day of each month thereafter, or on demand if sooner demanded.

10.    <u>Waivers</u>. Borrower waives any right of offset it now has or may hereafter have against the Lender hereof and its successors and assigns. Borrower waives presentment, demand, protest, notice of protest, notice of nonpayment or dishonor and all other notices in connection with the delivery, acceptance, performance, default or enforcement of this Note. Borrower expressly agrees that any extension or delay in the time for payment or enforcement of this Note, to renewal of this Note and to any substitution or release of the Property, all without any way affecting the liability of Borrower hereunder. Any delay on Lender's part in exercising any right hereunder or under any of the Loan Documents shall not operate as a waiver. Lender's acceptance of partial or delinquent payments or the failure of Lender to exercise any rights shall not waive any obligation of Borrower or any right of Lender, or modify this Note, or waive any other similar default.

4

11.    Costs of Collection. Borrower agrees to pay all costs of collection when incurred and all costs incurred by the Lender hereof in exercising or preserving any rights or remedies in connection with the enforcement and administration of this Note or following a default by Borrower, including but not limited to actual attorneys' fees. If any suit or action is instituted to enforce this Note, Borrower promises to pay, in addition to the costs and disbursements otherwise allowed by law, such sum as the court may adjudge reasonable attorneys' fees in such suit or action.

12.    Usury. Borrower hereby represents that this loan is for commercial use and not for personal, family or household purposes. It is the specific intent of the Borrower and Lender that this Note bear a lawful rate of interest, and if any court of competent jurisdiction should determine that the rate herein provided for exceeds that which is statutorily permitted for the type of transaction evidenced hereby, the interest rate shall be reduced to the highest rate permitted by applicable law, with any excess interest theretofore collected being applied against principal or, if such principal has been fully repaid, returned to Borrower upon written demand.

13.    Notices. All notices to be given pursuant to this Note shall be sufficient if given by personal services, by guaranteed overnight delivery services, by telex, telecopy or telegram or by being mailed postage prepaid, certified or registered mail, return receipt requested, to the described addresses of the parties hereto as set forth below, or to such other address as a party may request in writing. Any time period provided in the giving of any notice hereunder shall commence upon the date of personal service, the date after delivery to the guaranteed overnight delivery service, the date of sending the telex, telecopy or telegram or two (2) days after mailing certified or registered mail.

**BORROWER'S ADDRESS:**        c/o Catamount Management, LLC
                               4772 Frontier Way, Suite 400
                               Stockton, California 95215
                               Attn. Kent A. Hoggan

**LENDER'S ADDRESS:**          c/o USA Commercial Mortgage Company
                               4484 South Pecos Road
                               Las Vegas, Nevada 89121
                               Attn. Joseph D. Milanowski

                               **With a copy to:**

                               Goold, Patterson, Ales & Day
                               4496 South Pecos Road
                               Las Vegas, Nevada 89121
                               Attn: Bryan K. Day

14.    Assignment By Lender. Lender may assign its rights hereunder or obtain participants in this Note at any time, and any such assignee, successor or participant shall have all rights of the Lender hereunder.

5

15.    Multiple Parties. A default on the part of any one entity comprising Borrower or any Guarantor of this Note shall be deemed a default on the part of Borrower hereunder.

16.    Construction. This Note and all security documents and guaranties executed in connection with this Note have been reviewed and negotiated by Borrower, Lender and Guarantors at arms' length with the benefit of or opportunity to seek the assistance of legal counsel and shall not be construed against either party. The titles and captions in this Note are inserted for convenience only and in no way define, limit, extend, or modify the scope of intent of this Note.

17.    Partial Invalidity. If any section or provision of this Note is declared invalid or unenforceable by any court of competent jurisdiction, said determination shall not affect the validity or enforceability of the remaining terms hereof. No such determination in one jurisdiction shall affect any provision of this Note to the extent it is otherwise enforceable under the laws of any other applicable jurisdiction.

18.    Governing Law; Jurisdiction; Waiver of Jury Trial.

(a)    This Note shall be construed according to and governed by the laws of the State of Nevada, without regard to its choice of law provisions.

(b)    **BORROWER, TO THE FULL EXTENT PERMITTED BY LAW, HEREBY KNOWINGLY, INTENTIONALLY AND VOLUNTARILY, WITH AND UPON THE ADVICE OF COMPETENT COUNSEL, (i) SUBMITS TO PERSONAL JURISDICTION IN THE STATE OF NEVADA OVER ANY SUIT, ACTION OR PROCEEDING BY ANY PERSON ARISING FROM OR RELATING TO THIS NOTE, OR ANY OTHER OF THE LOAN DOCUMENTS, (ii) AGREES THAT ANY SUCH ACTION, SUIT OR PROCEEDING MAY BE BROUGHT IN ANY STATE OR FEDERAL COURT OF COMPETENT JURISDICTION SITTING IN CLARK COUNTY, NEVADA, (iii) SUBMITS TO THE JURISDICTION OF SUCH COURTS, AND, (iv) TO THE FULLEST EXTENT PERMITTED BY LAW, AGREES THAT IT WILL NOT BRING ANY ACTION, SUIT OR PROCEEDING IN ANY FORUM OTHER THAN CLARK COUNTY, NEVADA (BUT NOTHING HEREIN SHALL AFFECT THE RIGHT OF LENDER TO BRING ANY ACTION, SUIT OR PROCEEDING IN ANY OTHER FORUM). BORROWER FURTHER CONSENTS AND AGREES TO SERVICE OF ANY SUMMONS, COMPLAINT OR OTHER LEGAL PROCESS IN ANY SUCH SUIT, ACTION OR PROCEEDING BY REGISTERED OR CERTIFIED U.S. MAIL, POSTAGE PREPAID, TO THE BORROWER AT THE ADDRESS FOR NOTICES DESCRIBED IN SECTION 13 HEREOF, AND CONSENTS AND AGREES THAT SUCH SERVICE SHALL CONSTITUTE IN EVERY RESPECT VALID AND EFFECTIVE SERVICE (BUT NOTHING HEREIN SHALL AFFECT THE VALIDITY OR EFFECTIVENESS OF PROCESS SERVED IN ANY OTHER MANNER PERMITTED BY LAW).**

