# EXHIBIT A

# EXHIBIT A

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

E-FILED ON NOVEMBER 29, 2006

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☑ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

- 1 -

-v1-Schedule_of_Executory_Contracts_and_Unexpired_Leases

USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors"), by and through their counsel, hereby file the attached Schedule of Executory Contracts and Unexpired Leases (the "Schedule") in connection with the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan"). The Schedule is described in Article V, Section A of the Plan, and the filing of the Schedule is referenced in Article I, Section D of the Plan.

As provided for in Art. V, Section A of the Plan, up to and until one (1) day prior to the Confirmation Hearing, the Debtors may delete any contract or lease from the Schedule by filing an amended Schedule and serving that amended Schedule on the affected non-Debtor party to the contract or lease.

Inclusion on the Schedule does not constitute and shall not be construed as an admission by the Debtors that such contract or lease is in fact "executory" under 11 U.S.C § 365. Furthermore, the Loan Servicing Agreements are not listed on the Schedule because, as more fully explained in Article IX, Section D(4) of the Disclosure Statement, the Debtors and Committees believe the Loan Servicing Agreements are not executory contracts.

Respectfully submitted this 29th day of November, 2006.

/s/ Lenard E. Schwartzer
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Attorneys for Debtors & Debtors In Possession

-v1-Schedule_of_Executory_Contracts_and_Unexpired_Leases

Schedule of Executory Contracts and Unexpired Leases
(Contracts and Leases to be assumed pursuant to Art. V, Section A of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization)

| Type | Name | Addresss | | | | | Cure Amount | |
|---|---|---|---|---|---|---|---|---|
| Service Agreement | A-1 Security | 917 South First Street | | Las Vegas | NV | 89101 | $ | 8,346.15 |
| Service Agreement | Sprint PCS | PO Box 8077 | Acct 0524101157-4 | London | KY | 40742 | $ | 1,785.33 |
| Insurance Agreement | Zurich Group-Phoenix | P.O. Box 10197 | | Jacksonville | FL | 32247 | $ | - |
| Insurance Agreement | Theodore Liftman insurance, Inc. | 101 Federal Street | 22nd Floor | Boston | MA | 02110 | $ | - |
| Insurance Agreement | Hartford Casualty Insurance Company | Hartford Plaza | | Hartford | CT | 06115 | $ | - |
| Insurance Agreement | Illinois Union Insurance Company | 1133 Avenue of the Americas, 38th Floor | Westchester Specialty Claims | New York | NY | 10036 | $ | - |
| Insurance Agreement | The Hartford | 3600 Wiseman Blvd. | | San Antonio | TX | 78251 | $ | - |
| Insurance Agreement | The Hartford | 3600 Wiseman Blvd. | | San Antonio | TX | 78251 | $ | - |
| Insurance Agreement | Lloyds of London Underwriters | 13-15 Folgate Street | FirstCity Partnership Limited | London | | E1 6BX | $ | - |
| Insurance Agreement | Zurich American Insurance Company | P.O. Box 10197 | Zurich Group-Phoenix | Jacksonville | FL | 32247 | $ | - |
| Insurance Agreement | Lincoln Benefit Life Company | On Lincoln Benefit Drive | | Lincoln | NE | 68506 | $ | 735.14 |
| Insurance Agreement | Lincoln Benefit Life Company | On Lincoln Benefit Drive | | Lincoln | NE | 68506 | $ | - |
| insurance Agreement | West Coast Life Insurance Company | P.O. Box 193892 | | San Francisco | CA | 94119 | $ | 24,020.00 |
| Insurance Agreement | First Colony Life Insurance | P.O. Box 1280 | | Lynchburg | VA | 24505 | $ | - |
| Insurance Agreement | First Colony Life Insurance | P.O. Box 1280 | | Lynchburg | VA | 24505 | $ | - |
| Insurance Agreement | Principal Life Insurance Company | Principal Life Insurance Company | | Des Moines | IA | 50392 | $ | - |
| Insurance Agreement | Houston Casualty Company | 13403 Northwest Freeway | | Houston | TX | 77040 | $ | - |
| Lease | Storage West | 2700 East Flamingo Road | | Las Vegas | NV | 89121 | $ | - |
| Pledge Agreement | M. P. Tanamera, LLC | 4775 Caughlin Parkway, | Suite A | Reno | NV | 89509 | $ | - |
| Pledge Agreement | M. P. Tanamera, LLC | 4775 Caughlin Parkway, | Suite A | Reno | NV | 89509 | $ | - |
| Pledge Agreement | M. P. Tanamera, LLC | 4775 Caughlin Parkway, | Suite A | Reno | NV | 89509 | $ | - |
| Insurance Agreement | Swett & Crawford | 515 South Figueroa Street | Suite 600 | Los Angeles | Ca | 90071 | $ | - |
| Service Agreement | Switch ACG | PO Box 42250 | | Las Vegas | NV | 89116 | $ | - |
| Consulting Agreement | Special Order Systems, Inc. | 575 Menlo Drive | Suite 4 | Rocklin | CA | 95765 | $ | 18,210.81 |
| Consulting Agreement | Special Order Systems, Inc. | 575 Menlo Drive | Suite 4 | Rocklin | CA | 95765 | $ | - |
| Service Agreement | Cox Communications Las Vegas, Inc. | 121 S. Martin Luthor King | | Las Vegas | NV | 89106 | $ | 455.21 |
| Purchase Agreement | American Premiere, Inc. | 235 W. Brooks Avenue | 2nd Floor | North Las Vegas | NV | 89030 | $ | - |
| Office Lease | Pecos Professional Park Limited Partnership | c/o Jeffrey R. Sylvestor, Esq. Sylvestor & Polendnak | 7371 Prairie Falcon #120 | Las Vegas | NV | 89128 | $ | 166,788.42 |
| Office Lease | Haspinov, LLC a Nevada limited liability company | c/o Jeffrey R. Sylvestor, Esq. Sylvestor & Polendnak | 7371 Prairie Falcon #120 | Las Vegas | NV | 89128 | $ | 92,331.08 |
| Insurance Agreement | Theodore Liftman Insurance, Inc. | 101 Federal Street | | Boston | MA | 02110 | $ | - |