GRM/J:\4695-009\Bankruptcy Pleadings\Certificate of Service-2.doc 12/12/06

**HANEY, WOLOSON & MULLINS**
Wade B. Gochnour, Esquire
Nevada Bar No. 6314
Aryn M. Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557
Telecopier: (702) 474-7009
WadeG@hwmlvlaw.com
afitzwater@hwmlvlaw.com

and

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
ostrows@whiteandwilliams.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　Debtor. | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR)<br>Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　Debtor. | Chapter 11 |
| In re:<br>USA Capital First Trust Deed Fund, LLC,<br>　　　　　　Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　Debtor. | **CERTIFICATE OF SERVICE** |

- 1 -

I hereby certify that on the 12th day of December 2006, I caused to be served a true and correct copy of Liberty Bank's Limited Objection to Confirmation of Debtors' Third Amended Joint Chapter 11 Plan of Reorganization via:

___ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

X (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

___ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

___ (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date above written.

___ (VIA EMAIL) By electronic mail transmission to those persons listed on the attached email.

Dated this 12th day of December 2006.

An employee of Haney, Woloson & Mullins

## SERVICE LIST

| | |
|---|---|
| Ray Quinney & Nebeker PC<br>36 S. State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385<br>Fax: (801) 532-7543<br>Attn: Annette W. Jarvis, Esquire<br>ajarvis@rqn.com<br><br>Counsel for Debtors and Debtors-In-Possession | Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, NV 89146<br>Fax: (702) 892-0122<br>Attn: Lenard E. Schwartzer, Esquire<br>lschwartzer@s-mlaw.com<br><br>Local Counsel for the Debtors |
| Stutman, Treister & Glatt<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Fax: (310) 228-5788<br>Attn: Eve H. Karasik, Esquire<br>ekarasik@stutman.com<br><br>Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | Gordon & Silver, Ltd.<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, NV 89109<br>Fax (702) 796-5555<br>Attn: Gregory E. Garman, Esquire<br>geg@gordonsilver.com<br><br>Counsel for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company |
| Orrick, Herrington & Sutcliffe LLP<br>8400 Capital Mall, Suite 3000<br>Sacramento, CA 95814-4497<br>Fax: (916) 329-4900<br>Attn: Marc A. Levinson, Esquire<br>malevinson@orrick.com<br><br>Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | Lewis and Roca LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169-5996<br>Fax: (702) 949-8321<br>Attn: Rob Charles, Esquire<br>rcharleslrlaw.com<br><br>Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |
| Office of the United States Trustee<br>300 Las Vegas Boulevard, Suite 4300<br>Las Vegas, NV 89101<br>Fax: (702) 388-6658<br>augie.landis@usdoj.gov<br><br>Assistant United States Trustee | |

PHLDMS1 3018056v.1