**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on December 12, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Jointly Administered Chapter 11 Cases |
|---|---|
| USA Commercial Mortgage Company 06-10725 – Lead Case | Judge Linda B. Riegle Presiding |
| USA Capital Realty Advisors, LLC 06-10726 | **RESPONSE TO MOTION OF USA INVESTMENT PARTNERS, LLC AND JOSEPH D. MILANOWSKI FOR THE ENDORSEMENT OF A PROTECTIVE ORDER** |
| USA Capital Diversified Trust Deed Fund, LLC 06-10728 | |
| USA Capital First Trust Deed Fund, LLC 06-10728 | Date: January 3, 2007 Time: 9:30 a.m. |
| USA Securities, LLC 06-10729 Debtors. | **Affecting:** ☒ All Cases or Only: ☐ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC |

The Official Unsecured Creditors' Committee for USA Commercial Mortgage Company generally joins in the Debtors' Response to Motion of USA Investment Partners, LLC and Joseph D. Milanowski for the Endorsement of a Protective Order. We write separately to make three points.

211421.1

First, Debtors should long ago have imaged all of the books and records that may be relevant to litigation with Joseph D. Milanowski, USA Investment Partners, LLC and other obvious targets. Having the books and records remain in paper form in offices that will soon be in transition puts evidence upon which creditors' potential recoveries depend at great risk. At a minimum, no documents should be removed from the USA Commercial Mortgage Company offices until they have been imaged and the electronic files stored in a way that can be accessible to all parties. These matters will shortly be in litigation with parties located across the country. Having documents maintained in an electronic form will make the availability of documents for discovery, settlement, and information gathering vastly less expensive. It is also important so that the "chain of custody" of the documents can be proved. Once the documents are transferred out of the Debtors' possession, that proof will be much more difficult to establish. The Unsecured Committee has repeatedly urged that this imaging task be accomplished, and requests now that any production/protective order include a requirement that documents be imaged before being released from the Debtors' possession.

Second, the Liquidating Trust provided for under the joint Plan of Reorganization will be the successor to USA Commercial Mortgage Company, and its rights as the successor should be explicitly denominated in the production/protective order. The Liquidating Trustee should not have to renegotiate the protective order with Milanowski or USA Investment Partners, LLC or their surrogates.

Third, no documents should be released to Milanowski, USA Investment Partners, LLC or their affiliates without sufficient advance notice to the Unsecured Committee's counsel to enable it to confirm the prior imaging, and take action if necessary to protect valuable evidence. This requirement should be stated explicitly in the order, as the documents at issue are too important to the unsecured creditors' recovery to risk miscommunication problems.

211421.1



Dated December 12, 2006.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee*

211421.1