**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on December 12, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** <br> **06-10725 – Lead Case** | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** <br> **06-10726** | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** <br> **06-10727** | Date: N/A <br> Time: N/A <br> **Affecting:** <br> × All Cases |
| **USA Capital First Trust Deed Fund, LLC** <br> **06-10728** | or Only: <br> ¨ USA Commercial Mortgage Company <br> ¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC** <br> **06-10729** | ¨ USA Capital Diversified Trust Deed Fund, LLC |
| **Debtors.** | × USA Capital First Trust Deed Fund, LLC |

1. I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

   A) USACM Committee's Plan Documents Supplement and Disclosure [DE 2002].

2. I served the foregoing by the following means to the persons as listed below:

1742363.1

**LEWIS AND ROCA LLP LAWYERS**

A) ECF System to the persons listed on Exhibit A on December 8, 2006;

B) Email or First Class, postage prepaid, US Mail on December 11, 2006 to all persons listed with on the Master Service List on file with this Court not included in A.

C) Email on December 11, 2006 to the following parties:

Annette W. Jarvis, Esq.
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385
ajarvis@rqn.com

Marc A. Levinson
Lynn Trinka Ernce
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
malevinson@orrick.com
lernce@orrick.com

Frank A. Merola
Eve H. Karasik
Christine M. Pajak
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Fmerola@stutman.com
ekarasik@stutman.com
cpajak@stutman.com

Gerald M. Gordon
Gregory E. Garman
 GORDON & SILVER, LTD
3960 Howard Hughes Parkway, 9th floor
Las Vegas, NV 89109
gmg@gordonsilver.com
geg@gordonsilver.com

1742363.1



Lenard E. Schwartzer
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146-5408
bkfilings@s-mlaw.com

August B. Landis
Office of the U.S. Trustee
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of December, 2006.

                    /s/ Christine E. Laurel
                    Christine E. Laurel

1742363.1