**Entered on Docket
December 12, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Chapter 11<br>**Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                        Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | DATE: December 15, 2006<br>TIME: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | |
| Affects:<br><br>☐ USA Commercial Mortgage Company | |

ORDER SETTING STATUS HEARING

Upon this Court's own motion, IT IS HEREBY ORDERED THAT a status hearing on

the Motion for Approval of Procedures Regarding Assignments of Direct Lenders' Interests in

1  Loans will be held on December 15, 2006 at 9:30 a.m. before the Honorable Linda B. Riegle at
2  the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Courtroom #1, Las Vegas, NV.
3  Copies noticed through ECF to:
4      Lenard Schwartzer
    Candace Carlyon
5      Gerald Gordon
    Anne Loradich
6      Rob Charles
7
  and noticed telephonically:
8      Richard Holley