Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

E-FILED on December 12, 2006

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF HEARING ON USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO PROOF OF CLAIM NO. 155 FILED BY GATEWAY STONE ASSOCIATES, LLC**<br><br>Hearing Date: January 17, 2007<br>Hearing Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

P:\USA Commercial Mortgage\Claim Objections\Debtor Objections\Gateway\NTC Obj Gateway Stone Claim 155.DOC  - 1 -

1  NOTICE IS HEREBY GIVEN that USA Commercial Mortgage Company ("USACM"), by
2  and through its counsel, has filed an Objection To Proof of Claim No. 155 filed By Gateway Stone
3  Associates, LLC (the "Objection").  The Objection respectfully requests that the Court enter an
4  order sustaining its Objection and disallowing Claim No. 155 filed by Gateway in its entirety
5  because it is not enforceable against USACM.

6  Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

7  Local Rule 9014(d)(1): "Oppositions to a motion must be filed and
8  service must be completed on the movant no later than fifteen (15)
   days after the motion is served except as provided by LR 3007(b)
9  and LR 9006.  If the hearing has been set on less than fifteen (15)
10 days' notice, the opposition must be filed no later than five (5)
   business days before the hearing, unless the court orders otherwise.
11 The opposition must set forth all relevant facts and any relevant
   legal authority.  An opposition must be supported by affidavits or
12 declarations that conform to the provisions of subsection (c) of this
   rule."

14  If you object to the relief requested, you *must* file a WRITTEN response to this
15  pleading with the court.  You *must* also serve your written response on the person who sent
16  you this notice.
17  If you do not file a written response with the court, or if you do not serve your written
18  response on the person who sent you this notice, then:
19  • The court may *refuse to allow you to speak* at the scheduled hearing; and
20  • The court may *rule against you* without formally calling the matter at the hearing.

22  A copy of the Objection may be obtained by accessing BMC Group, Inc.'s website at
23  www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court
24  website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-
25  0100, or by contacting the office of the Debtor's counsel, Schwartzer & McPherson Law Firm,
26  telephone:  (702) 228-7590 or fax:  (702) 892-0122
27  NOTICE IS FURTHER GIVEN that the hearing on the Objection may be continued
28  without further notice.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   NOTICE IS FURTHER GIVEN that the hearing on the Objection will be held before a
2 United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South,
3 3rd Floor, Las Vegas, Nevada on January 17, 2007 at 9:30 a.m.
4   Respectfully submitted this 12th day of December, 2006.

/s/   Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

903489