| | |
|---|---|
| 1  Annette W. Jarvis, Utah Bar No. 1649 | E-FILED on December 12, 2006 |

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                  Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                  Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                  Debtor. | **CERTIFICATE OF SERVICE OF**<br>**1. USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO PROOF OF CLAIM NO. 819 FILED BY SPECTRUM FINANCIAL GROUP, LLC AND CLAIM NO. 821 FILED BY ROLLAND P. WEDDELL; AND**<br>**2. NOTICE OF HEARING ON USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO PROOF OF CLAIM NO. 819 FILED BY SPECTRUM FINANCIAL GROUP, LLC AND CLAIM NO. 821 FILED BY ROLLAND P. WEDDELL** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                  Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                  Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date: January 17, 2007<br>Hearing Time: 9:30 a.m. |

1. On December 12, 2006 I served the following document(s):

    a. USA Commercial Mortgage Company's Objection to Proof of Claim No. 819 Filed By Spectrum Financial Group, LLC And Claim No. 821 Filed By Rolland P. Weddell;

    b. Notice of Hearing on USA Commercial Mortgage Company's Objection to Proof of Claim No. 819 Filed By Spectrum Financial Group, LLC And Claim No. 821 Filed By Rolland P. Weddell

2. I served the above-named document(s) by the following means to the persons as listed below:

☐    a. **By ECF System**:

☒    b. **By United States mail, postage fully prepaid**:

**SCOTT D. FLEMING**
**HALE LANE PEEK DENNISION AND HOWARD**
**3930 HOWARD HUGES PKWY, 4TH FL.**
**LAS VEGAS, NV 89169**

☐    c. **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d. **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e. **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f. **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:   December 12, 2006

LIA DORSEY                                                                    /s/    *LIA DORSEY*
(Name of Declarant)                                                  (Signature of Declarant)