1  Annette W. Jarvis, Utah Bar No. 1649
2  RAY QUINNEY & NEBEKER P.C.
   36 South State Street, Suite 1400
3  P.O. Box 45385
   Salt Lake City, Utah 84145-0385
4  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
5  Email: ajarvis@rqn.com
6  and
7  Lenard E. Schwartzer
   Nevada Bar No. 0399
8  Jeanette E. McPherson
   Nevada Bar No. 5423
9  Schwartzer & McPherson Law Firm
   2850 South Jones Boulevard, Suite 1
10 Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590
11 Facsimile:  (702) 892-0122
   E-Mail:  bkfilings@s-mlaw.com
12 Attorneys for Debtors and Debtors-in-Possession

**E-FILED ON DECEMBER 12, 2006**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                        Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>                                        Debtor. | **CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | |
| Affects:<br>  ☒  All Debtors<br>  ☐  USA Commercial Mortgage Company<br>  ☐  USA Capital Realty Advisors, LLC<br>  ☐  USA Capital Diversified Trust Deed Fund, LLC<br>  ☐  USA Capital First Trust Deed Fund, LLC<br>  ☐  USA Securities, LLC | Date:  N/A<br>Time: N/A |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1.   On December 11, 2006 I served the following document(s):

a. Affidavit of Garth McBride In Support Of Application Pursuant To Fed.R.Bank.P. 2014(a) Authorizing the Employment And Retention Of Beadle, McBride, Evans & Reeves, LLP As "Ordinary Course Accountants" (Affects All Debtors)

b. Declaration of Brian R. Forbes In Support Of Application Pursuant To Fed.R.Bankr.P. 2014(A) Authorizing The Employment And Retention of Kirkpatrick & Lockhart Nicholson Graham LLP As Ordinary Course of Business Counsel

2.   I served the above-named document(s) by the following means to the persons as listed below:

☐   a.   **By ECF System**:

☒   b.   **By United States mail, postage fully prepaid**:

ROB CHARLES, ESQ.
LEWIS AND ROCA
40 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, AZ 85004

GERALD M. GORDON, ESQ.
GORDON & SILVER, LTD
3960 HOWARD HUGHES PKWY
9TH FLOOR
LAS VEGAS, NV 89109

CANDACE C. CARLYON, ESQ.
SHEA & CARLYON, LTD.
228 SO. FOURTH ST., 1ST FLOOR
LAS VEGAS, NV 89101

OFFICE OF THE U.S. TRUSTEE
FOLEY FEDERAL BUILDING
300 LAS VEGAS BLVD. SOUTH
SUITE 4300
LAS VEGAS NV 89101

ANNE M. LORADITCH, ESQ.
BECKLEY SINGLTON CHTD.
530 LAS VEGAS BLVD. SO.
LAS VEGAS, NV 89101

☐   c.   **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

☐    d.    **By direct email (as opposed to through the ECF System)**
    Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: December 12, 2006

LIA DORSEY                                    */s/*    *LIA DORSEY*
(Name of Declarant)                            (Signature of Declarant)

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122