ELECTRONICALLY FILED
DECEMBER 12, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  fmerola@stutman.com | E-mail:  jshea@sheacarlyon.com |
|   ekarasik@stutman.com |   ccarlyon@sheacarlyon.com |
|   cpajak@stutman.com |   ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | DATE:  December 19, 2006<br>TIME:  10:00 a.m. |

### EX PARTE MOTION FOR LEAVE OF COURT TO FILE JOINT BRIEF(S) IN SUPPORT OF CONFIRMATION IN EXCESS OF TWENTY (20) PAGES

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

1

1  The Official Committee of Equity Security Holders of USA Capital First Trust Deed
2  Fund, LLC (the "FTDF Committee") on behalf of itself and the other Official Committees
3  appointed in the above-captioned bankruptcy cases (the "Official Committees"), and the
4  Debtors in the above-captioned bankruptcy cases (collectively "Movants"), hereby files this Ex
5  Parte Motion for Leave of Court to File a Joint Brief(s) in Support of Confirmation in Excess of
6  Twenty (20) Pages (the "Motion"), whereby Movants respectfully request that this Court allow
7  Defendants to file one or more[1] joint briefs in support of confirmation of the Plan in excess of
8  the 20 page limit prescribed by Local Rule 9014(e).  This Motion is based upon the following
9  Points and Authorities, and the pleadings, papers and records on file in this case.

DATED this 12TH day of December, 2006.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

---

[1] While one omnibus brief is currently contemplated, different positions may be taken by different constituencies, which may necessitate additional pleadings.

## POINTS AND AUTHORITIES

### I. BACKGROUND

As this Court is aware, the USA bankruptcy cases are large and complex cases, including five Debtors, four official committees and numerous and complex issues regarding confirmation. In order to adequately address all of the issues without unnecessary and costly duplication of efforts, the Movants seek to file a joint brief(s) in support of confirmation. In order to do so, it is submitted that Movants will need to exceed the 20 page limitation on length. The brief will include an index (table of contents) and table of authorities pursuant to Local Rule 9014(e).

Movants have no objection to other parties filing oversized briefs, and accordingly, such parties will not be prejudiced by this request.

### II. LEGAL ARGUMENT

Local Rule 9014(e) provides in relevant part that:

> Unless the court orders otherwise, prehearing and posthearing briefs and points and authorities in support of, or in response to, motions are limited to 20 pages including the motion but excluding exhibits....When the court enters an order permitting a longer brief or points and authorities, the papers must include an index, table of contents, and table of authorities.

### III. CONCLUSION

Based on the foregoing, it is respectfully requested that the Court grant the Motion and allows the Movants to file one or more joint briefs in support of confirmation which exceed the

*SHEA & CARLYON, LTD.*
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

3

20 page limit.

DATED this 12TH day of December, 2006.

SHEA & CARLYON, LTD.

*/s/ SW/*

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

4