```
1   Name Frank J. Wright
    Bar code # TX State Bar No. 22028800
2   Address HANCE SCARBOROUGH WRIGHT                    Electronically filed on
    GINSBERG & BRUSILOW, L.L.P.
3   14755 Preston Rd., Suite 600                        Dec 13, 2006
    Dallas, Texas  75254
4   phone: 972/788-1600
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re USA Commercial Mortgage Company ) Case No. BK-S-06-10725-LBR
fka USA Capital, et al.               ) Chapter No. 11
                                      )
                                      ) VERIFIED PETITION FOR PERMISSION
                                      ) TO PRACTICE IN THIS CASE ONLY BY
                                      ) ATTORNEY NOT ADMITTED TO THE
                                      ) BAR OF THIS COURT
                                      )

Frank J. Wright, Petitioner, respectfully represents to the Court:

1.   That Petitioner resides at 10 Riva Ridge
                                (street address)
     Frisco                    ,         Collin                        .
     (city)                              (county)
     Texas          75034                972-788-1600                  .
     (state)        (zip)                (area code + telephone number)

**CAUTION: DO NOT REVISE OR RETYPE THIS FORM**

| | | |
|---|---|---|
| 1 | 2. | That Petitioner is an attorney at law and a member of the law firm of _____ |
| 2 | | Hance Scarborough Wright Ginsberg & Brusilow, LLP _____ with offices at |
| 3 | | 14755 Preston Road, Suite 600 _____, |
| | | (street address) |
| 4 | | Dallas, Texas _____, 75254 , 972-788-1600 . |
| 5 | | (city) (zip code) (area code + telephone number) |

3.   That Petitioner has been retained personally or as a member of the law firm by Hall Financial Group, Ltd. to provide legal representation in connection with the above-entitled case now pending before this Court.

4.   That since 1981, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law.

5.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| State of Texas | 1981 |
| United States Supreme Court | 6/27/97 |
| U.S. District Courts: | |
| Northern District of Texas | 2/25/92 |
| Western District of Texas | 6/26/91 |
| 5th Circuit Court of Appeals | 11/12/85 |
| 6th Circuit Court of Appeal | 3/21/95 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____

_____

_____

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

_____

_____

_____

8. That Petitioner is a member of good standing in the following Bar Associations: American Bar Association, Texas Bar Association, Dallas Bar Association and the Bar Association of the Fifth Federal Circuit

_____

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: December 12, 2006

_____
Petitioner's Signature

STATE OF _____Texas_____ )
COUNTY OF _____Dallas_____ )

__Frank J. Wright__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this 12th day of December, 2006.

_____
Notary public