Frank J. Wright
Texas Bar #22028800
C. Ashley Ellis
Texas Bar #00794824
Hance Scarborough Wright
  Ginsberg & Brusilow, LLP
14755 Preston Rd., Suite 600
Dallas, TX 75254
phone: (972) 788-1600
fax: (972) 239-0138
bankruptcy@hswgb.com

Electronically filed on
Dec 13, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA Commercial Mortgage Company f/k/a USA Capital, et al.<br>Debtor. | ) BK-S-06-10725-LBR<br>) Chapter No. 11<br>)<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10727-LBR<br>) Chapter 11<br>)<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>)<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10719-LBR<br>) Chapter 11<br>) |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | ) **DESIGNATION OF LOCAL**<br>) **COUNSEL AND CONSENT**<br>) **THERETO**<br>)<br>)<br>)<br>) |

The undersigned, attorney of record for Hall Financial Group, Ltd., a creditor herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the

practice of law, (s)he believes it to be in the best interests of the client(s) to designate Richard F. Holley, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

> Richard F. Holley
> Santoro, Driggs, Walch, Kearney, Johnson & Thompson
> 400 South Fourth St., 3rd Floor
> Las Vegas, NV 89101
> phone: 702-791-0308

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Dated: December 12, 2006

Respectfully submitted,

HANCE SCARBOROUGH WRIGHT GINSBERG & BRUSILOW, LLP

By: /s/ Frank J. Wright
Frank J. Wright
Texas Bar No. 22028800
C. Ashley Ellis
Texas Bar No. 00794824

600 Signature Place
14755 Preston Road
Dallas, TX 75254
(972) 788-1600
(972) 239-0138 (fax)

**ATTORNEYS FOR HALL FINANCIAL GROUP, LTD.**

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

*/s/ Richard F. Holley*
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned appoints Richard F. Holley of Santoro, Driggs, Walch, Kearney, Johnson & Thompson as their Designated Nevada Counsel is this case.

Hall Financial Group, Ltd.

By: ____________________
Donald Braun, President

Hall Phoenix Inwood, Ltd.
By: Phoenix/Inwood Corp., its general partner

By: ____________________
Donald Braun, President