Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on December 13, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                        Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                        Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                        Debtor. | **CERTIFICATE OF SERVICE OF USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO MOTION TO TEMPORARILY ALLOW CLAIM OF BINFORD MEDICAL DEVELOPERS LLC FOR VOTING PURPOSES** |
| In re:<br>USA SECURITIES, LLC,<br>                                                        Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: December 15, 2006<br>Time: 9:30 a.m. |

1    1.    On December 11, 2006 I served the following document(s):

2    a. USA Commercial Mortgage Company's Objection To Motion To Temporarily Allow

3    Claim Of BinFord Medical Developers LLC For Voting Purposes.

4    2. I served the above-named document(s) by the following means to the persons as listed

5    below:

6    ☒    a.    **By ECF System:**

7

8    FRANKLIN C. ADAMS    franklin.adams@bbklaw.com,arthur.johnston@bbklaw.com

9    KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com,

10    THOMAS R BROOKSBANK    brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

11    MATTHEW Q. CALLISTER    mqc@callister-reynolds.com,

12    maggie@callisterreynolds.com

13    CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;

14    bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

15    ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com;sbrown@lrlaw.com

16    KEVIN B. CHRISTENSEN    kbchrislaw@aol.com,

17    JANET L. CHUBB !    tbw@jonesvargas.com

18    JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

19    WILLIAM D COPE    cope_guerra@yahoo.com, cope_guerra@yahoo.com

20    CICI CUNNINGHAM    bankruptcy@rocgd.com

21    LAUREL E. DAVIS    bklsclv@lionelsawyer.com,

22    ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

23    THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

24    SCOTT D. FLEMING    sfleming@halelane.com,

25    dbergsing@halelane.com,ecfvegas@halelane.com

26    GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

27    TALITHA B. GR! AY    bankruptcynotices@gordonsilver.com

28    MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. EDWARD J. HANIGAN    haniganlaw@earthlink.net, haniganlaw1@earthlink.net
2. XANNA R. HARDMAN    xanna.hardman@gmail.com,
3. CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
4. EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
5. ANNETTE W JARVIS    ajarvis@rqn.com
6. ROBERT R. KINAS    rkinas@swlaw.com,
7. mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com
8. NILE LEATHAM   &nb! sp nleatham@klnevada.com,
9. ckishi@klnevada.com;bankruptcy@klnevada.com
10. ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com
11. REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,
12. WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,
13. RICHARD MCKNIGHT    mcknightlaw@cox.net,
14. gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
15. SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
16. smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmi
17. th@sheacarlyon.com
18. DAVID MINCIN !    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawl
19. asvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
20. JOHN F MURTHA    jmurtha@woodburnandwedge.com
21. DONNA M. OSBORN    jinouye@marquisaurbach.com,
22. dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.
23. com;kgallegos@MarquisAurbach.com
24. DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
25. PAUL C RAY    info@johnpeterlee.com
26. SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
27. SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
28. aboehmer@sheacarlyon.com;bank!

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1 ruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;r
2 smith@sheacarlyon.com
3 JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
4 PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
5 CARYN S. TIJSSELING    cst@beesleyandpeck.com, aha@beesleyandpeck.com
6 U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov,
7 JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
8 MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

☐    b.    **By United States mail, postage fully prepaid**

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

1  ☐    f.    **By messenger**

2         I served the document(s) by placing them in an envelope or package addressed to
3  the persons at the addresses listed below and providing them to a messenger for service.

4  **I declare under penalty of perjury that the foregoing is true and correct.**

5  Signed on:    December 13, 2006

6  Christi Vanderlip                           */s/    Christi Vanderlip*
7  (Name of Declarant)                         (Signature of Declarant)