Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**E-FILED on December 13, 2006**

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align="right">Debtor.</div> | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align="right">Debtor.</div> | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><div align="right">Debtor.</div> | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | |
| In re:<br>USA SECURITIES, LLC,<br><div align="right">Debtor.</div> | **CERTIFICATE OF SERVICE OF REPLY MEMORANDUM IN SUPPORT OF MOTION FOR APPROVAL OF PROCEDURES REGARDING ASSIGNMENTS OF DIRECT LENDERS' INTERESTS IN LOANS (AFFECTS USA COMMERCIAL MORTGAGE)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date:  December 19, 2006<br>Time:  10:00 a.m. |

1.   On December 11, 2006 I served the following document(s):

a. Reply Memorandum In Support Of Motion For Approval Of Procedures Regarding Assignment Of Direct Lenders' Interest In Loans (Affects USA Commerical Mortgage.

2.   I served the above-named document(s) by the following means to the persons as listed below:

☒   a.   **By ECF System:**

FRANKLIN C. ADAMS   franklin.adams@bbklaw.com,arthur.johnston@bbklaw.com

KELLY J. BRINKMAN   kbrinkman@gooldpatterson.com,

THOMAS R BROOKSBANK   brooksbankt1@sbcglobal.net, kaya1@sbcglobal.net

MATTHEW Q. CALLISTER  mqc@callister-reynolds.com,

maggie@callisterreynolds.com

CANDACE C CARLYON   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;

bankruptcyfilings@sheacarlyon.com;rsmith@sheacarlyon.com

ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com;sbrown@lrlaw.com

KEVIN B. CHRISTENSEN   kbchrislaw@aol.com,

JANET L. CHUBB !   tbw@jonesvargas.com

JEFFREY A. COGAN   jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE   cope_guerra@yahoo.com, cope_guerra@yahoo.com

CICI CUNNINGHAM   bankruptcy@rocgd.com

LAUREL E. DAVIS   bklsclv@lionelsawyer.com,

ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING   sfleming@halelane.com,

dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN   bankruptcynotices@gordonsilver.com

TALITHA B. GR! AY   bankruptcynotices@gordonsilver.com

MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com

EDWARD J. HANIGAN   haniganlaw@earthlink.net, haniganlaw1@earthlink.net

XANNA R. HARDMAN   xanna.hardman@gmail.com,

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

2  EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

3  ANNETTE W JARVIS    ajarvis@rqn.com

4  ROBERT R. KINAS    rkinas@swlaw.com,

5  mstrand@swlaw.com;jlustig@swlaw.com;lholding@swlaw.com;imccord@swlaw.com

6  NILE LEATHAM   &nb! sp nleatham@klnevada.com,

7  ckishi@klnevada.com;bankruptcy@klnevada.com

8  ROBERT C. LEPOME    robert@robertlepome.com, susan@robertlepome.com

9  REGINA M. MCCONNELL    rmcconnell@kssattorneys.com,

10 WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com,

11 RICHARD MCKNIGHT    mcknightlaw@cox.net,

12 gkopang@lawlasvegas.com;cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

13 SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,

14 smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmi

15 th@sheacarlyon.com

16 DAVID MINCIN !    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawl

17 asvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com

18 JOHN F MURTHA    jmurtha@woodburnandwedge.com

19 DONNA M. OSBORN    jinouye@marquisaurbach.com,

20 dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;jcrowe@MarquisAurbach.

21 com;kgallegos@MarquisAurbach.com

22 DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

23 PAUL C RAY    info@johnpeterlee.com

24 SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

25 SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,

26 aboehmer@sheacarlyon.com;bank!

27 ruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;mmallet@sheacarlyon.com;r

28 smith@sheacarlyon.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

1  PETER SUSI      cheryl@msmlaw.com, msm@msmlaw.com

2  CARYN S. TIJSSELING      cst@beesleyandpeck.com, aha@beesleyandpeck.com

3  U.S. TRUSTEE - LV - 11      USTPRegion17.lv.ecf@usdoj.gov,

4  JOAN C WRIGHT      jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

5  MATTHEW C. ZIRZOW      bankruptcynotices@gordonsilver.com

6  ☐    b.    **By United States mail, postage fully prepaid**

7  ☐    c.    **By Personal Service**

8           I personally delivered the document(s) to the persons at these addresses:

9           ☐    For a party represented by an attorney, delivery was made by handing the
10  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
    other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
11  in the office.

12          ☐    For a party, delivery was made by handing the document(s) to the party or by
13  leaving the document(s) at the person's dwelling house or usual place of abode with someone of
    suitable age and discretion residing there.

14  ☐    d.    **By direct email (as opposed to through the ECF System)**

15          Based upon the written agreement to accept service by email or a court order, I
16  caused the document(s) to be sent to the persons at the email addresses listed below.  I did not
    receive, within a reasonable time after the transmission, any electronic message or other indication
17  that the transmission was unsuccessful.

18  ☐    e.    **By fax transmission**

19          Based upon the written agreement of the parties to accept service by fax
20  transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
    below.  No error was reported by the fax machine that I used.  A copy of the record of the fax
21  transmission is attached.

22  ☐    f.    **By messenger**

23          I served the document(s) by placing them in an envelope or package addressed to
24  the persons at the addresses listed below and providing them to a messenger for service.

25  **I declare under penalty of perjury that the foregoing is true and correct.**

26  Signed on:      December 13, 2006

27  _____          _/s/_____Christi Vanderlip_____

28  Christi Vanderlip                                        /s/      *Christi Vanderlip*
    (Name of Declarant)                               (Signature of Declarant)

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122