REPLY
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
Attorneys for Plaintiff Binford Medical Developers, LLC

E-Filed On 12/14/06

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>_____Debtor_____ | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br>_____Debtor_____ | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br>_____Debtor_____ | Adversary No. 06-01212<br><br>Date of Hearing:   **12/15/06**<br>Time of Hearing:   **9:30a.m.** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br>_____Debtor_____ | Affects:<br>■USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>■ USA Capital First Trust Deed Fund, LLC |
| In re:<br>USA SECURITIES, LLC.<br>_____Debtor_____ | ☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>☐All Debtors |

**REPLY IN FAVOR OF AND OPPOSITION TO USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO MOTION TO TEMPORARILY ALLOW CLAIM OF BINFORD MEDICAL DEVELOPERS LLC.**

COMES NOW, Creditor, BINFORD MEDICAL DEVELOPERS LLC, ("Binford") by and through its attorney, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and hereby replies to USA Commercial Mortgage Company's Objection to Motion to Temporarily Allow Claim of Binford Medical Developers LLC For voting purposes.

Binford received a Class A-1 Ballot and cast its vote. The question before the Court is whether the claim can be temporarily allowed to count that vote. USA Commercial Mortgage

1  Company ("USACM") filed an objection to Binford's Proof of Claim on December 12, 2006, but
2  there is still a necessity for the Court to hear this Motion.

3        Although the Opposition does not state the reason why USACM is objecting to the Proof of
4  Claim, the Objection itself contends that Binford was in breach of the Loan Agreement before
5  USACM's obligation to fully fund the loan arose. Exhibit "C" to the Loan Agreement, the
6  Disbursement Schedule, provides that all but $62,000.00 of the loan proceeds would have been
7  funded by month seven and all of the loan proceeds by month nine. A copy of that Exhibit is
8  attached hereto as Exhibit "1" and incorporated by reference herein. The loan began funding in
9  September of 2005. Accordingly, by April of 2006, all but $62,000.00 should have been funded.
10 The remaining $62,000.00 should have been funded by no later than June, 2006. USACM's
11 bankruptcy occurred on April 13, 2006. Binford was current on its interest through June 1, 2006.
12 Copies of USACM's monthly billing summary for the month of April and May of 2006 are attached
13 hereto as Exhibit "2".

14       As shown by Ken Schmidt's Declaration filed with the original Motion, the failure to fund
15 the remaining $925,000.00 has had serious consequences for Binford's project. Binford is every bit
16 as much a victim in this case as the Direct Lenders. Binford's vote in the estimated amount shown
17 on its Proof of Claim should be counted.

18       DATED this 14th day of December, 2006

19                               Respectfully Submitted,

20                               DEANER, DEANER, SCANN,
                              MALAN and LARSEN
21

22               By: _____
                              SUSAN WILLIAMS SCANN, ESQ.
23                               Nevada Bar No. 000776
                              PAUL R. CONNAGHAN, ESQ.
24                               Nevada Bar No. 003229
                              720 South Fourth Street, Suite 300
25                               Las Vegas, Nevada 89101
                              Attorneys for Plaintiff
26                               Binford Medical Developers, LLC

27 F:\OFFICE\CLIENTS\Binford Medical Developers, LLC\DOCS\Reply2Objection2Mot2Vote.wpd

28                                           2

**EXHIBIT 1**

## EXHIBIT "C"

## DISBURSEMENT SCHEDULE

All advances after the closing are subject to Section 3.2 of the Loan Agreement. Month "X" means "X" months after closing.

| MONTH | TOTAL | INTEREST | DRAWS |
| --- | --- | --- | --- |
| Close | $4,250,000 | $65,000 | $4,185,000 |
| Month 1 | $ 233,200 | $ 0 | $ 233,200 |
| Month 2 | $ 335,200 | $49,000 | $ 286,200 |
| Month 3 | $ 638,949 | $54,000 | $ 584,949 |
| Month 4 | $ 759,899 | $61,000 | $ 698,899 |
| Month 5 | $ 768,899 | $70,000 | $ 698,899 |
| Month 6 | $ 542,999 | $72,000 | $ 470,999 |
| Month 7 | $ 783,854 | $67,000 | $ 716,854 |
| Month 8 | $ 42,000 | $42,000 | 0 |
| Month 9 | $ 20,000 | $20,000 | 0 |
| Month 10 | $ 0 | $ 0 | 0 |
| Month 11 | $ 0 | $ 0 | 0 |
| Month 12 | $ 0 | $ 0 | 0 |
| Total | $8,375,000 | $500,000 | $ 7,875,000 |

43

EXHIBIT "2"

