SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN,
MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
(702) 382-6911
Attorneys for Binford Medical Developers, LLC

E-Filed On 12/14/06

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | ) | |
|---|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | ) ) ) ) ) | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| Debtor | ) | |
| In re: | ) | Chapter 11<br>Jointly Administered Under |
| USA CAPITAL REALTY ADVISORS, LLC. | ) ) | Case No. BK-S-06-10725 LBR |
| Debtor | ) | Date of Hearing: 12/15/06<br>Time of Hearing: 9:30a.m. |
| In re: | ) | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC. | ) ) | **CERTIFICATE OF MAILING** |
| Debtor | ) | |
| In re: | ) | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC. | ) ) | Affects:<br>■ USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC |
| Debtor | ) | ■USA Capital First Trust Deed Fund, LLC<br>☐USA Securities, LLC |
| In re: | ) | ☐USA Realty Advisors, LLC<br>☐All Debtors |
| USA SECURITIES, LLC. | ) ) | |
| Debtor | ) | |

I hereby certify that service of the REPLY IN FAVOR OF AND OPPOSITION TO

3

1  USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO MOTION TO
2  TEMPORARILY ALLOW CLAIM OF BINFORD MEDICAL DEVELOPERS LLC. was
3  made this 14th day of December, 2006, by depositing a copy of the same in the United States mail in
4  Las Vegas, Nevada, postage-prepaid, addressed to the following:

**DEBTOR AND COUNSEL**
Annette W. Jarvis
Ray Quinney & Nebeker P.c.
36 South State Street, Suite 1400
P.o. Box 45385
Salt Lake City, Utah 84145-0385

Lenard E. Schwartzer
Jeanette E. Mcpherson
Schwartzer & Mcpherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

USA Commercial Mortgage
USA Capital Realty Advisors, LLC
USA Capital Diversified Trust Deed Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Office of the U.S. Trustee
600 Las Vegas Blvd., South,
Ste. 4300
Las Vegas, NV 89101

**USA CAPITAL REALTY ADVISORS, LLC - UNSECURED CREDITORS**
KUMMER, KAEMPFER, BONNER & RENSHAW
3800 HOWARD HUGHES PKWY., 7Th FLOOR
LAS VEGAS, NV 89109

INTERSHOW
THE GITHLER CENTER
1258 NORTH PALM AVE.
SARASOTA, FL 34236

**USA SECURITIES, LLC - UNSECURED CREDITORS**
JAMES HULL
C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
TORRANCE, CA 90505

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

4

GEORGE GORMAN
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

TIM RICH
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

**UNSECURED CREDITORS COMMITTEE FOR USA COMMERCIAL MORTGAGE COMPANY**
Bunch Bell
1909 Red Robin Court
Las Vegas, NV  89134

Advanced Information Systems
c/o Michael T. Yoder
4270 Cameron Street, Suite #1
Las Vegas, NV  89103

C/O Donald R. Walker
9209 Eagle Hills Drive
Las Vegas, NV  89134-6109

Russell AD Development Group, LLC
P. O. Box 28216
Scottsdale, AZ  85255

Robert A. Russell
8585 East Hartford Drive
Suite 500
Scottsdale, AZ  85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV  89117-7635

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR  97035

**[PROPOSED] COUNSEL FOR THE FOLLOWING TWO INVESTOR COMMITTEES: Equity Security Holders of USA Capital First Trust Deed Fund, LLC and Equity Security Holders of USA Capital Diversified Trust Deed Fund;**

5

1  Jeffrey H. Davidson
   Frank A. Merola
2  Eve H. Karaski
   Stutman, Treister & Glatt, P.C.
3  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
4
   James Patrick Shea
5  Candace C. Carlyon
   Shea & Carlyon, LTD.
6  233 S. Fourth Street, 2nd Floor
   Las Vegas, NV 89101
7
8  **COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC.**
9
   Robert E. Taylor
10 1535 Flynn Road
   Camarillo, CA 93012
11
   John Warner Jr., IRA
12 C/O First Savings Bank
   2605 East Flamingo Road
13 Las Vegas, NV 89121

