CERTIFICATE OF SERVICE
COMPLAINT, SUMMONS, STANDARD DISCOVERY PLAN & SCHEDULING ORDER PACKET

**In re** USA COMMERCIAL MORTGAGE COMPANY )
USA CAPITAL REALTY ADVISORS, LLC )
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC )
USA CAPITAL FIRST TRUST DEED FUND, LLC )
USA SECURITIES, LLC )

**Debtor** )

GREGORY J. WALCH AND SHAUNA M. )
WALCH, TRUSTEES OF THE GREGORY J. AND )
SHAUNA M. WALCH FAMILY TRUST )

**Plaintiff** )

**vs.** USA COMMERCIAL MORTGAGE )
COMPANY )
)
)
**Defendant** )

Bankruptcy Case No. BK-S-06-10725
Chapter 11

Adversary Proceeding No. 06-01245-lbr

Date: 02/28/2007

Time: 2:30 PM

I, NATASHA DALTON, certify that I am, and at all times during the service of process was,
(name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan & Scheduling Order packet, as required by Local Rule 7016(b), was made on _____12/8/2006_____ by:
(date)

(✓) **Mail service:** Regular, first class United States mail, postage fully pre-paid, addressed to: USA Commercial Mortgage Company
4484 S. Pecos Road
Las Vegas, Nevada 89121

( ) **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

( ) **Residence Service:** By leaving the process with the following adult at:

( ) **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

( ) **Publication:** The defendant was served as follows: (Describe briefly)

( ) **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:
(Describe briefly)                                                                                      (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

12/8/2006                                        Natasha Dalton
Date                                              Signature

Print name NATASHA DALTON
Business Address 400 South Fourth St., 3RD Floor
City LAS VEGAS    State NV    Zip 89101

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

RECEIVED AND FILED
2006 DEC -8 A 11: 40
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

In re  USA COMMERCIAL MORTGAGE COMPANY
       USA CAPITAL REALTY ADVISORS, LLC
       USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
       USA CAPITAL FIRST TRUST DEED FUND, LLC
       USA SECURITIES, LLC

Bankruptcy Case No. BK-S-06-10725
Chapter 11   LEAD CASE

                     Debtor

GREGORY J. WALCH AND SHAUNA M. WALCH,
TRUSTEES OF THE GREGORY J. AND SHAUNA M.
WALCH FAMILY TRUST

Adversary Proceeding No. 06-01245-lbr

Date: 02/28/2007

                     Plaintiff

vs.  USA COMMERCIAL MORTGAGE COMPANY

Time: 2:30 PM

                     Defendant

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | CLERK, U.S. BANKRUPTCY COURT<br>FOLEY FEDERAL BUILDING AND U.S. COURTHOUSE<br>300 Las Vegas Blvd. South, 4th Floor<br>Las Vegas, NV 89101 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | GREGORY J. WALCH, ESQ.<br>400 S. FOURTH STREET, 3RD FLOOR<br>LAS VEGAS, NEVADA 89101 |
|---|---|

If you make a motion, your time to answer is governed by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Courtroom # 1, Third Floor<br>FOLEY FEDERAL BUILDING AND U.S. COURTHOUSE<br>300 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Date and Time | 02/28/2007<br><br>2:30 PM |
|---|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

12/8/06
Date

PATRICIA GRAY
Clerk, U.S. Bankruptcy Court

By: Annette Lesko
Deputy Clerk