Andrew K. Alper, Esq.
California Bar No. 088876
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
E-mail: aalper@frandzel.com

and

Randolph L. Howard, Esq.
Nevada Bar No. 6688
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-mail: RHoward@klnevada.com

Attorneys for Creditor
DAYCO FUNDING CORPORATION

*ELECTRONICALLY FILED ON December 14, 2006*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | CASE NO. BK-S-06-10725-LBR<br>Chapter 11<br><br>CASE NOS: BK-5-06-10726 LBR<br>CASE NOS: BK-5-06-10727 LBR<br>CASE NOS: BK-5-06-10728 LBR<br>CASE NOS: BK-5-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor, | CHAPTER 11<br>JOINTLY ADMINISTERED UNDER<br>CASE NO. BK-5-06-10725-LBR<br><br>**NOTICE OF HEARING ON DAYCO FUNDING CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor, | **Date of Hearing:**   January 17, 2007<br><br>**Time of Hearing:**   9:30 a.m. |

484795.1

33162-029

1

MOTION FOR RELIEF FROM STAY

In re:

USA SECURITIES, LLC,

    Debtor.

Affects:

☐ All Debtors
☒ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☐ USA First Trust Deed Fund, LLC

# NOTICE OF HEARING ON DAYCO FUNDING CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOTICE IS HEREBY GIVEN that the Motion for Relief from the Automatic Stay was filed herein on December 14, 2006, by Kolesar & Leatham, Chtd., and Frandzel Robins Bloom & Csato, L.C., co-counsel for creditor Dayco Funding Corporation, a California corporation. The Motion seeks an order modifying the automatic stay of §362(a) of the Bankruptcy Code.

NOTICE IS FURTHER GIVEN that a hearing on this Motion will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in Bankruptcy Courtroom No. 1, 300 Las Vegas Boulevard, South, Las Vegas, Nevada, on January 17, 2007, at the hour of 9:30 a.m.

A copy of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting the undersigned.

Any Opposition must be filed pursuant to Local Rule 9013(e)(1).

> Local Rule 9013(e)(1): "Except for motions made pursuant to Fed. R. Bank. P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (eighteen (18) days if service of the motions is by mail pursuant to FRBP 9006(e) & (f)), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing may be continued without further notice.

Dated this 14th day of December, 2006.

KOLESAR & LEATHAM, CHTD.

By: /s/ Randolph L. Howard
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 6688
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

and

ANDREW K. ALPER, Esq.
California Bar No. 088876
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048-4920

Attorneys for Creditor
**DAYCO FUNDING CORPORATION**

484795.1                    3                    33162-029