

Entered on Docket
December 14, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
|---|---|
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | ) | BK-S-06-10725-LBR |
|---|---|---|
| USA COMMERCIAL MORTGAGE COMPANY | ) | Chapter 11 |
| Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | Chapter 11 |
| Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Chapter 11 |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Affects | ) | |
| ☒ All Debtors | ) | |
| ☐ USA Commercial Mortgage Co. | ) | |
| ☐ USA Securities, LLC | ) | DATE: December 19, 2006 |
| ☐ USA Capital Realty Advisors, LLC | ) | TIME: 10:00 a.m. |
| ☐ USA Capital Diversified Trust Deed | ) | |
| ☐ USA First Trust Deed Fund, LLC | ) | |

SHEA & CARLYON, LTD.
233 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 471-7432

## EX PARTE ORDER GRANTING EX PARTE MOTION FOR LEAVE OF COURT TO FILE JOINT BRIEF(S) IN SUPPORT OF CONFIRMATION IN EXCESS OF TWENTY (20) PAGES

The Court having considered the Ex Parte Motion for Leave of Court to File Joint Brief(s) in Support of Confirmation in Excess of Twenty (20) Pages (the "Motion") filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") on behalf of itself and the other Official Committees appointed in the above-captioned bankruptcy cases (the "Official Committees"), and the Debtors in the above-captioned bankruptcy cases (collectively "Movants"), and good cause appearing:

IT IS HEREBY ORDERED that the Motion is granted. Movants may file one or more joint briefs in support of confirmation that exceed the 20 page limit provided by Local Rule 9014(e).

SUBMITTED BY:

SHEA & CARLYON, LTD.

_____
CANDACE C. CARLYON, ESQ.
(Nevada Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067