Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON DECEMBER 14, 2006

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                   Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                   Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                   Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                   Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                   Debtor. | **STATUS AND AGENDA FOR**<br>**DECEMBER 15, 2006 HEARINGS** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: December 15, 2006<br>Time: 9:30 a.m. |

     1.    **Debtor's Application For Order Authorizing the Debtors To Retain And Employ Thomas J. Allison of Mesirow Financial Interim Management, LLC ("MFIM") As Chief Restructuring Officer Of The Debtors** filed by Debtors. The Debtors seek authorization to continue to employ MFIM pursuant to the terms of the Engagement Letter and Standard Terms

Hearing Status form for 121506 Hearings        - 1 –

and Conditions.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Omnibus Response) | July 21, 2006 | 944 |

2. **Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer** filed by Debtors. The Debtors seek authorization to continue to retain and employ the Schwartzer & McPherson Law Firm as counsel under a general retainer agreement.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| McGimsey Family Trust | May 2, 2006 | 68 (BK-S-06-10727 docket) |
| US Trustee | May 12, 2006 | 222 |
| US Trustee (Supplemental Opposition) | July 21, 2006 | 940 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Omnibus Response) | July 21, 2006 | 944 |
| **Reply:** | **Date** | **Docket No.** |
| Reply Brief In Support Of Application By Debtor And Debtor-In-Possession For Authorization To Retain And Employ Schwartzer & McPherson Law Firm As Counsel Under General Retainer | May 17, 2006 | 268 |

3. **Application To Employ And Retain Ray Quinney & Nebeker P.C. As Counsel For All Debtors** filed by Debtors. The Debtors seek authorization to continue to retain and employ Ray Quinney & Nebeker, P.C. as counsel under a general retainer agreement.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| McGimsey Family Trust | May 2, 2006 | 68 (BK-S-06-10727 docket) |
| US Trustee | May 12, 2006 | 221 |

Hearing Status form for 121506 Hearings    - 2 –

| | | |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | May 15, 2006 | 245 |
| US Trustee (Supplemental Opposition) | July 21, 2006 | 940 |
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (Omnibus Response) | July 21, 2006 | 944 |
| **Reply:** | **Date** | **Docket No.** |
| Reply Memorandum In Support Of Debtors' Application To Employ And Retain RAY QUINNEY & NEBEKER P.C. As Counsel For The Debtors And Response To Various Objections [Applies To All Debtors] | May 17, 2006 | 264 |

4.  **Motion For Order Authorizing Continued Employment And Retention Of Debtors' Professionals From December 15, 2006** (Docket No. 2008). An additional motion was filed to mainly request the continued employment of Mesirow Financial, Ray Quinney & Nebeker, P.C., and Schwartzer & McPherson Law Firm.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None | | |

5.  **Motion to Exclude Debtors From Having To File Inter-Company Claims Against Each Other By The Bar Date, Or Alternatively For The Approval of the Immediate Appointment of Special Counsel To File And Pursue The Inter-Company Debtor Claim** (the "Inter-Company Claims Motion", Docket No. 1454/1469). The Inter-Company Claims Motion requests that the Court exclude the Debtors from having to file inter-company claims against each other by the Bar Date (or that the Bar Date be extended without date for the filing of these claims), subject to the Debtors reporting to the Court at the October 19, 2006 hearing that all of the intercompany claims have been fully resolved in a Plan with the full agreement of the Committees, or, alternatively, if all intercompany claims are not fully resolved by October 19, 2006 with the full agreement of the Committees, that the Court approve the immediate appointment of special counsel for the USACM, FTD Fund and the Diversified Fund to file the inter-company claims at

the hearing set on this motion on October 30, 2006. The Inter-Company Claims Motion was heard on October 30, 2006. The Court has set a status hearing on this Motion for December 15, 2006.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC<br><br>Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company<br><br>Official Committee of Unsecured Creditors<br><br>Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC<br>(Joint Response) | October 20, 2006 | 1622 |

| Reply Filed By: | Date | Docket No. |
|---|---|---|
| Debtors | October 26, 2006 | 1682 |

