EXHIBIT "D"

**HANEY, WOLOSON & MULLINS**
Wade B. Gochnour, Esquire
Nevada Bar No. 6314
Aryn M. Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557
Telecopier: (702) 474-7009
WadeG@hwmlvlaw.com
afitzwater@hwmlvlaw.com

E-FILED on December 14, 2006

and

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
ostrows@whiteandwilliams.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor. | Chapter 11<br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **DECLARATION OF JASON M. GORDON IN SUPPORT OF LIBERTY BANK'S MOTION PURSUANT TO FED. R. BANKR. P. 3018 TO ALLOW CLAIM FOR PLAN VOTING PURPOSES** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

PHLDMS1 3019822v.2

## DECLARATION OF JASON M. GORDON
## IN SUPPORT OF LIBERTY BANK'S MOTION
## PURSUANT TO FED. R. BANKR. P. 3018(a) TO
## ALLOW CLAIM FOR PLAN VOTING PURPOSES

I, Jason M. Gordon, hereby declare as follows:

1.  I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of Liberty Bank's Motion Pursuant to Fed. Bankr. P. 3018(a) to Allow Claim for Plan Voting Purposes (the "3018 Motion").[1]

2.  I am a Vice President at Liberty Bank. In the course of my duties, I am familiar with the facts and circumstances giving rise to the Claim and I am the authorized individual who signed the Claim filed with USACM's claims agent on November 13, 2006.

3.  HMA Sales, LLC ("HMA") executed and delivered to Liberty a Receivables Loan Agreement dated effective as of November 15, 2004 (the "Receivables Loan Agreement") for financing in an amount not to exceed $10,000,000.00 (the "Receivables Loan"). As security for the Receivables Loan, USA Commercial Mortgage Company ("USACM") executed and delivered to Liberty a Guarantee Agreement made effective as of November 15, 2004 (the "Guarantee"), a true and correct copy of which is attached to the 3018 Motion as Exhibit "A" and incorporated herein by reference.

4.  The Guarantee of USACM, which had stronger, audited financial statements as compared to HMA, was required in order to induce Liberty to make the Receivables Loan. Liberty demanded and reasonably relied upon audited financial statements provided by USACM in connection with the making of the Receivables Loan. These financial statements demonstrate that USACM was solvent at the time of the Guarantee.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the 3018 Motion.

5. Liberty has sent HMA written notices that various events of default exist under Receivables Loan Agreement and the related loan documents, including the Guarantee, and that all obligations with respect to the Receivables Loan are immediately due and payable. Events of Default under the Receivables Loan Agreement and related loan documents have occurred and remain in effect as a result of the following:

    a. HMA's failure to comply with the sales expenses and minimum capital funds requirements and covenants in the Receivables Loan Agreement;

    b. HMA's execution of a guaranty and deed of trust for $9,800,000.00 in favor of Salvatore J. Reale, Trustee of The Salvatore J. Reale Revocable Trust;

    c. the occurrence of a material adverse change, including USACM's bankruptcy filing; and

    d. the recording and service by Royal Landholdings, LLC of a Notice of Breach and Election to Sell under Deed of Trust as a result of HMA's breach of its obligations to Royal Landholdings, LLC.

6. As reflected in Liberty's proof of claim (the "Claim"), a true and correct copy of which is attached to the 3018 Motion as Exhibit "C," as of October 31, 2006, $4,662,620.45 was due and owing under the Receivables Loan Agreement and Guarantee, together with continuing attorneys' fees and costs. The Claim was timely submitted and date-stamped on November 13, 2006 by USACM's claims agent. See Exhibit "C" to the 3018 Motion.

6. Liberty's Claim against USACM is presently due and owing.

DEC.13.2006 21:52 8304607422              WESTERNTITLE                    #1765 P.002 /002
12/13/2006 8:29:52 PM        Vulpio, Amy      WhiteandWilliamsLLP           Page 6

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this ___ day of December, 2006

Jason M. Gordon
V.P. of Liberty Bank

PHLDMS1 3019822v.2

-4-