Russell S. Walker, Utah Bar No. 3363
Elizabeth R. Loveridge, Utah Bar No. 6025
Reid W. Lambert, Utah Bar No. 5744
WOODBURY & KELSER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111
Telephone: (801) 364-1100
Facsimile: (801) 359-2320
Email: rwalker@wklawpc.com

and

Joseph J. Huggins
Nevada Bar No. 4456
HUGGINS & ASSOCIATES
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Telephone: (702) 371-3921
Facsimile: (702) 940-4088
Email: joehuggins@sbcglobal.net

**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Case No.: BK-S-06-10728 LBR<br>Case No.: BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | **MOTION TO QUASH SUBPOENAS AND STRIKE 2004 EXAMINATION ORDERS OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER REGARDING USA INVESTMENT PARTNERS, LLC, HMA SALES,LLC, USA INVESTORS VI, LLC AND JOSEPH D. MILANOWSKI** |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | |
| Affects:<br>    All Debtors<br>    USA Commercial Mortgage Company<br>    USA Securities, LLC<br>    USA Capital Realty Advisors, LLC<br>    USA Capital Diversified Trust Deed Fund, LLC<br>    USA Capital First Trust Deed Fund, LLC | |

1

USA Investment Partners, LLC and Joseph D. Milanowski, by and through their counsel, pursuant to Bankruptcy Rule 9016 and Local Rule 2004(b) and (c) Nev. Bankr. L.R. hereby move this Court for a Motion to Quash Subpoenas and Strike 2004 Examination Orders or in the Alternative for a Protective Order Regarding USA Investment Partners, LLC, HMA Sales, LLC, USA Investors VI, LLC and Joseph D. Milanowski filed herewith.

DATED this 14th day of December, 2006.

**WOODBURY & KELSER, P.C.**

/s/ Russell S. Walker
Russell S. Walker, Utah Bar No. 3363
Elizabeth R. Loveridge, Utah Bar No. 6025
Reid W. Lambert, Utah Bar No. 5744
WOODBURY & KELSER, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84111

and

Joseph J. Huggins
Nevada Bar No. 4456
HUGGINS & ASSOCIATES
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123