**EXHIBIT "C"**

**HANEY, WOLOSON & MULLINS**
Wade B. Gochnour, Esquire
Nevada Bar No. 6314
Aryn M. Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557
Telecopier: (702) 474-7009
WadeG@hwmlvlaw.com
afitzwater@hwmlvlaw.com

and

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
ostrows@whiteandwilliams.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>               Debtor. | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>               Debtor. | Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>               Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>               Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>               Debtor. | **ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME ON LIBERTY BANK'S MOTION PURSUANT TO FED. R. BANKR. P. 3018 TO ALLOW CLAIM FOR PLAN VOTING PURPOSES** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

PHLDMS1 3019918v.1

## ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME ON LIBERTY BANK'S MOTION PURSUANT TO FED. R. BANKR. P. 3018(a) TO ALLOW CLAIM FOR PLAN VOTING PURPOSES

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below.

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| Steven E. Strong | December 13, 2006 | X | |

COMMENTS:   Mr. Strong also agreed that the 3018 Motion should be heard at the Confirmation Hearing on December 19, 2006.

Date:  December 14, 2006

Submitted by:   WHITE AND WILLIAMS LLP

_[signature]_

Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone:  (215) 864-7000

Attorneys for Liberty Bank

- 2 -