E-FILED ON: 12-15-06

JAMES A. KOHL, ESQ.
Nevada Bar No.: 5692
CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                           Debtor. | CASE NO.: BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                           Debtor. | CASE NO.: BK-S-06-10726-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                           Debtor. | CASE NO.: BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                           Debtor. | CASE NO.: BK-S-06-10728-LBR |
| In re:<br>USA SECURITIES, LLC,<br>                                           Debtor. | CASE NO.: BK-S-06-10729-LBR |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC, | Chapter 11<br><br>**HEARING:**<br>Date: N/A<br>Time: N/A |

## AMENDED REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT\DEBTORS' ATTORNEYS

**PLEASE TAKE NOTICE** that JAMES A. KOHL, ESQ., CHRISTINE A. ROBERTS, ESQ.. and RAWLINGS, OLSON, CANNON, GORMLEY & DESRUISSEAUX, as attorneys of record for Creditors, Prospect High Income Fund, ML CBO IV (Cayman) Ltd., PAMCO Cayman, Ltd., PAM Capital Funding, L.P., Highland Crusader Fund, Ltd., and PCMG Trading Partners XXII, L.P., in the above-entitled proceeding, does hereby request that its address as listed below be added to the Master Mailing Matrix in this case and, as said attorneys of record, that we receive notice of all proceedings in this matter.

DATED this 14th Day of December, 2006.

Respectfully Submitted By:

JAMES A. KOHL, ESQ.
Nevada Bar No.: 5692
CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
RAWLINGS, OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.