**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 12/15/06

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>**USA Commercial Mortgage Company**<br>    06-10725 – Lead Case<br><br>**USA Capital Realty Advisors, LLC**<br>    06-10726<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10728<br><br>**USA Capital First Trust Deed Fund, LLC**<br>    06-10728<br><br>**USA Securities, LLC**<br>    06-10729<br>                                    **Debtors.** | Jointly Administered<br><br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>**EX PARTE MOTION FOR LEAVE OF COURT TO FILE BRIEF IN SUPPORT OF PLAN CONFIRMATION IN EXCESS OF 20 PAGES**<br><br>Date:         December 19, 2006<br>Time:        10:00 a.m.<br>**Affecting:**<br>✕ All Cases<br>**or Only:**<br>¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC<br>¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC |

The Official Unsecured Creditors Committee for USA Commercial Mortgage Company ("Unsecured Committee") hereby files this Ex Parte Motion for Leave of Court to File Brief in Support of Plan Confirmation in Excess of 20 Pages (the "Motion"), whereby the Unsecured Committee respectfully requests that this Court allow the Unsecured Committee to file its reply brief in support of confirmation of the Plan in excess of the 20 page limit prescribed by Local Rule 9014(e). This Motion is based upon

1795660.1

the following Points and Authorities, and the pleadings, papers and records on file in this case.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. BACKGROUND**

The USA bankruptcy cases are large and complex cases, including five Debtors, four official committees and numerous and complex issues regarding confirmation. The Unsecured Committee has joined in Debtors' opening brief. Numerous objections to confirmation of the Plan were filed, some of which raised issues in which not all of the Committees could join. Accordingly, the Unsecured Committee is preparing and will file a separate reply brief addressing those issues as to which not all of the Committees will join.

In order to adequately address all of the issues, the Unsecured Committee seeks to file a brief that exceeds the 20 page limitation in length. The brief will include an index, table of contents and a table of authorities pursuant to Local Rule 9014(e).

The Unsecured Committee has no objection to other parties filing oversized briefs, and accordingly, parties will not be prejudiced by this request.

**II. LEGAL ARGUMENT**

Local Rule 9014(e) provides in relevant part that:

> Unless the court orders otherwise, prehearing and posthearing briefs and points and authorities in support of, or in response to, motions are limited to 20 pages including the motion but excluding exhibits . . . . When the court enters an order permitting a longer brief or points and authorities, the papers must include an index, table of contents, and table of authorities.

**III. CONCLUSION**

Based on the foregoing, the Unsecured Committee asks this Court to grant the Motion and allow the Unsecured Committee to file its brief in support of plan confirmation which exceeds the 20 page limit.

1795660.1



1  Dated December 15, 2006.

2  **LEWIS AND ROCA LLP**

4  By /s/ RC (#006593)
   Susan M. Freeman, AZ 4199 (pro hac vice)
   Rob Charles, NV 6593
   *Attorneys for Official Unsecured Creditors' Committee*
   for USA Commercial Mortgage Company

3

1795660.1