1  Marc A. Levinson (California Bar No. 57613)
   Lynn Trinka Ernce (California Bar No. 179212)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
3  Sacramento, CA 95814-4497
   Telephone: (916) 447-9200
4  Facsimile: (916) 329-4900
   Email:  malevinson@orrick.com; lernce@orrick.com;
5
   Rachel Patience Ragni (California Bar No. 241061)
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA 94105-2669
8  Telephone: (415) 773-5700
   Facsimile:  (415) 773-5759
9  Email:   rragni@orrick.com

10 Attorneys for the Official Committee of Equity Security Holders
   of USA Capital Diversified Trust Deed Fund, LLC
11

DECEMBER 15, 2006

12                UNITED STATES BANKRUPTCY COURT

13                      DISTRICT OF NEVADA

| 14 | In re: | Case No. BK-S-06-10725 LBR |
|---|---|---|
| 15 | USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| 16 | Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| 17 | In re:<br>USA CAPITAL REALTY ADVISORS, LLC, | Chapter 11 |
| 18 | Debtor. | Jointly Administered Under |
| 19 | In re: | Case No. BK-S-06-10725-LBR |
| 20 | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | **RACHEL PATIENCE RAGNI'S VERIFIED PETITION FOR** |
| 21 | Debtor. | **PERMISSION TO PRACTICE IN THESE CASES ONLY BY** |
| 22 | In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC, | **ATTORNEY NOT ADMITTED TO BAR OF THIS COURT** |
| 23 | Debtor. | (AFFECTS ALL DEBTORS) |
| 24 | In re: | |
| 25 | USA SECURITIES, LLC, | |
| 26 | Debtor. | |
| 27 | Affects:<br>☒    All Debtors<br>☐    USA Commercial Mortgage Company | |
| 28 | ☐    USA Securities, LLC | |

OHS West:260136058.1                    - 1 -

| ☐ | USA Capital Realty Advisors, LLC |
|---|---|
| ☐ | USA Capital Diversified Trust Deed Fund, LLC |
| ☐ | USA First Trust Deed Fund, LLC |

Rachel Patience Ragni, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in the City and County of San Francisco, California.

2. That Petitioner is an attorney at law and a member of the law firm of Orrick, Herrington & Sutcliffe LLP, with offices at 400 Capitol Mall, Suite 3000, Sacramento, California, 95814-4497, (916) 447-9200 and 405 Howard Street, San Francisco, California 94105-2669; (415) 773-5700.

3. That Petitioner has been retained personally or as a member of the above law firm by the <u>Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC</u>, to provide legal representation to <u>Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC</u>, in connection with the above entitled cases now pending before this Court;

4. That, since December 13, 2005, Petitioner has been and presently is a member of good standing of the bar of the highest court of the State of California where Petitioner regularly practices law;

5. That since May 4, 2004, Petitioner has been and presently is a member of good standing of the bar of the highest court of the State of Texas;

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that petitioner is presently a member in good standing of the bars of said courts;

| <u>Court</u> | <u>Date Admitted</u> |
|---|---|
| U.S. District Court for the Northern Division of California | September, 2006 |
| U.S. District Court for the Eastern District of Texas | October, 2004 |
| U.S. District Court for the Northern District of Texas | September, 2004 |

OHS West:260136058.1

- 2 -

| Court | Date Admitted |
|---|---|
| U.S. District Court for the Western District of Texas | March, 2005 |
| U.S. District Court for the Southern District of Texas | November, 2004 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member in good standing of the State Bar of California.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 2005 | In re Washington Group, International | USBC, Nevada | Granted |
| January 2006 | Ronnie Williams v. Trendwest Resorts | USDC, Nevada | Granted |
| January 2006 | Joseph H. Westerfield v. Fairfield Resorts | USDC, Nevada | Granted |
| March 2006 | Joseph H. Westerfield v. Fairfield Resorts | USDC, Nevada | Granted |
| June 2006 | USA Commercial Mortgage Company, Debtor | USBC, Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that Petitioner is not admitted to practice in this jurisdiction, and that the client has consented to such representation.

OHS West:260136058.1

- 3 -

That Petitioner respectfully pray that she be admitted to practice before this court FOR PURPOSES OF THIS CASE ONLY.

DATED: December 15, 2006

_____
PETITIONER

STATE OF CALIFORNIA    )
                      ) ss.
CITY AND COUNTY OF SAN FRANCISCO   )

Rachel Patience Ragni, Petitioner, being first duly sworn, deposes and says:

That foregoing statements are true.

_____
PETITIONER

Subscribed and sworn to (or affirmed) before me on this 15th day of December, 2006, by Rachel Patience Ragni, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[Notary Seal: ANGELA WILLS, Commission # 1610226, Notary Public - California, San Francisco County, My Comm. Expires Oct 1, 2009]

_____
NOTARY PUBLIC

OHS West:260136058.1

- 4 -

**ORDER**

The Verified Petition of Rachel Patience Ragni to practice in this case only is approved.

DATED this ___ day of _____, 2006

                                PATRICIA GRAY, CLERK
                                UNITED STATES BANKRUPTCY COURT

                                By: _____
                                       Deputy Clerk

OHS West:260136058.1    - 5 -