Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email: vnelson@nevadafirm.com

*Attorneys for Del and Ernestine Bunch*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| | Case No. BK-S-06-10727-LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Chapter 11 |
| | **Jointly Administered under** |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **Case No. BK-S-06-10725-LBR** |
| In re: USA SECURITIES, LLC, Debtor. | **DECLARATION OF VICTORIA L. NELSON IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER TEMPORARILY ALLOWING THE CLAIM OF DEL AND ERNESTINE BUNCH FOR VOTING PURPOSES** |
| Affects: ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Securities, LLC ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA First Trust Deed Fund, LLC | Date of Hearing:    OST Pending Time of Hearing:    OST Pending Place: Courtroom No. 3, Third Floor Foley Federal Building 300 Las Vegas Blvd., S. Las Vegas, NV 89101 Judge: Hon. Linda B. Riegle |

I, Victoria L. Nelson, Esq., under oath and under penalty of perjury say:

1.    I am an attorney duly licensed to practice law in the State of Nevada.

06531-01/132628

2. I am a shareholder with the law firm of Santoro, Driggs, Walch, Kearney, Johnson & Thompson (the "Santoro Firm"), attorneys for Del and Ernestine Bunch ("Unsecured Creditors"), Unsecured Creditors in the above-captioned proceeding.

3. I have personal knowledge of the facts set forth herein.

4. I make this Declaration in Support of the Ex Parte Application for Order Shortening Time to Hear Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes ("Application").

5. On November 8, 2006, Bunch timely filed a proof of claim (the "Bunch Claim").

6. The Bunch Claim was filed as an unsecured nonpriority claim.

7. Bunch is scheduled under the Debtor's Third Amended Joint Chapter 11 Plan of Reorganization as a Class A-4 General Unsecured Claim Against USACM.

8. With a claim of $11,358,662.28, Bunch is the largest unsecured creditor in Class A-4.

9. On December 4, 2006, Bunch submitted a ballot rejecting the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan").

10. On December 11, 2006, USACM filed its Objection to Proof of Claim No. 1099 Filed by Del and Ernestine Bunch (the "Bunch Objection") seeking to disallow the Bunch Claim in its entirety.

11. Notice of hearing on the Bunch Objection was served on Bunch on December 12, 2006, via first class mail.

12. Hearing on confirmation of the Debtor's Plan (the "Confirmation Hearing") is scheduled for December 19, 2006.

13. The Bunch Objection will not be adjudicated before the Confirmation Hearing resulting in the disregard of the Bunch ballot rejecting the Plan.

14. Unsecured Creditors' Motion for Order Allowing the Claim of Del and Ernestine Bunch for Voting Purposes ("Motion") needs to be heard on shortened time.

15. Unsecured Creditors seek the Court's approval of the Motion to allow their claim for voting purposes on shortened time.

[06531-01/132628]

16. In light of the above, the Unsecured Creditors request that the hearing for the Motion be scheduled on shortened time as the court's schedule permits, to allow their claim for voting purposes for a date as soon as the Court's calendar and notice requirements permit, and to set the deadlines for objecting to the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 15th day of December, 2006.

_____
VICTORIA L. NELSON, ESQ.

[06531-01/132628]

- 3 -