Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912
Email: vnelson@nevadafirm.com

*Attorneys for Del and Ernestine Bunch*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered under**<br>**Case No. BK-S-06-10725-LBR**<br><br>**ATTORNEY INFORMATION SHEET**<br>**FOR PROPOSED ORDER SHORTENING**<br>**TIME**<br><br>Date of Hearing:    OST Pending<br>Time of Hearing:   OST Pending<br>Place: Courtroom No. 3, Third Floor<br>　　　　Foley Federal Building<br>　　　　300 Las Vegas Blvd., S.<br>　　　　Las Vegas, NV 89101<br><br>Judge: Hon. Linda B. Riegle |
|---|---|

As required by the Court under LR 9006, my office has provided notice or attempted to provide notice to the following parties, or their counsel, of the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

. . .

. . .

06531-01/132636

| Name<br>(Party Represented) | How and When<br>(Date Notice Provided) | Agree | Disagree |
|---|---|---|---|
| Leonard Schwartzer<br>Counsel for Debtors | December 15, 2006, via telephone. A message was left for Mr. Schwartzer to return my call. | | |
| Steven C. Strong<br>Counsel for Debtors | December 15, 2006, via telephone. A voicemail message was left for Mr. Strong. | | |
| | | | |
| | | | |
| | | | |

DATED this 15th day of December, 2006.

SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON

_____
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Del and Ernestine Bunch*

- 2 -

[06531-01/132636]

Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912
Email: vnelson@nevadafirm.com

*Attorneys for Del and Ernestine Bunch*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>        Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor. | Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor. | **Jointly Administered under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor. | **<u>NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER TEMPORARILY ALLOWING THE CLAIM OF DEL AND ERNESTINE BUNCH FOR VOTING PURPOSES</u>** |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing:   OST Pending<br>Time of Hearing:  OST Pending<br>Place: Courtroom No. 3, Third Floor<br>       Foley Federal Building<br>       300 Las Vegas Blvd., S.<br>       Las Vegas, NV 89101<br><br>Judge: Hon. Linda B. Riegle |

06531-01/132644

This Court having considered the Ex Parte Application for Order Shortening Time for Hearing on Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes ("Application"), along with the Declaration of Victoria L. Nelson, as well as the papers and pleadings on file herein, and good cause appearing therefore;

IT IS HEREBY ORDERED and notice is hereby given that Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes ("Motion") be, and the same will be heard by a United States Bankruptcy Judge, Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada, on the _____ day of _____, 2006, at _____.m. A copy of the above-referenced Motion is on file with the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Fourth Floor, Las Vegas, Nevada 89101.

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof.

**IT IS FURTHER ORDERED** that **ANY OPPOSING MEMORANDUM MUST BE FILED AND SERVED ON OR BEFORE** _____, 200___.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

IT IS SO ORDERED.

**PREPARED AND SUBMITTED BY:**
**SANTORO, DRIGGS, WALCH,**
**KEARNEY, JOHNSON & THOMPSON**

By /s/ _____
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

###

- 2 -

[06531-01/132644]