RECEIVED AND FILED December, 2006

2006 DEC 13 P 12: 26

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

Clerk of Court
Foley Federal Building
Courtroom 1
300 Las Vegas, Boulevard, South
Las Vegas, Nevada 89101

Reference:   Case No. BK-S-06-10725 LBR
Jointly Administered for:
Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

To Clerk of Court and Presiding Judge:

Attached please find a copy of our objection to the unwarranted assessment of service fees to our accounts currently involved in the subject Reorganization / Bankruptcy evaluation. Please record our adamant objection to the attached notice process. It is our hope that the court will hold those responsible financially who were bold enough to use their financial holdings as an enticement (guarantee) to attract investments.

Regards,

*Roy R. Ventura*
Roy R. Ventura, Jr., P.E.

w/att.

9 December, 2006

USA Commercial Mortgage Company
FKA USA CAPITAL
C/O BMC
PO BOX 911
El Segundo, California 90245 – 0911

Subject:   Purported Servicing Agreement
           Plan of Reorganization and
           Alternative Dispute Resolution Agreement

Dear Sir / Ma'am:

This is to acknowledge receipt of your outrageous proposal for extracting service fees from our account/s.

Please accept this notice from us that we do not agree with your suggested monthly assessment of fees from any of our accounts. To this date we have never signed any document with the floundering USA Capital or USA Commercial Mortgage which identified any obligation on our part for a fee to be extracted from our interest income or from our principal. As such, we do not agree with this extortion or any other method of collecting funds from us to sustain a company which has openly abused investor client privileges.

Further it is extremely annoying that officers of this organization, former and present, who have used their names as an enticement for guarantee are not being held responsible by the court for their illegal and misrepresenting behavior.

Please consider this issue contested and do not proceed with any unauthorized assessments until this issue is formally resolved, hopefully by a responsible court of law.

Regards,

*Roy R. Ventura*

Roy R. Ventura, Jr., P.E.

# USA COMMERCIAL MORTGAGE
## As Loan Servicing Agent for the Loans Listed Below

11322372003450  

For: ROY R VENTURA JR & NANCY B VENTURA
AMERICAN EMBASSY- JAKARTA
UNIT 8135 - USAID
FPO, AP  96520
ARMED FORCES PACIFIC

Legal Vesting Name:
Roy R. Ventura, Jr. & Nancy B. Ventura, husband & wife, as joint tenants with right of survivorship

The records of USACM show the following Loan Servicing Agreements for you and the corresponding Service Fee percentage(s) and monthly servicing fees on such loan(s).  Pursuant to the terms of the Plan of Reorganization, this is the amount of the monthly service fee(s) to be charged against your account from April 2006 forward.

To the extent you disagree with the Service Fee percentage(s) and/or monthly servicing fees set forth below, or to the extent you believe they are inconsistent with your Loan Service Agreement, you must object pursuant to the terms of the Plan and Alternative Dispute Resolution Agreement.

| Loan | Percentage | Monthly Service Fee |
| --- | --- | --- |
| Eagle Meadows Development | 3.00% | $125.00 |
| Hesperia II | 3.00% | $100.00 |
| HFA- Clear Lake | 3.00% | $75.00 |
| Lerin Hills | 3.00% | $87.50 |
| Riviera - Homes for America Holdings, L.L.C. | 3.00% | $0.00 |

12/1/2006                                                    3450-5945-5816