Andrew K. Alper, Esq.
California Bar No. 088876
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
E-mail: aalper@frandzel.com

and

Randolph L. Howard, Esq.
Nevada Bar No. 6688
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-mail: RHoward@klnevada.com

Attorneys for Creditor
**DAYCO FUNDING CORPORATION**

*ELECTRONICALLY FILED ON December 15, 2006*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY, fka USA Capital,<br>Debtor. | CASE NO. BK-S-06-10725 LBR<br>CASE NO. BK-S-06-10726 LBR<br>CASE NO. BK-S-06-10727 LBR<br>CASE NO. BK-S-06-10728 LBR<br>CASE NO. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Hearing Date: January 17, 2007<br>Hearing Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

G:\6898\001\Mots\DaycoMot4ReliefFrStay-COS.doc            - 1 -

Affects:
- [ ] All Debtors
- [x] USA Commercial Mortgage Co.
- [ ] USA Capital Realty Advisors, LLC
- [ ] USA Capital Diversified Trust Deed, LLC
- [ ] USA Capital First Trust Deed Fund, LLC
- [ ] USA Securities, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the documents noted below were served through the Court's CM/ECF system *via* e-mail upon the parties noted on the Exhibit "1" attached hereto.

1. Dayco Funding Corporation's Motion for Relief From the Automatic Stay;

2. Affidavit of H. Sean Dayani in Support of Dayco Funding Corporation's Motion for Relief From the Automatic Stay;

3. Affidavit of Bert T. Simons in Support of Dayco Funding Corporation's Motion for Relief From the Automatic Stay; and

4. Notice of Hearing of Dayco Funding Corporation's Motion for Relief From the Automatic Stay.

I FURTHER CERTIFY that on the 15th day of December, 2006, true and correct copies of Documents 1 through 4 noted above were duly served by depositing copies of the same in the U.S. Post Office, postage prepaid, to the parties listed below.

USA COMMERCIAL MORTGAGE
USA CAPITAL REALTY ADVISORS, LLC
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
USA CAPITAL FIRST TRUST DEED FUND, LLC
USA SECURITIES, LLC
c/o Thomas J. Allison
4484 South Pecos Road
Las Vegas, NY 89121

*Cindy Kishi* (signature)
An Employee of Kolesar & Leatham, Chtd.

# EXHIBIT 1

EXHIBIT 1

**ECF SERVICE LIST**

- MICHELLE L. ABRAMS   mabrams@mabramslaw.com
- FRANKLIN C. ADAMS   franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF   nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com
- FRANK A. ANDERSON   anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH   oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO   ATENCIOK@GTLAW.COM
- BMC GROUP, INC.   evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com
- KELLY J. BRINKMAN   kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK   tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY   abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com
- LOUIS M. BUBALA   lbubala@jonesvargas.com, tbw@jonesvargas.com; bjlingenfelter@jonesvargas.com
- MATTHEW Q. CALLISTER   mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
- ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN   yvette@ccfirm.com
- KEVIN B. CHRISTENSEN   kbchrislaw@aol.com
- JANET L. CHUBB   tbw@jonesvargas.com
- JEFFREY A. COGAN   jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE   cope_guerra@yahoo.com
- CICI CUNNINGHAM   bankruptcy@rocgd.com
- LAUREL E. DAVIS   bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com; gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)   tfette@daca4.com
- THOMAS H. FELL   BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING   sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com
- GREGORY E GARMAN   bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR   wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ   carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON   bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY   vgourley@lvcm.com
- TALITHA B. GRAY   bankruptcynotices@gordonsilver.com
- JAMES D. GREENE   bknotice@schrecklaw.com
- MARJORIE A. GUYMON   bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL   jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

Case 06-10725-gwz    Doc 2130    Entered 12/15/06 16:06:38    Page 5 of 6

- XANNA R. HARDMAN    xanna.hardman@gmail.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN    notices@bankruptcyreno.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
- JOHN HINDERAKER    JHindera@LRL.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com; vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, jlustig@swlaw.com;jmath@swlaw.com;imccord@swlaw.com
- ZACHARIAH LARSON    ecf@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com
- PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL    dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com; aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com, cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com; paltstatt@nevadafirm.com; rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com; dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com; tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN    aparlen@stutman.com

- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com
- AMBRISH S. SIDHU    ecf@lslawnv.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH    GWalch@Nevadafirm.com
- RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com; lboynton@wklawpc.com;ckirk@wklawpc.com
- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com, bc@oreillylawgroup.com, lc@oreillylawgroup.com, ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com
- ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com; mbarnes@nevadafirm.com, paltstatt@nevadafirm.com