Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912
Email: vnelson@nevadafirm.com

*Attorneys for Del and Ernestine Bunch*

E-Filed: <u>December 15, 2006</u>

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                    Debtor. | Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                    Debtor. | Chapter 11<br><br>**Jointly Administered under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                    Debtor. | **<u>DECLARATION OF DEL BUNCH</u>** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing:    OST Pending<br>Time of Hearing:    OST Pending<br>Place: Courtroom No. 1, Third Floor<br>           Foley Federal Building<br>           300 Las Vegas Blvd., S.<br>           Las Vegas, NV 89101<br><br>Judge: Hon. Linda B. Riegle |

I, Del Bunch, under oath and under penalty of perjury say:

1. I have personal knowledge of the facts recited herein, and I am competent to testify regarding them if called as a witness in this matter.

2. I am a creditor in the above-referenced bankruptcy case.

3. I am 79 years of age and homebound requiring an oxygen tank for health reasons. My wife, Ernestine, is 77 years of age.

03909-00/132755

4. On November 8, 2006, I timely filed a proof of claim.

5. I designated my Claim as an unsecured nonpriority claim in the amount of $11,358,662.28.

6. I am scheduled under the Debtor's Third Amended Joint Chapter 11 Plan of Reorganization as a Class A-4 General Unsecured Claim Against USACM.

7. With a claim of $11,358,662.28, my Claim is the largest in Class A-4.

8. On December 4, 2006, I submitted a ballot rejecting the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan").

9. On December 11, 2006, USACM filed its Objection to Proof of Claim No. 1099 Filed by Del and Ernestine Bunch (the "Bunch Objection") seeking to disallow my Claim in its entirety.

10. I did not receive notice that USACM filed its Bunch Objection against me until December 14, 2006.

11. Hearing on confirmation of the Debtor's Plan (the "Confirmation Hearing") is scheduled for December 19, 2006.

12. The Bunch Objection will not be adjudicated before the Confirmation Hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 15th day of December, 2006.

_____
Del Bunch

03909-00/132755