**Entered on Docket
December 15, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

___

**HANEY, WOLOSON & MULLINS**
Wade B. Gochnour, Esquire
Nevada Bar No. 6314
Aryn M. Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557
Telecopier: (702) 474-7009
WadeG@hwmlvlaw.com
afitzwater@hwmlvlaw.com

and

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
ostrows@whiteandwilliams.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                 Debtor. | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR)<br>Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                 Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>                                                                 Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re: | Date - 12/19/2006<br>Time - 10:00 a.m. |

1

| | |
|---|---|
| USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                            Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                                            Debtor. | ORDER GRANTING MOTION FOR ORDER SHORTENING TIME FOR HEARING ON LIBERTY BANK'S MOTION PURSUANT TO FED. R. BANKR. P. 3018(a) TO ALLOW CLAIM FOR PLAN VOTING PURPOSES |

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

**ORDER GRANTING MOTION FOR ORDER SHORTENING TIME FOR HEARING ON LIBERTY BANK'S MOTION PURSUANT TO FED. R. BANKR. P. 3018(a) TO ALLOW CLAIM FOR PLAN VOTING PURPOSES**

Upon consideration of the Motion for Expedited Consideration of Liberty Bank's Motion Pursuant to Fed. R. Bankr. P. 3018(a) to Allow Claim for Voting Purposes (the "Motion to Expedite"), seeking expedited consideration of Liberty Bank's Motion Pursuant to Fed. R. Bankr. P. 3018(a) to Allow Claim for Voting Purposes (the "3018 Motion")[1]; and USACM having consented to the relief requested in the Motion to Expedite; it is

ORDERED, that the Motion to Expedite is granted; and it is further

ORDERED, in accordance with LR 9006(b)(1), that the 3018 Motion shall be heard at 10:00 a.m. Prevailing Pacific Time on December 19, 2006, prior to and/or in conjunction with the hearing on confirmation of the Plan; and it is further

ORDERED, in accordance with LR 9006(b)(2), that the date for filing any objections to the entry of an order shortening time is __December 19, 2006__; and it is further

ORDERED, in accordance with LR 9006(b)(3), that the date for filing any response to any objection is __December 19, 2006__; and it is further

1     ORDERED, in accordance with LR 9006(b)(4), that the date by which service of the order shortening time will be completed is _____December 18, 2006_____.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Motion.

3