Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

**E-FILED ON DECEMBER 15, 2006**

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br><br><br>**USA COMMERCIAL MORTGAGE COMPANY'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF ITS OBJECTION TO PROOF OF CLAIM NO. 1383 FILED BY LIBERTY BANK** |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

**PLEASE TAKE NOTICE** that USA Commercial Mortgage Company ("USACM"), by and through its counsel, hereby withdraws without prejudice its objection filed on December 11, 2006 (Docket No. 2022) (the "Objection") to Claim No. 1383 filed by Liberty Bank. Accordingly, USACM requests that the hearing on the Objection currently scheduled for January 17, 2007, at 9:30 a.m. be vacated.

The withdrawal of the Objection without prejudice is based on an agreement reached between USACM and Liberty Bank to add clarifying language to the proposed order confirming the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan") that will resolve Liberty Bank's objection to the Plan. In conjunction with this agreement, Liberty Bank has agreed to withdraw its ballot rejecting the Plan and its Rule 3018 motion filed on December 14, 2006 (Docket No. 2106), and USACM has agreed to withdraw the Objection without prejudice, reserving the right to object to or file an adversary proceeding respecting Liberty Bank's claim at a later time.

Respectfully submitted this 15th day of December, 2006.

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385