Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

E-FILED ON DECEMBER 15, 2006

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                Debtor. | **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME REQUIRING DEL BUNCH TO APPEAR FOR EXAMINATION PURSUANT TO FED.R.BANK. P. 2004** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

P:\USA Commercial Mortgage\AAAA Filings 121506\Bunch 2004 Examinations\Declaration re Ex Parte Motion for OST Re Del Bunch 2004 Exam.doc

Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm, attorneys for USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Securities, LLC, USA Capital First Trust Deed Fund, LLC and USA Capital Diversified Trust Deed Fund, Debtors-in-Possession (collectively referred to as the "Debtors"), under penalties of perjury, hereby declares that:

1. An Ex Parte Application For Order Approving Examination of Del Bunch Pursuant To Fed.R.Bankr.P. 2004 (the "Application") has been filed. This Application respectfully requests that the Court direct Del Bunch ("Bunch") to be examined under oath in relation to the following:

> Acts, conduct or property of the Debtors, or to any matter which may affect the administration of the Debtors' estate; and acts, conduct, or property of the Debtors that relate to the liabilities and financial condition of the Debtors, the source of any money or property acquired or any other matter relevant to the case.

2. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3. The Application is requested to be heard on shortened time because in connection with the Debtors' Confirmation Hearings, the Debtors need to question Bunch about his Proof of Claim, as well as his Motion For Order Temporarily Allowing the Claim of Del And Ernestine Bunch for Voting Purposes, which has been set to be heard on December 20, 2006.

Dated: December 15, 2006

    /s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.