# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re:
   USA COMMERCIAL MORTGAGE COMPANY,
   Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by FRANK J. WRIGHT and the appointment of RICHARD F. HOLLEY as designated Nevada Counsel in this case is approved.

Dated: 12/15/06                                          BY THE COURT

                                                         Patricia Gray
                                                         Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2            User: lakaswm              Page 1 of 1              Date Rcvd: Dec 15, 2006
Case: 06-10725                  Form ID: oaancbk           Total Served: 3

The following entities were served by first class mail on Dec 17, 2006.
aty          +RICHARD F. HOLLEY,   400 S. FOURTH ST., 3RD FLOOR,   LAS VEGAS, NV 89101-6201
ust          +U.S. TRUSTEE - LV - 11,   300 LAS VEGAS BOULEVARD S.,    SUITE 4300,   LAS VEGAS, NV 89101-5803
             +FRANK J. WRIGHT,   14755 PRESTON RD., SUITE 600,   DALLAS, TX 75254-6825

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 17, 2006**          **Signature:**    _Joseph Speetjens_