

**Entered on Docket
December 18, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, NV Bar No. 0399 |
| Steven C. Strong, Utah Bar No. 6340 | Jeanette E. McPherson, NV Bar No. 5423 |
| RAY QUINNEY & NEBEKER P.C. | Schwartzer & McPherson Law Firm |
| 36 South State Street, Suite 1400 | 2850 South Jones Boulevard, Suite 1 |
| P.O. Box 45385 | Las Vegas, Nevada 89146-5308 |
| Salt Lake City, Utah 84145-0385 | Telephone: (702) 228-7590 |
| Telephone: (801) 532-1500 | Facsimile: (702) 892-0122 |
| Facsimile: (801) 532-7543 | E-Mail: bkfilings@s-mlaw.com |
| Email: ajarvis@rqn.com | |
| Attorneys for Debtors | |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                            Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                            Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                            Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                            Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                            Debtor. | **ORDER AUTHORIZING PRIVATE COURT REPORTER AT CONFIRMATION HEARING**<br><br>**(AFFECTS ALL DEBTORS)** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: December 19 and 21, 2006<br>Time: 9:30 a.m. |

1   At a hearing held on December 15, 2006, USA Commercial Mortgage Company
2   ("USACM"), USA Capital Diversified Trust Deed Fund, LLC ("DTD Fund"), USA
3   Capital First Trust Deed Fund, LLC ("FTD Fund"), USA Capital Realty Advisors, LLC
4   ("Realty Advisors"), and USA Securities, LLC ("USA Securities" and collectively with
5   USACM, DTD Fund, FTD Fund, and Realty Advisors, the "Debtors"), in connection with
6   a contemplated confirmation hearing, the Debtors' counsel advised the Court that daily
7   transcripts of the confirmation hearing may be necessary. Pursuant to an oral request made
8   at said hearing to allow the use of a private court reporter to provide a daily transcript of
9   said auction, it is

10  **ORDERED** that the Debtors are authorized to employ a private, Nevada-licensed,
11  court reporter to provide a daily transcript of the confirmation hearing; and it is further

12  **ORDERED** that the court reporter employed by the Debtors is authorized to bring
13  their court reporting equipment, including recording equipment, into the Foley Federal
14  Building and the appropriate courtroom on the day of the hearing now scheduled for
15  December 19 and 21, 2006 at 9:30 a.m. and at 1:30 p.m.

| Submitted by:<br>RAY QUINNEY & NEBEKER P.C. and<br>SCHWARTZER & MCPHERSON LAW FIRM | **Approved** / Disapproved by:<br>SARA L. KISTLER<br>ACTING UNITED STATES TRUSTEE<br>REGION 17 |
|---|---|
| By: /s/ Lenard E. Schwartzer<br>LENARD E. SCHWARTZER, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>*Attorneys for Debtor and Debtor-In-Possession* | By: /s/ August B. Landis<br>AUGUST B. LANDIS, ASST. U.S. TRUSTEE<br>United States Department of Justice |
| **Approved**/Disapproved by:<br>LEWIS AND ROCA, LLP | **Approved**/Disapproved by:<br>GORDON & SILVER, LTD. |
| By: /s/ Rob Charles<br>SUSAN M. FREEMAN, ESQ.<br>ROB CHARLES, ESQ.<br>*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* | By: /s/ Gregory E. Garman<br>GERALD M. GORDON, ESQ.<br>GREGORY E. GARMAN, ESQ.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| **Approved**/Disapproved by:<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>and BECKLEY SINGLETON, CHTD. | **Approved**/Disapproved by:<br>STUTMAN TREISTER & GLATT, P.C. and<br>SHEA & CARLYON, LTD. |
| By: /s/ Bob L. Olson<br>MARC A. LEVINSON, ESQ.<br>LYNN TRINKA ERNCE, ESQ.<br>BRETT A. AXELROD, ESQ.<br>ANNE M. LORADITCH, ESQ.<br>BOB L. OLSON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* | By: /s/ Candace C. Carlyon<br>FRANK A. MEROLA, ESQ.<br>EVE KARASIK, ESQ.<br>CHRISTINE PAJAK, ESQ.<br>CANDACE C. CARLYON, ESQ.<br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

# # #