**Entered on Docket**
**December 18, 2006**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

**In re:**

**USA Commercial Mortgage Company**
**06-10725 – Lead Case**

**USA Capital Realty Advisors, LLC**
**06-10726**

**USA Capital Diversified Trust Deed Fund, LLC**
**06-10727**

**USA Capital First Trust Deed Fund, LLC**
**06-10728**

**USA Securities, LLC**
**06-10729**

**Debtors.**

Jointly Administered

Chapter 11 Cases

Judge Linda B. Riegle Presiding

Date: December 19, 2006
Time: 10:00 a.m.
**Affecting:**
☒ All Cases
**or Only:**
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**EX PARTE ORDER GRANTING EX PARTE MOTION FOR LEAVE OF COURT TO FILE BRIEF IN SUPPORT OF PLAN CONFIRMATION IN EXCESS OF 20 PAGES**

The Court having considered the Ex Parte Motion for Leave of Court to File Brief in Support of Plan Confirmation in Excess of 20 Pages (the "Motion") filed by the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company (the "Unsecured Committee"), and good cause appearing:

IT IS HEREBY ORDERED that the Motion is granted. The Unsecured Committee may file its brief in support of plan confirmation that exceeds the 20 page limit provided by Local Rule 9014(e).

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*