1  Name David T. Cohen
2  Bar Code # TX 75008424
3  Address WARNER STEVENS, L.L.P.
4  301 Commerce St., #1700
5  Fort Worth, TX 76102
6  Phone # (817) 810-5250

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company, et. al,

    Debtors.

Bankruptcy No. BK-S-06-19725 LBR
Chapter No. 11
Jointly Administered

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____David T. Cohen_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at 3632 Encanto Dr.
(street address)

Fort Worth, Tarrant,
(city) (county)

Texas, 76109, (817) 926-6141
(state) (zip code) (area code + telephone number)

**CAUTION: DO NOT REVISE OR RETYPE THIS FORM**

2. That Petitioner is an attorney at law and a member of the law firm of Warner Stevens, L.L.P. with offices at 301 Commerce St., #1700 (street address), Fort Worth (city), TX (zip code), (817) 810-5250 (area code + telephone number).

3. That Petitioner has been retained personally or as a member of the law firm by Sierra Liquidity Fund, L.L.C. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 1984 and 1997 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California and Texas, respectively (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
|---|---|
| U.S. District Court, N.D. Tex. | 1996 |
| U.S. District Court, E.D. Tex. | 1996 |
| U.S. District Court, C.D. Cal. | 1985 |
| U.S. District Court, E.D. Cal. | 1985 |
| U.S. District Court, N.D. Cal. | 1984 |
| U.S. District Court, S.D. Cal. | 1985 |
| U.S. Court of Appeals for the 5th Circuit | 1996 |
| U.S. Court of Appeals for the 9th Circuit | 1984 |
| U.S. Supreme Court | 1988 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____

_____

_____

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

_____

_____

_____

8. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of California

State Bar of Texas

_____

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:    N/A

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

3

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: 12-15-06

_____
Petitioner's Signature

STATE OF Texas )
COUNTY OF Tarrant )

David T. Cohen, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this 15 day of December, 2006.

_____
Notary public

SILVIA NOEMI WILLIAMS
MY COMMISSION EXPIRES
September 7, 2008

4