Michael D. Warner (TX Bar No. 00792304)
David T. Cohen (TX Bar No. 75008424)
Alexandra P. Olenczuk (TX Bar No. 24033924)
**WARNER STEVENS, L.L.P.**
301 Commerce Street, #1700
Fort Worth, TX 76102
Tel:    (817) 810-5250
Fax:   (817) 810-5255
Email:  mwarner@warnerstevens.com
Email:  dcohen@warnerstevens.com
Email:  aolenczuk@warnerstevens.com

Counsel for Sierra Liquidity Fund, L.L.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>        Debtor.<br><br>In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor.<br><br>In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor.<br><br>In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor.<br><br>In Re:<br>USA SECURITIES, LLC,<br>        Debtor.<br><br>Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br><br><br><br><br>DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO |

The undersigned, attorney of record for Sierra Liquidity Fund, L.L.C. an interested party herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interests of the client to designate Michelle L. Abrams, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

> Michelle L. Abrams
> **MICHELLE L. ABRAMS, LTD.**
> 7201 West Lake Meade Blvd., Suite 210
> Las Vegas, NV 89128
> Telephone: (702) 233-5040
> Facsimile: (702) 233-2209

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

DATED: December 15, 2006             Respectfully submitted,

                                                 **WARNER STEVENS, L.L.P.**

                                                 By:____/s/ David T. Cohen_____
                                                 Michael D. Warner (TX Bar No. 00792304)
                                                 David T. Cohen (TX Bar No. 75008424)
                                                 301 Commerce Street, Suite 1700
                                                 Fort Worth, TX 76102
                                                 Telephone: (817) 810-5250
                                                 Facsimile: (817) 810-5255

                                                 Counsel to:
                                                 Sierra Liquidity Fund, L.L.C.

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that she is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that she is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ Michelle L. Abrams
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned appoints Michelle L. Abrams, of Michelle L. Abrams, Ltd., as its Designated Nevada Counsel in this case.

Sierra Liquidity Fund, L.L.C.

By: _____
J. S. Riley
President