SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN,
MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
(702) 382-6911
Attorneys for Binford Medical Developers, LLC

E-Filed On 12/18/06

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>               Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>               Debtor | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Date of Hearing:<br>Time of Hearing: |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>               Debtor | **RECEIPT OF COPY** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>               Debtor | Affects:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>☐ USA Realty Advisors, LLC<br>☐ All Debtors |
| In re:<br><br>USA SECURITIES, LLC.<br><br>               Debtor | |

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

**RECEIPT OF COPY**

RECEIPT OF COPY OF THE REPLY IN FAVOR OF AND OPPOSITION TO USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO MOTION TO TEMPORARILY ALLOW CLAIM OF BINFORD MEDICAL DEVELOPERS LLC. is acknowledged on the 14th day of December, 2006.

Schwartzer & Mcpherson Law Firm

*/s/ Lenard Schwartzer /a H*
Lenard E. Schwartzer
Jeanette E. Mcpherson
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone (702)382-6911•Facsimile (702)366-0854

2