1  Annette W. Jarvis, Utah Bar No. 1649                 **E-FILED ON December 18, 2006**
   RAY QUINNEY & NEBEKER P.C.
2  36 South State Street, Suite 1400
   P.O. Box 45385
3  Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500
4  Facsimile: (801) 532-7543
   Email: ajarvis@rqn.com
5       and

6  Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423
7  SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
8  Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590
9  Facsimile:  (702) 892-0122
   E-Mail:  bkfilings@s-mlaw.com
10 Attorneys for Debtors and Debtors-in-Possession

11

12            **UNITED STATES BANKRUPTCY COURT**

                    **DISTRICT OF NEVADA**

   In re:                                          Case No. BK-S-06-10725 LBR
   USA COMMERCIAL MORTGAGE COMPANY,                Case No. BK-S-06-10726 LBR
14                                  Debtor.         Case No. BK-S-06-10727 LBR
                                                    Case No. BK-S-06-10728 LBR
15 In re:                                          Case No. BK-S-06-10729 LBR
   USA CAPITAL REALTY ADVISORS, LLC,
16                                  Debtor.         Chapter 11

17 In re:
   USA CAPITAL DIVERSIFIED TRUST DEED FUND,        Jointly Administered Under
   LLC,                                            Case No. BK-S-06-10725 LBR
18                                  Debtor.

19 In re:
   USA CAPITAL FIRST TRUST DEED FUND, LLC,         **REVISED SCHEDULE OF**
20                                  Debtor.         **EXECUTORY CONTRACTS AND**
                                                    **UNEXPIRED LEASES IN**
21 In re:                                          **CONNECTION WITH DEBTORS'**
   USA SECURITIES, LLC,                            **THIRD AMENDED JOINT CHAPTER**
                                    Debtor.         **11 PLAN OF REORGANIZATION**
22 Affects:
23    ☑ All Debtors
      ☐ USA Commercial Mortgage Company
      ☐ USA Capital Realty Advisors, LLC
24    ☐ USA Capital Diversified Trust Deed Fund, LLC
      ☐ USA Capital First Trust Deed Fund, LLC
25    ☐ USA Securities, LLC

26

27         USA  Commercial  Mortgage  Company,  USA  Securities,  LLC,  USA  Capital  Realty

28 Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Deed Fund, LLC (collectively, the "Debtors"), by and through their counsel, hereby file the Revised Schedule of Executory Contracts and Unexpired Leases (the "Revised Schedule") in connection with the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan"). The Debtors previously filed a Schedule of Executory Contracts and Unexpired Leases on November 29, 2006 (Docket No. 1886) (the "Original Schedule").

As provided for in Art. V, Section A of the Plan, up to and until one (1) day prior to the Confirmation Hearing, the Debtors may delete any contract or lease from the Original Schedule by filing this Revised Schedule and serving this Revised Schedule on the affected non-Debtor party to the contract or lease.

**AFTER CONSULTATION WITH COMPASS PARTNERS, LLC, THE DEBTORS HAVE DETERMINED NOT TO ASSUME ANY EXECUTORY CONTRACT OR UNEXPIRED LEASE.**

As previously explained in the Original Schedule filing, the Loan Servicing Agreements are not listed on the Revised Schedule because, as more fully explained in Article IX, Section D(4) of the Disclosure Statement, the Debtors and Committees believe the Loan Servicing Agreements are not executory contracts.

Respectfully submitted this 18th day of December, 2006.

/s/  Jeanette E. McPherson
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

905620