(j)    Purchaser shall have actually obtained an interim license to operate in the State of Nevada or an exemption, satisfactory to Purchaser in all reasonable respects by no later than the Closing Date, from any and all applicable Nevada laws or regulations that would require any licensing of Purchaser and affiliate of Purchaser identified by Purchaser by the State of Nevada in connection with or as a result of consummation of this transaction.  Sellers shall provide reasonable cooperation and support to Purchaser in connection with its effort to obtain such interim license or exemption.  The condition to the timing of the obtaining of this interim license or regulatory exemption may be extended by the Sellers at their sole discretion.

(k)    The Plan has been confirmed by a Final Order of the Bankruptcy Court by the Outside Approval Date.

(l)    There is no Litigation pending or threatened, nor any order, injunction or decree outstanding against or relating to the Sellers, which materially impairs the value of the Assets or the ability of the Sellers to perform their obligations hereunder.

(m)    No notice has been issued by any governmental authority or any party entitled to enforce a restrictive covenant affecting any Mortgaged Property to the effect that (A) the maintenance, operation, occupancy or use of any Mortgaged Property violates any zoning or building code or regulation, any restrictive covenant, or any other federal, state or municipal law, ordinance or regulation applicable to any Mortgaged Property, or (B) any material licenses, permits, inspections, authorizations, certifications or approvals required by any governmental authority having jurisdiction over the operation of any Mortgaged Property has not been performed or issued and paid for, or is not in full force and effect.

(n)    Purchaser shall, at Purchaser's expense, if any, receive an endorsement of the existing title policy from the existing title company for each Loan and, if not, such failure to receive any endorsement or all endorsements, individually or collectively, does not materially impair the value of the Assets or the ability of the Sellers to perform their obligations hereunder. Sellers shall use their best commercially reasonable efforts to cause each endorsement to be received by Purchaser hereunder.

(o)    No pending or threatened condemnation or similar proceeding exists affecting any Mortgaged Property or any part thereof, and all Mortgaged Property complies with all zoning, environmental and hazardous substance laws.

**Section 9.2    Conditions Precedent to Obligations of Sellers**.    The obligations of Sellers to consummate the transactions contemplated by this Agreement are subject to the fulfillment, prior to or on the Closing Date, of the following conditions (any or all of which may be waived by Sellers in whole or in part to the extent permitted by applicable law):

(a)    Bankruptcy Court approval by Final Order of the Bankruptcy Court;

(b)    The statements of Purchaser set forth in Article IV of this Agreement shall be true and correct in all material respects, at and as of the Closing Date; and

(c)    Purchaser shall have performed and complied in all material respects with all obligations and agreements required by this Agreement to be performed or complied with by

22

Purchaser on or prior to the Closing Date, and Sellers shall have received a certificate signed by an authorized officer of Purchaser, dated the Closing Date, to the forgoing effect.

(d)    By no later than the Closing Date, Purchaser shall have obtained the interim license or exemption described in Section 9.1(j) hereof.

## ARTICLE X    TERMINATION

**Section 10.1    Termination**.  Notwithstanding anything to the contrary contained herein, this Agreement may be terminated at any time before the Closing (a) by mutual consent of the Sellers and the Purchaser, (b) by the Seller, upon a breach by Purchaser pursuant to Section 8.1 hereof, or (c) by the Purchaser upon a breach by Seller pursuant to Sections 8.2 or 9.1(h) hereof.  In the event of termination pursuant to this Section, the Agreement shall become null and void and have no effect, with no liability on the part of the Sellers, or Purchasers with respect to this Agreement, except for liability for breach of this Agreement as set forth herein.

## ARTICLE XI    MISCELLANEOUS

**Section 11.1    Survival**.  Sellers' statements, covenants and agreements contained in this Agreement shall not survive the Closing Date, other than covenants and agreements which by their terms survive the Closing Date.

**Section 11.2    Amendment**.  This Agreement shall not be amended without the express written consent of the parties hereto.

**Section 11.3    Counterparts**.  This Agreement may be executed in two or more counterparts, each of which, when so executed and delivered, will be deemed to be an original, but all of which counterparts, taken together, will constitute one and the same instrument.

**Section 11.4    Entire Agreement**. This Agreement contains the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior agreements, arrangements and understandings relating to the subject matter hereof, including the Offer Letter.  There are no written or oral agreements, understandings, statements between the parties other than those set forth herein.

**Section 11.5    Closing**.  For the avoidance of doubt, the transfers of Assets described herein shall be deemed to have closed solely upon the Sale Approval Order becoming a Final Order, and each of the Assets actually being transferred to Purchaser being so transferred consistent with the terms hereof.  Upon Closing, Purchaser, to the extent it acquires the Assets, shall be deemed released from any confidentiality obligations to which it had previously agreed, or pursuant to which is was otherwise bound.

**Section 11.6    Additional Collection Actions**.  Prior to the Closing Date, Sellers may assign to Purchaser, on terms mutually acceptable to Sellers and Purchaser, for purposes of collection, certain accounts receivable and notes receivable.

Section 11.7    **Access to Documents**.  Prior to the Closing Date, Debtors shall provide Purchaser with reasonable access to Debtors' books, records and personnel.  After the Closing Date, Purchaser shall allow any of the Sellers (or their successors or assignees under a confirmed Plan) reasonable access to the Personal Property, including original documents and files, for all purposes as needed.

Section 11.8    **Waivers**.  The rights of each of the parties hereunder shall not be capable of being waived or varied otherwise than by an express waiver or variation in writing.  Any failure to exercise or any delay in exercising any of such rights shall not operate as a waiver or variation of that or any other such right.  Any defective or partial exercise of any of such rights shall not preclude any other or further exercise of that or any other such right.  No act or course of conduct or negotiation on the part of any party shall in any way preclude such party from exercising any such right or constitute a suspension or any variation of any such right.

Section 11.9    **Notices**.  All notices and other communications hereunder shall be in writing (including a writing delivered by facsimile transmission) and shall be deemed to have been duly given: (a) when delivered, if sent by registered or certified mail (return receipt requested); (b) when delivered, if delivered personally or by telecopy, or (c) on the first following business day, if sent by United States Express Mail or overnight courier, in each case to the parties at the following addresses (or at such other addresses as shall be specified by like notice);

If to Sellers and Acknowledging Parties:

USA Commercial Mortgage Company
4484 Pecos Avenue
Las Vegas, Nevada 89121
Facsimile: (702) 456-2057
Attn:  Mr. Thomas J. Allison

and

Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah  84111
Facsimile: (801) 532-7543
Attn:  Annette W. Jarvis, Esq.

and, with respect to notices of default under Article VII, notice shall also be given to

Stutman, Treister & Glatt, P.C.
1901 Ave. of the Stars, 12th Floor
Los Angeles, CA 90067
Facsimile: (310) 228-5788
Attn:   Frank A. Merola, Esq.

and

24

Lewis & Roca, LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Facsimile: (702) 949-8321
Attn: Robert Charles, Esq.

