Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email:        vnelson@nevadafirm.com

*Attorneys for Del and Ernestine Bunch*

E-Filed: <u>December 18, 2006</u>

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>_____Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>_____Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>_____Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>_____Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>_____Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered under**<br>**Case No. BK-S-06-10725-LBR** |

Affects:
☐   All Debtors
☒   USA Commercial Mortgage Company
☐   USA Securities, LLC
☐   USA Capital Realty Advisors, LLC
☐   USA Capital Diversified Trust Deed Fund, LLC
☐   USA First Trust Deed Fund, LLC

<u>**SUPPLEMENT TO MOTION FOR ORDER**</u>
<u>**TEMPORARILY ALLOWING THE CLAIM**</u>
<u>**OF DEL AND ERNESTINE BUNCH FOR**</u>
<u>**VOTING PURPOSES**</u>

Date of Hearing:    OST Pending
Time of Hearing:    OST Pending

Judge:    Hon. Linda B. Riegle

Del and Ernestine Bunch ("Bunch") through their counsel, the law firm of Santoro, Driggs, Walch, Kearney, Johnson & Thompson, pursuant to Fed. R. Bankr. P. 3018(a) filed a Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes on December 15, 2006 (Dkt. No. 2124) ("Motion"). Del and Ernestine Bunch

. . .

. . .

06531-01/132942

1    supplement the Motion by submitting a Supplemental Declaration of Del Bunch, filed

2    concurrently herewith.

3    　　　　DATED this 18th day of December, 2006.

4

5    　　　　　　　　　　　　　　SANTORO, DRIGGS, WALCH,
　　　　　　　　　　　　　　　　KEARNEY, JOHNSON & THOMPSON

6

7    　　　　　　　　　　　　　　*Richard F. Holley*

8    　　　　　　　　　　　　　　Richard F. Holley, Esq. (NV Bar No. 3077)
　　　　　　　　　　　　　　　　Victoria L. Nelson, Esq. (NV Bar No. 5436)

9    　　　　　　　　　　　　　　Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
　　　　　　　　　　　　　　　　400 South Fourth Street, Third Floor

10   　　　　　　　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　Telephone:702/791-0308

11   　　　　　　　　　　　　　　Facsimile: 702/791-1912
　　　　　　　　　　　　　　　　*Attorneys for Del and Ernestine Bunch*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

[06531-01/132942]