1  Annette W. Jarvis, Utah Bar No. 1649
   RAY QUINNEY & NEBEKER P.C.
2  36 South State Street, Suite 1400
3  P.O. Box 45385                                    **E-FILED ON DECEMBER 18, 2006**
   Salt Lake City, Utah 84145-0385
4  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
5  Email: ajarvis@rqn.com

6  and

7  Lenard E. Schwartzer
   Nevada Bar No. 0399
8  Jeanette E. McPherson
   Nevada Bar No. 5423
9  Schwartzer & McPherson Law Firm
   2850 South Jones Boulevard, Suite 1
10 Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590
11 Facsimile:  (702) 892-0122
   E-Mail:  bkfilings@s-mlaw.com
12 Attorneys for Debtors

13                  **UNITED STATES BANKRUPTCY COURT**
                            **DISTRICT OF NEVADA**

| | |
|---|---|
| 14  In re:<br><br>15  USA COMMERCIAL MORTGAGE COMPANY,<br>16                                                    Debtor. | Case Nos. BK-S-06-10725 LBR<br>Case Nos. BK-S-06-10726 LBR<br>Case Nos. BK-S-06-10727 LBR<br>Case Nos. BK-S-06-10728 LBR<br>Case Nos. BK-S-06-10729 LBR |
| 16  In re:<br>17  USA CAPITAL REALTY ADVISORS, LLC,<br>18                                                    Debtor. | Chapter 11 |
| 18  In re:<br>19  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>20                                                    Debtor. | **DECLARATION IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME TO HEAR DEBTORS' COMBINED MOTION IN LIMINE AND MEMORANDUM IN SUPPORT REGARDING THE OBJECTION OF USA INVESTMENT PARTNERS, LLC, JOSEPH MILANOWSKI AND THOMAS HANTGES TO CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION** |
| 20  In re:<br>21  USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>22                                                    Debtor. | |
| 22  In re:<br>23  USA SECURITIES, LLC,<br>24                                                    Debtor. | |
| 24  Affects:<br>    ☒ All Debtors<br>25  ☐ USA Commercial Mortgage Company<br>    ☐ USA Securities, LLC<br>26  ☐ USA Capital Realty Advisors, LLC<br>    ☐ USA Capital Diversified Trust Deed Fund, LLC<br>27  ☐ USA First Trust Deed Fund, LLC | Date:  December 19, 2006 (OST)<br>Time:  10:00 a.m. (OST) |

28

                                       1
Declaration Re Application for OST Re Motion In Liminie

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1        Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm under

2   penalties of perjury, hereby declares that:

3            1.       A Debtors' Combined Motion In Limine And Memorandum In Support

4   Regarding The Objection Of USA Investment Partners, LLC, Joseph Milanowski And Thomas

5   Hantges To Confirmation Of The Debtors' Third Amended Joint Chapter 11 Plan Of

6   Reorganization (the "Motion") has been filed.  This Motion respectfully request the Court enter an

7   order prohibiting IP Partners and Milanowski from presenting argument and evidence in support

8   of the Plan Objection, striking the Plan Objection, and for such other relief as the Court deems just

9   and reasonable.

10           2.       Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

11           3.       The Motion is requested to be heard on shortened time because the confirmation

12   hearing is scheduled to be heard on December 19, 2006 at 9:30 a.m. and this Motion must be

13   heard on or before this time.

14       Dated:  December 18, 2006.

                                                     /s/   Jeanette E. McPherson, Esq.
15                                                  Lenard E. Schwartzer, Nevada Bar No. 0399
                                                    Jeanette E. McPherson, Nevada Bar No. 5423
16                                                  SCHWARTZER & MCPHERSON LAW FIRM
                                                    2850 South Jones Boulevard, Suite 1
17                                                  Las Vegas, Nevada  89146
18                                                  and
                                                    Annette W. Jarvis, Utah Bar No. 1649
19                                                  RAY QUINNEY & NEBEKER P.C.
20                                                  36 South State Street, Suite 1400
                                                    P.O. Box 45385
21                                                  Salt Lake City, Utah 84145-0385

22

23

24

25

26

27

28

2

Declaration Re Application for OST Re Motion In Liminie