# EXHIBIT "F"

1



LOAN PARTNERS CAPITAL
(702) 360-2860
3800 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

009326

June 26, 2000          $1,175,000.00

**one million, one hundred seventy-five thousand and 00/100 dollars**————————

TO THE
ORDER
OF    USA Commercial Mortgage Investors Trust

⑈009326⑈ ⑈122401778⑈ 01800 87200⑈    ⑈01175000Оm

---

06/29/00
122000661    00031600001 0300 00010791
→122401778←
BANK WEST OF NEVADA
-LAS VEGAS, NEVADA-
702-248-4200

WFB   TEMPE AZ 06282000
TRACER #12005    00200010791
→1221-0527-84
5002633365

PAY TO THE ORDER OF
WELLS FARGO BANK
LAS VEGAS NV 89193
▶ 1221204¶ ◀
FOR DEPOSIT ONLY
USA COMMERCIAL MORTGAGE COMPANY
INVESTORS TRUST ACCOUNT
0456657146

YOUR ENDORSEMENT IN THE ABOVE AREA ONLY
DO NOT SIGN, WRITE OR STAMP BELOW THIS LINE
FOR DEPOSITORY BANK USE ONLY



nkWest
N E V A D A

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01
DATE: 06/30/00

PAGE:              3
ACCOUNT: 120028700
DOCUMENTS:        55

------------

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
9500 HILLWOOD DRIVE SUITE 130
LAS VEGAS NV 89134

## YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 06/09 | 9241* | 205.36 | 06/06 | 9285 | 129.63 | 06/19 | 9304 | 223.95 |
| 06/12 | 9242* | 20.00 | 06/06 | 9286 | 20.00 | 06/16 | 9305 | 406.58 |
| 06/05 | 9258* | 120.00 | 06/07 | 9287 | 384.33 | 06/15 | 9306 | 37.90 |
| 06/05 | 9266 | 75.00 | 06/08 | 9288 | 1,652.47 | 06/15 | 9307* | 205.65 |
| 06/05 | 9267 | 35.00 | 06/12 | 9289 | 2,862.52 | 06/19 | 9309 | 189.83 |
| 06/01 | 9268 | 375.00 | 06/06 | 9290 | 5,000.00 | 06/19 | 9310 | 200.00 |
| 06/06 | 9269* | 64.35 | 06/12 | 9291 | 10,000.00 | 06/22 | 9311 | 690.00 |
| 06/13 | 9271 | 150.00 | 06/07 | 9292 | 1,057.50 | 06/22 | 9312 | 83.56 |
| 06/01 | 9272 | 450.24 | 06/16 | 9293 | 55.00 | 06/19 | 9313 | 1,059.00 |
| 06/05 | 9273 | 160.00 | 06/14 | 9294 | 32.24 | 06/20 | 9314 | 341.00 |
| 06/07 | 9274 | 375.00 | 06/16 | 9295 | 38.66 | 06/21 | 9315 | 131.16 |
| 06/07 | 9275 | 24.99 | 06/13 | 9296 | 711.90 | 06/26 | 9316 | 150.00 |
| 06/05 | 9276* | 1,000,000.00 | 06/14 | 9297 | 1,213.99 | 06/21 | 9317* | 1,350.00 |
| 06/05 | 9278 | 3,642.00 | 06/14 | 9298 | 1,216.78 | 06/28 | 9321* | 936.00 |
| 06/06 | 9279 | 4,507.00 | 06/13 | 9299 | 444.74 | 06/30 | 9326 | 1,175,000.00 |
| 06/09 | 9280* | 600.00 | 06/15 | 9300 | 156.61 | 06/30 | 9327 | 50.00 |
| 06/07 | 9282 | 79.00 | 06/14 | 9301 | 765.00 | 06/29 | 9328 | 1,200.00 |
| 06/12 | 9283 | 710.00 | 06/16 | 9302 | 1,720.00 | | | |
| 06/07 | 9284 | 1,060.89 | 06/14 | 9303 | 155.36 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - - - I N T E R E S T - - - - - - - - - -

AVERAGE LEDGER BALANCE:          363,006.63   INTEREST EARNED:                447.81
INTEREST PAID THIS PERIOD:           447.81   DAYS IN PERIOD:                     30
INTEREST PAID 2000:                1,188.62   ANNUAL PERCENTAGE YIELD EARNED:  1.51%
TAX IDENTIFICATION NUMBER:       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

Member Federal Deposit Insurance Corporation





003 01 01

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
9500 HILLWOOD DRIVE SUITE 130
LAS VEGAS NV  89134

30-0
0
59

PREM. BUS. NOW
ACCOUNT:                        120028700

08/01/00 THRU 08/31/0
DOCUMENT COUNT:            5
PAGE

"YOUR BUSINESS PARTNER FOR THE YEAR 2000 AND BEYOND"

===============================================================================
PREM. BUS. NOW ACCOUNT 120028700
===============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT . . . . . . . . . . . . . . . . . | | | 07/31/00 | 235,364.78 |
| CHECK # 9372 | 1,200.00 | | 08/01/00 | 234,164.78 |
| CHECK # 9390 | 191.73 | | 08/02/00 | 233,973.05 |
| CHECK # 9373 | 200.00 | | 08/02/00 | 233,773.05 |
| CHECK # 9386 | 308.00 | | 08/02/00 | 233,465.05 |
| CHECK # 9388 | 310.00 | | 08/02/00 | 233,155.05 |
| CHECK # 9387 | 64.35 | | 08/03/00 | 233,090.70 |
| CHECK # 9391 | 200,000.00 | | 08/03/00 | 33,090.70 |
| CHECK # 9375 | 53.83 | | 08/04/00 | 33,036.87 |
| CHECK # 9393 | 600.00 | | 08/09/00 | 32,436.87 |
| CHECK # 9392 | 2,946.29 | | 08/10/00 | 29,490.58 |
| DEPOSIT | | 51,860.42 | 08/11/00 | 81,351.00 |
| DEPOSIT | | 211,240.29 | 08/11/00 | 292,591.29 |
| CHECK # 9383 | 125.00 | | 08/11/00 | 292,466.29 |
| DEPOSIT | | 219,434.49 | 08/15/00 | 511,900.78 |
| CHECK # 9403 | 52.55 | | 08/15/00 | 511,848.23 |
| CHECK # 9417 | 90.41 | | 08/16/00 | 511,757.82 |
| CHECK # 9409 | 100.08 | | 08/16/00 | 511,657.74 |
| CHECK # 9395 | 150,000.00 | | 08/16/00 | 361,657.74 |
| CHECK # 9394 | 275,000.00 | | 08/16/00 | 86,657.74 |
| CHECK # 9405 | 8.30 | | 08/17/00 | 86,649.44 |
| CHECK # 9421 | 45.00 | | 08/17/00 | 86,604.44 |
| CHECK # 9408 | 473.83 | | 08/17/00 | 86,130.61 |
| CHECK # 9427 | 1,000.00 | | 08/17/00 | 85,130.61 |
| CHECK # 9425 | 1,485.00 | | 08/17/00 | 83,645.61 |
| CHECK # 9420 | 1,500.00 | | 08/17/00 | 82,145.61 |
| CHECK # 9410 | 12.87 | | 08/18/00 | 82,132.74 |
| CHECK # 9418 | 28.00 | | 08/18/00 | 82,104.74 |
| CHECK # 9416 | 100.00 | | 08/18/00 | 82,004.74 |
| CHECK # 9414 | 153.75 | | 08/18/00 | 81,850.99 |
| CHECK # 9399 | 201.10 | | 08/18/00 | 81,649.89 |
| CHECK # 9406 | 300.00 | | 08/18/00 | 81,349.89 |
| CHECK # 9419 | 351.10 | | 08/18/00 | 80,998.79 |
| CHECK # 9426 | 2,506.50 | | 08/18/00 | 78,492.29 |
| CHECK # 9396 | 48.28 | | 08/21/00 | 78,444.01 |
| CHECK # 9402 | 50.00 | | 08/21/00 | 78,394.01 |

