# EXHIBIT "F"

2



BankWest
of Nevada
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01          PAGE:              1
DATE: 05/31/02   ACCOUNT: 120028700
                 DOCUMENTS:         39

DEL M BUNCH JR                                          30-1
DBA LOAN PARTNERS CAPITAL                                1
10137 SNOW CREST PL                                      38
LAS VEGAS NV  89134-2563

===============================================================
         WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                    www.bankwestnevada.com
===============================================================

### BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT . . . . . . . . . . . . . . . . . . . |  |  | 04/30/02 | 12,644.86 |
| CHECK # 10343 | 30.00 |  | 05/01/02 | 12,614.86 |
| CHECK # 10340 | 460.00 |  | 05/01/02 | 12,154.86 |
| DEPOSIT |  | 211,984.44 | 05/02/02 | 224,139.30 |
| CHECK # 10375 | 200,000.00 |  | 05/06/02 | 24,139.30 |
| USA COMMERCIAL M CREDITS 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 |  | 125,833.33 | 05/07/02 | 149,972.63 |
| CHECK # 10374 | 475.00 |  | 05/09/02 | 149,497.63 |
| CHECK # 10377 | 2,640.00 |  | 05/09/02 | 146,857.63 |
| CHECK # 10389 | 3,747.50 |  | 05/09/02 | 143,110.13 |
| CHECK # 10376 | 2,950.00 |  | 05/10/02 | 140,160.13 |
| CHECK # 10379 | 15,000.00 |  | 05/10/02 | 125,160.13 |
| CHECK # 10390 | 1,200.00 |  | 05/13/02 | 123,960.13 |
| CHECK # 10385 | 3,960.00 |  | 05/13/02 | 120,000.13 |
| CHECK # 10372 | 50.52 |  | 05/14/02 | 119,949.61 |
| CHECK # 10394 | 62.00 |  | 05/14/02 | 119,887.61 |
| CHECK # 10378 | 76.48 |  | 05/14/02 | 119,811.13 |
| CHECK # 10363 | 100.00 |  | 05/14/02 | 119,711.13 |
| CHECK # 10368 | 142.44 |  | 05/14/02 | 119,568.69 |
| CHECK # 10392 | 356.11 |  | 05/14/02 | 119,212.58 |
| CHECK # 10384 | 5,000.00 |  | 05/14/02 | 114,212.58 |
| CHECK # 10391 | 230.00 |  | 05/15/02 | 113,982.58 |
| CHECK # 10367 | 340.30 |  | 05/15/02 | 113,642.28 |
| CHECK # 10395 | 425.00 |  | 05/15/02 | 113,217.28 |
| CHECK # 10386 | 585.00 |  | 05/15/02 | 112,632.28 |
| CHECK # 10380 | 58.95 |  | 05/16/02 | 112,573.33 |
| CHECK # 10393 | 113.67 |  | 05/16/02 | 112,459.66 |
| CHECK # 10382 | 148.99 |  | 05/16/02 | 112,310.67 |
| CHECK # 10397 | 2,500.00 |  | 05/16/02 | 109,810.67 |
| CHECK # 10387 | 5,000.00 |  | 05/16/02 | 104,810.67 |
| CHECK # 10371 | 30.00 |  | 05/17/02 | 104,780.67 |

* * *  C O N T I N U E D  * * *

**10425    100000.00    06/13/02**



LOAN PARTNERS CAPITAL
(702) 242-9507
10727 SNOW CREST PLACE
LAS VEGAS, NV 89124

BankWest
NEVADA

010425

06/10/2002

PAY TO THE ORDER OF    USA Commercial Mortgage Investors Trust            $ **100,000.00

One Hundred Thousand and 00/100************************************    DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO    Del Bunch Account Principal Increase

**BankWest**
of **Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01          PAGE:          1
DATE: 06/28/02   ACCOUNT: 120028700
                 DOCUMENTS:      35

*Recon OK*

DEL M BUNCH JR                                    30-1
DBA LOAN PARTNERS CAPITAL                            1
10137 SNOW CREST PL                                 34
LAS VEGAS NV  89134-2563

