**EXHIBIT "G"**

## USA COMMERCIAL MORTGAGE COMPANY

### CONSOLIDATED BALANCE SHEETS
### DECEMBER 31, 2000 AND 1999

| ASSETS | 2000 | 1999 |
|---|---:|---:|
| Cash | $ 7,986 | $ 38,702 |
| Notes receivable from and advances to related parties | 7,309,378 | 3,752,097 |
| Notes receivable | 9,824,950 | 1,131,410 |
| Property and equipment, net | 193,945 | 120,977 |
| Interest receivable on notes receivable from related parties | 1,031,159 | 302,497 |
| Interest receivable | 76,769 | - |
| Amounts receivable from loan advances | 771,620 | 108,202 |
| Advance for project development | 703,309 | - |
| Other receivables | 276,946 | 1,296 |
| TOTAL | $20,196,062 | $5,455,181 |

### LIABILITIES AND STOCKHOLDERS' EQUITY

| | 2000 | 1999 |
|---|---:|---:|
| LIABILITIES: | | |
| Accounts payable and accrued expenses | $ 653,822 | $ 319,899 |
| Notes payable to and advances from related parties | - | 1,522,357 |
| Lines of credit and notes payable | 13,277,085 | 72,356 |
| Convertible debentures | 5,000,000 | |
| Total liabilities | 18,930,907 | 1,914,612 |

COMMITMENTS AND CONTINGENCIES

| | 2000 | 1999 |
|---|---:|---:|
| STOCKHOLDERS' EQUITY: | | |
| Common stock, no par value; 2,500 shares authorized; 175.437 shares issued and outstanding at December 31, 2000 and 1999 | 75,000 | 75,000 |
| Retained earnings | 1,190,155 | 3,510,569 |
| | 1,265,155 | 3,585,569 |
| Notes receivable from the sale of stock | - | (45,000) |
| Total stockholders' equity | 1,265,155 | 3,540,569 |
| TOTAL | $20,196,062 | $5,455,181 |

See notes to consolidated financial statements.

In addition to the unsecured credit lines, the Company had a warehouse credit line available for $1,000,000 from Community Bank of Nevada. This line allowed the Company to draw up to $500,000 per transaction for a period of 45 days to fund first trust deed loans in which the Company participated. The Company's investments in the loans would then be reassigned and the line repaid. Draws under the line bear interest at prime plus 2.75 percent per annum, and as of December 31, 1999, there were no amounts outstanding on the line. The line expired on August 14, 2000.

*Notes Payable* - Notes payable at December 31, 2000 consist of the following:

| | |
|---|---:|
| Note payable to a trust; interest at 20.00%, interest payable monthly, principal due in December 2001 | $ 4,000,000 |
| Note payable to a trust; interest at 10.00%, interest payable monthly, principal balance due in September 2001 | 1,000,000 |
| Note payable to a trust; interest at 15.00%, interest payable monthly, principal balance due in August 2001 | 5,000,000 |
| Note payable to a trust; interest at 12.00%, interest payable monthly, principal balance due in June 2001 | 1,350,000 |
| Note payable to a trust; interest at 13.00%, interest payable monthly, principal balance due in July 2001 | 1,000,000 |
| Total | $12,350,000 |

*Convertible Debentures* - During 2000, the Company issued, for $5,000,000, convertible debentures at par (the "Debentures"). The Debentures bear interest at 14.00 percent with interest payable monthly and the principal balance due on March 13, 2003. At any time up to and including the maturity date, at the option of the holder of the Debentures, the Debentures may be converted to a 20 percent ownership interest in the common stock of the Company.

The scheduled maturities of debt are as follows:

| Year Ending | |
|---|---:|
| 2001 | $13,277,085 |
| 2002 | - |
| 2003 | 5,000,000 |
| 2004 | - |
| 2005 | - |
| | $18,277,085 |

## 10. COMMITMENTS AND CONTINGENCIES

In April 2001 Principle Centered, Inc., dba American Communities ("Communities"), a Las Vegas home builder for whom the Company has originated financing, filed a complaint against the Company and certain co-defendants alleging, among other things, misrepresentation and breach of contract in connection with certain loans originated by the Company and now owed to the Company, its affiliates, and certain of the Company's customers. The Company is vigorously defending itself against these allegations. Also during 2001, Communities filed for Chapter 11 federal bankruptcy protection.

