Michael D. Warner (TX Bar No. 00792304)
David T. Cohen (TX Bar No. 75008424)
Alexandra P. Olenczuk (TX Bar No. 24033924)
**WARNER STEVENS, L.L.P.**
301 Commerce Street, #1700
Fort Worth, TX 76102
Tel:   (817) 810-5250
Fax:   (817) 810-5255
Email: mwarner@warnerstevens.com
Email: dcohen@warnerstevens.com
Email: aolenczuk@warnerstevens.com

and

Michelle L. Abrams (NV Bar No. 5565)
**MICHELLE L. ABRAMS, LTD.**
7201 West Lake Mead Blvd., Suite 210
Las Vegas, NV 89128
Tel:   (702) 233-5040
Fax:   (702) 233-2209
Email: mabrams@mabramslaw.com

Counsel for Sierra Liquidity Fund, L.L.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | Chapter 11 |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | |

| | |
|---|---|
| In Re: | ) |
| USA SECURITIES, LLC, | ) |
|     Debtor. | ) |
| _____ | ) |
| Affects: | ) |
| ■ All Debtors | ) |
| ☐ USA Commercial Mortgage Company | ) |
| ☐ USA Securities, LLC | ) |
| ☐ USA Capital Realty Advisors, LLC | ) |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | ) |
| ☐ USA Capital First Trust Deed Fund, LLC | ) |
| _____ | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, Warner Stevens, L.L.P., hereby appears in the above-captioned chapter 11 cases on behalf of Sierra Liquidity Fund, L.L.C. pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and hereby demand copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon the undersigned:

Michael D. Warner, Esq.
David T. Cohen, Esq.
Alexandra P. Olenczuk, Esq.
**WARNER STEVENS, L.L.P.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
E-mail: mwarner@warnerstevens.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002, Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings,

requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before the Court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, e-mail, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

DATED:  December 18, 2006

    Michael D. Warner (TX Bar No. 00792304)
David T. Cohen (TX Bar No. 75008424)
Alexandra P. Olenczuk (TX Bar No. 24033924)
**WARNER STEVENS, L.L.P.**
301 Commerce Street, #1700
Fort Worth, TX 76102
Tel:     (817) 810-5250
Fax:     (817) 810-5255
Email:  dcohen@warnerstevens.com
Email:  aolenczuk@warnerstevens.com

*and*

**MICHELLE L. ABRAMS, LTD.**

By:       /s/ Michelle L. Abrams
Michelle L. Abrams (NV Bar No. 5565)
7201 West Lake Mead Blvd., Ste. 210
Las Vegas, NV 89128
Tel:     (702) 233-5040
Fax:     (702) 233-2209
Email:  mabrams@mabramslaw.com

*Counsel for Sierra Liquidity Fund, L.L.C.*