**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Proposed Attorneys for Official Committee of Unsecured Creditors

E-Filed on December 18, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company** 06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC** 06-10726 | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC** 06-10727 | Date: N/A<br>Time: N/A<br>**Affecting:**<br>× All Cases<br>**or Only:** |
| **USA Capital First Trust Deed Fund, LLC** 06-10728 | ¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC<br>¨ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC** 06-10729 **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC |

1. I, Rob Charles, a partner in the law firm of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

   A) USACM Unsecured Committee's Reply Brief in Support of Plan Confirmation – Fraudulent Transfer, Setoff, and Use of 2% Holdback to Pay Direct Lenders Committee's Professional Fees [DE 2136].

1767917.1



2. I served the aforementioned document by the following means to the persons as listed below:

   A) ECF System to the persons listed on Exhibit A on December 15, 2006; and

   B) Email on December 15, 2006 to all persons with email addresses listed on the Master Service List on file with this Court not included in A.

3. As evidenced by her signature below, on December 18, 2006, Christine Laurel, an employee of Lewis and Roca, served the Reply Brief by first class U.S. Mail, postage prepaid, deposited in Phoenix, Arizona, addressed to all persons without email addresses listed on the Master Service List on file with this Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED December 18, 2006.

    /s/ RC (#006593)
Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

    /s/ Christine Laurel
Christine Laurel

1767917.1