1  Name Alexandra P. Olenczuk
2  Bar Code # 24033924
3  Address WARNER STEVENS, L.L.P.
4  301 Commerce St., #1700
5  Fort Worth, TX 76102
6  Phone # (817) 810-5250
7
8              UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF NEVADA
9
10  In re:                              )    Bankruptcy No. BK-S-06-10725 LBR
                                        )    Chapter No. 11
11  USA Commercial Mortgage Company,    )              Jointly Administered
    et. al,                             )    VERIFIED PETITION FOR
12       Debtors.                       )    PERMISSION TO PRACTICE
                                        )    IN THIS CASE ONLY BY
13                                      )    ATTORNEY NOT ADMITTED
                                        )    TO THE BAR OF THIS COURT
14                                      )
                                        )    EFFECTIVE JUNE 1, 2004
15  _____)    FILING FEE IS $175.00
16
17       Alexandra P. Olenczuk                 , Petitioner, respectfully represents to the Court:
18
19       1.   That Petitioner resides at  8621 Woodslane Drive                           .
                                                  (street address)
20   Fort Worth                          Tarrant
21   _____,  _____.
         (city)                              (county)
     Texas                        76179                  (817) 236-4457
22   _____,_____,_____.
         (state)                  (zip code)         (area code + telephone number)
23
24
25
26
27  CAUTION: DO NOT REVISE OR RETYPE THIS FORM
28

2. That Petitioner is an attorney at law and a member of the law firm of __Warner Stevens, L.L.P.__ with offices at __301 Commerce St., #1700__ (street address), __Fort Worth__ (city), __TX__ (zip code), __(817) 810-5250__ (area code + telephone number).

3. That Petitioner has been retained personally or as a member of the law firm by __Sierra Liquidity Fund, L.L.C.__ [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since __1994 and 2001__ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __California and Texas, respectively__ (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | Date Admitted |
|---|---|
| U.S. District Court, N.D. Tex. | 2001 |
| U.S. District Court, C.D. Cal. | 1996 |
| U.S. District Court, E.D. Cal. | 1996 |
| U.S. District Court, N.D. Cal. | 1994 |
| U.S. Court of Appeals for the 9th Circuit | 1994 |

6.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____

_____

_____

7.   That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars of ever denied admission):

_____

_____

_____

8.   That Petitioner is a member of good standing in the following Bar Associations:

State Bar of California

State Bar of Texas

_____

9.   Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:   N/A

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

3

DATED: December 18, 2006

_____
Petitioner's Signature

STATE OF TEXAS}

COUNTY OF TARRANT}

Alexandra P. Olenczuk, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn before me this

___18th___ day of December, 2006.

*[Notary signature]*

**SILVIA NOEMI WILLIAMS**
MY COMMISSION EXPIRES
September 7, 2008

APPROVED:

Dated: this _____ day of _____

_____
UNITED STATES BANKRUPTCY JUDGE