**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on December 18, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    **06-10725 – Lead Case** | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>    **06-10726** | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    **06-10727** | Date: N/A<br>Time: N/A<br>**Affecting:**<br>× All Cases |
| **USA Capital First Trust Deed Fund, LLC**<br>    **06-10728** | or Only:<br>¨ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC**<br>    **06-10729** | ¨ USA Capital Diversified Trust Deed Fund, LLC |
|           **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC |

1.  I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

    A)  Ex Parte Motion for Leave of Court to File Brief in Support of Plan Confirmation in Excess of 20 pages [DE 2114].

2.  I served the foregoing by the following means to the persons as listed below:

1742363.1

Case 06-10725-gwz Doc 2174 Entered 12/18/06 12:13:11 Page 2 of 2



1. A) ECF System to the persons listed on Exhibit A on December 15, 2006;
2. B) Email on December 15, 2006 to all persons with email addresses listed on the Master Service List on file with this Court not included in A.
3. C) First Class, postage prepaid, US Mail on December 18, 2006 to all persons without email addresses listed on the Master Service List on file with this Court not included in A.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18th day of December, 2006.

/s/ Christine E. Laurel
Christine E. Laurel

1742363.1