**Entered on Docket**
**December 18, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

1

2

3

4

5

6   Annette W. Jarvis, Utah Bar No. 1649
    RAY QUINNEY & NEBEKER P.C.
7   36 South State Street, Suite 1400
    P.O. Box 45385
8   Salt Lake City, Utah 84145-0385
    Telephone: (801) 532-1500
9   Facsimile: (801) 532-7543
    Email: ajarvis@rqn.com
10  and
    Lenard E. Schwartzer
11  Nevada Bar No. 0399
    Jeanette E. McPherson
12  Nevada Bar No. 5423
    Schwartzer & McPherson Law Firm
13  2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada  89146-5308
14  Telephone:  (702) 228-7590
    Facsimile:  (702) 892-0122
15  E-Mail:  bkfilings@s-mlaw.com
    Attorneys for Debtors

16

**SCHWARTZER & MCPHERSON LAW FIRM**
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

17  In re:                                          Case Nos. BK-S-06-10725 LBR
    USA COMMERCIAL MORTGAGE COMPANY,                Case Nos. BK-S-06-10726 LBR
18                                        Debtor.   Case Nos. BK-S-06-10727 LBR
    _____       Case Nos. BK-S-06-10728 LBR
19  In re:                                          Case Nos. BK-S-06-10729 LBR
    USA CAPITAL REALTY ADVISORS, LLC,
20                                        Debtor.   Chapter 11
    _____
21  In re:
    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
22                                        Debtor.
    _____       **ORDER ON EX PARTE MOTION**
23  In re:                                          **FOR ORDER SHORTENING TIME**
    USA CAPITAL FIRST TRUST DEED FUND, LLC,         **REQUIRING DEL BUNCH TO**
24                                        Debtor.   **APPEAR FOR EXAMINATION**
    _____       **PURSUANT TO FED.R.BANK. P.**
25  In re:                                          **2004**
    USA SECURITIES, LLC,
26                                        Debtor.
    _____
27  Affects:
        ☒  All Debtors
28      ☐  USA Commercial Mortgage Company
        ☐  USA Securities, LLC
        ☐  USA Capital Realty Advisors, LLC
        ☐  USA Capital Diversified Trust Deed Fund, LLC
        ☐  USA First Trust Deed Fund, LLC

1

OST Order re Motion for 2004 examination for Del Bunch

TO:    ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that upon an Ex Parte Motion For An Order Shortening Time Requiring Del Bunch To Appear For Examination Pursuant To Fed.R.Bankr.P. 2004 (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for examination, and it is

**ORDERED** that Del Bunch shall appear pursuant to Bankruptcy Rule 2004(a), at the Debtors' business offices located at 4484 South Pecos Road, Las Vegas, Nevada, 89121 on **December 19, 2006 at 2:00 p.m. prevailing Pacific Time** to be examined under oath in relation to the following matters:

> Acts, conduct or property of the Debtors, or to any matter which may affect the administration of the Debtors' estate; and acts, conduct, or property of the Debtors that relate to the liabilities and financial condition of the Debtors, the source of any money or property acquired or any other matter relevant to the case.

A copy of the Application may be obtained by accessing BMC Group, Inc.'s website at www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-0100, or by contacting the office of the Debtors' counsel, Ray Quinney & Nebeker P.C., telephone: (801) 532-1500 or fax: (801) 532-7543.

Submitted by:

  */s/  Jeanette E. McPherson*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
and
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Attorneys for Debtors

# # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2

OST Order re Motion for 2004 examination for Del Bunch