**HANEY, WOLOSON & MULLINS**
Wade B. Gochnour, Esquire
Nevada Bar No. 6314
Aryn M. Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557
Telecopier: (702) 474-7009
WadeG@hwmlvlaw.com
afitzwater@hwmlvlaw.com

and

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000
Telecopier: (215) 864-7123
ostrows@whiteandwilliams.com

**E-FILED on December 18, 2006**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S 06-10725 (LBR)<br>Case No. BK-S 06-10726 (LBR)<br>Case No. BK-S 06-10727 (LBR)<br>Case No. BK-S 06-10728 (LBR)<br>Case No. BK-S 06-10729 (LBR) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **LIBERTY BANK'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF ITS MOTION PURSUANT TO FED. R. BANKR. P. 3018 TO ALLOW CLAIM FOR PLAN VOTING PURPOSES** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

# LIBERTY BANK'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF ITS MOTION PURSUANT TO FED. R. BANKR. P. 3018 TO ALLOW CLAIM FOR PLAN VOTING PURPOSES

**PLEASE TAKE NOTICE** that Liberty Bank ("Liberty"), by and through its undersigned attorneys, hereby withdraws, without prejudice, Liberty Bank's Motion Pursuant to Fed. R. Bankr. P. 3018 to Allow Claim for Plan Voting Purposes filed on December 14, 2006 (Docket No. 2106) (the "3018 Motion"). Accordingly, Liberty requests that the hearing on the 3018 Motion, currently scheduled for December 19, 2006, and this Court's order dated December 15, 2006 (Docket No. 2132) granting Liberty's request for expedited consideration of the 3018 Motion, be vacated. In conjunction with this Notice, USACM has withdrawn without prejudice its objection filed December 11, 2006 (Docket No. 2022) (the "Claim Objection") to Proof of Claim No. 1383 filed by Liberty Bank.

Respectfully submitted this 18th day of December 2006.

**HANEY, WOLOSON & MULLINS**

BY: _/s/_

Wade B. Gochnour, Esquire
Nevada Bar No. 6314
Aryn M. Fitzwater, Esquire
Nevada Bar No. 8802
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone: (702) 474-7557

-and-

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000

Attorneys for Liberty Bank

|   |   |
|---|---|
| 1 | **HANEY, WOLOSON & MULLINS** |
|   | Wade B. Gochnour, Esquire |
| 2 | Nevada Bar No. 6314 |
| 3 | Aryn M. Fitzwater, Esquire |
|   | Nevada Bar No. 8802 |
| 4 | 1117 South Rancho Drive |
|   | Las Vegas, Nevada 89102 |
| 5 | Telephone: (702) 474-7557 |
| 6 | Telecopier: (702) 474-7009 |
|   | WadeG@hwmlvlaw.com |
| 7 | afitzwater@hwmlvlaw.com |
| 8 | and |
| 9 |   |
|   | **WHITE AND WILLIAMS LLP** |
| 10 | Steven E. Ostrow, Esquire |
|   | PA Bar ID # 50568 |
| 11 | 1800 One Liberty Place |
| 12 | Philadelphia, PA 19103-7395 |
|   | Telephone: (215) 864-7000 |
| 13 | Telecopier: (215) 864-7123 |
| 14 | ostrows@whiteandwilliams.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: | Case No. BK-S 06-10725 (LBR) |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S 06-10726 (LBR) |
|   | Case No. BK-S 06-10727 (LBR) |
|   | Case No. BK-S 06-10728 (LBR) |
| Debtor. | Case No. BK-S 06-10729 (LBR) |
| In re: |   |
| USA CAPITAL REALTY ADVISORS, LLC, | Chapter 11 |
| Debtor. |   |
| In re: | **Jointly Administered Under** |
| USA Capital First Trust Deed Fund, LLC, | **Case No. BK-S-06-10725 LBR** |
| Debtor. |   |
| In re: | **CERTIFICATE OF SERVICE** |
| USA SECURITIES, LLC, |   |
| Debtor. |   |

(Left margin: HANEY, WOLOSON & MULLINS / 1117 South Rancho Drive / Las Vegas, Nevada 89102 / (702) 474-7557 / (702) 474-7009 Fax)

- 1 -

I hereby certify that on the 18th day of December 2006, I caused to be served a true and correct copy of Liberty Bank's Notice of Withdrawal Without Prejudice of its Motion Pursuant to Fed. R. Bankr. P. 3018 to Allow Claim for Plan Voting Purposes via:

__ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

X (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

__ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

__ (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date above written.

__ (VIA EMAIL) By electronic mail transmission to those persons listed on the attached email.

Dated this 18th day of December 2006.

_____
An employee of Haney, Woloson & Mullins

## SERVICE LIST

| | |
|---|---|
| Ray Quinney & Nebeker PC<br>36 S. State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385<br>Fax: (801) 532-7543<br>Attn: Annette W. Jarvis, Esquire<br>ajarvis@rqn.com<br><br>Counsel for Debtors and Debtors-In-Possession | Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, NV 89146<br>Fax: (702) 892-0122<br>Attn: Lenard E. Schwartzer, Esquire<br>lschwartzer@s-mlaw.com<br><br>Local Counsel for the Debtors |
| Stutman, Treister & Glatt<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Fax: (310) 228-5788<br>Attn: Eve H. Karasik, Esquire<br>ekarasik@stutman.com<br><br>Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC | Gordon & Silver, Ltd.<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, NV 89109<br>Fax (702) 796-5555<br>Attn: Gregory E. Garman, Esquire<br>geg@gordonsilver.com<br><br>Counsel for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company |
| Orrick, Herrington & Sutcliffe LLP<br>8400 Capital Mall, Suite 3000<br>Sacramento, CA 95814-4497<br>Fax: (916) 329-4900<br>Attn: Marc A. Levinson, Esquire<br>malevinson@orrick.com<br><br>Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | Lewis and Roca LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169-5996<br>Fax: (702) 949-8321<br>Attn: Rob Charles, Esquire<br>rcharleslrlaw.com<br><br>Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company |
| Office of the United States Trustee<br>300 Las Vegas Boulevard, Suite 4300<br>Las Vegas, NV 89101<br>Fax: (702) 388-6658<br>augie.landis@usdoj.gov<br><br>Assistant United States Trustee | |