**Entered on Docket
December 18, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
| RAY QUINNEY & NEBEKER P.C. | Jeanette E. McPherson, Nevada Bar No. 5423 |
| 36 South State Street, Suite 1400 | Schwartzer & McPherson Law Firm |
| P.O. Box 45385 | 2850 South Jones Boulevard, Suite 1 |
| Salt Lake City, Utah 84145-0385 | Las Vegas, Nevada 89146-5308 |
| Telephone: (801) 532-1500 | Telephone: (702) 228-7590 |
| Facsimile: (801) 532-7543 | Facsimile: (702) 892-0122 |
| Email: ajarvis@rqn.com | E-Mail: bkfilings@s-mlaw.com |
| Attorney for Debtors | |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br>**ORDER SHORTENING TIME TO HEAR DEBTORS' COMBINED MOTION IN LIMINE AND MEMORANDUM IN SUPPORT REGARDING THE OBJECTION OF USA INVESTMENT PARTNERS, LLC, JOSEPH MILANOWSKI AND THOMAS HANTGES TO CONFIRMATION OF THE DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: December 19, 2006<br>Time: 10:00 a.m. |

OST Order re Motion In Limine

1

TO:  ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that upon an Ex Parte Motion For An Order Shortening Time To Hear Debtors' Combined Motion In Limine And Memorandum In Support Regarding The Objection Of USA Investment Partners, LLC, Joseph Milanowski And Thomas Hantges To Confirmation Of The Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

ORDERED that the hearing on the Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Courtroom 1, Las Vegas, Nevada, on December 19, 2006 at the hour of 10:00 a.m.

A copy of the Motion may be obtained by accessing BMC Group, Inc.'s website at www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-0100, or by contacting the office of the Movant's counsel, Ray Quinney & Nebeker P.C., telephone: (801) 532-1500 or fax: (801) 532-7543.

**Submitted by:**

  /s/  Lenard E. Schwartzer, Esq.
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Attorneys for USA Capital Diversified Trust Deed Fund, LLC

# # #

2

OST Order re Motion In Limine