| | |
|---|---|
| 1  Michael D. Warner (TX Bar No. 00792304) | E-FILED ON: DECEMBER 18, 2006 |

Michael D. Warner (TX Bar No. 00792304)
David T. Cohen (TX Bar No. 75008424)
Alexandra P. Olenczuk (TX Bar No. 24033924)
**WARNER STEVENS, L.L.P.**
301 Commerce Street, #1700
Fort Worth, TX 76102
Tel:    (817) 810-5250
Fax:    (817) 810-5255
Email:  dcohen@warnerstevens.com
Email:  aolenczuk@warnerstevens.com

*and*

Michelle L. Abrams (NV Bar No. 5565)
**MICHELLE L. ABRAMS, LTD.**
7201 West Lake Mead Blvd., Ste. 210
Las Vegas, NV 89128
Tel:    (702) 233-5040
Fax:    (702) 233-2209
Email:  mabrams@mabramslaw.com

*Counsel for Sierra Liquidity Fund, L.L.C.*

E-FILED ON: DECEMBER 18, 2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re: )<br>USA COMMERCIALMORTGAGE COMPANY, )<br>    Debtor. )<br>_____ ) | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In Re: )<br>USA CAPITAL REALTY ADVISORS, LLC, )<br>    Debtor. )<br>_____ ) | Case No. BK-S-06-10725 LBR<br><br>Chapter 11 |
| In Re: )<br>USA CAPITAL DIVERSIFIED TRUST DEED )<br>FUND, LLC, )<br>    Debtor. )<br>_____ ) | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re: )<br>USA CAPITAL FIRST TRUST DEED FUND, LLC, )<br>    Debtor. )<br>_____ ) | CERTIFICATE OF SERVICE |
| In Re: )<br>USA SECURIEITES, LLC, )<br>    Debtor. )<br>_____ ) | |
| Affects: )<br>  ■ All Debtors )<br>  ■ USA Commercial Mortgage Company )<br>  □ USA Securities, LLC )<br>  □ USA Capital Realty Advisors, LLC )<br>  □ USA Capital Diversified Trust Deed Fund, LLC )<br>  □ USA Capital First Trust Deed Fund, LLC ) | |

1. On December 15, 2006 and December 18, 2006 (as specified below), I served the following documents:

    A. Opposition and Joinder of Sierra Liquidity Fund, L.L.C. in Oppositions to Confirmation of Debtors' Third Amended Joint Plan of Reorganization (*served by ECF on December 15, 2006; and by United States mail postage prepaid, and by direct email on December 18, 2006*);

    B. Opposition and Joinder of Sierra Liquidity Fund, L.L.C. in Oppositions to Motion for Procedures Regarding Assignments of Direct Lenders' Interests in Loans, and Further Memorandum of Points and Authorities (*served by ECF on December 15, 2006; and by United States mail postage prepaid, and by direct email on December 18, 2006*);

    C. Designation of Local Counsel and Consent Thereto (*served by ECF, United States mail postage prepaid, and by direct email on December 18, 2006*);

    D. Notice of Appearance and Request for Service of Papers (*served by ECF, United States mail postage prepaid, and by direct email on December 18, 2006*).

2. I served the above named documents by the following means to the persons as listed below:

    *(Check all that apply)*

■ a. ECF System upon the parties identified in the attached "Notice of Electronic Filing" for each document.

■ b. United States Mail, postage fully prepaid upon the parties on the attached "Master and Special Notice Service List."

☐ c. Personal service

I personally delivered the document(s) to the persons listed at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

■ d. By direct email (as opposed to through the ECF System)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the documents to be sent to the persons at the email addresses listed on the attached "Master and Special Notice E-Mail Service List". I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful, except with respect to the persons so identified on the attached List.

☐ e. By fax transmission

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 18, 2006

Alexandra P. Olenczuk