## MASTER AND SPECIAL NOTICE SERVICE LIST

Annette W. Jarvis
Douglas M. Monson
Steven C. Strong
Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Lenard E. Schwartzer
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Ste. 1
Las Vegas, NV 89146-5308

USA Commercial Mortgage
Thomas J. Allison
4484 South Pecos Rd.
Las Vegas, NV 89121

Office of the U.S. Trustee
600 Las Vegas Blvd., S., Ste. 4300
Las Vegas NV 89101

Kummer, Kaempfer, Bonner & Renshaw
3800 Howard Hughes Pkwy., 7th Fl.
Las Vegas, NV 89109

Intershow
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

James Hull
C/O Signature Financial
2601 Airport Dr., #370
Torrance, CA 90505

George Gorman
C/O Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

R. Hagmaier
C/O Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Tim Rich
C/O Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Rob Charles
Susan M. Freeman
Lewis and Roca, LLP
3993 Howard Hughes Pkwy., 6th Fl.
Las Vegas, NV 89109

Bunch, Dell
1909 Red Robin Court
Las Vegas, NV 89134

Bunch, Dell
C/O Donald R. Walker
9209 Eagle Hills Dr.
Las Vegas, NV 89134-6109

Advanced Information Systems
C/O Michael T. Yoder
4270 Cameron St., Ste. 1
Las Vegas, NV 89103

Russell Ad Development Group, LLC
P.O. Box 28216
Scottsdale, AZ 85255

Robert A. Russell
8585 East Hartford Dr., Ste. 500
Scottsdale, AZ 85255

Annee Nounna
8057 Lands End Court
Las Vegas, NV 89117-7635

Robert L. Hagmaier
15254 Candlewood Court
Lake Oswego, OR 97035

Larry L. Rieger and Patsy Rieger Revocable Trust
Larry L. Rieger, Trustee
2615 Glen Eagles Drive
Reno, NV 89523

John Bauer IRA
40808 North Riverbend
Anthem, AZ 85086

Broadwalk Investments L.P.
James R. Bonfiglio, G.P.
8635 West Sahara Ave., Unit 220
Las Vegas, NV. 89117

Nevada State Bank
Keriann M. Atencio
Greenberg Traurig, LLP
2375 East Camelback Rd.
Phoenix, AZ 85016

Frank A. Merola
Eve H. Karasik
Christine M. Pajak
Stutman, Treister & Glatt, P.C.
1901 Ave. of the Stars, 12th Fl.
Los Angeles, CA 90067

James Patrick Shea
Candace C. Carlyon
Shlomo S. Sherman
Shea & Carlyon, Ltd.
228 S. Fourth St., 1st Fl.
Las Vegas, NV 89101

