## MASTER AND SPECIAL NOTICE E-MAIL SERVICE LIST

ajarvis@rqn.com
sstrong@rqn.com
dmonson@rqn.com
bkfiling@s-mlaw.com        (delivery failure: mailbox unknown or not accepting mail)
USTPRegion17.lv.ecf@usdoj.gov
rcharles@lrlaw.com
sfreeman@lrlaw.com
drwalker1@cox.net
myoder@aisinfo.com
r.russell@industrialwest.com
Bella8049@aol.com        (delivery failure: permanent error involving remote host)
rhagmaier@fwg.com        (delivery failure: mailbox unknown or not accepting mail)
Rieg4@sbcglobal.net
jbnvi@cs.com        (delivery failure: mailbox unknown or not accepting mail)
Jbonfiglio62@yahoo.com
atenciok@GTLaw.com
fmerola@stutman.com
ekarasik@stutman.com
cpajak@stutman.com
bankruptcyfilings@sheacarlyon.com
ccarlyon@sheacarlyon.com
smiller@sheacarlyon.com
ssherman@sheacarlyon.com
ltreadway@sheacarlyon.com
rsmith@sheacarlyon.com        (delivery failure: rejected as spam)
aboehmer@sheacarlyon.com
chuckhein@earthlink.net
wqfl@aol.com        (delivery failure: mailbox unknown or not accepting mail)
maryellen.moro@verizon.net
jgoings@bhwk.com
malevinson@orrick.com
lernce@orrick.com
bolson@beckleylaw.com
aloraditch@beckleylaw.com
robertworthen@earthlink.net
skatz@katzandassociates.com
tclawyer@trane.com
jtmacg@earthlink.net
harleynicols@cox.net        (delivery failure: mailbox unknown or not accepting mail)
gmg@gordonsilver.com
geg@gordonsilver.com
tbgt@gordonsilver.com
bankruptcynotices@gordonsilver.com

bbullard@gordonbiersch.com  (delivery failure: mailbox unknown or not accepting mail)
amillionaire4u@earthlink.net  (delivery failure: mailbox unknown or not accepting mail)
dsfom1@aol.com
artclassics@bellsouth.net
james.mccollum@aol.com
nhomfeld@gmacc.com
seckhardt@mld.nv.gov       (delivery failure: no such user)
mcknightlaw@cox.net
gkopang@lawlasvegas.com
cburke@lawlasvegas.com
sforemaster@lawlasvegas.com (delivery failure: mailbox unknown or not accepting mail)
rkinas@swlaw.com
mstrand@swlaw.com          (delivery failure: mailbox unknown or not accepting mail)
jlustig@swlaw.com
lholding@swlaw.com
imccord@swlaw.com
kbrinkman@gooldpatterson.com
jlc@jonesvargas.com
tbw@jonesvargas.com
lawoffices601@lvcoxmail.com
bayareastan@yahoo.com
sean@nlf.la
sfleming@halelane.com
dbergsing@halelane.com
ecfvegas@halelane.com
nleatham@klnevada.com
jmacrobbie@klnevada.com    (delivery failure: mailbox unknown or not accepting mail)
ldavis@lionelsawyer.com
bklsclv@lionelsawyer.com
gbagley@lionelsawyer.com
ldavisesq@aol.com
cst@beesleyandpeck.com
aha@beesleyandpeck.com
NSantoro@Nevadafirm.com
jhart@angelogordon.com
bstevens@jsslaw.com
bankruptcy@rocgd.com
franklin.adams@bbklaw.com
arthur.johnston@bbklaw.com
rmcconnell@kssattorneys.com
jsloane@kssattorneys.com
giklepel@yahoo.com         (delivery failure: user doesn't have a yahoo.com account)
kbchrislaw@aol.com
xanna.hardman@gmail.com
ejameslv@earthlink.net

rjmason@mcguirewoods.com
psmoots@mcguirewoods.com
mschmahl@mcguirewoods.com
sandplegal@yahoo.com
spbankruptcy@yahoo.com
jeff@sylvesterpolednak.com
peter@msmlaw.com
jay@msmlaw.com
cheryl@msmlaw.com
msm@msmlaw.com
jwright@allisonmackenzie.com
jbrooks@allisonmackenzie.com
mqc@callister-reynolds.com
maggie@callister-reynolds.com
wwinfield@nchc.com
jeffrey@jeffreycogan.com
scanepa@defectlawyers.com
gmuscari@defectlawyers.com
scottcanepa@yahoo.com
jmurtha@woodburnandwege.com  (delivery failure: remote host not found)
Howlor5@aol.com
sscann@deanerlaw.com
palexander@deanerlaw.com
cope-guerra@yahoo.com    (delivery failure: user doesn't have a yahoo.com account)
tom@susmanshank.com
tom@tombrooksbank.com
rjzrph@cox.net
joehuggins@sbcglobal.net
ken.bonnet@riversidecasinoandresort.com
awilliam@ceglia.name
chasband@earthlink.net
leg104@sierrahealth.com
caromi@sierrahealth.com
thecorumhouse@yahoo.com
spddcbob@aol.com
skypilot1@blomand.net
PamSexton@cox.net
mcijb@swbell.net
vgourley@lvcm.com
abrumby@shutts-law.com
sorr@rwglaw.com
jgreene@schrecklaw.com
atirre@kkbrf.com
JMcCarroll@reedsmith.com
DTuretsky@reedsmith.com

wendy@bindermalter.com
robert@robertlepome.com
susan@robertlepome.com
dgriffith@chicolaw.com
dkirby@kirbymac.com
lackerman@kirbymac.com
jhebert@kirbymac.com
bankruptcy@rocgd.com
dan@ddwlaw.com