Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON DECEMBER 18, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                      Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                      Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                      Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                      Debtor. | **STATUS AND AGENDA FOR<br>DECEMBER 19, 2006 HEARINGS** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: December 19, 2006<br>Time: 10:00 a.m. |

Hearing Status form for 121906 Hearings       - 1 –

1. **Liberty Bank's Motion Pursuant To Fed. R. Bankr. P. 3018 To Allow Claim For Plan Voting Purposes** (the "Motion", docket no. 2106). The Motion requests that this Court deem Liberty Bank's claim as allowed in full for Plan voting and confirmation purposes and accept Liberty's ballot in connection with voting on the Plan. This Motion is moot pursuant to "USA Commercial Mortgage Company's Notice of Withdrawal Without Prejudice Of Its Objection To Proof of Claim No. 1383 Filed By Liberty Bank" ("Withdrawal"). As set forth in the Withdrawal, it is noted that the Debtor reached an agreement whereby the Debtor would agree to: 1) add language to the Debtors' proposed order confirming plan that would resolve Liberty's objection to the Plan, and 2) withdraw its objection to Liberty's proof of claim without prejudice, and Liberty Bank would agree to withdraw: 1) its ballot objecting to the Plan, and 2) its Rule 3018 Motion.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

2. **Debtors Motion to Return Investor Funds Held In Escrow Funds** (Docket No. 1820). The Motion requests an order of this Court: (1) requiring Chicago Title Company to promptly release the $250,000 it is holding in escrow relating to the Bundy Canyon $7.5 Million Loan back to USACM; (2) authorizing USACM to promptly return the $250,000 to the Two Investors by returning $200,000 to Berry and $50,000 to Bonzo/Rodriguez; (3) ordering that the Third Amendment to Deed of Trust be cancelled in its entirety and be void and of no further force and effect; (4) authorizing a copy of such order (or such other document as may be required) to be recorded in the real property records of Riverside County, California to effectuate the cancellation of the Third Amendment to Deed of Trust; and (5) granting such other legal and/or equitable relief as is just and proper.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| None. | | |

3. **Motion For Approval of Procedures Regarding Assignment of Direct Lenders' Interests** (the "Assignment of Interests Motion," Docket No. 1805). USACM requests an order of this Court approving the proposed rules and procedures set forth in the Assignment of Interests Motion regarding USACM's and any Asset Purchaser's treatment and handling of notices of assignments of beneficial interests in deeds of trust received from third parties, requests to change account (aka legal vesting) names received from direct lenders, and similar situations involving transfers or assignments of direct lenders' interests in loans. The hearing on the Assignment of Interests Motion has been continued to January 3, 2007 at 9:30 a.m.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company | December 4, 2006 | 1926 |
| Debt Acquisition Company of America V | December 5, 2006 | 1957 |
| Hall Financial Group, Ltd. | December 5, 2006 | 1993 |
| Dr. Stanley Alexander, et al. (Joinder in Opposition) | December 11, 2006 | 2019 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Debtors | December 11, 2006 | 2039 |

4. **Debtors' Combined Motion In Limine And Memorandum In Support Regarding The Objection of USA Investment Partners, LLC, Joseph Milanowski and Thomas Hantges To Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization** (Docket No. 2149). The Motion requests an order of the Court prohibiting IP Partners and Milanowski from presenting argument and evidence in support of the Plan Objection and striking the Plan Objection.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| None. | | |

Hearing Status form for 121906 Hearings        - 3 –

5. **Motion For Order Temporarily Allowing The Claim of Del And Ernestine Bunch For Voting Purposes** (Docket No. 2124).  This Motion moves this Court pursuant to Fed. R. Bankr. P. 3018(a) to allow the Bunch claim for voting purposes.  A Supplement to the Bunch Motion was filed on December 18, 2006 (Docket No. 2166).

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| None. | | |

6. **Confirmation Hearing on Debtors' Third Amended Joint Plan of Reorganization** (Docket No. 1799).  As set forth in the Debtors' Third Amended Joint Plan of Reorganization (the "Plan"), the Debtors request that its Plan be confirmed.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Gregory J. Walch and Shauna M. Walch, Trustees of the Gregory J. and Shauna M. Walch Family Trust | December 9, 2006 | 2003 / 2011 (Amended) |
| Standard Property Development | December 11, 2006 | 2013 |
| Pension Benefit Guaranty Corporation | December 11, 2006 | 2017 |
| Liberty Bank | December 11, 2006 | 2020 |
| Binford Medical (Joinder in Limited Objection) | December 11, 2006 | 2028 |
| Copper Sage (Joinder in Limited Objection) | December 11, 2006 | 2029 |
| Debt Acquisition Company of America | December 11, 2006 | 2031 |
| USA Commercial Real Estate Group | December 11, 2006 | 2038 |
| Objecting JV Creditors (Joinder) | December 11, 2006 | 2040 |
| Lenders Protection Group | December 11, 2006 | 2042 |
| USA Investment Partners, LLC, Joseph Milanowski and Thomas Hantges | December 11, 2006 | 2051 |

Hearing Status form for 121906 Hearings      - 4 –

| Reply: | Date | Docket No. |
|---|---|---|
| Compass Partners LLP | December 15, 2006 | 2137 |
| Debtors | December 16, 2006 | 2148 |

DATED: December 18, 2006

    /s/ Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Hearing Status form for 121906 Hearings      - 5 –