# NOTICE OF NON-VOTING STATUS WITH RESPECT TO UNIMPAIRED CLAIMS DEEMED TO ACCEPT THE PLAN

**PLEASE TAKE NOTICE** that on November 15, 2006, the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") approved the above captioned Debtors' Disclosure Statement for Debtors' Third Amended Joint Chapter 11 Plan of Reorganization, dated November 15, 2006 (the "Disclosure Statement") for their Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan") for use by the Debtors in soliciting acceptances or rejections of the Plan from holders of a class of claims or interests that is impaired under the Plan and who are (or may be) entitled to receive distributions under the Plan.

**PLEASE TAKE FURTHER NOTICE** THAT YOU ARE RECEIVING THIS NOTICE BECAUSE UNDER THE TERMS OF ARTICLE II, SECTION C OF THE PLAN, YOU ARE A HOLDER OF A CLAIM IN A CLASS PRESUMED TO HAVE ACCEPTED THE PLAN AND THEREFORE IN ACCORDANCE WITH SECTION 1126(f) OF THE UNITED STATES BANKRUPTCY CODE YOU ARE NOT ENTITLED TO VOTE ON THE PLAN.

**PLEASE TAKE FURTHER NOTICE** THAT THE DISCLOSURE STATEMENT, THE PLAN, THE DISCLOSURE STATEMENT ORDER, AND ANY OTHER SOLICITATION PACKAGE MATERIALS ARE AVAILABLE FOR VIEWING BY ACCESSING THE DEBTORS' WEBSITE AT WWW.BMCGROUP.COM/USACMC OR BY CONTACTING THE DEBTORS' SOLICITATION AGENT IN WRITING AT USACMC, C/O BMC GROUP, INC., 1330 E. FRANKLIN AVENUE, EL SEGUNDO, CA 90245, OR VIA EMAIL AT USACMC@BMCGROUP.COM, OR CALLING 888-909-0100.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM(S), YOU SHOULD CONTACT THE DEBTORS' SOLICITATION AGENT AT THE ADDRESS OR TELEPHONE NUMBER LISTED ABOVE.

EXHIBIT "A"