ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
*Email: mail@asmithlaw.com*

*ELECTRONICALLY FILED -12/18/06*

Attorney for Lenders Protection Group

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>        Debtor.<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor.<br>_____/ | JOINTLY ADMINISTERED<br>Chapter 11 |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor.<br>_____/ | **FIRST AMENDED STATEMENT OF THE LAW OFFICES OF ALAN R. SMITH PURSUANT TO BANKRUPTCY RULE 2019** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor.<br>_____/ | **(AFFECTS ALL DEBTORS)**<br><br>No Hearing Required |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor.<br>_____/ | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>_____/ | |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\2019 Discl\2019 Statement (1st am) 121806-plt.wpd

I, ALAN R. SMITH, ESQ., hereby declare under penalty of perjury that the following assertions are true:

1. I am an attorney licensed to practice law in the State of Nevada and am doing business as the Law Offices of Alan R. Smith. I have personal knowledge of the facts herein stated, and if called as a witness could and would competently testify as to those facts.

2. Kevin A. Darby, Esq., and myself are the attorneys primarily responsible for representing a group of lenders (most of whom are direct lenders) with regard to certain loans which were originated and serviced by the Debtors. The group is known as the "Lenders Protection Group", whose members are comprised of the following:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.

Those members listed in Exhibit "A" are not limited to the names listed therein, but may also include various other entities in which those members own or control, and/or their successors and assigns.

3. The total of the loans made by the above-referenced individuals and entities is unknown at this time, due to incomplete records received from the Debtors. Undersigned is in the process of gathering as much information as possible concerning the loans made by the members of the group, and will supplement this disclosure when such additional information is obtained. This disclosure is made at this time without complete information, as required by Bankruptcy Rule 2019, in order to apprise the Court of the parties of the members of the Lenders Protection Group.

4. The majority of the loans made by the Lenders Protection Group were made more than a year prior to the filing of the petitions by the Debtors.

/ / /

/ / /

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\2019 Discl\2019 Statement (1st am) 121806-pkwpd

2

5. This Statement will be supplemented from time to time upon the retention of additional lenders.

**DATED** this 18th day of December, 2006.

                              LAW OFFICES OF ALAN R. SMITH

                              */s/ Alan R. Smith*

By_____
    ALAN R. SMITH, ESQ.
    Attorney for Lenders Protection Group

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\2019 Discl\2019 Statement (1st am) 121806-pk.wpd

3

## Lender Protection Group Members

| Account/Vesting Name | Trustee/name2 | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Secure Retirement Trust B | Larry Apigian & Leona Apigian | 172 Woodland Road | | Goldendale | WA | 98620 |
| | c/o Leona Apigian, Trustee | 172 Woodland Road | | Goldendale | WA | 98620 |
| | Catherine Garland | 318 McSkimming Road | | Aspect | CO | 81611 |
| | Paul Olster | 325 Old Mammoth Road | P.O. Box 533 | Mammoth Lakes | CA | 93546 |
| | Michael S. Braida | 1168 Dover Lane | | Foster City | CA | 94404 |
| Herd Family Trust dated 4/23/90 | Allen Herd and Marilyn Herd, Trustees | 598 Alawa Place | | Angels Camp | CA | 95222 |
| | Richard Nevins & Michele Nevins | 1547 Bob Goalby Lane | | El Paso | TX | 79935 |
| | Barbara L Gunther | P.O. Box 614 | | Verdi | NV | 84939 |
| | Alan R. Simmons & Judith B. Simmons | P.O. Box 13926 | | South Lake Tahoe | NV | 96151 |
