1  Annette W. Jarvis, Utah Bar No. 1649                    **E-Filed December 18, 2006**

RAY QUINNEY & NEBEKER P.C.

2  36 South State Street, Suite 1400

P.O. Box 45385

3  Salt Lake City, Utah 84145-0385

Telephone: (801) 532-1500

4  Facsimile: (801) 532-7543

5  Email: ajarvis@rqn.com

6  and

7  Lenard E. Schwartzer

Nevada Bar No. 0399

8  Jeanette E. McPherson

Nevada Bar No. 5423

9  Schwartzer & McPherson Law Firm

2850 South Jones Boulevard, Suite 1

10  Las Vegas, Nevada 89146-5308

Telephone: (702) 228-7590

11  Facsimile: (702) 892-0122

12  E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

13                          **UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

14  In re:                                          Case Nos. BK-S-06-10725 LBR

15  USA COMMERCIAL MORTGAGE COMPANY,                Case Nos. BK-S-06-10726 LBR

Case Nos. BK-S-06-10727 LBR

16                                        Debtor.   Case Nos. BK-S-06-10728 LBR

Case Nos. BK-S-06-10729 LBR

17  In re:

USA CAPITAL REALTY ADVISORS, LLC,

18                                        Debtor.   Chapter 11

19  In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,     **NOTICE OF FILING OF TRANSCRIPTS OF**

20                                        Debtor.   **2004 EXAMINATIONS OF JOSEPH D.**

**MILANOWSKI AND USA INVESTMENT**

21  In re:                                          **PARTNERS, LLC IN SUPPORT OF**

USA CAPITAL FIRST TRUST DEED FUND, LLC,           **DEBTORS' COMBINED MOTION *IN***

***LIMINE* AND MEMORANDUM IN**

22                                        Debtor.   **SUPPORT REGARDING THE**

**DECLARATION OF VICTORIA S. LOOB IN**

23  In re:                                          **SUPPORT OF OBJECTION OF USA**

USA SECURITIES, LLC,                              **INVESTMENT PARTNERS, LLC, JOSEPH**

**MILANOWSKI AND THOMAS HANTGES**

24                                        Debtor.   **TO CONFIRMATION OF THE DEBTORS'**

**THIRD AMENDED JOINT CHAPTER 11**

Affects:                                         **PLAN OF REORGANIZATION**

25  ☒  All Debtors

☐  USA Commercial Mortgage Company              **Relevant to Confirmation Hearing**

26  ☐  USA Securities, LLC

☐  USA Capital Realty Advisors, LLC

27  ☐  USA Capital Diversified Trust Deed Fund, LLC  **Date: December 19, 2006**

☐  USA First Trust Deed Fund, LLC                **Time:  10:00 a.m.**

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    Debtors USA Commercial Mortgage Company ("USACM"), USA Capital First Trust

2   Deed Fund ("FTDF"), USA Capital Realty Advisors, LLC ("USA Realty"), and USA Securities,

3   LLC ("USA Securities") (collectively, the "Debtors"), by and through their counsel and as

4   represented in the "Debtors' Combined Motion In Limine And Memorandum In Support

5   Regarding The Declaration Of Victoria S. Loob In Support Of Objection Of USA Investment

6   Partners, LLC, Joseph Milanowski And Thomas Hantges To Confirmation Of The Debtors' Third

7   Amended Joint Chapter 11 Plan Of Reorganization" hereby respectfully submit the transcript of

8   the 2004 Examination of USA Investment Partners, LLC attached hereto as Exhibit 1 and the

9   transcript of the 2004 Examination of Joseph D. Milanowski attached hereto as Exhibit 2.

10    DATED:  December 18, 2006.

11                                  /s/Lenard E. Schwartzer
                                    Lenard E. Schwartzer (Nevada Bar No. 0399)
12                                  Jeanette E. McPherson (Nevada Bar No. 5423)
                                    SCHWARTZER & MCPHERSON LAW FIRM
13                                  2850 South Jones Blvd., Suite 1
                                    Las Vegas, Nevada 89146
14
15                                  and

16                                  Annette W. Jarvis (Utah Bar No. 1649)
17                                  Steven C. Strong (Utah Bar No. 6340)
                                    RAY QUINNEY & NEBEKER P.C.
18                                  36 South State Street, 14th Floor
                                    P.O. Box 45385
19                                  Salt Lake City, Utah 84145-0385

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# EXHIBIT 1

# In The Matter of:

*v.*

---

*DEPOSITION OF*:

