Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email: vnelson@nevadafirm.com

*Electronically Filed on December 19, 2006*

*Attorneys for Del Bunch and Ernestine Bunch*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA Commercial Mortgage f/k/a USA Capital, et al.,<br>Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Case No. BK-S-06-10719-LBR<br>Chapter 11 |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **STIPULATION REGARDING LOCATION OF 2004 EXAMINATION OF DEL BUNCH**<br><br>Date of Hearing: 12/19/2006<br>Time of Hearing: 2:00 p.m. |

This stipulation is made by and between USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC, and USA Securities, LLC (collectively referred to as "Debtors") by and through their counsel of record, Lenard E. Schwartzer, Esq., of the law firm of Schwartzer & McPherson Law Firm and Del Bunch ("Mr. Bunch") and Ernestine Bunch (collectively referred

01111-11/133055.doc

to as "Creditors") by and through their counsel of record, Richard F. Holley, Esq., of the law firm of Santoro, Driggs, Walch, Kearney, Johnson & Thompson.

WHEREAS, Debtors filed their Ex Parte Motion for an Order Shortening Time Requiring Del Bunch to Appear for Examination Pursuant to Fed.R.Bankr.P. 2004; and

WHEREAS, the Order on Ex Parte Motion for Order Shortening Time Requiring Del Bunch to Appear for Examination Pursuant to Fed.R.Bankr.P. 2004 ("Order") was entered on December 18, 2006 which requires Mr. Bunch to appear at the Debtors' business offices located at 4484 South Pecos Rd., Las Vegas, Nevada 89121 for his examination.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as follows:

That the Fed.R.Bankr.P. 2004 examination of Mr. Bunch shall be held at Mr. Bunch's residence located at 1909 Red Robin Court, Las Vegas, Nevada 89134 beginning on December 19, 2006, at 2:00 p.m. rather than at the offices of the Debtors as set forth in the Order.

DATED this 18th day of December, 2006.

| SANTORO, DRIGGS, WALCH,<br>KEARNEY, JOHNSON & THOMPSON | SCHWARTZER & McPHERSON<br>LAW FIRM |
|---|---|
| */s/ Richard F. Holley*<br>Richard F. Holley, Esq.<br>Nevada Bar No. 3077<br>400 South Fourth St., Third Floor<br>Las Vegas, Nevada 89101 | */s/ Lenard E. Schwartzer*<br>Lenard E. Schwartzer<br>Nevada Bar No. 399<br>2850 South Jones Blvd., Suite 1<br>Las Vegas, Nevada 89146 |
| *Attorneys for Del Bunch and Ernestine Bunch* | *Attorneys for Debtors* |

01111-11/133055.doc