AMY N. TIRRE, ESQ.
Nevada Bar No. 6523
KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
5585 Kietzke Lane
Reno, Nevada 89511
Telephone:  (775) 852-3900
Facsimile:  (775) 852-3982
E-Mail:  atirre@kkbrf.com

Attorneys for SPCP Group, LLC

**Electronically Filed on December 18, 2006**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor, | Case No.  BK-S-06-10725-LBR<br>Case No.  BK-S-06-10726-LBR<br>Case No.  BK-S-06-10727-LBR<br>Case No.  BK-S-06-10728-LBR<br>Case No.  BK-S-06-10729-LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor, | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor, | **NOTICE OF WITHDRAWAL OF REQUEST FOR NOTICE** |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor, | |
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor. | |

275741_1 [14158.1]

| Affects: | |
|---|---|
| ☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Hearing Date: N/A<br>Hearing Time: N/A<br>Est. Time: N/A |

TO:   INTERESTED PARTIES AND THEIR COUNSEL

NOTICE IS HEREBY GIVEN that Amy N. Tirre, Esq., of the law firm of Kummer Kaempfer Bonner Renshaw & Ferrario, hereby withdraws the NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS filed as Nevada counsel for SPCP Group, LLC on October 12, 2006 [Docket No. 1514], and requests no further notice of proceedings or other notices be given electronic or otherwise.

DATED this 18th day of December, 2006.

KUMMER KAEMPFER BONNER RENSHAW & FERRARIO

BY: _____
AMY N. TIRRE
Nevada Bar No. 6523
5585 Kietzke Lane
Reno, Nevada 89511

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

275741_1 [14158.1]

Page 2 of 7

# CERTIFICATE OF MAILING

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Kummer Kaempfer Bonner Renshaw & Ferrario; that I am over the age of 18 and not a party to the above-referenced case, and that on this date I caused to be served a true and correct copy of *Withdrawal of Attorney* as indicated:

__X__    **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below.

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JANET L. CHUBB    tbw@jonesvargas.com

1. - JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
2. - WILLIAM D COPE    cope_guerra@yahoo.com
3. - CICI CUNNINGHAM    bankruptcy@rocgd.com
4. - LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
5. - DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
6. - THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
7. - SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
8. - GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
9. - WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
10. - CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
11. - GERALD M GORDON    bankruptcynotices@gordonsilver.com
12. - R. VAUGHN GOURLEY    vgourley@lvcm.com
13. - TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
14. - JAMES D. GREENE    bknotice@schrecklaw.com
15. - MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
16. - JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
17. - XANNA R. HARDMAN    xanna.hardman@gmail.com
18. - STEPHEN R HARRIS    noticesbh&p@renolaw.biz
19. - JEFFREY L HARTMAN    notices@bankruptcyreno.com
20. - BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
21. - DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
22. - CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
23. - EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
24. - TY E. KEHOE    TyKehoeLaw@aol.com
    - ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

275741_1 [14158.1]

Page 4 of 7

- ZACHARIAH LARSON    ecf@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, sstanton@cox.net
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

- PAUL C RAY   info@johnpeterlee.com
- SUSAN WILLIAMS SCANN   sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER   bkfilings@s-mlaw.com
- JAMES PATRICK SHEA   bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- SHLOMO S. SHERMAN   ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- AMBRISH S. SIDHU   ecf@lslawnv.com
- JEFFREY G. SLOANE   gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH   mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com
- DAVID A. STEPHENS   dstephens@lvcm.com
- PETER SUSI   cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER   jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING   ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N TIRRE   atirre@kkbrf.com, lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH   GWalch@Nevadafirm.com
- RUSSELL S. WALKER   rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com
- WHITNEY B. WARNICK   wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- WILLIAM J. WRAY   wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT   jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOW   bankruptcynotices@gordonsilver.com
- ANTHONY A. ZMAILA   azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

_____   **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below:

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

275741_1 [14158.1]

**BY MAIL**: by placing the document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

DATED this 18th day of December, 2006.

_____
LESLEE LEVERETT

KUMMER KAEMPFER
BONNER & RENSHAW
5585 Kietzke Lane
Reno, Nevada 89511

275741_1 [14158.1]

Page 7 of 7