RECEIVED AND FILED

ntcdispoexh

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:

USA COMMERCIAL MORTGAGE

BK-S 06-10725 lbr

CHAPTER #11

DATE: December 15, 2006

TIME: 1:30 PM

Debtor

## NOTICE & ORDER AUTHORIZING DESTRUCTION
## OF EXHIBITS PURSUANT TO LOCAL RULE 5003(b)(5)

NOTICE IS HEREBY GIVEN pursuant to Local Rule 5003(b)(5) that if the exhibits received in this case regarding Motion to Temporarily allow claim of Binford Medical Developers are not withdrawn twenty (20) days after the time for appeal has expired, the Clerk, upon closing of the case, shall destroy or make other disposition as the Court may direct of any such exhibits without further notice.

DATED: December 15, 2006

FOR THE COURT
PATRICIA GRAY, CLERK

Mailed/Hand Delivered on: December 15, 2006
To: Susan Scann, for PL

_____
Bankruptcy Deputy Clerk

By: E. Werkheiser
_____
Deputy Clerk

Exhibit Log # 06-053LBR