James D. Greene. Esq.
Nevada Bar No. 002647
SCHRECK BRIGNONE
300 South Fourth Street
Suite 1200
Las Vegas, Nevada 89101
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: jgreene@schrecklaw.com

Attorneys for

E-filed on: 12/19/06

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **VERIFIED STATEMENT OF SCHRECK BRIGNONE REGARDING REPRESENTATION OF MULTIPLE CREDITORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** |
| In re<br><br>USA SECURITIES, LLC,<br>Debtor. | No Hearing Required |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

I, JAMES D. GREENE, ESQ., hereby declare under penalty of perjury that the following assertions are true concerning the representation of multiple creditors by Schreck Brignone:

1

1. I am an attorney licensed to practice law in the state of Nevada and am a partner in the law firm of Schreck Brignone, whose business address is on the first page of this pleading.

2. Schreck Brignone has been engaged to represent multiple direct investors and investors in the USA Capital Diversified and First Trust Deed Fund in the above-captioned bankruptcy cases ("SB Investors"). The SB Investors are listed on the Client Table attached hereto as **Exhibit 1**. The nature of the investments of each of the SB Investors are described on the attached Exhibit 1.

3. Schreck Brignone has been engaged by the SB Investors on an hourly basis to provide assistance with filing proofs of claim (which has now been done) and to provide advice regarding the rights of the SB Investors in the USA Capital cases.

4. Schreck Brignone also represented Capital Crossing Bank for approximately a six-week period, during which time Capital Crossing Bank was evaluating whether to bid at an auction of assets belonging to the estates of USA Commercial Mortgage and the USA Capital First Trustee Fund. After the Court approved a bid procedures order, Capital Crossing Bank determined not to bid at the subsequent auction and Schreck Brignone is no longer actively representing Capital Crossing Bank.

DATED this 19th day of December, 2006.

_____
JAMES D. GREENE

Signed and sworn to (or affirmed) before me on 12/19/06 by James D. Greene.

_____
Signature of Notarial Officer

My Commission expires on: March 7, 2010



Notary Public - State of Nevada
County of Clark
KIMBERLY PEETS
My Appointment Expires
March 7, 2010
No: 93-5173-1

2

# Exhibit 1

# CLIENT TABLE
## *In re USA Commercial Mortgage Company and all related cases*
Main BK Case No. BK-S-06-10725-LBR
Related case nos. 06-10726, 06-10727, 06-10728 and 06-10729
Our File No. 3856-001

| FILE No. | CLIENT NAME | INVESTMENT(S) |
|---|---|---|
| 3797-001 | Joseph J. Argier & Janice . Argier | Direct investors in Roam Development Group and 6425 Gess Ltd |
| 3798-001 | Kermit D. Born & Cynthia G Born | USA Capital First Trust Deed Fund |
| 3799-001 | The S.W. Cranley Revocable Trust dated 02/20/03 | Direct investor in Castaic Partners III, LLC, Marlton Square Associates, LLC and USA Investment Partners, LLC (Placer Vineyards - 1st) |
| 3799-001 | Jean R. Wike, Shelley Wike Cranley and Carol Williamson | USA Capital Diversified Trust Deed |
| 3800-001 | Allan Ebbin an Audry Ebbin | USA Capital First Trust Deed Fund and USA Capital Diversified Trust Deed Fund |
| 3801-001 | John A. Godfrey | USA Capital Diversified Trust Deed Fund and direct investor in Gateway Stone Associates, LLC |
| 3802-001 | William R. Godfrey & Cynthia J. Godfrey, individually and as trustees of the William R. Godfrey & Cynthia J. Godfrey Living Trust 2005 | USA Capital Diversified Trust Deed Fund and direct investor in La Hacienda Estates, LLC, Bay Pompano Beach, LLC and Pegasus-MH Ventures I LLC |
| 3803-001 | Erin E. McDonald Revocable Living Trust | USA Capital Diversified Trust Deed Fund an direct investor in Marlton Square Associates, LLC |
| 3804-001 | Christine A. Peterson Trust | USA Capital Diversified Trust Deed Fund and direct investor in Meadow Creek Partners, LLC |
| 3805-001 | Soldo Family Limited Partnership | USA Capital Diversified Trust Deed Fund and direct investor in Palm Harbor One, LLC |
| 3829-001 | Hays Revocable Family Trust | USA Capital Diversified Trust Deed Fund and direct investor in Marlton Square Associates, LLC |
| 3849-001 | Ernest Libman IRA and the Ernest W. Libman & Cleone Libman Family Trust dated 03/11/93 | USA Capital Diversified Trust Deed Fund, USA Capital First Trust Deed und and direct investors in Amesbury/Hatters Point, and Tapia Ranch, LLC |
| 3860-001 | JacquelineBarbara Valiente Revocable Living Trust | Direct investor in arbor Georgetown, LLC |
| 3861-001 | L and R Saenz Family Trust | Direct investor in Fox Hill, LLC and Ocean Atlantic $9,425,000 |

G:\Practice\Bankruptcy\USA Capital\Client Table.doc