

# EXHIBIT "F"



LOAN PARTNERS CAPITAL
(702) 365-2860
8600 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankWest
NEVADA
LAS VEGAS
NEVADA
94-177/1224

009326

DATE June 26, 2000    AMOUNT $1,175,000.00

One million, one hundred seventy-five thousand and 00/100 dollars--------

TO THE
ORDER
OF    USA Commercial Mortgage Investors Trust

⑈009326⑈ ⑈122401778⑈ 0100028⑈   ⑈0117500000⑈



**nkWest**
N E V A D A

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01
DATE: 06/30/00

PAGE:                3
ACCOUNT: 120028700
DOCUMENTS:          55

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
9500 HILLWOOD DRIVE SUITE 130
LAS VEGAS NV  89134

## YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06/09 | 9241* | 205.36 | 06/06 | 9285 | 129.68 | 06/19 | 9304 | 223.95 |
| 06/12 | 9242* | 20.00 | 06/06 | 9286 | 20.00 | 06/16 | 9305 | 406.58 |
| 06/05 | 9258* | 120.00 | 06/07 | 9287 | 384.33 | 06/15 | 9306 | 37.90 |
| 06/05 | 9266 | 75.00 | 06/08 | 9288 | 1,652.47 | 06/15 | 9307* | 205.65 |
| 06/05 | 9267 | 35.00 | 06/12 | 9289 | 2,862.52 | 06/19 | 9309 | 189.83 |
| 06/01 | 9268 | 375.00 | 06/06 | 9290 | 5,000.00 | 06/29 | 9310 | 200.00 |
| 06/06 | 9269* | 64.35 | 06/12 | 9291 | 10,000.00 | 06/22 | 9311 | 690.00 |
| 06/13 | 9271 | 150.00 | 06/07 | 9292 | 1,057.50 | 06/22 | 9312 | 83.56 |
| 06/01 | 9272 | 450.24 | 06/16 | 9293 | 55.00 | 06/19 | 9313 | 1,059.00 |
| 06/05 | 9273 | 160.00 | 06/14 | 9294 | 32.24 | 06/20 | 9314 | 341.00 |
| 06/07 | 9274 | 375.00 | 06/16 | 9295 | 38.66 | 06/21 | 9315 | 131.16 |
| 06/07 | 9275 | 24.99 | 06/13 | 9296 | 711.90 | 06/26 | 9316 | 150.00 |
| 06/05 | 9276* | 1000,000.00 | 06/15 | 9297 | 1,213.99 | 06/21 | 9317* | 1,350.00 |
| 06/05 | 9278 | 3,642.00 | 06/14 | 9298 | 1,216.78 | 06/28 | 9321* | 936.00 |
| 06/06 | 9279 | 4,507.00 | 06/13 | 9299 | 444.74 | 06/30 | 9326 | 1175,000.00 |
| 06/09 | 9280* | 600.00 | 06/15 | 9300 | 156.61 | 06/30 | 9327 | 50.00 |
| 06/07 | 9282 | 79.00 | 06/14 | 9301 | 765.00 | 06/29 | 9328 | 1,200.00 |
| 06/12 | 9283 | 710.00 | 06/16 | 9302 | 1,720.00 | | | |
| 06/07 | 9284 | 1,060.89 | 06/14 | 9303 | 155.36 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - I N T E R E S T - - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 363,006.63 | INTEREST EARNED: | 447.81 |
| INTEREST PAID THIS PERIOD: | 447.81 | DAYS IN PERIOD: | 30 |
| INTEREST PAID 2000: | 1,188.62 | ANNUAL PERCENTAGE YIELD EARNED: | 1.51% |
| TAX IDENTIFICATION NUMBER: | 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 | | |

Member Federal Deposit Insurance Corporation



LOAN PARTNERS CAPITA
(702) 360-2860
3960 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankWest
OF NEV
LAS VEGAS
NEVADA
94-177/1224

009391

DATE  7-31-00

AMOUNT
$ 200,000.00

PAY  Two Hundred Thousand + no/100

TO THE
ORDER
OF  USA Commercial

⑈009391⑈ ⑆122401778⑆ 0120028700⑈        ⑇00 20000000⑇

BAN WEST OF NEVADA
LAS VEGAS, NEVADA
702-248-4200
122401778

122000247
00022000  PKT. 013
TRACER # 1758
52676287

01 08  0022600001

WFB  TEMPE, AZ  00012000
TRACER# 2553  030  031
1221-0527-8
4801981674

PAY TO THE ORDER OF
WELLS FARGO BANK
LAS VEGAS, NV  89193
1220019
FOR DEPOSIT ONLY
USA COMMERCIAL MORTGAGE COMPANY
0834680049



003 01 01

**nkWest**
NEVADA

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
9500 HILLWOOD DRIVE SUITE 130
LAS VEGAS NV  89134

30-0
0
59

PREM. BUS. NOW
ACCOUNT:                    120028700

08/01/00 THRU 08/31/00
DOCUMENT COUNT:            59
PAGE    1

"YOUR BUSINESS PARTNER FOR THE YEAR 2000 AND BEYOND"

PREM. BUS. NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT .......................... | | | 07/31/00 | 235,364.78 |
| CHECK # 9372 | 1,200.00 | | 08/01/00 | 234,164.78 |
| CHECK # 9390 | 191.73 | | 08/02/00 | 233,973.05 |
| CHECK # 9373 | 200.00 | | 08/02/00 | 233,773.05 |
| CHECK # 9386 | 308.00 | | 08/02/00 | 233,465.05 |
| CHECK # 9388 | 310.00 | | 08/02/00 | 233,155.05 |
| CHECK # 9387 | 64.35 | | 08/03/00 | 233,090.70 |
| CHECK # 9391 | 200,000.00 | | 08/03/00 | 33,090.70 |
| CHECK # 9375 | 53.83 | | 08/04/00 | 33,036.87 |
| CHECK # 9393 | 600.00 | | 08/09/00 | 32,436.87 |
| CHECK # 9392 | 2,946.29 | | 08/10/00 | 29,490.58 |
| DEPOSIT | | 51,860.42 | 08/11/00 | 81,351.00 |
| DEPOSIT | | 211,240.29 | 08/11/00 | 292,591.29 |
| CHECK # 9383 | 125.00 | | 08/11/00 | 292,466.29 |
| DEPOSIT | | 219,434.49 | 08/15/00 | 511,900.78 |
| CHECK # 9403 | 52.55 | | 08/15/00 | 511,848.23 |
| CHECK # 9417 | 90.41 | | 08/16/00 | 511,757.82 |
| CHECK # 9409 | 100.08 | | 08/16/00 | 511,657.74 |
| CHECK # 9395 | 150,000.00 | | 08/16/00 | 361,657.74 |
| CHECK # 9394 | 275,000.00 | | 08/16/00 | 86,657.74 |
| CHECK # 9405 | 8.30 | | 08/17/00 | 86,649.44 |
| CHECK # 9421 | 45.00 | | 08/17/00 | 86,604.44 |
| CHECK # 9408 | 473.83 | | 08/17/00 | 86,130.61 |
| CHECK # 9427 | 1,000.00 | | 08/17/00 | 85,130.61 |
| CHECK # 9425 | 1,485.00 | | 08/17/00 | 83,645.61 |
| CHECK # 9420 | 1,500.00 | | 08/17/00 | 82,145.61 |
| CHECK # 9410 | 12.87 | | 08/18/00 | 82,132.74 |
| CHECK # 9418 | 28.00 | | 08/18/00 | 82,104.74 |
| CHECK # 9416 | 100.00 | | 08/18/00 | 82,004.74 |
| CHECK # 9414 | 153.75 | | 08/18/00 | 81,850.99 |
| CHECK # 9399 | 201.10 | | 08/18/00 | 81,649.89 |
| CHECK # 9406 | 300.00 | | 08/18/00 | 81,349.89 |
| CHECK # 9419 | 351.10 | | 08/18/00 | 80,998.79 |
| CHECK # 9426 | 2,506.50 | | 08/18/00 | 78,492.29 |
| CHECK # 9396 | 48.28 | | 08/21/00 | 78,444.01 |
| CHECK # 9402 | 50.00 | | 08/21/00 | 78,394.01 |

* * * C O N T I N U E D * * *

**LOAN PARTNERS CAPITA**
(702) 360-2860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankWest
OF NEV
LAS VEGAS
NEVADA
94-1771/1224

009394

DATE 8-11-00     AMOUNT

$275,000.00

Two hundred seventy-five thousand and 00/100 Dollars

TO THE
ORDER
OF     USA Commercial Mortgage Investors Trust

⑈009394⑈ ⑆12240177⑆ ⑆1005287005⑈                ⑆00275000000⑈

AG 16
2
2
1220-0016-8-2 NEVADA
LAS VEGAS, NV
08/16/00     01

122000247
08153000   PKT. 613
TRACER # 1412
48175115

WFB  TEMPE,AZ  30142000
TRACER# 3596     021
1221-0527-8
1224-0127-8
001350000
100020038

PAY TO THE ORDER OF
WELLS FARGO BANK
LAS VEGAS, NV 89193
12201191
FOR DEPOSIT ONLY
0834680049
USA COMMERCIAL MORTGAGE COMPANY



**kWest**
NEVADA

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
9500 HILLWOOD DRIVE SUITE 130
LAS VEGAS NV   89134

30-0
0
59

PREM. BUS. NOW
ACCOUNT:                    120028700

08/01/00 THRU 08/31/00
DOCUMENT COUNT:              59
PAGE   3

==================================================================================
                          YOUR CHECKS SEQUENCED
==================================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/01 | 9372 | 1,200.00 | 08/15 | 9403 | 52.55 | 08/21 | 9424 | 10,000.00 |
| 08/02 | 9373* | 200.00 | 08/21 | 9404 | 100.00 | 08/17 | 9425 | 1,485.00 |
| 08/04 | 9375* | 53.83 | 08/17 | 9405 | 8.30 | 08/18 | 9426 | 2,506.50 |
| 08/11 | 9383* | 125.00 | 08/18 | 9406 | 300.00 | 08/17 | 9427 | 1,000.00 |
| 08/02 | 9386 | 308.00 | 08/21 | 9407 | 3,117.90 | 08/22 | 9428 | 1,200.00 |
| 08/03 | 9387 | 64.35 | 08/17 | 9408 | 473.83 | 08/30 | 9429* | 890.14 |
| 08/02 | 9388* | 310.00 | 08/16 | 9409 | 100.08 | 08/30 | 9431 | 200.00 |
| 08/02 | 9390 | 191.73 | 08/18 | 9410 | 12.87 | 08/31 | 9432 | 2,000.00 |
| 08/03 | 9391 | 200,000.00 | 08/21 | 9411 | 765.00 | 08/28 | 9433 | 710.00 |
| 08/10 | 9392 | 946.29 | 08/25 | 9412 | 860.00 | 08/28 | 9434 | 373.05 |
| 08/09 | 9393 | 600.00 | 08/23 | 9413 | 1,447.12 | 08/25 | 9435 | 985.00 |
| 08/16 | 9394 | 275,000.00 | 08/18 | 9414* | 153.75 | 08/30 | 9436* | 68.45 |
| 08/16 | 9395 | 150,000.00 | 08/18 | 9416 | 100.00 | 08/24 | 9438 | 248.00 |
| 08/21 | 9396 | 48.28 | 08/16 | 9417 | 90.41 | 08/28 | 9439* | 80.44 |
| 08/21 | 9397 | 58.36 | 08/18 | 9418 | 28.00 | 08/31 | 9441 | 2,033.00 |
| 08/22 | 9398 | 86.09 | 08/18 | 9419 | 351.10 | 08/29 | 9442* | 625.00 |
| 08/18 | 9399 | 20.10 | 08/17 | 9420 | 1,500.00 | 08/29 | 9444 | 87.82 |
| 08/30 | 9400 | 45.00 | 08/17 | 9421 | 45.00 | 08/29 | 9445 | 20.00 |
| 08/31 | 9401 | 11,429.8 | 08/24 | 9422 | 502.50 | 08/31 | 9446 | 326.09 |
| 08/21 | 9402 | 50.00 | 08/21 | 9423 | 100.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - - I N T E R E S T - - - - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 111,272.37 | INTEREST EARNED: | 141.86 |
| INTEREST PAID THIS PERIOD: | 141.86 | DAYS IN PERIOD: | 31 |
| INTEREST PAID 2000: | 1,382.02 | ANNUAL PERCENTAGE YIELD EARNED: | 1.51% |
| TAX IDENTIFICATION NUMBER: | 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 | | |

