

P.O. BOX 26017
LAS VEGAS, NEVADA 89126-0017
(702) 248-4200

```
003 01 01        PAGE:            1
DATE: 01/30/04   ACCOUNT: 120028700
                 DOCUMENTS:      36
```



Exhibit
Bunch Q
Date: 12-19-06
William C. LaBorde, RPR, CRR

```
DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                    30-0
10137 SNOW CREST PL                              0
LAS VEGAS NV  89134-2563                         36
```

WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
Effective January 2, 2004, BankWest of Nevada will be implementing the
"Deposit Item Return Fee"
of $ 4.00 per item.

BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 12/31/03 | 34,390.23 |
| CHECK # 10996 | 75.00 | | 01/06/04 | 34,315.23 |
| CHECK # 10998 | 62.50 | | 01/07/04 | 34,252.73 |
| CHECK # 11029 | 1,052.35 | | 01/07/04 | 33,200.38 |
| CHECK # 10994 | 1,740.27 | | 01/07/04 | 31,460.11 |
| CHECK # 11031 | 35.93 | | 01/08/04 | 31,424.18 |
| CHECK # 11030 | 84.46 | | 01/09/04 | 31,339.72 |
| CHECK # 11032 | 123.54 | | 01/09/04 | 31,216.18 |
| CHECK # 10947 | 237.60 | | 01/09/04 | 30,978.58 |
| CHECK # 11033 | 300.00 | | 01/09/04 | 30,678.58 |
| USA COMMERCIAL ACH 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 | | 165,375.00 | 01/12/04 | 196,053.58 |
| CHECK # 11052 | 2,879.00 | | 01/12/04 | 193,174.58 |
| CHECK # 11036 | 2,500.00 | | 01/13/04 | 190,674.58 |
| CHECK # 11051 | 10,000.00 | | 01/13/04 | 180,674.58 |
| CHECK # 11050 | 17,100.00 | | 01/13/04 | 163,574.58 |
| CHECK # 11035 | 17,500.00 | | 01/13/04 | 146,074.58 |
| CHECK # 11049 | 1,600.00 | | 01/14/04 | 144,474.58 |
| CHECK # 11057 | 2,387.00 | | 01/14/04 | 142,087.58 |
| CHECK # 11034 | 2,640.00 | | 01/14/04 | 139,447.58 |
| CHECK # 11039 | 3,600.00 | | 01/14/04 | 135,847.58 |
| CHECK # 11056 | 1,900.00 | | 01/15/04 | 133,947.58 |
| CHECK # 11054 | 2,900.00 | | 01/15/04 | 131,047.58 |
| CHECK # 11058 | 3,000.00 | | 01/15/04 | 128,047.58 |
| CHECK # 11055 | 4,800.00 | | 01/15/04 | 123,247.58 |
| CHECK # 11037 | 12,500.00 | | 01/15/04 | 110,747.58 |
| CHECK # 11053 | 22,300.00 | | 01/15/04 | 88,447.58 |
| CHECK # 11047 | 35.00 | | 01/21/04 | 88,412.58 |

* * * C O N T I N U E D * * *

T/092 Rev. (02/03)                    Member Federal Deposit Insurance Corporation

```
003 01 01        PAGE:              1
DATE: 02/27/04   ACCOUNT: 120028700
                 DOCUMENTS:       24
```

```
DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL            30-0
10137 SNOW CREST PL                     2
LAS VEGAS NV  89134-2563               22
```

===============================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
Effective January 2, 2004, BankWest of Nevada will be implementing the
"Deposit Item Return Fee"
of $ 4.00 per item.
===============================================================

BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 01/30/04 | 70,333.14 |
| CHECK # 11073 | 2,500.00 | | 02/05/04 | 67,833.14 |
| DEPOSIT | | 928,603.08 | 02/06/04 | 996,436.22 |
| CHECK # 11072 | 491.40 | | 02/06/04 | 995,944.82 |
| CHECK # 11067 | 2,640.00 | | 02/06/04 | 993,304.82 |
| CHECK # 11063 | 17,500.00 | | 02/06/04 | 975,804.82 |
| CHECK # 11069 | 84.50 | | 02/09/04 | 975,720.32 |
| CHECK # 11066 | 3,600.00 | | 02/09/04 | 972,120.32 |
| USA COMMERCIAL ACH 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 | | 165,763.89 | 02/10/04 | 1137,884.21 |
| CHECK # 11064 | 10,000.00 | | 02/10/04 | 1127,884.21 |
| CHECK # 11062 | 23,000.00 | | 02/10/04 | 1104,884.21 |
| CHECK # 11076 | 337,500.00 | | 02/10/04 | 767,384.21 |
| CHECK # 11071 | 158.37 | | 02/11/04 | 767,225.84 |
| CHECK # 11068 | 1,762.93 | | 02/11/04 | 765,462.91 |
| CHECK # 11077 | 337,500.00 | | 02/11/04 | 427,962.91 |
| CHECK # 11070 | 85.00 | | 02/12/04 | 427,877.91 |
| CHECK # 11074 | 187.50 | | 02/12/04 | 427,690.41 |
| CHECK # 11075 | 313.26 | | 02/13/04 | 427,377.15 |
| CHECK # 11078 | 375,000.00 | | 02/17/04 | 52,377.15 |
| DEPOSIT | | 10,000.00 | 02/18/04 | 62,377.15 |
| CHECK # 11079 | 2,000.00 | | 02/20/04 | 60,377.15 |
| CHECK # 11065 | 5,100.00 | | 02/20/04 | 55,277.15 |
| CHECK # 11088 | 40.86 | | 02/26/04 | 55,236.29 |
| CHECK # 11080 | 312.40 | | 02/26/04 | 54,923.89 |
| CHECK # 11082 | 22.70 | | 02/27/04 | 54,901.19 |
| CHECK # 11089 | 144.31 | | 02/27/04 | 54,756.88 |
| INTEREST AT .10 % | | 12.45 | 02/27/04 | 54,769.33 |

* * *  C O N T I N U E D  * * *

DP002 rev. (00-00)                Member Federal Deposit Insurance Corporation

```
                                          003 01 01    PAGE:            1
P.O. BOX ??????                           DATE: 03/31/04 ACCOUNT: 120028700
LAS VEGAS, NEVADA 89120-0037                          DOCUMENTS:      20
(702) 248-4200
```

```
        DEL M BUNCH JR
        DBA LOAN PARTNERS CAPITAL                       30-0
        10137 SNOW CREST PL                                 0
        LAS VEGAS NV  89134-2563                           20
```

===========================================================================
            WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                          www.bankwestnevada.com
        Effective January 2, 2004, BankWest of Nevada will be implementing the
                          "Deposit Item Return Fee"
                          of $ 4.00 per item.
        Please Note:  Due to a system error which occurred in February 2004,
        business accounts may have not received a service charge.  You may see an
        additional service charge on your March statement for the month of
        February.  We apologize for any inconvenience this may cause. Please call
        us if you have any questions.

===========================================================================
                   BUSINESS PREMIUM NOW ACCOUNT 120028700
===========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 02/27/04 | 54,769.33 |
| CHECK # 11081 | 4,356.00 | | 03/01/04 | 50,413.33 |
| CHECK # 11083 | 104.25 | | 03/02/04 | 50,309.08 |
| CHECK # 11084 | 120.85 | | 03/02/04 | 50,188.23 |
| CHECK # 11090 | 215.00 | | 03/03/04 | 49,973.23 |
| CHECK # 11086 | 125.00 | | 03/04/04 | 49,848.23 |
| USA COMMERCIAL ACH 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 | | 160,069.44 | 03/05/04 | 209,917.67 |
| CHECK # 11091 | 2,250.00 | | 03/05/04 | 207,667.67 |
| CHECK # 11098 | 2,500.00 | | 03/10/04 | 205,167.67 |
| CHECK # 11087 | 365.48 | | 03/11/04 | 204,802.19 |
| CHECK # 11095 | 124.00 | | 03/12/04 | 204,678.19 |
| CHECK # 11096 | 2,640.00 | | 03/12/04 | 202,038.19 |
| CHECK # 11101 | 3,600.00 | | 03/12/04 | 198,438.19 |
| CHECK # 11100 | 5,100.00 | | 03/12/04 | 193,338.19 |
| CHECK # 11099 | 12,500.00 | | 03/12/04 | 180,838.19 |
| CHECK # 11097 | 17,500.00 | | 03/12/04 | 163,338.19 |
| CHECK # 11104 | 170.73 | | 03/17/04 | 163,167.46 |
| CHECK # 11105 | 1,000.00 | | 03/17/04 | 162,167.46 |
| CHECK # 11103 | 2,950.00 | | 03/18/04 | 159,217.46 |
| CHECK # 11107 | 3,247.75 | | 03/18/04 | 155,969.71 |
| CHECK # 11102 | 2,500.00 | | 03/19/04 | 153,469.71 |
| CHECK # 11106 | 84.48 | | 03/22/04 | 153,385.23 |
```

                        * * *  C O N T I N U E D  * * *

