Scott D. Fleming, Esq.
Nevada Bar No. 5638
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: sfleming@halelane.com

Attorneys for George J. and Miriam B. Gage;
George J. Gage TTEE; George Gage Trust dated 10-8-99

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>           Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC<br>           Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>           Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>           Debtor.<br>_____/<br>In re:<br><br>USA SECURITIES, LLC<br>           Debtor.<br>_____/ | Bankruptcy No. BK-S-06-10725-LBR<br>Bankruptcy No. BK-S-06-10726-LBR<br>Bankruptcy No. BK-S-06-10727-LBR<br>Bankruptcy No. BK-S-06-10728-LBR<br>Bankruptcy No. BK-S-06-10729-LBR<br><br>(Jointly Administered)<br>Chapter 11<br><br>**NOTICE OF NON-OPPOSITION TO OMNIBUS COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO CLAIMS ON EQUITY MISFILED AS CREDITOR CLAIMS**<br><br>Date of Hearing: January 3, 2007<br>Time of Hearing: 9:30 a.m. |

George J. and Miriam B. Gage and the George J. Gage Trust dated October 8, 1999 have no objection to the relief sought by the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Committee"). The document submitted as Claim 91-1 by George J. and Miriam B. Gage was a Proof of Interest, as was the document submitted as Claim 92-1 by George J. Gage Trust dated October 8, 1999. Claimants have no objection to the Committee's request to "Reclassify as proof of interest."

::ODMA\PCDOCS\HLLASDOCS\227534\1          Page 1 of 5

1   It an abundance of caution, copies of these Proofs of Interest were electronically filed and
2   delivered to the claims agent. The documents that appear as Claims 111-1 and 11201 are duplicative
3   of Claims 91-1 and 92-1 and should be disallowed.

4   DATED December 19, 2006.

                 /s/ Scott D. Fleming
                 Scott D. Fleming, Esq.
                 Hale Lane Peek Dennison and Howard
                 3930 Howard Hughes Parkway, Fourth Floor
                 Las Vegas, Nevada  89169
                 *Attorneys for George J. and Miriam B. Gage;*
                 *George J. Gage TTEE; George Gage Trust dated*
                 *10-8-99*

# CERTIFICATE OF MAILING

I certify that on December 19, 2006, I served a copy of the *NOTICE OF NON-OPPOSITION* by depositing a copy of the same in a sealed envelope in the United States mail, Reno, Nevada, first-class postage fully prepaid, or by electronic notification and addressed to the persons as follows:

**Electronic notice to:**

- **FRANKLIN C. ADAMS** franklin.adams@bbklaw.com  arthur.johnston@bbklaw.com
- **KELLY J. BRINKMAN** kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK** brooksbankt1@sbcglobal.net kaya1@sbcglobal.net
- **MATTHEW Q. CALLISTER** mqc@callister-reynolds.com maggie@callister-reynolds.com
- **CANDACE C CARLYON** ltreadway@sheacarlyon.com ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com;  rsmith@sheacarlyon.com
- **ROB CHARLES** rcharles@lrlaw.com cjordan@lrlaw.com
- **KEVIN B. CHRISTENSEN** kbchrislaw@aol.com
- **JANET L. CHUBB** jlc@jonesvargas.com tbw@jonesvargas.com
- **JEFFREY A. COGAN** jeffrey@jeffreycogan.com sarah@jeffreycogan.com
- **WILLIAM D COPE** cope_guerra@yahoo.com cope_guerra@yahoo.com
- **CICI CUNNINGHAM** bankruptcy@rocgd.com
- **LAUREL E. DAVIS** bklsclv@lionelsawyer.com ldavis@lionelsawyer.com; gbagley@lionelsawyer.com; ldavisesq@aol.com
- **THOMAS H. FELL** THF@GORDONSILVER.COM BANKRUPTCYNOTICES@GORDONSILVER.COM
- **SCOTT D. FLEMING** sfleming@halelane.com dbergsing@halelane.com, ecfvegas@halelane.com
- **GREGORY E GARMAN** bankruptcynotices@gordonsilver.com
- **WADE B. GOCHNOUR** wgochnour@hwmlvlaw.com donnat@hwmlvlaw.com
- **CARLOS A. GONZALEZ** carlos.gonzalez2@usdoj.gov Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov
- **GERALD M GORDON** bankruptcynotices@gordonsilver.com

