Kelly J. Brinkman, Esq.
Nevada Bar No. 6238
GOOLD PATTERSON ALES & DAY
4496 South Pecos Road
Las Vegas, Nevada 89121
(702) 436-2600(Telephone)
(702) 436-2650 (Fax)

E-Filed on December 20, 2006

Attorneys for Karen Petersen Tyndall Trust
Dated 3/9/94 and KPT Irrevocable Trust
Dated 7/16/99

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor. | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor. | Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor. | Jointly Administered Under Case No.<br>BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | **LIMITED REPLY TO OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO WRONG DEBTOR CLAIMS MISFILED AGAINST USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC** |
| In re:<br><br>USA SECURITIES, LLC,<br>          Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Affects USA Capital Diversified Trust Deed Fund, LLC<br><br>Date:  January 3, 2007<br>Time:  9:30 a.m.<br>Place:  Courtroom #1 |

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

Karen Petersen Tyndall Trust Dated 3/9/94 and KPT Irrevocable Trust Dated 7/16/99 (collectively, "KPT"), through its undersigned counsel, hereby files this Limited Reply ("Reply") to the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund"), to Wrong Debtor Claims Misfiled Against USA Capital Diversified Trust Deed Fund, LLC ("Objection").

Prior to the November 13, 2006 Bar Date, KPT filed (directly and through BMC) various proofs of interest (Claim Nos. 82 and 83) and proofs of claims (Claim Nos. 84 and 85) against the Diversified Fund. See Proof of Interests and Proofs of Claims filed against Diversified Fund attached hereto as Exhibit A, which are referenced on the Claims Register as Claim Nos. 82, 83, 84, 85. Also attached as Exhibit B is a cover letter to BMC Group (without enclosures) with specific instructions on the filing of these proofs of interests and claims. Claim Nos. 82 and 83 clearly provide that those claims are "Proofs of Interest." In fact, KPT used the preprinted proof of interest form received from the Debtor.

KPT has no issue with Claim Nos. 82, 83, 84 and 85 being reclassified, if necessary,[1] as Proofs of Interest. KPT files this limited reply, however, out of an abundance of caution given that that conclusion section of the Objection (page 8, lines 4-5) requests that each of the Claims of Equity (a term defined by Diversified Fund) be disallowed in their entirety, and not merely reclassified as proofs of interest (the proposed disposition in the Exhibit 1 attached to the Objection). Further, to the extent KPT's claim nos. 118 and 119 are duplicative of claim nos. 85 and 84 respectively, KPT does not object to those duplicative claims (i.e., claim nos. 118 and 119) being disallowed as long as Claim Nos. 85 and 84 are allowed as reclassified proofs of interest.

---

[1] As previously stated, Claim Nos. 82 and 83 were filed as Proofs of Interests.

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

1    WHEREFORE, for the foregoing reasons, KPT respectfully requests that the Court

2    overrule the Objection to the extent the Objection seeks complete disallowance of any claim or

3    interest filed by KPT. KPT does not object, however, to a disposition which reclassifies Claim

4    Nos. 82, 83, 84 and 85, as necessary, as Proofs of Interest. Further, KPT does not object to the

5    disallowance of Claim Nos. 118 and 119 as being duplicative of Claim Nos. 85 and 84 as long as

6    Claim Nos. 85 and 84 are allowed as reclassified proofs of interest.

7

8    GOOLD PATTERSON ALES & DAY

9

10    By: ___/s/ Kelly J. Brinkman
        Kelly J. Brinkman

11        Nevada Bar No. 6238
        4496 South Pecos Road

12        Las Vegas, Nevada 89121

13        Attorneys for Karen Petersen Tyndall Trust
        Dated 3/9/94 and KPT Irrevocable Trust

14        Dated 7/16/99

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EHXIBIT A**

**KPT PROOFS OF INTERESTS AND PROOF OF CLAIMS**

**(Claim Nos. 82, 83, 84 and 85)**

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

# U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from BRINKMAN, KELLY on 11/9/2006 at 4:26 PM PST

| | |
|---|---|
| **Case Name:** | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC |
| **Case Number:** | 06-10727-lbr |
| **Creditor Name:** | KAREN PETERSEN TYNDALL<br>1012 GREYSTOKE ACRES<br>LAS VEGAS, NV 89145 |
| **Claim Number:** | 82   Claims Register |
| **Total Amount Claimed:** | $432425.91 |

