CARYN S. TIJSSELING, #6521
BECKLEY SINGLETON, CHTD.
5011 Meadowood Mall Way, Ste. 300
Reno, NV  89502
Telephone: (775) 827-8666
Fax: (775) 827-8722

Attorneys for TOM GLOY

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.   BK-S-06-10725-LBR<br><br>Chapter 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM ECF

CARYN S. TIJSSELING, of the law firm of BECKLEY SINGLETON, CHTD., hereby withdraws as the attorney of record for TOM GLOY in the above-entitled matter pursuant to SCR 46.

Dated this 20th day of December, 2006.

BECKLEY SINGLETON, CHTD.

By:  /s/ Caryn S. Tijsseling
CARYN S. TIJSSELING, #6521
5011 Meadowood Mall Way, Ste. 300
Reno, Nevada 89502

Attorneys for TOM GLOY

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served on counsel for all parties by ECF, this 20th of December, 2006.

*Jena D Drew*
JENA D. DREW
Employee of Beckley Singleton, Chtd.

Beckley
Singleton, Chtd.
5011 Meadowood
Mall Way, Ste. 300
Reno, Nevada 89502

K:\54\54783.001\Plead\ntc withdrawal.doc        2