CARYN S. TIJSSELING, #6521
BECKLEY SINGLETON, CHTD.
5011 Meadowood Mall Way, Ste. 300
Reno, NV 89502
Telephone: (775) 827-8666
Fax: (775) 827-8722

Attorneys for DIANE WALTER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | Case Nos. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
|  | Hearing Date: N/A<br>Hearing Time: N/A |
| Debtor. |  |

**<u>NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM ECF</u>**

CARYN S. TIJSSELING, of the law firm of BECKLEY SINGLETON, CHTD., hereby withdraws as the attorney of record for DIANE WALTER in the above-entitled matter pursuant to SCR 46.

Dated this 20th day of December, 2006.

                         BECKLEY SINGLETON, CHTD.

           By:    /s/ Caryn S. Tijsseling
                         CARYN S. TIJSSELING, #6521
                         5011 Meadowood Mall Way, Ste. 300
                         Reno, Nevada 89502

                         Attorneys for DIANE WALTER

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on counsel for all parties by ECF, this 20th of December, 2006.

*Jena D Drew*
JENA D. DREW
Employee of Beckley Singleton, Chtd.

Beckley
Singleton, Chtd.
5011 Meadowood
Mall Way, Ste. 300
Reno, Nevada 89502

53336.001/plead/reqspecialnot

2