# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re:
   USA COMMERCIAL MORTGAGE COMPANY,
   Debtor(s)

---

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by RACHEL PATIENCE RAGNI and the appointment of ANNE M. LORADITCH as designated Nevada Counsel in this case is approved.

Dated: 12/21/06                                    BY THE COURT

                                                   /s/ Patricia Gray
                                                   Patricia Gray
                                                   Clerk of the Bankruptcy Court