Jeffrey A. Cogan, Esq.                          **E-filed on December 21, 2006**
Nevada Bar No. 4569
333 North Rancho Drive, Suite 825
Las Vegas, NV 89106
Telephone: (702) 474-4220
Facsimile:  (702) 474-4228
E-mail: jeffrey@jeffreycogan.com
Attorney for Creditor, R & N Real Estate Investments and
Interested Party, Robert Verchota

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | ) **Case No.:  BK-S-06-10725-LBR**<br>) BK-S-06-10726-LBR<br>) BK-S-06-10727-LBR<br>) BK-S-06-10728-LBR<br>) BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | )<br>)<br>) Chapter 11<br>)<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><br>Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR**<br>)<br>)<br>)<br>)<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC<br><br>Debtor. | ) Date: **January 17, 2007**<br>) Time:   **9:30 a.m.**<br>)<br>)<br>)<br>)<br>) |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | ) **MOTION OF JEFFREY A.**<br>)  **COGAN, ESQ. TO WITHDRAW**<br>) **AS ATTORNEY FOR R & N REAL**<br>) **ESTATE INVESTMENTS AND**<br>) **ROBERT VERCHOTA** |
| Affects:<br>☒       All Debtors | )<br>)<br>) |

Jeffrey A. Cogan, Esq. of the Law Offices of Jeffrey A. Cogan, Chartered hereby

moves this Court for its order allowing him to withdraw as attorney of record for Creditor, R

& N Real Estate Investments and Interested Party, Robert Verchota.   Mr. Verchota,

individually and as a General Partner of R & N Real Estate Investment has determined that he does not wish to be represented by the undersigned in this matter.   All further notices to R & N Real Estate Investments and Robert Verchota may be made as follows:

> Robert Verchota, General Partner
> R & N Real Estate Investments
> 8365 S. Bonita Vista St.
> Las Vegas, Nevada  89148

> Robert Verchota
> 8365 S. Bonita Vista St.
> Las Vegas, NV  89148

Accordingly, Jeffrey A. Cogan, Esq. of the Law Offices of Jeffrey A. Cogan, Chartered hereby respectfully requests this Court enter its order allowing his withdrawal as counsel for R & N Real Estate Investments and Robert Verchota in this matter.

Dated this 21st day of December, 2006.

**LAW OFFICES OF**
**JEFFREY A. COGAN, CHARTERED**


By: /s/  Jeffrey A. Cogan, Esq.
    Jeffrey A. Cogan, Esq.
    Nevada Bar No. 4569
    333 North Rancho Drive, Suite 825
    Las Vegas, Nevada   89106
    Attorney for Creditor, R & N Real Estate
    Investments and Interested Party, Robert Verchota