Jeffrey A. Cogan, Esq.  
Nevada Bar No. 4569  
333 North Rancho Drive, Suite 825  
Las Vegas, NV 89106  
Telephone: (702) 474-4220  
Facsimile: (702) 474-4228  
E-mail: jeffrey@jeffreycogan.com  
Attorney for Creditor, R & N Real Estate Investments and  
Interested Party, Robert Verchota  

E-filed on December 21, 2006

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No.: BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC<br><br>Debtor. | Date: **January 17, 2007**<br>Time: **9:30 a.m.** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **NOTICE OF**<br>**MOTION OF JEFFREY A.**<br>**COGAN, ESQ. TO WITHDRAW**<br>**AS ATTORNEY FOR R & N REAL**<br>**ESTATE INVESTMENTS AND**<br>**ROBERT VERCHOTA** |
| Affects:<br>☒    All Debtors | |

NOTICE IS HEREBY GIVEN that MOTION OF JEFFREY A. COGAN, ESQ. TO

WITHDRAW AS ATTORNEY FOR R & N REAL ESTATE INVESTMENTS and

ROBERT VERCHOTA was filed on the 21st day of December, 2006, by Jeffrey A. Cogan, Esq.

Any opposing memorandum must be filed pursuant to Local Rule 9013(e)(1). Local Rule 9013(e)(1): "Except for motions made pursuant to Fed.R.Bank.P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (eighteen (18) days if service of the motion is by mail pursuant to FRBP 9006(e) and (f), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

If an objection is not timely filed and served, the relief requested may be granted without a hearing. LR 9013(a)(1) and LR 9013(c)(1)(E).

---

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

---

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building located at 300 Las

///
///
///
///
///

1 | Vegas Boulevard South, Las Vegas, Nevada, 3rd Floor, Courtroom 1, on the 17th day of
2 | January, 2007, at the hour of 9:30 a.m.
3 |     Dated this 21st day of December, 2006.

**LAW OFFICES OF**
**JEFFREY A. COGAN, CHARTERED**

By: /s/ Jeffrey A. Cogan, Esq.
    Jeffrey A. Cogan, Esq.
    Nevada Bar No. 4569
    333 North Rancho Drive, Suite 825
    Las Vegas, Nevada  89106
    Attorney for Creditor, R & N Real Estate
    Investments and Interested Party, Robert Verchota