Gordon C. Richards, Esq. (Nevada Bar No. 1913)
CLARK & RICHARDS, LLP
1850 E. Flamingo Rd., #204
Las Vegas, Nevada 89119
Telephone: (702) 737-1414
Facsimile: (702) 862-8562
Email: gcrclarkandrichards@earthlink.net

*Attorney for Manfred S. and Christine L. Spindel*

# UNITED STATES BANKRUPTCY COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**RESPONSE TO OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO CLAIMS ON EQUITY MISFILED AS CREDITOR CLAIMS** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: January 3, 2007<br>Time: 9:30 a.m.<br>Courtroom: 1 |

S:\Clients\SPINDEL\Spindel v. USA Capital\Pleadings\Response to Objection.wpd

COMES NOW, Manfred S. and Christine L. Spindel (hereinafter "Spindel"), by and through their counsel, Gordon C. Richards, Esq., of the law firm of Clark & Richards, LLP, and submits their Response to the Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, to Claims on Equity Misfiled as Creditor Claims, filed by the Equity Security Holders of USA Diversified Trust Deed Fund, LLC, (the "Movant").

RESPECTFULLY SUBMITTED this 18th day of December, 2006.

CLARK & RICHARDS, LLP

Gordon C. Richards, Esq.
Nevada Bar No. 1913
1850 E. Flamingo Road, Suite 204
Las Vegas, Nevada 89119
(702) 731-1414
Attorney for Manfred and Christine L. Spindel

## RESPONSE

On October 9, 2006, Spindel filed their Proof of Claim in the above referenced matter evidencing their claim against the USA Capital Diversified Trust Deed Fund, LLC, a copy of which is attached hereto as Exhibit "1", (hereinafter the "Claim"). While an objection has been asserted by the Moveant that the Claim was either mistakenly filed or inappropriately filed, the Claim submitted on behalf of Spindel correctly identifies the claim of Spindel against USA Capital Diversified Trust Deed Fund, LLC. While Spindel has no substantive argument against the objection of the Moveant with respect to the reclassification of the Claim as a Proof of Interest, Spindel does oppose any rejection of theClaim or reclassification of the same that would

S:\Clients\SPINDEL\Spindel v. USA Capital\Pleadings\Response to Objection.wpd

disallow the Claim. Accordingly, to the extent the Claim is reclassified as a Proof of Interest, Spindel has no objection to the same subject to the constraints hereinabove mentioned.

RESPECTFULLY SUBMITTED this 18th day of December, 2006.

CLARK & RICHARDS, LLP

Gordon C. Richards, Esq.
Nevada Bar No. 1913
1850 E. Flamingo Road, Suite 204
Las Vegas, Nevada 89119
(702) 731-1414
Attorney for Manfred and Christine L. Spindel

S:\Clients\SPINDEL\Spindel v. USA Capital\Pleadings\Response to Objection.wpd

## CERTIFICATE OF MAILING

I hereby certify that on the ___ day of December ___, 2006, a copy of the foregoing **Response to Omnibus Objection of the Official Committee of Equity Security Holders of Usa Capital Diversified Trust Deed Fund, Llc, to Claims on Equity Misfiled as Creditor Claims** was served via facsimile and US Mail addressed as follows:

Bob L. Olson, Esq.
Anne M. Loraditch, Esq.
**BECKLEY SINGLETON, CHTD**
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Facsimile: (702) 385-5024

_/s/ Amanda Whitten_
an employee of CLARK & RICHARDS, L.L.P.

S:\Clients\SPINDEL\Spindel v. USA Capital\Pleadings\Response to Objection.wpd

**Exhibit "1"**

(Proof of Claim filed October 9, 2006)

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT

| Name of Debtor: USA Capital Diversified Trust Deed Fund, LLC | Case Number: 06-10727 (LBR) |
|---|---|

NOTE: See Reverse for List of Debtors and Case Numbers. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**

11321241003285

MANFRED S SPINDEL & CHRISTINE L SPINDEL
299 N HOLLYWOOD BLVD
LAS VEGAS NV 89110-5224

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number ( )

Last four digits of account or other number by which creditor identifies debtor: 3216

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly) _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed from: _____ to _____ (date) (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** 2003

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

UNSECURED NONPRIORITY CLAIM $296,706.00
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

