Jeffrey A. Cogan, Esq.  
Nevada Bar No. 4569  
333 North Rancho Drive, Suite 825  
Las Vegas, NV 89106  
Telephone: (702) 474-4220  
Facsimile: (702) 474-4228  
E-mail: jeffrey@jeffreycogan.com  
Attorney for Creditor, R & N Real Estate Investments and  
Interested Party, Robert Verchota  

**E-filed on December 21, 2006**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No.: **BK-S-06-10725-LBR**<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor. | Date: **January 17, 2007**<br>Time: **9:30 a.m.** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE** |
| Affects:<br>☒ All Debtors | |

1. On December 21, 2006, I served the following document(s): **Motion of Jeffrey A. Cogan, Esq. to Withdraw as Attorney for R & N Real Estate Investments and**

Page 1

**Robert Verchota; Notice of Motion of Jeffrey A. Cogan, Esq. to Withdraw as Attorney for R & N Real Estate Investments and Robert Verchota** and **Certificate of Service.**

2. I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☒ **a. ECF System** *(you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

JOHN HINDERAKER    JHindera@LRL.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

TY E. KEHOE    TyKehoeLaw@aol.com

| | |
|---|---|
| 1 | ROBERT R. KINAS    rkinas@swlaw.com, jlustig@swlaw.com;jmath@swlaw.com;imccord@swlaw.com |
| 2 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 3 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 4 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 5 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 6 | ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net |
| 7 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 8/9 | PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com |
| 10 | JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com |
| 11 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com |
| 12 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com |
| 13 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com |
| 14 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com |
| 15 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com |
| 16/17 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com |
| 18 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com |
| 19 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 20 | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com |
| 21/22 | VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com |
| 23 | BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 24/25 | DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 26 | ANDREW M. PARLEN    aparlen@stutman.com |
| 27 | DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 28 | PAUL C RAY    info@johnpeterlee.com |
| | CHRISTINE A ROBERTS    bankruptcy@rocgd.com |

| | |
|---|---|
| 1 | SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com |
| 2 | LENARD E. SCHWARTZER     bkfilings@s-mlaw.com |
| 3 | JAMES PATRICK SHEA     bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com |
| 4 | SHLOMO S. SHERMAN     ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com |
| 5 | AMBRISH S. SIDHU     ecf@lslawnv.com |
| 6 | JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 7 | ALAN R SMITH     mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com |
| 8 | DAVID A. STEPHENS     dstephens@lvcm.com |
| 9 | PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com |
| 10 | JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com, David@sylvesterpolednak.com |
| 11 | CARYN S. TIJSSELING     ctijsseling@beckleylaw.com, jblair@beckleylaw.com |
| 12 | AMY N. TIRRE     , lleverett@kkbrf.com |
| 13 | AMY N. TIRRE     atirre@kkbrf.com, lleverett@kkbrf.com |
| 14 | U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov |
| 15 | GREGORY J. WALCH     GWalch@Nevadafirm.com |
| 16 | RUSSELL S. WALKER     rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com |
| 17 | WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 18 | WILLIAM J. WRAY     wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com |
| 19 | JOAN C WRIGHT     jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com |
| 20 | MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com |
| 21 | ANTHONY A. ZMAILA     azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com;paltstatt@nevadafirm.com |

☒     **b. United States mail, postage fully prepaid** *(List persons and addresses. Attach additional paper if necessary)*

```
 1 | ROBERT VERCHOTA
   | 8365 S. BONITA VISTA ST.
 2 | LAS VEGAS, NV  89148
   |
 3 | ROBERT VERCHOTA, GENERAL PARTNER
   | R & N REAL ESTATE INVESTMENTS
 4 | 8365 S. BONITA VISTA ST.
   | LAS VEGAS, NV  89148
 5 |
```

6  ☐        **c. Personal Service** *(List persons and addresses. Attach additional paper if*

7  *necessary)*

8  I personally delivered the document(s) to the persons at these addresses:

9  ☐ For a party represented by an attorney, delivery was made by handing the
10 document(s) to the attorney or by leaving the document(s) at the attorney's office with
   a clerk or other person in charge, or if no one is in charge by leaving the document(s) in
11 a conspicuous place in the office.

12 ☐ For a party, delivery was made by handing the document(s) to the party or by
   leaving the document(s) at the person's dwelling house or usual place of abode with
13 someone of suitable age and discretion residing there.

14

15 ☐        **d. By direct email (as opposed to through the ECF System)**

16 *(List persons and email addresses. Attach additional paper if necessary)*

17 Based upon the written agreement of the parties to accept service by email or a
   court order, I caused the document(s) to be sent to the persons at the email
18 addresses listed below.  I did not receive, within a reasonable time after the
   transmission, any electronic message or other indication that the transmission
19 was unsuccessful.

20

21 ☐        **e. By fax transmission** *(List persons and fax numbers. Attach additional*

22 *paper if necessary)*

23 Based upon the written agreement of the parties to accept service by fax
   transmission or a court order, I faxed the document(s) to the persons at the fax
24 numbers listed below.  No error was reported by the fax machine that I used.
   A copy of the record of the fax transmission is attached.
25

26 ☐        **f. By messenger** *(List persons and addresses. Attach additional paper if*

27 *necessary)*

28

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: December 21, 2006

| Jeffrey A. Cogan, Esq. | /s/ Jeffrey A. Cogan, Esq. |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |