Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON DECEMBER 21, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **MONTHLY OPERATING REPORT FOR NOVEMBER 2006 (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

- 1 –
P:\USA Commercial Mortgage\Pleadings\Monthly Operating Reports\MOR Coversheet USA Commercial Mortgage.doc

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: USA Commercial Mortgage Company

Case No. 06-10725-LBR

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 11/30/06       PETITION DATE: 04/13/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in  $1

|  |  | End of Current Month | End of Prior Month | As of April 13, 2006 |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** |  |  |  |
|  | a. Current Assets | $64,077,528 | $62,734,553 |  |
|  | b. Total Assets | $123,056,245 | $121,735,073 | $122,468,825 |
|  | c. Current Liabilities | $25,723,357 | $23,157,033 |  |
|  | d. Total Liabilities | $87,549,078 | $84,982,754 | $61,634,630 |

|  |  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** |  |  |  |
|  | a. Total Receipts | $3,298,542 | $663,891 | $8,631,174 |
|  | b. Total Disbursements | $2,932,540 | $266,133 | $5,667,812 |
|  | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $366,002 | $397,758 | $2,963,362 |
|  | d. Cash Balance Beginning of Month | $3,173,592 | $2,775,834 | $576,231 |
|  | e. Cash Balance End of Month (c + d) | $3,539,594 | $3,173,592 | $3,539,594 |

|  |  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | ($1,245,152) | ($428,988) | ($3,500,726) |
| 5. | Account Receivables (Pre and Post Petition) | $20,654,024 | $20,109,321 |  |
| 6. | Post-Petition Liabilities | $25,723,357 | $23,157,033 |  |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $40,342 | $140,342 |  |

At the end of this reporting month:

|  |  | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) |  | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | x |  |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? |  |  |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) |  | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? |  | x |
| 13. | Are a plan and disclosure statement on file? | X |  |
| 14. | Was there any post-petition borrowing during this reporting period? |  | x |

15. Check if paid: Post-petition taxes  X ;    U.S. Trustee Quarterly Fees  X ;    Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 12/20/06

Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended 11/30/06

| Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
| | | | | **Revenues:** | | |
| $1,511,623 | | $1,511,623 | 1 | Gross Sales | $12,424,964 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $1,511,623 | $0 | $1,511,623 | 3 | Net Sales | $12,424,964 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold    (Schedule 'B') | | |
| $1,511,623 | $0 | $1,511,623 | 5 | Gross Profit | $12,424,964 | $0 |
| $222 | | $222 | 6 | Interest | $43,998 | |
| | | $0 | 7 | Other Income: | $8,044 | |
| $7,000 | | $7,000 | 8 | Intercompany allocations | $320,467 | |
| | | $0 | 9 | | | |
| $1,518,845 | $0 | $1,518,845 | 10 | **Total Revenues** | $12,797,473 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| $167,325 | | ($167,325) | 12 | Salaries | $1,069,150 | |
| | | $0 | 13 | Commissions | $140,833 | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 |   Personal Property | $8,861 | |
| $48,908 | | ($48,908) | 16 |   Real Property | $370,074 | |
| $1,385 | | ($1,385) | 17 | Insurance | $38,578 | |
| | | $0 | 18 | Management Fees | | |
| $16,288 | | ($16,288) | 19 | Depreciation | $143,848 | |
| | | | | Taxes: | | |
| $5,531 | | ($5,531) | 20 |   Employer Payroll Taxes | $62,866 | |
| | | $0 | 21 |   Real Property Taxes | | |
| $3,990 | | ($3,990) | 22 |   Other Taxes | $32,869 | |
| | | $0 | 23 | Other Selling | $52,724 | |
| $57,828 | | ($57,828) | 24 | Other Administrative | $620,005 | |
| | | $0 | 25 | Interest | $4,556 | |
| | | $0 | 26 | Other Expenses: | | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $301,255 | $0 | ($301,255) | 35 | **Total Expenses** | $2,544,364 | $0 |
| $1,217,590 | $0 | $1,217,590 | 36 | **Subtotal** | $10,253,109 | $0 |
| | | | | **Reorganization Items:** | | |
| ($2,462,742) | | $2,462,742 | 37 | Professional Fees | ($13,743,835) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | ($10,000) | |
| | | $0 | 42 | | | |
| ($2,462,742) | $0 | $2,462,742 | 43 | **Total Reorganization Items** | ($13,753,835) | $0 |
| ($1,245,152) | $0 | | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($3,500,726) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($1,245,152) | $0 | $0 | 46 | **Net Profit (Loss)** | ($3,500,726) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended    11/30/06

