Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON DECEMBER 21, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                           Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>     Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>     Debtor. | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>     Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>     Debtor. | **MONTHLY OPERATING REPORT FOR NOVEMBER 2006 (AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)** |
| Affects:<br>  ☐ All Debtors<br>  ☐ USA Commercial Mortgage Company<br>  ☐ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Deed Fund, LLC<br>  ☑ USA Capital First Trust Deed Fund, LLC<br>  ☐ USA Securities, LLC | |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: USA First Trust Deed Fund, LLC

Case No. __06-10728-LBR__

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

### SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 11/30/06        PETITION DATE: 04/13/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

|   | | End of Current Month | End of Prior Month | As of April 13, 2006 |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
|   | a. Current Assets | $6,056,481 | $7,706,203 | |
|   | b. Total Assets | $64,376,180 | $69,116,740 | $67,012,890 |
|   | c. Current Liabilities | $1,789,415 | $2,249,724 | |
|   | d. Total Liabilities | $2,015,197 | $2,475,506 | $225,782 |
|   | | | | Cumulative |
|   | | Current Month | Prior Month | (Case to Date) |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
|   | a. Total Receipts | $416,787 | $2,217,214 | $4,820,593 |
|   | b. Total Disbursements | $2,352,830 | $747,329 | $4,275,802 |
|   | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($1,936,043) | $1,469,885 | $544,791 |
|   | d. Cash Balance Beginning of Month | $2,480,834 | $1,010,949 | $0 |
|   | e. Cash Balance End of Month (c + d) | $544,791 | $2,480,834 | $544,791 |
|   | | | | Cumulative |
|   | | Current Month | Prior Month | (Case to Date) |
| 4. | Profit/(Loss) from the Statement of Operations | ($3,220,042) | $88,620 | ($1,804,108) |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $1,789,415 | $2,249,724 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) |   | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | X |   |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | X |   |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X |   |
| 12. Is the estate insured for replacement cost of assets and for general liability? |   | X |
| 13. Are a plan and disclosure statement on file? | X |   |
| 14. Was there any post-petition borrowing during this reporting period? |   | X |

15. Check if paid: Post-petition taxes  N/A ;  U.S. Trustee Quarterly Fees  X ;  Check if filing is current for: Post-petition tax reporting and tax returns:  N/A .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 12/20/06

_____
Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended  11/30/06

| Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | **Revenues:** | | |
| $635,137 | | $635,137 | 1 | Gross Sales | $5,048,374 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $635,137 | $0 | $635,137 | 3 | Net Sales | $5,048,374 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold    (Schedule 'B') | | |
| $635,137 | $0 | $635,137 | 5 | Gross Profit | $5,048,374 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: _____ | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | _____ | | |
| $635,137 | $0 | $635,137 | 10 | **Total Revenues** | $5,048,374 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 | Salaries | | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 |    Personal Property | | |
| | | $0 | 16 |    Real Property | | |
| | | $0 | 17 | Insurance | | |
| $81,412 | | ($81,412) | 18 | Management Fees | $616,016 | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 |    Employer Payroll Taxes | | |
| | | $0 | 21 |    Real Property Taxes | | |
| | | $0 | 22 |    Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| | | $0 | 26 | Other Expenses: _____ | | |
| $3,022,867 | | ($3,022,867) | 27 | Provision for Loan Losses | $3,022,867 | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $3,104,279 | $0 | ($3,104,279) | 35 | **Total Expenses** | $3,638,883 | $0 |
| ($2,469,142) | $0 | ($2,469,142) | 36 | **Subtotal** | $1,409,491 | $0 |
| | | | | **Reorganization Items:** | | |
| ($750,900) | | $750,900 | 37 | Professional Fees | ($3,208,349) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | ($5,250) | |
| | | $0 | 42 | _____ | | |
| ($750,900) | $0 | $750,900 | 43 | **Total Reorganization Items** | ($3,213,599) | $0 |
| ($3,220,042) | $0 | | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($1,804,108) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($3,220,042) | $0 | $0 | 46 | **Net Profit (Loss)** | ($1,804,108) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended __11/30/06__

| | Assets | From Schedules | Market Value[1] |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $544,791 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: Accrued interest | | $5,511,690 |
| 8 | | | |
| 9 | **Total Current Assets** | | $6,056,481 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | Notes receivable (net of allowance) | | $58,319,699 |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $58,319,699 |
| 29 | **Total Assets** | | $64,376,180 |

NOTE:  Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

1 - The method used to estimate the market value of assets was net book value at the end of the current reporting period as market value has not been determined.

