Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.    **E-FILED ON DECEMBER 21, 2006**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **MONTHLY OPERATING REPORT<br>FOR NOVEMBER 2006<br>(AFFECTS USA SECURITIES, LLC)** |
| Affects:<br>  ☐ All Debtors<br>  ☐ USA Commercial Mortgage Company<br>  ☐ USA Capital Realty Advisors, LLC<br>  ☐ USA Capital Diversified Trust Deed Fund, LLC<br>  ☐ USA First Trust Deed Fund, LLC<br>  ☒ USA Securities, LLC | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: USA Securities, LLC

Case No. _____06-10729-LBR_____

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** ___11/30/06___          **PETITION DATE:** ___04/13/06___

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| | End of Current Month | End of Prior Month | As of April 13, 2006 |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $17,385 | $17,515 | |
| b. Total Assets | $17,385 | $17,515 | $19,128 |
| c. Current Liabilities | $26,829 | $26,829 | |
| d. Total Liabilities | $87,769 | $87,769 | $1,240 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | $0 | $1,501 |
| b. Total Disbursements | $130 | $309 | $1,184 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($130) | ($309) | $317 |
| d. Cash Balance Beginning of Month | $17,515 | $17,824 | $17,068 |
| e. Cash Balance End of Month (c + d) | $17,385 | $17,515 | $17,385 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | ($130) | ($5,463) | ($89,499) |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. **Post-Petition Liabilities** | $26,829 | $26,829 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $1,513 | $1,513 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | | X |
| 13. Are a plan and disclosure statement on file? | X | |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   N/A ;        U.S. Trustee Quarterly Fees   X  ; Check if filing is current for: Post-petition tax reporting and tax returns:       N/A .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _12/20/06_                                    _____
                                                    Responsible Individual

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 11/30/06 _____

| | Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | Actual | Forecast | Variance | | | |
| | | | | **Revenues:** | | |
| | | | $0 | 1  Gross Sales | | |
| | | | $0 | 2  less: Sales Returns & Allowances | | |
| | $0 | $0 | $0 | 3  Net Sales | $0 | $0 |
| | $0 | | $0 | 4  less: Cost of Goods Sold  (Schedule 'B') | | |
| | $0 | $0 | $0 | 5  Gross Profit | $0 | $0 |
| | | | $0 | 6  Interest | | |
| | | | $0 | 7  Other Income: | | |
| | | | $0 | 8 | | |
| | | | $0 | 9 | | |
| | $0 | $0 | $0 | 10  **Total Revenues** | $0 | $0 |
| | | | | **Expenses:** | | |
| | | | $0 | 11  Compensation to Owner(s)/Officer(s) | | |
| | | | $0 | 12  Salaries | | |
| | | | $0 | 13  Commissions | | |
| | | | $0 | 14  Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | | $0 | 15  Personal Property | $0 | |
| | | | $0 | 16  Real Property | $560 | |
| | | | $0 | 17  Insurance | | |
| | | | $0 | 18  Management Fees | | |
| | | | $0 | 19  Depreciation | | |
| | | | | Taxes: | | |
| | | | $0 | 20  Employer Payroll Taxes | | |
| | | | $0 | 21  Real Property Taxes | | |
| | | | $0 | 22  Other Taxes | $7,831 | |
| | | | $0 | 23  Other Selling | | |
| | $130 | | ($130) | 24  Other Administrative | $1,053 | |
| | | | $0 | 25  Interest | | |
| | | | $0 | 26  Other Expenses:  Legal | $54,238 | |
| | | | $0 | 27 | | |
| | | | $0 | 28 | | |
| | | | $0 | 29 | | |
| | | | $0 | 30 | | |
| | | | $0 | 31 | | |
| | | | $0 | 32 | | |
| | | | $0 | 33 | | |
| | | | $0 | 34 | | |
| | $130 | $0 | ($130) | 35  **Total Expenses** | $63,682 | $0 |
| | ($130) | $0 | ($130) | 36  **Subtotal** | ($63,682) | $0 |
| | | | | **Reorganization Items:** | | |
| | $0 | | $0 | 37  Professional Fees | ($25,317) | |
| | | | $0 | 38  Provisions for Rejected Executory Contracts | | |
| | | | $0 | 39  Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | | $0 | 40  Gain or (Loss) from Sale of Equipment | | |
| | $0 | | $0 | 41  U.S. Trustee Quarterly Fees | ($500) | |
| | | | $0 | 42 | | |
| | $0 | $0 | $0 | 43  **Total Reorganization Items** | ($25,817) | $0 |
| | ($130) | $0 | | 44  **Net Profit (Loss) Before Federal & State Taxes** | ($89,499) | $0 |
| | | | $0 | 45  Federal & State Income Taxes | | |
| | ($130) | $0 | $0 | 46  **Net Profit (Loss)** | ($89,499) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
### (General Business Case)
**For the Month Ended** _____11/30/06_____

**Assets**

|  |  | From Schedules | Market Value[1] |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $17,385 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: _____ | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $17,385 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: _____ | D | |
| 17 | _____ | D | |
| 18 | _____ | D | |
| 19 | _____ | D | |
| 20 | _____ | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | _____ | | |
| 25 | _____ | | |
| 26 | _____ | | |
| 27 | _____ | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $17,385 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

1 - The method used to estimate the market value of assets was net book value at the end of the current reporting period as market value has not been determined.

