1  Name __GEORGE A. DAVIS__

2  Bar Code # __GD 2761 (New York)__

3  Address __WEIL, GOTSHAL &MANGES LLP__

4  __767 Fifth Ave.__

5  __New York, New York 10153__

6  Phone # __(212) 310-8000__

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                            **DISTRICT OF NEVADA**

10  In re:                              )
                                         )   Bankruptcy No. BK-S-06-10725 LBR
11  USA COMMERCIAL MORTGAGE              )   Bankruptcy No. BK-S-06-10726 LBR
    COMPANY                              )   Bankruptcy No. BK-S-06-10727 LBR
12  USA CAPITAL REALTY                   )   Bankruptcy No. BK-S-06-10728 LBR
    ADVISORS, LLC                        )   Bankruptcy No. BK-S-06-10729 LBR
13  USA CAPITAL DIVERSIFIED              )   Chapter 11
14  TRUST DEED FUND, LLC                 )
    USA CAPITAL FIRST TRUST DEED         )   Jointly Administered Under
15  FUND, LLC                            )   Case No. BK-S-06-10725
16  USA SECURITIES, LLC                  )
                                         )
17        Debtors.                       )
                                         )
18                                       )

19              **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO**

20       The undersigned, attorney of record for Compass Partners LLC, has submitted to the

21  Court a "Verfied Petition for Permission to Practice in this Case Only." Not being admitted to the

22  bar of this Court, and not maintaining an office in the District of Nevada for the practice of law,

23

24  (s)he believes it to be in the best interest of the client(s) to designate Peter Bernhard, attorney at

25  law, member of the State Bar of Nevada and previously admitted to practice before the above-

26  entitled Court, as associate local counsel in this action. The address of said designated Nevada

27

28

NY2:\1706543\01\10KRZ01!.DOC\38011.0003

1  Counsel is: Bullivant Houser Bailey PC, 3980 Howard Hughes Parkway, Suite 550, Las Vegas,
2  Nevada 89169, peter.bernhard@bullivant.com, State Bar Code # 734.
3      By this designation the undersigned attorneys and party(ies) agree that all documents and
4  other papers issued out of this Court in the above-entitled case may be served on the designated
5  local counsel. Further, said local counsel shall be responsible for providing copies of the same to
6  the co-counsel. Further, this designation constitutes agreement and authorization by the
7  undersigned for the designated local counsel to sign stipulations binding on all of us. The time
8  for performing any act under applicable Rule shall run from the date of service on the local
9  counsel.

George A. Davis
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
george.davis@weil.com
(212) 310-8000 (tel)
(212) 310-8007 (facsimile)
Counsel for Compass Partners LLC

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Peter Bernhard
Designated Nevada Counsel
Nev. Bar. #734
3980 Howard Hughes Pkwy #550
Las Vegas NV 89169
702-650-6565
peter.bernhard@bullivant.com

NY2:\1706543\01\10KRZ01!.DOC\38011.0003          2

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) Peter Bernhard as his/her/their Designated Nevada Counsel in this case.

_____
David Blatt
Managing Partner
Compass Partners LLC
333 7th Avenue, Third Floor
New York, New York 10001
blatt@compass-partners.net
(212) 494-9087