Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

  and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**E-FILED ON DECEMBER 21, 2006**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE OF DEBTORS' RESPONSE TO MOTION OF USA INVESTMENT PARTNERS, LLC AND JOSEPH D. MILANOWSKI FOR THE ENDORSEMENT OF A PROTECTIVE ORDER**<br><br>Hearing Date:  January 3, 2007<br>Hearing Time:  9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>       Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>       Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>       Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>       Debtor. | |
| Affects:<br>☑ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

       1.        On December 06, 2006 I served the following document(s):

1

COS RQNDOCS-#903290-v2-Debtors'_Response_to_Motion_for_Protective_Order

1   a. Debtors' Response to Motion Of USA Investment Partners, LLC and Joseph D. Milanowski for
2   The Endorsement Of A Protective Order.
3   2. I served the above-named document(s) by the following means to the persons as listed below:
4   ☒   a.   **By ECF System:**
5   MICHELLE L. ABRAMS    mabrams@mabramslaw.com
6   FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
7   NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;
8   tthomas@parsonsbehle.com; ecf@parsonsbehle.com
9   FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
10  OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com
11  KERIANN M ATENCIO    ATENCIOK@GTLAW.COM
12  BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com;
13  jbartlett@bmcgroup.com
14  KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
    THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
15
16  ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com
17  MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com
18  CANDACE C CARLYON    ltreadway@sheacarlyon.com; ccarlyon@sheacarlyon.com;
19  bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com
20  ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
21  MICHAEL W. CHEN    yvette@ccfirm.com
22  KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
23  JANET L. CHUBB    tbw@jonesvargas.com
24  JEFFREY A. COGAN !    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
25  < span class="personName">WILLIAM D COPE    cope_guerra@yahoo.com
26  CICI CUNNINGHAM    bankruptcy@rocgd.com
27  LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com; gbagley@lionelsawyer.com; ldavisesq@aol.com
28

| | |
|---|---|
| 1 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com |
| 2 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 3 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com, ecfvegas@halelane.com |
| 4 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 5 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 6 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov |
| 7 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 8 | R. VAUGHN GOURLEY    vgourley@lvcm.com |
| 9 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 10 | JAMES D. GREENE    bknotice@schrecklaw.com |
| 11 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 12 | JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com |
| 13 | XANNA R. HARDMAN    xanna.hardman@gmail.com |
| 14 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 15 | JEFFREY L HARTMAN    notices@bankruptcyreno.com |
| 16 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com |
| 17 | DAVID W. HUSTON    dwh@hustonlaw.net , swaits@hustonlaw.net |
| 18 | CHRISTOPHER D JAIME    cjaime@waltherkey.com , kbernhar@waltherkey.com |
| 19 | EVAN L. JAMES    ejameslv@earthlink.net , kbchrislaw@aol.com |
| 20 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 21 | ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com; chaines@swlaw.com; imccord@swlaw.com |
| 22 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 23 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 24 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 25 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com |

ROBERT C. LEPOME      rlepome@cox.net,  smstanton@cox.net

ANNE M. LORADITCH      ecffilings@beckleylaw.com,  aloraditch@beckleylaw.com; pkois@beckleylaw.com

PATRICIA A. MARR      jjllaw@leelaw.lvcoxmail.com,  lvlaw03@yahoo.com; mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL     , dturetsky@reedsmith.com; aleonard@reedsmith.com

REGINA M. MCCONNELL      rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY      lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT      mcknightlaw@cox.net,  gkopang@lawlasvegas.com; cburke@lawlasvegas.com

SHAWN W MILLER      bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com

DAVID MINCIN      mcknightlaw@cox.net,  gkopang@lawlasvegas.com; dmincin@lawlasvegas.com, cburke@lawlasvegas.com

JOHN F MURTHA      jmurtha@woodburnandwedge.com

ERVEN T. NELSON      erv@rlbolick.com,  susan@rlbolick.com

VICTORIA L NELSON      bkecf@nevadafirm.com,  vnelson@nevadafirm.com; paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com

BOB L. OLSON      ecffilings@beckleylaw.com  bolson@beckleylaw.com; dgriffis@beckleylaw.com

DONNA M. OSBORN      ebaker@marquisaurbach.com,  dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com

ANDREW M. PARLEN      aparlen@stutman.com

DONALD T. POLEDNAK      sandplegal@yahoo.com,  spbankruptcy@yahoo.com

PAUL C RAY      info@johnpeterlee.com

SUSAN WILLIAMS SCANN      sscann@deanerlaw.com,  palexander@deanerlaw.com

JAMES PATRICK SHEA      bankruptcyfilings@sheacarlyon.com,  ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN      ssherman@sheacarlyon.com,  aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com

AMBR ISH S. SIDHU      ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com,  rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,  turk@asmithlaw.com;  marsh@asmithlaw.com;  darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com,  msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com,  David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com,  jblair@beckleylaw.com

AMY N TIRRE    atirre@kkbrf.com,  lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GR! EGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,  eloveridge@wklawpc.com;  lboynton@wklawpc.com;  ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com,  bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,  rh@oreillylawgroup.com,  bc@oreillylawgroup.com,  lc@oreillylawgroup.com,  ddh@oreillylawgroup.com,  mr@oreillylawgroup.com

JOAN C WRIGHT    jwright@allisonmackenzie.com,  jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,  bkecf@nevadafirm.com;  mbarnes@nevadafirm.com,  paltstatt@nevadafirm.com

☐    b.    **By United States mail, postage fully prepaid**

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     December 21, 2006

Christi Vanderlip                     /s/     Christi Vanderlip
(Name of Declarant)                  (Signature of Declarant)

COS RQNDOCS-#903290-v2-Debtors'_Response_to_Motion_for_Protective_Order