ELECTRONICALLY FILED
DECEMBER 21, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| E-mail:    fmerola@stutman.com | E-mail:    jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| aparlen@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security
Holders of USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>        Debtor | )<br>)<br>)<br>) BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor | )<br>)<br>)<br>) BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor | )<br>)<br>)<br>) BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor. | )<br>)<br>)<br>) BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor. | )<br>)<br>)<br>) BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>)<br>) Date: N/A<br>) Time: N/A<br>)<br>)<br>) |

**FIFTH COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF
MONTHLY INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
SHEA & CARLYON, LTD., SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST
DEED FUND, LLC FOR THE MONTH OF NOVEMBER, 2006 (AFFECTS USA CAPITAL
FIRST TRUST DEED FUND, LLC)**

Shea & Carlyon, Ltd. ("SC"), special (Nevada) counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee"), hereby submits this Fifth Cover Sheet Application for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses to Shea & Carlyon, Ltd., Special (Local) Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "Application"), and respectfully represents as follows:

1.    SC hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing November 1, 2006 and ending November 30, 2006 (the "Application Period").

2.    SC's fees for services rendered in the Application Period total $95,357.00, representing 327.60 hours expended during that period. SC's expenses incurred in the Application Period total $1,974.94.    SC seeks allowance and payment of interim compensation for fees in the amount of $76,285.60, representing 80% of the fees for services rendered during the Application Period, plus $1,974.94, representing 100% of the expenses incurred during that period, for a total interim award of **$78,260.54**.

3.    Attached as **Exhibit "1"** hereto is the name of each professional who performed services in connection with this case during the Application Period and the hourly rate for each such professional. Attached as **Exhibit "2"** hereto is a summary of the expenses incurred during the Application Period.  Detailed chronological schedules of both the time expended by SC professionals during the Application Period, as well as expenses incurred during that period, are attached hereto as **Exhibits "3"** and **"4"**, respectively.

4.    This Application is being served electronically upon the Office of the United States Trustee, the Debtors, the Debtors' restructuring professionals, the Debtors' counsel, and

4.      This Application is being served electronically upon the Office of the United States Trustee, the Debtors, the Debtors' restructuring professionals, the Debtors' counsel, and counsel for each of the official committees appointed in these cases.  In addition, this Application is being served by mail upon the individual members of the FTDF Committee.

5.      Pursuant to this Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on August 29, 2006, USA Capital First Trust Deed Fund, LLC (the "FTDF") is authorized to make the payment requested herein without a further hearing or order of the Court unless an objection to this Application is served upon SC on or before January 15, 2006.  If such an objection is filed, the FTDF is authorized to promptly pay the appropriate percentage of the amounts not in dispute.

6.      The payment of interim fees and reimbursement of expenses sought in this Application is on account and is not final.  Upon the conclusion of these cases, SC will seek fees and reimbursement of expenses incurred for the totality of the services rendered in these cases.  Any interim compensation approved by the Court and received by SC will be credited against such final compensation as may be allowed by the Court.

7.      Neither SC nor any member of SC's firm has any agreement or understanding of any kind to divide, pay over or share any portion of the fees or expenses to be awarded to SC with any other person or attorney except as between the professionals of SC's firm.[1]

WHEREFORE, SC respectfully requests that the FTDF pay to Shea and Carlyon, Ltd. interim compensation in the amount of $78,260.54 as requested herein pursuant to and in

---

[1] One of the firm's professionals, Dawn M. Cica, Esq., is affiliated with the firm on an "of Counsel" basis. Ms. Cica is a transactional attorney who was assigned a lead role in the negotiations, preparation, and consummation of the several Asset Purchase Agreements negotiated in this case and the documents related thereto.

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

1  Interim Compensation and Reimbursement of Expenses of Professionals.

2      DATED this 21ST day of December, 2006.

3

4                        SHEA & CARLYON, LTD.

5

6

7                        JAMES PATRICK SHEA

8                        CANDACE C. CARLYON, ESQ.
                      SHLOMO S. SHERMAN, ESQ.

9                        Nevada Bar No. 009688
                      233 South Fourth Street, Second Floor
                      Las Vegas, NV 89101

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHEA & CARLYON, LTD.
228 S. Fourth Street, First Floor
Las Vegas, Nevada 89101
(702) 471-7432

4

# EXHIBIT "1"

## EXHIBIT "1" TO FIFTH COVER SHEET
## FEE APPLICATION OF SHEA & CARLYON, LTD.
## SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL
## COMMITTEE OF EQUITY SECURITY HOLDERS OF
## USA CAPITAL FIRST TRUST DEED FUND, LLC

| Names of Professionals and Paraprofessionals | Hours Billed this Period | Rate | Total for Period[1] |
|---|---|---|---|
| James Patrick Shea | 26.20 | $425.00 | $11,050.00 |
| Candace C. Carlyon | 71.80 | $425.00 | $29,110.00 |
| Dawn M. Cica | 72.70 | $400.00 | $29,080.00 |
| Shawn W. Miller | 1.60 | $325.00 | $455.00 |
| Shlomo S. Sherman | 96.30 | $190.00 | $18,050.00 |
| Jeffrey R. Hall | 1.30 | $190.00 | $247.00 |
| Paralegal | 15.70 | $150.00 | $2,325.00 |
| Legal Assistants | 42.00 | $120.00 | $5,040.00 |

**Total Hours**  (Including paraprofessional time)
327.60

**Total Fees**
$95,357.00

**Blended Rate**
$291.08

**Total Hours**  (Excluding paraprofessional time)
269.90

**Total Fees**
$87,992

**Blended Rate**
$326.02

---

[1] In many instances, the amount billed is lower than the hours times the hourly rate, due to "no charge" time.

# EXHIBIT "2"

## EXHIBIT "2" TO FIFTH COVER SHEET
## FEE APPLICATION OF SHEA & CARLYON, LTD.
## SPECIAL (LOCAL) COUNSEL TO THE OFFICIAL
## COMMITTEE OF EQUITY SECURITY HOLDERS OF
## USA CAPITAL FIRST TRUST DEED FUND, LLC

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Copying | $.25 per page or actual cost for outside copying service | $1751.37 |
| Delivery | $7.50 per delivery | $30.00 |
| Facsimile | $1.00 per page for long distance transmission; $.50 per page for receipt/local transmission | $2.00 |
| Telephone | Actual costs for long distance and/or teleconferencing services | $10.19 |
| Postage / FedEx | Actual costs | $12.42 |
| Pacer | Actual costs | $120.56 |
| Scanning | $.10 per page | $48.40 |
| **TOTAL:** | | **$1,974.94** |

# EXHIBIT "3"

# *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432          Fax:(702) 471-7435

USA Mortgage, et al                                      Dec 15, 2006
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-1 |
| Inv #: | 19849 |

