UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br><br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**SUPPLEMENTAL AFFIDAVIT OF BALLOTING AGENT
REGARDING SOLICITATION AND TABULATION OF VOTES
IN CONNECTION WITH THE DEBTORS' THIRD AMENDED
<u>JOINT CHAPTER 11 PLAN OF REORGANIZATION</u>**

I, Stephenie Kjontvedt, state as follows:

        1.     I am over eighteen years of age and not a party to the above-captioned action.
I believe the statements contained herein are true based on my personal knowledge. I am an employee

- 1 -

of BMC Group, Inc., f/k/a Bankruptcy Management Corporation ("BMC") and my business address is 875 West Third Street, 5th Floor, New York, New York 10022.

2. BMC is the Balloting Agent in connection with the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization filed November 15, 2006 ("Plan"). All terms capitalized in this declaration not otherwise defined herein have the same meaning as given in the Plan.

3. On December 18, 2006, BMC filed its Affidavit of Balloting Agent Regarding Solicitation and Tabulation of Votes in Connection with the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Affidavit") [Docket No. 2165] as required by the Solicitation Procedures Order. Attached to the Affidavit as an exhibit was a voting tabulation summary prepared by BMC that showed 45.29% of the amount voted in Class A-4 rejecting the Plan.

4. On December 15, 2006, USACM filed an objection to Claim No. 1660 of Robert J. and Ruth Ann Kehl [Docket No. 2139]. Robert J. and Ruth Ann Kehl, along with various other related persons (the "Kehl Group"), had cast ballots voting to reject the Plan that were counted in the voting tabulation summary submitted with, and summarized in, the Affidavit.

5. Since the filing of the Affidavit, an agreement was reached between the Kehl Group and the Debtors as to the allowable amount of certain claims for voting purposes only (the "Agreement"). During the Confirmation Hearing held on December 19, 2006, the Debtors' counsel reported to the Court on the record that the Agreement had been reached.

6. Based on the Agreement, certain ballots cast by the Kehl Group have been withdrawn and are not counted for voting purposes. Those ballots cast by the Kehl Group that are based on amounts reflected in the Debtors' Schedules are counted for voting purposes in their scheduled amounts.

7. Attached hereto as Exhibit A is a revised analysis showing the ballots cast by the Kehl Group and indicating which ballots have been withdrawn and excluded pursuant to the Agreement.

8. Attached hereto as Exhibit B is a revised ballot tabulation summary prepared by BMC ("Revised Tabulation Summary"). The Revised Tabulation Summary is identical to the summary attached as an exhibit to the Affidavit except it now reflects the withdrawal of certain Kehl Group ballots pursuant to the Agreement. Due to the withdrawal of these ballots, the Revised Tabulation Summary now shows Class A-4 accepting the Plan as follows:

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT |
| Class A-4 USACM General Unsecured Claims | 876 61.43% | $42,455,982.67 72.17% | 550 38.57% | $16,375,711.27 27.83% |

9. There have been no changes made to any of the other voting classes since the filing of the Affidavit.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 21st day of December 2006, Maplewood, New Jersey.

