**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on December 22, 2006

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                    Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                    Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                    Debtor. | **FIFTH MONTHLY FEE STATEMENT OF SIERRA CONSULTING GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY** |
| In re:<br>USA SECURITIES, LLC,<br>                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

Sierra Consulting Group, LLC hereby submits its Fifth Monthly Fee Statement

(Exhibit A attached) pursuant to the procedures set forth in the Administrative Order

1796679.1

**LEWIS AND ROCA LLP**
LAWYERS

Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

By way of this Interim Statement, Sierra Consulting Group requests payment of Interim Compensation for services rendered and reimbursement of expenses incurred during the period from November 1, 2006 through November 30, 2006 from USA Commercial Mortgage Company. Sierra Consulting Group seeks payment of: (1) interim compensation in the amount of $32,230.80 representing 80% of the total fee of $40,288.50 for professional services rendered during the statement period; and (2) interim reimbursement of expenses in the amount of $62.32 representing 100% of the expenses inccurred during the statement period.

Dated: December 22nd 2006

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for Official Unsecured Creditors' Committee for USA Commercial Mortgage Company*

COPY of the foregoing e-mailed this 22nd
day of December, 2006 to:

Annette W. Jarvis, Esq.
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385
ajarvis@rqn.com

1796679.1

**LEWIS AND ROCA LLP**
LAWYERS

| | |
|---|---|
| 1 | Marc A. Levinson |
| | Lynn Trinka Ernce |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 3 | 400 Capitol Mall, Suite 3000 |
| | Sacramento, CA 95814 |
| 4 | malevinson@orrick.com |
| | lernce@orrick.com |
| 5 | |
| | Frank A. Merola |
| 6 | Eve H. Karasik |
| | Christine M. Pajak |
| 7 | STUTMAN, TREISTER & GLATT, P.C. |
| | 1901 Avenue of the Stars, 12th Floor |
| 8 | Los Angeles, CA  90067 |
| | Fmerola@stutman.com |
| 9 | ekarasik@stutman.com |
| | cpajak@stutman.com |
| 10 | |
| | Gerald M. Gordon |
| 11 | Gregory E. Garman |
| |  GORDON & SILVER, LTD |
| 12 | 3960 Howard Hughes Parkway, 9th floor |
| | Las Vegas, NV 89109 |
| 13 | gmg@gordonsilver.com |
| | geg@gordonsilver.com |
| 14 | |
| | Lenard E. Schwartzer |
| 15 | SCHWARTZER & MCPHERSON LAW FIRM |
| 16 | 2850 S. Jones Blvd., Suite 1 |
| | Las Vegas, NV 89146-5408 |
| 17 | bkfilings@s-mlaw.com |
| 18 | August B. Landis |
| | Office of the U.S. Trustee |
| 19 | 300 Las Vegas Blvd., S. Suite 4300 |
| | Las Vegas, NV 89101 |
| 20 | USTPRegion17.lv.ecf@usdoj.gov |
| 21 | Susan M. Smith |
| | Senior Vice President |
| 22 | Mesirow Financial Consulting |
| | 2 S. Biscayne Tower |
| 23 | Suite 1800 |
| | Miami, FL 33131 |
| 24 | smsmith@mesirowfinancial.com |
| 25 | |
| |  /s/ Christine E. Laurel |
| 26 | Christine E. Laurel |

1796679.1