# EXHIBIT A

1491622.1

**Sierra Consulting Group, LLC**

Two North Central Ave. Suite 700 Phoenix, AZ  85004

602-424-7001

Invoice submitted to:
USA Commercial Mortgage

c/o Rob Charles
Lewis & Roca
3993 Howard Hughes Parkway, 6th Floor
Las Vegas NV 89109

December 21, 2006
In Reference To: USA Commercial Mortgage

Invoice #10643

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Asset Sales** | | | | |
| 11/2/2006 | EMB | Follow up potential buyer per request of counsel | 0.20<br>295.00/hr | 59.00 |
| 11/6/2006 | EMB | Read and review counsel's email notes on sale hearing and latest changes to APA. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Follow up on third party servicers and fess charged. | 0.70<br>295.00/hr | 206.50 |
| 11/9/2006 | EMB | Read and review order scheduling auction and appoint SPCP as lead bidder. | 0.70<br>295.00/hr | 206.50 |
| 11/11/2006 | EMB | Review letter from potential bidder and IP. | 0.20<br>295.00/hr | 59.00 |
| 11/13/2006 | EMB | Review latest propsoed offer from interested buyer. | 0.40<br>295.00/hr | 118.00 |
| 11/14/2006 | EMB | Read letter from potential bidder on propsoed line of credit.  Send to counsel for review and comment. | 0.20<br>295.00/hr | 59.00 |
| 11/17/2006 | EMB | Conversation with potential bidder on operations and infomration / data storage post effective date. | 0.50<br>295.00/hr | 147.50 |
| 11/28/2006 | EMB | Review financial information and other data from potential bidder to be recognized as a qualified bidder. | 0.40<br>295.00/hr | 118.00 |
| 11/29/2006 | EMB | Conversation with Mesirow regarding overbid proceedures and structure. | 0.20<br>295.00/hr | 59.00 |

USA Commercial Mortgage    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/29/2006 | EMB | Conversation with potential bidder regarding servicing rights and follow up with Mesirow. | 0.70 295.00/hr | 206.50 |
|  | DWT | Read current purchase offers and analyzed impact to the unsecured creditors | 0.90 250.00/hr | 225.00 |
|  |  | SUBTOTAL: | [    5.30 | 1,523.00] |

Depos, trial prep & atten

|  |  |  |  |  |
|---|---|---|---|---|
| 11/9/2006 | EMB | Attended deposition of JM. | 2.80 295.00/hr | 826.00 |
|  |  | SUBTOTAL: | [    2.80 | 826.00] |

Financial Analysis & Rvw

|  |  |  |  |  |
|---|---|---|---|---|
| 11/1/2006 | DWT | Follow up with various issues related to the investment partners loan | 0.90 250.00/hr | 225.00 |
|  | EMB | Meeting with Mesirow to discuss loan collection and default interest issues. | 1.60 295.00/hr | 472.00 |
| 11/2/2006 | DN | Correspondence with loan servicing agency (TX) | 0.20 250.00/hr | 50.00 |
|  | DWT | Created an interest receivable calculation for the $58mm IP loan receivable. | 2.90 250.00/hr | 725.00 |
|  | JG | Research accounting standards related to interest accrual on delinquent loans | 1.30 250.00/hr | 325.00 |
| 11/3/2006 | EMB | Repsonded to inquiries from committee member. | 0.40 295.00/hr | 118.00 |
|  | DN | Correspondence with loan servicing agency (NM) | 0.20 250.00/hr | 50.00 |
|  | JG | Read through FASBs related to proper methods of interest accrual and delinquent loans | 1.90 250.00/hr | 475.00 |
|  | EMB | Research FAS on accounting for accrued interest. | 0.20 295.00/hr | 59.00 |
|  | EMB | Review and analysis of September loan file and data. | 1.10 295.00/hr | 324.50 |
| 11/6/2006 | EMB | Follow up with issues for committee chairperson. | 0.30 295.00/hr | 88.50 |

