# LEWIS AND ROCA LLP
### L A W Y E R S

E-Filed on December 22, 2006

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5311

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | FIFTH MONTHLY FEE STATEMENT OF LEWIS AND ROCA LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>£ All Debtors<br>T USA Commercial Mortgage Company<br>£ USA Capital Realty Advisors, LLC<br>£ USA Capital Diversified Trust Deed Fund, LLC<br>£ USA Capital First Trust Deed Fund, LLC<br>£ USA Securities, LLC | |

1796674.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

Lewis and Roca LLP hereby submits its Fifth Monthly Fee Statement (Exhibit A attached) pursuant to the procedures set forth in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses as Professionals.

By way of this Interim Statement, Lewis and Roca requests payment of Interim Compensation for services rendered and reimbursement of expenses incurred during the period from November 1, 2006 through November 30, 2006 from USA Commercial Mortgage Company. Lewis and Roca seeks payment of: (1) interim compensation in the amount of $113,884.00 representing 80% of the total fee of $142,355.00 for professional services rendered during the statement period; and (2) interim reimbursement of expenses in the amount of $10,295.38 representing 100% of the expenses inccurred during the statement period.

The following individuals rendered services:

| **Partner** | **Billed Per Hour** |
| --- | --- |
| Susan M. Freeman | $510.00 |
| Rob Charles | $385.00 |
| J. Henk Taylor | $355.00 |
| John C. L. Hinderaker | $340.00 |
| Thomas J. Morgan | $400.00 |
| **Associate** | |
| Scott K. Brown | $320.00 |
| Patrick W. Mause | $200.00 |
| Marvin C. Ruth | $200.00 |

1796674.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

1

2 **<u>Paralegal</u>**

3 Marilyn L. Schoenike        $180.00

4 Suzette M. Meskell           $145.00

5 Kim B. Cady                     $140.00

6 **<u>Research</u>**

7 Sharon Bundy                  $110.00

8 **<u>Project Clerk</u>**

9 Christopher Jordan          $55.00

10 Melissa Linarez               $55.00

11 Kelly Francis                    $55.00

12

13 Dated:  December 22nd 2006.

14 **LEWIS AND ROCA LLP**

15

16 By /s/ RC (#006593)

17 Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593

18 *Attorneys for Official Unsecured Creditors' Committee*
*for USA Commercial Mortgage Company*

19

20 COPY of the foregoing e-mailed this 22nd
day of December, 2006 to:

21 Annette W. Jarvis, Esq.

22 RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
PO Box 45385

23 Salt Lake City, UT 84145-0385
ajarvis@rqn.com

24

25 Marc A. Levinson
Lynn Trinka Ernce

26 ORRICK, HERRINGTON &
SUTCLIFFE, LLP

1796674.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

400 Capitol Mall, Suite 3000
Sacramento, CA 95814
malevinson@orrick.com
lernce@orrick.com

Frank A. Merola
Eve H. Karasik
Christine M. Pajak
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Fmerola@stutman.com
ekarasik@stutman.com
cpajak@stutman.com

Gerald M. Gordon
Gregory E. Garman
 GORDON & SILVER, LTD
3960 Howard Hughes Parkway, 9th floor
Las Vegas, NV 89109
gmg@gordonsilver.com
geg@gordonsilver.com

Lenard E. Schwartzer
SCHWARTZER & MCPHERSON LAW
FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146-5408
bkfilings@s-mlaw.com

August B. Landis
Office of the U.S. Trustee
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov

Susan M. Smith
Senior Vice President
Mesirow Financial Consulting
2 S. Biscayne Tower
Suite 1800
Miami, FL 33131
smsmith@mesirowfinancial.com


  /s/ Christine E. Laurel
Christine E. Laurel

4

1796674.1