```
 1  ALAN R. SMITH, ESQ.
    Nevada Bar No. 1449
 2  KEVIN A. DARBY, ESQ.
    Nevada Bar No. 7670
 3  Law Offices of Alan R. Smith
    505 Ridge Street
 4  Reno, Nevada  89501
    Telephone (775) 786-4579
 5  Facsimile (775) 786-3066
    Email: mail@asmithlaw.com
 6
    Attorney for Lenders Protection Group
 7
```

*ELECTRONICALLY FILED - 12/22/06*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>       Debtor.<br>_____/<br>In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>       Debtor.<br>_____/<br>In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>       Debtor.<br>_____/<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>       Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC,<br>       Debtor.<br>_____/<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11<br><br><br>Hearing Date:  n/a<br>Hearing Time: n/a<br><br><br>**NOTICE OF INTENT TO FILE DETAILED STATEMENT OF OBJECTIONS TO, AND ALTERNATIVE FORM OF, PROPOSED ORDER CONFORMING THE DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT THEREOF, IN ACCORDANCE WITH LR 9021** |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Not re obj to ord.wpd

1    The Lenders Protection Group, as identified on the *Statement Of The Law Offices Of Alan R. Smith Pursuant To Bankruptcy Rule 2019* filed herein on December 6, 2006, and as supplemented, revised or modified thereafter ("LPG"), through its counsel, Alan R. Smith, Esq., hereby provides notice of its intent to file, **in accordance with LR 9021(b)(2)(A)**, a detailed statement of their objections to the PROPOSED ORDER CONFORMING THE DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION, AS MODIFIED HEREIN and the PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW LAW  IN SUPPORT OF ORDER CONFORMING THE DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION, AS MODIFIED HEREIN, as finally circulated by Debtors' counsel on Friday, December 22, 2006 at 8:15 a.m. and 8:21 a.m., respectively, together with an alternative proposed confirmation order and findings of fact and conclusions of law.

**DATED** this 22nd day of December, 2006.

LAW OFFICES OF ALAN R. SMITH

*/s/ Alan R. Smith*
By_____
   ALAN R. SMITH, ESQ.
   Attorney for Lenders Protection Group

H:\USA Lenders (Cangelosi)\Not re obj to ord.wpd

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\USA Lenders (Cangelosi)\Not re obj to ord.wpd      - 2 -