Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED on December 22, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **DECLARATION OF SUSAN M. SMITH IN SUPPORT OF USA COMMERCIAL MORTGAGE COMPANY'S OPPOSITION TO MOTION FOR ORDER TEMPORARILY ALLOWING THE CLAIM OF DEL AND ERNESTINE BUNCH FOR VOTING PURPOSES** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: January 3, 2007<br>Time: 9:30 a.m. |

C:\Documents and Settings\smsmith\Local Settings\Temporary Internet Files\OLK2\Declaration of S Smithv2.DOC  Page 1 of 2

Susan M Smith hereby declares under penalty of perjury that:

1. I am a Senior Vice President of Mesirow Financial Consulting and have been employed since April, 2006 with regard to the Chapter 11 cases USA Commercial Mortgage Company ("USACM") and its affiliates.

2. As part of my duties I have become familiar with the financial transactions of the USACM in the period before it filed its bankruptcy case and its banking transactions.

3. USACM made payments to Del Bunch by electronic direct deposit. A payment was made on February 9, 2006 in the amount of $217,000 and on March 13, 2006 in the amount of $196,000.

4. These payments were made from the account entitled "USA Commercial Mortgage Collection Trust Account". This is the account which was supposed to be a trust account in which funds were collected from borrowers and paid to Direct Lenders. The records of USACM reflect that the monthly payments to Bunch, at least since January, 2005, were made from this particular account.

5. These payments to Del Bunch were *not* made from the USA Commercial Mortgage Operating Account.

DATED: December 22, 2006

_____
Susan M. Smith