# EXHIBIT "1"

# Callister & Reynolds

823 Las Vegas Boulevard South
Las Vegas, NV 89101

Telephone (702) 385-3343
Facsimile (702) 385-2899

Invoice submitted to:

Larry Carroll
2601 North Tenaya Way
Las Vegas NV 89128                                     6/9/2006

In Reference To:  PDG v- USA Capital                   Responsible Atty:

Invoice #  16833                                       Matthew Q. Callister

Hourly                                                 Phil Alexander

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2006 | PCA | Discussion with Matthew Callister re: case. Review of contract, court docket.  Phone call with Jeanette McPherson re: hearing and status of case. | 1.00 275.00/hr | 275.00 |
|  | MQC | Meeting with client; read and review documents | 5.00 400.00/hr | 2,000.00 |
|  | MQC | Meeting with associate attorney Phil Alexander re: case | 0.50 400.00/hr | 200.00 |
| 5/4/2006 | PCA | Discussion with Matthew Callister. Phone conference with Jeneatte McPherson. | 0.25 275.00/hr | 68.75 |
|  | PCA | Review of letter sent by counsel of USA Capital.  Review of construction contract. Review of email and matrix sent by client. Discussions with Matthew Callister and phone message to UT counsel. | 0.50 275.00/hr | 137.50 |
|  | JCC | Read and review journal article and agreements and discuss with Matthew Callister; read and review letter from debtors counsel; phone call with matthew regarding; phone call wiht Marinah and discussion with Matthew regarding | 1.25 275.00/hr | 343.75 |
|  | MQC | Meeting with associate attorney Jonathan Callister regarding status of case | 0.50 400.00/hr | 200.00 |
| 5/5/2006 | PCA | Discussions with Matthew Callister re: stipulation.  Review of email and stip emailed from Candace Carlyon.  Review of documents on Pacer.  Draft of stipulation, proposed order, notice of stipulation. Phone conference with Matthew Callister and Ray Quinney & Nebeker law firm. | 2.00 275.00/hr | 550.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| JCC | Phone conference with Steve Strong; phone conference with Wells Fargo counsel; discuss case with Matthew Callister; read and review revised order | 1.00 275.00/hr | 275.00 |
| MQC | Meeting with associate attorney, Jonathan Callister regarding status | 0.50 400.00/hr | 200.00 |
| 5/9/2006 PCA | Phone call with Matthew Callister re: UT counsel and drafting letter regarding previous phone conversation. Drafted letter to USA counsel, faxed and mailed | 0.75 275.00/hr | 206.25 |
| JCC | Phone conference with Matthew Callister and associate attorney Phil Alexander regarding supreme court case, contract issues and UT counsel | 0.25 275.00/hr | 68.75 |
| MQC | Meeting with associate attorney, Phil Alexander regarding UT counsel | 0.50 400.00/hr | 200.00 |
| 5/10/2006 PCA | Phone call with UT counsel re: stip. Discussion with Matthew Callister re: filing motion with BK court. | 0.50 275.00/hr | 137.50 |
| MQC | Discussion with associate attorney Phil Alexander re: filing motion with BK court. | 0.25 400.00/hr | 100.00 |
| 5/11/2006 PCA | Review of email. Review of proposed stipulation and order. Emailed UT counsel. | 0.50 275.00/hr | 137.50 |
| PCA | Discussion with Matthew Callister; revised stipulation. Email to UT counsel with revised stip. | 0.50 275.00/hr | 137.50 |
