Marc A. Levinson (California Bar No. 57613)
Regina Ragni (California Bar No. 214061)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:    malevinson@orrick.com; rragni@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHTD.
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com; aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC*

E-filed December 26, 2006

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                 Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                 Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                 Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                 Debtor. | **Hearing Date:** January 3, 2007<br>**Hearing Time:** 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>                                 Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

### DECLARATION OF ANNE M. LORADITCH, ESQ. IN SUPPORT OF THE OPPOSITION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED F UND, LLC TO DEBTORS' APPLICATION PURSUANT TO FED.R.BANKR.P. 2014(A) AUTHORIZING THE EMPLOYMENT AND RETENTION OF BEADLE, MCBRIDE, EVANS & REEVES, LLP AS "ORDINARY COURSE ACCOUNTANTS"

I, Anne M. Loraditch, hereby declare as follows:

1. I am over the age of 18, am mentally competent, have knowledge of the facts in this matter, except where noted as upon information and belief, and if called upon to do so, could and would testify.

2. I am an Associate with the law firm of Beckley Singleton, Chtd. ("Beckley"), Nevada counsel for the Official Committee of Equity Holders of USA Capital Diversified Trust Deed Fund, LLC (the "Diversified Committee") in the above-captioned bankruptcy cases (the "Cases").

3. On June 9, 2006, the Committee hired Beckley as its Nevada counsel to represent its interests in the Cases and, subsequent to entry of the Court's order approving such employment, Beckley has worked in conjunction with Orrick, Herrington & Sutcliffe LLP ("Orrick," together with Beckley and the Diversified Committee's financial advisor, FTI Consulting, Inc., the "Professionals"), to represent the Diversified Committee and, in turn, the collective interests of all of the equity holders of USA Capital Diversified Trust Deed Fund, LLC ("DTDF").

4. I make this declaration in support of the Diversified Committee's Opposition To Debtors' Application Pursuant To Fed.R.Bankr.P. 2014(a) Authorizing the Employment and Retention of Beadle, McBride, Evans & Reeves, LLP as "Ordinary Course Accountants" (the "Opposition").

///
///
///
///



{00355456;}    Page 2 of 4

5. The Professionals are informed and believe that Beadle, McBride, Evans & Reeves, LLP ("Beadle") prepared, and perhaps continues to prepare, tax filings for IP[1] and for the Insiders personally.

6. The Professionals have received and reviewed copies of the 2004 federal income tax return and corresponding schedule K-1s (dated September 2005) (the "Tax Return") that Beadle prepared for HMA Sales, LLC, a Nevada limited liability company managed by IP ("HMA"), which is in turn owned and/or controlled by the Insiders. Information about HMA reprinted from the Nevada Secretary of State website is attached hereto as **Exhibit 1**.[2]

7. The Professionals have also received and reviewed a memorandum *dated September 21, 2006* from Beadle to Joseph Milanowski (the "Beadle Memo") estimating the tax impact to HMA from the sale of the Royal Hotel property, the ownership and/or operation of which by HMA is believed to have been funded by DTDF.[3] See Tucker Declaration.

8. Counsel for the Diversified Committee has for months voiced concerns to counsel for DTDF over the engagement of Beadle as DTDF's ordinary course accountants.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 26th day of December 2006.


ANNE M. LORADITCH

---

[1] Unless otherwise defined, all capitalized terms shall have the meaning ascribed in the precedent papers and pleadings already on file with the Court in these cases.

[2] A copy of the Tax Return has not been attached hereto due to the sensitive nature of such information. The Diversified Committee is prepared to produce such document to chambers should the Court wish to review it or if Beadle contests the facts stated in this paragraph 6.

[3] A copy of the Beadle Memo has not been attached hereto for the same reason as explained in footnote 2. The Diversified Committee is prepared to produce such document to chambers should the Court wish to review it or if Beadle contests the facts stated in this paragraph 7.



# EXHIBIT 1

## CORPORATION DETAILS
## FOR
## HMA SALES, LLC

# HMA SALES, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 12/28/2000 |
| Type: | Domestic Limited-Liability Company | Corp Number: | LLC12649-2000 |
| Qualifying State: | NV | List of Officers Due: | 12/31/2006 |
| Managed By: | Managing Members | Expiration Date: | 12/28/2500 |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | JOSEPH D MILANOWSKI | Address 1: | 4484 S PECOS RD |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89121 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers                                                       ☐ Include Inactive Officers

**Manager - USA INVESTMENT PARTNERS LLC**

| | | | |
|---|---|---|---|
| Address 1: | 4484 S PECOS ROAD | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89121 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | LLC12649-2000-001 | # of Pages: | 2 |
| File Date: | 12/28/2000 | Effective Date: | |

(No Notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | LLC12649-2000-007 | # of Pages: | 1 |
| File Date: | 12/07/2001 | Effective Date: | |

(No Notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | LLC12649-2000-005 | # of Pages: | 1 |
| File Date: | 01/09/2003 | Effective Date: | |

(No Notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Resident Agent Change | | |
| Document Number: | LLC12649-2000-003 | # of Pages: | 1 |
| File Date: | 01/22/2003 | Effective Date: | |

THOMAS RONDEAU
4484 SOUTH PECOS ROAD LAS VEGAS NV 89121 APN

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | LLC12649-2000-006 | # of Pages: | 1 |
| File Date: | 02/24/2004 | Effective Date: | |

| | | | |
|---|---|---|---|
| (No Notes for this action) | | | |
| Action Type: | Resident Agent Change | | |
| Document Number: | LLC12649-2000-004 | # of Pages: | 1 |
| File Date: | 03/04/2004 | Effective Date: | |
| ALLEN ABOLAFIA | | | |
| 1050 FLAMINGO STE W 260 LAS VEGAS NV 89119 RAA | | | |
| Action Type: | Annual List | | |
| Document Number: | LLC12649-2000-002 | # of Pages: | 1 |
| File Date: | 01/04/2005 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050622393-42 | # of Pages: | 1 |
| File Date: | 12/16/2005 | Effective Date: | |
| (No Notes for this action) | | | |