E-FILED on December 26, 2006

**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar # 000827
**Callister & Reynolds**
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 382-5774
mqc@callister-reynolds.com

**Attorneys for Project Disbursement Group, Inc.**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | BK-06-10725-lbr<br><br>Chapter 11<br><br>Hearing Date: January 31, 2007<br>Hearing Time: 9:30 a.m.<br>Place:      Courtroom 1<br>             Foley Federal Building<br>             300 Las Vegas Blvd. South |

### DECLARATION OF MATTHEW Q. CALLISTER IN SUPPORT OF CALLISTER & REYNOLDS' APPLICATION FOR COMPENSATION FOR EXPENSES AND FOR SERVICES RENDERED

I, MATTHEW Q. CALLISTER, ESQ., hereby declare:

1. The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

2. I am a partner with the law firm of Callister & Reynolds, who represented Project Disbursement Group ("PDG"), and made a substantial contribution to the case by seeking a court order authorizing the release of funds from PDG to Debtor.

3. I make this declaration in support of Calllister & Reynolds' Application for Compensation for Expenses and for Services Rendered while representing PDG in obtaining a court order.

4. I have personally reviewed the information contained in the Application and the same is true and correct to the best of my knowledge.

5. The chronological list of Callister & Reynolds' fees and expenses incurred from May 3, 2006 to June 29, 2006 are attached to the Application as Exhibit "1," and are true and accurate copies of invoices that are maintained by Callister & Reynolds in the ordinary course of business.

6. I have personally reviewed and edited the bill in this case, and it represents true and correct charges to the best of my knowledge, information, and belief.

DATED this 15th day of December, 2006.

/s/ Matthew Callister
MATTHEW Q. CALLISTER, ESQ.
Nevada Bar # 000827
Callister & Reynolds
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Attorneys for PDG

-2-