1  Marc A. Levinson (California Bar No. 57613)
   Regina Ragni (California Bar No. 214061)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
3  Sacramento, CA 95814-4497
   Telephone: (916) 447-9200
4  Facsimile: (916) 329-4900
   Email:    malevinson@orrick.com; rragni@orrick.com
5
6  Bob L. Olson (Nevada Bar No. 3783)
   Anne M. Loraditch (Nevada Bar No. 8164)
7  BECKLEY SINGLETON, CHTD.
   530 Las Vegas Boulevard South
8  Las Vegas, NV 89101
   Telephone: (702) 385-3373
9  Facsimile: (702) 385-5024
   Email:    bolson@beckleylaw.com; aloraditch@beckleylaw.com
10
11 [Proposed] Attorneys for the Official Committee of Equity
   Security Holders of USA Capital Diversified Trust Deed Fund,
12 LLC

| | E-filed December 27, 2006 |

13                **UNITED STATES BANKRUPTCY COURT**

14                        **DISTRICT OF NEVADA**

15 | In re: | Case No. BK-S-06-10725 LBR |
16 | USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
   |                          Debtor. | Case No. BK-S-06-10727 LBR |
17 | In re: | Case No. BK-S-06-10728 LBR |
   | USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729 LBR |
18 |                          Debtor. | |
19 | In re: | Chapter 11 |
   | USA CAPITAL DIVERSIFIED TRUST DEED | |
20 | FUND, LLC, | Jointly Administered Under |
   |                          Debtor. | Case No. BK-S-06-10725-LBR |
21 | In re: | |
   | USA CAPITAL FIRST TRUST DEED FUND, LLC, | **CERTIFICATE OF SERVICE** |
22 |                          Debtor. | |
23 | In re: | |
   | USA SECURITIES, LLC, | |
   |                          Debtor. | |
24 | Affects: | |
   | ☒ All Debtors | |
25 | ☐ USA Commercial Mortgage Company | |
   | ☐ USA Securities, LLC | |
26 | ☐ USA Capital Realty Advisors, LLC | |
   | ☐ USA Capital Diversified Trust Deed Fund, LLC | |
27 | ☐ USA First Trust Deed Fund, LLC | |

28

BECKLEY
SINGLETON CHTD
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00356463;}                                        Page 1 of 2

I hereby certify that on the 26th day of December 2006, I caused to be served a true and correct copy of the (1) Opposition to Application Pursuant to Fed.R.Bankr.P. 2014(A) Authorizing the Employment and Retention of Beadle, McBride, Evans & Reeves, LLP as "Ordinary Course Accountants"; (2) Declaration of Chas Harvick; and (3) Declaration of Anne Loraditch, via:

☒    (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

☒    (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐    (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐    (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date above written.

☒    (VIA EMAIL) By electronic mail transmission to those persons listed on the attached email.

Dated this 27th day of December 2006.

Patricia Kois, an employee of
Beckley Singleton, Chtd.



{00356463;}

## File an answer to a motion:

<u>06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY</u>

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 12/26/2006 at 4:30 PM PST and filed on 12/26/2006

| | |
|---|---|
| **Case Name:** | USA COMMERCIAL MORTGAGE COMPANY |
| **Case Number:** | <u>06-10725-lbr</u> |
| **Document Number:** | <u>2272</u> |

**Docket Text:**
Opposition *to Debtors' Application Pursuant to Fed.R.Bankr.P. 2014(A) Authorizing the Employment and Retention of Beadle, McBride, Evans & Reeves, LLP as "Ordinary Course Accountants"* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s)[1974] Affidavit,,, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC, Jnt Admin Debtor USA SECURITIES, LLC.) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\pkois\Desktop\USA\Opposition to Retention of Beadle McBride.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/26/2006] [FileNumber=7618023-0 ] [e1113b90bd6e984a10080ee77f1076aea62dcc51803492e71fcf6404fef124afb84 0132e03a7c9913e45387931481449aff0921c5b87d3d6100ef2db5bae3058]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com,
tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

GEORGE DAVIS    george.davis@weil.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

JOHN HINDERAKER    JHindera@LRL.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jlustig@swlaw.com;jmath@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,
lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyc

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N. TIRRE    , lleverett@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON

,

## Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 12/26/2006 at 4:32 PM PST and filed on 12/26/2006

