Daniel D. White, Esq.  
California Bar No. 119030  
23 Corporate Plaza Drive, Suite 160  
Newport Beach, CA 92660  
Telephone:      (949) 729-9119  
Facsimile:       (949) 729-9174  
E-mail:            dan@ddwlaw.com  

**E-filed on December 27, 2006**

Stephens, Gourley & Bywater  
R. Vaughn Gourley, Esq.  
David A. Stephens, Esq.  
3636 North Rancho Drive  
Las Vegas, Nevada 89130  
Telephone:      702-656-2355  
Facsimile:       702-656-2776  
E-mail:            vgourley@1vcm.com  

UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF NEVADA  

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor.<br>_____/<br>In re:<br>USA SECURITIES, LLC,<br>    Debtor.<br>_____/<br>Affects:<br>    ☐ All Debtors<br>    ☒ USA Commercial Mortgage Co.<br>    ☐ USA Securities, LLC<br>    ☐ USA Capital Realty Advisors, LLC<br>    ☐ USA Capital Diversified Trust Deed<br>    ☐ USA First Trust Deed Fund, LLC | CASE NOS: BK-5-06-10726 LBR<br>CASE NOS: BK-5-06-10727 LBR<br>CASE NOS. BK-5-06-10728 LBR<br>CASE NOS. BK-5-06-10729 LBR<br>CHAPTER 11<br>JOINTLY ADMINISTERED UNDER<br>CASE NO. BK-5-06-10725-LBR<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

1

CERTIFICATE OF SERVICE

USA COMMERCIAL MORTGAGE COMPANY

Plaintiff,

vs.

GATEWAY STONE ASSOCIATES, LLC, a Delaware limited liability company,

Defendant.

## CERTIFICATE OF SERVICE

1. On December 27, 2006, I served the following document(s) (*specify*): **OPPOSITION TO USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO PROOF OF CLAIM NO. 155 FILED BY GATEWAY STONE ASSOCIATES, LLC**

2. I served the above-named document(s) by the following means to the persons as listed below:

    a. **ECF System** (you must attach the "Notice of Electronic Filing" or list all persons and addresses and attach additional paper if necessary.)

        i. **Notice of Electronic Filing to:**

            Lenard E. Schwartzer, bkfilings@s-mlaw.com

    b. **United States mail, postage fully prepaid to** (list all persons and addresses):

        Lenard E. Schwartzer
        Jeanette E. McPherson
        SCHWARTZER & MCPHERSON LAW FIRM
        2850 South Jones Boulevard, Suite 1
        Las Vegas, Nevada 89146-5308

3. **I declare under penalty of perjury that the foregoing is true and correct.**

Signed on December 27, 2006

/s/ cherylscates

DECLARANT