| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649<br>Steven C. Strong, Utah Bar No. 6340<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>Telephone: (801) 532-1500<br>Facsimile: (801) 532-7543<br>Email: ajarvis@rqn.com | E-FILED on December 26, 2006 |

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **AMENDED NOTICE OF HEARING ON USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S OBJECTION TO CLAIM NOS. 79, 80, AND 81 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: January 31, 2007<br>Time: 9:30 a.m. |

1  NOTICE IS HEREBY GIVEN that USA Capital Diversified Trust Deed Fund, LLC
2  ("DTDF"), by and through its counsel, has filed an Objection To Claim Nos. 79, 80, and 81 Filed
3  By The Pension Benefit Guaranty Corporation (the "Objection"). DTDF requests that the Court
4  disallow in their entirety Claim No. 79, Claim No. 80, and Claim No. 81, all filed by the PBGC,
5  because these Claims are not enforceable against DTDF under applicable law

opposition must be filed pursuant to Local Rule 3007(b).
5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If a written response is not timely filed and served, the court may grant the objection without calling the matter and without receiving arguments or evidence. If a response is timely filed and served, the court may treat the initial hearing as a status and scheduling hearing.

20  A copy of the Objection may be obtained by accessing BMC Group, Inc.'s website at
21  www.bmcgroup.com/usacmc, by accessing PACER through the United States Bankruptcy Court
22  website for Nevada at www.nvb.uscourts.gov, by contacting BMC Group at telephone: (888) 909-
23  0100, or by contacting the office of the Debtor's counsel, Schwartzer & McPherson Law Firm,
24  telephone: (702) 228-7590 or fax: (702) 892-0122
25  NOTICE IS FURTHER GIVEN that the hearing on the Objection may be continued
26  without further notice.
27  NOTICE IS FURTHER GIVEN that the hearing on the Objection will be held before a
28  United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South,

3rd Floor, Las Vegas, Nevada on **January 31, 2007 at 9:30 a.m.**

Respectfully submitted this 26th day of December, 2006.

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385