# EXHIBIT "1"

## Wrong Debtor Claims

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 43 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | September 25, 2006 | $17,260.84 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Brookemere LLC and Lord & Essex Mattseon, LLC. | Disallow in its entirety. |
| 44 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | September 25, 2006 | $75,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, and Fox Hills 37, LLC. | Disallow in its entirety. |
| 45 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | September 25, 2006 | $55,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Elizabeth May Real Estate, LLC. | Disallow in its entirety. |

1

406006v1

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 46 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | September 25, 2006 | $55,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Glendale Tower Partners, L.P. | Disallow in its entirety. |
| 49 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | September 25, 2006 | $50,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Castaic Partners, LLC. | Disallow in its entirety. |
| 50 | Lawrence J. Aronson & Henrietta Aronson | September 25, 2006 | $100,000.00 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to HFA Clear Lake, LLC. | Disallow in its entirety. |
| 51 | Mollie Shoichet & Henrietta Aronson | September 25, 2006 | $100,000.00 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to HFA Clear Lake, LLC. | Disallow in its entirety. |

406006v1

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 52 | Buckwald Revocable Trust Dated 2/11/92 | September 27, 2006 | $50,807.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to One Point Street, Inc. | Disallow in its entirety. |
| 54 | Phillip Darin Goforth & Francesca M. Goforth | September 22, 2006 | $50,000.00 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to BarUSA. | Disallow in its entirety. |
| 57 | Melinda Estevez & Richard David Estevez Acct. # 2 | October 1, 2006 | $331.52 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by Claimants to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |

406006v1

| **FDTF Claim No.** | **Claimant** | **Date Signed** | **Claim Amount** | **Comments** | **Proposed Disposition** |
|---|---|---|---|---|---|
| 58 | Melinda Estevez & Richard David Estevez Acct. # 1 | September 28, 2006 | $51,095.00 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on an loan that was made by Claimants to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |
| 59 | Melinda Estevez & Richard David Estevez Acct. # 3 | October 1, 2006 | $68,000.0 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on an loan that was made by Claimants to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |
| 60 | The Evo E. Zepponi and Billie D. Zepponi Family Trust Under Agreement Dated 2/9/1983 | October 2, 2006 | $3,961.66 | Claimant is a not FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on amounts due from borrowers on account of various loans that were made by Claimant and that are serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |

406006v1

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 61 | Iona Pete Bakas Halliday | October 2, 2006 | $50,000 plus accrued interest | Claimant is not a FTDF Member nor is he otherwise connected to the FTDF. Proof of claim appears to be based on an loan that was made by Claimant to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |
| 62 | Lauren J. Gilbert & Erin M. Gilbert | September 24, 2006 | $50,000.00 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on an loan that was made by Claimants to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |
| 63 | Lauren J. Gilbert | September 24, 2006 | $25,000.00 | Claimant is not an FTDF Member nor is she otherwise connected to the FTDF. Proof of claim appears to be based on an loan that was made by Claimant to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |

5

406006v1

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 67 | Michael W. Carlton & Helen I Carlton | October 6, 2006 | No amount stated. | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimants to Brookemere LLC and Lord & Essex Mattseon, LLC. | Disallow in its entirety. |
| 74 | Sondra Skipworth Revocable Trust Dated 11/28/01 | October 10, 2006 | $100,000 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to La Hacienda Estate, LLC. | Disallow in its entirety. |
| 75 | Donnolo Family Trust DTD 8/24/88; Joseph & Loretta Donnolo Trustees | October 16, 2006 | $258,705.71 | While Claimant is a FTDF Member, at least $9,951.71 of Claimant's claim appears to be on account of various loans that were made by the Claimant and that were serviced by USA Commercial Mortgage Company. | Disallow claim to the extent it exceeds $248,754.00. |

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 76 | Richard L. Younge IRA | October 16, 2006 | $150,000.00 plus interest | Claimant is not an FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on an loan that was made by Claimant to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |
| 78 | Edwin C. Hansen & Rachel M. Hansen | October 14, 2006 | $130,000 plus interest | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to HFA Clear Lake, LLC. | Disallow in its entirety. |
| 79 | Center State Beverage, Inc. | October 13, 2006 | $86,608.00 | Claimant is not an FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on an loan that was made by Claimant to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |

406006v1

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 81 | Layne Family Trust, Bruce & Sherry Layne | November 7, 2006 | $240,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Fiesta Development. | Disallow in its entirety. |
| 86 | Karen Petersen Tyndall Trust Dated 3/9/94 | November 9, 2006 | $1,115,915.59 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on investments that were made by the Claimant in Gramercy Court Condos, HFA – North Yonkers, I-40 Gateway West, Marlton Square, Bundy Canyon $5,000,000; and Slade Development. | Disallow in its entirety. |
| 87 | KPT Irrevocable Trust Dated 7/16/99 | November 9, 2006 | $202,866.38 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on investments that were made by the Claimant in Gramercy Court Condos and I-40 Gateway West. | Disallow in its entirety. |

