ELECTRONICALLY FILED
December 27, 2006

STUTMAN, TREISTER & GLATT, P.C.  
FRANK A. MEROLA  
(CA State Bar No. 136934)  
EVE H. KARASIK  
(CA State Bar No. 155356)  
ANDREW M. PARLEN  
(CA State Bar No. 230429), Members of  
1901 Avenue of the Stars, 12th Floor  
Los Angeles, California 90067  
Telephone: (310) 228-5600  
Facsimile: (310) 228-5788  
Email:    fmerola@stutman.com  
        ekarasik@stutman.com  
        aparlen@stutman.com

SHEA & CARLYON, LTD.  
JAMES PATRICK SHEA  
(Nevada State Bar No. 000405)  
CANDACE C. CARLYON  
(Nevada State Bar No. 002666)  
SHLOMO S. SHERMAN  
(Nevada State Bar No. 009688)  
228 South Fourth Street, First Floor  
Las Vegas, Nevada 89101  
Telephone: (702) 471-7432  
Facsimile: (702) 471-7435  
Email:    jshea@sheacarlyon.com  
        ccarlyon@sheacarlyon.com  
        ssherman@sheacarlyon.com

Counsel for the Official Committee Of  
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>        Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |

Affects

☐ All Debtors  
☐ USA Commercial Mortgage Co.  
☐ USA Securities, LLC  
☐ USA Capital Realty Advisors, LLC  
☐ USA Capital Diversified Trust Deed  
☒ USA First Trust Deed Fund, LLC

**Hearing**

Date:  January 31, 2007  
Time:  9:30 a.m.  
Place:  Courtroom #1

**NOTICE OF SECOND OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MISFILED CLAIMS FILED BY DANIEL O CARLTON & TAKEKO CARLTON REVOCABLE TRUST DATED 4/30/97, LAWRENCE J. ARONSON & HENRIETTA ARONSON, MILLIE SHOICHET & HENRIETTA ARONSON, BUCKWALD REVOCABLE TRUST DATED 2/11/92, PHILLIP DARIN GOFORTH & FRANCESCA M. GOFORTH, MELINDA ESTEVEZ & RICHARD DAVID ESTEVEZ ACCT. #2, MELINDA ESTEVEZ & RICHARD DAVID ESTEVEZ ACCT. #1; MELINDA ESTEVEZ & RICHARD DAVID ESTEVEZ ACCT. #3, AND THE EVO. E. ZEPPONI AND BILLIE D. ZEPPONI FAMILY TRUST UNDER AGREEMENT DATED 2/9/1983 (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

TO:    **DANIEL O CARLTON & TAKEKO CARLTON, TRUSTEES (on account of claims filed by DANIEL O CARLTON & TAKEKO CARLTON REVOCABLE TRUST DATED 4/30/97)**
**LAWRENCE J. ARONSON & HENRIETTA ARONSON**
**MILLIE SHOICHET & HENRIETTA ARONSON**
**NEIL BUCKWALD, TRUSTEE (on account of theclaim filed by BUCKWALD REVOCABLE TRUST DATED 2/11/92)**
**PHILLIP DARIN GOFORTH & FRANCESCA M. GOFORTH**
**MELINDA ESTEVEZ & RICHARD DAVID ESTEVEZ (on account of claims filed by MELINDA ESTEVEZ & RICHARD DAVID ESTEVEZ ACCT. #'s 1, 2, AND 3)**
**EVO E. AND BILLIE D. ZEPPONI (on account of the claim filed by THE EVO. E. ZEPPONI AND BILLIE D. ZEPPONI FAMILY TRUST UNDER GREEMENT DATED 2/9/1983)**
**USA CAPITAL FIRST TRUST DEED FUND, LLC**
**U.S. TRUSTEE**
**ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on December 27, 2006, the **"Second Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC To Misfiled Claims"** (the "Objection") was filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee").  Pursuant to the Objection, the FTDF Committee seeks the disallowance of certain proofs of claim (the "Wrong Debtor Claims") on the grounds that such claims have been erroneously filed against the USA Capital First Trust Deed Fund, LLC ( the "FTDF") and that the FTDF has no liability on account of such claims. By the Objection, the FTDF Committee does not seek to prejudice the rights of any of the claimants who filed Wrong Debtor Claims (the "Claimants") to recover from other Debtors in the Chapter 11 cases on account the liabilities asserted in the Wrong Debtor Claims, nor does the FTDF Committee seek to prejudice the right of Claimants to file proofs of claim that are based on outstanding debts that the FTDF may owe to them.  The Wrong Debtor Claims and the requested treatment of such claims by the FTDF Committee are as follows:

