Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

E-FILED ON DECEMBER 27, 2006

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                        Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | **CERTIFICATE OF SERVICE OF RESPONSE TO MOTION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION OF DESERT CAPITAL REIT, INC. FOR ORDER DETERMINING STATUS AS A QUALIFIED BIDDER UNDER BID PROCEDURES (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: OST REQUESTED BY MOVANT<br>Time: OST REQUESTED BY MOVANT |

1. On Decmeber 06, 2006 I served the following document(s):
   a. RESPONSE TO MOTION FOR ORDER SHORTENING TIME FOR HEARING ON

EMERGENCY MOTION OF DESERT CAPITAL REIT, INC. FOR ORDER DETERMING STATUS AS

A QUALIFIED BIDDER UNDER BID PROCEDURES (AFFECTS ALL DEBTORS)

1

COS Response to Motion for OST Re Desert Capital REIT

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com; tthomas@parsonsbehle.com; ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.co m
THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN !    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
< span class="personName">WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com; gbagley@lionelsawyer.com ldavisesq@aol.com

2

COS Response to Motion for OST Re Desert Capital REIT

| | |
|---|---|
| 1 | |
| 2 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com |
| 3 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 4 | SCOTT D. FLEMING    sfleming@halelane.com , dbergsing@halelane.com, ecfvegas@halelane.com |
| 5 | |
| 6 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 7 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 8 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,    Darlene.Ruckard@usdoj.gov; Eunice.Jones@usdoj.gov; Sue.Knight@usdoj.gov |
| 9 | |
| 10 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 11 | R. VAUGHN GOURLEY    vgourley@lvcm.com |
| 12 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 13 | JAMES D. GREENE    bknotice@schrecklaw.com |
| 14 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 15 | |
| 16 | JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com |
| 17 | XANNA R. HARDMAN    xanna.hardman@gmail.com |
| 18 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 19 | |
| 20 | JEFFREY L HARTMAN    notices@bankruptcyreno.com |
| 21 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com |
| 22 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 23 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 24 | EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com |
| 25 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 26 | ROBERT R. KINAS    rkinas@swlaw.com, mstrand@swlaw.com; jlustig@swlaw.com; chaines@swlaw.com; imccord@swlaw.com |
| 27 | |
| 28 | ZACHARIAH LARSON    ecf@lslawnv.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

COS Response to Motion for OST Re Desert Capital REIT

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  JOHN J. LAXAGUE    jlaxague@caneclark.com

2  GEORGE C LAZAR    glazar@foxjohns.com,  gclazar@sbcglobal.net

3  NILE LEATHAM    nleatham@klnevada.com,  ckishi@klnevada.com;
4  bankruptcy@klnevada.com

5  ROBERT C. LEPOME    rlepome@cox.net,  smstanton@cox.net

6  ANNE M. LORADITCH    ecffilings@beckleylaw.com,  aloraditch@beckleylaw.com
7  pkois@beckleylaw.com

8  PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com,  lvlaw03@yahoo.com;
9  mark@leelaw.lvcoxmail.com

10  JAMES C. MCCARROLL    , dturetsky@reedsmith.com; aleonard@reedsmith.com

11  REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

12  WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

13  RICHARD MCKNIGHT    mcknightlaw@cox.net,  gkopang@lawlasvegas.com;
14  cburke@lawlasvegas.com

15
16  SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,  smiller@sheacarlyon.com;
    aboehmer@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com

17  DAVID MINCIN    mcknightlaw@cox.net,  gkopang@lawlasvegas.com;
18  dmincin@lawlasvegas.com,  cburke@lawlasvegas.com

19  JOHN F MURTHA    jmurtha@woodburnandwedge.com

20  ERVEN T. NELSON    erv@rlbolick.com,  susan@rlbolick.com

21  VICTORIA L NELSON    bkecf@nevadafirm.com,  vnelson@nevadafirm.com;
22  paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com

23  BOB L. OLSON    ecffilings@beckleylaw.com,  bolson@beckleylaw.com;
24  dgriffis@beckleylaw.com

25  DONNA M. OSBORN    ebaker@marquisaurbach.com,  dosborn@marquisaurbach.com;
    tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
26  ANDREW M. PARLEN    aparlen@stutman.com

27  DONALD T. POLEDNAK    sandplegal@yahoo.com,  spbankruptcy@yahoo.com

28  PAUL C RAY    info@johnpeterlee.com

4

COS Response to Motion for OST Re Desert Capital REIT

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rsmith@sheacarlyon.com

AMBR ISH S. SIDHU    ecf@lslawnv.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com; lboynton@wklawpc.com; ckirk@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com, bc@oreillylawgroup.com, lc@oreillylawgroup.com, ddh@oreillylawgroup.com mr@oreillylawgroup.com

JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com; mbarnes@nevadafirm.com, paltstatt@nevadafirm.com

COS Response to Motion for OST Re Desert Capital REIT

1  ☐   b.   **By United States mail, postage fully prepaid**

3  ☐   c.   **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

10  ☐   d.   **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

15  ☐   e.   **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

19  ☐   f.   **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:   December 27, 2006

Christi Vanderlip                                    /s/    *Christi Vanderlip*
(Name of Declarant)                                  (Signature of Declarant)

COS Response to Motion for OST Re Desert Capital REIT