ELECTRONICALLY FILED
December 27, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:    fmerola@stutman.com
          ekarasik@stutman.com
          aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:    jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Hearing**<br>Date:  January 31, 2007<br>Time:  9:30 a.m.<br>Place:  Courtroom #1 |

**NOTICE OF SECOND OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO MISFILED CLAIMS FILED BY MICHAEL BAGINSKI, JAMES J. LEE, ESQ., LAW OFFICES OF JAMES J. LEE, WILLIAM CHAD BERRY, RDJ INVESTMENTS, RICHARD N. ANDERSON TTE, RICHARD N. ANDERSON SEPARATE PROPERTY, CRAIG ZEGER SEP IRA, JAMES W. SHAW IRA, AND CURTIS R. & TERRI L. COLAGROSS (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

406475v1

1  TO:   MICHAEL BAGINSKI
2        JAMES J. LEE, ESQ. (on account of claims filed by JAMES J. LEE, ESQ. and LAW
               OFFICES OF JAMES J. LEE)
3        WILLIAM CHAD BERRY
         RICHARD N. ANDERSON (on account of claims filed by RDJ INVESTMENTS and
4              RICHARD N. ANDERSON TTE, RICHARD N. ANDERSON SEPARATE
               PROPERTY)
5        CRAIG ZAGER (on account of the claim filed by CRAIG ZAGER SEP IRA)
         JAMES W. SHAW (on account of the claim filed by JAMES W. SHAW IRA)
6        CURTIS R. & TERRI L. COLAGROSS
7        USA CAPITAL FIRST TRUST DEED FUND, LLC
         U.S. TRUSTEE
8        ALL PARTIES IN INTEREST

         PLEASE TAKE NOTICE that on December 27, 2006, the **"Second Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC To Misfiled Claims"** (the "Objection") was filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee").  Pursuant to the Objection, the FTDF Committee seeks the disallowance of certain proofs of claim (the "Wrong Debtor Claims") on the grounds that such claims have been erroneously filed against the USA Capital First Trust Deed Fund, LLC ( the "FTDF") and that the FTDF has no liability on account of such claims. By the Objection, the FTDF Committee does not seek to prejudice the rights of any of the claimants who filed Wrong Debtor Claims (the "Claimants") to recover from other Debtors in the Chapter 11 cases on account the liabilities asserted in the Wrong Debtor Claims, nor does the FTDF Committee seek to prejudice the right of Claimants to file proofs of claim that are based on outstanding debts that the FTDF may owe to them.  The Wrong Debtor Claims and the requested treatment of such claims by the FTDF Committee are as follows:

406475v1                                    2

| FTDF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 121 | James J. Lee, Esq. | November 9, 2006 | $200,000.00 | Claimant is not a FTDF Member nor is he otherwise connected to the FTDF.  Proof of claim appears to be based on litigation entitled USA Commercial Mortgage v. James J. Lee, Esq., Case No. A459840, Law Offices of James J. Lee v. Kreg Rowe, et al., Case No. A473664, and U.S.A. Commercial Mortgage Company v. James J. Lee, Esq., Case No. A488769.  The FTDF is not a party to any of these cases. | Disallow in its entirety. |
| 122 | Law Offices of James J. Lee | November 9, 2006 | $200,000.00 | Claimant is not a FTDF Member nor is he otherwise connected to the FTDF.  Proof of claim appears to be based on litigation entitled USA Commercial Mortgage v. James J. Lee, Esq., Case No. A459840, Law Offices of James J. Lee v. Kreg Rowe, et al., Case No. A473664, and U.S.A. Commercial Mortgage Company v. James J. Lee, Esq., Case No. A488769.  The FTDF is not a party to any of these cases.  This claim is also duplicative of claim no. 121. | Disallow in its entirety. |

| FTDF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 126 | William Chad Berry | November 2, 2006 | $200,000.00 | Claimant is not a FTDF Member nor is she otherwise connected to the FTDF.  Proof of claim appears to be based on loans that were made by the Claimant to Meadow Creek Partners, LLC, Placer County Land Speculators, LLC, and Del Valle Capital Corporation, Inc. | Disallow in its entirety. |
| 130 | RDJ Investments | November 13, 2006 | $200,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF.  Proof of claim appears to be based on a loan that was made by the Claimant to Del Valle Capital Corporation, Inc.. | Disallow in its entirety. |
| 131 | Richard N. Anderson TTE, Richard N. Anderson Separate Property | November 13, 2006 | $200,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF.  Proof of claim appears to be based on a loan that was made by the Claimant to Del Valle Capital Corporation, Inc. | Disallow in its entirety. |

406475v1

4

| FTDF Claim No. | Claimant | Date Signed | Claim Amount | Comments | Proposed Disposition |
|---|---|---|---|---|---|
| 132 | Craig Zager SEP IRA | November 10, 2006 | $65,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant through USA Commercial Mortgage Company to an unspecified borrower. | Disallow in its entirety. |
| 138 | James W. Shaw IRA | December 12, 2006 | $84,662.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant with respect to the Bethany Sunset project. | Disallow in its entirety. |
| 139 | Curtis R. & Terri L. Colagross | December 4, 2006 | $106,000.00 | Claimant is not a FTDF Member nor is it otherwise connected to the FTDF. Proof of claim appears to be based on a loan that was made by the Claimant to 6425 Gess Ltd. | Disallow in its entirety. |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on January 31, 2007, at the hour of 9:30 a.m.

**PLEASE TAKE FURTHER NOTICE** that any response to the Objection must be filed by **January 26, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of

406475v1                              5

claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

! The court may *refuse to allow you to speak* at the scheduled hearing; and

! The court may *rule against you* without formally calling the matter at the hearing.

DATED: December 27, 2006

/s/ *Andrew M. Parlen*
Andrew M. Parlen, Esq.
Stutman, Treister & Glatt
Professional Corporation
Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC