1  Annette W. Jarvis, Utah Bar No. 1649                    E-FILED on December 27, 2006
   Steven C. Strong, Utah Bar No. 6340
2  RAY QUINNEY & NEBEKER P.C.
   36 South State Street, Suite 1400
3  P.O. Box 45385
4  Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500
5  Facsimile: (801) 532-7543
   Email: ajarvis@rqn.com
6
7  Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423
8  SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
9  Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590
10 Facsimile:  (702) 892-0122
   E-Mail:  bkfilings@s-mlaw.com
11 Attorneys for Debtors and Debtors-in-Possession
12

*(left margin, vertical text)* SCHWARTZER & McPHERSON LAW FIRM  2850 South Jones Boulevard, Suite 1  Las Vegas, Nevada 89146-5308  Tel: (702) 228-7590 · Fax: (702) 892-0122

13                    **UNITED STATES BANKRUPTCY COURT**
                           **DISTRICT OF NEVADA**

| | |
|---|---|
| 14  In re: | Case No. BK-S-06-10725 LBR |
| 15  USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
|                                   Debtor. | Case No. BK-S-06-10727 LBR |
| 16  In re: | Case No. BK-S-06-10728 LBR |
| 17  USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729 LBR |
|                                   Debtor. | |
| 18  In re: | Chapter 11 |
|     USA CAPITAL DIVERSIFIED TRUST DEED | |
| 19  FUND, LLC, | Jointly Administered Under |
|                                   Debtor. | Case No. BK-S-06-10725 LBR |
| 20  In re: | |
| 21  USA CAPITAL FIRST TRUST DEED FUND, | **CERTIFICATE OF SERVICE OF:** |
|     LLC, | **AMENDED NOTICE OF HEARING ON** |
| 22                                Debtor. | **USA CAPITAL DIVERSIFIED TRUST** |
| 23  In re: | **DEED FUND, LLC'S OBJECTION TO** |
|     USA SECURITIES, LLC, | **CLAIM NOS. 79, 80, AND 81 FILED BY** |
| 24                                Debtor. | **THE PENSION BENEFIT GUARANTY** |
|                                          | **CORPORATION** |

Affects:
25  ☐  All Debtors
    ☐  USA Commercial Mortgage Company
26  ☐  USA Securities, LLC
    ☐  USA Capital Realty Advisors, LLC
27  ☒  USA Capital Diversified Trust Deed Fund, LLC      Date:   January 31, 2007
28  ☐  USA Capital First Trust Deed Fund, LLC            Time:  9:30 a.m.

1    1.   On December 27, 2006 I served the following document(s):

2         a.    Amended Notice of Hearing on USA Capital Diversified Trust Deed Fund, LLC's

3    Objection To Claim Nos. 79, 80, and 81 Filed By The Pension Benefit Guaranty Corporation

4    2.   I served the above-named document(s) by the following means to the persons as listed

5    below:

6   ☒    a.    **By ECF System**:

7    FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

8   ☒    b.    **By United States mail, postage fully prepaid**:

9    Jeffrey B. Cohen                          Daniel G. Bogden
10   James Eggerman                            United States Attorney
     Pension Benefit Guaranty Corporation      333 Las Vegas Blvd. South, Ste. 5000
11   Office of the Chief Counsel               Las Vegas, NV 89101
     1200 K. Street, NW, Suite 340
12   Washington, D.C. 20005-426

13   ☐    c.    **By Personal Service**
              I personally delivered the document(s) to the persons at these addresses:
14        ☐    For a party represented by an attorney, delivery was made by handing the
15   document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
     other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
16   in the office.
          ☐    For a party, delivery was made by handing the document(s) to the party or by
17   leaving the document(s) at the person's dwelling house or usual place of abode with someone of
     suitable age and discretion residing there.
18   ☐    d.    **By direct email (as opposed to through the ECF System)**
19            Based upon the written agreement to accept service by email or a court order, I
     caused the document(s) to be sent to the persons at the email addresses listed below. I did not
20   receive, within a reasonable time after the transmission, any electronic message or other indication
     that the transmission was unsuccessful.
21   ☐    e.    **By fax transmission**
              Based upon the written agreement of the parties to accept service by fax
22   transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
23   below. No error was reported by the fax machine that I used. A copy of the record of the fax
     transmission is attached.
24   ☐    f.    **By messenger**
              I served the document(s) by placing them in an envelope or package addressed to
25   the persons at the addresses listed below and providing them to a messenger for service.

26

27   **I declare under penalty of perjury that the foregoing is true and correct.**
     Signed on:    December 27, 2006
28   LIA DORSEY _____        /s/    _LIA DORSEY_____
     (Name of Declarant)                       (Signature of Declarant)

*SCHWARTZER & MCPHERSON LAW FIRM*
*2850 South Jones Boulevard, Suite 1*
*Las Vegas, Nevada 89146-5308*
*Tel: (702) 228-7590 · Fax: (702) 892-0122*