# EXHIBIT "1"

## Compromised Claims

| Claim No. | Claimant | Date Signed | Claim Amount | Proposed Disposition |
|---|---|---|---|---|
| 115 | Brian M. Adams | November 5, 2006 | $325,000.00 | Disallow in its entirety. |
| 118 | Herman M. Adams, Brian M. Adams, Anthony G. Adams | November 5, 2006 | $3,625,000.00 | Disallow in its entirety. |
| 119 | Olympia Capital Management | November 8, 2006 | $100,000.00 | Disallow in its entirety. |
| 123 | Kantor Nephrology Consultants, Ltd. 401(k) PSP, Gary Kantor, Trustee | November 9, 2006 | Unliquidated | Disallow in its entirety. |
| 124 | Dr. Gary Kantor | November 9, 2006 | Unliquidated | Disallow in its entirety. |
| 125 | Lynn M. Kantor | November 8, 2006 | Unliquidated | Disallow in its entirety. |

406497v1