ELECTRONICALLY FILED
December 27, 2006

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356),
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:     fmerola@stutman.com
           ekarasik@stutman.com
           cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
233 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:     jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com
           ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: January 31, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom #1 |

**NOTICE OF HEARING ON OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO PROOF OF CLAIM FILED BY STANDARD PROPERTY DEVELOPMENT, LLC (CLAIM #120) (AFFECTS USA FIRST TRUST DEED FUND, LLC)**

PLEASE TAKE NOTICE THAT the Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proof of Claim Filed by Standard Property Development, LLC (Claim #120) (the "Objection") was filed with the Court on December 26, 2006. As stated in the Objection, the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC seeks the disallowance of the claim filed by Standard Property Development, LLC ("Standard") against the FTDF estate on the grounds that the allegations underlying Standard's claim are without legal merit.

PLEASE TAKE FURTHER NOTICE that the Objection will be heard by a United States Bankruptcy Judge in Courtroom #1 of the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on the 31st day of January, 2007, at 9:30 a.m.

PLEASE TAKE FURTHER NOTICE that a copy of the Objection is on file with and available from the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101. Additional copies are available at no charge from the BMC website, located at **http://www.bmcgroup.com/usacmc**.

PLEASE TAKE FURTHER NOTICE that any response to the Objection must be filed and served no later than January 24, 2006, pursuant to Local Rule 3007(b). If any objection is not timely filed and served, the Objection may be sustained without a hearing pursuant to Local Rule 3007(c). Courtesy copies of all pleadings must be delivered to the Bankruptcy Court Clerk's office upon filing.

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

2

DATED this 27th day of December, 2006.



JAMES PATRICK SHEA, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO S. SHERMAN, ESQ.
**SHEA & CARLYON, LTD.**
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101
Telephone: (702) 471-7432

FRANK A. MEROLA, ESQ.
EVE H. KARASIK, ESQ.
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*