ELECTRONICALLY FILED
December 27, 2006

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN |
| (CA State Bar No. 230429), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 228 South Fourth Street, First Floor |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:    fmerola@stutman.com | Email:    jshea@sheacarlyon.com |
|              ekarasik@stutman.com |              ccarlyon@sheacarlyon.com |
|              aparlen@stutman.com |              ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Hearing**<br>Date:  January 31, 2007<br>Time:  9:30 a.m.<br>Place:  Courtroom #1 |

**NOTICE OF OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO CLAIMS SUPERSEDED BY COMPROMISE CONTAINED IN DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION (AS MODIFIED) (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC AND CLAIMANTS BRIAN M. ADAMS, HERMAN M. ADAMS, ANTHONY G. ADAMS, OLYMPIA CAPITAL MANAGEMENT, DR. GARY KANTOR, KANTOR NEPHROLOGY CONSULTANTS, LTD. 401(k) PSP, AND LYNN M. KANTOR )**

406499v1

TO:   BRIAN M. ADAMS
      HERMAN M. ADAMS,
      ANTHONY G. ADAMS
      OLYMPIA CAPITAL MANAGEMENT C/O GERALDINE HOUGHTON
      DR. GARY KANTOR (on account of the claims filed by DR. GARY KANTOR and
            KANTOR NEPHROLOGY CONSULTANTS, LTD. 401(k) PSP)
      LYNN M. KANTOR
      USA CAPITAL FIRST TRUST DEED FUND, LLC
      U.S. TRUSTEE
      ALL PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that on December 27, 2006, the **"Omnibus Objection Of The Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC To Claims Superseded By Compromise Contained In Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization (As Modified)"** (the "Objection") was filed by the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee").  Pursuant to the Objection, the FTDF Committee seeks the disallowance of certain proofs of claim (the "Compromised Claims") on the grounds that such alleged claims on have been superseded by the compromise approved in the Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization (As Modified) (the "Plan") between USA Capital First Trust Deed Fund, LLC ( the "FTDF") and USA Capital Diversified Trust Deed Fund, LLC (the "DTDF"), which has been confirmed. The Compromised Claims and the requested treatment of such claims by the FTDF Committee are as follows:

| FTDF Claim No. | Claimant | Date Signed | Claim Amount | Proposed Disposition |
|---|---|---|---|---|
| 115 | Brian M. Adams | November 5, 2006 | $325,000.00 | Disallow in its entirety. |
| 118 | Herman M. Adams, Brian M. Adams, Anthony G. Adams | November 5, 2006 | $3,625,000.00 | Disallow in its entirety. |
| 119 | Olympia Capital Management | November 8, 2006 | $100,000.00 | Disallow in its entirety. |
| 123 | Kantor Nephrology Consultants, Ltd. 401(k) PSP, Gary Kantor, Trustee | November 9, 2006 | Unliquidated | Disallow in its entirety. |

406499v1                                     2

| FTDF Claim No. | Claimant | Date Signed | Claim Amount | Proposed Disposition |
|---|---|---|---|---|
| 124 | Dr. Gary Kantor | November 9, 2006 | Unliquidated | Disallow in its entirety. |
| 125 | Lynn M. Kantor | November 8, 2006 | Unliquidated | Disallow in its entirety. |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on January 31, 2007, at the hour of 9:30 a.m.

**PLEASE TAKE FURTHER NOTICE** that any response to the Objection must be filed by **January 24, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

! The court may *refuse to allow you to speak* at the scheduled hearing; and

! The court may *rule against you* without formally calling the matter at the hearing.

DATED: December 27, 2006

/s/ *Andrew M. Parlen*
Andrew M. Parlen, Esq.
Stutman, Treister & Glatt
Professional Corporation
Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

406499v1                              3