

Entered on Docket
December 27, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
  and  tbw@jonesvargas.com

Attorneys for Sierra Health Services

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | **STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEY FOR DIRECT LENDER, SIERRA HEALTH SERVICES** (Affects All Debtors) |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| USA SECURITIES, LLC, Debtor. | |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | No Hearing Required. |

1

H:\Fs1\Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Sierra Health Services).doc

1  Janet L. Chubb, Esq., of Jones Vargas, attorney of record, and Sierra Health Services,
2  direct lender in the above captioned cases, consent to the withdrawal of Janet L. Chubb, Esq. of
3  Jones Vargas as its counsel.
4  Sierra Health Services, as a direct lender in these cases, may be contacted and/or served
5  notices and other documents at:

Sierra Health Services
Attn: Frank Collins, Esq.
2724 N. Tenaya Way
P. O. Box 15645
Las Vegas, NV 89114-5645
Telephone: 702-242-7189
Cell: 702-353-2899
Email: leg104@sierrahealth.com
       caromi@sierrahealth.com

DATED this 18th day of December, 2006.

SIERRA HEALTH SERVICES              JONES VARGAS

By: _____         By: _____
    FRANK COLLINS, ESQ.                 JANET L. CHUBB, ESQ.

**IT IS SO ORDERED.**

# # #