**Entered on Docket
December 27, 2006**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
  and  tbw@jonesvargas.com

Attorneys for Evelyn Asher Sheerin,
Trustee and Sheerins Inc.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR |
| Debtor. | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| Debtor. | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | **STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DIRECT LENDERS EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) and EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84, EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVELYN SHERRIN 1990 TRUST, AND SHEERINS INC.** |
| Debtor. | (Affects All Debtors) |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| USA SECURITIES, LLC, | |
| Debtor. | |
| Affects: | |
| ■ All Debtors | No Hearing Required. |
| ☐ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

1

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Sheerins).doc

Janet L. Chubb, Esq., of Jones Vargas, attorney of record for Evelyn Asher Sheerin, Trustee for the benefit of The Chris H. Sheerin (deceased) and Evelyn Asher Sheerin 1984 Trust Dated 5/31/84, Evelyn Asher Sherrin, Trustee of the Chris and Evelyn Sherrin 1990 Trust, and Sheerins Inc., direct lenders in these cases, consents to the substitution of Alan R. Smith, Esq., as their counsel, in the above-entitled matter in her place and stead.

DATED this 22nd day of December, 2006.

_____
JANET L. CHUBB, ESQ.

Evelyn Asher Sheerin, Trustee for the benefit of The Chris H. Sheerin (deceased) and Evelyn Asher Sheerin 1984 Trust Dated 5/31/84, Evelyn Asher Sherrin, Trustee of the Chris and Evelyn Sherrin 1990 Trust, and Sheerins Inc., do hereby agree to the substitution of Alan R. Smith, Esq., in the place and stead of Janet L. Chubb, Esq., as counsel for them, in the above-entitled matter. He may be contacted and/or served notices and other documents at:

Law Office of Alan R. Smith, Esq.
505 Ridge Street
Reno, NV  89501
Phone:  (775) 786-4579
Fax:  (775) 786-3066

DATED this 21 day of Dec, 2006.

| EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF THE CHRIS H. SHEERIN (DECEASED) AND EVELYN ASHER SHEERIN 1984 TRUST DATED 5/31/84 | EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVELYN SHERRIN 1990 TRUST |
|---|---|
| By: _____<br>EVELYN ASHER SHEERIN, TRUSTEE | By: _____<br>EVELYN ASHER SHEERIN, TRUSTEE |

SHEERINS, INC.

By: _____
JOANN SHEERIN, PRESIDENT

**IT IS SO ORDERED.**

# # #

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Sheerins).doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177