**Entered on Docket**
**December 27, 2006**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
  and  tbw@jonesvargas.com

Attorneys for Dr. David R. Enrico and
Dr. Bonny K. Enrico

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                   Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                   Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                   Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                   Debtor.<br><br>USA SECURITIES, LLC,<br>                                                   Debtor.<br><br>Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter     11<br><br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DIRECT LENDERS DR. DAVID R. ENRICO and DR. BONNY K. ENRICO**<br>(Affects All Debtors)<br><br><br>No Hearing Required. |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1

Janet L. Chubb, Esq., of Jones Vargas, attorney of record for Dr. David R. Enrico and Dr. Bonny K. Enrico, direct lenders in these cases, consents to the substitution of Dr. David R. Enrico and Dr. Bonny K. Enrico as their own counsel, in the above-entitled matter in her place and stead.

DATED this 20th day of December, 2006.

_____
JANET L. CHUBB, ESQ.

Dr. David R. Enrico and Dr. Bonny K. Enrico do hereby agree to be substituted in the place and stead of Janet L. Chubb, Esq., as counsel for themselves, in the above-entitled matter. They may be contacted and/or served notices and other documents at:

Dr. David R. Enrico and
Dr. Bonny K. Enrico
2072 Almyra Road
Sparta, TN 38583-5168
Phone: 931-761-7999
Cell: 931-267-9942
Email: skypilot1@blomand.net

DATED this 18th day of December, 2006.

_____
DR. DAVID R. ENRICO

_____
DR. BONNY K. ENRICO

**IT IS SO ORDERED**.

# # #

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Enricos).doc