Entered on Docket
December 27, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
 and   tbw@jonesvargas.com

Attorneys for Robert A. Cowman and
Sandra L. Cowman

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DIRECT LENDERS ROBERT A. COWMAN and SANDRA L. COWMAN**<br>(Affects All Debtors) |
| USA SECURITIES, LLC, Debtor. | |
| Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | No Hearing Required. |

1

H:\Fs1\Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Substitution of Attorneys (Cowman).doc

Janet L. Chubb, Esq., of Jones Vargas, attorney of record for Robert A. Cowman and Sandra L. Cowman, direct lenders in these cases, consents to the substitution of Robert A. Cowman and Sandra L. Cowman as their own counsel, in the above-entitled matter in her place and stead.

DATED this 20th day of December, 2006.

_____
JANET L. CHUBB, ESQ.

Robert A. Cowman and Sandra L. Cowman do hereby agree to be substituted in the place and stead of Janet L. Chubb, Esq., as counsel for themselves, in the above-entitled matter. They may be contacted and/or served notices and other documents at:

Robert A. Cowman and
Sandra L. Cowman
1525 Winterwood Avenue
Sparks, NV  89434
Phone:  (775) 626-6794
Fax:      (775) 626-6794
Cell:      (775) 848-8121
Email:  spddcbob@aol.com

DATED this 16th day of December, 2006.

_____
ROBERT A. COWMAN

_____
SANDRA L. COWMAN

**IT IS SO ORDERED.**

# # #