Entered on Docket
December 27, 2006

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
  and   tbw@jonesvargas.com

Attorneys for A. William Ceglia and
Ranee L. Ceglia

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                              Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                              Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                              Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                              Debtor.<br><br>USA SECURITIES, LLC,<br>                                              Debtor.<br><br>Affects:<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter    11<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DIRECT LENDERS A. WILLIAM CEGLIA and RANEE L. CEGLIA**<br>**(Affects All Debtors)**<br><br><br>No Hearing Required. |

Janet L. Chubb, Esq., of Jones Vargas, attorney of record for A. William Ceglia and Ranee L. Ceglia, direct lenders in these cases, consents to the substitution of A. William Ceglia and Ranee L. Ceglia as their own counsel, in the above-entitled matter in her place and stead.

DATED this 17th day of December, 2006.

_/s/ Janet L. Chubb_
JANET L. CHUBB, ESQ.

A. William Ceglia and Ranee L. Ceglia do hereby agree to be substituted in the place and stead of Janet L. Chubb, Esq., as counsel for themselves, in the above-entitled matter. They may be contacted and/or served notices and other documents at:

A. William Ceglia and
Ranee L. Ceglia
3720 Pocohena Court
Washoe Valley, NV 89704
Phone: 775-849-9021
Cell:  775-232-3303
Email: awilliam@ceglia.name

DATED this 17 day of December, 2006.

_/s/ A. William Ceglia_
A. WILLIAM CEGLIA

_/s/ Ranee L. Ceglia_
RANEE L. CEGLIA

**IT IS SO ORDERED.**

# # #

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177