E-FILED DECEMBER 27, 2006

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
| RAY QUINNEY & NEBEKER P.C. | Jeanette E. McPherson, Nevada Bar No. 5423 |
| 36 South State Street, Suite 1400 | SCHWARTZER & MCPHERSON LAW FIRM |
| P.O. Box 45385 | 2850 South Jones Boulevard, Suite 1 |
| Salt Lake City, Utah 84145-0385 | Las Vegas, Nevada 89146-5308 |
| Telephone: (801) 532-1500 | Telephone: (702) 228-7590 |
| Facsimile: (801) 532-7543 | Facsimile: (702) 892-0122 |
| Email: ajarvis@rqn.com | E-Mail: bkfilings@s-mlaw.com |

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                        Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                        Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                        Debtor. | **EX PARTE APPLICATION FOR ORDER APPROVING EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE AT FIRST AMERICAN TITLE INSURANCE COMPANY PURSUANT TO FED. R. BANKR. P. 2004** |
| In re:<br>USA SECURITIES, LLC,<br>                                                                        Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

Pursuant to Fed. R. Bank. P. 2004, USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors"), by and through their counsel, hereby apply for an order directing the person most knowledgeable at First American

FATCO 2004 Examination Application        - 1 -

1  Title Insurance Company ("FATCO"), to be examined under oath in relation to a transaction by or
2  with HMA Sales, LLC ("HMA"), USA Investment Partners, LLC, Sal Realle Great White
3  Investments, NV, LLC, Joseph Milanowski, and/or Tom Hantges involving the Royal Hotel
4  including the sale that occurred on December 22, 2006 and the Deed Of Trust given to Sal Realle
5  and the settlement with Great White.

6        Fed. R. Bank. P. 2004(a) provides that "[o]n motion of any party in interest, the court may
7  order the examination of any entity."

8        Local Rule 2004 provides, in pertinent part, the following:

9         (b)   Order for examination.  Orders for examination may be
10  signed by the clerk if the date set for examination is more than ten
    (10) business days from the date such motion is filed….

11

12        As set forth above, the date for the proposed examination is more than ten (10) business
13  days from the date of this Application.  Accordingly, Debtors respectfully request that the Clerk of
14  the Court docket the Order for Examination of HMA pursuant to Fed. R. Bank. P. 2004 submitted
15  herewith.

16        WHEREFORE, Debtors respectfully request that this Honorable Court direct HMA to
17  appear through its representative designated in accordance with Fed. R. Civ. P 30(b)(6) on January
18  15, 2007 at 2:00 p.m. at the office of Schwartzer & McPherson Law Firm located at 2850 South
19  Jones Boulevard, Suite 1, Las Vegas, Nevada  89146, and continuing thereafter until completed.

20        Dated:  December 27, 2006.

21        /s/ Lenard E. Schwartzer
          Annette W. Jarvis, Utah Bar No. 1649
22        RAY QUINNEY & NEBEKER P.C.
          36 South State Street, Suite 1400
23        P.O. Box 45385
24        Salt Lake City, Utah 84145-0385
          and
25        Lenard E. Schwartzer, Nevada Bar No. 0399
26        Jeanette E. McPherson, Nevada Bar No. 5423
          SCHWARTZER & MCPHERSON LAW FIRM
27        2850 South Jones Boulevard, Suite 1
          Las Vegas, Nevada  89146
28        Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122