E-FILED on December 27, 2006

MATTHEW Q. CALLISTER, ESQ.
Nevada Bar # 001396
CALLISTER & REYNOLDS
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
Email: mqc@callister-reynolds.com
**Attorneys for Project Disbursement Group, Inc.**

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Bankruptcy No: BK-S 06-10725-LBR<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:  January 31, 2007<br>Hearing Time: 9:30 a.m.<br>Place:           Courtroom 1<br>                    Foley Federal Building<br>                    300 Las Vegas Blvd South |

I HEREBY CERTIFY that I am an employee of the law firm of CALLISTER & REYNOLDS, over the age of 21 years, and not a party to nor interested in the within matter; that on the 27th day of December, 2006, I served a copy of the APPLICATION FOR COMPENSATION FOR EXPENSES AND FOR SERVICES RENDERED by:

1)  Mailing a copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Las Vegas, Nevada, addressed as follows:

    (See Mailing Matrix A attached hereto as Exhibit 1)

2)  ECF System Addresses as follows:

    (See Mailing Matrix B attached hereto as Exhibit 2)

                                              /s/ Joely A. Rammos
                                              An employee of CALLISTER & REYNOLDS

Law Offices of
CALLISTER & REYNOLDS
823 Las Vegas Blvd South
Las Vegas, Nevada 89101
(702) 385-3343

1

T:\PDG v. USA Capital\Pleadings\COS for NOTC and APPLICATION.wpd