# EXHIBIT 1

# MAILING MATRIX A

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
,

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

PETER C BERNHARD
3980 HOWARD HUGHES PKY #550
LAS VEGAS, NV 89109

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

C RANDALL BUPP
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

JANET L. CHUBB
JONES VARGAS
3773 HOWARD HUGHES PARKWAY
THIRD FLOOR SOUTH
LAS VEGAS, NV 89109

CURTIS F CLARK
,

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
,

RICHARD D. GREEN
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

JOHN HANDAL

,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC

,

DAVID W. HUSTON

,

INTERIM COMMITTEE OF CONCERNED INVESTORS

,

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

CONSTANTINE KARIDES
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 30000
SACRAMENTO, CA 95814-4497

LEWIS AND ROCA LLP
,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAY L. MICHAELSON
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

ANDREW M PARLEN
,

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

GORDON C RICHARDS
1850 EAST FLAMINGO ROAD SUITE 204
LAS VEGAS, NV 89119

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP

77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SIERRA CONSULTING GROUP, LLC
,

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

BRADLEY J STEVENS
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT
,

ROY R. VENTURA
,

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367