E-FILED on December 27, 2006

1  **MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar # 000827
2  **CALLISTER & REYNOLDS**
823 Las Vegas Boulevard South
3  Las Vegas, Nevada 89101
Telephone: (702) 385-3343
4  Facsimile: (702) 385-2899
mqc@callister-reynolds.com
5  *Attorneys for Project Disbursement Group, Inc.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Bankruptcy No: BK-06-10725-LBR
Chapter 11

**NOTICE OF HEARING OF APPLICATION FOR COMPENSATION FOR EXPENSES AND FOR SERVICES RENDERED**

Hearing Date: January 31, 2007
Hearing Time: 9:30 a.m.
Place:    Courtroom 1
          Foley Federal Building
          300 Las Vegas Blvd South

TO:   DEBTOR
      ATTORNEY FOR DEBTOR
      TRUSTEE
      ALL PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that an APPLICATION FOR COMPENSATION FOR EXPENSES AND FOR SERVICES RENDERED was filed on December 26, 2006 by Project Disbursement Group, Inc. Any Opposition must be filed pursuant to Local Rule 9014(e)(1).

Local Rule 9014(e)(1): "Except for motions made pursuant to Fed. R. Bank. P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (eighteen (18) days if service of the motion is

-1-

by mail pursuant to FRCP 9006(e)&(f)), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

    If an objection is not timely filed and served, the relief requested may be granted without a hearing. LR 9014(a)(1) and LR 9014(c)(1)(E).

    NOTICE IS FURTHER GIVEN that the hearing on the said Application will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Bankruptcy Courtroom No. 1, Las Vegas, Nevada on January 31, 2007 at the hour of 9:30 am.

    DATED this 27th day of December, 2006.

CALLISTER & REYNOLDS

By: /s/ Matthew Q. Callister
MATTHEW Q. CALLISTER, ESQ.
Nevada Bar # 000827
823 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
mqc@callister-reynolds.com
*Attorneys for Property Disbursement Group, Inc.*