STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-mail: fmerola@stutman.com
ekarasik@stutman.com
aparlen@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail: jshea@sheacarlyon.com
ccarlyon@sheacarlyon.com
ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br> Debtor | ) BK-S-06-10725-LBR <br> ) Chapter 11 |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br> Debtor | ) BK-S-06-10726-LBR <br> ) Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br> Debtor | ) BK-S-06-10727-LBR <br> ) Chapter 11 |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br> Debtor. | ) BK-S-06-10728-LBR <br> ) Chapter 11 |
| In re: <br> USA SECURITIES, LLC, <br> Debtor. | ) BK-S-06-10729-LBR <br> ) Chapter 11 |
| Affects <br> ☐ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☒ USA First Trust Deed Fund, LLC | Date: January 31, 2007 <br> Time: 9:30 a.m. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of December, 2006 I served the following document:

Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proof of Claim Filed by Standard Property Development, LLC (Claim #120) (Affects USA Capital First Trust Deed Fund, LLC)

I served the above document by the following means to the persons as listed below:

☒ **a.  ECF System.  (See attached Notice of Electronic Filing)**

I ALSO HEREBY CERTIFY that on the 28th day of December, 2006 I served the above document by the following means to the persons as listed below:

☒ **b.  United States mail, postage full prepaid to the following:**

| | |
|---|---|
| Andrew Brumbey, Esq.<br>Shutts & Bowen, LLP<br>PO Box 4956<br>Orlando, FL 32802-4956 | R. Vaughn Gourley, Esq.<br>Stephens, Gourley & Bywater<br>3636 North Rancho Drive<br>Las Vegas, NV 89130 |
| Lenard E. Schwartzer, Esq.<br>Jeanette McPherson, Esq.<br>Schwartzer & McPherson Law Firm<br>2850 S. Jones Blvd., Ste. #1<br>Las Vegas, NV 89146 | August Landis, Esq.<br>Office of the US Trustee<br>300 Las Vegas Blvd. S., Suite 4300<br>Las Vegas, NV 89101 |

☐ **c.  Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

☐ d. **By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of December, 2006.

*/s/ Anna-Marie Boehmer*
Anna-Marie Boehmer, an employee of
SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

## File a Claim action:

06-10728-lbr USA CAPITAL FIRST TRUST DEED FUND, LLC

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from SHERMAN, SHLOMO S. entered on 12/26/2006 at 3:53 PM PST and filed on 12/26/2006
**Case Name:**    USA CAPITAL FIRST TRUST DEED FUND, LLC
**Case Number:**   06-10728-lbr
**Document Number:** 90

**Docket Text:**
Objection to Claim #120 of Standard Property Development, LLC in the amount of filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (SHERMAN, SHLOMO)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\Objection to POC of SPD.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/26/2006] [FileNumber=7617728-0
] [152054e8ebf6e8582fd149c0b034e2c3368f63419c64ee05962b69548adc67dc6bc
5941eda52c95e134641ab22a19a65ae58583bfee8ce57b64f771e72d92499]]

## 06-10728-lbr Notice will be electronically mailed to:

BMC GROUP, INC    , ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

JANET L. CHUBB    tbw@jonesvargas.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

ANNETTE W JARVIS    ajarvis@rqn.com

ROBERT R. KINAS    rkinas@swlaw.com,
jlustig@swlaw.com;jmath@swlaw.com;imccord@swlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10728-lbr Notice will not be electronically mailed to:**

GILBERT MANUEL
,

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012