1  STUTMAN, TREISTER & GLATT, P.C.         SHEA & CARLYON, LTD.
   FRANK A. MEROLA                         JAMES PATRICK SHEA
2  (CA State Bar No. 136934)               (Nevada State Bar No. 000405)
   EVE H. KARASIK                          CANDACE C. CARLYON, ESQ.
3  (CA State Bar No. 155356)               (Nevada State Bar No. 002666)
   ANDREW M. PARLEN                        SHLOMO S. SHERMAN, ESQ.
4  (CA State Bar No. 230429)               (Nevada State Bar No. 009688)
5  1901 Avenue of the Stars, 12th Floor    228 South Fourth Street, First Floor
   Los Angeles, CA 90067                   Las Vegas, Nevada 89101
6  Telephone: (310) 228-5600               Telephone: (702) 471-7432
7  Facsimile: (310) 228-5788               Facsimile: (702) 471-7435
   E-mail:    fmerola@stutman.com          E-mail:    jshea@sheacarlyon.com
8             ekarasik@stutman.com                    ccarlyon@sheacarlyon.com
              aparlen@stutman.com                     ssherman@sheacarlyon.com
9
10 *Counsel for the Official Committee of Equity Security
   Holders of USA Capital First Trust Deed Fund, LLC*

11
                        UNITED STATES BANKRUPTCY COURT
12                            DISTRICT OF NEVADA

13 | | |
   |---|---|
14 | In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
15 | In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
17 | In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
19 | In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
21 | In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
   | Affects<br><br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | ) Date: January 31, 2007<br>) Time: 9:30 a.m.<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of December, 2006 I served the following document:

Notice of Hearing on Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC to Proof of Claim Filed by Standard Property Development, LLC (Claim #120) (Affects USA Capital First Trust Deed Fund, LLC)

I served the above document by the following means to the persons as listed below:

☒ **a. ECF System. (See attached Notice of Electronic Filing)**

I ALSO HEREBY CERTIFY that on the 28th day of December, 2006 I served the above document by the following means to the persons as listed below:

☒ **b. United States mail, postage full prepaid to the following:**

Andrew Brumbey, Esq.
Shutts & Bowen, LLP
PO Box 4956
Orlando, FL 32802-4956

R. Vaughn Gourley, Esq.
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, NV 89130

Lenard E. Schwartzer, Esq.
Jeanette McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Ste. #1
Las Vegas, NV 89146

August Landis, Esq.
Office of the US Trustee
300 Las Vegas Blvd. S., Suite 4300
Las Vegas, NV 89101

☐ **c. Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

☐ d. **By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of December, 2006.

*/s/ Anna-Marie Boehmer*
Anna-Marie Boehmer, an employee of
SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
228 S. Fourth Street, 1st Floor
Las Vegas, Nevada 89101
(702) 471-7432

## File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from SHERMAN, SHLOMO S. entered on 12/27/2006 at 2:17 PM PST and filed on 12/27/2006

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 2299

**Docket Text:**
Notice of Hearing/Motion *on Objection to Proof of Claim Filed by Standard Property Development, LLC (Claim #120)* Hearing scheduled 1/31/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s) [2293] Objection to Claim filed by Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC) (SHERMAN, SHLOMO)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\NOH on Objection to Claim of SPD.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/27/2006] [FileNumber=7620727-0
] [684f849b1520000f530ffb87235445ab8207291791a41f130ed64da36de862adc27
fd36b8f3c1e60a9532b779598ca569cfe0cc1009cd2998a3154681cba7c8b]]

## 06-10725-lbr Notice will be electronically mailed to:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE    cope_guerra@yahoo.com

CICI CUNNINGHAM    bankruptcy@rocgd.com

GEORGE DAVIS    george.davis@weil.com

LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@schrecklaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

JOHN HINDERAKER    JHindera@LRL.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jlustig@swlaw.com;jmath@swlaw.com;jmccord@swlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyo

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER  bkfilings@s-mlaw.com

JAMES PATRICK SHEA  bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN  ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith

AMBRISH S. SIDHU  ecf@lslawnv.com

JEFFREY G. SLOANE  gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH  mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS  dstephens@lvcm.com

PETER SUSI  cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER  jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING  ctijsseling@beckleylaw.com, jblair@beckleylaw.com

AMY N. TIRRE  , lleverett@kkbrf.com

AMY N. TIRRE  atirre@kkbrf.com, lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11  USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH  GWalch@Nevadafirm.com

RUSSELL S. WALKER  rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com

WHITNEY B. WARNICK  wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY  wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com

JOAN C WRIGHT  jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW  bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA  azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com;paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

THOMAS J. ALLISON

,