James D. Greene, Esq.
Nevada Bar No. 002647
SCHRECK BRIGNONE
300 South Fourth Street
Suite 1200
Las Vegas, Nevada 89101
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: jgreene@schrecklaw.com

Attorneys for *John Godfrey*

E-filed on: 12/28/06

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | Chapter 11 |
| In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | **RESPONSE OF JOHN GODFREY TO OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO CLAIMS ON EQUITY MISFILED AS CREDITOR CLAIMS** |
| In re<br><br>USA SECURITIES, LLC,<br>            Debtor. | DATE: January 3, 2007<br>TIME: 9:30 a.m. |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

John Godfrey, by and through his counsel, James D. Greene of Schreck Brignone, hereby responds to the Omnibus Objection of the Official Committee of Equity Security Holders of USA

Capital Diversified Trust Deed Fund, LLC, to Claims on Equity Misfiled as Creditor Claims ("Omnibus Objection"). As the Omnibus Objection indicates, John Godfrey filed proof of claim number 101-1 in the amount of $262,760.24 in connection with an investment made in USA Capital Diversified Trust Deed Fund, LLC. So long as the Omnibus Objection is only to the characterization of the claim and seeks to re-classify Mr. Godfrey's claim as a proof of interest, Mr. Godfrey does not oppose the relief sought in the Omnibus Objection. In the event the Omnibus Objection seeks to disallow Mr. Godfrey's claim in any way, however, Mr. Godfrey opposes the Omnibus Objection.

DATED this 28th day of December, 2006.

By: */s/ James D. Greene*
James D. Greene, Esq.
SCHRECK BRIGNONE
300 South Fourth Street
Suite 1200
Las Vegas, Nevada 89101

Attorneys for ***John Godfrey***

# CERTIFICATE OF SERVICE

I am employed in Clark County. I am over the age of 18 and not a party to this action. My business address is 300 South Fourth Street, 12th Floor, Las Vegas, Nevada 89101.

On the December 28, 2006, I served the foregoing document(s), described as:

**1.    Response of John Godfrey to Omnibus Objection of the Official Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC to Claims on Equity Misfiled as Creditor Claims**

☒    by placing the ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Marc A. Levinson, Esq. | Anne Loraditch, Esq. |
| Lynn Trinka Ernce, Esq. | Beckley Singleton, Chtd. |
| Orrick, Herrington & Sutcliffe LLP | 530 Las Vegas Blvd. South |
| 400 Capitol Mall, Ste. 3000 | Las Vegas, NV 89101 |
| Sacramento, CA 95814-4497 | |

☒    **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid.

I am readily familiar with Schreck Brignone's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐    **BY FACSIMILE** machine pursuant to Rule 2008(e). The recipient's name and fax number that I used are as shown above. The facsimile machine that I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), a transmission report was properly issued by the transmitting facsimile machine.

☐    **OVERNITE EXPRESS.** I caused such envelopes to be deposited in the Overnite Express Drop Box at Las Vegas, Nevada.

☐    **FEDERAL EXPRESS.** I caused such envelopes to be deposited in the Federal Express Drop Box at Las Vegas, Nevada.

☐    **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 28, 2006 at Las Vegas, Nevada.

_____/s/ Angelica Barreras_____
Angelica Barreras

3