Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email: vnelson@nevadafirm.com

E-Filed: December 28 2006

*Attorneys for Del and Ernestine Bunch*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered under**<br>**Case No. BK-S-06-10725-LBR**<br><br>**SECOND SUPPLEMENTAL**<br>**DECLARATION OF DEL BUNCH**<br><br>Date of Hearing:　January 3, 2007<br>Time of Hearing:　1:30 p.m.<br>Place: Courtroom No. 1, Third Floor<br>　　　　Foley Federal Building<br>　　　　300 Las Vegas Blvd., S.<br>　　　　Las Vegas, NV 89101<br><br>Judge: Hon. Linda B. Riegle |

I, Del Bunch, under oath and under penalty of perjury say:

1.　I have personal knowledge of the facts recited herein, and I am competent to testify regarding them if called as a witness in this matter.

2.　I am a creditor in the above-referenced bankruptcy case.

. . .

. . .

03909-00/134557

3. Attached are copies of checks from USACM for the months of July 2000 through May 2001 reflecting monthly interest only payments from USACM pursuant to the Promissory Note. True and correct copies of the checks are attached as Exhibit S. Beginning in June 2001 and continuing through March 2006, all remaining interest only payments by USACM under the Promissory Note were made by ACH transfer directly into my bank account.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 28th day of December, 2006.

*/s/ Del Bunch*
Del Bunch

# EXHIBIT "S"

USA COMMERCIAL MORTGAGE CO.                                                    15510

Del Bunch and                          Check Number:  15510
                                       Check Date:    Jul 6, 2000

                                       Check Amount:  $10,833.33
Item to be Paid - Description          Discount Taken    Amount Paid

Interest Schwartz bldg                                    10,833.33

---

**USA COMMERCIAL MORTGAGE CO.**
**COLLECTION TRUST ACCOUNT**
4484 PECOS ROAD
LAS VEGAS, NV 89121

WELLS FARGO BANK NEVADA, N.A.
LAS VEGAS, NV
94-204/1224

1551

                                    DATE              AMOUNT
                              Jul 6, 2000      ****$10,833.33*

Memo:
PAY  Ten Thousand Eight Hundred Thirty-Three and 33/100 Dollars

TO THE   Del Bunch and
ORDER    Ernestine Bunch
OF:
                                                   Victoria S. Hooley
                                                   AUTHORIZED SIGNATURE

⑆015510⑆  ⑆122402049⑆ 089573786 4⑆

```
Dec 27 2006 12:21PM    Walker Realty              (702) 228-2279            p.11
```

USA COMMERCIAL MORTGAGE CO.                                                  161
Del Bunch and                          Check Number:  16136
                                       Check Date:    Aug 4, 2000

                                       Check Amount:  $47,847.23
Item to be Paid - Description          Discount Taken    Amount Paid
---
              working ap                                    43,611.11
              working cap                                    4,236.12

TC007

USA COMMERCIAL MORTGAGE CO.            WELLS FARGO BANK NEVADA, N.A.        161:
COLLECTION TRUST ACCOUNT               LAS VEGAS, NV
4484 PECOS ROAD                        94-204/1224
LAS VEGAS, NV 89121

                                              DATE              AMOUNT
                                       Aug 4, 2000      ****$47,847.23*

Memo:
PAY  Forty-Seven Thousand Eight Hundred Forty-Seven and 23/100 Dollars

TO THE  Del Bunch and
ORDER
OF      Ernestine Bunch

                                                         AUTHORIZED SIGNATURE

⑈016136⑈ ⑆122402049⑈089573786⑈

USA COMMERCIAL MORTGAGE CO.                                                16737

Del Bunch and                          Check Number:  16737
                                       Check Date:    Sep 1, 2000

                                       Check Amount:  $45,861.11
Item to be Paid - Description          Discount Taken     Amount Paid

    interest working cap                                    45,861.11
    interest schwartz

