Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email: vnelson@nevadafirm.com

E-Filed: December 28 2006

*Attorneys for Del and Ernestine Bunch*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　Debtor. | Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>**Jointly Administered under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　Debtor. | **SECOND SUPPLEMENTAL<br>DECLARATION OF DEL BUNCH** |
| Affects:<br>☐　All Debtors<br>☒　USA Commercial Mortgage Company<br>☐　USA Securities, LLC<br>☐　USA Capital Realty Advisors, LLC<br>☐　USA Capital Diversified Trust Deed Fund, LLC<br>☐　USA First Trust Deed Fund, LLC | Date of Hearing:　January 3, 2007<br>Time of Hearing:　1:30 p.m.<br>Place: Courtroom No. 1, Third Floor<br>　　　　　Foley Federal Building<br>　　　　　300 Las Vegas Blvd., S.<br>　　　　　Las Vegas, NV 89101<br><br>Judge: Hon. Linda B. Riegle |

I, Del Bunch, under oath and under penalty of perjury say:

1. I have personal knowledge of the facts recited herein, and I am competent to testify regarding them if called as a witness in this matter.

2. I am a creditor in the above-referenced bankruptcy case.

. . .

. . .

03909-00/134557

3. Attached are copies of checks from USACM for the months of July 2000 through May 2001 reflecting monthly interest only payments from USACM pursuant to the Promissory Note. True and correct copies of the checks are attached as Exhibit S. Beginning in June 2001 and continuing through March 2006, all remaining interest only payments by USACM under the Promissory Note were made by ACH transfer directly into my bank account.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 28th day of December, 2006.

*/s/ Del Bunch*
Del Bunch

SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

# EXHIBIT "S"

```
USA COMMERCIAL MORTGAGE CO.                                              15510
   Del Bunch and                        Check Number:  15510
                                        Check Date:    Jul 6, 2000

                                        Check Amount:  $10,833.33
Item to be Paid - Description           Discount Taken    Amount Paid
          Interest Schwartz bldg                           10,833.33
```

USA COMMERCIAL MORTGAGE CO.            WELLS FARGO BANK NEVADA, N.A.         1551
COLLECTION TRUST ACCOUNT                    LAS VEGAS, NV
4484 PECOS ROAD                              94-204/1224
LAS VEGAS, NV 89121

                                              DATE               AMOUNT
                                        Jul 6, 2000       ****$10,833.33*

Memo:
PAY  Ten Thousand Eight Hundred Thirty-Three and 33/100 Dollars

TO THE   Del Bunch and
ORDER    Ernestine Bunch
OF:
                                                     AUTHORIZED SIGNATURE

⑈015510⑈ ⑆122402049⑆ 089573786 4⑈

Dec 27 2006 12:21PM   Walker Realty                (702) 228-2279          p.11

USA COMMERCIAL MORTGAGE CO.                                                  161

Del Bunch and                              Check Number:  16136
                                           Check Date:    Aug 4, 2000

                                           Check Amount:  $47,847.23
Item to be Paid - Description              Discount Taken    Amount Paid

▓▓▓▓ working ap                                                43,611.11
▓▓▓▓ working cap                                                4,236.12

TC007

---

USA COMMERCIAL MORTGAGE CO.          WELLS FARGO BANK NEVADA, N.A.         161
COLLECTION TRUST ACCOUNT             LAS VEGAS, NV
4484 PECOS ROAD                      94-204/1224
LAS VEGAS, NV 89121

                                              DATE            AMOUNT
                                         Aug 4, 2000     ****$47,847.23*

Memo:
PAY  Forty-Seven Thousand Eight Hundred Forty-Seven and 23/100 Dollars

TO THE  Del Bunch and
ORDER
OF:     Ernestine Bunch

                                                    [signature]
                                                    AUTHORIZED SIGNATURE

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑈016136⑈ ⑆122402049⑈08957378654⑈

USA COMMERCIAL MORTGAGE CO.                                                    16737
    Del Bunch and                           Check Number:  16737
                                            Check Date:   Sep 1, 2000

