1  Jeffrey L. Hartman, Esq. #1607
   **HARTMAN & HARTMAN**
2  510 West Plumb Lane, Suite B
   Reno, Nevada 89509                              E-Filed 12/29/06
3  Telephone: (775) 324-2800
   Telecopier: (775) 324-1818
4  Email: notices@bankruptyreno.com

5  Attorneys for Douglas Carson

6
                    **UNITED STATES BANKRUPTCY COURT**
7                          **DISTRICT OF NEVADA**

8  In Re:                                    Case Nos. BK-S-06-10725LBR
                                              Case Nos. BK-S-06-10726LBR
9  USA COMMERCIAL MORTGAGE CO.,               Case Nos. BK-S-06-10727LBR
                                              Case Nos. BK-S-06-10728LBR
10        Debtor.                             Case Nos. BK-S-06-10729LBR
                                      /
11 In Re:                                    Chapter 11
                                              Jointly Administered Under
12 USA CAPITAL REALTY ADVISORS,               Case No. BK-S-06-10725 LBR
   LLC,
13        Debtor.
                                      /
14 In Re:

15 USA CAPITAL DIVERSIFIED TRUST             **RESPONSE TO OMNIBUS**
   DEED FUND, LLC,                           **OBJECTION TO MISFILED CLAIMS**
16
          Debtor.
17                                    /
   In Re:                                    **Hearing Date:  January 3, 2007**
18                                           **Hearing Time: 9:30 a.m.**
   USA CAPITAL FIRST TRUST DEED
19 FUND, LLC,

20        Debtor.
                                      /
21 In Re:

22 USA SECURITIES, LLC.,

23        Debtor.

24 Affects:
   ☐ All Debtors
25 ☐ USA Commercial Mortgage Company
   ☐ USA Capital Realty Advisors, LLC
26 **☒ USA Capital Diversified Trust Deed Fund, LLC**
27 ☐ USA First Trust Deed Fund, LLC
   ☐ USA Securities, LLC
28                                    /

Douglas Carson ("Carson") hereby responds to the Omnibus Objection Of The Official Committee Of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC To Claims On Equity Misfiled As Creditor Claims ("Objection").

On or about November 3, 2006, Carson filed a proof of claim for $1,119.58. Exhibit A attached hereto. Appended to the Proof of Claim is a copy of page 3 of 10 pages on schedule F filed by debtor USA Capital Diversified Trust Deed Fund, LLC. The schedule F entry is not disputed, not contingent and not unliquidated. Attached as Exhibit B is a copy of Carson's bank statement demonstrating that his account was charged because the check was not honored, together with a copy of the check. A copy of the USA Capital Diversified Trust Deed Fund, LLC. check is attached to Exhibit B.

There is no legitimate basis for an objection to this claim as an unsecured claim. Although the Objection makes the blanket statement that all of the claims should be reclassified as equity interests, there is no analysis as to why a claim on a dishonored check should be reclassified as equity.

Carson requests that the Objection be overruled as to his unsecured claim for $1,119.58.

Dated this 29th day of December, 2006.

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Douglas Carson

**EXHIBIT A**

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court | District of NEVADA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: USA CAPITAL DIVERSIFIED TDF | Case Number: 06-10727-LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**DOUGLAS CARSON**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
HC 34 BOX 34153
ELY, NEVADA 89301

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)        (date)

2. Date debt was incurred:

3. If court judgment, date obtained:

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   **Unsecured Nonpriority Claim** $1,119.58

   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $_____

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed:** $_____ _____ _____ $1,119.58
   (unsecured) (secured) (priority) (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11/03/06 | Jeffrey L. Hartman attorney in fact (JEFFREY L. HARTMAN) |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

