E-FILED DECEMBER 29, 2006

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **EX PARTE APPLICATION FOR ORDER APPROVING EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE AT GREAT WHITE INVESTMENTS NV, INV. Y PURSUANT TO FED. R. BANKR. P. 2004** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

Pursuant to Fed. R. Bank. P. 2004, USA Commercial Mortgage Company and USA Capital Diversified Trust Deed Fund, LLC (collectively, the "Debtors"), by and through their counsel, hereby apply for an order directing the person most knowledgeable at Great White Investments NV, Inc. ("Great White"), to be examined under oath concerning (1) its claims

against HMA Sales, USA Investment Partners, Joseph Milanowski, and Thomas Hantges; and (2) the recipients of any and all distributions made by Great White in relation to the One Million Dollar ($1,000,000.00) payment it received from the proceeds of the Royal Hotel sale.

Fed. R. Bank. P. 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity."

Local Rule 2004 provides, in pertinent part, the following:

> (b) Order for examination. Orders for examination may be signed by the clerk if the date set for examination is more than ten (10) business days from the date such motion is filed….

As set forth above, the date for the proposed examination is more than ten (10) business days from the date of this Application. Accordingly, Debtors respectfully request that the Clerk of the Court docket the Order for Examination of HMA pursuant to Fed. R. Bank. P. 2004 submitted herewith.

WHEREFORE, Debtors respectfully request that this Honorable Court direct HMA to appear through its representative designated in accordance with Fed. R. Civ. P 30(b)(6) on January 16, 2007 at 10:00 a.m. at the office of Schwartzer & McPherson Law Firm located at 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada 89146, and continuing thereafter until completed.

Dated: December 29, 2006.

/s/ Lenard E. Schwartzer
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Attorneys for Debtors and Debtors-in-Possession

Great White 2004 Examination Application      - 2 -