1  OPP
   SUSAN WILLIAMS SCANN, ESQ.      E-Filed On 12/29/06
2  Nevada Bar No. 000776
   PAUL R. CONNAGHAN, ESQ.
3  Nevada Bar No. 003229
   DEANER, DEANER, SCANN, MALAN & LARSEN
4  720 South Fourth Street, Suite #300
   Las Vegas, Nevada 89101 (702) 382-6911
5  Attorneys for Plaintiff Binford Medical Developers, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>            Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>            Debtor | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>            Debtor | Date of Hearing: January 17, 2007<br>Time of Hearing: 9:30a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>            Debtor | Affects:<br>■USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>■ USA Capital First Trust Deed Fund, LLC |
| In re:<br>USA SECURITIES, LLC.<br><br>            Debtor | ☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>☐All Debtors |

**OPPOSITION TO USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO PROOF OF CLAIM NO. 784 FILED BY BINFORD MEDICAL DEVELOPERS LLC**

COMES NOW, Creditor, BINFORD MEDICAL DEVELOPERS LLC, ("Binford") by and through its attorney, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and hereby opposes USA Commercial Mortgage Company's Objection to Proof of Claim No. 784 Filed By Binford Medical Developers LLC.

USA Commercial Mortgage ("USACM") objects to Binford's Proof of Claim on two grounds: (1) USACM contends that it was not obligated to provide further funding under the Side

Agreement because Binford was in default, (2) that Binford's damages are too speculative to be allowed at this stage of the proceedings.

USACM acknowledges that Binford has filed Adversary proceeding No. 06-01212-LBR, Binford Medical Developers LLC vs. USA Commercial Mortgage and Fidelity National Title Group (Fidelity National Title Group is named in an interpleader capacity only). USACM has filed an Answer and Counterclaim for Declaratory Relief. A Motion for Partial Summary Judgment filed by USACM is pending relating to the Declaratory Relief Claim but does not seek a declaration that Binford has no claim against USACM (but does not admit the existence of the claim either). This is an admission that issues of fact exist in the Adversary proceeding concerning the amount and nature of damages.

This Court recently allowed the claim of Binford for voting purposes only. The amount of Binford's Proof Claim for allowance is subject to further to Court proceedings.

1. **Binford was not in default on interest payment; USACM breached first.**

USACM argues that Binford defaulted on the loan and as a result, completion of funding is excused. This argument fails for two reasons. First, USACM defaulted on the loan not Binford. USACM claims that Binford defaulted in May, 2006. That is incorrect. USACM defaulted in December and again in April and May when all of the loan funds were due to be deposited in the Construction Control Account per Exhibit "C" to the Loan Agreement. A copy of that Exhibit is attached to Schmidt Declaration ("Schmidt Declaration") filed in support of Binford's Motion to Temporarily Allow Claim of Binford Medical Developers LLC for Voting Purposes and attached hereto as Exhibit "1" and incorporated by reference herein. USACM admits that it failed to disburse Binford's last draw request.

Exhibit "C", the Disbursement Schedule, provides that all but $62,000.00 of the loan proceeds would have been funded by month seven and all of the loan proceeds by month nine. USACM contends that Binford was in breach of the Loan Agreement by failing to pay interest before USACM's obligation to fully fund the loan arose. The facts show this is incorrect. The loan began funding in September of 2005. Accordingly, by April of 2006, all but $62,000.00 should have been

2

funded. Attached hereto as Ex. "2" is a table comparing USACM's actual funding against the Distribution Schedule. USACM failed to deposit the $783,854 due in April, 2006. Previous funding benchmarks were not met. The remaining $62,000.00 should have been funded by no later than June, 2006. Binford was current on its interest through June 1, 2006 as shown by copies of USACM's monthly billing summary for the month of April and May of 2006. These are attached hereto as Exhibit "3". Exhibit 2 shows the shortfall in funding, which totals $925,000.00.

As shown by the Schmidt's Declaration attached hereto as Exhibit "4", the failure to fund the remaining $925,000.00 has had serious consequences for Binford's project. Binford is every bit as much a victim in this case as the Direct Lenders.

USACM also now argues that Binford defaulted first on May 12, 2006, because it had insufficient funds to complete the project and pay interest. The reason there were insufficient funds to complete the project in the draw account was due to USACM's prior failure to fund. USACM now attempts to use its own default to argue that it is entitled pursuant to paragraph 6.7(b) to terminate further disbursements. The party which is in itself in breach cannot put the other party in breach of the contract. *Young Electric Sign Company v. Fohrman*, 86 Nev. 185, 188, 466 P.2d 846 (1970).

Not only did USACM agree to fund the project, but it agreed to make sure that the contractor was paid. The Lenders, through USACM as its agent, USACM, Binford and Smith Development and Construction Company entered into an Agreement whereby the contractor would be paid from undisbursed construction funds in the event of Binford's default. USACM is in breach of this contract by not causing the $330,000.00 still in escrow at Fidelity to be disbursed to the contractor.

2. **The Damages Are Not Too Speculative**.

11 USC §502(b) provides that when an objection is made, the Court will hear and determine the amount of the claim

> "...except to the extent that -
> (1) such claim is unenforceable against the debtor and property of the debtor, any agreement or applicable law **for a reason other than such claim is contingent or unmatured**; (emphasis added).

3

1  . . .
   . . .
2  ... (c) There shall be estimated for purpose of allowance under this section-
3      (1) any contingent or unliquidated claim, the fixing or liquidation of which, as the case may be, would unduly delay the administration of the case; or

The Court has already gone through an estimation process for the Binford claim in relation to voting. Binford submits that a similar process can take place under 11USC §502(c)(1). Alternatively, the claim can simply be liquidated through the Adversary proceeding now pending.

### CONCLUSION

Based on the fact that the claim can be estimated pursuant to 502(c) and that USACM breached the Agreement, Binford requests that the objection to its Proof of Claim be denied and that the Claim be estimated and allowed for purposes of distribution.

DATED this 28th day of December, 2006

Respectfully Submitted,

DEANER, DEANER, SCANN, MALAN and LARSEN

By: _____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorneys for Plaintiff
Binford Medical Developers, LLC

4

## CERTIFICATE OF MAILING

I hereby certify that service of the above and foregoing OPPOSITION TO USA COMMERCIAL MORTGAGE COMPANY'S OBJECTION TO PROOF OF CLAIM NO. 784 FILED BY BINFORD MEDICAL DEVELOPERS LLC was made this 28th day of December, 2006, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

**DEBTOR AND COUNSEL**
Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

Lenard E. Schwartzer
Jeanette E. Mcpherson
Schwartzer & Mcpherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

USA Commercial Mortgage
USA Capital Realty Advisors, LLC
USA Capital Diversified Trust Deed Fund, LLC
USA Capital First Trust Deed Fund, LLC
USA Securities, LLC
Thomas J. Allison
4484 South Pecos Road
Las Vegas, NV 89121

Office of the U.S. Trustee
600 Las Vegas Blvd., South,
Ste. 4300
Las Vegas, NV 89101

_/s/ Christine Alexander_
Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\Binford Medical Developers, LLC\DOCS\OPP2USA's Obj 2Proof of Claim.wpd

5