**EXHIBIT 1**

## EXHIBIT "C"

## DISBURSEMENT SCHEDULE

All advances after the closing are subject to Section 3.2 of the Loan Agreement. Month "X" means "X" months after closing.

| MONTH | TOTAL | INTEREST | DRAWS |
|---|---|---|---|
| Close | $4,250,000 | $65,000 | $4,185,000 |
| Month 1 | $ 233,200 | $ 0 | $ 233,200 |
| Month 2 | $ 335,200 | $49,000 | $ 286,200 |
| Month 3 | $ 638,949 | $54,000 | $ 584,949 |
| Month 4 | $ 759,899 | $61,000 | $ 698,899 |
| Month 5 | $ 768,899 | $70,000 | $ 698,899 |
| Month 6 | $ 542,999 | $72,000 | $ 470,999 |
| Month 7 | $ 783,854 | $67,000 | $ 716,854 |
| Month 8 | $ 42,000 | $42,000 | 0 |
| Month 9 | $ 20,000 | $20,000 | 0 |
| Month 10 | $ 0 | $ 0 | 0 |
| Month 11 | $ 0 | $ 0 | 0 |
| Month 12 | $ 0 | $ 0 | 0 |
| Total | $8,375,000 | $500,000 | $ 7,875,000 |

EXHIBIT "2"

# Binford Medical Developers, LLC's

## DISBURSEMENT SCHEDULE - Page 2

| Month Due | Amount due per Contract | Actual Amount Funded |
|---|---|---|
| September-05 | $4,250,000.00 | $4,250,000.00 |
| October-05 | $233,200.00 | $250,000.00 |
| November-05 | $335,200.00 | $350,000.00 |
| December-05 | $638,949.00 | $0.00 |
| January-06 | $759,899.00 | $750,000.00 |
| February-06 | $768,899.00 | $700,000.00 |
| March-06 | $542,999.00 | $500,000.00 |
| April-06 | $783,854.00 | $0.00 |
| May-06 | $42,000.00 | $650,000.00 |
| June-06 | $20,000.00 | $0.00 |
| July-06 | $0.00 | $0.00 |
| August-06 | $0.00 | $0.00 |
| September-06 | $0.00 | $0.00 |
| Totals: | $8,375,000.00 | $7,450,000.00 |

EXHIBIT "3"

Case 06-10725-gwz   Doc 2329-1   Entered 12/29/06 10:43:02   Page 6 of 8

May-22-2006 06:25    From-USA Capital                                          T-720  P.003/003  F-672



For questions regarding your stateme
please contact us at 1-888-921-80
or 702-734-24

4484 S. Pecos Rd.
Las Vegas NV 89121

Interest Contact
Ken Schmidt
Fax: 317-253-7170

### Statement Information

| Page Count | 1 |
|---|---|
| Statement From - To | 5/1/2006 - 5/31/2006 |
| Bill Due Date | 6/1/2006 |
| Total Amount Due | $ 83,398.61 |

## Monthly Billing Summary

**Account: Binford Medical Developers**

| Current Interest Due | 83,398.61 | Late Fees | 0.00 | Extension Fees | 0.00 |
|---|---|---|---|---|---|
| 30 Day Late Interest Due | 0.00 | Exit Fees | 0.00 | | |
| 60 Day Late Interest Due | 0.00 | Legal Fees | 0.00 | | |
| 90+ Day Late Interest Due | 0.00 | Service Fees | 0.00 | | |

## Account Transaction Detail

| Transaction Date | Transaction Type | Beginning Balance | Ending Balance | Transaction Amount |
|---|---|---|---|---|
| **Interest Transactions (last 90 days)** | | | | |
| 05/11/2006 | Interest Payment | | | 83,412.50 |
| 04/21/2006 | Interest Adjustment | | | 704.17 |
| 04/13/2006 | Interest Payment | | | 74,858.33 |
| 02/27/2006 | Interest Payment | | | 61,425.00 |
| **Principal Transactions (last 90 days)** | | | | |
| 03/29/2006 | Fund | $6,800,000.00 | $7,450,000.00 | 650,000.00 |
| 03/08/2006 | Fund | $6,300,000.00 | $6,800,000.00 | 500,000.00 |

## Full Account Summary

**Account: Binford Medical Developers**

| Original Loan Amount | Total Loan Balance | IR% | Total Principal Paid To Date | Total Interest Paid To Date** |
|---|---|---|---|---|
| 8,375,000.00 | 7,450,000.00 | 13.00% | 0.00 | 0.00 |

Account Notes :

**Total Interest Paid to Date will not be calculated until your next statement, and will only reflect interest payments received from April 1, 2005 on...

*** New Wiring Instructions ***

USA Commercial Mortgage Co.
Bank of America

Routing No. 026009593    Account No. 37555 32396

Reference Loan # 286

Apr-23-2006 19:46    From-USA Capital

T-633    P 001/001    F-562



4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-80(
or 702-734-24(

**Interest Contact**
Ken Schmidt
Fax: 317-253-7170

## Statement Information

| | |
|---|---|
| Page Count | 1 |
| Statement From - To | 4/1/2006 - 4/30/2006 |
| Bill Due Date | 5/7/2006 |
| Total Amount Due | $81,412.50 |

## Monthly Billing Summary

| Account: Binford Medical Developers | | | | | |
|---|---|---|---|---|---|
| Current Interest Due | 81,412.50 | Late Fees | 0.00 | Extension Fees | 0.00 |
| 30 Day Late Interest Due | 0.00 | Exit Fees | 0.00 | | |
| 60 Day Late Interest Due | 0.00 | Legal Fees | 0.00 | | |
| 90+ Day Late Interest Due | 0.00 | Service Fees | 0.00 | | |

## Account Transaction Detail

| Transaction Date | Transaction Type | Beginning Balance | Ending Balance | Transaction Amount |
|---|---|---|---|---|
| Interest Transactions (last 90 days) | | | | |
| 04/21/2006 | Interest Adjustment | | | 704.17 |
| 04/13/2006 | Interest Payment | | | 74,858.33 |
| 02/27/2006 | Interest Payment | | | 61,425.00 |
| 01/26/2006 | Interest Payment | | | 60,251.39 |
| Principal Transactions (last 90 days) | | | | |
| 03/29/2006 | Fund | $6,800,000.00 | $7,450,000.00 | 650,000.00 |
| 03/08/2006 | Fund | $6,300,000.00 | $6,800,000.00 | 500,000.00 |
| 02/10/2006 | Fund | $5,600,000.00 | $6,300,000.00 | 700,000.00 |

## Full Account Summary

| Account: Binford Medical Developers | | | | |
|---|---|---|---|---|
| Original Loan Amount | Total Loan Balance | IR% | Total Principal Paid To Date | Total Interest Paid To Date** |
| 8,375,000.00 | 7,450,000.00 | 13.00% | 0.00 | 0.00 |
| Account Notes: | | | | |

**Total Interest Paid to Date will not be calculated until your next statement, and will only reflect interest payments received from April 1, 2005 on...

**EXHIBIT 4**