EXHIBIT "A"

LENDER

NAME                                                                    AMOUNT

## EXHIBIT "A"

### LENDERS

| | NAMES | AMOUNT |
|---|---|---|
| 1. | Kenneth Addes & Victoria Addes Co-Trustees of the Addes Trust | $50,000 |
| 2. | The Baltes Company, a Michigan Corporation | $100,000 |
| 3. | Jerry L. Blackman, Sr. and Carolyn N. Blackman Living Trust, dated 11/26/01 | $50,000 |
| 4. | Gregory E. Borgel, a married man dealing with his sole and separate property | $50,000 |
| 5. | Raymond Brahy & Rita Brahy, husband & wife, as joint tenants with right of survivorship | $75,000 |
| 6. | Vincent Bruno, a widower | $50,000 |
| 7. | Maurice A. Cauchois & Jacqueline M. Cauchois Trustees of the M & J Cauchois Family Trust dated 2/25/93 | $50,000 |
| 8. | Jack R. Clark & Linda C. Reid, husband & wife, as joint tenants with right of survivorship | $125,000 |
| 9. | Martin A. Davis & Virginia Lee Davis Trustees of the Davis Family 2000 Trust | $100,000 |
| 10. | Peter M. Digrazia DMD LTD PSP | $50,000 |
| 11. | David M. Edwards and Marcy P. Edwards, Trustees of the David M. & Marcy P. Edwards Family Trust | $50,000 |
| 12. | Pioneer Accounting & Investments, LLC a Colorado LLC, Christian Elbert Manager | $50,000 |
| 13. | Ellis L. Elgart and Sivia V. Elgart, Trustees of the Ellis L. Elgart Revocable Living Trust dated 7/8/02 | $50,000 |
| 14. | Patricia Ferguson Trustee of the Ferguson Living Trust dated 6/28/00 | $50,000 |
| 15. | Karyn Y. Finlayson Trustee of the 2003 Karyn Y. Finlayson Trust dated 12/29/03 | $100,000 |
| 16. | Robin B. Graham & Celia Allen-Graham Trustees of the Graham Family Trust dated 10/26/78 | $100,000 |
| 17. | Charles T. Hamm and Sandra L. Hamm, Trustees of the Hamm Trust dated 3/17/05 | $50,000 |
| 18. | Harold G. Hartwell, an unmarried man | $150,000 |
| 19. | Roland J. Hearn & Risa V.S. Hearn Trustees of the Roland J. Hearn & Risa V.S. Hearn Living Trust dated 2/19/93 | $100,000 |
| 20. | Don Hellings Trustee of the Don & Helen Hellings Family Trust | $50,000 |
| 21. | Philip C. Higerd, Trustee of The Philip Higerd Family Trust dated 5-30-03 | $50,000 |
| 22. | Ned Homfeld, an unmarried man | $100,000 |
| 23. | Fisko Ventures, LLC. | $50,000 |
| 24. | Stephen V. Kowalski & Maria T. Sutherland, husband and wife as joint tenants with the right of survivorship | $50,000 |

| | | |
|---|---|---|
| 25. | David Kravitz & Mable R. Kravitz Trustees of the Kravitz Family Revocable Trust under agreement dated 12/9/99 | $50,000 |
| 26. | Raymond Nunez & Sandra L. Lawson Trustees of the The Raymond & Sandra Nunez Family Trust | $50,000 |
| 27. | Randall Lococo & Allison Lococo, joint tenants with right of survivorship | $50,000 |
| 28. | Stuart J. Madsen Trustee of the Stuart J. Madsen Trust dated 9/7/00 | $100,000 |
| 29. | E. Grace Marston Trustee of the Marston Family Trust dated 8/13/93 | $50,000 |
| 30. | John M. Marston & Linda S. Marston, husband & wife, as joint tenants with right of survivorhsip | $50,000 |
| 31. | Morris Massry, a married man dealing with his sole & separate property | $100,000 |
| 32. | Jack R. Mennis & Susan A. Mennis, husband & wife, as joint tenants with right of survivorship | $50,000 |
| 33. | Dr. Russell Gordon Tilley Millar Trustee of the R.G.T. Millar Trust dated 6-28-1988 | $60,000 |
| 34. | Wesley L. Monroe & Jeannie M. Monroe, as joint tenants with right of survivorship | $75,000 |
| 35. | Elaine Mullin Trustee for the benefit of Elaine P. Mullin Trust dated 8/6/90 | $70,000 |
| 36. | Ronald Douglas Neal, a married man, dealing with his sole and separate property | $50,000 |
| 37. | Shirley Payne, an unmarried woman | $50,000 |
| 38. | Tobi S. Pepper, Trustee, Tobi S. Pepper Inter Vivos Trust dated 7/6/78 as amended | $50,000 |
| 39. | Jack Polen Trustee of the Jack & Gladys Polen Family Trust dated 6/28/88 | $50,000 |
| 40. | Dennis Raggi, a married man dealing with his sole & separate property | $75,000 |
| 41. | Moshe Ram & Barbara Ram Trustees for the benefit of The Ram Family Trust dated 6/22/01 | $50,000 |
| 42. | Nicholas J. Santoro and Juanita Santoro, Trustees of the Santoro Family Trust U/T/D 4/29/02 | $50,000 |
| 43. | Arthur P. Schnitzer & Lynn S. Schnitzer Trustees of the Schnitzer Living Trust dated 10/29/91 | $50,000 |
| 44. | Joan L. Shoop and Kenneth D. Shoop, husband and wife as joint tenants with right of survivorship | $50,000 |
| 45. | Todd Sinett & Wendy Sinett, husband & wife, as joint tenants with right of survivorship | $50,000 |
| 46. | Ralph Raymond Storch and Denise Rose Storch, Trustees of the Storch Family Trust, dated 5/3/04 | $115,000 |
| 47. | Alfonso Tennariello & Jean Tennariello Co-Trustees of the Tennariello Revocable Trust dated 7/10/97 | $50,000 |
| 48. | Douglas Tichenor & Susan Tichenor, husband & wife, as joint tenants with right of survivorship | $50,000 |
| 49. | First Savings Bank Custodian for Anton Trapman Roth IRA | $70,000 |
| 50. | First Savings Bank Custodian for Anton Trapman Traditional IRA | $30,000 |

