**EXHIBIT "5"**



Oct. 30. 2006 10:12PM    SEWARD SALES CORP.

 # Binford Medical Developers, LLC

September 8, 2006

Mr. Harry Westfall
Assistant Vice President
Construction Disbursement Services
40 N. Central Ave, Suite 2850
Phoenix AZ 85004

Re: Binford Medical Developers LLC
    Draw Request No. 12

Dear Mr. Westfall,

Enclosed is our formal request for Draw #12. Please review and ask Sean to call me if he
needs any additional information.

Regards,

Kenneth E. Schmidt
Managing Member

cc: A. Stevens
    J. Graub
    A. Vasiento
    D. Monson
    S. Strong
    A. Jarvis

 **Binford Medical Developers, LLC**

September 8, 2006

Mr. Sean Erickson
Construction Disbursement Services
Fidelity National Financial Companies
40 N. Central Avenue, Suite 2850
Phoenix, AZ 85004

Re:  Binford Medical Developers LLC
      Draw No. 12

Dear Mr. Erickson,

Enclosed please find the requested Budget Review that includes the enclosed Draw No. 12 items.

By copy of this letter to Ms. Amanda Stevens, I am requesting that she contact you to approve this release. If you wouldn't mind, please FEDEX these checks. Please use my Federal Express account number, 277613441, and my phone number, 317-979-1700, when mailing.

The checks to The Unity Group should be joint checks to The Unity Group/SDC Construction to assure proper payment.

Sean, thanks for your cooperation in this matter. If you need anything from me, please call. I'll expect the checks as soon as possible.

Respectfully,

Ken Schmidt

CC:  Amanda Stevens
      John Graub II
      Harry Westfall
      Rita Bennett

5200 E. 64th Street • Indianapolis, IN 46220
(317) 979-1700 PHONE • (317) 253-7170 FAX

Oct.30. 2006 10:12PM    SEWARD SALES CORP.                                No.7579    P. 5/5

## USA MORTGAGE DRAW REQUEST
## BINFORD MEDICAL DEVELOPERS, LLC
## SITE WORK & SOFT COSTS

### DRAW REQUEST NO. 12

| | Material/Service | Invoice Amount | Lien Waver |
|---|---|---|---|
| | | *107,081.72* | |
| SDC Construction | Contract (less retainage) | ~~435,771.24~~ | OK |
| CSO Arch. | Interior Design | 2,085.65 | N/A |
| Unity Physician Group/SDC Const. | Tenant Build Out | 35,358.19 | OK |
| Fabricated Foam, LLC | Roof Parapet/Interior Tenant Trim | 30,058.57 | N/A |
| Bose McKinney & Evans | Tenant Legal | 3,235.00 | N/A |
| All Seasons Insulation | Tenant Wall Insulation | 6,350.00 | N/A |
| L Davidson SouthEx | Labor Tenant Interior Trim | 25,185.00 | N/A |
| | TOTAL | ~~538,843.65~~ | |

*209,354.13*
*PAID*
*BY*
*FISCUM*