SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Annette W. Jarvis, Utah Bar No. 1649

2  Douglas M. Monson, Utah Bar No. 2293
Steven C. Strong, Utah Bar No. 6340

3  RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400

4  P.O. Box 45385
Salt Lake City, Utah 84145-0385

5  Telephone: (801) 532-1500
Facsimile: (801) 532-7543

6  Email: ajarvis@rqn.com

7  and

8  Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423

9  Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1

10  Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590

11  Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

12  Attorneys for Debtors and Debtors in Possession

13

14                    **UNITED STATES BANKRUPTCY COURT**

15                         **DISTRICT OF NEVADA**

16  | In re: | Case Nos. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case Nos. BK-S-06-10726 LBR |

17  |                          Debtor. | Case Nos. BK-S-06-10727 LBR |

| In re: | Case Nos. BK-S-06-10728 LBR |
18  | USA CAPITAL REALTY ADVISORS, LLC, | Case Nos. BK-S-06-10729 LBR |

|                          Debtor. | |
19  | In re: | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED | |
20  | FUND, LLC, | Jointly Administered Under |

|                          Debtor. | Case No. BK-S-06-10725 LBR |
21  | In re: | |
22  | USA CAPITAL FIRST TRUST DEED FUND, LLC, | **EX PARTE APPLICATION FOR** |
|                          Debtor. | **RELEASE OF ORDER GRANTING** |
23  | In re: | ***EX PARTE* APPLICATION TO FILE** |
24  | USA SECURITIES, LLC, | **MOTION UNDER SEAL** |
|                          Debtor. | **[AFFECTS USA COMMERCIAL** |
25  | Affects: | **MORTGAGE COMPANY]** |
|  ☐  All Debtors | |
26  |  ☒  USA Commercial Mortgage Company | |
|  ☐  USA Capital Realty Advisors, LLC | Date of Hearing:  N/A |
27  |  ☐  USA Capital Diversified Trust Deed Fund, LLC | Time of Hearing:  N/A |
|  ☐  USA Capital First Trust Deed Fund, LLC | |
28  |  ☐  USA Securities, LLC | |

E-FILED on December 28, 2006

1      Debtor and Debtor in Possession USA COMMERCIAL MORTGAGE COMPANY

2   ("USACM" or "Debtor"), by and through its counsel, Schwartzer & McPherson Law Firm, hereby

3   files this *Ex Parte* Application For Release of Order Granting Application To File Motion Under

4   Seal.  The Debtor respectfully requests that this Court grant the release of the entered Order

5   Granting Application To File Motion Under Seal, Docket No. 2043, to Debtor's counsel,

6   Schwartzer & McPherson Law Firm, so that the relief granted in the Order may be obtained.

7   DATED: December 28, 2006

8

9                                                     */s/   Jeanette E. McPherson*
                                                     Jeanette E. McPherson, Esq.
10                                                   Schwartzer & McPherson Law Firm
                                                     2850 South Jones Boulevard, Suite 1
11                                                   Las Vegas, Nevada  89146-5308

12                                                   and

13
                                                     Annette W. Jarvis, Utah Bar No. 1649
14                                                   RAY QUINNEY & NEBEKER P.C.
                                                     36 South State Street, Suite 1400
15                                                   P.O. Box 45385
                                                     Salt Lake City, Utah 84145-0385
16
                                                     Attorneys for Debtors and
17                                                   Debtors in Possession

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122