Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED DECEMBER 29, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE OF ORDER ON MOTION TO EXCLUDE DEBTORS FROM HAVING TO FILE INTER-COMPANY CLAIMS AGAINST EACH OTHER BY THE BAR DATE, OR ALTERNATIVELY FOR THE APPROVAL OF THE IMMEDIATE APPOINTMENT OF SPECIAL COUNSEL TO FILE AND PURSUE THE INTER-COMPANY DEBTOR CLAIMS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: October 30, 2006<br>Time: 9:30 a.m. |

1. On Decmeber 29, 2006 I served the following document(s):

    a. Notice Of Entry Of Order On Motion To Exclude Debtors From Having To File Inter-Company Claims Against Each Other By The Bar Date, Or Alternatively For The Approval Of The Immediate Appointment Of Special Counsel To File And Pursue The Inter-Company Debtors Claims.

2. I served the above-named document(s) by the following means to the persons as listed below:

☒     a.     **By ECF System:**

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO     ATENCIOK@GTLAW.COM

BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY     georganne.bradley@bullivant.! com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON     ltreadway@sheacarlyon.com,

*(Left margin: SCHWARTZER & McPHERSON LAW FIRM, 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada 89146-5308, Tel: (702) 228-7590 · Fax: (702) 892-0122)*

1. ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
2. ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
3. MICHAEL W! . CHEN    yvette@ccfirm.com
4. 
5. KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
6. JANET L. CHUBB    tbw@jonesvargas.com
7. JEFFREY A. COGAN    jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
8. WILLIAM D COPE    cope_guerra@yahoo.com
9. CICI CUNNINGHAM    bankruptcy@rocgd.com
10. GEORGE DAVIS    george.davis@weil.com
11. 
12. LAUREL E. DAVIS    bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
13. DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
14. THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
15. 
16. SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
17. GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
18. 
19. WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
20. CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
21. GERALD M GORDON    bankruptcynotices@gordonsilver.com
22. 
23. R. VAUGHN GOURLEY    vgourley@lvcm.com
24. TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
25. JAMES D. GREENE    bknotice@schrecklaw.com
26. MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
27. JEFFREY R! . HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;
28. aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| XANNA R. HARDMAN | xanna.hardman@gmail.com |
| STEPHEN R HARRIS | noticesbh&p@renolaw.biz |
| JEFFREY L HARTMAN | notices@bankruptcyreno.com |
| BRIGID M. HIGGINS | bankruptcynotices@gordonsilver.com |
| JOHN HINDERAKER | JHindera@LRL.com |
| RICHARD F. HOLLEY | rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| RANDOLPH L. HOWARD | rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| DAVID W. HUSTON | dwh@hustonlaw.net, swaits@hustonlaw.net! |
| CHRISTOPHER D JAIME | cjaime@waltherkey.com, kbernhar@waltherkey.com |
| EVAN L. JAMES | ejameslv@earthlink.net, kbchrislaw@aol.com |
| ANNETTE W JARVIS | ajarvis@rqn.com |
| TY E. KEHOE | TyKehoeLaw@aol.com |
| ROBERT R. KINAS | rkinas@swlaw.com, jlustig@swlaw.com;jmath@swlaw.com;imccord@swlaw.com |
| ZACHARIAH LARSON | ecf@lslawnv.com |
| JOHN J. LAXAGUE | jlaxague@caneclark.com |
| GEORGE C LAZAR | glazar@foxjohns.com, gclazar@sbcglobal.net |
| NILE LEATHAM | nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| ROBER! T C. LEPOME | rlepome@cox.net, smstanton@cox.net |
| ANNE M. LORADITCH | ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| PATRICIA A. MARR | jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

2   REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

3   WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

4
5   RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

6   JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

7   JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

8
9
10   SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

11
12   DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

13   JOHN F MURTHA    jmurtha@woodburnandwedge.com

14   ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

15
16   VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

17
18   BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

19
20   DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisA!urbach.com

21   ANDREW M. PARLEN &nb sp  aparlen@stutman.com

22
23   DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

24   PAUL C RAY    info@johnpeterlee.com

25   CHRISTINE A ROBERTS    bankruptcy@rocgd.com

26   SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

27   LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 2 | JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com |
| 3 4 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com |
| 5 | AMBRISH S. SIDHU    e!cf@lslawnv.com |
| 6 | JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 7 8 | ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com |
| 9 | DAVID A. STEPHENS    dstephens@lvcm.com |
| 10 | PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |
| 11 | JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com |
| 12 | |
| 13 | CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com |
| 14 | AMY N. TIRRE    , lleverett@kkbrf.com |
| 15 | AMY N. TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com |
| 16 | U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov |
| 17 | GREGORY J. WALCH    GWalch@Nevadafirm.com |
| 18 19 | RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com |
| 20 | WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 21 22 | WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com |
| 23 24 | JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com |
| 25 | MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com |
| 26 27 | ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com;paltstatt@nevadafirm.com |
| 28 | ☐    b.    **By United States mail, postage fully prepaid** |

☐     c.     **By Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     d.     **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     December 29, 2006

Christi Vanderlip                 /s/     *Christi Vanderlip*
(Name of Declarant)              (Signature of Declarant)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122