| | |
|---|---|
| Jeffrey L. Hartman, Esq. #1607<br>**HARTMAN & HARTMAN**<br>510 West Plumb Lane, Suite B<br>Reno, Nevada 89509<br>Telephone: (775) 324-2800<br>Telecopier: (775) 324-1818<br>Email: notices@bankruptyreno.com<br><br>Attorneys for Douglas Carson | E-Filed 1/2/07 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE CO.,<br><br>　　　　Debtor.<br>_____/ | Case Nos. BK-S-06-10725LBR<br>Case Nos. BK-S-06-10726LBR<br>Case Nos. BK-S-06-10727LBR<br>Case Nos. BK-S-06-10728LBR<br>Case Nos. BK-S-06-10729LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>　　　　Debtor.<br>_____/ | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>　　　　Debtor.<br>_____/ | **CERTIFICATE OF SERVICE OF RESPONSE TO OMNIBUS OBJECTION TO MISFILED CLAIMS** |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>　　　　Debtor.<br>_____/ | Hearing Date: January 3, 2007<br>Hearing Time: 9:30 a.m. |
| In Re:<br><br>USA SECURITIES, LLC.,<br><br>　　　　Debtor.<br>_____/ | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ **USA Capital Diversified Trust Deed Fund, LLC**<br>☐ USA First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

On December 29, 2006, I caused to be served the following document(s):

**RESPONSE TO OMNIBUS OBJECTION TO MISFILED CLAIMS**

I caused to be served the above-named document(s) by the following means to the persons as listed below:

✓ a.  ECF System - **(See Attached ECF Address List on December 29, 2006.**

☐ b.  United States Mail, postage fully prepaid

☐ c.  Personal Service

  I personally delivered the document(s) to the persons at these addresses:

  ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

  ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d.  By direct email (as opposed to through ECF System)
  Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

✓ e.  By fax transmission - **(See Attached Communication Result Report)**

  Based upon written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.  By messenger Service

  I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: 1/2/07

Doris F. Luckett
(Name of Declarant)                    (Signature of Declarant)

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

**By ECF Bankruptcy Court Filing System on December 29, 2006**

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS mabrams@mabramslaw.com

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@

FRANK A. ANDERSON anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sl

KERIANN M ATENCIO ATENCIOK@GTLAW.COM

BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgr

GEORGANNE W. BRADLEY georganne.bradley@bullivant.com; mary.opatrny@bullivant.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA lbubala@jonesvargas.com; tbw@jonesvargas.com;
bjlingenfelter@jonesvrgas.com

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@she

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN yvette@ccfirm.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE cope_guerra@yahoo.com

CICI CUNNINGHAM bankruptcy@rocgd.com

GEORGE DAVIS george.davis@weil.com

LAUREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldav

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) tfette@daca4.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.

GERALD M GORDON bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY vgourley@lvcm.com

TALITHA B. GRAY bankruptcynotices@gordonsilver.com

JAMES D. GREENE bknotice@schrecklaw.com

MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.c

XANNA R. HARDMAN xanna.hardman@gmail.com

STEPHEN R HARRIS noticesbh&p@renolaw.biz

JEFFREY L HARTMAN notices@bankruptcyreno.com

BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com

JOHN HINDERAKER jhindera@lrl.com

DAVID W. HUSTON dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W. JARVIS ajarvis@rqn.com

TY E. KEHOE TyKehoeLaw@aol.com

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.com;ir

ZACHARIAH LARSON ecf@lslawnv.com

JOHN J. LAXAGUE jlaxague@caneclark.com

GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.com, susan@robertlepome.com

ANNE M. LORADITCH ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR jjllaw@leelaw.1vcoxmail.com

JAMES C. MCCARROLL , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarly

DAVID MINCIN mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@l

JOHN F MURTHA jmurtha@woodburnandwedge.com

ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rhol

BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurl

ANDREW M. PARLEN aparlen@stutman.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY info@johnpeterlee.com

CHRISTINE ROBERTS bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@shea

SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@she

AMBRISH S. SIDHU ecf@lslawnv.com

JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R. SMITH mail@asmithlaw.com; turk@asmilthlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com

DAVID A. STEPHENS dstephens@lvcm.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING ctijsseling@beckleylaw.com, aanthony@beckleylaw.com

AMY N TIRRE atirre@kkbrf.com, ksims@kkbrf.com;lleverett@kkbrf.com

AMY N. TIRRE lleverette@kkbrf.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH GWalch@Nevadafirm.com

RUSSELL S. WALKER rwalker@wklawpc.com; eloveridge@wklawpc.com; 1boyntonton@wklawpc.com; ckirk@wklawpc.com;

WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY wjw@oreillylawgroup.com; rh@oreillylawgroup.com; bc@oreillylawgroup.com; lc@oreillylawgroup.com; ddh@oreillylawgroup.com

JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA azmaila@nevadafirm.com; bkecf@nevadalawfirm.com; mbarnes@nevadalawfirm.com; paltstatt@nevadalawfirm.com

**By fax on December 29, 2006 to:**

Marc Levinson, Esq.
(916) 329-4900

Bob Olson, Esq.
(702) 385-5024

P. 1

\* \* \* COMMUNICATION RESULT REPORT ( DEC. 29. 2006 10:30AM ) \* \* \*

TTI   Jeff Hartman

TRANSMITTED/STORED DEC. 29. 2006 10:24AM

| FILE | MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|---|
| 3046 | MEMORY TX | | 19163294900 | OK | 8/8 |
| | | | 17023855024 | OK | 8/8 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION

---

**HARTMAN & HARTMAN**
a Professional Corporation
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone (775) 324-2800
Telecopier (775) 324-1818

FAXED
DATE: December 29, 2006
TIME: _____

| | |
|---|---|
| **DATE:** | December 29, 2006 |
| **TO:** | Marc Levinson, Esq. / Bob Olson, Esq. |
| **TELEFAX NO.:** | (916) 329-4900 / (702) 385-5024 |
| **FROM:** | Doris F. Luckett, Secretary to Jeffrey L. Hartman, Esq. |
| **FILE NO.:** | USA Capital Diversified Trust Deed Fund, LLC |

**NUMBER OF PAGES (INCLUDING COVER SHEET):** Eight (8)

Pursuant to Jeff Hartman's instructions, to follow is correspondence of today's date with regard to the above matter.

**CONFIDENTIALITY NOTICE**
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You.

**IF TELEFAX IS NOT PROPERLY RECEIVED, PLEASE CALL DORIS LUCKETT.**