Parsons, Behle & Latimer  
Nancy L. Allf, Bar No. 0128  
Timothy P Thomas, Bar No. 5148  
411 E. Bonneville Ave. #100  
Las Vegas, NV 89101  
(702) 599-6000  
nallf@parsonsbehle.com  

and  

Robert C. LePome, Esq.  
10120 S. Eastern Ave. #200  
Henderson, NV 89052  
(702) 492-1271  
Nevada Bar #1980  
rlepome@cox.net  

Attorneys for Alexander et, al.

E-Filed on January 2, 2007

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-06-10725-LBR |
| | ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10726-LBR |
| | ) | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10727-LBR |
| | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10728-LBR |
| | ) | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) ) | |
| Debtor | ) | |
| In re: | ) | BK-S-06-10729-LBR |
| | ) | Chapter 11 |

| | |
|---|---|
| USA SECURITIES, LLC,                                 ) | |
|      Debtor                          ) | |
| Affects:                                                            ) | |
|  ■ All Debtors                                            ) | |
|  ☐ USA Commercial Mortgage Co.         ) | |
|  ☐ USA Securities, LLC                           ) | |
|  ☐ USA Capital Realty Advisors, LLC    ) | DATE:  12-19-06 |
|  ☐ USA Capital Diversified Trust Deed ) | TIME:  10:00 A.M. |
|  ☐ USA First Trust Deed Fund, LLC      ) | |
|                   ) | |

<u>OBJECTION TO [PROPOSED] ORDER CONFIRMING THE "DEBTORS"<br>
THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION,"<br>
AS MODIFIED HEREIN</u>

COMES NOW Direct Lenders Alexander and others shown in the Second Amended Statement of Robert C. LePome, Esq. and Nancy Allf, Esq. Pursuant to Rule 2019 filed as Docket #1077 of the firm of Parsons, Behle, & Latimer and Robert C. LePome Esq. and object to the [Proposed] Order Confirming the "Debtors" Third Amended Joint Chapter 11 Plan of Reorganization," as Modified Herein. The Direct Lenders object so much of the [Proposed] Order as would extinguish the rights of the Direct Lenders to effect a substitution of USACM as loan servicer (and impliedly Compass) after 120 days after the closing date as proposed on Page 17 of the Order at line 9-12 and at page 18 lines 12-14.

The basis for this Objection is that the language seeks to modify the rights of the Direct Lenders as to the Servicing Contact and does so in such a way as to allow Compass to misbehave without facing the possible consequences that its rights to service the loans can be terminated. Effectively, it excuses Compass of future negligence and/or misconduct by removing the only non-judicial means of redress open

2

to the Direct Lenders.  Further, the Direct Lenders were advised to vote <u>for</u> the plan knowing that they could replace Compass upon attaining 51% of the members approved who also hold 51% of the amount of the outstanding loan.

Argument

The Court should not allow the retroactive modification of the Third Amended Plan of Reorganization without a new opportunity for the persons directly affected to re-vote.

       /s/ Robert C. LePome, Esq.
Robert C. LePome, Esq.
10120 S. Eastern Ave. #200
Henderson, NV 89052
Nevada Bar #1980
(702) 492-1271

and

Parsons, Behle & Latimer
Nancy Allf, Esq., Bar #0128
Timothy P. Thomas, Bar #5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101

DECLARATION OF ROBERT C. LEPOME

STATE OF NEVADA        )
                       ) ss.
COUNTY OF CLARK        )

ROBERT C. LEPOME, being first duly sworn, depose and state that:

1. I am the legal advisor for several Direct Lenders herein.

2. Many of the Direct Lenders inquired of prior to their vote as to whether the confirmation would affect their rights to designate a new servicer in the event that a New Servicer was identified as part of the Sale of Assets.

3. I informed my clients that their rights would not be affected and in justifiable reliance thereon I recommended a vote <u>in favor</u> of the Plan.

4. If the right to change the Loan Servicer was in any way impaired, my advise would have been to vote <u>against</u> confirmation and I am told that such advice would certainly have followed and that the Plan would therefore not be confirmed.

5. Had the Third Amended Plan of Reorganization proposed to limit the rights of Direct Lenders to substitute the Servicer, my clients would have objected to the confirmation of the Plan.

      /s/ Robert C. LePome, Esq.  
      ROBERT C. LEPOME

SUBSCRIBED AND SWORN to before  
me this 2nd day of January, 2007.

  /s/ Susan M. Stanton  
NOTARY PUBLIC in and for said County  
and State.

## CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that the aforegoing was forwarded to:

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;e

4

OGONNA M. ATAMOH oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com

KERIANN M ATENCIO ATENCIOK@GTLAW.COM

BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bm

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY abrumby@shutts-law! .com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN yvette@ccfirm.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com

JANET L. CHUBB tbw@jonesvargas.com

JEFFREY A. COGAN jeffrey@jeffreycogan.com, sarah@jeffreycogan.com

WILLIAM D COPE cope_guerra@yahoo.com

CICI CUNNINGHAM</SPA! n bankruptcy@rocgd.com

LA UREL E. DAVIS bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) tfette@daca4.com

THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com

GREGORY E GARMAN bankruptcynotices@gordonsilver.com

WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@us

GERALD M GORDON bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY vgourley@lvcm.com

TALITHA B. GRAY bankruptcynotices@gordonsilver.com

JAMES D. GREENE bknotice@schrecklaw.com

MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyo

XANNA R. HARDMAN xanna.hardman@gmail.com

STEPHEN R HARRIS noticesbh&p@renolaw.biz

JEFFREY L HARTMAN notices@bankruptcyreno.com

BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com

DAVID W. HUSTON dwh@hustonlaw.net, ! swaits@h ustonlaw.net

CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES ejameslv@earthlink.net, kbchrislaw@aol.com

TY E. KEHOE TyKehoeLaw@aol.com

ROBERT R. KINAS rkinas@swlaw.com, mstrand@swlaw.com;jlustig@swlaw.com;chaines@swlaw.co

ZACHARIAH LARSON ecf@lslawnv.com

JOHN J. LAXAGUE jlaxague@caneclark.com

GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME robert@robertlepome.co! m, susan@robertlepome.com

ANNE M. LORADITCH ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.c

JAMES C. MCCARROLL , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

JEANETTE E. MCPHERSON bkfilings@s-mlaw.com

SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.! com;rsmith@sheacarly

DAV! ID MINC IN mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cbur

JOHN F MURTHA jmurtha@woodburnandwedge.com

ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;r

BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquis

ANDREW M. PARLEN aparlen@stutman.com

DONALD T. POLEDNAK sandplegal@ya! hoo.com, spbankruptcy@yahoo.com

PAUL C RAY info@johnpeterlee.com

SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@

SHLOMO S. SHERMAN ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@

AMBRISH S. SIDHU ecf@lslawnv.com

JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

DAVID A. STEPHENS dstephens@lvcm.com

PETER SUSI cheryl@! msmlaw.c om, msm@msmlaw.com

JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, David@sylvesterpolednak.com

CARYN S. TIJSSELING ctijsseling@beckleylaw.com, aanthony@beckleylaw.com

AMY N TIRRE atirre@kkbrf.com, ksims@kkbrf.com;lleverett@kkbrf.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH GWalch@Nevadafirm.com

WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com

JOAN C WRIGHT jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

by electronic service on the 2nd day of January, 2007.

    /s/ Susan Stanton
    Employee of Robert C. LePome, Esq.