Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED ON JANUARY 2, 2007

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **STATUS AND AGENDA FOR JANUARY 3, 2007 HEARINGS** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: January 3, 2007<br>Time: 9:30 a.m. |

Hearing Status form for 010307 Hearings      - 1 –

1. **Motion For Approval of Procedures Regarding Assignment of Direct Lenders' Interests** (the "Assignment of Interests Motion," Docket No. 1805). USACM requests an order of this Court approving the proposed rules and procedures set forth in the Assignment of Interests Motion regarding USACM's and any Asset Purchaser's treatment and handling of notices of assignments of beneficial interests in deeds of trust received from third parties, requests to change account (aka legal vesting) names received from direct lenders, and similar situations involving transfers or assignments of direct lenders' interests in loans. A Stipulation and Order requesting that the hearing on this Motion be continued to January 17, 2007 at 9:30 a.m. has been submitted to the Court.

| **Opposition Filed By:** | **Date** | **Docket No.** |
| --- | --- | --- |
| Committee of Holders of Executory Contract Rights Through USA Commercial Mortgage Company | December 4, 2006 | 1926 |
| Debt Acquisition Company of America V | December 5, 2006 | 1957 |
| Hall Financial Group, Ltd. | December 5, 2006 | 1993 |
| Dr. Stanley Alexander, et al. (Joinder in Opposition) | December 11, 2006 | 2019 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Debtors | December 11, 2006 | 2039 |

2. **Motion To Enforce Order Granting Debtors' Motion To Distribute Funds** (Docket No. 1388) filed by USA Commercial Real Estate Group ("USACREG"). This Motion seeks an order compelling the Debtors to distribute funds to USACREG pursuant to the order entered August 24, 2006 granting Debtors' Motion to Distribute Funds. This Motion was originally heard on November 13, 2006, but was continued to this date.

| **Opposition Filed By:** | **Date** | **Docket No.** |
| --- | --- | --- |
| Debtors | October 20, 2006 | 1619 |
| Official Committee of Unsecured Creditors of USA Commercial Mortgage (Joinder in Opposition) | October 25, 2006 | 1667 |

Hearing Status form for 010307 Hearings        - 2 –

| Reply Filed By: | Date | Docket No. |
|---|---|---|
| USACREG | September 27, 2006 | 1736 |

3. **Motion of USA Investment Partners, LLC and Joseph D. Milanowski For The Endorsement of A Protective Order** (the "Motion for Protective Order," docket no. 1837). The Motion for Protective Order requests the Court's endorsement of a protective order governing access to certain documents. An Addendum to the Motion for Protective Order was filed on December 14, 2006 (Docket No. 2105).

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Debtors | December 6, 2006 | 1972 |
| Official Committee of Unsecured Creditors of USA Commercial Mortgage (Joinder in Opposition) | December 12, 2006 | 2055 |

4. **Application Pursuant To Fed.R.Bankr.P. 2014(A) Authorizing the Employment and Retention of Beadle, McBride, Evans & Reeves, LLP As "Ordinary Course Accountants" (Affects All Debtors)** (the "Beadle Application," docket no. 1974). The Beadle Application seeks authority to employ and retain Beadle, McBride, Evans & Reeves, LLP to provide tax and accounting services to the Debtors. The Debtors and relevant parties are attempting to reach a resolution with regard to the Beadle Application, and to the extent such resolution has not been finalized, the Debtors will request that the Beadle Application be continued until January 17, 2007 at 9:30 a.m.

| Opposition Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | December 26, 2006 | 2272 |

5. **Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, To Claims on Equity Misfiled As Creditor Claims** (Docket No. 1891). The Official Committee of Equity Security Holders of USA Capital

Hearing Status form for 010307 Hearings         - 3 –

Diversified Trust Deed Fund, LLC objects to proofs of claims that have been erroneously filed as creditor claims against USA Capital Diversified Trust Deed Fund, LLC.

| Response Filed By: | Date | Docket No. |
|---|---|---|
| Bruce McGimsey | 12/26/06 | 2267 |
| Johnny Clark | 12/26/06 | 2268 |
| Jerry and Sharon McGimsey | 12/26/06 | 2269 |
| Margaret B. McGimsey Trust | 12/26/06 | 2270 |
| John Godfrey | 12/28/06 | 2324 |
| Douglas Carson | 12/29/06 | 2327 |
| George J. and Miriam B. Gage (Notice of Non-Opposition) | 12/19/06 | 2210 |

| Reply Filed By: | Date | Docket No. |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (Omnibus Reply) | 12/28/06 | 2319 |

6.  **Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, To Wrong Debtor Claims Misfiled Against USA Capital Diversified Trust Deed Fund, LLC** (Docket No. 1892). The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC objects to proofs of claims which have been erroneously filed against debtor USA Capital Diversified Trust Deed Fund, LLC.

| Response Filed By: | Date | Docket No. |
|---|---|---|
| Karen Petersen Tyndall Trust dated 3/9/94 and KPT Irrevocable Trust dated 7/16/99 | 12/20/06 | 2213 |

| Reply Filed By: | Date | Docket No. |
|---|---|---|
| Debtor (Joinder) | 12/5/06 | 1950 |

Hearing Status form for 010307 Hearings    - 4 –

| | | |
|---|---|---|
| Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC | 12/28/06 | 2318 |

**Hearings scheduled for January 3, 2007 at 1:30 p.m.**

1. **Motion For Order Temporarily Allowing The Claim of Del And Ernestine Bunch For Voting Purposes** (Docket No. 2124). This Motion moves this Court pursuant to Fed. R. Bankr. P. 3018(a) to allow the claim of Del and Ernestine Bunch for voting purposes.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| Debtors | 12/19/06 | 2215 |
| Debtors | 1/2/07 | 2336 |
| **Reply Filed By:** | **Date** | **Docket No.** |
| Del and Ernestine Bunch (Supplement) | 12/18/06 | 2166 |
| Del and Ernestine Bunch (Supplemental Declaration) | 12/18/06 | 2170 |
| Del and Ernestine Bunch (Second Supplement) | 12/28/06 | 2322 |
| Del and Ernestine Bunch (Second Supplemental Declaration) | 12/28/06 | 2325 |

**Adversary No. 06-1256 LBR**

2. **Motion For Immediate Writ of Attachment With Notice And Preliminary Injunction Continuing Asset Freeze** (Docket No. 9). This Motion moves for (1) an immediate writ of attachment pursuant to NRS 112.210 and 31.017 and (2) a preliminary injunction extending the temporary restraining order which froze the proceeds of the Royal Hotel sale.

| **Opposition Filed By:** | **Date** | **Docket No.** |
|---|---|---|
| None. | | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Hearing Status form for 010307 Hearings        - 5 –

3.     **Scheduling Conference** in Adversary 06-1201, *USA Commercial Mortgage Company v. Gateway Stone Associates, LLC*.

DATED: January 2, 2007

    /s/   Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385