JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: 775-786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
  and   tbw@jonesvargas.com
  and   lbubala@jonesvargas.com

**Attorneys for Objecting JV Creditors**:
Charles B. Anderson Trust; Rita P. Anderson
Trust; Baltes Company; Kehl Family Members;
Judith L Fountain Irrevocable Trust Dated
8/26/97; and Mojave Canyon, Inc.

*Electronically Filed on
January 2, 2006*

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

# UNITED STATES  BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,
                                                    Debtor.

USA CAPITAL REALTY ADVISORS, LLC, Debtor.

USA CAPITAL DIVERSIFIED TRUST DEED FUND,
LLC,
                                                    Debtor.

USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                                    Debtor.

USA SECURITIES, LLC,
                                                    Debtor.

Affects:
■ All Debtors
**⊃**USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter        11

**OBJECTING JV CREDITORS'
JOINDER IN OBJECTION TO
[PROPOSED] ORDER
CONFIRMING THE "DEBTORS'
THIRD AMENDED JOINT
CHAPTER 11 PLAN OF
REORGANIZATION" [AS
MODIFIED HEREIN]
(FILED BY ALEXANDER, ET AL.)
(AFFECTS ALL DEBTORS)**

Hearing Date:    January 3, 2007
Hearing Time:   9:30 a.m.

        The Objecting JV Creditors, Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl

Development, Kevin Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl, Warren

Hoffman Family Investments, LP, Judy A. Bonnet, Robert  A. Kehl and Tina M. Kehl, Krystina L.

Kehl, Christina M. Kehl, Kevin McKee, Cynthia Winter, Charles B. Anderson Trust, Rita P.

1

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1   Anderson Trust, Baltes Company, Judith L Fountain Irrevocable Trust Dated 8/26/97, and Mojave

2   Canyon Inc., by and through their counsel, Janet L. Chubb, Esq., and Louis M. Bubala III, Esq., of

3   Jones Vargas, hereby incorporate, as if set forth herein, and join in  the Objection to [Proposed]

4   Order Confirming the "Debtors Third Amended Joint Chapter 11 Plan of Reorganization" [As

5   Modified Herein] filed on January 2, 2007, by Alexander and the other direct lenders represented

6   by Robert C. LePome, Esq., and Nancy Allf, Esq.

7          DATED this 2ⁿᵈ day of January, 2007.

8                                                     JONES VARGAS

9

10                                                    By:     //s// Janet L. Chubb
                                                             JANET L. CHUBB, ESQ.
                                                             LOUIS M. BUBALA, ESQ.
11
                                                      Attorneys for  Objecting JV Creditors
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

**CERTIFICATE OF SERVICE**

1.     We filed and served  the following document(s) on January 2, 2007:

**JOINDER IN OBJECTION TO [PROPOSED] ORDER
CONFIRMING DEBTORS' THIRD AMENDED JOINT
CHAPTER 11 PLAN OF REORGANIZATION AS MODIFIED HEREIN**

2.     Upon filing, I served the above-named document(s) by the following means to the persons as listed below:

■    a.     **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- MICHELLE L. ABRAMS     mabrams@mabramslaw.com
- FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M ATENCIO     ATENCIOK@GTLAW.COM
- BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com
- CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
- ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN     yvette@ccfirm.com
- KEVIN B. CHRISTENSEN     kbchrislaw@aol.com
- JEFFREY A. COGAN     jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- WILLIAM D COPE     cope_guerra@yahoo.com
- CICI CUNNINGHAM     bankruptcy@rocgd.com
- LAUREL E. DAVIS     bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com
- THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM
- SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
- GREGORY E GARMAN     bankruptcynotices@gordonsilver.com
- WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- GERALD M GORDON     bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY     vgourley@lvcm.com

3

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
- JAMES D. GREENE    bknotice@schrecklaw.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- XANNA R. HARDMAN    xanna.hardman@gmail.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN    notices@bankruptcyreno.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@earthlink.net, kbchrislaw@aol.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, jlustig@swlaw.com;imccord@swlaw.com
- ZACHARIAH LARSON    ecf@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- PATRICIA A. MARR    jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com dosborn@marquisaurbach.com;tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com

4

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
- AMBRISH S. SIDHU    ecf@lslawnv.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- CARYN S. TIJSSELING    ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- AMY N TIRRE    atirre@kkbrf.com, lleverett@kkbrf.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- GREGORY J. WALCH    GWalch@Nevadafirm.com
- RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com
- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- WILLIAM J. WRAY    wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com
- JOAN C WRIGHT    jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com
- ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

❾ b.    **United States mail, postage fully prepaid** (list persons and addresses):

❾ c.    **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

❾    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

❾    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

■ d.    **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

**Frank Merola, Eve Karasik & Christine M. Pajak**

5

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Joinders\Joinder - Objection to Proposesd Order Re 3rd Plan (LePome).doc

JONES VARGAS
100 W. Liberty Street, 12ᵗʰ Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1   fmerola@stutman.com: ekarasik@stutman.com; cpajak@stutman.com

2   **Marc A. Levinson & Lynn Trinka Ernce**
    malevinson@orick.com;lernce@orrick.com

3

4   **Andrew Welcher c/o William E. Winfield,**
    wwinfield@nchc.com

5   **Annette W. Jarvis, Steven C. Strong, & Douglas M. Monson**
    ajarvis@rqn.com; sstrong@rqn.com; dmonson@rqn.com

6

7   **Leonard E. Schwartzer**
    Lschwartzer@s-mlaw.com

8   **Gregory E. Garman**
    geg@gordonsilver.com

9

10  **Rob Charles**
    rcharles@rlaw.com

11  **August B. Landis**
    Augie.landis@usdoj.gov

12

13              ⮹ e.     **By fax transmission** (list persons and fax numbers):

14              Based upon the written agreement of the parties to accept service by fax
                transmission or a court order, I faxed the document(s) to the persons at the
                fax numbers listed below.  No error was reported by the fax machine that I
15              used.  A copy of the record of the fax transmission is attached.

16              ⮹ f.     **By messenger**:

17              I served the document(s) by placing them in an envelope or package
                addressed to the persons at the addresses listed blow and providing them to
18              a messenger for service.  (A declaration by the messenger must be attached
                to this Certificate of Service).

19

20

21

22

23
                **I declare under penalty of perjury that the foregoing is true and correct.**
24
                DATED this 2ⁿᵈ day of January, 2007.
25

26      _____Tawney Waldo_____            _____//s// Tawney Waldo_____
        Name                                Signature
27

28

H:\Fs1Wp51\Direct Lenders\JV Direct Lenders 500953.1\Pleadings\Joinders\Joinder - Objection to Proposesd Order Re 3rd Plan (LePome).doc