**Entered on Docket
January 03, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                          Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                          Debtor. | **Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                          Debtor. | **STIPULATION AND ORDER RE MOTION FOR APPROVAL OF PROCEDURES REGARDING ASSIGNMENTS OF DIRECT LENDERS' INTERESTS IN LOANS (AFFECTS USA COMMERCIAL MORTGAGE)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                          Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | Date:  January 3, 2007<br>Time:  9:30 a.m. |

1    USA Commercial Mortgage Company (the "Debtor") by and through its counsel, Schwartzer & McPherson Law Firm and Ray Quinney & Nebeker; the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company by and through its attorneys, Gerald M. Gordon, Esq.; Sierra Liquidity Fund, LLC and Debt Acquisition Company of America V, by and through their counsel, Michelle L. Abrams, Esq.; Hall Financial Group, Ltd., by and through its counsel, Richard Holley, Esq.; the Objecting JV Direct Lenders, by and through their counsel, Janet L. Chubb, Esq.; and The Alexander Group, by and through their attorneys, Robert LePome, Esq. and Nancy Allf, Esq., stipulate and agree as follows:

WHEREAS, the Debtor filed a Motion For Approval Of Procedures Regarding Assignments Of Direct Lenders' Interests In Loans on November 16, 2006 [Docket No. 1805] (the "Motion");

WHEREAS, the Motion was originally scheduled to be heard on December 19, 2006 and was continued to January 3, 2007 at 9:30 a.m.; and

WHEREAS, the Debtor seeks to continue the hearing on the Motion to the next scheduled omnibus hearing scheduled for January 17, 2007.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1.    The Motion shall be continued to January 17, 2007 at 9:30 a.m.

DATED this 29th day of December, 2006.

| RAY, QUINNEY & NEBEKER, P.C. and SCHWARTZER & MCPHERSON LAW FIRM | GORDON & SILVER, LTD. |
|---|---|
| By:  /s/  Jeanette E. McPherson<br>Lenard E. Schwartzer, Esq.<br>Jeanette E. McPherson, Esq.<br>*Attorneys for the Debtors and Debtors in Possession* | By:  /s/  Gerald M. Gordon<br>Gerald M. Gordon, Esq.<br>Gregory M. Garman, Esq.<br>*Counsel for the Official Committee of Holders of Executory Contract Rights of USA Commercial Mortgage Company* |

/ / /
/ / /
/ / /
/ / /

**STIPULATION AND ORDER RE MOTION FOR APPROVAL OF PROCEDURES REGARDING ASSIGNMENTS OF DIRECT LENDERS' INTERESTS IN LOANS (AFFECTS USA COMMERCIAL MORTGAGE)**

By:  /s/  Michelle L. Abrams
Michelle L. Abrams, Esq.
*Counsel for Sierra Liquidity Fund, LLC and Debt Acquisition Company of America V*

By:  /s/  Victoria Nelson for
Richard F. Holley, Esq.
*Counsel for Hall Financial Group, Ltd.*

By:  /s/  Nancy Allf
Robert LePome, Esq.
Nancy Allf, Esq.
*Counsel for The Alexander Group*

By:  /s/  Louis Bubala for
Janet L. Chubb, Esq.
*Counsel for Objecting JV Direct Lenders*

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED by:
RAY, QUINNEY & NEBEKER, P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By:  /s/  Jeanette E. McPherson
    Lenard E. Schwartzer, Esq.
    Jeanette E. McPherson, Esq.
    Attorneys for the Debtors and Debtors in Possession

# # #