**Entered on Docket
January 03, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER APPROVING EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE AT GREAT WHITE INVESTMENTS NV, INC. PURSUANT TO FED. R. BANKR. P. 2004** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

902610

Affects:

☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

The Application of USA Commercial Mortgage Company, and USA Capital Diversified Trust Deed Fund, LLC, (collectively, the "Debtors"), for examination of Great White Investments NV, Inc. ("Great White") pursuant to Bankruptcy Rule 2004(a), having been submitted to this Court, and good cause appearing,

IT IS ORDERED that Great White shall through its representative designed in accordance with Fed. R. Civ. P. 30(b)(6) appear pursuant to Bankruptcy Rule 2004(a), at the office of Schwartzer & McPherson Law Firm, located at 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada 89146, on **January 16, 2007 at 10:00 a.m. prevailing Pacific Time**, and continuing thereafter until completed, to be examined under oath concerning (1) its claims against HMA Sales, USA Investment Partners, Joseph Milanowski, and Thomas Hantges; and (2) the recipients of any and all distributions made by Great White in relation to the One Million Dollar ($1,000,000.00) payment it received from the proceeds of the Royal Hotel sale.

Prepared by:

/s/ Lenard E. Schwartzer
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Attorneys for Debtors and Debtors-in-Possession

# # #

902610