



**Entered on Docket
January 03, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER APPROVING EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE AT FIRST AMERICAN TITLE INSURANCE COMPANY PURSUANT TO FED. R. BANKR. P. 2004** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

902610

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

The Application of USA Commercial Mortgage Company, and USA Capital Diversified Trust Deed Fund, LLC, (collectively, the "Debtors"), for examination of First American Title Insurance Company ("FATCO") pursuant to Bankruptcy Rule 2004(a), having been submitted to this Court, and good cause appearing,

IT IS ORDERED that FATCO shall through its representative designed in accordance with Fed. R. Civ. P. 30(b)(6) appear pursuant to Bankruptcy Rule 2004(a), at the office of Schwartzer & McPherson Law Firm, located at 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada 89146, on **January 15, 2007 at 2:00 p.m. prevailing Pacific Time**, and continuing thereafter until completed, to be examined under oath in relation to a transaction by or with HMA Sales, LLC ("HMA"), USA Investment Partners, LLC, Sal Realle Great White Investments, NV, LLC, Joseph Milanowski, and/or Tom Hantges involving the Royal Hotel including the sale that occurred on December 22, 2006 and the Deed Of Trust given to Sal Realle and the settlement with Great White.

Prepared by:

/s/ Lenard E. Schwartzer
Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
Attorneys for Debtors and Debtors-in-Possession

# # #

902610