C. NICHOLAS PEREOS, ESQ.
Nevada Bar #0000013
1610 MEADOW WOOD LANE, STE. 202
RENO, NV 89502
(775) 329-0678
IN PRO PER

RECEIVED AND FILED

2007 JAN -3 P 3: 20

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

* * * * *

In re:

Bankruptcy Case No. 06-10725 LBR
Chapter 11

USA COMMERCIAL MORTGAGE COMPANY
FKA USA CAPITAL

Debtor.
_____/

## OBJECTION TO PLAN OF REORGANIZATION INSOFAR AS IT PERTAINS TO SERVICING FEES & OBJECTION TO LOAN SERVICING FEE SCHEDULE

The undersigned objects to any loan servicing agreement and the monthly servicing fee as they relate to Standard Property Development Investment as there is no money being paid by Standard Property Development Investment for which a servicing fee should be charged.

DATED this 14th day of December, 2006.

C. NICHOLAS PEREOS

By: _____
C. NICHOLAS PEREOS, ESQ.
1610 MEADOW WOOD LANE
RENO, NV 89502
ATTORNEY FOR CREDITOR

C. NICHOLAS PEREOS, LTD.
1610 MEADOW WOOD LANE
RENO, NV 89502
(775) 329-0678

1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 5(b), I certify that I am an employee of C. NICHOLAS PEREOS, LTD., and that on this date I deposited for mailing at Reno, Nevada, a true copy of the foregoing document addressed to:

Lenard E. Schwartzer
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Ste 1
Las Vegas, NV 89146-5308

Annette W. Jarvis
Ray Quinney & Nebeker P.C.
36 South State St., Ste. 1400
PO Box 45385
Salt Lake City, UT 84145-0385

DATED: 12/19/06

_____
Mary Williams

C. NICHOLAS PEREOS, LTD.
1610 MEADOW WOOD LANE
RENO, NV 89502
(775) 329-0678

2