Jennette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**E-FILED ON JANUARY 4, 2007**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                    Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                    Debtor. | Chapter 11<br><br>**Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                    Debtor. | **NOTICE OF CHANGE TO SCHWARTZER & MCPHERSON LAW FIRM'S BILLING RATES EFFECTIVE JANUARY 1, 2007 (AFFECTS ALL DEBTORS)** |
| In re:<br>USA SECURITIES, LLC,<br>                                                    Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: n/a<br>Time: n/a |

P:\USA Commercial Mortgage\Pleadings\Employment Applications\Employment Application SM\NTC Change to S&M Billing Rates.doc
1 –

NOTICE IS HEREBY GIVEN that Schwartzer & McPherson Law Firm ("S&MLF"), as counsel to USA Commercial Mortgage Company, USA Securities, LLC, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC (collectively, the "Debtors"), hereby changes its billing rates effective January 1, 2007. In conformance with its internal billing policies, and in conformance with its application for employment, S&MLF hereby attaches hereto as **Exhibit "A"** its billing rates for S&MLF effective January 1, 2007.

Respectfully submitted on January 3, 2007

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

P:\USA Commercial Mortgage\Pleadings\Employment Applications\Employment Application SM\NTC Change to S&M Billing Rates.doc

- 2 -

# EXHIBIT "A"

# SCHWARTZER & MCPHERSON LAW FIRM
# BILLING RATES AS OF DECEMBER 6, 2006

## ATTORNEYS

| | | |
|---|---|---|
| Lenard E. Schwartzer | (LES) | $450 |
| Jeanette E. McPherson | (JEM) | $350 |
| Jason A. Imes | (JAI) | $250 |

## PARALEGAL

| | | |
|---|---|---|
| Lia Dorsey | (LIA) | $150 |

## LEGAL ASSISTANT

| | | |
|---|---|---|
| Angela Hosey | (LA) | $125 |