

# EXHIBIT A

Documents to be produced:

All financial statements and documents respecting the financial condition of USA Commercial Mortgage Company, USA Investment Partners, LLC, Haspinov, LLC, and their insiders and affiliates (as those terms are defined in the U.S. Bankruptcy Code).