**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors

E-Filed on January 4, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    **06-10725 – Lead Case** | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>    **06-10726** | **CERTIFICATE OF SERVICE** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    **06-10727** | Date: N/A<br>Time: N/A<br>**Affecting:**<br>¨ All Cases |
| **USA Capital First Trust Deed Fund, LLC**<br>    **06-10728** | **or Only:**<br>✗ USA Commercial Mortgage Company<br>¨ USA Capital Realty Advisors, LLC |
| **USA Securities, LLC**<br>    **06-10729** | ¨ USA Capital Diversified Trust Deed Fund, LLC |
| **Debtors.** | ¨ USA Capital First Trust Deed Fund, LLC<br>¨ USA Securities, LLC |

1.   I, Christine E. Laurel, an employee of Lewis and Roca LLP, attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company, served the following document:

   A)   Motion for Order Requiring Production of Documents Pursuant to Bankruptcy Rule 2004 [DE 2358].

2.   I served the foregoing by the following means to the persons as listed below:

1799266.1

A) ECF System to the persons listed on Exhibit A on January 4, 2007;

B) First Class, postage prepaid, US Mail on January 4, 2007 to the following parties:

    Custodian of Records
    Nevada State Bank
    Suite 400
    750 E. Warm Springs Road
    Las Vegas, NV 89134

    August B. Landis
    Office of the U.S. Trustee
    300 Las Vegas Blvd., S. Suite 4300
    Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 4, 2007.

                                                /s/ Christine E. Laurel
                                                Christine E. Laurel

1799266.1