1  James D. Greene, Esq.                                    E-filed on: 01/04/07
   Nevada Bar No. 2647
2  BROWNSTEIN HYATT FARBER SCHRECK, P.C.
   300 South Fourth Street, Suite 1200
3  Las Vegas, NV 89101
   Ph: (702) 382-2101
4  Fax: (702) 382-8135
   E-mail: jgreene@bhfs.com
5
   Attorney for Various Parties
6

| In re | Case No.: Various Numbers |
|---|---|
| VARIOUS PARTIES, | Chapter: Various Chapters |
| Debtor(s). | DATE: N/A<br>TIME: N/A |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that the law firm of Schreck Brignone has merged with Brownstein Hyatt Farber, P.C.  As of January 1, 2007, the firm will be known as Brownstein Hyatt Farber Schreck, P.C.  The firm's address, telephone numbers and facsimile numbers remain the same.  This notice effects all cases listed on the attached **Exhibit A.**

DATED this 4th day of January, 2007.

        BROWNSTEIN HYATT FARBER SCHRECK, P.C.

        By: */s/ James D. Greene*
          James D. Greene, Esq.
          300 South Fourth Street, Suite 1200
          Las Vegas, NV 89101

          Attorneys for Various Parties

1

**EXHIBIT "A"**

| | |
|---|---|
| 00-19258-mkn | NATIONAL AIRLINES, INC. |
| 02-20472-bam | PURCHASEPRO.COM,INC. |
| 03-01095-bam | PURCHASEPRO.COM,INC.,A NEVADA CORPORATION et al v. INSUREZONE,INC |
| 03-16001-bam | L. THOMAS CARNS |
| 03-16868-mkn | MPTV,INC |
| 03-16905-lbr | LAKE TROP, L.L.C. |
| 03-18271-mkn | LOUISE KAVALL |
| 03-24604-lbr | JOYCE DEVERS |
| 03-20530-lbr | ALLEN PHOTOGRAPHERS, INC. |
| 03-21937-lbr | FRANK DANIAL WALTON and VALARIE MARIE WALTON |
| 03-19995-bam | DAVID MILO KUTLESA |
| 04-01070-mkn | JAMES F. LISOWSKI v. KAVALL et al |
| 04-01144-bam | TIMOTHY CORY v. KUTLESA et al |
| 04-12872-mkn | JENNIFER L CARLSON |
| 04-17033-lbr | GEORGE MICHAEL CATECHIS |
| 04-50962-gwz | MEGA-C POWER CORPORATION |
| 05-10648-mkn | JUVENCIO VELAZQUEZ |
| 05-10775-lbr | NORTH AMERICAN DEED COMPANY, INC. |
| 05-10915-mkn | JUDITH ELAINE LEWIS |

BROWNSTEIN HYATT FARBER SCHRECK, P.C.
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

BROWNSTEIN HYATT FARBER SCHRECK, P.C.
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

| | | |
|---|---|---|
| 1 | 05-13399-lbr | RODOLFO CORPUS |
| 2 | 05-16218-bam | HERMAN JEFFERSON |
| 3 | | |
| 4 | 05-19846-mkn | RAFFI TUFENKJIAN |
| 5 | 05-20550-bam | CRYSTAL CASCADES CIVIL, LLC |
| 6 | 05-20834-mkn | MICHAEL WARREN FURLAN |
| 7 | | |
| 8 | 05-25276-bam | GWENETH V. CHELTENHAM |
| 9 | 05-25307-lbr | JEFFREY SCHMIDT and BONNIE SCHMIDT |
| 10 | | |
| 11 | 05-25415-bam | ROGHAYEH S. FALAHI |
| 12 | 05-26521-lbr | RONALD LEE SELLS |
| 13 | 06-01110-mkn | LISOWSKI v. TUFENKJIAN et al |
| 14 | | |
| 15 | 06-01129-bam | GRIMMETT v. FALAHI et al |
| 16 | 06-01223-bam | CRYSTAL CASCADES CIVIL, LLC v. AMERICAN ASPHALT AND GRADING COMPANY |
| 17 | 06-01224-bam | CRYSTAL CASCADES CIVIL, LLC v. DIAMOND CONSTRUCTION COMPANY |
| 18 | | |
| 19 | 06-05052-gwz | VINCENT INVESTMENTS et al v. AXION POWER CORPORATION et al |
| 20 | 06-05067-gwz | AXION POWER INTERNATIONAL, INC. v. KOPPEL |
| 21 | | |
| 22 | 06-10725-lbr | USA COMMERCIAL MORTGAGE COMPANY |
| 23 | 06-10973-lbr | ENERGY AND ENGINE TECHNOLOGY CORPORATION |
| 24 | 06-12094-mkn | VESCOR DEVELOPMENT 3 LLC |
| 25 | | |
| 26 | 06-12095-mkn | BDL 2, LLC |
| 27 | 06-12096-mkn | EDL 5, LLC |
| 28 | | |

3

| | | |
|---|---|---|
| 1 | 06-12695-mkn | SIENNA OFFICE PARK, LLC |
| 2 | | |
| 3 | 06-13235-mkn | TINA MARIE LONG |