Andrew K. Alper, Esq.
California Bar No. 088876
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
E-mail: aalper@frandzel.com

and

Randolph L. Howard, Esq.
Nevada Bar No. 6688
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-mail: RHoward@klnevada.com

Attorneys for Creditor
**DAYCO FUNDING CORPORATION**

ELECTRONICALLY FILED
ON
*January 4, 2007*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY, fka USA Capital,<br>                                        Debtor. | CASE NO. BK-S-06-10725 LBR<br>CASE NO. BK-S-06-10726 LBR<br>CASE NO. BK-S-06-10727 LBR<br>CASE NO. BK-S-06-10728 LBR<br>CASE NO. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED, LLC,<br>                                        Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | Hearing Date: January 17, 2007<br>Hearing Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | |

Affects:
- [ ] All Debtors
- [x] USA Commercial Mortgage Co.
- [ ] USA Capital Realty Advisors, LLC
- [ ] USA Capital Diversified Trust Deed, LLC
- [ ] USA Capital First Trust Deed Fund, LLC
- [ ] USA Securities, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Dayco Funding Corporation's Reply to Opposition of the Debtor and the Official Committee of Unsecured Creditors to Motion for Relief From the Automatic Stay was served through the Court's CM/ECF system *via* e-mail upon the parties noted on the Exhibit "1" attached hereto.

I FURTHER CERTIFY that on the 4th day of January, 2007, a true and correct copy of the above-noted document was duly served by depositing a copy of the same in the U.S. Post Office, postage prepaid, to the parties listed below.

USA COMMERCIAL MORTGAGE
USA CAPITAL REALTY ADVISORS, LLC
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
USA CAPITAL FIRST TRUST DEED FUND, LLC
USA SECURITIES, LLC
c/o Thomas J. Allison
4484 South Pecos Road
Las Vegas, NY 89121

_____
An Employee of Kolesar & Leatham, Chtd.

EXHIBIT 1

EXHIBIT 1

# Mailing Information for Case 06-10725-lbr

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- **MICHELLE L. ABRAMS**   mabrams@mabramslaw.com
- **FRANKLIN C. ADAMS**   franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- **NANCY L ALLF**   nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com
- **FRANK A. ANDERSON**   anderson.frank@pbgc.gov, efile@pbgc.gov
- **OGONNA M. ATAMOH**   oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- **KERIANN M ATENCIO**   ATENCIOK@GTLAW.COM
- **BMC GROUP, INC.**   evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com
- **GEORGANNE W. BRADLEY**   georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- **KELLY J. BRINKMAN**   kbrinkman@gooldpatterson.com
- **THOMAS R BROOKSBANK**   tom@tombrooksbank.com, renee@tombrooksbank.com
- **ANDREW M. BRUMBY**   abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- **LOUIS M. BUBALA**   lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com
- **MATTHEW Q. CALLISTER**   mqc@callister-reynolds.com, maggie@callister-reynolds.com
- **CANDACE C CARLYON**   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com
- **ROB CHARLES**   rcharles@lrlaw.com, cjordan@lrlaw.com
- **MICHAEL W. CHEN**   yvette@ccfirm.com
- **KEVIN B. CHRISTENSEN**   kbchrislaw@aol.com
- **JANET L. CHUBB**   tbw@jonesvargas.com
- **JEFFREY A. COGAN**   jeffrey@jeffreycogan.com, sarah@jeffreycogan.com
- **WILLIAM D COPE**   cope_guerra@yahoo.com
- **CICI CUNNINGHAM**   bankruptcy@rocgd.com
- **GEORGE DAVIS**   george.davis@weil.com
- **LAUREL E. DAVIS**   bklsclv@lionelsawyer.com, ldavis@lionelsawyer.com;gbagley@lionelsawyer.com;ldavisesq@aol.com
- **DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)**   tfette@daca4.com
- **THOMAS H. FELL**   BANKRUPTCYNOTICES@GORDONSILVER.COM
- **SCOTT D. FLEMING**   sfleming@halelane.com, dbergsing@halelane.com,ecfvegas@halelane.com
- **GREGORY E GARMAN**   bankruptcynotices@gordonsilver.com
- **WADE B. GOCHNOUR**   wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- **CARLOS A. GONZALEZ**   carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov
- **GERALD M GORDON**   bankruptcynotices@gordonsilver.com
- **R. VAUGHN GOURLEY**   vgourley@lvcm.com
- **TALITHA B. GRAY**   bankruptcynotices@gordonsilver.com
- **JAMES D. GREENE**   bknotice@schrecklaw.com
- **MARJORIE A. GUYMON**   bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- **JEFFREY R. HALL**   jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarly
- **XANNA R. HARDMAN**   xanna.hardman@gmail.com
- **STEPHEN R HARRIS**   noticesbh&p@renolaw.biz
- **JEFFREY L HARTMAN**   notices@bankruptcyreno.com
- **BRIGID M. HIGGINS**   bankruptcynotices@gordonsilver.com
- **JOHN HINDERAKER**   JHindera@LRL.com

