RECEIVED AND FILED
JAN 5  9 38 AM '07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re )
)
USA COMMERCIAL MORTGAGE )
COMPANY )
) BK-S 06-10725-lbr
Debtor )
) ADV
STANDARD PROPERTY )
DEVELOPMENT, LLC )
) BAP No. 06-1403
)
)
Appellant ) Appeal Ref 06-24
vs )
)
(SEE ATTACHED LIST OF )
APPELLEES) )
)
Appellee )
_____)

TO: CLERK OF THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT and (SEE ATTACHED)

### CERTIFICATE OF READINESS

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies, pursuant to Local Rule 4(a) of the Rules of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, that the Statement of Issues, Designation of Record and transcripts are now on file in this office. The record will be so transmitted upon notice from the Clerk of the Bankruptcy Appellate Panel.

DATED: 1/5/07

PATRICIA GRAY, CLERK

By   /S/ WILLIAM M. LAKAS
     Deputy Clerk
     U.S. Bankruptcy Court
     300 Las Vegas Blvd., So.
     Las Vegas, NV 89101

LIST OF APPELLEES

USA COMMERCIAL MORTGAGE COMPANY

USA CAPITAL FIRST TRUST DEED FUND, LLC

OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST

OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY

OFFIICAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED

OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY


PARTIES

BANKRUPTCY APPELLATE PANEL
125 SOUTH GRAND AVENUE
PASADENA, CA 91105

U.S. TRUSTEE
300 LAS VEGAS BLVD S #4300
LAS VEGAS, NV 89101

SCHWARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BLVD, SUITE 1
LAS VEGAS, NV 89146-5308

STUTMAN, TREISTER & GLATT
1901 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067

SHEA & CARLYON, LTD.
228 S. 4TH STREET, FIRST FLOOR
LAS VEGAS, NV 89101

GORDON & SILVER, LTD
3960 HOWARD HUGHES PARKWAY, 9TH FLOOR
LAS VEGAS, NV 89109

BOB L. OLSON & ANNE M. LORADITCH
530 LAS VEGAS BLVD, SO.
LAS VEGAS, NV 89101

LEWIS AND ROCA LLP
3993 HOWARD HUGHES PARKWAY
SUITE 600
LAS VEGAS, NV 89109