UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

RECEIVED AND FILED

JAN 5  9 50 AM '07

PATRICIA GRAY
CLERK

In re                                                     )
                                                          )
USA COMMERCIAL MORTGAGE                                   )
COMPANY                                                   )
                                                          )
                                                          )    BK-S 06-10725-lbr
              Debtor                                      )
                                                          )    ADV
                                                          )
     (SEE ATTACHED)                                       )    BAP No. 06-1401
                                                          )
                                                          )
              Appellant                                   )    Appeal Ref 06-22
vs                                                        )
                                                          )
USA CAPITAL DIVERSIFIED
DEED FUND, LLC

THE OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS
OF USA CAPITAL DIVERSIFIED
TRUST DEED FUND LLC                                       )
                                                          )
              Appellee                                    )
_____                 )

TO: CLERK OF THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT and (See Attached)

### CERTIFICATE OF READINESS

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies, pursuant to Local Rule 4(a) of the Rules of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, that the Statement of Issues, Designation of Record and transcripts are now on file in this office. The record will be so transmitted upon notice from the Clerk of the Bankruptcy Appellate Panel.

DATED: 1/5/07

PATRICIA GRAY, CLERK

By     /S/ WILLIAM M. LAKAS
       Deputy Clerk
       U.S. Bankruptcy Court
       300 Las Vegas Blvd., So.
       Las Vegas, NV 89101

PARTIES:

BANKRUPTCY APPELLATE PANEL
125 SOUTH GRAND AVENUE
PASADENA, CA 91105

U.S. TRUSTEE
300 LAS VEGAS BLVD S #4300
LAS VEGAS, NV 89101

RAY QUINNEY & NEBEKER, P.C.
P.O. BOX 45385
SALT LAKE CITY, UT 84145-0385

SCHWARTZER & MCPHERSON LAW FIRM
2850 SOUTH JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5308

BECKLEY SINGLETON, CHTD.
530 S. LAS VEGAS BLVD., SOUTH
LAS VEGAS, NV 89101

LIST OF APPELLANTS:

HIGHLAND CRUSADER FUND, LTD.
ML CBO IV (CAYMAN) LTD.
PAM CAPITAL FUNDING, L.P.
PAMCO CAYMAN, LTD.
PCMG TRADING PARTNERS XXII, L.P.
PROSPECT HIGH INCOME FUND