Rcvd by CH 1/8/07

RECEIVED AND FILED December 04, 2006

From: Robert J. and Lois Mae Scott
2100 Plaza Way #101
Walla Walla, WA. 99362

2006 DEC 28  A 11:31
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

06-10725

Response to: Notice of Hearing of Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund (DTDF) LLC

Pleading

We, Robert J. and Lois Mae Scott, in response to the above DTDF Committee's Objection hold and maintain claim to seventy-two thousand seventy dollars and ninety-eight cents, $72,070.98.

The amount stated in the Omnibus Objection, Exhibit 1, included interest accrued from April to November 13, 2006 at twelve percent, 12%, for a total claim of seventy-seven thousand, four hundred twenty-three dollars and ninety-six cents, $77,423.96.

We concede the interest accumulation amount of five-thousand three hundred and fifty-two dollars and ninety-eight cents, $5,352.98, and maintain claim to the seventy-two thousand seventy dollars and ninety-eight cents, $72,070.98.

Respectfully submitted this 24th day of December 2006.

Robert J. Scott                Lois Mae Scott