**Entered on Docket**
**January 08, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **ORDER GRANTING DEBTOR'S<br>MOTION TO RETURN INVESTOR<br>FUNDS HELD IN ESCROW<br>(AFFECTS USA COMMERCIAL<br>MORTGAGE COMPANY)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:   December 19, 2006<br>Time:  9:30 a.m. |

- 1 -

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\ORDER re Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

1    Before the Court is the motion filed November 20, 2006, by USA Commercial Mortgage

2    Company ("USACM") entitled Motion To Return Investor Funds Held In Escrow (the "Motion,"

3    Docket No. 1820). No objections to the Motion were filed. At the hearing on the Motion held

4    December 19, 2006, appearances of counsel were noted on the record and argument was made in

5    support of the Motion.

6    Having reviewed and considered the Motion, the argument made at the December 19, 2006

7    hearing, and other facts of record in these jointly administered cases, THE COURT HEREBY

8    FINDS that notice of the Motion was adequate and proper and that good cause exists for granting

9    the relief requested in the Motion, and THE COURT HEREBY ORDERS AS FOLLOWS:

10    1.    The Motion is GRANTED.

11    2.    USACM is authorized to return $200,000.00 to Robert G. Berry Jr. and Jeannette

12    K. Berry, and $50,000.00 to Vivien C. Bonzo and Sonia Rodriguez that is being held by Chicago

13    Title Company in an escrow account, and

14    3.    The Third Amendment to Deed of Trust, Assignment of Rents, Security Agreement

15    and Fixture Filing recorded as Document No. 2006-0424274 in the Official Records of Riverside

16    County, California is hereby cancelled in its entirety and void.

17    Prepared and Submitted By:

18

19    _____
      Lenard E. Schwartzer, Nevada Bar No. 0399
20    Jeanette E. McPherson, Nevada Bar No. 5423
      SCHWARTZER & MCPHERSON LAW FIRM
21    2850 South Jones Boulevard, Suite 1
      Las Vegas, Nevada 89146
22    and
23    Annette W. Jarvis, Utah Bar No. 1649
      Steven C. Strong, Utah Bar No. 6340
24    RAY QUINNEY & NEBEKER P.C.
      36 South State Street, Suite 1400
25    P.O. Box 45385
      Salt Lake City, Utah 84145-0385
26
27    *Attorneys for Debtors and Debtors in Possession*

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
    SUSAN M. FREEMAN, ESQ.
    ROB CHARLES, ESQ.
    *Counsel for the Official Committee of*
    *Unsecured Creditors of USA Commercial*
    *Mortgage Company*

Approved by:
**GORDON & SILVER, LTD.**

By: _____
    GERALD M. GORDON, ESQ.
    GREGORY E. GARMAN, ESQ.
    *Counsel for the Official Committee of*
    *Holders of Executory Contract Rights of*
    *USA Commercial Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and**
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
    MARC A. LEVINSON, ESQ.
    ANNE M. LORADITCH, ESQ.
    BOB L. OLSON, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *Diversified Trust Deed Fund, LLC*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and**
**SHEA & CARLYON, LTD.**

By: _____
    FRANK MEROLA, ESQ.
    EVE KARASIK, ESQ.
    CHRISTINE PAJAK, ESQ.
    CANDACE C. CARLYON, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *First Trust Deed Fund, LLC*

Approved by:
**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: _____
AUGUST B. LANDIS, ASST. U.S. TRUSTEE
United States Department of Justice

# # #

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\ORDER re Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  **ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN**
2  **ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**

3  Approved by:                                Approved by:
   **LEWIS AND ROCA, LLP**               **GORDON & SILVER, LTD.**

4

5  By: _____      By: _____
6        SUSAN M. FREEMAN, ESQ.          GERALD M. GORDON, ESQ.
         ROB CHARLES, ESQ.               GREGORY E. GARMAN, ESQ.
7        *Counsel for the Official Committee of*      *Counsel for the Official Committee of*
         *Unsecured Creditors of USA Commercial*    *Holders of Executory Contract Rights of*
8        *Mortgage Company*                  *USA Commercial Mortgage Company*

9  Approved by:                               Approved by:
   **BECKLEY SINGLETON, CHTD. and**       **STUTMAN TREISTER & GLATT, P.C. and**
10 **ORRICK, HERRINGTON & SUTCLIFFE LLP**    **SHEA & CARLYON, LTD.**

11

12 By: _____      By: _____
13       MARC A. LEVINSON, ESQ.          FRANK MEROLA, ESQ.
         ANNE M. LORADITCH, ESQ.         EVE KARASIK, ESQ.
14       BOB L. OLSON, ESQ.               CHRISTINE PAJAK, ESQ.
         *Counsel for the Official Committee of*     CANDACE C. CARLYON, ESQ.
15       *Equity Security Holders of USA Capital*    *Counsel for the Official Committee of*
         *Diversified Trust Deed Fund, LLC*       *Equity Security Holders of USA Capital*
16                                      *First Trust Deed Fund, LLC*

17 Approved by:
   **SARA L. KISTLER**
18 **ACTING UNITED STATES TRUSTEE**
   **REGION 17**
19

20 By: _____
21 AUGUST B. LANDIS, ASST. U.S. TRUSTEE
   United States Department of Justice
22

23                             # # #
24
25
26
27
28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  **ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN**
2  **ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**

3  Approved by:                              Approved by:
   **LEWIS AND ROCA, LLP**                   **GORDON & SILVER, LTD.**
4

