

Entered on Docket
January 08, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | BK-S-06-10725 - LBR– Lead Case |
|---|---|
| USA Commercial Mortgage Company | Jointly Administered Chapter 11 Cases |
| USA Capital Realty Advisors, LLC | Judge Linda B. Riegle Presiding |
| USA Capital Diversified Trust Deed Fund, LLC | Date: NA<br>Time: NA<br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
| USA Capital First Trust Deed Fund, LLC | |
| USA Securities, LLC<br>                       **Debtors.** | |

1799195.1

# ORDER AUTHORIZING PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004

Upon the Motion by the Official Unsecured Creditors Committee of USA Commercial Mortgage Company, no hearing being required, and good cause appearing from the Motion,

IT IS ORDERED:

Directing the Custodian of Records of Nevada State Bank to appear for examination, and in that regard produce for inspection and copying, the documents described on Exhibit A, pursuant to Bankruptcy Rules 2004, 7030 and 7034, and Rules 30 and 34 of the Federal Rules of Civil Procedure on January 17, 2007 at 12:00 noon at Lewis and Roca LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169.

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

2

1799195.1