(c)    **BORROWER, TO THE FULL EXTENT PERMITTED BY LAW, HEREBY KNOWINGLY, INTENTIONALLY AND VOLUNTARILY, WITH AND UPON THE ADVICE OF COMPETENT COUNSEL, WAIVES, RELINQUISHES AND FOREVER**

6

FORGOES THE RIGHT TO A TRIAL BY JURY IN ANY ACTION OR PROCEEDING BASED UPON, ARISING OUT OF, OR IN ANY WAY RELATING TO THE INDEBTEDNESS SECURED HEREBY OR ANY CONDUCT, ACT OR OMISSION OF LENDER, TRUSTEE OR BORROWER, OR ANY OF THEIR DIRECTORS, OFFICERS, PARTNERS, MEMBERS, EMPLOYEES, AGENTS OR ATTORNEYS, OR ANY OTHER PERSONS AFFILIATED WITH LENDER, TRUSTEE OR BORROWER, IN EACH OF THE FOREGOING CASES, WHETHER SOUNDING IN CONTRACT, TORT OR OTHERWISE.

**BORROWER:**    **Fox Hills 216, LLC,**
a California limited liability company

By:    Catamount Management, LLC
a Utah limited liability company, its Manager

By: _____
Kent A. Hoggan, its Manager

**Fox Hills 73, LLC,**
a California limited liability company

By:    Catamount Management, LLC
a Utah limited liability company, its Manager

By: _____
Kent A. Hoggan, its Manager

**Fox Hills 50, LLC,**
a California limited liability company

By:    Catamount Management, LLC
a Utah limited liability company, its Manager

By: _____
Kent A. Hoggan, its Manager

[Borrower signatures continue on next page]

7

**Fox Hills 26, LLC,**
a California limited liability company

By:     Catamount Management, LLC
        a Utah limited liability company, its Manager

By: _____
        Kent A. Hoggan, its Manager

**Fox Hills Nursery, LLC,**
a California limited liability company

By:     Catamount Management, LLC
        a Utah limited liability company, its Manager

By: _____
        Kent A. Hoggan, its Manager

**Fox Hills Mitigation, LLC,**
a California limited liability company

By:     Catamount Management, LLC
        a Utah limited liability company, its Manager

By: _____
        Kent A. Hoggan, its Manager

**Fox Hills Fresno Slough, LLC,**
a California limited liability company

By:     Catamount Management, LLC
        a Utah limited liability company, its Manager

By: _____
        Kent A. Hoggan, its Manager

8

## EXHIBIT "A"

### LENDERS

| | NAME | AMOUNT |
|---|---|---|
| 1 | Arthur V. Adams Trustee of the Arthur V. Adams Trust dated 9/12/97 | $50,000 |
| 2 | First Savings Bank Custodian For Kenneth Addes IRA | $50,000 |
| 3 | Jeremy Ainsworth an unmarried man | $100,000 |
| 4 | Adib M. Al-Awar & Ellen A. Al-Awar Trustees of the Al-Awar Living Trust dated 04/05/01 | $100,000 |
| 5 | August J. Amaral Inc. a Nevada corporation | $118,000 |
| 6 | Robert P. Anderson Trustee of the Robert P. Anderson Revocable Living Trust dated 10/22/01 | $100,000 |
| 7 | Tonia M. Antonacci Family Trust dated 6/26/98 | $50,000 |
| 8 | Richard Armijo & Sanayha Armijo Trustees for the Armijo Family Trust dated 8/19/1999 | $100,000 |
| 9 | Eugene Auffert and Maria Teresa Auffert husband and wife as joint tenants with the right of survivorship | $50,000 |
| 10 | Lui A. Avanzino & Audrey L. Avanzino husband & wife as joint tenants with right of survivorship | $50,000 |
| 11 | James B. Avanzino an unmarried man | $50,000 |
| 12 | William A. Banos  a married man as his sole and separate property & Angel J. Banos an unmarried man as joint tenants with right of survivorship | $85,000 |
| 13 | Don L. Barnes and Miriam M. Tucker-Barnes husband and wife as joint tenants with right of survivorship | $50,000 |
| 14 | Clark R. Bartkowski and Jean P. Bartkowski Trustees of the Bartkowski Family Trust Dated 8/25/1994 | $100,000 |
| 15 | Mahfoud Beajow & April L. Beajow Trustees of the EBLA Living Trust dtd 01/15/2004 | $50,000 |
| 16 | B2PW Oregon Partnership | $50,000 |
| 17 | Joseph C. Bellan & Verna J. Bellan Trustees of the Joseph C. Bellan & Verna J. Bellan Revocable Living Trust dated 2/4/00 | $50,000 |
| 18 | Robert B. Bender & Paula S. Bender husband & wife as joint tenants with right of survivorship | $250,000 |
| 19 | Harriet Bender Trustee of The Bender Family Trust By-Pass Trust  dated 7/30/92 | $100,000 |
| 20 | Virgil L. Birgen & La Donna F. Birgen Trustees of the Birgen Charitable Trust dated 8/1/90 | $100,000 |
| 21 | Gerald L. Bittner Sr. DDS Inc Profit Sharing Plan & Trust dated 1/15/91 | $100,000 |
| 22 | Charles E. Borom & Lanna G. Borom husband & wife as joint tenants with right of survivorship | $50,000 |