May-22-2006  06:25    From-USA Capital                                T-720   P.003/003   F-672



For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

4484 S. Pecos Rd.
Las Vegas NV 89121

Interest Contact
Ken Schmidt
Fax: 317-253-7170

### Statement Information

| Page Count | 1 |
|---|---|
| Statement From - To | 5/1/2006 - 5/31/2006 |
| Bill Due Date | 6/1/2006 |
| Total Amount Due | $ 83,398.61 |

## Monthly Billing Summary

**Account: Binford Medical Developers**

| Current Interest Due | 83,398.61 | Late Fees | 0.00 | Extension Fees | 0.00 |
|---|---|---|---|---|---|
| 30 Day Late Interest Due | 0.00 | Exit Fees | 0.00 | | |
| 60 Day Late Interest Due | 0.00 | Legal Fees | 0.00 | | |
| 90+ Day Late Interest Due | 0.00 | Service Fees | 0.00 | | |

## Account Transaction Detail

| Transaction Date | Transaction Type | Beginning Balance | Ending Balance | Transaction Amount |
|---|---|---|---|---|
| **Interest Transactions (last 90 days)** | | | | |
| 05/11/2006 | Interest Payment | | | 81,412.50 |
| 04/21/2006 | Interest Adjustment | | | 704.17 |
| 04/13/2006 | Interest Payment | | | 74,858.33 |
| 02/27/2006 | Interest Payment | | | 61,425.00 |
| **Principal Transactions (last 90 days)** | | | | |
| 03/29/2006 | Fund | $6,800,000.00 | $7,450,000.00 | 650,000.00 |
| 03/08/2006 | Fund | $6,300,000.00 | $6,800,000.00 | 500,000.00 |

## Full Account Summary

**Account: Binford Medical Developers**

| Original Loan Amount | Total Loan Balance | IR% | Total Principal Paid To Date | Total Interest Paid To Date ** |
|---|---|---|---|---|
| 8,375,000.00 | 7,450,000.00 | 13.00% | 0.00 | 0.00 |

Account Notes :

**Total Interest Paid to Date will not be calculated until your next statement, and will only reflect interest payments received from April 1, 2005 on.

*** New Wiring Instructions ***

USA Commercial Mortgage Co.
Bank of America

Routing No. 026009593    Account No. 37555 32396

Reference Loan # 286

Invoice as of date: 05/19/2006                                                                Page 1 of 1

Apr-23-2006  19:46    From-USA Capital                                              T-633   P.001/001   F-562



4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

**Interest Contact**
Ken Schmidt
Fax: 317-253-7170

### Statement Information

| Page Count | 1 |
|---|---|
| Statement From - To | 4/1/2006 - 4/30/2006 |
| Bill Due Date | 5/7/2006 |
| Total Amount Due | $ 81,412.50 |

## Monthly Billing Summary

| Account: Binford Medical Developers | | | | | |
|---|---|---|---|---|---|
| Current Interest Due | 81,412.50 | Late Fees | 0.00 | Extension Fees | 0.00 |
| 30 Day Late Interest Due | 0.00 | Exit Fees | 0.00 | | |
| 60 Day Late Interest Due | 0.00 | Legal Fees | 0.00 | | |
| 90+ Day Late Interest Due | 0.00 | Service Fees | 0.00 | | |

## Account Transaction Detail

| Transaction Date | Transaction Type | Beginning Balance | Ending Balance | Transaction Amount |
|---|---|---|---|---|
| **Interest Transactions (last 90 days)** | | | | |
| 04/21/2006 | Interest Adjustment | | | 704.17 |
| 04/13/2006 | Interest Payment | | | 74,858.33 |
| 02/27/2006 | Interest Payment | | | 61,425.00 |
| 01/26/2006 | Interest Payment | | | 60,251.39 |
| **Principal Transactions (last 90 days)** | | | | |
| 03/29/2006 | Fund | $6,800,000.00 | $7,450,000.00 | 650,000.00 |
| 03/08/2006 | Fund | $6,300,000.00 | $6,800,000.00 | 500,000.00 |
| 02/10/2006 | Fund | $5,600,000.00 | $6,300,000.00 | 700,000.00 |

## Full Account Summary

| Account: Binford Medical Developers | | | | |
|---|---|---|---|---|
| Original Loan Amount | Total Loan Balance | IR% | Total Principal Paid To Date | Total Interest Paid To Date ** |
| 8,375,000.00 | 7,450,000.00 | 13.00% | 0.00 | 0.00 |
| Account Notes: | | | | |

**Total Interest Paid to Date will not be calculated until your next statement, and will only reflect interest payments received from April 1, 2005 on...