14
   C/O Chuck Heinrichs
15 198 E. Pajaro
   Newbury Park, CA 91320
16
   John H. Warner, Jr.
17 2048 North Chettro Trail
   St. George, UT 84770
18
   Mary E. and Matthew J. Moro, JTWROS
19 1009 8th Street
   Manhattan Beach, CA 90266
20
   Richard G. Woudstra Revocable Trust
21 Richard G. Woudstra, TTWW
   P. O. Box 530025
22 Henderson, NV 89053

23 Wen Baldwin Separate Property Trust
   365 Dooley Drive
24 Henderson, NV 89015

25 Jerry T. McGimsey
   3115 South El Camino Rd.
26 Las Vegas, NV 89146

27 Richard Horowitz
   5 Fir Drive
28 Kingspoint, NY 11024

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

**COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.**

Robert G. Worthen
1112 Worthen Circle
Las Vegas, NV 89145

Katz 2000 Separate Property Trust
Sara M. Katz, Managing Trustee
4250 Executive Square, #670
San Diego, CA 92037

Thomas C. Lawyer Family Trust
45 Ventana Canyon Drive
Las Vegas, NV 89113

Marjan Rutar
4043 Chalfont Court
Las Vegas, NV 89121

Charles O. Nichols and Flora A. Nicols
2561 Seascape Drive
Las Vegas, NV 89128

Robert H. Mansfield
3611 Victory Avenue
Las Vegas, NV 89121

**COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY**

Fertita Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Helms Homes, LLC
C/O Terry Helms
809 Upland Blvd.,
Las Vegas, NV 89107

William J. Bullard
Fertita Enterprises, Inc.
P. O. Box 27555
Las Vegas, NV 89126

Terry Helms Living Trust
809 Upland Blvd.
Las Vegas, NV 89107

Dennis Flier, Inc. Defined Benefit Trust
20155 Porto Vita Way #1803
Aventura, FL 33180

7

Arthur Polacheck and Glorianne Polacheck
2056 Wooklake Circle
Deerfield Beach, FL  33442

James W. McCollum and Pamela P. McCollum
1011 F. Avenue
Coronado, CA  92118

Homfeld II, LLC
777 South Federal Highway
Suite –409
Pompano Beach, FL  33062

C/O Edward W. Homfeld
858 Bishop Road
Grosse Pointe Park, MI  48230

Nevada Mortgage Lending Division
Attn:  Susan Eckhardt
3075 East Flamingo #100
Las Vegas, NV  89121

U. S. Securities and Exchange Commission
Attn:  Sandra W. Lavigna
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA  90036-3648

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street Street, N.W.
Washington, D.C.  20005-4026

Department of Employment Training
Employment Sec. Div., Contributions
500 East Third Street
Carson City, NV  89713-0030

DMV and Public Safety Records Section
555 Wright Way
Carson City, NV  89711-0250

Employers Insurance Co. Of NV
Attn:  Bankruptcy Desk
9790 Gateway Drive
Reno, NV  89521-5906

NV Dept. of Taxation
Bankruptcy Division
555 East Washington, #1300
Las Vegas, NV  89101

Internal Revenue Service
Attn:  Bankruptcy dept.
Stop 5028 110 City Parkway
Las Vegas, NV  89106

8

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1  Secretary of State
   State of Nevada
2  202 North Carson Street
   Carson City, NV 89701
3
   NV Department of Taxation
4  Revenue Division
   Capitol Complex
5  Carson City, NV 89701-0003

6  Office of Labor Commissioner
   555 East Washington Ave., Suite 4100
7  Las Vegas, NV 89101

8  U. S. Attorney
   District of Nevada
9  323 Las Vegas Blvd., So., #5000
   Las Vegas, NV 89101
10
   United States Dept. of Justice
11 Tax-Division-Western Region
   P. O. Box 683-Ben Franklin Station
12 Washington, D.C. 20044

13 District Counsel
   Internal Revenue Service
14 110 City Parkway
   Las Vegas, NV 89106
15
   Internal Revenue Service
16 Ogden, UT 84201

17 FHA/HUD
   300 Las Vegas Blvd., #2900
18 Las Vegas, NV 89101

19 Dept. of Veterans Affairs
   Loan Service and Claims
20 3225 North Central
   Phoenix, AZ 85012
21
   Clark County Treasurer
22 C/O Bankruptcy Clerk
   P. O. Box 551220
23 Las Vegas, NV 89155-1220