6. **Motion to Temporarily Allow Claim of Binford Medical Developers, LLC For Voting Purposes** (the "Binford Motion," Docket No. 1927). The Binford Motion requests that this Court allow Binford Medical Developers, LLC's claim in the amount of $3,502,383.000 for voting purposes on the Plan.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Debtors | December 11, 2006 | 2041 |

| Reply Filed By: | | |
|---|---|---|
| Reply In Favor of and Opposition to USA Commercial Mortgage Company's Objection to Motion to Temporarily Allow Claim of Binford Medical Developers LLC Filed by Susan Williams Scann on behalf of Binford Medical Developers, LLC | December 14, 2006 | 2091 |

7. **Motion to Temporarily Allow Claim of Copper Sage LLC For Voting Purposes** (the "Copper Sage Motion," Docket No. 1928). The Copper Sage Motion allow Copper Sage Commerce Center, LLC's claim in the amount of $3,500,000.000 for voting purposes on the

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Hearing Status form for 121506 Hearings        - 4 –

Plan.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None | | |

8. **Motion For Approval of Procedures Regarding Assignment of Direct Lenders' Interests** (the "Assignment of Interests Motion," Docket No. 1805). USACM requests an order of this Court approving the proposed rules and procedures set forth in the Assignment of Interests Motion regarding USACM's and any Asset Purchaser's treatment and handling of notices of assignments of beneficial interests in deeds of trust received from third parties, requests to change account (aka legal vesting) names received from direct lenders, and similar situations involving transfers or assignments of direct lenders' interests in loans. The Assignment of Interests Motion is set to be heard on December 19, 2006. However, it is set on the Court's calendar for December 15, 2006 because the Court filed and entered an Order Setting Status Hearing for December 15, 2006. (Docket No. 2059). The Debtors intend on requesting that the Assignment of Interests Motion be continued until January 3, 2007.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company | December 4, 2006 | 1926 |
| Debt Acquisition Company of America V | December 5, 2006 | 1957 |
| Hall Financial Group, Ltd. | December 5, 2006 | 1993 |
| Dr. Stanley Alexander, et al. (Joinder in Opposition) | December 11, 2006 | 2019 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Debtors | December 11, 2006 | 2039 |

**In re Tree Moss Partners, LLC**, Case No. 06-13758

9. **Motion To Appoint Trustee Or Alternatively, Restricting The Debtor's Business Operations During The Gap Period** filed in Case No. 06-13758, In re Tree Moss Partners, LLC. This Motion scheduled for hearing on shortened time, requests an order of the

Hearing Status form for 121506 Hearings     - 5 –

Court appointing an interim trustee, or alternatively, restricting the Debtor's business operations during the gap period between the commencement of this involuntary chapter 7 case and the entry of the order for relief herein.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| None | | |

**USA Commercial Mortgage Company v. Wells Fargo, Adv. No. 06-01146**

    10.    **Scheduling Conference Re: Amended Complaint For Interpleader** in adversary 06-1146 LBR consolidated with adversary 06-1167.

**To be Heard at 1:30 p.m.**

**Binford Medical Developers, LLC v. USA Commercial Mortgage Company**, Adv. No. 06-0212

    1.    **Motion For Preliminary Injunction For Release of Funds filed by Binford Medical Developers, LLC**.  This Motion requests an order of this Court for a Preliminary Injunction to order Fidelity National Title Group to disburse the remaining funds, of approximately $330,000.00 held in its construction control account set up for the proceeds of Binford's loan from USA Commercial Mortgage and its Direct Lenders to Binford.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Debtor | December 14, 2006 | 24 |

DATED: December 14, 2006    /s/ Jeanette E. McPherson
    Lenard E. Schwartzer, Nevada Bar No. 0399
    Jeanette E. McPherson, Nevada Bar No. 5423
    SCHWARTZER & MCPHERSON LAW FIRM
    2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada  89146
    and
    Annette W. Jarvis, Utah Bar No. 1649
    RAY QUINNEY & NEBEKER P.C.
    36 South State Street, Suite 1400
    P.O. Box 45385
    Salt Lake City, Utah 84145-0385