If to Purchaser:

Compass Partners LLC
333 Seventh Avenue, 3rd Floor
New York, NY 10001
Facsimile: (212) 253-4003
Attn: David Blatt

and

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007
Attn: George A. Davis, Esq.
        Ted S. Waksman, Esq.

**Section 11.10    Acknowledging Parties**.  Sellers and Purchaser agree that the Acknowledging Parties are entitled to information produced or shared pursuant to this Agreement and to participate fully in the process of obtaining Bankruptcy Court approval for this Agreement and Sale Approval Order and/or Plan.  Notwithstanding anything herein to the contrary, the Acknowledging Parties agree to Article 5 hereof and this Section 11.10.

**Section 11.11    Governing Law/Venue**.  This Agreement shall be governed by, construed and enforced in accordance with the laws of the State of Nevada, without regard to conflicts of law principles thereof.  The United States Bankruptcy Court for the District of Nevada shall be the exclusive forum for the enforcement of the terms of this Agreement.

**Section 11.12    Severability**.  In the case any provision in this Agreement shall be found by a court of competent jurisdiction to be invalid, illegal or unenforceable, such provision shall be construed and enforced as if it had been more narrowly drawn so as not to be invalid, illegal or unenforceable, and the validity, legality and enforceability of the remaining provisions of this Agreement shall not in any way be affected or impaired thereby.

**Section 11.13    Binding Effect; Third Party Beneficiaries; Successors and Assigns**.  This Agreement shall be binding upon, inure to the benefit of, and be enforceable by, the parties hereto and their respective legal representatives, successors and assigns.  Except as expressly set forth herein, nothing expressed or referred to in this Agreement is intended or shall be construed to give any person or entity other than the parties to this Agreement, or their respective legal representatives, successors and assigns, any legal or equitable right, remedy or

claim under or in respect of this Agreement or any provision contained herein. A reference to any of the Debtors, including the Sellers, is also a reference to any successor or assign of such Debtors under the Plan or pursuant to an order of the Bankruptcy Court. Purchaser may assign its rights under this Agreement to any of its subsidiaries or affiliates, and may assign the Assets to any of its subsidiaries or affiliates.

**Section 11.14    Relationship of Parties**. The relationship between the parties is an arms-length, non-affiliated relationship, and Sellers are not, and shall not represent to third parties, that they are acting as agents for or on behalf of Purchaser.

[SIGNATURE PAGE TO FOLLOW]

IN WITNESS WHEREOF, each of the undersigned parties to this Agreement has caused this Agreement to be duly executed in its name by one of its duly authorized officers, all as of the date first above written.

**"SELLERS"**

USA COMMERCIAL MORTGAGE COMPANY

By:
Name:  Thomas J. Allison
Title:    President

USA CAPITAL FIRST TRUST DEED FUND, LLC

By:
Name:  Thomas J. Allison
Title:    President

**"PURCHASER"**

COMPASS PARTNERS LLC

By:  _____
Name:  David Blatt
Title:    Manager

**"ACKNOWLEDGING PARTIES"**

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

By:
Name: Thomas J. Allison
Title:   Manager


USA CAPITAL REALTY ADVISORS, LLC

By:
Name: Thomas J. Allison
Title:   Manager


USA SECURITIES, LLC

By:
Name: Thomas J. Allison
Title:   Manager

IN WITNESS WHEREOF, each of the undersigned parties to this Agreement has caused this Agreement to be duly executed in its corporate name by one of its duly authorized officers, all as of the date first above written.

**"SELLERS"**

USA COMMERCIAL MORTGAGE COMPANY


By:    _____
Name:  Thomas J. Allison
Title:   President

USA CAPITAL FIRST TRUST DEED FUND, LLC


By:    _____
Name:  Thomas J. Allison
Title:   President


**"PURCHASER"**

COMPASS PARTNERS LLC


By:    _____
Name:  David Blatt
Title:   Manager

**Exhibit A**

## ASSIGNMENT AND BILL OF SALE

For good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, USA Commercial Mortgage Company ("USACM") and USA Capital First Trust Deed Fund, LLC (collectively with USACM, the "Sellers"), do hereby grant, bargain, transfer, sell, assign, convey and deliver to Compass Partners LLC ("Purchaser"), all right, title and interest in and to the Assets as such term is defined in the Asset Purchase Agreement dated as of December ____, 2006 (the "Agreement"), by and among Sellers, USA Captial Diversified Trust Deed Fund, LLC, USA Capital Realty Advisors, LLC and USA Securities, LLC and Purchaser. Sellers for themselves, their successors and assigns hereby covenant and agree that, at any time and from time to time forthwith upon the written request of Purchaser, Sellers will do, execute, acknowledge and deliver or cause to be done, executed, acknowledged and delivered, each and all of such further acts, deeds, assignments, transfers, conveyances, powers of attorney and assurances as may reasonably be required by Purchaser in order to assign, transfer, set over, convey, assure and confirm unto and vest in Purchaser, its successors and assigns, title to the Assets sold, conveyed, transferred and delivered by this Assignment and Bill of Sale.  This Assignment and Bill of Sale shall be governed by, construed and enforced in accordance with the laws of the State of Nevada, without regard to conflicts of law principles thereof.

This Assignment and Bill of Sale is being executed and delivered by Sellers pursuant to the terms of the Agreement.  Executed this _____ day of January, 2007.