* * * C O N T I N U E D * * *



LOAN PARTNERS CAPITA
(702) 360-3850
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

009394

DATE 8-11-00    AMOUNT

$275,000.00

Two hundred seventy-five thousand and 00/100 Dollars

PAY TO THE
ORDER
OF    USA Commercial Mortgage Investors Trust

AG  16  2
2
1220-0016-8 2
2 BANK WEST OF NEVADA
LAS VEGAS, NV
08/16/00    01

122000247
08152000  PKT. 013
TRACER # 1412
48175115

WFB  TEMPE AZ  00140000
TRACER# 3506    021
1221-0527-8

PAY TO THE ORDER OF
WELLS FARGO BANK
LAS VEGAS, NV  89193
FOR DEPOSIT ONLY
12220191
USA COMMERCIAL MORTGAGE COMPANY
0834600049

YOUR ENDORSEMENT IN THE ABOVE AREA ONLY
DO NOT SIGN, WRITE OR STAMP BELOW THIS LINE

FOR DEPOSITORY BANK USE ONLY

SUBSEQUENT COLLECTING BANK USE ONLY



003 01 01

**BankWest**
N E V A D A

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
9500 HILLWOOD DRIVE SUITE 130
LAS VEGAS NV  89134

30-0
0
59

PREM. BUS. NOW
ACCOUNT:                12002870(

08/01/00 THRU 08/31/0(
DOCUMENT COUNT:          5!
PAGE

===============================================================================

## YOUR CHECKS SEQUENCED

===============================================================================

DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUN

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 08/01 | 9372 | 1,200.00 | 08/15 | 9403 | 52.55 | 08/21 | 9424 | 10,000.0( |
| 08/02 | 9373* | 200.00 | 08/21 | 9404 | 100.00 | 08/17 | 9425 | 1,485.0( |
| 08/04 | 9375* | 53.83 | 08/17 | 9405 | 8.30 | 08/18 | 9426 | 2,506.5( |
| 08/11 | 9383* | 125.00 | 08/18 | 9406 | 300.00 | 08/17 | 9427 | 1,000.0( |
| 08/02 | 9386 | 308.00 | 08/21 | 9407 | 3,117.90 | 08/22 | 9428 | 1,200.0( |
| 08/03 | 9387 | 64.35 | 08/17 | 9408 | 473.83 | 08/30 | 9429* | 890.1( |
| 08/02 | 9388* | 310.00 | 08/16 | 9409 | 100.08 | 08/30 | 9431 | 200.0( |
| 08/02 | 9390 | 191.73 | 08/18 | 9410 | 12.87 | 08/31 | 9432 | 2,000.0( |
| 08/03 | 9391 | 200,000.00 | 08/21 | 9411 | 765.00 | 08/28 | 9433 | 710.0( |
| 08/10 | 9392 | 2,946.29 | 08/25 | 9412 | 860.00 | 08/28 | 9434 | 373.0! |
| 08/09 | 9393 | 600.00 | 08/23 | 9413 | 1,447.12 | 08/25 | 9435 | 985.0( |
| 08/16 | 9394 | 275,000.00 | 08/18 | 9414* | 153.75 | 08/30 | 9436* | 68.4! |
| 08/16 | 9395 | 150,000.00 | 08/18 | 9416 | 100.00 | 08/24 | 9438 | 248.0( |
| 08/21 | 9396 | 48.28 | 08/16 | 9417 | 90.41 | 08/28 | 9439* | 80.4( |
| 08/21 | 9397 | 58.36 | 08/18 | 9418 | 28.00 | 08/31 | 9441 | 2,033.0( |
| 08/22 | 9398 | 886.09 | 08/18 | 9419 | 351.10 | 08/29 | 9442* | 625.0( |
| 08/18 | 9399 | 200.10 | 08/17 | 9420 | 1,500.00 | 08/29 | 9444 | 87.8: |
| 08/30 | 9400 | 45.00 | 08/17 | 9421 | 45.00 | 08/29 | 9445 | 20.0( |
| 08/31 | 9401 | 11,429.8! | 08/24 | 9422 | 502.50 | 08/31 | 9446 | 326.0! |
| 08/21 | 9402 | 50.00 | 08/21 | 9423 | 100.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - - I N T E R E S T - - - - - - - - - -

AVERAGE LEDGER BALANCE:        111,272.37   INTEREST EARNED:               141.86
INTEREST PAID THIS PERIOD:         141.86   DAYS IN PERIOD:                     31
INTEREST PAID 2000:              1,382.02   ANNUAL PERCENTAGE YIELD EARNED:  1.51%
TAX IDENTIFICATION NUMBER:   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

Member Federal Deposit Insurance Corporation

ORIGINAL CHECK HAS MICRO PRINTING IN THE SIGNATURE LINE AND RED CHECK NUMBERS IMAGE THROUGH TO THE BACK OF THE SHEET

**LOAN PARTNERS CAPITAL**
(703) 866-2860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankWest
LAS VEGAS
NEVADA
94777-1224

009395

DATE 8-11-00        AMOUNT
$150,000.00

PAY TO THE One hundred fifty thousand and 00/100 Dollars
ORDER
OF        USA Commercial Mortgage Investors Trust

⑈009395⑈ ⑆1241⑉7761 0120028700⑈        ⑈0150000000⑈

---

2  AG ~ 16  2
      2
1  1220-0010-6 2 F NEVADA
   LAS VEGAS  NV
   08/16/00      01

WFB  TEMPE,AZ  C0150000
TRACER# 3506      021
▶ 1221-0522-84
1224 -01
003 (   )
1000020001501

YOUR ENDORSEMENT IN THE ABOVE AREA, ONLY
DO NOT SIGN, WRITE, OR STAMP BELOW THIS LINE

SUBSEQUENT COLLECTING BANK USE ONLY

FOR DEPOSITORY BANK USE ONLY

WELLS FARGO BANK
LAS VEGAS, NV 89193
▲ 12200191 ▲
FOR DEPOSIT ONLY
08346B049
USA COMMERCIAL MORTGAGE COMPANY

122000247
68152000   PKT. 613
TRACER # 1412

4817511 4



003 01 01

PO. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

DEL M BUNCH JR                           30-0
DBA LOAN PARTNERS CAPITAL                0
9500 HILLWOOD DRIVE SUITE 130            59
LAS VEGAS NV  89134              PREM. BUS. NOW
                                ACCOUNT:              12002870