==================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

==================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
==================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 05/31/02 | 62,622.64 |
| CHECK # 10400 | 85.59 | | 06/03/02 | 62,537.05 |
| CHECK # 10404 | 96.53 | | 06/04/02 | 62,440.52 |
| CHECK # 10406 | 30.00 | | 06/05/02 | 62,410.52 |
| CHECK # 10399 | 258.01 | | 06/05/02 | 62,152.51 |
| CHECK # 10402 | 50.00 | | 06/06/02 | 62,102.51 |
| CHECK # 10407 | 548.00 | | 06/06/02 | 61,554.51 |
| USA COMMERCIAL M CREDITS 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 | | 133,472.22 | 06/10/02 | 195,026.73 |
| CHECK # 10415 | 173.00 | | 06/11/02 | 194,853.73 |
| CHECK # 10419 | 302.29 | | 06/11/02 | 194,551.44 |
| CHECK # 10410 | 1,200.00 | | 06/11/02 | 193,351.44 |
| CHECK # 10408 | 2,950.00 | | 06/11/02 | 190,401.44 |
| CHECK # 10414 | 4,478.00 | | 06/11/02 | 185,923.44 |
| REFUNDED BANK CHARGES | | 20.00 | 06/12/02 | 185,943.44 |
| CHECK # 10416 | 76.48 | | 06/12/02 | 185,866.96 |
| CHECK # 10420 | 203.67 | | 06/12/02 | 185,663.29 |
| CHECK # 7010405 | 250.00 | | 06/12/02 | 185,413.29 |
| CHECK # 10403 | 550.00 | | 06/12/02 | 184,863.29 |
| CHECK # 10413 | 3,000.00 | | 06/12/02 | 181,863.29 |
| CHECK # 10412 | 5,000.00 | | 06/12/02 | 176,863.29 |
| CHECK # 10411 | 12,500.00 | | 06/12/02 | 164,363.29 |
| CHECK # 10409 | 15,000.00 | | 06/12/02 | 149,363.29 |
| CHECK # 10422 | 421.28 | | 06/13/02 | 148,942.01 |
| CHECK # 10425 | 100,000.00 | | 06/13/02 | 48,942.01 |
| CHECK # 10417 | 58.95 | | 06/14/02 | 48,883.06 |
| CHECK # 10421 | 230.00 | | 06/14/02 | 48,653.06 |
| CHECK # 30010430 | 6,600.00 | | 06/14/02 | 42,053.06 |
| CHECK # 10428 | 10,500.00 | | 06/17/02 | 31,553.06 |
| CHECK # 30010426 | 3,000.00 | | 06/18/02 | 28,553.06 |
| CHECK # 10435 | 10,000.00 | | 06/24/02 | 18,553.06 |

* * * C O N T I N U E D * * *

*Member Federal Deposit Insurance Corporation*

**10455    75000.00    07/11/02**



**BankWest**
**of Nevada**
*Your Business Partner™*

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01          PAGE:              1
DATE: 07/31/02  ACCOUNT: 120028700
                DOCUMENTS:        30
```

```
DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                    30-1
10137 SNOW CREST PL                             0
LAS VEGAS NV  89134-2563                        30
```

============================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

============================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
============================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 06/28/02 | 16,335.23 |
| CHECK # 10437 | 1,000.00 | | 07/01/02 | 15,335.23 |
| CHECK # 20010442 | 34.62 | | 07/02/02 | 15,300.61 |
| CHECK # 10439 | 276.65 | | 07/05/02 | 15,023.96 |
| USA COMMERCIAL M CREDITS 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 | | 130,333.33 | 07/08/02 | 145,357.29 |
| CHECK # 10438 | 150.00 | | 07/09/02 | 145,207.29 |
| CHECK # 10452 | 2,950.00 | | 07/09/02 | 142,257.29 |
| CHECK # 10447 | 68.00 | | 07/10/02 | 142,189.29 |
| CHECK # 10443 | 96.53 | | 07/10/02 | 142,092.76 |
| CHECK # 10431 | 100.00 | | 07/11/02 | 141,992.76 |
| CHECK # 10444 | 141.10 | | 07/11/02 | 141,851.66 |
| CHECK # 10454 | 1,200.00 | | 07/11/02 | 140,651.66 |
| CHECK # 10455 | 75,000.00 | | 07/11/02 | 65,651.66 |
| CHECK # 10441 | 30.00 | | 07/12/02 | 65,621.66 |
| CHECK # 25010445 | 230.00 | | 07/12/02 | 65,391.66 |
| CHECK # 10440 | 250.00 | | 07/12/02 | 65,141.66 |
| CHECK # 10446 | 733.56 | | 07/12/02 | 64,408.10 |
| CHECK # 10456 | 2,500.00 | | 07/12/02 | 61,908.10 |
| CHECK # 10429 | 3,200.00 | | 07/12/02 | 58,708.10 |
| CHECK # 10451 | 3,600.00 | | 07/12/02 | 55,108.10 |
| CHECK # 10450 | 8,000.00 | | 07/12/02 | 47,108.10 |
| CHECK # 10448 | 15,000.00 | | 07/12/02 | 32,108.10 |
| CHECK # 10453 | 2,640.00 | | 07/15/02 | 29,468.10 |
| CHECK # 10449 | 12,500.00 | | 07/16/02 | 16,968.10 |
| CHECK # 10461 | 221.49 | | 07/24/02 | 16,746.61 |
| CHECK # 10462 | 68.73 | | 07/25/02 | 16,677.88 |
| CHECK # 10460 | 230.00 | | 07/25/02 | 16,447.88 |
| CHECK # 10464 | 40.56 | | 07/26/02 | 16,407.32 |
| CHECK # 10459 | 58.95 | | 07/26/02 | 16,348.37 |
| CHECK # 10458 | 76.48 | | 07/26/02 | 16,271.89 |

* * * C O N T I N U E D * * *

BankWest of Nevada Your Business Partner™

DPC02 Rev. (09-01)

*Member Federal Deposit Insurance Corporation*

10524    75000.00    09/13/02



LOAN PARTNERS CAPITAL
(725) 312-5597
16137 SNOW CREST PLACE
LAS VEGAS, NV 69134

BankWest
NEVADA

010524

94 17/1214

PAY TO THE ORDER OF    USA Commercial Mortgage Investors Trust

09/09/2002

$ **75,000.00

Seventy-Five Thousand and 00/100************************************************************ DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO    Del Bunch - R007 Prin Addition

⑈010524⑈ ⑆122401778⑆ 0120028700⑈                    ⑈0007500000⑈

⑆122401778⑆                                        ⑈0007500000⑈

**BankWest of Nevada**
*Your Business Partner™*

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01          PAGE:              1
DATE: 09/30/02     ACCOUNT: 120028700
                   DOCUMENTS:        40
```

```
DEL M BUNCH JR                              30-0
DBA LOAN PARTNERS CAPITAL                      7
10137 SNOW CREST PL                           33
LAS VEGAS NV  89134-2563
```