# USA Commercial Mortgage Company
Consolidated Balance Sheets
December 31, 2001 and 2000

| ASSETS | 2001 | 2000 |
|---|---:|---:|
| Cash | $ 423,766 | $ 7,986 |
| Notes receivable from and advances to related parties | 15,186,426 | 7,309,378 |
| Notes receivable | 891,790 | 9,824,950 |
| Property and equipment net | 247,780 | 193,945 |
| Interest receivable on notes from related parties | - | 1,031,159 |
| Interest receivable | - | 76,769 |
| Amounts receivable from loan advances | - | 771,620 |
| Advances/Investments in real estate | 2,625,071 | 703,309 |
| Other | 4,075 | 276,946 |
| TOTAL | $ 19,378,908 | $ 20,196,062 |

## LIABILITIES AND STOCKHOLDERS' EQUITY

### LIABILITIES

| | | |
|---|---:|---:|
| Lines of credit | $ 945,413 | $ 13,277,085 |
| Accounts payable and accrued expenses | 1,430,901 | 653,822 |
| Short-term notes payable | 11,070,000 | - |
| Convertible debentures (Long-term) | 5,000,000 | 5,000,000 |
| Total Liabilities | 18,446,315 | 18,930,907 |

### STOCKHOLDERS' EQUITY

| | | |
|---|---:|---:|
| Common stock | 75,000 | 75,000 |
| Retained earnings | 857,593 | 1,190,155 |
| Total Stockholders' Equity | 932,593 | 1,265,155 |
| TOTAL | $ 19,378,908 | $ 20,196,062 |

These un-audited financial statements are for the private internal use of USA Commercial Mortgage Company. Any use or reproduction without the expressed written consent of USA Commercial Mortgage Company is strictly prohibited.

# USA COMMERCIAL MORTGAGE COMPANY AND SUBSIDIARIES
## CONSOLIDATED BALANCE SHEET
## DECEMBER 31, 2002

### ASSETS

| | |
|---|---:|
| Cash | $ 346,744 |
| Notes receivable from and advances to related parties | 18,247,624 |
| Notes receivable, other | 2,274,026 |
| Interest receivable | 1,395,618 |
| Other receivables | 397,556 |
| Land held for sale or development | 1,872,514 |
| Property and equipment, net | 665,668 |
| Intangibles | 129,270 |
| | $ 25,329,020 |

### LIABILITIES AND STOCKHOLDERS' EQUITY

**Liabilities**

| | |
|---|---:|
| Accounts payable and accrued expenses | $ 1,632,059 |
| Lines of credit | 669,092 |
| Deferred revenue | 328,963 |
| Notes payable | 16,840,574 |
| Convertible debentures | 5,000,000 |
| | 24,470,688 |

**Stockholders' equity**

| | |
|---|---:|
| Common stock, no stated par value; 2,500 shares authorized; 175.437 shares issued and outstanding | 75,000 |
| Retained earnings | 989,020 |
| Accumulated other comprehensive loss | (205,688) |
| | 858,332 |
| | $ 25,329,020 |

See notes to financial statements.

2

# USA COMMERCIAL MORTGAGE COMPANY AND SUBSIDIARIES
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
## YEAR ENDED DECEMBER 31, 2002

### 5. Land held for sale or development:

As of the December 31, 2002, land held for sale or development consists of vacant land that was subsequently sold in January 2003, at a substantial gain.

### 6. Property and equipment:

As of the December 31, 2002, property and equipment consists of the following:

| | |
|---|---:|
| Furniture | $ 248,148 |
| Equipment | 622,030 |
| Computer software | 70,586 |
| | 940,764 |
| Less accumulated depreciation | (275,096) |
| | $ 665,668 |

### 7. Lines of credit:

As of December 31, 2002, the Company had available a total of $693,000, substantially all of which was drawn, from unsecured lines of credit with various banks, and other financial institutions at interest rates from 5 to 24%. Unless renewed, the lines expire at various dates during 2003.