| | | |
|---|---|---|
| Robert E. Taylor<br>1535 Flynn Road<br>Camarillo, CA 93012 | Robert E. Taylor<br>C/O Chuck Heinrichs<br>198 El Pajaro<br>Newbury Park, CA 91320 | John Warner Jr., IRA<br>C/O First Savings Bank<br>2605 East Flamingo Rd.<br>Las Vegas, NV 89121 |
| John H. Warner Jr.<br>2048 North Chettro Trail<br>St. George, UT 84770 | Mary E. and Matthew J. Moro JTWROS<br>1009 8th St.<br>Manhattan Beach, CA 90266 | Richard G. Wouldstra Revocable Trust, Richard G. Wouldstra, TTEE<br>P.O. Box 530025<br>Henderson, NV 89053 |
| Wen Baldwin Separate Property Trust<br>365 Dooley Dr.<br>Henderson, NV 89015 | John Goings<br>P.O. Box 174<br>Masonville, CO 80541 | Marc A. Levinson<br>Lynn Trinka Ernce<br>Orrick, Herrington & Sutcliffe, LLP<br>400 Capital Mall, Ste. 3000<br>Sacramento, CA 95814 |
| Bob L. Olson<br>Anne M. Loraditch<br>Beckley Singleton Chtd.<br>530 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Robert G. Worthen<br>1112 Worthen Cir.<br>Las Vegas, NV 89145 | Katz 2000 Separate Property Trust<br>Sara M. Katz, Managing Trustee<br>4250 Executive Square, #670<br>San Diego, CA 92037 |
| Thomas C. Lawyer Family Trust<br>45 Ventana Canyon Dr.<br>Las Vegas, NV 89113 | Jerry T. McGimsey<br>3115 South El Camino Rd.<br>Las Vegas, NV 89146-6621 | Charles O. and Flora A. Nichols<br>2561 Seascape Dr.<br>Las Vegas, NV 89128 |
| Robert Hardy<br>6510 Ansonia Court<br>Las Vegas, NV 89118-1874 | Gerald M. Gordon<br>Gregory E. Garman<br>Gordon & Silver, Ltd.<br>3960 Howard Hughes Pkwy., 9th Fl.<br>Las Vegas, NV 89109 | Fertitta Enterprises, Inc.<br>Attn: William J. Bullard, CFO<br>2960 West Sahara Ave., Ste. 200<br>Las Vegas, NV 89102 |
| Helms Homes, LLC<br>C/O Terry Helms<br>809 Upland Blvd.,<br>Las Vegas, NV 89107 | Terry Helms Living Trust<br>809 Upland Blvd.<br>Las Vegas, NV 89107 | Dennis Flier, Inc. Defined Benefit Trust<br>20155 Porto Vita Way #1803<br>Aventura, FL 33180 |
| Arthur and Glorianne Polacheck<br>2056 Woodlake Cir.<br>Deerfield Beach FL 33442 | James W. & Pamela P. McCollum<br>1011 F. Avenue<br>Coronado, CA 92118 | Homfeld II, LLC<br>777 South Federal Hwy., Ste. N-409<br>Pompano Beach, FL 33062 |
| Homfeld II, LLC<br>C/O Edward W. Homfeld<br>858 Bishop Rd.<br>Grosse Pointe Park, MI 48230 | Nevada Mortgage Lending Division<br>Attn: Susan Eckhardt<br>3075 East Flamingo # 100<br>Las Vegas, NV 89121 | U.S. Securities & Exchange Comm.<br>Attn: Sandra W. Lavigna<br>5670 Wilshire Blvd., 11th Fl.<br>Los Angeles, CA 90036-3648 |

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, D.C. 20005-4026

Dept. of Employment Training
Employment SEC Div, Contributions Section
500 East 3rd Street
Carson City, NV 89713-0030

DMV and Public Safety Records Section
555 Wright Way
Carson City, NV 89711-0250

Employers Insurance Co. of NV
Attn: Bankruptcy Desk
9790 Gateway Dr.
Reno, NV 89521-5906

NV Dept. of Taxation
Bankruptcy Division
555 East Washington, # 1300
Las Vegas, NV 89101

Internal Revenue Service
Attn: Bankruptcy Dept.
Stop 5028
110 City Parkway
Las Vegas, NV 89106

Secretary of State
State of Nevada
202 North Carson St.
Carson City, NV 89701

NV Department of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

Office of Labor Commissioner
555 E. Washington Ave., # 4100
Las Vegas, NV 89101

Daniel G. Bogden
Carlos A. Gonzalez
Office of the U.S. Attorney, D. Nev.
333 Las Vegas Blvd., So. #5000
Las Vegas, NV 89101

U. S. Dept. of Justice
Tax Division – Western Region
P. O. Box 683 – Ben Franklin Station
Washington, D.C. 20044

District Counsel
Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106

Internal Revenue Service
Ogden, UT 84201

FHA/HUD
District Office
300 South Las Vegas Blvd., Ste. 2900
Las Vegas, NV 89101-5833

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ 85012

Clark County Treasurer
C/O Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV 89155-1220

Clark County Assessor
C/O Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV 89155-1401

Don Tomlin
C/O David W. Mounier
15316 Sky High Rd.
Escondido, CA 92015

Maryetta Bowman
534 Enchanted Lakes Dr.
Henderson, NV 89052

Edward W. Homfeld
Homfeld II, LLC
777 South Federal Hwy, Ste. N-409
Pompano Beach, FL 33062

Richard McKnight, Esq.
Law Offices of Richard McKnight
330 South Third St., #900
Las Vegas, NV 89101

RJ Rocco
12617 Cottageville Lane
Keller, TX 76248

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV 89521

Janny Catharina Brouwer
2533 Kinnard Ave.
Henderson, NV 89074

Robert R. Kinas, Esq.
Jennifer L. McBee
Snell & Wilmer, LLP
3800 Howard Hughes Pkwy, #1000
Las Vegas, NV 89109