| Alves Family Trust 10/27/89 | c/o Arnold Alves & Agnes Alves, Trustees | 9904 Villa Granito Lane | | Granite Bay | CA | 95746 |
| AIG Limited, A Nevada Limited Partnereship | | 9904 Villa Granito Lane | | Granite Bay | CA | 95746 |
| | Connie Westbrook | 14320 Ghost Rider Drive | | Reno | NV | 89511 |
| | Edward O High | 1413 Pelican Bay Trail | | Winter Park | FL | 32792 |
| | Edwin L Hausler Jr Trustee | 4617 Constitution Avenue NE | | Albuquerque | NM | 87110 |
| Edwin Lowell Hausler Jr Living Trust dated 1/3/92 | George Haney | 3289 Topaz Lane | | Cameron Park | CA | 95682 |
| Janice A Lucas IRA | | 1310 Secret Lake Loop | | Lincoln | CA | 95648 |
| R L Allgeier Family Trust | Robert L Allgeier & Donna L Allgeier | 1767 Shamrock Circle | | Minden | NV | 89423 |
| Thomas Rehn IRA | | 15405 W. Robertson Drive | | Sun City West | AZ | 85375 |
| Tripp Enterprises Inc. Restated PSP | c/o Warren W Tripp Trustee | 250 Greg Street | | Sparks | NV | 89431 |
| Tripp Enterprises Inc. | | 250 Greg Street | | Sparks | NV | 89431 |
| | Warren W Tripp | 250 Greg Street | | Sparks | NV | 89431 |
| | Adrian JR Oosthuizen | 5860 Lausanne Drive | | Reno | NV | 89511 |
| Louise Alport Kolberg Revocable Trust | Loise A Kolberg Trustee | 5914 Onondaga Road | | Bethesda | MD | 20816 |
| | T Dwight Sper Trustee | 1005 Cypress Ridge Lane | | Las Vegas | NV | 89144 |
| | Michael John Goodwin | 555 Yellow Pine Road | | Reno | NV | 89511 |
| Pensco Trust Company Inc FBO Robert William ULM IRA #UL006 | Robert W Ulm | 414 Morning Glory Road | | St. Mary's | GA | 31558 |
| The Robert William Ulm Living Trust dated 4/11/05 | Robert W Ulm Trustee | 414 Morning Glory Road | | St. Mary's | GA | 31558 |
| Olga O'Buch Trust dated 5/28/98 | c/o Olga O'Buch Trustee | 140 Gazelle Road | | Reno | NV | 89511 |
| Huffman Family Trust dated 5/28/98 | c/o Hilary A Huffman & Cynthia L Huffman Tru | 140 Gazelle Road | | Reno | NV | 89511 |
| James H Lidster Family Trust dated 1/20/92 | c/o James H Lidster & Phyllus M Lidster Trust | P.O. Box 2577 | | Minden | NV | 89423 |
| | Marshall R Zerbo | 22102 Shannon Dell Drive | | Audubon | PA | 19403 |
| | Heinrich Richard Weber & Brigitte S Weber | 250 W El Camino Real #5100 | | Sunnyvale | CA | 94087 |
| | Veslav Orvin & Yelena V Ilchuck | 2099 Westglen Court | | Reno | NV | 89523 |
| Nelson & Virginia Chardoul Trust dated 10/7/91 | c/o Nelson & Virginia Chardoul Trustees | 5817 Oak Place Court | | Fair Oaks | CA | 95628 |
| | | 7013 Hershberger Court | | Citrus Heights | CA | 95610 |
| John Manter & Nancy K Manter Living Trust | c/o John P & Nancy K Manter Trustees | 1449 Tirol Drive | | Incline Village | NV | 89451 |
| | John Manter | 1449 Tirol Drive | | Incline Village | NV | 89451 |
| John J Maguire & Diane M Maguire Living Trust 8/4/00 | C/O John J Maguire & Diane M Maguire Trust | 5590 San Palazzo Court | | Las Vegas | NV | 89141 |
| Kerner Revocable Trust B dated 3/16/81 | C/O Melvin W Kerner Trustee | 15758 Sunset Drive | | Poway | CA | 92064 |
| Eugene H & Norma M Stokes Trust dated 5/16/84 | C/O Norma M Kerner Trustee | 15758 Sunset Drive | | Poway | CA | 92064 |
| Charles B Dunn IV Trust dated 8/12/05 | C/O Charles B Dunn IV Trustee | 17042 Norlene Way | | Grass Valley | CA | 95949 |
| Donna Dunn Trust dated 8/12/05 | C/O Donna Dunn Trustee | 17042 Norlene Way | | Grass Valley | CA | 95949 |
| | Richard Richert & Jean Richert | 7440 Silver Leaf Way | | Las Vegas | NV | 89147 |
| Cynthia G Davis Living Trust | C/O Cynthia G Davis Trustee | 2465 Telluride Drive | | Reno | NV | 89511 |
| | William O Lurtz & Susie Lurtz | P.O. Box 49 | | Glenbrook | NV | 89413 |
| Randy Sanchez IRA | | 5713 N White Sand Road | | Reno | NV | 89511 |
| Sanchez Living Trust dated 10/13/03 | C/O Randy M Sanchez & Sharon Sanchez Tr. | 5713 N White Sand Road | | Reno | NV | 89511 |
| Louis H & Shirley M Turner Family Trust dated 9/9/97 | C/O Louis H & Shirley M Turner Trustees | 9558 Mammoth Court | | Reno | NV | 89521 |