## USA Investment Partners, LLC
## Volume 1
*December 14, 2006*

---

*Associated Reporters of Nevada*

*Certified Court Reporters*

*2300 W. Sahara Avenue*

*Suite 770*

*Las Vegas, NV 89102*

*(702) 382-8778    FAX: (702) 382-2050*

**Word Index Included**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE<br>COMPANY,<br>    Debtor. | )<br>)<br>)<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS,<br>LLC,<br>    Debtor. | Case No.<br>BK-S-06-10725 LBR<br>Case No.<br>BK-S-06-10726 LBR<br>Case No.<br>BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC<br>    Debtor. | Case No.<br>BK-S-06-10728 LBR<br>Case No.<br>BK-S-06-10729 LBR<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED<br>FUND, LLC.<br>    Debtor. | Chapter 11<br>)<br>Jointly<br>Administered<br>Under |
| In re:<br>USA SECURITIES, LLC.<br>    Debtor. | Case No.<br>BK-S-06-10725 LBR<br>) |
| Affects:<br> x All Debtors<br>   USA Commercial Mortgage<br>   Company<br>   USA Securities, LLC<br>   USA Capital Realty<br>   Advisors, LLC<br>   USA Capital Diversified<br>   Trust Deed Fund, LLC<br>   USA Capital First Trust<br>   Deed Fund, LLC | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Page 2

1      REPORTER'S CERTIFICATE OF NONAPPEARANCE

2   FOR THE DEPOSITION OF USA INVESTMENT PARTNERS, LLC

3

4       Scheduled for Thursday, December 14, 2006

5                    At 9:00 a.m.

6              At 4484 South Pecos Road

7                 Las Vegas, Nevada

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Reported by:  Teri R. Ward, CCR NO. 839

Page 3

1 APPEARANCES:

2 For Debtors and Debtors-in-Possession:

3                     LENARD SCHWARTZER, ESQ.
                      Schwartzer & McPherson Law Firm
4                     2850 South Jones Boulevard
                      Suite 1
5                     Las Vegas, Nevada 89146

6 For Mary Peterson:

7                     WILLIAM WRAY, ESQ.
                      O'Reilly Law Group
8                     325 South Maryland Parkway
                      Las Vegas, Nevada 89101
9
  For USA Investment Partners, LLC:
10
                      RUSSEL WALKER, ESQ.
11                    Woodbury & Kessler
                      265 East 100 South
12                    Suite 300
                      Salt Lake City, UT  84111
13
  Also Present:  James Atkinson, Mesirow Financial
14

15                     E X H I B I T S

16
  Number    Page    Description
17
  (None)
18

19

20

21

22

23

24

25

Page 4

1    LAS VEGAS, NEVADA; THURSDAY, DECEMBER 14, 2006

2                    9:00 a.m.

3                    -o0o-

4 Thereupon,

5         I, Teri R. Ward, Certified Court Reporter,

6 hereby declare the following:

7         That pursuant to the request of Lenard

8 Schwartzer, Esq., counsel for Debtors and

9 Debtors-in-Possession in the above-entitled cause, I

10 did appear in the offices of USA Capital at 4484

11 South Pecos Road in the City of Las Vegas, County of

12 Clark, State of Nevada, at 9:00 a.m. on Thursday,

13 December 14, 2006, for the purposes of placing under

14 oath and reporting the testimony of USA Investment

15 Partners, LLC in the above-entitled cause;

16              That I remained at said location

17 until 9:19 a.m. on said date.

18              The following is a true, complete,

19 and accurate transcription of the proceedings held

20 at that time:

21              MR. WALKER:  Russell Walker with

22 Woodbury & Kessler in Salt Lake City at 265 East 100

23 South, No. 300, Salt Lake City  84111.  Representing

24 USA Investment Partners, LLC.

25              MR. SCHWARTZER:  Okay, Lenard Schwartzer

Page 5

1 is present, and --

2              MR. WRAY:  William Wray representing

3 Mary Peterson.

4              MR. SCHWARTZER:  Okay.  And Jim, you

5 want to make your appearance?

6              MR. ATKINSON:  Jim Atkinson, Mesirow

7 Financial, Interim Management.

8              MR. SCHWARTZER:  Okay, this is the time

9 and place set for the examination under Rule 2004 of

10 USA Investment Partners.  Our records indicate that

11 the order was entered by the court, and a subpoena

12 for production of documents as well as the order was

13 properly served on USA Investment Partners,

14 approximately, on the 1st of the month.