Member Federal Deposit Insurance Corporation






**nkWest**
N E V A D A

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
9500 HILLWOOD DRIVE SUITE 130
LAS VEGAS NV   89134

```
                                    30-0
                                     0
                                    59
                                         PREM. BUS. NOW
                                         ACCOUNT:              120028700

                                         08/01/00 THRU 08/31/00
                                         DOCUMENT COUNT:            59
                                                             PAGE   3
```

========================================================================
## YOUR CHECKS SEQUENCED
========================================================================

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 08/01 | 9372 | 1,200.00 | 08/15 | 9403 | 52.55 | 08/21 | 9424 | 10,000.00 |
| 08/02 | 9373* | 200.00 | 08/21 | 9404 | 100.00 | 08/17 | 9425 | 1,485.00 |
| 08/04 | 9375* | 53.83 | 08/17 | 9405 | 8.30 | 08/18 | 9426 | 2,506.50 |
| 08/11 | 9383* | 125.00 | 08/18 | 9406 | 300.00 | 08/17 | 9427 | 1,000.00 |
| 08/02 | 9386 | 308.00 | 08/21 | 9407 | 3,117.90 | 08/22 | 9428 | 1,200.00 |
| 08/03 | 9387 | 64.35 | 08/17 | 9408 | 473.83 | 08/30 | 9429* | 890.14 |
| 08/02 | 9388* | 310.00 | 08/16 | 9409 | 100.08 | 08/30 | 9431 | 200.00 |
| 08/02 | 9390 | 191.73 | 08/18 | 9410 | 12.87 | 08/31 | 9432 | 2,000.00 |
| 08/03 | 9391 | 200,000.00 | 08/21 | 9411 | 765.00 | 08/28 | 9433 | 710.00 |
| 08/10 | 9392 | 2,946.29 | 08/25 | 9412 | 860.00 | 08/28 | 9434 | 373.05 |
| 08/09 | 9393 | 600.00 | 08/23 | 9413 | 1,447.12 | 08/25 | 9435 | 985.00 |
| 08/16 | 9394 | 275,000.00 | 08/18 | 9414* | 153.75 | 08/30 | 9436* | 68.45 |
| 08/16 | 9395 | 150,000.00 | 08/18 | 9416 | 100.00 | 08/24 | 9438 | 248.00 |
| 08/21 | 9396 | 48.28 | 08/16 | 9417 | 90.41 | 08/28 | 9439* | 80.44 |
| 08/21 | 9397 | 58.36 | 08/18 | 9418 | 28.00 | 08/31 | 9441 | 2,033.00 |
| 08/22 | 9398 | 196.09 | 08/18 | 9419 | 351.10 | 08/29 | 9442* | 625.00 |
| 08/18 | 9399 | 200.10 | 08/17 | 9420 | 1,500.00 | 08/29 | 9444 | 87.82 |
| 08/30 | 9400 | 45.00 | 08/17 | 9421 | 45.00 | 08/29 | 9445 | 20.00 |
| 08/31 | 9401 | 11,429.80 | 08/24 | 9422 | 502.50 | 08/31 | 9446 | 326.09 |
| 08/21 | 9402 | 50.00 | 08/21 | 9423 | 100.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - - I N T E R E S T - - - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 111,272.37 | INTEREST EARNED: | 141.86 |
| INTEREST PAID THIS PERIOD: | 141.86 | DAYS IN PERIOD: | 31 |
| INTEREST PAID 2000: | 1,382.02 | ANNUAL PERCENTAGE YIELD EARNED: | 1.51% |
| TAX IDENTIFICATION NUMBER: | 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 | | |

Member Federal Deposit Insurance Corporation

ORIGINAL CHECK HAS MICRO PRINTING IN THE SIGNATURE LINE AND RED CHECK NUMBERS IMAGE THROUGH TO THE BACK OF THE SHEET

**LOAN PARTNERS CAPITAL**
(702) 380-2860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

Bank West
LAS VEGAS
NEVADA
94-177/1224

009554

DATE    October 24, 2000

AMOUNT    $125,000.00

PAY one hundred twenty-five thousand and 00/100 ------------------------

TO THE
ORDER
OF    USA Commercial Mortgage Investors Trust

⑈009554⑈ ⑆122401778⑈ 0180078700⑈    ⑈0012500000⑈

---

BANKWEST OF NEVADA
LAS VEGAS, NV    01
10/30/00

TEMPE, AZ    10252000
003 TRACER #    021
0300 ▶1221◀0527-8◀

1035929067

122000247
10252000    PKT. 013
TRACER # 2842

49087200

PAY TO THE ORDER OF
WELLS FARGO BANK
LAS VEGAS, NV 89193
FOR DEPOSIT ONLY
USA COMMERCIAL MORTGAGE COMPANY
083468049

003 01 01



PO. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
9500 HILLWOOD DRIVE SUITE 130
LAS VEGAS NV  89134

30-0
0
1    62
PREM. BUS. NOW
ACCOUNT:                120028700

09/30/00 THRU 10/31/00
DOCUMENT COUNT:           62
PAGE   2

========================================================================
PREM. BUS. NOW ACCOUNT 120028700
========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 9537 | 1,350.00 | | 10/16/00 | 1100,456.22 |
| CHECK # 9520 | 103.32 | | 10/18/00 | 1100,352.90 |
| CHECK # 9538 | 415.56 | | 10/18/00 | 1099,937.34 |
| CHECK # 9536 | 1,350.00 | | 10/18/00 | 1098,587.34 |
| CHECK # 9535 | 1075,000.00 | | 10/18/00 | 23,587.34 |
| CHECK # 9543 | 2,750.00 | | 10/19/00 | 20,837.34 |
| CHECK # 9534 | 36.81 | | 10/19/00 | 20,800.53 |
| CHECK # 9529 | 710.00 | | 10/19/00 | 20,090.53 |
| CHECK # 9530 | 2,822.27 | | 10/19/00 | 17,268.26 |
| CHECK # 9531 | 27.03 | | 10/20/00 | 17,241.23 |
| DEPOSIT | | 1,500.00 | 10/24/00 | 18,741.23 |
| DEPOSIT | | 6,250.00 | 10/24/00 | 24,991.23 |
| DEPOSIT | | 150,882.12 | 10/24/00 | 175,873.35 |
| CHECK # 9546 | 70.00 | | 10/25/00 | 175,803.35 |
| CHECK # 9551 | 186.00 | | 10/25/00 | 175,617.35 |
| CHECK # 9549 | 1,200.00 | | 10/25/00 | 174,417.35 |
| CHECK # 9532 | 11.77 | | 10/26/00 | 174,405.58 |
| CHECK # 9544 | 254.30 | | 10/26/00 | 174,151.28 |
| CHECK # 9533 | 1,424.95 | | 10/26/00 | 172,726.33 |
| CHECK # 9493 | 9,165.00 | | 10/26/00 | 163,561.33 |
| CHECK # 9539 | 4.00 | | 10/30/00 | 163,557.33 |
| CHECK # 9540 | 25.00 | | 10/30/00 | 163,532.33 |
| CHECK # 9541 | 25.00 | | 10/30/00 | 163,507.33 |
| CHECK # 9545 | 94.70 | | 10/30/00 | 163,412.63 |
| CHECK # 9550 | 363.37 | | 10/30/00 | 163,049.26 |
| CHECK # 9553 | 1,400.00 | | 10/30/00 | 161,649.26 |
| CHECK # 9552 | 2,080.00 | | 10/30/00 | 159,569.26 |
| CHECK # 9555 | 2,169.63 | | 10/30/00 | 157,399.63 |
| CHECK # 9542 | 2,946.29 | | 10/30/00 | 154,453.34 |
| CHECK # 9554 | 125,000.00 | | 10/30/00 | 29,453.34 |
| DEPOSIT | | 13,636.05 | 10/31/00 | 43,089.39 |
| CHECK # 9563 | 93.76 | | 10/31/00 | 42,995.63 |
| CHECK # 9556 | 294.90 | | 10/31/00 | 42,700.73 |
| INTEREST | | | | 42,886.88 |
| BALANCE THIS STATEMENT ................................. | | | 10/31/00 | 42,886.88 |

TOTAL CREDITS    (7)  1,244,687.31
TOTAL DEBITS    (62)  1,301,046.94
* * *  C O N T I N U E D  * * *



ORIGINAL CHECK HAS MICRO PRINTING IN THE SIGNATURE LINE AND RED CHECK NUMBERS IMAGE THROUGH TO THE BACK OF THE SHEET

**LOAN PARTNERS CAPITAL, L.L.**
(702) 360-2860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankWest
OF
LAS VEGAS
NEVADA
94-177/1224

009535

DATE        AMOUNT
October 13, 2000    1,075,000.00

PAY One million, seventy-five thousand and 00/100------------------------

TO THE
ORDER
OF    USA Commercial Mortgage Investors Trust

⑆009535⑆ ⑆122401778⑆ 0120028700⑆      ⑈0107500000⑈

003 01 01



**nkWest**
N E V A D A

PO. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                 1
9500 HILLWOOD DRIVE SUITE 130
LAS VEGAS NV   89134

30-0
0
62

PREM. BUS. NOW
ACCOUNT:                    120028700

09/30/00 THRU 10/31/00
DOCUMENT COUNT:              6:
PAGE

==================================================================================
                    PREM. BUS. NOW ACCOUNT 120028700
==================================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 9537 | 1,350.00 | | 10/16/00 | 1100,456.22 |
| CHECK # 9520 | 103.32 | | 10/18/00 | 1100,352.90 |
| CHECK # 9538 | 415.56 | | 10/18/00 | 1099,937.34 |
| CHECK # 9536 | 1,350.00 | | 10/18/00 | 1098,587.34 |
| CHECK # 9535 | 1075,000.00 | | 10/18/00 | 23,587.34 |
| CHECK # 9543 | 2,750.00 | | 10/19/00 | 20,837.34 |
| CHECK # 9534 | 36.81 | | 10/19/00 | 20,800.53 |
| CHECK # 9529 | 710.00 | | 10/19/00 | 20,090.53 |
| CHECK # 9530 | 2,822.27 | | 10/19/00 | 17,268.26 |
| CHECK # 9531 | 27.03 | | 10/20/00 | 17,241.23 |
| DEPOSIT | | 1,500.00 | 10/24/00 | 18,741.23 |
| DEPOSIT | | 6,250.00 | 10/24/00 | 24,991.23 |
| DEPOSIT | | 150,882.12 | 10/24/00 | 175,873.35 |
| CHECK # 9546 | 70.00 | | 10/25/00 | 175,803.35 |
| CHECK # 9551 | 186.00 | | 10/25/00 | 175,617.35 |
| CHECK # 9549 | 1,200.00 | | 10/25/00 | 174,417.35 |
| CHECK # 9532 | 11.77 | | 10/26/00 | 174,405.58 |
| CHECK # 9544 | 254.30 | | 10/26/00 | 174,151.28 |
| CHECK # 9533 | 1,424.95 | | 10/26/00 | 172,726.33 |
| CHECK # 9493 | 9,165.00 | | 10/26/00 | 163,561.33 |
| CHECK # 9539 | 4.00 | | 10/30/00 | 163,557.33 |
| CHECK # 9540 | 25.00 | | 10/30/00 | 163,532.33 |
| CHECK # 9541 | 25.00 | | 10/30/00 | 163,507.33 |
| CHECK # 9545 | 94.70 | | 10/30/00 | 163,412.63 |
| CHECK # 9550 | 363.37 | | 10/30/00 | 163,049.26 |
| CHECK # 9553 | 1,400.00 | | 10/30/00 | 161,649.26 |
| CHECK # 9552 | 2,080.00 | | 10/30/00 | 159,569.26 |
| CHECK # 9555 | 2,169.63 | | 10/30/00 | 157,399.63 |
| CHECK # 9542 | 2,946.29 | | 10/30/00 | 154,453.34 |
| CHECK # 9554 | 125,000.00 | | 10/30/00 | 29,453.34 |
| DEPOSIT | | 13,636.05 | 10/31/00 | 43,089.39 |
| CHECK # 9563 | 93.76 | | 10/31/00 | 42,995.63 |
| CHECK # 9556 | 294.90 | | 10/31/00 | 42,700.73 |
| INTEREST | | | 10/31/00 | 42,886.88 |
| BALANCE THIS STATEMENT ............................... | | | 10/31/00 | 42,886.88 |