```
                                              003 01 01     PAGE:            1
                                              DATE: 04/30/04  ACCOUNT: 120028700
                                                            DOCUMENTS:       27
```

```
         DEL M BUNCH JR
         DBA LOAN PARTNERS CAPITAL                            30-0
         10137 SNOW CREST PL                                     0
         LAS VEGAS NV  89134-2563                               27
```

===============================================================================
                WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                              www.bankwestnevada.com
===============================================================================

                    BUSINESS PREMIUM NOW ACCOUNT 120028700
===============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ........................ | | | 03/31/04 | 153,398.62 |
| CHECK # 11112 | 2,500.00 | | 04/05/04 | 150,898.62 |
| CHECK # 11108 | 120,000.00 | | 04/06/04 | 30,898.62 |
| USA COMMERCIAL ACH 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 | | 172,222.22 | 04/08/04 | 203,120.84 |
| CHECK # 11117 | 375.00 | | 04/12/04 | 202,745.84 |
| CHECK # 11110 | 2,640.00 | | 04/12/04 | 200,105.84 |
| CHECK # 11116 | 2,950.00 | | 04/12/04 | 197,155.84 |
| CHECK # 11115 | 3,600.00 | | 04/12/04 | 193,555.84 |
| CHECK # 11119 | 5,727.00 | | 04/12/04 | 187,828.84 |
| CHECK # 11111 | 17,500.00 | | 04/12/04 | 170,328.84 |
| CHECK # 11085 | 220.27 | | 04/13/04 | 170,108.57 |
| CHECK # 11120 | 3,000.00 | | 04/14/04 | 167,108.57 |
| CHECK # 11121 | 5,000.00 | | 04/14/04 | 162,108.57 |
| CHECK # 11114 | 5,100.00 | | 04/14/04 | 157,008.57 |
| CHECK # 11113 | 15,000.00 | | 04/14/04 | 142,008.57 |
| CHECK # 11118 | 84.48 | | 04/15/04 | 141,924.09 |
| CHECK # 11126 | 800.00 | | 04/16/04 | 141,124.09 |
| CHECK # 11127 | 1,265.00 | | 04/16/04 | 139,859.09 |
| CHECK # 11122 | 83.62 | | 04/19/04 | 139,775.47 |
| CHECK # 11132 | 656.94 | | 04/19/04 | 139,118.53 |
| CHECK # 11125 | 2,000.00 | | 04/19/04 | 137,118.53 |
| CHECK # 11129 | 2,277.00 | | 04/19/04 | 134,841.53 |
| CHECK # 11123 | 2,750.00 | | 04/19/04 | 132,091.53 |
| CHECK # 11131 | 59,400.00 | | 04/19/04 | 72,691.53 |
| CHECK # 11128 | 3,337.00 | | 04/20/04 | 69,354.53 |
| CHECK # 11133 | 1,400.00 | | 04/21/04 | 67,954.53 |
| CHECK # 11124 | 2,000.00 | | 04/23/04 | 65,954.53 |
| CHECK # 11134 | 3,000.00 | | 04/26/04 | 62,954.53 |
| CHECK # 11109 | 1,274.80 | | 04/28/04 | 61,679.73 |
| INTEREST AT .10 % | | 9.51 | 04/30/04 | 61,689.24 |

                         * * *  C O N T I N U E D  * * *

Member Federal Deposit Insurance Corporation

```
                                          003 00001 01              PAGE:    1
                                          ACCOUNT:      120028700   05/28/2004
                                          DOCUMENTS:          15
```

```
                DEL M BUNCH JR
                DBA LOAN PARTNERS CAPITAL                           30-0
                10137 SNOW CREST PL                                    0
                LAS VEGAS NV  89134-2563                              15
```

=========================================================================
         WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                       www.bankwestnevada.com
=========================================================================
                 BUSINESS PREMIUM NOW ACCOUNT 120028700
=========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................ | | | 04/30/04 | 61,689.24 |
| CHECK # 11141 | 149.92 | | 05/07/04 | 61,539.32 |
| USA COMMERCIAL ACH 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 | | 166,666.67 | 05/10/04 | 228,205.99 |
| CHECK # 11139 | 5,100.00 | | 05/11/04 | 223,105.99 |
| CHECK # 11142 | 2,950.00 | | 05/12/04 | 220,155.99 |
| CHECK # 11140 | 3,600.00 | | 05/12/04 | 216,555.99 |
| CHECK # 11137 | 2,500.00 | | 05/13/04 | 214,055.99 |
| CHECK # 11136 | 17,500.00 | | 05/13/04 | 196,555.99 |
| CHECK # 11143 | 100.00 | | 05/14/04 | 196,455.99 |
| CHECK # 11094 | 595.00 | | 05/14/04 | 195,860.99 |
| CHECK # 11138 | 15,000.00 | | 05/14/04 | 180,860.99 |
| CHECK # 11144 | 41.88 | | 05/17/04 | 180,819.11 |
| CHECK # 11135 | 2,640.00 | | 05/17/04 | 178,179.11 |
| CHECK # 11147 | 6,482.08 | | 05/17/04 | 171,697.03 |
| CHECK # 11145 | 84.48 | | 05/18/04 | 171,612.55 |
| CHECK # 11149 | 357.46 | | 05/24/04 | 171,255.09 |
| CHECK # 11146 | 683.13 | | 05/25/04 | 170,571.96 |
| INTEREST AT .10 % | | 11.00 | 05/28/04 | 170,582.96 |
| BALANCE THIS STATEMENT ............................ | | | 05/28/04 | 170,582.96 |

```
TOTAL CREDITS     (2)    166,677.67
TOTAL DEBITS     (15)     57,783.95
                 * * * C O N T I N U E D * * *
```

```
                                      003 00001 01              PAGE:    1
                                      ACCOUNT:     120028700   06/30/2004
                                      DOCUMENTS:        25
```

```
        DEL M BUNCH JR
        DBA LOAN PARTNERS CAPITAL                         30-0
        10137 SNOW CREST PL                                  0
        LAS VEGAS NV  89134-2563                            25
```

================================================================
        WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                     www.bankwestnevada.com
================================================================
              BUSINESS PREMIUM NOW ACCOUNT 120028700
================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT .......................... | | | 05/28/04 | 170,582.96 |
| CHECK # 11148 | 1,109.40 | | 06/01/04 | 169,473.56 |
| CHECK # 11153 | 6,900.00 | | 06/02/04 | 162,573.56 |
| CHECK # 11150 | 22.50 | | 06/07/04 | 162,551.06 |
| CHECK # 11167 | 173.00 | | 06/07/04 | 162,378.06 |
| CHECK # 11166 | 10,000.00 | | 06/07/04 | 152,378.06 |
| CHECK # 11152 | 17,500.00 | | 06/07/04 | 134,878.06 |
| CHECK # 11160 | 26,900.00 | | 06/07/04 | 107,978.06 |
| USA COMMERCIAL ACH 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 | | 172,222.22 | 06/08/04 | 280,200.28 |
| CHECK # 11168 | 65.03 | | 06/08/04 | 280,135.25 |
| CHECK # 11165 | 7,650.00 | | 06/08/04 | 272,485.25 |
| CHECK # 11154 | 15,000.00 | | 06/08/04 | 257,485.25 |
| CHECK # 11163 | 15,600.00 | | 06/08/04 | 241,885.25 |
| CHECK # 11164 | 23,400.00 | | 06/08/04 | 218,485.25 |
| CHECK # 11159 | 1,736.00 | | 06/10/04 | 216,749.25 |
| CHECK # 11151 | 2,640.00 | | 06/10/04 | 214,109.25 |
| CHECK # 11162 | 4,478.00 | | 06/10/04 | 209,631.25 |
| CHECK # 11161 | 1,265.00 | | 06/11/04 | 208,366.25 |
| CHECK # 11156 | 3,600.00 | | 06/11/04 | 204,766.25 |
| CHECK # 11170 | 1,973.88 | | 06/14/04 | 202,792.37 |
| CHECK # 11155 | 10,100.00 | | 06/14/04 | 192,692.37 |
| CHECK # 11158 | 40,000.00 | | 06/14/04 | 152,692.37 |
| CHECK # 11169 | 15,000.00 | | 06/15/04 | 137,692.37 |
| CHECK # 11171 | 1,000.00 | | 06/17/04 | 136,692.37 |
| CHECK # 11173 | 41.88 | | 06/21/04 | 136,650.49 |
| CHECK # 11172 | 149.92 | | 06/21/04 | 136,500.57 |
| CHECK # 11174 | 87.11 | | 06/23/04 | 136,413.46 |
| INTEREST AT .10 % | | 14.25 | 06/30/04 | 136,427.71 |
| BALANCE THIS STATEMENT ............................ | | | 06/30/04 | 136,427.71 |

                    * * * C O N T I N U E D * * *