- **TALITHA B. GRAY** tbg@gordonsilver.com bankruptcynotices@gordonsilver.com
- **MARJORIE A. GUYMON** bankruptcy@goldguylaw.com ddias@goldguylaw.com
- **EDWARD J. HANIGAN** haniganlaw@earthlink.net haniganlaw1@earthlink.net
- **XANNA R. HARDMAN** xanna.hardman@gmail.com
- **STEPHEN R HARRIS** steve@renolaw.biz noticesbh&p@renolaw.biz
- **CHRISTOPHER D JAIME** cjaime@waltherkey.com kbernhar@waltherkey.com
- **EVAN L. JAMES** ejameslv@earthlink.net kbchrislaw@aol.com
- **ANNETTE W JARVIS**
- **TY E. KEHOE** TyKehoeLaw@aol.com
- **ROBERT R. KINAS** rkinas@swlaw.com mstrand@swlaw.com; jlustig@swlaw.com; lholding@swlaw.com; imccord@swlaw.com
- **NILE LEATHAM** nleatham@klnevada.com ckishi@klnevada.com; bankruptcy@klnevada.com
- **ROBERT C. LEPOME** robert@robertlepome.com susan@robertlepome.com
- **REGINA M. MCCONNELL** rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY** lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT** mcknightlaw@cox.net gkopang@lawlasvegas.com; cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JEANETTE E. MCPHERSON** bkfilings@s-mlaw.com bkfilings@s-mlaw.com
- **JEANETTE E. MCPHERSON** jmcpherson@s-mlaw.com bkfilings@s-mlaw.com
- **SHAWN W MILLER** bankruptcyfilings@sheacarlyon.com smiller@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com
- **DAVID MINCIN** mcknightlaw@cox.net gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,cburke@lawlasvegas.com,sforemaster@lawlasvegas.com
- **JOHN F MURTHA** jmurtha@woodburnandwedge.com
- **ERVEN T. NELSON** erv@rlbolick.com susan@rlbolick.com
- **BOB L. OLSON** ecffilings@beckleylaw.com bolson@beckleylaw.com; dgriffis@beckleylaw.com

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

- **DONNA M. OSBORN** jinouye@marquisaurbach.com dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
- **DONALD T. POLEDNAK** sandplegal@yahoo.com spbankruptcy@yahoo.com
- **PAUL C RAY** info@johnpeterlee.com
- **SUSAN WILLIAMS SCANN** sscann@deanerlaw.com palexander@deanerlaw.com
- **LENARD E. SCHWARTZER** bkfilings@s-mlaw.com
- **SHLOMO S. SHERMAN** ssherman@sheacarlyon.com aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; mmallet@sheacarlyon.com; rsmith@sheacarlyon.com
- **JEFFREY G. SLOANE** gjklepel@yahoo.com rmcconnell@kssattorneys.com
- **PETER SUSI** cheryl@msmlaw.com msm@msmlaw.com
- **JEFFREY R. SYLVESTER** jeff@sylvesterpolednak.com David@sylvesterpolednak.com
- **CARYN S. TIJSSELING** cst@beesleymatteoni.com aha@beesleymatteoni.com
- **JOAN C WRIGHT** jwright@allisonmackenzie.com jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW** bankruptcynotices@gordonsilver.com
- **U.S. TRUSTEE - LV - 11**    USTPRegion17.lv.ecf@usdoj.gov

and mailed to:

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

GREGORY J WALCH
400 S FOURTH ST 3RD FL.
LAS VEGAS, NV 89101

GREG GARMAN
3960 Howard Hughes Pkwy
9th Floor
Las Vegas, NV 89109

PAUL A. JACQUES
810 SE 7th Street A-103
Deerfield Beach, FL 33441

SCOTT K. CANEPA
CANEPA, RIEDY & RUBINO
851 S. Rampart Blvd., #160
Las Vegas, NV 89145

     /s/ Cyndy Arnold
Employee of Hale Lane Peek Dennison and Howard

::ODMA\PCDOCS\HLLASDOCS\227534\1