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\KJB\0000\091\KPT\POI (1712).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/9/2006] [FileNumber=7476121-0]
[b1d70d8fe383fed970fe33fb9970b94224035e53cde1129992301548b7524f5d8161
3c7441779824a497f84bb1adc74f76908fc0f23e2127daa592115d2cad7e]]

**06-10727-lbr Notice will be electronically mailed to:**

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

JANET L. CHUBB    tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

**06-10727-lbr Notice will not be electronically mailed to:**

BMC GROUP, INC
,

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

# PROOF OF INTEREST

| Name of Debtor: **USA Capital Diversified Trust Deed Fund, LLC** | Case Number: **06-10727-LBR** |
|---|---|

**YOUR INTEREST IS RECORDED AS:**

Account ID:   1712

Member Interest:   432425.91

The amounts reflected above constitute your interest per the Debtor. If you agree with the number of shares set forth herein you do not need to file this proof of interest.

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

11321244041834

TYNDALL, KAREN
1012 GREYSTOKE ACRES
LAS VEGAS, NV 89145

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

If you have already filed a proof of interest with BMC, you do not need to file again.

Telephone Number (     )

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

**THIS SPACE IS FOR COURT USE ONLY**

| Account or other number by which Interestholder identifies Debtor: 1712 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| **2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Karen Petersen Tyndall Trust dated 3/9/94 | **3. Date Equity Interest was acquired:** November 2005 |
|---|---|

Telephone Number (     )

| **4. Total amount of member interest:** $ 432,425.91 | **5. Certificate number(s):** |
|---|---|

**6.   Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒   Check this box if your Equity Interest is based on actual member interest held in the Debtor.

☐   Check this box if your Equity Interest is based on anything else and describe that interest:

_____

**7. SUPPORTING DOCUMENTS:** _Attach copies of supporting documents,_ such as stock certificates, option agreements, warrants etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:**   To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

| The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is **actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006**   for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units). | **THIS SPACE FOR COURT USE ONLY** |
|---|---|

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

| DATE 11/9/06 | SIGN and print the name and title, if any, of the Interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any): Kelly Brinkman   authorized agent |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# Attachment to Proof of Interest

### Debtor:  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
### Case No. 06-10727-LBR

### Equity Holder:  KAREN PETERSEN TYNDALL TRUST dated 3/9/94
### Karen Peterson Tyndall, Trustee

### Account ID:  1712

1.      Intentionally omitted.

2.      Intentionally omitted.

3.      Intentionally omitted.

4.      **Total Amount of Member Interest at Time Case Filed**.  **$432,425.91**.  This amount includes amounts owing as the petition date.

5.      Intentionally omitted.

6.      Intentionally omitted.

7.      **Supporting Documents**.    Attached  are  several  statements  and  portfolio summaries reflecting this proof of interest.  Copies of detailed invoices and agreements are voluminous but will be provided upon reasonable request.

## Additional Items

**Amendment**.  Equity Holder specifically reserves the right to amend, supplement, or withdraw this proof of interest at any time.

**Priority**.  Equity Holder specifically reserves the right to assert any portion of this proof of interest as an administrative-expense priority.

**Secured Claim**.  Equity Holder may be entitled to a setoff, recoupment, counterclaim, or a combination thereof.  In addition, to the extent, if any, that Equity Holder is in possession of assets of the Debtor, Equity Holder has a security interest therein.  Equity Holder expressly reserves all rights with respect thereto, under § 553 of the Bankruptcy Code, applicable nonbankruptcy law, and otherwise.

# USA Commerical Mortgage Company ("USA")

## USA Captial Diversified Trust Deed Fund

as of April 12, 2006

THIS STATEMENT REFLECTS THE STATUS AS OF THE BANKRUPTCY PETITION DATE.
CURRENT STATEMENTS WILL BE MAILED TO YOU SOON.

11320300041834

Tyndall, Karen
1012 Greystoke Acres
Las Vegas, NV 89145

as Loan Servicing Agent for

Vesting Name:     Karen Petersen Tyndall Trust Karen Petersen Tyndall TTEE

Shareholder ID:    1712

| Shares | Share Price | Share Value* | Book Value** |
|---|---|---|---|
| 432,425.91 | $1.00 | $432,425.91 | $357,441.62 |

\* Share value reflected on last statement.

\*\*The book value of the Fund is the net carrying value of the assets and liabilities on the books and records of the Fund as of April 12, 2006. The actual value and collectibility of the assets (notes and related receivables) has not been determined.