UNSECURED PRIORITY CLAIM
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

SECURED CLAIM
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $296,706.00 (unsecured)  $_____ (secured)  $_____ (priority)  $296,706.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P.O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

FILED OCT 09 2006

| DATE 10/4/06 | SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _signature_ Gordon C. Richards, ESQ. |
|---|---|

USA DIVERSIFIED
1072700062

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# USA Commerical Mortgage Company ("USA")

## USA Captial Diversified Trust Deed Fund
### as of April 12, 2006

THIS STATEMENT REFLECTS THE STATUS AS OF THE BANKRUPTCY PETITION DATE.
CURRENT STATEMENTS WILL BE MAILED TO YOU SOON.

11320300041678

Spindel, Manfred S  Or Christine
299 North Hollywood Blvd
Las Vegas, NV  89110

as Loan Servicing Agent for

Vesting Name:    Manfred S. Spindel Or Christine L. Spindel

Shareholder ID:   3216

| Shares | Share Price | Share Value* | Book Value** |
|---|---|---|---|
| 296,706.01 | $1.00 | $296,706.01 | $245,256.07 |

\*  Share value reflected on last statement.

\*\*The book value of the Fund is the net carrying value of the assets and liabilities on the books and records of the Fund as of April 12, 2006. The actual value and collectibility of the assets (notes and related receivables) has not been determined.

Prepared by MFIM, LLC

```
                        TRANSACTION REPORT                  P. 01/01
                                    DEC/19/2006/TUE 12:22 PM
FAX(TX)
 #  | DATE   | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE        | FILE
001 | DEC/19 | 12:21PM  | 3855024  | 0:01:15  |  7   | ORIGINAL ERROR SG3 | 5366
```

THE FOLLOWING DATA COULD NOT BE SENT.
PLEASE GIVE THIS TRANSACTION REPORT TO SENDER.

---

# CLARK & RICHARDS, L.L.P.
1850 E. Flamingo Road, Suite 204
Las Vegas, Nevada 89119
Ph: (702)731-1414    Fax: (702) 862-8562
E-mail: gcrclarkandrichards@earthlink.net

**GORDON C. RICHARDS, P.C., LTD.**         **HOWARD DOUGLAS CLARK, LTD.**

**Date:**       December 19, 2006

**Recipient:**  Bob L. Olson, Esq.
                Anne M. Loraditch, Esq.
                BECKLEY SINGLETON, CHTD.

**FAX:**        (702) 385-5024

**From:**       Gordon C. Richards
                Clark & Richards, L.L.P.

**RE:**         Spindel v. USA Capital Diversified Trust Deed Fund, LLC
                Bankruptcy Court Case Number: BK-S06-10725 LBR

**Pages:**      __ (Including Cover Page)

Hard Copy    (X) Will Follow          ( ) Will Not Follow

**MESSAGE:**    Please see attached.

---

**CONFIDENTIALITY NOTE**
The information contained in this facsimile is legally privileged and confidential information intended only for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of the information is strictly prohibited. If you

# CLARK & RICHARDS, L.L.P.
1850 E. Flamingo Road, Suite 204
Las Vegas, Nevada 89119
Ph: (702)731-1414    Fax: (702) 862-8562
E-mail: gcrclarkandrichards@earthlink.net

**GORDON C. RICHARDS, P.C., LTD.**          **HOWARD DOUGLAS CLARK, LTD.**

**Date:**        December 19, 2006

**Recipient:**   Bob L. Olson, Esq.
                 Anne M. Loraditch, Esq.
                 BECKLEY SINGLETON, CHTD.

**FAX:**         (702) 385-5024

**From:**        Gordon C. Richards
                 Clark & Richards, L.L.P.

**RE:**          Spindel v. USA Capital Diversified Trust Deed Fund, LLC
                 Bankruptcy Court Case Number: BK-S06-10725 LBR

**Pages:**       __ (Including Cover Page)

Hard Copy    (X) Will Follow        ( ) Will Not Follow

**MESSAGE:**  Please see attached.

### CONFIDENTIALITY NOTE
The information contained in this facsimile is legally privileged and confidential information intended only for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of the information is strictly prohibited. If you have received this facsimile in error, please notify us immediately at the number listed herein. Thank you.

**If you do not receive all pages, please reply via fax immediately.**