**Assets**

| | | From Schedules | Market Value[1] |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $3,539,594 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $20,654,024 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | $16,855 |
| 6 | Professional retainers | | |
| 7 | Other: Borrowers interest advances | | $24,156,880 |
| 8 | Funds held in Collection account | | $15,710,175 |
| 9 | **Total Current Assets** | | $64,077,528 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $144,869 |
| 13 | Office equipment | D | $297,483 |
| 14 | Leasehold improvements | D | $58,030 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $500,382 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | Related Party loan | | $58,374,919 |
| 25 | Retirement Plan intangible | | $103,416 |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $58,478,335 |
| 29 | **Total Assets** | | $123,056,245 |

**NOTE:**
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

1 - The method used to estimate the market value of assets was net book value at the end of the current reporting period as market value has not been determined.

Revised 1/1/98

# Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | Item | | Amount |
|---|---|---|---|
| 30 | Salaries and wages | | $28,279 |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $184,079 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | $10,119,083 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: Retirement plan | | $1,105,535 |
| 42 | Escrow deposit and other liabilities | | $2,329,360 |
| 43 | Adjustment for Loan Servicing transactions | | $11,957,021 |
| 44 | **Total Current Liabilities** | | $25,723,357 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $25,723,357 |

**Pre-Petition Liabilities (allowed amount)[1]**

| # | Item | | Amount |
|---|---|---|---|
| 47 | Secured claims[1] | F | $0 |
| 48 | Priority unsecured claims[1] | F | $169,742 |
| 49 | General unsecured claims[1] | F | $61,655,979 |
| 50 | **Total Pre-Petition Liabilities** | | $61,825,721 |
| 51 | **Total Liabilities** | | $87,549,078 |

**Equity (Deficit)**

| # | Item | Amount |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | $38,932,893 |
| 53 | Capital Stock | $75,000 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($3,500,726) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $35,507,167 |
| 60 | **Total Liabilities and Equity (Deficit)** | $123,056,245 |

NOTE:
1 - Allowed Amounts have not yet been determined and are contingent upon approval from the Bankruptcy Court. The pre-petition liabilities' amounts above reflect the claimed amounts filed on Schedules.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $143,737 | |
| 31-60 Days | | $0 | |
| 61-90 Days | | $0 | $40,342 |
| 91+ Days | | $40,342 | |
| Total accounts receivable/payable | $0 | $184,079 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)** — Inventory(ies) Balance at End of Month

Retail/Restaurants -
  Product for resale _____

Distribution -
  Products for resale _____

Manufacturer -
  Raw Materials _____
  Work-in-progress _____
  Finished goods _____

Other - Explain _____

_____
TOTAL                $0

**Cost of Goods Sold**

Inventory Beginning of Month _____
Add -
  Net purchase _____
  Direct labor _____
  Manufacturing overhead _____
  Freight in _____
  Other: _____
_____

Less -
  Inventory End of Month _____
  Shrinkage _____
  Personal Use _____

Cost of Goods Sold                $0

### Method of Inventory Control
Do you have a functioning perpetual inventory system?
   Yes _____   No _____
How often do you take a complete physical inventory?

  Weekly _____
  Monthly _____
  Quarterly _____
  Semi-annually _____
  Annually _____
Date of last physical inventory was _____

Date of next physical inventory is _____

### Inventory Valuation Methods
Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost _____
  LIFO cost _____
  Lower of cost or market _____
  Retail method _____
  Other _____
    Explain
_____
_____

Revised 1/1/98

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

### Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

### Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed[1] Amount | Allowed[2] Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | $123,916 | |
| Priority tax claims | $45,826 | |
| General unsecured claims | $61,655,979 | |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

### Schedule G
### Rental Income Information
### Not applicable to General Business Cases

### Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 |
|---|---|---|---|---|---|
| Bank | Bank of America | Bank of America | Citibank | Bank of America | |
| Account Type | Analyzed Checking | Analyzed Checking | Business Account | Money Market | |
| Account No. | 3755532383 | 3755532419 | 500078217 | 3755547323 | |
| Account Purpose | General | Payroll | Citibank Interest | Escrow Account | Petty Cash |
| Balance, End of Month | $1,199,149 | $14,578 | $355 | $2,325,212 | $300 |
| Total Funds on Hand for all Accounts | $3,539,594 | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**NOTES:**
1 - Claimed Amounts reflects amounts filed on schedules and is subject to change as proof of claims are filed and further pre-petition invoices are identified.
2 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended    11/30/06