Revised 1/1/98

## Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| Line | Description | | Amount |
|---|---|---|---|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $0 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | $1,545,180 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: Management fees | | $244,235 |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $1,789,415 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $1,789,415 |

**Pre-Petition Liabilities (allowed amount)[1]**

| Line | Description | | Amount |
|---|---|---|---|
| 47 | Secured claims[1] | F | $0 |
| 48 | Priority unsecured claims[1] | F | $0 |
| 49 | General unsecured claims[1] | F | $225,782 |
| 50 | **Total Pre-Petition Liabilities** | | $225,782 |
| 51 | **Total Liabilities** | | $2,015,197 |

**Equity (Deficit)**

| Line | Description | Amount |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | $11,396,460 |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($1,804,108) |
| 56 | Post-petition contributions/(distributions) or (draws) | ($2,235,602) |
| 57 | General and Limited Partners equity | $55,004,233 |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $62,360,983 |
| 60 | **Total Liabilities and Equity (Deficit)** | $64,376,180 |

**NOTE:**
1 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court. The pre-petition liabilities' amounts above reflect the claimed amounts filed on Schedules.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

|  | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| **Receivables and Payables Agings** | | | |
| 0 -30 Days | | | |
| 31-60 Days | | | $0 |
| 61-90 Days | | | |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | _____ |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | _____ |
| Product for resale | _____ | Direct labor | _____ |
| | | Manufacturing overhead | _____ |
| Distribution - | | Freight in | _____ |
| Products for resale | _____ | Other: | _____ |
| | | | _____ |
| Manufacturer - | | | _____ |
| Raw Materials | _____ | Less - | |
| Work-in-progress | _____ | Inventory End of Month | _____ |
| Finished goods | _____ | Shrinkage | _____ |
| | | Personal Use | _____ |
| Other - Explain | | | |
| _____ | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
    Yes _____    No _____
How often do you take a complete physical inventory?

    Weekly _____
    Monthly _____
    Quarterly _____
    Semi-annually _____
    Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
    FIFO cost _____
    LIFO cost _____
    Lower of cost or market _____
    Retail method _____
    Other _____
      Explain _____

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | $0 |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | $0 |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed[1] Amount | Allowed[2] Amount (b) |
|---|---|---|
| Secured claims  (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $225,782 | |

(a) List total amount of claims even if under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Bank of America | | | |
| Account Type | Analyzed Checking | | | |
| Account No. | 3755532435 | | | |
| Account Purpose | General | | | |
| Balance, End of Month | $544,791 | | | |
| Total Funds on Hand for all Accounts | $544,791 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**NOTES:**
1 - Claimed Amounts reflects amounts filed on schedules and is subject to change as proof of claims are filed and further pre-petition invoices are identified.
2 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended __11/30/06__