Revised 1/1/98

# Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | |
|---|---|---|---|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $1,513 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | $25,316 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: _____ | | |
| 42 | _____ | | |
| 43 | _____ | | |
| 44 | **Total Current Liabilities** | | $26,829 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $26,829 |

**Pre-Petition Liabilities (allowed amount)[1]**

| | | | |
|---|---|---|---|
| 47 | Secured claims[1] | F | $0 |
| 48 | Priority unsecured claims[1] | F | $7,744 |
| 49 | General unsecured claims[1] | F | $53,196 |
| 50 | **Total Pre-Petition Liabilities** | | $60,940 |
| 51 | **Total Liabilities** | | $87,769 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | | $19,115 |
| 53 | Capital Stock | | |
| 54 | Additional paid-in capital | | |
| 55 | Cumulative profit/(loss) since filing of case | | ($89,499) |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | _____ | | |
| 58 | Market value adjustment | | |
| 59 | **Total Equity (Deficit)** | | ($70,384) |
| 60 | **Total Liabilities and Equity (Deficit)** | | $17,385 |

**NOTE:**

1 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court. The pre-petition liabilities' amounts above reflect the claimed amounts filed on Schedules.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| **Receivables and Payables Agings** | | | |
| 0 -30 Days | | | |
| 31-60 Days | | | $1,513 |
| 61-90 Days | | | |
| 91+ Days | | $1,513 | |
| Total accounts receivable/payable | $0 | $1,513 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | Less - | |
| Work-in-progress | | Inventory End of Month | |
| Finished goods | | Shrinkage | |
| | | Personal Use | |
| Other - Explain | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

      Yes _____    No _____

How often do you take a complete physical inventory?

  Weekly      _____
  Monthly     _____
  Quarterly    _____
  Semi-annually _____
  Annually     _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost         —
  LIFO cost         —
  Lower of cost or market —
  Retail method     —
  Other            —
    Explain

_____

_____

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | | Cost | Market Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | | Cost | Market Value |
|---|---|---|---|
| Machinery & Equipment - | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |
| Furniture & Fixtures - | | | |
| | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |
| Office Equipment - | | | |
| | | | |
| Total | | $0 | $0 |
| Leasehold Improvements - | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |
| Vehicles - | | | |
| | | | |
| | | | |
| Total | | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | $0 |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | $0 |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed[1] Amount | Allowed[2] Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | $7,744 | |
| General unsecured claims | $53,196 | |

(a)  List total amount of claims even it under secured.
(b)  Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Bank of America | | | |
| Account Type | Analyzed Checking | | | |
| Account No. | 3755532448 | | | |
| Account Purpose | General | | | |
| Balance, End of Month | $17,385 | | | |
| Total Funds on Hand for all Accounts | $17,385 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**NOTES:**
1 - Claimed Amounts reflects amounts filed on schedules and is subject to change as proof of claims are filed and further pre-petition invoices are identified.
2 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    11/30/06

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | $1,501 |
| 7 | Return of Security Deposits | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $1,501 |
| **Cash Disbursements** | | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | |
| 15 | Administrative | $130 | $684 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 | Personal Property | | |
| 20 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | | |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | | |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 | U.S. Trustee Quarterly Fees | | $500 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $130 | $1,184 |
| 39 | **Net Increase (Decrease) in Cash** | ($130) | $317 |
| 40 | **Cash Balance, Beginning of Period** | $17,515 | $17,068 |
| 41 | **Cash Balance, End of Period** | $17,385 | $17,385 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended ___11/30/06___

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| 1 Cash Received from Sales | | |
| 2 Rent/Leases Collected | | |
| 3 Interest Received | | |
| 4 Cash Paid to Suppliers | | |
| 5 Cash Paid for Selling Expenses | | |
| 6 Cash Paid for Administrative Expenses | $130 | $684 |
| Cash Paid for Rents/Leases: | | |
| 7 Personal Property | | |
| 8 Real Property | | |
| 9 Cash Paid for Interest | | |
| 10 Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
| 11 Salaries | | |
| 12 Draws | | |
| 13 Commissions/Royalties | | |
| 14 Expense Reimbursements | | |
| 15 Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 Employer Payroll Tax | | |
| 17 Employee Withholdings | | |
| 18 Real Property Taxes | | |
| 19 Other Taxes | | |
| 20 Cash Paid for General Expenses | | |
| 21 Return of Security Deposits | | ($1,501) |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($130) | $817 |
| **Cash Flows From Reorganization Items** | | |
| 28 Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 Professional Fees Paid for Services in Connection with Chp 11 Case | | $500 |
| 30 U.S. Trustee Quarterly Fees | | |
| 31 | | |
| 32 **Net Cash Provided (Used) by Reorganization Items** | $0 | ($500) |
| 33 **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($130) | $317 |
| **Cash Flows From Investing Activities** | | |
| 34 Capital Expenditures | | |
| 35 Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | |
| 37 **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| 38 Net Borrowings (Except Insiders) | | |
| 39 Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 Capital Contributions | | |
| 41 Principal Payments | | |
| 42 | | |
| 43 **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 **Net Increase (Decrease) in Cash and Cash Equivalents** | ($130) | $317 |
| 45 **Cash and Cash Equivalents at Beginning of Month** | $17,515 | $17,068 |
| 46 **Cash and Cash Equivalents at End of Month** | $17,385 | $17,385 |

Revised 1/1/98