Attention:

RE:    Asset Analysis and Recovery

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-02-06 | Exchange electronic correspondence with Ms. Karasik re order on loan modifications | 0.10 | 42.50 | CCC |
|  | Exchange electronic correspondence with Ms. Dorsey re order on loan modification | 0.10 | 42.50 | CCC |
|  | Review and revise order re loan modifications | 0.20 | 85.00 | CCC |
|  | Exchange electronic correspondence with Mr. Garman re order re loan modifications | 0.10 | 42.50 | CCC |
| Nov-09-06 | Exchange electronic correspondence with Mr. Garman; Debtors' counsel; STG re order on loan modification motion | 0.10 | 42.50 | CCC |
| Nov-10-06 | Review emails, revised order, re Palm Harbor/forbearance issues; email to S&M re approval | 0.30 | 127.50 | CCC |
| Nov-11-06 | Review electronic correspondence from Mr. Charles; Mr. Garman; re approval of Palm Harbor motion | 0.10 | 42.50 | CCC |
| Nov-13-06 | Review pleadings re loan modification motion in preparation for hearing | 0.30 | 127.50 | CCC |
|  | Totals | 1.30 | $552.50 |  |

**Total Fees, Disbursements**                                    **$552.50**

Previous Balance                                                 $28,455.70
Previous Payments                                                $27,355.40

**Balance Due Now**                                              **$1,652.80**

| | |
|---|---|
| JPS - James Patrick Shea | SSS - Shlomo Sherman |
| CCC - Candace C. Carlyon | JRH - Jeffrey R. Hall |
| SWM - Shawn Miller | LC - Law Clerk |
| DMC - Dawn M. Cica | P - Paralegal |
| | LA- Legal Assistant |

### *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432              Fax:(702) 471-7435

USA Mortgage, et al                                                    Dec 15, 2006
Equity Security Committee

|              |          |
|--------------|----------|
| File #:      | 1500-2   |
| Inv  #:      | 19854    |

Attention:

RE:    Asset Disposition/Executory Contracts

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-01-06 | Review electronic correspondence from Debtor's counsel, others, re Court request for hearing re APA; Preparation of electronic correspondence to Ms. Cica same | 0.20 | 85.00 | CCC |
| | Review electronic correspondence from Mr. Schwartzer; Mr. Levinson; Ms. Karasik; others re court's request for conference call re Silver Point APA | 0.20 | 85.00 | CCC |
| | Review electronic correspondence from Stutman, Treister & Glatt; Debtors' counsel re court comments to Asset Purchase Agreement | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Stutman, Treister & Glatt re: scheduling of conference call hearing | 0.10 | 40.00 | DMC |
| Nov-02-06 | Review of additional (multiple) emails re hearing on APA | 0.10 | 42.50 | CCC |
| Nov-03-06 | Communications with Ms. Cica re hearing on APA | 0.10 | 42.50 | CCC |
| | Review of APA redline in preparation for call with court | 0.30 | 127.50 | CCC |
| | Attendance at court (telephonic) re issues with ABA; bid procedures order | 0.70 | 297.50 | CCC |
| | Prepare check list re judge's comments on APA; compare to revision | 0.70 | 297.50 | CCC |
| | Preparation of electronic correspondence to co-counsel re APA changes | 0.10 | 42.50 | CCC |
| | Review electronic correspondence from co-counsel re plan | 0.10 | 40.00 | DMC |

Invoice #:       19854                          Page       2

| | | | |
|---|---|---|---|
| Review documents plan provision with respect to documents provided | 0.30 | 120.00 | DMC |
| Exchange electronic correspondence with Ms. Pajak re break up fee order status | 0.10 | 40.00 | DMC |
| Attend court hearing (telephonic) re Asset Purchase Agreement | 0.60 | 240.00 | DMC |
| Preparation of memo re court comments to Asset Purchase Agreement; exchange electronic correspondence with Stutman, Treister & Glatt, Debtor counsel, Silver Piont counsel re scheduling of call to discuss Asset Purchase Agreement revisions (multiple) | 0.30 | 120.00 | DMC |
| Exchange electronic correspondence with co-counsel re documents required by plan | 0.10 | 40.00 | DMC |
| Exchange electronic correspondence with Stutman, Treister & Glatt re Asset Purchase Agreement call | 0.10 | 40.00 | DMC |
| Download and print documents not served upon the firm ; First Amended and Restated Asset Purchase Agreement with all schedules; redline against provisions versions; redline against filed version | 0.20 | 80.00 | DMC |
| Telephone call with Stutman, Treister & Glatt, Debtors' counsel, Silver Point counsel re court comments to Asset Purchase Agreement, discussion of issues re same | 0.40 | 160.00 | DMC |
| Review documents Asset Purchase Agreement proposed revisions, revise same, draft e-mail re, same; review attached schedules and redlines | 0.60 | 240.00 | DMC |
| Review/revise order re bidding procedures review documents revisions to plan | 0.20 | 80.00 | DMC |
| Exchange electronic correspondence with Stutman, Treister & Glatt, Debtors' counsel re definition of Insider, telephone calls with Ms. Pajak re same; review revised Debtor definition re same; analyze issues re Debtors' suggested definition | 0.60 | 240.00 | DMC |
| Telephone call with Ms. Pajak with sale working group re Insider definition | 0.10 | 40.00 | DMC |
| Telephone call with Ms. Pajak, Ms. Karasik re revisions to Insider definition | 0.10 | 40.00 | DMC |
| Telephone call with Ms. Pajak, Ms. Karasik re Silver Point comments | 0.10 | 40.00 | DMC |
| Telephone call Ms. Pajak, Ms. Karasik re language revision | 0.10 | 40.00 | DMC |
| Nov-04-06  Review documents revisions to Asset Purchase Agreement per Court comments | 0.30 | 120.00 | DMC |