Stephenie Kjontvedt, Declarant

# Exhibit A

| Ctrl ID | Claim Nbr | S = Schedule C = Filed Claim | Creditor Name | Case Nbr | Claim Amount | Rejecting A-4 ballot filed? | Excluded | Comments |
|---|---|---|---|---|---|---|---|---|
| | s32136 | S | Mojave Canyon Inc. | 06-10725-LBR | $2,329.94 | Yes | | |
| | s31889 | S | SUSAN L KEHL UIAUTMA | 06-10725-LBR | $2,590.36 | Yes | | |
| | s31888 | S | ANDREW R KEHL UNVUTMA | 06-10725-LBR | $2,590.36 | Yes | | |
| | s31890 | S | KEVIN KEHL | 06-10725-LBR | $3,494.91 | Yes | | |
| | s32216 | S | Patrick J. Anglin | 06-10725-LBR | 12,951.80 | Yes | | |
| | s31891 | S | KEVIN KEHL | 06-10725-LBR | $38,855.38 | Yes | | |
| | s31048 | S | CHRISTINA M KEHL | 06-10725-LBR | $61,807.18 | Yes | | |
| | 10725-01166 | C | Warren Hoffman | 06-10725-LBR | 64,118.31 | Yes | | |
| | 10725-01161 | C | Warren Hoffman Family Investments LP | 06-10725-LBR | 64,118.31 | Yes | | |
| | s32357 | S | ROBERT A KEHL & TINA M KEHL | 06-10725-LBR | $103,614.37 | Yes | | |
| | s31049 | S | CHRISTINA M KEHL | 06-10725-LBR | $125,000.00 | Yes | | |
| | s31075 | S | Cynthia Winter | 06-10725-LBR | 166,666.67 | Yes | | |
| | s32397 | S | ROBERT J KEHL & RUTH ANN KEHL | 06-10725-LBR | $250,000.00 | Yes | | |
| | s32398 | S | ROBERT J KEHL & RUTH ANN KEHL | 06-10725-LBR | $357,507.24 | Yes | | |
| 6214 | 10725-01659 | C | KEVIN KEHL CUSTODIAN FOR ANDREW R KEHL | 06-10725-LBR | $7,401.16 | Yes | X | Withdrawn per agreement |
| 6215 | 10725-01658 | C | KEVIN KEHL CUSTODIAN FOR SUSAN L KEHL | 06-10725-LBR | $7,401.16 | Yes | X | Withdrawn per agreement |
| 6223 | 10725-01662 | C | KEHL, KRYSTINA L | 06-10725-LBR | $500,000.00 | Yes | X | Withdrawn per agreement |
| 6216 | 10725-01657 | C | KEHL, KEVIN | 06-10725-LBR | $938,667.05 | Yes | X | Withdrawn per agreement |
| 6217 | 10725-01661 | C | KEHL, CHRISTINA M | 06-10725-LBR | $1,023,023.12 | Yes | X | Withdrawn per agreement |
| 6220 | 10725-01715 | C | KEHL DEVELOPMENT CORPORATION | 06-10725-LBR | $1,561,365.75 | Yes | X | Withdrawn per agreement |
| 6224 | 10725-01666 | C | KEHL, ROBERT A & TINA M | 06-10725-LBR | $1,896,046.24 | Yes | X | Withdrawn per agreement |
| 6221 | 10725-01660 | C | KEHL, ROBERT J & RUTH ANN | 06-10725-LBR | $12,841,680.13 | Yes | X | Withdrawn per agreement |

TOTAL CLAIMS REMOVED PER DKT 2191   $18,775,584.61
TOTAL REMAINING   $1,245,644.83
GRAND TOTAL   $20,021,229.44

# Exhibit B

BALLOT TABULATION REPORT
SUMMARY
In Re: USA Commercial Mortgage Company

| | | | | | | | | Ballot Counts | | | | | Ballot Amounts | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received | Accepted | | Rejected | | Total Counted | Total Excluded | Total Received |
| A-4 | 876 | 61.43% | 550 | 38.57% | 1426 | 1456 | 2882 | $42,455,982.67 | 72.17% | $16,375,711.27 | 27.83% | $58,831,693.94 | $106,704,958.94 | $165,536,652.88 |
| A-5 | 1224 | 68.88% | 553 | 31.12% | 1777 | 139 | 1916 | $1,224.00 | 68.88% | $553.00 | 31.12% | $1,777.00 | $139.00 | $1,916.00 |
| B-5 | 518 | 83.15% | 105 | 16.85% | 623 | 52 | 675 | $40,280,631.58 | 86.22% | $6,438,580.44 | 13.78% | $46,719,212.02 | $2,253,938.54 | $48,973,150.56 |
| C-5 | 737 | 83.47% | 146 | 16.53% | 883 | 59 | 942 | $91,701,364.70 | 86.39% | $14,447,968.42 | 13.61% | $106,149,333.12 | $6,800,519.01 | $112,949,852.13 |
| D-4 | 7 | 100.00% | 0 | 0.00% | 7 | 0 | 7 | $690.08 | 100.00% | $0.00 | 0.00% | $690.08 | $0.00 | $690.08 |
| E-4 | 5 | 100.00% | 0 | 0.00% | 5 | 0 | 5 | $5.00 | 100.00% | $0.00 | 0.00% | $5.00 | $0.00 | $5.00 |

| Class | Description |
|---|---|
| A-4 | General Unsecured Claims Against USACM |
| A-5 | Direct Lender Compromise Claims |
| B-5 | Equity Interest in FTDF |
| C-5 | Equity Interests in DTDF |
| D-4 | General Unsecured Claims Against USA Realty |
| E-4 | General Unsecured Claims Against USA Securities |