USA Commercial Mortgage                                                                                       Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/6/2006 | DWT | Prepared a summary of charges by firm by task. | 1.00<br>250.00/hr | 250.00 |
|  | EMB | Review interest calcualtion analysis on $58mm IP note. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Follow up on USACM opening cash balance in latest forecast per Debtor. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Conversation with Mesiorow to disucss USACM AR from IP and diverted principal issues. | 0.60<br>295.00/hr | 177.00 |
|  | DWT | Continued to prepare analyis of interest receivable calculation for the $58mm IP loan receivable. | 2.40<br>250.00/hr | 600.00 |
| 11/7/2006 | EMB | Follow up on committee member request | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Research collections to date data for committee chairman.. | 0.20<br>295.00/hr | 59.00 |
|  | DWT | Prepared summary of billing for some of the professionals | 2.10<br>250.00/hr | 525.00 |
| 11/8/2006 | EMB | Review sumamry of Debtor's professional fees to date and modified per request of counsel. | 1.60<br>295.00/hr | 472.00 |
| 11/9/2006 | EMB | Update fee analysis with additional invoices as received from counsel. | 0.50<br>295.00/hr | 147.50 |
|  | DWT | Reviewed previous analysis that estimated a runoff scenario for the remaining estate during a wind down and made minor revisions. | 1.10<br>250.00/hr | 275.00 |
|  | EMB | Review various IP related documents in preparation of JM deposition. | 1.10<br>295.00/hr | 324.50 |
|  | EMB | Reviewed and replied to various emails regarding plan and DS. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Review SM response to fee application and noted issues to be include in fee summary. | 0.30<br>295.00/hr | 88.50 |
| 11/10/2006 | EMB | Updated fee summary analysis with additional invoices per request of counsel. | 0.50<br>295.00/hr | 147.50 |
|  | EMB | Answered questions regarding proof of claims from two creditors. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Follow up on Meadow Creek payoff. | 0.30<br>295.00/hr | 88.50 |

USA Commercial Mortgage                                                                                   Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/10/2006 | DWT | Reviewed open items from request list, follow up with Mesirow and accumulated new follow up list | 1.20 250.00/hr | 300.00 |
| 11/13/2006 | EMB | Research and updates USACM fee and interest schedule per request of committee chair. | 0.50 295.00/hr | 147.50 |
|  | EMB | Analyze latest summary of accrued and unpaid pre paid interest per Mesiorw. | 0.40 295.00/hr | 118.00 |
|  | EMB | Researched addtional fee application information per request of counsel to prepar objetions. | 1.30 295.00/hr | 383.50 |
|  | EMB | Conversation with committee member about plan and disclsoure statement issues. | 0.60 295.00/hr | 177.00 |
|  | DN | Phone call with loan servicing agency (TX) | 0.30 250.00/hr | 75.00 |
| 11/14/2006 | EMB | Responded to various questions from committee chairperson. | 0.30 295.00/hr | 88.50 |
|  | DWT | Reviewed docket to save most recent filings related to creditor committee and prepared summary schedule. | 1.30 250.00/hr | 325.00 |
|  | DWT | Prepared summary of runoff scenario template for the forecast of organizational expenses necessary to administer liquidating estate | 0.90 250.00/hr | 225.00 |
| 11/15/2006 | DWT | Updated the loan summary file in preparation for release of recent moth data | 1.40 250.00/hr | 350.00 |
|  | DWT | Prepared summary of runoff scenario template for the forecast of organizational expenses necessary to administer liquidating estate | 0.80 250.00/hr | 200.00 |
|  | EMB | Research how creditor was scheduled per request of counsel. | 0.30 295.00/hr | 88.50 |
|  | EMB | Analysis of Susan Smith's latest analysis of pre-petition service fees and follow up on issues. | 0.90 295.00/hr | 265.50 |
| 11/16/2006 | EMB | Researched information on scehduled assets for committee chairperson. | 0.30 295.00/hr | 88.50 |
|  | DWT | Reviewed docket for items related to USACM | 1.10 250.00/hr | 275.00 |
|  | EMB | Research Lerin Hills loan issues, drafted memo and sent to counsel for review. | 0.80 295.00/hr | 236.00 |
| 11/17/2006 | EMB | Analysis of latest weekly cash collection reports from Mesiorw and repsponded to committee chairperson's question on collections. | 0.60 295.00/hr | 177.00 |