| PCA | Review of email. Discussion with Matthew Callister of proposed stip. Scanned documents, email to UT counsel re: stip. Email matrix to UT counsel. Review of email and finalized version of stip. | 1.50 275.00/hr | 412.50 |
| MQC | Status meeting with Phil Alexander | 0.25 400.00/hr | 100.00 |
| 5/12/2006 PCA | Discussion with Matthew Callister. Email to USA counsel and review of response. Review of RJ article. Review of Pacer and USA's motion to compel Fidelity to disburse, and application and declaration for order shortening time. Phone call with Matthew Callister. Draft of Application, Declaration, and began draft for Motion. Review of email. Review of final stipulation and faxed signature to USA counsel. Draft of Notice of Appearance. | 3.75 275.00/hr | 1,031.25 |
| 5/12/2006 MQC | Meeting with associate attorney Phil Alexander regarding status | 0.75 400.00/hr | 300.00 |
| 5/16/2006 PCA | Email to Steve Strong and review of response. | 0.25 275.00/hr | 68.75 |
| 5/17/2006 JCC | Discuss motion and stip and order with associate attorney Phil Alexander | 0.25 275.00/hr | 68.75 |
| PCA | Discussion with Matthew Callister re status of case and hearings. Email to Marina and email to Steve Strong. | 0.50 275.00/hr | 137.50 |
| MQC | Meeting with associate attorney, Phil Alexandedr re status of case and hearings | 0.50 400.00/hr | 200.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/18/2006 | PCA | Phone call with Matthew Callister. Attended bankruptcy court hearings. Discussion with Matthew Callister | 4.00 275.00/hr | 1,100.00 |
|  | PCA | Finalized motion, declaration, and order shortening time. Drafted Attorney Information Sheet and Proposed Order. Discussion with Matthew Callister and Gina re: filing. | 1.25 275.00/hr | 343.75 |
|  | MQC | Prepare for and attend the BK hearing | 2.00 400.00/hr | 800.00 |
| 5/22/2006 | PCA | Discussion with Matthew Callise. Review of emails from USA counsel. Phone call with Matthew Callister. Revised and filed motion and motion for order shortening time. | 1.25 275.00/hr | 343.75 |
| 5/23/2006 | PCA | Phone call with Steve Strong from Ray Quinney. Review of emails. Emailed US Trustee, opposing counsel, and proposed counsel for committee. Edited attorney information sheet. | 1.00 275.00/hr | 275.00 |
|  | PCA | Discussion with Matthew Callister. Revised Attorney Information Sheet. Efiled Declaration in Support of Order Shortening Time, Attorney Information Sheet, and Proposed Order. | 0.75 275.00/hr | 206.25 |
|  | PCA | Phone call with bankrupcty court. | 0.25 275.00/hr | 68.75 |
| 5/23/2006 | MQC | Status meeting with associate Phil Alexander | 0.25 400.00/hr | 100.00 |
| 5/24/2006 | PCA | Review of recently filed documents in banruptcy case. Discussion with Matthew Callister regarding motion. Email to Steve Strong, Esq. and review of response. | 1.00 275.00/hr | 275.00 |
|  | MQC | Discussion with associate attorney Phil Alexander regarding motion | 0.25 400.00/hr | 100.00 |
| 5/25/2006 | PCA | Reviewed court docket, our granted order shortening time. Discussion w/Maggie re: notice and certificate of mailing. Phone call with Marina Shiah and Larry Carroll. | 0.75 275.00/hr | 206.25 |
| 5/31/2006 | PCA | Reviewed recently filed documents. | 0.25 275.00/hr | 68.75 |