**Case Name:**       USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 2273

**Docket Text:**
Declaration *of Chas Harvick* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s)[2272] Opposition,, filed by Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\pkois\Desktop\USA\Dec of Harvick Beadle McBride.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/26/2006] [FileNumber=7618041-0
] [067b964d8fd2e94d2d242c1589512f25a874dba1db94f1446f21c577a4976f0f9cd
7894eb6dcd7b042049dbf2c59c038cb3b080651c9689e4bcc3a2a21a59b6f]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com,
tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

GEORGE DAVIS    george.davis@weil.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

JOHN HINDERAKER    JHindera@LRL.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jlustig@swlaw.com;jmath@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,
lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyo

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N. TIRRE    , lleverett@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com.

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON

,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR

## Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 12/26/2006 at 4:34 PM PST and filed on 12/26/2006

**Case Name:**       USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 2274

**Docket Text:**
Declaration *of Anne Loraditch* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s)[2272] Opposition,, filed by Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\pkois\Desktop\USA\Dec of Loraditch Beadle McBride.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/26/2006] [FileNumber=7618049-0
] [3034e0cc8eb0fefd6c972b7f903f296689cb3480475fe87bded5c64e51860d2101b
44d9b190f7b4e3880b370e38de87fa901f55d335b96dfdfa475e0eb298471]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS   mabrams@mabramslaw.com

FRANKLIN C. ADAMS   franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF   nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON   anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH   oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO   ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com,
tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

GEORGE DAVIS    george.davis@weil.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com,
ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON     bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY     vgourley@lvcm.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

JAMES D. GREENE     bknotice@schrecklaw.com

MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL     jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

XANNA R. HARDMAN     xanna.hardman@gmail.com

STEPHEN R HARRIS     noticesbh&p@renolaw.biz

JEFFREY L HARTMAN     notices@bankruptcyreno.com

BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

JOHN HINDERAKER     JHindera@LRL.com

RICHARD F. HOLLEY     rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD     rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS     ajarvis@rqn.com

TY E. KEHOE     TyKehoeLaw@aol.com

ROBERT R. KINAS     rkinas@swlaw.com,
jlustig@swlaw.com;jmath@swlaw.com;imccord@swlaw.com

ZACHARIAH LARSON     ecf@lslawnv.com

JOHN J. LAXAGUE     jlaxague@caneclark.com

GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,
lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

AMBRISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N. TIRRE    , lleverett@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON

,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR

## Pat Kois

**From:** Pat Kois
**Sent:** Tuesday, December 26, 2006 5:17 PM
**To:** Advanced Information Systems Michael Yoder (E-mail); Angelo Gordon & Co RFSP Jed Hart (E-mail); Annee Nounna (E-mail); Arthur and Glorianne Polacheck; Canepa Riedy RFSN Scott Canepa (E-mail); Charles and Flora Nichols (E-mail); Christine M. Pajak (E-mail); Chuck Heinrichs (E-mail); Dennis Flier Inc. Defined Benefit Trust (E-mail); Donald Walker; Douglas Monson; Eve Karasik; Fertitta Enterprises William Bullard (E-mail); Frank Merola, Stutman; Frank Weinman; Helms Homes LLC Terry Helms (E-mail); Homfeld Edward Homfeld II LLC (E-mail); Howard Connell; James and Pamela McCollum; Jerry T. McGimsey; John Goings; John Warner Jr. (E-mail); Joseph Congress; JTWROS Mary and Matthew Moro (E-mail); Kolesar & Leatham RFSP James Macrobbie (E-mail); Kravitz Schnitzer RFSP Jeffrey Sloane (E-mail); Marc Levinson; McGuire Woods LLP RFSP Richard Mason (E-mail); McGuire Woods RFSN Michael Schmahl (E-mail); McGuire Woods RFSN Patricia Smoots (E-mail); Michaelson Susi RFSN Jay Michaelson (E-mail); Michaelson Susi RFSN Peter Susi (E-mail); Nordman Cormany for Andrew Welcher RFSN William Winfield (E-mail); Rachel Ragini; RFSN Jeffrey Cogan for Robert Verchota R&N Real Estate (E-mail); RFSP Nicholas Santoro (E-mail); RFSP Stan Wolken (E-mail); Robert L. Hagmaier (E-mail); Robert Lepome; Robert Worthen (E-mail); Russell Ad Development Group Robert Russell (E-mail); Russell James Zuardo; Sean Najarian Esq. RFSP (E-mail); Steve Orr; Steven Strong, Ray Quinney; Susan; Susan Eckhardt, Nevada Mortgage Lending Div; Thomas Stilley, Sussman Shank LLP; Trust (E-mail); TTEE Katz 2000 Separate Property Trust Sara M. Katz (E-mail); Wendy Smith; Xanna R. Hardman
**Cc:** Anne Loraditch
**Subject:** In re USA Capital