8

406006v1

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 88 | KPT Irrevocable Trust Dated 7/16/99 | November 9, 2006 | $202,866.38 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on investments that were made by the Claimant in Gramercy Court Condos and I-40 Gateway West. This claim is also duplicative of claim no. 87. | Disallow in its entirety. |
| 92 | Robert Carollo and Beverley Carollo | November 13, 2006 | $196,094.65 plus interest | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on investments that were made by the Claimants in DTDF and in Land Capital Investors LLC among other investments. | Disallow in its entirety. |
| 93 | Arnold Rosenthal | September 30, 2006 | $500.00 | Claimant is not a FTDF Member nor is he otherwise connected to the FTDF. Proof of claim appears to be based on investments that were made by the Claimant in the Palm Harbor loan. | Disallow in its entirety. |

9

406006v1

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 95 | Victoria Smith | October 2, 2006 | $38,000.00 | Claimant is not an FTDF Member nor is she otherwise connected to the FTDF. Proof of claim appears to be based on an loan that was made by Claimant to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |
| 101 | L Kanani Cohune | November 5, 2006 | $51,617.88 | Claimant is not a FTDF Member nor is she otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to West Hills Park Joint Venture and to another unspecified borrower. | Disallow in its entirety. |
| 113 | Michael Baginski | November 7, 2006 | $288,283.00 | Claimant is not a FTDF Member nor is he otherwise connected to the FTDF. Proof of claim appears to be based on an investment that was made by the Claimant in DTDF. | Disallow in its entirety. |

10

406006v1

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 116 | Karen Petersen Tyndall Trust Dated 3/9/94 | November 9, 2006 | $1,115,915.59 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on investments that were made by the Claimant in Gramercy Court Condos, HFA – North Yonkers, I-40 Gateway West, Marlton Square, Bundy Canyon $5,000,000; and Slade Development. This claim is also duplicative of claim no. 86. | Disallow in its entirety. |
| 117 | KPT Irrevocable Trust Dated 7/16/99 | November 9, 2006 | $202,866.38 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on investments that were made by the Claimant in Gramercy Court Condos and I-40 Gateway West. This claim is also duplicative of claim no. 87. | Disallow in its entirety. |

11

12

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 121 | James J. Lee, Esq. | November 9, 2006 | $200,000.00 | Claimant is not a FTDF Member nor is he otherwise connected to the FTDF.  Proof of claim appears to be based on litigation entitled USA Commercial Mortgage v. James J. Lee, Esq., Case No. A459840, Law Offices of James J. Lee v. Kreg Rowe, et al., Case No. A473664, and U.S.A. Commercial Mortgage Company v. James J. Lee, Esq., Case No. A488769. The FTDF is not a party to any of these cases. | Disallow in its entirety. |

406006v1

| **FDTF Claim No.** | **Claimant** | **Date Signed** | **Claim Amount** | **Comments** | **Proposed Disposition** |
|---|---|---|---|---|---|
| 122 | Law Offices of James J. Lee | November 9, 2006 | $200,000.00 | Claimant is not a FTDF Member nor is he otherwise connected to the FTDF. Proof of claim appears to be based on litigation entitled USA Commercial Mortgage v. James J. Lee, Esq., Case No. A459840, Law Offices of James J. Lee v. Kreg Rowe, et al., Case No. A473664, and U.S.A. Commercial Mortgage Company v. James J. Lee, Esq., Case No. A488769. The FTDF is not a party to any of these cases. This claim is also duplicative of claim no. 121. | Disallow in its entirety. |
| 126 | William Chad Berry | November 2, 2006 | $200,000.00 | Claimant is not a FTDF Member nor is she otherwise connected to the FTDF. Proof of claim appears to be based on loans that were made by the Claimant to Meadow Creek Partners, LLC, Placer County Land Speculators, LLC, and Del Valle Capital Corporation, Inc. | Disallow in its entirety. |

13

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 130 | RDJ Investments | November 13, 2006 | $200,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Del Valle Capital Corporation, Inc.. | Disallow in its entirety. |
| 131 | Richard N. Anderson TTE, Richard N. Anderson Separate Property | November 13, 2006 | $200,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Del Valle Capital Corporation, Inc. | Disallow in its entirety. |
| 132 | Craig Zager SEP IRA | November 10, 2006 | $65,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant through USA Commercial Mortgage Company to an unspecified borrower. | Disallow in its entirety. |

406006v1

| FDTF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 138 | James W. Shaw IRA | December 12, 2006 | $84,662.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant with respect to the Bethany Sunset project. | Disallow in its entirety. |
| 139 | Curtis R. & Terri L. Colagross | December 4, 2006 | $106,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to 6425 Gess Ltd. | Disallow in its entirety. |

406006v1