406469v1                                    2

| FTDF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 43 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | September 25, 2006 | $17,260.84 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Brookemere LLC and Lord & Essex Mattseon, LLC. | Disallow in its entirety. |
| 44 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | September 25, 2006 | $75,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Fox Hills 185, LLC, Fox Hills River East, LLC, Fox Hills 119, LLC, and Fox Hills 37, LLC. | Disallow in its entirety. |
| 45 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | September 25, 2006 | $55,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Elizabeth May Real Estate, LLC. | Disallow in its entirety. |
| 46 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | September 25, 2006 | $55,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Glendale Tower Partners, L.P. | Disallow in its entirety. |

| FTDF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 49 | Daniel O. Carlton & Takeko Carlton Revocable Trust Dated 4/30/97 | September 25, 2006 | $50,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to Castaic Partners, LLC. | Disallow in its entirety. |
| 50 | Lawrence J. Aronson & Henrietta Aronson | September 25, 2006 | $100,000.00 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to HFA Clear Lake, LLC. | Disallow in its entirety. |
| 51 | Mollie Shoichet & Henrietta Aronson | September 25, 2006 | $100,000.00 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to HFA Clear Lake, LLC. | Disallow in its entirety. |
| 52 | Buckwald Revocable Trust Dated 2/11/92 | September 27, 2006 | $50,807.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to One Point Street, Inc. | Disallow in its entirety. |

406469v1                                          4

| FTDF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 54 | Phillip Darin Goforth & Francesca M. Goforth | September 22, 2006 | $50,000.00 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF.  Proof of claim appears to be based on a loan that was made by the Claimant to BarUSA. | Disallow in its entirety. |
| 57 | Melinda Estevez & Richard David Estevez Acct. # 2 | October 1, 2006 | $331.52 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF.  Proof of claim appears to be based on a loan that was made by Claimants to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |
| 58 | Melinda Estevez & Richard David Estevez Acct. # 1 | September 28, 2006 | $51,095.00 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF.  Proof of claim appears to be based on an loan that was made by Claimants to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |

| FTDF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 59 | Melinda Estevez & Richard David Estevez Acct. # 3 | October 1, 2006 | $68,000.0 | Claimants are not FTDF Members nor are they otherwise connected to the FTDF. Proof of claim appears to be based on an loan that was made by Claimants to an unspecified borrower and that is serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |
| 60 | The Evo E. Zepponi and Billie D. Zepponi Family Trust Under Agreement Dated 2/9/1983 | October 2, 2006 | $3,961.66 | Claimant is a not FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on amounts due from borrowers on account of various loans that were made by Claimant and that are serviced by USA Commercial Mortgage Company. | Disallow in its entirety. |

      **PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on January 31, 2007, at the hour of 9:30 a.m.

      **PLEASE TAKE FURTHER NOTICE** that any response to the Objection must be filed by **January 26, 2007** pursuant to Local Rule 3007(b), which states:

      If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

1            If you object to the relief requested, you *must* file a **WRITTEN** response to this

2    pleading with the court.  You *must* also serve your written response on the person who sent you

3    this notice.

4            If you do not file a written response with the court, or if you do not serve your

5    written response on the person who sent you this notice, then:

6           !    The court may *refuse to allow you to speak* at the scheduled hearing; and

7           !    The court may *rule against you* without formally calling the matter at the

8    hearing.

9

10    DATED: December 27, 2006           /s/ *Andrew M. Parlen*

11                               Andrew M. Parlen, Esq.

12                               Stutman, Treister & Glatt
                           Professional Corporation

13                               Counsel to the Official Committee of Equity
                           Security Holders of USA Capital First Trust

14                               Deed Fund, LLC