USA COMMERCIAL MORTGAGE CO.           WELLS FARGO BANK-NEVADA, N.A.        16737
COLLECTION TRUST ACCOUNT              LAS VEGAS, NV
4484 PECOS ROAD                       94-204/1224
LAS VEGAS, NV 89121

                                              DATE              AMOUNT
                                         Sep 1, 2000     ****$45,861.11*

Memo:
   PAY Forty-Five Thousand Eight Hundred Sixty-One and 11/100 Dollars

TO THE  Del Bunch and
ORDER   Ernestine Bunch
OF:
                                                    AUTHORIZED SIGNATURE

⑈016737⑈ ⑆122402049⑆0895737864⑈

USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT

Del Bunch and

Check Number: 17354         1735
Check Date: Oct 3, 2000

Check Amount: $43,333.33

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| interest working cap | | 43,333.33 |

R007

---

USA COMMERCIAL MORTGAGE CO.
COLLECTION TRUST ACCOUNT
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

WELLS FARGO BANK NEVADA, N.A.
LAS VEGAS, NV
94-204/1224

17354

Memo:

DATE  Oct 3, 2000      AMOUNT  ****$43,333.33*

PAY Forty-Three Thousand Three Hundred Thirty-Three and 33/100 Dollars

TO THE ORDER OF: Del Bunch and Ernestine Bunch

*Victoria S. Hosley*
AUTHORIZED SIGNATURE

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑈017354⑈ ⑆122402049⑆0895737864⑈

| USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT | | |
|---|---|---|
| Del Bunch and | Check Number: 17982 | 17982 |
| | Check Date: Nov 6, 2000 | |
| Item to be Paid - Description | Check Amount: $51,513.89 | |
| | Discount Taken    Amount Paid | |
| int w-cap. | | 51,513.89 |

---

**USA COMMERCIAL MORTGAGE CO.**
COLLECTION TRUST ACCOUNT
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

WELLS FARGO BANK NEVADA, N.A.
LAS VEGAS, NV
94-204/1224

17982

                                                 DATE                AMOUNT
Memo:                                      Nov 6, 2000        ****$51,513.89*

PAY Fifty-One Thousand Five Hundred Thirteen and 89/100 Dollars

TO THE   Del Bunch and
ORDER    Ernestine Bunch
OF:

                                                        *Victoria S. Hoolim*
                                                        AUTHORIZED SIGNATURE

⑆017982⑆ ⑆122402049⑆0895737864⑆

**USA COMMERCIAL MORTGAGE CO.**
COLLECTION TRUST ACCOUNT
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

WELLS FARGO BANK NEVADA, N.A.
LAS VEGAS, NV
94-204/1224

186

DATE: Dec 5, 2000
AMOUNT: ****$58,333.33

Memo:

PAY Fifty-Eight Thousand Three Hundred Thirty-Three and 33/100 Dollars

TO THE ORDER OF: Del Bunch and Ernestine Bunch

AUTHORIZED SIGNATURE

⑈018631⑈ ⑆122402049⑆ 089573786 4⑈

Dec 27 2006 12:20PM   Walker Realty              (702) 228-2279          p.6

USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT

Del Bunch and                                                            1928

                                    Check Number:  19289
                                    Check Date:    Jan 4, 2001

                                    Check Amount:  $65,000.00
Item to be Paid - Description       Discount Taken    Amount Paid
        int w-cap                                      65,000.00

R007

---

USA COMMERCIAL MORTGAGE CO.              WELLS FARGO BANK NEVADA, N.A.         1928
COLLECTION TRUST ACCOUNT                 LAS VEGAS, NV
4484 SOUTH PECOS ROAD                    94-204/1224
LAS VEGAS, NV 89121