                                            Check Amount: $45,861.11
Item to be Paid - Description               Discount Taken    Amount Paid
        interest working cap                                     45,861.11
        interest schwartz

USA COMMERCIAL MORTGAGE CO.           WELLS FARGO BANK NEVADA, N.A.            16737
COLLECTION TRUST ACCOUNT              LAS VEGAS, NV
4484 PECOS ROAD                       94-204/1224
LAS VEGAS, NV 89121

                                              DATE              AMOUNT
                                          Sep 1, 2000       ****$45,861.11*

Memo:
    PAY Forty-Five Thousand Eight Hundred Sixty-One and 11/100 Dollars

TO THE   Del Bunch and
ORDER
OF:      Ernestine Bunch
                                                           AUTHORIZED SIGNATURE

⑈016737⑈ ⑉122402049⑉ 0895737864⑈

Dec 27 2006 12:20PM    Walker Realty           (702) 228-2279            p.9

USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT

Del Bunch and                                                          1735

Check Number:  17354
Check Date:    Oct 3, 2000

Item to be Paid - Description           Check Amount: $43,333.33
                                        Discount Taken   Amount Paid
interest working cap
                                                         43,333.33

R007

USA COMMERCIAL MORTGAGE CO.              WELLS FARGO BANK NEVADA, N.A.      17354
COLLECTION TRUST ACCOUNT                 LAS VEGAS, NV
4484 SOUTH PECOS ROAD                    94-204/1224
LAS VEGAS, NV 89121

                                              DATE                AMOUNT
Memo:                                    Oct 3, 2000      ****$43,333.33*

PAY Forty-Three Thousand Three Hundred Thirty-Three and 33/100 Dollars

TO THE   Del Bunch and
ORDER
OF:      Ernestine Bunch

                                                _____
                                                   AUTHORIZED SIGNATURE

⑈017354⑈ ⑆122402049⑆ 0895737864⑈

USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT
Del Bunch and

| | |
|---|---|
| | 17982 |
| Check Number: | 17982 |
| Check Date: | Nov 6, 2000 |
| Check Amount: | $51,513.89 |

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| int w-cap. | | 51,513.89 |

---

USA COMMERCIAL MORTGAGE CO.
COLLECTION TRUST ACCOUNT
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

WELLS FARGO BANK NEVADA, N.A.
LAS VEGAS, NV
94-204/1224

17982

DATE    Nov 6, 2000         AMOUNT    ****$51,513.89*

Memo:

PAY  Fifty-One Thousand Five Hundred Thirteen and 89/100 Dollars

TO THE   Del Bunch and
ORDER
OF:      Ernestine Bunch

_____
AUTHORIZED SIGNATURE

⑆017982⑆ ⑈122402049⑈0895737864⑈

**USA COMMERCIAL MORTGAGE CO.**
COLLECTION TRUST ACCOUNT
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

WELLS FARGO BANK NEVADA, N.A.
LAS VEGAS, NV
94-204/1224

**186**

DATE: Dec 5, 2000         AMOUNT: ****$58,333.33

Memo:

PAY Fifty-Eight Thousand Three Hundred Thirty-Three and 33/100 Dollars

TO THE ORDER OF: Del Bunch and Ernestine Bunch

AUTHORIZED SIGNATURE

⑂018631⑂ ⑆122402049⑆0895737864⑂

Dec 27 2006 12:20PM  Walker Realty                (702) 228-2279              p.6

USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT                          1928

Del Bunch and                           Check Number:  19289
                                        Check Date:    Jan 4, 2001

                                        Check Amount:  $65,000.00
Item to be Paid - Description           Discount Taken    Amount Paid
---
int w-cap                                                   65,000.00

R007

---

**USA COMMERCIAL MORTGAGE CO.**
COLLECTION TRUST ACCOUNT
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

WELLS FARGO BANK NEVADA, N.A.
LAS VEGAS, NV
94-204/1224

1928

                                  DATE                        AMOUNT
                           Jan 4, 2001         ****$65,000.00*

Memo:
PAY  Sixty-Five Thousand and 0/100 Dollars

TO THE   Del Bunch and
ORDER    Ernestine Bunch
OF:
                                                    Victoria S. Hurley
                                                    AUTHORIZED SIGNATURE