In re **USA Capital Diversified Trust Deed Fund, LLC**  
Debtor

Case No. **06-10727-LBR**  
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| Vendor No. 11605  s19915<br>BRYAN L FIDLER AND DAWN E LUCAS<br>100 S BUFFALO DR #120<br>LAS VEGAS, NV 89117 | | GOODS,SERVICES,TRADE<br>PRE-PETITION OUTSTANDING CHECK (ACCTNBR: 11605 / CHECKNBR: 39236) | | $420.54 |
| Vendor No. 3012  s19865<br>CAROL ANN TURNER<br>10538 SOPRA COURT<br>LAS VEGAS, NV 89135 | | GOODS,SERVICES,TRADE<br>PRE-PETITION OUTSTANDING CHECK (ACCTNBR: 3012 / CHECKNBR: 26527) | | $937.64 |
| Vendor No. 12416  s19871<br>CYNTHIA DEITZ<br>1973 N NELLIS #180<br>LAS VEGAS, NV 89115 | | GOODS,SERVICES,TRADE<br>PRE-PETITION OUTSTANDING CHECK (ACCTNBR: 12416 / CHECKNBR: 29120) | | $264.01 |
| Vendor No. 1674  s19886<br>DAWN MARIE TUFFANELLI<br>2260 MOHIGAN WAY<br>LAS VEGAS, NV 89109 | | GOODS,SERVICES,TRADE<br>PRE-PETITION OUTSTANDING CHECK (ACCTNBR: 1674 / CHECKNBR: 37971) | | $1,352.03 |
| Vendor No. 13216  s19873<br>DELANA D NELSON<br>3045 NATALIE DRIVE<br>RENO, NV 89509 | | GOODS,SERVICES,TRADE<br>PRE-PETITION OUTSTANDING CHECK (ACCTNBR: 13216 / CHECKNBR: 29963) | | $468.22 |
| Vendor No. 13216  s19875<br>DELANA D NELSON<br>3045 NATALIE DRIVE<br>RENO, NV 89509 | | GOODS,SERVICES,TRADE<br>PRE-PETITION OUTSTANDING CHECK (ACCTNBR: 13216 / CHECKNBR: 30603) | | $480.21 |
| Vendor No. 14762  s19878<br>DONNA J HELLWINKLE<br>4555 SADDLEHORN DRIVE<br>RENO, NV 89511 | | GOODS,SERVICES,TRADE<br>PRE-PETITION OUTSTANDING CHECK (ACCTNBR: 14762 / CHECKNBR: 36851) | | $741.30 |
| Vendor No. 354  s19897<br>DOUGLAS W CARSON<br>HC 34 BOX 34153<br>ELY, NV 89301 | | GOODS,SERVICES,TRADE<br>PRE-PETITION OUTSTANDING CHECK (ACCTNBR: 354 / CHECKNBR: 38750) | | $1,119.58 |
| Vendor No. 16453  s19872<br>EDGAR WOLF<br>3868 CARLTON DR<br>ATLANTA, GA 30341 | | GOODS,SERVICES,TRADE<br>PRE-PETITION OUTSTANDING CHECK (ACCTNBR: 16453 / CHECKNBR: 29349) | | $232.76 |

Sheet no. 3 of 10     sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

# EXHIBIT B

WELLS FARGO BANK NEVADA
PO BOX 53470
PHOENIX, AZ 85072-3470



DOUGLAS W CARSON, TTEE
DOUGLAS W CARSON TRUST
HC 34
BOX 34153
ELY  NV    89301

ITEMS ENCLOSED:    1

PAGE   1 OF   1   ACCOUNT CHARGED  ▓▓▓▓69                                              DATE: 04-25-2006
-----------------------------------------------------------------------------------------------------
YOUR ACCOUNT HAS BEEN CHARGED FOR THE FOLLOWING ITEM(S) RETURNED UNPAID.

                                   REASON FOR NON-PAYMENT          SEQUENCE #            AMOUNT

DEPOSITORY ACCOUNT NUMBER:   ▓▓▓▓69

CHARGES FOR PAPER RETURNS
                                   Account Closed                  3430252411           1,119.58
TOTAL CHARGES FOR PAPER RETURNS                                                         1,119.58




                    TOTAL CHARGES FOR PAPER RETURNS                                     1,119.58
                    TOTAL FEES                                                              7.00

SHOULD YOU HAVE ANY QUESTIONS OR REQUIRE ADDITIONAL INFORMATION, PLEASE CALL THE
PHONE NUMBER THAT IS LISTED ON YOUR BANK STATEMENT.

| | |
|---|---|
| USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC<br>4484 PECOS ROAD<br>LAS VEGAS, NV 89121<br>PH. (702) 734-2400 | **38750**<br>94-77/1224 |

PAY TO THE ORDER OF: Douglas W. Carson, TTEE
HC 34 Box 34153
ELY NV 89301

One Thousand One Hundred and Nineteen Dollar(s) and Fifty Eight Cents ************************

DATE 3/16/2006
AMOUNT 1,119.58

NEVADA STATE BANK
P.O. BOX 990
LAS VEGAS, NEVADA 89125-0990
www.nsbank.com

AUTHORIZED SIGNATURE

⑈038750⑈  ⑆122400779⑆ 055 20 166 70⑈  ⑈0000111958⑈