| | | |
|---|---|---|
| 51. | USA Capital First Trust Deed Fund | $855,000 |
| 52. | Gregory J. Walch Trustee of the Gregory J. Walch and Shauna M. Walch Family Trust dated 11/12/04 | $75,000 |
| 53. | Jerry Woldorsky, a married man dealing with his sole & separate property | $75,000 |
| | TOTAL | $4,250,000 |

## EXHIBIT "B"

### APPROVED BUDGETS

| ITEM | AMOUNT |
|---|---|
| Refinance Mortgage | $3,100,000 |
| Shell Building | $2,650,000 |
| TI | $1,040,000 |
| Soft Cost | $ 95,500 |
| Land Infrastructure | $ 400,000 |
| Lender Fees | $ 418,750 |
| Broker Fees | $ 125,625 |
| Closing Cost | $ 33,125 |
| Interest Reserve | $ 500,000 |
| Project Disbursement | $ 12,000 |
| TOTAL | $8,375,000 |

## EXHIBIT "C"

### DISBURSEMENT SCHEDULE

All advances after the closing are subject to Section 3.2 of the Loan Agreement. Month "X" means "X" months after closing.

| MONTH | TOTAL | INTEREST | DRAWS |
|---|---|---|---|
| Close | $4,250,000 | $65,000 | $4,185,000 |
| Month 1 | $ 233,200 | $ 0 | $ 233,200 |
| Month 2 | $ 335,200 | $49,000 | $ 286,200 |
| Month 3 | $ 638,949 | $54,000 | $ 584,949 |
| Month 4 | $ 759,899 | $61,000 | $ 698,899 |
| Month 5 | $ 768,899 | $70,000 | $ 698,899 |
| Month 6 | $ 542,999 | $72,000 | $ 470,999 |
| Month 7 | $ 783,854 | $67,000 | $ 716,854 |
| Month 8 | $ 42,000 | $42,000 | 0 |
| Month 9 | $ 20,000 | $20,000 | 0 |
| Month 10 | $ 0 | $ 0 | 0 |
| Month 11 | $ 0 | $ 0 | 0 |
| Month 12 | $ 0 | $ 0 | 0 |
| Total | $8,375,000 | $500,000 | $ 7,875,000 |

EXHIBIT "D"

IMPROVEMENT PLANS

## EXHIBIT "E"

## PERMITTED EXCEPTIONS

Items 1 and 2 (with all taxes paid current), 3 and 4 (with all assessments paid current), and 5 through 17, as shown on Schedule C of that Commitment issued by _____ with an effective date of , 2005.

## EXHIBIT "F"

## LEGAL DESCRIPTION

EXHIBIT "G"

47

EXHIBIT "G"

EXHIBIT "H"

| To encumber only this Building Parcel | Name of Junior Encumbrance Holder | Maximum Amount of the Junior Encumbrance | Earliest Maturity Date of the Junior Encumbrance |
|---|---|---|---|
| III, IV and IV | Ronald Selke | $210,213.67 | December 1, 2006 |
| IV and V | Daniel B. Smith and Janyce L. Smith | $90,000.00 | December 1, 2006 |
| IV and V | David McNulty and Thomas J. McNulty | $90,000.00 | December 1, 2006 |
| IV and V | Thomas Waite | $300,000.00 | December 1, 2006 |
| IV and V | Nyton, Ltd | $100,000.00 | December 1, 2006 |
| IV and V | Thomas Waite | $200,000.00 | December 1, 2006 |

EXHIBIT "H"

EXHIBIT "H"

48

EXHIBIT "I"

49

EXHIBIT "I"