- **RICHARD F. HOLLEY**　rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
- **RANDOLPH L. HOWARD**　rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- **DAVID W. HUSTON**　dwh@hustonlaw.net, swaits@hustonlaw.net
- **CHRISTOPHER D JAIME**　cjaime@waltherkey.com, kbernhar@waltherkey.com
- **EVAN L. JAMES**　ejameslv@earthlink.net, kbchrislaw@aol.com
- **ANNETTE W JARVIS**　ajarvis@rqn.com
- **TY E. KEHOE**　TyKehoeLaw@aol.com
- **ROBERT R. KINAS**　rkinas@swlaw.com, jlustig@swlaw.com;jmath@swlaw.com;jmccord@swlaw.com
- **DEAN T. KIRBY**　dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
- **ZACHARIAH LARSON**　ecf@lslawnv.com
- **JOHN J. LAXAGUE**　jlaxague@caneclark.com
- **GEORGE C LAZAR**　glazar@foxjohns.com, gclazar@sbcglobal.net
- **NILE LEATHAM**　nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- **ROBERT C. LEPOME**　rlepome@cox.net, smstanton@cox.net
- **ANNE M. LORADITCH**　ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- **PATRICIA A. MARR**　jjllaw@leelaw.lvcoxmail.com, lvlaw03@yahoo.com;mark@leelaw.lvcoxmail.com
- **JAMES C. MCCARROLL**　, dturetsky@reedsmith.com;aleonard@reedsmith.com
- **REGINA M. MCCONNELL**　rmcconnell@kssattorneys.com
- **WILLIAM L. MCGIMSEY**　lawoffices601@lvcoxmail.com
- **RICHARD MCKNIGHT**　mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- **JEANETTE E. MCPHERSON**　bkfilings@s-mlaw.com
- **JEANETTE E. MCPHERSON**　bkfilings@s-mlaw.com
- **SHAWN W MILLER**　bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com
- **DAVID MINCIN**　mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- **JOHN F MURTHA**　jmurtha@woodburnandwedge.com
- **ERVEN T. NELSON**　erv@rlbolick.com, susan@rlbolick.com
- **VICTORIA L NELSON**　bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- **BOB L. OLSON**　ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- **DONNA M. OSBORN**　ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- **ANDREW M. PARLEN**　aparlen@stutman.com
- **DONALD T. POLEDNAK**　sandplegal@yahoo.com, spbankruptcy@yahoo.com
- **PAUL C RAY**　info@johnpeterlee.com
- **CHRISTINE A ROBERTS**　bankruptcy@rocgd.com
- **SUSAN WILLIAMS SCANN**　sscann@deanerlaw.com, palexander@deanerlaw.com
- **LENARD E. SCHWARTZER**　bkfilings@s-mlaw.com
- **JAMES PATRICK SHEA**　bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com
- **SHLOMO S. SHERMAN**　ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarly
- **AMBRISH S. SIDHU**　ecf@lslawnv.com
- **JEFFREY G. SLOANE**　gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- **ALAN R SMITH**　mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- **DAVID A. STEPHENS**　dstephens@lvcm.com
- **PETER SUSI**　cheryl@msmlaw.com, msm@msmlaw.com
- **JEFFREY R. SYLVESTER**　jeff@sylvesterpolednak.com, David@sylvesterpolednak.com
- **CARYN S. TIJSSELING**　ctijsseling@beckleylaw.com, jblair@beckleylaw.com
- **AMY N. TIRRE**　, lleverett@kkbrf.com
- **AMY N. TIRRE**　atirre@kkbrf.com, lleverett@kkbrf.com
- **U.S. TRUSTEE - LV - 11**　USTPRegion17.lv.ecf@usdoj.gov

- **GREGORY J. WALCH**  GWalch@Nevadafirm.com
- **RUSSELL S. WALKER**  rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com
- **WHITNEY B. WARNICK**  wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- **WILLIAM J. WRAY**  wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreilly
- **JOAN C WRIGHT**  jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com
- **MATTHEW C. ZIRZOW**  bankruptcynotices@gordonsilver.com
- **ANTHONY A. ZMAILA**  azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**THOMAS J. ALLISON**
,