5  By: _____          By: _____
6      SUSAN M. FREEMAN, ESQ.                    GERALD M. GORDON, ESQ.
       ROB CHARLES, ESQ.                         GREGORY E. GARMAN, ESQ.
7      *Counsel for the Official Committee of*   *Counsel for the Official Committee of*
       *Unsecured Creditors of USA Commercial*   *Holders of Executory Contract Rights of*
8      *Mortgage Company*                        *USA Commercial Mortgage Company*

9  Approved by:                              Approved by:
   **BECKLEY SINGLETON, CHTD. and**          **STUTMAN TREISTER & GLATT, P.C. and**
10 **ORRICK, HERRINGTON & SUTCLIFFE LLP**    **SHEA & CARLYON, LTD.**

11

12 By: _~~Marc A. Levinson~~_____          By: _____
13     MARC A. LEVINSON, ESQ.                    FRANK MEROLA, ESQ.
       ANNE M. LORADITCH, ESQ.                   EVE KARASIK, ESQ.
14     BOB L. OLSON, ESQ.                        CHRISTINE PAJAK, ESQ.
       *Counsel for the Official Committee of*   CANDACE C. CARLYON, ESQ.
15     *Equity Security Holders of USA Capital*  *Counsel for the Official Committee of*
       *Diversified Trust Deed Fund, LLC*        *Equity Security Holders of USA Capital*
16                                               *First Trust Deed Fund, LLC*

17 Approved by:
18 **SARA L. KISTLER**
   **ACTING UNITED STATES TRUSTEE**
19 **REGION 17**

20 By: _____
21 AUGUST B. LANDIS, ASST. U.S. TRUSTEE
   United States Department of Justice
22

23                               # # #

24

25

26

27

28

- 3 -

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\ORDER re Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN
ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)

Approved by:
**LEWIS AND ROCA, LLP**

By: _____
    SUSAN M. FREEMAN, ESQ.
    ROB CHARLES, ESQ.
    *Counsel for the Official Committee of*
    *Unsecured Creditors of USA Commercial*
    *Mortgage Company*

Approved by:
**BECKLEY SINGLETON, CHTD. and**
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: _____
    MARC A. LEVINSON, ESQ.
    ANNE M. LORADITCH, ESQ.
    BOB L. OLSON, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *Diversified Trust Deed Fund, LLC*

Approved by:
**SARA L. KISTLER**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: _____
    AUGUST B. LANDIS, ASST. U.S. TRUSTEE
    United States Department of Justice

Approved by:
**GORDON & SILVER, LTD.**

By: _____
    GERALD M. GORDON, ESQ.
    GREGORY E. GARMAN, ESQ.
    *Counsel for the Official Committee of*
    *Holders of Executory Contract Rights of*
    *USA Commercial Mortgage Company*

Approved by:
**STUTMAN TREISTER & GLATT, P.C. and**
**SHEA & CARLYON, LTD.**

By: _____
    FRANK MEROLA, ESQ.
    EVE KARASIK, ESQ.
    CHRISTINE PAJAK, ESQ.
    CANDACE C. CARLYON, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *First Trust Deed Fund, LLC*

### #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

- 3 -

P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\ORDER re Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

1  **ORDER GRANTING DEBTOR'S MOTION TO RETURN INVESTOR FUNDS HELD IN**
2  **ESCROW (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)**

3  Approved by:                              Approved by:
   **LEWIS AND ROCA, LLP**                    **GORDON & SILVER, LTD.**

4

5  By: _____              By: _____
6      SUSAN M. FREEMAN, ESQ.                     GERALD M. GORDON, ESQ.
       ROB CHARLES, ESQ.                          GREGORY E. GARMAN, ESQ.
7      *Counsel for the Official Committee of*    *Counsel for the Official Committee of*
       *Unsecured Creditors of USA Commercial*    *Holders of Executory Contract Rights of*
8      *Mortgage Company*                         *USA Commercial Mortgage Company*

9  Approved by:                              Approved by:
10 **BECKLEY SINGLETON, CHTD. and**          **STUTMAN TREISTER & GLATT, P.C. and**
   **ORRICK, HERRINGTON & SUTCLIFFE LLP**     **SHEA & CARLYON, LTD.**

11

12 By: _____              By: _____
13     MARC A. LEVINSON, ESQ.                     FRANK MEROLA, ESQ.
       ANNE M. LORADITCH, ESQ.                    EVE KARASIK, ESQ.
14     BOB L. OLSON, ESQ.                         CHRISTINE PAJAK, ESQ.
       *Counsel for the Official Committee of*    CANDACE C. CARLYON, ESQ.
15     *Equity Security Holders of USA Capital*   *Counsel for the Official Committee of*
       *Diversified Trust Deed Fund, LLC*         *Equity Security Holders of USA Capital*
16                                                *First Trust Deed Fund, LLC*

17 Approved by:
   **SARA L. KISTLER**
18 **ACTING UNITED STATES TRUSTEE**
19 **REGION 17**

20 By: _____
21 AUGUST B. LANDIS, ASST. U.S. TRUSTEE
   United States Department of Justice
22

23                                    # # #

24

25

26

27

28

- 3 -
P:\USA Commercial Mortgage\Pleadings\Return Investor Funds (Bundy) Motion\ORDER re Motion_re_Bundy_Canyon_Escrowed_Funds.DOC

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122