Fox Hills 216 (initial)

| 23 | Marshall J. Brecht & Janet L. Brecht Trustees of the Marshall J. Brecht Trust dated 2/5/86 | $100,000 |
| 24 | Glen J. Brecht & Janine K. Brecht Trustees of the Glen J. Brecht Trust dated 1/24/86 | $50,000 |
| 25 | Michael Brenner and Marilyn Brenner husband and wife as joint tenants with right of survivorship | $50,000 |
| 26 | Michael T. Bridges Trustee of the Bridges Family Trust | $100,000 |
| 27 | John S. Broders an unmarried man | $50,000 |
| 28 | Ronald Gene Brown & Jagoda Brown husband & wife as joint tenants with right of survivorship | $200,000 |
| 29 | William E. Buck & Eleanor F. Buck Co-Trustees of the W.E. Buck Family Trust dated 7/2/87 & William E. Buck & Eleanor F. Buck General Partners of GRB Company | $100,000 |
| 30 | Donna M. Cangelosi Trustee of the Donna M. Cangelosi Family Trust | $60,000 |
| 31 | Peter W. Capone & Deidre D. Capone husband & wife as joint tenants with right of survivorship | $50,000 |
| 32 | Michael R. Carpenter & Anne M. Carpenter husband & wife as joint tenants with right of survivorship | $50,000 |
| 33 | Ronald R. Carter & Leslie A. Carter Trustees of the Ronald R. Carter & Leslie A. Carter Revocable Trust dated 10/24/91 | $50,000 |
| 34 | Tito A. Castillo an unmarried man & Jairo A. Castillo an unmarried man as joint tenants with right of survivorship | $100,000 |
| 35 | Maurice A. Cauchois & Jacqueline M. Cauchois Trustees of the M & J Cauchois Family Trust dated 2/25/93 | $50,000 |
| 36 | Paul G. Chelew an unmarried man | $100,000 |
| 37 | Jack R. Clark & Linda C. Reid husband & wife as joint tenants with right of survivorship | $100,000 |
| 38 | Steve M. Colamonico & Anita J. Colamonico husband & wife as joint tenants with right of survivorship | $50,000 |
| 39 | Shirley M. Collins Trustee as her sole & separate property under the Collins Family Trust dated 1/29/93 | $50,000 |
| 40 | Harold Corcoran & Joyce Corcoran husband & wife as joint tenants with right of survivorship | $50,000 |
| 41 | Bruce H. Corum Trustee of the Credit Shelter Trust | $100,000 |
| 42 | Sam Costanza Trustee of The Costanza 1987 Decedent's Trust | $50,000 |
| 43 | Sam Costanza Trustee of the Costanza 1987 Survivor's Trust dated 3/12/87 | $50,000 |
| 44 | Howard L. Craig Trustee for the Craig Living Trust UA dated 8/10/00 | $100,000 |
| 45 | Susan F. Criste & Francis M. Criste wife & husband as joint tenants with the right of survivorship | $50,000 |
| 46 | Robert J. D'Ambrosio a married man dealing with his sole & separate property | $100,000 |
| 47 | Leslie Shane Daniel and Denise M. Daniel husband and wife as joint tenants with the right of survivorship | $100,000 |

Fox Hills 216 (initial)

| | | |
|---|---|---:|
| 48 | Karen R. Danner a single woman | $50,000 |
| 49 | Joseph G. Daraskevius & Ardee S. Daraskevius husband & wife as joint tenants with right of survivorship | $50,000 |
| 50 | O.H. Davenport Trustee of the Davenport Revocable Trust dated 9/16/87 | $50,000 |
| 51 | S & P Davis Limited Partnership a Texas Partnership | $100,000 |
| 52 | Peter De Luca an unmarried man | $50,000 |
| 53 | Gary Deppe A single man | $50,000 |
| 54 | Dwayne H. Deutscher and Michelle T. Deutscher husband and wife as joint tenants with the right of survivorship | $100,000 |
| 55 | Tamara Dias Trustee of the Separate Property Trust of Tamara Dias dated 12/04/00 | $100,000 |
| 56 | Robert DiBias & Louise G. Sherk Trustees of the Louise G. Sherk MD a medical corporation Employee Benefit Plan Trust | $50,000 |
| 57 | Robert S. Dobyne & Leah K. Dobyne Trustees of the Dobyne Living Trust | $50,000 |
| 58 | First Trust Company of Onaga Custodian for Leah K. Dobyne IRA | $57,000 |
| 59 | Pat A Dolce & Lora Dean Dolce husband & wife as joint tenants with right of survivorship | $50,000 |
| 60 | Arthur T. Donaldson a married man dealing with his sole & separate property | $200,000 |
| 61 | D. Joseph Doucet & Louise M. Doucet Trustees of the D. Joseph & Louise M. Doucet 1989 Trust dated 3/30/89 | $75,000 |
| 62 | Patrick J. Doyle and Jill M. Doyle Trustees of the Doyle Family Trust dated 9/23/1999 | $100,000 |
| 63 | Mark L. Eames & Sandy K. Eames husband & wife as joint tenants with right of survivorship | $50,000 |
| 64 | William C. Eastland & Carol A. Eastland Trustees of the Eastland Family Joint Living Trust dated 1/18/00 | $50,000 |
| 65 | Robert Roy Ecker a single man | $50,000 |
| 66 | Pioneer Accounting & Investments LLC a Colorado LLC  Christian Elbert Manager | $50,000 |
| 67 | Jonathan M. Eller Inc. a California corporation | $50,000 |
| 68 | Melinda Estevez & Richard David Estevez wife & husband as joint tenants with right of survivorship Acct. #3 | $68,000 |
| 69 | Thomas F. Fallon a married man dealing with his sole and separate property | $50,000 |
| 70 | Joseph A. Farrah & Emily T. Farrah Trustees of the Farrah Family Trust dated 9/18/03 | $50,000 |
| 71 | Julia Farrah Trustee of the Julia Farrah Revocable Living Trust dated 10/8/92 | $50,000 |
| 72 | Paul Fedrizzi & Jane E. Fedrizzi husband & wife as joint tenants with right of survivorship | $50,000 |
| 73 | Benjamin J Feldman & Evelyn Feldman Trustees of The Feldman Family Trust dated  01/01/93 | $50,000 |