24 Clark County Assessor
   C/O Bankruptcy Clerk
25 P. O. Box 551401
   Las Vegas, NV 89155-1401
26
   Don Tomlin
27 C.O David W. Mounier
   15316 Sky High Road
28 Escondido, CA 92055

9

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1  Maryetta Bowman
   534 Enchanted Lakes Drive
2  Henderson, NV 89052

3  Edward W. Homfeld
   Homfeld II LLC
4  777 South Federal Highway, Suite –409
   Pompano Beach, FL 33062
5
   Richard McKnight, ESQ.
6  Law Offices of Richard McKnight
   330 S. Third Street, #900
7  Las Vegas, NV 89101

8  RJ Rocco
   12617 Cottageville Lane
9  Keller, TX 76248

10 Margie Gandolfo
   1724 Arrow Wood Drive
11 Reno, NV 89521

12 Janny Catharina Brouwer
   2533 Kinnard Avenue
13 Henderson, NV 89074

14 Robert R. Kinas, ESQ.
   Jennifer L. McBee
15 Snell & Wilmer, LLP
   3800 Howard Hughes Pkwy., #1000
16 Las Vegas, NV 89109

17 Michael R. Shuler
   C/O Jay R. Eaton
18 Eaton &O'leary, PLLC
   115 Grove Avenue
19 Phoenix, AZ 86301

20 Janet L. Chubb, ESQ.Jones Vargas
   100 West Liberty Street, 12th Floor
21 P. O. Box 281
   Reno, NV 89504-0281
22
   Martin B. Weiss, ESQ.
23 The Garrett Group, LLC
   One Better World Circle, Suite 300
24 Temecula, CA 92590

25 Attila Jefzenszky
   1720 Colavita Way
26 Reno, NV 89521

27

28

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

1  Vince Danelian
   C/O Edward J. Hanigan, ESQ.
2  199 N. Arroyo Grande Blvd., #200
   Henderson, NV 89074
3

4
   William L. McGimsey, ESQ.
5  601 East Charleston Blvd.
   Las Vegas, NV 89104
6
   Paul & Donna Jacques
7  810 SE 7th Street, A103
   Deerfield Beach, FL 33441
8
   Peter Bolino
9  17412 Serene Drive
   Morgan Hill, CA 95037
10
   Sean Najarian, ESQ.
11 The Najarian Law Firm
   283 S. Lake Avenue, Suite 205
12 Pasadena, CA 91101

13 Scott D. Fleming
   Hale Lane Peek Dennison and Howard
14 3930 Howard Hughes Parkway, 4th Floor
   Las Vegas, NV 89109
15
   Nile Leatham
16 James B. Macrobbie
   Kolesar & Leatham, CHTD
17 3320 W. Sahara Ave., Ste., 380
   Las Vegas, NV 89102
18
   Laurel E. Davis
19 Lionel Sawyer & Collins
   1700 Bank of America Plaza
20 300 S. Fourth Street
   Las Vegas, NV 89101
21
   Gilbert B. Weisman
22 Becket and Lee LLP
   P. O. Box 3001
23 Malvern, PA 19355-0701

24 Caryn S. Tijsseling
   Beesley, Peck & Matteoni, LTD
25 5011 Meadowood Mall Way, #300
   Reno, NV 89502
26
   Nicholas J. Santoro
27 400 S. Fourth Street, 3rd Floor
   Las Vegas, NV 89101
28