USA COMMERCIAL MORTGAGE COMPANY

By: _____

Its: _____

USA CAPITAL REALTY TRUST DEED FUND, LLC

By: _____

Its: _____

904700

**SCHEDULE 1**

| Performance as of 7/31/06 | Loan Name | Origination Date | 7/31/06 Loan Oustanding | FTDF Ownership | |
|---|---|---|---|---|---|
| | | | | % | $ |
| Performing | Fiesta Development $6.6 | 11/14/2005 | $ 6,600,000 | 100.00% | $ 6,600,000 |
| Performing | University Estates | 4/11/2005 | 4,825,920 | 100.00% | 4,825,920 |
| Non-Performing | Gramercy Court Condos | 6/25/2004 | 34,884,500 | 13.10% | 4,570,500 |
| Non-Performing | Franklin - Stratford Investments, LLC | 3/30/2005 | 5,225,000 | 80.67% | 4,215,000 |
| Non-Performing | HFAH/Monaco | 12/19/2003 | 4,000,000 | 100.00% | 4,000,000 |
| Performing | Cloudbreak LV | 12/17/2003 | 3,800,000 | 99.31% | 3,773,675 |
| Non-Performing | Eagle Meadows Development | 10/19/2005 | 31,050,000 | 11.76% | 3,652,000 |
| Non-Performing | Shamrock Tower, LP | 8/5/2004 | 10,500,000 | 31.43% | 3,300,000 |
| Non-Performing | Margarita Annex | 7/26/2004 | 12,000,000 | 24.42% | 2,930,000 |
| Non-Performing | The Gardens Phase II | 3/31/2006 | 2,500,000 | 100.00% | 2,500,000 |
| Performing | Columbia Managing Partners | 9/1/2005 | 2,210,000 | 100.00% | 2,210,000 |
| Non-Performing | Brookmere/Matteson $27,050,000 | 10/29/2003 | 5,964,848 | 33.88% | 2,021,085 |
| Non-Performing | Anchor B, LLC | 5/31/2005 | 5,835,422 | 33.36% | 1,946,422 |
| Non-Performing | Interstate Commerce Center Phase II | 8/11/2004 | 1,856,849 | 86.34% | 1,603,204 |
| Non-Performing | Palm Harbor One | 12/14/2005 | 28,480,000 | 5.60% | 1,594,000 |
| Non-Performing | Ocean Atlantic $9,425,000 | 1/23/2006 | 8,925,000 | 14.61% | 1,303,500 |
| Non-Performing | Binford Medical Developers | 8/31/2005 | 7,450,000 | 17.25% | 1,285,000 |
| Performing | The Gardens, LLC Timeshare | 3/24/2004 | 3,902,274 | 31.03% | 1,211,050 |
| Performing | Cottonwood Hills, LLC | 6/14/2005 | 4,000,000 | 25.00% | 1,000,000 |
| Non-Performing | Lake Helen Partners | 12/7/2004 | 3,159,704 | 28.77% | 908,908 |
| Performing | Mountain House Business Park | 6/10/2004 | 16,800,000 | 5.21% | 875,000 |
| Non-Performing | ComVest Capital | 1/11/2006 | 4,125,000 | 17.82% | 735,000 |
| Non-Performing | 6425 Gess, LTD | 4/14/2005 | 26,500,000 | 2.63% | 696,000 |
| Non-Performing | Standard Property Development | 2/27/2006 | 9,640,000 | 6.96% | 671,000 |
| Performing | Roam Development Group L.P. | 3/23/2005 | 25,601,735 | 2.37% | 605,688 |
| Non-Performing | Harbor Georgetown | 8/16/2004 | 8,800,000 | 5.80% | 510,000 |
| Non-Performing | Huntsville | 3/31/2004 | 10,475,000 | 4.77% | 500,000 |

**SCHEDULE 1**

| Performance as of 7/31/06 | Loan Name | Origination Date | 7/31/06 Loan Oustanding | FTDF Ownership | |
|---|---|---|---|---|---|
| | | | | % | $ |
| Non-Performing | Castaic Partners II, LLC | 7/11/2005 | 5,600,000 | 7.59% | 425,000 |
| Non-Performing | Amesbury/Hatters Point | 12/16/2002 | 19,242,193 | 1.72% | 330,016 |
| Non-Performing | Tapia Ranch | 9/28/2004 | 22,000,000 | 1.43% | 314,000 |
| Performing | J. Jireh's Corporation | 9/2/2005 | 8,825,000 | 3.00% | 265,000 |
| Non-Performing | Wasco Investments | 11/23/2004 | 6,450,000 | 3.02% | 195,000 |
| Performing | Bay Pompano Beach | 6/20/2005 | 14,680,390 | 1.20% | 176,623 |
| Non-Performing | Del Valle - Livingston | 8/25/2005 | 19,250,000 | 0.67% | 129,000 |
| Non-Performing | Elizabeth May Real Estate | 2/24/2006 | 10,050,000 | 1.19% | 120,000 |
| Non-Performing | Marlton Square | 8/11/2005 | 30,000,000 | 0.39% | 118,000 |
| Non-Performing | Clear Creek Plantation | 3/15/2005 | 2,900,000 | 3.45% | 100,000 |
| Non-Performing | Gateway Stone | 11/18/2005 | 13,185,000 | 0.76% | 100,000 |
| Non-Performing | 3685 San Fernando Road Partners | 8/2/2005 | 7,350,000 | 1.12% | 82,000 |
| Non-Performing | Meadow Creek Partners, LLC | 2/23/2006 | 8,250,000 | 0.87% | 72,000 |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 1/17/2006 | 2,250,000 | 3.11% | 70,000 |
| Non-Performing | Urban Housing Alliance - 435 Lofts | 7/13/2005 | 8,150,000 | 0.37% | 30,000 |
| Performing | The Gardens, LLC $2,425,000 | 8/15/2005 | 1,925,000 | 1.52% | 29,226 |
| Non-Performing | Castaic Partners III, LLC | 9/22/2005 | 4,675,000 | 0.53% | 25,000 |
| Non-Performing | Foxhill 216, LLC | 2/23/2006 | 25,980,000 | 0.10% | 25,000 |
| Non-Performing | Oak Shores II | 6/6/2005 | 12,150,000 | 0.03% | 3,925 |
| Performing | Fiesta Murrieta | 4/14/2005 | 6,500,000 | 0.00% | - |
| Non-Performing | Copper Sage Commerce Center Phase II | 3/1/2006 | 3,550,000 | 0.00% | - |
| Non-Performing | Slade Development | 12/5/2005 | 3,525,000 | 0.00% | - |
| Performing | La Hacienda Estate, LLC | 11/11/2004 | 6,255,000 | 0.00% | - |
| Performing | Southern California Land 2nd | 8/3/2005 | 2,800,000 | 0.00% | - |
| Non-Performing | Bundy Canyon $5,000,000 | 9/28/2005 | 4,250,000 | 0.00% | - |
| Non-Performing | BarUSA/$15,300,000 | 11/24/2003 | 15,300,000 | 0.00% | - |
| Non-Performing | Fiesta Oak Valley | 6/15/2004 | 20,500,000 | 0.00% | - |

APA of 12/8/2006

## SCHEDULE 1

| Performance as of 7/31/06 | Loan Name | Origination Date | 7/31/06 Loan Oustanding | FTDF Ownership % | FTDF Ownership $ |
|---|---|---|---|---|---|
| Non-Performing | HFA-Clear Lake 2nd | 6/24/2005 | 2,750,000 | 0.00% | - |
| Performing | Cornman Toltec 160, LLC | 6/24/2005 | 6,375,000 | 0.00% | - |
| Performing | Preserve at Galleria, LLC | 10/6/2005 | 3,711,750 | 0.00% | - |
| Performing | Goss Road | 11/2/2004 | 1,000,000 | 0.00% | - |