                                08/01/00 THRU 08/31/0
                                DOCUMENT COUNT:       5
                                                 PAGE

===========================================================================
===========================================================================
                         YOUR CHECKS SEQUENCED
===========================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUN

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/01 | 9372 | 1,200.00 | 08/15 | 9403 | 52.55 | 08/21 | 9424 | 10,000.0 |
| 08/02 | 9373* | 200.00 | 08/21 | 9404 | 100.00 | 08/17 | 9425 | 1,485.0 |
| 08/04 | 9375* | 53.83 | 08/17 | 9405 | 8.30 | 08/18 | 9426 | 2,506.5 |
| 08/11 | 9383* | 125.00 | 08/18 | 9406 | 300.00 | 08/17 | 9427 | 1,000.0 |
| 08/02 | 9386 | 308.00 | 08/21 | 9407 | 3,117.90 | 08/22 | 9428 | 1,200.0 |
| 08/03 | 9387 | 64.35 | 08/17 | 9408 | 473.83 | 08/30 | 9429* | 890.1 |
| 08/02 | 9388* | 310.00 | 08/16 | 9409 | 100.08 | 08/30 | 9431 | 200.0 |
| 08/02 | 9390 | 191.73 | 08/18 | 9410 | 12.87 | 08/31 | 9432 | 2,000.0 |
| 08/03 | 9391 | 200,000.00 | 08/21 | 9411 | 765.00 | 08/28 | 9433 | 710.0 |
| 08/10 | 9392 | 2,946.29 | 08/25 | 9412 | 860.00 | 08/28 | 9434 | 373.0 |
| 08/09 | 9393 | 600.00 | 08/23 | 9413 | 1,447.12 | 08/25 | 9435 | 985.0 |
| 08/16 | 9394 | 275,000.00 | 08/18 | 9414* | 153.75 | 08/30 | 9436* | 68.4 |
| 08/16 | 9395 | 150,000.00 | 08/18 | 9416 | 100.00 | 08/24 | 9438 | 248.0 |
| 08/21 | 9396 | 48.28 | 08/16 | 9417 | 90.41 | 08/28 | 9439* | 80.4 |
| 08/21 | 9397 | 58.36 | 08/18 | 9418 | 28.00 | 08/31 | 9441 | 2,033.0 |
| 08/22 | 9398 | 186.09 | 08/18 | 9419 | 351.10 | 08/29 | 9442* | 625.0 |
| 08/18 | 9399 | 201.10 | 08/17 | 9420 | 1,500.00 | 08/29 | 9444 | 87.8 |
| 08/30 | 9400 | 45.00 | 08/17 | 9421 | 45.00 | 08/29 | 9445 | 20.0 |
| 08/31 | 9401 | 11,429.81 | 08/24 | 9422 | 502.50 | 08/31 | 9446 | 326.0 |
| 08/21 | 9402 | 50.00 | 08/21 | 9423 | 100.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - I N T E R E S T - - - - - - - - - -

AVERAGE LEDGER BALANCE:        111,272.37  INTEREST EARNED:               141.86
INTEREST PAID THIS PERIOD:         141.86  DAYS IN PERIOD:                    31
INTEREST PAID 2000:              1,382.02  ANNUAL PERCENTAGE YIELD EARNED:  1.51
TAX IDENTIFICATION NUMBER:     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

Member Federal Deposit Insurance Corporation



LOAN PARTNERS CAPITAL
(702) 360-3860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankWest
LAS VEGAS
NEVADA
94-177/1224

009554

DATE                AMOUNT
October 24, 2000      $125,000.00

PAY One hundred twenty-five thousand and 00/100 ------------------------------------

TO THE
ORDER
OF       USA Commercial Mortgage Investors Trust

⑈009554⑈ ⑈1224⑈1770⑈ 0120048700⑈ ⑈004⑈500000⑈

BANKWEST OF NEVADA          1224  WEB17 TEMPE, AZ  10252000
LAS VEGAS, NV          00  003 TRACER 0848        021
10/30/00    01          0300  W1221 0527-84
                              1838929067

122000247
10262000   PKT. 013
TRACER # 2842
49087200

PAY TO THE ORDER OF
WELLS FARGO BANK
LAS VEGAS, NV  89933
▼ 122001191 ▲
FOR DEPOSIT ONLY
USA COMMERCIAL MORTGAGE
COMPANY
083460049



003 01 01

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

| | | | 30-0 | | |
|---|---|---|---|---|---|
| DEL M BUNCH JR | | | 0 | | |
| DBA LOAN PARTNERS CAPITAL | | 1 | 62 | | |
| 9500 HILLWOOD DRIVE SUITE 130 | | | | PREM. BUS. NOW | |
| LAS VEGAS NV  89134 | | | | ACCOUNT: | 12002870 |

09/30/00 THRU 10/31/0
DOCUMENT COUNT:              6
PAGE

================================================================================
PREM. BUS. NOW ACCOUNT 120028700
================================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 9537 | 1,350.00 | | 10/16/00 | 1100,456.22 |
| CHECK # 9520 | 103.32 | | 10/18/00 | 1100,352.90 |
| CHECK # 9538 | 415.56 | | 10/18/00 | 1099,937.34 |
| CHECK # 9536 | 1,350.00 | | 10/18/00 | 1098,587.34 |
| CHECK # 9535 | 1075,000.00 | | 10/18/00 | 23,587.34 |
| CHECK # 9543 | 2,750.00 | | 10/19/00 | 20,837.34 |
| CHECK # 9534 | 36.81 | | 10/19/00 | 20,800.53 |
| CHECK # 9529 | 710.00 | | 10/19/00 | 20,090.53 |
| CHECK # 9530 | 2,822.27 | | 10/19/00 | 17,268.26 |
| CHECK # 9531 | 27.03 | | 10/20/00 | 17,241.23 |
| DEPOSIT | | 1,500.00 | 10/24/00 | 18,741.23 |
| DEPOSIT | | 6,250.00 | 10/24/00 | 24,991.23 |
| DEPOSIT | | 150,882.12 | 10/24/00 | 175,873.35 |
| CHECK # 9546 | 70.00 | | 10/25/00 | 175,803.35 |
| CHECK # 9551 | 186.00 | | 10/25/00 | 175,617.35 |
| CHECK # 9549 | 1,200.00 | | 10/25/00 | 174,417.35 |
| CHECK # 9532 | 11.77 | | 10/26/00 | 174,405.58 |
| CHECK # 9544 | 254.30 | | 10/26/00 | 174,151.28 |
| CHECK # 9533 | 1,424.95 | | 10/26/00 | 172,726.33 |
| CHECK # 9493 | 9,165.00 | | 10/26/00 | 163,561.33 |
| CHECK # 9539 | 4.00 | | 10/30/00 | 163,557.33 |
| CHECK # 9540 | 25.00 | | 10/30/00 | 163,532.33 |
| CHECK # 9541 | 25.00 | | 10/30/00 | 163,507.33 |
| CHECK # 9545 | 94.70 | | 10/30/00 | 163,412.63 |
| CHECK # 9550 | 363.37 | | 10/30/00 | 163,049.26 |
| CHECK # 9553 | 1,400.00 | | 10/30/00 | 161,649.26 |
| CHECK # 9552 | 2,080.00 | | 10/30/00 | 159,569.26 |
| CHECK # 9555 | 2,169.63 | | 10/30/00 | 157,399.63 |
| CHECK # 9542 | 2,946.29 | | 10/30/00 | 154,453.34 |
| CHECK # 9554 | 125,000.00 | | 10/30/00 | 29,453.34 |
| DEPOSIT | | 13,636.05 | 10/31/00 | 43,089.39 |
| CHECK # 9563 | 93.76 | | 10/31/00 | 42,995.63 |
| CHECK # 9556 | 294.90 | | 10/31/00 | 42,700.73 |
| INTEREST | | | 10/31/00 | 42,886.88 |
| BALANCE THIS STATEMENT ........................... | | | 10/31/00 | 42,886.88 |