==================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
==================================================================

BUSINESS PREMIUM NOW ACCOUNT 120028700
==================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 08/30/02 | 16,933.82 |
| CHECK # 10505 | 33.36 | | 09/04/02 | 16,900.46 |
| CHECK # 10487 | 225.00 | | 09/04/02 | 16,675.46 |
| CHECK # 10509 | 5,978.00 | | 09/04/02 | 10,697.46 |
| CHECK # 10503 | 250.00 | | 09/05/02 | 10,447.46 |
| CHECK # 10501 | 173.00 | | 09/06/02 | 10,274.46 |
| USA COMMERCIAL M CREDITS 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 | | 136,486.11 | 09/09/02 | 146,760.57 |
| CHECK # 10525 | 1,500.00 | | 09/10/02 | 145,260.57 |
| CHECK # 10526 | 8,000.00 | | 09/10/02 | 137,260.57 |
| CHECK # 10512 | 17,500.00 | | 09/10/02 | 119,760.57 |
| CHECK # 10508 | 270.00 | | 09/11/02 | 119,490.57 |
| CHECK # 10521 | 8,000.00 | | 09/11/02 | 111,490.57 |
| CHECK # 10515 | 96.53 | | 09/12/02 | 111,394.04 |
| CHECK # 10507 | 110.00 | | 09/12/02 | 111,284.04 |
| CHECK # 10502 | 1,500.00 | | 09/12/02 | 109,784.04 |
| CHECK # 10510 | 3,300.00 | | 09/12/02 | 106,484.04 |
| CHECK # 10523 | 3,600.00 | | 09/12/02 | 102,884.04 |
| CHECK # 10527 | 10,000.00 | | 09/12/02 | 92,884.04 |
| CHECK # 10517 | 12,500.00 | | 09/12/02 | 80,384.04 |
| CHECK # 10506 | 50.00 | | 09/13/02 | 80,334.04 |
| CHECK # 10524 | 75,000.00 | | 09/13/02 | 5,334.04 |
| CHECK # 10531 | 9,600.00 | | 09/16/02 | 4,265.96- |
| OVERDRAFT CHARGE | 5.00 | | 09/16/02 | 4,270.96- |
| REFUNDED BANK CHARGES | | 5.00 | 09/17/02 | 4,265.96- |
| OVERDRAFT CHARGE | 5.00 | | 09/17/02 | 4,270.96- |
| CHECK # 10504 | 30.00 | | 09/18/02 | 4,300.96- |
| OVERDRAFT CHARGE | 5.00 | | 09/18/02 | 4,305.96- |
| REFUNDED BANK CHARGES | | 5.00 | 09/19/02 | 4,300.96- |
| CHECK # 10522 | 62.00 | | 09/19/02 | 4,362.96- |
| CHECK # 10529 | 94.00 | | 09/19/02 | 4,456.96- |

* * * C O N T I N U E D * * *

10622 - 100000.00 - 12/12/02

ORIGINAL CHECK HAS MICRO PRINTING, ARTIFICIAL SIGNATURE LINE AND RED CHECK NUMBERS, MICRO DUST, VOID, BACKGROUND FEATURES

**LOAN PARTNERS CAPITAL**
(702) 242-9597
10137 SNOW CREST PLACE
LAS VEGAS, NV 89134

**BankWest**
OF NEVADA
LAS VEGAS
NEVADA
94-177/1224

**010622**

12/09/2002

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust            $ **100,000.00

One Hundred Thousand and 00/100************************************************** DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO        Del Bunch - R007 Prin Addition

⑆010622⑆ ⑆122401778⑆ 01200 28700⑆                        ⑈0010000000⑈



**Bank West of Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01            PAGE:           1
DATE: 12/31/02       ACCOUNT: 120028700
                     DOCUMENTS:      43
```