### 8. Notes payable:

Notes payable at December 31, 2002, consist of the following:

| | |
|---|---:|
| Unsecured 20% note; interest payable monthly, principal due in August 2004 | $ 8,100,000 |
| Unsecured 10% note; interest payable monthly, principal due in September 2003 | 1,000,000 |
| Unsecured 20% note; interest payable monthly, principal due in July 2003 | 2,000,000 |
| Unsecured 12% note; interest payable monthly, principal balance due in June 2004 | 350,000 |
| Unsecured 11% note; interest payable monthly, principal due in August 2003 | 1,000,000 |
| Unsecured notes to accredited investors; interest from 7 to 10%, terms from 30 to 180 days | 3,922,624 |
| Notes to various investors secured by first deeds of trust; interest from 12.5 to 20.5%, payable monthly, principal was paid in January 2003 | 390,918 |
| | $ 16,763,542 |

All debt, including $5,000,000 in convertible debentures (Note 9), matures as follows:

| | |
|---|---:|
| 2003 | $ 8,313,542 |
| 2004 | 13,450,000 |
| | $ 21,763,542 |

### 9. Convertible debentures:

During 2000, the Company issued to unrelated parties, for $5,000,000, unsecured convertible debentures at par (the Debentures). The Debentures bear interest at 14% payable monthly with the principal balance due on March 13, 2004. At any time through the maturity date, at the option of the holder of the Debentures, the Debentures may be converted to a 20% ownership interest in the common stock of the Company.

### 10. Commitments and contingencies:

**Litigation.** A complaint filed against the Company on July 9, 2003, is a unified complaint covering all matters alleged in numerous cases relating to loans modified by a Debt Restructuring Agreement. The complaint sets out claims in RICO, breach of contract, breach of fiduciary duty, fraud, defamation and infliction of emotional distress. The amount sought is approximately $10,000,000, plus attorney fees and punitive damages. No insurance exists to cover a potential judgement. The Company's legal counsel indicates a lack sufficient facts to speculate on the outcome.

The Company is subject to various other claims and litigation in the normal course of business. In the opinion of management, the ultimate resolution of such matters will not have a meterial adverse impact on the Company's consolidated financial statements.

**Lease commitments.** The Company has operating lease commitments for office space on two ten-year leases from related parties, Pecos Professional Park, a limited partnership and Haspinov, LLC, the two owned 49% and 100% respectively by entities owned by the Company's stockholders. Rent expense for these non-cancelable operating leases was approximately $430,000 for the year ended December 31, 2002. Future minimum lease payments for operating leases with an initial or remaining terms in excess of one year is as follows:

USA COMMERCIAL MORTGAGE COMPANY AND SUBSIDIARIES
CONSOLIDATED BALANCE SHEETS
DECEMBER 31, 2003 AND 2002

|  | 2003 | 2002 |
|---|---:|---:|
| **ASSETS** |  |  |
| Cash | $ 952,656 | $ 346,744 |
| Notes receivable from and advances to related parties | 15,868,513 | 18,247,624 |
| Notes receivable, other | 2,103,014 | 2,274,026 |
| Interest receivable | 1,925,590 | 1,395,618 |
| Other receivables | 1,700,000 | 397,556 |
| Land held for sale or development |  | 1,872,514 |
| Prepaid expenses and deposits | 49,966 |  |
| Property and equipment, net | 620,459 | 665,668 |
| Intangibles | 120,652 | 129,270 |
|  | $ 23,340,850 | $ 25,329,020 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** |  |  |
| **Liabilities** |  |  |
| Accounts payable and accrued expenses | $ 1,823,150 | $ 1,632,059 |
| Lines of credit payable |  | 669,092 |
| Deferred revenue |  | 328,963 |
| Notes payable | 11,551,818 | 16,840,574 |
| Convertible debentures | 5,000,000 | 5,000,000 |
|  | 18,374,968 | 24,470,688 |
| **Stockholders' equity** |  |  |
| Common stock, no stated par value; 2,500 shares authorized; 175.437 shares issued and outstanding | 75,000 | 75,000 |
| Retained earnings | 5,696,283 | 989,020 |
| Accumulated other comprehensive loss | (805,401) | (205,688) |
|  | 4,965,882 | 858,332 |
|  | $ 23,340,850 | $ 25,329,020 |

See notes to financial statements.