Michael R. Chuler
C/O Jay R. Eaton
Eaton & O'Leary, PLLC
P.O. Box 18
Fairbury, IL 61739

Kermit Kruse
2710 Albany Avenue
Davis, CA 95616

| | | |
|---|---|---|
| Kelly J. Brinkman, Esq.<br>Goold Patterson, Alex & Day<br>4496 South Pecos Rd.<br>Las Vegas, NV 89121 | Janet L. Chubb, Esq.<br>Jones Vargas<br>100 West Liberty St., 12th Fl.<br>P.O. Box 281<br>Reno, NV 89504-0281 | Martin B. Weiss, Esq.<br>The Garrett Group, LLC<br>One Betterworld Circle, Ste. 300<br>Temecula, CA 92590 |
| Attila Jefzenszky<br>1720 Colavita Way<br>Reno, NV 89521 | Vince Danelian<br>P.O. Box 97782<br>Las Vegas, NV 89193 | William L. McGimsey, Esq.<br>601 East Charleston Blvd.<br>Las Vegas, NV 89104 |
| Paul & Donna Jacques<br>810 SE 7th Street, A103<br>Deerfield Beach, FL 33441 | Peter Bolino<br>17412 Serene Dr.<br>Morgan Hill, CA 95037 | Sean Najarian, Esq.<br>The Najarian Law Firm<br>283 S. Lake Ave., Ste. 205<br>Pasadena, CA 91101 |
| Scott D. Fleming<br>Hale Lane Peek Dennision and Howard<br>3930 Howard Hughes Pkwy, 4th Fl.<br>Las Vegas, NV 89169 | Nile Leatham<br>James B. MacRobbie<br>Kolesar & Leatham, CHTD<br>3320 West Sahara Ave., Ste. 380<br>Las Vegas, NV 89102-3202 | Laurel E. Davis<br>Lionel Sawyer & Collins<br>4700 Bank of America Plaza<br>300 South Fourth St.<br>Las Vegas, NV 89101 |
| Gilbert B. Weisman<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Caryn S. Tijsseling<br>Beesley, Peck & Matteoni, Ltd.<br>5011 Meadowood Mall Way, #300<br>Reno, NV 89502 | Nicholas J. Santoro<br>400 South Fourth St., 3rd Fl.<br>Las Vegas, NV 89101 |
| Jed A. Hart<br>Angelo, Gordon & Co.<br>245 Park Avenue, 26th Fl.<br>New York, NY 10167 | Bradley J. Stevens<br>Jennings, Strouss & Salmon, P.L.C.<br>The Collier Center, 11th Fl.<br>201 E. Washington St.<br>Phoenix, AZ 85004-2385 | CiCi Cunningham, James A.<br>Kohl, Christine Roberts<br>Rawlings, Olson, Cannon,<br>Gormley & Desruisseaux<br>9950 West Cheyenne Ave.<br>Las Vegas, NV 89129 |
| Thomas R. Stilley<br>Sussman Shank, LLP<br>1000 SW Broadway, Ste. 1400<br>Portland, OR 97205-3089 | Franklin C. Adams<br>Best Best & Krieger LLP<br>3750 University Ave.<br>P.O. Box 1028<br>Riverside, CA 92502-1028 | Jeffrey G. Sloane<br>Regina M. McConnell<br>Kravitz, Schnitzer, Sloane,<br>Johnson & Eberhardy, CHTD.<br>1389 Galleria Dr., Ste. 200<br>Henderson, NV 89014 |
| Kevin B. Christensen<br>Xanna R. Hardman<br>Evan James<br>7440 West Sahara Ave.<br>Las Vegas, NV 89117 | Richard Mason<br>Patricia K. Smoots<br>Michael M. Schmahl<br>McGuire Woods, LLP<br>77 West Wacker Dr., Ste. 4100<br>Chicago, IL 60601 | Donald T. Polednak<br>Jeffrey R. Sylvester<br>Sylvester & Polednak, Ltd.<br>7371 Prairie Falcon, Ste., 120<br>Las Vegas, NV 89128 |