EXHIBIT "A"

| Entity | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Robert W Heinsohn & Phyllis A Heinsohn Trust | C/O Robert W & Phyllis A Heinsohn Trustees | 546 Wedge Lane | | Fernley | NV | 89408 |
| Tiki Investment Enterprises LP | | 2578 Highmore Avenue | | Henderson | NV | 89052 |
| Gaston Trust dated 12/31/02 | C/O Titan Management Ltd Trustee | 2578 Highmore Avenue | | Henderson | NV | 89052 |
| Morris Mansell IRA | | 2578 Highmore Avenue | | Henderson | NV | 89052 |
| | Mansell, Morris | 2578 Highmore Avenue | | Henderson | NV | 89413 |
| | David A Kingman #1 | P.O. Box 209 | | Glenbrook | NV | 89009 |
| Jayem Family LP | | 7 Paradise Valley Court | P.O. Box 91240 | Henderson | NV | 89146 |
| | Jerry Koerwitz & Sharon L Koerwitz | 6315 W Eldora Avenue | | Las Vegas | NV | 89149 |
| KM Group a Nevada General Partnership | C/O Aimee Kearns Managing Partner | 5886 N Bonita Street | | Las Vegas | NV | 89149 |
| KM Trust | C/O Aimee Kearns Trustee | 5886 N Bonita Street | | Las Vegas | NV | 89149 |
| Murray Trust | C/O Aimee Kearns Trustee | 5886 N Bonita Street | | Las Vegas | NV | 89149 |
| BABS Trust | C/O Aimee Kearns Trustee | 5886 N Bonita Street | | Las Vegas | NV | 89149 |
| BABS Inc Trust | C/O Aimee Kearns Trustee | 5886 N Bonita Street | | Las Vegas | NV | 89149 |
| | Richard R Tracy & Ursula W Tracy | P.O. Box 1404 | 3000 Old Ranch Road | Carson City | NV | 89704 |
| Loughlin Family Trust | Richard J Loughlin & Roberta A Loughlin Trus | 50 Greenbriar Circle | | Napa | CA | 94558 |
| Boyce 1989 Trust dated 6/12/89 | C/O Kathleen A Boyce | 16865 Rue Du Parc | | Reno | NV | 89511 |
| | Valerie Callahan & Charles R Maraden | 12585 Creek Crest Drive | | Reno | NV | 89511 |
| | William J Hinson Jr | 13305 Woodstock Drive | | Nevada City | CA | 95959 |
| | Judy S Young | 13825 Virginia Foothills Drive | | Reno | NV | 89521 |
| | Michael Dohahue | 1795 Newhall Avenue | | Cambria | CA | 93428 |
| Jean G Richards Trust dated 9/30/99 | C/O Jean G Richards Trustee | 1160 Magnolia Lane | | Lincoln | CA | 95648 |
| | Kelley M Hains & Jamie K Hains | 5349 Mira Loma Drive | | Reno | NV | 89502 |
| Ingrid A Rutherford Family Trust dated 7/8/99 | C/O Ingrid A Rutherford Trustee | In de Neckarhelle | | 69118 Heidelberg | GERMANY | |
| Marilyn C Johnson Living Trust dated 10/5/99 | C/O Marilyn C Johnson Trustee | 1010 La Rue Avenue | | Reno | NV | 89509 |
| | Marilyn C Johnson | 1010 La Rue Avenue | | Reno | NV | 89509 |
| Michele Raggi for Dennis Raggi | | P.O. Box 10475 | | Zephyr Cove | NV | 89449 |
| | Suzanne L Arbogast and Gregory R Thompso | 1005 W Buffington Street | | Upland | CA | 91784 |
| | Wilma Jean Thompson | 12 Brewster Way | | Redlands | CA | 92373 |
| Musso Living Trust dated 11/30/92 | C/O Walter Musso & Barbara Musso | 2535 Lupine Canyong Road | P.O. Box 2566 | Avila Beach | CA | 93424 |
| | Alfred Olsen Jr & Gail B Olsen | 931 Pigeon Forge Avenue | | Henderson | NV | 89015 |
| Gilbert Manuel Living Trust Dated 1/3/92 | Gilbert Manuel | 4617 Contitution Ave N.E. | | Albuquerque | NM | 87110 |
| Dannie R Murphy | | 5620 Rustic View Court | | Las Vegas | NV | 89131 |
| | Donald L Hess | 914 Shore Crest Road | | Carlsbad | CA | 92011 |
| Donald C. Dunbar | | 18124 Wedge Parkway #153 | | Reno | NV | 89511 |
| Dunbar Revocable Living Trust dated 11/21/98 | c/o Donald C Dunbar & Wanda D Dunbar Trus | 18124 Wedge Parkway #153 | | Reno | NV | 89511 |
| The Benz Family Trust dated 7/14/95 | c/o Bernard D Benz & Margaret W Benz | 1265 Old Foothill Road | | Gardnerville | NV | 89460 |
| George A Di Gioia IRA | George A Di Gioia | 1843 Bougainvillea Drive | | Minden | NV | 89423 |
| Arline L Cronk & Edward H Davies Living Trust dated 6/27/03 | c/o Arline L Cronk & Edward H Davies Trustee | 1631 Picetti Way | | Fernley | NV | 89408 |
| | Francis Donald Riggs Jr | 711 N Lucia Avenue | | Redondo Beach | CA | 90277 |
| | Lynn Wilkelis & Ann Marsden | POB 642 | | Buellton | CA | 93427 |
| | Lynn Wilkelis Jewell Novak & Dr Jana Molvan | POB 642 | | Buellton | CA | 93427 |
| Rehberger Family Trust dated 6/17/92 | c/o Annemarie Rehberger Trustee | POB 3651 | | Incline Village | NV | 89450 |
| | Cecil E Riordan & Barbara Riordan | 2370 Overlook Court | | Reno | NV | 89509 |
| | Monica M Hruby | POB 3191 | 864 Donna Drive | Incline Village | NV | 89450 |
| Orban H Reich Trust dated 12/27/00 | c/o Orban H Reich Trustee | POB 1844 | | Reno | NV | 89505 |
| Janet P Johnson Living Trust dated 7/15/04 | c/o Janet P Johnson & Charles E Johnson Tru | 17 Front Street | | Palm Coast | FL | 32137 |
| | Charles E Johnson & Janet P Johnson | 17 Front Street | | Palm Coast | FL | 32137 |
| | Deborah A Daniel | 248 S Vista Del Monte | | Anaheim | BA | 92807 |
| Richard M Raker Living Trust dated 3/18/98 | c/o Richard M Raker Trustee | 982 Shoreline | | San Mateo | CA | 94404 |
| Minter Family 1994 Trust | c/o Douglas Minter & Elizabeth Minter Trustee | 5389 Conte Drive | | Carson City | NV | 89701 |
| Minter Investment LP | | 1990 Roop Street | | Carson City | NV | 89701 |
| | Joseph G Zappulla & Carol A Sappalla | 12706 W Myer Lane | | El Mirage | AZ | 85335 |