15              And I understand that Elaine Munson has

16 been in contact with you.  We know that your client

17 and you are fully aware of the time and place for

18 the examination.  And we also understand that there

19 had been some negotiations about -- between you and

20 -- between the deponent and through its

21 representative Mr. Walker and Ms. Munson regarding

22 the possibility of reaching agreement to have this

23 examination at a later date and have the production

24 of documents at a later date.

25              And it is my understanding that those

1 negotiations never actually reached a conclusion,

2 and there is no agreement.  And therefore, it is the

3 position of the Debtor and Debtor-in-Possession that

4 pursuant to the court order and the subpoena, your

5 client is in default in not producing the documents

6 that were requested, and in default for not

7 appearing to have his examination under oath taken

8 at this time.

9          MR. WALKER:  I appreciate your client's

10 position.  Let me state my client's position for the

11 record.  We did have negotiations, that is

12 Elaine Munson and I.  She representing the debtor.

13 I representing Investment Partners and

14 Joseph Milinowski.

15          I think we came to an agreement on most

16 of the points, but were unable to agree on a final

17 point.  Just for the record, we had agreed that we

18 would have the ten business days as set forth in

19 local Rule 2004(b) and (c) that we agreed.

20          And we still will comply that the

21 documents subpoenaed for this examination will be

22 produced on Monday by 5:00 o'clock p.m., I assume

23 over at the offices there at USA Commercial Mortgage

24 at least for those entities, HMA Sales Investor

25 Partner Six, Investment Partners.

1            We have not had adequate time to prepare

2 to get the documents together for Mr. Milinowski,

3 and I believe that's scheduled for tomorrow at 9:00

4 o'clock.  But then we will produce those other

5 records as of Monday, the 18th.

6            We also agreed that if those records

7 were adequate, that we would continue the

8 examinations until the week of January 10th.  We're

9 still willing to do that.

10           We object to these 2004 orders and the

11 subpoenas as not being in compliance with local Rule

12 2004 with Bankruptcy Rule 9030 and 9016 and are

13 filing an objection with the court.

14           So I don't anticipate that

15 Mr. Milinowski will be present tomorrow either, and

16 that none of the parties was present.  But I believe

17 the parties could come to an agreement and have

18 those examinations, as I said a moment ago.

19           MR. SCHWARTZER:  Okay.  And did you by

20 any chance file the objection that you mentioned

21 with regard to the two entities that were set for

22 the examinations yesterday?  Has that been filed

23 yet?

24           MR. WALKER:  No, it's being filed

25 probably within the hour.

Page 8

1          MR. SCHWARTZER:  Okay, because I looked

2 for it yesterday, and it wasn't there.

3          MR. WALKER:  Yeah, no, it was delayed a

4 little bit.  Obviously, as you understand, we have

5 that hearing tomorrow again on Tremos and other

6 issues.  So there's a number of issues for the

7 court.

8          Just for the record, that who will be

9 representing the debtor tomorrow at the examination

10 scheduled and who's actually going to be handling

11 the hearing tomorrow?

12          MR. SCHWARTZER:  Well, I will be

13 handling the hearing tomorrow, and I believe my

14 associate Jason Imes will be handling the

15 examination tomorrow.

16          MR. WALKER:  Okay.  I'll be there as

17 well at the hearing, and perhaps we can discuss

18 further these issues tomorrow.

19          MR. SCHWARTZER:  Actually, with regard

20 to discovery, you really have to discuss it with

21 Elaine.

22          MR. WALKER:  Okay.  All right.

23          MR. SCHWARTZER:  Okay, this deposition

24 could be concluded.  You understand it is our

25 position your client is in violation of the orders,

Page 9

1 and we will be filing the appropriate motion of

2 that.

3            MR. WALKER:  Well, I'm optimistic the

4 parties can get together.  I guess my question for

5 you is are you still interested in having us produce

6 the documents on Monday?

7            MR. SCHWARTZER:  Well, that would

8 certainly make your client less in contempt of the

9 subpoena.  It's sort of like asking me would I like

10 your client, Mr. Milinowski, to produce about $50

11 million in cash to pay back the moneys owed by USA

12 Investment Partners.  The answer is --

13            MR. WALKER:  Well, we'll talk about that

14 tomorrow.

15            MR. SCHWARTZER:  -- yes.  The answer is

16 yes.