TOTAL CREDITS      (7)   1,244,687.31
TOTAL DEBITS      (62)   1,301,046.94
             * * *  C O N T I N U E D  * * *



ORIGINAL CHECK HAS MICRO PRINTING IN THE SIGNATURE LINE AND RED CHECK NUMBERS IMAGE THROUGH TO THE BACK OF THE SHEET

**LOAN PARTNERS CAPITA**
(702) 360-2860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

BankW
O F N E V
LAS VEGAS
NEVADA
94-177/1224

009836

3/29/2001

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust    $   **100,000.00

One Hundred Thousand and 00/100************************************************************    DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO    R007 Prin Addition



003 01 01

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

| | 30-0 | |
|---|---|---|
| DEL M BUNCH JR | 0 | |
| DBA LOAN PARTNERS CAPITAL | 46 | |
| 9500 HILLWOOD DRIVE SUITE 130 | | BUSINESS PREMIUM NOW |
| LAS VEGAS NV  89134 | | ACCOUNT:          120028700 |

03/31/01 THRU 04/30/0:
DOCUMENT COUNT:        4(
PAGE  :

WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

========================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................. | | | 03/30/01 | 152,357.65 |
| CHECK # 9847 | 1,320.00 | | 04/02/01 | 151,037.65 |
| CHECK # 9829 | 9.88 | | 04/03/01 | 151,028.77 |
| CHECK # 9830 | 200.00 | | 04/03/01 | 150,828.77 |
| CHECK # 9810 | 6,340.00 | | 04/03/01 | 144,488.77 |
| CHECK # 9814 | 29.20 | | 04/04/01 | 144,459.57 |
| CHECK # 9816 | 374.45 | | 04/04/01 | 144,085.12 |
| CHECK # 9543 | 500.00 | | 04/04/01 | 143,585.12 |
| CHECK # 9840 | 1,000.00 | | 04/04/01 | 142,585.12 |
| CHECK # 9535 | 100,000.00 | | 04/04/01 | 42,585.12 |
| DEPOSIT | | 1,500.00 | 04/05/01 | 44,085.12 |
| CHECK # 9838 | 100.00 | | 04/06/01 | 43,985.12 |
| CHECK # 9845 | 315.58 | | 04/06/01 | 43,669.54 |
| CHECK # 9842 | 548.30 | | 04/06/01 | 43,121.24 |
| CHECK # 9853 | 321.31 | | 04/09/01 | 42,799.93 |
| CHECK # 9848 | 600.00 | | 04/09/01 | 42,199.93 |
| DEPOSIT | | 69,000.00 | 04/10/01 | 111,199.93 |
| CHECK # 9855 | 231.82 | | 04/10/01 | 110,968.11 |
| CHECK # 9864 | 1,000.00 | | 04/10/01 | 109,968.11 |
| CHECK # 9861 | 2,946.29 | | 04/10/01 | 107,021.82 |
| CHECK # 9850 | 5,000.00 | | 04/10/01 | 102,021.82 |
| CHECK # 9839 | 225.00 | | 04/11/01 | 101,796.82 |
| CHECK # 9862 | 1,555.00 | | 04/11/01 | 100,241.82 |
| CHECK # 9858 | 203.30 | | 04/12/01 | 100,038.52 |
| CHECK # 9856 | 419.95 | | 04/12/01 | 99,618.57 |
| CHECK # 9854 | 3,671.00 | | 04/12/01 | 95,947.57 |
| CHECK # 9866 | 12,500.00 | | 04/12/01 | 83,447.57 |
| CHECK # 9865 | 15,000.00 | | 04/12/01 | 68,447.57 |
| DEPOSIT | | 1,304.00 | 04/13/01 | 69,751.57 |
| DEPOSIT | | 3,500.00 | 04/13/01 | 73,251.57 |
| CHECK # 9860 | 39.99 | | 04/13/01 | 73,211.58 |
| CHECK # 9859 | 1,255.00 | | 04/13/01 | 71,956.58 |
| CHECK # 9851 | 45.10 | | 04/16/01 | 71,911.48 |
| CHECK # 9867 | 1,200.00 | | 04/16/01 | 70,711.48 |
| CHECK # 9869 | 1,200.00 | | 04/16/01 | 69,511.48 |

* * *  C O N T I N U E D  * * *

DP002 Rev. (7/2000)                                    Member Federal Deposit Insurance Corporation



ORIGINAL CHECK HAS MICRO PRINTING IN THE SIGNATURE LINE AND RED CHECK NUMBERS IMAGE THROUGH TO THE BACK OF THE SHEET

LOAN PARTNERS CAPIT.
(702) 360-2860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

Bank of NEVADA
LAS VEGAS
NEVADA
94-177/1224

009975

6/27/2001

PAY
TO THE
ORDER OF     USA Commercial Mortgage Investors Trust

$     **125,000.00

One Hundred Twenty-Five Thousand and 00/100********************************************************     DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO     R607 Prin Addition

PAY TO THE ORDER OF
WELLS FARGO BANK
LAS VEGAS, NV  89193
▶ 122101191 ◀
FOR DEPOSIT ONLY
USA COMMERCIAL MORTGAGE COMPANY
0834610149

YOUR ENDORSEMENT IN THE ABOVE AREA ONLY
DO NOT SIGN, WRITE OR STAMP BELOW THIS LINE

FOR DEPOSITORY BANK USE ONLY

SUBSEQUENT COLLECTING BANK USE ONLY

The security features on this document include fluorescent fibers, an artificial watermark on the reverse side and chemical protection. Absence of these features or the appearance of brown or blue stains may indicate alteration.

003 01 01



P.O. ОХ 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
10137 SNOW CREST PL
LAS VEGAS NV  89134-2563

30-0
0
47

BUSINESS PREMIUM NOW
ACCOUNT:            120028700

06/01/01 THRU 06/29/01
DOCUMENT COUNT:            47
PAGE    2

====================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
====================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 9955 | 12,500.00 | | 06/19/01 | 30,839.40 |
| CHECK # 9950 | 66.68 | | 06/20/01 | 30,772.72 |
| CHECK # 9951 | 78.47 | | 06/20/01 | 30,694.25 |
| CHECK # 9964 | 1,000.00 | | 06/20/01 | 29,694.25 |
| CHECK # 9967 | 1,200.00 | | 06/20/01 | 28,494.25 |
| CHECK # 9961 | 1,320.00 | | 06/20/01 | 27,174.25 |
| CHECK # 9930 | 51.75 | | 06/22/01 | 27,122.50 |
| CHECK # 9960 | 625.27 | | 06/22/01 | 26,497.23 |
| CHECK # 9970 | 765.00 | | 06/26/01 | 25,732.23 |
| CHECK # 9945 | 920.00 | | 06/26/01 | 24,812.23 |
| DEPOSIT | | 139,626.69 | 06/27/01 | 164,438.92 |
| CHECK # 9974 | 157.25 | | 06/27/01 | 164,281.67 |
| CHECK # 9963 | 230.00 | | 06/27/01 | 164,051.67 |
| CHECK # 9968 | 58.95 | | 06/28/01 | 163,992.72 |
| CHECK # 9972 | 46.09 | | 06/29/01 | 163,946.63 |
| CHECK # 9975 | 125,000.00 | | 06/29/01 | 38,946.63 |
| INTEREST | | 8.03 | 06/29/01 | 38,954.66 |
| BALANCE THIS STATEMENT . | | | 06/29/01 | 38,954.66 |

TOTAL CREDITS      (3)    0,245.83
TOTAL DEBITS       (48)   18,372.92

====================================================================
YOUR CHECKS SEQUENCED
====================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06/13 | * | 321.27 | 06/01 | 9932 | 1,320.00 | 06/11 | 9941 | 315.00 |
| 06/14 | 9914* | 867.50 | 06/11 | 9933 | 225.00 | 06/01 | 9942* | 600.00 |
| 06/01 | 9917* | 230.00 | 06/05 | 9934 | 765.00 | 06/26 | 9945 | 920.00 |
| 06/18 | 9923* | 110.00 | 06/05 | 9935 | 500.00 | 06/18 | 9946 | 22.41 |
| 06/07 | 9925* | 100.00 | 06/06 | 9936 | 29.20 | 06/14 | 9947 | 79.00 |
| 06/04 | 9927 | 1,320.00 | 06/12 | 9937 | 160.00 | 06/14 | 9948 | 96.53 |
| 06/11 | 9928 | 58.95 | 06/07 | 9938 | 736.84 | 06/14 | 9949 | 533.76 |
| 06/06 | 9929 | 1,000.00 | 06/11 | 9939 | 32.18 | 06/20 | 9950 | 66.68 |
| 06/22 | 9930* | 51.75 | 06/05 | 9940 | 82.23 | 06/20 | 9951 | 78.47 |

* * * C O N T I N U E D * * *

01008

**LOAN PARTNERS CAPITAL**
(702) 380-2860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

**Bankwest**
OF NEVADA
LAS VEGAS
NEVADA
94-177/1224

9/12/2001

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust         $ **775,000.00

Seven Hundred Seventy-Five Thousand and 00/100******************************************************    DOLLAR

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO    R007 Prin Addition

⑈#0008# #1224017782 0120088740#    #0077500000#



The security features on this document include fluorescent fibers, an artificial watermark on the reverse side and chemical protection. Absence of these features or the appearance of brown or blue stains may indicate alteration.

BANKWEST OF NEVADA
LAS VEGAS, NV
09/18/01    01

BHFB    TEMPE AZ 09172001
TRACER# 1559    008
1221-0527-8

FOR DEPOSIT ONLY
WELLS FARGO
USA COMMERCIAL MORTGAGE COMPANY
LAS VEGAS NV
89101-6340



**BankWest**
*of* **Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01      PAGE:           1
DATE: 09/28/01   ACCOUNT: 120028700
                 DOCUMENTS:      35

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                         30-0
10137 SNOW CREST PL                                  2
LAS VEGAS NV  89134-2563                             33

================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                www.bankwestnevada.com
================================================================
            BUSINESS PREMIUM NOW ACCOUNT 120028700
================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 08/31/01 | 42,280.11 |
| CHECK # 10058 | 353.22 | | 09/04/01 | 41,926.89 |
| CHECK # 10056 | 500.00 | | 09/04/01 | 41,426.89 |
| CHECK # 10057 | 1,320.00 | | 09/04/01 | 40,106.89 |
| CHECK # 10063 | 1,320.00 | | 09/04/01 | 38,786.89 |
| CHECK # 10062 | 70.23 | | 09/05/01 | 38,716.66 |
| CHECK # 10066 | 2,000.00 | | 09/06/01 | 36,716.66 |
| USA COMMERCIAL M CREDIT 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 | | 72,763.89 | 09/07/01 | 109,480.55 |
| CHECK # 10065 | 11,850.00 | | 09/07/01 | 97,630.55 |
| CHECK # 10061 | 37.54 | | 09/10/01 | 97,593.01 |
| CHECK # 10059 | 225.00 | | 09/12/01 | 97,368.01 |
| CHECK # 10070 | 15,000.00 | | 09/13/01 | 82,368.01 |
| DEPOSIT | | 750,000.00 | 09/14/01 | 832,368.01 |
| CHECK # 10072 | 53.57 | | 09/14/01 | 832,314.44 |
| CHECK # 10067 | 96.53 | | 09/14/01 | 832,217.91 |
| CHECK # 10068 | 708.39 | | 09/17/01 | 831,509.52 |
| CHECK # 10081 | 1,320.00 | | 09/17/01 | 830,189.52 |
| CHECK # 10069 | 1,471.21 | | 09/17/01 | 828,718.31 |
| CHECK # 10073 | 4,478.00 | | 09/17/01 | 824,240.31 |
| CHECK # 10064 | 100.00 | | 09/18/01 | 824,140.31 |
| CHECK # 10083 | 775,000.00 | | 09/18/01 | 49,140.31 |
| CHECK # 10079 | 155.00 | | 09/19/01 | 48,985.31 |
| CHECK # 10074 | 1,320.00 | | 09/19/01 | 47,665.31 |
| CHECK # 10080 | 37.57 | | 09/20/01 | 47,627.74 |
| CHECK # 10071 | 12,500.00 | | 09/20/01 | 35,127.74 |
| CHECK # 10086 | 1,200.00 | | 09/21/01 | 33,927.74 |
| CHECK # 10075 | 74.43 | | 09/21/01 | 33,853.31 |
| CHECK # 10077 | 230.00 | | 09/21/01 | 33,623.31 |
| CHECK # 10078 | 263.16 | | 09/21/01 | 33,360.15 |
| CHECK # 10084 | 920.00 | | 09/21/01 | 32,440.15 |