```
                                              003 C0001 01              PAGE:     1
                                              ACCOUNT:        120028700  07/30/2004
                                              DOCUMENTS:            14
```

*Recon OK*

```
           DEL M BUNCH JR
           DBA LOAN PARTNERS CAPITAL                                    30-0
           10137 SNOW CREST PL                                             0
           LAS VEGAS NV  89134-2563                                       14
```

```
           WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                          www.bankwestnevada.com
```

### BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ..................................... | | | 06/30/04 | 136,427.71 |
| CHECK # 11175 | 118.38 | | 07/02/04 | 136,309.33 |
| CHECK # 11180 | 2,500.00 | | 07/08/04 | 133,809.33 |
| CHECK # 11176 | 17,500.00 | | 07/08/04 | 116,309.33 |
| USA COMMERCIAL ACH 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 | | 166,666.67 | 07/09/04 | 282,976.00 |
| CHECK # 11179 | 2,640.00 | | 07/09/04 | 280,336.00 |
| CHECK # 11177 | 15,000.00 | | 07/09/04 | 265,336.00 |
| CHECK # 11181 | 3,000.00 | | 07/12/04 | 262,336.00 |
| CHECK # 11182 | 3,600.00 | | 07/12/04 | 258,736.00 |
| CHECK # 11184 | 5,050.00 | | 07/13/04 | 253,686.00 |
| CHECK # 11188 | 385.96 | | 07/16/04 | 253,300.04 |
| CHECK # 11187 | 41.09 | | 07/19/04 | 253,258.95 |
| CHECK # 11189 | 87.11 | | 07/19/04 | 253,171.84 |
| CHECK # 11185 | 360.00 | | 07/19/04 | 252,811.84 |
| CHECK # 11183 | 1,760.00 | | 07/20/04 | 251,051.84 |
| CHECK # 11186 | 125.40 | | 07/29/04 | 250,926.44 |
| INTEREST AT .10 % | | 18.25 | 07/30/04 | 250,944.69 |
| BALANCE THIS STATEMENT ............................. | | | 07/30/04 | 250,944.69 |

```
TOTAL CREDITS        (2)     166,684.92
TOTAL DEBITS        (14)      52,167.94
```

### YOUR CHECKS SEQUENCED

```
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

07/02    11175      118.38 07/08    11176  17,500.00 07/09    11177*  15,000.00
                          * * *  C O N T I N U E D  * * *
```

```
                                        003 00001 01           PAGE:     1
                                        ACCOUNT:      120028700  08/31/2004
                                        DOCUMENTS:          16
```

*Recon OK* (handwritten)

```
            DEL M BUNCH JR
            DBA LOAN PARTNERS CAPITAL                      30-0
            10137 SNOW CREST PL                                0
            LAS VEGAS NV  89134-2563                          16
```

WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ......................... | | | 07/30/04 | 250,944.69 |
| CHECK # 11191 | 3,876.03 | | 08/02/04 | 247,068.66 |
| CHECK # 11192 | 241.25 | | 08/03/04 | 246,827.41 |
| CHECK # 11190 | 67.50 | | 08/05/04 | 246,759.91 |
| CHECK # 11195 | 2,500.00 | | 08/06/04 | 244,259.91 |
| USA COMMERCIAL ACH 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 | | 172,222.22 | 08/09/04 | 416,482.13 |
| CHECK # 11197 | 3,000.00 | | 08/09/04 | 413,482.13 |
| CHECK # 11200 | 4,000.00 | | 08/09/04 | 409,482.13 |
| CHECK # 11194 | 17,500.00 | | 08/09/04 | 391,982.13 |
| CHECK # 11196 | 15,000.00 | | 08/10/04 | 376,982.13 |
| CHECK # 11193 | 3,000.00 | | 08/11/04 | 373,982.13 |
| CHECK # 11198 | 5,050.00 | | 08/11/04 | 368,932.13 |
| CHECK # 11199 | 3,600.00 | | 08/12/04 | 365,332.13 |
| CHECK # 11201 | 1,414.00 | | 08/20/04 | 363,918.13 |
| CHECK # 11203 | 198.58 | | 08/23/04 | 363,719.55 |
| CHECK # 11204 | 41.83 | | 08/24/04 | 363,677.72 |
| CHECK # 11202 | 87.11 | | 08/24/04 | 363,590.61 |
| CHECK # 11206 | 4,700.00 | | 08/30/04 | 358,890.61 |
| INTEREST AT .10 % | | 29.14 | 08/31/04 | 358,919.75 |
| BALANCE THIS STATEMENT ......................... | | | 08/31/04 | 358,919.75 |

```
TOTAL CREDITS      (2)     172,251.36
TOTAL DEBITS      (16)      64,276.30
                  * * *  C O N T I N U E D  * * *
```

```
                                    003 00001 01              PAGE:    1
                                    ACCOUNT:       120028700   09/30/2004
                                    DOCUMENTS:           19
```

$Recor$
$OK$

```
        DEL M BUNCH JR                                        30-0
        DBA LOAN PARTNERS CAPITAL                                1
        10137 SNOW CREST PL                                      18
        LAS VEGAS NV  89134-2563
```

WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................ | | | 08/31/04 | 358,919.75 |
| CHECK # 11207 | 10,000.00 | | 09/01/04 | 348,919.75 |
| USA COMMERCIAL ACH 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 | | 172,222.22 | 09/08/04 | 521,141.97 |
| CHECK # 11211 | 6,900.00 | | 09/08/04 | 514,241.97 |
| CHECK # 11215 | 10,050.00 | | 09/08/04 | 504,191.97 |
| CHECK # 11209 | 44,400.00 | | 09/08/04 | 459,791.97 |
| CHECK # 11208 | 5,376.00 | | 09/09/04 | 454,415.97 |
| CHECK # 11216 | 7,650.00 | | 09/09/04 | 446,765.97 |
| CHECK # 11214 | 10,000.00 | | 09/09/04 | 436,765.97 |
| CHECK # 11213 | 23,400.00 | | 09/09/04 | 413,365.97 |
| CHECK # 11210 | 30,000.00 | | 09/09/04 | 383,365.97 |
| CHECK # 11212 | 45,600.00 | | 09/09/04 | 337,765.97 |
| DEPOSIT | | 32,400.00 | 09/10/04 | 370,165.97 |
| CHECK # 11217 | 4,865.00 | | 09/10/04 | 365,300.97 |
| CHECK # 11219 | 325,000.00 | | 09/10/04 | 40,300.97 |
| CHECK # 11221 | 87.11 | | 09/15/04 | 40,213.86 |
| CHECK # 11220 | 262.96 | | 09/15/04 | 39,950.90 |
| CHECK # 11222 | 41.83 | | 09/17/04 | 39,909.07 |
| CHECK # 11223 | 5,242.13 | | 09/20/04 | 34,666.94 |
| CHECK # 11224 | 153.50 | | 09/24/04 | 34,513.44 |
| CHECK # 11218 | 3,100.00 | | 09/27/04 | 31,413.44 |
| INTEREST AT .10 % | | 10.72 | 09/30/04 | 31,424.16 |
| BALANCE THIS STATEMENT ............................ | | | 09/30/04 | 31,424.16 |

```
TOTAL CREDITS      (3)     204,632.94
TOTAL DEBITS      (18)     532,128.53
                  * * *  C O N T I N U E D  * * *
```

```
                                    003 00001 01              PAGE:    1
                                    ACCOUNT:        120028700  10/28/2004
                                    DOCUMENTS:             17
```

*Recon OK*