**Prepared by MFIM, LLC**

**USA Capital Realty Advisors**
4484 South Pecos Road
Las Vegas, NV 89121

Account Transaction Summary

Karen Petersen Tyndall
1012 Greystoke Acres
Las Vegas, NV 89145

Tom Hantges Joe Milanowski
4484 S. Pecos Road
Las Vegas, NV 89121
**Account #: 1712**

## Your Portfolio Summary As Of Tuesday, March 07, 2006:

| Fund | Number of Units | Current Value |
|------|-----------------|---------------|
| USA Capital Diversified Trust Deed Fund Class N | 432,425.910 | $ 432,425.91 |
| | **Totals** | $ 432,425.91 |

**USA Capital Diversified Trust Deed Fund - Class N**

| Trade Date | Trade Type | Amount | Interest To Date | Anniversary Date | Share Balance |
|------------|------------|--------|------------------|------------------|---------------|
| 01-Nov-2005 | Starting Balance | | | | 450,000.00 |
| 01-Nov-2005 | Distribution Paid | $ 3,446.82 | $ 3,446.82 | | 450,000.00 |
| 01-Dec-2005 | Redemption | -$ 2,394.45 | | | 447,605.55 |
| 01-Dec-2005 | Distribution Paid | $ 3,366.33 | $ 6,813.15 | | 447,605.55 |
| 01-Jan-2006 | Redemption | -$ 6,360.92 | | | 441,244.63 |
| 01-Jan-2006 | Distribution Paid | $ 3,488.43 | $ 10,301.58 | | 441,244.63 |
| 01-Feb-2006 | Redemption | -$ 8,818.72 | | | 432,425.91 |
| 01-Feb-2006 | Distribution Paid | $ 3,349.53 | $ 13,651.11 | | 432,425.91 |

## Your Maturity Date Summary As Of Tuesday, March 07, 2006:

| Purchase Date | Purchase Amount | Anniversary Date |
|---------------|-----------------|------------------|
| 16-Oct-2000 | $125,000.00 | 16-Oct-2006 |
| 16-May-2002 | $200,000.00 | 16-May-2006 |
| 16-Jun-2002 | $150,000.00 | 16-Jun-2006 |

*Withdrawals/redemptions / principal payouts.*

## USA Capital Diversified Trust Deed Fund/Karen Petersen Tyndall Trust

| | | | | |
|---|---|---|---|---|
| 15-Dec-05 | $3,366.33 | $0.00 | $3,366.33 0000481299944/B of A | ACH | Trust DEED Fund | $450,000.00 |
| 16-Dec-05 | | $2,394.45 | $2,394.45 0049604388815/B of A | ACH | Trust DEED Fund | $447,605.55 |
| 15-Jan-06 | $3,488.43 | $0.00 | $3,488.43 0000481299994/B of A | ACH | Trust DEED Fund | $447,605.55 |
| 16-Jan-06 | | $6,360.92 | $6,360.92 0049604388815/B of A | ACH | Trust DEED Fund | $441,244.63 |
| 17-Feb-06 | $3,349.53 | $0.00 | $3,349.53 0000481299994/B of A | ACH | Trust DEED Fund | $441,244.63 |
| 18-Feb-06 | | $8,818.72 | $8,818.72 0049604388815/B of A | ACH | Trust DEED Fund | $432,425.91 |

Interest    Principal

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from BRINKMAN, KELLY on 11/9/2006 at 4:27 PM PST

| | |
|---|---|
| **Case Name:** | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC |
| **Case Number:** | 06-10727-lbr |
| **Creditor Name:** | KAREN PETERSEN TYNDALL<br>1012 GREYSTOKE ACRES<br>LAS VEGAS, NV 89145 |
| **Claim Number:** | 83    Claims Register |
| **Total Amount Claimed:** | $312307.60 |

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\KJB\0000\091\KPT\POI (963).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/9/2006] [FileNumber=7476153-0]
[e30cec02e7936afd9c56ac9ed206313b3839b1a4f6c3f71c1dff016afdc3214f98d0
020ec13a176fb91ee59c73826f6f97f4606b51714f384df3368cba944748]]

**06-10727-lbr Notice will be electronically mailed to:**

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

JANET L. CHUBB    tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

LENARD E. SCHWARTZER   bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov

MATTHEW C. ZIRZOW   bankruptcynotices@gordonsilver.com

**06-10727-lbr Notice will not be electronically mailed to:**

BMC GROUP, INC

,

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

# PROOF OF INTEREST

| Name of Debtor: | Case Number: |
| --- | --- |
| **USA Capital Diversified Trust Deed Fund, LLC** | **06-10727-LBR** |

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

11321244042453

TYNDALL, KAREN
1012 GREYSTOKE ACRES
LAS VEGAS, NV 89145

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

**YOUR INTEREST IS RECORDED AS:**

Account ID: 963

Member Interest: 312307.6

The amounts reflected above constitute your interest per the Debtor. If you agree with the number of shares set forth herein you do not need to file this proof of interest.