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $973,320 | $5,113,082 |
| 3 | Interest Received | $222 | $72,182 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | $5,000 |
| 6 | Capital Contributions | | |
| 7 | Management Fees from USA Capital Realty Advisors, LLC | | $1,027,380 |
| 8 | Tax and Security Deposit Refund | | $5,698 |
| 9 | Principal Received on Notes Receivable | | $82,832 |
| 10 | Escrow Deposit | $2,325,000 | $2,325,000 |
| 11 | | | |
| 12 | **Total Cash Receipts** | $3,298,542 | $8,631,174 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | $2,619 |
| 15 | Administrative | $54,323 | $475,602 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | $150,645 |
| 18 | Interest Paid | | $4,888 |
| | Rent/Lease: | | |
| 19 | Personal Property | | $9,963 |
| 20 | Real Property | $51,269 | $389,626 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | $167,098 | $915,675 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | $21,351 | $138,488 |
| 29 | Employer Payroll Taxes | $6,529 | $66,399 |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | | $9,943 |
| 32 | Other Cash Outflows: | | |
| 33 | Professional Fees Paid in Connection with Chapter 11 Case | $2,631,970 | $3,493,964 |
| 34 | U.S. Trustee Quarterly Fees | | $10,000 |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $2,932,540 | $5,667,812 |
| 39 | **Net Increase (Decrease) in Cash** | $366,002 | $2,963,362 |
| 40 | **Cash Balance, Beginning of Period** | $3,173,592 | $576,231 |
| 41 | **Cash Balance, End of Period** | $3,539,594 | $3,539,594 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 11/30/06

| # | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| 1 | Cash Received from Sales | $973,320 | $5,113,082 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | $222 | $72,182 |
| 4 | Cash Paid to Suppliers | | $2,619 |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | $54,323 | $475,602 |
|   | Cash Paid for Rents/Leases: | | |
| 7 |    Personal Property | | $9,963 |
| 8 |    Real Property | $51,269 | $389,626 |
| 9 | Cash Paid for Interest | | $4,888 |
| 10 | Cash Paid for Net Payroll and Benefits | $167,098 | $915,675 |
|   | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |    Salaries | | |
| 12 |    Draws | | |
| 13 |    Commissions/Royalties | | |
| 14 |    Expense Reimbursements | | |
| 15 |    Other | | |
|   | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |    Employer Payroll Tax | $6,529 | $66,399 |
| 17 |    Employee Withholdings | $21,351 | $138,488 |
| 18 |    Real Property Taxes | | $9,943 |
| 19 |    Other Taxes | | |
| 20 | Cash Paid for General Expenses | | ($1,027,380) |
| 21 | Management Fees from USA Capital Realty Advisors, LLC | | ($5,698) |
| 22 | Tax and Security Deposit Refund | | ($82,832) |
| 23 | Principal Received on Notes Receivable | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $672,972 | $4,287,971 |
|   | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | $2,631,970 | $3,493,964 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | $10,000 |
| 30 | U.S. Trustee Quarterly Fees | ($2,325,000) | ($2,325,000) |
| 31 | Escrow Deposit | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($306,970) | ($1,178,964) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $366,002 | $3,109,007 |
|   | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
|   | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | $5,000 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | $150,645 |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | ($145,645) |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $366,002 | $2,963,362 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $3,173,592 | $576,231 |
| 46 | **Cash and Cash Equivalents at End of Month** | $3,539,594 | $3,539,594 |

Revised 1/1/98

**USA Commercial Mortgage Company**
**Question 9 - Payments to Professionals**
**November 1, 2006 - November, 2006**

|  | Total Paid During Month |
|---|---|
| BMC Group | $ 173,953.87 |
| Gordon & Silver LTD | 130,831.63 |
| Hilco Real Estate Appraisal, LLC | 100,000.00 |
| Lewis and Roca, LLP | 154,851.14 |
| Mesirow Financial Interim Management, LLC | 1,516,808.80 |
| Ray, Quinney & Nebeker, PC | 427,051.98 |
| Schwartzer & McPherson Law Firm | 111,640.33 |
| Sierra Consulting Group, LLC | 16,832.25 |
| **Total Fees & Expenses** | **$ 2,631,970.00** |

## USA COMMERCIAL MORTGAGE COMPANY - COLLECTION ACCOUNT
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended ___11/30/06___