|   |   | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
|   | **Cash Receipts** |   |   |
| 1 | Rent/Leases Collected | $416,787 | $4,820,593 |
| 2 | Cash Received from Sales |   |   |
| 3 | Interest Received |   |   |
| 4 | Borrowings |   |   |
| 5 | Funds from Shareholders, Partners, or Other Insiders |   |   |
| 6 | Capital Contributions |   |   |
| 7 |   |   |   |
| 8 |   |   |   |
| 9 |   |   |   |
| 10 |   |   |   |
| 11 |   |   |   |
| 12 | **Total Cash Receipts** | $416,787 | $4,820,593 |
|   | **Cash Disbursements** |   |   |
| 13 | Payments for Inventory |   |   |
| 14 | Selling |   |   |
| 15 | Administrative |   |   |
| 16 | Capital Expenditures |   |   |
| 17 | Principal Payments on Debt |   |   |
| 18 | Interest Paid |   |   |
|   | Rent/Lease: |   |   |
| 19 |    Personal Property |   |   |
| 20 |    Real Property |   |   |
|   | Amount Paid to Owner(s)/Officer(s) |   |   |
| 21 |    Salaries |   |   |
| 22 |    Draws |   |   |
| 23 |    Commissions/Royalties |   |   |
| 24 |    Expense Reimbursements |   |   |
| 25 |    Other |   |   |
| 26 | Salaries/Commissions (less employee withholding) | $162,824 | $371,781 |
| 27 | Management Fees |   |   |
|   | Taxes: |   |   |
| 28 |    Employee Withholding |   |   |
| 29 |    Employer Payroll Taxes |   |   |
| 30 |    Real Property Taxes |   |   |
| 31 |    Other Taxes |   |   |
| 32 | Other Cash Outflows: | $1,060,209 | $2,235,602 |
| 33 | Distributions to Shareholders |   | $5,250 |
| 34 | U.S. Trustee Quarterly Fees | $1,129,797 | $1,663,169 |
| 35 | Professional Fees Paid in Connection with Chapter 11 Case |   |   |
| 36 |   |   |   |
| 37 |   |   |   |
| 38 | **Total Cash Disbursements:** | $2,352,830 | $4,275,802 |
| 39 | **Net Increase (Decrease) in Cash** | ($1,936,043) | $544,791 |
| 40 | **Cash Balance, Beginning of Period** | $2,480,834 | $0 |
| 41 | **Cash Balance, End of Period** | $544,791 | $544,791 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended __11/30/06__

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $416,787 | $4,820,593 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | $1,060,209 | $2,235,602 |
| 21 | Distributions to Shareholders | $162,824 | $371,781 |
| 22 | Management Fees | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | Net Cash Provided (Used) by Operating Activities before Reorganization Items | ($806,246) | $2,213,210 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | $1,129,797 | $1,663,169 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | $5,250 |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | Net Cash Provided (Used) by Reorganization Items | ($1,129,797) | ($1,668,419) |
| 33 | Net Cash Provided (Used) for Operating Activities and Reorganization Items | ($1,936,043) | $544,791 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | Net Cash Provided (Used) by Investing Activities | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | Net Cash Provided (Used) by Financing Activities | $0 | $0 |
| 44 | Net Increase (Decrease) in Cash and Cash Equivalents | ($1,936,043) | $544,791 |
| 45 | Cash and Cash Equivalents at Beginning of Month | $2,480,834 | $0 |
| 46 | Cash and Cash Equivalents at End of Month | $544,791 | $544,791 |

Revised 1/1/98

## USA First Trust Deed Fund, LLC
## Question 9 - Payments to Professionals
## November 1, 2006 - November, 2006

|  | Total Paid During Month |
|---|---:|
| Stutman Treister & Glatt Professional Corporation | $ 466,207.05 |
| Alvarez & Marsal, LLC | 228,305.02 |
| Shea & Carlyon LTD. | 129,721.63 |
| Ray, Quinney & Nebuker | 72,890.10 |
| Mesirow Financial Interim Management, LLC | 191,907.43 |
| Schwartzer & McPherson Law Firm | 38,590.31 |
| Committee Members | 2,175.51 |
| **Total Fees & Expenses** | **$ 1,129,797.05** |

## USA First Trust Deed Fund, LLC
### Question 11 - Payments to Insiders
### November 1, 2006 - November 30, 2006

| Date of Payment | Name of Payee | Purpose of Payment | Amount of Payment |
|---|---|---|---|
| 11/1/2006 | USA Capital Realty Advisors, LLC | Management Fees | $ 162,823.80 |
| **Total Insider Payments** | | | $ 162,823.80 |