Invoice #:      19854                          Page        3

| Nov-05-06 | Exchange electronic correspondence with Debtors' counsel, Stutman, Treister & Glatt, re further revisions to Insider definition (multiple) | 0.20 | 80.00 | DMC |
|---|---|---|---|---|
| Nov-06-06 | Prepare electronic correspondence to Ms. Dorsey and Ms. McPherson re motion filed under seal | 0.10 | 15.00 | P |
| | Review electronic correspondence from Silver Point counsel re revisions to section 9.1(C) order; analyze issues re same | 0.30 | 120.00 | DMC |
| | Exchange electronic correspondence with Stutman, Treister & Glatt re Silver Point change to order language | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Stutman, Treister & Glatt re call to Silver Point counsel re new language | 0.10 | 40.00 | DMC |
| | Telephone call with Stutman, Treister & Glatt, Debtors' counsel re language of section 9.1(C) of APA court comments re same, exchange electronic correspondence with Stutman, Treister & Glatt re same | 0.80 | 320.00 | DMC |
| | Exchange electronic correspondence with Stutman, Treister & Glatt re additional remedies language to fix Silver Point issue re order; telephone call with Stutman, Treister & Glatt re same; draft language for remedies | 0.50 | 200.00 | DMC |
| | Telephone call with co-counsel re order language | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Stutman, Treister & Glatt re issues surrounding remedies and new order language | 0.20 | 80.00 | DMC |
| | Telephone call with Silver Point counsel re order language issues; draft revised language | 0.20 | 80.00 | DMC |
| | Telephone call with Ms. Pajak re Silver Point call, remedies language; draft revised language | 0.20 | 80.00 | DMC |
| | Telephone call with Silver Point counsel re issues of order language; revision of same | 0.10 | 40.00 | DMC |
| | Telephone call with Silver Point counsel re remedies | 0.10 | 40.00 | DMC |
| | Preparation of electronic correspondence to Silver Point counsel re changes to Asset Purchase Agreement | 0.20 | 80.00 | DMC |
| | Preparation of electronic correspondence to Stutman, Treister & Glatt re message sent to Silver Point counsel as a result of various discussions on order and remedies language | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Silver Point counsel re order language | 0.10 | 40.00 | DMC |
| | Telephone call with Stutman, Treister & Glatt re Silver Point counsel communications | 0.10 | 40.00 | DMC |

Invoice #:      19854                          Page        4

| | | | | |
|---|---|---|---|---|
| | Telephone call with Silver Point counsel re Asset Purchase Agreement language | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Stutman, Treister & Glatt re Silver Point counsel comments to order language | 0.10 | 40.00 | DMC |
| | Review electronic correspondence from Debtors' counsel re further changes to Asset Purchase Agreement | 0.10 | 40.00 | DMC |
| Nov-07-06 | Review electronic correspondence from purchaser; Debtor; Ms. Karasik re APA issues | 0.10 | 42.50 | CCC |
| | Exchange electronic correspondence with co-counsel re Silver Point review of plan and disclosure statement | 0.10 | 40.00 | DMC |
| | Review electronic correspondence from Silver Point re revised Asset Purchase Agreement comments | 0.10 | 40.00 | DMC |
| | Review documents Silver Point changes to Asset Purchase Agreement; analyze issues re same | 0.20 | 80.00 | DMC |
| | Review electronic correspondence from Debtors' counsel re insider draft | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Stutman, Treister & Glatt co-counsel re Silver Point new language | 0.10 | 40.00 | DMC |
| | Preparation of electronic correspondence to Silver Point counsel re borrower notices; MAC references | 0.10 | 40.00 | DMC |
| | Review electronic correspondence from Ms. Karasik re Silver Point language | 0.10 | 40.00 | DMC |
| | Preparation of electronic correspondence to Silver Point and Debtors' counsel re further revision to insider draft | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Ms. Karasik re Silver Point new order language | 0.20 | 80.00 | DMC |
| | Telephone call with Ms. Karasik and Ms. Pajak re new Silver Point language; review language per comments | 0.30 | 120.00 | DMC |
| | Review documents new redlines from Silver Point counsel reflecting changes made to draft and changes to Asset Purchase Agreement as filed | 0.20 | 80.00 | DMC |
| | Exchange electronic correspondence with Silver Point counsel re preparation of borrower notices | 0.10 | 40.00 | DMC |
| | Telephone call with Ms. Karasik re redline APA | 0.10 | 40.00 | DMC |
| | Drafting revised remedies language per Stutman, Treister & Glatt call | 0.10 | 40.00 | DMC |
| | Preparation of electronic correspondence to Silver Point counsel re new remedies language | 0.10 | 40.00 | DMC |

| | | | |
|---|---|---|---|
| Review electronic correspondence from Ms. Karasik to Debtor re approval and submission of new language as changed to court | 0.10 | 40.00 | DMC |
| Exchange electronic correspondence with Ms. Karasik to Silver Point re final language to be submitted | 0.10 | 40.00 | DMC |
| Preparation of electronic correspondence to Silver Point counsel re cross references | 0.10 | 40.00 | DMC |
| Exchange electronic correspondence with Ms. Pajak re finalization of Asset Purchase Agreement (draft completion of negotiation of insider) | 0.10 | 40.00 | DMC |
| Review electronic correspondence from Mr. Strong re Insider definition | 0.10 | 40.00 | DMC |
| Review electronic correspondence from Silver Point counsel re new Insider definition | 0.10 | 40.00 | DMC |
| Review electronic correspondence from Ms. Karasik re FTDF committee approval of revisions | 0.10 | 40.00 | DMC |
| Review electronic correspondence from Ms. Pajak re use of "Insider" in Asset Purchase Agreement | 0.10 | 40.00 | DMC |
| Review electronic correspondence from Ms. Karasik and Mr. Karides re call to finalize APA | 0.10 | 40.00 | DMC |
| Review electronic correspondence from Mr. Karides response to Ms. Karasik | 0.10 | 40.00 | DMC |
| Conference call re final Asset Purchase Agreement | 0.10 | 40.00 | DMC |
| Review electronic correspondence from FTDF professionals re finalizing Asset Purchase Agreement | 0.10 | 40.00 | DMC |
| Review final Asset Purchase Agreement | 0.20 | 80.00 | DMC |
| Review description of sale of USA assets | 0.10 | 40.00 | DMC |
| Drafting new language of USA Commercial asset sale, analyze issues re same | 0.20 | 80.00 | DMC |
| Review Binford complaint | 0.20 | 80.00 | DMC |
| Preparation of electronic correspondence to Ms. Pajak re distribution of Binford complaint | 0.10 | 40.00 | DMC |
| Preparation of electronic correspondence to Ms. Pajak re follow up on real estate/collateral issues | 0.10 | 40.00 | DMC |
| Review electronic correspondence from FTDF committee professionals re check list of Asset Purchase Agreement items | 0.10 | 40.00 | DMC |