USA Commercial Mortgage                                                                                     Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2006 | EMB | Conversation with FTI to disucss Epic Resort issues per request of counsel. | 0.40 295.00/hr | 118.00 |
|  | DN | Review cash flow actuals provided by Mesirow, populate report templates | 1.60 250.00/hr | 400.00 |
|  | DN | Correspondence with loan servicing agency (NM) | 0.20 250.00/hr | 50.00 |
|  | DN | Correspondence with loan servicing agency (TX) | 0.20 250.00/hr | 50.00 |
|  | DN | Request strategy, direction re potential use of loan servicing agencies from Mesirow | 0.40 250.00/hr | 100.00 |
| 11/20/2006 | EMB | Analysis of Oct. 31 master loan file and noted payments, accrued fees and other assets. | 1.20 295.00/hr | 354.00 |
|  | DWT | Updated master loan file with monthly collection data | 2.50 250.00/hr | 625.00 |
|  | EMB | Read and comment on USACM draft complaint against insiders. | 0.70 295.00/hr | 206.50 |
|  | EMB | Follow up with Mesirow on recent loan collections and discussed actual vs. projected collections. | 0.60 295.00/hr | 177.00 |
| 11/21/2006 | EMB | Follow up on sepecific questions from commitee member on plan and related USACM issues. | 0.30 295.00/hr | 88.50 |
|  | DWT | Updated loan performance summary. | 1.20 250.00/hr | 300.00 |
|  | DWT | Updated various loan summarry analyese with current cash collections. | 1.60 250.00/hr | 400.00 |
|  | EMB | Conversation with committee member and answered questions to plan and balloting. | 0.30 295.00/hr | 88.50 |
|  | EMB | Read loan payoff letter / agreement on certain loans and compared to accrued fees and interest per Mesirow. | 0.80 295.00/hr | 236.00 |
|  | DN | Request missing cash flow actuals from Mesirow | 0.20 250.00/hr | 50.00 |
| 11/22/2006 | DN | Relay status, direction of interim mgmt team to loan servicing agencies | 0.20 250.00/hr | 50.00 |
|  | EMB | Follow up with counsel and FTI on current claims field with USACM to date and noted issues with schedule received. | 0.50 295.00/hr | 147.50 |

USA Commercial Mortgage                                                                                                         Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/22/2006 | EMB | Follow up on request from committee member regarding sale proceedures. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Respond to counsel on debtor's comments on Halesy Canyon settlement issues and disclosure to USACM committee. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Conversation with Mark Olson regarding Halsey Canyon and settlement. | 0.30<br>295.00/hr | 88.50 |
| 11/27/2006 | DWT | Updated loan performance summary with current information from loan monitoring report. | 1.80<br>250.00/hr | 450.00 |
|  | DN | Repeat request for Sept 06 cash flow actuals to Mesirow | 0.20<br>250.00/hr | 50.00 |
| 11/28/2006 | EMB | Conversation with committee member to discuss loan collection issues. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Conversation with Mesirow to discuss transition issues between debtor and trust. | 0.60<br>295.00/hr | 177.00 |
|  | EMB | Read minutes of today's court hearing. | 0.20<br>295.00/hr | 59.00 |
| 11/29/2006 | EMB | Analysis and review of Oct Committee Report as recived from Mesirow for distribution to be made to lenders. | 0.70<br>295.00/hr | 206.50 |
|  | EMB | Conversation with Tom Allison and other Mesirow people to disucss upcoming loan collections and overbid issues. | 1.20<br>295.00/hr | 354.00 |
|  | EMB | Conversation with committee chair to discuss loan payoff suggestions and trustee issues. | 1.00<br>295.00/hr | 295.00 |
|  | EMB | Conversation with counsel to disucss loan payoff proposals and suggested course of action, | 0.60<br>295.00/hr | 177.00 |
|  | EMB | Review of Memo of Agreement between HFA and USACM per Mesirow | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Updated fee sumamry schedule with Oct fee applications as recieved from counsel. | 1.10<br>295.00/hr | 324.50 |
|  | EMB | Analysis of Colt, Marquis and Placard payoff calculation per Mesirow. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Request cash balance information from Mesirow per committee chairman's request. | 0.20<br>295.00/hr | 59.00 |
| 11/30/2006 | EMB | Preapred memo to counsel on three loans to be paid off in near future and discussed potential issues. | 1.20<br>295.00/hr | 354.00 |