For professional services rendered                                                    $11,443.75

Additional Charges :

| | |
|---|---|
| 5/12/2006 Photocopies | 2.00 |
| Fax Charges | 0.25 |
| Photocopies | 2.00 |
| Fax Charges | 0.25 |
| 5/25/2006 Photocopies | 1.75 |

$    6.25

$11,450.00

# Callister & Reynolds

823 Las Vegas Boulevard South
Las Vegas, NV 89101

Telephone (702) 385-3343
Facsimile (702) 385-2899

Invoice submitted to:

Marina Shaih
PDG
2701 North Tenaya Way
Suite 201
Las Vegas NV 89128
In Reference To:  PDG v- USA Capital

8/1/2006

Responsible Atty:
Matthew Q. Callister
Phil Alexander

Invoice #  17585

Hourly

Amount

Previous balance

Professional Services

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 5/17/2006 | PCA | Reviewed email and responded. Completed Emergency Motion. File notice of appearance. Phone call with Matthew Callister and Marina re: hearings tomorrow. Discussions with Matthew Callister | 1.50 275.00/hr | 412.50 |
| 6/1/2006 | MQC | Read and review the status and agenda for May Hearings | 1.00 400.00/hr | 400.00 |
| 6/5/2006 | MQC | Prepare and attend hearing | 3.50 400.00/hr | 1,400.00 |
| 6/6/2006 | PCA | Review of recently filed documents in bankruptcy case. | 0.25 275.00/hr | 68.75 |
|  | PCA | Review of recently filed documents in bankruptcy proceedings. | 0.25 275.00/hr | 68.75 |
| 6/7/2006 | PCA | Reviewed USA Capital's limited opposition to our motion. Conferred with Matthew Callister re: opposition. Phone call with Matthew Callister re: recent issues and investors contacting PDG. | 0.50 275.00/hr | 137.50 |
|  | MQC | Meeting with associate attorney Phil Alexander regarding status | 0.30 400.00/hr | 120.00 |
| 6/9/2006 | PCA | Reviewed recently filed documents filed in bankruptcy proceedings. Discussion with Matthew Callister re: hearing on 6/15/06. | 0.50 275.00/hr | 137.50 |
|  | MQC | Meeting with associate attorney Phil Alexander regarding hearing set for June 15, 2006 | 0.30 400.00/hr | 120.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/12/2006 PCA | Reviewed recently filed documents. Reviewed Committee of Official Unsecured Creditors Joinder in Limited Opposition. | | 0.25 275.00/hr | 68.75 |
| 6/14/2006 PCA | Review of case docket. Phone call with Marina re: hearing. Email to Jeanette McPherson and reviewed response. Phone call with Marina. Discussion with Matthew Callister re: hearing. Review of Hearing Agenda for June 5, 2006. Review of recently filed documents. | | 1.00 275.00/hr | 275.00 |
| | MQC | Meeting with associate attorney Phil Alexander regarding status of hearing | 0.30 400.00/hr | 120.00 |
| 6/15/2006 PCA | Met Matthew Callister at bankrupcty court for hearing | | 0.50 275.00/hr | NO CHARGE |
| | MQC | Prepare, atttend arnd argue at the motion regarding disbursement | 2.50 400.00/hr | 1,000.00 |
| 6/16/2006 PCA | Reviewed newly filed documents. Review of case docket to look for order re: disbursement. | | 0.25 275.00/hr | 68.75 |
| 6/19/2006 PCA | Phone call with Marina. Review of case docket online for order. Phone message to Marina | | 0.25 275.00/hr | NO CHARGE |
| 6/20/2006 PCA | Review of court docket for order. Discussion with Matthew Callister re: order. Email to opposing counsel re: order status; review of response, and reply to response. | | 0.50 275.00/hr | 137.50 |
| | PCA | Emails with Marina | 0.25 275.00/hr | NO CHARGE |
| | MQC | Meeting wlth associate attorney Phil Alexander regarding order | 0.30 400.00/hr | 120.00 |
| 6/21/2006 PCA | Reviewed email from opposing counsel. Reviewed proposed order. | | 0.25 275.00/hr | 68.75 |
| | PCA | Review of new emails and order from opposing counsel. Discussion with Matthew Callister. Email to opposing counsel. | 0.25 275.00/hr | 68.75 |
| | MQC | Meeting with associate attorney Phil Alexander regarding correspondene from opposing counsel | 0.30 400.00/hr | 120.00 |
| 6/28/2006 PCA | Review/respond to email from Marina. Review recently filed orders. Sent email to USA counsel/review response/responded. Email to Marina re status. | | 0.30 275.00/hr | 82.50 |
| 6/29/2006 PCA | Reviewed recently filed documents. Reviewed order on disbursements. Emailed order to Marina. Reviewed email from BK court. Review/respond to email from Steve Strong. Discussion with Matthew Callister re: order. Email to Marina. | | 0.75 275.00/hr | 206.25 |

For professional services rendered                                    $5,601.25

Additional Charges :

6/7/2006 Photocopies                                                       2.00

Total costs                                                            $2.00

Total amount of this bill

Balance due                                              ⋮           $17.53.25