Attached, as filed with the court today, are:


1.    Opposition to Debtors' Application Pursuant to Fed.R.Bankr.P. 2014(A) Authorizing the Employment and Retention of Beadle, McBride, Evans & Reeves,         LLP as "Ordinary Course Accountants"; and

2.    Declaration of Chas Harvick; and

3.    Declaration of Anne Loraditch



Opposition to
Retention of Bea...


Dec of Harvick
Beadle McBride....


Dec of Loraditch
Beadle McBrid...


Patricia Kois
Certified Paralegal
Beckley Singleton, Chtd.
530 Las Vegas Blvd. So.
Las Vegas, NV  89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024

USA COMM'L MORTGAGE
AND RELATED DEBTOR ENTITIES
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Intershow
For USA Capital Unsecured Creditors
The Githler Center
1258 North Palm Ave.
Sarasota, FL 34236

R. Hagmaier
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Wen Baldwin Separate Property Trust
365 Dooley Drive
Henderson, NV 89015

Fertitta Enterprises, Inc.
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Dept. of Employ. Training
Employ. Sec. Div., Cont. Section
500 East Third Street
Carson City, NV 89713-0030

NV Dept. of Taxation
Bankruptcy Division
555 E. Washington, #1300
Las Vegas, NV 89101

NV Dept. of Taxation
Revenue Division
Capitol Complex
Carson City, NV 89710-0003

United States Dept. of Justice
Tax Div. Western Region
P.O. Box 683-Ben Franklin Station
Washington, D.C. 20044

Office of the U.S. Trustee
300 Las Vegas Blvd. So.
Suite 4300
Las Vegas, NV 89101

James Hull
For USA Securities Unsecured Creditors
C/o Signature Financial
2601 Airport Drive, #370
Torrance, CA 90505

Tim Rich
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Robert E. Taylor
1535 Flynn Road
Camarillo, CA 93012

U.S. Securities and Exchange
Commission
Attn: Sandra W. Lavigna
5670 Wilshire Blvd., 11th Fl.
Los Angeles, Ca 90036-3648

DMV & Public Safety Records Section
555 Wright Way
Carson City, NV 89711-0250

Internal Revenue Service
Attn: Bankruptcy Dept., Stop 5028
110 City Parkway
Las Vegas, NV 89106

Office of Labor Commissioner
555 E. Washington Ave.
Suite 4100
Las Vegas, NV 89101

District Counsel
Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106

Kummer, Kaempfer, Bonner & Renshaw
For USA Capital Unsecured Creditors
3800 Howard Hughes Pkwy., 7th Fl.
Las Vegas, NV 89109

George Gorman
For USA Securities Unsecured Creditors
c/o Financial West Group
4510 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Frank Merola/Eve H. Karasik
Stutman, Treister & Glatt PC
1901 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067

John Warner, Jr., IRA
c/o First Savings Bank
2605 East Flamingo Rd.
Las Vegas, NV 89121

Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, D.C. 20005-4026

Employers Insurance Co. of NV
Attn: Bankruptcy Desk
9790 Gateway Drive
Reno, NV 89521-5906

Secretary of State
State of Nevada
202 N. Carson St.
Carson City, NV 89701

Daniel G. Bogden/Carlos A. Gonzalez
Office of the US Attorney
District of Nevada
333 Las Vegas Blvd. So., #5000
Las Vegas, NV 89101

Internal Revenue Service
Ogden, UT 84201

{00291612;}

FHA/HUD
District Office
300 S. Las Vegas Blvd. Suite 2900
Las Vegas, NV  89101-5833

Dept. of Veterans Affairs
Loan Service and Claims
3225 North Central
Phoenix, AZ  85012

Clark County Treasurer
c/o Bankruptcy Clerk
P.O. Box 551220
Las Vegas, NV  89155-1220

Clark County Assessor
c/o Bankruptcy Clerk
P.O. Box 551401
Las Vegas, NV  89155-1401