                                         DATE              AMOUNT
                                Jan 4, 2001        ****$65,000.00*

Memo:
PAY  Sixty-Five Thousand and 0/100 Dollars

TO THE   Del Bunch and
ORDER
OF:      Ernestine Bunch
                                                    Victoria S. Hasty
                                                    AUTHORIZED SIGNATURE

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑆019289⑆  ⑆122402049⑆ 0895737864⑆

USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT

Del Bunch and

| | |
|---|---|
| Check Number: | 19935 |
| Check Date: | Feb 5, 2001 |
| Check Amount: | $68,888.89 |

1993

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| int w-cap usa | | 68,888.89 |

---

USA COMMERCIAL MORTGAGE CO.
COLLECTION TRUST ACCOUNT
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

WELLS FARGO BANK NEVADA, N.A.
LAS VEGAS, NV
94-204/1224

19935

DATE  Feb 5, 2001     AMOUNT  ****$68,888.89*

Memo:

PAY  Sixty-Eight Thousand Eight Hundred Eighty-Eight and 89/100 Dollars

TO THE ORDER OF:  Del Bunch and
Ernestine Bunch

AUTHORIZED SIGNATURE

⑆019935⑆ ⑇122402049⑇ 089573786⑈

gone to Bank

Dec 27 2006 12:20PM  Walker Realty                  (702) 228-2279              p.4

USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT                                    2060
Del Bunch and
                                                    Check Number:  20601
                                                    Check Date:    Mar 6, 2001

                                                    Check Amount:  $62,222.22
Item to be Paid - Description                       Discount Taken    Amount Paid
              int w-cap                                                  62,222.22

---

USA COMMERCIAL MORTGAGE CO.           WELLS FARGO BANK NEVADA, N.A.              2060
COLLECTION TRUST ACCOUNT                     LAS VEGAS, NV
4484 SOUTH PECOS ROAD                         94-204/1224
LAS VEGAS, NV 89121

                                              DATE                    AMOUNT
                                       Mar 6, 2001         ****$62,222.22*

Memo:
PAY  Sixty-Two Thousand Two Hundred Twenty-Two and 22/100 Dollars

TO THE  Del Bunch and
ORDER
OF:    Ernestine Bunch
                                                    Victoria S. Hasly
                                                    AUTHORIZED SIGNATURE

⑆020601⑆ ⑈122402049⑈ 089573786⑉

Dec 27 2006 12:19PM  Walker Realty          (702) 228-2279           p.3

APR-10-01 TUE 1:29 PM
USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT

Del Bunch and                                Check Number: 21232
                                             Check Date:   Apr 5, 2001

                                             Check Amount: $69,000.00
Item to be Paid - Description                Discount Taken    Amount Paid
                                                                 69,000.00
  int w-cap

---

**USA COMMERCIAL MORTGAGE CO.**
**COLLECTION TRUST ACCOUNT**
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

WELLS FARGO BANK NEVADA, N.A.
LAS VEGAS, NV
94-204/1224

21232

                                          DATE  Apr 5, 2001    AMOUNT ****$69,000.00*

Memo:
       Sixty-Nine Thousand and 0/100 Dollars
PAY

TO THE  Del Bunch and
ORDER   Ernestine Bunch
OF:
                                                    /s/ Victoria S. Hooley
                                                    AUTHORIZED SIGNATURE

⑂021232⑂ ⑊122402049⑊089573786411⑊

**USA COMMERCIAL MORTGAGE CO.**
**COLLECTION TRUST ACCOUNT**
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

WELLS FARGO BANK NEVADA, N.A.
LAS VEGAS, NV
94-204/1224

219

DATE May 2, 2001    AMOUNT ****$68,333.33

Memo:

PAY Sixty-Eight Thousand Three Hundred Thirty-Three and 33/100 Dollars

TO THE ORDER OF: Del Bunch and Ernestine Bunch

*Victoria S. Hussey* (AUTHORIZED SIGNATURE)

⑈021914⑈ ⑆122402049⑆089573786⑈