8 SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑆019289⑆ ⑈122402049⑈ 0895737864⑈

USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT                                 1993
Del Bunch and                          Check Number:  19935
                                       Check Date:    Feb 5, 2001

                                       Check Amount:  $68,888.89
Item to be Paid - Description          Discount Taken    Amount Paid
        int w-cap usa                                     68,888.89

USA COMMERCIAL MORTGAGE CO.            WELLS FARGO BANK NEVADA, N.A.              19935
COLLECTION TRUST ACCOUNT               LAS VEGAS, NV
4484 SOUTH PECOS ROAD                  94-204/1224
LAS VEGAS, NV 89121

                                                DATE                AMOUNT
                                       Feb 5, 2001      ****$68,888.89*
Memo:
PAY  Sixty-Eight Thousand Eight Hundred Eighty-Eight and 89/100 Dollars

TO THE  Del Bunch and
ORDER   Ernestine Bunch
OF:
                                                    Victoria S Hooly
                                                    AUTHORIZED SIGNATURE

⑆019935⑆ ⑈122402049⑈0895737864⑈

*gone to Bank*

USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT                                    2060
   Del Bunch and                              Check Number: 20601
                                              Check Date:   Mar 6, 2001

                                              Check Amount: $62,222.22
Item to be Paid - Description                 Discount Taken    Amount Paid
       int w-cap                                                   62,222.22

USA COMMERCIAL MORTGAGE CO.          WELLS FARGO BANK NEVADA, N.A.            2060
COLLECTION TRUST ACCOUNT                      LAS VEGAS, NV
4484 SOUTH PECOS ROAD                          94-204/1224
LAS VEGAS, NV 89121

                                              DATE                  AMOUNT
                                         Mar 6, 2001      ****$62,222.22*
Memo:
PAY Sixty-Two Thousand Two Hundred Twenty-Two and 22/100 Dollars

TO THE Del Bunch and
ORDER
OF:    Ernestine Bunch

                                                    AUTHORIZED SIGNATURE

⑁020601⑁ ⑁122402049⑁08957378 64⑁

Dec 27 2006 12:19PM  Walker Realty                (702) 228-2279            p.3

APR-10-01 TUE 1:29 PM
USA COMMERCIAL MORTGAGE CO./COLLECTION TRUST ACCOUNT

Del Bunch and                                Check Number: 21232
                                             Check Date: Apr 5, 2001

                                             Check Amount: $69,000.00
Item to be Paid - Description                Discount Taken    Amount Paid
                                                                69,000.00
   int w-cap

---

**USA COMMERCIAL MORTGAGE CO.**                WELLS FARGO BANK NEVADA, N.A.          21232
**COLLECTION TRUST ACCOUNT**                   LAS VEGAS, NV
4484 SOUTH PECOS ROAD                          94-204/1224
LAS VEGAS, NV 89121

                                           Apr 5, 2001      ****$69,000.00*

Memo:
    Sixty-Nine Thousand and 0/100 Dollars
PAY

TO THE  Del Bunch and
ORDER   Ernestine Bunch
OF:
                                              Victoria S. Hooley
                                              AUTHORIZED SIGNATURE

⑆021232⑆ ⑈122402049⑈ 089573786 ⑈

USA COMMERCIAL MORTGAGE CO.  
COLLECTION TRUST ACCOUNT  
4484 SOUTH PECOS ROAD  
LAS VEGAS, NV 89121

WELLS FARGO BANK NEVADA, N.A.  
LAS VEGAS, NV  
94-204/1224

219

DATE  May 2, 2001          AMOUNT  ****$68,333.33

Memo:

PAY Sixty-Eight Thousand Three Hundred Thirty-Three and 33/100 Dollars

TO THE ORDER OF: Del Bunch and Ernestine Bunch

AUTHORIZED SIGNATURE