**ANDREW K ALPER**
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

**ALVAREZ & MARSAL, LLC**
,

**AMERICAN EXPRESS BANK FSB**
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

**ANGELO GORDON & CO**
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

**BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**
,

**EVAN BEAVERS**
1625 HIGHWAY 88, #304
MINDEN, NV 89423

**FLOCERFIDA BENINCASA**
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

**JASPER BENINCASA**
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

**PETER C BERNHARD**
3980 HOWARD HUGHES PKY #550

LAS VEGAS, NV 89109

**JOSHUA D BRYSK**
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

**C RANDALL BUPP**
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

**C. NICHOLAS PEREOS, ESQ.**
,

**ELISSA F CADISH**
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

**A. WILLIAM CEGLIA**
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

**RANEE L. CEGLIA**
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

**JANET L. CHUBB**
JONES VARGAS
3773 HOWARD HUGHES PARKWAY
THIRD FLOOR SOUTH
LAS VEGAS, NV 89109

**CURTIS F CLARK**
,

**ROBERT A. COWMAN**
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

**SANDRA L. COWMAN**
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

**VINCE DANELIAN**
P.O. BOX 97782
LAS VEGAS, NV 89193

**FRANK A ELLIS**
510 S 9TH ST
LAS VEGAS, NV 89101

**BONNY K. ENRICO**
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

**DAVID R. ENRICO**
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

**GEORGE D FRAME**
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

**FTI CONSULTING, INC.**
,

**RICHARD D. GREEN**
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

**DAVID R. GRIFFITH**
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

**ERNA D. GRUNDMAN**
114 E YOLO STREET
ORLAND, CA 95963

**JOANNE M. GRUNDMAN**
1608 BROWN STREET
CARSON CITY, NV 89701

**JOHN HANDAL**
,

**HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC**
,

**DAVID W. HUSTON**
,

**INTERIM COMMITTEE OF CONCERNED INVESTORS**
,

**PAUL A. JACQUES**
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

**ANNETTE W JARVIS**
POB 45385
SALT LAKE CITY, UT 84145

**HARRY JESSUP**
2009 WESTLUND DR.
LAS VEGAS, NV 89102

**HELEN B. JESSUP**
2009 WESTLUND DR.
LAS VEGAS, NV 89102

**RICHARD E KAMMERMAN**
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

**CONSTANTINE KARIDES**
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

**LINDA KETTERMAN**
321 N. 19TH STREET
ENID, OK 73701

**RAY KETTERMAN**
321 N. 19TH STREET
ENID, OK 73701

**EDWARD KLINE**
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

**MATTHEW J. KREUTZER**
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

**REID W. LAMBERT**
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

**MARC A. LEVINSON**
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 30000
SACRAMENTO, CA 95814-4497

**LEWIS AND ROCA LLP**
,

**ELIZABETH R. LOVERIDGE**
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

**LEE D. MACKSON**
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

**JERROLD T. MARITIN**
8423 PASO ROBLES
NORTHRIDGE, CA 91325

**TERRY MARKWELL**
12765 SILVER WOLF ROAD
RENO, NV 89511

**RICHARD J. MASON**
130 PINETREE LANE
RIVERWOODS, IL 60015

**JAY L. MICHAELSON**
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

**BRECK E. MILDE**
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

**DOUGLAS M MONSON**
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

**STEVEN R ORR**
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
,

**ANDREW M PARLEN**
,

**J. STEPHEN PEEK**
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

**NANCY A. PETERMAN**
GREENBERG TRAURIG, LLP

77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

**RAY QUINNEY & NEBEKER P.C.**
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

**GORDON C RICHARDS**
1850 EAST FLAMINGO ROAD SUITE 204
LAS VEGAS, NV 89119

**ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST**
,

**R J ROCCO**
12617 COTTAGEVILLE LANE
KELLER, TX 76248

**NICHOLAS J SANTORO**
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

**MICHAEL M. SCHMAHL**
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

**JAMES G SCHWARTZ**
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

**SCHWARTZER & MCPHERSON LAW FIRM**
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

**SHEA & CARLYON, LTD.**
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

**SIERRA CONSULTING GROUP, LLC**
,

**SIERRA HEALTH SERVICES, INC.**
ATTN: FRANK COLLINS, ESQ.
2724 N. TENAYA WAY
P.O. BOX 15645
LAS VEGAS, NV 89114-5645

**WENDY W. SMITH**
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

**PATRICIA K. SMOOTS**
318 N GROVE
OAK PARK, IL 60302

**DERRICK A. SPATORICO**
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

**BRADLEY J STEVENS**
3300 N CENTRAL AVE
PHOENIX, AZ 85012

**BRADLEY J STEVENS**
3300 N CENTRAL AVE #1800
PHOENIX, AZ 85012

**THOMAS W STILLEY**
1000 SW BROADWAY #1400
PORTLAND, OR 97205

**STEVEN C STRONG**
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET
SUITE 1400
SALT LAKE CITY, UT 84145-0385

**STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION**
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

**U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**
125 S GRAND AVE
PASADENA, CA 91105

**U.S. BANKRUPTCY COURT**
,

**ROY R. VENTURA**
,

**JOYCE WATSON**
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

**STEVE WATSON**
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

**WILLIAM E WINFIELD**
POB 9100
OXNARD, CA 93031

**MARION E. WYNNE**
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## Mailing Matrix

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.