Fox Hills 216 (initial)

| | | |
|---|---|---|
| 74 | Patrick F. Fenlon and Angela B. Fenlon husband and wife as joint tenants with the rights of survivorship | $50,000 |
| 75 | Dionisio A. Fernandes MD and Fiola Fernandes husband and wife Joint Tenants with Right of Survivorship | $50,000 |
| 76 | Lynn L Fetterly & Melody A. Fetterly Trustees of the Fetterly Family Trust dated 6/30/89 | $100,000 |
| 77 | Richard T. Fiory Trustee of the Topflight Specs Profit Sharing Plan | $50,000 |
| 78 | Grant J. Fischer Trustee of the G. J. Fischer Trust dated 11/9/92 | $50,000 |
| 79 | John L. Fisher an unmarried man payable on death to Sarah E. Miller | $50,000 |
| 80 | Dennis Flier Trustee of the Dennis Flier Inc. Defined Benefit Trust dated 6/29/87 | $122,000 |
| 81 | Allen K. Forbes a single man | $50,000 |
| 82 | Donald Frey & Barbara Frey Trustees of The Frey Family Trust | $50,000 |
| 83 | Theodore J. Fuller and Joan L. Fuller Trustee of the Fuller Family Trust dated 5/29/97 | $50,000 |
| 84 | Glenn W. Gaboury and Sharon M. Gaboury husband and wife as joint tenants with the rights of survivorship | $100,000 |
| 85 | California National Bank Custodian for benefit of the Susan F. Gackenbach IRA | $150,000 |
| 86 | Ronald G. Gardner Trustee of the Ronald G. Gardner Trust | $50,000 |
| 87 | Thornton Garth and Sharon R. Garth husband and wife as joint tenants with the right of survivorship | $50,000 |
| 88 | Walter L. Gasper Jr. an unmarried man | $50,000 |
| 89 | Gale Gladstone-Katz Trustee of the Gale Gladstone-Katz Revocable Living Trust dated 12/10/03 | $80,000 |
| 90 | Barry J. Goldstein & Patricia B. Goldstein as joint tenants with right of survivorship | $50,000 |
| 91 | First Savings Bank Custodian for Paul Goode IRA | $75,000 |
| 92 | John R. Green and Loretta Green husband and wife as joint tenants with the right of survivorship | $50,000 |
| 93 | Kenneth R. Greene & N. Dean Greene husband & wife as joint tenants with right of survivorship | $50,000 |
| 94 | Carter L. Grenz a divorced man | $80,000 |
| 95 | First Savings Bank Custodian for Alan Groh IRA | $50,000 |
| 96 | Michael Hadjigeorgalis and Brenda G. Hadjigeorgalis Husband and wife as tenants in common | $50,000 |
| 97 | Kris J. Hamper a married man dealing with his sole and separate property | $50,000 |
| 98 | John A. M. Handal a single man | $100,000 |
| 99 | First Savings Bank Custodian for John A. M. Handal IRA | $50,000 |
| 100 | Gloria W. Handelman and Jim Handelman wife and husband as joint tenants with the right of survivorship | $500,000 |
| 101 | Gloria W. Handelman Trustee of the Handelman Charitable Remainder Unitrust dated 5/3/97 | $500,000 |

Fox Hills 216 (initial)

| | | |
|---|---|---|
| 102 | Mesa LLC a Nevada limited liability company | $50,000 |
| 103 | Kenneth D. Hanson and Jamie L. Hanson Trustees of the Hanson Family Trust 06/01/2001 | $50,000 |
| 104 | William L. Harper a single man | $50,000 |
| 105 | T. Claire Harper Trustee of the Harper Family Trust dated 2/28/84 | $50,000 |
| 106 | Charles Harper & Evangeline Harper husband & wife as joint tenants with right of survivorship | $50,000 |
| 107 | Suze Harrington an unmarried woman | $50,000 |
| 108 | Raymond E. Harshman & Margaret E. Harshman Trustees of the Raymond E. & Margaret Elise Harshman Family Trust dated 3/4/87 | $200,000 |
| 109 | Marisa Deville Harvey a married woman dealing with her sole and separate property payable on death to Liana De Ville Paul De Ville and Christina De Ville | $100,000 |
| 110 | Jerome L. Harvey Jr. and Marisa Deville Harvey husband and wife as joint tenants with the right of survivorship | $50,000 |
| 111 | First Savings Bank Custodian For Earl Hauserman IRA | $50,000 |
| 112 | Helms Homes LLC a Nevada limited liability company | $1,450,000 |
| 113 | Jay E. Henman Trustee of the Jay E. Henman Retirement Plan | $50,000 |
| 114 | Donald L. Hess an unmarried man | $50,000 |
| 115 | First Trust Co. Of Onaga Custodian for Hamilton High IRA | $50,000 |
| 116 | First Trust Co. Of Onaga Custodian For Brenda High IRA | $50,000 |
| 117 | Edward O. High an unmarried man | $100,000 |
| 118 | First Savings Bank Custodian for John A. Hoglund IRA | $50,000 |
| 119 | Edward W. Homfeld an unmarried man | $200,000 |
| 120 | Earl Howsley Jr. a married man dealing with his sole & separate property | $55,000 |
| 121 | George W. Hubbard and Carol N. Hubbard Trustees of the Hubbard trust dated 7/29/1998 | $125,000 |
| 122 | Todd A. Humphrey Trustee of the Laena Emmerich Survivors Trust dated 5/18/89 | $100,000 |
| 123 | Action Sports Alliance USA Inc. a Nevada corporation | $150,000 |
| 124 | Rodney G. Huppi & Virginia M. Huppi Trustees of the Huppi Trust dated 1/30/92 | $50,000 |
| 125 | Christopher R. Isaak an unmarried man | $480,000 |
| 126 | Darin B. Iverson & Tamara C. Iverson Trustees of the Iverson Family Trust dated 5/14/01 | $100,000 |
| 127 | Jenifer Jacobs an unmarried woman and Robert Furton an unmarried man as joint tenants with the right of survivorship | $75,000 |
| 128 | Harold E Jensen & Norma Lea Jensen Co-Managers of the Durand Jensen Family Ltd Partnership | $100,000 |
| 129 | Janet P. Johnson & Charles E. Johnson Trustees of the Janet P. Johnson Living Trust dated 7/15/04 | $100,000 |
| 130 | Delbert T. Johnston Jr. & Rebecca J. Johnston Trustees of the Johnston Estate Revocable Trust dated 5/17/94 | $100,000 |