11

| | |
|---|---|
| 1 | Jed A. Hart |
| | Angelo, Gordon & Co. |
| 2 | 245 Park Avenue, 26th Floor |
| | New York, NY 10167 |
| 3 | |
| | Bradley J. Stevens |
| 4 | Robbins & Green, P.A. |
| | 3300 North Central Avenue, Suite 1800 |
| 5 | Phoenix, AZ 85012 |
| | |
| 6 | CiCi Cunningham, ESQ. |
| | James A. Kohl, ESQ. |
| 7 | Christine Roberts, ESQ. |
| | Rawlings, Olson, Cannon, Gormley & Desruisseaux |
| 8 | 9950 W. Cheyenne Avenue |
| | Las Vegas, NV 89129 |
| 9 | |
| | Gerald M. Gordon, ESQ. |
| 10 | Thomas H. Fell, ESQ. |
| | Gordon & Silver, LTD. |
| 11 | 3960 Howard Hughes Parkway, 9th Floor |
| | Las Vegas, NV 89109 |
| 12 | |
| | Franklin C. Adams |
| 13 | Best Best & Kriefer, LLP |
| | 3750 University Ave. |
| 14 | P. O. Box 1028 |
| | Riverside, CA 92502-1028 |
| 15 | |
| | Jeffrey G. Sloane, ESQ. |
| 16 | Regina M. McConnell, ESQ |
| | Kravitz, Schnitzer, Sloane, Johnson & Eberhardy, CHTD. |
| 17 | 1389 Galleria Drive., Ste, 200 |
| | Henderson, NV 89014 |
| 18 | |
| | Kevin B. Christensen |
| 19 | Xanna R. Hardman |
| | 7440 W. Sahara Ave. |
| 20 | Las Vegas, NV 89117 |
| | |
| 21 | Richard Mason |
| | Patricia K. Smoots |
| 22 | Michael M. Schmahl |
| | McGuire Woods, LLP |
| 23 | 77 West Wacker Drive., Ste., 4100 |
| | Chicago, IL 60601 |
| 24 | |
| | Donald T. Polednak, ESQ. |
| 25 | 7371 Prairie Falcon, Ste., 120 |
| | Las Vegas, NV 89128 |
| 26 | |
| 27 | |
| 28 | |

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

| | |
|---|---|
| 1 | Peter Susi |
|   | Jay L. Michaelson |
| 2 | Michaelson, Susi & Michaelson |
|   | Seven West Gigueroa St., 2nd Floor |
| 3 | Santa Barbara, CA 93101-3191 |
| 4 | |
|   | Joan C. Wright |
| 5 | Allison, Mackenzie, Russell, Pavlakis, Wright & Fagan, LTD. |
|   | 402 North Division Street |
| 6 | P. O. Box 646 |
|   | Carson City, NV 89702 |
| 7 | |
|   | Bay Communities |
| 8 | C.O Chris el |
|   | 4800 No. Federal Highway, Suite A205 |
| 9 | Boca Raton, FL 33431 |
| 10 | Ervent T. Nelson |
|    | Bolick & Boyer |
| 11 | 6060 W. Elton Avenue, Ste., A |
|    | Las Vegas, NV 89107 |
| 12 | |
|    | Matthew Q. Callister |
| 13 | Callister & Reynolds |
|    | 823 Las Vegas Boulevard South |
| 14 | Las Vegas, NV 89101 |
| 15 | Andrew Welcher |
|    | C/O Nordman Company Hair & Compton LLP |
| 16 | Attn: William E. Winfield, ESQ. |
|    | 1000 Town Center Drive, 6th Floor |
| 17 | Oxnard, CA 93031 |
| 18 | Robert Verchota, General Partner |
|    | R & N Real Estate Investments, LP |
| 19 | C/O Jeffrey A. Cogan |
|    | 3990 Vegas Drive |
| 20 | Las Vegas, NV 89108 |
| 21 | Law Offices of James G. Schwartz |
|    | Joshua D. Brysk, ESQ. |
| 22 | 7901 Stoneridge Drive, Suite 401 |
|    | Pleasanton, CA 94588 |
| 23 | |
|    | Scott K. Canepa |
| 24 | Canepa, Reidy & Rubing |
|    | 851 S. Rampart Blvd., #160 |
| 25 | Las Vegas, NV 89145 |
| 26 | John F. Murtha |
|    | Woodburn & Wedge |
| 27 | Sierra Plaza 6100 Neil Road, Ste., 500 |
|    | P. O. Box 2311 |
| 28 | Reno, NV 89505 |

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702) 382-6911•Facsimile (702) 366-0854

Thomas W. Stilley
Sussman Shank LLP
1000 SW Broadway, Ste., 1400
Portland, OR 97205-3089

SYLVESTER & POLEDNAK, LTD.
Jeffrey R. Sylvester, ESQ.
7371 Prairie Falcon, #120
Las Vegas, NV 89128

*[signature]*
Employee of DEANER, DEANER, SCANN,
MALAN & LARSEN

F:\OFFICE\CLIENTS\Binford Medical Developers, LLC\DOCS\COM Reply toOpp.wpd

14