Total    $    62,652,742

APA of 12/8/2006

SCHEDULE 2

| Performance as of 7/31/06 | Loan Name | Origination Date | 7/31/06 Loan Oustanding | FTDF Ownership | | USCMC Ownership | |
|---|---|---|---|---|---|---|---|
| | | | | % | $ | % | $ |
| Non-Performing | 3685 San Fernando Road Partners | 8/2/2005 | $ 7,350,000 | 1.12% | $ 82,000 | 0.00% | $ - |
| Performing | 5055 Collwood, LLC | 2/24/2006 | 1,173,289 | 0.00% | - | 0.00% | - |
| Performing | 60th Street Venture, LLC | 12/22/2005 | 3,700,000 | 0.00% | - | 0.00% | - |
| Non-Performing | 6425 Gess, LTD | 4/14/2005 | 26,500,000 | 2.63% | 696,000 | 0.00% | - |
| Non-Performing | Amesbury/Hatters Point | 12/16/2002 | 19,242,193 | 1.72% | 330,016 | 0.25% | 47,621 |
| Non-Performing | Anchor B, LLC | 5/31/2005 | 5,835,422 | 33.36% | 1,946,422 | 0.00% | - |
| Non-Performing | BarUSA/$15,300,000 | 11/24/2003 | 15,300,000 | 0.00% | - | 0.07% | 10,000 |
| Performing | Bay Pompano Beach | 6/20/2005 | 14,680,390 | 1.20% | 176,623 | 0.00% | - |
| Non-Performing | Binford Medical Developers | 8/31/2005 | 7,450,000 | 17.25% | 1,285,000 | 0.00% | - |
| Non-Performing | Brookmere/Matteson $27,050,000 | 10/29/2003 | 5,964,848 | 33.88% | 2,021,085 | 0.00% | - |
| Performing | Bundy Canyon $1,050,000 | 1/6/2006 | 1,050,000 | 0.00% | - | 0.00% | - |
| Non-Performing | Bundy Canyon $2,500,000 | 5/2/2005 | 2,300,000 | 0.00% | - | 0.00% | - |
| Non-Performing | Bundy Canyon $5,000,000 | 9/28/2005 | 4,250,000 | 0.00% | - | 0.71% | 30,000 |
| Performing | Bundy Canyon $5,725,000 | 1/14/2005 | 5,725,000 | 0.00% | - | 0.00% | - |
| Non-Performing | Bundy Canyon $7,500,000 | 8/17/2005 | 6,700,000 | 0.00% | - | 0.00% | - |
| Performing | Cabernet | 2/17/2005 | 3,000,000 | 0.00% | - | 0.00% | - |
| Non-Performing | Castaic Partners II, LLC | 7/11/2005 | 5,600,000 | 7.59% | 425,000 | 0.00% | - |
| Non-Performing | Castaic Partners III, LLC | 9/22/2005 | 4,675,000 | 0.53% | 25,000 | 1.07% | 50,000 |
| Performing | Charlevoix Homes, LLC | 4/3/2006 | 3,400,000 | 0.00% | - | 0.00% | - |
| Non-Performing | Clear Creek Plantation | 3/15/2005 | 2,900,000 | 3.45% | 100,000 | 0.00% | - |
| Performing | Cloudbreak LV | 12/17/2003 | 3,800,000 | 99.31% | 3,773,675 | 0.00% | - |
| Performing | Columbia Managing Partners | 9/1/2005 | 2,210,000 | 100.00% | 2,210,000 | 0.00% | - |
| Non-Performing | ComVest Capital | 1/11/2006 | 4,125,000 | 17.82% | 735,000 | 0.00% | - |
| Non-Performing | Copper Sage Commerce Center Phase II | 3/1/2006 | 3,550,000 | 0.00% | - | 1.83% | 65,000 |
| Performing | Cornman Toltec 160, LLC | 6/24/2005 | 6,375,000 | 0.00% | - | 0.08% | 5,000 |
| Non-Performing | Del Valle - Livingston | 8/25/2005 | 19,250,000 | 0.67% | 129,000 | 0.00% | - |
| Non-Performing | Eagle Meadows Development | 10/19/2005 | 31,050,000 | 11.76% | 3,652,000 | 0.00% | - |
| Non-Performing | Elizabeth May Real Estate | 2/24/2006 | 10,050,000 | 1.19% | 120,000 | 0.00% | - |
| Performing | Fiesta Development $6.6 | 11/14/2005 | 6,600,000 | 100.00% | 6,600,000 | 0.00% | - |
| Performing | Fiesta Murrieta | 4/14/2005 | 6,500,000 | 0.00% | - | 1.46% | 95,039 |
| Non-Performing | Fiesta Oak Valley | 6/15/2004 | 20,500,000 | 0.00% | - | 0.05% | 9,500 |
| Non-Performing | Fiesta USA/Stoneridge | 9/22/2003 | 10,000,000 | 0.00% | - | 0.00% | - |
| Non-Performing | Foxhill 216, LLC | 2/23/2006 | 25,980,000 | 0.10% | 25,000 | 0.00% | - |
| Non-Performing | Franklin - Stratford Investments, LLC | 3/30/2005 | 5,225,000 | 80.67% | 4,215,000 | 0.00% | - |
| Non-Performing | Gateway Stone | 11/18/2005 | 13,185,000 | 0.76% | 100,000 | 0.00% | - |

SCHEDULE 2

| Performance as of 7/31/06 | Loan Name | Origination Date | 7/31/06 Loan Oustanding | FTDF Ownership | | USCMC Ownership | |
|---|---|---|---|---|---|---|---|
| | | | | % | $ | % | $ |
| Performing | Goss Road | 11/2/2004 | 1,000,000 | 0.00% | - | 0.25% | 2,500 |
| Non-Performing | Gramercy Court Condos | 6/25/2004 | 34,884,500 | 13.10% | 4,570,600 | 0.00% | - |
| Non-Performing | Harbor Georgetown | 8/16/2004 | 8,800,000 | 5.80% | 510,000 | 0.00% | - |
| Performing | Hesperia II | 4/1/2005 | 4,250,000 | 0.00% | - | 0.00% | - |
| Non-Performing | HFA- Clear Lake | 1/6/2005 | 16,050,000 | 0.00% | - | 0.00% | - |
| Non-Performing | HFA- Windham | 11/15/2004 | 5,550,000 | 0.00% | - | 0.00% | - |
| Non-Performing | HFA-Clear Lake 2nd | 6/24/2005 | 2,750,000 | 0.00% | - | 0.29% | 8,000 |
| Non-Performing | HFAH/Monaco | 12/19/2003 | 4,000,000 | 100.00% | 4,000,000 | 0.00% | - |
| Non-Performing | Huntsville | 3/31/2004 | 10,475,000 | 4.77% | 500,000 | 0.00% | - |
| Performing | I-40 Gateway West | 1/11/2005 | 4,530,000 | 0.00% | - | 0.00% | - |
| Performing | I-40 Gateway West, LLC 2nd | 3/1/2006 | 1,065,000 | 0.00% | - | 0.00% | - |
| Non-Performing | Interstate Commerce Center Phase II | 8/11/2004 | 1,856,849 | 86.34% | 1,603,204 | 0.00% | - |
| Performing | La Hacienda Estate, LLC | 11/11/2004 | 6,255,000 | 0.00% | - | 0.80% | 50,000 |
| Non-Performing | Lake Helen Partners | 12/7/2004 | 3,159,704 | 28.77% | 908,908 | 0.94% | 29,723 |
| Non-Performing | Lerin Hills | 12/7/2005 | 10,350,000 | 0.00% | - | 0.00% | - |
| Non-Performing | Margarita Annex | 7/26/2004 | 12,000,000 | 24.42% | 2,930,000 | 0.00% | - |
| Non-Performing | Marlton Square | 8/11/2005 | 30,000,000 | 0.39% | 118,000 | 0.89% | 267,500 |
| Non-Performing | Marlton Square 2nd | 8/11/2005 | 6,000,000 | 0.00% | - | 0.00% | - |
| Performing | Mountain House Business Park | 6/10/2004 | 16,800,000 | 5.21% | 875,000 | 0.17% | 28,000 |
| Non-Performing | Oak Shores II | 6/6/2005 | 12,150,000 | 0.03% | 3,925 | 0.00% | - |
| Performing | Ocean Atlantic | 11/1/2005 | 2,700,000 | 0.00% | - | 0.00% | - |
| Non-Performing | Ocean Atlantic $9,425,000 | 1/23/2006 | 8,925,000 | 14.61% | 1,303,500 | 0.00% | - |
| Non-Performing | Palm Harbor One | 12/14/2005 | 28,480,000 | 5.60% | 1,594,000 | 0.00% | - |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 1/17/2006 | 2,250,000 | 3.11% | 70,000 | 0.00% | - |
| Performing | Roam Development Group L.P. | 3/23/2005 | 25,601,735 | 2.37% | 605,686 | 0.00% | - |
| Non-Performing | Shamrock Tower, LP | 8/5/2004 | 10,500,000 | 31.43% | 3,300,000 | 0.00% | - |
| Non-Performing | Slade Development | 12/5/2005 | 3,525,000 | 0.00% | - | 1.42% | 50,000 |
| Performing | Southern California Land 2nd | 8/3/2005 | 2,800,000 | 0.00% | - | 1.25% | 35,000 |
| Non-Performing | Standard Property Development | 2/27/2006 | 9,640,000 | 6.96% | 671,000 | 0.00% | - |
| Performing | SVRB $4,500,000 | 4/27/2005 | 1,424,082 | 0.00% | - | 0.00% | - |
| Performing | SVRB 2nd $2,325,000 | 4/27/2005 | 2,325,000 | 0.00% | - | 0.00% | - |
| Non-Performing | Tapia Ranch | 9/28/2004 | 22,000,000 | 1.43% | 314,000 | 0.00% | - |
| Non-Performing | Ten-Ninety, Ltd./$4,150,000 | 12/30/2002 | 4,150,000 | 0.00% | - | 0.00% | - |
| Non-Performing | The Gardens Phase II | 3/31/2006 | 2,500,000 | 100.00% | 2,500,000 | 0.00% | - |
| Performing | The Gardens, LLC $2,425,000 | 8/15/2005 | 1,925,000 | 1.52% | 29,226 | 4.01% | 77,146 |