TOTAL CREDITS     (7) 1,244,687.31
TOTAL DEBITS     (62) 1,301,046.94
          * * * C O N T I N U E D * * *



ORIGINAL CHECK HAS MICRO PRINTING IN THE SIGNATURE LINE AND RED CHECK NUMBERS IMAGE THROUGH TO THE BACK OF THE SHEET

**LOAN PARTNERS CAPITAL**
(702) 360-2880
8500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankWest
OF NEVADA
LAS VEGAS
NEVADA
94-177/1224

009535

DATE October 13, 2000   AMOUNT 1,075,000.00

PAY One million, seventy-five thousand and 00/100--------------------------

TO THE
ORDER
OF    USA Commercial Mortgage Investors Trust

⑈009535⑈ ⑆1224⑈01778⑈ 01200⑈28700⑈ ⑆01075000000



003 01 01

**nkWest**
N E V A D A

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
DEL M BUNCH JR                          30-0
DBA LOAN PARTNERS CAPITAL          1    62
9500 HILLWOOD DRIVE SUITE 130           PREM. BUS. NOW
LAS VEGAS NV  89134                     ACCOUNT:              1200287(

                                        09/30/00 THRU 10/31/(
                                        DOCUMENT COUNT:
                                                           PAGE
```

=================================================================
PREM. BUS. NOW ACCOUNT 120028700
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 9537 | 1,350.00 | | 10/16/00 | 1100,456.22 |
| CHECK # 9520 | 103.32 | | 10/18/00 | 1100,352.90 |
| CHECK # 9538 | 415.56 | | 10/18/00 | 1099,937.34 |
| CHECK # 9536 | 1,350.00 | | 10/18/00 | 1098,587.34 |
| CHECK # 9535 | 1075,000.00 | | 10/18/00 | 23,587.34 |
| CHECK # 9543 | 2,750.00 | | 10/19/00 | 20,837.34 |
| CHECK # 9534 | 36.81 | | 10/19/00 | 20,800.53 |
| CHECK # 9529 | 710.00 | | 10/19/00 | 20,090.53 |
| CHECK # 9530 | 2,822.27 | | 10/19/00 | 17,268.26 |
| CHECK # 9531 | 27.03 | | 10/20/00 | 17,241.23 |
| DEPOSIT | | 1,500.00 | 10/24/00 | 18,741.23 |
| DEPOSIT | | 6,250.00 | 10/24/00 | 24,991.23 |
| DEPOSIT | | 150,882.12 | 10/24/00 | 175,873.35 |
| CHECK # 9546 | 70.00 | | 10/25/00 | 175,803.35 |
| CHECK # 9551 | 186.00 | | 10/25/00 | 175,617.35 |
| CHECK # 9549 | 1,200.00 | | 10/25/00 | 174,417.35 |
| CHECK # 9532 | 11.77 | | 10/26/00 | 174,405.58 |
| CHECK # 9544 | 254.30 | | 10/26/00 | 174,151.28 |
| CHECK # 9533 | 1,424.95 | | 10/26/00 | 172,726.33 |
| CHECK # 9493 | 9,165.00 | | 10/26/00 | 163,561.33 |
| CHECK # 9539 | 4.00 | | 10/30/00 | 163,557.33 |
| CHECK # 9540 | 25.00 | | 10/30/00 | 163,532.33 |
| CHECK # 9541 | 25.00 | | 10/30/00 | 163,507.33 |
| CHECK # 9545 | 94.70 | | 10/30/00 | 163,412.63 |
| CHECK # 9550 | 363.37 | | 10/30/00 | 163,049.26 |
| CHECK # 9553 | 1,400.00 | | 10/30/00 | 161,649.26 |
| CHECK # 9552 | 2,080.00 | | 10/30/00 | 159,569.26 |
| CHECK # 9555 | 2,169.63 | | 10/30/00 | 157,399.63 |
| CHECK # 9542 | 2,946.29 | | 10/30/00 | 154,453.34 |
| CHECK # 9554 | 125,000.00 | | 10/30/00 | 29,453.34 |
| DEPOSIT | | 13,636.05 | 10/31/00 | 43,089.39 |
| CHECK # 9563 | 93.76 | | 10/31/00 | 42,995.63 |
| CHECK # 9556 | 294.90 | | 10/31/00 | 42,700.73 |
| INTEREST | | | 10/31/00 | 42,886.88 |
| BALANCE THIS STATEMENT ........................................ | | | 10/31/00 | 42,886.88 |