```
DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL            30-0
10137 SNOW CREST PL                   1
LAS VEGAS NV  89134-2563             42
```

===========================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
===========================================================================

BUSINESS PREMIUM NOW ACCOUNT 120028700
===========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 11/27/02 | 69,081.47 |
| CHECK # 10593 | 58.95 | | 12/02/02 | 69,022.52 |
| CHECK # 206 | 110.00 | | 12/02/02 | 68,912.52 |
| CHECK # 10594 | 178.14 | | 12/02/02 | 68,734.38 |
| CHECK # 10597 | 187.62 | | 12/02/02 | 68,546.76 |
| CHECK # 10599 | 375.00 | | 12/03/02 | 68,171.76 |
| CHECK # 10595 | 50.00 | | 12/05/02 | 68,121.76 |
| CHECK # 10600 | 83.24 | | 12/06/02 | 68,038.52 |
| USA COMMERCIAL ACH 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 | | 133,333.33 | 12/09/02 | 201,371.85 |
| CHECK # 10617 | 1,500.00 | | 12/09/02 | 199,871.85 |
| CHECK # 10614 | 4,478.00 | | 12/10/02 | 195,393.85 |
| CHECK # 10620 | 5,600.00 | | 12/10/02 | 189,793.85 |
| CHECK # 5010616 | 17,500.00 | | 12/10/02 | 172,293.85 |
| CHECK # 10619 | 8,000.00 | | 12/11/02 | 164,293.85 |
| CHECK # 10618 | 12,500.00 | | 12/11/02 | 151,793.85 |
| CHECK # 10615 | 3,300.00 | | 12/12/02 | 148,493.85 |
| CHECK # 10621 | 10,000.00 | | 12/12/02 | 138,493.85 |
| CHECK # 10622 | 100,000.00 | | 12/12/02 | 38,493.85 |
| CHECK # 10602 | 300.00 | | 12/13/02 | 38,193.85 |
| CHECK # 10623 | 3,000.00 | | 12/16/02 | 35,193.85 |
| CHECK # 2010611 | 62.00 | | 12/18/02 | 35,131.85 |
| CHECK # 10607 | 94.00 | | 12/18/02 | 35,037.85 |
| CHECK # 5010608 | 96.53 | | 12/18/02 | 34,941.32 |
| CHECK # 10603 | 152.68 | | 12/19/02 | 34,788.64 |
| CHECK # 10605 | 230.00 | | 12/19/02 | 34,558.64 |
| CHECK # 2010625 | 277.44 | | 12/19/02 | 34,281.20 |
| CHECK # 2010613 | 385.00 | | 12/19/02 | 33,896.20 |
| CHECK # 10626 | 41.04 | | 12/20/02 | 33,855.16 |
| CHECK # 10604 | 76.48 | | 12/20/02 | 33,778.68 |
| CHECK # 55010627 | 133.08 | | 12/23/02 | 33,645.60 |

* * * C O N T I N U E D * * *

Member Federal Deposit Insurance Corporation

DP-002 Rev. (07/02)

10794 - $45,000.00 - 05/23/2003





**BankWest of Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
                                    003 01 01        PAGE:           1
                                    DATE: 05/30/03   ACCOUNT: 120028700
                                                     DOCUMENTS:      34
```

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                    30-0
10137 SNOW CREST PL                           2
LAS VEGAS NV  89134-2563                      32

===============================================================
     WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                  www.bankwestnevada.com
===============================================================

          BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT .......................... | | | 04/30/03 | 3,201.56 |
| CHECK # 10768 | 250.00 | | 05/01/03 | 2,951.56 |
| CHECK # 10772 | 95.38 | | 05/02/03 | 2,856.18 |
| CHECK # 10770 | 100.00 | | 05/05/03 | 2,756.18 |
| CHECK # 10771 | 111.24 | | 05/06/03 | 2,644.94 |
| USA COMMERCIAL ACH 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 | | 135,000.00 | 05/07/03 | 137,644.94 |
| CHECK # 10769 | 45.55 | | 05/07/03 | 137,599.39 |
| CHECK # 10773 | 3,950.00 | | 05/09/03 | 133,649.39 |
| CHECK # 10781 | 4,700.00 | | 05/12/03 | 128,949.39 |
| CHECK # 10789 | 8,534.00 | | 05/12/03 | 120,415.39 |
| CHECK # 10774 | 3,300.00 | | 05/12/03 | 117,115.39 |
| CHECK # 10776 | 60,000.00 | | 05/12/03 | 57,115.39 |
| CHECK # 107865 | | | 05/13/03 | 52,115.39 |
| CHECK # 10787 | 8,000.00 | | 05/13/03 | 44,115.39 |
| CHECK # 10782 | 20,500.00 | | 05/13/03 | 23,615.39 |
| CHECK # 10780 | 95.00 | | 05/16/03 | 23,520.39 |
| CHECK # 10783 | 133.59 | | 05/16/03 | 23,386.80 |
| CHECK # 10777 | 58.95 | | 05/19/03 | 23,327.85 |
| CHECK # 10788 | 62.00 | | 05/19/03 | 23,265.85 |
| CHECK # 10784 | 230.00 | | 05/19/03 | 23,035.85 |
| CHECK # 10793 | 40.79 | | 05/20/03 | 22,995.06 |
| CHECK # 10775 | 79.15 | | 05/20/03 | 22,915.91 |
| CHECK # 10785 | 186.15 | | 05/20/03 | 22,729.76 |
| CHECK # 10778 | 280.00 | | 05/20/03 | 22,449.76 |
| DEPOSIT | | 45,000.00 | 05/21/03 | 67,449.76 |
| CHECK # 5010790 | 50.00 | | 05/21/03 | 67,399.76 |
| CHECK # 55010791 | 375.00 | | 05/21/03 | 67,024.76 |
| CHECK # 10794 | 45,000.00 | | 05/23/03 | 22,024.76 |
| CHECK # 10779 | 150.00 | | 05/27/03 | 21,874.76 |
| CHECK # 10792 | 450.00 | | 05/28/03 | 21,424.76 |

```
               * * *  C O N T I N U E D  * * *
```