2

USA COMMERCIAL MORTGAGE COMPANY AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
YEARS ENDED DECEMBER 31, 2003 AND 2002

8. Notes payable:

Notes payable at December 31, consist of the following:

| | 2003 | 2002 |
|---|---|---|
| Unsecured 20% note; interest payable monthly, principal due in December 2004 | $ 9,625,000 | $ 8,100,000 |
| Unsecured 10% note; interest payable monthly, past due and payable | 600,000 | 1,000,000 |
| Unsecured 20% note; interest payable monthly, principal paid in September 2003 | | 2,000,000 |
| Unsecured 12% note; interest payable monthly, principal paid in December 2003 | | 350,000 |
| Unsecured 11% note; interest payable monthly, principal paid in August 2003 | | 1,000,000 |
| Unsecured notes to accredited investors; interest from 8-10%, terms from 30-180 days | 326,818 | 3,922,624 |
| Notes to various investors secured by first deeds of trust; interest from 12.5-20.5%, payable monthly, principal was paid in January 2003 | | 467,950 |
| Unsecured note to investor, interest payable monthly, principal past due | 1,000,000 | |
| | $ 11,551,818 | $ 16,840,574 |

All debt, including $5,000,000 in convertible debentures (Note 9), matures as follows.

| 2004 | $ 11,551,818 |
|---|---|
| 2005 | 5,000,000 |
| | $ 16,551,818 |

9. Convertible debentures:

The unsecured convertible debentures payable are to unrelated parties. The debentures bear interest at 14% payable monthly with the principal balance due March 31, 2005. At any time through the maturity date, at the option of the holder of the debentures, the debentures may be converted to a 20% ownership interest in the common stock of the Company.

10. Commitments and contingencies:

Litigation. A unified complaint filed against the Company on July 9, 2003, covers all matters alleged in numerous cases relating to loans modified by a certain debt restructuring agreement. The complaint sets out claims of Racketeer Influenced and Corrupt Organization Act (RICO) violations, breach of contract, breach of fiduciary duty, fraud, defamation and infliction of emotional distress. The amount sought is approximately $10,000,000, plus attorney fees and unquantified punitive damages. No insurance exists to cover a potential judgement. The Company's legal counsel believes the likelihood of an unfavorable outcome to be small (Note 11).

The Company is subject to various other claims and litigation in the normal course of business. In the opinion of management, the ultimate resolution of such matters will not have a material adverse impact on the Company's consolidated financial statements.

Lease commitments. The Company has operating lease commitments for office space on two ten-year leases from related parties, Pecos Professional Park, a limited partnership and Haspinov, LLC, the two owned 49% and 100% respectively by entities owned by the Company's stockholders. Future minimum lease payments for operating leases with initial or remaining terms in excess of one year are as follows:

| 2004 | $ | 680,235 |
|---|---|---|
| 2005 | | 568,890 |
| 2006 | | 535,715 |
| 2007 | | 515,080 |
| 2008 | | 506,850 |
| Thereafter | | 961,240 |

Rent expense was approximately $519,000 and $430,000 for the years ended December 31, 2003 and 2002, respectively.