| | | |
|---|---|---|
| Peter Susi<br>Jay L. Michaelson<br>Michaelson, Susi & Michaelson<br>Seven West Figueroa St., 2nd Fl.<br>Santa Barbara, CA 93101-3191 | Joan C. Wright<br>Allison, MacKenzie, Russell, Pavlakis, Wright & Fagan, Ltd.<br>402 North Division St.<br>P.O. Box 646<br>Carson City, NV 89702 | Bay Communities<br>C/O Chris McKinney<br>4800 N. Federal Hwy., # A205<br>Boca Raton, FL 33431 |
| Erven T. Nelson<br>Bolick & Boyer<br>6060 W. Elton Ave, Ste. A<br>Las Vegas, NV 89107 | Matthew Q. Callister<br>Callister & Reynolds<br>823 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Andrew Welcher<br>C/O Nordman Cormany Hair & Compton LLP<br>Attn: William E. Winfield, Esq.<br>1000 Town Center Dr., 6th Fl.<br>P.O. Box 9100<br>Oxnard, CA 93031 |
| Robert Verchota, General Partner<br>R&N Real Estate Investments, LP<br>C/O Jeffrey A. Cogan<br>3990 Vegas Dr.<br>Las Vegas, NV 89108 | Law Offices of James G. Schwartz<br>Joshua D. Brysk, Esq.<br>7901 Stoneridge Dr., Ste. 401<br>Pleasanton, CA 94588 | Scott K. Canepa<br>Canepa, Riedy & Rubino<br>851 S. Rampart Blvd., #160<br>Las Vegas, NV 89145 |
| John F. Murtha<br>Woodburn & Wedge<br>6100 Neil Road, Ste. 500<br>P.O. Box 2311<br>Reno, NV 89505 | Howard Connell<br>1001 Jennis Silver St.<br>Las Vegas, NV 89145 | Susan Williams Scann<br>Paul R. Connaghan<br>Deaner, Deaner, Scann Malan & Larson<br>720 South Fourth St., Ste. 300<br>Las Vegas, NV 89101 |
| William D. Cope<br>Cope & Guerra<br>595 Humboldt St.<br>Reno, NV 89509-1603 | Thomas Stilley<br>Sussman Shank, LLP<br>1000 SW Broadway, Ste. 1400<br>Portland, OR 97205-3089 | Thomas R. Brooksbank<br>Brooksbank & Associates<br>689 Sierra Rose Dr., Ste. A-2<br>Reno, NV 89511 |
| Russell James Zuardo<br>1296 High Forest Ave.<br>Las Vegas, NV 89123 | John Peter Lee, Ltd.<br>John Peer Lee, Esq.<br>830 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Stephen R. Harris<br>Belding, Harris & Petroni, Ltd.<br>417 West Plumb Lane<br>Reno, NV 89509 |
| BMC Group, Inc.<br>1330 East Franklin Ave.<br>El Segundo, CA 90245 | Jerrold T. Martin<br>8423 Paso Robles<br>Northridge, CA 91325 | Wade B. Gochnour<br>Aryn M. Fitzwater<br>Haney, Woloson & Mullins<br>1117 South Rancho Dr.<br>Las Vegas, NV 89102 |
| Johnathan L. Mills<br>Sugar, Friedberg & Felsenthal LLP<br>30 North LaSalle St., Ste. 3000<br>Chicago, IL 60602 | Goldsmith & Guymon, P.C.<br>Attn: Margorie A. Guymon<br>2055 N. Village Center Circle<br>Las Vegas, NV 89134 | Joseph Huggins<br>Huggins & associates<br>1000 N. Green Valley Parkway, Ste. 440-2<br>Henderson, NV 89014 |