| Trust/Entity | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Volpel Trust dated 2/2/96 | c/o Gunter Volpel & Christiane Volpel Trustee | 90876 Libby Lane | Coos Bay | OR | 97420 |
| Jean H Murray Separate Property Trust dated 9/12/02 | Jean H Murray | 865 Coloma Drive | Carson City | NV | 89705 |
| Al-Awar Living Trust daated 04/05/01 | c/o Adib M Al-Awar & Ellen A Al-Awar Trustee | 1330 Burro Court | Gardnerville | NV | 89410 |
| | Raymond C Moore & Rose Moore | 902 University Ridge Road | Reno | NV | 89512 |
| | Robert Essaff | 2860 Heybourne Road | Minden | NV | 89423 |
| | William Dupin & Penny Dupin | 545 Cole Circle | Incline Village | NV | 89451 |
| | Jonathan M Eller & Carol A Eller | POB 1614 | Mammoth Lakes | CA | 93546 |
| Jonathan M Eller Inc | | POB 1614 | Mammoth Lakes | CA | 93546 |
| | Michael R Brines & Cindy G Brines | 4935 El Sereno Avenue | La Crescenta | CA | 91214 |
| Billy D Denny and Donna R Denny 2000 Revocable Living Trust da | c/o Billy D Denny and Donna R Denny Trustee | 8209 Sunbonnet Drive | Fair Oaks | CA | 95628 |
| Carol Mortensen Family Trust dated 9/9/90 | c/o Carol Mortensen Trustee | 4847 Damon Circle | Salt Lake City | UT | 84117 |
| | James William Rogers | 22 Lopez Avenue | San Francisco | CA | 94116 |
| Eleanor L Rogers 1991 Revocable Living Trust Dated 7/3/91 | c/o Eleanor L Rogers Trustee | 22 Lopez Avenue | San Francisco | CA | 94116 |
| Farrah Family Trust Dated 9/18/03 | c/o Joseph A Farrah & Emily T Farrah Trustee | 1410 Murchison Drive | Millbrae | CA | 94030 |
| | Theresa M Farrah | 1410 Murchison Drive | Millbrae | CA | 94030 |
| Julia Farrah Revocable Living Trust Dated 10/8/92 | Joseph Farrah, Michael Farrah Jr & Nicholas F | 1410 Murchison Drive | Millbrae | CA | 94030 |
| Robert L Ogren Trust Dated 6/30/92 | c/o Robert L Ogren Trustee | 3768 Rick Stratton Drive | Las Vegas | NV | 89120 |
| Robert L Ogren Trust Dated 6/30/92 (Acct #2) | c/o Robert L Ogren Trustee | 3768 Rick Stratton Drive | Las Vegas | NV | 89120 |
| Robert L Ogren Trust Dated 6/30/92 | c/o Robert L Ogren Trustee Acct #3 | 3768 Rick Stratton Drive | Las Vegas | NV | 89120 |
| | Richard N Krupp | 2321 Sky Valley Street | Henderson | NV | 89052 |
| | Anthony J Zerbo | 780 Saratoga Avenue Apt S107 | San Jose | CA | 95129 |
| Charles Henry Small Revocable Living Trust | c/o Charles Henry Small Trustee | 12754 Joleane Avenue | Yuma | AZ | 85367 |
| Simon Family Trust 2000 | c/o Alan Simon & Carol Simon Trustees | 1800 Waldman Avenue | Las Vegas | NV | 89102 |
| Patterson-Rogers Family 2001 Trust Dated 9/5/01 | c/o Robert C Patterson-Rogers & Joyce Patte | 3144 Sonata Drive | Las Vegas | NV | 89121 |
| | Joyce Patterson-Rogers | 3144 Sonata Drive | Las Vegas | NV | 89121 |
| The O'Briens | | 2805 Castle Bar Drive | Las Vegas | NV | 89134 |
| | Karen R Allison | 2656 Seashore Drive | Las Vegas | NV | 89128 |
| | Patricia Lee Tiede | 5225 Pookshill Rd #1520 N | Bethesda | MD | 20814 |
| Audrey M Whightsil Revocable Living Trust | c/o Audrey M Whightsil Trustee | 12754 Joleane Avenue | Yuma | AZ | 85367 |
| Virts Revocable Living Trust | c/o Donald E Virts & Patricia Virts Trustees | 4381 W Hidden Valley Road | Reno | NV | 89502 |
| D Joseph & Louise M Doucet 1989 Trust dated 3/30/89 | c/o D Joseph Doucet & Louise M Doucet Trus | 3301 Skyline Boulevard | Reno | NV | 89509 |
| Klay Living Trust Dated 7/11/90 | c/o Othmar Klay & Christine Klay | 5530 Lausanne Drive | Reno | NV | 89511 |
| | John Everett | 1915 E 25th Avenue | Spokane | WA | 99203 |
| | J & C Weaver | 9225 Cordoba Boulevard | Sparks | NV | 89436 |
| | Mr. & Mrs. Thomas Harrison | 930 Dorcey Drive | Incline Village | NV | 89451 |
| | D & B Swezey | 3666 Cherokee Drive | Carson City | NV | 89705 |
| | John M Luongo & Gloria Luongo | 965 Leah Circle | Reno | NV | 89511 |
| | Eddie Mayo & Jocelyne Helzer | 115 S Deer Run Road | Carson City | NV | 89701 |
| | Linda C Reid | 9900 Wilbur May Pkwy #4701 | Reno | NV | 89521 |
| | J Feeney | POB 19122 | Reno | NV | 89511 |
| | Sandra Masters | 18124 Wedge Parkway #550 | Reno | NV | 89511 |
| | Thomas H Gloy | POB 4497 | Incline Village | NV | 89450 |
| | J V Marrone | 55 Colonial Drive | Rancho Mirage | NV | 92270 |
| Collins Family Trust dated 1/12/93 | c/o Shirley M Collins Trustee | 1975 Snowberry Court | Carlsbad | CA | 92009 |
| | Gale Ebert | 632 N Hillcrest Drive | Beverley Hills | CA | 90210 |
| | c/o Anne E Abrams Trustee | 10490 Wilshire Boulevard #703 | Los Angeles | CA | 90024 |
| Abrams Living Trust Dated 10/23/96 | Richard D Barzan and Lelia J Barzan | 7231 Langworth Road | Oakdale | CA | 95361 |
| | David A Souza & Elizabeth M Souza | 542 Socorro Court | Reno | NV | 89511 |
| | David A & Elizabeth M Souza | 542 Socorro Court | Reno | NV | 89511 |
| | Larry Higgins | 571 Alden | Incline Village | NV | 89451 |
| | Peter W Capone & Deidre D Capone | POB 1470 | Gardnerville | NV | 89410 |
| | Patricia Ann Webber | 9157 Shadow Glen Way | Ft Meyers | FL | 33913 |