17            MR. WALKER:  He would like to do that as

18 well, so --

19            MR. SCHWARTZER:  Yes.

20            MR. WALKER:  All right, thank you.

21            MR. SCHWARTZER:  Thank you, bye.

22            MR. WALKER:  Bye.

23            MR. WRAY:  No, I don't want a copy.

24

25

```
1            (The proceedings were adjourned

2            at 9:19 A.M.)

3                    *      *      *      *      *

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    CERTIFICATE OF REPORTER

2


3 STATE OF NEVADA        )
                         SS:
4 COUNTY OF CLARK        )


5


6       I, Teri R. Ward, a duly commissioned Notary
  Public, Clark County, State of Nevada, do hereby
7 certify:

8       That I reported the proceedings commencing on
  Thursday, December 14, 2006, at 9:00 a.m.;
9

        That I thereafter transcribed my said shorthand
10 notes into typewriting; and that the typewritten
   transcript is a complete, true and accurate
11 transcription of said shorthand notes.

12      I further certify that I am not a relative,
   employee, or independent contractor of counsel of
13 any of the parties; nor a relative, employee, or
   independent contractor of the parties involved in
14 said action; nor do I have any other relationship
   with any of the parties or with counsel of any of
15 the parties involved in the action that may
   reasonably cause my impartiality to be questioned.
16

        IN WITNESS WHEREOF, I have hereunto set my hand
17 in my office in the County of Clark, State of
   Nevada, this _____ day of _____, 2006.
18


19


20


21      _____
             Teri R. Ward, CCR NO. 839
22


23


24


25

# EXHIBIT 2

# In The Matter of:

*v.*

---

DEPOSITION OF:

## Joseph D. Milanowski
## Volume 1
### *December 15, 2006*

---

*Associated Reporters of Nevada*

*Certified Court Reporters*

*2300 W. Sahara Avenue*

*Suite 770*

*Las Vegas, NV 89102*

*(702) 382-8778    FAX: (702) 382-2050*

**Word Index Included**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