* * * C O N T I N U E D * * *

ORIGINAL CHECK HAS MICRO PRINTING IN THE SIGNATURE LINE AND RED CHECK NUMBERS IMAGE THROUGH TO THE BACK OF THE SHEET

**LOAN PARTNERS CAPITAL**
(702) 360-2860
9500 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134


BankWest
OF NEVADA
LAS VEGAS
NEVADA
94-177/1224

01008

9/21/2001

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust          $  **175,000.00

One Hundred Seventy-Five Thousand and 00/100*********************************************    DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV  89121



MEMO    Del Bunch - R007 Prin Addition

⑈01008⑈ ⑈1224017⑈ 0⑈200⑈8⑈00⑈          ⑈0017500000⑈


The security feature on this document include fluorescent fibers, an artificial watermark on the reverse side and chemical protection. Absence of these features or the appearance of brown or blue stains may indicate alteration.

BANKWEST OF NEVADA
LAS VEGAS, NV
09/26/01    B1

WEB   TEMPE,AZ  09252001
TRACER# 2044         608
▶1221-0527-8◀

SUBSFOR ⊘COLLECTING BANK USE ONLY

FOR DEPOSITORY BANK USE ONLY
DO NOT SIGN WRITE OR STAMP BELOW THIS LINE
YOUR ENDORSEMENT IN THE ABOVE AREA ONLY

USA COMMERCIAL MORTGAGE COMPANY
LAS VEGAS, NV  89193
▶1221019J◀
FOR DEPOSIT ONLY
PAY TO THE ORDER OF
WELLS FARGO BANK



**BankWest of Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01        PAGE:              2
DATE: 09/28/01   ACCOUNT: 120028700
                 DOCUMENTS:        35
```

DEL M BUNCH JR

=============================================================================
## BUSINESS PREMIUM NOW ACCOUNT 120028700
=============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 10085 | 1,080.00 | | 09/21/01 | 31,360.15 |
| CHECK # 10082 | 1,215.00 | | 09/21/01 | 30,145.15 |
| DEPOSIT | | 193,892.91 | 09/24/01 | 224,038.06 |
| CHECK # 10076 | 58.95 | | 09/24/01 | 223,979.11 |
| CHECK # 10088 | 60.00 | | 09/26/01 | 223,919.11 |
| CHECK # 10089 | 175,000.00 | | 09/26/01 | 48,919.11 |
| CHECK # 10087 | 16,172.72 | | 09/28/01 | 32,746.39 |
| INTEREST | | 17.72 | 09/28/01 | 32,764.11 |
| BALANCE THIS STATEMENT ............................... | | | 09/28/01 | 32,764.11 |

```
TOTAL CREDITS      (4)   1,016,674.52
TOTAL DEBITS      (33)   1,026,190.52
```

=============================================================================
## YOUR CHECKS SEQUENCED
=============================================================================

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/04 | 10056 | 500.00 | 09/17 | 10068 | 708.39 | 09/19 | 10079 | 155.00 |
| 09/04 | 10057 | 1,320.00 | 09/17 | 10069 | 1,471.21 | 09/20 | 10080 | 37.57 |
| 09/04 | 10058 | 353.22 | 09/13 | 10070 | 15,000.00 | 09/17 | 10081 | 1,320.00 |
| 09/12 | 10059* | 206.00 | 09/20 | 10071 | 12,500.00 | 09/21 | 10082 | 1,215.00 |
| 09/10 | 10061 | 30.54 | 09/14 | 10072 | 53.57 | 09/18 | 10083 | 775,000.00 |
| 09/05 | 10062 | 70.?? | 09/17 | 10073 | 4,478.00 | 09/21 | 10084 | 920.00 |
| 09/04 | 10063 | 1,320.00 | 09/19 | 10074 | 1,320.00 | 09/21 | 10085 | 1,080.00 |
| 09/18 | 10064 | 100.00 | 09/21 | 10075 | 74.43 | 09/21 | 10086 | 1,200.00 |
| 09/07 | 10065 | 11,850.00 | 09/?? | 10076 | 58.95 | 09/28 | 10087 | 16,172.72 |
| 09/06 | 10066 | 2,000.00 | 09/21 | 10077 | 230.00 | 09/26 | 10088 | 60.00 |
| 09/14 | 10067 | 96.53 | 09/21 | 10078 | 263.16 | 09/26 | 10089 | 175,000.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

- - - - - - - - - - I N T E R E S T - - - - - - - - - -

```
AVERAGE LEDGER BALANCE:       179,667.13   INTEREST EARNED:                     17.72
AVERAGE AVAILABLE BALANCE:     92,385.25   DAYS IN PERIOD:                         28
INTEREST PAID THIS PERIOD:        17.72   ANNUAL PERCENTAGE YIELD EARNED:      .25%
INTEREST PAID 2001:              179.93
```

10188    1075000.00    12/18/01





**BankWest** of **Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01      PAGE:            1
DATE: 12/31/01  ACCOUNT: 120028700
                DOCUMENTS:      31
```

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                30-0
10137 SNOW CREST PL                         1
LAS VEGAS NV  89134-2563                    30

=================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
=================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 11/30/01 | 45,563.28 |
| CHECK # 10158 | 37.54 | | 12/03/01 | 45,525.74 |
| CHECK # 10164 | 375.00 | | 12/03/01 | 45,150.74 |
| CHECK # 10166 | 1,320.00 | | 12/03/01 | 43,830.74 |
| CHECK # 10160 | 1,565.00 | | 12/03/01 | 42,265.74 |
| CHECK # 10165 | 116.25 | | 12/05/01 | 42,149.49 |
| USA COMMERCIAL M CREDIT 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 | | 86,250.00 | 12/06/01 | 128,399.49 |
| CHECK # 10161 | 100.00 | | 12/06/01 | 128,299.49 |
| CHECK # 10168 | 1,873.75 | | 12/07/01 | 126,425.74 |
| CHECK # 10170 | 1,320.00 | | 12/10/01 | 125,105.74 |
| CHECK # 10169 | 7,000.00 | | 12/10/01 | 118,105.74 |
| CHECK # 10163 | 300.00 | | 12/11/01 | 117,805.74 |
| CHECK # 10173 | 15,000.00 | | 12/11/01 | 102,805.74 |
| CHECK # 10175 | 96.53 | | 12/12/01 | 102,709.21 |
| CHECK # 10174 | 477.00 | | 12/12/01 | 102,232.21 |
| CHECK # 10178 | 6,138.00 | | 12/12/01 | 96,094.21 |
| CHECK # 10177 | 916.54 | | 12/13/01 | 95,177.67 |
| CHECK # 10167 | 2,000.00 | | 12/13/01 | 93,177.67 |
| CHECK # 10179 | 11,375.00 | | 12/13/01 | 81,802.67 |
| DEPOSIT | | 1075,007.55 | 12/14/01 | 1156,810.22 |
| CHECK # 10172 | 74.43 | | 12/14/01 | 1156,735.79 |
| CHECK # 10180 | 8,704.53 | | 12/14/01 | 1148,031.26 |
| CHECK # 10182 | 230.00 | | 12/18/01 | 1147,801.26 |
| CHECK # 10187 | 1,320.00 | | 12/18/01 | 1146,481.26 |
| CHECK # 10181 | 4,478.00 | | 12/18/01 | 1142,003.26 |
| CHECK # 10188 | 1075,000.00 | | 12/18/01 | 67,003.26 |
| CHECK # 10185 | 124.00 | | 12/19/01 | 66,879.26 |
| CHECK # 10191 | 1,200.00 | | 12/21/01 | 65,679.26 |
| CHECK # 10184 | 139.40 | | 12/21/01 | 65,539.86 |
| CHECK # 10189 | 582.91 | | 12/24/01 | 64,956.95 |

* * *  C O N T I N U E D  * * *

10228   1175000.00   01/18/02

**LOAN PARTNERS CAPITAL**
(702) 360-2000
8808 HILLWOOD DRIVE, SUITE 130
LAS VEGAS, NV 89134

**BankWest**
'USA'
84-173/1250

010228

1/16/2002

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust                    $ **1,175,000.00

One Million One Hundred Seventy-Five Thousand and 00/100********************************************    DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO    Del Bunch • 8007 Palo Addition

⑆010228⑆ ⑈122401778⑈ 012002 88700⑆    ⑈01175000000⑈



P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

**NEVADA**

003 01 01      PAGE:              2
DATE: 01/31/02   ACCOUNT: 120028700
                 DOCUMENTS:        46

DEL M BUNCH JR

## BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 10225 | 2,640.00 | | 01/17/02 | 1222,906.51 |
| CHECK # 10215 | 4,513.45 | | 01/17/02 | 1218,393.06 |
| CHECK # 10227 | 74.43 | | 01/18/02 | 1218,318.63 |
| CHECK # 10223 | 137.45 | | 01/18/02 | 1218,181.18 |
| CHECK # 10219 | 212.00 | | 01/18/02 | 1217,969.18 |
| CHECK # 10228 | 1175,000.00 | | 01/18/02 | 42,969.18 |
| CHECK # 10218 | 58.95 | | 01/22/02 | 42,910.23 |
| CHECK # 10222 | 630.43 | | 01/22/02 | 42,279.80 |
| CHECK # 10217 | 3,500.00 | | 01/22/02 | 38,779.80 |
| CHECK # 10226 | 915.00 | | 01/23/02 | 37,864.80 |
| CHECK # 10233 | 1,287.50 | | 01/23/02 | 36,577.30 |
| CHECK # 10224 | 37.84 | | 01/24/02 | 36,539.46 |
| CHECK # 10230 | 827.59 | | 01/24/02 | 35,711.87 |
| CHECK # 10232 | 36.88 | | 01/25/02 | 35,674.99 |
| CHECK # 10234 | 1,016.50 | | 01/25/02 | 34,658.49 |
| CHECK # 10231 | 230.00 | | 01/29/02 | 34,428.49 |
| CHECK # 10242 | 204.16 | | 01/30/02 | 34,224.33 |
| CHECK # 10229 | 435.54 | | 01/30/02 | 33,788.79 |
| INTEREST | | 14.78 | 01/31/02 | 33,803.57 |
| BALANCE THIS STATEMENT ......................... | | | 01/31/02 | 33,803.57 |