```
        DEL M BUNCH JR
        DBA LOAN PARTNERS CAPITAL                        30-0
        10137 SNOW CREST PL                                 1
        LAS VEGAS NV  89134-2563                           16
```

WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................. | | | 09/30/04 | 31,424.16 |
| CHECK # 11233 | 10,000.00 | | 10/05/04 | 21,424.16 |
| USA COMMERCIAL ACH 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 | | 166,666.67 | 10/08/04 | 188,090.83 |
| DEPOSIT | | 2,491.67 | 10/11/04 | 190,582.50 |
| CHECK # 11225 | 3,000.00 | | 10/12/04 | 187,582.50 |
| CHECK # 11229 | 3,000.00 | | 10/12/04 | 184,582.50 |
| CHECK # 11231 | 3,600.00 | | 10/12/04 | 180,982.50 |
| CHECK # 11226 | 17,500.00 | | 10/12/04 | 163,482.50 |
| CHECK # 11227 | 2,500.00 | | 10/13/04 | 160,982.50 |
| CHECK # 11230 | 5,025.00 | | 10/13/04 | 155,957.50 |
| CHECK # 11228 | 15,000.00 | | 10/13/04 | 140,957.50 |
| CHECK # 11234 | 125,000.00 | | 10/13/04 | 15,957.50 |
| CHECK # 11235 | 94.00 | | 10/14/04 | 15,863.50 |
| CHECK # 11236 | 41.83 | | 10/18/04 | 15,821.67 |
| CHECK # 11238 | 87.10 | | 10/20/04 | 15,734.57 |
| CHECK # 11232 | 1,414.00 | | 10/21/04 | 14,320.57 |
| CHECK # 11237 | 5,598.97 | | 10/21/04 | 8,721.60 |
| CHECK # 11239 | 985.00 | | 10/26/04 | 7,736.60 |
| CHECK # 11240 | 287.06 | | 10/27/04 | 7,449.54 |
| INTEREST AT .24 % | | 8.51 | 10/28/04 | 7,458.05 |
| BALANCE THIS STATEMENT ............................. | | | 10/28/04 | 7,458.05 |

```
TOTAL CREDITS     (3)     169,166.85
TOTAL DEBITS      (16)    193,132.96
                * * *  C O N T I N U E D  * * *
```

```
003 00001 01          PAGE:     1
ACCOUNT:     120028700 11/30/2004
DOCUMENTS:           19
```

```
DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                    30-0
10137 SNOW CREST PL                             3
LAS VEGAS NV  89134-2563                       16
```

===============================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                        www.bankwestnevada.com
===============================================================================

BUSINESS PREMIUM NOW ACCOUNT 120028700
===============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................. | | | 10/28/04 | 7,458.05 |
| CHECK # 11244 | 30.00 | | 11/02/04 | 7,428.05 |
| CHECK # 11245 | 58.05 | | 11/02/04 | 7,370.00 |
| DEPOSIT | | 4,288.19 | 11/08/04 | 11,658.19 |
| USA COMMERCIAL ACH XXX-XX-9807 | | 172,222.22 | 11/08/04 | 183,880.41 |
| CHECK # 11242 | 1,000.00 | | 11/08/04 | 182,880.41 |
| CHECK # 11248 | 2,500.00 | | 11/09/04 | 180,380.41 |
| CHECK # 11255 | 2,950.00 | | 11/09/04 | 177,430.41 |
| CHECK # 11250 | 3,000.00 | | 11/10/04 | 174,430.41 |
| CHECK # 11251 | 5,025.00 | | 11/10/04 | 169,405.41 |
| CHECK # 11253 | 15,000.00 | | 11/10/04 | 154,405.41 |
| CHECK # 11247 | 17,500.00 | | 11/10/04 | 136,905.41 |
| CHECK # 11246 | 3,000.00 | | 11/12/04 | 133,905.41 |
| CHECK # 11252 | 3,600.00 | | 11/12/04 | 130,305.41 |
| CHECK # 11249 | 15,000.00 | | 11/12/04 | 115,305.41 |
| CHECK # 11254 | 41.83 | | 11/16/04 | 115,263.58 |
| DEPOSIT | | 15,000.00 | 11/29/04 | 130,263.58 |
| DEPOSIT | | 100,000.00 | 11/29/04 | 230,263.58 |
| CHECK # 11256 | 87.10 | | 11/29/04 | 230,176.48 |
| CHECK # 11243 | 100.00 | | 11/29/04 | 230,076.48 |
| CHECK # 11257 | 377.38 | | 11/29/04 | 229,699.10 |
| INTEREST AT .25 % | | 20.60 | 11/30/04 | 229,719.70 |
| BALANCE THIS STATEMENT ............................. | | | 11/30/04 | 229,719.70 |

```
TOTAL CREDITS     (5)    291,531.01
TOTAL DEBITS     (16)     69,269.36
                 * * * C O N T I N U E D * * *
```

```
                                        003 00001 01                    PAGE:      1
                                        ACCOUNT:            120028700   12/30/2004
                                        DOCUMENTS:                 28
```

```
            DEL M BUNCH JR
            DBA LOAN PARTNERS CAPITAL                                  30-0
            10137 SNOW CREST PL                                           3
            LAS VEGAS NV  89134-2563                                     25
```

=============================================================================
      WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                       www.bankwestnevada.com
=============================================================================
                BUSINESS PREMIUM NOW ACCOUNT 120028700
=============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................. | | | 11/30/04 | 229,719.70 |
| CHECK # 11261 | 2,500.00 | | 12/02/04 | 227,219.70 |
| CHECK # 11259 | 17,500.00 | | 12/02/04 | 209,719.70 |
| CHECK # 11260 | 10,000.00 | | 12/03/04 | 199,719.70 |
| CHECK # 11262 | 15,000.00 | | 12/03/04 | 184,719.70 |
| CHECK # 11264 | 5,025.00 | | 12/06/04 | 179,694.70 |
| CHECK # 11263 | 7,000.00 | | 12/06/04 | 172,694.70 |
| CHECK # 11266 | 150,000.00 | | 12/06/04 | 22,694.70 |
| USA COMMERCIAL ACH XXX-XX-9807 | | 166,666.67 | 12/09/04 | 189,361.37 |
| CHECK # 11258 | 3,000.00 | | 12/09/04 | 186,361.37 |
| DEPOSIT | | 1,354.17 | 12/13/04 | 187,715.54 |
| DEPOSIT | | 3,250.00 | 12/13/04 | 190,965.54 |
| CHECK # 11265 | 3,600.00 | | 12/13/04 | 187,365.54 |
| CHECK # 11268 | 43.86 | | 12/14/04 | 187,321.68 |
| CHECK # 11267 | 2,950.00 | | 12/14/04 | 184,371.68 |
| CHECK # 11269 | 511.49 | | 12/17/04 | 183,860.19 |
| CHECK # 11270 | 5,000.00 | | 12/21/04 | 178,860.19 |
| CHECK # 11272 | 25,000.00 | | 12/23/04 | 153,860.19 |
| DEPOSIT | | 391,151.59 | 12/28/04 | 545,011.78 |
| CHECK # 11281 | 375.00 | | 12/28/04 | 544,636.78 |
| CHECK # 2011282 | 5,000.00 | | 12/28/04 | 539,636.78 |
| CHECK # 11274 | 11,876.91 | | 12/28/04 | 527,759.87 |
| CHECK # 11284 | 14,688.54 | | 12/28/04 | 513,071.33 |
| CHECK # 11280 | 27,598.00 | | 12/28/04 | 485,473.33 |
| CHECK # 11279 | 29,467.00 | | 12/28/04 | 456,006.33 |
| CHECK # 11283 | 34,468.00 | | 12/28/04 | 421,538.33 |
| CHECK # 11277 | 38,794.14 | | 12/28/04 | 382,744.19 |
| CHECK # 11275 | 44,470.00 | | 12/28/04 | 338,274.19 |
| CHECK # 11278 | 184,414.00 | | 12/28/04 | 153,860.19 |
| CHECK # 11276 | 22,000.00 | | 12/29/04 | 131,860.19 |

                    * * *  C O N T I N U E D  * * *

```
003 00001 01                          PAGE:      1
ACCOUNT:              120028700    01/31/2005
DOCUMENTS:                   19
```

**Exhibit**

*Bunch R*

Date: 12-19-06

William C. LaBorde, RPR, CRR

```
DEL M BUNCH JR                                   30-0
DBA LOAN PARTNERS CAPITAL                            2
10137 SNOW CREST PL                                 17
LAS VEGAS NV  89134-2563
```

WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com

BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................ | | | 12/30/04 | 131,893.23 |
| CHECK # 11273 | 87.11 | | 01/03/05 | 131,806.12 |
| CHECK # 11271 | 213.95 | | 01/03/05 | 131,592.17 |
| CHECK # 11285 | 34.35 | | 01/05/05 | 131,557.82 |
| CHECK # 11286 | 1,288.93 | | 01/06/05 | 130,268.89 |
| CHECK # 11289 | 5,000.00 | | 01/06/05 | 125,268.89 |
| CHECK # 11287 | 108.00 | | 01/07/05 | 125,160.89 |
| CHECK # 11292 | 6,900.00 | | 01/07/05 | 118,260.89 |
| CHECK # 11291 | 44,400.00 | | 01/07/05 | 73,860.89 |
| DEPOSIT | | 3,045.84 | 01/10/05 | 76,906.73 |
| DEPOSIT | | 3,250.00 | 01/10/05 | 80,156.73 |
| USA COMMERCIAL ACH XXX-XX-9807 | | 172,222.22 | 01/10/05 | 252,378.95 |
| CHECK # 11299 | 1,650.00 | | 01/11/05 | 250,728.95 |
| CHECK # 11298 | 2,000.00 | | 01/11/05 | 248,728.95 |
| CHECK # 11294 | 40,000.00 | | 01/11/05 | 208,728.95 |
| CHECK # 11288 | 4,865.00 | | 01/12/05 | 203,863.95 |
| CHECK # 11290 | 5,376.00 | | 01/12/05 | 198,487.95 |
| CHECK # 11297 | 52,600.00 | | 01/12/05 | 145,887.95 |
| CHECK # 11293 | 10,025.00 | | 01/13/05 | 135,862.95 |
| CHECK # 11296 | 87.11 | | 01/19/05 | 135,775.84 |
| CHECK # 11301 | 391.55 | | 01/31/05 | 135,384.29 |
| INTEREST AT .25 % | | 29.58 | 01/31/05 | 135,413.87 |
| BALANCE THIS STATEMENT ............................ | | | 01/31/05 | 135,413.87 |