Telephone Number ( )

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

If you have already filed a proof of interest with BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

| Account or other number by which Interestholder identifies Debtor: | Check here if this claim: |
| --- | --- |
| # 963 | ☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Karen Petersen Tyndall Trust dated 3/9/94

**3. Date Equity Interest was acquired:**

Telephone Number ( )

| 4. Total amount of member interest: $312,307.60 | 5. Certificate number(s): |
| --- | --- |

**6.      Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒ Check this box if your Equity Interest is based on actual member interest held in the Debtor.

☐ Check this box if your Equity Interest is based on anything else and describe that interest:

_____

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as stock certificates, option agreements, warrants etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is **actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006** for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

| BY MAIL TO:<br>BMC Group<br>Attn: USACM Claims Docketing Center<br>P. O. Box 911<br>El Segundo, CA 90245-0911 | BY HAND OR OVERNIGHT DELIVERY TO:<br>BMC Group<br>Attn: USACM Claims Docketing Center<br>1330 East Franklin Avenue<br>El Segundo, CA 90245 |
| --- | --- |

**THIS SPACE FOR COURT USE ONLY**

| DATE<br>11/9/06 | SIGN and print the name and title, if any, of the Interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):<br>Kelly Brinkman    authorized agent |
| --- | --- |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# Attachment to Proof of Interest

## Debtor:  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
## Case No. 06-10727-LBR

## Equity Holder:  KAREN PETERSEN TYNDALL TRUST dated 3/9/94
## Karen Peterson Tyndall, Trustee

## Account ID:  963

1.      Intentionally omitted.

2.      Intentionally omitted.

3.      Intentionally omitted.

4.      **Total Amount of Member Interest at Time Case Filed**.  **$312,307.60**.  This amount includes amounts owing as the petition date.

5.      Intentionally omitted.

6.      Intentionally omitted.

7.      **Supporting Documents**.    Attached are several statements and portfolio summaries reflecting this proof of interest.  Copies of detailed invoices and agreements are voluminous but will be provided upon reasonable request.

**Additional Items**

**Amendment**.  Equity Holder specifically reserves the right to amend, supplement, or withdraw this proof of interest at any time.

**Priority**.  Equity Holder specifically reserves the right to assert any portion of this proof of interest as an administrative-expense priority.

**Secured Claim**.  Equity Holder may be entitled to a setoff, recoupment, counterclaim, or a combination thereof.  In addition, to the extent, if any, that Equity Holder is in possession of assets of the Debtor, Equity Holder has a security interest therein.  Equity Holder expressly reserves all rights with respect thereto, under § 553 of the Bankruptcy Code, applicable nonbankruptcy law, and otherwise.

# USA Commerical Mortgage Company ("USA")

## USA Captial Diversified Trust Deed Fund
as of April 12, 2006

THIS STATEMENT REFLECTS THE STATUS AS OF THE BANKRUPTCY PETITION DATE.
CURRENT STATEMENTS WILL BE MAILED TO YOU SOON.

11320300041834

Tyndall, Karen
1012 Greystoke Acres
Las Vegas, NV 89145

### as Loan Servicing Agent for

Vesting Name:    KPT Irrevocable Trust,  Karen Petersen Tyndall, TTEE

Shareholder ID:    963

| Shares | Share Price | Share Value* | Book Value** |
|---|---|---|---|
| 312,307.60 | $1.00 | $312,307.60 | $258,152.28 |

\*   Share value reflected on last statement.

\*\*The book value of the Fund is the net carrying value of the assets and liabilities on the books and records of the Fund as of April 12, 2006. The actual value and collectibility of the assets (notes and related receivables) has not been determined.