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | $161,682 | $1,388,255 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Cash Received - See Attachment A | $26,277,944 | $202,785,911 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $26,439,626 | $204,174,166 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | |
| 15 | Administrative | | |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 |    Personal Property | | |
| 20 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 |    Salaries | | |
| 22 |    Draws | | |
| 23 |    Commissions/Royalties | | |
| 24 |    Expense Reimbursements | | |
| 25 |    Other | | |
| 26 | Salaries/Commissions (less employee withholding) | | |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 |    Employee Withholding | | |
| 29 |    Employer Payroll Taxes | | |
| 30 |    Real Property Taxes | | |
| 31 |    Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 |    Extension/Late Fees/Default Interest Collected on Behalf of USA CM | $77,872 | $634,421 |
| 34 |    Service Fees Paid to USA Commercial Mortgage | $876,973 | $2,713,210 |
| 35 |    Payments to Investors | $20,911,611 | $146,710,773 |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $21,866,456 | $150,058,404 |
| 39 | **Net Increase (Decrease) in Cash** | $4,573,170 | $54,115,762 |
| 40 | **Cash Balance, Beginning of Period** | $58,596,009 | $9,053,417 |
| 41 | **Cash Balance, End of Period** | $63,169,179 | $63,169,179 |

Revised 1/1/98

# USA COMMERCIAL MORTGAGE COMPANY - COLLECTION ACCOUNT
## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended  11/30/06

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | $161,682 | $1,388,255 |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | ($26,277,944) | ($202,785,911) |
| 21 | Cash Received - See Attachment A | $77,872 | $634,421 |
| 22 | Extension/Late Fees/Default Interest Collected on Behalf of USA CM | $876,973 | $2,713,210 |
| 23 | Service Fees Paid to USA Commercial Mortgage | $20,911,611 | $146,710,773 |
| 24 | Payments to Investors | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $4,573,170 | $54,115,762 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $4,573,170 | $54,115,762 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $4,573,170 | $54,115,762 |
| 45 | Cash and Cash Equivalents at Beginning of Month | $58,596,009 | $9,053,417 |
| 46 | Cash and Cash Equivalents at End of Month | $63,169,179 | $63,169,179 |

**USA Commercial Mortgage Company - Collections Account**
**Attachment A**
**November 1, 2006 - November 30, 2006**

| Borrowers | Receipts |
|---|---:|
| 5055 Collwood, LLC | $ 28,596.00 |
| BarUSA/$15,300,000 | 331,500.00 |
| Bundy Canyon $1,050,000 | 11,754.17 |
| Cabernet | 37,625.00 |
| Charlevoix Homes, LLC | 46,844.44 |
| Cloudbreak LV | 65,499.48 |
| Columbia Managing Partners | 24,739.72 |
| Cornman Toltec 160, LLC | 109,791.66 |
| Fiesta Development $6.6 | 73,883.33 |
| Fiesta Murrieta | 72,763.89 |
| Franklin - Stratford Investments, LLC | 54,133.58 |
| Goss Road | 5,500.00 |
| Hasley Canyon | 14,642,362.11 |
| I-40 Gateway West | 26,464.67 |
| I-40 Gateway West, LLC 2nd | 15,375.96 |
| Interstate Commerce Center | 11,772.29 |
| Interstate Commerce Center Phase II | 13,052.45 |
| La Hacienda Estate, LLC | 64,597.45 |
| Meadow Creek Partners, LLC | 8,744,324.20 |
| Palm Harbor One | 1,577,880.00 |
| Rio Rancho Executive Plaza, LLC | 82,604.98 |
| Southern California Land 2nd | 48,222.23 |
| The Gardens Timeshare | 45,357.82 |
| University Estates | 43,298.82 |
| Wasco Investments | 100,000.00 |
| **Total Receipts** | $ 26,277,944.25 |