Invoice #:      19854                                    Page            6

| | | | | |
|---|---|---|---|---|
| Nov-08-06 | Exchange electronic correspondence with Ms. Cica, STG, re procedures for borrower verifications per APA | 0.10 | 42.50 | CCC |
| | Telephone call with Mr. McCarroll re status of Asset Purchase Agreement | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with professionals re status of Asset Purchase Agreement order | 0.10 | 40.00 | DMC |
| | Preparation of electronic correspondence to Ms. Carlyon re borrower notice preparation | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with FTDF professionals re mechanics of preparation of borrower notices | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with FTDF professionals re bidding procedures order | 0.10 | 40.00 | DMC |
| | Review and download Order Approving Bid Procedures | 0.20 | 38.00 | SSS |
| Nov-09-06 | Exchange electronic correspondence with co counsel re APA timeline; distribution, confidentiality issues re same | 0.20 | 85.00 | CCC |
| | Review electronic correspondence from Ms. Cica; STG (multiple), re sale task list and related confidentiality issues | 0.10 | 42.50 | CCC |
| | Review electronic correspondence from Ms.Karasik re Silver Point deposit | 0.10 | 42.50 | CCC |
| | Draft extensive check list of documents/obligations under the Asset Purchase Agreement | 3.20 | 1,280.00 | DMC |
| | Exchange electronic correspondence with FTDF professionals re check list | 0.20 | 80.00 | DMC |
| | Review electronic correspondence from Ms. Karasik re Binford complaint | 0.10 | 40.00 | DMC |
| | Review electronic correspondence from Ms. Karasik re sale deadlines | 0.10 | 40.00 | DMC |
| | Review documents ; extensive review of disclosure statement; transmit comments re sale to working group professionals | 0.50 | 200.00 | DMC |
| | Review documents timeline documents including relevant Asset Purchase Agreement dates | 0.20 | 80.00 | DMC |
| | Exchange electronic correspondence with FTDF professionals re FTDF service in Binford | 0.10 | 40.00 | DMC |
| Nov-10-06 | Telephone call with Ms. Pajak re borrower notice | 0.10 | 40.00 | DMC |
| | Review electronic correspondence from Ms. Pajak attaching checklist | 0.10 | 40.00 | DMC |
| | Telephone call with Ms. Pajak re Asset Purchase Agreement issues | 0.20 | 80.00 | DMC |

| | | | | |
|---|---|---|---|---|
| | Telephone call with Ms. Pajak to prepare for conference call | 0.10 | 40.00 | DMC |
| | Telephone call with Ms. Pajak re checklist | 0.10 | 40.00 | DMC |
| | Telephone call with Debtor counsel and Ms. Pajak to allocate responsibility for Asset Purchase Agreement obligations; borrower notices | 1.30 | 520.00 | DMC |
| | Preparation of electronic correspondence to Mr. Karides re borrower notice | 0.10 | 40.00 | DMC |
| | Complete notes of conference call issues and analyze issues re same; draft list of items needed in borrower notice | 0.50 | 200.00 | DMC |
| Nov-11-06 | Review electronic correspondence from Mr. Charles re Racebrook/IP "proposal" | 0.10 | 42.50 | CCC |
| | Preparation of electronic correspondence to Ms. Pajak re borrower notice | 0.10 | 40.00 | DMC |
| | Review electronic correspondence from Ms. Pajak re suggestion for borrower notices | 0.10 | 40.00 | DMC |
| | Review Gateway Stone documents; transmittal of estoppel language to Ms. Pajak; draft email re same; telephone call with Ms. Pajak re same | 0.40 | 160.00 | DMC |
| Nov-12-06 | Review electronic correspondence from Ms. Cica (several) re borrowers' notices | 0.10 | 42.50 | CCC |
| | Conference with Ms. Cica re sale issues, including borrower notices, input on plan and Disclosure Statement | 0.20 | 85.00 | CCC |
| | Exchange electronic correspondence with FTDF professionals re getting Gateway documents for review, scheduling, borrower notice timing | 0.20 | 80.00 | DMC |
| | Exchange electronic correspondence with Mr. Parlen re Gateway documents | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Mr. Sherman re Loan Servicing Agreement | 0.10 | 40.00 | DMC |
| | Review Loan Servicing Agreement and power of attorney | 0.10 | 40.00 | DMC |
| | Review Gateway Loan Agreement re borrower notice issues | 0.20 | 80.00 | DMC |
| | Review Gateway Promissory Note re Silver Point suggested language for borrower notices | 0.30 | 120.00 | DMC |
| | Review Silver Points' suggested language for borrower notice; analyze issues re same | 0.20 | 80.00 | DMC |
| | Exchange electronic correspondence with Mr. Sherman, Mr. Parlen re Loan Servicing Agreements | 0.10 | 40.00 | DMC |
| | Preparation of electronic correspondence to Mr. Karides re various issues regarding suggested language in borrower notices | 0.20 | 80.00 | DMC |

| | | | | |
|---|---|---|---|---|
| | Analyze issues re language relating to FTDF access to documents | 0.20 | 80.00 | DMC |
| | Review Gateway Stone original loan documentation re borrower releases; exchange electronic correspondence with Mr. Parlen and Ms. Cica re the same | 0.80 | 152.00 | SSS |
| | Review and revise borrower estoppel notice | 0.70 | 133.00 | SSS |
| Nov-13-06 | Review/revise form of estoppel notices to borrowers | 0.50 | 212.50 | CCC |
| | Communications with Ms. Cica; STG; re issues re estoppel letters to borrowers | 0.30 | 127.50 | CCC |
| | Draft global form of borrower notice | 1.30 | 520.00 | DMC |
| | Revision of global form of borrower notice ; draft email and transmit re same | 0.40 | 160.00 | DMC |
| | Exchange electronic correspondence with co-counsel re borrower notice language | 0.30 | 120.00 | DMC |
| | Telephone call with co-counsel re estoppel notice issues | 0.10 | 40.00 | DMC |
| | Review revisions to form of borrowers' notice | 0.10 | 40.00 | DMC |
| Nov-14-06 | Review revised plan and Disclosure Statement; provide comments | 1.80 | 765.00 | CCC |
| | Brief review of various emails re drafts of estoppel notices | 0.20 | 85.00 | CCC |
| | Exchange electronic correspondence with Mr. Karides re timing of distribution of borrower notice to Silver Point | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with co-counsel re distribution of borrower notices | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Mr. Kvarda re timing of distribution of borrower notices | 0.10 | 40.00 | DMC |
| | Review documents Alvarez and Marshall update on sale process to FTDF committee | 0.20 | 80.00 | DMC |
| | Review Stutman, Treister, and Glatt revisions to form of  borrower notice and issues re same | 0.20 | 80.00 | DMC |
| | Analyze issues re revised form of borrowers notice | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with FTDF professionals re estoppel notice language in Deeds of Trust | 0.10 | 40.00 | DMC |
| | Review electronic correspondence from co-counsel re distribution of borrower notice to Debtors, other professionals and Silver Point | 0.10 | 40.00 | DMC |
| | Review final borrower notice as revised by FTDF professionals | 0.10 | 40.00 | DMC |