USA Commercial Mortgage												Page	7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 11/30/2006 | DWT | Made revisions to various loan collection summary analyses | 1.00<br>250.00/hr | 250.00 |
|  | EMB | Preapred memo and outline on settlement ideas for conference set with DTDF. | 2.40<br>295.00/hr | 708.00 |
|  | EMB | Responded to request from committee member for Oct loan information. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Modified total professional fee summary and send to counsel and committee chairman for review. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Conversation with counsel to discuss DTDF issues and settlement offer. | 0.30<br>295.00/hr | 88.50 |
|  |  | SUBTOTAL: | [     64.50 | 17,583.00] |

General Case Strategy

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 11/10/2006 | EMB | Participated on USACM committee call | 2.40<br>295.00/hr | 708.00 |
|  | EMB | Review agenda for committee call and prepared information to be discussed. | 0.20<br>295.00/hr | 59.00 |
| 11/14/2006 | EMB | Particiapted on UCC conference call to discuss current issues. | 1.40<br>295.00/hr | 413.00 |
| 11/16/2006 | EMB | Read UST objection to Sierra's third monthly fee statement and repsonded to counsel. | 0.20<br>295.00/hr | 59.00 |
| 11/22/2006 | EMB | Review agenda and exhibits for committee comference call and made notes on discussion issues. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Particapted on committee conference call. | 2.80<br>295.00/hr | 826.00 |
|  |  | SUBTOTAL: | [      7.30 | 2,153.50] |

Misc Motions & Responses

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 11/21/2006 | EMB | Review amended complaint against Standard Properties. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Review and comment on the Gateway Stone answer and complaint per counsel request. | 0.20<br>295.00/hr | 59.00 |
| 11/29/2006 | EMB | Review 2004 request for S. Reale. | 0.10<br>295.00/hr | 29.50 |

USA Commercial Mortgage                                                                                         Page    8

|              |     |                                                                                             | Hrs/Rate        | Amount   |
|--------------|-----|---------------------------------------------------------------------------------------------|-----------------|----------|
| 11/29/2006   | EMB | Read e mails from consel on JM 2004 examinations.                                           | 0.30 295.00/hr  | 88.50    |
| 11/30/2006   | EMB | Review draft complaint against insiders.                                                    | 0.60 295.00/hr  | 177.00   |
|              |     | SUBTOTAL:                                                                                   | [    1.60       | 472.00]  |

Mo Operating Reports

|              |     |                                                                                                              | Hrs/Rate        | Amount   |
|--------------|-----|--------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 11/21/2006   | DWT | Analysis of current operating reports.                                                                       | 1.80 250.00/hr  | 450.00   |
| 11/27/2006   | DWT | Finalized updated on current monthly operating report and analyzed month to month activity                   | 2.10 250.00/hr  | 525.00   |
|              |     | SUBTOTAL:                                                                                                    | [    3.90       | 975.00]  |

Plan & Disclosure Stmt

|              |     |                                                                                                          | Hrs/Rate        | Amount   |
|--------------|-----|----------------------------------------------------------------------------------------------------------|-----------------|----------|
| 11/1/2006    | EMB | Research various issues in the proposed joint term sheet per request of counsel.                         | 0.80 295.00/hr  | 236.00   |
|              | EMB | Call with FTI to discuss plan issues.                                                                    | 0.20 295.00/hr  | 59.00    |
|              | EMB | Participate on call with GUC Committee to discuss plan issues.                                           | 3.10 295.00/hr  | 914.50   |
| 11/2/2006    | EMB | Create cash flow analysis of recoveries to various parties in the USACM estate and discussed with FTI.   | 0.60 295.00/hr  | 177.00   |
|              | EMB | Conference call with DTDF advisors to discuss plan issues.                                               | 1.50 295.00/hr  | 442.50   |
| 11/3/2006    | EMB | Review latest version of proposed joint plan term sheet.                                                 | 1.30 295.00/hr  | 383.50   |
|              | EMB | Review proposed plan settlement as propsoed by DTDF and repsonded to counsel on issues.                  | 0.70 295.00/hr  | 206.50   |
| 11/5/2006    | EMB | Read and review latest versions of plan and proposed term sheet.                                         | 1.10 295.00/hr  | 324.50   |
|              | EMB | Conference call with Debtor and other committees to discuss plan and realted issues.                     | 2.30 295.00/hr  | 678.50   |
| 11/6/2006    | EMB | Review and comment on proposed balloting proceedures.                                                    | 0.30 295.00/hr  | 88.50    |