John Goings
P.O. Box 174
Masonville, CO  80541

Daniel D. White, Esq.
26 Corporate Plaza Dr., Suite 260
Newport Beach, CA  92660-7975

Robert Hardy
6510 Ansonia Court
Las Vegas, NV  89118-1874

{00291612;}

**REQUEST FOR SPECIAL NOTICE**

Don Tomlin
C/o David W. Mounier
15316 Sky High Road
Escondido, CA  92025

Maryetta Bowman
534 Enchanted Lakes Drive
Henderson, NV  89052

Edward W. Homfeld
Homfeld II, LLC
777 S. Federal Hghwy, Suite N-409
Pompano Beach, FL  33062

John Peter Lee Ltd.
John Peter Lee, Esq.
830 Las Vegas Blvd. So.
Las Vegas, NY  89101

RJ Rocco
12617 Cottageville Lane
Keller, TX  76248

Margie Gandolfo
1724 Arrow Wood Drive
Reno, NV  89521

Janny Catharina Brouwer
2533 Kinnard Avenue
Henderson, NV  89074

Law Offices of James G. Schwartz
Joshua D. Brysk, Esq.
7901 Stoneridge Dr., Suite 401
Pleasanton, CA  94588

Michael R. Shuler
C/o Jay R. Eaton
Eaton & O'Leary, PPLC
P.O. Box 18
Fairbury, Illinois 61739

Kermit Kruse
2710 Albany Avenue
Davis, CA  95616

Martin B. Weiss, Esq.
The Garrett Group, LLC
One Betterworld Circle, Suite 300
Temecula, CA  92590

Attila Jefzenszky
1720 Colavita Way
Reno, NV  89521

Gilbert B. Weisman
Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Paul & Donna Jacques
810 SE 7th Street, A103
Deerfield Beach, FL  33441

Peter Bolino
17412 Serene Drive
Morgan Hill, CA  95037

Jerrold T. Martin
8423 Paso Robles
Northridge, CA  91325

Bay Communities
C/o Chris el
4800 N. Federal Hghwy., Suite A205
Boca Raton, FL  33431

R.J. Rocco
12617 Cottageville Lane
Keller, Texas  76248

Thomas R. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089

Stephen R. Harris
Belding, Harris & Petroni, Ltd.
For Frank Snopko
417 West Plumb Land
Reno, NV  89509

BMC Group, Inc.
1330 East Franklin Ave.
El Segundo, CA  90245

Jerrold T. Martin
8423 Paso Robles
Northridge, CA  91325

Wade B. Gochnour/Aryn M. Fitzwater
Haney, Woloson & Mullins
For Liberty Bank
1117 S. Rancho Drive
Las Vegas, NV  89102

Jonathan L. Mills
Sugar, Friedberg & Felsenthal LLP
For Norman Kiven
30 N. LaSalle St., Suite 3000
Chicago, IL  60602

Russell S. Walker/ Reid W. Lamber
Elizabeth R. Loveridge
Woodbury & Kesler PC
265 E. 100 South, Suite 300
Salt Lake City, UG  84111

David W. Sexton
Pamela K. Sexton
21929 N. 79th Place
Scottsdale, AZ 85255

Charles B. Anderson Trust
Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Boulder City, NV 89005

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV 89434

Kehl Family
C/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA 52327

John Bauer IRA
40808 North Riverbend
Anthem, ZA  85086

Nancy L. Allf
Timothy P. Thomas
Parsons Behle & Latimer
Co-Counsel for Alexander et al
411 E. Bonneville Ave., #100
Las Vegas, NV  89101

Kehl Family
C/o Mr. Ken Bonnet
3184 Highway 22
P.O. Box 720
Riverside, IA  52327

Goldsmith & Guymon, P.C.
Attn:  Marjorie A. Guymon
2055 N. Village Center Circle
Las Vegas, NV  89134

Mojave Canyon Inc.
Attn: J.B. Partain, President
1400 Colorado St., #C
Boulder City, NV 89005

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN 38583-5168

Mr. Allen J. Mault
2422 Aquasanta
Tuston, CA 92782

Sierra Health Services
Attn: Frank Collins
2724 N. Tenaya Way
P.O. Box 15645
Las Vegas, NV 89114-5645

Steven R. Orr
Richards, Watson & Gershon
355 S. Grand Avenue, 40th Fl.
Los Angeles, CA  90071-3101