Fox Hills 216 (initial)

| | | |
|---|---|---|
| 131 | Fisko Ventures LLC. | $50,000 |
| 132 | Stewart Karlinsky and Hilary Karlinsky husband and wife as joint tenants with the right of survivorship | $50,000 |
| 133 | Curtis G. Kastler a married man | $50,000 |
| 134 | Aimee E. Kearns Trustee of the KM Trust | $160,000 |
| 135 | KM Group a Nevada General Partnership | $50,000 |
| 136 | Robert A. Kehl & Tina M. Kehl husband & wife as joint tenants with right of survivorship | $300,000 |
| 137 | Robert J. Kehl & Ruth Ann Kehl husband & wife as joint tenants with right of survivorship | $400,000 |
| 138 | David G. Kelley & Ana W. Kelley Trustees of the Kelley Family Trust UAD 10/10/91 | $100,000 |
| 139 | J. Douglas Kirk and Catherine Kirk Trustees of the Kirk Family Trust dated 8/24/99 | $80,000 |
| 140 | Lawrence A. Kirkham & Kathleen B. Sanginiti Trustees of the Kirkham & Sanginiti Trust dated 2/29/96 | $50,000 |
| 141 | Norman Kiven a married man dealing with his sole & separate property | $150,000 |
| 142 | Othmar Klay and Christine Klay Trustees of the Klay Living Trust dated 7/11/90 | $100,000 |
| 143 | Edward Kline and  Leah Kline Trustees  of the Edward Kline & Leah Kline Family Trust dated 7/9/91 | $100,000 |
| 144 | Bernard A. Kloenne Trustee of the Bernard Kloenne Living Trust dated 10/10/86 | $75,000 |
| 145 | G. Robert Knoles and Christina G. Knoles husband and wife as joint tenants with the rights of survivorship | $50,000 |
| 146 | Guenther A. Kohler & Elfriede Kohler Trustees of the 1989 Kohler Living Trust dated 6/13/89 | $75,000 |
| 147 | Richard N. Krupp a married man dealing with his sole & separate property | $250,000 |
| 148 | Wendy Kwong a single woman | $50,000 |
| 149 | Gerard LaBossiere & Lucille LaBossiere Trustees of the LaBossiere Family Trust dated 3/20/1987 | $50,000 |
| 150 | Dina Ladd a single woman | $50,000 |
| 151 | First Savings Bank Custodian for Jack D. LaFlesch IRA | $50,000 |
| 152 | Gary Larson & Dolores Larson husband & wife as joint tenants with right of survivorship | $60,000 |
| 153 | Paula M. Lawson a married woman dealing with her sole & separate property | $100,000 |
| 154 | Linda Leblanc and Gene A. Leblanc Trustees of the Gene & Linda Leblanc Family Trust dated 8/20/99 | $50,000 |
| 155 | James H. LeCourt and Louise M. LeCourt husband and wife as joint tenants with right of survivorship | $50,000 |
| 156 | Richard Glenn Leiby & Carol K. Leiby Trustees of the Leiby Family 1992 Trust dated 7/8/92 | $50,000 |

Fox Hills 216 (initial)

| | | |
|---|---|---:|
| 131 | Fisko Ventures LLC. | $50,000 |
| 132 | Stewart Karlinsky and Hilary Karlinsky husband and wife as joint tenants with the right of survivorship | $50,000 |
| 133 | Curtis G. Kastler a married man | $50,000 |
| 134 | Aimee E. Kearns Trustee of the KM Trust | $160,000 |
| 135 | KM Group a Nevada General Partnership | $50,000 |
| 136 | Robert A. Kehl & Tina M. Kehl husband & wife as joint tenants with right of survivorship | $300,000 |
| 137 | Robert J. Kehl & Ruth Ann Kehl husband & wife as joint tenants with right of survivorship | $400,000 |
| 138 | David G. Kelley & Ana W. Kelley Trustees of the Kelley Family Trust UAD 10/10/91 | $100,000 |
| 139 | J. Douglas Kirk and Catherine Kirk Trustees of the Kirk Family Trust dated 8/24/99 | $80,000 |
| 140 | Lawrence A. Kirkham & Kathleen B. Sanginiti Trustees of the Kirkham & Sanginiti Trust dated 2/29/96 | $50,000 |
| 141 | Norman Kiven a married man dealing with his sole & separate property | $150,000 |
| 142 | Othmar Klay and Christine Klay Trustees of the Klay Living Trust dated 7/11/90 | $100,000 |
| 143 | Edward Kline and Leah Kline Trustees of the Edward Kline & Leah Kline Family Trust dated 7/9/91 | $100,000 |
| 144 | Bernard A. Kloenne Trustee of the Bernard Kloenne Living Trust dated 10/10/86 | $75,000 |
| 145 | G. Robert Knoles and Christina G. Knoles husband and wife as joint tenants with the rights of survivorship | $50,000 |
| 146 | Guenther A. Kohler & Elfriede Kohler Trustees of the 1989 Kohler Living Trust dated 6/13/89 | $75,000 |
| 147 | Richard N. Krupp a married man dealing with his sole & separate property | $250,000 |
| 148 | Wendy Kwong a single woman | $50,000 |
| 149 | Gerard LaBossiere & Lucille LaBossiere Trustees of the LaBossiere Family Trust dated 3/20/1987 | $50,000 |
| 150 | Dina Ladd a single woman | $50,000 |
| 151 | First Savings Bank Custodian for Jack D. LaFlesch IRA | $50,000 |
| 152 | Gary Larson & Dolores Larson husband & wife as joint tenants with right of survivorship | $60,000 |
| 153 | Paula M. Lawson a married woman dealing with her sole & separate property | $100,000 |
| 154 | Linda Leblanc and Gene A. Leblanc Trustees of the Gene & Linda Leblanc Family Trust dated 8/20/99 | $50,000 |
| 155 | James H. LeCourt and Louise M. LeCourt husband and wife as joint tenants with right of survivorship | $50,000 |
| 156 | Richard Glenn Leiby & Carol K. Leiby Trustees of the Leiby Family 1992 Trust dated 7/8/92 | $50,000 |