SCHEDULE 2

| Performance as of 7/31/06 | Loan Name | Origination Date | 7/31/06 Loan Oustanding | FTDF Ownership | | USCMC Ownership | |
|---|---|---|---|---|---|---|---|
| | | | | % | $ | % | $ |
| Performing | The Gardens, LLC Timeshare | 3/24/2004 | 3,902,274 | 31.03% | 1,211,050 | 0.00% | - |
| Performing | University Estates | 4/11/2005 | 4,825,920 | 100.00% | 4,825,920 | 0.00% | - |
| Non-Performing | Wasco Investments | 11/23/2004 | 6,450,000 | 3.02% | 195,000 | 0.00% | - |
| | | Total | $ 651,046,206 | | $ 61,285,742 | | $ 860,028 |

## SCHEDULE 2.3(f)

**Application of Higher Value Bucket Surplus to Lower Value Buckets**

|  | Net Principal Balance Deficiency/Surplus | Application of Schedule 4 Credit to Lower Value Buckets | Application of Schedule 5 Credit to Lower Value Buckets | Application of Schedule 6 Credit to Lower Value Buckets | Adjustment Amount | Schedule Values | Purchase Price Adjustment |
|---|---|---|---|---|---|---|---|
|  | 100 |  |  |  | (16.7) | 95% | (15.8) |
| Schedule 4 | -50 | 33.3 |  |  | (16.7) | 85% | (14.2) |
| Schedule 5 | -50 | 33.3 | - |  | (16.7) | 80% | (13.3) |
| Schedule 6 | -50 | 33.3 | - | - | - | 65% | - |
| Schedule 7 |  |  |  |  | (50.0) |  | (43.3) |
| Total |  |  |  |  |  |  |  |

**Application of Lower Value Bucket Surplus to Higher Value Buckets**

|  | Net Principal Balance Deficiency/Surplus | Application of Schedule 4 Credit to Lower Value Buckets | Application of Schedule 5 Credit to Lower Value Buckets | Application of Schedule 6 Credit to Lower Value Buckets | Adjustment Amount | Schedule Values | Purchase Price Adjustment |
|---|---|---|---|---|---|---|---|
|  | -50 |  |  |  | (50.0) | 95% | (47.5) |
| Schedule 4 | -50 | - |  |  | (50.0) | 85% | (42.5) |
| Schedule 5 | -50 | - | - |  | - | 80% | - |
| Schedule 6 | 100 | - | - | - | - | 65% | - |
| Schedule 7 |  |  |  |  | (100.0) |  | (90.0) |
| Total |  |  |  |  |  |  |  |

Schedule 3.3

USA Commercial Mortgage Company Litigation

Pending Litigation and Investigations

- *Rolland P. Weddell, Spectrum Financial, American Communities, LLC, et al v. USA Commercial Mortgage Company, USA Diversified Trust Deed Fund, USA Investment Partners, LLC, Amblamo et al*, Filed in the United States District Court for the District of Nevada, Case No. 2:01-cv-355, on March 29, 2001.

- *USA Commercial Mortgage Company (Appellant) v. Lowe Enterprises, Double Diamond Ranch, BOHICA (Appellees)*, Filed in the United States District Court for the District of Nevada, Case No. 3:03-cv-00156, on March 12, 2003.

- *Albert Lee, et al v. Palm Terrace, USA Commercial Mortgage Company, Andrew Hantges, et al*, Filed in the California Superior Court, Santa Clara County, Case No. 1-06-cv-057298, on February 1, 2006.

- *USA Commercial Mortgage Company v. James J. Lee*, Filed in the Eighth Judicial District Court in and for Clark County, State of Nevada, Case No. 04-A-488769, on July 14, 2004.

- *USA Commercial Mortgage Company v. James J. Lee*, Filed in the Eighth Judicial District Court in and for Clark County, State of Nevada, Case No. 02-A-459840, on November 27, 2002.

- *USA Commercial Mortgage Company (Appellant, Cross Respondent) v. James J. Lee (Respondent, Cross-Appellant)*, Filed in the Supreme Court for the State of Nevada, Case No. 46363, on November 29, 2005, Cross Appeal filed on December 1, 2005, Consolidated with Case No. 46781, Appeal filed on February 6, 2006.

- *Botaba Realty Company v. USA Commercial Mortgage Company, Brookmere, LLC, Harris Bank, et al*, Filed in the Illinois Circuit Court in and for Cook County, State of Illinois, Case No. 2006-CH-04133, on March 1, 2006.

- *Carob Valley Electric, Inc. v. USA Capital, a business entity form unknown, Pete & Sons Construction, et al*, Filed in the California Superior Court, Riverside County, Case No. RIC 446185, on March 10, 2006.

- *Standard Property Development, LLC v. Premiere Holdings, Inc. Defined Benefit Pension Plan & Trust, et al.*, Filed in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2006-CA-5756, Division 43, on July 17, 2006.