```
TOTAL CREDITS    (7)  1,244,687.31
TOTAL DEBITS    (62)  1,301,046.94
              * * * C O N T I N U E D * * *
```



ORIGINAL CHECK HAS MICRO PRINTING IN THE SIGNATURE LINE AND RED CHECK NUMBERS IMAGE THROUGH TO THE BACK OF THE SHEET

LOAN PARTNERS CAPITA

(702) 360-2860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankW OF NEV
LAS VEGAS
NEVADA
94-177/1224

00983

3/29/2001

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust          $    **100,000.00

One Hundred Thousand and 00/100*************************************    DOLLAR

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV  89121

MEMO    R007 Prin Addition

⑈00983⑈ ⑈122⑈01770⑈ 0⑈20088700⑈          ⑈00100000000⑈

BANKWEST OF NEVADA
LAS VEGAS, NV
04/04/01          01

WFB TEMPE,AZ 04022001
TRACER# 2491    021
122105278 4

WFB LA, CA 04032001
TRACER # 2864  PKT. 013
122105278
20690321

04/04/01
1220-0016-6
22090737

0141    49388

PAY TO THE ORDER OF
WELLS FARGO BANK
LAS VEGAS, NV  89193
12200191
FOR DEPOSIT ONLY
USA COMMERCIAL MORTGAGE COMPANY
0834601049

YOUR ENDORSEMENT IN THE AREA BELOW
DO NOT SIGN, WRITE OR STAMP BELOW THIS LINE

FOR DEPOSITORY BANK USE ONLY

SUBSEQUENT COLLECTING BANK USE ONLY

The security features on this document include
an artificial watermark on the reverse side and chemical
protection. Absence of these features or the appearance of brown
or blue stains may indicate alteration.

# BankWest
## OF NEVADA

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
9500 HILLWOOD DRIVE SUITE 130
LAS VEGAS NV  89134

30-0
0
46

BUSINESS PREMIUM NOW
ACCOUNT:                1200287(

03/31/01 THRU 04/30/(
DOCUMENT COUNT:        4
PAGE

**WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:**
**www.bankwestnevada.com**

=====================================================================

## BUSINESS PREMIUM NOW ACCOUNT 120028700

=====================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT .......................... | | | 03/30/01 | 152,357.65 |
| CHECK # 9847 | 1,320.00 | | 04/02/01 | 151,037.65 |
| CHECK # 9829 | 8.88 | | 04/03/01 | 151,028.77 |
| CHECK # 9838 | 200.00 | | 04/03/01 | 150,828.77 |
| CHECK # 9830 | 6,340.00 | | 04/03/01 | 144,488.77 |
| CHECK # 9844 | 29.20 | | 04/04/01 | 144,459.57 |
| CHECK # 9846 | 374.45 | | 04/04/01 | 144,085.12 |
| CHECK # 9843 | 500.00 | | 04/04/01 | 143,585.12 |
| CHECK # 9840 | 1,000.00 | | 04/04/01 | 142,585.12 |
| CHECK # 9836 | 100,000.00 | | 04/04/01 | 42,585.12 |
| DEPOSIT | | 1,500.00 | 04/05/01 | 44,085.12 |
| CHECK # 9852 | 100.00 | | 04/06/01 | 43,985.12 |
| CHECK # 9845 | 315.58 | | 04/06/01 | 43,669.54 |
| CHECK # 9842 | 548.30 | | 04/06/01 | 43,121.24 |
| CHECK # 9853 | 321.31 | | 04/09/01 | 42,799.93 |
| CHECK # 9848 | 600.00 | | 04/09/01 | 42,199.93 |
| DEPOSIT | | 69,000.00 | 04/10/01 | 111,199.93 |
| CHECK # 9855 | 231.82 | | 04/10/01 | 110,968.11 |
| CHECK # 9864 | 1,000.00 | | 04/10/01 | 109,968.11 |
| CHECK # 9861 | 2,946.29 | | 04/10/01 | 107,021.82 |
| CHECK # 9850 | 5,000.00 | | 04/10/01 | 102,021.82 |
| CHECK # 9839 | 225.00 | | 04/11/01 | 101,796.82 |
| CHECK # 9862 | 1,555.00 | | 04/11/01 | 100,241.82 |
| CHECK # 9858 | 203.30 | | 04/12/01 | 100,038.52 |
| CHECK # 9856 | 419.95 | | 04/12/01 | 99,618.57 |
| CHECK # 9854 | 3,671.00 | | 04/12/01 | 95,947.57 |
| CHECK # 9866 | 12,500.00 | | 04/12/01 | 83,447.57 |
| CHECK # 9865 | 15,000.00 | | 04/12/01 | 68,447.57 |
| DEPOSIT | | 1,304.00 | 04/13/01 | 69,751.57 |
| DEPOSIT | | 3,500.00 | 04/13/01 | 73,251.57 |
| CHECK # 9860 | 39.99 | | 04/13/01 | 73,211.58 |
| CHECK # 9859 | 1,255.00 | | 04/13/01 | 71,956.58 |
| CHECK # 9851 | 45.10 | | 04/16/01 | 71,911.48 |
| CHECK # 9867 | 1,200.00 | | 04/16/01 | 70,711.48 |
| CHECK # 9869 | 1,200.00 | | 04/16/01 | 69,511.48 |

**\* \* \* C O N T I N U E D \* \* \***

DP002 Rev. (7/2000)                    Member Federal Deposit Insurance Corporation

ORIGINAL CHECK HAS MICRO PRINTING IN THE SIGNATURE LINE AND RED CHECK NUMBERS IMAGE THROUGH TO THE BACK OF THE SHEET

**LOAN PARTNERS CAPIT.**
(702) 360-2660
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

**Bank**West
OF NEVADA
LAS VEGAS
NEVADA
94-177/1224

00997

6/27/2001

PAY
TO THE
ORDER OF        USA Commercial Mortgage Investors Trust        $  **125,000.00

One Hundred Twenty-Five Thousand and 00/100** ***************************************    DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO        R007 Prin Addition

⑇00997⑇ ⑇12240⑇177⑇ 01220280⑇00⑇        ⑇0012500000⑇



The security features on this document include fluorescent fibers, an artificial watermark on the reverse side and chemical protection. Absence of these features or the appearance of brown or blue stains may indicate alteration.

BANKWEST OF NEVADA
LAS VEGAS, NV
06/29/01    01

SUBSEQUENT COLLECTING BANK USE ONLY

WFB  TEMPE, AZ  06282001
TRACER# 2243        006
▶ 1221-0527-84

PAY TO THE ORDER OF
WELLS FARGO BANK
LAS VEGAS, NV  89193
▲ 12210191 ▲
FOR DEPOSIT ONLY
083460049
USA COMMERCIAL MORTGAGE COMPANY

YOUR ENDORSEMENT IN THE ABOVE AREA ONLY
DO NOT SIGN, WRITE OR STAMP BELOW THIS LINE
FOR DEPOSITORY BANK USE ONLY



**BankWest**
OF NEVADA

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
10137 SNOW CREST PL
LAS VEGAS NV  89134-2563

30-0
0
47

BUSINESS PREMIUM NOW
ACCOUNT:                12002870

06/01/01 THRU 06/29/0
DOCUMENT COUNT:        4
PAGE

===============================================================================
### BUSINESS PREMIUM NOW ACCOUNT 120028700
===============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 9955 | 12,500.00 | | 06/19/01 | 30,839.40 |
| CHECK # 9950 | 66.68 | | 06/20/01 | 30,772.72 |
| CHECK # 9951 | 78.47 | | 06/20/01 | 30,694.25 |
| CHECK # 9964 | 1,000.00 | | 06/20/01 | 29,694.25 |
| CHECK # 9967 | 1,200.00 | | 06/20/01 | 28,494.25 |
| CHECK # 9961 | 1,320.00 | | 06/20/01 | 27,174.25 |