Your Business Partner™

DP002 Rev. (03/03)

10809 - $1,105,000.00 - 06/02/2003



**Bank West of Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01        PAGE:              1
DATE: 06/30/03   ACCOUNT: 120028700
                 DOCUMENTS:        37
```

```
DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL        30-0
10137 SNOW CREST PL                 1
LAS VEGAS NV  89134-2563           36
```

=================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
=================================================================

BUSINESS PREMIUM NOW ACCOUNT 120028700
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 05/30/03 | 1125,472.35 |
| CHECK # 10797 | 9,366.35 | | 06/02/03 | 1116,106.00 |
| CHECK # 10809 | 1105,000.00 | | 06/02/03 | 11,106.00 |
| CHECK # 10798 | 202.80 | | 06/03/03 | 10,903.20 |
| CHECK # 9010800 | 222.00 | | 06/04/03 | 10,681.20 |
| CHECK # 10805 | 75.00 | | 06/05/03 | 10,606.20 |
| CHECK # 10806 | 162.14 | | 06/05/03 | 10,444.06 |
| CHECK # 10808 | 1,040.00 | | 06/05/03 | 9,404.06 |
| CHECK # 10810 | 35.00 | | 06/06/03 | 9,369.06 |
| USA COMMERCIAL ACH 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 | | 141,027.78 | 06/09/03 | 150,396.84 |
| CHECK # 10801 | 50.00 | | 06/10/03 | 150,346.84 |
| CHECK # 10811 | 4,900.00 | | 06/11/03 | 145,446.84 |
| CHECK # 10820 | 9,467.00 | | 06/11/03 | 135,979.84 |
| CHECK # 10813 | 12,000.00 | | 06/11/03 | 123,979.84 |
| CHECK # 10815 | 34,800.00 | | 06/11/03 | 89,179.84 |
| CHECK # 10812 | 46,600.00 | | 06/11/03 | 42,579.84 |
| CHECK # 10828 | 46.27 | | 06/12/03 | 42,533.57 |
| CHECK # 10824 | 232.44 | | 06/12/03 | 42,301.13 |
| CHECK # 10821 | 4,478.00 | | 06/12/03 | 37,823.13 |
| CHECK # 20010825 | 73.39 | | 06/13/03 | 37,749.74 |
| DEPOSIT | | 3,520.00 | 06/16/03 | 41,269.74 |
| CHECK # 2010822 | 200.96 | | 06/16/03 | 41,068.78 |
| CHECK # 10819 | 950.00 | | 06/16/03 | 40,118.78 |
| CHECK # 10816 | 1,425.00 | | 06/16/03 | 38,693.78 |
| CHECK # 10817 | 2,500.00 | | 06/16/03 | 36,193.78 |
| CHECK # 10814 | 4,400.00 | | 06/16/03 | 31,793.78 |
| CHECK # 10827 | 31.00 | | 06/17/03 | 31,762.78 |
| CHECK # 10826 | 106.54 | | 06/17/03 | 31,656.24 |
| CHECK # 10829 | 290.00 | | 06/17/03 | 31,366.24 |
| CHECK # 10807 | 130.00 | | 06/18/03 | 31,236.24 |

* * * C O N T I N U E D * * *

Member Federal Deposit Insurance Corporation

## 10858 - $50,000.00 - 07/21/2003





**BankWest** of **Nevada**
*Your Business Partner*™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01        PAGE:            1
DATE: 07/31/03   ACCOUNT: 120028700
                 DOCUMENTS:      29