## USA COMMERCIAL MORTGAGE COMPANY AND SUBSIDIARIES
## CONSOLIDATED BALANCE SHEETS
## DECEMBER 31, 2004 AND 2003

|  | 2004 | 2003 |
|---|---:|---:|
| **ASSETS** |  |  |
| Cash | $ 331,898 | $ 952,656 |
| Notes receivable from and advances to related parties | 24,553,509 | 16,364,216 |
| Notes receivable, other | 2,198,593 | 1,607,311 |
| Interest receivable | 3,348,405 | 1,925,590 |
| Other receivables | 1,700,000 | 1,700,000 |
| Prepaid expenses and deposits | 66,284 | 49,966 |
| Property and equipment, net | 792,163 | 620,460 |
| Other | 112,034 | 120,652 |
|  | $ 33,102,886 | $ 23,340,851 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** |  |  |
| **Liabilities** |  |  |
| Accounts payable and accrued expenses | $ 1,803,275 | $ 1,823,151 |
| Lines of credit payable | 648,253 |  |
| Convertible debentures payable | 4,000,000 | 5,000,000 |
| Notes payable | 11,899,557 | 11,551,818 |
|  | 18,351,085 | 18,374,969 |
| **Stockholders' equity** |  |  |
| Common stock, no stated or par value; 2,500 shares authorized; 175.437 shares issued and outstanding | 75,000 | 75,000 |
| Retained earnings | 14,702,011 | 5,696,283 |
| Accumulated other comprehensive loss | (25,210) | (805,401) |
|  | 14,751,801 | 4,965,882 |
|  | $ 33,102,886 | $ 23,340,851 |

See notes to financial statements.

2

# USA COMMERCIAL MORTGAGE COMPANY AND SUBSIDIARIES
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
## YEARS ENDED DECEMBER 31, 2004 AND 2003

In addition to related party interest income earned by the Company, the following other related party revenues were earned for the years ended December 31:

| | 2004 | 2003 |
|---|---|---|
| Loan closing and extension fees | $ 2,980,800 | $ 2,265,505 |
| Rental income | 30,000 | 31,500 |
| Labor outsourcing revenue | | 45,490 |
| Other | | 41,250 |
| | $ 3,010,800 | $ 2,383,745 |

See also leases with related parties described in Note 9.

### 4. Notes receivable, other:

Notes receivable, other at December 31, are summarized as follows:

| | 2004 | 2003 |
|---|---|---|
| Unsecured 10% note; interest payable monthly, principal was paid October 2003 | | $ 600,000 |
| 14% note secured by deed of trust on real property in Contra Costa County, California; note was paid February 2005 | $ 500,000 | 500,000 |
| Unsecured non-interest-bearing demand note | 762,549 | |
| Unsecured non-interest-bearing demand note | 468,500 | 468,500 |
| 15% note secured by deeds of trust on real property in southern California; interest payable monthly, principal due December 2005 | 525,000 | |
| 12.5% note secured by; interest payable monthly, principal due October 2005 | 343,488 | |
| 15% note secured by deed of trust on real property in Maricopa, Arizona; interest payable monthly, principal past due | 375,000 | |
| Unsecured 15% note | 164,962 | 164,962 |
| Other | 361,605 | 38,811 |
| | 3,501,104 | 1,772,273 |
| Less allowances for doubtful collectability | (1,302,511) | (164,962) |
| | $ 2,198,593 | $ 1,607,311 |

### 5. Property and equipment:

As of December 31, property and equipment consisted of the following:

| | 2004 | 2003 |
|---|---|---|
| Leasehold improvements | $ 87,846 | $ 5,883 |
| Equipment, furniture, and fixtures | 1,190,943 | 960,297 |
| Computer software | 202,722 | 103,172 |
| | 1,481,511 | 1,069,352 |
| Less accumulated depreciation and amortization | (689,348) | (448,893) |
| | $ 792,163 | $ 620,459 |

### 6. Lines of credit:

As of December 31, 2004, the Company had available an unused total of $78,115 on unsecured lines of credit with various banks and other financial institutions. Interest rates on amounts drawn against the lines range from 5-11%. Some lines are open indefinitely while others will expire in 2005 unless renewed.