| | | |
|---|---|---|
| Russell S. Walker<br>Elizabeth R. Loveridge<br>Reid W. Lamber<br>Woodbury & Kesler, P.C.<br>265 East 100 South, Ste. 300<br>Salt Lake City, UT 84111 | Nancy L. Allf<br>Timothy P. Thomas<br>Parsons Behle & Latimer<br>411 E. Bonneville Ave., #100<br>Las Vegas, NV 89101 | Gary A. Sheerin, Esq.<br>177 West Proctor St., # B<br>Carson City, NV 89703 |
| Andrew Dauscher<br>Ellen Dauscher<br>P.O. Box 10031<br>Zephyr Cove, NV 89448 | Kehl Vamily<br>C/O Mr. Ken Bonnet<br>3184 Highway 22<br>P.O. Box 720<br>Riverside, IA 52327 | Mr. Allen J. Mault<br>2422 Aquasanta<br>Tuston, CA 92782 |
| A. William Ceglia<br>Ranee L. Ceglia<br>3720 Pocohena Court<br>Washoe Valley, NV 89704 | Charles B. Anderson Trust<br>Rita P. Anderson Trust<br>Baltes Company<br>211 Copper Ridge Court<br>Boulder City, NV 89005 | Sierra Health Services<br>Attn: Frank Collins<br>2724 North Tenaya Way<br>P.O. Box 15645<br>Las Vegas, NV 89114-5645 |
| Bruce H. Corum, Trustee of the Credit Shelter Trust<br>Juanita N. Carter<br>4442 Valmonte Dr.<br>Sacramento, CA 95864 | Robert A. Cowman<br>Sandra L. Cowman<br>1525 Winterwood Ave.<br>Sparks, NV 89434 | Dr. David R. Enrico<br>Dr. Bonny K. Enrico<br>2072 Almyra Rd.<br>Sparta, TN 38583-5168 |
| David W. Sexton<br>Pamela K. Sexton<br>21929 North 79th Pl.<br>Scottsdale, AZ 85255 | Mojave Canyon, Inc.<br>Attn: J.B. Partain, President<br>1400 Colorado St., # C<br>Boulder City, NV 89005 | R. Vaughn Gourley, Esq.<br>Stephens Gourley & Bywater, P.C.<br>3636 N. Rancho Dr.<br>Las Vegas, NV 89130 |
| Andrew M. Brumby, Esq.<br>Shutts & Bowen, LLP<br>300 South Orange Ave., Ste. 1000<br>P. O. Box 4956<br>Orlando, FL 32802-4956 | Whitney B. Warnick<br>Albright, Stoddard, Warnick & Albright<br>801 South Rancho Dr., Ste. D-4<br>Las Vegas, NV 89106 | Steven R. Orr<br>Richards, Watson & Gershon<br>355 S. Grand Ave., 40th Fl.<br>Los Angeles, CA 90071-3101 |
| James D. Greene, Esq.<br>Schreck Brigone<br>300 South Fourth St., #1200<br>Las Vegas, NV 89101 | Amy N. Tirre, Esq.<br>Kummer Kaempfer Bonner Renshaw & Ferrario<br>5585 Kietzke Lane<br>Reno, NV 89511 | James C. McCarroll, Esq.<br>Debra Turetsky, Esq.<br>Reed Smith LLP<br>5999 Lexington Ave.<br>New York, NY 10022 |
| James B. Corison<br>5064 Rockledge Dr.<br>Riverside, CA 92506 | Wendy W. Smith<br>Binder & Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050 | Jeffrey L. Hartman, Esq.<br>Hartman & Hartman, P.C.<br>510 West Plumb Lane, Ste. B<br>Reno, NV 89509 |

| | | |
|---|---|---|
| Robert C. Lepome, Esq.<br>330 S. Third St., #1100B<br>Las Vegas, NV 89101 | Albert Daniel Andrade<br>C/O David R. Griffith, Esq.<br>Stewart, Humpherys, Burchett & Molin, LLP<br>P.O. Box 720<br>Chico, CA 95927 | Dean T. Kirby, Jr<br>Kirby & McGuinn, A P.C.<br>600 B. Street, Ste. 1950<br>San Diego, CA 92101-4515 |
| Michelle L. Abrams<br>Michelle L. Abrams, Ltd.<br>7201 West Lake Mead Blvd., Ste. 210<br>Las Vegas, NV 89128 | Debt Acquisition Company of America<br>Howard Justus<br>1565 Hotel Circle South, #310<br>San Diego, CA 92108 | Daniel D. White, Esq.<br>23 Corporate Plaza Dr., Ste. 160<br>Newport Beach, CA 92660 |
| James J. Lee, Esq.<br>Law Offices of Jemes J. Lee<br>7674 W. Lake Mead Blvd., Ste. 108<br>Las Vegas, NV 89128 | | |