| Trust/Entity | Contact | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Webber Family Trust Dated 10/31/89 | | 9157 Shadow Glen Way | | Ft Meyers | FL | 33913 |
| | John L Willis Jr | 1307 W Lake Street #304 | | Addison | IL | 60101 |
| | Suze Harrington | 2131 Connor Park Cove | | Salt Lake City | UT | 84109 |
| | Patricia R Lietz | 3676 N Woodhurst Drive | | Covina | CA | 91724 |
| | David C Wahl & Margaret A Wahl | POB 8012 | | Mammoth Lakes | CA | 93546 |
| | Anne F Di Salvo | POB 18220 | | Reno | NV | 89509 |
| Peele Spousal Trust Dated 2/10/87 | c/o Jennefer C Peele Trustee | 2581 Rampart Terrace | | Reno | NV | 89519 |
| Peele Bypass Trust Dated 2/10/87 | c/o Jennefer C Peele Trustee | 2581 Rampart Terrace | | Reno | NV | 89519 |
| Whitney H Lauren Family Trust dated 3/5/98 | c/o Whitney H Lauren Trustee | 2581 Rampart Terrace | | Reno | NV | 89519 |
| Denise F Fager Revocable Trust Under Agreement Dated 2/28/03 | c/o Denise F Fager Trustee | 5 Salvatore | | Ladera Ranch | CA | 92694 |
| W E Buck Family Trust Dated 7/02/87 | c/o William E Buck & Elenor F Buck | POB 5127 | | Reno | NV | 89513 |
| | Darlene Turner | 2028-1/2 "I" Street | | Sparks | NV | 89431 |
| | Ernest J Moore | 2028 "I" Street | | Sparks | NV | 89431 |
| Kirkham & Sanginiti Trust Dated 2/29/96 | c/o Lawrence A Kirkham & Kathleen B Sangin | 2350 High Terrace Drive | | Reno | NV | 89509 |
| Newman Family Trust Dated 9/30/97 | c/o Larry J Newman & Elsie D Newman Truste | 1150 Monroe Court | | Reno | NV | 89509 |
| Thalia Routsis Family Trust Dated 7/24/90 | Thalia Routsis | POB 4311 | | Incline Village | NV | 89450 |
| | Doug Minter | 5389 Conte Drive | | Carson City | NV | 89701 |
| | J. J. Wells | POB 6129 | | Incline Village | NV | 89450 |
| | John Mallin | 9808 Pinnacle Pass Drive | | Las Vegas | NV | 89117 |
| | Evelyn Fisher | 12051 S Cherokee Lane | | Tucson | AZ | 85736 |
| | Larry Rieger | 2615 Glen Eagles Drive | | Reno | NV | 89523 |
| | Richard L Small | 4801 N Calle | Santa Cruz | Prescott Valley | AZ | 86314 |
| | Jed Barish, Simmtex Inc | POB 72666 | | Las Vegas | NV | 89170 |
| | Costanza, Sam | 9809 Canterbury Rose Lane | | Las Vegas | NV | 89134 |
| | George Swilley | 2713 N Peach Hollow Court | | Pearland | TX | 77584 |
| | Raymond Brant | POB 728 | | Diablo | CA | 94528 |
| The David A Gean Trust dated 4/3/92 | c/o Marshall Kendall Trustee | 6615 Pacific Coast Hwy #260 | | Long Beach | CA | 90803 |
| | Bud Davis (MARRICE L DAVIS AND NANCI E | POB 7290 | | Tahoe City | CA | 96145 |
| | H Obermiller | POB 1161 | | Tahoe City | CA | 96145 |
| | Linda Doerr | 690 West Riverview Circle | | Reno | NV | 89509 |
| | R Murphy | 255 Stags Leap Circle | | Sparks | NV | 89441 |
| | G Tucker | 388 Riesling Court | | Fremont | CA | 94539 |
| | John O'Riordan | 2745 Hartwick Pines Drive | | Henderson | NV | 89052 |
| | Jo M Gledhill | 10500 Valley Drive | | Plymouth | CA | 95669 |
| | Richard Bowman | 10500 Valley Drive | | Plymouth | CA | 95669 |
| | Paul Garcell | 2013 Grouse treet | | Las Vegas | NV | 89134 |
| | Ardis Weible | 6314 Tara Avenue | | Las Vegas | NV | 89146 |
| | James G. Ton | 10405 Trenton Place | | Las Vegas | NV | 89134 |
| | Rebecca Roger | 2309 Sierra Heights Drive | | Las Vegas | NV | 89134 |
| | Orban H Reich | 12770 Valley Springs Road | | Reno | NV | 89511 |
| | William McQuerry | 318 Singing Brook Circle | | Santa Rosa | NV | 95409 |
| Kenneth W Koerwitz & Jan Case Koerwitz Family Trust dated 5/13 | c/o Kenneth W Koerwitz & Jan Case Koerwitz | 411 Walnut Street PMB 298 | | Green Cove Springs | FL | 32043 |
| | David G LivingSton & Erlina M Livingston | 1673 Key Colony Drive | | Las Vegas | NV | 89156 |
| Gary & Joann Sheerin Family Trust | Gary Sheerin & Joan Sheerin Trustees | 549 Ruby Lane | | Carson City | NV | 89706 |
| | Heinrich Richard Weber & Brigitte S Weber | 2099 West Glen | | Reno | NV | 89523 |
| Edwin Lowell Hausler Jr Living Trust Dated 1/3/92 | c/o Edwin Lowell Hausler Jr Trustee | 4617 Constitution Avenue NE | | Albuquerque | NM | 87710 |
| | Ann R Dery & James D Dery | 19601 Van Aken Blvd #41 | | Shaker Heights | OH | 44122 |
| | James D Dery & Ann R Dery | 19601 Van Aken Blvd #41 | | Shaker Heights | OH | 44122 |
| | Donald Pinsker | | | | | |
| | William A. Downey | | | | | |
| | H Daniel Whitman | | | | | |
| Terry Markwell Profit Sharing Plan and Trust | Terry Markwell Trustee | | | | | |