```
                                  )
In Re:                            ) Case No.
USA COMMERCIAL MORTGAGE COMPANY,  ) BK-S-06-10725
          Debtor.                 )
_____   )
                                  )
In Re:                            )
USA CAPITAL REALTY ADVISORS, LLC. ) Case No.
          Debtor.                 ) BK-S-06-10726
_____   )
                                  )
In Re:                            )
USA CAPITAL DIVERSIFIED TRUST     ) Case No.
DEED FUND, LLC.,                  ) BK-S-06-10727
          Debtor.                 )
_____   )
                                  )
In Re:                            )
USA CAPITAL FIRST TRUST DEED FUND ) Case No.
          Debtor.                 ) BK-S-06-10728
_____   )
                                  )
In Re:                            ) Case No.
USA SECURITIES, LLC.,             ) BK-S-06-10729
          Debtor.                 )
_____   )
                                  )
AFFECTS:                          )
          All Debtors.            )
_____   )
```

SCHEDULED DEPOSITION OF JOSEPH D. MILANOWSKI

To Be Taken on Friday, December 15, 2006
At 9:00 o'clock a.m.
At 4484 South Pecos
Las Vegas, Nevada

REPORTED BY:  DONNA E. MIZE, CCR NO. 675

Page 2

1 APPEARANCES:

2 For Debtors:

3                    JEANETE McPHERSON, ESQ.
                     Schwartzer & McPherson Law Firm
4                    2850 South Jones Boulevard
                     Suite 1
5                    Las Vegas, Nevada 89146

6
  For Weddell & Spectrum Financial:
7
                     ELISSA F. CADISH, ESQ.
8                    Hale Lane
                     3930 Howard Hughes Parkway
9                    Fourth Floor
                     Las Vegas, Nevada  89109
10

11 For Joseph Milanowski:

12                   ELIZABETH LOVERIGE (TELEPHONICALLY)
                     For Russell Walker
13                   Woodbury & Kesler
                     265 East 100 South
14                   Suite 300
                     Salt Lake City, Utah 84111
15

16

17 Also Present:  SUSAN SMITH

18

19                    E X H I B I T S

20 Exhibit No.           Description              Page

21  1     Order                                    4

22  2     Subpoena                                 4

23  3     Affidavit of Service                     4

24

25

1          MS. McPHERSON:  We are here today and this is

2 the time set for the examination of Joseph D.

3 Milanowski.  Jeanette McPherson on behalf of the

4 debtors and debtors in possession.

5          MS. CADISH:  Elissa Cadish on behalf of Ron

6 Weddell and Spectrum Financial.

7          MS. McPHERSON:  Susan Smith of Mesirow is

8 also present.

9          We have been informed that Mr. Milanowski is

10 not going to be appearing today, and we have waited

11 approximately five minutes for him to show up just in

12 case.  We will be contacting his counsel Russell

13 Walker, however, he has indicated that Mr. Milanowski

14 will not be appearing and that he will be in court this

15 morning, bankruptcy court.

16          I would like to submit as Exhibit 1 an order

17 requiring Joseph D. Milanowski to appear for

18 examination pursuant to Federal Bankruptcy Rule 2004,

19 which was entered on December 8, 2006 to be marked as

20 Exhibit 1.

21          To be marked as Exhibit 2 is a subpoena for

22 Rule 2004 Examination, and as Exhibit 3 an affidavit of

23 service which demonstrates that Mr. Milanowski was

24 served on Monday, December 11, 2006 with the subpoena

25 and the order requiring his appearance here today.

Page 4

1                (Exhibits 1-3 marked)

2            MS. McPHERSON:  We will call Mr. Walker just

3 to make sure that he is not available and he is in

4 court as he indicated.

5            May I speak to Mr. Walker, please?

6            THE SECRETARY:  He is not in the office

7 today.  Would you like his voice mail?

8            MS. McPHERSON:  Do you know if anybody in

9 your office will be appearing today in the 2004 Exam

10 for Mr. Milanowski?

11            THE SECRETARY:  I don't know.  Would you like

12 to talk to his secretary, Liza Loverige.  Do you want

13 to talk to her?

14            MS. McPHERSON:  Yes.

15            MS. LOVERIGE:  This is Elizabeth Loverige.

16            MS. McPHERSON:  Hello Elizabeth.  My name is

17 Jan McPherson.  I'm calling in connection with the USA

18 Commercial bankruptcy case.  Mr. Walker had been making

19 telephone appearance in connection with the 2004

20 Examinations.  He indicated he would be in court this

21 morning, however, I wanted to call just to verify that

22 nobody else would be --

23            MS. LOVERIGE:  I can go ahead and make the

24 same telephonic appearance.

25            MS. McPHERSON:  Go ahead.  The court reporter

1 is taking down what you are going to say.

2          MS. LOVERIGE:  This is Elizabeth leverage at

3 Woodbury & Kesler on behalf of Joseph Milanowski.

4 Mr. Milanowski will not be appearing today.  We filed a

5 motion for a protective order.

6          Ms. McPherson, I believe there was some

7 document production that was scheduled for Monday that

8 Russ had mentioned; is that correct?

9          MS. McPHERSON:  Yes.

10          MS. LOVERIGE:  He mentioned that he would be

11 appearing at that.  Were you aware of that?

12          MS. McPHERSON:  No, I am not.

13          MS. LOVERIGE:  I believe from what he had

14 told me yesterday that was his intention.

15          MS. McPHERSON:  Are you talking about the

16 examination of Vicky Lube?

17          MS. LOVERIGE:  No.  I know he is appearing

18 there on Monday.  I don't know about -- he mentioned

19 something about documents on Monday afternoon.

20          MS. McPHERSON:  Is that it?

21          MS. LOVERIGE:  That's it.

22          MS. McPHERSON:  Elizabeth, how do you spell

23 your last name?

24          MS. LOVERIGE:  L-O-V-E-R-I-G-E.

25          MS. McPHERSON:  Thank you.  That is it.

1

2                    (Whereupon, the proceeding

3                     concluded at 9:08 a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 7

1                    CERTIFICATE OF REPORTER

2 STATE OF NEVADA  )
                             )    ss.
3 COUNTY OF CLARK  )

4          I, Donna E. Mize, Certified Court Reporter,

5 do hereby certify:

6          That I reported in shorthand (Stenotype) the

7 proceedings had in the above-entitled matter at the

8 place and date indicated.

9          That I thereafter transcribed my said

10 shorthand notes into typewriting, and that the

11 typewritten transcript is a complete, true and accurate

12 transcription of my said shorthand notes.

13          I further certify that I am not a relative,

14 employee or independent contractor of counsel of any of

15 the parties; nor a relative, employee or independent

16 contractor of the parties involved in said action; nor

17 a person financially interested in the action.

18          IN WITNESS WHEREOF, I have set my hand in my

19 office in the County of Clark, State of Nevada, this

20 16th day of December, 2006.

21

22

23

24
                  _____
25                  DONNA E. MIZE, NV CCR 675