TOTAL CREDITS      (3)   1,219,576.56
TOTAL DEBITS       (45)  1,236,674.13

## YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01/04 | 10183* | 690.00 | 01/16 | 10206 | 460.00 | 01/17 | 10221 | 198.93 |
| 01/04 | 10186* | 1,550.00 | 01/11 | 10207 | 226.27 | 01/22 | 10222 | 630.43 |
| 01/10 | 10192 | 75.00 | 01/14 | 10208 | 15,000.00 | 01/18 | 10223 | 137.45 |
| 01/07 | 10193 | 58.95 | 01/15 | 10209 | 12,500.00 | 01/24 | 10224 | 37.84 |
| 01/04 | 10194 | 54.02 | 01/15 | 10210 | 5,000.00 | 01/17 | 10225 | 2,640.00 |
| 01/07 | 10195 | 281.50 | 01/14 | 10211 | 135.00 | 01/23 | 10226 | 915.00 |
| 01/10 | 10196 | 539.24 | 01/15 | 10212 | 80.00 | 01/18 | 10227 | 74.43 |
| 01/10 | 10197 | 37.54 | 01/14 | 10213 | 1,200.00 | 01/18 | 10228 | 1175,000.00 |
| 01/07 | 10198* | 37.51 | 01/16 | 10214 | 2,950.00 | 01/30 | 10229 | 435.54 |
| 01/02 | 10200 | 270.00 | 01/17 | 10215 | 4,513.45 | 01/24 | 10230 | 827.59 |
| 01/02 | 10201 | 625.00 | 01/16 | 10216 | 152.68 | 01/29 | 10231 | 230.00 |
| 01/02 | 10202 | 469.54 | 01/22 | 10217 | 3,500.00 | 01/25 | 10232 | 36.88 |
| 01/02 | 10203 | 1,820.00 | 01/22 | 10218 | 58.95 | 01/23 | 10233 | 1,287.50 |
| 01/11 | 10204 | 300.00 | 01/18 | 10219 | 212.00 | 01/25 | 10234* | 1,016.50 |
| 01/09 | 10205 | 102.37 | 01/16 | 10220 | 102.86 | 01/30 | 10242 | 204.16 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
* * * C O N T I N U E D * * *

10298   125000.00   03/11/02





**BankWest** of **Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01    PAGE:              1
DATE: 03/29/02  ACCOUNT: 120028700
                DOCUMENTS:        47

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                    30-1
10137 SNOW CREST PL                             2
LAS VEGAS NV  89134-2563                        45

===================================================================
       WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                    www.bankwestnevada.com
===================================================================
            BUSINESS PREMIUM NOW ACCOUNT 120028700
===================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 02/28/02 | 74,100.08 |
| CHECK # 10295 | 2,500.00 | | 03/01/02 | 71,600.08 |
| DEPOSIT | | 18,296.00 | 03/04/02 | 89,896.08 |
| CHECK # 10290 | 125.00 | | 03/04/02 | 89,771.08 |
| CHECK # 10296 | 225.00 | | 03/04/02 | 89,546.08 |
| CHECK # 10285 | 252.50 | | 03/05/02 | 89,293.58 |
| CHECK # 10239 | 125.00 | | 03/06/02 | 89,168.58 |
| CHECK # 10289 | 139.00 | | 03/06/02 | 89,029.58 |
| USA COMMERCIAL M CREDITS 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 | | 115,500.00 | 03/07/02 | 204,529.58 |
| CHECK # 10294 | 2,374.00 | | 03/07/02 | 202,155.58 |
| CHECK # 10288 | 53.62 | | 03/08/02 | 202,101.96 |
| CHECK # 10297 | 257.25 | | 03/08/02 | 201,844.71 |
| CHECK # 10303 | 15,000.00 | | 03/08/02 | 186,844.71 |
| CHECK # 10291 | 26.81 | | 03/11/02 | 186,817.90 |
| CHECK # 10292 | 50.00 | | 03/11/02 | 186,767.90 |
| CHECK # 10304 | 96.53 | | 03/11/02 | 186,671.37 |
| CHECK # 10300 | 2,593.76 | | 03/11/02 | 184,077.61 |
| CHECK # 10298 | 125,000.00 | | 03/11/02 | 59,077.61 |
| CHECK # 10302 | 76.48 | | 03/12/02 | 59,001.13 |
| CHECK # 10287 | 225.00 | | 03/12/02 | 58,776.13 |
| CHECK # 10305 | 12,500.00 | | 03/12/02 | 46,276.13 |
| CHECK # 10308 | 30.00 | | 03/13/02 | 46,246.13 |
| CHECK # 10307 | 54.93 | | 03/13/02 | 46,191.20 |
| CHECK # 10293 | 110.00 | | 03/13/02 | 46,081.20 |
| CHECK # 2010299 | 143.98 | | 03/13/02 | 45,937.22 |
| CHECK # 10309 | 385.00 | | 03/14/02 | 45,552.22 |
| CHECK # 10306 | 460.00 | | 03/14/02 | 45,092.22 |
| CHECK # 10301 | 4,794.02 | | 03/14/02 | 40,298.20 |
| CHECK # 10315 | 1,200.00 | | 03/18/02 | 39,098.20 |
| CHECK # 10310 | 1,600.00 | | 03/18/02 | 37,498.20 |

              * * *  C O N T I N U E D  * * *

**10375    200000.00    05/06/02**

LOAN PARTNERS CAPITAL
16177 SNOW CREST PLACE
LAS VEGAS, NV 89124

BankWest

010375

05/01/2002

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust                    **$ **200,000.00

Two Hundred Thousand and 00/100******************************************** **DOLLARS**

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO    Del Bunch Account Principal Increase

⑈010375⑈ ⑆122401778⑆ 0120028700⑈                    ⑆00 20000000⑈

⑈010375⑈ ⑆122401778⑈                    ⑆00 20000000⑈



**BankWest**
of **Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01    **PAGE:**              1
**DATE: 05/31/02**   **ACCOUNT: 120028700**
                **DOCUMENTS:**        39

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                30-1
10137 SNOW CREST PL                      1
LAS VEGAS NV  89134-2563                 38

=======================================================================
      **WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:**
                    **www.bankwestnevada.com**
=======================================================================
             **BUSINESS PREMIUM NOW ACCOUNT 120028700**
=======================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 04/30/02 | 12,644.86 |
| CHECK # 10343 | 30.00 | | 05/01/02 | 12,614.86 |
| CHECK # 10340 | 460.00 | | 05/01/02 | 12,154.86 |
| DEPOSIT | | 211,984.44 | 05/02/02 | 224,139.30 |
| CHECK # 10375 | 200,000.00 | | 05/06/02 | 24,139.30 |
| USA COMMERCIAL M CREDITS 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 | | 125,833.33 | 05/07/02 | 149,972.63 |
| CHECK # 10374 | 475.00 | | 05/07/02 | 149,497.63 |
| CHECK # 10377 | 2,640.00 | | 05/09/02 | 146,857.63 |
| CHECK # 10389 | 3,747.50 | | 05/09/02 | 143,110.13 |
| CHECK # 10376 | 2,950.00 | | 05/10/02 | 140,160.13 |
| CHECK # 10379 | 15,000.00 | | 05/10/02 | 125,160.13 |
| CHECK # 10390 | 1,200.00 | | 05/13/02 | 123,960.13 |
| CHECK # 10385 | 3,960.00 | | 05/13/02 | 120,000.13 |
| CHECK # 10372 | 50.52 | | 05/14/02 | 119,949.61 |
| CHECK # 10394 | 62.00 | | 05/14/02 | 119,887.61 |
| CHECK # 10378 | 76.48 | | 05/14/02 | 119,811.13 |
| CHECK # 10363 | 100.00 | | 05/14/02 | 119,711.13 |
| CHECK # 10368 | 142.44 | | 05/14/02 | 119,568.69 |
| CHECK # 10392 | 356.11 | | 05/14/02 | 119,212.58 |
| CHECK # 10384 | 5,000.00 | | 05/14/02 | 114,212.58 |
| CHECK # 10391 | 230.00 | | 05/15/02 | 113,982.58 |
| CHECK # 10367 | 340.30 | | 05/15/02 | 113,642.28 |
| CHECK # 10395 | 425.00 | | 05/15/02 | 113,217.28 |
| CHECK # 10386 | 585.00 | | 05/15/02 | 112,632.28 |
| CHECK # 10380 | 58.95 | | 05/16/02 | 112,573.33 |
| CHECK # 10393 | 113.67 | | 05/16/02 | 112,459.66 |
| CHECK # 10382 | 148.99 | | 05/16/02 | 112,310.67 |
| CHECK # 10397 | 2,500.00 | | 05/16/02 | 109,810.67 |
| CHECK # 10387 | 5,000.00 | | 05/16/02 | 104,810.67 |
| CHECK # 10371 | 30.00 | | 05/17/02 | 104,780.67 |

                    * * *  C O N T I N U E D  * * *

DP002 Rev. (09-01)                    Member Federal Deposit Insurance Corporation

10425    100000.00    06/13/02

LOAN PARTNERS CAPITAL
(702) 242-6997
10737 SNOW CREST PLACE
LAS VEGAS, NV 89134

**BankWest**
14 1/1324

010425

06/10/2002

PAY
TO THE
ORDER OF

USA Commercial Mortgage Investors Trust

$ **100,000.00

One Hundred Thousand and 00/100************************************************************

DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO

Del Bunch Account Principal Increase

⑈0 10425⑈ ⑈12240 1778⑈ 0 1200 28700⑈

/0010000000/

⑈12240 1778⑈

/0010000000/



**BankWest of Nevada**
*Your Business Partner™*

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01      PAGE:           1
DATE: 06/28/02  ACCOUNT: 120028700
               DOCUMENTS:      35

Recon OK

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
10137 SNOW CREST PL
LAS VEGAS NV  89134-2563

30-1
 1
34

================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                www.bankwestnevada.com
================================================================
         BUSINESS PREMIUM NOW ACCOUNT 120028700
================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 05/31/02 | 62,622.64 |
| CHECK # 10400 | 85.59 | | 06/03/02 | 62,537.05 |
| CHECK # 10404 | 96.53 | | 06/04/02 | 62,440.52 |
| CHECK # 10406 | 30.00 | | 06/05/02 | 62,410.52 |
| CHECK # 10399 | 258.01 | | 06/05/02 | 62,152.51 |
| CHECK # 10402 | 50.00 | | 06/06/02 | 62,102.51 |
| CHECK # 10407 | 548.00 | | 06/06/02 | 61,554.51 |
| USA COMMERCIAL M CREDITS 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 | | 133,472.22 | 06/10/02 | 195,026.73 |
| CHECK # 10415 | 173.00 | | 06/11/02 | 194,853.73 |
| CHECK # 10419 | 302.29 | | 06/11/02 | 194,551.44 |
| CHECK # 10410 | 1,200.00 | | 06/11/02 | 193,351.44 |
| CHECK # 10408 | 2,950.00 | | 06/11/02 | 190,401.44 |
| CHECK # 10414 | 4,478.00 | | 06/11/02 | 185,923.44 |
| REFUNDED BANK CHARGES | | 20.00 | 06/12/02 | 185,943.44 |
| CHECK # 10416 | 76.48 | | 06/12/02 | 185,866.96 |
| CHECK # 10420 | 203.67 | | 06/12/02 | 185,663.29 |
| CHECK # 7010405 | 250.00 | | 06/12/02 | 185,413.29 |
| CHECK # 10403 | 550.00 | | 06/12/02 | 184,863.29 |
| CHECK # 10413 | 3,000.00 | | 06/12/02 | 181,863.29 |
| CHECK # 10412 | 5,000.00 | | 06/12/02 | 176,863.29 |
| CHECK # 10411 | 12,500.00 | | 06/12/02 | 164,363.29 |
| CHECK # 10409 | 15,000.00 | | 06/12/02 | 149,363.29 |
| CHECK # 10422 | 421.28 | | 06/13/02 | 148,942.01 |
| CHECK # 10425 | 100,000.00 | | 06/13/02 | 48,942.01 |
| CHECK # 10417 | 58.95 | | 06/14/02 | 48,883.06 |
| CHECK # 10421 | 230.00 | | 06/14/02 | 48,653.06 |
| CHECK # 30010430 | 6,600.00 | | 06/14/02 | 42,053.06 |
| CHECK # 10428 | 10,500.00 | | 06/17/02 | 31,553.06 |
| CHECK # 30010426 | 3,000.00 | | 06/18/02 | 28,553.06 |
| CHECK # 10435 | 10,000.00 | | 06/24/02 | 18,553.06 |

                * * * C O N T I N U E D * * *

OP0001 Rev (6/2001)                    Member Federal Deposit Insurance Corporation