```
TOTAL CREDITS       (4)      178,547.64
TOTAL DEBITS       (17)      175,027.00
            * * *  C O N T I N U E D  * * *
```



Your Business Partner

```
                                      003 00001 01              PAGE:      1
                                      ACCOUNT:      120028700    02/28/2005
                                      DOCUMENTS:           17
```

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                                       30-0
10137 SNOW CREST PL                                                3
LAS VEGAS NV  89134-2563                                          14

===============================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
VISA Mandated Notice to Debit Cardholders
Effective April 2, 2005, the exchange rate between the transaction
currency and the billing currency used for processing international
transactions is a rate selected by VISA from the range of rates available
in wholesale currency markets for the applicable central processing date,
which rate may vary from the rate VISA itself receives, or the government
mandated rate in effect for the applicable central processing date.

===============================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
===============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................ | | | 01/31/05 | 135,413.87 |
| CHECK # 11302 | 396.00 | | 02/02/05 | 135,017.87 |
| CHECK # 11303 | 1,000.00 | | 02/02/05 | 134,017.87 |
| CHECK # 11311 | 22,000.00 | | 02/04/05 | 112,017.87 |
| CHECK # 11307 | 3,000.00 | | 02/07/05 | 109,017.87 |
| CHECK # 11310 | 1,785.00 | | 02/08/05 | 107,232.87 |
| CHECK # 11295 | 4,478.00 | | 02/08/05 | 102,754.87 |
| CHECK # 11308 | 5,136.00 | | 02/08/05 | 97,618.87 |
| USA COMMERCIAL ACH XXX-XX-9807 | | 172,222.22 | 02/09/05 | 269,841.09 |
| DEPOSIT | | 6,354.17 | 02/10/05 | 276,195.26 |
| CHECK # 11306 | 2,500.00 | | 02/10/05 | 273,695.26 |
| CHECK # 11305 | 17,500.00 | | 02/10/05 | 256,195.26 |
| CHECK # 11309 | 4,800.00 | | 02/11/05 | 251,395.26 |
| CHECK # 11313 | 85.89 | | 02/15/05 | 251,309.37 |
| CHECK # 11312 | 87.11 | | 02/16/05 | 251,222.26 |
| CHECK # 11304 | 3,000.00 | | 02/17/05 | 248,222.26 |
| DEPOSIT | | 100,000.00 | 02/24/05 | 348,222.26 |
| DEPOSIT | | 325,000.00 | 02/24/05 | 673,222.26 |
| CHECK # 11314 | 250,000.00 | | 02/28/05 | 423,222.26 |
| INTEREST AT .25 % | | 50.71 | 02/28/05 | 423,272.97 |
| BALANCE THIS STATEMENT ............................ | | | 02/28/05 | 423,272.97 |

```
TOTAL CREDITS      (5)      603,627.10
TOTAL DEBITS      (14)      315,768.00
                  * * *  C O N T I N U E D  * * *
```

```
                                          003 00001 01                    PAGE:    1
                                          ACCOUNT:          120028700   03/31/2005
                                          DOCUMENTS:             18
```

*Reson*
*O K*

```
              DEL M BUNCH JR
              DBA LOAN PARTNERS CAPITAL                           30-0
              10137 SNOW CREST PL                                     4
              LAS VEGAS NV  89134-2563                              14
```

==============================================================================
          WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                           www.bankwestnevada.com
                   VISA Mandated Notice to Debit Cardholders
          Effective April 2, 2005, the exchange rate between the transaction
          currency and the billing currency used for processing international
          transactions is a rate selected by VISA from the range of rates available
          in wholesale currency markets for the applicable central processing date,
          which rate may vary from the rate VISA itself receives, or the government
          mandated rate in effect for the applicable central processing date.
          Effective May 1, 2005 a $10.00 fee will be charged for each incoming
          wire transfer of funds into any BankWest of Nevada Account.

==============================================================================
                   BUSINESS PREMIUM NOW ACCOUNT 120028700
==============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ................................ | | | 02/28/05 | 423,272.97 |
| CHECK # 11315 | 420,000.00 | | 03/02/05 | 3,272.97 |
| CHECK # 11316 | 569.64 | | 03/07/05 | 2,703.33 |
| DEPOSIT | | 458.33 | 03/09/05 | 3,161.66 |
| DEPOSIT | | 1,120.00 | 03/09/05 | 4,281.66 |
| DEPOSIT | | 1,950.00 | 03/09/05 | 6,231.66 |
| DEPOSIT | | 3,104.17 | 03/09/05 | 9,335.83 |
| CHECK # 11319 | 2,500.00 | | 03/09/05 | 6,835.83 |
| USA COMMERCIAL ACH XXX-XX-9807 | | 187,333.33 | 03/10/05 | 194,169.16 |
| CHECK # 11318 | 17,500.00 | | 03/11/05 | 176,669.16 |
| CHECK # 11320 | 22,000.00 | | 03/11/05 | 154,669.16 |
| CHECK # 11317 | 3,000.00 | | 03/14/05 | 151,669.16 |
| CHECK # 11323 | 4,800.00 | | 03/14/05 | 146,869.16 |
| CHECK # 11322 | 5,136.00 | | 03/14/05 | 141,733.16 |
| CHECK # 11328 | 42.07 | | 03/15/05 | 141,691.09 |
| CHECK # 11327 | 87.11 | | 03/16/05 | 141,603.98 |
| CHECK # 11321 | 6,000.00 | | 03/16/05 | 135,603.98 |
| CHECK # 11326 | 125,000.00 | | 03/18/05 | 10,603.98 |
| CHECK # 11324 | 1,054.00 | | 03/22/05 | 9,549.98 |
| CHECK # 11329 | 441.87 | | 03/28/05 | 9,108.11 |
| INTEREST AT .25 % | | 12.25 | 03/31/05 | 9,120.36 |

                        * * * C O N T I N U E D * * *
```

```
                                          003 00001 01              PAGE:     1
                                          ACCOUNT:      120028700    04/29/2005
                                          DOCUMENTS:          29
```

*R̶ECON̶ OK* (handwritten)

```
          DEL M BUNCH JR
          DBA LOAN PARTNERS CAPITAL
          10137 SNOW CREST PL                                30-0
          LAS VEGAS NV  89134-2563                              3
                                                               26
```

WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
Effective May 1, 2005 a $10.00 fee will be charged for each incoming
wire transfer of funds into any BankWest of Nevada Account.

## BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................. | | | 03/31/05 | 9,120.36 |
| DEPOSIT | | 6,000.00 | 04/01/05 | 15,120.36 |
| DEPOSIT | | 3,437.50 | 04/05/05 | 18,557.86 |
| CHECK # 11331 | 115.00 | | 04/05/05 | 18,442.86 |
| CHECK # 11332 | 158.00 | | 04/05/05 | 18,284.86 |
| CHECK # 11330 | 345.00 | | 04/05/05 | 17,939.86 |
| BEASTAR | | 3,104.17 | 04/11/05 | 21,044.03 |
| GLENDALE | | 6,711.11 | 04/11/05 | 27,755.14 |
| USA COMMERCIAL ACH XXX-XX-9807 | | 217,000.00 | 04/11/05 | 244,755.14 |
| DEPOSIT | | 125,000.00 | 04/12/05 | 369,755.14 |
| CHECK # 11336 | 2,500.00 | | 04/12/05 | 367,255.14 |
| CHECK # 11340 | 4,800.00 | | 04/12/05 | 362,455.14 |
| CHECK # 11334 | 17,500.00 | | 04/12/05 | 344,955.14 |
| CHECK # 11341 | 1,513.60 | | 04/13/05 | 343,441.54 |
| CHECK # 11333 | 3,000.00 | | 04/13/05 | 340,441.54 |
| CHECK # 11335 | 116,000.00 | | 04/13/05 | 224,441.54 |
| CHECK # 11349 | 42.18 | | 04/14/05 | 224,399.36 |
| CHECK # 11338 | 3,000.00 | | 04/14/05 | 221,399.36 |
| CHECK # 11343 | 10,000.00 | | 04/14/05 | 211,399.36 |
| CHECK # 11337 | 22,000.00 | | 04/14/05 | 189,399.36 |
| CHECK # 11342 | 87.11 | | 04/15/05 | 189,312.25 |
| CHECK # 11350 | 984.00 | | 04/15/05 | 188,328.25 |
| CHECK # 11357 | 32,000.00 | | 04/15/05 | 156,328.25 |
| CHECK # 11356 | 275.00 | | 04/18/05 | 156,053.25 |
| CHECK # 11355 | 4,600.00 | | 04/18/05 | 151,453.25 |
| CHECK # 11358 | 8,700.00 | | 04/18/05 | 142,753.25 |
| CHECK # 11359 | 17,500.00 | | 04/18/05 | 125,253.25 |
| CHECK # 11352 | 148.00 | | 04/20/05 | 125,105.25 |

```
                    * * *  C O N T I N U E D  * * *
```

Member Federal Deposit Insurance Corporation

```
                                                003 00001 01                     PAGE:     1.
                                                ACCOUNT:            120028700    05/31/2005
                                                DOCUMENTS:                 16
```

```
                    DEL M BUNCH JR
                    DBA LOAN PARTNERS CAPITAL                                    30-0
                    10137 SNOW CREST PL                                            1
                    LAS VEGAS NV  89134-2563                                      15
```

```
=============================================================================
              WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                             www.bankwestnevada.com
         Effective May 1, 2005 a $10.00 fee will be charged for each incoming
         wire transfer of funds into any BankWest of Nevada Account.
=============================================================================
```

```
                    BUSINESS PREMIUM NOW ACCOUNT 120028700
=============================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 04/29/05 | 56,382.50 |
| DEPOSIT | | 3,437.50 | 05/06/05 | 59,820.00 |
| BEASTAR 1 | | 2,458.33 | 05/09/05 | 62,278.33 |
| USA COMMERCIAL ACH XXX-XX-9807 | | 210,000.00 | 05/10/05 | 272,278.33 |
| CHECK # 11379 | 2,500.00 | | 05/10/05 | 269,778.33 |
| CHECK # 11375 | 9,500.00 | | 05/10/05 | 260,278.33 |
| CHECK # 11380 | 1,354.00 | | 05/11/05 | 258,924.33 |
| CHECK # 11381 | 2,500.00 | | 05/11/05 | 256,424.33 |
| CHECK # 11382 | 3,280.00 | | 05/11/05 | 253,144.33 |
| CHECK # 11383 | 4,475.00 | | 05/11/05 | 248,669.33 |
| CHECK # 11377 | 4,800.00 | | 05/11/05 | 243,869.33 |
| CHECK # 11372 | 17,500.00 | | 05/11/05 | 226,369.33 |
| CHECK # 11385 | 42.74 | | 05/12/05 | 226,326.59 |
| CHECK # 11378 | 3,000.00 | | 05/12/05 | 223,326.59 |
| CHECK # 11376 | 5,111.88 | | 05/12/05 | 218,214.71 |
| CHECK # 11374 | 10,000.00 | | 05/13/05 | 208,214.71 |
| CHECK # 11373 | 22,000.00 | | 05/13/05 | 186,214.71 |
| CHECK # 11384 | 87.11 | | 05/17/05 | 186,127.60 |
| CHECK # 11388 | 165,000.00 | | 05/18/05 | 21,127.60 |
| INTEREST AT .29 % | | 19.87 | 05/31/05 | 21,147.47 |
| BALANCE THIS STATEMENT ............................ | | | 05/31/05 | 21,147.47 |

```
     TOTAL CREDITS      (4)      215,915.70
     TOTAL DEBITS      (15)      251,150.73
                       * * * C O N T I N U E D * * *
```



P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 00001 01
ACCOUNT:              120028700
DOCUMENTS:                    17

PAGE:       1
06/30/2005

*Reesn*
*OK*

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
10137 SNOW CREST PL
LAS VEGAS NV  89134-2563

30-0
1
16

===========================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
Effective May 1, 2005 a $10.00 fee will be charged for each incoming
wire transfer of funds into any BankWest of Nevada Account.

===========================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
===========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ......................... | | | 05/31/05 | 21,147.47 |
| CHECK # 11361 | 7,300.00 | | 06/01/05 | 13,847.47 |
| CHECK # 11386 | 80.00 | | 06/02/05 | 13,767.47 |
| CHECK # 11387 | 137.05 | | 06/02/05 | 13,630.42 |
| DEPOSIT | | 7,266.67 | 06/03/05 | 20,897.09 |
| GLENDALE | | 7,266.67 | 06/06/05 | 28,163.76 |
| CONSOLIDATED MOR ACH XFER | | 953.33 | 06/07/05 | 29,117.09 |
| INTEGRATED FINAN LOAN PMT. 625 | | 3,437.50 | 06/08/05 | 32,554.59 |
| USA CAPITAL PAYMENTS 0000000950 | | 217,000.00 | 06/08/05 | 249,554.59 |
| CHECK # 11392 | 45,500.00 | | 06/09/05 | 204,054.59 |
| CHECK # 11397 | 2,200.00 | | 06/10/05 | 201,854.59 |
| CHECK # 11394 | 3,000.00 | | 06/10/05 | 198,854.59 |
| CHECK # 11393 | 6,615.00 | | 06/10/05 | 192,239.59 |
| CHECK # 11396 | 19,111.88 | | 06/10/05 | 173,127.71 |