**Prepared by MFIM, LLC**

## KPT Irrevocable Trust Deed Fund Activity

| | | | | | | |
|---|---|---|---|---|---|---|
| 15-Dec-05 | $2,431.24 | $0.00 | $2,431.24 | 59385380052185400 | ACH | Trust DEED Fund | $325,000.00 |
| 16-Dec-05 | $0.00 | $1,729.33 | $1,729.33 | 4960438828 | ACH | Trust DEED Fund | $323,270.67 |
| 15-Jan-06 | $2,519.42 | $0.00 | $2,519.42 | 59385380052185400 | ACH | Trust DEED Fund | $323,270.67 |
| 16-Jan-06 | $0.00 | $4,594.00 | $4,594.00 | 4960438828 | ACH | Trust DEED Fund | $318,676.67 |
| 17-Feb-06 | $2,419.10 | $0.00 | $2,419.10 | 59385380052185400 | ACH | Trust DEED Fund | $318,676.67 |
| 18-Feb-06 | $0.00 | $6,369.07 | $6,369.07 | 4960438828 | ACH | Trust DEED Fund | $312,307.60 |
| | | $0.00 | $0.00 | 59385380052185400 | ACH | Trust DEED Fund | $312,307.60 |
| | | $0.00 | $0.00 | 59385380052185400 | ACH | Trust DEED Fund | $312,307.60 |
| | | $0.00 | $0.00 | 59385380052185400 | ACH | Trust DEED Fund | $312,307.60 |
| | | $0.00 | $0.00 | 59385380052185400 | ACH | Trust DEED Fund | $312,307.60 |
| | | $0.00 | $0.00 | 59385380052185400 | ACH | Trust DEED Fund | $312,307.60 |

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from BRINKMAN, KELLY on 11/9/2006 at 4:32 PM PST

| | |
|---|---|
| **Case Name:** | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC |
| **Case Number:** | 06-10727-lbr |
| **Creditor Name:** | KPT Irrevocable Trust dated 7/16/99 c/o Karen Petersen Tyndall Trustee 1012 Greystoke Acres St Las Vegas, NV 89145 |
| **Claim Number:** | 84   Claims Register |
| **Total Amount Claimed:** | $202866.38 |

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\KJB\0000\091\KPT\POC 10727 (4258).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/9/2006] [FileNumber=7476230-0]
[7c70e6588e27bd727ef914f116790f92f971b0ce60ebb77e8aea79d5400eb09bee15
a4cc313882ebc7ae360ca46f0fdfc57608d5b0a8a25d1c4a9c86684bb13a]]

**06-10727-lbr Notice will be electronically mailed to:**

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

JANET L. CHUBB    tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com

LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

**06-10727-lbr Notice will not be electronically mailed to:**

BMC GROUP, INC
,

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD

# PROOF OF CLAIM

| Name of Debtor: | Case Number: |
|---|---|
| USA Capital Diversified Trust Deed Fund, LLC | 06-10727 |

NOTE: See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**

|||
|---|---|
| 11321241001131 | |

KPT IRREVOCABLE
TRUST DATED 7/16/99
C/O KAREN PETERSEN TYNDALL TRUSTEE
1012 GREYSTOKE ACRES ST
LAS VEGAS NV 89145-8659

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file it again.

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (     )

Last four digits of account or other number by which creditor identifies debtor:
4258

Check here ☐ replaces ☐ amends  a previously filed claim dated: _____
if this claim

## 1. BASIS FOR CLAIM
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed from: _____ to _____ (date) (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** 06/04

**3. IF COURT JUDGMENT, DATE OBTAINED:**

## 4. CLASSIFICATION OF CLAIM.
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM  $**
☐ Check this box if: a) there is no collateral or lien securing your claim, or  b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority  $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of collateral:
- ☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral:  $ 202,866.38

Amount of arrearage and other charges **at time case filed** included in secured claim, if any:  $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

## 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:

| (unsecured) | $ 202,866.38 (secured) | $ (priority) | $ 202,866.38 (Total) |
|---|---|---|---|

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

| BY MAIL TO: | BY HAND OR OVERNIGHT DELIVERY TO: | THIS SPACE FOR COURT USE ONLY |
|---|---|---|
| BMC Group | BMC Group | |
| Attn: USACM Claims Docketing Center | Attn: USACM Claims Docketing Center | |
| P. O. Box 911 | 1330 East Franklin Avenue | |
| El Segundo, CA 90245-0911 | El Segundo, CA 90245 | |

| DATE | SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11/9/06 | Kelly Brinkman  authorized agent |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# USA CAPITAL

4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Karen PetersenTyndall
1012 Greystoke Acres
Las Vegas, NV 89145

## Statement Information

| | |
|---|---|
| Page Count | 1 |
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