## USA COMMERCIAL MORTGAGE COMPANY - INVESTOR ACCOUNT
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended ___11/30/06___

|    |                                                              | Actual Current Month | Cumulative (Case to Date) |
|----|--------------------------------------------------------------|---------------------:|--------------------------:|
|    | **Cash Receipts**                                            |                      |                           |
| 1  | Rent/Leases Collected                                        |                      |                           |
| 2  | Cash Received from Sales                                     |                      | $947                      |
| 3  | Interest Received                                            |                      |                           |
| 4  | Borrowings                                                   |                      |                           |
| 5  | Funds from Shareholders, Partners, or Other Insiders         |                      |                           |
| 6  | Capital Contributions                                        |                      | $8,900,000                |
| 7  | Return of Funds from Title Company                           |                      | $200,000                  |
| 8  | Funding Assignments                                          |                      |                           |
| 9  |                                                              |                      |                           |
| 10 |                                                              |                      |                           |
| 11 |                                                              |                      |                           |
| 12 | **Total Cash Receipts**                                      | $0                   | $9,100,947                |
|    | **Cash Disbursements**                                       |                      |                           |
| 13 | Payments for Inventory                                       |                      |                           |
| 14 | Selling                                                      |                      |                           |
| 15 | Administrative                                               |                      |                           |
| 16 | Capital Expenditures                                         |                      |                           |
| 17 | Principal Payments on Debt                                   |                      |                           |
| 18 | Interest Paid                                                |                      |                           |
|    | Rent/Lease:                                                  |                      |                           |
| 19 |     Personal Property                                        |                      |                           |
| 20 |     Real Property                                            |                      |                           |
|    | Amount Paid to Owner(s)/Officer(s)                           |                      |                           |
| 21 |     Salaries                                                 |                      |                           |
| 22 |     Draws                                                    |                      |                           |
| 23 |     Commissions/Royalties                                    |                      |                           |
| 24 |     Expense Reimbursements                                   |                      |                           |
| 25 |     Other                                                    |                      |                           |
| 26 | Salaries/Commissions (less employee withholding)             |                      |                           |
| 27 | Management Fees                                              |                      |                           |
|    | Taxes:                                                       |                      |                           |
| 28 |     Employee Withholding                                     |                      |                           |
| 29 |     Employer Payroll Taxes                                   |                      |                           |
| 30 |     Real Property Taxes                                      |                      |                           |
| 31 |     Other Taxes                                              |                      |                           |
| 32 | Other Cash Outflows:                                         |                      |                           |
| 33 |     Pre-Petition Check Cleared by Bank after Account Closed  |                      | $100,000                  |
| 34 |     Principal Payments to Investors                          | $50,000              | $9,475,000                |
| 35 |                                                              |                      |                           |
| 36 |                                                              |                      |                           |
| 37 |                                                              |                      |                           |
| 38 | **Total Cash Disbursements:**                                | $50,000              | $9,575,000                |
| 39 | **Net Increase (Decrease) in Cash**                          | ($50,000)            | ($474,053)                |
| 40 | **Cash Balance, Beginning of Period**                        | $1,552,080           | $1,976,133                |
| 41 | **Cash Balance, End of Period**                              | $1,502,080           | $1,502,080                |

Note:
1 - Check cleared by Wells Fargo on April 19, 2006 and not returned to account by the bank.

Revised 1/1/98

## USA COMMERCIAL MORTGAGE COMPANY - INVESTOR ACCOUNT
## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 11/30/06

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | $947 |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | $100,000 |
| 21 | Pre-Petition Check Cleared by Bank after Account Closed | | ($8,900,000) |
| 22 | Return of Funds from Title Company | $50,000 | $9,475,000 |
| 23 | Principal Payments to Investors | | ($200,000) |
| 24 | Funding Assignments | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($50,000) | ($474,053) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($50,000) | ($474,053) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($50,000) | ($474,053) |
| 45 | Cash and Cash Equivalents at Beginning of Month | $1,552,080 | $1,976,133 |
| 46 | Cash and Cash Equivalents at End of Month | $1,502,080 | $1,502,080 |

Note:
1 - Check cleared by Wells Fargo on April 19, 2006 and not returned to account by the bank.

Revised 1/1/98

USA Commercial Mortgage Company, et al.
Repaid Loans - Final Payoff
November 2006

| | Date | Principal | Interest | Extension Fees | Late Fees | Default Interest | Total Collection | Service Fees Collected |
|---|---|---|---|---|---|---|---|---|
| Hasley Canyon | 11/14/2006 | $ 11,700,000.00 | $ 2,942,362.11 | $ - | $ - | $ - | $ 14,642,362.11 | $ 140,919.90 |
| Meadow Creek | 11/18/2006 | 8,250,000.00 | 494,324.20 | - | 18,475.33 | - | 8,762,799.53 | 35,979.17 |
| Total | | $ 19,950,000.00 | $ 3,436,686.31 | $ - | $ 18,475.33 | $ - | $ 23,405,161.64 | $ 176,899.07 |