Invoice #:      19854                                     Page            9

| | | | | |
|---|---|---|---|---|
| | Prepare Borrower information for borrower notices | 1.30 | 520.00 | DMC |
| | Review and revise Borrower Estoppel Notice; prepare borrower information to be included in notices | 4.80 | 912.00 | SSS |
| | Exchange electronic correspondence with Ms. Pajak re form of Borrower Estoppel Notice; electronic correspondence to USA professionals and counsel for Silver Point attaching form of notice | 0.30 | 57.00 | SSS |
| | Review electronic correspondence from Ms. Karides re Silver Point revisions to Borrower Estoppel Notice | 0.10 | 19.00 | SSS |
| Nov-15-06 | Review electronic correspondence from Mr. Karides Silver Point changes to borrowers notice | 0.20 | 80.00 | DMC |
| | Exchange electronic correspondence with Mr. Sherman, Ms. Pajak, re origination fee language | 0.20 | 80.00 | DMC |
| | Exchange electronic correspondence with Mr. Sherman, Ms. Pajak, re procedure for generating notices (multiple) | 0.20 | 80.00 | DMC |
| | Preparation of electronic correspondence to FTDF professionals re process for distributing borrower notices | 0.10 | 40.00 | DMC |
| | Review electronic correspondence from Ms. Pajak re  revised borrowers notice per Silver Point | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Ms. Pajak re conference call re borrower notices (multiple) | 0.20 | 80.00 | DMC |
| | Compilation of  Borrower information for use in Borrower Estoppel Notices | 0.30 | 57.00 | SSS |
| | Electronic correspondence to potential purchaser with contact information for Mr. Kvarda | 0.20 | 38.00 | SSS |
| | Review electronic correspondence from Mr. Karides with revised Borrower Estoppel Notice | 0.30 | 57.00 | SSS |
| | Exchange electronic correspondence with Ms. Pajak and Ms. Cica re including origination fee information on Borrower Estoppel Notice given variations in application | 0.30 | 57.00 | SSS |
| | Review origination fee information for various borrowers for use on Borrower Estoppel Notice | 0.30 | 57.00 | SSS |
| | Review correspondence from Ms. Karasik re Debtor's treatment of management fees; outcome of October 30 hearings | 0.20 | 38.00 | SSS |

Invoice #:    19854                        Page        10

| | | | | |
|---|---|---|---|---|
| | Electronic correspondence to Mr. Strong and Ms. Smith re payments in excess of monthly management fees as reflected in MORs | 0.30 | 57.00 | SSS |
| | Review exchange of electronic correspondence between Ms. Karsik, Ms. Pajak, and Mr. Parlen re proposed holdbacks from next distribution | 0.20 | 38.00 | SSS |
| Nov-16-06 | Exchange electronic correspondence with Stutman, Treister and Glatt; Ms. Cica re estoppel notices to borrowers | 0.10 | 42.50 | CCC |
| | Telephone call with Ms. Pajak re compiling borrower information for Borrower Estoppel Notice | 0.10 | 42.50 | CCC |
| | Analysis of Racebrook/IP proposal | 0.40 | 170.00 | CCC |
| | Telephone call with Mr. Karides re status of borrower notices | 0.10 | 40.00 | DMC |
| | Analyze issues re distribution of borrower notices and delivery issues | 0.20 | 80.00 | DMC |
| | Telephone call with Ms. Pajak re logistics in generating  borrower notices | 0.30 | 120.00 | DMC |
| | Review documents from Mr. Glade (revised borrower notice); analyze issues re same | 0.50 | 200.00 | DMC |
| | Exchange electronic correspondence with Ms. Pajak re call re RQN comments | 0.10 | 40.00 | DMC |
| | Telephone call with Ms. Pajak re borrower notices | 0.20 | 80.00 | DMC |
| | Telephone call with Mr. Karides re RQN issues | 0.30 | 120.00 | DMC |
| | Telephone call with Mr. McCarroll re RQN issues | 0.30 | 120.00 | DMC |
| | Review electronic correspondence from Ms. Pajak re conference call to discuss borrower notices | 0.10 | 40.00 | DMC |
| | Review sample borrower information sheet; analyze issues re same | 0.20 | 80.00 | DMC |
| | Preparation of information for creation of chart re borrower notice; call with Ms. Pajak re same | 0.70 | 280.00 | DMC |
| | Review and revise  borrower notice spreadsheet | 0.20 | 80.00 | DMC |
| | Conference call with Debtor counsel, Stutman, Treister and Glatt, Silver Point counsel re RQN comments to borrower notice | 0.40 | 160.00 | DMC |
| | Analyze issues re submission of schedule of service fees, call with Mr. McCarroll re same | 0.20 | 80.00 | DMC |
| | Telephone call with Mr. McCarroll, Mesirow, re borrower information | 0.30 | 120.00 | DMC |