USA Commercial Mortgage                                                                                           Page      9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/6/2006 | EMB | Particiapted on conference call with Debtor and other committees to finalize plan issues | 2.90 295.00/hr | 855.50 |
|  | EMB | Read numerous e mails from debtor and counsel regarding plan changes and suggestions. | 0.70 295.00/hr | 206.50 |
|  | EMB | Particiapted in part of disclosure statement call with debtors and other committees. | 0.40 295.00/hr | 118.00 |
|  | EMB | Conversation with Mesiorw to dicuss intercompany claim issues. | 0.40 295.00/hr | 118.00 |
| 11/7/2006 | EMB | Follow up on questions and issues from counsel to be include in disclosure statement. | 0.30 295.00/hr | 88.50 |
|  | EMB | Particpate on conferene call to discuss disclosure statement | 1.70 295.00/hr | 501.50 |
|  | EMB | Read and comment on latest version of disclosure statement. | 1.40 295.00/hr | 413.00 |
| 11/8/2006 | EMB | Conversation with counsel to discuss setting up trust and trustee issues. | 0.40 295.00/hr | 118.00 |
|  | EMB | Read and comment on the various versions of the notice of filing disclosure statement summary. | 0.50 295.00/hr | 147.50 |
|  | EMB | Follow up with counsel on issues regarding setting up the trust for USACM creditors per the plan. | 0.60 295.00/hr | 177.00 |
| 11/9/2006 | EMB | Follow up conversation with counsel and DTDF to discuss plan settlement issues. | 0.50 295.00/hr | 147.50 |
|  | EMB | Reviewed and replied to various emails regarding plan and DS. | 0.60 295.00/hr | 177.00 |
| 11/10/2006 | EMB | Drafted recovery analysis for committee chairperson per plan proposal. | 1.10 295.00/hr | 324.50 |
|  | EMB | Participate on all hands call to discuss Realty Advisor and Plan issues. | 0.70 295.00/hr | 206.50 |
|  | EMB | Read and comment on plan language regarding post petition loan assignment. | 1.10 295.00/hr | 324.50 |
|  | EMB | Review e mails with debtor to discuss plan language on pre paid interest and commented on edits. | 0.50 295.00/hr | 147.50 |
| 11/11/2006 | EMB | Conference call with Debtor regarding plan language. | 0.60 295.00/hr | 177.00 |

USA Commercial Mortgage                                                                                               Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/11/2006 | EMB | Conversations with Susan Smith, direct lender counsel and Rob Charles regarding plan language on accrued service fees. | 1.40<br>295.00/hr | 413.00 |
| 11/12/2006 | EMB | Analysis of Susan Smith accrued service fees and drafted follow up questions. | 1.10<br>295.00/hr | 324.50 |
|  | EMB | Follow up with counsel on plan language and respond to various questions. | 0.80<br>295.00/hr | 236.00 |
| 11/13/2006 | EMB | Respond to debtor's request for input on liquidation analysis assumptions. | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Listen to court hearing on disclosure statement | 1.30<br>295.00/hr | 383.50 |
| 11/14/2006 | EMB | Review voting from USACM GUCC on letter to be included in Plan. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Review latest proposed ballot and instructions and gave comments. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Read e mails regarding the latest changes to the Plan and DS. | 0.70<br>295.00/hr | 206.50 |
|  | EMB | Read and comment on letter from USACM UCC in support of Plan. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Drafted issues to be considered for the USACM UCC trust and sent to counsel. | 0.80<br>295.00/hr | 236.00 |
|  | EMB | Work with counsel on language and response to Hypotethical lender scenario. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Repsond to additional issues involving funds in the operating accounts as of the petition date. | 0.40<br>295.00/hr | 118.00 |
| 11/15/2006 | EMB | Follow up with counsel on potential trustee candidates. | 0.60<br>295.00/hr | 177.00 |
| 11/16/2006 | EMB | Communicate with counsel on potential trustee candidates. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Analysis and review of the debtor's final liquidation analysis and noted recovery percentages and issues. | 0.50<br>295.00/hr | 147.50 |
| 11/20/2006 | EMB | Participated on call with potential trustee candidates. | 1.00<br>295.00/hr | 295.00 |
|  | EMB | Read and comment on USACM overview for the benefit of potential trustee candidates. | 0.40<br>295.00/hr | 118.00 |