Broadwalk Investments L.P.
James R. Bonfiglio, G.P.
8635 West Sahara Ave., Unit 220
Las Vegas, NV  89117

Gary A. Sheerin, Esq.
177 West Proctor Street, #B
Carson City, NV  89703

Mr. Allen J. Mault
2422 Aquasanta
Tuston, CA  92782

Joseph Huggins
Huggins & Associates
1000 N. Green Valley Pkwy., Suite 440-2
Henderson, NV  89014

Fertitta Enterprises, Inc.
Attn: William J. Bullard, CFO
2960 W. Sahara Ave., Suite 200
Las Vegas, NV 89102

Bruce H. Corum, Trustee of the Credit
Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV 89448

A. William Ceglia
Ranee L. Ceglia
3720 Pocohena Court
Washoe Valley, NV 89

Larry L. Rieger, Trustee
Larry L. Rieger and Patsy Rieger
Revocable Trust
2615 Glen Eagles Drive
Reno, NV  89523

Nevada State Bank
Keriann M. Atencio
Greenberg Trarig, LLP
2375 East Camelback Road
Phoenix, AZ  85016

Andrew Dauscher
Ellen Dauscher
P.O. Box 10031
Zephyr Cove, NV  89448

A.  William Ceglia
B.  Ranee L. Ceglia
C.  3720 Pocohena Court
D.  Washoe Valley, NV  89704

{00291612;}

Charles B. Anderson Trust
Rita P. Anderson Trust
Baltes Company
211 Copper Ridge Court
Bouleder City, NV 89005

Robert A. Cowman
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV 89434

Mojave Canyon, Inc.
Attn: J.B. Partain, President
1400 Colorado Street, #C
Boulder City, NV 89005

Whitney B. Warnick
Albirght, Stoddard, Warnick & Albright
801 South Rancho Drive, Suite D-4
Las Vegas, NV 89106

Amy N. Tirre, Esq.
Kummer Kaempfer Bonner
Renshaw & Ferrario
5585 Kietzke Lane
Reno, NV 89511

Jeffrey L. Hartman, Esq.
Hartman & Hartman, P.C.
510 West Plumb Lane, Ste. B
Reno, Nevada 89509

Albert Daniel Andrade
C/o David R. Griffith, Esq.
Stewart, Humpherys,
Burchett & Molin, LLP
Post Office Box 720
Chico, CA 95927

Debt Acquisition Company
Of America
Howard Justus
1565 Hotel Circle So., #310
San Diego, CA 92108

Sierra Health Services
Attn:  Frank Collins
2724 North Tenaya Way
P.O. Box 15645
Las Vegas, NV 89114-5645

Dr. David R. Enrico
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN 38583-5168

R. Vaughn Gourley, Esq.
Stephens Gourley & Bywater, P.C.
3636 N. Rancho Dr.
Las Vegas, NV 89130

Steven R. Orr
Richards, Watson & Gershon 355 S.
Grand Avenue, 40th Fl.
Los Angeles, CA 90071-3101

James C. McCarroll, Esq.
Debra Turetsky, Esq.
Reed Smith LLP
5999 Lexington Ave.
New York, NY 10022u

Robert C. LePome, Esq.
330 S. Third St. #1100B
Las Vegas, NV 89101

Dean T. Kirby, Jr.
Kirby & McGuinn, A P.C.
600 B Street, Suite 1950
San Diego, CA 92101-4515

Bruce H. Corum, TTE of the
Credit Shelter Trust
Juanita N. Carter
4442 Valmonte Drive
Sacramento, CA 95864

David W. Sexton
Pamela K. Sexton
21929 North 79th Place
Scottsdale, AZ 85255

Andrew M. Brumby, Esq.
Shutts & Bowen, LLP
300 South Orange Ave., Ste. 1000
P.O. Box 4956
Orlando, FL 32802-4956

James D. Greene, Esq.
Schreck Brignone
300 South Fourth St., #1200
Las Vegas, NV 89101

Lewis and Roca, LLP
Attn:   Robert Charles, Esq.
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169

Wendy W. Smith
Binder & Malter
2775 Park Avenue
Santa Clara, CA 95050

Michelle L. Abrams
Michelle L. Abrams, Ltd.
7201 W. Lake Mead Blvd.
Suite 210
Las Vegas, NV 89128

{00291612;}