Fox Hills 216 (initial)

| | | |
|---|---|---|
| 157 | Bruce R. LeMar an unmarried man | $50,000 |
| 158 | First Regional Bank Custodian For Irwin Levine IRA C/O Pollycomp | $100,000 |
| 159 | James H. Lidster & Phyllus M. Lidster Trustees of the James H. Lidster Family Trust dated 1/20/92 | $50,000 |
| 160 | Richard J. Loughlin & Roberta L. Loughlin Trustees of the Loughlin Family Trust | $155,000 |
| 161 | Lorin Loughlin and Rand Yazzolino husband & wife as joint tenants with right of survivorship | $150,000 |
| 162 | Church of The Movement of Spiritual Inner Awareness | $100,000 |
| 163 | Robert D. Lurie and Lois J. Swanson husband and wife as joint tenants with the right of survivorship | $100,000 |
| 164 | Eugene B. Machock Trustee of the Eugene B. Machock & Dianne D. Machock Family Trust dated 3/3/04 | $50,000 |
| 165 | Rogie Madlambyan Trustee of the Rogie Madlambayan Trust dated 2/22/05 | $50,000 |
| 166 | Alan M. Markus & Trena L. Markus husband and wife as joint tenants with right of survivorship | $50,000 |
| 167 | Terry Markwell Trustee of theTerry Markwell Profit Sharing Plan & Trust | $50,000 |
| 168 | Gladys Mathers a single woman & Joann Nunes an unmarried woman as joint tenants with right of survivorship | $50,000 |
| 169 | Kevin A. McKee and Pamela J. McKee husband and wife as joint tenants with right of survivorship | $100,000 |
| 170 | William L. McQuerry Trustee of the McQuerry Family Trust dated 1/25/80 | $50,000 |
| 171 | A-1 Properties LLC | $100,000 |
| 172 | First Savings Bank Custodian For Jack Mennis IRA | $100,000 |
| 173 | Michaelian Holdings LLC a Nevada limited liability company | $100,000 |
| 174 | Harold B. Miller Trustee of the 1994 Miller Family Trust | $50,000 |
| 175 | Gary I. Miller & Barbara L. Miller Trustees of the Gary I. & Barbara L. Miller Trust dated 08/13/87 | $50,000 |
| 176 | Russell E. Mills and Shirley A. Mills husband and wife as joint tenants with the right of survivorship | $75,000 |
| 177 | Katrine Mirzaian an unmarried woman | $100,000 |
| 178 | Matthew Molitch Trustee of the Molitch 1997 Trust | $50,000 |
| 179 | Harold G. Moody & Mary J. Moody Trustees of the Moody Family Trust | $50,000 |
| 180 | Arthur B. Moore an unmarried man | $50,000 |
| 181 | Muks Realty LLC. a California limited liability company | $100,000 |
| 182 | William Richard Moreno a married man as his sole & separate property | $70,000 |
| 183 | Paula A. Morgan Trustee of the P. Morgan Trust dated 7/1/88 | $50,000 |
| 184 | Geoffrey Mott & Maryann Mott husband & wife as joint tenants with right of survivorship | $50,000 |
| 185 | Frank J. Murphy and Margaret F. Murphy husband and wife as joint tenants with the right of survivorship | $50,000 |

Fox Hills 216 (initial)