896707v5

- *Gateway Stone Associates, LLC v. Arthur V. Adams, Trustee of the Arthur V. Adams Trust dated 9/12/97, et al.*, Filed in the California Superior Court, Riverside County, Case No. RIC 458088, on October 4, 2006.

- *Securities and Exchange Commission ("SEC") Investigation.* USA Capital Realty Advisors, USA Securities, USA Commercial Mortgage Company, USA Capital First Trust Deed Fund and USA Capital Diversified Trust Deed Fund are being investigated by the SEC (*In the Matter of USA Capital*, SEC File No. LA-3112). The SEC may, as a result of its investigation, commence enforcement proceedings.

- *Nevada State Mortgage Lending Division ("MLD") Investigation.* USA Capital Realty Advisors, USA Securities, USA Commercial Mortgage Company, USA Capital First Trust Deed Fund and USA Capital Diversified Trust Deed Fund are being investigated by the MLD. The MLD may, as a result of its investigation, commence enforcement proceedings.

- *California Department of Corporations Investigation* of the USA Capital First Trust Deed Fund.

Threatened Litigation

Claims or potential claims of the Borrowers, their principals, or other obligors with respect to the following Loans:

| Loan Name Listing: | Borrower: |
|---|---|
| 3685 San Fernando Road Partners | 3685 San Fernando Road Partners, L.P. |
| 5055 Collwood, LLC | 5055 Collwood, LLC |
| 60th Street Venture, LLC | 60th Street Venture, LLC |
| BySynergy, LLC $4,434,446 | BySynergy, LLC |
| Cabernet | Cabernet Highlands, LLC |
| Fiesta Oak Valley | Oak Mesa Investors, LLC, |
| Fiesta USA/Stoneridge | Capital Land Investors, LLC |
| Glendale Tower Partners | Glendale Tower Partners, L.P. |
| Hasley Canyon | Los Valles Land & Golf, LLC |
| Hesperia II | Southern California Land Development, LLC |
| SVRB $4,500,000 | SVRB Investments, LLC |
| SVRB 2nd $2,325,000 | SVRB Investments, LLC |
| Urban Housing Alliance - 435 Lofts | Urban Housing Alliance, LLC |
| Cornman Toltec 160, LLC | Cornman Toltec 160, LLC |
| Bundy Canyon $2,500,000 | Bundy Canyon Land Development, LLC |
| Southern California Land 2nd | Southern California Land Development, LLC |
| University Estates | University Estates, Inc. |
| Slade Development | Slade Development, Inc. |
| Castaic Partners III, LLC | Castaic Partners III, LLC |
| ComVest Capital | ComVest Capital Satellite Arms, Inc. |

| Loan Name Listing: | Borrower: |
|---|---|
| HFA- Windham | Homes for America Holdings and affiliates, Homes For America Holdings Asylum, LLC |
| HFA- Riviera 2nd | Homes for America Holdings and affiliates, Riveria-Homes For America Holdings, LLC |
| Ocean Atlantic $9,425,000 | Ocean Atlantic Chicago, LLC |
| Palm Harbor One | Palm Harbor One, LLC |
| Bundy Canyon $5,000,000 | Bundy Canyon Land Development, LLC |
| Amesbury/Hatters Point | Amesburyport Corporation |
| Bundy Canyon $7,500,000 | Bundy Canyon Land Development, LLC |
| Columbia Managing Partners | Columbia Managing Partners, LLC and David Rentz |
| Binford Medical Developers | Binford Medical Developers, LLC |
| Franklin - Stratford Investments, LLC | Franklin/Stratford Investments, LLC |
| Elizabeth May Real Estate | Elizabeth May Real Estate, LLC |
| La Hacienda Estate, LLC | La Hacienda Estates, LLC |
| Huntsville | West Hills Park Joint Venture, Curtis Development, LLC, and J A Dev., LC |
| Gramercy Court Condos | Gramercy Court, Ltd. and Treetops Management, Inc. |
| Lerin Hills | Lerin Hills, Ltd. and Lerin Hills Development Company, LLC |
| Wasco Investments | Wasco Investments, LLC |
| Foxhill 216, LLC | Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, Fox Hills 37, LLC and Fox Hills Fresno Slough, LLC and Kent Hoggan |
| Gateway Stone | Gateway Stone Associates, LLC |
| Brookmere/Matteson $27,050,000 | Brookmere LLC and Lord & Essex Matteson, LLC |
| Rio Rancho Executive Plaza, LLC | Rio Rancho Executive Plaza, LLC |
| Eagle Meadows Development | Eagle Meadows Development |
| The Gardens Phase II | The Gardens, LLC |
| Copper Sage Commerce Center Phase II | Copper Sage Commerce Center, LLC |
| Standard Property Development | Standard Property Development, LLC |
| Bundy Canyon $8,900,000 | Bundy Canyon Land Development, LLC |
| Meadow Creek Partners, LLC | Meadow Creek Partners, LLC |
| Ten-Ninety | Ten Ninety, Ltd. and William R. Luca and Dorothy Luca, Trustees of the Luca Family Trust |
| Saddleback | Saddleback |

Schedule 3.4(f)

Litigation, Proceeding, Governmental Investigations,
Judicial Order, Injunction or Decree with respect to the Loans

Claims or potential claims of the Borrowers, their principals, or other obligors with
respect to the following Loans:

| Loan Name Listing: | Borrower: |
|---|---|
| 3685 San Fernando Road Partners | 3685 San Fernando Road Partners, L.P. |
| 5055 Collwood, LLC | 5055 Collwood, LLC |
| 60th Street Venture, LLC | 60th Street Venture, LLC |
| BySynergy, LLC $4,434,446 | BySynergy, LLC |
| Cabernet | Cabernet Highlands, LLC |
| Fiesta Oak Valley | Oak Mesa Investors, LLC, |
| Fiesta USA/Stoneridge | Capital Land Investors, LLC |
| Glendale Tower Partners | Glendale Tower Partners, L.P. |
| Hasley Canyon | Los Valles Land & Golf, LLC |
| Hesperia II | Southern California Land Development, LLC |
| SVRB $4,500,000 | SVRB Investments, LLC |
| SVRB 2nd $2,325,000 | SVRB Investments, LLC |
| Urban Housing Alliance - 435 Lofts | Urban Housing Alliance, LLC |
| Cornman Toltec 160, LLC | Cornman Toltec 160, LLC |
| Bundy Canyon $2,500,000 | Bundy Canyon Land Development, LLC |
| Southern California Land 2nd | Southern California Land Development, LLC |
| University Estates | University Estates, Inc. |
| Slade Development | Slade Development, Inc. |
| Castaic Partners III, LLC | Castaic Partners III, LLC |
| ComVest Capital | ComVest Capital Satellite Arms, Inc. |
| HFA- Windham | Homes for America Holdings and affiliates, Homes For America Holdings Asylum, LLC |
| HFA- Riviera 2nd | Homes for America Holdings and affiliates, Riveria- Homes For America Holdings, LLC |
| Ocean Atlantic $9,425,000 | Ocean Atlantic Chicago, LLC |
| Palm Harbor One | Palm Harbor One, LLC |
| Bundy Canyon $5,000,000 | Bundy Canyon Land Development, LLC |
| Amesbury/Hatters Point | Amesburyport Corporation |
| Bundy Canyon $7,500,000 | Bundy Canyon Land Development, LLC |
| Columbia Managing Partners | Columbia Managing Partners, LLC and David Rentz |
| Binford Medical Developers | Binford Medical Developers, LLC |
| Franklin - Stratford Investments, LLC | Franklin/Stratford Investments, LLC |
| Elizabeth May Real Estate | Elizabeth May Real Estate, LLC |
| La Hacienda Estate, LLC | La Hacienda Estates, LLC |
| Huntsville | West Hills Park Joint Venture, Curtis Development, LLC, and J A Dev., LC |
| Gramercy Court Condos | Gramercy Court, Ltd. and Treetops Management, Inc. |
| Lerin Hills | Lerin Hills, Ltd. and Lerin Hills Development Company, LLC |