| CHECK # 9930 | 51.75 | | 06/22/01 | 27,122.50 |
| CHECK # 9960 | 625.27 | | 06/22/01 | 26,497.23 |
| CHECK # 9970 | 765.00 | | 06/26/01 | 25,732.23 |
| CHECK # 9945 | 920.00 | | 06/26/01 | 24,812.23 |
| DEPOSIT | | 139,626.69 | 06/27/01 | 164,438.92 |
| CHECK # 9974 | 157.25 | | 06/27/01 | 164,281.67 |
| CHECK # 9963 | 230.00 | | 06/27/01 | 164,051.67 |
| CHECK # 9968 | 58.95 | | 06/28/01 | 163,992.72 |
| CHECK # 9972 | 46.09 | | 06/29/01 | 163,946.63 |
| CHECK # 9975 | 125,000.00 | | 06/29/01 | 38,946.63 |
| INTEREST | | 8.03 | 06/29/01 | 38,954.66 |
| BALANCE THIS STATEMENT ..................................... | | | 06/29/01 | 38,954.66 |

TOTAL CREDITS     (3)      10,245.83
TOTAL DEBITS     (48)     180,372.92

===============================================================================
### YOUR CHECKS SEQUENCED
===============================================================================

| DATE...CHECK #......AMOUNT | DATE...CHECK #......AMOUNT | DATE...CHECK #......AMOUNT |
|---|---|---|
| 06/13        *      321.27 | 06/01     9932     1,320.00 | 06/11     9941       315.00 |
| 06/14     9914*      867.50 | 06/11     9933       225.00 | 06/01     9942*      600.00 |
| 06/01     9917*      230.00 | 06/05     9934       765.00 | 06/26     9945       920.00 |
| 06/18     9923*      110.00 | 06/05     9935       500.00 | 06/18     9946        22.41 |
| 06/07     9925*      100.00 | 06/06     9936        29.20 | 06/14     9947        79.00 |
| 06/04     9927     1,320.00 | 06/12     9937       160.00 | 06/14     9948        96.53 |
| 06/11     9928        58.95 | 06/07     9938       736.84 | 06/14     9949       533.76 |
| 06/06     9929     1,000.00 | 06/11     9939        32.18 | 06/20     9950        66.68 |
| 06/22     9930*       51.75 | 06/05     9940        82.23 | 06/20     9951        78.47 |

* * * C O N T I N U E D * * *

DP002 Rev. (7/2000)                                    Member Federal Deposit Insurance Corporation

**LOAN PARTNERS CAPITAL**
(702) 360-2860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

**BankWest**
LAS VEGAS
NEVADA
94-177/1224

01000

9/12/2001

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust                                    $ **775,000.00

Seven Hundred Seventy-Five Thousand and 00/100************************************************    DOLLA

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV  89121

MEMO    R007 Prin Addition

⑈010001⑈ ⑆122404⑆78⑆ 0⑆200⑆67001⑆                    ⑈007750000⑈

---

The security features on this document include fluorescent fibers, an artificial watermark on the reverse side and chemical protection. Absence of these features or this appearance of brown or blue stains may indicate alteration.

BANKWEST OF NEVADA
LAS VEGAS, NV
09/18/01    01
#1221-0527-84

SCHFB  TEMPE AZ  09172001
TRACER# 1559        660

YOUR ENDORSEMENT IN THE ABOVE AREA ONLY
DO NOT SIGN, WRITE OR STAMP BELOW THIS LINE
FOR DEPOSITORY BANK USE ONLY

USA COMME
MORTGAGE COMPANY
FOR
ONLY
LAS VEG

**BankWest**
of **Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01         PAGE:        1
DATE: 09/28/01  ACCOUNT: 120028700
               DOCUMENTS:    35

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL          30-0
10137 SNOW CREST PL              2
LAS VEGAS NV  89134-2563         33

=================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

=================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 08/31/01 | 42,280.11 |
| CHECK # 10058 | 353.22 | | 09/04/01 | 41,926.89 |
| CHECK # 10056 | 500.00 | | 09/04/01 | 41,426.89 |
| CHECK # 10057 | 1,320.00 | | 09/04/01 | 40,106.89 |
| CHECK # 10063 | 1,320.00 | | 09/04/01 | 38,786.89 |
| CHECK # 10062 | 70.23 | | 09/05/01 | 38,716.66 |
| CHECK # 10066 | 2,000.00 | | 09/06/01 | 36,716.66 |
| USA COMMERCIAL M CREDIT 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 | | 72,763.89 | 09/07/01 | 109,480.55 |
| CHECK # 10065 | 11,850.00 | | 09/07/01 | 97,630.55 |
| CHECK # 10061 | 37.54 | | 09/10/01 | 97,593.01 |
| CHECK # 10059 | 225.00 | | 09/12/01 | 97,368.01 |
| CHECK # 10070 | 15,000.00 | | 09/13/01 | 82,368.01 |
| DEPOSIT | | 750,000.00 | 09/14/01 | 832,368.01 |
| CHECK # 10072 | 53.57 | | 09/14/01 | 832,314.44 |
| CHECK # 10067 | 96.53 | | 09/14/01 | 832,217.91 |
| CHECK # 10068 | 708.39 | | 09/17/01 | 831,509.52 |
| CHECK # 10081 | 1,320.00 | | 09/17/01 | 830,189.52 |
| CHECK # 10069 | 1,471.21 | | 09/17/01 | 828,718.31 |
| CHECK # 10073 | 4,478.00 | | 09/17/01 | 824,240.31 |
| CHECK # 10064 | 100.00 | | 09/18/01 | 824,140.31 |
| CHECK # 10083 | 775,000.00 | | 09/18/01 | 49,140.31 |
| CHECK # 10079 | 155.00 | | 09/19/01 | 48,985.31 |
| CHECK # 10074 | 1,320.00 | | 09/19/01 | 47,665.31 |
| CHECK # 10080 | 37.57 | | 09/20/01 | 47,627.74 |
| CHECK # 10071 | 12,500.00 | | 09/20/01 | 35,127.74 |
| CHECK # 10086 | 1,200.00 | | 09/21/01 | 33,927.74 |
| CHECK # 10075 | 74.43 | | 09/21/01 | 33,853.31 |
| CHECK # 10077 | 230.00 | | 09/21/01 | 33,623.31 |
| CHECK # 10078 | 263.16 | | 09/21/01 | 33,360.15 |
| CHECK # 10084 | 920.00 | | 09/21/01 | 32,440.15 |

* * * C O N T I N U E D * * *

DP-002 (Rev. 08/01)

**LOAN PARTNERS CAPITAL**
(702) 360-2860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134


**BankWest**
OF NEVADA
LAS VEGAS
NEVADA
94-177/1224

01008

9/21/2001

PAY
TO THE
ORDER OF     USA Commercial Mortgage Investors Trust

$  **175,000.00

One Hundred Seventy-Five Thousand and 00/100************************************************  DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO     Del Bunch - R007 Prin Addition

⑆01008⑆ ⑆1224⑆0177⑆ 0⑈200⑈28⑈00⑆               ⑈0017500000⑈







**BankWest of Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01          PAGE:                  2
DATE: 09/28/01   ACCOUNT: 120028700
                   DOCUMENTS:            35
```