```
DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                         30-0
10137 SNOW CREST PL                                  0
LAS VEGAS NV  89134-2563                             29
```

=======================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
=======================================================================

BUSINESS PREMIUM NOW ACCOUNT 120028700
=======================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT .................... | | | 06/30/03 | 22,447.88 |
| CHECK # 10836 | 40.79 | | 07/01/03 | 22,407.09 |
| CHECK # 10841 | 125.00 | | 07/02/03 | 22,282.09 |
| CHECK # 10840 | 173.00 | | 07/02/03 | 22,109.09 |
| CHECK # 10838 | 525.00 | | 07/07/03 | 21,584.09 |
| USA COMMERCIAL ACH 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 | | 154,166.67 | 07/08/03 | 175,750.76 |
| CHECK # 10848 | 2,950.00 | | 07/09/03 | 172,800.76 |
| CHECK # 10845 | 58,500.00 | | 07/09/03 | 114,300.76 |
| CHECK # 10804 | 825.00 | | 07/10/03 | 113,475.76 |
| CHECK # 10844 | 1,500.00 | | 07/10/03 | 111,975.76 |
| CHECK # 10843 | 17,500.00 | | 07/10/03 | 94,475.76 |
| CHECK # 10852 | 102.70 | | 07/11/03 | 94,373.06 |
| CHECK # 10842 | 3,300.00 | | 07/11/03 | 91,073.06 |
| CHECK # 10847 | 3,600.00 | | 07/11/03 | 87,473.06 |
| CHECK # 10854 | 31.00 | | 07/14/03 | 87,442.06 |
| CHECK # 10849 | 84.45 | | 07/15/03 | 87,357.61 |
| CHECK # 2010856 | 286.47 | | 07/15/03 | 87,071.14 |
| CHECK # 10853 | 400.04 | | 07/15/03 | 86,671.10 |
| CHECK # 10855 | 90.00 | | 07/17/03 | 86,581.10 |
| CHECK # 10846 | 8,000.00 | | 07/17/03 | 78,581.10 |
| CHECK # 10851 | 128.20 | | 07/18/03 | 78,452.90 |
| CHECK # 10858 | 50,000.00 | | 07/21/03 | 28,452.90 |
| CHECK # 20010859 | 24.98 | | 07/23/03 | 28,427.92 |
| CHECK # 10863 | 40.86 | | 07/24/03 | 28,387.06 |
| CHECK # 10862 | 4,575.40 | | 07/24/03 | 23,811.66 |
| CHECK # 10861 | 154.00 | | 07/25/03 | 23,657.66 |
| CHECK # 10864 | 185.00 | | 07/25/03 | 23,472.66 |
| CHECK # 10865 | 192.79 | | 07/25/03 | 23,279.87 |
| CHECK # 10857 | 58.95 | | 07/28/03 | 23,220.92 |
| CHECK # 10860 | 25.00 | | 07/29/03 | 23,195.92 |

* * *  C O N T I N U E D  * * *

DP002 Rev. (03/03)

10882 - $100,000.00 - 08/12/2003

LOAN PARTNERS CAPITAL
17021 242-8587
18127 SNOW CREST PLACE
LAS VEGAS, NV 89134

BankWest
OF NEVADA
94-172/1224

010882

PAY TO THE ORDER OF    U. S. A. CAPITAL

8/8/03

$ 100,000.00

ONE HUNDRED THOUSAND + NO/100 ———————    DOLLARS

MEMO  Loan

⑈⑈O 10882⑈⑈  ⑈1224017834⑈  ⑈01200287OOW    ⑈0010000000⑈



**Bank West**
of **Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01        PAGE:              1
DATE: 08/29/03   ACCOUNT: 120028700
                 DOCUMENTS:        30
```



*Recon*

```
DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL            30-0
10137 SNOW CREST PL                     0
LAS VEGAS NV  89134-2563               30
```

================================================================

WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

================================================================

BUSINESS PREMIUM NOW ACCOUNT 120028700
================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 07/31/03 | 21,200.42 |
| CHECK # 10868 | 125.00 | | 08/04/03 | 21,075.42 |
| CHECK # 10866 | 153.31 | | 08/04/03 | 20,922.11 |
| CHECK # 108505 | 255.00 | | 08/04/03 | 20,667.11 |
| CHECK # 10839 | 75.00 | | 08/05/03 | 20,592.11 |
| CHECK # 10867 | 25.00 | | 08/06/03 | 20,567.11 |
| USA COMMERCIAL ACH 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 | | 159,722.23 | 08/08/03 | 180,289.34 |
| CHECK # 10876 | 2,950.00 | | 08/11/03 | 177,339.34 |
| CHECK # 10871 | 17,500.00 | | 08/11/03 | 159,839.34 |
| CHECK # 10880 | 31.00 | | 08/12/03 | 159,808.34 |
| CHECK # 10875 | 3,600.00 | | 08/12/03 | 156,208.34 |
| CHECK # 10873 | 12,500.00 | | 08/12/03 | 143,708.34 |
| CHECK # 10882 | 100,000.00 | | 08/12/03 | 43,708.34 |
| CHECK # 10870 | 2,640.00 | | 08/13/03 | 41,068.34 |
| CHECK # 10872 | 3,200.00 | | 08/14/03 | 37,868.34 |
| CHECK # 10881 | 475.74 | | 08/14/03 | 37,392.60 |
| CHECK # 10874 | 8,000.00 | | 08/14/03 | 29,392.60 |
| CHECK # 10869 | 75.00 | | 08/19/03 | 29,317.60 |
| CHECK # 10877 | 2,643.73 | | 08/19/03 | 26,673.87 |
| CHECK # 10885 | 3,500.00 | | 08/19/03 | 23,173.87 |
| CHECK # 10883 | 5,000.00 | | 08/19/03 | 18,173.87 |
| CHECK # 10896 | 25.59 | | 08/20/03 | 18,148.28 |
| CHECK # 10888 | 95.00 | | 08/20/03 | 18,053.28 |
| CHECK # 10890 | 42.04 | | 08/21/03 | 18,011.24 |
| CHECK # 10894 | 78.61 | | 08/21/03 | 17,932.63 |
| CHECK # 10884 | 7,695.50 | | 08/21/03 | 10,237.13 |
| CHECK # 10886 | 45.68 | | 08/22/03 | 10,191.45 |
| CHECK # 10889 | 176.42 | | 08/22/03 | 10,015.03 |
| CHECK # 10895 | 634.23 | | 08/22/03 | 9,380.80 |
| CHECK # 10893 | 58.95 | | 08/25/03 | 9,321.85 |