### 7. Notes payable:

Notes payable at December 31, consist of the following:

| | 2004 | 2003 |
|---|---|---|
| Unsecured 20% note; interest payable monthly, principal due in December 2005 | $ 10,000,000 | $ 9,625,000 |
| Unsecured 10% note; interest payable monthly, principal due in February 2006 | 600,000 | 600,000 |
| Unsecured notes payable to accredited investors; interest from 8-10%, due in 30-180 days from issuance | 374,557 | 326,818 |
| Unsecured 15% note payable to investor, interest payable monthly, principal due in March 2005 | 925,000 | 1,000,000 |
| | $ 11,899,557 | $ 11,551,818 |

All debt, including $4,000,000 in debentures (Note 8), matures as follows:

| 2005 | $ 15,299,557 |
|---|---|
| 2006 | 600,000 |
| | $ 15,899,557 |

### 8. Debentures payable:

The unsecured debentures payable are to unrelated parties. The debentures bear interest at 14% payable monthly with principal due March 31, 2005. These debentures were not paid when due and it is the intention of management to make payment in full in the near future. Although these debentures were originally convertible into common stock of the Company, the holders have voluntarily relinquished their conversion rights.

7

# USA Commercial Mortgage
## Balance Sheet
### For the Twelve Months Ending December 31, 2005
### LIABILITIES & EQUITY

| Account | Description | Amount |
|---|---|---|
| | **Accounts Payable** | |
| 20000 | Accounts Payable Trade | $ 937,744 |
| (20100 TO... | Period End Accruals | 19,140 |
| 20200 | AP - Compounded Interest Payable | 3,095 |
| 21000 | Accrued Payroll & Benefits | 732,417 |
| 21010 | Retirement Plan Contribution Payable | (244,157) |
| 21015 | Retirement Plan accrual | 1,209,600 |
| 21020 | Deferred Pension Costs | (139,908) |
| 22000 | (Redwood Prop) Int Pay to Collections T | 19,641 |
| 25010 | Line - Wells Fargo Bank | 150,292 |
| 25040 | Line - Citibank | 25,000 |
| 25050 | Line - US Bank | 18,553 |
| 25060 | Line - Wells Fargo (JM) | 50,000 |
| 25080 | Line - Nevada State Bank | 300,000 |
| 25230 | Due USA Capital RE Group | 59,369 |
| | Total Accounts Payable | 3,140,787 |
| | **Notes Payable** | |
| 25320 | NP S-T Investment, 90 Day | 132,517 |
| 25330 | NP S-T Investment, 180 Day | 253,394 |
| | Total Notes Payable | 385,911 |
| | Total Current Liabilities | 3,526,698 |
| | **Long Term Debt** | |
| 27010 | Convertible Debentures | 1,500,000 |
| 27020 | Notes Payable - Bunch | 10,500,000 |
| 27040 | Notes Payable - Stupak | 150,000 |
| | Total Long Term Debt | 12,150,000 |
| | **TOTAL LIABILITIES** | 15,676,698 |
| | **Equity** | |
| 30000 | Common Stock | 75,000 |
| 33000 | Retained Earnings | 14,676,800 |
| (40000 TO... | Current YTD Income | 18,507,504 |
| | Total Equity | 33,259,304 |
| | **TOTAL LIABILITY & EQUITY** | $ 48,936,002 |

3.

**EXHIBIT "H"**

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| USA COMMERCIAL MORTGAGE CO.<br>4484 S. Pecos Road<br>Las Vegas, NV 89121 | | **2000**<br>Form **1099-INT** | Interest Income |

| PAYER'S Federal Identification number | RECIPIENT'S Identification number | 1 Interest Income not included in box 3 | | Copy B |
|---|---|---|---|---|
| 88-0244801 | 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 | $ 257,722.22 | | For Recipient |
| RECIPIENT'S name<br>Del Bunch and Ernestine Bunch | | 2 Early withdrawal penalty<br>$ | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>1909 Red Robin Court | | 4 Federal income tax withheld<br>$ 00.00 | 5 Investment expenses<br>$ | |
| City, state, and ZIP code<br>Las Vegas, NV 89134 | | 6 Foreign tax paid | 7 Foreign country or U.S. possession | |
| Account number (optional) | | $ | | |