| Name | Trustee/Contact | Address | City | State | Zip |
|---|---|---|---|---|---|
| Markwell Family Trust | Christiane Markwell & Terry Markwell Trustees Monique Markwell | | | | |
| Fuller Family Fundation | Theodore J & Joan L Fuller Trustees | POB 9223 | Incline Village | NV | 89452 |
| The Harouff Charitable Remainder Trust dated 9/5/96 | Mary Ann Harouff Trustee | 5680 Ruffian Road | Las Vegas | NV | 89149 |
| | Dwight W Harouff & Mary Ann Harouff | 5678 Ruffian St | Las Vegas | NV | 89149 |
| Skip and Mary Harouff Trust Dated 12/5/95 | Mary Ann Harouff Trustee | 5679 Ruffian St | Las Vegas | NV | 89149 |
| Goldplated LLC | Mary Ann Harouff Manager | 5680 Ruffian St | Las Vegas | NV | 89149 |
| Daniel D Newman Trust Dated 11/1/92 | Daniel D Newman Trustee | 125 Elysian Dr | Sedona | AZ | 86336 |
| | Roy R Ventura Jr & Nancy B Ventura | AMERICAN EMBASSY- JAKARTA, UNIT 8135 - USAIL FPO | | | |
| Robert J Yonder Defined Benefit Plan | Robert J Yoder | 12261 Prosser Dam Rd | Truckee | CA | 96161 |
| Nancy R Davis Defined Benefit Plan | Nancy R Davis | 12262 Prosser Dam Rd | Truckee | CA | 96162 |
| Davis Yoder Trust dated 2/16/00 | Robert J Yoder & Nancy R Davis Trustees | 12263 Prosser Dam Rd | Truckee | CA | 96163 |
| | August J Amaral | P O BOX 70097 | Reno | NV | 89570 |
| The Paula Nordwind & Aaron Nordwind 2001 Revocable Trust date | Aaron Nordwind & Paula Nordwind Trustees Dennis Medeiros or L K Medeiros | | | | |
| | Joseph B Lafayette & Catherine D Lafayette | 9030 Junipero Ave | Atascaderp | CA | 93422 |
| Muks Realty LLC | Patrick J Moore | 2995 Woodside Rd | Woodside | CA | 94062 |
| Robert G Fuller Trustee of the RGF Revocable Trust | Robert G Fuller Trustee | 5172 English Daisy Way | Las Vegas | NV | 89141 |
| First Savings Bank Custodian for Robert G Fuller IRA | Robert G Fuller | 5172 English Daisy Way | Las Vegas | NV | 89142 |
| | Marietta Voglis | | | | |
| | Robert Rodriguez | 2809 Easy St | Placerville | CA | 95667 |
| | Dennis G Campton | 5741 Kens Pl | Pahrump | NV | 89060 |
| | Pompeo Julian Lombardi & Sarah A Grant | 572 Sugarpine Dr | Incline Village | NV | 89451 |
| | Dr James W Forsythe | 2660 W Lake Ridge Shrs | Reno | NV | 89509 |
| First Savings Bank Custodian for Dr James W Forsythe IRA | Dr James W Forsythe & Earlene M Forsythe | 2661 W Lake Ridge Shrs | Reno | NV | 89509 |
| | Phillip E McMullin & Rosemarie L McMullin Tr | 578 Sutton Way PMB 223 | Grass Valley | CA | 95945 |
| | Phillip E McMullin Rosemarie L McMullin | | | | |
| | William C Wallace & Patricia M Wallace Lawrence A Bush & Mary L Bush | 3851 CANYON COVE DR. | LAKE HAVASU | AZ | 86404 |
| | Kay Hart | 2240 Park Newport | Newport Beach | CA | 92660 |
| | Elizabeth R Murphy | 320 Hidden Trails Rd | Escondido | CA | 92027 |
| | Donald L Hess & Kay Cantrell | 914 Shore Crest Road | Carlsbad | CA | 85262 |
| | Steve Miller | 7527 E. Pasaro Dr. | Scottdale | AZ | 94542 |
| | John A M Handal | 3575 SISKIYOU COURT | Hayward | CA | 90064 |
| Gary I & Barbara L Trust | Gary I Miller & Barbara L Miller Trustees | 2832 Tilden Ave | Los Angeles | CA | 97219 |
| | Richard S Younge & Beverly J Younge | 6131 SW Luradel St | Portland | or | 89014 |
| | Teri L Melvin | 2704 Chokecherry Ave | Henderson | NV | 95404 |
| | Gale Gladstone-Katz | 1320 NORTH STREET 29 | SANTA ROSA | CA | 89052 |
| | Neil A Xavier & Joy E Xavier | 2506 Libretto Ave | Henderson | NV | 33036 |
| | C Donald Ayers | PO Box 605 | Islamorada | FL | 94043 |
| Casebolt Revocable Trust | Josephine Casebolt Trustee | 201 ADA AVENUE 46 | MOUNTAIN VIEW | CA | 77008 |
| | David B Doutt & Johnine Doutt | 1121 Columbia St | Houston | TX | 77007 |
| | Louis Swilley | 4314 Dickson St | Houston | TX | 90230 |
| | Lesleigh Tolin & Tod Gary Tolin | 5950 CANTERBURY DR APT C210, | Culver City | CA | 12053 |
| | Helen C Freedus | 2535 LAKE ROAD | Delanson | NY | |
| | Rodney L Windle & Ann Windle | | | | |
| | Eric C Disbrow MD | 3640 Fairway Dr | Cameron Park | CA | 95682 |
| Charlotte Snopko Residual Trust | Frank Snopko | 278 Sussex Street | Carson City | NV | 89702 |
| Charlotte Snopko Marital Trust | Frank Snopko | 279 Sussex Street | Carson City | NV | 89702 |
| Frank Snopko 1981 Trust | Frank Snopko | 280 Sussex Street | Carson City | NV | 89702 |
| Rocklin Redding LLC | Frank Snopko | 281 Sussex Street | Carson City | NV | 89702 |