## 10455    75000.00    07/11/02



**LOAN PARTNERS CAPITAL**
(702) 242-9587
10117 SNOW CREST PLACE
LAS VEGAS, NV 89134

**010455**

ID:
ISSUED:
HIST:

07/08/2002

PAY
TO THE
ORDER OF

AD:
SIG:
HPF:
MEMO

$ **75,000.00**

USA Commercial Mortgage Investors Trust

Seventy-Five Thousand and 00/100********************************************************

DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

**MEMO**
Del Bunch - R007 Prin Addition

⑈010455⑈ ⑆122401778⑈ 01200287009

⑆0007500000⑈

⑆122401778⑈

⑆0007500000⑈



**BankWest**
of **Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01      PAGE:          1
DATE: 07/31/02   ACCOUNT: 120028700
                 DOCUMENTS:      30
```

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
10137 SNOW CREST PL
LAS VEGAS NV 89134-2563

```
30-1
   0
  30
```

=====================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
=====================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
=====================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 06/28/02 | 16,335.23 |
| CHECK # 10437 | 1,000.00 | | 07/01/02 | 15,335.23 |
| CHECK # 20010442 | 34.62 | | 07/02/02 | 15,300.61 |
| CHECK # 10439 | 276.65 | | 07/05/02 | 15,023.96 |
| USA COMMERCIAL M CREDITS 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 | | 130,333.33 | 07/08/02 | 145,357.29 |
| CHECK # 10438 | 150.00 | | 07/09/02 | 145,207.29 |
| CHECK # 10452 | 2,950.00 | | 07/09/02 | 142,257.29 |
| CHECK # 10447 | 68.00 | | 07/10/02 | 142,189.29 |
| CHECK # 10443 | 96.53 | | 07/10/02 | 142,092.76 |
| CHECK # 10431 | 100.00 | | 07/11/02 | 141,992.76 |
| CHECK # 10444 | 141.10 | | 07/11/02 | 141,851.66 |
| CHECK # 10454 | 1,200.00 | | 07/11/02 | 140,651.66 |
| CHECK # 10455 | 75,000.00 | | 07/11/02 | 65,651.66 |
| CHECK # 10441 | 30.00 | | 07/12/02 | 65,621.66 |
| CHECK # 25010445 | 230.00 | | 07/12/02 | 65,391.66 |
| CHECK # 10440 | 250.00 | | 07/12/02 | 65,141.66 |
| CHECK # 10446 | 733.56 | | 07/12/02 | 64,408.10 |
| CHECK # 10456 | 2,500.00 | | 07/12/02 | 61,908.10 |
| CHECK # 10429 | 3,200.00 | | 07/12/02 | 58,708.10 |
| CHECK # 10451 | 3,600.00 | | 07/12/02 | 55,108.10 |
| CHECK # 10450 | 8,000.00 | | 07/12/02 | 47,108.10 |
| CHECK # 10448 | 15,000.00 | | 07/12/02 | 32,108.10 |
| CHECK # 10453 | 2,640.00 | | 07/15/02 | 29,468.10 |
| CHECK # 10449 | 12,500.00 | | 07/16/02 | 16,968.10 |
| CHECK # 10461 | 221.49 | | 07/24/02 | 16,746.61 |
| CHECK # 10462 | 68.73 | | 07/25/02 | 16,677.88 |
| CHECK # 10460 | 230.00 | | 07/25/02 | 16,447.88 |
| CHECK # 10464 | 40.56 | | 07/26/02 | 16,407.32 |
| CHECK # 10459 | 58.95 | | 07/26/02 | 16,348.37 |
| CHECK # 10458 | 76.48 | | 07/26/02 | 16,271.89 |

* * * C O N T I N U E D * * *

Member Federal Deposit Insurance Corporation

10524    75000.00    09/13/02



**LOAN PARTNERS CAPITAL**
(702) 242-5947
16137 SNOW CREST PLACE
LAS VEGAS, NV 89134

BankWest

010524

09/09/2002

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust                    $ **76,000.00

Seventy-Five Thousand and 00/100****************************************************************    DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO    Del Bunch - R007 Prin Addition

⑈010524⑈ ⑈122401778⑈ 0120028700⑈                              /00075000000/

⑈122401778⑈                              /00075000000/



**BankWest of Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01  PAGE:       1
DATE: 09/30/02  ACCOUNT: 120028700
DOCUMENTS:       40

```
DEL M BUNCH JR                              30-0
DBA LOAN PARTNERS CAPITAL                      7
10137 SNOW CREST PL                           33
LAS VEGAS NV  89134-2563
```

===============================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

===============================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
===============================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 08/30/02 | 16,933.82 |
| CHECK # 10505 | 33.36 | | 09/04/02 | 16,900.46 |
| CHECK # 10487 | 225.00 | | 09/04/02 | 16,675.46 |
| CHECK # 10509 | 5,978.00 | | 09/04/02 | 10,697.46 |
| CHECK # 10503 | 250.00 | | 09/05/02 | 10,447.46 |
| CHECK # 10501 | 173.00 | | 09/06/02 | 10,274.46 |
| USA COMMERCIAL M CREDITS 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 | | 136,486.11 | 09/09/02 | 146,760.57 |
| CHECK # 10525 | 1,500.00 | | 09/10/02 | 145,260.57 |
| CHECK # 10526 | 8,000.00 | | 09/10/02 | 137,260.57 |
| CHECK # 10512 | 17,500.00 | | 09/10/02 | 119,760.57 |
| CHECK # 10508 | 270.00 | | 09/11/02 | 119,490.57 |
| CHECK # 10521 | 8,000.00 | | 09/11/02 | 111,490.57 |
| CHECK # 10515 | | | 09/12/02 | 111,394.04 |
| CHECK # 10507 | 110.00 | | 09/12/02 | 111,284.00 |
| CHECK # 10502 | 1,500.00 | | 09/12/02 | 109,784.04 |
| CHECK # 10510 | 3,300.00 | | 09/12/02 | 106,484.04 |
| CHECK # 10523 | 3,600.00 | | 09/12/02 | 102,884.04 |
| CHECK # 10527 | 10,000.00 | | 09/12/02 | 92,884.04 |
| CHECK # 10517 | 12,500.00 | | 09/12/02 | 80,384.04 |
| CHECK # 10506 | 50.00 | | 09/13/02 | 80,334.04 |
| CHECK # 10524 | 75,000.00 | | 09/13/02 | 5,334.04 |
| CHECK # 10531 | 9,600.00 | | 09/16/02 | 4,265.96- |
| OVERDRAFT CHARGE | 5.00 | | 09/16/02 | 4,270.96- |
| REFUNDED BANK CHARGES | | 5.00 | 09/17/02 | 4,265.96- |
| OVERDRAFT CHARGE | 5.00 | | 09/17/02 | 4,270.96- |
| CHECK # 10504 | 30.00 | | 09/18/02 | 4,300.96- |
| OVERDRAFT CHARGE | 5.00 | | 09/18/02 | 4,305.96- |
| REFUNDED BANK CHARGES | | 5.00 | 09/19/02 | 4,300.96- |
| CHECK # 10522 | 62.00 | | 09/19/02 | 4,362.96- |
| CHECK # 10529 | 94.00 | | 09/19/02 | 4,456.96- |

* * *  C O N T I N U E D  * * *

10622 - 100000.00 - 12/12/02



**LOAN PARTNERS CAPITAL**
(702) 242-9587
10137 SNOW CREST PLACE
LAS VEGAS, NV 89134

**BankWest**
LAS VEGAS
NEVADA
94-171/1224

010622

12/09/2002

PAY
TO THE
ORDER OF
USA Commercial Mortgage Investors Trust

$ **100,000.00

One Hundred Thousand and 00/100************************************************************

DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO
Del Bunch - R007 Prin Addition

⑈010622⑈ ⑆122401778⑈ 01200287006⑈        ⑈0010000000⑈



**BANKWest of Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA  89126-0237
(702) 248-4200

003 01 01          PAGE:              1
DATE: 12/31/02  ACCOUNT: 120028700
                DOCUMENTS:        43

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                    30-0
10137 SNOW CREST PL                             1
LAS VEGAS NV  89134-2563                        42

=================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
=================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 11/27/02 | 69,081.47 |
| CHECK # 10593 | 58.95 | | 12/02/02 | 69,022.52 |
| CHECK # 206 | 110.00 | | 12/02/02 | 68,912.52 |
| CHECK # 10594 | 178.14 | | 12/02/02 | 68,734.38 |
| CHECK # 10597 | 187.62 | | 12/02/02 | 68,546.76 |
| CHECK # 10599 | 375.00 | | 12/03/02 | 68,171.76 |
| CHECK # 10595 | 50.00 | | 12/05/02 | 68,121.76 |
| CHECK # 10600 | 83.24 | | 12/06/02 | 68,038.52 |
| USA COMMERCIAL ACH 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 | | 133,333.33 | 12/09/02 | 201,371.85 |
| CHECK # 10617 | 1,500.00 | | 12/09/02 | 199,871.85 |
| CHECK # 10614 | 4,478.00 | | 12/10/02 | 195,393.85 |
| CHECK # 10620 | 5,600.00 | | 12/10/02 | 189,793.85 |
| CHECK # 5010616 | 17,500.00 | | 12/10/02 | 172,293.85 |
| CHECK # 10619 | 8,000.00 | | 12/11/02 | 164,293.85 |
| CHECK # 10618 | 12,500.00 | | 12/11/02 | 151,793.85 |
| CHECK # 10615 | 3,300.00 | | 12/12/02 | 148,493.85 |
| CHECK # 10621 | 10,000.00 | | 12/12/02 | 138,493.85 |
| CHECK # 10622 | 100,000.00 | | 12/13/02 | 38,493.85 |
| CHECK # 10602 | 300.00 | | 12/13/02 | 38,193.85 |
| CHECK # 10623 | 3,000.00 | | 12/16/02 | 35,193.85 |
| CHECK # 2010611 | 62.00 | | 12/18/02 | 35,131.85 |
| CHECK # 10607 | 94.00 | | 12/18/02 | 35,037.85 |
| CHECK # 5010608 | 96.53 | | 12/18/02 | 34,941.32 |
| CHECK # 10603 | 152.68 | | 12/19/02 | 34,788.64 |
| CHECK # 10605 | 230.00 | | 12/19/02 | 34,558.64 |
| CHECK # 2010625 | 277.44 | | 12/19/02 | 34,281.20 |
| CHECK # 2010613 | 385.00 | | 12/19/02 | 33,896.20 |
| CHECK # 10626 | 41.04 | | 12/20/02 | 33,855.16 |
| CHECK # 10604 | 76.48 | | 12/20/02 | 33,778.68 |
| CHECK # 55010627 | 133.08 | | 12/23/02 | 33,645.60 |

\* \* \* C O N T I N U E D \* \* \*

Your Business Partner™

10794 - $45,000.00 - 05/23/2003



LOAN PARTNERS CAPITAL
17829 540-5502
18127 SNOW CREST PLACE
LAS VEGAS, NV 89134

BankWest
of Nevada

010794

06/20/2003

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust                    $ **45,000.00

Forty-Five Thousand and 00/100************************************************************    DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO    Del Bunch - R007 Prin Addition

⑈010794⑆ ⑆122401778⑆ 0120028700⑆    /0004500000/

10794    ⑆122401778⑆ 0120028700⑆    /0004500000/



**BankWest of Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01          PAGE:                1
DATE: 05/30/03     ACCOUNT: 120028700
                   DOCUMENTS:          34
```

```
DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                      30-0
10137 SNOW CREST PL                               2
LAS VEGAS NV  89134-2563                          32
```