| CHECK # 11399 | 48,900.00 | | 06/10/05 | 124,227.71 |
| CHECK # 11389 | 55,000.00 | | 06/10/05 | 69,227.71 |
| CHECK # 11400 | 2,395.00 | | 06/13/05 | 66,832.71 |
| CHECK # 11398 | 9,300.00 | | 06/13/05 | 57,532.71 |
| CHECK # 11402 | 133.00 | | 06/14/05 | 57,399.71 |
| CHECK # 11395 | 6,900.00 | | 06/14/05 | 50,499.71 |
| CHECK # 11403 | 44.83 | | 06/15/05 | 50,454.88 |
| CHECK # 11404 | 5,900.00 | | 06/16/05 | 44,554.88 |
| INTEREST AT .30 % | | 13.27 | 06/30/05 | 44,568.15 |
| BALANCE THIS STATEMENT ......................... | | | 06/30/05 | 44,568.15 |

TOTAL CREDITS      (6)      235,937.44
TOTAL DEBITS      (16)      212,516.76
* * * C O N T I N U E D * * *



P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 00001 01
ACCOUNT:        120028700
DOCUMENTS:           19

PAGE:      1
07/29/2005

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
10137 SNOW CREST PL
LAS VEGAS NV  89134-2563

Recon
OK

30-0
1
18

========================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
Effective May 1, 2005 a $10.00 fee will be charged for each incoming
wire transfer of funds into any BankWest of Nevada Account.

========================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 06/30/05 | 44,568.15 |
| CHECK # 11405 | 87.11 | | 07/05/05 | 44,481.04 |
| CHECK # 11406 | 544.07 | | 07/05/05 | 43,936.97 |
| CHECK # 11414 | 1,354.00 | | 07/06/05 | 42,582.97 |
| CONSOLIDATED MOR ACH XFER | | 2,199.97 | 07/07/05 | 44,782.94 |
| CHECK # 11409 | 2,500.00 | | 07/07/05 | 42,282.94 |
| DEPOSIT | | 150,000.00 | 07/08/05 | 192,282.94 |
| INTEGRATED FINAN LOAN PMT. 625 | | 3,437.50 | 07/08/05 | 195,720.44 |
| USA CAPITAL PAYMENTS 0000000950 | | 210,000.00 | 07/08/05 | 405,720.44 |
| CHECK # 11411 | 3,000.00 | | 07/11/05 | 402,720.44 |
| CHECK # 11413 | 4,800.00 | | 07/11/05 | 397,920.44 |
| CHECK # 11407 | 13,000.00 | | 07/11/05 | 384,920.44 |
| CHECK # 11408 | 17,500.00 | | 07/11/05 | 367,420.44 |
| BEASTAR 1 | | 1,875.00 | 07/12/05 | 369,295.44 |
| BEASTAR 1 | | 2,312.50 | 07/12/05 | 371,607.94 |
| GLENDALE | | 7,266.67 | 07/12/05 | 378,874.61 |
| CHECK # 11415 | 1,500.00 | | 07/12/05 | 377,374.61 |
| CHECK # 11412 | 5,016.88 | | 07/12/05 | 372,357.73 |
| CHECK # 11410 | 22,000.00 | | 07/13/05 | 350,357.73 |
| CHECK # 11417 | 169.34 | | 07/15/05 | 350,188.39 |
| CHECK # 11419 | 10,000.00 | | 07/15/05 | 340,188.39 |
| CHECK # 11418 | 85.10 | | 07/18/05 | 340,103.29 |
| CHECK # 11416 | 87.11 | | 07/18/05 | 340,016.18 |
| CHECK # 11420 | 43.85 | | 07/20/05 | 339,972.33 |
| CHECK # 11421 | 694.49 | | 07/27/05 | 339,277.84 |
| CHECK # 11422 | 208.57 | | 07/29/05 | 339,069.27 |
| INTEREST AT .30 % | | 62.58 | 07/29/05 | 339,131.85 |
| BALANCE THIS STATEMENT ............................. | | | 07/29/05 | 339,131.85 |

* * * C O N T I N U E D * * *

DP002 Rev. (8/04)

Member Federal Deposit Insurance Corporation



BankWest
of
Nevada
Your Business Partner™

P.O. BOX 28637
LAS VEGAS, NEVADA 89126-3287
(702) 240-4200

003 00001 01
ACCOUNT:                    120028700        PAGE:      1
DOCUMENTS:                        19         08/31/2005

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                               30-0
10137 SNOW CREST PL                                        1
LAS VEGAS NV  89134-2563                                  18

=================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
Effective May 1, 2005 a $10.00 fee will be charged for each incoming
wire transfer of funds into any BankWest of Nevada Account.

===============================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
===============================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ........................ | | | 07/29/05 | 339,131.85 |
| INTEGRATED FINAN LOAN PMT. 625 | | 3,437.50 | 08/02/05 | 342,569.35 |
| CHECK # 11424 | 100,000.00 | | 08/03/05 | 242,569.35 |
| CONSOLIDATED MOR ACH XFER | | 2,273.29 | 08/04/05 | 244,842.64 |
| CHECK # 11430 | 7,500.00 | | 08/05/05 | 237,342.64 |
| CHECK # 11435 | 150,000.00 | | 08/08/05 | 87,342.64 |
| CYD D ALLRED EXTRL XFER XXXXX8700 | | 250.00 | 08/09/05 | 87,592.64 |
| GLENDALE | | 7,266.67 | 08/09/05 | 94,859.31 |
| CHECK # 11428 | 2,500.00 | | 08/09/05 | 92,359.31 |
| CHECK # 11431 | 5,500.00 | | 08/09/05 | 86,859.31 |
| CHECK # 11427 | 17,500.00 | | 08/09/05 | 69,359.31 |
| USA CAPITAL PAYMENTS 0000000950 | | 217,000.00 | 08/10/05 | 286,359.31 |
| CHECK # 11434 | 1,354.00 | | 08/11/05 | 285,005.31 |
| CHECK # 11432 | 5,016.88 | | 08/11/05 | 279,988.43 |
| CHECK # 11429 | 22,000.00 | | 08/11/05 | 257,988.43 |
| CHECK # 11433 | 4,800.00 | | 08/12/05 | 253,188.43 |
| CHECK # 11426 | 3,000.00 | | 08/15/05 | 250,188.43 |
| CHECK # 11436 | 1,600.00 | | 08/17/05 | 248,588.43 |
| CHECK # 11440 | 10,000.00 | | 08/18/05 | 238,588.43 |
| CHECK # 11437 | 43.76 | | 08/19/05 | 238,544.67 |
| CHECK # 11438 | 87.11 | | 08/19/05 | 238,457.56 |
| CHECK # 11439 | 164.24 | | 08/22/05 | 238,293.32 |
| DEPOSIT | | 165,002.29 | 08/25/05 | 403,295.61 |
| CHECK # 11441 | 61.06 | | 08/29/05 | 403,234.55 |
| CHECK # 11442 | 9,500.00 | | 08/29/05 | 393,734.55 |
| INTEREST AT .30 % | | 75.89 | 08/31/05 | 393,810.44 |
| BALANCE THIS STATEMENT ........................... | | | 08/31/05 | 393,810.44 |

* * * C O N T I N U E D * * *

Member Federal Deposit Insurance Corporation



| | BankWest of Nevada Your Business Partner™ | P.O. BOX 26237 LAS VEGAS, NEVADA 89126-0237 (702) 248-4200 | 003 00001 01 ACCOUNT: DOCUMENTS: | 120028700 22 | PAGE: 1 09/30/2005 |

*Recon OK*