**Account: Karen Petersen Tyndall Trustee of the KPT Irrevocable Trust dated 7/16/99**

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 2 | $ 0.00 | $ 1,866.66 | $ 1,866.66 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: Gramercy Court** | | **Original Investment:** $ 100,000.00 | | **IR: 12.00%** | **YTD Interest: $ 2,999.99** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| **Totals:** | | | **$ 100,000.00** | **$ 100,000.00** | **$ 933.33** |
| **Investment: I-40 Gateway west** | | **Original Investment:** $ 100,000.00 | | **IR: 12.00%** | **YTD Interest: $ 2,999.99** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 100,000.00 | $ 100,000.00 | $ 933.33 |
| **Totals:** | | | **$ 100,000.00** | **$ 100,000.00** | **$ 933.33** |

## Full Account Summary

**Account: Karen Petersen Tyndall Trustee of the KPT Irrevocable Trust dated 7/16/99**

| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
|---|---|---|
| $ 200,000.00 | $ 200,000.00 | $ 5,999.98 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**

Page 1 of 1

**USA Commerical Mortgage Company**
as Loan Servicing Agent for Loans Listed Below

**Loan Summary for Client ID 4258**

## Individual Investments

**Vesting Name:**     Karen Petersen Tyndall Trustee of the KPT Irrevocable Trust dated 7/16/99

**Address:**          KPT IRREVOCABLE
TRUST DATED 7/16/99
C/O KAREN PETERSEN TYNDALL TRUSTEE
1012 GREYSTOKE ACRES ST
LAS VEGAS, NV 89145-8659

| Loan Name | Dates | Performance Evaluation | Original Investment | Current Investment | Principal Due to (from) Investor - USA CMC | Interest Due to (from) Investor - USA CMC | Total Due to (Owed from) Investor |
|---|---|---|---|---|---|---|---|
| Gramercy Court Condos | 06/25/04 - 06/30/06 | Non-Performing | $100,000 | $100,000 | $0 | ($163) | ($163) |
| I-40 Gateway West | 01/11/05 - 06/30/06 | Performing | $100,000 | $100,000 | $0 | $3,740 | $3,740 |
| | | **Totals:** | $200,000 | $200,000 | $0 | $3,578 | $3,578 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

**Prepared by MFIM, LLC**                **THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Claims Filing

The following transaction was received from BRINKMAN, KELLY on 11/9/2006 at 4:33 PM PST

| | |
|---|---|
| **Case Name:** | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC |
| **Case Number:** | 06-10727-lbr |
| | Karen Petersen Tyndall Trust dated 3/9/94 |
| **Creditor Name:** | 1012 Greystoke Acres |
| | Las Vegas, NV 89145 |
| **Claim Number:** | 85    Claims Register |
| **Total Amount Claimed:** | $1115915.59 |

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\KJB\0000\091\KPT\POC 10727 (4231).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/9/2006] [FileNumber=7476234-0]
[f95bfb201f912e9e50259027a520040b4101eed512bbed1035c823725dea6b2c6178
c4154812d5dd8bc1d9aa48759c2fd83b41fb01607b710fafbbc0bda55ee6]]

**06-10727-lbr Notice will be electronically mailed to:**

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

JANET L. CHUBB    tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

ROBERT R. KINAS    rkinas@swlaw.com,
mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;imccord@swlaw.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

**06-10727-lbr Notice will not be electronically mailed to:**

BMC GROUP, INC
,

ANNETTE W JARVIS
POB 45385
36 SOUTH STATE STREET, #1400
SALT LAKE CITY, UT 84145-0385

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 8914

# PROOF OF CLAIM

| Name of Debtor: | Case Number: |
|---|---|
| USA Capital Diversified Trust Deed Fund | 06-10727 |

NOTE: See Reverse for List of Debtors and Case Numbers.

This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 11321241001130

KAREN PETERSEN TYNDALL
TRUST DATED 3/9/94
C/O KAREN PETERSEN TYNDALL TRUSTEE
1012 GREYSTOKE ACRES ST
LAS VEGAS NV 89145-8659

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.**

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

Creditor Telephone Number ( )

Last four digits of account or other number by which creditor identifies debtor: 4231

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

**THIS SPACE IS FOR COURT USE ONLY**

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed from: _____ to _____
  (date) (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** 06/04

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM** $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**

☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of collateral:
- ☒ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral: $ 1,115,915.59

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (____).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

| $ _____ | $ 1,115,915.59 | $ _____ | $ 1,115,915.59 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

| DATE | SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 11/9/06 | Kelly J Brinkman, authorized agent |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# Attachment to Proof of Claim

**Debtors:**    USA COMMERCIAL MORTGAGE COMPANY - Case No. 06-10725-LBR
USA CAPITAL REALTY ADVISORS, LLC - Case No. 06-10726-LBR
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC - Case No. 06-10727-LBR
USA CAPITAL FIRST TRUST DEED FUND, LLC - Case No. 06-10728-LBR
USA SECURITIES, LLC - Case No. 06-10729-LBR

## Creditor:  KAREN PETERSEN TYNDALL TRUST dated 3/9/94
### Karen Peterson Tyndall, Trustee

## Account/Client ID:  4231

1.      **Basis for claim**.  Without limiting the basis for this claim, the consideration for this debt is money loaned.