Invoice #:      19854                              Page        11

| | | | | |
|---|---|---|---|---|
| | Telephone call with various FTDF professionals, exchange emails with same re issues of missing estoppel language and use of further assurances clauses | 0.80 | 320.00 | DMC |
| | Discussions with Mr. Karides, approval re method and cost of mailing notice | 0.30 | 120.00 | DMC |
| | Analyze loan documents re further assurances clause vs. estoppel clause | 1.60 | 640.00 | DMC |
| | Analyze ALTA policies, loan agreements, fee agreements, promissory notes, deeds of trust and amendments re information for borrower notice | 5.20 | 2,080.00 | DMC |
| | Telephone calls (multiple) with various Reed Smith attorneys re finalizing borrower notice | 0.70 | 280.00 | DMC |
| | Analyze issues re additional items on chart to be prepared for various borrower notices | 0.80 | 320.00 | DMC |
| | Exchange electronic correspondence with Ms. Pajak re extension fee description in borrower notice | 0.20 | 80.00 | DMC |
| | Telephone call from potential purchaser re purchase price for Commercial Mortgage Assets | 0.30 | 57.00 | SSS |
| | Conference with Ms. Pajak, Mr. Parlen, and Ms. Cica re preparing and generating Borrower Estoppel Notices; timing; Proofs of Claim; Notices Inviting Overbids | 0.60 | 114.00 | SSS |
| | Review electronic correspondence from Mr. Glade with RQN with revised form of Borrower Estoppel Notice | 0.20 | 38.00 | SSS |
| | Review and revise Borrower Estoppel Notices; compile borrower information for notices; exchange multiple electronic correspondence with Ms. Pajak and Ms. Cica re borrower notices and information; multiple telephone calls with the same | 5.90 | 1,121.00 | SSS |
| Nov-17-06 | Review electronic correspondence from Ms. Dorsey with order re court reporter at auction; review form of order | 0.10 | 42.50 | CCC |
| | Exchange electronic correspondence with Ms. Karasik re court reporter order | 0.10 | 42.50 | CCC |
| | Execute court reporter order; review electronic correspondence from other counsel re approval of same | 0.10 | 42.50 | CCC |
| | Analyze issues re extension fee language in borrower notices; exchange emails with Ms. Pajak re same | 0.40 | 160.00 | DMC |
| | Exchange electronic correspondence with Ms. Pajak, co-counsel re origination fee | 0.10 | 40.00 | DMC |
| | Telephone call with Ms. Pajak (multiple) re chart items, distribution re borrower notices | 0.50 | 200.00 | DMC |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Exchange electronic correspondence with Ms. Pajak re transmittal language for form of borrower notice | 0.20 | 80.00 | DMC |
| | Revision of chart and review of additional loan documents re borrower notices | 4.30 | 1,720.00 | DMC |
| | Telephone call with Ms. Pajak re chart columns; additions, RQN comments re same | 0.20 | 80.00 | DMC |
| | Preparation of electronic correspondence to debtor counsel, Silver Point counsel re borrower notice process | 0.10 | 40.00 | DMC |
| | Telephone call with Mr. Glade re borrower notice process | 0.20 | 80.00 | DMC |
| | Exchange electronic correspondence with Mr. Sherman re Fox Hills 18.5 (multiple borrowers) | 0.10 | 40.00 | DMC |
| | Preparation of electronic correspondence to debtor counsel, Silver Point counsel re facilitation of borrower notice by committee professionals | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with FTDF professionals re issues of review of borrower notice by Silver Point, Mesirow and Debtors | 0.30 | 120.00 | DMC |
| | Preparation of final chart revisions and email to Debtors, Silver Point and Mesirow re same | 0.50 | 200.00 | DMC |
| | Preparation of electronic correspondence to Ms. Pajak re draft of transmittal | 0.10 | 40.00 | DMC |
| | Drafting borrowers notices for FTDF loans; transmission of same to Debtor counsel, Mesirow, FTDF professionals, Silver Point | 6.70 | 2,680.00 | DMC |
| | Review and revise borrower information for Borrower Estoppel Notices | 3.00 | 570.00 | SSS |
| | Electronic correspondence to several potential purchasers re Notice of Sale and Invitation for Higher and Better Offers | 0.20 | 38.00 | SSS |
| Nov-18-06 | Review and revise certain borrower notices; draft additional notices | 2.50 | 1,000.00 | DMC |
| | Analyze issues re loan documentation on Binford, Harbor Georgetown, Shamrock re borrower notices | 0.70 | 280.00 | DMC |
| Nov-19-06 | Review borrower notices; compare to loan schedule to ensure all notices sent out | 0.80 | 320.00 | DMC |
| | Review loan documents for Cloudbreak per Alvarez email | 0.40 | 160.00 | DMC |
| Nov-20-06 | Exchange electronic correspondence with Mr. Glade re loans left of check list; research loans; review Mesirow schedule re repaid loans | 0.20 | 80.00 | DMC |

Invoice #:     19854                                    Page        13

| | | | | |
|---|---|---|---|---|
| | Prepare for conference call with RQN and Silver Point transactional counsel re borrower notices | 0.20 | 80.00 | DMC |
| | Preparation of additional borrower notice for Cloudbreak Las Vegas LLC | 0.30 | 120.00 | DMC |
| | Preparation of electronic correspondence to Silver Point counsel, Debtors counsel, Mesirow re Cloudbreak borrower; notice | 0.10 | 40.00 | DMC |
| | Conference call with Silver Point counsel, Debtor counsel, Mesirow, FTDF professionals re issues with borrowers notice, language changes per same and logistics of transmittal | 1.10 | 440.00 | DMC |
| | Review revised borrower notice per conference call | 0.10 | 40.00 | DMC |
| | Review electronic correspondence from Mr. Tashman re additional Silver Point requirements in contents of borrower notices | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Silver Point re additional requirements in borrower notices | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with Mr. Glade re revision to borrower notices, new requirements of Silver Point | 0.20 | 80.00 | DMC |
| | Conference call with Debtor counsel, Silver Point counsel, Mesirow re changes to borrower notice; servicing fee schedule, extension of schedule deadline | 0.50 | 200.00 | DMC |
| | Analyze issues re adding 7/31 unpaid principal balance to 9/30 unpaid principal balance versus 7/31 unpaid principal balance only | 0.30 | 120.00 | DMC |
| | Preparation of electronic correspondence to Mr. Glade re Silver Point changes; reviewing borrower notices re same | 0.10 | 40.00 | DMC |
| | Exchange electronic correspondence with FTDF professionals re further revisions to borrower notices | 0.20 | 80.00 | DMC |
| | Review Debtors' Motion to Release Funds from Escrow (Bundy Canyon) | 0.20 | 38.00 | SSS |
| | Electronic correspondence to Ms. Karasik re Motion to Release Escrow Funds | 0.10 | 19.00 | SSS |
| Nov-21-06 | Review electronic correspondence (numerous) from Mr.Strong; Mr. Karides; Ms. Cica; re sale issues | 0.20 | 85.00 | CCC |
| | Review electronic correspondence from Mr. Glade, Mr. Karides re schedule of conference call | 0.10 | 40.00 | DMC |
| | Preparation of electronic correspondence to Mr. Tingey re endorsements | 0.10 | 40.00 | DMC |
| | Review documents loan documents re Del Valle Livingston re borrower notices | 0.30 | 120.00 | DMC |

| Invoice #: | 19854 | | Page | 14 | |
|---|---|---|---|---|---|
| | Review borrower notice re same; obtain revised notice | 0.30 | 120.00 | | DMC |
| | Analyze issues re sending notice to borrower in bankruptcy; exchange electronic correspondence with Debtor professionals, Silver Point, FTDF professionals re same | 0.30 | 120.00 | | DMC |
| | Review Notices of Entry of Order re extension of dealine to reject or assume Haspinov and Pecos leases | 0.10 | 19.00 | | SSS |
| Nov-27-06 | Exchange electronic correspondence with Mr. Parlan re stipulation on overbid allocation; including review and comment on proposed stipulation and motion re seal | 0.20 | 85.00 | | CCC |
| | Exchange electronic correspondence with Mr. Parlan (x 10) re filing under seal stipulation re overbid | 0.30 | 127.50 | | CCC |
| | Exchange electronic correspondence with Mr. Parlen re filing stipulation re overbid allocation under seal | 0.20 | 85.00 | | CCC |
| | Exchange electronic correspondence with Ms. Cica; Stutman, Treister and Glatt; re sale issue raised by Silver Point | 0.10 | 42.50 | | CCC |
| | Prepare notice of filing stipulation and order re overbid allocation under seal | 0.20 | 30.00 | | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of notice of filing stipulation and order re overbid allocation under seal | 0.20 | 30.00 | | P |
| | Review, and assist with filing stipulation re overbid allocation, solicitation, and related documents under seal | 0.20 | 80.00 | | DMC |
| | Telephone call with Mr. Parlen re filing overbid stipulation under seal | 0.20 | 38.00 | | SSS |
| | Teleconference with counsel for Debtors, Silverpoint, and Mesirow re post-petition servicing fees, allonges, endorsements | 0.70 | 133.00 | | SSS |
| | Review stipulation re overbid allocation; review exchange of electronic correspondence (multiple) between Mr. Parlen and Ms. Carlyon re submiting stipulation and order under seal | 0.30 | 57.00 | | SSS |
| | Review exchange of electronic correspondence between Ms. Cica and Ms. Pajak re treatment of servicing fees under Plan and APA | 0.40 | 76.00 | | SSS |
| | Review Notice of filing of Stipulation re Overbid Allocation under Seal | 0.10 | 19.00 | | SSS |