USA Commercial Mortgage                                                                                               Page    11

|            |     |                                                                                                      | Hrs/Rate          | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------|-------------------|----------|
| 11/20/2006 | EMB | Read and review various resumes of potential trustee candidates.                                     | 0.60<br>295.00/hr | 177.00   |
| 11/21/2006 | EMB | Read and comment on memo from direct lender and repsonded to counsel.                                | 0.70<br>295.00/hr | 206.50   |
|            | EMB | Particpated on conferene call to discuss memo from direct lender.                                    | 0.90<br>295.00/hr | 265.50   |
| 11/22/2006 | EMB | Review and respond to drafts of reponse to plan solisitation memo to creditors.                      | 0.40<br>295.00/hr | 118.00   |
|            | EMB | Read and comment to cousel on Debtor's application for approval for addtional solisitation information | 0.60<br>295.00/hr | 177.00   |
|            | EMB | Read proposed stipulation on overbid allocation agreement and gave comments to counsel.              | 0.30<br>295.00/hr | 88.50    |
|            | EMB | Drafted questions to be asked to potential trustee candidates per request of committee.              | 0.50<br>295.00/hr | 147.50   |
| 11/24/2006 | EMB | Participated in follow up meeting with counsel and committee to discuss potential trustee candidates. | 2.50<br>295.00/hr | 737.50   |
| 11/27/2006 | EMB | Read and make comments on proposed trust agreement                                                   | 0.80<br>295.00/hr | 236.00   |
|            | EMB | Prepare for and attend interviews of potential trustee candidates.                                   | 6.50<br>295.00/hr | 1,917.50 |
|            | EMB | Follow up conversations with trustee candidates and answered questions.                              | 0.50<br>295.00/hr | 147.50   |
| 11/28/2006 | EMB | Conversations with potential trustee candidates and answered additional questions                    | 0.30<br>295.00/hr | 88.50    |
|            | EMB | Read and make comments to follow up e mail to potential trustee candidates.                          | 0.40<br>295.00/hr | 118.00   |
|            | EMB | Drafted e mail to committee and counsel regarding trustee candidate appointment.                     | 0.50<br>295.00/hr | 147.50   |
|            | EMB | Conversation with potential bidder regarding asset issues.                                           | 0.60<br>295.00/hr | 177.00   |
| 11/29/2006 | EMB | Conversation with Trustee candidate to discuss work sharing issues,                                  | 0.70<br>295.00/hr | 206.50   |
|            | EMB | Conversation with committee member to discuss trustee issues.                                        | 0.30<br>295.00/hr | 88.50    |

USA Commercial Mortgage                                                                                       Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/29/2006 | EMB | Read order for settlement conference and responded to counsel. | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Finished reading and making changes to proposed trust agreement | 0.40<br>295.00/hr | 118.00 |
|  | EMB | Respond to e mails on loan servicing language to be included | 0.20<br>295.00/hr | 59.00 |
|  | EMB | Read and respond to follow up e mails to trustee candidates. | 0.30<br>295.00/hr | 88.50 |
|  | EMB | Sent comments to counsel on proposed trust agreement. | 0.40<br>295.00/hr | 118.00 |
| 11/30/2006 | EMB | Conversation with potnetial trustee candidate and follow up with counsel. | 0.90<br>295.00/hr | 265.50 |
|  | EMB | Follow up with potential trustee candidate on fees and expense issues. | 0.40<br>295.00/hr | 118.00 |

SUBTOTAL:                                                                                    [      56.80       16,756.00]

**For professional services rendered**                                                      **142.20    $40,288.50**

Additional Charges :

<u>Rental Car</u>

11/28/2006  Rental Car Fees                                                                                        62.32

SUBTOTAL:                                                                                                [         62.32]

**Total costs**                                                                                                **$62.32**

**Total amount of this bill**                                                                              **$40,350.82**

11/21/2006  Payment - thank you. Check No. 1470                                                          ($16,832.25)

**Total payments and adjustments**                                                                       **($16,832.25)**

Balance due                                                                                              $23,518.57

USA Commercial Mortgage                                                                                          Page    13

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Doug Noblitt | 3.70 | 250.00 | $925.00 |
| EDWARD "TED" M. BURR | 105.30 | 295.00 | $31,063.50 |
| Dave Tiffany | 30.00 | 250.00 | $7,500.00 |
| Josephine Giordano | 3.20 | 250.00 | $800.00 |

Invoices 30 days past due are subject to a 1.5% late payment fee.