| | | |
|---|---|---|
| 186 | James D. Nafziger an unmarried man transfer on death to Lisa M. Hollifield an unmarried woman | $50,000 |
| 187 | Erven J. Nelson & Frankie J. Nelson Trustees of the Erven J. Nelson & Frankie J. Nelson Trust | $50,000 |
| 188 | G & L Nelson Limited Partnership | $500,000 |
| 189 | Larry J. Newman & Elsie D. Newman Trustees of the Newman Family Trust dated 9/30/97 | $100,000 |
| 190 | David R. Newman and Sandra L. Newman Trustees of the Newman Trust dated 1/26/94 | $80,000 |
| 191 | Allen M. Nirenstein & Dorothy H. Nirenstein Trustees of the Allen M. Nirenstein & Dorothy H. Nirenstein 1992 Revocable Trust dated 3/4/92 | $50,000 |
| 192 | Thomas E. Nuckols and Joanne M. Nuckols Trustees of the Nuckols 2004 Revocable Trust U/D/T 10/4/2004 | $50,000 |
| 193 | Robert H. O'Connor & Cathleen B. O'Connor Trustees of the O'Connor Revocable Trust UTD 9/17/97 | $50,000 |
| 194 | John E. O'Riordan & Sonhild A. O'Riordan husband & wife as joint tenants with the right of survivorship | $100,000 |
| 195 | Henry J. Obermuller & Mengia K. Obermuller Trustees of the Henry & Mengia Obermuller Trust dated 9/14/90 | $70,000 |
| 196 | Roxanna L. Ochoa a single woman and Leland L. Orvis Trustee of the Leland L. Orvis 2005 Revocable Trust dated 5/3/05 as tenants in common | $50,000 |
| 197 | Kristin A. Olivas a married woman | $50,000 |
| 198 | Adrian J.R. Oosthuizen a married man dealing with his sole & separate property | $80,000 |
| 199 | Aaron I. Osherow Trustee of the Osherow Trust dated 9/11/89 | $100,000 |
| 200 | Paul Oster an unmarried man | $50,000 |
| 201 | William J. Ovca Jr. Trustee of the Ovca Associates Inc. Defined Pension Plan | $50,000 |
| 202 | David A. Palmer Trustee UA 2/13/90 for the benefit of The Palmer Family Trust | $50,000 |
| 203 | Robert H. Perlman & Lynn R. Perlman Trustees of the Robert H. Perlman & Lynn R. Perlman Trust dated 9/17/92 | $50,000 |
| 204 | Perlman Investment Partners L.P. a California limited partnership | $468,000 |
| 205 | Ronald K. Peters a single man and Susan A. Johnson a married woman as joint tenants with right of survivorship | $50,000 |
| 206 | Frances E. Phillips Trustee of the Phillips Family Trust dated 10/24/89 | $50,000 |
| 207 | Holly J. Pickerel a single woman | $75,000 |
| 208 | Charles B. Plunkett Trustee of The Charles B. Plunkett Revocable Trust DTD 10-25-94 | $100,000 |
| 209 | Patricia L. Port Trustee of the Patricia L. Port Trust dated 1/28/04 | $50,000 |
| 210 | Morton J. Port a married man dealing with his sole & separate property | $50,000 |
| 211 | Hans J. Prakelt an unmarried man | $50,000 |
| 212 | Emmeline Punsalan an unmarried woman | $50,000 |

Fox Hills 216 (initial)

| 213 | Dennis Raggi a married man dealing with his sole & separate property | $50,000 |
|---|---|---|
| 214 | Benita M. Rashall a married woman dealing with her sole and separate property | $50,000 |
| 215 | Stephanie K. Resley an unmarried woman | $50,000 |
| 216 | First Savings Bank Custodian For Manuel G. Rice IRA | $50,000 |
| 217 | Larry L. Rieger & Patsy R. Rieger Trustees of the Larry L. Rieger & Patsy R. Rieger Revocable Trust dated 8/14/91 | $100,000 |
| 218 | First Savings Bank custodian for Brian L. Riley IRA | $60,000 |
| 219 | Alan Robinson & Gail Robinson husband & wife as joint tenants with right of survivorship | $70,000 |
| 220 | Michael G. Rogal and Elisabeth Rogal husband and wife joint tenants with the right of survivorship | $100,000 |
| 221 | Rebecca A. Rogers Trustee of the Rebecca A. Rogers Trust dated 9/18/96 | $50,000 |
| 222 | Joseph W. Sabia & Victoria L. Sabia husband & wife as joint tenants with right of survivorship | $63,000 |
| 223 | Lionel Saenz and Rosario D. Saenz Trustees of the L and R Saenz Family Trust | $50,000 |
| 224 | Taylor Samuels Trustee of the Samuels 1999 Trust | $50,000 |
| 225 | Ruth Sanders an unmarried woman | $50,000 |
| 226 | Thomas R. Sanford & Anne H. Sanford | $50,000 |
| 227 | Nicholas J. Santoro and Juanita Santoro Trustees of the Santoro Family Trust U/T/D 4/29/02 | $100,000 |
| 228 | Rugby Associates LLLP a Maryland Limited Liability Limited Partnership | $200,000 |
| 229 | Shirley E. Schwartz Trustee of the Shirley E. Schwartz Revocable Living Trust dated 8/19/94 | $60,000 |
| 230 | Walter E. Seebach Trustee of the Walter E. Seebach Living Trust dated 11/1/85 | $250,000 |
| 231 | Martin H. Shafron Trustee of the Martin Shafron & Margaret Shafron Revocable Trust | $200,000 |
| 232 | Althea F. Shef Trustee of the Althea F. Shef Living Trust dated 5/1/03 | $50,000 |
| 233 | Perry Becker Shirley & Susan A. Shirley Trustees of the Perry Becker Shirley & Susan A. Shirley Living Trust of 1991 | $50,000 |
| 234 | Leslie P. Siggs a married woman dealing with her sole & separate property | $50,000 |
| 235 | Barbara Sklar Trustee of the Barbara Sklar Revocable Living Trust dated 8/31/01 | $50,000 |
| 236 | Susan M. Slater an unmarried women | $50,000 |
| 237 | Charles H Small Trustee of the Charles Henry Small Revocable Living Trust | $60,000 |
| 238 | Bruce Sonnenberg & Rosemary Sonnenberg husband & wife as joint tenants with right of survivorship | $100,000 |
| 239 | Alice I. Sorensen an unmarried woman | $50,000 |
| 240 | Robert S. Speckert Trustee of the Robert S. Speckert Rev. Living Trust dated 6/11/92 | $50,000 |