896707

| Loan Name Listing: | Borrower: |
| --- | --- |
| Wasco Investments | Wasco Investments, LLC |
| Foxhill 216, LLC | Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, Fox Hills 37, LLC and Fox Hills' Fresno Slough, LLC and Kent Hoggan |
| Gateway Stone | Gateway Stone Associates, LLC |
| Brookmere/Matteson $27,050,000 | Brookmere LLC and Lord & Essex Matteson, LLC |
| Rio Rancho Executive Plaza, LLC | Rio Rancho Executive Plaza, LLC |
| Eagle Meadows Development | Eagle Meadows Development |
| The Gardens Phase II | The Gardens, LLC |
| Copper Sage Commerce Center Phase II | Copper Sage Commerce Center, LLC |
| Standard Property Development | Standard Property Development, LLC |
| Bundy Canyon $8,900,000 | Bundy Canyon Land Development, LLC |
| Meadow Creek Partners, LLC | Meadow Creek Partners, LLC |
| Ten-Ninety | Ten Ninety, Ltd. and William R. Luca and Dorothy Luca, Trustees of the Luca Family Trust |
| Saddleback | Saddleback |

896707

Schedule 3.4(g)

Loans that are part of First Trust Deed Fund Assets with the option to fund certain
unfunded construction budget requirements as set forth herein

| Loan Name Listing: | Borrower: |
|---|---|
| 3685 San Fernando Road Partners | 3685 San Fernando Road Partners, L.P. |
| Urban Housing Alliance - 435 Lofts | Urban Housing Alliance, LLC |
| University Estates | University Estates, Inc. |
| Castaic Partners III, LLC | Castaic Partners III, LLC |
| ComVest Capital | ComVest Capital Satellite Arms, Inc. |
| Ocean Atlantic $9,425,000 | Ocean Atlantic Chicago, LLC |
| Palm Harbor One | Palm Harbor One, LLC |
| Amesbury/Hatters Point | Amesburyport Corporation |
| Columbia Managing Partners | Columbia Managing Partners, LLC and David Rentz |
| Binford Medical Developers | Binford Medical Developers, LLC |
| Franklin - Stratford Investments, LLC | Franklin/Stratford Investments, LLC |
| Elizabeth May Real Estate | Elizabeth May Real Estate, LLC |
| Huntsville | West Hills Park Joint Venture, Curtis Development, LLC, and J A Dev., LC |
| Gramercy Court Condos | Gramercy Court, Ltd. and Treetops Management, Inc. |
| Wasco Investments | Wasco Investments, LLC |
| Foxhill 216, LLC | Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, Fox Hills 37, LLC and Fox Hills Fresno Slough, LLC and Kent Hoggan |
| Gateway Stone | Gateway Stone Associates, LLC |
| Brookmere/Matteson $27,050,000 | Brookmere LLC and Lord & Essex Matteson, LLC |
| Rio Rancho Executive Plaza, LLC | Rio Rancho Executive Plaza, LLC |
| Eagle Meadows Development | Eagle Meadows Development |
| The Gardens Phase II | The Gardens, LLC |
| Standard Property Development | Standard Property Development, LLC |
| Meadow Creek Partners, LLC | Meadow Creek Partners, LLC |

896707

Schedule 3A.3

USA Capital First Trust Deed Fund Litigation

<u>Pending Litigation and Investigations</u>

- *Standard Property Development, LLC v. Premiere Holdings, Inc. Defined Benefit Pension Plan & Trust, et al.*, Filed in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2006-CA-5756, Division 43, on July 17, 2006.

- *Gateway Stone Associates, LLC v. Arthur V. Adams, Trustee of the Arthur V. Adams Trust dated 9/12/97, et al.*, Filed in the California Superior Court, Riverside County, Case No. RIC 458088, on October 4, 2006.

- *Securities and Exchange Commission ("SEC") Investigation.* USA Capital Realty Advisors, USA Securities, USA Commercial Mortgage Company, USA Capital First Trust Deed Fund and USA Capital Diversified Trust Deed Fund are being investigated by the SEC (*In the Matter of USA Capital*, SEC File No. LA-3112). The SEC may, as a result of its investigation, commence enforcement proceedings.

- *Nevada State Mortgage Lending Division ("MLD") Investigation.* USA Capital Realty Advisors, USA Securities, USA Commercial Mortgage Company, USA Capital First Trust Deed Fund and USA Capital Diversified Trust Deed Fund are being investigated by the MLD. The MLD may, as a result of its investigation, commence enforcement proceedings.

- *California Department of Corporations Investigation* of the USA Capital First Trust Deed Fund.

<u>Threatened Litigation</u>

Claims or potential claims of the Borrowers, their principals, or other obligors with respect to the following Loans:

| Loan Name Listing: | Borrower: |
| --- | --- |
| | |
| 3685 San Fernando Road Partners | 3685 San Fernando Road Partners, L.P. |
| BySynergy, LLC $4,434,446 | BySynergy, LLC |
| Urban Housing Alliance – 435 Lofts | Urban Housing Alliance, LLC |
| University Estates | University Estates, Inc. |
| Castaic Partners III, LLC | Castaic Partners III, LLC |
| ComVest Capital | ComVest Capital Satellite Arms, Inc. |
| Ocean Atlantic $9,425,000 | Ocean Atlantic Chicago, LLC |
| Palm Harbor One | Palm Harbor One, LLC |

| Loan Name Listing: | Borrower: |
|---|---|
| Amesbury/Hatters Point | Amesburyport Corporation |
| Columbia Managing Partners | Columbia Managing Partners, LLC and David Rentz |
| Binford Medical Developers | Binford Medical Developers, LLC |
| Franklin - Stratford Investments, LLC | Franklin/Stratford Investments, LLC |
| Elizabeth May Real Estate | Elizabeth May Real Estate, LLC |
| Huntsville | West Hills Park Joint Venture, Curtis Development, LLC, and J A Dev., LC |
| Gramercy Court Condos | Gramercy Court, Ltd. and Treetops Management, Inc. |
| Wasco Investments | Wasco Investments, LLC |
| Foxhill 216, LLC | Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, Fox Hills 62, LLC, Fox Hills 37, LLC and Fox Hills Fresno Slough, LLC and Kent Hoggan |
| Gateway Stone | Gateway Stone Associates, LLC |
| Brookmere/Matteson $27,050,000 | Brookmere LLC and Lord & Essex Matteson, LLC |
| Rio Rancho Executive Plaza, LLC | Rio Rancho Executive Plaza, LLC |
| Eagle Meadows Development | Eagle Meadows Development |
| The Gardens Phase II | The Gardens, LLC |
| Standard Property Development | Standard Property Development, LLC |
| Meadow Creek Partners, LLC | Meadow Creek Partners, LLC |