DEL M BUNCH JR

```
=================================================================
                 BUSINESS PREMIUM NOW ACCOUNT 120028700
=================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 10085 | 1,080.00 | | 09/21/01 | 31,360.15 |
| CHECK # 10082 | 1,215.00 | | 09/21/01 | 30,145.15 |
| DEPOSIT | | 193,892.91 | 09/24/01 | 224,038.06 |
| CHECK # 10076 | 58.95 | | 09/24/01 | 223,979.11 |
| CHECK # 10088 | 60.00 | | 09/26/01 | 223,919.11 |
| CHECK # 10089 | 175,000.00 | | 09/26/01 | 48,919.11 |
| CHECK # 10087 | 16,172.72 | | 09/28/01 | 32,746.39 |
| INTEREST | | 17.72 | 09/28/01 | 32,764.11 |
| BALANCE THIS STATEMENT ........................... | | | 09/28/01 | 32,764.11 |

```
   TOTAL CREDITS    (4)   1,016,674.52
   TOTAL DEBITS    (33)   1,026,190.52
```

```
=================================================================
                       YOUR CHECKS SEQUENCED
=================================================================
```

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/04 | 10056 | 500.00 | 09/17 | 10068 | 708.39 | 09/19 | 10079 | 155.00 |
| 09/04 | 10057 | 1,320.00 | 09/17 | 10069 | 1,471.21 | 09/20 | 10080 | 37.57 |
| 09/04 | 10058 | 383.22 | 09/13 | 10070 | 15,000.00 | 09/17 | 10081 | 1,320.00 |
| 09/12 | 10059* | 225.00 | 09/20 | 10071 | 12,500.00 | 09/21 | 10082 | 1,215.00 |
| 09/10 | 10061 | 3.54 | 09/14 | 10072 | 53.57 | 09/18 | 10083 | 775,000.00 |
| 09/05 | 10062 | 70.00 | 09/17 | 10073 | 4,478.00 | 09/21 | 10084 | 920.00 |
| 09/04 | 10063 | 1,320.00 | 09/19 | 10074 | 1,320.00 | 09/21 | 10085 | 1,080.00 |
| 09/18 | 10064 | 100.00 | 09/21 | 10075 | 74.43 | 09/21 | 10086 | 1,200.00 |
| 09/07 | 10065 | 11,850.00 | 09/21 | 10076 | 58.95 | 09/28 | 10087 | 16,172.72 |
| 09/06 | 10066 | 2,000.00 | 09/24 | 10077 | 230.00 | 09/26 | 10088 | 60.00 |
| 09/14 | 10067 | 96.53 | 09/21 | 10078 | 263.16 | 09/26 | 10089 | 175,000.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - I N T E R E S T - - - - - - - - - -

```
AVERAGE LEDGER BALANCE:        179,667.13   INTEREST EARNED:                   17.72
AVERAGE AVAILABLE BALANCE:      92,385.25   DAYS IN PERIOD:                       28
INTEREST PAID THIS PERIOD:          17.72   ANNUAL PERCENTAGE YIELD EARNED:     .25%
INTEREST PAID 2001:                179.93
```

DP-002 (Rev. 08/01)

Member Federal Deposit Insurance Corporation



**LOAN PARTNERS CAPITAL**
(702) 240-2860
8408 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankWest

010188

12/14/2001

PAY TO THE ORDER OF   USA Commercial Mortgage Investors Trust

$ **1,075,000.00

One Million Seventy-Five Thousand and 00/100***************************************************   DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO   Del Ranch - R007 Prin Addition

# BankWest of Nevada
### Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01        PAGE:
DATE: 12/31/01   ACCOUNT: 120028700
                 DOCUMENTS:    3
```

```
DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL           30-0
10137 SNOW CREST PL                  1
LAS VEGAS NV  89134-2563            30
```

=========================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
=========================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
=========================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 11/30/01 | 45,563.28 |
| CHECK # 10158 | 37.54 | | 12/03/01 | 45,525.74 |
| CHECK # 10164 | 375.00 | | 12/03/01 | 45,150.74 |
| CHECK # 10166 | 1,320.00 | | 12/03/01 | 43,830.74 |
| CHECK # 10160 | 1,565.00 | | 12/03/01 | 42,265.74 |
| CHECK # 10165 | 116.25 | | 12/05/01 | 42,149.49 |
| USA COMMERCIAL M CREDIT 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 | | 86,250.00 | 12/06/01 | 128,399.49 |
| CHECK # 10161 | 100.00 | | 12/06/01 | 128,299.49 |
| CHECK # 10168 | 1,873.75 | | 12/07/01 | 126,425.74 |
| CHECK # 10170 | 1,320.00 | | 12/10/01 | 125,105.74 |
| CHECK # 10169 | 7,000.00 | | 12/10/01 | 118,105.74 |
| CHECK # 10163 | 300.00 | | 12/11/01 | 117,805.74 |
| CHECK # 10173 | 15,000.00 | | 12/11/01 | 102,805.74 |
| CHECK # 10175 | 96.53 | | 12/12/01 | 102,709.21 |
| CHECK # 10174 | 477.00 | | 12/12/01 | 102,232.21 |
| CHECK # 10178 | 6,138.00 | | 12/12/01 | 96,094.21 |
| CHECK # 10177 | 916.54 | | 12/13/01 | 95,177.67 |
| CHECK # 10167 | 2,000.00 | | 12/13/01 | 93,177.67 |
| CHECK # 10179 | 11,375.00 | | 12/13/01 | 81,802.67 |
| DEPOSIT | | 1075,007.55 | 12/14/01 | 1156,810.22 |
| CHECK # 10172 | 74.43 | | 12/14/01 | 1156,735.79 |
| CHECK # 10180 | 8,704.53 | | 12/14/01 | 1148,031.26 |
| CHECK # 10182 | 230.00 | | 12/18/01 | 1147,801.26 |
| CHECK # 10187 | 1,320.00 | | 12/18/01 | 1146,481.26 |
| CHECK # 10181 | 4,478.00 | | 12/18/01 | 1142,003.26 |
| CHECK # 10188 | 1075,000.00 | | 12/18/01 | 67,003.26 |
| CHECK # 10185 | 124.00 | | 12/19/01 | 66,879.26 |
| CHECK # 10191 | 1,200.00 | | 12/21/01 | 65,679.26 |
| CHECK # 10184 | 139.40 | | 12/21/01 | 65,539.86 |
| CHECK # 10189 | 582.91 | | 12/24/01 | 64,956.95 |

* * * C O N T I N U E D * * *

DP-002 (Rev. 08/01)

10228   1175000.00   01/18/02

LOAN PARTNERS CAPITAL
(702) 363-3800
8900 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankWest

010228

04-174/1234

1/16/2002

PAY
TO THE
ORDER OF     USA Commercial Mortgage Investors Trust                    $ **1,175,000.00

One Million One Hundred Seventy-Five Thousand and 00/100************************************ DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO     Del Bunch - R007 Palo Addition

⑈010228⑈ ⑆124017178⑈ 0120028700⑈              ⑈0117500000⑈



**BankWest**
OF **NEVADA**

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
                              003 01 01        PAGE:              2
                              DATE: 01/31/02   ACCOUNT: 120028700
                                               DOCUMENTS:        46
```

DEL M BUNCH JR

==================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
==================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 10225 | 2,640.00 | | 01/17/02 | 1222,906.51 |
| CHECK # 10215 | 4,513.45 | | 01/17/02 | 1218,393.06 |
| CHECK # 10227 | 74.43 | | 01/18/02 | 1218,318.63 |
| CHECK # 10223 | 137.45 | | 01/18/02 | 1218,181.18 |
| CHECK # 10219 | 212.00 | | 01/18/02 | 1217,969.18 |
| CHECK # 10228 | 1175,000.00 | | 01/18/02 | 42,969.18 |
| CHECK # 10218 | 58.95 | | 01/22/02 | 42,910.23 |
| CHECK # 10222 | 630.43 | | 01/22/02 | 42,279.80 |
| CHECK # 10217 | 3,500.00 | | 01/22/02 | 38,779.80 |
| CHECK # 10226 | 915.00 | | 01/23/02 | 37,864.80 |
| CHECK # 10233 | 1,287.50 | | 01/23/02 | 36,577.30 |
| CHECK # 10224 | 37.84 | | 01/24/02 | 36,539.46 |
| CHECK # 10230 | 827.59 | | 01/24/02 | 35,711.87 |
| CHECK # 10232 | 36.88 | | 01/25/02 | 35,674.99 |
| CHECK # 10234 | 1,016.50 | | 01/25/02 | 34,658.49 |
| CHECK # 10231 | 230.00 | | 01/29/02 | 34,428.49 |
| CHECK # 10242 | 204.16 | | 01/30/02 | 34,224.33 |
| CHECK # 10229 | 435.54 | | 01/30/02 | 33,788.79 |
| INTEREST | | 14.78 | 01/31/02 | 33,803.57 |
| BALANCE THIS STATEMENT ..................................... | | | 01/31/02 | 33,803.57 |