* * *  C O N T I N U E D  * * *

10940 – $125,000.00 – 10/09/2003

LOAN PARTNERS CAPITAL
(702) 242-8537
10137 SHOW CREST PLACE
LAS VEGAS, NV 89134

BankWest
OF NEVADA
LAS VEGAS
NEVADA
94-127/3224

010940

December 8, 2003

PAY
TO THE
ORDER OF  USA Commercial Mortgage                $125,000.00

One hundred Twenty-five Thousand & 00/100 ———————— DOLLARS

MEMO  Del Bunch Aqst. Principal Increase

⑈010940⑈ ⑈122401728⑈ 0120028700⑈            ⑈0012500000⑈

**BankWest of Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01        PAGE:              1
DATE: 10/30/03   ACCOUNT: 120028700
                 DOCUMENTS:        27

*Recon OK*

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                        30-0
10137 SNOW CREST PL                                 0
LAS VEGAS NV  89134-2563                            27

=======================================================================
        WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                      www.bankwestnevada.com
      Effective January 2, 2004, BankWest of Nevada will be implementing the
                    "Deposit Item Return Fee"
                       of $ 4.00 per item.
=======================================================================

                BUSINESS PREMIUM NOW ACCOUNT 120028700
=======================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 09/30/03 | 46,192.92 |
| CHECK # 10922 | 25.59 | | 10/03/03 | 46,167.33 |
| CHECK # 10925 | 150.42 | | 10/03/03 | 46,016.91 |
| CHECK # 10921 | 31.00 | | 10/06/03 | 45,985.91 |
| CHECK # 10927 | 42.89 | | 10/06/03 | 45,943.02 |
| CHECK # 10929 | 125.00 | | 10/06/03 | 45,818.02 |
| CHECK # 10920 | 749.62 | | 10/06/03 | 45,068.40 |
| USA COMMERCIAL ACH 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 | | 156,666.67 | 10/07/03 | 201,735.07 |
| CHECK # 10923 | 88.56 | | 10/07/03 | 201,646.51 |
| CHECK # 10926 | 277.13 | | 10/07/03 | 201,369.38 |
| CHECK # 10924 | 255.00 | | 10/08/03 | 201,114.38 |
| CHECK # 10935 | 31.00 | | 10/09/03 | 201,083.38 |
| CHECK # 10938 | 2,640.00 | | 10/09/03 | 198,443.38 |
| CHECK # 10940 | 125,000.00 | | 10/09/03 | 73,443.38 |
| CHECK # 10934 | 12,500.00 | | 10/10/03 | 60,943.38 |
| CHECK # 10931 | 17,500.00 | | 10/10/03 | 43,443.38 |
| CHECK # 10939 | 8,000.00 | | 10/13/03 | 35,443.38 |
| CHECK # 10937 | 2,950.00 | | 10/14/03 | 32,493.38 |
| CHECK # 10936 | 3,600.00 | | 10/14/03 | 28,893.38 |
| CHECK # 10933 | 1,500.00 | | 10/15/03 | 27,393.38 |
| CHECK # 10930 | 2,643.72 | | 10/16/03 | 24,749.66 |
| CHECK # 10928 | 445.00 | | 10/21/03 | 24,304.66 |
| CHECK # 10949 | 25.59 | | 10/23/03 | 24,279.07 |
| CHECK # 10946 | 167.62 | | 10/23/03 | 24,111.45 |
| CHECK # 10948 | 42.00 | | 10/27/03 | 24,069.45 |
| CHECK # 10942 | 84.46 | | 10/27/03 | 23,984.99 |
| CHECK # 10944 | 4,294.00 | | 10/28/03 | 19,690.99 |

                     * * * C O N T I N U E D * * *



DP002 Rev. (03/03)                              *Member Federal Deposit Insurance Corporation*

10991 - $100,000.00 - 12/11/2003

**LOAN PARTNERS CAPITAL**
(702) 242-9587
10137 SNOW CREST PLACE
LAS VEGAS, NV 89134

**BankWest**
OF NEVADA
LAS VEGAS
NEVADA
94-177/1224

010991

12/08/2003

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust                            $**100,000.00

One Hundred Thousand and 00/100***************************************************    DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO   Del Bunch - R007 Prin Addition

⑈010991⑈ ⑆122401778⑆ 01200 28700⑆                ⑈00100000000⑈



**BankWest**
of **Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01      PAGE:      1
DATE: 12/31/03   ACCOUNT: 120028700
                 DOCUMENTS:      44

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
10137 SNOW CREST PL
LAS VEGAS NV 89134-2563

*Recon OK*                    30-0
                                 2
                                42

================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
Effective January 2, 2004, BankWest of Nevada will be implementing the
"Deposit Item Return Fee"
of $ 4.00 per item.