Form **1099-INT**   (Keep for your records.)   Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| USA Commercial Mortgage Company<br>4484 S Pecos<br>Las Vegas NV 89121<br>702-734-2400 | | **2001**<br>Form **1099-INT** | Interest Income |

| PAYER'S Federal Identification number | RECIPIENT'S Identification number | 1 Interest income not included in box 3 | | Copy B |
|---|---|---|---|---|
| 88-0244801 | 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 | $ 871916.65 ok | | For Recipient |
| RECIPIENT'S name<br>Del Bunch | | 2 Early withdrawal penalty<br>$ | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>Del Bunch and Ernestine Bunch<br>1909 Red Robin Court | | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | |
| City, state, and ZIP code<br>Las Vegas NV 89134 | | 6 Foreign tax paid | 7 Foreign country or U.S. possession | |
| Account number (optional) | | $ | | |

Form **1099-INT**   (Keep for your records.)   Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| USA Commercial Mortgage Company<br>4484 S. Pecos<br>Las Vegas, NV 89121<br>702-734-2400 | | **2002**<br>Form **1099-INT** | Interest Income |

| PAYER'S Federal Identification number | RECIPIENT'S Identification number | 1 Interest Income not included in box 3 | | Copy B |
|---|---|---|---|---|
| 88-0244801 | 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 | $1,529,638.87 | | For Recipient |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>Del Bunch and Ernestine Bunch<br>Del Bunch<br>1909 Red Robin Court<br>Las Vegas, NV 89134 | | 2 Early withdrawal penalty | 3 Interest on U.S. Savings Bonds and Treas. obligations | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 4 Federal income tax withheld | 5 Investment expenses | |
| | | 6 Foreign tax paid | 7 Foreign country or U.S. possession | |
| Account number (optional) | | | | |

Form **1099-INT**   (Keep for your records)   Department of the Treasury - Internal Revenue Service

## Form 1099-INT (2003)

☐ CORRECTED (if checked)

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
USA Commercial Mortgage Company
4484 S. Pecos
Las Vegas, NV 89121
702-734-2400

Payer's RTN (optional):
OMB No. 1545-0112
**2003** Form 1099-INT
Interest Income

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 88-0244801 | 349189807 |

**RECIPIENT'S name, street address, city, state, and ZIP code**
Del Bunch & Ernestine Bunch
Del Bunch & Ernestine Bunch
1909 Red Robin Court
Las Vegas, NV 89134

1 Interest income not included in box 3: **$1,774,513.92**
2 Early withdrawal penalty:
3 Interest on U.S. Savings Bonds and Treas. obligations:
4 Federal income tax withheld:
5 Investment expenses:
6 Foreign tax paid:
7 Foreign country or U.S. possession:

Copy B For Recipient

---

## Form 1099-INT (2004)

☐ CORRECTED (if checked)

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas NV 89121
702-734-2400

Payer's RTN (optional):
OMB No. 1545-0112
**2004** Form 1099-INT
Interest Income

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 880244801 | 349189807 |

**RECIPIENT'S name, street address, city, state, and ZIP code**
Del Bunch & Ernestine Bunch   000606
1909 Red Robin Court
Las Vegas NV 89134

1 Interest income not included in box 3: 2018986.11
2 Early withdrawal penalty: 0.00
3 Interest on U.S. Savings Bonds and Treas. obligations: 0.00
4 Federal income tax withheld: 0.00
5 Investment expenses: 0.00
6 Foreign tax paid: 0.00
7 Foreign country or U.S. possession:

Copy B For Recipient

---

## Form 1099-INT (2005)

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
USA COMMERCIAL MORTGAGE COMPANY
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121
(702) 734-2400

Payer's RTN (optional):
OMB No. 1545-0112
**2005** Form 1099-INT
Interest Income

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 88-0244801 | 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 |

**RECIPIENT'S name, street address, city, state, and ZIP code**
DEL BUNCH & ERNESTINE BUNCH
1909 RED ROBIN COURT
LAS VEGAS, NV 89134

1 Interest income not included in box 3: **$2,456,777.77**
2 Early withdrawal penalty:
3 Interest on U.S. Savings Bonds and Treas. obligations:
4 Federal income tax withheld:
5 Investment expenses:
6 Foreign tax paid:
7 Foreign country or U.S. possession:

Copy B For Recipient