| Name | Trustee/Contact | Address | City | State | Zip |
|---|---|---|---|---|---|
| | Debra Thrower & Bob Thrower | 1896 Rankin Dr | Carson City | NV | 89701 |
| | Michael H Ricci | | | | |
| Joy Investment Inc | Don D Meyer & Dennis E Hein | 3425 E RUSSELL RD, #247 | Las Vegas | NV | 89120 |
| Universal Management | Tony Chaudhry | 8080 HARBOURVIEW ROAD, | BLAINE | WA | 98230 |
| | Tony Chaudhry | 8081 HARBOURVIEW ROAD, | BLAINE | WA | 98230 |
| | Elmer Eugene Gilbert Jr | 81590 Chenel Rd | Folsom | LA | 70437 |
| Prescia Family Trust | Anthony Prescia & Nancy Prescia Trustees | 5475 W Teco Ave | Las Vegas | NV | 89118 |
| Dar Living Trust dated 2/12/03 | Darlene Hammond Trustee | 308 la Rue Ct | Las Vegas | NV | 89145 |
| Stark Family Trust | Rosalind L Stark Trustee | 10905 CLARION LANE | Las Vegas | NV | 89134 |
| Rosalind L Stark POA for Freda Cohen | Freda Cohen | 10906 CLARION LANE | Las Vegas | NV | 89135 |
| First Savings Bank Custodian for Nancy R Gilmour IRA | Nancy R Gilmour IRA | PO BOX 1241 | CAMANO ISLAND | WA | 98292 |
| First Savings Bank Custodian for Richard W. Gilmour IRA | Richard W. Gilmour | PO BOX 1242 | CAMANO ISLAND | WA | 98292 |
| A L Neil Associates | Neil Tobias | 1994 E Fourth St | Brooklyn | NY | 11223 |
| Schnitzer Living Trust | Arthur Schnitzer & Lynn Schnitzer | 20155 N E 38TH COURT #1604 | Aventura | FL | 33180 |
| Colborn Revocable Living Trust | Larry E Colborn & Loretta A Colborn | 38831 Parker Ridge Way | Palm Desert | CA | 92260 |
| CIBB Inc dba Johnson Investment Inc Pension Plan | Ronald A Johnson Trustee | 50 SNYDER WAY | Sparks | NV | 89142 |
| Burgarello Alarm Inc Profit Sharing Plan | Ronald A Johnson Trustee | 51 SNYDER WAY | Sparks | NV | 89142 |
| | Toby A Gunning | 7245 Brockway Ct | Reno | NV | 89523 |
| Woods Family Trust | Robert D Woods & Louise D Woods Trustees | 1032 Paisley Ct | Sparks | NV | 89434 |
| Sheldon & Marion G Portman Trust dated 11/01/85 | Sheldon Portman & Marion G Portman Trustees | 9505 City Hill Ct | Las Vegas | NV | 89134 |
| 2001 Michael T McGrath Revocable Trust | Michael T McGrath Trustee | 66 SCHANDA DR | Newmarket | NH | 13857 |
| Roseanne Clark Revocable Trust | Rosanne Clark Trustee | 2350 HIGH TERRACE DR | Reno | NV | 89509 |
| Margaret M Cangelosi Family Trust | Margaret M Cangelosi Trustee | 5860 LAUSANNE DR | Reno | NV | 89511 |
| | John R and Margaret M Cangelosi | 5861 LAUSANNE DR | Reno | NV | 89511 |
| Donna M Cangelosi Family Trust | Donna M Cangelosi Trustee | 5862 LAUSANNE DR | Reno | NV | 89511 |
| | Brandon A Cangelosi & Donna M Cangelosi | 5863 LAUSANNE DR | Reno | NV | 89511 |
| First Savings Bank Custodian For Michael Reed IRA | Michael T Reed | 259 Overlook Dr | Cadiz | KY | 42211 |
| First Savings Bank Custodian For Linda S Reed IRA | Linda S Reed | 260 Overlook Dr | Cadiz | KY | 42211 |
| | Kathleen A Miller | 1237 County Road Tt | Roberts | WI | 54023 |
| | Craig R Wisch | 210 Andrew Ave | Naugatuck | CT | 16770 |
| First Savings Bank Custodian For Jack La Flesch IRA | Jack LaFlesch | 8414 W FARM RD #180-255 | Las Vegas | NV | 89134 |
| Allen M Nirenstein & Dorothy H Nirenstein 1992 Revocable Trust | Allen M & Dorothy H Nirenstein Trustees | 403 Woodland Rd | Kentfield | CA | 94904 |
| | Kenneth B Schulz & Mary Kay Bryan-Schulz | 525 Jones Dr | Lake Havasu City | AZ | 86406 |
| Fetterly Family Trust Dated 6/30/89 | c/o Lynn L Fetterly & Melody A Fetterly Trustee | P O BOX 5986 | Incline Village | NV | 89450 |
| First Savings Bank Custodian For Lynn Fetterly IRA | Lynn Fetterly IRA | P O BOX 5987 | Incline Village | NV | 89450 |
| | Adam Fetterly | P O BOX 5988 | Incline Village | NV | 89450 |
| Daniel & Virginia Salerno Family Trust | Daniel Salerno & Virginia Salerno Trustees | PO BOX 7869 | Incline Village | NV | 89450 |
| First Savings Bank Custodian for Carol Mortensen Kesler | Carol Mortensen Kesler IRA | 4847 Damon Cir | Salt Lake City | ut | 84117 |
| KM Financials LLC | Carol Mortensen Kesler & Lindsey Kesler | 4848 Damon Cir | Salt Lake City | ut | 84117 |
| First Savings Bank Custodian for Lindsey H Kesler IRA | Lindsey H Kesler IRA | 4849 Damon Cir | Salt Lake City | ut | 84117 |
| Lindsey H Kesler Family Trust | Milder Kesler & Lindsey H Kesler Trustees | 4850 Damon Cir | Salt Lake City | ut | 84117 |
| Fuller Family Trust | Theodore J & Joan L Fuller Trustees | P. O. BOX 7800 | Incline Village | NV | 89452 |
| Riggs Trust Dated 6/11/90 | Francis Donald Riggs Jr | 711 N LUCIA AVENUE | Redondo Beach | CA | 90277 |
| Robert W Ulm an unmarried man | Robert W Ulm | 414 Morning Glory Rd | Saint Marys | GA | 31558 |
| | Edward O High | 1413 Pelican Bay Trl | Winter Park | FL | 32792 |
| | Jocelyne Helzer | 115 S Deer Run Rd | Carson City | NV | 89701 |
| | Jocelyne Helzer & Eddie Mayo | 116 S Deer Run Rd | Carson City | NV | 89702 |
| First Savings Bank Custodian For Jocelyne Helzer IRA | Jocelyne Helzer | 117 S Deer Run Rd | Carson City | NV | 89702 |
| Reno Aeronautical Defined Benefit Pension Plan | Richard R Tracy Trustee | P O BOX 1404 | CARSON CITY | NV | 89702 |
| | Al Maestri | | | | |
| Fiserv Custodian for the Benefit of Ed Davies IRA | Ed Davies | 1631 PICETTI WAY | Fernley | NV | 89408 |
| Fiserv Custodian for the Benefit of Arline L Cronk IRA | Arline L Cronk | 1632 PICETTI WAY | Fernley | NV | 89408 |