========================================================

WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

========================================================

BUSINESS PREMIUM NOW ACCOUNT 120028700

========================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ..................................... | | | 04/30/03 | 3,201.56 |
| CHECK # 10768 | 250.00 | | 05/01/03 | 2,951.56 |
| CHECK # 10772 | 95.38 | | 05/02/03 | 2,856.18 |
| CHECK # 10770 | 100.00 | | 05/05/03 | 2,756.18 |
| CHECK # 10771 | 111.24 | | 05/06/03 | 2,644.94 |
| USA COMMERCIAL ACH 34?-18-9807 | | 135,000.00 | 05/07/03 | 137,644.94 |
| CHECK # 10769 | 45.55 | | 05/07/03 | 137,599.39 |
| CHECK # 10773 | 3,950.00 | | 05/09/03 | 133,649.39 |
| CHECK # 10781 | 4,700.00 | | 05/12/03 | 128,949.39 |
| CHECK # 10789 | 8,534.00 | | 05/12/03 | 120,415.39 |
| CHECK # 10774 | 3,300.00 | | 05/12/03 | 117,115.39 |
| CHECK # 10776 | 60,000.00 | | 05/12/03 | 57,115.39 |
| CHECK # 107865 | 5,000.00 | | 05/13/03 | 52,115.39 |
| CHECK # 10787 | 8,000.00 | | 05/13/03 | 44,115.39 |
| CHECK # 10782 | 20,500.00 | | 05/13/03 | 23,615.39 |
| CHECK # 10780 | 95.00 | | 05/16/03 | 23,520.39 |
| CHECK # 10783 | 133.59 | | 05/16/03 | 23,386.80 |
| CHECK # 10777 | 58.95 | | 05/19/03 | 23,327.85 |
| CHECK # 10788 | 62.00 | | 05/19/03 | 23,265.85 |
| CHECK # 10784 | 230.00 | | 05/19/03 | 23,035.85 |
| CHECK # 10793 | 40.79 | | 05/20/03 | 22,995.06 |
| CHECK # 10775 | 79.15 | | 05/20/03 | 22,915.91 |
| CHECK # 10785 | 186.15 | | 05/20/03 | 22,729.76 |
| CHECK # 10778 | 280.00 | | 05/20/03 | 22,449.76 |
| DEPOSIT | | 45,000.00 | 05/21/03 | 67,449.76 |
| CHECK # 5010790 | 50.00 | | 05/21/03 | 67,399.76 |
| CHECK # 55010791 | 375.00 | | 05/21/03 | 67,024.76 |
| CHECK # 10794 | 45,000.00 | | 05/23/03 | 22,024.76 |
| CHECK # 10779 | 150.00 | | 05/27/03 | 21,874.76 |
| CHECK # 10792 | 450.00 | | 05/28/03 | 21,424.76 |

* * *  C O N T I N U E D  * * *

DP002 Rev (03/03)

10809 - $1,105,000.00 - 06/02/2003



**LOAN PARTNERS CAPITAL**
(702) 243-4307
10137 SNOW CREST PLACE
LAS VEGAS, NV 89134

BankWest

010809

06/30/2003

PAY
TO THE
ORDER OF

USA Commercial Mortgage Investors Trust

$ ***1,105,000.00
DOLLARS

One Million One Hundred Five Thousand and 00/100****************************************

USA Commercial Mortgage Investors Trust
4464 South Pecos Road
Las Vegas, NV 89121

MEMO   Del Bunch - R007 Prin Addition

⑈010809⑈ ⑆122401778⑈ 0120026700⑊       ⑈0110500000⑈



**BankWest Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01      PAGE:             1
DATE: 06/30/03   ACCOUNT: 120028700
                 DOCUMENTS:       37
```

```
DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL               30-0
10137 SNOW CREST PL                        1
LAS VEGAS NV  89134-2563                   36
```

===========================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

===========================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
===========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . | | | 05/30/03 | 1125,472.35 |
| CHECK # 10797 | 9,366.35 | | 06/02/03 | 1116,106.00 |
| CHECK # 10809 | 1105,000.00 | | 06/02/03 | 11,106.00 |
| CHECK # 10798 | 202.80 | | 06/03/03 | 10,903.20 |
| CHECK # 9010800 | 222.00 | | 06/04/03 | 10,681.20 |
| CHECK # 10805 | 75.00 | | 06/05/03 | 10,606.20 |
| CHECK # 10806 | 162.14 | | 06/05/03 | 10,444.06 |
| CHECK # 10808 | 1,040.00 | | 06/05/03 | 9,404.06 |
| CHECK # 10810 | 35.00 | | 06/06/03 | 9,369.06 |
| USA COMMERCIAL ACH 34\~18-9807 | | 141,027.78 | 06/09/03 | 150,396.84 |
| CHECK # 10801 | 50.00 | | 06/10/03 | 150,346.84 |
| CHECK # 10811 | 4,900.00 | | 06/11/03 | 145,446.84 |
| CHECK # 10820 | 9,467.00 | | 06/11/03 | 135,979.84 |
| CHECK # 10813 | 12,000.00 | | 06/11/03 | 123,979.84 |
| CHECK # 10815 | 34,800.00 | | 06/11/03 | 89,179.84 |
| CHECK # 10812 | 46,600.00 | | 06/11/03 | 42,579.84 |
| CHECK # 10828 | 46.27 | | 06/12/03 | 42,533.57 |
| CHECK # 10824 | 232.44 | | 06/12/03 | 42,301.13 |
| CHECK # 10821 | 4,478.00 | | 06/12/03 | 37,823.13 |
| CHECK # 20010825 | 73.39 | | 06/13/03 | 37,749.74 |
| DEPOSIT | | 3,520.00 | 06/16/03 | 41,269.74 |
| CHECK # 2010822 | 200.96 | | 06/16/03 | 41,068.78 |
| CHECK # 10819 | 950.00 | | 06/16/03 | 40,118.78 |
| CHECK # 10816 | 1,425.00 | | 06/16/03 | 38,693.78 |
| CHECK # 10817 | 2,500.00 | | 06/16/03 | 36,193.78 |
| CHECK # 10814 | 4,400.00 | | 06/16/03 | 31,793.78 |
| CHECK # 10827 | 31.00 | | 06/17/03 | 31,762.78 |
| CHECK # 10826 | 106.54 | | 06/17/03 | 31,656.24 |
| CHECK # 10829 | 290.00 | | 06/17/03 | 31,366.24 |
| CHECK # 10807 | 130.00 | | 06/18/03 | 31,236.24 |

* * *  C O N T I N U E D  * * *

10858 - $50,000.00 - 07/21/2003

LOAN PARTNERS CAPITAL
(702) 243-6667
10122 SNOW POINT PLACE
LAS VEGAS, NV 89134

BankWest

010858

07/17/2003

PAY
TO THE
ORDER OF    USA Commercial Mortgage Investors Trust    **50,000.00

DOLLARS

Fifty Thousand and 00/100

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO    Del Bunch - R007 Prin Addition

/000 50000000/

⑈010858⑈ ⑆122401178⑈ 0120028700⑈    /000 50000000/

10858⑈ ⑆122401178⑈ 0120028700⑈    /000 50000000/



**BankWest of Nevada**
*Your Business Partner™*

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
                                003 01 01      PAGE:              1
                                DATE: 07/31/03  ACCOUNT: 120028700
                                                DOCUMENTS:        29
```

```
        DEL M BUNCH JR
        DBA LOAN PARTNERS CAPITAL                    30-0
        10137 SNOW CREST PL                             0
        LAS VEGAS NV  89134-2563                       29
```

==========================================================================
       WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                        www.bankwestnevada.com
==========================================================================
                BUSINESS PREMIUM NOW ACCOUNT 120028700
==========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ................................ | | | 06/30/03 | 22,447.88 |
| CHECK # 10836 | 40.79 | | 07/01/03 | 22,407.09 |
| CHECK # 10841 | 125.00 | | 07/02/03 | 22,282.09 |
| CHECK # 10840 | 173.00 | | 07/02/03 | 22,109.09 |
| CHECK # 10838 | 525.00 | | 07/07/03 | 21,584.09 |
| USA COMMERCIAL ACH 34-18-9807 | | 154,166.67 | 07/08/03 | 175,750.76 |
| CHECK # 10848 | 2,950.00 | | 07/09/03 | 172,800.76 |
| CHECK # 10845 | 58,500.00 | | 07/09/03 | 114,300.76 |
| CHECK # 10804 | 825.00 | | 07/10/03 | 113,475.76 |
| CHECK # 10844 | 1,500.00 | | 07/10/03 | 111,975.76 |
| CHECK # 10843 | 17,500.00 | | 07/10/03 | 94,475.76 |
| CHECK # 10852 | 102.70 | | 07/11/03 | 94,373.06 |
| CHECK # 10842 | 3,000.00 | | 07/11/03 | 91,073.06 |
| CHECK # 10847 | 3,600.00 | | 07/11/03 | 87,473.06 |
| CHECK # 10854 | 31.00 | | 07/14/03 | 87,442.06 |
| CHECK # 10849 | 84.45 | | 07/15/03 | 87,357.61 |
| CHECK # 2010856 | 286.47 | | 07/15/03 | 87,071.14 |
| CHECK # 10853 | 400.04 | | 07/15/03 | 86,671.10 |
| CHECK # 10855 | 90.00 | | 07/17/03 | 86,581.10 |
| CHECK # 10846 | 8,000.00 | | 07/17/03 | 78,581.10 |
| CHECK # 10851 | 128.20 | | 07/18/03 | 78,452.90 |
| CHECK # 10858 | 50,000.00 | | 07/21/03 | 28,452.90 |
| CHECK # 20010859 | 24.98 | | 07/23/03 | 28,427.92 |
| CHECK # 10863 | 40.86 | | 07/24/03 | 28,387.06 |
| CHECK # 10862 | 4,575.40 | | 07/24/03 | 23,811.66 |
| CHECK # 10861 | 154.00 | | 07/25/03 | 23,657.66 |
| CHECK # 10864 | 185.00 | | 07/25/03 | 23,472.66 |
| CHECK # 10865 | 192.79 | | 07/25/03 | 23,279.87 |
| CHECK # 10857 | 58.95 | | 07/28/03 | 23,220.92 |
| CHECK # 10860 | 25.00 | | 07/29/03 | 23,195.92 |
|  | * * * C O N T I N U E D * * * | | | |

DP002 Rev. (03/03)

10882 - $100,000.00 - 08/12/2003

**LOAN PARTNERS CAPITAL**
(702) 242-9407
10193 SNOW CREST PLACE
LAS VEGAS, NV 89134

BankWest

010882

94-1717/1264

8/8/03

PAY
TO THE
ORDER OF    U.S.A. CAPITAL

$ 100,000.00

ONE HUNDRED THOUSAND + NO/100 ————    DOLLARS

MEMO    Loan

⑈010882⑈ ⑆1264⑆1718⑈ 01200282⑈00⑈    ⑈0010000000⑈



**BankWest**
of **Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01        PAGE:                1
DATE: 08/29/03   ACCOUNT: 120028700
                 DOCUMENTS:          30

Recon

DEL M BUNCH JR                              30-0
DBA LOAN PARTNERS CAPITAL                      0
10137 SNOW CREST PL                           30
LAS VEGAS NV  89134-2563

=================================================================
      WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                   www.bankwestnevada.com
=================================================================
           BUSINESS PREMIUM NOW ACCOUNT 120028700
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 07/31/03 | 21,200.42 |
| CHECK # 10868 | 125.00 | | 08/04/03 | 21,075.42 |
| CHECK # 10866 | 153.31 | | 08/04/03 | 20,922.11 |
| CHECK # 108505 | 255.00 | | 08/04/03 | 20,667.11 |
| CHECK # 10839 | 75.00 | | 08/05/03 | 20,592.11 |
| CHECK # 10867 | 25.00 | | 08/06/03 | 20,567.11 |
| USA COMMERCIAL ACH 34 -18-9807 | | 159,722.23 | 08/08/03 | 180,289.34 |
| CHECK # 10876 | 2,950.00 | | 08/11/03 | 177,339.34 |
| CHECK # 10871 | 17,500.00 | | 08/11/03 | 159,839.34 |
| CHECK # 10880 | 31.00 | | 08/12/03 | 159,808.34 |
| CHECK # 10875 | 3,600.00 | | 08/12/03 | 156,208.34 |
| CHECK # 10873 | 12,500.00 | | 08/12/03 | 143,708.34 |
| CHECK # 10882 | 100,000.00 | | 08/12/03 | 43,708.34 |
| CHECK # 10870 | 2,640.00 | | 08/13/03 | 41,068.34 |
| CHECK # 10872 | 3,200.00 | | 08/14/03 | 37,868.34 |
| CHECK # 10881 | 475.74 | | 08/14/03 | 37,392.60 |
| CHECK # 10874 | 8,000.00 | | 08/14/03 | 29,392.60 |
| CHECK # 10869 | 75.00 | | 08/19/03 | 29,317.60 |
| CHECK # 10877 | 2,643.73 | | 08/19/03 | 26,673.87 |
| CHECK # 10885 | 3,500.00 | | 08/19/03 | 23,173.87 |
| CHECK # 10883 | 5,000.00 | | 08/19/03 | 18,173.87 |
| CHECK # 10896 | 25.59 | | 08/20/03 | 18,148.28 |
| CHECK # 10888 | 95.00 | | 08/20/03 | 18,053.28 |
| CHECK # 10890 | 42.04 | | 08/21/03 | 18,011.24 |
| CHECK # 10894 | 78.61 | | 08/21/03 | 17,932.63 |
| CHECK # 10884 | 7,695.50 | | 08/21/03 | 10,237.13 |
| CHECK # 10886 | 45.68 | | 08/22/03 | 10,191.45 |
| CHECK # 10889 | 176.42 | | 08/22/03 | 10,015.03 |
| CHECK # 10895 | 634.23 | | 08/22/03 | 9,380.80 |
| CHECK # 10893 | 58.95 | | 08/25/03 | 9,321.85 |