```
              DEL M BUNCH JR
              DBA LOAN PARTNERS CAPITAL                      30-0
              10137 SNOW CREST PL                               2
              LAS VEGAS NV  89134-2563                         20
```

=========================================================================

           WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
                        www.bankwestnevada.com
          Effective May 1, 2005 a $10.00 fee will be charged for each incoming
          wire transfer of funds into any BankWest of Nevada Account.

=========================================================================
                   BUSINESS PREMIUM NOW ACCOUNT 120028700
=========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ................................ | | | 08/31/05 | 393,810.44 |
| INTEGRATED FINAN LOAN PMT. 625 | | 3,437.50 | 09/06/05 | 397,247.94 |
| GLENDALE | | 7,266.67 | 09/06/05 | 404,514.61 |
| CHECK # 11446 | 6,615.00 | | 09/06/05 | 397,899.61 |
| CHECK # 11455 | 3,395.00 | | 09/06/05 | 394,504.61 |
| CHECK # 11450 | 8,391.88 | | 09/06/05 | 386,112.73 |
| CHECK # 11447 | 55,000.00 | | 09/06/05 | 331,112.73 |
| CHECK # 11444 | 45,500.00 | | 09/07/05 | 285,612.73 |
| DEPOSIT | | 1,127.78 | 09/08/05 | 286,740.51 |
| USA CAPITAL PAYMENTS 0000000950 | | 217,000.00 | 09/08/05 | 503,740.51 |
| CHECK # 11449 | 3,000.00 | | 09/08/05 | 500,740.51 |
| CHECK # 11451 | 6,900.00 | | 09/08/05 | 493,840.51 |
| CHECK # 11457 | 7,500.00 | | 09/08/05 | 486,340.51 |
| CHECK # 11445 | 48,900.00 | | 09/08/05 | 437,440.51 |
| CHECK # 11456 | 66,000.00 | | 09/08/05 | 371,440.51 |
| DEPOSIT | | 18.33 | 09/09/05 | 371,458.84 |
| CYD D ALLRED EXTRL XFER XXXXX8700 | | 250.00 | 09/09/05 | 371,708.84 |
| CHECK # 11448 | 2,500.00 | | 09/09/05 | 369,208.84 |
| CHECK # 11443 | 5,900.00 | | 09/13/05 | 363,308.84 |
| NIMBLE INVEST | | 1,733.33 | 09/14/05 | 365,042.17 |
| CHECK # 11453 | 2,200.00 | | 09/14/05 | 362,842.17 |
| CHECK # 11454 | 9,300.00 | | 09/14/05 | 353,542.17 |
| CHECK # 11458 | 87.11 | | 09/16/05 | 353,455.06 |
| CHECK # 11460 | 300,000.00 | | 09/19/05 | 53,455.06 |
| CHECK # 11459 | 266.00 | | 09/20/05 | 53,189.06 |
| CHECK # 11461 | 90.00 | | 09/22/05 | 53,099.06 |
| CHECK # 11463 | 10,000.00 | | 09/28/05 | 43,099.06 |
| CHECK # 11462 | 17,500.00 | | 09/28/05 | 25,599.06 |

                        * * *  C O N T I N U E D  * * *

DP002 Rev. (8/04)                                    Member Federal Deposit Insurance Corporation



| | | | | |
|---|---|---|---|---|
| | P.O. BOX 26237 | 003 00001 01 | | PAGE:    1 |
| | LAS VEGAS, NEVADA 89126-0237 | ACCOUNT: | 120028700 | 10/31/2005 |
| | (702) 248-4200 | DOCUMENTS: | 13 | |

Recon
OK

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL                                    30-0
10137 SNOW CREST PL                                            1
LAS VEGAS NV  89134-2563                                      12

===============================================================================

WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
Effective May 1, 2005 a $10.00 fee will be charged for each incoming
wire transfer of funds into any BankWest of Nevada Account.

===============================================================================
BUSINESS PREMIUM NOW ACCOUNT 120028700
===============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ........................... | | | 09/30/05 | 25,657.58 |
| INTEGRATED FINAN LOAN PMT. 625 | | 3,437.50 | 10/05/05 | 29,095.08 |
| CHECK # 11464 | 22,000.00 | | 10/06/05 | 7,095.08 |
| CHECK # 11473 | 1,354.00 | | 10/07/05 | 5,741.08 |
| CHECK # 11468 | 2,500.00 | | 10/11/05 | 3,241.08 |
| NIMBLE INVEST | | 2,000.00 | 10/12/05 | 5,241.08 |
| GLENDALE | | 7,266.67 | 10/12/05 | 12,507.75 |
| CHECK # 11472 | 4,800.00 | | 10/12/05 | 7,707.75 |
| USA CAPITAL PAYMENTS 0000000950 | | 210,000.00 | 10/13/05 | 217,707.75 |
| CHECK # 11465 | 201.39 | | 10/13/05 | 217,506.36 |
| CHECK # 11466 | 265.86 | | 10/13/05 | 217,240.50 |
| CHECK # 11467 | 3,000.00 | | 10/13/05 | 214,240.50 |
| CONSOLIDATED MOR ACH XFER | | 133.34 | 10/14/05 | 214,373.84 |
| CHECK # 11470 | 3,000.00 | | 10/14/05 | 211,373.84 |
| CHECK # 11471 | 5,000.00 | | 10/14/05 | 206,373.84 |
| CHECK # 11475 | 682.97 | | 10/19/05 | 205,690.87 |
| CHECK # 11474 | 87.11 | | 10/20/05 | 205,603.76 |
| CHECK # 11469 | 2,500.00 | | 10/21/05 | 203,103.76 |
| DEPOSIT | | 1,166.67 | 10/27/05 | 204,270.43 |
| INTEREST AT .30 % | | 33.45 | 10/31/05 | 204,303.88 |
| BALANCE THIS STATEMENT ............................ | | | 10/31/05 | 204,303.88 |

TOTAL CREDITS      (7)     224,037.63
TOTAL DEBITS      (12)      45,391.33
* * * C O N T I N U E D * * *



BankWest of Nevada
Your Business Partner

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 00001 01
ACCOUNT:          120028700
DOCUMENTS:        19

PAGE:     1
11/30/2005

DEL M BUNCH JR
DBA LOAN PARTNERS CAPITAL
10137 SNOW CREST PL
LAS VEGAS NV 89134-2563

$R_{ECON}$
$OK$

30-0
3
16

=====================================================================
WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
Effective May 1, 2005 a $10.00 fee will be charged for each incoming
wire transfer of funds into any BankWest of Nevada Account.
=====================================================================

BUSINESS PREMIUM NOW ACCOUNT 120028700
=====================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................ | | | 10/31/05 | 204,303.88 |
| DEPOSIT | | 45.83 | 11/01/05 | 204,349.71 |
| CHECK # 11476 | 33.41 | | 11/03/05 | 204,316.30 |
| DEPOSIT | | 1,166.67 | 11/04/05 | 205,482.97 |
| INTEGRATED FINAN LOAN PMT. 625 | | 3,437.50 | 11/04/05 | 208,920.47 |
| CONSOLIDATED MOR ACH XFER | | 4,000.00 | 11/07/05 | 212,920.47 |
| USA CAPITAL PAYMENTS 0000000950 | | 217,000.00 | 11/07/05 | 429,920.47 |
| CHECK # 11478 | 2,500.00 | | 11/07/05 | 427,420.47 |
| CHECK # 11482 | 5,000.00 | | 11/07/05 | 422,420.47 |
| CYD D ALLRED EXTRL XFER XXXXX8700 | | 250.00 | 11/09/05 | 422,670.47 |
| NIMBLE INVEST | | 2,000.00 | 11/09/05 | 424,670.47 |
| GLENDALE | | 7,266.67 | 11/09/05 | 431,937.14 |
| CHECK # 11487 | 235.47 | | 11/09/05 | 431,701.67 |
| CHECK # 11486 | 1,354.00 | | 11/09/05 | 430,347.67 |
| CHECK # 11488 | 10,000.00 | | 11/10/05 | 420,347.67 |
| CHECK # 11477 | 17,500.00 | | 11/10/05 | 402,847.67 |
| CHECK # 11479 | 22,000.00 | | 11/10/05 | 380,847.67 |
| CHECK # 11484 | 3,000.00 | | 11/14/05 | 377,847.67 |
| CHECK # 11483 | 4,800.00 | | 11/14/05 | 373,047.67 |
| CHECK # 11490 | 7,000.00 | | 11/16/05 | 366,047.67 |
| CHECK # 11491 | 434.00 | | 11/16/05 | 365,613.67 |
| DEPOSIT | | 185.00 | 11/18/05 | 365,798.67 |
| CHECK # 11489 | 86.59 | | 11/18/05 | 365,712.08 |
| CHECK # 11492 | 43.02 | | 11/21/05 | 365,669.06 |
| WIRE/OUT-200532600492;OUTBOUND DDA WIRE FEE-DOM BR01 | | | | |
| | 20.00 | | 11/22/05 | 365,649.06 |
| WIRE/OUT-200532600492;BNF LAWYERS TITLE OF ARIZONA | | | | |
| INC;OBI REF: 01502233 | 325,000.00 | | 11/22/05 | 40,649.06 |

* * *   C O N T I N U E D   * * *

Member Federal Deposit Insurance Corporation



**BankWest of Nevada**
Your Business Partner

P.O. BOX 26237
LAS VEGAS, NEVADA 89126-0237
(702) 248-4200

003 00001 01                                    PAGE:        1
ACCOUNT:                     120028700    12/30/2005
DOCUMENTS:                          32

DEL M BUNCH JR                                                    30-0
DBA LOAN PARTNERS CAPITAL                                           4
10137 SNOW CREST PL                                                28
LAS VEGAS NV  89134-2563

WE ARE GIVING YOU THE KEYS TO THE BANK.....visit us at:
www.bankwestnevada.com
Effective May 1, 2005 a $10.00 fee will be charged for each incoming
wire transfer of funds into any BankWest of Nevada Account.

BUSINESS PREMIUM NOW ACCOUNT 120028700

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 11/30/05 | 34,709.18 |
| CONSOLIDATED MOR ACH XFER | | 3,999.99 | 12/02/05 | 38,709.17 |
| CHECK # 11494 | 15,000.00 | | 12/05/05 | 23,709.17 |
| CHECK # 11500 | 7,500.00 | | 12/06/05 | 16,209.17 |
| DEPOSIT | | 1,166.67 | 12/07/05 | 17,375.84 |
| INTEGRATED FINAN LOAN PMT. 625 | | 3,437.50 | 12/07/05 | 20,813.34 |
| USA CAPITAL PAYMENTS 0000000950 | | 210,000.00 | 12/08/05 | 230,813.34 |
| CYD D ALLRED EXTRL XFER XXXXX8700 | | 250.00 | 12/09/05 | 231,063.34 |
| NIMBLE INVEST | | 2,000.00 | 12/09/05 | 233,063.34 |
| GLENDALE | | 7,266.67 | 12/09/05 | 240,330.01 |
| CHECK # 11498 | 2,500.00 | | 12/09/05 | 237,830.01 |
| REFUNDED BANK CHARGES | | 20.00 | 12/12/05 | 237,850.01 |
| CHECK # 11504 | 4,800.00 | | 12/12/05 | 233,050.01 |
| CHECK # 11496 | 17,500.00 | | 12/12/05 | 215,550.01 |
| CHECK # 11497 | 100,000.00 | | 12/12/05 | 115,550.01 |
| CHECK # 11495 | 3,000.00 | | 12/13/05 | 112,550.01 |
| CHECK # 11503 | 5,000.00 | | 12/14/05 | 107,550.01 |
| CHECK # 11502 | 3,000.00 | | 12/15/05 | 104,550.01 |
| CHECK # 11507 | 86.59 | | 12/16/05 | 104,463.42 |
| DEPOSIT | | 1,227.78 | 12/19/05 | 105,691.20 |
| CHECK # 11508 | 80.96 | | 12/19/05 | 105,610.24 |
| CHECK # 11506 | 60,996.80 | | 12/20/05 | 44,613.44 |
| CHECK # 11510 | 43.77 | | 12/23/05 | 44,569.67 |
| CHECK # 11509 | 205.73 | | 12/23/05 | 44,363.94 |
| DEPOSIT | | 216,734.00 | 12/30/05 | 261,097.94 |
| CHECK # 11526 | 946.00 | | 12/30/05 | 260,151.94 |
| CHECK # 11521 | 2,168.00 | | 12/30/05 | 257,983.94 |
| CHECK # 11525 | 2,500.00 | | 12/30/05 | 255,483.94 |

* * * C O N T I N U E D * * *