2.      **Date debt was incurred**.  As early as June 2004

3.      Intentionally omitted.

4.      **Secured Claim**.  Creditor may be entitled to a setoff, recoupment, counterclaim, or a combination thereof.  In addition, to the extent, if any, that Creditor is in possession of assets of the Debtor, Creditor has a security interest therein.  Creditor expressly reserves all rights with respect thereto, under § 553 of the Bankruptcy Code, applicable nonbankruptcy law, and otherwise.

5.      **Total Amount of Claim at Time Case Filed**.  **$1,115,915.59**.  This amount includes amounts owing as the petition date.  A break down of the interest charges through the petition date is also attached.

6.      Intentionally omitted.

7.      **Supporting Documents**.  Attached are payment and loan summaries broken down by Loan/Investment name.  The detailed loan documents (i.e., promissory notes, deeds of trusts, security agreements, etc.) are voluminous.  Copies of the loan documents will be provided upon reasonable request.

## Additional Items

**Amendment**.  Creditor specifically reserves the right to amend, supplement, or withdraw this claim at any time.

**Priority**.  Creditor specifically reserves the right to assert any portion of this claim as an administrative-expense priority.

**Proper Debtor Entity**:  This proof of claim consists of a single indebtedness.  This claim, however, has been filed in each of the five separate bankruptcy cases since it is has not been definitively determined which of the associated entities are liable for the indebtedness.  Thus, upon information and belief, all of the above-stated Debtors are jointly and severally liable for the subject indebtedness.

## CLAIMS RECAP

### Karen Peteren Tydal Trust dated 3-9-04

| Loan Name | Principal | Interest Rate | Per Diem | Interest Mar. 1 - Apr. 12, 2006 |
|---|---|---|---|---|
| Bundy Canyon | $325,000 | 12% | $108.33 | $4,658.19 |
| Gramercy Court | $225,000 | 12% | $75.00 | $3,225.00 |
| HFA North Yonkers | $75,000 | 12% | $25.00 | $1,075.00 |
| I-40 Gateway West | $225,000 | 12% | $75.00 | $3,225.00 |
| Marlton Square | $150,000 | 12.5% | $52.08 | $2,239.44 |
| Slade Development | $100,000 | 12.5% | $34.72 | $1,492.96 |
| **Totals** | $1,100,000 | | | $15,915.59 |



For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

4484 S. Pecos Rd.
Las Vegas NV 89121

Karen  Petersen Tyndall
1012 Greystoke Acres
Las Vegas, NV 89145

## Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

**Account:** Karen Petersen Tyndall Trustee of the Karen Petersen Tyndall Trust dated 3/9/94

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 6 | $ 0.00 | $ 10,363.88 | $ 10,363.88 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment: Bundy Canyon** | | Original Investment: | $ 325,000.00 | **IR: 12.00%** | **YTD Interest: $ 9,749.99** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 325,000.00 | $ 325,000.00 | $ 3,033.33 |
| **Totals:** | | | **$ 325,000.00** | **$ 325,000.00** | **$ 3,033.33** |
| **Investment: Gramercy Court** | | Original Investment: | $ 225,000.00 | **IR: 12.00%** | **YTD Interest: $ 6,750.00** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 225,000.00 | $ 225,000.00 | $ 2,100.00 |
| **Totals:** | | | **$ 225,000.00** | **$ 225,000.00** | **$ 2,100.00** |
| **Investment: HFA- North Yonkers** | | Original Investment: | $ 75,000.00 | **IR: 12.00%** | **YTD Interest: $ 2,250.00** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 75,000.00 | $ 75,000.00 | $ 700.00 |
| **Totals:** | | | **$ 75,000.00** | **$ 75,000.00** | **$ 700.00** |
| **Investment: I-40 Gateway west** | | Original Investment: | $ 225,000.00 | **IR: 12.00%** | **YTD Interest: $ 6,750.00** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 225,000.00 | $ 225,000.00 | $ 2,100.00 |
| **Totals:** | | | **$ 225,000.00** | **$ 225,000.00** | **$ 2,100.00** |
| **Investment: Marlton Square** | | Original Investment: | $ 150,000.00 | **IR: 12.50%** | **YTD Interest: $ 4,687.49** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 150,000.00 | $ 150,000.00 | $ 1,458.33 |
| **Totals:** | | | **$ 150,000.00** | **$ 150,000.00** | **$ 1,458.33** |
| **Investment: Slade Develoment** | | Original Investment: | $ 100,000.00 | **IR: 12.50%** | **YTD Interest: $ 3,090.28** |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 100,000.00 | $ 100,000.00 | $ 972.22 |
| **Totals:** | | | **$ 100,000.00** | **$ 100,000.00** | **$ 972.22** |