Invoice #:        19854                          Page        15

| Date | Description | | | |
|---|---|---|---|---|
| Nov-28-06 | Exchange electronic correspondence (numerous) with Stutman, Treister and Glatt; Mr. Sherman; Ms. Smith (Mesirow) re management fees taken for past periods as reflected in MOR's | 0.20 | 85.00 | CCC |
| | Exchange electronic correspondence with Mr. Kvarda (multiple) re sale status | 0.20 | 85.00 | CCC |
| Nov-29-06 | Review electronic correspondence from Ms. Jarvis; other professionals; re SP satisfaction of condition re licensing | 0.20 | 85.00 | CCC |
| | Prepare certificate of service of notice of filing stipulation and order re overbid allocation under seal | 0.20 | 30.00 | P |
| | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of certificate of service of Notice of Filing Stipulation and Order re Overbid Allocation Under Seal | 0.20 | 30.00 | P |
| | Telephone call with Eileen at bankruptcy court re documents filed under seal | 0.10 | 15.00 | P |
| | Review electronic correspondence from Ms. Jarvis re proposed Loan Servicing Schedule; follow-up correspondence from Ms. Pajak and Ms. Karasik | 0.20 | 38.00 | SSS |
| | Review Order Approving Bid Procedures re date that qualified bidders become public | 0.30 | 57.00 | SSS |
| Nov-30-06 | Review electronic correspondence from Ms. Pajak; Mr. Strong; Mr. Merola  re SPCP satisfaction of requirements re licensing | 0.20 | 85.00 | CCC |
| | Review electronic correspondence from Ms. Karasik; Mr. Kvarda (numerous) re competing bids received | 0.40 | 170.00 | CCC |
| | Review electronic correspondence from Ms. Jarvis (multiple) re Silver Point demand for info re competing offers; responses | 0.20 | 85.00 | CCC |
| | Review Silver Point pleadings re compelling disclosure of information | 0.20 | 85.00 | CCC |
| | Conference with Ms. Karasik re sale issues | 0.20 | 85.00 | CCC |
| | Review electronic correspondence from Ms. Pajak re conference call after bid deadline | 0.10 | 40.00 | DMC |
| | Review electronic correspondence from Mr. Karvada (multiple) re status | 0.10 | 40.00 | DMC |
| | Review Compass Partners' submission | 0.80 | 320.00 | DMC |
| | Analyze issues re Cap Source Financing | 0.30 | 120.00 | DMC |
| | Review electronic correspondence from Mr. Tingey re real estate issues; conference call | 0.10 | 40.00 | DMC |

Invoice #:     19854                              Page         16

| Description | Hours | Amount | |
|---|---|---|---|
| Conference call with FTDF professionals (multiple) re Compass Bid issues | 0.80 | 320.00 | DMC |
| Preparation of electronic correspondence to co-counsel re Compass terms | 0.20 | 80.00 | DMC |
| Review electronic correspondence from Mr. Karvada re Silver Point motion to compel overbids | 0.10 | 40.00 | DMC |
| Review bid procedures motion re requirement to provide orderbids to Silver Point | 0.20 | 80.00 | DMC |
| Review electronic correspondence from FTDF professionals re overbid issues (multiple) | 0.10 | 40.00 | DMC |
| Review documents chart against redline Asset Purchase Agreement by Compass | 0.30 | 120.00 | DMC |
| Review electronic correspondence from Mr. Karvada re potential Cap Source Financing issues | 0.10 | 40.00 | DMC |
| Analyze issues re potential Cap Source Financing issues | 0.20 | 80.00 | DMC |
| Prepare electronic correspondence to FTDF professionals re mortgage licensing exemption | 0.20 | 80.00 | DMC |
| Multiple telephone calls with FTDF professionals re mortgage licensing exemption | 0.20 | 80.00 | DMC |
| Review exchange of electronic correspondence between Mr. Charles and Mr. Strong re purchaser exemption from licensing requirements | 0.30 | 57.00 | SSS |
| Review exchange of electronic correspondence between Mr. Parlen, Ms. Karasik and Ms. Carlyon re McGimsey request for copy of stipulation re overbid allocation | 0.10 | 19.00 | SSS |
| Review exchange of electronic correspondence between Ms. Pajak and Ms. Cica re review of qualified bids | 0.20 | 38.00 | SSS |
| Review electronic correspondence from Mr. Kvarda re overbids | 0.10 | 19.00 | SSS |
| Totals | 101.60 | $35,912.50 | |

| | | |
|---|---|---|
| **Total Fees, Disbursements** | | **$35,912.50** |
| Previous Balance | | $83,325.70 |
| Previous Payments | | $7,999.10 |
| **Balance Due Now** | | **$111,239.10** |

JPS - James Patrick Shea                    SSS - Shlomo Sherman
CCC - Candace C. Carlyon                     JRH - Jeffrey R. Hall
SWM - Shawn Miller                           LC - Law Clerk
DMC - Dawn M. Cica                           P - Paralegal
                                             LA- Legal Assistant

### *Shea & Carlyon Ltd.*
233 S. Fourth Street
Suite 200
Las Vegas, NV 89101

Ph:(702) 471-7432                    Fax:(702) 471-7435

USA Mortgage, et al                                                      Dec 15, 2006
Equity Security Committee

|  |  |
|---|---|
| File #: | 1500-4 |
| Inv #: | 19855 |

Attention:

RE:    Case Administration

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-01-06 | Prepare notice of entry of order denying motion to convert cases to proceedings under chapter 7 | 0.10 | 15.00 | P |
|  | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of notice of entry of order denying motion to convert cases to proceedings under chapter 7 | 0.20 | 30.00 | P |
|  | Prepare certificate of service of notice of entry of order denying motion to convert cases to proceedings under chapter 7 | 0.10 | 15.00 | P |
|  | Electronic filing of court pleadings - conversion to electronic format, download and electronic filing of certificate of service of notice of entry of order denying motion to convert cases to proceedings under chapter 7 | 0.20 | 30.00 | P |
|  | Organize and index pleadings for 11/13/06 Omnibus Hearing Date | 3.00 | 360.00 | LA |
|  | Review and download Order Denying U.S. Trustee's Motion to Convert Case to Chapter 7 | 0.10 | 19.00 | SSS |
|  | Review bankruptcy orders re concluded matters; matters remaining on calendar | 1.00 | 190.00 | SSS |
| Nov-03-06 | Telephone call with Ms. Karasik re plan and sale issues/status; committee meeting | 0.20 | 85.00 | CCC |
| Nov-07-06 | Organize and index pleadings for 11/13/06 Omnibus Hearing Date | 1.00 | 120.00 | LA |
|  | Organize and index pleadings for 11/13/06 Omnibus Hearing Date | 4.00 | 480.00 | LA |