Fox Hills 216 (initial)

| | | |
|---|---|---|
| 241 | T. Dwight Sper & Bonnie J. Sper Trustees of the T.D.S. Revocable Family Trust dated 9/29/98 | $100,000 |
| 242 | Brett W. Sperry an unmarried man | $150,000 |
| 243 | Gilbert L. Sperry Trustee of the Sperry Family Trust UDO 4/15/97 | $50,000 |
| 244 | Donald W. Spring and Evelyn Mae Spring husband and wife as joint tenants with the right of survivorship | $50,000 |
| 245 | Jay S. Stein Trustee of the Jay S. Stein Charitable Remainder Unitrust dated 7/15/02 | $225,000 |
| 246 | Nicholas A. Steinmetz & Cynthia M. Steinmetz Trustees of the 2001 Steinmetz Family Trust | $50,000 |
| 247 | David Gray Sterling & Mary Jane Sterling Trustees of the Sterling Living Trust dated 02/02/00 | $100,000 |
| 248 | Gregory W. Stimpson & Carrie M. Stimpson husband & wife as joint tenants with right of survivorship | $50,000 |
| 249 | David Stoebling Trustee of the Stoebling Family Trust 075400958 | $100,000 |
| 250 | William J. Streby & Jane Nettesheim Trustees of the Nettesheim-Streby Family Trust dtd 6/2/97 | $50,000 |
| 251 | Robert A. Susskind an unmarried man | $50,000 |
| 252 | Leland K. Swanson & Lena M. Swanson Trustees of the Swanson Family Trust dated 9/14/94 | $200,000 |
| 253 | Gloria M. Swett a widow and Deborah H. Nogaim an unmarried woman as joint tenants with the rights of survivorship | $50,000 |
| 254 | Ray Syfert Trustee of the Syfert Trust dated 3/90 | $75,000 |
| 255 | Sovereign Capital Advisors LLC a Nevada limited liability company | $100,000 |
| 256 | Jeanette D. Tarantino a married woman dealing with her sole & separate property | $50,000 |
| 257 | KTaylorGO Investments LTD a Texas company | $50,000 |
| 258 | Malcolm Telloian Jr. and Joan B. Telloian husband and wife as joint tenants with the right of survivorship | $50,000 |
| 259 | Steven Melvin Terry and Margaret Worthen Terry Trustees of the Steven M. & Margaret W. Terry Trust Dated March 31 1995 | $200,000 |
| 260 | Gary A. Thibault & Sandra C. Thibault husband & wife as joint tenants with right of survivorship | $50,000 |
| 261 | Bryan M. Thomas and Lori M. Thomas husband and wife as joint tenants with the right of survivorship | $50,000 |
| 262 | Gary E. Thompson an unmarried man | $50,000 |
| 263 | Richard R. Tracy Trustee of the Reno Aeronautical Corporation Defined Benefit Retirement Plan | $100,000 |
| 264 | John A. Unland & Jane E. Unland husband & wife as joint tenants with right of survivorship | $100,000 |
| 265 | Nevada Trust Company Custodian for Cal-Mark Beverage Company Defined Benefit Plan | $60,000 |
| 266 | George W. Urda a married man as his sole & separate property | $50,000 |

Fox Hills 216 (initial)

| | | |
|---|---|---|
| 267 | Frank Valentino & Stella Valentino husband & wife as joint tenants with right of survivorship | $100,000 |
| 268 | Eulalia M. Vanicek and Ray M. Vanicek mother and son as joint tenants | $50,000 |
| 269 | Malden Ventures Ltd. Defined Benefit Pension Plan | $50,000 |
| 270 | R & N Real Estate Investments LP Robert J. Verchota General Partner | $200,000 |
| 271 | Melody J. Violet an unmarried woman | $50,000 |
| 272 | Jackie Vohs  a married woman dealing with her sole & separate property | $50,000 |
| 273 | Wolf Dieter Voss & Claudia Voss Trustees of The Voss Family Trust Under Trust dated 10/4/99 | $50,000 |
| 274 | Jennifer A. Wade an unmarried woman | $50,000 |
| 275 | David C. Wahl and Margaret A. Wahl husband and wife as joint tenants with the right of survivorship | $50,000 |
| 276 | Gregory J. Walch Trustee of the Gregory J. Walch and Shauna M. Walch Family Trust dated 11/12/04 | $200,000 |
| 277 | Bruce D. Wallace Trustee of the B.D.W. 1987 Trust dated 9/29/87 | $50,000 |
| 278 | Joseph P. Walls & Ellen Walls Trustees of the Walls Family Trust dated 12/10/97 | $200,000 |
| 279 | Dr. Damon Paul Walton & Rebecca Jean Walton husband & wife as joint tenants with right of survivorship | $50,000 |
| 280 | First Savings Bank Custodian for Adrian P. Walton IRA | $50,000 |
| 281 | Carl M. Warfield & Laura W. Warfield husband & wife as joint tenants with right of survivorship | $50,000 |
| 282 | Patricia Ann Webber Trustee of the Webber Family Trust dated 10/31/89 | $50,000 |
| 283 | Dean F. Weible & Ardis Weible Co-TTEEs of the Weible 1981 Trust dated 6/30/81 | $50,000 |
| 284 | Gregory E. Weir an unmarried man | $50,000 |
| 285 | Caralee C. White A Single Woman dealing with her sole & separate property | $50,000 |
| 286 | H. Daniel Whitman Trustee of the Whitman Trust dated 12/1/04 | $50,000 |
| 287 | John L. Willis Jr. an unmarried man | $50,000 |
| 288 | Heather Winchester & William Winchester husband and wife as joint tenants with the right of survivorship | $100,000 |
| 289 | Doris E. Winter Trustee of The Doris E. Winter Trust | $50,000 |
| 290 | Arthur Withop & Thelma Withop Trustees of the Kamelot Trust dated 3/9/99 | $50,000 |
| 291 | Roger L. Young an unmarried man payable on death to Christine Ellen Amundson | $50,000 |
| 292 | Janet E. Zak a married woman as her sole & separate property | $54,000 |
| | TOTAL | $25,755,000 |

Fox Hills 216 (initial)