896707v5

## SCHEDULE 4

| Performance | Loan Name | 7/31/06 Loan Outstanding | Funds Interest % | Funds Interest $ |
|---|---|---|---|---|
| Performing | Cloudbreak LV (Cloudbreak Las Vegas, LLC) | 3,800,000 | 99.31% | 3,773,675 |
| Performing | Cottonwood Hills, LLC | 4,000,000 | 25.00% | 1,000,000 |
| Performing | The Gardens, LLC $2,425,000 (The Gardens, LLC) | 1,925,000 | 1.52% | 29,226 |
| Non-Performing | Brookmere/Matteson $27,050,000 | 5,964,848 | 33.88% | 2,021,085 |
| Non-Performing | Wasco Investments LLC | 6,450,000 | 3.02% | 195,000 |
| Non-Performing | Franklin - Stratford Investments, LLC | 5,225,000 | 80.67% | 4,215,000 |
| Non-Performing | Interstate Commerce Center Phase II (ISCC Phase II, LLC) | 1,856,849 | 86.34% | 1,603,204 |
| Non-Performing | Meadow Creek Partners, LLC | 8,250,000 | 0.87% | 72,000 |
| Performing | Bay Pompano Beach, LLC | 14,680,390 | 1.20% | 176,623 |
| Non-Performing | Clear Creek Plantation (Arapahoe Land Investments, L.P.) | 2,900,000 | 3.45% | 100,000 |
| | **Total** | **55,052,087** | | **13,185,812** |

STRICTLY CONFIDENTIAL

## SCHEDULE 5

| | | 7/31/06 Loan | Funds Interest | |
| Performance | Loan Name | Outstanding | % | $ |
|---|---|---|---|---|
| Non-Performing | Oak Shores II  (John E. King and Carole D. King) | 12,150,000 | .03% | 3,925 |
| Performing | J. Jireh's Corporation | 8,825,000 | 3.00% | 265,000 |
| Non-Performing | Margarita Annex | 12,000,000 | 24.42% | 2,930,000 |
| Non-Performing | Binford Medical Developers, LLC | 7,450,000 | 17.25% | 1,285,000 |
| Non-Performing | Shamrock Tower, LP (619 Main. LP) | 10,500,000 | 31.43% | 3,300,000 |
| Non-Performing | Marlton Square (MS Acquisition Company, LLC) | 30,000,000 | 0.39% | 118,000 |
| Non-Performing | Del Valle - Livingston (Del Valle Capital Corporation, Inc) | 19,250,000 | 0.67% | 129,000 |
| | Total | 100,175,000 | | 8,030,925 |

STRICTLY CONFIDENTIAL

## SCHEDULE 6

| Performance | Loan Name | 7/31/06 Loan Outstanding | Funds Interest | |
|---|---|---|---|---|
| | | | % | $ |
| Non-Performing | Gramercy Court Condos (Gramercy Court, Ltd.) | 34,884,500 | 13.10% | 4,570,500 |
| Performing | Fiesta Development $6.6 (Fiesta Development, Inc.) | 6,600,000 | 100.00% | 6,600,000 |
| Non-Performing | HFAH/Monaco, LLC | 4,000,000 | 100.00% | 4,000,000 |
| Non-Performing | Gateway Stone (Gateway Stone Associates, LLC) | 13,185,000 | 0.76% | 100,000 |
| Non-Performing | Rio Rancho Executive Plaza, LLC | 2,250,000 | 3.11% | 70,000 |
| Performing | The Gardens, LLC Timeshare  (The Gardens, LLC) | 3,902,274 | 31.03% | 1,211,050 |
| Non-Performing | Standard Property Development, LLC | 9,640,000 | 6.96% | 671,000 |
| Non-Performing | ComVest Capital  (Comvest Capital Satellite Arms, Inc) | 4,125,000 | 17.82% | 735,000 |
| Performing | Roam Development Group L.P. | 25,601,735 | 2.37% | 605,688 |
| Performing | Columbia Managing Partners, LLC | 2,210,000 | 100.00% | 2,210,000 |
| Non-Performing | Elizabeth May Real Estate, LLC | 10,050,000 | 1.19% | 120,000 |
| | Total | 116,448,509 | | 20,893,239 |

STRICTLY CONFIDENTIAL

## SCHEDULE 7

| Performance | Loan Name | 7/31/06 Loan Outstanding | Funds Interest % | Funds Interest $ |
|---|---|---|---|---|
| Non-Performing | Anchor B, LLC | 5,835,422 | 33.36% | 1,946,422 |
| Non-Performing | 3685 San Fernando Road Partners, L.P. | 7,350,000 | 1.12% | 82,000 |
| Non-Performing | 6425 Gess, LTD | 26,500,000 | 2.63% | 696,000 |
| Non-Performing | Ocean Atlantic $9,425,000 (Ocean Atlantic Chicago, LLC) | 8,925,000 | 14.61% | 1,303,500 |
| Non-Performing | Urban Housing Alliance - 435 Lofts (Urban Housing Alliance, LLC) | 8,150,000 | 0.37% | 30,000 |
| Performing | Mountain House Business Park (Pegasus-MH Ventures I, LLC) | 16,800,000 | 5.21% | 875,000 |
| Performing | University Estates, Inc. | 4,825,920 | 100.00% | 4,825,920 |
| Non-Performing | Palm Harbor One, LLC | 28,480,000 | 5.60% | 1,594,000 |
| Non-Performing | The Gardens Phase II (The Gardens, LLC) | 2,500,000 | 100.00% | 2,500,000 |
| Non-Performing | Lake Helen Partners | 3,159,704 | 28.77% | 908,908 |
| Non-Performing | Castaic Partners II, LLC | 5,600,000 | 7.59% | 425,000 |
| Non-Performing | Castaic Partners III, LLC | 4,675,000 | 0.53% | 25,000 |
| Non-Performing | Huntsville (West Hills Park Joint Venture) | 10,475,000 | 4.77% | 500,000 |
| Non-Performing | Harbor Georgetown, L.L.C. | 8,800,000 | 5.80% | 510,000 |
| Non-Performing | Amesbury/Hatters Point (Amesburyport Corporation) | 19,242,193 | 1.72% | 330,016 |
| Non-Performing | Tapia Ranch (Castaic Partners, LLC) | 22,000,000 | 1.43% | 314,000 |
| Non-Performing | Foxhill 216, LLC | 25,980,000 | 0.10% | 25,000 |
| Non-Performing | Eagle Meadows Development | 31,050,000 | 11.76% | 3,652,000 |
| | Total | 240,348,239 | | 20,542,766 |