```
     TOTAL CREDITS        (3)  1,219,576.56
     TOTAL DEBITS        (45)  1,236,674.13
```

==================================================================
YOUR CHECKS SEQUENCED
==================================================================

| DATE...CHECK #......AMOUNT | DATE...CHECK #......AMOUNT | DATE...CHECK #......AMOUNT |
|---|---|---|
| 01/04  10183*     690.00 | 01/16  10206     460.00 | 01/17  10221     198.93 |
| 01/04  10186*   1,550.00 | 01/11  10207     226.27 | 01/22  10222     630.43 |
| 01/10  10192      75.00 | 01/14  10208  15,000.00 | 01/18  10223     137.45 |
| 01/07  10193      58.95 | 01/15  10209  12,500.00 | 01/24  10224      37.84 |
| 01/04  10194      54.02 | 01/15  10210   5,000.00 | 01/17  10225   2,640.00 |
| 01/07  10195     281.50 | 01/14  10211     135.00 | 01/23  10226     915.00 |
| 01/10  10196     539.24 | 01/15  10212      80.00 | 01/18  10227      74.43 |
| 01/10  10197      37.54 | 01/14  10213   1,200.00 | 01/18  10228 1175,000.00 |
| 01/07  10198*     37.51 | 01/16  10214   2,950.00 | 01/30  10229     435.54 |
| 01/02  10200     270.00 | 01/17  10215   4,513.45 | 01/24  10230     827.59 |
| 01/02  10201     625.00 | 01/16  10216     152.68 | 01/29  10231     230.00 |
| 01/02  10202     469.54 | 01/22  10217   3,500.00 | 01/25  10232      36.88 |
| 01/02  10203   1,820.00 | 01/22  10218      58.95 | 01/23  10233   1,287.50 |
| 01/11  10204     300.00 | 01/18  10219     212.00 | 01/25  10234*  1,016.50 |
| 01/09  10205     102.37 | 01/16  10220     102.86 | 01/30  10242     204.16 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
* * * C O N T I N U E D * * *

DP002 Rev. (7/2000)                              Member Federal Deposit Insurance Corporation

# 10298  125000.00  03/11/02



LOAN PARTNERS CAPITAL
(702) 368-3800
9000 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankWest                                                          010298

ID:
ISSUED:                                                           03/05/2002
HOST:

PAY
TO THE
ORDER OF

USA Commercial Mortgage Investors Trust                    $  **125,000.00

One Hundred Twenty-Five Thousand and 00/100***********************************************    DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO

Del Bunch Account Principal Increase

# BankWest of Nevada
## Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
                                    003 01 01      PAGE:              1
                                    DATE: 03/29/02  ACCOUNT: 120028700
                                                    DOCUMENTS:        47
```

```
        DEL M BUNCH JR
        DBA LOAN PARTNERS CAPITAL                        30-1
        10137 SNOW CREST PL                                 2
        LAS VEGAS NV  89134-2563                           45
```

==========================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
==========================================================================

BUSINESS PREMIUM NOW ACCOUNT 120028700
==========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 02/28/02 | 74,100.08 |
| CHECK # 10295 | 2,500.00 | | 03/01/02 | 71,600.08 |
| DEPOSIT | | 18,296.00 | 03/04/02 | 89,896.08 |
| CHECK # 10290 | 125.00 | | 03/04/02 | 89,771.08 |
| CHECK # 10296 | 225.00 | | 03/04/02 | 89,546.08 |
| CHECK # 10285 | 252.50 | | 03/05/02 | 89,293.58 |
| CHECK # 10239 | 125.00 | | 03/06/02 | 89,168.58 |
| CHECK # 10289 | 139.00 | | 03/06/02 | 89,029.58 |
| USA COMMERCIAL M CREDITS 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 | | 115,500.00 | 03/07/02 | 204,529.58 |
| CHECK # 10294 | 2,374.00 | | 03/07/02 | 202,155.58 |
| CHECK # 10288 | 53.62 | | 03/08/02 | 202,101.96 |
| CHECK # 10297 | 257.25 | | 03/08/02 | 201,844.71 |
| CHECK # 10303 | 15,000.00 | | 03/08/02 | 186,844.71 |
| CHECK # 10291 | 26.81 | | 03/11/02 | 186,817.90 |
| CHECK # 10292 | 50.00 | | 03/11/02 | 186,767.90 |
| CHECK # 10304 | 96.53 | | 03/11/02 | 186,671.37 |
| CHECK # 10300 | 2,593.76 | | 03/11/02 | 184,077.61 |
| CHECK # 10298 | 125,000.00 | | 03/11/02 | 59,077.61 |
| CHECK # 10302 | 76.48 | | 03/12/02 | 59,001.13 |
| CHECK # 10287 | 225.00 | | 03/12/02 | 58,776.13 |
| CHECK # 10305 | 12,500.00 | | 03/12/02 | 46,276.13 |
| CHECK # 10308 | 30.00 | | 03/13/02 | 46,246.13 |
| CHECK # 10307 | 54.93 | | 03/13/02 | 46,191.20 |
| CHECK # 10293 | 110.00 | | 03/13/02 | 46,081.20 |
| CHECK # 2010299 | 143.98 | | 03/13/02 | 45,937.22 |
| CHECK # 10309 | 385.00 | | 03/14/02 | 45,552.22 |
| CHECK # 10306 | 460.00 | | 03/14/02 | 45,092.22 |
| CHECK # 10301 | 4,794.02 | | 03/14/02 | 40,298.20 |
| CHECK # 10315 | 1,200.00 | | 03/18/02 | 39,098.20 |
| CHECK # 10310 | 1,600.00 | | 03/18/02 | 37,498.20 |

* * * C O N T I N U E D * * *

Member Federal Deposit Insurance Corporation

10375   200000.00   05/06/02



**LOAN PARTNERS CAPITAL**
10357 SNOW CHEST PLACE
LAS VEGAS, NV 89134

BankWest

010375

05/01/2002

PAY TO THE ORDER OF    USA Commercial Mortgage Investors Trust    $ **200,000.00

Two Hundred Thousand and 00/100************************************************************** DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO    Del Bunch Account Principal Increase

⑆010375⑆ ⑆122401778⑆ 0120028700⑆    ⑈00 20000000⑈

⑆010375⑆ ⑆122401778⑆    ⑈00 20000000⑈