================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 11/28/03 | 49,548.53 |
| CHECK # 10968 | 58.95 | | 12/01/03 | 49,489.58 |
| CHECK # 10972 | 61.70 | | 12/01/03 | 49,427.88 |
| CHECK # 10967 | 84.46 | | 12/01/03 | 49,343.42 |
| CHECK # 10970 | 186.42 | | 12/01/03 | 49,157.00 |
| CHECK # 10971 | 947.11 | | 12/01/03 | 48,209.89 |
| CHECK # 10969 | 8,109.28 | | 12/01/03 | 40,100.61 |
| CHECK # 10984 | 800.00 | | 12/02/03 | 39,300.61 |
| CHECK # 10960 | 1,500.00 | | 12/03/03 | 37,800.61 |
| CHECK # 10985 | 129.01 | | 12/05/03 | 37,671.60 |
| CHECK # 10975 | 355.80 | | 12/05/03 | 37,315.80 |
| CHECK # 10986 | 658.20 | | 12/05/03 | 36,657.60 |
| CHECK # 10979 | 2,500.00 | | 12/08/03 | 34,157.60 |
| USA COMMERCIAL ACH 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 | | 158,750.00 | 12/09/03 | 192,907.60 |
| CHECK # 10982 | 125.00 | | 12/09/03 | 192,782.60 |
| CHECK # 10978 | 17,500.00 | | 12/10/03 | 175,282.60 |
| CHECK # 10990 | 31.00 | | 12/11/03 | 175,251.60 |
| CHECK # 10987 | 152.68 | | 12/11/03 | 175,098.92 |
| CHECK # 10977 | 2,640.00 | | 12/11/03 | 172,458.92 |
| CHECK # 10981 | 8,000.00 | | 12/11/03 | 164,458.92 |
| CHECK # 10989 | 8,298.25 | | 12/11/03 | 156,160.67 |
| CHECK # 10980 | 12,500.00 | | 12/11/03 | 143,660.67 |
| CHECK # 10991 | 100,000.00 | | 12/11/03 | 43,660.67 |
| CHECK # 10992 | 3,600.00 | | 12/12/03 | 40,060.67 |
| CHECK # 10993 | 4,697.00 | | 12/19/03 | 35,363.67 |
| CHECK # 10988 | 255.00 | | 12/23/03 | 35,108.67 |
| DEPOSIT | | 1049,641.00 | 12/26/03 | 1084,749.67 |

* * * C O N T I N U E D * * *

DP002 Rev. (03/03)                          *Member Federal Deposit Insurance Corporation*

## 11078 - $375,000.00 - 02/17/2004



**BankWest Nevada**

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
                                        003 01 01      PAGE:            1
                                        DATE: 02/27/04  ACCOUNT: 120028700
                                                        DOCUMENTS:      24
```

```
        DEL M BUNCH JR
        DBA LOAN PARTNERS CAPITAL                          30-0
        10137 SNOW CREST PL                                   2
        LAS VEGAS NV  89134-2563                             22
```

==========================================================================
```
        WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                        www.bankwestnevada.com
     Effective January 2, 2004, BankWest of Nevada will be implementing the
                    "Deposit Item Return Fee"
                     of $ 4.00 per item.
```
==========================================================================

```
                BUSINESS PREMIUM NOW ACCOUNT 120028700
```
==========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ........................... | | | 01/30/04 | 70,333.14 |
| CHECK # 11073 | 2,500.00 | | 02/05/04 | 67,833.14 |
| DEPOSIT | | 928,603.08 | 02/06/04 | 996,436.22 |
| CHECK # 11072 | 491.40 | | 02/06/04 | 995,944.82 |
| CHECK # 11067 | 2,640.00 | | 02/06/04 | 993,304.82 |
| CHECK # 11063 | 17,500.00 | | 02/06/04 | 975,804.82 |
| CHECK # 11069 | 84.50 | | 02/09/04 | 975,720.32 |
| CHECK # 11066 | 3,600.00 | | 02/09/04 | 972,120.32 |
| USA COMMERCIAL ACH 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 | | 165,763.89 | 02/10/04 | 1137,884.21 |
| CHECK # 11064 | 10,000.00 | | 02/10/04 | 1127,884.21 |
| CHECK # 11062 | 23,000.00 | | 02/10/04 | 1104,884.21 |
| CHECK # 11076 | 337,500.00 | | 02/10/04 | 767,384.21 |
| CHECK # 11071 | 158.37 | | 02/11/04 | 767,225.84 |
| CHECK # 11068 | 1,762.93 | | 02/11/04 | 765,462.91 |
| CHECK # 11077 | 337,500.00 | | 02/11/04 | 427,962.91 |
| CHECK # 11070 | 85.00 | | 02/12/04 | 427,877.91 |
| CHECK # 11074 | 187.50 | | 02/12/04 | 427,690.41 |
| CHECK # 11075 | 313.26 | | 02/13/04 | 427,377.15 |
| CHECK # 11078 | 375,000.00 | | 02/17/04 | 52,377.15 |
| DEPOSIT | | 10,000.00 | 02/18/04 | 62,377.15 |
| CHECK # 11079 | 2,000.00 | | 02/20/04 | 60,377.15 |
| CHECK # 11065 | 5,100.00 | | 02/20/04 | 55,277.15 |
| CHECK # 11088 | 40.86 | | 02/26/04 | 55,236.29 |
| CHECK # 11080 | 312.40 | | 02/26/04 | 54,923.89 |
| CHECK # 11082 | 22.70 | | 02/27/04 | 54,901.19 |
| CHECK # 11089 | 144.31 | | 02/27/04 | 54,756.88 |
| INTEREST AT .10 | | 12.45 | 02/27/04 | 54,769.33 |

```
                    * * *  C O N T I N U E D  * * *
```