| Entity | Name | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| | Hilary Huffman | 140 Gazelle Rd | | Reno | NV | 89511 |
| | Orban Reich | PO BOX 1844 | | Reno | NV | 89505 |
| | Donald L Hess & Kay J Hart | 914 Shore Crest Rd | | Carlsbad | CA | 92009 |
| | Donald L Hess & Christina L Hess | 915 Shore Crest Rd | | Carlsbad | CA | 92009 |
| | Kay M Cantrell & Kay J Hart | 916 Shore Crest Rd | | Carlsbad | CA | 92009 |
| First Savings Bank Custodian For Randy M Sanchez IRA | Randy M Sanchez IRA | 5713 N White Sands Rd | | Reno | NV | 89511 |
| Norma Lamb Groves Trust | Norma Lamb Groves Trustee | 1355 Player Cr. | | St. George | UT | 84790 |
| | Darlene Hammond | 308 la Rue Ct | | Las Vegas | NV | 89145 |
| | Louise Teeter & Norman Teeter | 4201 Via Marina #300 | | Marina Del Rey | CA | 90292 |
| | Louise Teeter IRA | 4202 Via Marina #300 | | Marina Del Rey | CA | 90293 |
| | Norman Teeter | 4203 Via Marina #300 | | Marina Del Rey | CA | 90294 |
| | Roger G Teeter | 4204 Via Marina #300 | | Marina Del Rey | CA | 90295 |
| Elan Reddell Revocable Living Trust dated 8/4/03 | Elan Reddell Trust | 6770 Hawaii Kai Dr. Apt. 1006 | | Honolulu | HA | 96825 |
| Roisentul Family Trust | Saul Roisentul & Ilene Roisentul Trustees | 74075 KOKOPELLI CIRCLE | | PALM DESERT | CA | 92260 |
| Winkler Family Trust | Rudolf F Winkler & Carmel Winkler | 10000 Rossbury Pl | | Los Angeles | CA | 90064 |
| Chris Sheerin (Deceased) and Evelyn Sheerin 1984 Trust | Chris Sheerin & Evelyn Sheerin Trustees | 549 Ruby Ln | | Carson City | NV | 89706 |
| Sheerins Inc A Nevada Corporation | Joann Sheerin President | 177 WEST. PROCTER ST. | | Carson City | NV | 89703 |
| Chris Sheerin (Deceased) and Evelyn Sheerin 1990 Trust | Chris Sheerin & Evelyn Sheerin Trustees | 10000 Rossbury Pl | | Los Angeles | CA | 90064 |
| First Trust Company of Onaga Custodian For | Dennis Medeiros IRA | | | | | |
| First Savings Bank Custodian For Theodore E Kiewicz IRA | Theodore E Kiewicz IRA | | | | | |
| | Dominique Naylon | POB 2 | | Topaz | CA | 96133 |
| Donald P Clark Family Trust | Donald P Clark Trustee | 305 W Moana Lane | Suite C | Reno | NV | 89509 |
| | Gerry Kevin Topp | 10745 W River Street | | Truckee | CA | 94161 |
| The Schooner Family Trust | Edward L & Susan A Schooner Trustees | 164 Shorett Drive | | Friday Harbor | WA | 98250 |
| | Edward L & Susan A Schooner Trustees | 11044 E Nopal Avenue | | Mesa | AZ | 85209 |
| | Bernard D Benz | 1265 Old Foothill Road | | Gardnerville | NV | 89460 |
| Krupp Family Trust | Richard N Krupp | 2321 Sky Valley Street | | Henderson | NV | 89052 |
| | Richard N Krupp | 2321 Sky Valley Street | | Henderson | NV | 89052 |
| | Richard & Clara Cadieux | 1730 Terrace Heights Lane | | Reno | NV | 89523 |
| First Savings Bank Custodian for | Richard L Cadieux IRA | 1730 Terrace Heights Lane | | Reno | NV | 89523 |
| Clara M Cadieux MWDWS&SP | Clara Cadieux | 1730 Terrace Heights Lane | | Reno | NV | 89523 |
| Clara M Cadieux MWDWS&SP | Clara Cadieux | 1730 Terrace Heights Lane | | Reno | NV | 89523 |