                  * * *  C O N T I N U E D  * * *

DP002 Rev (03/03)                          Member Federal Deposit Insurance Corporation

10940 - $125,000.00 - 10/09/2003

LOAN PARTNERS CAPITAL
(702) 242-0697
10131 ANOW CREST PLACE
LAS VEGAS, NV 89134

BankWest
LAS VEGAS
94-171/1224

010940

DECEMBER 8, 2003

PAY TO THE ORDER OF  USA Commercial Mortgage                    $125,000.00

One hundred Twenty-five Thousand + 00/100 ———— DOLLARS

MEMO  Del Bunch Acct. Principal Increase

#010940#  #1224017784#  0120028700#  #0012500000#



**BankWest**
**of Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 01 01      PAGE:            1
DATE: 10/30/03   ACCOUNT: 120028700
                 DOCUMENTS:       27

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                          30-0
10137 SNOW CREST PL                                   0
LAS VEGAS NV  89134-2563                              27

===================================================================
        WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                    www.bankwestnevada.com
    Effective January 2, 2004, BankWest of Nevada will be implementing the
                "Deposit Item Return Fee"
                of $ 4.00 per item.
===================================================================
              BUSINESS PREMIUM NOW ACCOUNT 120028700
===================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 09/30/03 | 46,192.92 |
| CHECK # 10922 | 25.59 | | 10/03/03 | 46,167.33 |
| CHECK # 10925 | 150.42 | | 10/03/03 | 46,016.91 |
| CHECK # 10921 | 31.00 | | 10/06/03 | 45,985.91 |
| CHECK # 10927 | 42.89 | | 10/06/03 | 45,943.02 |
| CHECK # 10929 | 125.00 | | 10/06/03 | 45,818.02 |
| CHECK # 10920 | 749.62 | | 10/06/03 | 45,068.40 |
| USA COMMERCIAL ACH 349-189807 | | 156,666.67 | 10/07/03 | 201,735.07 |
| CHECK # 10923 | 88.56 | | 10/07/03 | 201,646.51 |
| CHECK # 10926 | 277.13 | | 10/07/03 | 201,369.38 |
| CHECK # 10924 | 255.00 | | 10/08/03 | 201,114.38 |
| CHECK # 10935 | 31.00 | | 10/09/03 | 201,083.38 |
| CHECK # 10938 | 2,640.00 | | 10/09/03 | 198,443.38 |
| CHECK # 10940 | 125,000.00 | | 10/09/03 | 73,443.38 |
| CHECK # 10934 | 12,500.00 | | 10/10/03 | 60,943.38 |
| CHECK # 10931 | 17,500.00 | | 10/10/03 | 43,443.38 |
| CHECK # 10939 | 8,000.00 | | 10/13/03 | 35,443.38 |
| CHECK # 10937 | 2,950.00 | | 10/14/03 | 32,493.38 |
| CHECK # 10936 | 3,600.00 | | 10/14/03 | 28,893.38 |
| CHECK # 10933 | 1,500.00 | | 10/15/03 | 27,393.38 |
| CHECK # 10930 | 2,643.72 | | 10/16/03 | 24,749.66 |
| CHECK # 10928 | 445.00 | | 10/21/03 | 24,304.66 |
| CHECK # 10949 | 25.59 | | 10/23/03 | 24,279.07 |
| CHECK # 10946 | 167.62 | | 10/23/03 | 24,111.45 |
| CHECK # 10948 | 42.00 | | 10/27/03 | 24,069.45 |
| CHECK # 10942 | 84.46 | | 10/27/03 | 23,984.99 |
| CHECK # 10944 | 4,294.00 | | 10/28/03 | 19,690.99 |

                 * * *  C O N T I N U E D  * * *

10991 - $100,000.00 - 12/11/2003

| | |
|---|---|
| **LOAN PARTNERS CAPITAL**<br>(702) 242-8587<br>10137 SNOW CREST PLACE<br>LAS VEGAS, NV 89134 | **BankWest**<br>LAS VEGAS<br>NEVADA<br>94-117/1224 | 010991<br><br>12/08/2003 |

PAY
TO THE
ORDER OF        USA Commercial Mortgage Investors Trust                         $**100,000.00

One Hundred Thousand and 00/100**************************************************************** DOLLARS

USA Commercial Mortgage Investors Trust
4484 South Pecos Road
Las Vegas NV 89121

MEMO    Del Bunch - R007 Prin Addition

⑈010991⑈ ⑆122401778⑆ 0120028700⑈              ⑆00100000000⑆



**BankWest**
**of Nevada**
Your Business Partner™

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

```
003 01 01        PAGE:              1
DATE: 12/31/03   ACCOUNT: 120028700
                 DOCUMENTS:        44
```

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
10137 SNOW CREST PL
LAS VEGAS NV  89134-2563

*Recon OK*   30-0
                2
               42

```
==========================================================================
     WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                     www.bankwestnevada.com
   Effective January 2, 2004, BankWest of Nevada will be implementing the
               "Deposit Item Return Fee"
                  of $ 4.00 per item.
==========================================================================
             BUSINESS  PREMIUM  NOW  ACCOUNT  120028700
==========================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................. | | | 11/28/03 | 49,548.53 |
| CHECK # 10968 | 58.95 | | 12/01/03 | 49,489.58 |
| CHECK # 10972 | 61.70 | | 12/01/03 | 49,427.88 |
| CHECK # 10967 | 84.46 | | 12/01/03 | 49,343.42 |
| CHECK # 10970 | 186.42 | | 12/01/03 | 49,157.00 |
| CHECK # 10971 | 947.11 | | 12/01/03 | 48,209.89 |
| CHECK # 10969 | 8,109.28 | | 12/01/03 | 40,100.61 |
| CHECK # 10984 | 800.00 | | 12/02/03 | 39,300.61 |
| CHECK # 10960 | 1,500.00 | | 12/03/03 | 37,800.61 |
| CHECK # 10985 | 129.01 | | 12/05/03 | 37,671.60 |
| CHECK # 10975 | 355.80 | | 12/05/03 | 37,315.80 |
| CHECK # 10986 | 658.20 | | 12/05/03 | 36,657.60 |
| CHECK # 10979 | 2,500.00 | | 12/08/03 | 34,157.60 |
| USA COMMERCIAL ACH 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 | | 158,750.00 | 12/09/03 | 192,907.60 |
| CHECK # 10982 | 125.00 | | 12/09/03 | 192,782.60 |
| CHECK # 10978 | 17,500.00 | | 12/10/03 | 175,282.60 |
| CHECK # 10990 | 31.00 | | 12/11/03 | 175,251.60 |
| CHECK # 10987 | 152.68 | | 12/11/03 | 175,098.92 |
| CHECK # 10977 | 2,640.00 | | 12/11/03 | 172,458.92 |
| CHECK # 10981 | 8,000.00 | | 12/11/03 | 164,458.92 |
| CHECK # 10989 | 8,298.25 | | 12/11/03 | 156,160.67 |
| CHECK # 10980 | 12,500.00 | | 12/11/03 | 143,660.67 |
| CHECK # 10991 | 100,000.00 | | 12/11/03 | 43,660.67 |
| CHECK # 10992 | 3,600.00 | | 12/12/03 | 40,060.67 |
| CHECK # 10993 | 4,697.00 | | 12/19/03 | 35,363.67 |
| CHECK # 10988 | 255.00 | | 12/23/03 | 35,108.67 |
| DEPOSIT | | 1049,641.00 | 12/26/03 | 1084,749.67 |

```
                 * * *  C O N T I N U E D  * * *
```

Your Business Partner

DP002 Rev. (03/03)                    Member Federal Deposit Insurance Corporation

11078 - $375,000.00 - 02/17/2004



Case 06-10725-gwz    Doc 2211-2    Entered 12/19/06 21:37:02    Page 51 of 51    p.1

```
                                                    003 01 01        PAGE:        1
                                                    DATE: 02/27/04   ACCOUNT: 120028700
                                                                     DOCUMENTS:    24
```

```
          DEL M BUNCH JR
          DBA LOAN PARTNERS CAPITAL                          30-0
          10137 SNOW CREST PL                                   2
          LAS VEGAS NV  89134-2563                             22
```

===========================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
Effective January 2, 2004, BankWest of Nevada will be implementing the
"Deposit Item Return Fee"
of $ 4.00 per item.
===========================================================================

## BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT .......................... | | | 01/30/04 | 70,333.14 |
| CHECK # 11073 | 2,500.00 | | 02/05/04 | 67,833.14 |
| DEPOSIT | | 928,603.08 | 02/06/04 | 996,436.22 |
| CHECK # 11072 | 491.40 | | 02/06/04 | 995,944.82 |
| CHECK # 11067 | 2,640.00 | | 02/06/04 | 993,304.82 |
| CHECK # 11063 | 17,500.00 | | 02/06/04 | 975,804.82 |
| CHECK # 11069 | 84.50 | | 02/09/04 | 975,720.32 |
| CHECK # 11066 | 3,600.00 | | 02/09/04 | 972,120.32 |
| USA COMMERCIAL ACH 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 | | 165,763.89 | 02/10/04 | 1137,884.21 |
| CHECK # 11064 | 10,000.00 | | 02/10/04 | 1127,884.21 |
| CHECK # 11062 | 23,900.00 | | 02/10/04 | 1104,984.21 |
| CHECK # 11076 | 337,500.00 | | 02/10/04 | 767,384.21 |
| CHECK # 11071 | 158.37 | | 02/11/04 | 767,225.84 |
| CHECK # 11068 | 1,762.93 | | 02/11/04 | 765,462.91 |
| CHECK # 11077 | 337,500.00 | | 02/11/04 | 427,962.91 |
| CHECK # 11070 | 85.00 | | 02/12/04 | 427,877.91 |
| CHECK # 11074 | 187.50 | | 02/12/04 | 427,690.41 |
| CHECK # 11075 | 313.26 | | 02/13/04 | 427,377.15 |
| CHECK # 11078 | 375,000.00 | | 02/17/04 | 52,377.15 |
| DEPOSIT | | 10,000.00 | 02/18/04 | 62,377.15 |
| CHECK # 11079 | 2,000.00 | | 02/20/04 | 60,377.15 |
| CHECK # 11065 | 5,100.00 | | 02/20/04 | 55,277.15 |
| CHECK # 11088 | 40.86 | | 02/26/04 | 55,236.29 |
| CHECK # 11080 | 312.40 | | 02/26/04 | 54,923.89 |
| CHECK # 11082 | 22.70 | | 02/27/04 | 54,901.19 |
| CHECK # 11089 | 144.31 | | 02/27/04 | 54,756.88 |
| INTEREST AT .10 | | 12.45 | 02/27/04 | 54,769.33 |

* * * C O N T I N U E D * * *

Member Federal Deposit Insurance Corporation