## Full Account Summary

**Account:** Karen Petersen Tyndall Trustee of the Karen Petersen Tyndall Trust dated 3/9/94

| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
|---|---|---|
| $ 1,100,000.00 | $ 1,100,000.00 | $ 33,277.76 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**

## USA Commerical Mortgage Company
### as Loan Servicing Agent for Loans Listed Below
### Loan Summary for Client ID 4231

## Individual Investments

**Vesting Name:** Karen Petersen Tyndall Trustee of the Karen Petersen Tyndall Trust dated 3/9/94

**Address:** KAREN PETERSEN TYNDALL
TRUST DATED 3/9/94
C/O KAREN PETERSEN TYNDALL TRUSTEE
1012 GREYSTOKE ACRES ST
LAS VEGAS, NV 89145-8659

| Loan Name | Dates | Performance Evaluation | Original Investment | Current Investment | Principal Due to (from) Investor USA CMC | Interest Due to (from) Investor USA CMC | Total Due to (Owed from) Investor |
|---|---|---|---|---|---|---|---|
| Gramercy Court Condos | 06/25/04 - 06/30/06 | Non-Performing | $225,000 | $225,000 | $0 | ($366) | ($366) |
| HFA- North Yonkers | 01/13/05 - 06/30/06 | Non-Performing | $75,000 | $0 | $75,000 | $1,642 | $76,642 |
| I-40 Gateway West | 01/11/05 - 06/30/06 | Performing | $225,000 | $225,000 | $0 | $8,416 | $8,416 |
| Marlton Square | 06/20/05 - 06/30/06 | Non-Performing | $150,000 | $150,000 | $0 | ($279) | ($279) |
| Bundy Canyon $5,000,000 | 09/28/05 - 06/30/06 | Performing | $325,000 | $325,000 | $0 | $4,327 | $4,327 |
| Slade Development | 12/05/05 - 06/30/06 | Performing | $100,000 | $100,000 | $0 | $2,599 | $2,599 |
| | | **Totals:** | $1,100,000 | $1,025,000 | $75,000 | $16,339 | $91,339 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

**Prepared by MFIM, LLC**

THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006.

1

**EXHIBIT B**

2

**COVER LETTER TO BMC GROUP**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

# GOOLD PATTERSON
# ALES & DAY

### ATTORNEYS AT LAW

BARRY S. GOOLD
JEFFREY D. PATTERSON
BARNEY C. ALES
BRYAN K. DAY

KELLY J. BRINKMAN
DOUGLAS L. MONSON
MICHELLE BRIGGS
KARISSA D. VERO

4496 SOUTH PECOS ROAD
LAS VEGAS, NEVADA 89121
TELEPHONE: (702) 436-2600

TELECOPIER: (702) 436-2650
Toll-free: (866) 642-2600
Website: www.gooldpatterson.com

Writer's Direct Email:
kbrinkman@gooldpatterson.com

November 9, 2006

**VIA FEDERAL EXPRESS**

BMC Group
Attention:  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, California  90245

Dear Sir or Madam:

Enclosed please find the following twelve (12) proofs of claims and/or proofs of interest for filing in the USA bankruptcy matters:

- Proof of Interest for Karen Petersen Tyndall Trust dated 3/9/94 in the amount of $312,307.60 to be filed in Case No. 06-10727

- Proof of Interest for Karen Petersen Tyndall Trust dated 3/9/94 in the amount of $432,425.91 to be filed in Case No. 06-10727

- Proof of Claim for Karen Petersen Tyndall Trust dated 3/9/94 in the amount of $1,115,915.59 to be filed in each of the five USA bankruptcy cases

- Proof of Claim for KPT Trust dated 7/16/99 in the amount of $202,866.38 to be filed in each of the five USA bankruptcy cases

Please do not hesitate to call me with any questions you may have.

Sincerely,

Kelly J. Brinkman

Enclosures

G:\KJB\0000\091\Corresp\BMC letter - KPT Trust.doc