Invoice #:        19855                                Page        2

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| Nov-08-06 | Organize and index pleadings for 11/13/06 Omnibus Hearing Date | 5.00 | 600.00 | LA |
| Nov-09-06 | Exchange electronic correspondence with Ms. Karasik x2 re Omnibus Hearing | 0.40 | 170.00 | JPS |
| | Exchange electronic correspondence with all counsel reminding them of Federal court holiday; need to file documents by noon today | 0.10 | 42.50 | CCC |
| | Review hearing binders; instruct re additional items needed for court preparation/hearings | 0.40 | 170.00 | CCC |
| | Preparation of electronic correspondence to Mr. Landis re service of order denying motion to convert | 0.10 | 42.50 | CCC |
| | Review and revise schedule of tasks and responsibilities; exchange electronic correspondence with Ms. Sherman, STG, re same | 0.20 | 85.00 | CCC |
| | Review electronic correspondence from STG and committee members re possible meeting | 0.10 | 42.50 | CCC |
| | Organize and index pleadings for 11/13/06 Omnibus Hearing Date | 4.00 | 480.00 | LA |
| | Review and revise master calendar re relevant confirmation and sale dates | 0.70 | 133.00 | SSS |
| Nov-12-06 | Review docket re late-filed pleadings for November 13 Omnibus Hearing Date | 0.20 | 38.00 | SSS |
| | Review and revise master calendar; electronic correspondence to Mr. Parlen re the same | 0.40 | 76.00 | SSS |
| Nov-13-06 | Organize and index all pleadings | 3.00 | 360.00 | LA |
| | Review Status and Agenda for today's hearings | 0.10 | 19.00 | SSS |
| Nov-14-06 | Review USA Investment Partners and Milanowski's Ex Parte Motion to File Motion for Protective Order and Order denying the same | 0.30 | 57.00 | SSS |
| Nov-15-06 | Organize and index all pleadings | 4.00 | 480.00 | LA |
| | Review and revise master calendar re completed tasks and allocation of responsibilities | 0.80 | 152.00 | SSS |
| | Revise memorandum summarizing October MORs to include discussion of management fees | 0.20 | 38.00 | SSS |
| Nov-16-06 | Organize and index all pleadings | 3.50 | 420.00 | LA |
| Nov-17-06 | Organize and index all pleadings | 4.00 | 480.00 | LA |

Invoice #:       19855                          Page          3

| Date | Description | Hours | Amount | Initials |
|------|-------------|------:|-------:|:--------:|
| | Review and revise master calendar re confirmation deadlines, post-confirmation dealines and hearings, and Standard Property Appeal deadlines | 1.60 | 304.00 | SSS |
| Nov-19-06 | Revise document list and calendars re confirmation and effective date deadlines | 0.60 | 114.00 | SSS |
| | Review and update appeal deadlines re Standard Property Development; confirmation dates; master calendar | 0.50 | 95.00 | SSS |
| Nov-20-06 | Conference with co counsel re liquidating agents (no charge) | 0.20 | 0.00 | JPS |
| | Organize and index pleadings for hearings on 11/28/06 | 1.00 | 120.00 | LA |
| Nov-21-06 | Review/revise proposed website posting; Exchange electronic correspondence with STG re same | 0.20 | 85.00 | CCC |
| | Preparation of electronic correspondence to Matt Kvarda attaching monthly operating reports for month ended October 2006 | 0.10 | 15.00 | P |
| | Preparation of memorandum summarizing Debtors' October Monthly Operating Reports | 0.90 | 171.00 | SSS |
| Nov-22-06 | Organize and index pleadings for hearings on 11/28/06 | 4.00 | 480.00 | LA |
| | Preparation of chart summarizing October Monthly Operating Reports | 0.60 | 114.00 | SSS |
| Nov-27-06 | Review and revise task allocation/deadlines/ master calendar | 0.30 | 127.50 | CCC |
| | Organize and index pleadings for hearings on 11/28/06 | 5.50 | 660.00 | LA |
| | Review and revise memorandum summarizing October Monthly Operating Reports; discussion re management fees | 0.60 | 114.00 | SSS |
| | Review and print memoranda summarizing schedules and statements for USACM and DTDF re unsecured creditors | 0.30 | 57.00 | SSS |
| Nov-28-06 | Review and revise memo re October MOR's | 0.20 | 85.00 | CCC |
| | Review electronic correspondence from Ms. Karasik; Ms. Pajak, re distributions | 0.10 | 42.50 | CCC |
| Nov-29-06 | Preparation of electronic correspondence to Committee members and interested parties attaching memorandum re Debtors' monthly operating reports summary | 0.10 | 15.00 | P |
| | Receipt and review of updated USA Capital Hearing and Deadlines table; update master, outlook and attorney calendars | 1.90 | 285.00 | P |
| Nov-30-06 | Review notice; various emails; re UST changes to UCC | 0.10 | 42.50 | CCC |

Invoice #:        19855                          Page          4

| | | | |
|---|---|---|---|
| Review electronic correspondence from Ms. Pajak re issues on claims; creditor's trust trustee; UCC possible conflict issue | 0.10 | 42.50 | CCC |
| Further review of USA Hearings and Deadlines table and continuance of updating master, outlook and attorney calendars | 1.60 | 240.00 | P |
| Review electronic correspondence from bankruptcy court re Notice of Second Amended Appointment of Official Unsecured Creditors' Committee for USA; download and print Notice; forward to interested parties for Key Documents Binder | 0.10 | 15.00 | P |
| Review Amended Notice of Appointment of UCC Committee | 0.10 | 19.00 | SSS |
| Review electronic correspondence from Mr. Parlen re appointment of new committee member to UCC | 0.10 | 19.00 | SSS |
| Totals | 58.20 | $8,491.50 | |

**Total Fees, Disbursements**                                    **$8,491.50**

Previous Balance                                                    $56,693.15
Previous Payments                                                  $30,060.51

**Balance Due Now**                                              **$35,124.14**

JPS - James Patrick Shea                 SSS - Shlomo Sherman
CCC - Candace C. Carlyon                 JRH - Jeffrey R. Hall
SWM - Shawn Miller                       LC - Law Clerk
DMC - Dawn M. Cica                       P - Paralegal
                                         LA- Legal Assistant